NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Emil Herich (SBN 116783)
eherich@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830; Facsimile: (310) 860-0363

ATTORNEY(S) FOR: Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Agua Caliente Band of Cahuilla Indians | CASE NUMBER: |
|---|---|
| Plaintiff(s), | ED CV 13 - 00883 JGB SPx |
| v. | |
| Coachella Valley Water District, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff Agua Caliente Band of Cahuilla Indians
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Agua Caliente Development Authority | Plaintiff's Tribal enterprise |
| Spa Resort and Casino | Plaintiff's Tribal governmental gaming enterprise |
| Agua Caliente Casino and Resort Spa | Plaintiff's Tribal governmental gaming enterprise |
| Agua Caliente Cultural Museum | Plaintiff's Tribal museum project |
| Agua Caliente Band of Cahuilla Indians | Plaintiff |

5/14/2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Emil Herich, Attorney for Plaintiff