FILED

1  EMIL W. HERICH (CA Bar No. 116783)
   Kilpatrick Townsend & Stockton LLP
2  9720 Wilshire Boulevard, PH
3  Beverly Hills, CA 90212
   Telephone: (310) 777-3730
4  Fax: (310) 860-0363

2013 MAY 14 PM 12: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

5  KEITH M. HARPER (D.C. Bar No. 451956) (*pro hac vice* application to be filed)
   CATHERINE F. MUNSON (D.C. Bar No. 985717) (*pro hac vice* application to be
6  filed)
7  ROBERT HARMALA (CA Bar No. 176256)
   Kilpatrick Townsend & Stockton LLP
8  607 14th Street, N.W.
   Washington, D.C. 20005
9  Telephone: (202) 508-5800
   Fax: (202) 505-5858
10

11  STEVEN C. MOORE (CO Bar No. 9863) (*pro hac vice* application to be filed)
    HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671) (*pro hac vice* application
12  to be filed)
    Native American Rights Fund
13  1506 Broadway
14  Boulder, CO 80302
    Telephone: (303) 447-8760
15  Fax: (303) 443-7776

16  Attorneys for Plaintiff

17

18              **UNITED STATES DISTRICT COURT**

19       **CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

20  AGUA CALIENTE BAND OF            CASE NO.
    CAHUILLA INDIANS,
21                                   13 - 00883
                ED  CV
22          Plaintiff,               NOTICE OF RELATED CASE

23       v.

24  COACHELLA VALLEY WATER
    DISTRICT, FRANZ DE KLOTZ, ED
25  PACK, JOHN POWELL, JR., PETER
    NELSON, and DEBI LIVESAY, in their
26  Official Capacities as Members of the
    Board of Directors of the COACHELLA
27  VALLEY WATER DISTRICT; DESERT
    WATER AGENCY; PATRICIA G.
28

1  OYGAR, THOMAS KIELEY, III,
   JAMES CIOFFI, CRAIG A. EWING, and
2  JOSEPH K STUART, in their Official
   Capacities as Members of the Board of
3  Directors of the DESERT WATER
   AGENCY,
4

5            Defendants.

6

7        Pursuant to Local Rule 83-1.3.1, Plaintiff Agua Caliente Band of Cahuilla

8  Indians (the "Tribe") hereby gives notice that the instant action is related to

9  <u>Preckwinkle et al. v. Coachella Valley Water District</u>, Civil Case No. EDCV 05-626-

10 VAP (SGLx) (the "Related Case"), which was filed before the instant action and was

11 pending before Judge Phillips.

12       Local Rule 83-1.3.1 states that the cases are related if, among other things, they

13 "appear ... "(b) To call for determination of the same or substantially related or

14 similar questions of law or fact; or (c) For other reasons would entail substantial

15 duplication of labor if heard by different judges ... ."  <u>See id.</u>  Both subparagraphs (b)

16 and (c) of L.R. 83-1.3.1 are satisfied in this case because a central issue in both the

17 instant action and the Related Case is whether the Tribe and its members have

18 reserved rights to groundwater.  In the Related Case, members of the Tribe brought an

19 action against Coachella Valley Water District (CVWD), a Defendant in the instant

20 action, challenging replenishment fees charged by CVWD on the tribal members'

21 lessees. The plaintiffs in the Related Case based their claims on the fact that their

22 Indian lands enjoy federally protected rights to the use of reserved groundwater

23 pursuant to what is known as the <u>Winters</u> doctrine.  The instant case calls for a

24 determination of substantially similar questions of law – <u>i.e.</u>, the existence and

25 implications of a federally protected right to reserved groundwater under the <u>Winters</u>

26 doctrine. Because the Plaintiff's claims in this case (1) are based on a legal theory that

27 is substantially similar to the one at issue in the Related Case, (2) involve the rights to

28
                                          -2-
                                                       **NOTICE OF RELATED CASE**

groundwater from the same aquifer, and (3) share a common defendant, they will call for the Court to engage in legal and factual analysis in a highly specialized area of law that is substantially similar to the analysis at issue in the Related Case. Accordingly, assigning the two cases to different judges would result in a substantial and unnecessary duplication of labor.

In accordance with the foregoing, counsel for the Tribe believe that the instant action and the Related Case are related for purposes of Local Rule 83-1.3.1, and that the instant action qualifies for related case transfer to Judge Phillips.

Dated: May 14, 2013          By _____

Emil W. Herich
Keith M. Harper
Catherine F. Munson
Robert Harmala
KILPATRICK TOWNSEND & STOCKTON LLP
Steven C. Moore
Heather Whiteman Runs Him
NATIVE AMERICAN RIGHTS FUND
Attorneys for *Plaintiff*
Agua Caliente Band Of Cahuilla Indians

-3-

NOTICE OF RELATED CASE

US2008 4575510 1