UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Agua Caliente Band of Cahuilla Indians, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | EDCV 13-00883 JGB (SPx) |
| v. | |
| Coachella Valley Water District, et al., | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Cases) |
| Defendant(s). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 08-05.

_____    Virginia A. Phillips
Date                       United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

These cases are not related. Both involve issues of Indian law but otherwise have no common issues

May 21 2013                Virginia A. Phillips
Date                       United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case ____EDCV 05-00626 VAP____ and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.
☐ E. Involve one or more defendants from the criminal case or petition, and would entail substantial duplication of labor if heard by different judges (applicable only to civil forfeiture action).

**TRANSFER ORDER DECLINED**

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge_____ to Magistrate Judge_____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☐ Western ☐ Southern ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the** ☐ Western ☐ Southern ☐ Eastern Division.
05/20/13   cls   Failure to file at the proper location will result in your documents being returned to you.

cc: ☐ Previous Judge     ☐ Statistics Clerk

CV-34 (05/08)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Cases)