1 | [COUNSEL LISTED ON PAGE 2]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, | CASE NO. ED CV 13-00883 JGB SPx |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | Judge: Hon. JESUS G. BERNAL |
| COACHELLA VALLEY WATER DISTRICT, ET AL. | Trial Date: None Set |
| Defendants. | |

| | |
|---|---|
| 1 | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| 2 | KEITH M. HARPER, ESQ. (D.C. Bar No. 451956) |
|  | (*pro hoc vice* application to be filed) |
| 3 | CATHERINE F. MUNSON, ESQ. (D.C. Bar No. 985717) |
| 4 | (*pro hoc vice* application to be filed) |
|  | ROBERT HARMALA, ESQ., SB# 176256 |
| 5 | 607 14th Street, N.W. |
| 6 | Washington, D.C. 20005 |
|  | Telephone: 202.508.5800 |
| 7 | Facsimile: 202.505.5858 |
| 8 |  |
|  | **NATIVE AMERICAN RIGHTS FUND** |
| 9 | STEVEN C. MOORE, ESQ. (CO Bar No. 176256 |
| 10 | (*pro hoc vice* application to be filed) |
|  | HEATHER WHITEMAN RUNS HIM, ESQ. (NM Bar No. 15671) |
| 11 | (*pro hoc vice* application to be filed) |
| 12 | 1506 Broadway |
|  | Boulder, CO  80302 |
| 13 | Telephone: 303.447.8760 |
| 14 | Facsimile: 303.443.7776 |
| 15 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 16 | MALISSA HATHAWAY McKEITH, SB# 112917 |
|  |   E-Mail: mckeith@lbbslaw.com |
| 17 | MAYA LOPEZ GRASSE, SB# 279013 |
| 18 |   E-Mail: grasse@lbbslaw.com |
|  | 78-075 Main Street, Suite 203' |
| 19 | La Quinta, CA  92253 |
| 20 | Telephone: 760.771.6363 |
|  | Facsimile: 760.771.6373 |
| 21 |  |
| 22 | Attorneys for Plaintiff, AGUA |
|  | CALIENTE BAND OF CAHUILLA |
| 23 | INDIANS |
| 24 |  |
| 25 | TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 26 |       PLEASE TAKE NOTICE that Lewis Brisbois Bisgaard & Smith LLP, |
| 27 | located at 78-075 Main Street, Suite 203, La Quinta, California 92253, hereby |
| 28 |  |

1  associates as counsel with Kilpatrick Townsend & Stockton LLP and Native
2  American Rights Fund on behalf of plaintiff, Agua Caliente Band of Cahuilla
3  Indians in the above-captioned action.  All pleadings and other papers served on
4  Agua Caliente Band of Cahuilla Indians should also be directed to the attention of
5  Malissa Hathaway McKeith at:

LEWIS BRISBOIS BISGAARD & SMITH LLP

78-075 Main Street, Suite 203

La Quinta, CA  92253

mckeith@lbbslaw.com

DATED: May 23, 2013         Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Malissa Hathaway McKeith
Attorneys for Plaintiff Agua Caliente Band
of Cahuilla Indians