Name & Address:
Malissa Hathaway McKeith, Esq. SB# 112917
Lewis Brisbois Bisgaard & Smith LLP
78075 Main Street, Suite 203
La Quinta, CA  92253
Telephone:    760.771.6363
Facsimile:    760.771.6373
Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>                                          PLAINTIFF(S)<br>                        v.<br>COACHELLA VALLEY WATER DISTRICT, ET AL.<br><br>                                          DEFENDANT(S). | CASE NUMBER<br>ED CV 13-00883 JGB SPx<br><br>NOTICE OF CHANGE OF<br>ATTORNEY INFORMATION |

**The following information must be provided:**

I, __MAYA LOPEZ GRASSE__, __279013__, __grasse@lbbslaw.com__
         Name                              CA Bar ID Number              E-mail Address

☐ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

        AGUA CALIENTE BAND OF CAHUILLA INDIANS

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
>       I ☑ consent   ☐ do not consent to receive service of documents by electronic means in
>       accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
            PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☑ TO BE ADDED AS COUNSEL OF RECORD:    CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF RESPONDING TO APPEAR PRO HAC VICE A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name: Maya Lopez Grasse   CA State Bar Number: 279013
Firm/Government Agency Name: LEWIS BRISBOIS BISGAARD & SMITH LLP
Address: 78075 MAIN STREET, SUITE 203, LA QUINTA, CA 92253
Telephone Number: 760.771.6363   Facsimile Number: 760.771.6373
New E-mail address: grasse@lbbslaw.com

☐ TO BE REMOVED FROM THE CASE: **

☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney.* **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: May 23, 2013

_Signature of Attorney of Record / Attorney for the Firm_

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

G-06 (10/10)   NOTICE OF CHANGE OF ATTORNEY INFORMATION   Page 2 of 2