POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Emil W. Herich (CA Bar No. 116783)<br>Kilpatrick Townsend & Stockton, LLP<br>9720 Wilshire Blvd, Penthouse Suite<br>Beverly Hills, CA 90212<br>TELEPHONE NO.: (310) 777-3730   FAX NO. (Optional): (310) 860-0363<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Agua Caliente Band Of Cahuilla Indians | |

United States District Court-Central District Of California
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: 312 N. Spring Street
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Central District

| PLAINTIFF/PETITIONER: Agua Caliente Band Of Cahuilla Indians | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Coachella Valley Water District | EDCV 13-00883 JGB SPx |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents):* Notice Of Interested Parties; Notice Of Related Cases; Notice To Counsel; New Civil Action form
3. a. Party served *(specify name of party as shown on documents served):*
   Joseph K. Stuart, In his official capacity as a member of the board of directors of the Desert Water Agency

   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Sylvia Baca, Executive Secretary, Assistant Secretary to the board/Person designated to accept

4. Address where the party was served:
   1200 Gene Autry Trail South, Palm Springs, CA 92263
5. I served the party *(check proper box)*
   a. ✓ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 5-16-13   (2) at *(time):* 9:45am
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ✓ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ✓ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 5-17-13   from *(city):* Los Angeles   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Agua Caliente Band Of Cahuilla Indians | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Coachella Valley Water District | EDCV 13-00883 JGB SPx |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:        (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
     under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                              ☑ other: Board Member

7. **Person who served papers**
   a. Name: Kirk P. Jackson
   b. Address: 1201 W. Temple Street, Los Angeles, CA 90026
   c. Telephone number: (888) 578-8500
   d. **The fee** for service was: $
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ a registered California process server:
       (i) ☐ owner ☐ employee ☑ independent contractor.
       (ii) Registration No.: 5922
       (iii) County: Los Angeles

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 5-17-13

Kirk P. Jackson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       ▶ *(signature)* (SIGNATURE)