**KILPATRICK TOWNSEND & STOCKTON LLP**
KEITH M. HARPER, ESQ. (D.C. Bar No. 451956)
(pro hoc vice application to be filed)
CATHERINE F. MUNSON, ESQ. (D.C. Bar No. 985717)
(pro hoc vice application to be filed)
ROBERT HARMALA, ESQ., SB# 176256
607 14th Street, N.W.
Washington, D.C. 20005
Telephone:  202.508.5800
Facsimile:   202.505.5858

**NATIVE AMERICAN RIGHTS FUND**
STEVEN C. MOORE, ESQ. (CO Bar No. 176256
(pro hoc vice application to be filed)
HEATHER WHITEMAN RUNS HIM, ESQ. (NM Bar No. 15671)
(pro hoc vice application to be filed)
1506 Broadway
Boulder, CO   80302
Telephone:  303.447.8760
Facsimile:   303.443.7776

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MALISSA HATHAWAY McKEITH, SB# 112917
    E-Mail: mckeith@lbbslaw.com
MAYA LOPEZ GRASSE, SB# 279013
    E-Mail: grasse@lbbslaw.com
78-075 Main Street, Suite 203'
La Quinta, CA   92253
Telephone:  760.771.6363
Facsimile:   760.771.6373

Attorneys for Plaintiff, AGUA CALIENTE BAND OF CAHUILLA INDIANS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| AGUA CALIENTE BAND OF CAHUILLA INDIANS, | CASE NO. ED CV 13-00883 JGB SPx |
|---|---|
| | **STIPULATION AND ORDER** |

| | |
|---|---|
| Plaintiff, | **(PROPOSED)** |
| vs. | Judge: Hon. Jesus G. Bernal |
| | Crtrm.: 1 |
| COACHELLA VALLEY WATER DISTRICT, ET AL. | Trial Date: None Set |
| Defendants. | |

Plaintiff, the Agua Caliente Band of Cahuilla Indians ("Tribe") and defendants, Coachella Valley Water District, Franz De Klotz, Ed Pack, John Powell, Jr., Peter Nelson, and Debi Livesay, in their Official Capacities as Member of the Board of Directors of the Coachella Valley Water District; Desert Water Agency; Patricia G. Oygar, Thomas Kieley, III, James Cioffi, Craig A. Ewing, and Joseph K. Stuart, in their Official Capacities as Members of the Board of Directors of the Desert Water Agency, in an effort to cooperate and ensure orderly proceedings during the pleading phase of this litigation agree as follows:

1. Defendants will have to and including July 8, 2013, to answer and/or otherwise respond to the complaint.

2. Plaintiff will have until August 23, 2013, to answer, respond and/or otherwise oppose any attack on its complaint.

3. The parties will meet and confer to schedule convenient hearing dates and briefing schedules consistent with the local rules and preferences of the court.

| | | |
|---|---|---|
| DATED: May 31, 2013 | | MALISSA HATHAWAY McKEITH<br>MAYA LOPEZ GRASSE<br>LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: | /s/ Malissa Hathaway McKeith<br>Malissa Hathaway McKeith<br>Attorneys for Plaintiff, AGUA CALIENTE BAND OF CAHUILLA INDIANS UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION AGUA CALIENTE BAND OF CAHUILLA INDIANS |
| DATED: May 31, 2013 | | REDWINE & SHERRILL |
| | By: | /s/ Steven B. Abbott<br>Steven B. Abbott<br>Attorneys for Defendants, COACHELLA VALLEY WATER DISTRICT, FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR., PETER NELSON, AND DEBI LIVESAY, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF DIRECTORS OF THE COACHELLA VALLEY WATER DISTRICT |

| | | |
|---|---|---|
| DATED: May 31, 2013 | | BEST BEST & KRIEGER LLP |

By:  /s/ Roderick E. Walston
Roderick E. Walston
Attorneys for Defendants, DESERT WATER AGENCY; PATRICIA G. OYGAR, THOMAS KIELEY, III, JAMES CIOFFI, CRAIG A. EWING, AND JOSEPH K. STUART, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF DIRECTORS OF THE DESERT WATER AGENCY

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories representing defendants to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 31, 2013.

MALISSA HATHAWAY McKEITH
MAYA LOPEZ GRASSE
LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Malissa Hathaway McKeith
Malissa Hathaway McKeith
Attorneys for Plaintiff, AGUA CALIENTE BAND OF CAHUILLA INDIANS
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION AGUA CALIENTE BAND OF CAHUILLA INDIANS,