UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>vs.<br><br>COACHELLA VALLEY WATER DISTRICT, ET AL.<br><br>Defendants. | CASE NO. ED CV 13-00883 JGB SPx<br><br>**ORDER (PROPOSED)**<br><br>Judge: Hon. Jesus G. Bernal<br>Crtrm.: 1<br><br>Trial Date:    None Set |

Good cause having been shown, the court hereby orders:

Plaintiff, the Agua Caliente Band of Cahuilla Indians ("Tribe") and defendants, Coachella Valley Water District ("CVWD"), Franz De Klotz, Ed Pack, John Powell, Jr., Peter Nelson, and Debi Livesay, in their Official Capacities as Member of the Board of Directors of CVWD; Desert Water Agency ("DWA")' Patricia G. Oygar, Thomas Kieley, III, James Cioffi, Craig A. Ewing, and Joseph K. Stuart, in their Official Capacities as Members of the Board of Directors of the DWA, in an effort to cooperate and to ensure orderly proceedings during the pleading phase of this litigation agree as follows:

4822-5532-6996.1

ED CV 13-00883 JGB SPx

1. Defendants will have to and including July 8, 2013, to answer and/or otherwise respond to the complaint.

2. Plaintiff will have until August 23, 2013, to answer, respond and/or otherwise oppose any attack on its complaint.

3. The parties will meet and confer to schedule convenient hearing dates and briefing schedules consistent with the local rules and preferences of the court

DATED: June ___, 2013

_____
JESUS G. BERNAL