Name and address:
Malissa Hathaway McKeith, Esq. SB#112917
Lewis Brisbois Bisgaard & Smith LLP
78075 Main Street, Suite 203
La Quinta, CA 92253
Telephone: (760) 771-6363 / Facsimile: (760) 771-6373
Atty for Plaintiff, Agua Caliente Band of Cahuilla Indians

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agua Caliente Band of Cahuilla Indians<br><br>Plaintiff(s)<br>v.<br>Coachella Valley Water District, et al.<br><br>Defendant(s). | CASE NUMBER<br>EDCV13-00883JGBSPX<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:  Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Catherine F. Munson, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Agua Caliente Band of Cahuilla Indians by whom I have been retained.

My business information is:
Kilpatrick, Townsend, & Stockton, LLP
*Firm Name*

607 14th Street, N.W, Suite 900
*Street Address*

Washington, DC 20005
*City, State, Zip*

cmunson@kilpatricktownsend.com
*E-Mail Address*

202-824-1435
*Telephone Number*

202-585-0017
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Georgia | 11/19/1999 |
| D.C. Court of Appeals | 01/09/2009 |
| U.S. Court of Federal Claims | 09/04/2007 |
| U.S. Court of Appeals for the Federal Circuit | 03/07/2008 |

G-64 (11/11)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 1 of 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| *Case Number* | *Ttitle of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Malissa Hathaway McKeith  as local counsel, whose business information is as follows:

Lewis Brisbois Bisgaard & Smith LLP
*Firm Name*

78075 Main Street, Suite 203
*Street Address*

La Quinta, CA  92253              mckeith@lbbslaw.com
*City, State, Zip*                           *E-Mail Address*

(760) 771-6363                    (760) 771-6373
*Telephone Number*                 *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  5/24/13

Catherine F. Munson
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated _____

Malissa Hathaway McKeith
*Designee's Name (please print)*

*Designee's Signature*
112917
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED** *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* **(G-64 ORDER) ALONG WITH THIS APPLICATION.**

United States District Court Central District of California
Attachment to:
APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Agua Caliente Band of Cahuilla Indians v. Coachella Valley Water District, et al.

Case No.: EDCV13-00883 JGBSPX

**Person Filing:**
Malissa Hathaway McKeith, Esq. SB#112917
Lewis Brisbois Bisgaard & Smith LLP
78075 Main Street, Suite 203
La Quinta, CA 92253
Telephone: (760) 771-6363 / Facsimile: (760) 771-6373
Attorney for Plaintiff, Agua Caliente Band of Cahuilla Indians

Additional Courts to which Applicant, Catherine F. Munson, is a member:

| Title of Court | Date of Admission |
| --- | --- |
| U.S. Court of Appeals for the Eleventh Circuit | 06/14/2006 |
| U.S. Supreme Court | 06/01/2010 |



# STATE BAR OF GEORGIA

*Lawyers Serving the Public and the Justice System*

Ms. Catherine Ferretti Munson
Kilpatrick Stockton LLP
607 14th Street, N.W., Suite 900
Washington, DC 20005-2018

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 11/19/1999
**BAR NUMBER:** 529621
**TODAY'S DATE:** 05/10/2013

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Official Representative of the State Bar of Georgia*

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA OFFICE**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

**COASTAL GEORGIA OFFICE**
18 E. Bay Street
Savannah, Georgia 31401-1225
(912) 239-9910 ■ (877) 239-9910
FAX (912) 239-9970



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## CATHERINE FERRETTI MUNSON

was on **JANUARY 9, 2009,** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **May 10, 2013**

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk