Name and address:
Malissa Hathaway McKeith, Esq. SB#112917
Lewis Brisbois Bisgaard & Smith LLP
78075 Main Street, Suite 203
La Quinta, CA 92253
Telephone: (760) 771-6363 / Facsimile: (760) 771-6373
Atty for Plaintiff, Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Agua Caliente Band of Cahuilla Indians | CASE NUMBER |
|---|---|
| Plaintiff(s) | EDCV13-00883JGBSPX |
| v. | REVISED |
| Coachella Valley Water District, et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A CERTIFICATE OF GOOD STANDING for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Mark H. Reeves, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Agua Caliente Band of Cahuilla Indians by whom I have been retained.

My business information is:
Kilpatrick, Townsend, & Stockton, LLP
*Firm Name*
699 Broad Street, Suite 1400
*Street Address*
Augusta, GA 30901
*City, State, Zip*
mreeves@kilpatricktownsend.com
*E-Mail Address*
706-823-4206
*Telephone Number*
706-828-4488
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Georgia | 03/8/2005 |
| U.S. District Court for the Northern District of GA | 04/02/2009 |
| U.S. District Court for the Middle District of Georgia | 08/18/2005 |
| U.S. District Court for the Southern District of Georgia | 05/10/2007 |

G-64 (11/11)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 of 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____Malissa Hathaway McKeith_____ as local counsel, whose business information is as follows:

Lewis Brisbois Bisgaard & Smith LLP
*Firm Name*

78075 Main Street, Suite 203
*Street Address*

La Quinta, CA 92253                    mckeith@lbbslaw.com
*City, State, Zip*                        *E-Mail Address*

760-771-6363                          760-771-6373
*Telephone Number*                      *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   May 30, 2013                  Mark H. Reeves
                                      *Applicant's Name (please print)*
                                      [signature]
                                      *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   _____                Malissa Hathaway McKeith
                                      *Designee's Name (please print)*
                                      [signature]
                                      *Designee's Signature*
                                      112917
                                      *Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

United States District Court Central District of California
Attachment to:
APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

Agua Caliente Band of Cahuilla Indians v. Coachella Valley Water District, et al.

Case No.: EDCV 13-00883 JGBSPX

Person Filing:
Malissa Hathaway McKeith, Esq. SB#112917
Lewis Brisbois Bisgaard & Smith LLP
78075 Main Street, Suite 203
La Quinta, CA  92253
Telephone:  (760) 771-6363 / Facsimile:  (760)  771-6373
Attorney for Plaintiff, Agua Caliente Band of Cahuilla Indians

Additional Courts to which Applicant, Mark H. Reeves, is a member:

| Title of Court | Date of Admission |
| --- | --- |
| Georgia Court of Appeals | 04/02/2009 |
| Georgia Supreme Court | 04/02/2009 |
| Poarch Band of Creek Indians Tribal Court | 11/01/2012 |