Name & Address:
Malissa Hathaway McKeith, Esq. SB#112917
Lewis Brisbois Bisgaard & Smith LLP
78075 Main Street, Suite 203
La Quinta, CA 92253
Telephone: (760) 771-6363 / Facsimile: (760) 771-6373
Atty for Plaintiff, Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Agua Caliente Band of Cahuilla Indians

Plaintiff(s)

v.

Coachella Valley Water District, et al.

Defendant(s).

CASE NUMBER:

EDCV13-00883JGBSPX

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Mark H. Reeves__ , of __Kilpatrick, Townsend, & Stockton, LLP, 699 Broad St, #400, Augusta, GA 30901__
      *Applicant's Name*                           *Firm Name / Address*

__706-823-4206__                                  __mreeves@kilpatricktownsend.com__
   *Telephone Number*                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff  ☐ Defendant

☐ Intervener or other interested person _____

and the designation of __Malissa Hathaway McKeith, Esq. SB#112917__
                         *Local Counsel Designee /State Bar Number*

of __Lewis Brisbois Bisgaard & Smith LLP, 78075 Main Street, Suite 203, La Quinta, CA 92253__
      *Local Counsel Firm / Address*

__(760) 771-6363__                                __mckeith@lbbslaw.com__
   *Telephone Number*                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____         _____
                                  U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE