Name & Address:
Malissa Hathaway McKeith, Esq. SB#112917
Lewis Brisbois Bisgaard & Smith LLP
78075 Main Street, Suite 203
La Quinta, CA 92253
Telephone: (760) 771-6363 / Facsimile: (760) 771-6373
Atty for Plaintiff, Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agua Caliente Band of Cahuilla Indians <br><br> Plaintiff(s) <br> v. <br><br> Coachella Valley Water District, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> EDCV13-00883JGBSPX <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Keith M. Harper__, of __Kilpatrick, Townsend, & Stockton, LLP, 607 14th St, NW, #900, Washington, DC__
     *Applicant's Name*                *Firm Name / Address*

__202-508-5844__                    __kharper@kilpatricktownsend.com__
  *Telephone Number*                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant
☐ Intervener or other interested person _____

and the designation of __Malissa Hathaway McKeith, Esq. SB#112917__
                        *Local Counsel Designee /State Bar Number*

of __Lewis Brisbois Bisgaard & Smith LLP, 78075 Main Street, Suite 203, La Quinta, CA 92253__
                        *Local Counsel Firm / Address*

__(760) 771-6363__                __mckeith@lbbslaw.com__
  *Telephone Number*                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                        _____
                                    U. S. District Judge/U.S. Magistrate Judge