# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | |
| Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____, of _____
    *Applicant's Name*                                  *Firm Name / Address*

_____                 _____
    *Telephone Number*                                     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant
☐ Intervener or other interested person _____

and the designation of _____
                                  *Local Counsel Designee /State Bar Number*

of _____
                                *Local Counsel Firm / Address*

_____       _____
    *Telephone Number*                                     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____         _____
                                                     U. S. District Judge/U.S. Magistrate Judge