Name & Address:
Malissa Hathaway McKeith, Esq. SB#112917
Lewis Brisbois Bisgaard & Smith LLP
78075 Main Street, Suite 203
La Quinta, CA 92253
Telephone (760) 771-6363 / Facsimile (760) 771-6373
Attorney for Plaintiff, Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Agua Caliente Band of Cahuilla Indians<br><br>Plaintiff(s)<br>v.<br><br>Coachella Valley Water District, et al.<br><br>Defendant(s). | CASE NUMBER:<br>EDCV13-00883JGB-SPx<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of **Mark H. Reeves**, of **Kilpatrick, Townsend & Stockton LLP, 699 Broad St., #400, Augusta, GA 30901**
    *Applicant's Name*              *Firm Name / Address*

**(706)823-4206**              **mreeves@kilpatricktownsend.com**
   *Telephone Number*              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant
☐ Intervener or other interested person

and the designation of **Malissa Hathaway McKeith, Esq., SB#112917**
              *Local Counsel Designee /State Bar Number*

of **Lewis Brisbois Bisgaard & Smith, LLP, 78075 Main Street, Suite 203, La Quinta, CA 92253**
              *Local Counsel Firm / Address*

**(760) 771-6363**              **mckeith@lbbslaw.com**
   *Telephone Number*              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated **June 10, 2013**              *[signature]*

U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**


American LegalNet, Inc.
www.FormsWorkFlow.com