Name and address:
David J. Masutani, Esq. (172305)
AlvaradoSmith, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Phone: (213) 229-2400
Fax: (213) 229-2499

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff(s)<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, ET AL.,<br><br>Defendant(s). | CASE NUMBER<br><br>ED CV 13-00883 JGB SPx<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Agua Caliente Band of Cahuilla Indians     ☑ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute   David J. Masutani / AlvaradoSmith, APC   who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

633 W. Fifth Street, Suite 1100
*Street Address*

Los Angeles, California 90071                    dmasutani@alvaradosmith.com
*City, State, Zip*                                    *E-Mail Address*

(213) 229-2400           (213) 229-2499           SB No. 172305
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of   Malissa Hathaway McKeith / Lewis Brisbois Bisgaard & Smith, LLP
                                    *Present Attorney*

is hereby   ☐ GRANTED   ☐ DENIED

Dated _____               _____
                                              U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (06/13)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY