Name and address:
David J. Masutani, Esq. (172305)
AlvaradoSmith, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Phone: (213) 229-2400
Fax: (213) 229-2499

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, <div align="right">Plaintiff(s)</div> | CASE NUMBER<br><br>ED CV 13-00883 JGB SPx |
| v.<br><br>COACHELLA VALLEY WATER DISTRICT, ET AL., <div align="right">Defendant(s).</div> | ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Agua Caliente Band of Cahuilla Indians    ☒ **Plaintiff**   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute    David J. Masutani / AlvaradoSmith, APC    who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

633 W. Fifth Street, Suite 1100
*Street Address*

Los Angeles, California 90071                    dmasutani@alvaradosmith.com
*City, State, Zip*                              *E-Mail Address*

(213) 229-2400                 (213) 229-2499              SB No. 172305
*Telephone Number*            *Fax Number*               *State Bar Number*

as attorney of record instead of Malissa Hathaway McKeith / Lewis Brisbois Bisgaard & Smith, LLP
                                 *Present Attorney*

**is hereby**   ☒ **GRANTED**      ☐ **DENIED**

Dated  September 24, 2013

_____
U. S. District Judge/U.S. Magistrate Judge