1  RODERICK E. WALSTON (Bar No. 32675)
   Roderick.walston@bbklaw.com
2  ARTHUR L. LITTLEWORTH (Bar No. 22041)
   Arthur.littleworth@bbklaw.com
3  PIERO C. DALLARDA (Bar No. 181497)
   Piero.dallarda@bbklaw.com
4  STEVEN G. MARTIN (Bar No. 263394)
   Steven.martin@bbklaw.com
5  BEST BEST & KRIEGER LLP
   2001 N. Main Street, Suite 390
6  Walnut Creek, California 94596
   Telephone: (925) 977-3300
7  Facsimile: (925) 977-1870

8  Attorneys for Defendant
   DESERT WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, <br><br> Plaintiff, <br><br> v. <br><br> COACHELLA VALLEY WATER DISTRICT, et al., <br><br> Defendants. | Case No.  CV 13-00883-JGB (SPx) <br> Judge:    Hon. Jesus G. Bernal <br><br> **STIPULATION FOR BRIEF CONTINUANCE OF THE SCHEDULING CONFERENCE** <br><br> Dept.:  Courtroom 1 <br> Date:   December 16, 2013 <br> Time:   11:00 a.m. <br><br> Action Filed:   May 16, 2013 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, plaintiff Agua Caliente Band of Cahuilla Indians and defendants Coachella Valley Water District, Franz De Klotz, Ed Pack, John Powell, Jr., Peter Nelson, and Debi Livesay, in their official capacities as members of the Board of Directors of the Coachella Valley Water District, and defendant Desert Water Agency ("DWA") (collectively, the "Parties") through their respective attorneys of record, pursuant to Local Rule 7-19 and paragraph 2.b of the Court's Order Setting Scheduling Conference, that the Scheduling Conference in this matter be briefly continued, GOOD CAUSE appearing therefor,

1. WHEREAS, the Scheduling Conference in this matter is currently set for December 16, 2013, at 11:00 a.m., in Department 1of the above-entitled court;

2. WHEREAS, good cause exists for a brief continuance of the Scheduling Conference because Roderick E. Walston, lead counsel for DWA, is currently undergoing radiation treatment. His radiation treatments began on October 23, 2013, and are scheduled to conclude on December 9, 2103. Mr. Walston is uncertain whether he will be able to attend the Scheduling Conference on December 16, 2013, due to the lingering side effects of the radiation treatment and would prefer that the Scheduling Conference be rescheduled for the second half of January;

3. WHEREAS, the Parties have met and conferred numerous times to prepare the Joint Rule 26(f) Report and the Stipulation for Trifurcation of the Case, both of which were filed on December 2, 2013;

4. WHEREAS, the Parties have agreed to commence discovery on January 3, 2013 related to Phase I of the case as the term "Phase I" is defined in the Stipulation for Trifurcation of the Case, notwithstanding the requested continuance;

5. WHEREAS, none of the Parties will suffer prejudice as a result of continuance of the Scheduling Conference;

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

**Based on the Foregoing, and for Good Cause, the Parties Agree and Stipulate as Follows:**

6. That the Scheduling Conference, which is currently set for December 16, 2013, at 11:00 a.m., in Department 1 of the above-entitled Court, should be continued to January 27, 2014, at 11:00 a.m., in Department 1, or the next available date that is convenient to the Court and lead counsel for the Parties.

**IT IS SO STIPULATED**

Dated: December 2, 2013            BEST BEST & KRIEGER LLP

By: /s/ *Roderick E. Walston*
RODERICK E. WALSTON
ARTHUR L. LITTLEWORTH
PIERO C. DALLARDA
STEVEN G. MARTIN

Attorneys for Defendant
DESERT WATER AGENCY

Dated: December 2, 2013            REDWINE & SHERRILL

By: /s/ *Steve Abbott*
GERALD SHOAF
STEVE ABBOTT

Attorneys for Defendants
COACHELLA VALLEY WATER DISTRICT, FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR., PETER NELSON, and DEBI LIVESAY, in their Official Capacities as Members of the Board of Directors of the COACHELLA VALLEY WATER DISTRICT

