1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No. EDCV 13-00883-JGB (SP)<br>Judge: Hon. Jesus G. Bernal<br><br>**ORDER GRANTING BRIEF CONTINUANCE OF THE SCHEDULING CONFERENCE**<br><br>Dept.: Courtroom 1<br>Date: December 16, 2013<br>Time: 11:00 a.m.<br><br>Action Filed: May 16, 2013<br>Trial Date: Not set. |

ORDER GRANTING CONTINUANCE OF
SCHEDULING CONFERENCE
ED CV 13-00883 JGB SPx

ORDER

**BASED ON AGREEMENT OF ALL PARTIES BY STIPULATION, AND FOR GOOD CAUSE, THE COURT ORDERS AS FOLLOWS:**

That the Scheduling Conference, which is currently set for December 16, 2013, at 11:00 a.m., in Department 1 of the above-entitled Court, shall be continued to January 27, 2014, at 11:00 a.m., in Department 1.

**IT SO ORDERED.**

Dated: December 3, 2013

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE