UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | EDCV 13-00883-JGB (SPx) | Date | February 3, 2014 |
|---|---|---|---|
| Title | Agua Caliente Band of Cahuilla Indians V. Coachella Valley Water District, et al. | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Maynor Galvez | Theresa Lanza |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Wheather Whiteman Runs Him | Steven B. Aboott |
| Keith M. Harper | Roderick E. Walston |
| Catherine Munson | Steven G. Martin |
| Steven C. Moore | Gerald D. Shoaf |
| David J. Masutani | |

**Proceedings:    SCHEDULING CONFERENCE**

A scheduling Conference was held.  A trial schedule was set.  See separate trial order for details.

The parties have selected settlement procedure No. 3 (private mediation), pursuant to L.R. 16-15.4.

**IT IS SO ORDERED.**

Time: 00:15