THIERRY R. MONTOYA (CA Bar No. 158400)
DAVID J. MASUTANI (CA Bar No. 172305)
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

KEITH M. HARPER (D.C. Bar No. 451956, admitted *pro hac vice*)
CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776

Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | CASE NO.: ED CV 13-00883-JGB-SPX<br><br>JUDGE: Jesus G. Bernal<br><br>**STIPULATION TO EXTEND DEADLINE TO STIPULATE OR FILE A MOTION TO AMEND PLEADINGS OR ADD NEW PARTIES**<br><br>Action Filed: May 14, 2013 |

1  The parties in the above-styled case hereby stipulate to and request a thirty day
2  extension, through and including May 1, 2014, of the currently set deadline to
3  stipulate or file a motion to amend pleadings or add new parties. The parties are
4  seeking this extension because the United States has informed counsel for the Plaintiff
5  that the United States is considering intervening in the case, but needs additional time
6  to complete its evaluation and approval processes. While the parties do not believe
7  that the existing deadline would prevent the United States from seeking to intervene in
8  this case after April 1, 2014, they have agreed to seek the extension out of an
9  abundance of caution.

10  Defense counsel has informed Plaintiff's counsel that they agree and consent to
11  the extension, but reserve the right to oppose intervention if and when the United
12  States seeks to intervene.

13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

The parties further state that they do not believe that the extension, in and of itself, will require the modification of any other deadlines set in the Court's February 28, 2014 Civil Trial Scheduling Order (Doc. 56).[1] In particular, the parties state that the exchange of written discovery is ongoing and that the parties plan to make any expert disclosures on or before April 7, 2014, in accordance with the current scheduling order.

Respectfully submitted this 31st day of March, 2014.

DATED: March 31, 2014                ALVARADOSMITH, APC

                                     KILPATRICK TOWNSEND & STOCKTON, LLP

                                     NATIVE AMERICAN RIGHTS FUND


                                     By: /s/ David J. Masutani
                                         THIERRY R. MONTOYA
                                         DAVID J. MASUTANI

                                     Attorneys for Plaintiff
                                     Agua Caliente Band of Cahuilla Indians


DATED: March 31, 2014                REDWINE AND SHERRILL


                                     By: /s/Gerald D. Shoaf
                                         STEVEN B. ABBOTT
                                         GERALD D. SHOAF
                                     Attorneys for Defendants
                                     Coachella Valley Water District, Franz De Klotz, Ed Pack, John Powell, Jr., Peter Nelson, and Debi Livesay, in their official capacities as members of the Board of Directors of the Coachella Valley Water District

---

[1] If the United States intervenes, it is conceivable that it might request additional modifications of the scheduling order. The existing parties are not in a position to speak for the United States on this issue.

DATED: March 31, 2014    BEST BEST & KRIEGER LLP


By: /s/Roderick E. Walston
    RODERICK E. WALSTON
    ARTHUR L. LITTLEWORTH
    PIERO C. DALLARDA
    STEVEN G. MARTIN
    Attorneys for Defendant
    Desert Water Agency


### Certification in Compliance with Local Rule 5-4.3.4

I hereby certify that, pursuant to Local Rule 5-4.3.4, I have obtained the authorization from the above signatories representing defendants to file the above-referenced document, and that the above signatories concur in the filing's content.

DATED: March 31, 2014    ALVARADOSMITH, APC

KILPATRICK TOWNSEND & STOCKTON, LLP

NATIVE AMERICAN RIGHTS FUND


By: /s/ David J. Masutani
    THIERRY R. MONTOYA
    DAVID J. MASUTANI

    Attorneys for Plaintiff
    Agua Caliente Band of Cahuilla Indians

3854188.1 -- N1431.1