THIERRY R. MONTOYA (CA Bar No. 158400)
DAVID J. MASUTANI (CA Bar No. 172305)
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

KEITH M. HARPER (D.C. Bar No. 451956, admitted *pro hac vice*)
CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776

Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>　　　　Defendants. | CASE NO.: ED CV 13-00883-JGB-SPX<br><br>JUDGE:　Jesus G. Bernal<br><br>**[PROPOSED] ORDER TO EXTEND DEADLINE TO STIPULATE OR FILE A MOTION TO AMEND PLEADINGS OR ADD NEW PARTIES**<br><br>Action Filed:　May 14, 2013 |

1 | The Court having reviewed the parties Stipulation to Extend Deadline to Stipulate or
2 | File a Motion to Amend Pleadings or Add New Parties and having determined that
3 | there is just cause for the extension, it is hereby **ORDERED** that the deadline to
4 | stipulate or file a motion to amend pleadings or add new parties in this case is hereby
5 | extended through May 1, 2014.
6 |     **SO ORDERED** this ___ day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE