THIERRY R. MONTOYA (CA Bar No. 158400)
DAVID J. MASUTANI (CA Bar No. 172305)
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

KEITH M. HARPER (D.C. Bar No. 451956, admitted *pro hac vice*)
CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776

Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, <br><br> Plaintiffs, <br><br> v. <br><br> COACHELLA VALLEY WATER DISTRICT, et al., <br><br> Defendants. | CASE NO.: ED CV 13-00883-JGB-SPX <br><br> JUDGE: Jesus G. Bernal <br><br> **ORDER TO EXTEND DEADLINE TO STIPULATE OR FILE A MOTION TO AMEND PLEADINGS OR ADD NEW PARTIES** <br><br> Action Filed: May 14, 2013 |

1

**ORDER**

3854215.1 -- N1431.1

1  The Court having reviewed the parties Stipulation to Extend Deadline to Stipulate or
2  File a Motion to Amend Pleadings or Add New Parties and having determined that
3  there is just cause for the extension, it is hereby **ORDERED** that the deadline to
4  stipulate or file a motion to amend pleadings or add new parties in this case is hereby
5  extended through May 1, 2014.

6      **SO ORDERED** this 3rd day of April, 2014.

                                           UNITED STATES DISTRICT JUDGE