THIERRY R. MONTOYA (CA Bar No. 158400)
DAVID J. MASUTANI (CA Bar No. 172305)
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

KEITH M. HARPER (D.C. Bar No. 451956, admitted *pro hac vice*)
CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776

Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | CASE NO.: ED CV 13-00883-JGB-SPX<br><br>JUDGE: Jesus G. Bernal<br><br>**STIPULATION OF THE PARTIES REGARDING DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTION BRIEFING**<br><br>Action Filed: May 14, 2013 |

1

STIPULATION RE: DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTION BRIEFING
3879122.1 -- N1431.1

      In an effort to provide ample time to complete all necessary discovery, the parties to this action hereby stipulate to extend the present May 7, 2014 deadline to designate rebuttal experts to July 1, 2014 and the present June 2, 2014 deadline to complete discovery to July 25, 2014.  The September 15, 2014 hearing date set forth in the Court's Scheduling Order will not be affected.  The parties more particularly agree and stipulate as follows:

1. The last day to respond to written discovery or produce documents in response to requests for production shall be June 20, 2014. After this date, there shall be no further discovery in Phase 1 of this case except as relates to testifying experts.

2. The parties shall disclose rebuttal experts and their reports on July 1, 2014.

3. Initial motions for summary judgment and briefs in support shall be due on July 3, 2014.

4. The parties shall refrain from citation of experts and the use of any expert opinion testimony in their initial motions for summary judgment and support briefs for any purpose other than to authenticate documents.

5. Discovery shall close on July 25, 2014.

6. Summary judgment opposition/response briefs shall be due on August 1, 2014.

7. Summary judgment reply briefs shall be due on August 15, 2014.

///
///
///
///
///
///
///

8. The summary judgment hearing date shall remain September 15, 2014, and all other dates set forth in the Court's February 28, 2014 Scheduling Order shall remain unchanged.

**IT IS SO STIPULATED.**

DATED: April 22, 2014    ALVARADOSMITH, APC

KILPATRICK TOWNSEND & STOCKTON, LLP

NATIVE AMERICAN RIGHTS FUND


By: /s/ David J. Masutani
    THIERRY R. MONTOYA
    DAVID J. MASUTANI
    Attorneys for Plaintiff
    Agua Caliente Band of Cahuilla Indians


DATED: April 22, 2014    REDWINE AND SHERRILL


By:  /s/Gerald D. Shoaf
    STEVEN B. ABBOTT
    GERALD D. SHOAF
    Attorneys for Defendants
    Coachella Valley Water District, Franz De Klotz, Ed Pack, John Powell, Jr., Peter Nelson, and Debi Livesay, in their official capacities as members of the Board of Directors of the Coachella Valley Water District


DATED: April 22, 2014    BEST BEST & KRIEGER LLP


By: /s/Roderick E. Walston
    RODERICK E. WALSTON
    ARTHUR L. LITTLEWORTH
    PIERO C. DALLARDA
    STEVEN G. MARTIN
    Attorneys for Defendant
    Desert Water Agency

**Certification in Compliance with Local Rule 5-4.3.4**

I hereby certify that, pursuant to Local Rule 5-4.3.4, I have obtained the authorization from the above signatories representing defendants to file the above-referenced document, and that the above signatories concur in the filing's content.

DATED: April 22, 2014

ALVARADOSMITH, APC

KILPATRICK TOWNSEND & STOCKTON, LLP

NATIVE AMERICAN RIGHTS FUND


By: /s/ David J. Masutani
THIERRY R. MONTOYA
DAVID J. MASUTANI
Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians