ALVARADOSMITH
A PROFESSIONAL CORPORATION
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

14
15
16

| | |
|---|---|
| 17  AGUA CALIENTE BAND OF CAHUILLA INDIANS, | CASE NO.: ED CV 13-00883-JGB-SPX |
| 18 | JUDGE: Jesus G. Bernal |
| 19  Plaintiffs, | **[PROPOSED] ORDER FOR THE DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTION BRIEFING** |
| 20  v. | |
| 21  COACHELLA VALLEY WATER DISTRICT, et al., | |
| 22  Defendants. | New Disc. Cut-off: July 25, 2014<br>Disp. Motion Cut-off: Sept. 15, 2014<br>Trial Date (1st Phase): Feb. 3, 2015 |
| 23 | |
| 24 | Action Filed: May 14, 2013 |

25
26
27
28

Having review the parties' stipulation and determined that it will serve the interests of justice and will not delay the proceedings in this case, the Court hereby ORDERS:

1. The parties shall complete all written discovery and production of documents in response to requests for production by June 20, 2014. After this date, there shall be no further discovery in Phase 1 of this case except as relates to testifying experts.

2. The parties shall disclose rebuttal experts and their reports on July 1, 2014.

3. Initial motions for summary judgment and briefs in support shall be due on July 3, 2014.

4. The parties shall refrain from citation of experts and the use of any expert opinion testimony in their initial motions for summary judgment and support briefs for any purpose other than to authenticate documents.

5. Discovery shall close on July 25, 2014.

6. Summary judgment opposition/response briefs shall be due on August 1, 2014.

7. Summary judgment reply briefs shall be due on August 15, 2014.

8. The summary judgment hearing date shall remain September 15, 2014, and all other dates set forth in the Court's February 28, 2014 Scheduling Order shall remain unchanged.

**IT IS SO ORDERED** this ___ day of April, 2014.

DATED: _____         By:_____
                                JESUS G. BERNAL
                                U.S. DISTRICT COURT JUDGE