RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone:  (951) 686-1450
Facsimile:  (951) 686-3083

Attorneys for Defendant
DESERT WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>　　　　Defendants. | Case No.  CV 13-00883-JGB (SPx)<br>Judge:　　Hon. Jesus G. Bernal<br><br>DEFENDANT DESERT WATER AGENCY'S STATEMENT OF NON-OPPOSITION TO THE UNITED STATES' MOTION TO INTERVENE<br><br>Date:　　June 16, 2014<br>Time:　　9:00 a.m.<br>Dept.:　　Courtroom 1<br><br>Action Filed:　May 14, 2014<br>Trial Date:　　Feb. 3, 2015 |

STATEMENT OF NON-OPPOSITION

Defendant Desert Water Agency and its defendant directors sued in their individual capacity (collectively "Desert Water Agency") respond to the United States' motion to intervene as follows: Although Desert Water Agency disagrees with the assertions in the United States' proposed complaint in intervention, and in particular with its assertion that plaintiff Agua Caliente Band of Cahuilla Indians has a federal reserved right in groundwater, Desert Water Agency does not oppose the United States' motion to intervene.

Dated: May 23, 2014                                    BEST BEST & KRIEGER LLP


By: /s/ *Roderick E. Walston*
RODERICK E. WALSTON
ARTHUR L. LITTLEWORTH
PIERO C. DALLARDA
Attorneys for Defendant
DESERT WATER AGENCY

# **PROOF OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is Best Best & Krieger LLP, 2001 N. Main Street, Suite 390, Walnut Creek, California 94596. On May 23, 2014, I served the following document(s):

**DEFENDANT DESERT WATER AGENCY'S STATEMENT OF NON-OPPOSITION TO THE UNITED STATES' MOTION TO INTERVENE**

☒ by transmitting via electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Central District of California. Federal Rule of Civil Procedure § 5(b)(2)(E)

| | |
|---|---|
| Catherine F. Munson, Esq.<br>Keith M. Harper, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>607 Fourteenth Street NW, Suite 900<br>Washington, DC 20005<br><br>Tel: (202)-508-5844<br>Fax: (202) 585-0007<br>cmunson@kilpatricktownsend.com<br>kharper@kilpatricktownsend.com | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Thierry R. Montoya<br>David J. Masutani<br>AlvaradoSmith, APC<br>633 W. Fifth Street<br>Suite 1100<br>Los Angeles, CA 90071<br><br>Tel: (213) 229-2400<br>Fax: (213) 229-2499<br>dmasutani@alvaradosmith.com | Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Heather Whiteman Runs Him, Esq.<br>Steven C. Moore, Esq.<br>Native American Rights Fund<br>1506 Broadway<br>Boulder, CO 80302<br><br>Tel: (303) 447-8760<br>Fax: (303) 442-7776<br>heatherw@narf.org<br>smoore@narf.org | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |

- 1 -

PROOF OF SERVICE RE
DWA STM OF NON-OPP RE
U.S. MTN TO INTERVENE
5:13-cv-00883-JGB (SPx)

01358.00008\8793171.2

| | | |
|---|---|---|
| 1 | Mark H. Reeves, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>699 Broad Street, Suite 1400<br>Augusta, GA 30901<br><br>Tel:  (706) 823-4206<br>Fax: (706) 828-4488<br>mreeves@kilpatricktownsend.com | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| 7 | Gerald D. Shoaf, Esq.<br>Steven B Abbott, Esq.<br>Redwine & Sherrill<br>1950 Market Street<br>Riverside, CA 92501-1704<br><br>Tel:  951-684-2520<br>Fax: 951-684-9583<br>sabbott@redwineandsherrill.com<br>gshoaf@redwineandsherrill.com | Attorney for Defendants Coachella Valley Water District, Franz De Klotz, Ed Pack, John Powell, Jr., Peter Nelson, Debi Livesay |

Executed on May 23, 2014, at Walnut Creek, California.

　　　　　　　　　　　　　　　　　　　　 */s/ Monica Brozowski*
　　　　　　　　　　　　　　　　　　　　　Monica Brozowski