STEVEN B. ABBOTT (SBN 125270)
sabbott@redwineandsherrill.com
GERALD D. SHOAF (SBN 41084)
gshoaf@redwineandhserrill.com
JULIANNA K. STRONG (SBN 180552)
jstrong@redwineandsherrill.com
REDWINE AND SHERRILL
ATTORNEYS AT LAW
1950 MARKET STREET
RIVERSIDE, CA 92501
PHONE (951) 684-2520
FACSIMILE (951) 684-9583

Attorneys for Defendants,
COACHELLA VALLEY WATER DISTRICT, FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR., PETER NELSON, and DEBI LIVESAY, in their official capacities as members of the Board of Directors of the COACHELLA VALLEY WATER DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.<br><br>　　　　　　Defendants. | ED CV 13-00883 JGB-(SPx)<br><br>Action Filed May 14, 2013<br><br>**STATEMENT OF NON-OPPOSITION OF COACHELLA VALLEY WATER DISTRICT TO MOTION TO INTERVENE**<br><br>**DATE: JUNE 16, 2014**<br>**TIME: 9:00 A.M.**<br>**COURTROOM: 1** |

1

Defendant, COACHELLA VALLEY WATER DISTRICT and its defendant directors sued in their official capacities, hereby advise the Court that they do not oppose the Motion of the United States of America for leave to intervene in this case. (Doc. No. 62.) In not opposing the motion, the Defendants do not admit the allegations of, and they reserve all of their defenses to, the proposed Complaint in Intervention, and in particular they do not admit the moving papers' contentions that the reservation enjoys reserved rights to groundwater.

DATED:  May 23, 2014          Respecfully Submitted,

    /s/ Steven B. Abbott
Steven B. Abbott
sabbott@redwineandsherrill.com
REDWINE AND SHERRILL
Attorneys for Defendants,
COACHELLA VALLEY WATER DISTRICT,
FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR., PETER NELSON, and DEBI LIVESAY, in their official capacities as members of the Board of Directors of the COACHELLA VALLEY WATER DISTRICT
1950 Market Street
Riverside, CA 92501-1720
(951) 684-2520 (phone)
(951) 684-9583 (fax)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1950 Market Street, Riverside, California, 92501.

On   May 23, 2014 I served the foregoing document described as:
**STATEMENT OF NON-OPPOSITION  OF COACHELLA VALLEY WATER DSTRICT TO MOTION TO INTERVENE**
on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

( ) By Mail.  I am "readily familiar" with the firm's practice of collection and Processing correspondence for mailing.  Under that practice, it would be deposited with United States Postal Service mail box on that same day with postage thereon fully prepaid at Riverside, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

(XX) By transmitting via electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Central District of California. Federal Rule of Civil Procedure § 5(b)(2)(E).
**SEE ATTACHED SERVICE LIST**
( ) By Facsimile Machine, I caused the above-referenced document(s) to be transmitted to the above-named person(s).  The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine.  Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

(XX ) [State]  I declare that I am employed in the office of a member of the bar of this court at  whose direction the service was made.

EXECUTED on  May 23, 2014, at Riverside, California.

(X) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____/s/_____
JOSEFINA M. LUNA

3

**SERVICE LIST**
**Agua Caliente Band of Cahuilla Indians v. CVWD, et al.**
Case No.: ED CV 13-00883-JGB-SPX

| | |
|---|---|
| **PLAINTIFF** | Thierry R. Montoya |
| **AGUA CALIENTE BAND** | David J. Masutani |
| **OF CAHUILLA INDIANS:** | AlvaradoSmith, APC |
| | 633 W. Fifth Street, Suite 1100 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 229-2400 |
| | Facsimile: (213) 229-2499 |
| | dmatsutani@kmwlaw.com |
| | |
| | Keith M. Harper |
| | Catherine F. Munson |
| | Mark Reeves |
| | Kilpatrick Townsend and Stockton LLP |
| | 607 Fourteenth Street NW, Suite 900 |
| | Washington, DC 20005 |
| | Telephone: (202) 508-5844 |
| | Facsimile: (202) 585-0007 |
| | cmunson@kilpatricktownsend.com |
| | kharper@kilpatricktownsend.com |
| | |
| | Emil W. Herich |
| | Kilpatrick Townsend and Stockton LLP |
| | 9720 Wilshire Boulevard Penthouse Suite |
| | Beverly Hills, CA 90212 |
| | Telephone: (310) 777-3730 |
| | Facsimile: (310) 860-0363 |
| | eherich@kmwlaw.com |
| | |
| | Mark H. Reeves |
| | Kilpatrick Townsend and Stockton LLP |
| | 699 Broad Street, Suite 1400 |
| | Augusta, GA 30901 |
| | Telephone: (706) 823-4206 |
| | Facsimile: (706) 838-4488 |
| | mreeves@kilpatricktownsend.com |

|    |                                              |                                          |
|----|----------------------------------------------|------------------------------------------|
| 1  |                                              | Steven C. Moore                          |
| 2  |                                              | Heather Whiteman Runs Him                |
|    |                                              | Native American Rights Fund              |
| 3  |                                              | 1506 Broadway                            |
| 4  |                                              | Boulder, CO 80302                        |
|    |                                              | Telephone: (303) 447-8760                |
| 5  |                                              | Facsimile: (303) 443-7776                |
| 6  |                                              | heatherw@narf.org                        |
|    |                                              | smoore@narf.org                          |
| 7  |                                              |                                          |
| 8  |                                              |                                          |
| 9  | **DEFENDANT:**                               | Roderick E. Walston                      |
|    | **DESERT WATER AGENCY;**                     | Arthur L. Littleworth                    |
| 10 | **Patricia G. Oygar,**                       | Piero C. Dallarda                        |
| 11 | **Thomas Kieley, III,**                      | Best Best and Krieger LLP                |
|    | **James Cioffi,**                            | 2001 North Main Street, Suite 390        |
| 12 | **Craig A. Ewing,**                          | Walnut Creek, CA 94596                   |
| 13 | **Joseph K. Stuart, in their**               | Telephone:  (925) 977-3300               |
|    | **Official Capacity as Members**             | Facsimile:  (925) 977-1870               |
| 14 | **of the Board of Directors of**             | Roderick.walston@bbklaw.com              |
| 15 | **the Desert Water Agency**                  |                                          |
| 16 |                                              |                                          |
|    |                                              | Steven G. Martin                         |
| 17 |                                              | Best Best & Krieger LLP                  |
| 18 |                                              | 655 Broadway                             |
|    |                                              | 15th Floor                               |
| 19 |                                              | San Diego, CA 92101                      |
| 20 |                                              |                                          |
| 21 |                                              |                                          |
| 22 |                                              |                                          |
| 23 |                                              |                                          |
| 24 |                                              |                                          |
| 25 |                                              |                                          |
| 26 |                                              |                                          |
| 27 |                                              |                                          |
| 28 |                                              |                                          |