THIERRY R. MONTOYA (CA Bar No. 158400)
DAVID J. MASUTANI (CA Bar No. 172305)
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776

Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | **CASE NO.:** ED CV 13-00883-JGB-SPX<br><br>**JUDGE:**   Jesus G. Bernal<br><br>**PLAINTIFF AGUA CALIENTE BAND OF CAHUILLA INDIANS' NOTICE OF SUPPORT FOR THE UNITED STATES' MOTION TO INTERVENE**<br><br>**DATE:**   June 16, 2014<br>**TIME:**   9:00 a.m.<br>**DEPT:**   Courtroom 1<br><br>**Action Filed:**   May 14, 2013 |

In response to the United States of America's motion for leave to intervene in this case (Doc. 62), Plaintiff the Agua Caliente Band of Cahuilla Indians hereby states that it fully supports the United States' proposed intervention. As noted in the Memorandum of Points and Authorities submitted in conjunction with the United States' motion, the Tribe expressly requested the United States' intervention prior to the United States' filing. (Doc. 62 at 9 of 12.) The Tribe further believes that federal intervention in this litigation will serve the interests of justice and judicial economy.

DATED: June 12, 2014

Respectfully submitted,

ALVARADOSMITH, APC

KILPATRICK TOWNSEND & STOCKTON, LLP

NATIVE AMERICAN RIGHTS FUND

By /s/ David J. Masutani
THIERRY R. MONTOYA
DAVID J. MASUTANI
Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians