THIERRY R. MONTOYA (CA Bar No. 158400)
DAVID J. MASUTANI (CA Bar No. 172305)
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776

Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | **CASE NO.:** ED CV 13-00883-JGB-SPX<br><br>**JUDGE:**   Jesus G. Bernal<br><br>**ORDER FOR REVISED CASE MANAGEMENT & SCHEDULING ORDERS**<br><br>**Action Filed:**   May 14, 2013<br><br>**Trial Date:**   February 3, 2015 |

Having reviewed the parties' joint motion for revised case management and scheduling orders and determined that the requested modifications will serve the interests of justice and will not unduly delay the proceedings in this case, the Court hereby ORDERS:

1. The scheduling order entered by the Court on April 24, 2014 (Doc. 61), including but not limited to the September 15, 2014 hearing date for summary judgment motions, is hereby VACATED.

2. By June 20, 2014, the parties shall answer all outstanding written discovery that is not withdrawn by mutual consent. No further written discovery or deposition notices shall be served during Phase I of this case.

3. Should the Court grant its motion to intervene, which remains pending, the United States shall disclose its principal expert(s) on or before August 1, 2014.

4. All parties will disclose their rebuttal experts, if any, on or before September 12, 2014.

5. Any motions for summary judgment shall be filed by October 21, 2014.

6. Briefs in opposition to any motions for summary judgment shall be filed by November 21, 2014.

7. Summary judgment reply briefs shall be filed by December 17, 2014.

8. For the cross-motions for summary judgment, principal briefs, responses, and reply briefs, the parties shall refrain from citing expert opinion testimony from their expert reports or by declaration for any purpose except to authenticate documents.

9. Should any Phase 1 issues remain unresolved after the Court has ruled on the parties' motions for summary judgment, those issues shall be combined with any Phase 2 issues that are not resolved on motions and addressed in a single trial at the conclusion of Phase 2.

10. All parties reserve and retain all rights to conduct written discovery that has been withdrawn, percipient depositions that have been withdrawn, and all expert depositions from Phase 1 in Phase 2.

11. All parties reserve and retain the right to challenge the adequacy of any Phase 1 discovery responses during Phase 2 and to offer expert opinion pertaining to any additional information produced during Phase 2 as the result of such challenges and/or in response to Phase 1 discovery that has been withdrawn.

12. Within two weeks of the Court's ruling on the parties' cross-motions for summary judgment, counsel for all parties will confer regarding scheduling of Phase 2 discovery, briefing, and trial and/or any potential request for interlocutory appellate review.

**SO ORDERED** this 12th day of June, 2014.

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE