UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-883-JGB (SP) | Date | July 23, 2014 |
|---|---|---|---|
| Title | Agua Caliente Band of Cahuilla Indians v. Coachella Valley Water District, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Declining to Adopt Proposed Order for the Production and Exchange of Confidential Information

 The parties are advised that their Stipulation and Order for the Production and Exchange of Confidential Information (docket no. 58, filed April 7, 2014)[1] has been referred to the Magistrate Judge for consideration, and that the Magistrate Judge declines to approve or issue the proposed order for the following reasons.

 First and foremost, while the court is willing to issue a protective order in accordance with the parties' stipulation in order to facilitate the conduct of discovery, the court is unwilling to include in the protective order any provisions relating to evidence presented at court hearings or trial, or any restrictions on providing Confidential Information to trial witnesses. That is a matter the parties will need to take up with the judicial officer conducting the proceeding at the appropriate time. Accordingly, references to the use of Confidential Information at trial and court hearings in paragraphs 5(g) and 9 and any other paragraphs should be eliminated.

---

 [1] Although filed April 7, 2014, the Magistrate Judge did not receive a chambers copy until July 22, 2014 and was not aware of it previously. In the future, counsel are advised that discovery matters such as this are referred to the Magistrate Judge in accordance with the May 14, 2013 Notice of Assignment in this case. Counsel are also referred to Local Rule 5-4.5, which requires that chambers copies of all e-filed documents be delivered to the pertinent judge's chambers copy box by noon on the court day following the date of filing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-883-JGB (SP) | Date | July 23, 2014 |
|---|---|---|---|
| Title | Agua Caliente Band of Cahuilla Indians v. Coachella Valley Water District, et al. | | |

Second, paragraph 4 refers to motion practice before this court to resolve disputes concerning the designation of Confidential Information. This paragraph should be revised to make clear that the procedure for resolving such discovery disputes will be governed by Local Rule 37 (including the joint stipulation requirement).

Third, paragraph 5(e) properly states that Confidential Information may be shown to the court and court personnel, but improperly restricts such disclosure to circumstances where the Confidential Information has been "filed in accordance with paragraph 12." There should be no such restriction on disclosing information to the court, as there may be circumstances where Confidential Information would be disclosed to the court without actually filing it. Also, it appears such filing is discussed in paragraph 13, not 12.

Fourth, paragraph 13 properly indicates the filings under seal must be in accordance with the court's procedures. This should be revised to clarify that applications to file Confidential Information under seal must be made in accordance with Local Rule 79-5.1.

Finally, if the parties stipulate to and submit a revised proposed order, it should be for the signature of the Magistrate Judge.