DAVID J. MASUTANI (SBN 172305)
**ALVARADOSMITH, APC**
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 229-2400
Facsimile: (213) 229-2499
E-mail: dmatsutani@alvaradosmith.com

Attorneys for Plaintiff
AGUA CALIENTE BAND OF CAHUILLA INDIANS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br>        Plaintiff,<br>and<br><br>UNITED STATES OF AMERICA,<br>        Plaintiff-Intervenor,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>        Defendants. | **Case No. 5:13-cv-00883-JGB (SPx)**<br><br>**JUDGE: HON. JESUS G. BERNAL**<br><br>STIPULATION OF THE PARTIES REGARDING PAGE LIMITS AND AUTHENTICATION OF DOCUMENTS FOR SUMMARY JUDGMENT BRIEFING<br><br>Action filed: May 14, 2013 |

With respect to the motions for summary judgment which the parties must file by October 21, 2014 [Doc. 69], the parties hereby stipulate as follows: (1) the defendant water agencies, Desert Water Agency and Coachella Valley Water District (collectively "defendants"), each shall have, in addition to the 25 pages that they are allotted under Standing Order 9(b) for memoranda of points and authorities in support

1

5:13-cv-00883-JGB (SPx)

39867699.1 -- N1431.1

of a motion, an additional 10 pages (for a total of 35 pages) for the sole purpose of providing a background Statement of the Case and Summary of Argument; and (2) plaintiff Agua Caliente Band of Cahuilla Indians and co-plaintiff United States (collectively "plaintiffs") each shall have, in addition to the 25 pages that they are allotted under Standing Order 9(b) for memoranda of points and authorities in opposition to a motion, an additional 10 pages (for a total of 35 pages) for the sole purpose of responding to each defendant's Statement of the Case portion of the memoranda and providing plaintiffs' own Summary of Argument.

In addition, the parties hereby stipulate that documents offered as evidence by the parties in connection with the motions for summary judgment filed in Phase I of this case are presumed to be authentic if such documents were previously disclosed or produced by the parties in this case.

DATED: August 14, 2014

ALVARADOSMITH, APC

KILPATRICK TOWNSEND & STOCKTON, LLP

NATIVE AMERICAN RIGHTS FUND


By:   /s/ David J. Masutani
      DAVID J. MASUTANI
      Attorneys for Plaintiff
      Agua Caliente Band of Cahuilla Indians

| | | |
|---|---|---|
| 1 | DATED: August 14, 2014 | UNITED STATES OF AMERICA, Plaintiff-Intervenor |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ F. Patrick Barry |
| 5 | | F. PATRICK BARRY, Senior Trial Attorney Indian Resources Section |
| 6 | | Environment and Natural Resources Division United States Department Justice |
| 7 | | |
| 8 | DATED: August 14, 2014 | REDWINE AND SHERRILL |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Steven B. Abbott STEVEN B. ABBOTT |
| 12 | | GERALD D. SHOAF Attorneys for Defendants |
| 13 | | Coachella Valley Water District, Franz De Klotz, Ed Pack, John Powell, Jr., Peter |
| 14 | | Nelson, and Debi Livesay, in their official capacities as members of the Board of |
| 15 | | Directors of the Coachella Valley Water District |
| 16 | | |
| 17 | DATED: August 14, 2014 | BEST BEST & KRIEGER LLP |
| 18 | | |
| 19 | | By: /s/ Roderick E. Walston RODERICK E. WALSTON |
| 20 | | ARTHUR L. LITTLEWORTH PIERO C. DALLARDA |
| 21 | | STEVEN G. MARTIN GENE TANAKA |
| 22 | | Attorneys for Defendant Desert Water Agency |

### Certification in Compliance with Local Rule 5-4.3.4

I hereby certify that, pursuant to Local Rule 5-4.3.4, I have obtained the authorization from the above signatories representing defendants to file the above-

3

39867699.1 – N1431.1

referenced document, and that the above signatories concur in the filing's content.

DATED: August 14, 2014                    ALVARADOSMITH, APC

                                          KILPATRICK TOWNSEND & STOCKTON, LLP

                                          NATIVE AMERICAN RIGHTS FUND


                                          By:   /s/  David J. Masutani
                                               DAVID J. MASUTANI
                                               Attorneys for Plaintiff
                                               Agua Caliente Band of Cahuilla Indians