DAVID J. MASUTANI (SBN 172305)
**ALVARADOSMITH, APC**
633 W. Fifth Street, Suite 1100
Los Angeles, CA  90071
Telephone:  (213) 229-2400
Facsimile:  (213) 229-2499
E-mail:  dmatsutani@alvaradosmith.com

Attorneys for Plaintiff
AGUA CALIENTE BAND OF CAHUILLA INDIANS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br>　　　　　Plaintiff,<br>and<br>UNITED STATES OF AMERICA,<br>　　　　　Plaintiff-Intervenor,<br>　　v.<br>COACHELLA VALLEY WATER DISTRICT, et al.,<br>　　　　　Defendants. | Case No. 5:13-cv-00883-JGB (SPx)<br><br>**JUDGE: HON. JESUS G. BERNAL**<br><br>*[PROPOSED]* ORDER REGARDING PAGE LIMITS AND AUTHENTICATION OF DOCUMENTS FOR SUMMARY JUDGMENT BRIEFING<br><br>Action filed:  May 14, 2013 |

Having reviewed the parties' stipulation regarding page limits and authentication of documents for summary judgment briefing in Phase 1 of this case and having determined that the parties' proposal would serve the interests of justice and judicial efficiency, the Court hereby ORDERS that:

1

1.   Each of the Defendants shall have, in addition to the 25 pages that they are permitted under the Court's Standing Order 9(b) for memoranda of points and authorities in support of a summary judgment motion, and additional 10 pages (for a total of 35 pages) for the sole purpose of providing a background Statement of the Case and Summary of Argument.

2.   Each of the Plaintiffs shall have, in addition to the 25 pages that they are permitted under Standing Order 9(b) for memoranda of points and authorities in opposition to a summary judgment motion, an additional 10 pages (for a total of 35 pages) for the sole purpose of responding to each Defendant's Statement of the Case portion of the memoranda and providing the Plaintiffs' own Summary of Argument.

3.   Pursuant to stipulation of the parties, any document that has been disclosed or produced by any party in discovery shall be presumed to be authentic if offered as evidence in connection with Phase 1 summary judgment briefing.

SO ORDERED this ____ day of _____, 2014.

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE