THIERRY R. MONTOYA (CA Bar No. 158400)
DAVID J. MASUTANI (CA Bar No. 172305)
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776

Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, <br><br> Plaintiff, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> COACHELLA VALLEY WATER DISTRICT, et al., <br><br> Defendants. | CASE NO.: ED CV 13-00883-JGB-SPX <br><br> JUDGE: Jesus G. Bernal <br><br> PROOF OF SERVICE: <br><br> AMENDED STIPULATION FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION; *[PROPOSED]* ORDER <br><br> Disc. Cut-off: June 20, 2014 <br> Disp. Motion Cut-off: Oct. 21, 2014 <br> Trial Date (1st Phase): Feb. 3, 2015 <br><br> Action Filed: May 14, 2013 |

# PROOF OF SERVICE

**United States District Court of the Central District of California**
Case No.: ED CV 13-00883-JGB-SPX

Pursuant to Local Rule 5-3.1.2, I, Belinda Slack, say:

I am over the age of 18 years, am not a party to this suit, am employed in Los Angeles County, California, and my business address is 633 W. Fifth Street, Suite 1100, Los Angeles, California.

On September 3, 2014, I served a copy of the attached document on the interested parties in this lawsuit by placing it in a sealed, pre-paid envelope by United States Postal Service:

**AMENDED STIPULATION FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION; *[PROPOSED]* ORDER FOR THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL INFORMATION**

**SEE ATTACHED SERVICE LIST**

EXECUTED on September 3, 2014 at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that that the above is true and correct.

*/s/ Belinda Slack*
Belinda Slack

ALVARADOSMITH
A PROFESSIONAL CORPORATION
LOS ANGELES

3790842.1 -- N1431.1

## SERVICE LIST

## Agua Caliente Band of Cahuilla Indians v. CVWD, et al.

## Case No. ED CV 13-00883-JGB-SPX

**DEFENDANTS: COACHELLA VALLEY WATER DISTRICT, AND ITS BOARD MEMBERS**

Gerald D. Shoaf, Esq.
Redwine and Sherrill
1950 Market Street
Riverside, CA 92501
Telephone: (951) 684-2520
Facsimile: (951) 684-9583

3790842.1 -- N1431.1