STEVEN B. ABBOTT (SBN 125270)
sabbott@redwineandsherrill.com
GERALD D. SHOAF (SBN 41084)
gshoaf@redwineandhserrill.com
JULIANNA K. TILLQUIST (SBN 180552)
jtillquist@redwineandsherrill.com
REDWINE AND SHERRILL
ATTORNEYS AT LAW
1950 MARKET STREET
RIVERSIDE, CA 92501
PHONE (951) 684-2520
FACSIMILE (951) 684-9583

Attorneys for Defendants,
COACHELLA VALLEY WATER
DISTRICT, FRANZ DE KLOTZ, ED PACK,
JOHN POWELL, JR., PETER NELSON,
and DEBI LIVESAY, in their official
capacities as members of the Board of
Directors of the COACHELLA VALLEY
WATER DISTRICT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, <br><br> Plaintiff, <br><br> vs. <br><br> COACHELLA VALLEY WATER DISTRICT, et al. <br><br> Defendants. <br> UNITED STATES OF AMERICA <br><br> Plaintiff-in-Intervention | CASE NO.: ED CV 13-00883 JGB-(SPx) <br><br> Action Filed May 14, 2013 <br><br> **CVWD'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW** <br><br> Hearing: February 9, 2015 <br> Time: 9 a.m. <br> Courtroom 1 |

1

Pursuant to Local Rule 56-1, Defendants COACHELLA VALLEY WATER DISTRICT and FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR., PETER NELSON and DEBI LIVESAY, in their Official Capacities as Members of the Board of Directors of the Coachella Valley Water District, submit this "Statement of Uncontroverted Facts and Conclusions of Law."

## UNCONTROVERTED FACTS

| Def's SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 1. | Plaintiff, the Agua Caliente Band of Cahuilla Indians, has resided in the Coachella Valley, California, for hundreds of years. | Complaint (Doc. 1, Paragraph 4) |
| 2. | In 1848, Mexico ceded California and other lands to the United States by the Treaty of Guadalupe Hidalgo. | Treaty of Guadalupe Hidalgo, 9 Stat. 929 [Request for Judicial Notice ("RJN"), Ex. A., pp. A-5, A-10 to A-11] |
| 3. | On March 3, 1851, Congress enacted an "Act to Ascertain and Settle Land Claims in the State of California." | Act to Ascertain and Settle Lands Claims in the State of California, c. 41, 9 Stat. 631 (1851) [RJN Ex. B, pp. B-29, B-30 |
| 4. | No claim was filed by or on behalf of the Agua Caliente Band pursuant to the 1851 Act's requirements. | Plaintiff's Response to Request for Admission by Defendant CVWD, Set Number 2, Request Number 23. [Declaration of Gerald D. Shoaf in Support of CVWD's Motion for Summary Judgment ("Shoaf Decl.") Ex. 1, p. 1-10] |
| 5. | The Agua Caliente Band cannot show aboriginal use of groundwater from wells on current lands of the Agua Caliente Reservation. | Responses to Request for Admission of Fact, CVWD Set Number One, Request Number 11 [Shoaf Decl., |

