1  STEVEN B. ABBOTT (SBN 125270)
2  sabbott@redwineandsherrill.com
   GERALD D. SHOAF (SBN 41084)
3  gshoaf@redwineandhserrill.com
4  JULIANNA K. TILLQUIST (SBN 180552)
   jtillquist@redwineandsherrill.com
5  REDWINE AND SHERRILL
6  ATTORNEYS AT LAW
   1950 MARKET STREET
7  RIVERSIDE, CA 92501
8  PHONE (951) 684-2520
   FACSIMILE (951) 684-9583
9

10 Attorneys for Defendants,
   COACHELLA VALLEY WATER
11 DISTRICT, FRANZ DE KLOTZ, ED PACK,
12 JOHN POWELL, JR., PETER NELSON,
   and DEBI LIVESAY, in their official
13 capacities as members of the Board of
14 Directors of the COACHELLA VALLEY
   WATER DISTRICT
15

16              UNITED STATES DISTRICT COURT

17     CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

18

19 AGUA CALIENTE BAND OF            ) ED CV 13-00883 JGB-(SPx)
20 CAHUILLA INDIANS,                ) Action Filed May 14, 2013
                                    )
21              Plaintiff,          ) REQUEST FOR JUDICIAL NOTICE
22     vs.                          ) OF DOCUMENTS IN SUPPORT OF
                                    ) MOTION  BY CVWD
23 COACHELLA VALLEY WATER           ) DEFENDANTS FOR SUMMARY
24 DISTRICT, et al.                 ) JUDGMENT, OR IN THE
                                    ) ALTERNATIVE, FOR PARTIAL
25              Defendants.         ) SUMMARY JUDGMENT
26 _____  )
   UNITED STATES OF AMERICA         ) Hearing:  February 9, 2015
27                                  ) Time:     9:00 a.m.
28              Plaintiff-in-Intervention ) Courtroom 1
   _____

                              1

Pursuant to Rule 201 of the Federal Rules of Evidence, the CVWD defendants request the court take judicial notice of the following documents, the accuracy of which cannot reasonably be questioned. The referenced documents are attached hereto and labeled as Exhibits, in the order listed below:

A. Treaty of Guadalupe Hidalgo, 9 Stat. 922 (1848) [A-4to A-27];

B. An Act to ascertain and settle the private Land Claims in the State of California, 9 Stat. 631 (1851) [B-28 to B-33];

C. An Act to provide for the better Organization of Indian Affairs in California, 13 Stat. 39 (1864) [C-34 to C-37];

D. An Act to incorporate the Texas Pacific Railroad, 15 Stat. 573 (1871) [D-38 to D-45];

E. An act for the relief of the Mission Indians in the State of California, 26 Stat. 712 (1891) [E-46 to E-50];

F. An act to authorize the Secretary of the Interior to carry into effect certain recommendations of the Mission Indian commission, and to issue patents for certain lands, 27 Stat. 61 (1892) [F-51 to F-53];

G. Amendment to the Mission Indian Relief Act, 34 Stat. 1022 (1907) [G-54 to G-57];

H. Presidential Executive Order of May 15, 1876, setting aside lands for the Agua Caliente reservation. *Jenkins v. Collard*, 145 U.S. 546, 560-61, 12 S. Ct. 868, 36 L. Ed. 812 (1892) [H-58 to H-60];

I. Presidential Executive Order of September 29, 1877, expanding the Agua Caliente Reservation. *Jenkins v. Collard*, 145 U.S. 546, 560-61, 12 S. Ct. 868, 36 L. Ed. 812 (1892) [I-61 to I-65];

J. Presidential Executive Order of December 29, 1891, including land recommended by the Smiley Commission. *Jenkins v. Collard*, 145 U.S. 546, 560-61, 12 S. Ct. 868, 36 L. Ed. 812 (1892) [J-66 to J-67].

Dated:  October 21, 2014                    Respectfully Submitted,


                                    By:___/s/ Steven B. Abbott_____
                                           STEVEN B. ABBOTT
                                           sabbott@redwineandsherrill.com
                                           REDWINE AND SHERRILL
                                           Attorney for Defendants
                                           COACHELLA VALLEY WATER DISTRICT,
                                           FRANZ DE KLOTZ, ED PACK,
                                           JOHN POWELL, JR., PETER NELSON,
                                           and DEBI LIVESAY, in their official
                                           capacities as members of the Board of
                                           Directors of the COACHELLA VALLEY
                                           WATER DISTRICT
                                           1950 Market Street
                                           Riverside, CA 92501-1720
                                           (951) 684-2520 (phone)
                                           (951) 684-9583 (fax)

# EXHIBIT A

BY AUTHORITY OF CONGRESS.

THE

# Statutes at Large and Treaties

OF THE

# UNITED STATES OF AMERICA

FROM

## DECEMBER 1, 1845, TO MARCH 3, 1851,

Arranged in Chronological Order;

WITH

## REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS ON THE SAME SUBJECT.

EDITED BY

# GEORGE MINOT, ESQ.,

COUNSELLOR AT LAW.

The rights and interest of the United States in the stereotype plates from which this work is printed are hereby recognized, acknowledged, and declared by the publishers, according to the provisions of the joint resolution of Congress, passed March 3, 1845.

## VOL. IX.

BOSTON:
CHARLES C. LITTLE AND JAMES BROWN.
1851.

Feb. 2, 1848.

Ratifications exchanged at Queretaro, May 30, 1848.

Proclamation made, July 4, 1848.

## TREATY OF PEACE, FRIENDSHIP, LIMITS, AND SETTLEMENT WITH THE REPUBLIC OF MEXICO.

In the name of Almighty God:

En el nombre de Dios Todo-Poderoso:

Preamble.

The United States of America and the United Mexican States, animated by a sincere desire to put an end to the calamities of the war which unhappily exists between the two republics, and to establish upon a solid basis relations of peace and friendship, which shall confer reciprocal benefits upon the citizens of both, and assure the concord, harmony, and mutual confidence wherein the two people should live, as good neighbors, have for that purpose appointed their respective plenipotentiaries — that is to say, the President of the United States has appointed Nicholas P. Trist, a citizen of the United States, and the President of the Mexican republic has appointed Don Luis Gonzaga Cuevas, Don Bernardo Couto, and Don Miguel Atristain, citizens of the said republic, who, after a reciprocal communication of their respective full powers, have, under the protection of Almighty God, the author of peace, arranged, agreed upon, and signed the following

Los Estados Unidos Mexicanos y los Estados Unidos de América, animados de un sincero deseo de poner término á las calamidades de la guerra que desgraciadamente existe entre ambas repúblicas, y de establecer sobre báses sólidas relaciones de paz y buena amistad, que procuren recíprocas ventajas á los ciudadanos de uno y otro pais, y afianzen la concordia, armonia y mútua seguridad en que deben vivir, como buenos vecinos, los dos pueblos han nombrado á este efecto sus respectivos plenipotenciarios; á saber, el Presidente de la república Mexicana á Don Bernardo Couto, Don Miguel Atristain, y Don Luis Gonzaga Cuevas, ciudadanos de la misma república; y el Presidente de los Estados Unidos de América á Don Nicolas P. Trist, ciudadano de dichos Estados; quienes despues de haberse comunicado sus plenos poderes, bajo la proteccion del Señor Dios Todo Poderoso autor de la paz, han ajustado, convenido, y firmado el siguiente

Negotiators.

*Treaty of Peace, Friendship, Limits, and Settlement between the United States of America and the Mexican Republic.*

*Tratado de Paz, Amistad, Limites y Arreglo definitivo entre la República Mexicana y los Estados Unidos de América.*

### ARTICLE I.

Firm and universal peace to prevail between the two republics.

There shall be firm and universal peace between the United States of America and the Mexican republic, and between their respective countries, territories, cities, towns, and people, without exception of places or persons.

### ARTICULO I.

Habrá paz firme y universal entre la república Mexicana y los Estados Unidos de América, y entre sus respectivos paises, territorios, ciudades, villas, y pueblos, sin escepcion de lugares ó personas.

### ARTICLE II.

Convention to be entered into

Immediately upon the signature of this treaty, a convention shall

### ARTICULO II.

Luego que se firme el presente tratado, habrá un convenio entre

TREATY WITH THE REPUBLIC OF MEXICO. Feb. 2, 1848.   923

be entered into between a commissioner or commissioners appointed by the General-in-chief of the forces of the United States, and such as may be appointed by the Mexican government, to the end that a provisional suspension of hostilities shall take place, and that, in the places occupied by the said forces, constitutional order may be reëstablished, as regards the political, administrative, and judicial branches, so far as this shall be permitted by the circumstances of military occupation.

el comisionado ú comisionados del gobierno Mexicano, y el ó los que nombre el General-en-gefe de las fuerzas de los Estados Unidos, para que cesen provisionalmente las hostilidades, y se restablezca en los lugares ocupados por las mismas fuerzas el orden constitucional en lo político, administrativo, y judicial, en cuanto lo permitan las circunstancias de ocupacion militar.

*for the provisional suspension of hostilities.*

### Article III.

Immediately upon the ratification of the present treaty by the government of the United States, orders shall be transmitted to the commanders of their land and naval forces, requiring the latter (provided this treaty shall then have been ratified by the government of the Mexican republic, and the ratifications exchanged) immediately to desist from blockading any Mexican ports; and requiring the former (under the same condition) to commence, at the earliest moment practicable, withdrawing all troops of the United States then in the interior of the Mexican republic, to points that shall be selected by common agreement, at a distance from the seaports not exceeding thirty leagues; and such evacuation of the interior of the republic shall be completed with the least possible delay; the Mexican government hereby binding itself to afford every facility in its power for rendering the same convenient to the troops, on their march and in their new positions, and for promoting a good understanding between them and the inhabitants. In like manner orders shall be despatched to the persons in charge of the customhouses at all ports occupied by the forces of the United States, requiring them (under the same condition) immediately to deliver possession of the same to the persons authorized by the Mexican government to receive it, together

### Articulo III.

Luego que este tratado sea ratificado por el gobierno de los Estados Unidos, se expedirán órdenes á sus comandantes de tierra y mar previniendo á estos segundos (siempre que el tratado haya sido ya ratificado por el gobierno de la república Mexicana y cangeadas las ratificaciones,) que inmediatamente alcen el bloqueo de todos los puertos Mexicanos, y mandando á los primeros (bajo la misma condicion) que á la mayor posible brevedad comiencen á retirar todas las tropas de los Estados Unidos que se hallárentonces en el interior de la república Mexicana, á puntos que se elegirán de comun acuerdo, y que no distarán de los puertos mas de treinta leguas; esta evacuacion del interior de la república se consumará con la menor dilacion posible, comprometiéndose á la vez el gobierno Mexicano á facilitar, cuanto quepa en su arbitrio, la evacuacion de las tropas Americanas; á hacer cómodas su marcha y su permanencia en los nuevos puntos que se elijan; y á promover una buena inteligencia entre ellas y los habitantes. Igualmente se librarán órdenes á las personas en cargadas de las aduanas maritimas en todos los puertos ocupados por las fuerzas de los Estados Unidos, previniéndoles (bajo la misma condicion) que pongan inmediatamente en posesion de dichas aduanas á las personas autorizadas por el gobierno Mexicano para

*Immediately upon the ratification of this treaty, blockade of the Mexican ports to cease.*

*Troops of the United States to be withdrawn from the interior to certain points near the seacoast, and evacuation of the interior to be completed with the least possible delay.*

*Custom-houses to be delivered up to the Mexican authorities, &c.*

A–7

924    TREATY WITH THE REPUBLIC OF MEXICO.   Feb. 2, 1848.

*An account to be made out of the amount of all duties collected by the United States after the ratification of this treaty by Mexico; the same, after deducting costs, to be paid over to the government of Mexico within three months after exchange of ratifications.*

with all bonds and evidences of debt for duties on importations and on exportations, not yet fallen due. Moreover, a faithful and exact account shall be made out, showing the entire amount of all duties on imports and on exports, collected at such custom-houses, or elsewhere in Mexico, by authority of the United States, from and after the day of the ratification of this treaty by the government of the Mexican republic; and also an account of the cost of collection; and such entire amount, deducting only the cost of collection, shall be delivered to the Mexican government, at the city of Mexico, within three months after the exchange of ratifications.

recibirlas, entregándoles al mismo tiempo todas las obligaciones y constancias de deudas pendientes por derechos de importacion y exportacion, cuyos plazos no estén vencidos. Ademas se formará una cuenta fiel y exacta que manifieste el total monto de los derechos de importacion y exportacion, recaudados en las mismas aduanas marítimas ó en cualquiera otro lugar de México por autoridad de los Estados Unidos desde el dia de la ratificacion de este tratado por el gobierno de la república Mexicana; y tambien una cuenta de los gastos de recaudacion; y la total suma de los derechos cotrados, deducidos solamente los gastos de recaudacion, se entregará al gobierno Mexicano en la ciudad de México á los tres meses del cange de las ratificaciones.

*Evacuation of the capital of Mexico to be completed in one month.*

The evacuation of the capital of the Mexican republic by the troops of the United States, in virtue of the above stipulation, shall be completed in one month after the orders there stipulated for shall have been received by the commander of said troops, or sooner if possible.

La evacuacion de la capital de la república Mexicana por las tropas de los Estados Unidos, en consecuencia de lo que queda estipulado, se completará al mes de recibirse por el comandante de dichas tropas las órdenes convenidas en el presente artículo, ó antes si fuere posible.

### Article IV.

*All castles, forts, &c., taken and occupied by the United States within the limits of Mexico established by this treaty to be restored immediately after exchange of ratifications.*

Immediately after the exchange of ratifications of the present treaty, all castles, forts, territories, places, and possessions, which have been taken or occupied by the forces of the United States during the present war, within the limits of the Mexican republic, as about to be established by the following article, shall be definitively restored to the said republic, together with all the artillery, arms, apparatus of war, munitions, and other public property, which were in the said castles and forts when captured, and which shall remain there at the time when this treaty shall be duly ratified by the government of the Mexican republic. To this end, immediately upon the signature of this treaty, orders shall be despatched to the American officers commanding such castles and forts, securing against the

### Articulo IV.

Luego que se verifique el cange de las ratificaciones del presente tratado, todos los castillos, fortalezas, territorios, lugares, y posesiones que hayan tomado ú ocupado las fuerzas de los Estados Unidos, en la presente guerra, dentro de los límites que por el siguiente artículo van á fijarse á la república Mexicana, se devolverán definitivamente á la misma república, con toda la artilleria, armas, aparejos de guerra, municiones, y cualquiera otra propiedad pública existentes en dichos castillos y fortalezas, cuando fueron tomados, y que se conserve en ellos al tiempo de ratificarse por el gobierno de la república Mexicana el presente tratado. A este efecto, inmediatamente despues que se firme, se expedirán órdenes á los oficiales Americanos que mandan dichos castillos y fortalezas para asegurar

A–8

removal or destruction of any such artillery, arms, apparatus of war, munitions, or other public property. The city of Mexico, within the inner line of intrenchments surrounding the said city, is comprehended in the above stipulations, as regards the restoration of artillery, apparatus of war, &c.

toda la artillería, armas, aparejos de guerra, municiones, y cualquiera otra propiedad pública, la cual no podrá en adelante removerse de donde se halla, ni destruirse. La ciudad de México dentro de la línea interior de atrincheramientos que la circundan queda comprendida en la precedente estipulacion en lo que toca á la devolucion de artillería, aparejos de guerra, etc.

The final evacuation of the territory of the Mexican republic, by the forces of the United States, shall be completed in three months from the said exchange of ratifications, or sooner if possible: the Mexican government hereby engaging, as in the foregoing article, to use all means in its power for facilitating such evacuation, and rendering it convenient to the troops, and for promoting a good understanding between them and the inhabitants.

La final evacuacion del territorio de la república Mexicana por las fuerzas de los Estados Unidos quedará consumada á los tres meses del cange de las ratificaciones, ó antes si fuére posible, comprometiendose á la vez el gobierno Mexicano, como en el artículo anterior, á usar de todos los medios que estén en su poder para facilitar la tal evacuacion, hacerla cómoda á las tropas Americanas, y promover entre ellas y los habitantes una buena inteligencia.

Final evacuation of Mexican territory to be completed in three months from exchange of ratifications.

If, however, the ratification of this treaty by both parties should not take place in time to allow the embarcation of the troops of the United States to be completed before the commencement of the sickly season, at the Mexican ports on the Gulf of Mexico, in such case a friendly arrangement shall be entered into between the General-in-chief of the said troops and the Mexican government, whereby healthy and otherwise suitable places, at a distance from the ports not exceeding thirty leagues, shall be designated for the residence of such troops as may not yet have embarked, until the return of the healthy season. And the space of time here referred to as comprehending the sickly season, shall be understood to extend from the first day of May to the first day of November.

Sin embargo, si la ratificacion del presente tratado por ambas partes no tuviéra efecto en tiempo que permita que el embarque de las tropas de los Estados Unidos se complete, antes de qui comience la estacion malsana en los puertos Mexicanos del Golfo de México; en tal caso, se hará un areglo amistoso entre el gobierno Mexicano y el General-en-gefe de dichas tropas, y por medio de este areglo se señalarán lugares salubres y convenientes (que no disten de los puertos mas de treinta leguas) para que residan en ellos hasta la vuelta de la estacion sana las tropas que aun no se hayan embarcado. Y queda entendido que el espacio de tiempo de que aquí se habla, como comprensivo de la estacion malsana, se extiende desde el dia primero de Mayo hasta el dia primero de Noviembre.

If ratifications should not take place in time to allow of embarcation of United States troops before commencement of the sickly season, healthy places to be designated for their residence until return of healthy season.

All prisoners of war taken on either side, on land or on sea, shall be restored as soon as practicable after the exchange of ratifications of this treaty. It is also agreed that if any Mexicans should now be held as captives by any savage tribe within the limits of the United States, as about to

Todos los prisioneros de guerra tomados en ó mar tierra por ambas partes, se restituirán á la mayor brevedad posible despues del cange de las ratificaciones del presente tratado. Queda tambien convenido que si algunos Mexicanos estuviéren ahora cautivos en poder de alguna tribu salvage dentro de

Prisoners of war to be restored.

926        TREATY WITH THE REPUBLIC OF MEXICO.' Feb. 2, 1848.

be established by the following article, the government of the said United States will exact the release of such captives, and cause them to be restored to their country.

los limites que por el siguiente artículo van á fijarse á los Estados Unidos, el gobierno de los mismos Estados Unidos exigirá su libertad y los hará restituir á su pais.

### ARTICLE V.

*Boundary line between the two republics established.*

The boundary line between the two republics shall commence in the Gulf of Mexico, three leagues from land, opposite. the mouth of the Rio Grande, otherwise called Rio Bravo del Norte, or opposite the mouth of its deepest branch, if it should have more than one branch emptying directly into the sea; from thence up the middle of that river, following the deepest channel, where it has more than one, to the point where it strikes the southern boundary of New Mexico; thence, westwardly, along the whole southern boundary of New Mexico (which runs north of the town called *Paso*) to its western termination; thence, northward, along the western line of New Mexico, until it intersects the first branch of the River Gila; (or if it should not intersect any branch of that river, then to the point on the said line nearest to such branch, and thence in a direct line to the same;) thence down the middle of the said branch and of the said river, until it empties into the Rio Colorado; thence across the Rio Colorado, following the division line between Upper and Lower California, to the Pacific Ocean.

### ARTICULO V.

La linea divisoria entre las dos repúblicas comenzará en el Golfo de México, tres leguas fuera de tierra frente á la desembocadura del Rio Grande, llamado por otro nombre Rio Bravo del Norte, ó del mas profundo de sus brazos, si en la desembocadura tuviére varios brazos: correrá por mitad de dicho rio, siguiendo el canal mas profundo, donde tenga mas de un canal, hasta el punto en que dicho rio corta el lindero meridional de Nuevo México; continuará luego hácia occidente por todo este lindero meridional (que corre al norte del pueblo llamado *Paso*) hasta su término por el lado de occidente: desde alli subirá la linea divisoria hácia el norte por el lindero occidental de Nuevo México, hasta donde este lindero esté cortado por el primer brazo del Rio Gila; (y si no está cortado por ningun brazo del Rio Gila, entonces hasta el punto del mismo lindero occidental mas cercano al tal brazo, y de alli en una línea recta al mismo brazo;) continuará despues por mitad de este brazo y del Rio Gila hasta su confluencia con el Rio Colorado; y desde la confluencia de ambos rios la linea divisoria, cortando el Colorado, seguira el limite que separa la Alta de la Baja California hasta el Mar Pacífico.

