1  STEVEN B. ABBOTT (SBN 125270)
   sabbott@redwineandsherrill.com
2  GERALD D. SHOAF (SBN 41084)
3  gshoaf@redwineandhserrill.com
   JULIANNA K. TILLQUIST (SBN 180552)
4  jtillquist@redwineandsherrill.com
5  REDWINE AND SHERRILL
   ATTORNEYS AT LAW
6  1950 MARKET STREET
7  RIVERSIDE, CA 92501
   PHONE (951) 684-2520
8  FACSIMILE (951) 684-9583
9
10 Attorneys for Defendants,
   COACHELLA VALLEY WATER
11 DISTRICT, FRANZ DE KLOTZ, ED PACK,
12 JOHN POWELL, JR., PETER NELSON,
   and DEBI LIVESAY, in their official
13 capacities as members of the Board of
14 Directors of the COACHELLA VALLEY
   WATER DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, | ED CV 13-00883 JGB-(SPx) |
| | Action Filed May 14, 2013 |
| Plaintiff, | |
| vs. | [PROPOSED] JUDGMENT |
| COACHELLA VALLEY WATER DISTRICT, et al. | Hearing: February 9, 2015 |
| | Time: 9:00 a.m. |
| | Courtroom 1 |
| Defendants. | |
| UNITED STATES OF AMERICA | |
| Plaintiff-in-Intervention | |

1

After consideration of the papers in support of and in opposition to the motion for summary judgment by Defendants COACHELLA VALLEY WATER DISTRICT and FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR., PETER NELSON and DEBI LIVESAY, in their Official Capacities as Members of the Board of Directors of the Coachella Valley Water District, and oral argument of counsel,

IT IS ORDERED THAT summary judgment is granted in favor of Defendants COACHELLA VALLEY WATER DISTRICT and FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR., PETER NELSON and DEBI LIVESAY, in their Official Capacities as Members of the Board of Directors of the Coachella Valley Water District, and against Plaintiff AGUA CALIENTE BAND OF CAHUILLA INDIANS on all claims in the Complaint for Declaratory Relief (Doc. 1) and against Plaintiff in Intervention UNITED STATES OF AMERICA on all claims in the Complaint in Intervention (Doc.71), and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said Complaint and Complaint in intervention be, are hereby are, DISMISSED with prejudice.

Date: _____

_____
United States District Judge