SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

F. PATRICK BARRY, Senior Trial Attorney
patrick.barry@usdoj.gov
DARON T. CARREIRO, Trial Attorney
daron.carreiro@usdoj.gov
YOSEF M. NEGOSE, Trial Attorney
yosef.negose@usdoj.gov
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
Phone:      (202) 305-0269
Facsimile:  (202) 305-0725
Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor, | CASE NO. 5:13-cv-00883-JGB-SP<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES' PHASE I MOTION FOR SUMMARY JUDGMENT** |

|   |   |
|---|---|
| v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>    Defendants. | BEFORE: Judge Jesus G. Bernal<br>DATE: February 9, 2014<br>DEPT: Courtroom 1<br>TIME: 9:00 a.m. |

This matter came before the Court upon the United States' Phase I Motion for Summary Judgment. Having read and considered all briefs and other matters presented to the Court, and upon any hearing in this matter, IT IS HEREBY ORDERED that:

1. United States' Phase I Motion for Summary Judgment is GRANTED.

2. The establishment of the Agua Caliente Reservation in 1876 and 1877 reserved for the Agua Caliente Band of Cahuilla Indians the water necessary to make the Reservation livable for current and future uses; and

3. Indian reserved water rights, including those of the Agua Caliente Band of Cahuilla Indians, are not limited to surface water and may, as a matter of law, include necessary groundwater resources.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2015

_____
The Honorable Jesus G. Bernal
United States District Judge

[Proposed] Order Granting
United States' Phase I Mot. For Summ. J.   -2-
Case No. 5:13-cv-0883-JGB-SP