RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone:  (951) 686-1450
Facsimile:  (951) 686-3083

Attorneys for Defendant
DESERT WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No. 5:13-cv-00883-JGB (SPx)<br>Judge:    Hon. Jesus G. Bernal<br><br>DEFENDANT DESERT WATER AGENCY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT<br>(Fed. R. Civ. P. 56)<br><br>[Filed with:<br>1.   Memo. of Ps & As;<br>2.   Request for Judicial Notice;<br>3.   Sep. Statement of Undisputed Facts<br>4.   Declaration of Steven G. Martin;<br>5.   Declaration of David K. Luker; and<br>6.   [Proposed] Order.]<br><br>Date:    February 9, 2015<br>Time:    9:00 a.m.<br>Dept.:   Courtroom 1<br><br>Action Filed:   May 14, 2014<br>Trial Date:     Feb. 3, 2015 |

01358.00008\9231813.1

# NOTICE OF MOTION AND MOTION

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant Desert Water Agency and its officials (collectively "DWA") file this notice of motion and motion for summary judgment.  The motion will be heard on February 9, 2015, at 9:00 a.m., in the courtroom of Judge Jesus G. Bernal, Department 1, of the United States District Court for the Eastern District of California, located at 3470 Twelfth Street, 2nd Floor, Riverside, California.

Plaintiff Agua Caliente Band of Cahuilla Indians ("Tribe") has filed a Complaint for Declaratory and Injunctive Relief against the defendant water agencies, Coachella Valley Water District ("CVWD") and DWA.  The Tribe alleges in its complaint that it has a federal reserved right in the groundwater in the Upper Whitewater River and Garnet Hill subbasins underlying the Tribe's reservation, Tribe Compl. ¶¶ 6, 61; that its right includes sufficient groundwater "both for all and present and future purposes" of the reservation, *id.* at ¶ 62; and that its right is "senior, prior and paramount" to the rights of other groundwater users.  *Id.* at ¶¶ 3, 6, 7, 59, 60-62.  The Tribe also alleges that it has an "aboriginal" right in the groundwater with a "time immemorial" priority date.  *Id*. at ¶¶ 3, 4-7, 60-63.  The Tribe seeks a declaration that the Tribe has both a federal reserved right in groundwater and an "aboriginal" water right in groundwater.

The United States has filed a complaint in intervention against the defendant water agencies, essentially supporting the Tribe's allegations.  The United States alleges that the Tribe has a reserved right in groundwater that is held in trust by the United States; that the Tribe's' reserved rights have a "priority date" prior to, or at least no later than, the date of the executive orders creating the reservation; and that the allottees on the Tribe's reservation also have reserved rights in the groundwater.  U.S. Compl. ¶¶ 23, 27, & p. 9.

In this motion for summary judgment, DWA argues that although the Tribe as an overlying landowner has a right to use groundwater under California law, the Tribe does not have a reserved right in groundwater, and also that the Tribe does not have an aboriginal right in the groundwater. DWA also alleges that the allottees on the Tribe's reservation, and the lessees of the allotted lands, also do not have reserved rights in groundwater. DWA also alleges that there is no genuine dispute concerning any material fact relating to this motion. For these reasons, DWA believes that it is entitled to judgment as a matter of law under Rule 56, and that the Tribe's complaint and the United States' complaint in intervention should be dismissed on the merits.

This motion is made pursuant to the court's Order for Revised Case Management and Scheduling Orders, dated June 12, 2014 (Doc. 69), paragraph 5 thereof, stating that any motions for summary judgment shall be filed by October 21, 2014.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 14, 2014. In addition, the conference of counsel took place on several prior occasions, including the conferences that resulted in submission of the Joint Rule 26(f) Conference Report (Doc. 54), paragraph VII thereof (page 13), filed on January 30, 2014, and the Stipulation to Trifurcate the Case (Doc. 49), paragraph 4 thereof (page 2), filed on December 2, 2013. In addition,

A memorandum of points and authorities in support of the motion for summary judgment is attached to this motion, as well as a Declaration of David K. Luker, including exhibits, a Declaration of Steven G. Martin, including exhibits, and a Request for Judicial Notice of several appended exhibits.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

| | | |
|---|---|---|
| 1 | Dated: October 21, 2014 | BEST BEST & KRIEGER LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Roderick E. Walston*<br>RODERICK E. WALSTON |
| 5 | | ARTHUR L. LITTLEWORTH<br>GENE TANAKA |
| 6 | | PIERO C. DALLARDA<br>STEVEN G. MARTIN |
| 7 | | Attorneys for Defendant |
| 8 | | DESERT WATER AGENCY |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

# PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Best Best & Krieger LLP, 2001 N. Main Street, Suite 390, Walnut Creek, California 94596. On October 21, 2014, I served the following document(s):

DEFENDANT DESERT WATER AGENCY'S
NOTICE OF MOTION AND MOTION FOR
SUMMARY JUDGMENT (Fed. R. Civ. P. 56)

by transmitting via electronic transmission to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Central District of California. Federal Rule of Civil Procedure § 5(b)(2)(E)

| | |
|---|---|
| Catherine F. Munson, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>607 Fourteenth Street NW, Suite 900<br>Washington, DC 20005<br><br>Tel: (202)-508-5844<br>Fax: (202) 585-0007<br>cmunson@kilpatricktownsend.com<br>kharper@kilpatricktownsend.com | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Thierry R. Montoya<br>David J. Masutani<br>AlvaradoSmith, APC<br>633 W. Fifth Street<br>Suite 1100<br>Los Angeles, CA 90071<br><br>Tel: (213) 229-2400<br>Fax: (213) 229-2499<br>dmasutani@alvaradosmith.com | Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |

01358.00008\9231813.1      - 1 -      PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Heather Whiteman Runs Him, Esq. | Pro Hac Vice Attorneys for Plaintiff |
| 2 | Steven C. Moore, Esq. | Agua Caliente Band of Cahuilla |
| | Native American Rights Fund | Indians |
| 3 | 1506 Broadway | |
| 4 | Boulder, CO 80302 | |

Tel: (303) 447-8760
Fax: (303) 442-7776
heatherw@narf.org
smoore@narf.org


Mark H. Reeves, Esq.                    Pro Hac Vice Attorneys for Plaintiff
Kilpatrick Townsend & Stockton LLP      Agua Caliente Band of Cahuilla
Enterprise Mill                         Indians
1450 Greene St., Suite 230,
Augusta, GA  30901

Tel:  (706) 823-4206
Fax: (706) 828-4488
mreeves@kilpatricktownsend.com


Gerald D. Shoaf, Esq.                   Attorney for Defendants
Steven B Abbott, Esq.                   Coachella Valley Water District,
Redwine & Sherrill                      Franz De Klotz, Ed Pack, John
1950 Market Street                      Powell, Jr., Peter Nelson, Debi
Riverside, CA 92501-1704                Livesay

Tel:  951-684-2520
Fax: 951-684-9583
sabbott@redwineandsherrill.com
gshoaf@redwineandsherrill.com


Executed on October 21, 2014, at Walnut Creek, California.

*/s/ Monica Brozowski*
Monica Brozowski

01358.00008\9231813.1           - 2 -                    PROOF OF SERVICE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596