RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
GENE TANAKA (Bar No. 101423)
gene.tanaka@bbklaw.com
STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Defendant
DESERT WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No. 5:13-cv-00883-JGB (SPx)<br>Judge:   Hon. Jesus G. Bernal<br><br>DEFENDANT DESERT WATER AGENCY'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>[Filed with:<br>1. Notice of Motion and Motion for Summary Judgment;<br>2. Memo. of Ps & As;<br>3. Declaration of David K. Luker;<br>4. Declaration of Steven G. Martin;<br>5. Request for Judicial Notice; and<br>6. [Proposed] Order.]<br><br>Date:   February 9, 2015<br>Time:   9:00 a.m.<br>Crtrm.:  1<br><br>Action Filed:   May 14, 2013<br>Trial Date:     February 3, 2015 |

01358.00008\8615145.6

# DEFENDANT DESERT WATER AGENCY'S STATEMENT OF UNDISPUTED FACTS

## UNDISPUTED MATERIAL FACTS

| DWA SUF No. | Undisputed Facts | Evidentiary Support |
|---|---|---|
| **Tribe's Production of Groundwater** | | |
| 1. | The Tribe does not produce groundwater from its reservation. | Declaration of Steven G. Martin ("Martin Dec.") (Exh. 1) 4 (Tribe's Resp. to DWA Interrog. No. 10); Declaration of David K. Luker ("Luker Dec.") ¶ 9. |
| 2. | The Tribe purchases its water supplies from the defendant water agencies, which the agencies obtain by producing it from their own wells. | Martin Dec. (Exh. 2) 9 (Tribe's Resp. to DWA Interrog. No. 15); Luker Dec. ¶ 9. |
| 3. | DWA has never taken any action to prevent the Tribe from producing groundwater. | Luker Dec. ¶ 9. |
| **Historical Documents and Circumstances** | | |
| 4. | The historical documents surrounding creation of the Tribe's reservation describe the Tribe's diversions of water from Whitewater River tributaries for irrigation of tribal lands, but make no mention of any tribal extraction and use of groundwater. | Request for Judicial Notice ("RJN") (Exhs. 12, 3, 6, 7) 231, 70, 179, 188. |
| 5. | The Mission Indian Relief Act of 1891, 26 Stat. 712, made no mention of any tribal use of groundwater. | RJN (Exh. 12) 231. |
| 6. | The Smiley Commission Report mentioned the need for federal assistance to provide for "construction of the reservoirs and irrigation ditches" for the Mission Indians, but made no mention of any tribal use of groundwater by the Agua Caliente Band of Mission Indians. | RJN (Exh. 3) 73, 104-109. |

| DWA SUF No. | Undisputed Facts | Evidentiary Support |
|---|---|---|
| 7. | The Smiley Commission Report stated that the Agua Caliente Indians "have depended largely upon water coming from Toquitch Canyon," and had "built a ditch to bring water from the source for their lands," and also "had a supply of water coming from Andreas Canyon . . . ." | RJN (Exh. 3) 105. |
| 8. | The Superintendent of Irrigation of the Department of the Interior, George Butler, issued a report in 1903 stating that "[t]here is evidence today that in times past the Indians have built ditches for the conduct and distribution of the waters of the canons of Chino, Tahquitz, and Andreas; and have irrigate lands therefrom . . . ." | RJN (Exh. 6) 180. |
| 9. | The Special Agent for the California Indians, C. E. Kelsey, issued a report in 1907 stating that the Agua Caliente Indians—as a result of "the cementing of the Tauquitz ditch" and purchase of water supplies—"have all the water they can use for some time." | RJN (Exh. 7) 189. |
| **Whitewater River Decree** | | |
| 10. | In 1938, the Riverside County Superior Court issued the Whitewater River Decree, which adjudicated all water rights in the Whitewater River and its tributaries, including the United States' rights on behalf of the Agua Caliente Indian Tribe. | RJN (Exh. 1) 4. |
| 11. | During the litigation, the United States submitted a "Suggestion" claiming a reserved right to divert specific quantities of water from two Whitewater River tributaries, the Andreas and Tahquitz Creeks, for use on the Tribe's reservation. | RJN (Exh. 8) 199-200 ("Suggestion" ¶¶ 4, 5). |
| 12. | The Whitewater River Decree awarded the United States the right to divert the specific quantities of water requested by the United States for the Tribe's use. | RJN (Exh. 1) 59-60 (Decree ¶¶ 45, 46). |

| DWA SUF No. | Undisputed Facts | Evidentiary Support |
|---|---|---|
| 13. | The Decree made no mention of any water right "reserved" from appropriation, and instead established "the relative rights based upon prior appropriation of the various claimants to the waters of the Whitewater River and its tributaries . . . ." | RJN (Exh. 1) 20, 22 (Decree ¶¶ XXV, XXVI). |
| 14. | The United States' "Suggestion" claimed that certain Mission Indians—the Cabazon, Augustine and Torros tribes—have reserved rights in the "percolating" groundwater of the Whitewater River, but made no similar claim on behalf of the Agua Caliente Tribe. | RJN (Exh. 8) 213 ("Suggestion" ¶ X). |
| **Groundwater "Located Within" Reservation** | | |
| 15. | The Coachella Valley Groundwater Basin underlying the Tribe's reservation is located throughout the entire Coachella Valley. | Luker Dec. ¶ 5. |
| 16. | The Coachella Valley Groundwater Basin underlies numerous public and private lands in the valley, including lands that the defendant agencies use to produce groundwater for their customers. | Luker Dec. ¶ 5. |
| 17. | Any production of groundwater by the Tribe on its reservation lands will potentially affect availability of groundwater supplies on off-reservation lands. | Luker Dec. ¶ 5. |
| **California's Ability to Fashion Water Rights Regime "Responsive to Local Conditions"** | | |
| 18. | Pursuant to the Urban Water Management Act, DWA and CVWD have adopted Urban Water Management Plans that describe their strategies for managing, regulating and conserving the groundwater in the Coachella Valley. | Luker Dec. ¶ 7. |