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 NORTH MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

- 2 -

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE
ED CV 13-00883 JGB SPx

| | | |
|---|---|---|
| 1 | Dated: December 2, 2013 | ALVARADO SMITH, APC |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | |
| 4 | | NATIVE AMERICAN RIGHTS FUND |
| 5 | | By: /s/ *Thierry R. Montoya* |
| 6 | | THIERRY R. MONTOYA<br>DAVID J. MASUTANI |
| 7 | | Attorneys for Plaintiff |
| 8 | | AGUA CALIENTE BAND OF CAHUILLA INDIANS |

**Certification in Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories representing defendants to file the above-referenced document, and that the above signatories concur in the filing's content.

Dated: December 2, 2013      BEST BEST & KRIEGER LLP

By: /s/ *Roderick E. Walston*
RODERICK E. WALSTON
MICHAEL RIDDELL
STEVEN G. MARTIN

Attorneys for Defendant
DESERT WATER AGENCY

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Best Best & Krieger LLP, 2001 N. Main Street, Suite 390, Walnut Creek, California 94596. On December 2, 2013, I served the following document(s):

**STIPULATION FOR THE BRIEF CONTINUANCE OF THE SCHEDULING CONFERENCE; [PROPOSED] ORDER**

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below (specify one):

  ☐ Deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

  ☐ Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Walnut Creek, California.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

01358.00008\8454024.1

1

PROOF OF SERVICE

| | | |
|---|---|---|
| ☒ | by transmitting via electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Central District of California. Federal Rule of Civil Procedure § 5(b)(2)(E) | |

| | |
|---|---|
| Emil W. Herich, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>9720 Wilshire Boulevard<br>Penthouse Suite<br>Beverly Hills, CA 90212<br><br>Tel: (310) 777-3730<br>Fax: (310) 860-0363<br>eherich@kmwlaw.com | Attorneys for Plaintiff<br>Agua Caliente Band of Cahuilla Indians |
| Maya Grasse, Esq.<br>Malissa Hathaway McKeith, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>78075 Main Street, Suite 203<br>La Quinta, CA 92253<br><br>Tel: (760) 771-6363<br>Fax: (760) 771-6373<br>grasse@lbbslaw.com | Attorneys for Plaintiff<br>Agua Caliente Band of Cahuilla Indians |
| Catherine F. Munson, Esq.<br>Keith M. Harper, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>607 Fourteenth Street NW, Suite 900<br>Washington, DC 20005<br><br>Tel: (202)-508-5844<br>Fax: (202) 585-0007<br>cmunson@kilpatricktownsend.com<br>kharper@kilpatricktownsend.com | Pro Hac Vice Attorneys for Plaintiff<br>Agua Caliente Band of Cahuilla Indians |
| Heather Whiteman Runs Him, Esq.<br>Steven C. Moore, Esq.<br>Native American Rights Fund<br>1506 Broadway<br>Boulder, CO 80302<br><br>Tel: (303) 447-8760<br>Fax: (303) 442-7776<br>heatherw@narf.org<br>smoore@narf.org | Pro Hac Vice Attorneys for Plaintiff<br>Agua Caliente Band of Cahuilla Indians |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

01358.00008\8454024.1

2

| Mark H. Reeves, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>699 Broad Street, Suite 1400<br>Augusta, GA 30901<br><br>Tel: (706) 823-4206<br>Fax: (706) 828-4488<br>mreeves@kilpatricktownsend.com | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
|---|---|
| Steven B Abbott, Esq.<br>Redwine & Sherrill<br>1950 Market Street<br>Riverside, CA 92501-1704<br><br>Tel: 951-684-2520<br>Fax: 951-684-9583<br>sabbott@redwineandsherrill.com | Attorney for Defendants Coachella Valley Water District, Franz De Klotz, Ed Pack, John Powell, Jr., Peter Nelson, Debi Livesay |

/ /   **(State)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/X/   **(Federal)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 2, 2013, at Walnut Creek, California.

/s/ *Monica Brozowski*
MONICA BROZOWSKI

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596