| | | | |
|---|---|---|---|
| | | | Ex. 2, p. 2-18] |
| | 6. | Any lands that would have been subject to claims of rights of occupancy by the Agua Caliente Band of Cahuilla Indians became a part of the public domain on March 3, 1853. | Act to Ascertain and Settle Lands Claims in the State of California, 1851. c. 41, § 13, 9 Stat. 633 [RJN Ex. B, pp. B-32] |
| | 7. | In 1864, Congress authorized the President to set apart "not exceeding four tracts of land" for purposes of Indian Reservations in California. | Act to Provide for the better Organization of Indian Affairs in California, Chapter 48, § 2. 13 Stat. 39, 40 (1864). [RJN Ex. C, pp. C-35, C-36] |
| | 8. | In 1871, Congress granted the odd-numbered sections in the Coachella Valley to a railroad. | Act to incorporate the Texas Pacific Railroad, and to aid in the Construction of its Road, and for other purposes, c. 122 § 9, 15 Stat. 573, 576 (1871) [RJN Ex. D, pp. D-39, D-42] |
| | 9. | A Presidential Executive Order in 1876 set aside lands for the Agua Caliente Reservation. | Executive Order of May 15, 1876 [RJN Ex. H, pp._H-59, h-60] |
| | 10. | A Presidential Executive Order in 1877 expanded the Agua Caliente Reservation. | Executive Order September 29, 1877 [RJN Ex. I, pp. I-62, I-63] |
| | 11. | From about 1862 to 1889, repeated requests were made by or through the Commissioner of Indian Affairs to Congress to protect the Mission Indians in Southern California from incursions and misappropriation of their lands, crops and water supplies by non-Indians. | a. 1862 Annual Commissioner of Indian Affairs Report to Congress, [Shoaf Decl., Ex. 3, pp. 3-23 to 3-25]<br>b. 1867 Acting Commissioner of Indian Affairs Report to Congress. [Shoaf Decl., Ex. 5, pp. 5-30 to 5-31]<br>c. 1873 Annual Commissioner of Indian Affairs Report to Congress, pages 29-31. [Shoaf Decl., Ex.7, pp. 7-39 to 7-41] |

| | | | |
|---|---|---|---|
| | | | d. 1888 Senate Committee on Indian Affairs Report . [Shoaf Decl., Ex. 9, pp. 9-50 to 9-53, 9-55 to 9-56, 9-60]<br>e. 1889 Commissioner of Indian Affairs Report to Congress, page 59 . [Shoaf Decl., Ex. 10, pp. 10-67 to 10-69, 10-71] |
| | 12. | The 1891 Mission Indians Relief Act, Section 3, directed the commission appointed by the Secretary of the Interior to report its determinations to the Secretary who, if no valid objection existed, should issue a patent for each reservation selected by the commission. | Mission Indians Relief Act, 27 Stat, 712-713 Section 3 [RJN Ex. E, pp. E-48 to E-49] |
| | 13. | The 1891 Mission Indians Relief Act, Section 8, authorized the Secretary of the Interior to grant right of way over reservations for facilities to convey water "for agriculture, manufacturing, or other purposes, upon condition that the Indians…shall…be supplied with sufficient quantities of water for irrigation and domestic purposes…." | Mission Indians Relief Act., 27 Stat, 714, Section 8. [RJN Ex. E, p. E-50] |
| | 14. | On January 31, 1891, the Commissioner of Indian Affairs, Mr. T.J. Morgan, issued instructions to Messrs. Smiley, Morse and Painter, members of the commission appointed by the Secretary of the Interior regarding the commissioners' duties pursuant to the 1891 Act. | Letter from Commissioner of Indian Affairs T.J. Morgan to Messrs. Smiley, Morse and Painter dated January 31, 1891 [Shoaf Decl., Ex. 11, pp. 11-75 to 11-77] |
| | 15. | The Commissioner of Indian Affairs instructions directed the (Smiley) Commission to investigate water supply facilities and to make recommendations regarding the subject of irrigation. | *Id.*, page 6 [Shoaf Decl., Ex. 11, p. 11-77] |
| | 16. | The Smiley Commission Report recommended a defined, permanent reservation for the Tribe. | Smiley Commission Report of December 1891 [Shoaf Decl., Ex. 12, pp.12-83 to |