*Southern and western limits of New Mexico, as referred to in this article, defined.*

The southern and western limits of New Mexico, mentioned in this article, are those laid down in the map entitled *"Map of the United Mexican States, as organized and defined by various acts of the Congress of said republic, and constructed according to the best authorities. Revised edition. Published at New York, in 1847, by J. Disturnell."* Of which map a copy is added to this treaty, bearing the signatures and seals of the undersigned plenipotentiaries.

Los linderos meridional y occidental de Nuevo Mexico, de que habla este artículo, son los que se marcan en la carta titulada : *Mapa de los Estados Unidos de México segun lo organizado y definido por las varias actas del Congreso de dicha república, y construido por las mejores autoridades. Edicion revisada que publicó en Nueva York en 1847, J. Disturnell ;* de la cual se agrega un ejemplar al presente tratado, firmado y sellado por los plenipotenciarios infra-

Case 5:13-cv-00883-JGB-SP   Document 82-5   Filed 10/21/14   Page 11 of 67   Page ID #:919

And, in order to preclude all difficulty in tracing upon the ground the limit separating Upper from Lower California, it is agreed that the said limit shall consist of a straight line drawn from the middle of the Rio Gila, where it unites with the Colorado, to a point on the coast of the Pacific Ocean distant one marine league due south of the southernmost point of the port of San Diego, according to the plan of said port made in the year 1782 by Don Juan Pantoja, second sailing-master of the Spanish fleet, and published at Madrid in the year 1802, in the Atlas to the voyage of the schooners *Sutil* and *Mexicana*, of which plan a copy is hereunto added, signed and sealed by the respective plenipotentiaries.

In order to designate the boundary line with due precision, upon authoritative maps, and to establish upon the ground landmarks which shall show the limits of both republics, as described in the present article, the two governments shall each appoint a commissioner and a surveyor, who, before the expiration of one year from the date of the exchange of ratifications of this treaty, shall meet at the port of San Diego, and proceed to run and mark the said boundary in its whole course to the mouth of the Rio Bravo del Norte. They shall keep journals and make out plans of their operations; and the result agreed upon by them shall be deemed a part of this treaty, and shall have the same force as if it were inserted therein. The two governments will amicably agree regarding what may be necessary to these persons, and also as to their respective escorts, should such be necessary.

The boundary line established by this article shall be religiously respected by each of the two republics, and no change shall ever be made therein, except by the express and free consent of both nations, lawfully given by the general government of each, in con-

VOL. IX. TREAT.—15

scriptos. Y para evitar toda dificultad al trazar sobre la tierra el límite que separa la Alta de la Baja California, queda convenido que dicho límite consistirá en una línea recta tirada desde la mitad del Rio Gila en el punto donde se une con el Colorado, hasta un punto en la costa del Mar Pacífico, distante una legua marina al sur del punto mas meridional del puerto de San Diego, segun este puerto está dibujado en el plano que levantó el año de 1782 el segundo piloto de la armada Española Don Juan Pantoja, y se publicó en Madrid el de 1802, en el Atlas para el viage de las goletas Sutil y Mexicana; del cual plano se agrega copia firmada y sellada por los plenipotenciarios respectivos.

Para consignar la línea divisoria con la precision debida en mapas fehacientes, y para establecer sobre la tierra mojones que pongan á la vista los límites de ambas repúblicas, segun quedan descritos en el presente artículo, nombrará cada uno de los dos gobiernos un comisario y un agrimensor, que se juntarán antes del término de un año contado desde la fecha del cange de las ratificaciones de este tratado, en el puerto de San Diego, y procederán á señalar y demarcar la expresada línea divisoria en todo su curso hasta la desembocadura del Rio Bravo del Norte. Llevarán di arios y llevantarán planos de sus operaciones: y el resultado convenido por ellos se tendrá por parte de este tratado, y tendrá la misma fuerza que si estuviése inserto en él; debiendo convenir amistosamente los dos gobiernos en el arreglo de cuanto necesiten estos individuos, y en la escolta respectiva que deban llevar, siempre que se crea necesario.

La línea divisoria que se establece por este artículo será religiosamente respetada por cada una de las dos repúblicas, y ninguna variación se hará jamás en ella, sino de expreso y libre consentimiento de ambas naciones, otorgado legalmente por el gobierno general de

*A commissioner and surveyor to be appointed by each government to run and mark the boundary lines, who shall meet at San Diego within one year from exchange of ratifications.*

*They shall keep journals, &c.*

*Boundary line to be religiously respected.*

formity with its own constitu-
tion.

cada una de ellas, con arreglo á
su propia constitucion.

## ARTICLE VI.

*Free passage by the Gulf of California and River Colorado to vessels of the United States.*

The vessels and citizens of the United States shall, in all time, have a free and uninterrupted passage by the Gulf of California, and by the River Colorado below its confluence with the Gila, to and from their possessions situated north of the boundary line defined in the preceding article; it being understood that this passage is to be by navigating the Gulf of California and the River Colorado, and not by land, without the express consent of the Mexican government,

*An agreement to be entered into respecting the construction of a road, canal, or railway to run on the banks of the River Gila.*

If, by the examinations which may be made, it should be ascertained to be practicable and advantageous to construct a road, canal, or railway, which should in whole or in part run upon the River Gila, or upon its right or its left bank, within the space of one marine league from either margin of the river, the governments of both republics will form an agreement regarding its construction, in order that it may serve equally for the use and advantage of both countries.

## ARTICULO VI.

Los buques y ciudadanos de los Estados Unidos tendrán en todo tiempo un libre y no interrumpido tránsito por el Golfo de California y por el Rio Colorado desde su confluencia con el Gila, para sus posesiones y desde sus posesiones sitas al norte de la linea divisoria que queda marcada en el artículo precedente; entendiéndose que este tránsito se ha de hacer navegando por el Golfo de California y por el Rio Colorado, y no por tierra, sin expreso consentimiento del gobierno Mexicano:

Si por reconocimientos que se practiquen se comprobáre la posibilidad y conveniencia de construir un camino, canal, ó ferro-carril, que en todo ó en parte corra sobre el Rio Gila ó sobre alguna de sus márgenes derecha ó izquierda en la latitud de una legua marina de uno ó de otro lado del rio, los gobiernos de ambas repúblicas se pondrán de acuerdo sobre su construccion á fin de que sirva igualmente para el uso y provecho de ambos paises.

## ARTICLE VII.

*Navigation of Rivers Gila and Rio Bravo below the boundary line to be common to vessels and citizens of both countries.*

The River Gila, and the part of the Rio Bravo del Norte lying below the southern boundary of New Mexico, being, agreeably to the fifth article, divided in the middle between the two republics, the navigation of the Gila and of the Bravo below said boundary shall be free and common to the vessels and citizens of both countries; and neither shall, without the consent of the other, construct any work that may impede or interrupt, in whole or in part, the exercise of this right; not even for the purpose of favoring new methods of navigation. Nor shall any

*Navigation of said rivers not to be obstructed, and no tax to be levied on vessels or persons navigating*

tax or contribution, under any denomination or title, be levied upon vessels, or persons navigating the same, or upon merchandise or

## ARTICULO VII.

Como el Rio Gila y la parte del Rio Bravo del Norte que corre bajo el lindero meridional de Nuevo Mexico se dividen por mitad entre las dos repúblicas, segun lo establecido en el artículo quinto, la navegacion en el Gila y en la parte que queda indicada del Bravo, será libre y comun á los buques y ciudadanos de ambos paises, sin que por alguno de ellos pueda hacerse (sin consentimiento del otro) ninguna obra que impida ó interrumpa en todo ó en parte el ejercicio de este derecho, ni aun con motivo de favorecer nuevos metodos de navegacion. Tampoco se podrá cobrar (sino en el caso de desembarco en alguna de sus riberas) ningun impuesto ó contribucion bajo ninguna denomina-

HeinOnline -- 9 Stat. 928 1841-1851

TREATY WITH THE REPUBLIC OF MEXICO. Feb. 2, 1848.  929

effects transported thereon, except in the case of landing upon one of their shores. If, for the purpose of making the said rivers navigable, or for maintaining them in such state, it should be necessary or advantageous to establish any tax or contribution, this shall not be done without the consent of both governments.

The stipulations contained in the present article shall not impair the territorial rights of either republic within its established limits.

### Article VIII.

Mexicans now established in territories previously belonging to Mexico, and which remain for the future within the limits of the United States, as defined by the present treaty, shall be free to continue where they now reside, or to remove at any time to the Mexican republic, retaining the property which they possess in the said territories, or disposing thereof, and removing the proceeds wherever they please, without their being subjected, on this account, to any contribution, tax, or charge whatever.

Those who shall prefer to remain in the said territories, may either retain the title and rights of Mexican citizens, or acquire those of citizens of the United States. But they shall be under the obligation to make their election within one year from the date of the exchange of ratifications of this treaty; and those who shall remain in the said territories after the expiration of that year, without having declared their intention to retain the character of Mexicans, shall be considered to have elected to become citizens of the United States.

In the said territories, property of every kind, now belonging to Mexicans not established there, shall be inviolably respected. The present owners, the heirs of these, and all Mexicans who may hereafter acquire said property by contract, shall enjoy with respect to it

---

cion ó título á los buques, efectos, mercancias ó personas que naveguen en dichos rios. Si para hacerlos ó mantenerlos navegables fuere necesario ó conveniente establecer alguna contribucion ó impuesto, no podrá esto hacerse sin el consentimiento de los dos gobiernos.

Las estipulaciones contenidas en el presente artículo dejan ilesos los derechos territoriales de una y otra república dentro de los límites que les quedan marcados.

### Artículo VIII.

Los Mexicanos establecidos hoy en territorios pertenecientes antes á México, y que quedan para lo futuro dentro de los límites señalados por el presente tratado á los Estados Unidos, podrán permanecer en donde ahora habitan, ó trasladarse en cualquier tiempo á la república Mexicana, conservando en los indicados territorios los bienes que posean, ó enagenándolos y pasando su valor á donde les convenga, sin que por esto pueda exigíraseles ningun género de contribucion, gravamen ó impuesto.

Los que prefieran permanecer en los indicados territorios, podrán conservar el título y derechos de ciudadanos Mexicanos, ó adquirir el título y derechos de ciudadanos de los Estados Unidos. Mas la eleccion entre una y otra ciudadanía deberán hacerla dentro de un año contado desde la fecha del cange de las ratificaciones de este tratado. Y los que permanecieren en los indicados territorios despues de transcurrido el año, sin haber declarado su intencion de retener el carácter de Mexicanos, se considerará que han elegido ser ciudadanos de los Estados Unidos.

Las propiedades de todo género existentes en los expresados territorios, y que pertenecen ahora á Mexicanos no establecidos en ellos, serán respetadas inviolablemente. Sus actuales dueños, los herederos de estos, y los Mexicanos que en lo venidero puedan adquirir por

---

*Margin notes:*

the same without the consent of both governments.

Mexicans established in territories ceded to the United States to be free to continue where they are, or to remove at any time, retaining their property or disposing of the same at pleasure.

Those who remain may either retain the title and rights of Mexican citizens or become citizens of the United States.

Election to be made within one year.

Property to be inviolably respected.

HeinOnline -- 9 Stat. 929 1841-1851

A–13

930       TREATY WITH THE REPUBLIC OF MEXICO.   Feb. 2, 1848.

guaranties equally ample as if the same belonged to citizens of the United States.

contrato las indicadas propiedades, disfrutarán respecto de ellas tan amplia garantía, como si pertenecieseen á ciudadanos de los Estados Unidos.

### ARTICLE IX.

How Mexicans remaining in the ceded territories may become citizens of the United States.

Mexicans who, in the territories aforesaid, shall not preserve the character of citizens of the Mexican republic, conformably with what is stipulated in the preceding article, shall be incorporated into the Union of the United States, and be admitted at the proper time (to be judged of by the Congress of the United States) to the enjoyment of all the rights of citizens of the United States, according to the principles of the constitution; and in the mean time shall be maintained and protected in the free enjoyment of their liberty and property, and secured in the free exercise of their religion without restriction.

### ARTÍCULO IX.

Los Mexicanos que en los territorios antedichos no conserven el carácter de ciudadanos de la república Mexicana segun lo estipulado en el artículo precedente, serán incorporados en la Union de los Estados Unidos, y se admitirán en tiempo oportuno (á juicio del Congreso de los Estados Unidos) al goce de todos los derechos de ciudadanos de los Estados Unidos conforme á los principios de la constitucion, y entretanto serán mantenidos y protejidos en el goze de su libertad y propiedad, y asegurados en el libre ejercicio de su religion sin restriccion alguna.

### ARTICLE X.

[Stricken out.]

### ARTÍCULO X.

[Suprimido.]

### ARTICLE XI.

Considering that a great part of the territories which, by the present treaty, are to be comprehended for the future within the limits of the United States, is now occupied by savage tribes, who will hereafter be under the exclusive control of the government of the United States, and whose incursions within the territory of Mexico would be prejudicial in the extreme, it is solemnly agreed Incursions of savage tribes into the territory of Mexico to be restrained by the government of the United States or punished. that all such incursions shall be forcibly restrained by the government of the United States whensoever this may be necessary; and that when they cannot be prevented, they shall be punished by the said government, and satisfaction for the same shall be exacted— all in the same way, and with equal diligence and energy, as if the same incursions were meditated or committed within its own

### ARTÍCULO XI.

En atencion á que una gran parte de los territorios que por el presente tratado van á quedar para lo futuro dentro de los límites de los Estados Unidos, se halla actualmente ocupada por tribus salvages, que han de estar en adelante bajo la exclusiva autoridad del gobierno de los Estados Unidos, y cuyas incursiones sobre los distritos Mexicanos serian en extremo perjudiciales; está solemnemente convenido que el mismo gobierno de los Estados Unidos contendrá las indicadas incursiones por medio de la fuerza siempre que así sea necesario; y cuando no pudiére prevenirlas, castigará y escarmentará á los invasores, exigiéndoles ademas la debida reparacion: todo del mismo modo, y con la misma diligencia y energia con que obraria, si las incursiones se hubiesen meditado ó ejecutado sobre terri-

A–14

territory, against its own citizens.

It shall not be lawful, under any pretext whatever, for any inhabitant of the United States to purchase or acquire any Mexican, or any foreigner residing in Mexico, who may have been captured by Indians inhabiting the territory of either of the two republics, nor to purchase or acquire horses, mules, cattle, or property of any kind, stolen within Mexican territory by such Indians.

And in the event of any person or persons, captured within Mexican territory by Indians, being carried into the territory of the United States, the government of the latter engages and binds itself, in the most solemn manner, so soon as it shall know of such captives being within its territory, and shall be able so to do, through the faithful exercise of its influence and power, to rescue them and return them to their country, or deliver them to the agent or representative of the Mexican government. The Mexican authorities will, as far as practicable, give to the government of the United States notice of such captures; and its agent shall pay the expenses incurred in the maintenance and transmission of the rescued captives; who, in the mean time, shall be treated with the utmost hospitality by the American authorities at the place where they may be. But if the government of the United States, before receiving such notice from Mexico, should obtain intelligence, through any other channel, of the existence of Mexican captives within its territory, it will proceed forthwith to effect their release and delivery to the Mexican agent, as above stipulated.

For the purpose of giving to these stipulations the fullest possible efficacy, thereby affording the security and redress demanded by their true spirit and intent, the government of the United States will now and hereafter pass, without unnecessary delay, and always vigilantly enforce, such

torios suyos ó contra sus propios ciudadanos.

A ningun habitante de los Estados Unidos será lícito, bajo ningun pretesto, comprar ó adquirir cautivo alguno, Mexicano ó extrangero, residente en México, apresado por los Indios habitantes en territorio de cualquiera de las dos repúblicas, ni los caballos, mulas, ganados, ó cualquiera otro género de cosas que hayan robado dentro del territorio Mexicano.

Y en caso de que cualquier persona ó personas cautivadas por los Indios dentro del territorio Mexicano sean llevadas al territorio de los Estados Unidos, el gobierno de dichos Estados Unidos se compromete y liga de la manera mas solemne, en cuanto le sea posible, á rescatarlas, y á restituirlas á su pais, ó entregarlas al agente ó representante del gobierno Mexicano; haciendo todo esto, tan luego como sepa que los dichos cautivos se hallan dentro de su territorio, y empleando al efecto el leal ejercicio de su influencia y poder. Las autoridades Mexicanas darán á las de los Estados Unidos, segun sea practicable, una noticia de tales cautivos; y el agente Mexicano pagará los gastos erogados en el mantenimiento y remision de los que se rescaten, los cuales entre tanto serán tratados con la mayor hospitalidad por las autoridades Americanas del lugar en que se encuentren. Mas si el gobierno de los Estados Unidos antes de recibir aviso de México, tuviére noticia por cualquiera otro conducto de existir en su territorio cautivos Mexicanos, procederá desde luego á verificar su rescate y entrega al agente Mexicano, segun queda convenido.

Con el objeto de dar á estas estipulaciones la mayor fuerza posible, y afianzar al mismo tiempo la seguridad y las reparaciones que exige el verdadero espiritu é intencion con que se han ajustado, el gobierno de los Estados Unidos dictará sin inútiles delaciones, ahora y en lo de adelante, las leyes

*Inhabitants of the United States not to purchase any Mexicans, &c., captured by Indians, nor to purchase horses, mules, &c., stolen by them within Mexican territory.*

*Persons captured in Mexican territory and carried into the territory of the United States to be rescued and returned to their country.*

*Government of the United States to pass such laws as may be necessary to give effect to the foregoing stipulations.*

A–15

laws as the nature of the subject may require. And finally, the sacredness of this obligation shall never be lost sight of by the said government when providing for the removal of the Indians from any portion of the said territories, or for its being settled by citizens of the United States; but on the contrary, special care shall then be taken not to place its Indian occupants under the necessity of seeking new homes, by committing those invasions which the United States have solemnly obliged themselves to restrain.

que requiera la naturaleza del asunto, y vigilará siempre sobre su ejecucion. Finalmente, el gobierno de los mismos Estados Unidos tendrá muy presente la santidad de esta obligacion siempre que tenga que desalojar á los Indios de cualquier punto de los indicados territorios, ó que establecer en él á ciudadanos suyos; y cuidará muy especialmente de que no se ponga á los Indios que habitaban antes aquel punto, en necesidad de buscar nuevos hogares por medio de las incursiones sobre los distritos Mexicanos, que el gobierno de los Estados Unidos se ha comprometido solemnemente á reprimir.

### Article XII.

*Amount of money to be paid to Mexico in consideration of the extension acquired by the boundaries of the United States.*

In consideration of the extension acquired by the boundaries of the United States, as defined in the fifth article of the present treaty, the government of the United States engages to pay to that of the Mexican republic the sum of fifteen millions of dollars.

*How the same shall be paid.*

Immediately after this treaty shall have been duly ratified by the government of the Mexican republic, the sum of three millions of dollars shall be paid to the said government by that of the United States, at the city of Mexico, in the gold or silver coin of Mexico. The remaining twelve millions of dollars shall be paid at the same place, and in the same coin, in annual instalments of three millions of dollars each, together with interest on the same at the rate of six per centum per annum. This interest shall begin to run upon the whole sum of twelve millions from the day of the ratification of the present treaty by the Mexican government, and the first of the instalments shall be paid at the expiration of one year from the same day. Together with each annual instalment, as it falls due, the whole interest accruing on such instalment from the beginning shall also be paid.

### Articulo XII.

En consideracion á la estension que adquieren los límites de los Estados Unidos, segun quedan descritos en el artículo quinto del presente tratado, el gobierno de los mismos Estados Unidos se compromete á pagar al de la república Mexicana la suma de quince millones de pesos.

Inmediatamente despues que este tratado haya sido ratificado por el gobierno de la república Mexicana, se entregará al mismo gobierno por el de los Estados Unidos, en la ciudad de México, y en moneda de plata ú oro del cuño Mexicano, la suma de tres millones de pesos. Los doce millones de pesos restantes se pagarán en Mexico, en moneda de plata ú oro del cuño Mexicano, en abonos de tres millones de pesos cada año, con un rédito de seis por ciento anual: este rédito comienza á correr para toda la suma de los doce millones el dia de la ratificacion del presente tratado por el gobierno Mexicano, y con cada abono anual de capital se pagará el rédito que corresponda á la suma abonada. Los plazos para los abonos de capital corren desde el mismo dia que empiezan á causarse los réditos.