| DWA SUF No. | Undisputed Facts | Evidentiary Support |
|---|---|---|
| **Allottees' Rights** | | |
| 19. | The allottees on the Tribe's reservation do not produce groundwater from wells located on the reservation, but instead purchase their water supplies from DWA and CVWD. | Luker Dec. ¶ 14. |
| **Leased Lands' Rights** | | |
| 20. | Various non-Indian lessees who operate commercial resort facilities on the allotted lands of the Tribe's reservation produce groundwater for golf courses that are part of the resort facilities. | Luker Dec. ¶¶ 10, 11, 12. |
| 21. | The Whitewater River Decree authorized the United States to divert water for "beneficial use" on the Tribe's reservation, which was defined as "domestic, stock watering, power development and irrigation purposes." | RJN (Exh. 1) 59-60 (Decree ¶¶ 45, 46). |
| 22. | The United States' "Suggestion" submitted during the litigation claimed the right to divert water for "irrigation" and for "power, domestic and stock water uses." | RJN (Exh. 8) 200, 201, 202, 209, 211-212, 214 ("Suggestion" pp. 4, 5, 6, 13, 15-16, 18). |
| 23. | The Smiley Commission Report stated that the United States had authorized an irrigation company to obtain an easement across the Tribe's lands on condition that it supply sufficient water to "irrigate" the Tribe's lands and provide water for the Tribe's "domestic use." | RJN (Exh. 3) 106 (Smiley Rep. 33). |
| 24. | In 1888, a federal Indian agent, Joseph W. Preston, issued a report recommending that a land company be allowed to obtain an easement across the Tribe's reservation, in return for the company's promise to grant the Tribe "a permanent water right" for "irrigation" of tribal lands. | RJN (Exh. 5) 176-177 (Preston Rep. 1-2). |
| 25. | In 1903, George Butler, the Superintendent of Irrigation of the | RJN (Exh. 6) 180 (Butler |

| DWA SUF No. | Undisputed Facts | Evidentiary Support |
|---|---|---|
| | Department of the Interior, issued a report describing the Tribe's water usage practices, stating that the Tribe's members have built "ditches" that conveyed water from creeks to other areas where the water was used to "irrigate" the lands. | Rep. 2). |

Dated: October 21, 2014

BEST BEST & KRIEGER LLP

By: */s/ Roderick E. Walston*
   RODERICK E. WALSTON
   ARTHUR L. LITTLEWORTH
   GENE TANAKA
   PIERO C. DALLARDA
   STEVEN G. MARTIN

Attorneys for Defendant
DESERT WATER AGENCY

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

01358.00008\8615145.6

- 5 -

DWA'S STATEMENT OF UNDISPUTED FACTS
ISO MOTION FOR SUMMARY JUDGMENT
5:13-cv-00883-JGB (SPx)

# PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Best Best & Krieger LLP, 2001 N. Main Street, Suite 390, Walnut Creek, California 94596. On October 21, 2014, I served the following document(s):

**DEFENDANT DESERT WATER AGENCY'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

by transmitting via electronic transmission to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Central District of California. Federal Rule of Civil Procedure § 5(b)(2)(E)

| | |
|---|---|
| Catherine F. Munson, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>607 Fourteenth Street NW, Suite 900<br>Washington, DC 20005<br><br>Tel:  (202)-508-5844<br>Fax: (202) 585-0007<br>cmunson@kilpatricktownsend.com<br>kharper@kilpatricktownsend.com | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Thierry R. Montoya<br>David J. Masutani<br>AlvaradoSmith, APC<br>633 W. Fifth Street<br>Suite 1100<br>Los Angeles, CA 90071<br><br>Tel: (213) 229-2400<br>Fax: (213) 229-2499<br>dmasutani@alvaradosmith.com | Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |

| | |
|---|---|
| Heather Whiteman Runs Him, Esq.<br>Steven C. Moore, Esq.<br>Native American Rights Fund<br>1506 Broadway<br>Boulder, CO 80302<br><br>Tel:  (303) 447-8760<br>Fax: (303) 442-7776<br>heatherw@narf.org<br>smoore@narf.org | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Mark H. Reeves, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>Enterprise Mill<br>1450 Greene St., Suite 230,<br>Augusta, GA  30901<br><br>Tel:  (706) 823-4206<br>Fax: (706) 828-4488<br>mreeves@kilpatricktownsend.com | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Gerald D. Shoaf, Esq.<br>Steven B Abbott, Esq.<br>Redwine & Sherrill<br>1950 Market Street<br>Riverside, CA 92501-1704<br><br>Tel:  951-684-2520<br>Fax: 951-684-9583<br>sabbott@redwineandsherrill.com<br>gshoaf@redwineandsherrill.com | Attorney for Defendants Coachella Valley Water District, Franz De Klotz, Ed Pack, John Powell, Jr., Peter Nelson, Debi Livesay |

Executed on October 21, 2014, at Walnut Creek, California.

*/s/ Monica Brozowski*
Monica Brozowski

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596