4

| | | | |
|---|---|---|---|
| | | | 12-88] |
| | 17. | The Smiley Commission recommended the approval of an agreement with the Bear Valley Irrigation Co. whereby the latter would provide water for irrigation and domestic uses on the Agua Caliente Reservation in return for right of way for water conveyance facilities and for certain water rights. | Smiley Commission report, pages 32-33 [Shoaf Decl., Ex. 12, pp. 12-84 to 12-85] |
| | 18. | The President and the Secretary of the Interior approved the Smiley Commission recommendations, including the land exchange proposed, the latter subject to Congress's approval. | Message from the President of the United States dated January 25, 1892 with attached letter to the President from the Secretary of the Interior dated January 23, 1892 [Shoaf Decl., Ex. 13, pp. 13-90 to 13-91] |
| | 19. | The Act of July 1, 1892 approved the proposed land exchange without rejecting or modifying the Smiley Commission's recommendations regarding water supplies for the Agua Caliente Tribe. | Act of July 1, 1892, 27 Stat. 6127 Stat. 61 [RJN Ex. F, pp. F-52, F-53] |
| | 20. | In 1891, President Harrison issued an Executive Order to include land recommended by the Smiley Commission. | Executive Order December 29, 1891 [RJN, Ex. J, p. J-67] |
| | 21. | In 1896, a Trust Patent was issued covering certain of the lands described in the 1891 Executive Order. | Trust Patent, May 14, 1896 [Shoaf Decl., Ex. 14, pp. 14-109 to 14-111] |
| | 22. | In 1906, Trust Patents were issued covering the balance of the lands described in the 1891 Executive Order. | Trust Patent, October 29, 1906 [Shoaf Decl., Ex. 15, pp. 15-114 to 15-117] |
| | 23. | In 1907, Congress amended the 1891 Mission Indians Relief Act to allow Trust Patents to issue for the lands covered by the prior Executive Orders. | 34 Stat. 1022-23 [RJN Ex. G, pp. G-56, G-57] |
| | 24. | In 1911, a Trust Patent was issued pursuant to the 1907 Amendment. | Trust Patent, January 5, 1911[Shoaf Decl., Ex. 16, p. 16-119] |
| | 25. | A 1923 Trust Patent was issued pursuant to the 1907 Amendment. | Trust Patent, March 29, 1923 [Shoaf Decl., Ex. 17, p. 17-121] |

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 26. | The "Purpose" of Plaintiff's Reservation as created by the 1891 Act was to protect Plaintiff and its members from further incursions by non-Indians. | a. Commissioner of Indian Affairs Reports 1862, pages 191-92 [Shoaf Decl., Ex. 3, pp. 3-23 to 3-25]<br>b. Commissioner of Indian Affairs Reports 1865, page 13 [Shoaf Decl., Ex. 4, p. 4-28]<br>c. Commissioner of Indian Affairs Reports 1867, page 9 [Shoaf Decl., Ex. 5, p. 5-32]<br>d. Commissioner of Indian Affairs Reports 1871, page 19 [Shoaf Decl., Ex. 6, p. 6-36]<br>e. Commissioner of Indian Affairs Reports 1873, 3 pages [Shoaf Decl., Ex. 7, pp. 7-39 to 7-41]<br>f. Commissioner of Indian Affairs Reports 1877, pages 35 through 38 [Shoaf Decl., Ex. 8, pp. 8-46 to 8-47]<br>g. 1888 Commissioner's Report including report by Special Agents Jackson and Kinney to the Senate Committee on Indian Affairs from 1883, [Shoaf Decl., Ex. 9, pp. 9-52 to 9-53, 9-55 to 9-56, 9-60]<br>h. 1889 Commissioner's Report, pages 3, 59-60; [Shoaf Decl. Ex. 10, pp. 10-67 to 10-69, 10-71]<br>i. 1891 Mission Indians Relief Act, §2, 26 Stat. 712; [RJN Ex. E, p. E-48]<br>j. 1891 Commissioner's Instructions to Smiley |