A–16

## Article XIII.

The United States engage, moreover, to assume and pay to the claimants all the amounts now due them, and those hereafter to become due, by reason of the claims already liquidated and decided against the Mexican republic, under the conventions between the two republics severally concluded on the eleventh day of April, eighteen hundred and thirty-nine, and on the thirtieth day of January, eighteen hundred and forty-three; so that the Mexican republic shall be absolutely exempt, for the future, from all expense whatever on account of the said claims.

*The United States also to assume and pay the amounts due on the claims liquidated against Mexico under the conventions between the two governments.*

## Article XIV.

The United States do furthermore discharge the Mexican republic from all claims of citizens of the United States, not heretofore decided against the Mexican government, which may have arisen previously to the date of the signature of this treaty; which discharge shall be final and perpetual, whether the said claims be rejected or be allowed by the board of commissioners provided for in the following article, and whatever shall be the total amount of those allowed.

*Mexican government discharged from all claims of citizens of the United States which have arisen previous to the signature of this treaty.*

## Article XV.

The United States, exonerating Mexico from all demands on account of the claims of their citizens mentioned in the preceding article, and considering them entirely and forever cancelled, whatever their amount may be, undertake to make satisfaction for the same, to an amount not exceeding three and one quarter millions of dollars. To ascertain the validity and amount of those claims, a board of commissioners shall be established by the government of the United States, whose awards shall be final and conclusive: provided, that in deciding upon the validity of each

*The United States to make satisfaction for the same to an amount not exceeding three and a quarter millions of dollars.*

*Board of commissioners to be established to ascertain the validity of such claims.*

## Artículo XIII.

Se obliga ademas el gobierno de los Estados Unidos á tomar sobre sí, y satisfacer cumplidamente á los reclamantes, todas las cantidades que hasta aquí se les deben y cuantas se venzan en adelante por razon de las reclamaciones ya liquidadas y sentenciadas contra la república Mexicana conforme á los convenios ajustados entre ambas repúblicas el once de Abril de mil ochocientos treinta y nueve, y el treinta de Enero de mil ochocientos cuarenta y tres; de manera que la república Mexicana nada absolutamente tendrá que lastar en lo venidero, por razon de los indicados reclamos.

## Artículo XIV.

Tambien exoneran los Estados Unidos á la república Mexicana de todas las reclamaciones de ciudadanos de los Estados Unidos no decididas aun contra el gobierno Mexicano, y que puedan haberse originado antes de la fecha de la firma del presente tratado: esta exoneracion es definitiva y perpetua, bien sea que las dichas reclamaciones se admitan, bien sea que se desechen por el tribunal de comisarios de que habla el artículo siguiente, y cualquiera que pueda ser el monto total de las que queden admitidas.

## Artículo XV.

Los Estados Unidos, exonerando á México de toda responsabilidad por las reclamaciones de sus ciudadanos mencionadas en el artículo precedente, y considerándolas completamente canceladas para siempre, sea cual fuére su monto, toman á su cargo satisfacerlas hasta una cantidad que no exceda de tres millones doscientos cincuenta mil pesos. Para fijar el monto y validez de estas reclamaciones, se establecerá por el gobierno de los Estados Unidos un tribunal de comisarios, cuyos fallos serán definitivos y concluyentes, con tal que al decidir sobre la

A–17

934 TREATY WITH THE REPUBLIC OF MEXICO. Feb. 2, 1848.

claim, the board shall be guided and governed by the principles and rules of decision prescribed by the first and fifth articles of the unratified convention, concluded at the city of Mexico on the twentieth day of November, one thousand eight hundred and forty-three;[*] and in no case shall an award be made in favor of any claim not embraced by these principles and rules.

*Books, records, and documents in the possession of the government of Mexico necessary to the decision of any claim, how to be obtained from that government.*

If, in the opinion of the said board of commissioners, or of the claimants, any books, records, or documents in the possession or power of the government of the Mexican republic, shall be deemed necessary to the just decision of any claim, the commissioners, or the claimants through them, shall, within such period as Congress may designate, make an application in writing for the same, addressed to the Mexican Minister for Foreign Affairs, to be transmitted by the Secretary of State of the United States; and the Mexican government engages, at the earliest possible moment after the receipt of such demand, to cause any of the books, records, or documents, so specified, which shall be in their possession or power, (or authenticated copies or extracts of the same,) to be transmitted to the said Secretary of State, who shall immediately deliver them over to the said board of commissioners: *Provided,* That no such application shall be made by, or at the instance of, any claimant, until the facts which it is expected to prove by such books, records, or documents, shall have been stated under oath or affirmation.

validez de dichas reclamaciones, el tribunal se haya guiado y gobernado por los principios y reglas de decision establecidos en los artículos primero y quinto de la convencion, no ratificada, que se ajustó en la ciudad de México el veinte de Noviembre de mil ochocientos cuarenta y tres:[*] y en ningun caso se dará fallo en favor de ninguna reclamacion que no esté comprendida en las reglas y principios indicados.

Si en juicio del dicho tribunal de comisarios, ó en el de los reclamantes, se necesitáre para la justa decision de cualquier reclamacion algunos libros, papeles de archivo ó documentos que posea el gobierno Mexicano, ó que estén en su poder; los comisarios, ó los reclamantes por conducto de ellos, los pedirán por escrito (dentro del plazo que designe el Congreso) dirigiéndose al Ministro Mexicano de Relaciones Exteriores, á quien transmitirá las peticiones de esta clase el Secretario de Estado de los Estados Unidos: y el gobierno Mexicano se compromete á entregar á la mayor brevedad posible, despues de recibida cada demanda, los libros, papeles de archivo ó documentos, así especificados, que posea ó estén en su poder, ó copias ó extractos auténticos de los mismos, con el objeto de que sean transmitidos al Secretario de Estado, qui en los pasará inmediatamente al expresado tribunal de comisarios. Y no se hára peticion alguna de los enunciados libros, papeles ó documentos, por ó á instancia de ningun reclamante, sin que antes se haya. aseverado bajo juramento ó con afirmacion solemne la verdad de los hechos que con ellos se pretende probar.

## Article XVI.

*Each party reserves the right to fortify any part of its territory.*

Each of the contracting parties reserves to itself the entire right to fortify whatever point within its

## Articulo XVI.

Cada una de las dos repúblicas se reserva la completa facultad de fortificar todos los puntos que

---

[*] For these articles, see the end of this treaty, p. 128.

HeinOnline -- 9 Stat. 934 1841-1851

territory it may judge proper so to fortify, for its security.

para su seguridad estime convenientes en su propio territorio.

### Article XVII.

The treaty of amity, commerce, and navigation, concluded at the city of Mexico on the fifth day of April, A. D. 1831, between the United States of America and the United Mexican States, except the additional article, and except so far as the stipulations of the said treaty may be incompatible with any stipulation contained in the present treaty, is hereby revived for the period of eight years from the day of the exchange of ratifications of this treaty, with the same force and virtue as if incorporated therein; it being understood that each of the contracting parties reserves to itself the right, at any time after the said period of eight years shall have expired, to terminate the same by giving one year's notice of such intention to the other party.

### Articulo XVII.

El tratado de amistad, comercio y navegacion, concluido en la ciudad de México el¹ cinco de Abril, del año del Señor 1831, entre la república Mexicana y los Estados Unidos de América, esceptuandose el artículo adicional y cuanto pueda haber en sus estipulaciones incompatible con alguna de las contenidas en el presente tratado, queda restablecido por el periodo de ocho años desde el dia del canje de las ratificaciones del mismo presente tratado, con igual fuerza y valor que si estuviese inserto en él; debiendo entenderse que cada una de las partes contratantes se reserva el derecho de poner término al dicho tratado de comercio y navegacion en cualquier tiempo luego que haya expirado el periodo de los ocho años, comunicando su intencion á la otra parte con un año de anticipacion.

*Treaty of 5th April, 1831, between the United States and Mexico, with certain exceptions, revived;*

*But may be terminated by either party's giving one year's notice.*

### Article XVIII.

All supplies whatever for troops of the United States in Mexico, arriving at ports in the occupation of such troops previous to the final evacuation thereof, although subsequently to the restoration of the custom-houses at such ports, shall be entirely exempt from duties and charges of any kind; the government of the United States hereby engaging and pledging its faith to establish, and vigilantly to enforce, all possible guards for securing the revenue of Mexico, by preventing the importation, under cover of this stipulation, of any articles other than such, both in kind and in quantity, as shall really be wanted for the use and consumption of the forces of the United States during the time they may remain in Mexico. To this end, it shall be the duty of all officers and agents of the United States to denounce to the Mexican authorities at the respective ports any attempts

### Articulo XVIII.

No se exigirán derechos ni gravámen de ninguna clase á los artículos todos que lleguen para las tropas de los Estados Unidos á los puertos Mexicanos ocupados por ellas, antes de la evacuacion final de los mismos puertos, y despues de la devolucion á Méjico de las aduanas situadas en ellas. El gobierno de los Estados Unidos se compromete á la vez, y sobre esto empeña su fé, á establecer y mantener con vigilancia cuantas guardas sean posibles para asegurar las rentas de Méjico, precaviendo la importacion, á la sombra de esta estipulacion, de cualesquiera artículos que realmente no sean necesarios, ó que excedan en cantidad de los que se necesiten para el uso y consumo de las fuerzas de los Estados Unidos mientras ellas permanescan en Méjico. A este efecto, todos los oficiales y agentes de los Estados Unidos tendran obligacion de

*Supplies for the troops of the United States arriving in Mexico previous to the evacuation to be exempt from duty.*

Vol. IX. Treat. — 16

at a fraudulent abuse of this stipulation which they may know of or may have reason to suspect, and to give to such authorities all the aid in their power with regard thereto; and every such attempt, when duly proved and established by sentence of a competent tribunal, shall be punished by the confiscation of the property so attempted to be fraudulently introduced.

denunciar á las autoridades Mexicanas en los mismos puertos, cualquier conato de fraudulento abuso de esta estipulacion que pudiéren conocer ó tuvieren motivo de sospechar; asi como de impartir á las mismas autoridades todo el auxilio que pudiéren con este objeto: y cualquier conato de esta clase, que fuére legalmente probado, y declarado por sentencia de tribunal competente, será castigado con el comiso de la cosa que se haya intentado introducir fraudulentamente.

## ARTICLE XIX.

*Rules to be observed with respect to merchandise imported into Mexican ports whilst in the occupation of the forces of the United States.*

With respect to all merchandise, effects, and property whatsoever, imported into ports of Mexico whilst in the occupation of the forces of the United States, whether by citizens of either republic, or by citizens or subjects of any neutral nation, the following rules shall be observed: —

## ARTICULO XIX.

Respecto de los efectos, mercancias y propiedades importadas en los puertos Mexicanos durante el tiempo que han estado ocupados por las fuerzas de los Estados Unidos, sea por ciudadanos de cualquiera de las dos repúblicas, sea por ciudadanos ó subditos de alguna nacion neutral, se observarán las reglas siguientes: —

*Merchandise, &c., imported previous to the restoration of the custom-houses, exempt from confiscation.*

1. All such merchandise, effects, and property, if imported previously to the restoration of the custom-houses to the Mexican authorities, as stipulated for in the third article of this treaty, shall be exempt from confiscation, although the importation of the same be prohibited by the Mexican tariff.

1. Los dichos efectos, mercancias y propiedades siempre que se hayan importado antes de la devolucion de las aduanas á las autoridades Mexicanas conforme á lo estipulado en el articulo tercero de este tratado, quedarán libres de la pena de comiso, aun cuando sean de los prohibidos en el arancél Mexicano.

*The same exemption as to merchandise, &c., imported subsequently to the restoration of the custom-houses; but the same may be subject to payment of duties as provided for in the 20th article.*

2. The same perfect exemption shall be enjoyed by all such merchandise, effects, and property, imported subsequently to the restoration of the custom-houses, and previously to the sixty days fixed in the following article for the coming into force of the Mexican tariff at such ports respectively; the said merchandise, effects, and property being, however, at the time of their importation, subject to the payment of duties, as provided for in the said following article.

2. La misma exencion gozarán los efectos, mercancias y propiedades que lleguen á los puertos Mexicanos, despues de la devolucion á Mexico de las aduanas maritimas, y antes de que expiren los sesenta dias que van á fijarse en el articulo siguiente para que empiece á regir el arancél Mexicano en los puertos; debiendo al tiempo de su importacion sujetarse los tales efectos, mercancias y propiedades, en cuanto al pago de derechos, á lo que en el indicado siguiente articulo se establece.

*Merchandise, effects, &c., during continuance at place of importation, and upon leaving such place for the interior, exempt from duty, &c.*

3. All merchandise, effects, and property described in the two rules foregoing shall, during their continuance at the place of importation, and upon their leaving such place for the interior, be exempt

3. Los efectos, mercancias y propiedades designados en las dos reglas anteriores quedarán exentos de todo derecho, alcabála ó impuesto, sea bajo el título de internacion, sea bajo cualquiera otro, mi-

from all duty, tax, or impost of every kind, under whatsoever title or denomination. Nor shall they be there subjected to any charge whatsoever upon the sale thereof.

4. All merchandise, effects, and property, described in the first and second rules, which shall have been removed to any place in the interior whilst such place was in the occupation of the forces of the United States, shall, during their continuance therein, be exempt from all tax upon the sale or consumption thereof, and from every kind of impost or contribution, under whatsoever title or denomination.

*Merchandise, &c., removed to places in the interior whilst in the occupation of the troops of the United States, also exempt from duty, &c.*

5. But if any merchandise, effects, or property, described in the first and second rules, shall be removed to any place not occupied at the time by the forces of the United States, they shall, upon their introduction into such place, or upon their sale or consumption there, be subject to the same duties which, under the Mexican laws, they would be required to pay in such cases if they had been imported in time of peace, through the maritime custom-houses, and had there paid the duties conformably with the Mexican tariff.

*But merchandise, &c., removed to places not occupied by the forces of the United States, may be subject to the payment of duties under Mexican laws, &c.*

6. The owners of all merchandise, effects, or property described in the first and second rules, and existing in any port of Mexico, shall have the right to reship the same, exempt from all tax, impost, or contribution whatever.

*Owners of merchandise, &c., to have the right to reship the same free of duty.*

With respect to the metals, or other property, exported from any Mexican port whilst in the occupation of the forces of the United States, and previously to the restoration of the custom-house at such port, no person shall be required by the Mexican authorities, whether general or state, to pay any tax, duty, or contribution upon any such exportation, or in any manner to account for the same to the said authorities.

*Metals and other property exported from Mexican ports whilst occupied by the forces of the United States previous to the restoration of the custom-houses.*

entras permenescan en los puntos donde se hayan importado, y á su salida para el interior; y en los mismos puntos no podrá jamás exigirse impuesto alguno sobre su venta.

4. Los efectos, mercancias, y propiedades, designados en las reglas primera y segunda que hayan sido internados á cualquier lugar ocupado por fuerzas de los Estados Unidos, quedarán exentos de todo derecho sobre su venta ó consumo, y de todo impuesto ó contribucion bajo cualquier título ó denominacion, mientras permanescan en el mismo lugar.

5. Mas si algunos efectos, mercancias, ó propiedades de los designados en las reglas primera y segunda se trasladaren á algun lugar no ocupado á la sazon por las fuerzas de los Estados Unidos; al introducirse á tal lugar, ó al venderse ó consumirse en él, quedarán sujetos á los mismos derechos que bajo las leyes Mexicanas deberian pagar en tales casos si se hubiéran importado en tiempo de paz por las aduanas maritimas, y hubiesen pagado en ellas los derechos que establece el arancél Mexicano.

6. Los duenos de efectos, mercancias, y propiedades designados en las reglas primera y segunda, y existentes en algun puerto de México, tienen derecho de reembarcarlos, sin que pueda exigirseles ninguna clase de impuesto, alcabála ó contribucion.

Respecto de los metales y de toda otra propiedad exportados por cualquier puerto Mexicano durante su ocupacion por las fuerzas Americanas, y antes de la devolucion de su aduana al gobierno Mexicano, no se exigirá á ninguna persona por las autoridades de Mexico, ya dependan del gobierno general, ya de algun estado que pague ningun impuesto, alcabála ó derecho por la indicada exportacion, ni sobre ella podrá exigirsele por las dichas autoridades cuenta alguna.

## Article XX.

The tariff established by the United States at places occupied by their forces in Mexico to be in force for sixty days after the signature of this treaty.

Through consideration for the interests of commerce generally, it is agreed, that if less than sixty days should elapse between the date of the signature of this treaty and the restoration of the custom-houses, conformably with the stipulation in the third article, in such case all merchandise, effects, and property whatsoever, arriving at the Mexican ports after the restoration of the said custom-houses, and previously to the expiration of sixty days after the day of the signature of this treaty, shall be admitted to entry; and no other duties shall be levied thereon than the duties established by the tariff found in force at such custom-houses at the time of the restoration of the same. And to all such merchandise, effects, and property, the rules established by the preceding article shall apply.

## Artículo XX.

Por consideracion á los intéreses del comercio de todas las naciones, queda convenido que si pasáren menos de sesenta dias desde la fecha de la firma de este tratado hasta que se haga la devolucion de las aduanas maritimas, segun lo estipulado en el artículo tercero; todos los efectos, mercancias, y propiedades que lleguen á los puertos Mexicanos desde el dia en que se verifique la devolucion de las dichas aduanas hasta que se completen sesenta dias contados desde la fecha de la firma del presente tratado, se admitirán no pagando otros derechos que los establecidos en la tarifa que esté vigente en las expresadas aduanas al tiempo de su devolucion, y se extenderán á dichos efectos, mercancias, y propiedades las mismas reglas establecidas en el artículo anterior.

## Article XXI.

In case of disagreement between the governments of the two countries, mutual representations and pacific negotiations to be used to settle such differences.

If unhappily any disagreement should hereafter arise between the governments of the two republics, whether with respect to the interpretation of any stipulation in this treaty, or with respect to any other particular concerning the political or commercial relations of the two nations, the said governments, in the name of those nations, do promise to each other that they will endeavor, in the most sincere and earnest manner, to settle the differences so arising, and to preserve the state of peace and friendship in which the two countries are now placing themselves; using, for this end, mutual representations and pacific negotiations. And if, by these means, they should not be enabled to come to an agreement, a resort shall not, on this account, be had to reprisals, aggression, or hostility of any kind, by the one republic against the other, until the government of that which deems itself aggrieved shall have maturely considered, in the spirit of peace and good neighborship, whether it

## Artículo XXI.

Si desgraciadamente en el tiempo futuro se suscitáre algun punto de desacuerdo entre los gobiernos de las dos repúblicas, bien sea sobre la inteligencia de alguna estipulacion de este tratado, bien sobre cualquiera otra materia de las relaciones políticas ó comerciales de las dos naciones, los mismos gobiernos, á nombre de ellas, se comprometen á procurar de la manera mas sincera y empeñosa a llanar las diferencias que se presenten y conservar el estado de paz y amistad en que ahora se ponen los dos paises, usando al efecto de representaciones mútuas y de negociaciones pacíficas. Y si por estos medios no se lográre todavia ponerse de acuerdo, no por eso se apelará á represalia, agresion ni hostilidad de ningun género de una república contra otra, hasta que el gobierno de la que se crea agraviada haya considerado maduramente y en espíritu de paz y buena vecindad, si no seria mejor que la diferencia se terminara por un arbitramento de comisarios nombrados por ambas partes, ó de

A–22

would not be better that such difference should be settled by the arbitration of commissioners appointed on each side, or by that of a friendly nation. And should such course be proposed by either party, it shall be acceded to by the other, unless deemed by it altogether incompatible with the nature of the difference, or the circumstances of the case.

una nacion amiga. Y si tal medio fuére propuesto por cualquiera de las dos partes, la otra accederá á él, á no ser que lo juzgue absolutamente incompatible con la naturaleza y circunstancias del caso.