| | | | |
|---|---|---|---|
| | | | Commission, page 6, 4th paragraph [Shoaf Decl., Ex. 11, p. 11-77] |
| | 27. | The Agua Caliente Band and its members relied on surface waters from Tahquitz and Andreas Creeks for water for irrigation and domestic uses from as early as the 1830s and had constructed a system of ditches to carry the water from those streams to the point of use. | a. "Aboriginal occupation at Tahquitz Canyon," page 51 [Shoaf Decl., Ex. 19, p. 19-126]<br>b. Henry Ryan Report to Indian Agent Estudillo dated January 16, 1894, page 1 [Shoaf Decl., Ex. 22, pp. 22-139 to 22-140]<br>c. Report by Superintendant of Irrigation Butler to Commission of Indian Affairs dated August 22, 1903 [Shoaf Decl., Ex. 27, pp. 27-174 to 27-182]<br>d. Report by Special Inspector Levi Chubbuck to Commission of Indian Affairs dated February 2, 1906, page 2 [Shoaf Decl., Ex. 28, p. 28-187]<br>e. Report by Special Attorney of the Mission Indians, William Collier, to Commission of Indian Affairs dated August 8, 1906 [Shoaf Decl., Ex. 50, pp. 50-366 to 50-367]<br>f. 1918 "History of Irrigation-Agua Caliente Reservation" [Shoaf Decl., Ex. 39, pp. 39-274 to 39-277, 39-280] |
| | 28. | The 1891 Mission Indians Relief Act, the Commissioner of Indian Affairs instructions to the Smiley Commission, the Smiley Commission's report, and all Government reports and other documents | a. The Mission Indians Relief Act, 26 Stat. 712 (CV 490) [RJN Ex. E, pp. E-48 to E-50]<br>b. The Commissioner of |

| | | |
|---|---|---|
| | focused on surface waters as the source of supply for irrigation and domestic use by the Agua Caliente Band. | Indian Affairs instructions to the Smiley Commission, page 6 [Shoaf Decl., Ex. 11, p. 11-77] <br> c. The Smiley Commission Report, [Shoaf Decl., Ex. 12, pp. 12-84 to 12-85] <br> d. "Aboriginal Occupation at Tahquitz Canyon," page 51 [Shoaf Decl., Ex. 19, pp. 19-126] <br> e. 1855-56 US Government Land Survey Map [Shoaf Decl., Ex. 18, p. 18-123] <br> f. 1888 Proposed Agreement between Indian Agent Preston and the Palm Valley Water Company for surface water supply for Tribe, 3 pages [Shoaf Decl., Ex. 20, pp. 20-128 to 20-129] <br> g. 1888 Agreement between Indian Agent Preston and BB Barney for surface water supply for tribe in exchange for right-of-way, 5 pages [Shoaf Decl., Ex. 21, pp. 21-132 to 21-134] <br> h. 1894 Henry L. Ryan report to Indian Agent Estudillo regarding surface water rights and need for a reservoir, pages 1-2 [Shoaf Decl., Ex. 22, pp. 22-139-22-140] <br> i. 1894 Letter from Henderson to Painter regarding Tribe's dire situation involving domestic |

water supply from Tahquitz Ditch, 3 pages [Shoaf Decl., Ex. 23, pp. 23-143 to 23-145]

j. 1898 Inspector Nesler's report to the Secretary of the Interior describing a failed attempt to drill an artesian well on the Agua Caliente Reservation, page 3 [Shoaf Decl., Ex. 24, pp. 24-150 to 24-151]

k. Supervisor Holland's 1900 Report to the Commissioner regarding water supply for the Agua Caliente Tribe-only sources are creeks, 12 pages [Shoaf Decl., Ex. 25, pp. 25-155 to 25-162]

l. Commissioner of Indian Affairs 1903 Annual Report regarding development of artesian wells for Torres and Cabazon Tribes and agreement with BB Barney for Andreas Creek supplies for Agua Caliente Tribe pages 44, 91-92 [Shoaf Decl., Ex.26, pp. 26-170 to 26-172]

m. 1903 Superintendent of Irrigation Butler's Report to Commissioner regarding surface supplies as only possible sources of water for Agua Caliente Tribe, 9 pages [Shoaf Decl., Ex. 27, pp. 27-174 to 27-182]

n. 1906 Inspector

Chubbuck's report to Secretary, 4 pages [Shoaf Decl., Ex. 28, p. 28-187]