## Article XXII.

If (which is not to be expected, and which God forbid!) war should unhappily break out between the two republics, they do now, with a view to such calamity, solemnly pledge themselves to each other and to the world, to observe the following rules; absolutely where the nature of the subject permits, and as closely as possible in all cases where such absolute observance shall be impossible: —

*Rules to be observed in case war should unhappily break out.*

1. The merchants of either republic then residing in the other shall be allowed to remain twelve months, (for those dwelling in the interior,) and six months (for those dwelling at the seaports,) to collect their debts and settle their affairs; during which periods, they shall enjoy the same protection, and be on the same footing, in all respects, as the citizens or subjects of the most friendly nations; and, at the expiration thereof, or at any time before, they shall have full liberty to depart, carrying off all their effects without molestation or hinderance, conforming therein to the same laws which the citizens or subjects of the most friendly nations are required to conform to. Upon the entrance of the armies of either nation into the territories of the other, women and children, ecclesiastics, scholars of every faculty, cultivators of the earth, merchants, artisans, manufacturers, and fishermen, unarmed and inhabiting unfortified towns, villages, or places, and in general all persons whose occupations are for the

*Merchants to be allowed time to settle their affairs and collect their debts, and at the end of that time to have liberty to depart with their effects.*

*Upon the entrance of the armies of either republic into the territories of the other, women, children, ecclesiastics, &c., to be unmolested.*

## Articulo XXII.

Si (lo que no es de esperarse, y Dios no permita) desgraciadamente se suscitáre guerra entre las dos repúblicas, estas para el caso de tal calamidad se comprometen ahora solemnemente, ante si mismas y ante el mundo, á observar las reglas siguientes de una manera absoluta si la naturaleza del objeto á que se contraen lo permita; y tan extrictamente como sea dable en todos los casos en que la absoluta observancia de ellas fuére imposible: —

1. Los comerciantes de cada una de las dos repúblicas que á la sazon residan en territorio de la otra, podrán permanecer doce meses los que residan en el interior, y seis meses los que residan en los puertos, para recoger sus deudas y arreglar sus negocios; durante estos plazos disputarán la misma proteccion y estarán sobre el mismo pié en todos respectos que los ciudadanos ó súbditos de las naciones mas amigas; y al expirar el término, ó antes de él, tendrán completa libertad para salir y llevar todos sus efectos sin molestia ó embarazo, sujetándose en este particular á las mismas leyes á que estén sujetos, y deban arreglarse los ciudadanos ó súbditos de las naciones mas amigas. Cuando los ejércitos de una de las dos naciones entren en territorio de la otra, las mujeres y niños, los eclesiasticos, los estudiantes de cualquier facultad, los labradores, comerciantes, artesanos, manufactureros, y pescadores que estén desarmados y residan en ciudades, pueblos ó lugares no fortificados, y en general todas las personas

common subsistence and benefit of mankind, shall be allowed to continue their respective employments unmolested in their persons. Nor shall their houses or goods be burnt or otherwise destroyed, nor their cattle taken, nor their fields wasted, by the armed force into whose power, by the events of war, they may happen to fall; but if the necessity arise to take any thing from them for the use of such armed force, the same shall be paid for at an equitable price. All churches, hospitals, schools, colleges, libraries, and other establishments for charitable and beneficent purposes, shall be respected, and all persons connected with the same protected in the discharge of their duties, and the pursuit of their vocations.

*Their property to be respected; and if taken, in case of necessity, to be paid for.*

*Churches, hospitals, schools, &c., to be respected.*

*Prisoners of war; their treatment.*

2. In order that the fate of prisoners of war may be alleviated, all such practices as those of sending them into distant inclement or unwholesome districts, or crowding them into close and noxious places, shall be studiously avoided. They shall not be confined in dungeons, prison-ships, or prisons; nor be put in irons, or bound, or otherwise restrained in the use of their limbs. The officers shall enjoy liberty on their paroles, within convenient districts, and have comfortable quarters; and the common soldier shall be disposed in cantonments, open and extensive enough for air and exercise, and lodged in barracks as roomy and good as are provided by the party in whose power they are for its own troops. But if any officer shall break his parole by leaving the district so assigned him, or any other prisoner shall escape from the limits of his cantonment, after they shall have been designated to him, such individual, officer, or other prisoner, shall forfeit so much of the benefit of this article as provides for his liberty on parole or in cantonment. And if any officer so breaking his parole, or any common soldier so escaping from the

cuya ocupacion sirva para la comun subsistencia y beneficio del género humano, podrán continuar en sus ejercicios, sin que sus personas sean molestadas. No serán incendiadas sus casas ó bienes, ó destruidos de otra manera; ni serán tomados sus ganados, ni devastados sus campos por la fuerza armada en cuyo poder puedan venir á caer por los acontecimientos de la guerra; pero si hubiére necesidad de tomarlos alguna cosa para el uso de la misma fuerza armada, se les pagará lo tomado á un precio justo. Todas las iglesias, hospitales, escuelas, colegios, librerías, y demas establecimientos de caridad y beneficencia serán respetados; y todas las personas que dependan de los mismos serán protegidas en el desempeño de sus deberes y en la continuacion de sus profesiones.

2. Para aliviar la suerte de los prisioneros de guerra se evitarán cuidadosamente, las prácticas de enviarlos á distritos distantes, inclementes ó malsanos, ó de aglomerarlos en lugares estrechos y enfizmizos. No se confinarán en calabozos, prisiones ni pontones; no se les aherrojar, ni se les atará, ni se les impedirá de ningun otro modo el uso de sus miembros. Los oficiales que darán en libertad bajo su palabra de honor, dentro de distritos convenientes y tendrán alojamientos comodos; y los soldados rasos se colocarán en acantonamientos bastante despejados y extensos para la ventilacion y el ejercicio, y se alojáran en cuarteles tan amplios y comodos como los que use para sus propias tropas la parte que los tenga en su poder. Pero si algun oficial faltare á su palabra, saliendo del distrito que se le ha señalado; ó algun otro prisionero se fugáre de los limites de su acantonamiento despues que estos se les hayan fijado, tal oficial ó prisionero perderá el beneficio del presente artículo por lo que mira á su libertad bajo su palabra ó en acantonamiento; y si algun oficial faltando así á su palabra, ó algun soldado raso saliendo de los límites que se le han asignado,

A–24

limits assigned him, shall afterwards be found in arms, previously to his being regularly exchanged, the person so offending shall be dealt with according to the established laws of war. The officers shall be daily furnished by the party in whose power they are, with as many rations, and of the same articles, as are allowed, either in kind or by commutation, to officers of equal rank in its own army; and all others shall be daily furnished with such ration as is allowed to a common soldier in its own service: the value of all which supplies shall, at the close of the war, or at periods to be agreed upon between the respective commanders, be paid by the other party, on a mutual adjustment of accounts for the subsistence of prisoners; and such accounts shall not be mingled with or set off against any others, nor the balance due on them be withheld, as a compensation or reprisal for any cause whatever, real or pretended. Each party shall be allowed to keep a commissary of prisoners, appointed by itself, with every cantonment of prisoners, in possession of the other; which commissary shall see the prisoners as often as he pleases; shall be allowed to receive, exempt from all duties or taxes, and to distribute, whatever comforts may be sent to them by their friends; and shall be free to transmit his reports in open letters to the party by whom he is employed.

And it is declared that neither the pretence that war dissolves all treaties, nor any other whatever, shall be considered as annulling or suspending the solemn covenant contained in this article. On the contrary, the state of war is precisely that for which it is provided; and during which, its stipulations are to be as sacredly observed as the most acknowledged obligations under the law of nature or nations.

fuére encontrado despues con las armas en la mano antes de ser debidamente cangeado, tal persona en esta actitud ofensiva será tratada conforme á las leyes comunes de la guerra. A los oficiales se proveerá diariamente por la parte en cuyo poder estén, de tantas raciones compuestas de los mismos artículos como las que gozan en especie ó en equivalente los oficiales de la misma graduacion en su propio ejército: á todos los demas prisioneros se proveerá diariamente de una racion semejante á la que se ministra al soldado raso en su propio servicio: el valor de todas estas suministraciones se pagará por la otra parte al concluirse la guerra, ó en los periodos que se convengan entre sus respectivos comandantes, precediendo una mutua liquidacion de las cuentas que se lleven del mantenimiento de prisioneros: y tales cuentas no se mezclarán ni compensarán con otras; ni el saldo que resulte de ellas, se reusará bajo pretesto de compensacion ó represalia por cualquiera causa, real ó figurada. Cada una de las partes podrá mantener un comisario de prisioneros nombrado por ella misma en cada acantonamiento de los prisioneros que esten en poder de la otra parte: este comisario visitará á los prisioneros siempre que quiera; tendrá facultad de recibir, libres de todo derecho ó impuesto, y de distribuir todos los auxilios que pueden enviarles sus amigos, y podra libremente transmitir sus partes en cartas abiertas á la autoridad por la cual esta empleado.

Y se declara que ni el pretesto de que la guerra destruye los tratados, ni otro alguno, sea el que fuére, se considerará que anula ó suspende el pacto solemne contenido en este artículo. Por el contrario, el estado de guerra es cabalmente el que se ha tenido presente al ajustarlo, y durante el cual sus estipulaciones se han de observar tan santamente como las obligaciones mas reconocidas de la ley natural ó de gentes.

The solemn covenant herein entered into not to be annulled on the pretence that war dissolves all treaties.

A–25

### ARTICLE XXIII.

*Treaty subject to ratification, and ratifications to be exchanged in four months from date of signature.*

This treaty shall be ratified by the President of the United States of America, by and with the advice and consent of the Senate thereof; by the President of the Mexican republic, with the previous approbation of its General Congress; and the ratifications shall be exchanged in the city of Washington, or at the seat of government of Mexico, in four months from the date of the signature hereof, or sooner if practicable.

*Signed in February, 1848.*

In faith whereof, we, the respective plenipotentiaries, have signed this treaty of peace, friendship, limits, and settlement; and have hereunto affixed our seals respectively. Done in quintuplicate, at the city of Guadalupe Hidalgo, on the second day of February, in the year of our Lord one thousand eight hundred and forty-eight.

N. P. TRIST,    [L. S.]
LUIS G. CUEVAS,    [L. S.]
BERNARDO COUTO,    [L. S.]
MIGL. ATRISTAIN,    [L. S.]

### ARTICULO XXIII.

Este tratado será ratificado por el Presidente de la república Mexicana, previa la aprobacion de su Congreso General; y por el Presidente de los Estados Unidos de America con el consejo y consentimiento del Senado; y las ratificaciones se cangearán en la ciudad de Washington, ó donde estuviere el gobierno Mexicano, á los cuatro meses de la fecha de la firma del mismo tratado, ó antes si fuere posible.

En fé de lo cual, nosotros los respectivos plenipotenciarios hemos firmado y sellado por quintuplicado este tratado de paz, amistad, limites, y arreglo definitivo, en la ciudad de Guadalupe Hidalgo, el dia dos de Febrero del año de nuestro Señor mil ochocientos cuarenta y ocho.

BERNARDO COUTO,    [L. S.]
MIGL. ATRISTAIN,    [L. S.]
LUIS G. CUEVAS,    [L. S.]
N. P. TRIST,    [L. S.]

---

## ARTICLES REFERRED TO IN THE FIFTEENTH ARTICLE OF THE PRECEDING TREATY.

*First and Fifth Articles of the unratified Convention between the United States and the Mexican Republic of the 20th November, 1843.*

### ARTICLE I.

ALL claims of citizens of the Mexican republic against the government of the United States, which shall be presented in the manner and time hereinafter expressed, and all claims of citizens of the United States against the government of the Mexican republic, which, for whatever cause, were not submitted to, nor considered, nor finally decided by, the commission, nor by the arbiter appointed by the convention of 1839, and which shall be presented in the manner and time hereinafter

### ARTICULO I.

TODAS las reclamaciones de ciudadanos de la república Mexicana contra el gobierno de los Estados Unidos, que se presentáren del modo y en el tiempo que en adelante se espresa, y todas las reclamaciones de ciudadanos de los Estados Unidos contra el gobierno de la república Mexicana, que por cualquier motivo no se presentáron á la junta ó que no fueron examinadas ó decididas finalmente por ella ó por el árbitro establecido por la convencion de 1839, y que se presentáren del

HeinOnline -- 9 Stat. 942 1841-1851

A–26

TREATY WITH THE REPUBLIC OF MEXICO. Feb. 2, 1848.   943

specified, shall be referred to four commissioners, who shall form a board, and shall be appointed in the following manner, that is to say: Two commissioners shall be appointed by the President of the Mexican republic, and the other two by the President of the United States, with the approbation and consent of the Senate. The said commissioners, thus appointed, shall, in presence of each other, take an oath to examine and decide impartially the claims submitted to them, and which may lawfully be considered, according to the proofs which shall be presented, the principles of right and justice, the law of nations, and the treaties between the two republics.

## Article V.

All claims of citizens of the United States against the government of the Mexican republic, which were considered by the commissioners, and referred to the umpire appointed under the convention of the eleventh April, 1839, and which were not decided by him, shall be referred to, and decided by, the umpire to be appointed, as provided by this convention, on the points submitted to the umpire under the late convention, and his decision shall be final and conclusive. It is also agreed, that if the respective commissioners shall deem it expedient, they may submit to the said arbiter new arguments upon the said claims.

modo y en el tiempo que en adelante se espresará se someterán á cuatro comisionados que formarán junta, y serán nombrados del modo siguiente, á saber: Dos comisionados serán nombrados por el Presidente de la república Mexicana, y los otros dos lo serán por el Presidente de los Estados Unidos, con consentimiento y aprobacion del Senado de los mismos. Los dichos comisionados, de ese modo nombrados, prestarán juramento en presencia unos de otros, de examinar y decidir imparcialmente las reclamaciones que se les sometan, y que legalmente deban considerarse segun las pruebas que se les presentáren y segun los principios de derecho y justicia de la ley de las naciones y de los tratados entre ambas repúblicas.

## Artículo V.

Todas las reclamaciones de ciudadanos de los Estados Unidos contra el gobierno de la república Mexicana, que fueron examinadas por los comisionados y sometidas al árbitro nombrado con arreglo á la convencion de once de Abril de 1839, y que no fueron por el decididas, se someterán y decidirán por el árbitro que debe nombrarse conforme á esta convencion por lo relativo á los puntos que se sujetaron al árbitro establecido por la anterior convencion; y su decision será final y definitiva. A la vez se ha convenido que, si se juzga oportuno por los comisionados respectivos, podrán someterse por ellos al espresado árbitro, nuevas esposiciones sobre dichas reclamaciones.

HeinOnline -- 9 Stat. 943 1841-1851

A–27

# EXHIBIT B

BY AUTHORITY OF CONGRESS.

THE

# Statutes at Large and Treaties

OF THE

# UNITED STATES OF AMERICA

FROM

## DECEMBER 1, 1845, TO MARCH 3, 1851,

Arranged in Chronological Order;

WITH

## REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS ON THE SAME SUBJECT.

EDITED BY

# GEORGE MINOT, ESQ.,

COUNSELLOR AT LAW.

The rights and interest of the United States in the stereotype plates from which this work is printed are hereby recognized, acknowledged, and declared by the publishers, according to the provisions of the joint resolution of Congress, passed March 3, 1845.

## VOL. IX.

### BOSTON:
CHARLES C. LITTLE AND JAMES BROWN.
1851.

ACC-HRA000021

each year shall hereafter commence on the third Tuesday of April in each year, and all provisions of law now applicable to the holding of said May term shall apply to the said April term.

APPROVED, March 3, 1851.

---

CHAP. XL. — *An Act to change the Terms of the Circuit Courts for the Eastern and Western Districts of Pennsylvania.* (a)

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the terms of the Circuit Courts of the United States for the eastern and western districts of Pennsylvania shall hereafter commence as follows, to wit : .The April and October terms of the eastern district shall commence on the first Mondays of April and October, and the May and November terms of the western district shall commence on the second Mondays of May and November.

APPROVED, March 3, 1851.

*[margin: March 3, 1851.]*
*[margin: Terms of Circuit Courts in Pennsylvania.]*

---

CHAP. XLI. — *An Act to ascertain and settle the private Land Claims in the State of California.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That for the purpose of ascertaining and settling private land claims in the State of California, a commission shall be, and is hereby, constituted, which shall consist of three commissioners, to be appointed by the President of the United States, by and with the advice and consent of the Senate, which commission shall continue for three years from the date of this act, unless sooner discontinued by the President of the United States.

SEC. 2. *And be it further enacted,* That a secretary, skilled in the Spanish and English languages, shall be appointed by the said commissioners, whose duty it shall be to act as interpreter, and to keep a record of the proceedings of the board in a bound book, to be filed in the office of the Secretary of the Interior on the termination of the commission.

SEC. 3. *And be it further enacted,* That such clerks, not to exceed five in number, as may be necessary, shall be appointed by the said commissioners.

SEC. 4. *And be it further enacted,* That it shall be lawful for the President of the United States to appoint an agent learned in the law; and skilled in the Spanish and English languages, whose special duty it shall be to superintend the interests of the United States in the premises, to continue him in such agency as long as the public interest may, in the judgment of the President, require his continuance, and to allow him such compensation as the President shall deem reasonable. It shall be the duty of the said agent to attend the meetings of the board, to collect testimony in behalf of the United States, and to attend on all occasions when the claimant, in any case before the board, shall take depositions ; and no deposition taken by or in behalf of any such claimant shall be read in evidence in any case, whether before the commissioners, or before the District or Supreme Court of the United States, unless notice of the time and place of taking the same shall have been given in writing to said agent, or to the district attorney of the proper district, so long before the time of taking the deposition as to enable him to be present at the time and place of taking the same,

*[margin: March 3, 1851.]*
*[margin: Commission constituted.]*
*[margin: Secretary.]*
*[margin: Duties.]*
*[margin: Clerks.]*
*[margin: Agent for United States.]*
*[margin: Duties.]*
*[margin: Ante, p. 616.]*
*[margin: Compensation.]*
*[margin: Duties.]*
*[margin: Notice of taking of depositions to be given to such agent.]*

(a) See vol. i. pp. 75, 463, 517 ; vol. ii. pp. 1, 157 ; vol. iii. p. 462 ; vol. v. pp. 177, 628.

332        THIRTY-FIRST CONGRESS. Sess. II. Ch. 41. 1851.

and like notice shall be given of the time and place of taking any deposition on the part of the United States.

**Sessions of commissioners.**

Sec. 5. *And be it further enacted*, That the said commissioners shall hold their sessions at such times and places as the President of the United States shall direct, of which they shall give due and public notice; and the marshal of the district in which the board is sitting shall appoint a deputy, whose duty it shall be to attend upon the said board, and who shall receive the same compensation as is allowed to the marshal for his attendance upon the District Court.

**Deputy marshal.**

**Pay.**

Sec. 6. *And be it further enacted*, That the said commissioners, when sitting as a board, and each commissioner at his chambers, shall be, and are, and is hereby, authorized to administer oaths, and to examine witnesses in any case pending before the commissioners, that all such testimony shall be taken in writing, and shall be recorded and preserved in bound books to be provided for that purpose.

**Oaths to be administered, and testimony taken in writing and recorded.**

**Subpœnas.**

Sec. 7. *And be it further enacted*, That the secretary of the board shall be, and he is hereby, authorized and required, on the application of the law agent or district attorney of the United States, or of any claimant or his counsel, to issue writs of subpœna commanding the attendance of a witness or witnesses before the said board or any commissioner.

**Claimants of land to present their claims.**

Sec. 8. *And be it further enacted*, That each and every person claiming lands in California by virtue of any right or title derived from the Spanish or Mexican government, shall present the same to the said commissioners when sitting as a board, together with such documentary evidence and testimony of witnesses as the said claimant relies upon in support of such claims; and it shall be the duty of the commissioners, when the case is ready for hearing, to proceed promptly to examine the same upon such evidence, and upon the evidence produced in behalf of the United States, and to decide upon the validity of the said claim, and, within thirty days after such decision is rendered, to certify the same, with the reasons on which it is founded, to the district attorney of the United States in and for the district in which such decision shall be rendered.