o.  1906 Inspector Chubbuck's report to Secretary, 6 pages [Shoaf Decl., Ex. 29, pp. 29-192 to 29-196]

p.  1906 Chief Engineer Code to Secretary (CV551), 7 pages [Shoaf Decl., Ex. 30, pp. 30-200, 30-203 to 30-205]

q.  1906 Kelsey Report to Commissioner dated August 8, 1906 Re: "Condition of the California Indians," page 22 [Shoaf Decl., Ex. 31, p. 31-231]

r.  1907 Kelsey Report to Commissioner, pages 1-3 [Shoaf Decl., Ex. 32, pp. 32-235 to 32-238]

s.  1907 Commissioner's Annual report, page 57 [Shoaf Decl., Ex. 33, p. 33-245]

t.  1907 Superintendent of Irrigation Ollny to Code [Shoaf Decl., Ex. 34, p. 34-248]

u.  1908 Kelsey to Code, Chief Engineer [Shoaf Decl., Ex 35, p. 35-251]

v.  1909 Lebacho statement re: purpose of construction of Tahquitz Ditch [Shoaf Decl., Ex. 36, p. 36-253]

w.  1911 Agreement between United States and Non-Indians concerning

Tahquitz Creek water allocation [Shoaf Decl., Ex. 37, p. 37-256]

x. 1911 Administrative Farmers' letter to Olberg [Shoaf Decl., Ex. 38, p. 38-264]

y. 1918 Indian Irrigation Service Report-"History of Irrigation at Agua Caliente Reservation" [Shoaf Decl., Ex. 39, pp. 39-276 to 39-277, 39-280]

z. 1924 Indian Defense Association of Santa Barbara report regarding Agua Caliente Tribe [Shoaf Decl., Ex. 40, p. 40-297]

aa. 1924 Palmer Report to Dr. Blair [Shoaf Decl., Ex. 41, p. 41-313]

bb. 1924 Clotts Report to Commissioner [Shoaf Decl., Ex. 42, p. 42-318]

cc. 1925 Ellis letter to Commissioner [Shoaf Decl., Ex. 43, p. 43-320]

dd. 1925 Ellis letter to Commissioner [Shoaf Decl., Ex. 44, p. 44-324]

ee. 1931 Supervising Engineer Wathen to Director of Irrigation [Shoaf Decl., Ex. 45, pp. 45-326 to 45-327]

ff. 1936 Agua Caliente Tribal Committee letter to Secretary [Shoaf Decl., Ex. 46, p. 46-330]

gg. 1936 Supervising Engineer Engle to

| | | | |
|---|---|---|---|
| | | | Commissioner with Memo regarding Agua Caliente Water Rights [Shoaf Decl., Ex. 47, pp. 47-333 to 47-335, 47-338 to 47-340]<br>hh. 1939 District Counsel Humphrys' letter to Director of Irrigation Wathen [Shoaf Decl., Ex. 48, pp. 48-347, 48-349]<br>ii. 1940 Draft Agreement to replace 1911 Agreement regarding Tahquitz Creek Water allocation [Shoaf Decl., Ex. 49, p. 354] |
| | 29. | All efforts by the Agua Caliente Band and the government to provide a water supply to the Plaintiff's reservation for irrigation and domestic uses relied on surface waters as the source of supply. | a. Indian Agent Preston-Palm Valley Land Company "Agreement" dated February 7, 1888 [Shoaf Decl., Ex. 20, pp. 20-128 to 20-129]<br>b. Report by Henry Ryan to Indian Agent Estudillo dated January 16, 1894 [Shoaf Decl., Ex. 22, pp. 22-139 to 22-140]<br>c. Report by Supervising Engineer Holland to Commissioner of Indian Affairs dated August 23, 1900 [Shoaf Decl., Ex. 25, pp. 25-155 to 25-162]<br>d. Report by Superintendent of Irrigation Butler to Commissioner of Indian Affairs, dated August 22, 1903[Shoaf Decl., Ex. 27, pp. 27-174 to 27-182]<br>e. Report by Special Inspector Levi Chubbuck to Secretary of the Interior, |