**Proceedings thereon.**

Sec. 9. *And be it further enacted*, That in all cases of the rejection or confirmation of any claim by the board of commissioners, it shall and may be lawful for the claimant or the district attorney, in behalf of the United States, to present a petition to the District Court of the district in which the land claimed is situated, praying the said court to review the decision of the said commissioners, and to decide on the validity of such claim; and such petition, if presented by the claimant, shall set forth fully the nature of the claim and the names of the original and present claimants, and shall contain a deraignment of the claimant's title, together with a transcript of the report of the board of commissioners, and of the documentary evidence and testimony of the witnesses on which it was founded; and such petition, if presented by the district attorney in behalf of the United States, shall be accompanied by a transcript of the report of the board of commissioners, and of the papers and evidence on which it was founded, and shall fully and distinctly set forth the grounds on which the said claim is alleged to be invalid, a copy of which petition, if the same shall be presented by a claimant, shall be served on the district attorney of the United States, and, if presented in behalf of the United States, shall be served on the claimant or his attorney; and the party upon whom such service shall be made shall be bound to answer the same within a time to be prescribed by the judge of the District Court; and the answer of the claimant to such petition shall set forth fully the nature of the claim, and the names of the original and present claimants, and shall contain a deraignment of the claimant's title; and the answer of the

**Petitions to District Court. Proceedings therein.**

**Form of petition.**

**Answers to petitions.**

district attorney in behalf of the United States shall fully and distinctly set forth the grounds on which the said claim is alleged to be invalid, copies of which answers shall be served upon the adverse party thirty days before the meeting of the court, and thereupon, at the first term of the court thereafter, the said case shall stand for trial, unless, on cause shown, the same shall be continued by the court.

Sec. 10. *And be it further enacted*, That the District Court shall proceed to render judgment upon the pleadings and evidence in the case, and upon such further evidence as may be taken by order of the said court, and shall, on application of the party against whom judgment is rendered, grant an appeal to the Supreme Court of the United States, on such security for costs in the District and Supreme Court, in case the judgment of the District Court shall be affirmed, as the said court shall prescribe ; and if the court shall be satisfied that the party desiring to appeal is unable to give such security, the appeal may be allowed without security. *(margin: Proceedings thereon. Appeal to Supreme Court. Security for costs.)*

Sec. 11. *And be it further enacted*, That the commissioners herein-provided for, and the District and Supreme Courts, in deciding on the validity of any claim brought before them under the provisions of this act, shall be governed by the treaty of Guadaloupe Hidalgo, the law of nations, the laws, usages, and customs of the government from which the claim is derived, the principles of equity, and the decisions of the Supreme Court of the United States, so far as they are applicable. *(margin: On what principles commissioners are to act.)*

Sec. 12. *And be it further enacted*, That to entitle either party to a review of the proceedings and decision of the commissioners herein-before provided for, notice of the intention of such party to file a petition to the District Court shall be entered on the journal or record of proceedings of the commissioners within sixty days after their decision on the claim has been made and notified to the parties, and such petition shall be filed in the District Court within six months after such decision has been rendered. *(margin: Proceedings to authorize petition to District Court.)*

Sec. 13. *And be it further enacted*, That all lands, the claims to which have been finally rejected by the commissioners in manner herein provided, or which shall be finally decided to be invalid by the District or Supreme Court, and all lands the claims to which shall not have been presented to the said commissioners within two years after the date of this act, shall be deemed, held, and considered as part of the public domain of the United States ; and for all claims finally confirmed by the said commissioners, or by the said District or Supreme Court, a patent shall issue to the claimant upon his presenting to the general land office an authentic certificate of such confirmation, and a plat or survey of the said land, duly certified and approved by the surveyor-general of California, whose duty it shall be to cause all private claims which shall be finally confirmed to be accurately surveyed, and to furnish plats of the same ; and in the location of the said claims, the said surveyor-general shall have the same power and authority as are conferred on the register of the land office and receiver of the public moneys of Louisiana, by the sixth section of the act " to create the office of surveyor of the public lands for the State of Louisiana," approved third March, one thousand eight hundred and thirty-one : *Provided, always*, That if the title of the claimant to such lands shall be contested by any other person, it shall and may be lawful for such person to present a petition to the district judge of the United States for the district in which the lands are situated, plainly and distinctly setting forth his title thereto, and praying the said judge to hear and determine the same, a copy of which petition shall be served upon the adverse party thirty days before the time appointed for hearing the same. *And provided, further*, That it shall and may be lawful for the district judge of the United States, upon the hearing of such petition, *(margin: All lands in California to which claims are not established to be taken as public lands. Patent to issue for lands, claims to which are confirmed. Location and survey of claims. 1831, ch. 116. Provision where a claim is contested by some other person. Injunction in such case.)*

**634**                **THIRTY-FIRST CONGRESS. Sess. II. Ch. 41. 1851.**

to grant an injunction to restrain the party at whose instance the claim to the said lands has been confirmed, from suing out a patent for the same, until the title thereto shall have been finally decided, a copy of which order shall be transmitted to the commissioner of the general land office, and thereupon no patent shall issue until such decision shall be made, or until sufficient time shall, in the opinion of the said judge, have been allowed for obtaining the same; and thereafter the said injunction shall be dissolved.

*This act not to extend to certain lots.*

Sec. 14. *And be it further enacted,* That the provisions of this act shall not extend to any town lot, farm lot, or pasture lot, held under a grant from any corporation or town to which lands may have been granted for the establishment of a town by the Spanish or Mexican government, or the lawful authorities thereof, nor to any city, or town, or village lot, which city, town, or village existed on the seventh day of July, eighteen hundred and forty-six; but the claim for the same

*Provision for the case of such lots.*

shall be presented by the corporate authorities of the said town, or where the land on which the said city, town, or village was originally granted to an individual, the claim shall be presented by or in the name of such individual, and the fact of the existence of the said city, town, or village on the said seventh July, eighteen hundred and forty-six, being duly proved, shall be prima facie evidence of a grant to such corporation, or to the individual under whom the said lot-holders claim; and where any city, town, or village shall be in existence at the time of passing this act, the claim for the land embraced within the limits of the same may be made by the corporate authority of the said city, town, or village.

*Proceedings to be conclusive only as between U. S. and the claimants.*

Sec. 15. *And be it further enacted,* That the final decrees rendered by the said commissioners, or by the District or Supreme Court of the United States, or any patent to be issued under this act, shall be conclusive between the United States and the said claimants only, and shall not affect the interests of third persons.

*Report on tenure of mission lands and those held by certain Indians.*

Sec. 16. *And be it further enacted,* That it shall be the duty of the commissioners herein provided for to ascertain and report to the Secretary of the Interior the tenure by which the mission lands are held, and those held by civilized Indians, and those who are engaged in agriculture or labor of any kind, and also those which are occupied and cultivated by Pueblos or Rancheros Indians.

*Compensation. Commissioners. Secretary. Clerks.*

Sec. 17. *And be it further enacted,* That each commissioner appointed under this act shall be allowed and paid at the rate of six thousand dollars per annum; that the secretary of the commissioners shall be allowed and paid at the rate of four thousand dollars per annum; and the clerks herein provided for shall be allowed and paid at the rate of one thousand five hundred dollars per annum; the aforesaid salaries to commence from the day of the notification by the commissioners of the first meeting of the board.

*Secretary to receive no fees except in certain cases.*

Sec. 18. *And be it further enacted,* That the secretary of the board shall receive no fee except for furnishing certified copies of any paper or record, and for issuing writs of subpœna. For furnishing certified copies of any paper or record, he shall receive twenty cents for every hundred words, and for issuing writs of subpœna, fifty cents for each witness; which fees shall be equally divided between the said secretary and the assistant clerk.

Approved, March 3, 1851.

# EXHIBIT C

*IDOT MCI  —  CALIF  —  4 RESERVATIONS*

SEC. 2. *And be it further enacted,* That the thirty-fifth section of the act entitled " An act for enrolling and calling out the national forces, and for other purposes," approved March three, eighteen hundred and *and* sixty-three, shall not be deemed hereafter to prohibit the payment to enlisted men employed at the military academy of the extra-duty pay heretofore allowed by law to enlisted men when employed at constant labor for not less than ten days continuously.

*Construction of act of 1863, ch. 75, § 35. Vol. xii. p. 736*

SEC. 3. *And be it further enacted,* That from and after the first day of July, eighteen hundred and sixty-three, the annual pay of cadets at the military academy at West Point shall be the same as that allowed to midshipmen at the naval academy, and the amount necessary for that purpose is hereby appropriated.

*Pay of cadets, and appropriation.*

SEC. 4. *And be it further enacted,* That cadets found deficient at any examination shall not be continued at the military academy, or be reappointed except upon the recommendation of the academic board.

*Cadets found deficient at examination. [Repealed. Post, p. 407.]*

SEC. 5. *And be it further enacted,* That no part of the money hereby appropriated shall be applied to the support or pay of any cadets hereafter appointed not in conformity with the express provisions of law regulating appointments of cadets at that academy.

*Appropriation to apply only to cadets regularly appointed.*

APPROVED, April 1, 1864.

---

CHAP. XLVI. — *An Act to increase the Pension of the Revolutionary Pensioners now on the Rolls of the Pension Office.*

*April 1, 1864.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That there shall be paid, out of any money in the treasury not otherwise appropriated, the sum of one hundred dollars per annum to each of the surviving soldiers of the Revolution, now on the pension rolls, during their natural lives, in addition to the pensions to which they are now entitled under former acts of Congress; said payment to date from, and commence on, the first day of January, eighteen hundred and sixty-four, and to cease at their death.

*Pension to surviving soldiers of the Revolution.*

APPROVED, April 1, 1864.

---

CHAP. XLVII. — *An Act relating to Acting Assistant Paymasters in the Navy, and regulating the Appointment of Cadets in the Naval Academy.*

*April 1, 1864.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That whenever the President of the United States shall nominate any acting assistant paymaster in the volunteer naval service, on account of his faithful, diligent, and efficient discharge of duty in the volunteer service, to be an assistant paymaster in the navy, it shall be no objection to his appointment and confirmation that he is over twenty-six years of age : *Provided,* That he be not over thirty years of age : *And provided, further,* That the number of paymasters and assistant paymasters, as authorized by law, be not increased thereby.

*Appointment of acting assistant paymasters in the navy.*

*Age.*

*Number.*

SEC. 2. *And be it further enacted,* That the students of the naval academy, when examined for admission thereto, shall be between the ages of fourteen and eighteen years.

*Age of students at naval academy.*

APPROVED, April 1, 1864.

---

CHAP. XLVIII. — *An Act to provide for the better Organization of Indian Affairs in California.*

*April 8, 1864.*

*1865, ch. 122. Post, p. 538.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That, from and after the first day of April, anno Domini eighteen hundred and sixty-four, the state of California shall, for Indian purposes, constitute one superintendency, for which there shall be appointed by the President of the United States, by and with the advice and consent of the Senate, a superintendent of Indian

*California to constitute one Indian superintendency.*

Case 5:13-cv-00883-JGB-SP   Document 82-5   Filed 10/21/14   Page 36 of 67   Page ID #:944

Superintendent, salary, bond, oath of office.

affairs for said superintendency, at a salary of three thousand six hundred dollars per annum, who shall reside at a point within said state, to be selected by the Secretary of the Interior, and who, upon executing a bond, upon such terms and such sum as may be prescribed by the Secretary of the Interior, and taking the usual oath of office, shall have under his control and management, in like manner and subject to like rules and regulations as are prescribed for superintendents of other superintendencies, the Indians and Indian reservations that are or may hereafter be established in said state: *Provided,* That the superintendent shall be authorized to appoint a clerk, at a compensation not to exceed eighteen hundred dollars per annum.

Clerk, salary.

Indian reservations in California.

Location.

Proviso.

SEC. 2. *And be it further enacted,* That there shall be set apart by the President, and at his discretion, not exceeding four tracts of land, within the limits of said state, to be retained by the United States for the purposes of Indian reservations, which shall be of suitable extent for the accommodation of the Indians of said state, and shall be located as remote from white settlements as may be found practicable, having due regard to their adaptation to the purposes for which they are intended: *Provided,* That at least one of said tracts shall be located in what has heretofore been known as the northern district: *And provided, further,* That if it shall be found impracticable to establish the reservations herein contemplated without embracing improvements made within their limits by white persons lawfully there, the Secretary of the Interior is hereby authorized and empowered to contract for the purchase of such improvements, at a price not exceeding a fair valuation thereof, to be made under his direction. But no such contract shall be valid, nor any money paid thereon, until, upon a report of said contract and of said valuation to Congress, the same shall be approved and the money appropriated by law for that purpose: *And provided, further,* That said tracts to be set apart aforesaid may, or may not, as in the discretion of the President may be deemed for the best interests of the Indians to be provided for, include any of the Indian reservations heretofore set apart in said state, and that in case any such reservation is so included, the same may be enlarged to such an extent as in the opinion of the President may be necessary, in order to its complete adaptation to the purposes for which it is intended.

Improvements in such locations to be purchased, after report to Congress.

Tracts may or may not include present reservations.

Reservations not retained to be surveyed and offered for sale.

SEC. 3. *And be it further enacted,* That the several Indian reservations in California which shall not be retained for the purposes of Indian reservations under the provisions of the preceding section of this act, shall, by the commissioner of the general land-office, under the direction of the Secretary of the Interior, be surveyed into lots or parcels of suitable size, and as far as practicable in conformity to the surveys of the public lands, which said lots shall, under his direction, be appraised by disinterested persons at their cash value, and shall thereupon, after due advertisement, as now provided by law in case of other public lands, be offered for sale at public outcry, and thence afterward shall be held subject to sale at private entry, according to such regulations as the Secretary of the Interior may prescribe: *Provided,* That no lot shall be disposed of at less than the appraised value, nor at less than one dollar and twenty-five cents per acre: *And provided, further,* That said sale shall be conducted by the register and receiver of the land-office in the district in which such reservation or reservations may be situated, in accordance with the instructions of the department regulating the sale of public lands.

Minimum price.

Sale, how conducted.

Agent for each reservation.

Residence, duties.

SEC. 4. *And be it further enacted,* That the President of the United States be, and he is hereby, authorized, by and with the advice and consent of the Senate, to appoint an Indian agent for each of the reservations which shall be established under the provisions of this act, which said agent shall reside upon the reservation for which he shall be appointed, and shall discharge all the duties now or hereafter to be required of Indian agents by law, or by rules and regulations adopted, or to be

adopted, for the regulation of the Indian service, so far as the same may be applicable.  Each of the agents appointed as aforesaid shall, before entering upon the duties of his office, give bond in such penalties and with such conditions and such security as the President or Secretary of the Interior may require, and shall hold his office for the term of four years, unless sooner removed by the President, and shall receive an annual salary at the rate of eighteen hundred dollars.

*Bond of agents.*

*Term of office, salary.*

SEC. 5. *And be it further enacted,* That there may be appointed, in the manner prescribed by law, for each of said reservations, if in the opinion of the Secretary of the Interior the welfare of said Indians shall require it, one physician, one blacksmith, one assistant blacksmith, one farmer, and one carpenter, who shall each receive compensation at rates to be determined by the Secretary of the Interior, not exceeding fifty dollars per month.

*Physician, blacksmith, farmer, carpenter, &c.*

*Pay.*

SEC. 6. *And be it further enacted,* That hereafter, when it shall become necessary to survey any Indian or other reservations, or any lands, the same shall be surveyed under the direction and control of the general land-office, and as nearly as may be in conformity to the rules and regulations under which other public lands are surveyed.

*Reservations, how to be surveyed.*

SEC. 7. *And be it further enacted,* That all Indian agents shall reside at their respective agencies, and shall in no case be permitted to visit the city of Washington except when ordered to do so by the commissioner of Indian affairs.  And it is hereby made the duty of the said commissioner to report all cases of the violation of this section to the President, with the request that the agents disregarding the provisions herein contained be at once removed from office.

*Indian agents to reside where; not to visit Washington except, &c.*

SEC. 8. *And be it further enacted,* That all acts or parts of acts in conflict with the provisions of this act be, and the same are hereby, repealed; and all offices and employments connected with Indian affairs in California not provided for in this act be, and the same are hereby, abolished.

*Repealing clause.*

*Offices, &c., abolished.*

APPROVED, April 8, 1864.

---

CHAP. XLIX. — *An Act to incorporate the Union Gaslight Company of the District of Columbia.*

*April 8, 1864.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That Sayles J. Bowen, William Elmer, William Bates, Robert W. Milbank, Andrew M. Kinney, William H. Baldwin, Z. D. Gilman, D. C. Forney, S. P. Brown, John Green, and Gamaliel Gay, and their associates and assigns, be, and they are hereby, created a body corporate, under the name of "The Union Gas-light Company of the District of Columbia," with authority to manufacture and sell gas, to be made of coal, zinc, oil, tar, pitch, peat, turpentine, or other material, and to be used in lighting the city of Washington and the streets thereof, and any buildings, manufactories, or houses therein situated, and to lay mains and pipes for the purpose of conducting gas in any of the avenues, streets, lanes, or alleys of the said city : *Provided, however,* That the said company shall so conduct the manufacture, and lay said mains and pipes, as not to create a nuisance or injure either private or public property : *And provided, further,* That the said mains and pipes shall be laid subject to such conditions and in compliance with such regulations as may be prescribed by the municipal authorities of the city of Washington ; and the right to erect and establish any buildings, apparatus, or machinery for the manufacture of gas, shall be subject to such regulations and restrictions as may be from time to time prescribed by the said municipal authorities of Washington.

*Union Gas-light Company incorporated.*

*Name; authority.*

*Not to create a nuisance.*

*To be under direction of city authorities.*

SEC. 2. *And be it further enacted,* That the capital stock of the said company shall not be less than five hundred thousand, nor more than one million dollars, and that the said stock shall be divided into shares of one hundred dollars each, and shall be deemed personal property and

*Capital stock.*

*Number of shares.*

4 *

# EXHIBIT D

Bridge Company, or any other company, or person, to proceed in the erection of the bridge now being constructed over the Ohio river from the city of Cincinnati, Ohio, to the city of Newport, Kentucky, the approaches thereto, unless the said bridge shall be so constructed that the channel span of four hundred feet, as now located, shall have under said span a clear headway, at low water, of one hundred feet below any point of said channel span, and in such case no draw shall be required in said bridge; all the other spans of said bridge, which cover the Ohio river, to low-water mark, shall have a clear headway of not less than seventy feet above low-water mark, and the other spans of the said bridge, extending to each shore, may be made of less elevation than seventy feet above low-water mark, to accommodate a regular grade for the approaches to said bridge. And when the foregoing requirements shall have been complied with by the said Newport and Cincinnati Bridge Company, the location of said bridge, its structures, and approaches, shall thereupon be deemed to be legalized, and declared to be lawful structures, and shall be recognized and known as a post-route. The plans for changes in such bridge, made necessary by this act, shall be submitted by said company to the Secretary of War for his approval. And, in the event of the bridge company making the changes provided for in this act, it shall be lawful for the said company, after they shall have made the changes in said bridge, and the approaches thereto, as herein provided, to file their bill in equity against the United States in the circuit court of the United States for the southern district of Ohio, and full jurisdiction is hereby conferred upon said court to determine: first, whether the bridge, according to the plans on which it has progressed at the passage of this act, has been constructed so as substantially to comply with the provisions of law relating thereto; and, second, the liability of the United States, if any there be, to the said company by reason of the changes by this act required to be made; and if the said court shall determine that the United States is so liable, and that said bridge was so being built, then the said court shall further ascertain and determine the amount of the actual and necessary cost and expenditures reasonably required to be incurred in making the changes in the said bridge and its approaches as hereby authorized or required, in excess of the cost of building said bridge and approaches, according to the plan proposed, before the changes required by this act to be made. And the said court is hereby further authorized and required to proceed therein to final decree as in other cases in equity. And it shall be lawful for either party to the said suit to appeal from the final decree of the said circuit court, to the Supreme Court of the United States as in other cases, and the Supreme Court shall thereupon proceed to hear and determine the said case and make a final decree therein, and thereupon, if such decree shall be in favor of said company, the Secretary of the Treasury of the United States shall, out of any moneys in the treasury not otherwise appropriated, pay to the said company such sum of money as shall by the said Supreme Court be so decreed to be paid to the said company: *Provided, nevertheless,* That no money shall be paid by the Secretary of the Treasury to the said company until the Supreme Court of the United States, upon appeal taken as aforesaid, shall render a final decree in the case in favor of said company.

APPROVED, March 3, 1871.