| | | |
|---|---|---|
| | | dated February 24, 1906, describing terms of the 1888 Barney Agreement and new proposal to buy Barney's land and water rights in Andreas Creek for use on the reservation [Shoaf Decl., Ex. 29, pp. 29-192 to 29-196]<br>f. 1911 Agreement between the Government and certain non-Indians regarding Tahquitz Creek water rights [Shoaf Decl., Ex. 37, p. 37-256]<br>g. Report by Supervising Engineer Wathen to Director of Engineering, dated December 15, 1931 (ACC374) [Shoaf Decl., Ex. 45, pp. 45-326 to 45-327]<br>h. Report by Supervising Engineer Engle to Commissioner of Indian Affairs, dated October 29, 1936 [Shoaf Decl., Ex. 47, pp. 47-333 to 47-335, 47-338 to 47-340]<br>i. 1940 Agreement revising 1911 Agreement regarding Tahquitz Creek Water Rights (ACC 10782) [Shoaf Decl., Ex. 49, p. 49-354] |

CONCLUSIONS OF LAW

1. This Court has jurisdiction under 28 U.S.C. §§1331, 1345 and 1362.

2. Venue is appropriate in this district under 28 U.S.C. § 1391(b).

3. The aboriginal rights of the Agua Caliente Band of Cahuilla Indians to

groundwater were extinguished by operation of law on March 3, 1853, under Section 13 of the Act to Ascertain and Settle the Land Claims in the State of California (1851), 9 Stat. 631, 633, due to their failure to present a claim as required by the Act. *Barker v. Harvey*, 181 U.S. 481, 490-92, 21 S. Ct. 690, 45 L. Ed. 963 (1901); *United States v. Title Insurance and Trust Company,* 265 U.S. 472, 482-86, 44 S. Ct. 621, 68 L. Ed. 1110 (1924); *United States v. Santa Fe Pacific Railway Co.,* 314 U.S. 339, 350, 62 S. Ct. 248, 86 L. Ed. 260 (1942).

 4. The doctrine of reserved rights does not extend to groundwater. *Cappaert v. United States,* 426 U.S. 128, 138, 96 S. Ct. 2062, 48 L. Ed. 2d 523 (1976).

 5. Analyzing the purposes of the reservation and whether groundwater is necessary for the reservation or whether the reservation would fail completely without a reserved right to groundwater, there is no implied reservation of groundwater rights for the Agua Caliente Reservation. *United States v. New Mexico*, 438 U.S. 696, 98 S. Ct. 3012, 57 L. Ed. 2d 1052 (1978).

 6. Defendants COACHELLA VALLEY WATER DISTRICT and FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR., PETER NELSON and DEBI LIVESAY, in their Official Capacities as Members of the Board of Directors of the Coachella Valley Water District are therefore entitled to judgment as a mater of law in their favor and against Plaintiff AGUA CALIENTE BAND OF CAHUILLA INDIANS on all claims in the Complaint for Declaratory Relief and against Plaintiff in Intervention UNITED STATES OF AMERICA on all claims in the Complaint in Intervention.

| | |
|---|---|
| 1  DATED:  October 21, 2014 | Respectfully Submitted, |

                         /s/ Steven B. Abbott
                         Steven B. Abbott
                         sabbott@redwineandsherrill.com
                         REDWINE AND SHERRILL
                         Attorneys for Defendants,
                         COACHELLA VALLEY WATER DISTRICT,
                         FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR.,
                         PETER NELSON, and DEBI LIVESAY, in their official
                         capacities as members of the Board of Directors of the
                         COACHELLA VALLEY WATER DISTRICT
                         1950 Market Street
                         Riverside, CA 92501-1720
                         (951) 684-2520 (phone)
                         (951) 684-9583 (fax)