CHAP. CXXII.—*An Act to incorporate the Texas Pacific Railroad Company, and to aid in the Construction of its Road, and for other Purposes.*

March 3, 1871.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That John C. Fremont, James L. Alcorn, G. M. Dodge, O. C. French, John D. Caldwell, J. J. Noah, A.

---

Spans of bridge over the Ohio river from Cincinnati to Newport, Ky.;

no draw if, &c.

Bridge, &c. to be a post-route when, &c.

Plan to be approved by Secretary of War. When the bridge company has made the changes, &c. it may file a bill in circuit court.

Court to decide what.

Appeal to the Supreme Court.

If final decree is in favor of the company, the Secretary of the Treasury to pay the amount of the decree. Proviso.

Case 5:13-cv-00883-JGB-SP   Document 82-5   Filed 10/21/14   Page 40 of 67   Page ID #:948

Texas Pacific Railroad Company incorporated. Corporators.

C. Osborne, Timothy Hurley, C. C. Pool, Silas N. Martin, John M. Corse, George E. Wentworth, Philip H. Morgan, J. D. Cameron, Marshal O. Roberts, James L. Hodges, John Ray, W. Vermilye, Enoch L. Faucher, Charles F. Livermore, Joseph H. Oglesby, John Whytock, Daniel Drew, F. S. Davis, W. Orton, A. C. Babcock, Thomas A. Scott, Samuel D. Hoffman, H. Ramsdale, William H. Jackson, R. C. Parsons, Delos W. Emmons, M. A. Southworth, John H. Hall, G. C. Kinzey, W. P. Clark, James Dart, H. Jacobs, L. T. Smith, W. P. Dole, C. A. Weed, A. P. K. Safford, H. McCullough, Charles Jackson, Elisha Dyer, Alfred Anthony, James Hoy, M. W. Benjamin, H. D. Cooke, Joseph R. West, W. S. Huntington, J. M. Tubbetts, C. C. Leondridge, D. D. Porter, M. Woodhull, Hiram Price, M. C. Hunter, W. T. Walters, J. B. Brownlow, T. A. Morris, Owen Tuller, J. H. Ledlie, R. M. Bishop, Samuel Craighead, D. N. Stanton, Augustus H. Whiting, G. L. Johnston, J. W. Goodland, Powell Clayton, Samuel Tate, W. Bolton, H. Robinson, George Muncy, O. H. Bynum, M. Burns, J. C. Goodloe, E. G. Barney, Cyrus Busey, J. W. Forney, J. Lockwood, E. M. Davis, N. Patton, W. Flanegan, G. O'Brien, G. P. Buel, G. H. Gidding, J. J. Newell, E. W. Rice, R. M. Shoemaker, Samuel Sloan, S. W. Morton, J. B. Bowman, L. M. Flournoy, J. J. Hinds, G. R. Weeks, J. T. Ludling, B. C. Gilbert, B. D. Williams, Thomas Olcott, G. A. Fosdick, Harry Hays, P. S. Forbes, John T. Sprague, L. R. Marsh, A. W. Beckwith, J. C. Stanton, Cyrus H. Baldwin, A. J. Hamilton, Rush R. Sloan, Silas C. Colgrove, Samuel D. Jones, N. H. Decker, William N. Leet, B. F. Allen, J. B. Chaves, Augustus Kountze, John N. Goodwin, William S. Rosecrans, Michael Hahn, H. C. Warmouth, J. S. Williams, G. M. Spencer, L. J. Higby, W. C. Kimball, and all such persons as shall or may be associated with them, and their successors, are hereby created a body politic and corporate in fact and in law, by the name, style, and title of the Texas Pacific Railroad Company, and by that name shall have perpetual succession, and shall be able to sue and be sued, plead and be impleaded, defend and be defended, in all courts of law and equity within the United States, and may make and use a common seal ; and the said corporation is hereby authorized and empowered to lay out, locate, construct, furnish, maintain, and enjoy a continuous railroad and telegraph line, with the appurtenances, from a point at or near Marshall, county of Harrison, State of Texas ; thence by the most direct and eligible route, to be determined by said company, near the thirty-second parallel of north latitude, to a point at or near El Paso ; thence by the most direct and eligible route, to be selected by said company, through New Mexico and Arizona, to a point on the Rio Colorado, at or near the southeastern boundary of the State of California ; thence by the most direct and eligible route to San Diego, California, to ship's channel, in the bay of San Diego, in the State of California, pursuing in the location thereof, as near as may be, the thirty-second parallel of north latitude, and is hereby vested with all the powers, privileges, and immunities necessary to carry into effect the pur[po]ses of this act.

Powers of corporation.

Route of railroad and telegraph line.

Sec. 2. That the persons named in the first section of this act shall constitute a board of commissioners, (twenty of whom shall constitute a quorum for the transaction of business,) to be known as the Texas Pacific Railroad commissioners, who shall meet in the city of New York within ninety days after the passage of this act, at a time to be designated in a notice to be signed by the person first named in the list of corporators and six of his associates, and to be published for two weeks in, at least, one daily newspaper in New York, New Orleans, and Washington ; and, when so met, they may cause books to be opened for the subscription of the capital stock of said company, and when twenty thousand shares, amounting to two millions of dollars, shall have been subscribed, and ten per centum actually paid thereon, in money, to the

Texas Pacific Railroad commissioners, to meet in New York within, &c.

Notice.

Subscription books for capital stock.

Case 5:13-cv-00883-JGB-SP   Document 82-5   Filed 10/21/14   Page 41 of 67   Page ID #:949

treasurer, to be elected by said commissioners, who shall give bond for its safe keeping and payment to the treasurer of the company when organized, then it shall be lawful for such subscribers or stockholders, or a majority thereof, to organize said company in accordance with the provisions of this act, and to elect not less than seven, nor more than seventeen directors, a majority of whom shall be necessary to the transaction of business, and who shall hold their offices for one year and until their successors shall be elected and qualified; and the said directors shall immediately proceed to elect a president, vice-president, secretary, and treasurer; the president and vice-president shall be directors. At all elections for directors, each share of stock shall be entitled to one vote, which may be given by the holders in person, or by proxy, who shall also be a shareholder. The directors shall hold their offices for any term not exceeding three years, as may be provided in the by-laws; and the annual meetings of stockholders shall take place as provided for in said by-laws.

*Treasurer, bond.*

*Company may organize when, &c.*

*Directors.*
*Quorum, term of office, &c.*

*Officers.*

*Proxies.*

*Term of office of directors.*
*Annual meetings.*

Sec. 3: That the capital stock of the Texas Pacific Railroad Company shall be fixed by the board of directors, at a sum not exceeding fifty millions of dollars, in shares of one hundred dollars; and when the amount is so fixed, it shall never be increased except by consent of Congress. Assessments upon said stock shall only be made by a majority vote of the whole number of directors at a regular meeting, which said assessments shall be paid at the expiration of thirty days after a notice given in one newspaper in each of the cities of Washington, Philadelphia, New York, and New Orleans.

*Capital stock.*

*Shares.*
*Increase.*
*Assessments.*

Sec. 4. That the said Texas Pacific Railroad Company shall have power and lawful authority to purchase the stock, land grants, franchises, and appurtenances of, and consolidate on such terms as may be agreed upon between the parties, with any railroad company or companies heretofore chartered by congressional, State, or territorial authority, on the route prescribed in the first section of this act; but no such consolidation shall be with any competing through line of railroads to the Pacific Ocean.

*The corporation may purchase, &c. and consolidate with any railroad company;*

*limitation;*

Sec. 5. That the said company shall have power and authority to make running arrangements with any railroad company or companies heretofore chartered, or that may hereafter be chartered by congressional, State, or territorial authority; also to purchase lands, or to accept donations, or grant of lands, or other property, from States or individuals, for the purpose of aiding in carrying out the object of this company.

*may make arrangements with other roads, purchase lands, &c.*

Sec. 6. That the rights, lands, land grants, franchises, privileges, and appurtenances, and property of every description, belonging to each of the consolidated or purchased railroad company or companies, as herein provided, shall vest in and become absolutely the property of the Texas Pacific Railroad Company: *Provided,* That in all contracts made and entered into by said company with any and all other railroad company or companies, to perfect such aforesaid consolidation or purchase, the indebtedness or other legal obligations of said company or companies shall be assumed by the said Texas Pacific Railroad Company as may be agreed upon, and no such consolidation or purchase shall impair any lien which may exist on any of the railroads so consolidated or purchased; but said company shall not assume the debts or obligations of any company with which it may consolidate or purchase as aforesaid, to an amount greater than the cash value of the assets received from the same.

*Rights, franchises, &c. of the purchased railroads to vest in the Texas Pacific Railroad Company.*
*Obligations of the other companies to be assumed.*

*Liens not impaired.*

*Limit to amount of debts, &c. to be assumed.*

Sec. 7. That the said Texas Pacific Railroad Company shall have power to make and enforce rules and by-laws for the election of its officers and the government and management of the business of the company; and to do and perform all needful and proper things to be done and performed to promote the objects of the company hereby incor-

*Rules and by-laws.*

Case 5:13-cv-00883-JGB-SP   Document 82-5   Filed 10/21/14   Page 42 of 67   Page ID #:950

porated, not inconsistent with the laws of the United States and the provisions of this charter.

**Right of way granted through the public lands, and authority to take materials from adjacent lands.**
**Extent of grant.**

SEC. 8.  That the right of way through the public lands be, and the same is hereby, granted to the said company for the construction of the said railroad and telegraph line, and the right, power, and authority is hereby given to said company to take, from the public lands adjacent to the line of said road, earth, stone, timber, and other materials for the construction thereof.  Said right of way is granted to said company to the extent of two hundred feet in width on each side of said railroad where it may pass over the public lands; and there is also hereby granted to said company grounds for stations, buildings, workshops, wharves, switches, side-tracks, turn-tables, water-stations, and such other structures as may be necessary for said railroad, not exceeding forty acres of land at any one point.

**Alternate sections of public lands granted to the corporation;**

SEC. 9.  That for the purpose of aiding in the construction of the railroad and telegraph line herein provided for, there is hereby granted to the said Texas Pacific Railroad Company, its successors and assigns, every alternate section of public land, not mineral, designated by odd numbers, to the amount of twenty alternate sections per mile, on each side of said railroad line, as such line may be adopted by said company,

**in the Territories;**
**in California.**

through the Territories of the United States, and ten alternate sections of land per mile on each side of said railroad in California, where the same shall not have *not have* been sold, reserved, or otherwise disposed of by the United States, and to which a pre-emption or homestead claim may not have attached at the time the line of said road is definitely

**If any of the lands have been disposed of, other lands to be given.**

fixed.  In case any of said lands shall have been sold, reserved, occupied, or pre-empted, or otherwise disposed of, other lands shall be selected in lieu thereof by said company, under the direction of the Secretary of the Interior, in alternate sections, and designated by odd numbers, not more

**Provision as to lands near the Mexican boundary.**

than ten miles beyond the limits of said alternate sections first above named, and not including the reserved numbers.  If, in the too near approach of the said railroad line to the boundary of Mexico, the number of sections of land to which the company is entitled cannot be selected immediately on the line of said railroad, or in lieu of mineral lands excluded from this grant, a like quantity of unoccupied and unappropriated agricultural lands, in odd-numbered sections nearest the line of said rail-

**"Mineral" not to include iron or coal.**
**Grant in California not to exceed, &c.**

road may be selected as above provided ; and the word "mineral," where it occurs in this act, shall not be held to include iron or coal : *Provided, however,* That no public lands are hereby granted within the State of California further than twenty miles on each side of said road, except to make up deficiencies as aforesaid, and then not to exceed twenty miles

**"Ship's channel" to mean what.**

from the lands originally granted.  The term "ship's channel," as used in this bill, shall not be construed as conveying any greater right to said company to the water front of San Diego bay than it may acquire by gift, grant, purchase, or otherwise, except the right of way, as herein

**Lands granted and not sold in three years, &c. to be subject to settlement and pre-emption.**

granted : *And provided further,* That all such lands, so granted by this section to said company, which shall not be sold, or otherwise disposed of, as provided in this act, within three years after the completion of the entire road, shall be subject to settlement and pre-emption like other lands, at a price to be fixed by and paid to said company, not exceeding an average of two dollars and fifty cents per acre for all the lands herein granted.

**Right of way over lands of private persons to be secured according to law of State, &c.**

SEC. 10.  That when the route of said railroad and telegraph line shall pass through the lands of private persons, or where it may be necessary for said railroad company to take any lands belonging to private persons for any of the purposes herein mentioned necessary to said road, such right of way through or title to such lands shall be secured in accordance with the laws of the State or Territory in which they may be situated.

Sec. 11. That the Texas Pacific Railroad Company shall have power and authority to issue two kinds of bonds, secured by mortgage, namely: first, construction bonds; second, land bonds. Construction bonds shall be secured by mortgage, first, on all or any portion of the franchises, road-bed, or track of said railroad, and all the appurtenances thereto belonging, when constructed or in the course of construction, from a point at or near Marshall, to ship's channel, in the bay of San Diego, in the State of California, as aforesaid. Land bonds shall be secured by mortgage, first, on all or any portion of the lands hereby granted in aid of the construction of said railroad as is provided for in this act; second, on lands acquired by any arrangement or purchase or terms of consolidation with any railroad company or companies to whom grants of lands may have been made, or may hereafter be made, by any congressional, State, or territorial authority, or who may have purchased the same previous to any such arrangement or consolidation: *Provided*, That all the mortgages made and executed by said railroad company shall be filed and recorded in the Department of the Interior, which shall be a sufficient evidence of their legal execution, and shall confer all the rights and property of said company as therein expressed: *And provided also*, That the proceeds of the sales of the aforesaid construction and land bonds shall be applied only in the construction, operation, and equipment of the contemplated railroad line: *And provided further*, That said mortgage shall in no wise impair or affect any lien existing on the property of said company or companies at or before the time of such consolidation.

*Margin: Corporation may issue construction bonds, secured by mortgage of road;*

*Margin: land bonds secured by mortgage of its lands.*

*Margin: All its mortgages to be filed, &c. in the Department of the Interior. ;*

*Margin: Proceeds of sales of bonds to apply only to what.*

*Margin: Existing liens not affected.*

Sec. 12. That whenever the said company shall complete the first and each succeeding section of twenty consecutive miles of said railroad and put it in running order as a first-class road in all its appointments, it shall be the duty of the Secretary of the Interior to cause patents to be issued conveying to said company the number of sections of land opposite to and coterminous with said completed road to which it shall be entitled for each section so completed. Said company, within two years after the passage of this act, shall designate the general route of its said road, as near as may be, and shall file a map of the same in the Department of the Interior; and when the map is so filed, the Secretary of the Interior, immediately thereafter, shall cause the lands within forty miles on each side of said designated route within the Territories, and twenty miles within the State of California, to be withdrawn from pre-emption, private entry, and sale: *Provided, however*, That the provisions of the act of September, eighteen hundred and forty-one, granting pre-emption rights, and the acts amendatory thereof, and of the act entitled, "An Act to secure homesteads to actual settlers on the public domain," approved May twenty, eighteen hundred and sixty-two, and the amendments thereto, shall be, and the same are hereby, extended to all other lands of the United States on the line of said road when surveyed, except those hereby granted to said company.

*Margin: Patents to issue for lands as twenty-mile sections of road are completed.*

*Margin: General route to be designated in two years, and map filed.*

*Margin: Lands to be withdrawn from pre-emption, &c.*

*Margin: Provisions of pre-emption and homestead acts extended to, &c. 1841, ch. 16, § 10. Vol. v. p. 455. 1862, ch. 75. Vol. xii. p. 392.*

Sec. 13. That the president of the company shall annually, by the first day of July, make a report and file it with the Secretary of the Interior, which report shall be under oath, exhibiting the financial situation of the company, the amount of money received and expended, and the number of miles of road constructed each year; and further, the names and residences of the stockholders, of the directors, and of all other officers of the company, the amount of stock subscribed, and the amount thereof actually paid in, a description of the lines of road surveyed and fixed upon for construction, the amount received from passengers and for freight, respectively, on the road, a statement of the expenses of said road and its fixtures, and a true statement of the indebtedness of said company and the various kinds thereof.

*Margin: Annual report, when and where to be made, and to state what.*

Sec. 14. That the certificates of the capital stock must be signed by

*Certificates of capital stock, how signed, &c.;* the president and secretary, and attested by the seal of the company, and shall contain an extract from the proceedings of the board of directors fixing the amount thereof, as well as from this act, authorizing

*bonds and mortgages.* such issue. All the bonds and mortgages issued by said company must be signed by the president and secretary, and attested by the seal of said company, and shall contain an extract from the law authorizing

*Par value and interest in gold.* them to be issued. The face value of said bonds shall be one thousand dollars in gold, and shall be redeemable at such times, and to bear such rate of interest, payable semi-annually in gold, as may be determined

*Limitation as to bonds.* by the directors. The total value of the construction bonds to be issued shall not exceed thirty thousand dollars per mile of said railroad, and the total face value of the land bonds shall not exceed two dollars and fifty cents per acre for all lands mortgaged; the total amount of each to be determined by the board of directors.

*Other railroads may connect.*

*No discrimination against.* SEC. 15. That all railroads constructed, or that may be hereafter constructed, to intersect said Texas Pacific railroad, shall have a right to connect with that line; that no discrimination as regards charges for freight or passengers, or in any other matter, shall be made by said Texas Pacific Railroad Company against any of the said connecting roads; but that the same charges per mile as to passengers, and per ton per mile as to freight, passing from the said Texas Pacific railroad over any of said connecting roads, or passing from any of said connecting roads over any part of said Texas Pacific railroad, shall be made by said company as they make for freight and passengers over their own road: *Provided also,* That said connecting roads shall reciprocate said right of connection and equality of charges with said Texas Pacific

*Rates not to exceed, &c.* railroad: *And provided further,* That the rates charged for carrying passengers and freight, per mile, shall not exceed the prices which may be fixed by Congress for carrying passengers and freight on the Union Pacific and Central Pacific railroads.

*Iron or steel rails from American ore.* SEC. 16. That said road shall be constructed of iron or steel rails manufactured from American ore, except such as may have heretofore been contracted for by any railroad company which may be purchased or consolidated with by the company hereby incorporated, as provided by this act.

*Corporation to commence construction of road at San Diego and Marshall.*

*Rate of construction.*

*Time for completion.* SEC. 17. That the said Texas Pacific Railroad Company shall commence the construction of its road simultaneously at San Diego, in the State of California, and from a point at or near Marshall, Texas, as hereinbefore described, and so prosecute the same as to have at least fifty consecutive miles of railroad from each of said points complete and in running order within two years after the passage of this act; and to so continue to construct each year thereafter a sufficient number of miles to secure the completion of the whole line from the aforesaid point on the eastern boundary of the State of Texas to the bay of San Diego, in the State of California, as aforesaid, within ten years after the

*Congress may complete it, &c.* passage of this act; and upon failure to so complete it, Congress may adopt such measures as it may deem necessary and proper to secure its speedy completion.

*Commissioner to examine road.* SEC. 18. That the President of the United States, upon the completion of the first section of twenty miles, shall appoint one commissioner, whose duty it shall be to examine the various sections of twenty miles as they shall be completed, and report thereon to him in writing; and if,

*Patents to issue.* from such report, he be satisfied that said company has fully completed each section of its road, as in this act provided, he shall direct the Secretary of the Interior to issue patents to said company for the lands it is entitled to under this act, as fast as each section of said road is completed.

*Railroad declared to be a* SEC. 19. That the Texas Pacific Railroad Company shall be, and it is hereby, declared to be a military and post road; and for the purpose of

Case 5:13-cv-00883-JGB-SP  Document 82-5  Filed 10/21/14  Page 45 of 67  Page ID #:953

insuring the carrying the mails, troops, munitions of war, supplies, and military and post stores of the United States, no act of the company nor any law of any State or Territory shall impede, delay, or prevent the said company from performing its obligations to the United States in that regard : *Provided,* That said road shall be subject to the use of the United States for postal, military, and all other governmental services, at fair and reasonable rates of compensation, not to exceed the price paid by private parties for the same kind of service, and the government shall at all times have the preference in the use of the same for the purpose aforesaid.

**Military and post road.**

**Transportation for the United States not to be impeded.**

**Rate of compensation.**

SEC. 20. That it shall not be lawful for any of the directors, either in their individual capacity or as members of an incorporated or joint-stock company, to make any contracts or agreements with the said Texas Pacific Railroad Company for the construction, equipment, or running of its road, or to have any interest therein ; and all such contracts or agreements are hereby declared null and void, and all money or property received under such contracts or agreements may be recovered back for the benefit of the company by any stockholder.

**No director to contract for constructing, &c. any part of the road.**

SEC. 21. That any railroad company whose route lies across the route of the Texas Pacific railroad may cross the same, and for the purpose of crossing shall have the right to acquire at the double minimum price all lands, whether of the United States or granted by this act, which shall be needed for a right of way two hundred feet wide through said lands, and for depots, stations, side-tracks, and other needful purposes, not exceeding for such purposes forty acres at any one station.

**Railroad companies may cross this road ; may have lands, &c.**

SEC. 22. That the New Orleans, Baton Rouge, and Vicksburg Railroad Company, chartered by the State of Louisiana, shall have the right to connect by the most eligible route to be selected by said company with the said Texas Pacific railroad at its eastern terminus, and shall have the right of way through the public land to the same extent granted hereby to the said Texas Pacific Railroad Company ; and in aid of its construction from New Orleans to Baton Rouge, thence by the way of Alexandria, in said State, to connect with the said Texas Pacific Railroad Company at its eastern terminus, there is hereby granted to said company, its successors and assigns, the same number of alternate sections of public lands per mile, in the State of Louisiana, as are by this act granted in the State of California, to said Texas Pacific Railroad Company ; and said lands shall be withdrawn from market, selected, and patents issued therefor, and opened for settlement and pre-emption, upon the same terms and in the same manner and time as is provided for and required from said Texas Pacific Railroad Company, within said State of California : *Provided,* That said company shall complete the whole of said road within five years from the passage of this act.

**New Orleans, Baton Rouge, and Vicksburg Railroad Co. may connect with this road and have right of way.**

**Grant of lands to aid in its construction.**

**Lands to be withdrawn from market, &c.**

**Road when to be completed.**

SEC. 23. That, for the purpose of connecting the Texas Pacific railroad with the city of San Francisco, the Southern Pacific Railroad Company of California is hereby authorized (subject to the laws of California) to construct a line of railroad from a point at or near Tehachapa Pass, by way of Los Angeles, to the Texas Pacific railroad at or near the Colorado river, with the same rights, grants, and privileges, and subject to the same limitations, restrictions, and conditions as were granted to said Southern Pacific Railroad Company of California, by the act of July twenty-seven, eighteen hundred and sixty-six : *Provided, however,* That this section shall in no way affect or impair the rights, present or prospective, of the Atlantic and Pacific Railroad Company or any other railroad company.

**Southern Pacific Railroad Company may construct a road to connect the Texas Pacific Railroad with San Francisco.**

**Proviso.**

APPROVED, March 3, 1871.

# EXHIBIT E

# THE

# STATUTES AT LARGE

OF THE

# UNITED STATES OF AMERICA,

FROM

## DECEMBER, 1889, TO MARCH, 1891,

AND

## RECENT TREATIES, CONVENTIONS, AND EXECUTIVE PROCLAMATIONS.

EDITED, PRINTED, AND PUBLISHED BY AUTHORITY OF
CONGRESS, UNDER THE DIRECTION OF
THE SECRETARY OF STATE.

## VOL. XXVI.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1891.

HeinOnline -- 26 Stat. i 1887-1891

ACC-HRA000526

712          FIFTY-FIRST CONGRESS. Sess. II. Chs. 64, 65. 1891.

the administration of the criminal laws of said State and the service of civil process therein.

Open space.      The building shall be unexposed to danger from fire by an open space of at least forty feet on each side, including streets and alleys.

Approved, January 12, 1891.

---

January 12, 1891.    **CHAP. 65.**—An act for the relief of the Mission Indians in the State of California.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That immedi-

Mission Indians, Cal. Settlement upon reservations.
Appointment of commission.
ately after the passage of this act the Secretary of the Interior shall appoint three disinterested persons as commissioners to arrange a just and satisfactory settlement of the Mission Indians residing in the State of California, upon reservations which shall be secured to them as hereinafter provided.

Duties of commissioners.
Selection of reservations.
Sec. 2. That it shall be the duty of said commissioners to select a reservation for each band or village of the Mission Indians residing within said State, which reservation shall include, as far as practicable, the lands and villages which have been in the actual occupation and possession of said Indians, and which shall be sufficient in extent to meet their just requirements, which selection shall be valid when approved by the President and Secretary of the Inte-

Appraisal of improvements.
rior. They shall also appraise the value of the improvements belonging to any person to whom valid existing rights have attached under the public-land laws of the United States, or to the assignee of such person, where such improvements are situated within the limits of any reservation selected and defined by said commissioners subject in each case to the approval of the Secretary of the Interior. In

Removals from confirmed private grants.
cases where the Indians are in occupation of lands within the limits of confirmed private grants, the commissioners shall determine and define the boundaries of such lands, and shall ascertain whether there are vacant public lands in the vicinity to which they may be removed. And the said commission is hereby authorized to em-

Surveyor and assistants.
ploy a competent surveyor and the necessary assistants.

Report.
Sec. 3. That the commissioners, upon the completion of their duties, shall report the result to the Secretary of the Interior, who, if

Issue of reservation trust-patents in common.
no valid objection exists, shall cause a patent to issue for each of the reservations selected by the commission and approved by him in favor of each band or village of Indians occupying any such reservation, which patents shall be of the legal effect, and declare that the United States does and will hold the land thus patented, subject to

Terms of trust.
the provisions of section four of this act, for the period of twenty-five

Post, p. 713.
years, in trust, for the sole use and benefit of the band or village to which it is issued, and that at the expiration of said period the United States will convey the same or the remaining portion not previously patented in severalty by patent to said band or village, discharged of said trust, and free of all charge or incumbrance whatsoever:

Provisos.
Existing valid rights.
*Provided,* That no patent shall embrace any tract or tracts to which existing valid rights have attached in favor of any person under any of the United States laws providing for the disposition of the public domain, unless such person shall acquiesce in and accept the appraisal provided for in the preceding section in all respects and shall thereafter, upon demand and payment of said appraised value, exe-

Lieu-lands to accepting settlers.
cute a release of all title and claim thereto; and a separate patent, in similar form, may be issued for any such tract or tracts, at any time thereafter. Any such person shall be permitted to exercise the same

Settlers' rights.
right to take land under the public-land laws of the United States as though he had not made settlement on the lands embraced in said reservation; and a separate patent, in similar form, may be issued for

HeinOnline -- 26 Stat. 712 1887-1891

ACC-HRA000527

E-48

any tract or tracts at any time after the appraised value of the improvements thereon shall have been paid: *And provided further,* That in case any land shall be selected under this act to which any railroad company is or shall hereafter be entitled to receive a patent, such railroad company shall, upon releasing all claim and title thereto, and on the approval of the President and Secretary of the Interior, be allowed to select an equal quantity of other land of like value in lieu thereof, at such place as the Secretary of the Interior shall determine: *And provided further,* That said patents declaring such lands to be held in trust as aforesaid shall be retained and kept in the Interior Department, and certified copies of the same shall be forwarded to and kept at the agency by the agent having charge of the Indians for whom such lands are to be held in trust, and said copies shall be open to inspection at such agency.

SEC. 4. That whenever any of the Indians residing upon any reservation patented under the provisions of this act shall, in the opinion of the Secretary of the Interior, be so advanced in civilization as to be capable of owning and managing land in severalty, the Secretary of the Interior may cause allotments to be made to such Indians, out of the land of such reservation, in quantity as follows: To each head of a family not more than six hundred and forty acres nor less than one hundred and sixty acres of pasture or grazing land, and in addition thereto not exceeding twenty acres, as he shall deem for the best interest of the allottee, of arable land in some suitable locality; to each single person over twenty-one years of age not less than eighty nor more than six hundred and forty acres of pasture or grazing land and not exceeding ten acres of such arable land.

SEC. 5. That upon the approval of the allotments provided for in the preceding section by the Secretary of the Interior he shall cause patents to issue therefor in the name of the allottees, which shall be of the legal effect and declare that the United States does and will hold the land thus allotted for the period of twenty-five years, in trust for the sole use and benefit of the Indian to whom such allotment shall have been made, or, in case of his decease, of his heirs according to the laws of the State of California, and that at the expiration of said period the United States will convey the same by patent to the said Indian, or his heirs as aforesaid, in fee, discharged of said trust and free of all charge or incumbrance whatsoever. And if any conveyance shall be made of the lands set apart and allotted as herein provided, or any contract made touching the same, before the expiration of the time above mentioned, such conveyance or contract shall be absolutely null and void: *Provided,* That these patents, when issued, shall override the patent authorized to be issued to the band or village as aforesaid, and shall separate the individual allotment from the lands held in common, which proviso shall be incorporated in each of the village patents.

SEC. 6. That in cases where the lands occupied by any band or village of Indians are wholly or in part within the limits of any confirmed private grant or grants, it shall be the duty of the Attorney-General of the United States, upon request of the Secretary of the Interior, through special counsel or otherwise, to defend such Indians in the rights secured to them in the original grants from the Mexican Government, and in an act for the government and protection of Indians passed by the legislature of the State of California April twenty-second, eighteen hundred and fifty, or to bring any suit, in the name of the United States, in the Circuit Court of the United States for California, that may be found necessary to the full protection of the legal or equitable rights of any Indian or tribe of Indians in any of such lands.

SEC. 7. That each of the commissioners authorized to be appointed by the first section of this act shall be paid at the rate of eight dollars per day for the time he is actually and necessarily employed in

*Marginal notes:*
Lieu lands to accepting railroads.

Custody of trust-patents. Copies.

Allotments in severalty.

Head of family.

Single person.

Patents to allottees.

In trust.

In fee.

Prior conveyances, etc., void.

*Proviso.*
Power of severalty patents.

Rights of Indians on Mexican land grants.

Attorney-General to defend, etc.

Compensation of commissioners.

HeinOnline -- 26 Stat. 713 1887-1891

ACC-HRA000528

Case 5:13-cv-00883-JGB-SP   Document 82-5   Filed 10/21/14   Page 50 of 67   Page ID #:958

*Appropriation.*

the discharge of his duties, and necessary traveling expenses; and for the payment of the same, and of the expenses of surveying, the sum of ten thousand dollars, or so much thereof as may be necessary, is hereby appropriated out of any money in the Treasury not otherwise appropriated.

*Rights of way across reservations, prior to patent.*

*Secretary of Interior may grant.*

*For water pipes, etc.*

*Conditions.*

Sec. 8. That previous to the issuance of a patent for any reservation as provided in section three of this act the Secretary of the Interior may authorize any citizen of the United States, firm, or corporation to construct a flume, ditch, canal, pipe, or other appliances for the conveyance of water over, across, or through such reservation for agricultural, manufacturing, or other purposes, upon condition that the Indians owning or occupying such reservation or reservations shall, at all times during such ownership or occupation, be supplied with sufficient quantity of water for irrigating and domestic purposes upon such terms as shall be prescribed in writing by the Secretary of the Interior, and upon such other terms as he may prescribe, and may grant a right of way for rail or other roads through such reservation: *Provided,* That any individual, firm, or corporation desiring such privilege shall first give bond to the United States, in such sum as may be required by the Secretary of the Interior, with good and sufficient sureties, for the performance of such conditions and stipulations as said Secretary may require as a condition precedent to the granting of such authority: *And provided further,* That this act shall not authorize the Secretary of the Interior to grant a right of way to any railroad company through any reservation for a longer distance than ten miles. And any patent issued for any reservation upon which such privilege has been granted, or for any allotment therein, shall be subject to such privilege, right of way, or easement. Subsequent to the issuance of any tribal patent, or of any individual trust patent as provided in section five of this act, any citizen of the United States, firm, or corporation may contract with the tribe, band, or individual for whose use and benefit any lands are held in trust by the United States, for the right to construct a flume, ditch, canal, pipe, or other appliances for the conveyance of water over, across, or through such lands, which contract shall not be valid unless approved by the Secretary of the Interior under such conditions as he may see fit to impose.

*For railroads, etc.*

*Proviso.*

*Conditional bond, etc.*

*Limit of distance.*

*Rights of way, after issue of patents.*

*Subject to approval of Secretary of Interior.*

Approved, January 12, 1891.

---

*January 12, 1891.*

**CHAP. 66.—An act for the erection of a public building at Newburgh, New York.**

*Newburgh, N.Y. Public building, etc.*

*Site.*

*Building.*

*Cost.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of the Treasury be, and he is hereby, authorized and directed to acquire, by purchase, condemnation, or otherwise, a site and cause to be erected thereon a suitable building, including fire-proof vaults, heating and ventilating apparatus, elevators, and approaches, for the use and accommodation of the United States post-office and other Government offices, in the city of Newburgh and State of New York, the cost of said site and building, including said vaults, heating and ventilating apparatus, elevators, and approaches, complete, not to exceed the sum of one hundred thousand dollars.

*Proposals to be advertised for.*

Proposals for the sale of land suitable for said site shall be invited by public advertisement in one or more of the newspapers of said city of largest circulation for at least twenty days prior to the date specified in said advertisement for the opening of said proposals.

*Responses.*

Proposals made in response to said advertisements shall be addressed and mailed to the Secretary of the Treasury, who shall then cause the said proposed sites, and such others as he may think proper, to designate, to be examined in person by an agent of the Treasury

*Examination, etc., by Treasury agent.*

ACC-HRA000529

# EXHIBIT F

same into the possession of the police authorities, who shall assume the custody thereof; and all necessary expenses incurred in taking charge of such property shall be a lien thereon.

SEC. 5. That whoever cuts the solid part of the tail of any horse in the operation known as docking, and whoever shall cause the same to be done or assist in doing such cutting (unless the same is proved to be of benefit to the horse), shall, upon conviction thereof, be punished by imprisonment in the jail not exceeding one year or fine of not less than one hundred nor more than two hundred and fifty dollars. *Penalty for docking horses.*

SEC. 6. That any person who sets on foot, instigates, promotes, carries on, or does any act, as assistant, umpire, or principal, or attends or in any way engages in the furtherance of any fight between cocks, fowls, or other birds, or dogs, bulls, bears, or other animals, premeditated by any persons owning or having custody of such birds or animals, is guilty of a misdemeanor, punishable by a fine of not more than two hundred and fifty dollars or by imprisonment in jail not more than one year, or both. *Penalty for engaging in cock fights, etc.*

Approved, June 25, 1892.

---

**CHAP. 137.—An act to amend an act entitled "An act to amend the statutes in relation to immediate transportation of dutiable goods, and for other purposes," approved June tenth, anno Domini eighteen hundred and eighty, by extending the privileges of the seventh section thereof to the port of Saint Augustine, Florida.** *June 30, 1892.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the seventh section of an act entitled "An act to amend the statutes in relation to immediate transportation of dutiable goods, and for other purposes," approved June tenth, eighteen hundred and eighty, be, and the same is hereby, amended by inserting the words "Saint Augustine" after the words "Key West," in said section. *Saint Augustine, Fla. Immediate transportation privileges to. Vol. 21, p. 174.*

Approved, June 30, 1892.

---

**CHAP. 138.—An act for the relief of the Kentucky and Indiana Bridge Company.** *Jun 30, 1892.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Kentucky and Indiana Bridge Company, a corporation created by and existing under the laws of the Commonwealth of Kentucky, be, and it hereby is, authorized to occupy and acquire title to so much of the land of the Louisville and Portland Canal, the property of the United States, as is now occupied by the south abutment of the said Kentucky and Indiana bridge and the contiguous trestles in the approach thereto, on the payment to the United States by the said bridge company of the fair value of such specified tract, to be determined by agreement between the said Kentucky and Indiana Bridge Company and the Secretary of War. *Kentucky and Indiana Bridge Company. May acquire part of land of Louisville and Portland Canal.*

Approved, June 30, 1892.

---

**CHAP. 139.—An act to authorize the Secretary of the Interior to carry into effect certain recommendations of the Mission Indian commission, and to issue patents for certain lands.** *July 1, 1892.*

Whereas the act approved January twelfth, eighteen hundred and ninety-one, entitled "An act for the relief of the Mission Indians in the State of California," made it the duty of the commissioners therein authorized to be appointed "to select a reservation for each band or village of the Mission Indians residing within said State, which reservation shall include, as far as practicable, the lands and villages which *Preamble. Vol. 26, p. 712.*

have been in the actual occupation and possession of said Indians, and which shall be sufficient in extent to meet their just requirements;" and

Whereas said commissioners were authorized to appraise the value of the improvements belonging to any person to whom valid existing rights had attached under the public-land laws of the United States, where such improvements were situated within the limits of any reservation selected by the commissioners, subject to the approval of the Secretary of the Interior; and

Whereas it was further provided in said act that, in case any land should be selected to which any railroad company should be entitled to receive a patent, such railroad company should, upon releasing all claim and title thereto and on the approval of the President and Secretary of the Interior, be allowed to select an equal quantity of other land in lieu thereof; and

Whereas no provision was made whereby lands claimed by private persons through titles derived or sought to be derived from railroad companies or other sources than the public-land laws could be so released and exchanged; and

Whereas the commissioners appointed under said act have reported, among other things, that certain lands are in the occupation of Indians and are needed for their use which certain persons have improved, and on which they have developed valuable water rights, expecting to obtain title from the railroad companies or to which they had obtained title from the State of California, and that said persons are willing to exchange said lands for other lands heretofore reserved for the use of the Mission Indians, but which lands are no longer needed for such purpose; and

Whereas the report and recommendations of said commissioners have been approved by the Secretary of the Interior and the President, "except so much thereof as relates to the purchase of lands from and exchange of lands with private individuals which is also approved subject to the condition that Congress shall authorize the same:" Therefore,

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of the Interior be, and he hereby is, authorized and empowered to carry into effect the recommendations of the said Mission Indian commissioners relating to the exchange of lands with private individuals, as the same has been approved by the President, and to cause patents in the usual form to issue for the lands recommended to be given to such individuals in exchange for lands and improvements released and relinquished for the use of the Indians.

Sec. 2. That the sum of five thousand dollars, or so much thereof as may be necessary, is hereby appropriated, out of any moneys in the Treasury not otherwise appropriated, to enable the Secretary of the Interior to purchase certain lands and improvements for the use and benefit of said Mission Indians, as approved by said Secretary and the President, and to be applied to such purposes in accordance with the said report of said Mission Indian commissioners as the same has been approved by the President.

Approved, July 1, 1892.

*(Margin notes)* Mission Indians, Cal.

Exchange of lands occupied by private persons.

Appropriation to purchase lands for Indians.

---

**CHAP. 140.**—An act to provide for the opening of a part of the Colville Reservation, in the State of Washington, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That subject to the reservations and allotment of lands in severalty to the individual members of the Indians of the Colville Reservation in the State of Washington herein provided for, all the following described tract or portion of said

*(Margin notes)* July 1, 1892.

Colville Indian Reservation, Wash., opened to settlement.

**EXHIBIT G**

# THE

# STATUTES AT LARGE

OF THE

## UNITED STATES OF AMERICA

FROM

### DECEMBER, 1905, TO MARCH, 1907

CONCURRENT RESOLUTIONS OF THE TWO HOUSES OF CONGRESS

AND

RECENT TREATIES, CONVENTIONS, AND EXECUTIVE
PROCLAMATIONS

---

EDITED, PRINTED, AND PUBLISHED BY AUTHORITY OF CONGRESS
UNDER THE DIRECTION OF THE SECRETARY OF STATE

---

## VOL. XXXIV—IN THREE PARTS

**PART 1—Public Acts and Resolutions**
**PART 2—Private Acts and Resolution and Concurrent Resolutions**
**PART 3—Treaties and Proclamations**

---

## PART 1

---

### WASHINGTON
GOVERNMENT PRINTING OFFICE
1907

1022          FIFTY-NINTH CONGRESS.   Sess. II.   Ch. 2285.   1907.

**Pima Indians.**

PIMA INDIANS.

**Payment of share in Salt River irrigation project.**
*Ante,* p. 333.
**Vol. 33, p. 1081.**

That the Secretary of the Interior may, in his discretion, use such part of the three hundred thousand dollars heretofore appropriated for an irrigation system for the Pima Indians in the payment of such Indians' proportionate part of the construction of the Salt River project, and such funds may be transferred to the Reclamation fund, to be expended by that Service in accordance with its rules and regulations; the Indians to receive a credit upon the reclamation charge assessed against their lands under the Salt River project for the amount so transferred.

**California.**

CALIFORNIA.

**Mission Indians. Support, etc.**

For support and civilization of the Mission Indians in California, including pay of employees, five thousand dollars.

**Northern Indians. Support, etc.**

For support and civilization of the Northern Indians, California, ten thousand dollars.

SHERMAN INSTITUTE.

**Sherman Institute, Riverside.**

For support and education of five hundred Indian pupils at the Sherman Institute, Riverside, California, eighty-three thousand five hundred dollars, and for pay of superintendent, two thousand five hundred dollars;

For general repairs and improvements, eight thousand dollars;

For additional water and sewer system, two thousand five hundred dollars;

For addition to laundry, two thousand dollars;

For additional farm buildings and improvements, eight thousand dollars;

For two employees' cottages, six thousand dollars;

For cement walks, curbing, and guttering, five thousand dollars;

For concreting reservoir, three thousand dollars;

In all, one hundred and twenty thousand five hundred dollars.

**Incidentals.**

For general incidental expenses of the Indian service in California, including traveling expenses of agents, and support and civilization of Indians at the Round Valley, Hoopa Valley, and Tule River agencies, four thousand dollars;

And pay of employees at same agencies, seven thousand dollars;

In all, eleven thousand dollars.

**Round Valley Reservation. Removal of obstructions in.**
*Ante,* p. 333.

That the paragraph in the Indian appropriation Act, approved June twenty-first, nineteen hundred and six (Thirty-fourth Statutes at Large, pages three hundred and twenty-five to three hundred and thirty-three), relating to the removal of obstructions from the bed of a stream in the Round Valley Reservation, California, be amended as follows: Insert after the word "obstructions" the words "both within and without the reservation;" strike out the words "drains into the Eel River in" and insert the words "flows through" and insert after the word "California" the words "and drains into the Eel River."

**Payment for lands erroneously entered.**

For payment to the Indians of the Round Valley Indian Reservation, in such manner as the Secretary of the Interior may direct, five hundred and three dollars and fifty cents for four hundred and two and eighty-hundredths acres of land, at the rate of one dollar and twenty-five cents per acre, which lands were erroneously entered by homestead and other claimants while they were a part of the Round Valley Reservation.

**Mission Indians. Additional lands to be patented to.**
**Vol. 26, p. 712.**

That section three of the Act approved January twelfth, eighteen hundred and ninety-one, entitled "An Act for the relief of the Mission Indians in the State of California," be, and the same is hereby, so amended as to authorize the Secretary of the Interior to select, set apart, and cause to be patented to the Mission Indians such tracts of the public lands of the United States, in the State of California, as he

shall find upon investigation to have been in the occupation and possession of the several bands or villages of Mission Indians, and are now required and needed by them, and which were not selected for them by the Commission as contemplated by section two of said Act; and to appraise or cause to be appraised the value of any improvements belonging to any person to whom any valid existing rights have attached under the public-land laws of the United States, or to the assignee of such person where such improvements are situated within the limits of any reservation selected, enlarged, or defined under the provisions of this Act: *Provided*, That no patent issued under the provisions of this Act shall embrace any tract or tracts to which valid existing rights have attached in favor of any person under any of the United States laws providing for the disposition of the public domain, unless such person shall acquiesce in and accept the appraisal provided for in this Act in all respects and shall thereafter, upon demand and payment of such appraised value, execute a release of all claims and title thereto.

*Appraisal of improvements by settlers.*

*Proviso.*
*Release of title, etc.*

## COLORADO.

*Colorado.*

### FORT LEWIS SCHOOL.

*Fort Lewis school.*

For the support and education of two hundred Indian pupils at the Indian school at Fort Lewis, Colorado, thirty-three thousand four hundred dollars; and for pay of superintendent, one thousand seven hundred dollars;

For general repairs and improvements, and improvement to water system, ten thousand dollars;

In all, forty-five thousand one hundred dollars.

### GRAND JUNCTION SCHOOL.

*Grand Junction school.*

For support and education of two hundred Indian pupils at the Indian school at Grand Junction, Colorado, thirty-three thousand four hundred dollars, and for pay of superintendent, one thousand six hundred dollars;

General repairs and improvements, five thousand dollars;

Machinery for laundry and shops, three thousand two hundred dollars;

In all, forty-three thousand one hundred and fifty dollars.

For general incidental expenses of the Indian Service in Colorado, including traveling expenses of agents, one thousand dollars.

*Incidentals.*

## IDAHO.

*Idaho.*

For a superintendent in charge of agency and educational matters on the Coeur d'Alene Reservation, Idaho, one thousand two hundred dollars.

*Coeur d'Alene Reservation.*

For support and civilization of the Shoshones and Bannocks, Sheepeaters, and other Indians of the Fort Hall Reservation, in Idaho, including pay of employees, thirty thousand dollars, ten thousand dollars to be immediately available.

*Fort Hall Reservation.*
*Support, etc., of Indians.*

For general incidental expenses of the Indian Service in Idaho, including traveling expenses of agents, one thousand dollars.

*Incidentals.*

SHOSHONES AND BANNOCKS. (Treaty.) (For Shoshones, see Wyoming.)

BANNOCKS: For pay of physician, teacher, carpenter, miller, engineer, farmer, and blacksmith, as per tenth article of treaty of July third, eighteen hundred and sixty-eight, five thousand dollars.

*Bannocks.*
*Fulfilling treaty.*
*Vol. 15, p. 676.*

# EXHIBIT H

# INDIAN AFFAIRS.

---

# LAWS AND TREATIES.

---

### Vol. I.
### (LAWS.)
Compiled to December 1, 1902.

---

COMPILED AND EDITED

BY

### CHARLES J. KAPPLER, LL. M.,

CLERK TO THE SENATE COMMITTEE ON
INDIAN AFFAIRS.

---

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1904.

ACC-HRA000220

CALIFORNIA—MISSION INDIAN RESERVES.                      821

*Agua Caliente.*—Township 10 south, range 3 east, southeast quarter of section 23, southwest quarter of 24, west half of 25, and east half of 26;

*Sycuan.*—Township 16 south, range 1 east, section 13;

*Inaja.*—Township 13 south, range 3 east, northeast quarter of section 35;

*Cosmit.*—Township 13 south, range 3 east, north half of northeast quarter of section 25, be, and the same are hereby, withdrawn from sale and set apart as reservations for the permanent use and occupancy of the Mission Indians in Lower California.

U. S. Grant.

———

EXECUTIVE MANSION, *May 15, 1876.*

It is hereby ordered that the following-described lands in San Bernardino County, Cal., viz:

*Portrero.*—Township 2 south, range 1 east, section 36;

*Mission.*—Township 2 south, range 3 east, sections 12, 13, and 14;

*Agua Caliente.*—Township 4 south, range 4 east, section 14, and east half of southeast quarter and northeast quarter of section 22;

*Torros.*—Township 7 south, range 7 east, section 2;

*Village.*—Township 7 south, range 8 east, section 16;

*Cabezons.*—Township 7 south, range 9 east, section 6;

*Village.*—Township 5 south, range 8 east, section 19;

*Village.*—Township 5 south, range 7 east; section 24, be, and the same hereby are, withdrawn from sale and set apart as reservations for the permanent use and occupancy of the Mission Indians in Southern California, in addition the selections noted and reserved under Executive order dated 27th December last.

U. S. Grant.

———

EXECUTIVE MANSION, *May 3, 1877.*

It is hereby ordered that the following lands, situate in California, viz, township 10 south, range 1 east, sections 16 and 36, San Bernardino; township 7 south, range 2 east, section 36; township 14 south, range 2 east, section 36; township 11 south, range 3 east, section 36; township 9 south, range 2 west, north half of northeast quarter, section 33, being lands withdrawn from the public domain for the Mission Indians by President's order of December 27, 1875; also the following: township 2 south, range 1 east, section 36; township 7 south, range 8 east, section 16, being lands withdrawn by President's order of May 15, 1876, for the same purposes, be, and the same are hereby, restored to the public domain.

R. B. Hayes.

———

EXECUTIVE MANSION, *August 25, 1877.*

It is hereby ordered that the following lands in California, to wit, all the even-numbered sections and all the unsurveyed portions of township 2 south, range 1 east, township 2 south, range 2 east; township 3 south, range 1 east; and township 3 south, range 2 east, San Bernardino meridian, excepting sections 16 and 36, and excepting also all tract or tracts the title to which has passed out of the United States Government, be, and the same hereby are, withdrawn from sale and settlement, and set apart as a reservation for Indian purposes.

R. B. Hayes.

ACC-HRA000221

# EXHIBIT I

# INDIAN AFFAIRS.

———

# LAWS AND TREATIES.

—— ——

### Vol. I.

### (LAWS.)

Compiled to December 1, 1902.

————

COMPILED AND EDITED

BY

## CHARLES J. KAPPLER, LL. M.,

CLERK TO THE SENATE COMMITTEE ON
INDIAN AFFAIRS.

WASHINGTON:

GOVERNMENT PRINTING OFFICE.

1904.

ACC-HRA000278

EXECUTIVE MANSION, *September 29, 1877.*

It is hereby ordered that the following-described lands in California, to wit, all the even-numbered sections, and all the unsurveyed portions of township 4 south, range 4 east; township 4 south, range 5 east; and township 5 south, range 4 east, San Bernardino meridian, excepting sections 16 and 36, and excepting also any tract or tracts the title to which has passed out of the United States Government, be, and the same hereby are, withdrawn from sale and settlement, and set apart as a reservation for Indian purposes for certain of the Mission Indians.

R. B. HAYES.

———

EXECUTIVE MANSION, *January 17, 1880.*

It is hereby ordered that so much of the order of December 27, 1875, as relates to the Agua Caliente Indian Reservation in California be, and the same is hereby, canceled.

It is also hereby ordered that said order of December 27, 1875, so far as the same relates to the Santa Ysabel Reservation be, and the same is hereby, canceled to the following extent, viz:

All that portion of sections numbered 25, 26, and 27, township 11 south, range 3 east, lying north of the following line, viz: beginning on the north boundary line of section 25, township 11 south, range 3 east, of San Bernardino meridian; at a point 51.59 chains west of the northeast corner of said section 25; thence according to the true meridian south 25½ degrees west, 56.50 chains, to a granite stone marked "P," at the north side of a granite bowlder 8 feet high; thence south 74 degrees west, 34.60 chains to a black oak marked "PXXI"; thence north 56 degrees west, 52 chains to a granite stone marked "P" in stone mound; thence north 39 degrees west, 40.46 chains to a point on the north boundary of section 27; thence east along the north boundaries of sections 27, 26, and 25, of township 11 south, range 3 east, to the place of beginning.

R. B. HAYES.

———

EXECUTIVE MANSION, *March 2, 1881.*

It is hereby ordered that the following-described lands in California, viz:

Sections 26 and 35 in township 10 south, of range 1 west, and sections 2 and 3, in township 11 south, of range 1 west of the San Bernardino meridian be, and the same are hereby, withdrawn from sale and set apart as a reservation for the permanent use and occupancy of the Mission Indians in California: *Provided,* That this withdrawal shall not affect any existing valid adverse rights of any party.

R. B. HAYES.

———

EXECUTIVE MANSION, *March 9, 1881.*

It is hereby ordered that all the unsurveyed portions of township 2 south, range 1 east, San Bernardino meridian, California, excepting any tract or tracts the title to which has passed out of the United States Government, be, and the same are hereby, withdrawn from sale and settlement, and set apart as a reservation for Indian purposes.

JAMES A. GARFIELD.

———

EXECUTIVE MANSION, *June 27, 1882.*

It is hereby ordered that the following-described lands, situated and lying in the State of California, viz, sections numbered 26, 27, 28,

ACC-HRA000279

34, and 35, in township numbered 8 south, of range numbered 2 west, of the San Bernardino meridian, be, and the same hereby are, withdrawn from sale and settlement, and set apart for Indian purposes: *Provided, however,* That any tract or tracts the title to which has passed out of the United States, or to which valid, legal rights have attached under existing laws of the United States providing for the disposition of the public domain, are hereby excluded from the reservation hereby created.

CHESTER A. ARTHUR.

———

EXECUTIVE MANSION, *July 24, 1882.*

It is hereby ordered that the Executive order dated December 27, 1875, setting aside certain described lands in the State of California, for the use and occupancy of the Mission Indians, be, and the same hereby is, canceled so far as relates to the northwest quarter of the northeast quarter and the northeast quarter of the northwest quarter of section 34, township 9 south, range 2 west of the San Bernardino meridian.

CHESTER A. ARTHUR.

———

EXECUTIVE MANSION, *February 5, 1883.*

It is hereby ordered that the following lands, situate in California, viz, the southeast quarter of the northeast quarter, the north half of the southeast quarter, and the southeast quarter of the southeast quarter of section 3, township 12 south, range 2 east of San Bernardino meridian, being lands withdrawn from the public domain for the Mission Indians by Executive order of December 27, 1875, be, and the same are hereby, restored to the public domain.

CHESTER A. ARTHUR.

———

EXECUTIVE MANSION, *June 19, 1883.*

It is hereby ordered that the following-described land, situate in the State of California, San Bernardino base and meridian, viz: Section 28, the northeast quarter of the northeast quarter, and lots 1, 2, 3, 4, and 5 of section 31; the north half, the southeast quarter, the northeast quarter of the southwest quarter, and lots 1 and 2 of section 32, and the north half of section 33, township 4 south, range 1 east; section 2; the south half of section 3, the fractional south half of section 4, the fractional north half of section 10, and the fractional northeast quarter of section 9, township 5 south, range 1 east; the east half of the southeast quarter of section 8, and the southwest quarter of the southwest quarter of section 9, township 12 south, range 2 east, and sections 10, 11, 14, 15, 22, 23, 28, and 33, township 14 south, range 2 east, be, and the same are hereby, withdrawn from sale and set apart for the permanent use and occupation of the Mission Indians in the State of California: *Provided,* That this withdrawal shall not affect any existing valid rights of any party.

CHESTER A. ARTHUR.

———

EXECUTIVE MANSION, *January 25, 1886.*

It is hereby ordered that the Executive order dated June 27, 1882, setting aside certain described lands in the State of California for Indian purposes be, and the same is hereby, canceled, so far as it relates to lot 2 in section 28, township 8 south, range 2 west of the San Bernardino meridian.

GROVER CLEVELAND.

ACC-HRA000280

824                     PART III. EXECUTIVE ORDERS RELATING TO RESERVES.

EXECUTIVE MANSION, *March 22, 1886.*

It is hereby ordered that the Executive order dated June 19, 1883, setting apart certain described lands in the State of California for Indian purposes be, and the same is hereby, canceled, so far as relates to east half southeast quarter, northwest quarter southeast quarter, and southwest quarter northwest quarter, and southwest quarter southeast quarter, southeast quarter southwest quarter, northeast quarter southwest quarter, and southeast quarter northwest quarter section 28, township 4 south, range 1 east, San Bernardino meridian.

GROVER CLEVELAND.

———

EXECUTIVE MANSION, *January 29, 1887.*

It is hereby ordered that the following-described lands in the State of California, being part of the lands restored to the public domain by Executive order dated March 22, 1886, be, and the same are hereby, withdrawn from sale and set apart for the permanent use and occupation of the Mission Indians, viz: South half of southeast quarter, and southeast quarter of northwest quarter section 28, township 4 south, range 1 east, San Bernardino meridian.

It is hereby further ordered that the following-described lands, viz: North half and southeast quarter of northeast quarter, section 28, township 4 south, range 1 east, San Bernardino meridian, California, be, and the same are hereby, restored to the public domain.

GROVER CLEVELAND.

———

EXECUTIVE MANSION, *Washington, March 14, 1887.*

It is hereby ordered that the lands embraced in section 23, township 7 south, range 2 east, San Bernardino meridian, California, be, and the same hereby are, withdrawn from sale and settlement, and set apart for the use and occupation of the Mission Indians as an addition to the Coahuila reservation.

GROVER CLEVELAND.

———

EXECUTIVE MANSION, *May 6, 1889.*

It is hereby ordered that the following-described lands, situated and lying in the State of California, viz: Township 10 south, range 4 east, and sections 3 and 4, township 11 south, range 4 east of the San Bernardino meridian, except so much of the same as is covered by the patents issued to J. J. Warren, January 16, 1880, and to Harmon T. Helm, January 16, 1886, be, and the same are hereby, withdrawn from sale and settlement, and set apart as a reservation for the Mission Indians: *Provided, however,* That any other tract or tracts the title to which has passed out of the United States or to which valid legal rights have attached under existing laws of the United States providing for the disposition of the public domain are also hereby excepted and excluded from the reservation hereby created.

BENJ. HARRISON.

———

*Round Valley (Nome Cult) Reserve.*

[Occupied by Clear Lake, Concow, Little Lake, Nomelaki, Pit River, Potter Valley, Redwood, Wailaki, and Yuki tribes; area 50¼ square miles; established by acts of April 8, 1864 (13 Stat., 39) March 3, 1873 (17 Stat., 634), and October 1, 1890 (26 Stat., 658), and Executive orders.]

DEPARTMENT OF THE INTERIOR,
*Office of Indian Affairs, November 18, 1858.*

SIR: * * * In accordance to your recommendation the Secretary of the Interior has directed that the entire Nome Cult Valley shall

ACC-HRA000281

**EXHIBIT J**

Case 5:13-cv-00883-JGB-SP   Document 82-5   Filed 10/21/14   Page 67 of 67   Page ID #:975

EXECUTIVE MANSION,
*December 29, 1891.*

The report of the Mission Indian Commission appointed under the act of January 15, 1891 (26 Stat., 712), is hereby approved, except so much thereof as relates to the purchase of lands from and exchange of lands with private individuals, which is also approved subject to the condition that Congress shall authorize the same.

All of the lands mentioned in said report are hereby withdrawn from settlement and entry until patents shall have issued for said selected reservations, and until the recommendations of said Commission shall be fully executed, and by the proclamation of the President of the United States, the lands or any part thereof shall be restored to the public domain.

BENJ. HARRISON.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., December 29, 1891.*

Under the act of Congress and as above provided.
Approved,

JOHN W. NOBLE,
*Secretary*

———————

DEPARTMENT OF THE INTERIOR,
*Washington, December 30, 1891.*

SIR: I return herewith the report of the Mission Commission and accompanying papers received with your communication of 19th instant.

By the order of the President of the 29th instant, you will see that the same is approved, attached to said report, except so much thereof as relates to the purchase of lands from and exchange of lands with private individuals, which is also approved subject to the condition that Congress shall authorize the same and that all the lands mentioned in said report are withdrawn from settlement and entry until patents shall have issued for said selected reservations, and until the recommendations of said Commission shall be fully executed, and by the proclamation of the President the lands or any part thereof shall be restored to the public domain.

The above action has this day been communicated to Mr. Painter by telegraph, with directions to advise the Commission and parties interested.

I also inclose herewith a communication of 29th instant from the Assistant Attorney-General for this Department to whom the report was referred, and have to direct that a draft of a bill be prepared authorizing the Secretary of the Interior to purchase or exchange the lands as recommended.

You will also please prepare a list of the lands mentioned in said report of the Commission which are to be withdrawn by the order of the President for file in the General Land Office.

This list should be sent without delay.

Very respectfully,

JOHN W. NOBLE,
*Secretary.*

The COMMISSIONER OF INDIAN AFFAIRS.

———————

## TEMECULA.

This reservation, as created by executive order, comprised sections 26, 27, 28, 34, and 35, in township 8 south, range 2 west, San Bernardino meridian. Owing to an almost entire lack of water, the land is suitable only for dry farming, and can be utilized alone for such grains as barley and wheat, which are made by the winter rains.

The Indians being unwilling to remove, the Commission recommends the setting apart of these sections as a permanent reservation for them, believing that with such crops as they will be able to raise, and the wages they can earn as laborers on the adjoining ranches, they can make a comfortable living. The little water they have has its rise on section 36, 160 acres of which ought to be added to the selections the Commission has made. The former agency clerk and physician, Dr. Ferrebee, purchased this land from the State that it might be held for this purpose, and is willing to sell it to the Government for what it cost him, including taxes and interest, and the Commission recommends that it be purchased and added to the reservation.