RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone:  (951) 686-1450
Facsimile:  (951) 686-3083

Attorneys for Defendant
DESERT WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No. 5:13-cv-00883-JGB (SPx)<br>Judge:    Hon. Jesus G. Bernal<br><br>DECLARATION OF DAVID K. LUKER IN SUPPORT OF DEFENDANT DESERT WATER AGENCY'S MOTION FOR SUMMARY JUDGMENT<br><br>[Filed with:<br>1.    Notice of Motion and Motion for Summary Judgment;<br>2.    Memo. of Ps & As;<br>3.    Sep. Statement of Undisputed Facts<br>4.    Declaration of Steven G. Martin;<br>5.    Request for Judicial Notice; and<br>6.    [Proposed] Order.]<br><br>Date:        February 9, 2015<br>Time:        9:00 a.m.<br>Dept.:       Courtroom 1<br><br>Action Filed:    May 14, 2014<br>Trial Date:      Feb. 3, 2015 |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

01358.00008\8731573.3

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

## DECLARATION OF DAVID K. LUKER

I, David K. Luker, declare:

1.     I have personal knowledge of the facts set forth below and if called as a witness, could and would testify to those facts with personal knowledge.

2.     I am General Manager and Chief Engineer for Desert Water Agency ("DWA").  In that capacity, I am responsible for the overall management of DWA, including field operations, administrative functions, performance of DWA contractual obligations, and implementation of policies adopted by DWA's publicly elected Board of Directors.  I have served as General Manager and Chief Engineer of DWA since 2004.  Before assuming that position, I served as Assistant General Manager of DWA from 1996 until 2004.  Before that, I served as Operations Engineer for DWA from 1993 until 1996.  In all, I have worked continuously for DWA more than 20 years.

3.     DWA is a political subdivision of the State of California, which was established by the California Legislature's enactment of the Desert Water Agency Law of 1961.  Cal. Wat. App. §§ 100-1, *et seq*.

4.     DWA provides water supplies to business and residential users within its service area, located in the Coachella Valley, which includes the City of Palm Springs and a portion of the City of Cathedral City, California.  DWA's main source of water supply is the groundwater in the Upper Coachella Valley Groundwater Basin, which underlies the Whitewater River in the Coachella Valley. Groundwater is the principal source of water supply in the Coachella Valley.  DWA pumps groundwater from its wells located in its service area in order to make the

DECLARATION OF DAVID K. LUKER
CV 13-00883-JGB (SPX)

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

water available to its customers.  DWA and the Coachella Valley Water District ("CVWD") are responsible for developing and distributing water supplies within their areas of jurisdiction, which are located within the Coachella Valley.

5.     The Coachella Valley Groundwater Basin is located in the entire Coachella Valley, and underlies numerous public and private lands in the valley, including the reservation lands of the Agua Caliente Band of Cahuilla Indians ("Tribe").     Many other overlying landowners utilize the same groundwater resource.  Any production of groundwater by the Tribe on its reservation lands would potentially affect availability of groundwater supplies on off-reservation lands.

6.     A true and correct copy of a map showing DWA's and CVWD's respective areas of jurisdiction and the Tribe's reservation, is attached as Exhibit 1(a).  A true and correct copy of the Tribe's website map showing the "land status" and location of "Allotted" lands (leased and not leased), "Tribal" lands and "Fee" lands on the Tribe's reservation is attached as Exhibit 1(b).  A true and correct copy of the Tribe's website map showing "Wells Location" on the Tribe's reservation, as applied to "Allotted" lands (leased and not leased), "Tribal" lands and "Fee" lands is attached as Exhibit 1(c).

7.     Pursuant to the Urban Water Management Act of California, DWA and CVWD have adopted Urban Water Management Plans that describe their strategies for managing, regulating and conserving the groundwater in the Coachella Valley.  The cover pages, Tables of Contents and relevant pages of the agencies' Urban Water Management Plans are attached to this declaration as follows:   (a) DWA, "2010 Urban Water Management Plan" (March 2011) is attached as Exhibit 2; (b) CVWD, "Final Report: Urban Water Management Plan"

DECLARATION OF DAVID K. LUKER
CV 13-00883-JGB (SPX)

1    (Dec. 2005) is attached as Exhibit 3; and (c) CVWD, "Coachella Valley Water

2    Management Plan Update: Draft Report" (Dec. 2010) is attached as Exhibit 4.

3

4        8.    DWA manages the groundwater basin within its service area in

5    accordance with the principle, established in Article X, Section 2 of the California

6    Constitution, that all water in California must be managed, regulated and used

7    consistently with "reasonable and beneficial use" of water.

8

9        9.    The Tribe does not produce groundwater from Tribal trust lands on the

10   Tribe's reservation.   The Tribe purchases its water supplies from CVWD and

11   DWA, which they obtain by producing it from their own wells.   DWA has not

12   taken any action to prevent the Tribe from producing groundwater.

13

14       10.   Some non-Indian lessees who operate and maintain resort facilities on

15   allotted trust lands within the Tribe's reservation currently pump, or in recent years

16   have pumped, groundwater from wells on the allotted lands in order to irrigate and

17   landscape golf courses that are part of the resort facilities.   Those located within

18   DWA's boundaries include the Indian Canyons Golf Course (North Course and

19   South Course), the Seven Lakes Country Club, the Cathedral Canyon Country Club

20   (south part of the golf course), and the Bel Air Greens Clubhouse and Golf Course.

21

22       11.   The Tribe, through a tribal entity called the Agua Caliente

23   Development Authority ("ACDA"), took over operation of the Indian Canyons

24   Golf Course (North Course and South Course) in 2009 after a default in payments

25   by the non-Indian lessee, and currently operates this golf course.   The ACDA

26   pumped groundwater commencing in 2009 to irrigate and landscape the golf

27   course, but in May 2012 ceased pumping groundwater and since then has used

28   reclaimed water from DWA instead.

01358.00008\8731573.3                    - 3 -          DECLARATION OF DAVID K. LUKER
                                                      CV 13-00883-JGB (SPX)

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

LAW OFFICES OF
BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

12.    In 2004, the Tribe purchased property outside its reservation, known as the Beylik Ranch, from a private property owner.  The Tribe has applied to the United States to have the Beylik Ranch property taken into trust.  The Tribe pumped approximately 300 acre-feet of groundwater from two wells located on the Beylik Ranch property in one year, 2009, but has not pumped groundwater from the Beylik Ranch property since that time.

13.    Approximately 58% of the Tribe's reservation lands consist of allotted lands (both leased and non-leased), 29% of the lands consist of non-Indian fee lands, and 12.7% consists of tribal trust lands, and 0.3% consist of tribal fee lands.  These figures are disclosed on the attached Exhibit 5, consisting of figures compiled by Desert Water Agency staff.

14.  DWA's customers include numerous allottees on the Tribe's reservation.  The allottees on the Tribe's reservation do not produce groundwater from wells located on the reservation, but instead purchase their water supplies from DWA and CVWD.

15.  DWA and Coachella Valley Water District ("CVWD") have entered into water supply contracts with the California Department of Water Resources ("DWR"), which operates the State Water Project ("SWP"), under which DWA and CVWD obtain water supplies from the SWP.  DWA and CVWD have entered into exchange agreements with another SWP customer, the Metropolitan Water District of Southern California ("MWD"), under which MWD delivers a portion of its Colorado River water supply to DWA and CVWD, in exchange for the right to receive DWA's and CVWD's allocations of SWP water.  MWD delivers the Colorado River water from its Colorado River Aqueduct into the Whitewater River, and DWA and CVWD divert the water into their spreading facilities, where the

1    water percolates into the ground and becomes part of the groundwater supply that

2    DWA and CVWD provide to their customers.

3

4        I declare under penalty of perjury under the laws of the United States that the

5    above is true and correct.

6

7    Executed on  10/14        , 2014, in PALM SPRINGS, California.

8

9                                        David K. Luker

10

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

Exhibit 1(a)



EXHIBIT 1(a)

- 6 -

Exhibit 1(b)



EXHIBIT 1(b)

Exhibit 1(c)



EXHIBIT I(c)

Exhibit 2

DESERT WATER AGENCY
(760) 323-4971

POST OFFICE BOX 1710
PALM SPRINGS, CALIFORNIA  92263

1200 GENE AUTRY TRAIL SOUTH
PALM SPRINGS, CALIFORNIA  92264

**DESERT WATER AGENCY
2010 URBAN WATER MANAGEMENT PLAN**

**MARCH 2011**

Prepared by

KRIEGER & STEWART, INCORPORATED
ENGINEERING CONSULTANTS
3602 UNIVERSITY AVENUE
RIVERSIDE, CALIFORNIA  92501
(951) 684-6900

Signature _____

Date _____6/30/11_____

REGISTERED PROFESSIONAL ENGINEER
DAVID F. SCRIVEN
No. 42922
Exp. 03/31/2012
CIVIL
STATE OF CALIFORNIA

101-26.6
KJL/jcb
101-26P6-UWMP2010

EXHIBIT 2

**DESERT WATER AGENCY**
**Palm Springs, California**

2010 URBAN WATER MANAGEMENT PLAN
CONTACT SHEET

| | |
|---|---|
| Date plan submitted to the Department of Water Resources: | **June 30, 2011** |
| Names of plan preparers: | **Charles A. Krieger** <br> **David F. Scriven** <br> **Krieger & Stewart, Incorporated** <br> **DWA Consulting Engineer** |
| Phone: | **(951) 684-6900** |
| Fax: | **(951) 684-6986** |
| E-mail addresses: | **ckrieger@kriegerandstewart.com** <br> **dscriven@kriegerandstewart.com** |
| The Water supplier is a: | **Public Agency** |
| The Water supplier is a: | **Retailer** |
| Utility services provided by the water supplier include: | **Domestic and municipal water (for residential and commercial development), recycled water (for municipal park and landscape irrigation), sanitary sewage (for Cathedral City area), hydroelectric power (for energy delivery to Southern California Edison Company), solar energy power (for energy delivery to Desert Water Agency Operations Center with excess to Southern California Edison Company), and groundwater basin management (for groundwater replenishment and assessment therefor)** |
| Is This Agency a Bureau of Reclamation Contractor? | **No** |
| Is This Agency a State Water Project Contractor? | **Yes** |

EXHIBIT 2

**TABLE OF CONTENTS**

EXHIBIT 2

- 11 -

## TABLE OF CONTENTS

Section                                                    Page

**SECTION I:  DESERT WATER AGENCY**

A.     Public Participation ............................................................................. I-1
       1.     General ...................................................................................... I-1
       2.     Plan Adoption ........................................................................... I-2
B.     Agency Coordination .......................................................................... I-2
       1.     Coordination within the Agency and Interagency Coordination ......... I-2
C.     Supplier Service Area .......................................................................... I-4
       1.     Formation, Purpose, and Service Area ..................................... I-4
       2.     Population .................................................................................. I-5
       3.     Climate ...................................................................................... I-7
       4.     Past Drought, Water Demand, and Conservation Information ......... I-8

**SECTION II:  WATER SOURCES (SUPPLY)**

A.     Water Supply Sources .......................................................................... II-1
B.     Groundwater ......................................................................................... II-3
       1.     Groundwater Production ........................................................... II-4
       2.     Groundwater Recharge .............................................................. II-6
C.     Surface Water ....................................................................................... II-8

**SECTION III:  RELIABILITY PLANNING**

A.     Sacramento - San Joaquin Delta ......................................................... III-1
B.     Reliability ............................................................................................ III-3
C.     Frequency and Magnitude of Supply Deficiencies ............................. III-5
D.     Plans to Assure a Reliable Water Supply ............................................ III-5
       1.     Groundwater Replenishment and Assessment Program ............ III-5
       2.     Water Recycling ....................................................................... III-6
E.     Reliability Comparison ....................................................................... III-6
F.     Water Quality Impacts on Reliability ................................................. III-9
G.     Transfer or Exchange Opportunities ................................................... III-11
       1.     State Water Project Reliability .................................................. III-12

**SECTION IV:  WATER USE PROVISIONS**

A.     Past, Current, and Projected Water Use .............................................. IV-1
       1.     Residential Sector ..................................................................... IV-4
       2.     Commercial Sector ................................................................... IV-4
       3.     Industrial Sector ....................................................................... IV-4
       4.     Institutional/Governmental Sector ........................................... IV-4
       5.     Landscape/Recreational Sector ................................................ IV-4
B.     Future Water Supply Projects .............................................................. IV-5
C.     Opportunities for Desalinated Water ................................................... IV-5
D.     Wholesale Supplied Projects and Non-Implemented DMMs... .......... IV-6
E.     Low Income Housing Water Service Prioritizing ............................... IV-6

i

EXHIBIT 2

- 12 -

# TABLE OF CONTENTS
## (continued)

Section                                                                                                                Page

**SECTION V:  WATER DEMAND MANAGEMENT MEASURES (BEST MANAGEMENT PRACTICES)**

BMP 1 - Water Survey Programs for Single-Family and
    Multi-Family Residential Customers.................................................V-2
BMP 2 - Residential Plumbing Retrofit ...................................................V-3
BMP 3 - System Water Audits, Leak Detection, and Repair ...........................V-4
BMP 4 - Metering with Commodity Rates for All New Connections and
    Retrofit of Existing Connections .....................................................V-4
BMP 5 - Large Landscape Conservation Programs and Incentives ....................V-5
BMP 6 - High-Efficiency Washing Machine Rebate Programs.........................V-6
BMP 7 - Public Information Programs......................................................V-7
BMP 8 - School Education Programs.......................................................V-11
BMP 9 - Conservation Programs for Commercial/Industrial/
    Institutional (CII) Accounts...........................................................V-12
BMP 10 - Wholesale Agency Assistance Programs ....................................V-12
BMP 11 - Conservation Pricing ............................................................V-13
BMP 12 - Conservation Coordinator.......................................................V-15
BMP 13 - Water Waste Prohibition ........................................................V-15
BMP 14 - Residential ULFT Replacement Programs ..................................V-17

**SECTION VI:  WATER SHORTAGE CONTINGENCY PLAN**

A.    Water Shortage Contingency Ordinance .........................................VI-1
    1.    Desert Water Agency's Water Shortage Response.........................VI-1
B.    Stages of Action ......................................................................VI-2
    1.    Rationing Stages and Reduction Goals .....................................VI-2
    2.    Priority by Use ....................................................................VI-3
    3.    Health and Safety Requirements...............................................VI-4
C.    3-Year Dry Period Water Supply .................................................VI-4
D.    Preparation for Catastrophic Water Supply Interruption ....................VI-6
    1.    Water Shortage Emergency Response ........................................VI-6
E.    Prohibitions, Consumption Reduction Methods, and Penalties ............VI-8
    1.    Mandatory Prohibitions on Water Wasting.................................VI-8
    2.    Excessive Use Penalties .........................................................VI-10
F.    Revenue and Expenditure Impacts and Measures to Overcome Impacts...................VI-11
G.    Reduction Measuring Mechanism.................................................VI-11
    1.    Mechanism to Determine Reductions in Water Use ......................VI-11

**SECTION VII:  WATER RECYCLING**

A.    Wastewater System Description...................................................VII-1
    1.    Introduction .......................................................................VII-1
    2.    Wastewater Collection and Treatment ......................................VII-1
    3.    Wastewater Disposal Methods (Non-Recycled) ............................VII-3
B.    Recycled Water Standards ..........................................................VII-3

ii

EXHIBIT 2

## TABLE OF CONTENTS
### (continued)

Section                                                                                                                                    Page

C.    Current and Potential Recycled Water Uses and Projections ....................................... VII-5
    1.    Current and Potential Recycled Water Uses .................................................... VII-5
    2.    Projected Recycled Water Quantities ............................................................. VII-6
D.    Encouraging Recycled Water Use .................................................................................... VII-7
    1.    Marketing Strategy .......................................................................................... VII-7
    2.    Proposed Actions to Encourage Use of Recycled Water ............................... VII-8
    3.    Projected Results ............................................................................................. VII-9
E.    Recycled Water Optimization Plan ................................................................................. VII-10
    1.    Plan for Optimizing the Use of Recycled Water ......................................... VII-10
F.    Water Quality Impacts ................................................................................................... VII-11

### SECTION VIII:  SUPPLY AND DEMAND COMPARISON PROVISIONS

A.    Normal Water Year ......................................................................................................... VIII-3
B.    Single Dry Water Year .................................................................................................... VIII-5
C.    Multiple Dry Water Years .............................................................................................. VIII-7
D.    Summary ....................................................................................................................... VIII-13

### SECTION IX:  WATER USE BASELINE AND TARGETS

A.    Senate Bill X7 7 ............................................................................................................... IX-1
B.    Gross Water Use .............................................................................................................. IX-2
C.    Service Area Population .................................................................................................... IX-4
D.    Base Daily per Capita Use ............................................................................................... IX-6
E.    Urban Water Use Target .................................................................................................. IX-7
F.    Interim Urban Water Use Target and Target Summary .................................................. IX-8
G.    Five-Year Baseline Water Use ........................................................................................ IX-8
H.    Implementation Plan to Meet Urban Water Use Target ................................................ IX-10

### REFERENCES

### APPENDICES

APPENDIX A:    Documentation of the Adoption of the Urban Water Management Plan

APPENDIX B:    • DWA/CVWD 1976 Water Management Agreement
                 • DWA/CVWD 1992 Water Management Agreement Amendment

APPENDIX C:    • Ordinance No. 31 - Prohibiting the Waste of Water, 1982
                 • Ordinance No. 45 - Restricting Water Use During Water Supply Emergencies, 1988

APPENDIX D:    Water Conservation Program of the Desert Water Agency, January 1977

APPENDIX E:    2007 and 2008 CUWCC BMP Reports

iii

EXHIBIT 2

**TABLE OF CONTENTS**
**(continued)**

Section                                                                                           Page

APPENDIX F:   2009 and 2010 CUWCC BMP Reports

APPENDIX G:   Figures

        Figure 1 - Service Area and Institutional Boundary
        Figure 2 - Population Projections - DWA Comparison with Riverside County
        Figure 3 - Population Growth within DWA Service Area
        Figure 4 - Historic and Projected Water Deliveries (AF/Yr) and Number of Water
                Meters
        Figure 5 - Water Sources and Uses

iv

EXHIBIT 2

# LIST OF TABLES

Table No.                                                                                                                          Page

Table 1      Coordination with Appropriate Agencies.................................................................I-3
Table 2      Population - Current and Projected .......................................................................I-6
Table 3      Climate ...............................................................................................................I-7
Table 4      Current and Planned Water Supplies....................................................................II-2
**Table 5      Not Used**
Table 6A     Quantities of Groundwater Pumped ....................................................................II-4
Table 7A     Quantities of Groundwater Projected to Be Pumped.............................................II-5
Table 6B     Quantities of Surface Water Diverted ..................................................................II-8
Table 7B     Quantities of Projected Surface Water Diversions ................................................II-9
Table 8      Supply Reliability..............................................................................................III-8
Table 9      Basis of Water Year Data ....................................................................................III-9
**Table 10     Not Used**
Table 11     Transfer and Exchange Opportunities SWP Table A Allocations and Projected
             Deliveries.........................................................................................................III-13
Table 12     Past, Current, and Projected Water Deliveries .................................................... IV-2
**Table 13     Not Used**
Table 14     Past, Current, and Projected Additional Water Uses and Losses ..................................... IV-2
Table 15     Past, Current, and Projected Total Water Use ..................................................... IV-3
**Table 16     Not Used**
**Table 17     Not Used**
**Table 18     Not Used**
**Table 19     Not Used**
**Table 20     Not Used**
**Table 21     Not Used**
**Table 22     Not Used**
Table 23     Water Supply Shortage Stage Conditions ........................................................... VI-2
Table 24     Three-Year Estimated Minimum Water Supply..................................................... VI-5
Table 25     Preparation Actions for a Catastrophe................................................................ VI-7
Table 26     Mandatory Prohibitions ..................................................................................... VI-9
Table 27     Consumption Reduction Methods ..................................................................... VI-10
**Table 28     Not Used**
**Table 29     Not Used**
**Table 30     Not Used**
**Table 31     Not Used**
Table 32     Participating Agencies....................................................................................... VII-1
Table 33     Wastewater Collection and Treatment ................................................................ VII-3
Table 34     Disposal of Wastewater (Non-Recycled) ............................................................ VII-3
Table 35     Recycled Water Uses ........................................................................................ VII-6
Table 36     Projected Future Use of Recycled Water in Service Area...................................... VII-9
Table 37     Recycled Water Uses - 2005 Projection Compared with 2010 Actual....................... VII-9
**Table 38     Not Used**
**Table 39     Not Used**
Table 40     Projected Normal Water Year Supply and Demand............................................... VIII-4
Table 41     Projected Single Dry Water Year Supply and Demand ................................................. VIII-6
Table 42     Projected Supply and Demand during Multiple Dry Water Year Period
             Ending in 2015 .................................................................................................VIII-8

EXHIBIT 2

## LIST OF TABLES
### (continued)

| Table No. | | Page |
|-----------|---|------|
| Table 43 | Projected Supply and Demand during Multiple Dry Water Year Period Ending in 2020 | VIII-9 |
| Table 44 | Projected Supply and Demand during Multiple Dry Water Year Period Ending in 2025 | VIII-10 |
| Table 45 | Projected Supply and Demand during Multiple Dry Water Year Period Ending in 2030 | VIII-11 |
| Table 46 | Projected Supply and Demand during Multiple Dry Water Year Period Ending in 2035 | VIII-12 |
| Table 47 | Gross Water Use… | IX-3 |
| Table 48 | Service Area Population… | IX-5 |
| Table 49 | Gross per Capita Water Use… | IX-7 |
| Table 50 | Baseline and Targets… | IX-8 |
| Table 51 | 5-Year Gross Per Capita Water Use… | IX-9 |

vi

EXHIBIT 2

**SECTION I**

**DESERT WATER AGENCY**

EXHIBIT 2
- 18 -

# SECTION I
# DESERT WATER AGENCY

**A.**    **PUBLIC PARTICIPATION**

**Law**    10621(b).  Every urban water supplier...shall, at least 60 days prior to the public hearing on the plan required by Section 10642, notify any city or county within which the supplier provides water supplies that the urban water supplier will be reviewing the plan and considering amendments or changes to the plan.

10635(b).  The urban water supplier shall provide that portion of its urban water management plan prepared pursuant to this article to any city or county which within it provides water supplies no later than 60 days after the submission of its urban water management plan.

10642.  Each urban water supplier shall encourage the active involvement of diverse social, cultural, and economic elements of the population within the service area prior to and during the preparation of the plan.  Prior to adopting a plan, the urban water supplier shall make the plan available for public inspection and shall hold a public hearing thereon.  Prior to the hearing, notice of the time and place of hearing shall be published ... After the hearing, the plan shall be adopted as prepared or as modified after the hearing.

10645.  No later than 30 days after filing a copy of its plan with the department, the urban water supplier and the department shall make the plan available for public review during normal business hours.

**1.**    **General**

Desert Water Agency (DWA or Agency) has actively encouraged community participation in its urban water management planning efforts since its first urban water management plan (UWMP or Plan) was developed in 1985.  Public meetings were held on the 1985, 1990, 1995, 2000, 2005, and 2010 plans.  For this 2010 Urban Water Management Plan (UWMP or Plan), the appropriate legal notice was provided to the appropriate cities and county on December 30, 2010.  A copy of said notice is included in **Appendix A** of this Final Plan.

On March 15, 2011, DWA held a Public Hearing to receive comments on its 2010 Draft Urban Water Management Plan.  Draft copies were made available at the front desk of DWA's Operations Center during business hours and the City of Palm Springs, City of

Cathedral City, and Riverside County were provided a 60-day prior notification of the Public Hearing.  All comments received prior to and during the Public Hearing were taken into consideration in preparation of the Final Plan.

### 2.    Plan Adoption

DWA prepared this Urban Water Management Plan in 2010.  This Plan was adopted by DWA's Board of Directors by Minute Order on March 15, 2011, and submitted to the California Department of Water Resources (CDWR) on June 30, 2011.  A signed copy of DWA's Minute Order of Plan Adoption is included in **Appendix A** herein.

Final copies of this UWMP, as well as any adopted amendments, will be made available at the front desk of DWA's Operations Center during normal business hours for public review, and will be provided to any city or county within DWA's Service Area no later than 60 days after submission to CDWR.  This Plan includes all information necessary to meet the requirements of California Water Code Division 6, Parts 2.55 (added by the Water Conservation Act of 2009, also known as SB X7 7) and 2.6 (Urban Water Management Planning).

## B.    AGENCY COORDINATION

**Law**    10620(d)(2).  Each urban water supplier shall coordinate the preparation of its plan with other appropriate agencies in the area, including other water suppliers that share a common source, water management agencies, and relevant public agencies, to the extent practicable.

### 1.    Coordination within the Agency and Interagency Coordination

DWA staff met and coordinated the development of this plan with Coachella Valley Water District (CVWD).  Historically, DWA has worked closely with local cities and other local agencies in order to serve the public's best interests; therefore, DWA has developed this Plan through coordination with the public and other entities as summarized in **Table 1** below.  DWA's Draft UWMP was submitted to these entities for review and comment prior to final Plan adoption.

| | Table 1 Coordination with Appropriate Agencies | | | | | | |
|---|---|---|---|---|---|---|---|
| | Coordination and Public Involvement Actions | | | | | | |
| **Entities** | **Participated in UWMP Development** | **Commented on Draft** | **Attended Public Meetings** | **Contacted for Assistance** | **Copy of Draft Made Available** | **Sent Notice of Intention to Adopt** | **Not Involved/No Information** |
| City of Palm Springs | | | | | ✓ | ✓ | |
| City of Cathedral City | | | | | ✓ | ✓ | |
| Coachella Valley Water District | ✓ | | | ✓ | ✓ | ✓ | |
| Mission Springs Water District | | | | | ✓ | ✓ | |
| County of Riverside Planning Department | | | | | ✓ | ✓ | |
| Coachella Valley Resource Conservation District | | | | | ✓ | ✓ | |
| Local Library | | | | | ✓ | ✓ | |
| General Public | | | | | ✓ | ✓ | |

In addition to current law, DWA utilized guidance available from CDWR, including CDWR's Guidebook to Assist Water Suppliers in the Preparation of a 2005 Urban Water Management Plan, dated January 18, 2005 (hereinafter, 2005 UWMP Guidebook), and CDWR's draft Guidebook to Assist Water Suppliers in the Preparation of a 2010 Urban Water Management Plan, dated December 21, 2010 (hereinafter referred to as 2010 UWMP Draft Guidebook) in preparing this UWMP.

Some of the tables in CDWR's 2005 UWMP Guidebook and 2010 Draft Guidebook required for inclusion in 2005 and 2010 urban water management plans do not apply to DWA. Therefore, please note that those tables that do not apply to DWA have been omitted from this UWMP. Omitted tables are listed as "Not Used" in the Table of Contents herein. Table numbers and titles in this UWMP generally correspond to those set forth in the 2005 UWMP Guidebook.

## C.      SUPPLIER SERVICE AREA

**Law**      10631. A plan shall be adopted in accordance with this chapter and shall do all of the following:

10631(a). Describe the service area of the supplier, including current and projected population, climate, and other demographic factors affecting the supplier's water management planning. The projected population estimates shall be based upon data from the state, regional, or local service agency population projections within the service area of the urban water supplier and shall be in five-year increments to 20 years or as far as data is available.

### 1.      Formation, Purpose, and Service Area

DWA was formed in 1961 to assure an adequate water supply for the northwesterly portion of the Upper Coachella Valley. In 1962, DWA entered into a water supply contract with the State of California through the CDWR. CVWD entered into a similar contract the following year. In 1968, DWA purchased the Palm Springs and Cathedral City Water Company water systems to provide domestic and municipal water service (hereafter municipal water service) to Palm Springs and vicinity.

DWA is responsible for water supply management within its Institutional Boundary, which encompasses 335 square miles and includes the City of Palm Springs (CPS), the southwest portion of the City of Cathedral City (CCC), the City of Desert Hot Springs (CDHS), essentially all of Mission Springs Water District (MSWD), and some unincorporated areas within Riverside County.

DWA is responsible for management of the water supply within its Institutional Boundary, as is CVWD within its Institutional Boundary, including artificial groundwater recharge or replenishment to augment natural recharge. Specifically, DWA augments local groundwater supplies via groundwater recharge, using imported water. Additionally, DWA makes imported water available to MSWD for groundwater recharge within its MSWD's service area. All of DWA's water sources are discussed in **Section II - *Water Sources (Supply)***.

DWA's Service Area, to which it provides municipal water service, includes CPS, the southwest portion of CCC, and some unincorporated areas within Riverside County. It

does not include the MSWD service area, which is generally northerly of Interstate 10
and includes DHS and its surroundings.   MSWD provides municipal water service
throughout its service area, and is preparing its own 2010 Urban Water Management
Plan.

DWA's Service Area is generally bounded on the north (from west to east) by
Interstate 10 to Highway 111, to Chino Canyon and the Whitewater River, on the east by
the Whitewater River and the CVWD, on the south by the rugged Santa Rosa Mountains,
and on the west by the rugged San Jacinto Mountains.

DWA provides municipal and recycled water service through two separate systems
within its Service Area, which is generally southerly of Interstate 10.   DWA's current
Institutional Boundary and Service Area are shown on **Figure 1** in **Appendix G**.

## 2.  Population

Population within DWA's Service Area (CPS, the southwest portion of CCC, and several
small unincorporated areas along the western boundary) has increased from
approximately 18,000 persons in 1961, when DWA was formed, to around 60,600
persons in 2010, based on data from the Southern California Association of Governments
(SCAG).

CPS contains the largest population within DWA's Service Area, with a current
population around 47,000.  The Palm Springs area has experienced tremendous growth
since its beginnings during the late 1800s, in particular, the period from 1970 to the
present, during which time the population more than doubled.  The golf and tourist
industries remain paramount to the area's economy, with future growth in these areas
expected; however, due to the current economic climate, growth has slowed substantially
over the past three years.

Existing development within the Upper Coachella Valley primarily occupies the valley
floor and is situated in Palm Springs, Cathedral City, Palm Springs Oasis (commonly
known as Palm Oasis), and Snow Creek Village.  Future development is expected to

I-5

EXHIBIT 2

consist of infill within the local communities and expansion into canyons, coves, and mountainous areas.

**Table 2** shows population projections within DWA's Service Area as well as population projections within DWA's Institutional Boundary (refer to **Figure 1** in **Appendix G**). Population within DWA's Institutional Boundary includes the entire DWA Service Area, essentially all of MSWD's service area (including CDHS), and certain adjacent unincorporated areas within Riverside County.

The population estimates within DWA's Institutional Boundary were developed based on historic population data within DWA's Service Area, as well as population projections provided by the Southern California Association of Governments (SCAG). **Figure 2** in **Appendix G** depicts historic and projected population within DWA's Service Area, 1970 through 2035. **Figure 3** in **Appendix G** shows a comparison of DWA's projected population with Riverside County's projected population, 2010 through 2035.

| Table 2<br>Population - Current and Projected | | | | | | |
|---|---|---|---|---|---|---|
| | **2010** | **2015** | **2020** | **2025** | **2030** | **2035** |
| Population within DWA's Service Area | 60,600 | 64,700 | 70,100 | 74,900 | 80,600 | 86,500 |
| Population within DWA's Institutional Boundary | 111,400 | 128,900 | 141,300 | 152,800 | 165,200 | 177,500 |

EXHIBIT 2
- 24 -

3.      **Climate**

DWA's Service Area lies within the Upper Coachella Valley, with climate characterized by low humidity, high summer temperatures, and mild dry winters. The area normally receives an average annual precipitation of about five and one-half inches (most of which occurs in January, February, or March, except for summer thundershowers), and prevailing winds which are usually gentle but occasionally increase to velocities as high as 50 to 60 miles per hour or more. Midsummer temperatures commonly exceed 100°F, frequently reach 110°F, and periodically reach 120°F. During the winter, the average temperature is about 60°F.

The average rainfall and maximum and minimum monthly temperatures, as well as monthly average evapotranspiration rates (ETo), are shown in **Table 3** below. Due to the low annual rainfall and excessively high summer temperatures, large quantities of water are required for supplemental landscape irrigation, even during the cooler winter months.

| Table 3 Climate | | | |
|---|---|---|---|
| Month | Average Rainfall (inches) [1] | Average Maximum Temperature (°F) [1] | Average Minimum Temperature (°F) [1] | Standard Monthly Average ETo (inches) [2] |
| Jan | 1.13 | 69.6 | 42.3 | 2.94 |
| Feb | 1.00 | 73.7 | 45.5 | 2.81 |
| Mar | 0.59 | 79.3 | 48.8 | 5.39 |
| Apr | 0.18 | 86.6 | 54.1 | 6.28 |
| May | 0.05 | 94.5 | 60.4 | 7.83 |
| Jun | 0.05 | 103.0 | 67.0 | 6.94 |
| Jul | 0.20 | 108.2 | 75.2 | 8.15 |
| Aug | 0.28 | 106.8 | 74.1 | 7.60 |
| Sep | 0.30 | 101.7 | 68.0 | 6.32 |
| Oct | 0.29 | 91.4 | 59.3 | 4.47 |
| Nov | 0.43 | 78.7 | 49.2 | 2.97 |
| Dec | 0.95 | 69.8 | 42.3 | 1.96 |
| Annual | 5.44 | 88.6 | 57.2 | 63.66 |

[1]   Average rainfall data and average temperature data were obtained from the National Oceanic and Atmospheric Administration (NOAA) website at http://www.wrcc.dri.edu/CLIMATEDATA.html.

[2]   ETo data was obtained from the California Irrigation Management Information System (CIMIS) website at http://wwwcimis.water.ca.gov/.

I-7

EXHIBIT 2
- 25 -

4.     **Past Drought, Water Demand, and Conservation Information**

Historically, droughts have had little effect on DWA's water supply.  Since DWA relies primarily on groundwater and has imported water for groundwater replenishment, the droughts of 1965-1967, 1976-1977, and 1989-1992 had negligible effects on DWA's ability to supply water to its customers.

DWA has pioneered water conservation in the Coachella Valley.  Water deliveries to consumers with in DWA's existing Service Area have been metered since the 1920s. Since the early 1970s, DWA has focused its conservation efforts on long-term solutions in areas of water-efficient landscaping, consumer education, and utilization of new technologies.  In the mid-1970s, DWA established numerous affirmative water reduction programs that resulted in relatively uniform consumption, and therefore, generally level per capita production.

Per capita water production increased from 0.31 acre-feet per year (AF/Yr) in 1940 to 0.77 AF/Yr in 1970.  Per capita water production subsequently decreased to 0.73 AF/Yr in 1980 before peaking at 0.83 AF/Yr in 1990.  Since 1990, per capita water production has ranged from 0.62 AF/Yr to 0.77 AF/Yr.  The general consistency in per capita water production in the 1980s and 1990s is attributable to DWA's water conservation activities and measures.

The residents served by DWA have a high commitment to quality of life and are active participants in resource and planning discussions held by DWA.  Water conservation is one of several high priority policies actively implemented within DWA, and programs such as water audits for large-volume water users, residential water audits, landscape water audits, and water-efficient landscape gardens are encouraged and well received.

In 1978, DWA constructed a new Operations Center using low water use fixtures in the building and low water use plants in the landscaping.  It also developed and operated a low water use demonstration garden for public benefit.  During the 1980s and 1990s, DWA constructed and expanded a water recycling plant, together with additional demonstration garden plantings. During the 1970s, 1980s, and 1990s, DWA joined with

the local Resource Conservation District (Soil Conservation Service) in conducting water-efficient ornamental plant research with both potable and recycled water, and in selling low-water use plants to the public.  Since most water use within DWA's Service Area (up to 80 percent) is used outdoors, DWA has focused conservation efforts on developing outdoor water conservation measures.

**SECTION II**

**WATER SOURCES (SUPPLY)**

EXHIBIT 2

- 28 -

Exhibit 3



## Coachella Valley Water District

Final Report

# Urban Water Management Plan

December 2005



EXHIBIT 3

- 29 -

# COACHELLA VALLEY WATER DISTRICT

# Urban Water Management Plan

## FINAL REPORT



## December 2005

 **MWH**

EXHIBIT 3

- 30 -

# Table of Contents

**Section Name**                                                                 **Page Number**

**Section 1 - Introduction**

1.1    Overview Of The Urban Water Management Act ................................................. 1-1
1.2    Coachella Valley History and Service Area ...................................................... 1-2
    1.2.1    Law ................................................................................................ 1-2
    1.2.2    Description ...................................................................................... 1-2
    1.2.3    Climate ........................................................................................... 1-5
    1.2.4    Development of the Coachella Valley ........................................... 1-6
    1.2.5    Water Development History ............................................................ 1-7
    1.2.6    CVWD History ............................................................................... 1-8
    1.2.7    CVWD Services ............................................................................. 1-9
1.3    CVWD 2002 water management plan summary ............................................ 1-13
    1.3.1    Goals and Objectives ................................................................... 1-13
    1.3.2    Alternative Selection .................................................................... 1-14
    1.3.3    Implementation of the Preferred Alternative ............................... 1-14
1.4    Regional Water Agency Coordination ........................................................... 1-15
    1.4.1    Law .............................................................................................. 1-15
    1.4.2    Interagency Coordination ............................................................ 1-15
1.5    Public Notification of Urban Water Management Plan Update ...................... 1-15
    1.5.1    Law .............................................................................................. 1-15
    1.5.2    Public Participation ...................................................................... 1-16
    1.5.3    UWMP Adoption .......................................................................... 1-16

**Section 2 - Population and Water Use**

2.1    Law ................................................................................................................ 2-1
2.2    Historical Population ...................................................................................... 2-1
2.3    Future Growth Projections ............................................................................. 2-1
2.4    Historical Water Use ...................................................................................... 2-4
    2.4.1    Water Usage by Cost Center ......................................................... 2-5
    2.4.2    Water Usage per Meter ................................................................ 2-10
    2.4.3    Agricultural Demands ................................................................... 2-11
    2.4.4    Groundwater Replenishment ....................................................... 2-12
2.5    Future Water Demands ................................................................................ 2-13
    2.5.1    Domestic Water Demand Projection Methodology ...................... 2-13
    2.5.2    Future Domestic Water Demand Projection ................................ 2-21
    2.5.3    Domestic Water Loss ................................................................... 2-21
    2.5.4    Non-Potable Water Usage ........................................................... 2-24
    2.5.5    Groundwater Recharge ............................................................... 2-25
    2.5.6    Total Projected Water Uses ......................................................... 2-26

**Section 3 - Water Supplies**

3.1    Law ................................................................................................................ 3-1
3.2    Existing Water Supplies ................................................................................. 3-2

EXHIBIT 3
- 31 -

## Table of Contents

3.2.1   Groundwater ................................................................. 3-2
3.2.2   Local Surface Water ...................................................... 3-20
3.2.3   Imported Water ............................................................. 3-20
3.2.4   Recycled Water ............................................................. 3-28
3.3   Future Water Supplies ............................................................ 3-29
3.3.1   Quantification Settlement Agreement (QSA) ................. 3-29
3.3.2   Water Exchanges and Transfers .................................... 3-32
3.3.3   State Water Project ........................................................ 3-36
3.3.4   Treated Municipal Effluent ........................................... 3-37
3.3.5   Desalinated Agricultural Drain Water ......................... 3-37
3.3.6   Water Supply Summary .................................................. 3-39
3.3.7   Water Supply Reliability ................................................ 3-39
3.3.8   Frequency and Magnitude of Supply Deficiencies ......... 3-42
3.3.9   Plans to Assure a Reliable Water Supply ...................... 3-43

**Section 4 - Water Conservation**
4.1   Law ......................................................................................... 4-1
4.2   Water Management Plan Conservation Goals ........................ 4-2
4.3   Water Survey Program for Single-Family and Multi-Family Residential
        Customers ............................................................................... 4-4
4.4   Residential Plumbing Retrofit Program .................................. 4-4
4.5   System Water Audits, Leak Detection and Repair Program ..... 4-6
4.6   Metering with Commodity Rates for all New Connections and Retrofit of
        Existing Connections Program ................................................ 4-7
4.7   Large Landscape Conservation Programs and Incentives Program ......... 4-7
4.7.1   Expand Landscape Irrigation Retrofit Low-Interest Loan Program ........ 4-7
4.7.2   Commercial Protector Del Agua Program ...................... 4-9
4.7.3   Water Audits for Large Water Users ............................. 4-9
4.7.4   Adoption of Model Landscape Ordinance by Coachella Valley Cities to
          Establish Water Budget and Landscaping Criteria for New Development ....... 4-10
4.7.5   Plan Checking for Compliance with Landscape Ordinance ............. 4-10
4.7.6   Random Inspections of Landscape Projects for Compliance with
          Landscape Ordinance .................................................. 4-11
4.7.7   ETo Clock Rebate Program .......................................... 4-11
4.7.8   Curbside Sprinkler Retrofit Program ............................ 4-12
4.7.9   Full-Time Inspection of Landscape Projects to Insure Installation Matches
          Approved Plans ........................................................... 4-13
4.7.10  Maximum Water Allowance Tiered Rate Pilot Program for Class 11
          Meters Only ................................................................. 4-13
4.8   High-Efficiency Washing Machine Rebate Program ............... 4-14
4.9   Public Information Programs ................................................... 4-15
4.9.1   Publications – Lush and Efficient ................................. 4-15
4.9.2   Demonstration Gardens ................................................ 4-15
4.9.3   Annual Horticulture Workshop ..................................... 4-16
4.9.4   WMP Education – In-House and for Public ................... 4-16
4.9.5   Expanded Water Education Program for Residential Users ............ 4-16

EXHIBIT 3
- 32 -

**Table of Contents**

      4.9.6   Add Water Conservation Page to CVWD  Website, Including Water Use Calculator ........................................................................................ 4-17

4.10   School Education Programs .................................................................... 4-17
4.11   Conservation Programs for CII Account Summary ................................ 4-18
4.12   Wholesale Agency Programs .................................................................. 4-18
4.13   Conservation Pricing Program .............................................................. 4-18
4.14   Water Conservation Coordinator Program ........................................... 4-20
4.15   Water Waste Prohibition Program ........................................................ 4-20
4.16   Residential Ultra-Low-Flush Toilet Replacement Program .................. 4-21
4.17   Residential Conservation Programs ...................................................... 4-23
      4.17.1 Generate ETo Zone Map Program ............................................ 4-23
      4.17.2 Residential ETo Clock Rebate Program .................................... 4-24
      4.17.3 Residential Curbside Sprinkler Retrofit Program ...................... 4-25
      4.17.4 Residential Protector Del Agua Program .................................. 4-25
      4.17.5 Generic (Peel-off) Irrigation Schedule Guide for Lawn Watering with Reference to Website .............................................................. 4-25
      4.17.6 Develop Residential Landscape Irrigation Schedule Website ........... 4-26
      4.17.7 Landscape Irrigation Retrofit Financial Incentive Program .......... 4-26
      4.17.8 Residential Water Restrictions – Days/Hours ............................ 4-26
      4.17.9 Low Interest Loans to Improve Landscaping ............................ 4-26
      4.17.10 Tiered Water Rates – Residential ............................................ 4-26
      4.17.11 Cash for Grass Program ......................................................... 4-27
4.18   Golf Courses Water Conservation ......................................................... 4-27
      4.18.1 Efficient Irrigation Practices for Courses Existing in 2003 ............... 4-28
      4.18.2 Provide Soil Moisture Monitoring Services .................................... 4-28
      4.18.3 Plan Checking: Reduce Recreational Turf Grass Plant Factor of 0.82 to 0.7 on the Fairways and 0.6 on the Roughs and Driving Range ............ 4-29
      4.18.4 Complete Irrigation Audits On All New Courses ............................ 4-30
      4.18.5 Inspect Golf Courses For Plan Check Compliance ......................... 4-30
      4.18.6 Monitor Maximum Water Allowance Compliance .......................... 4-30
      4.18.7 Golf Course Water Efficiency Certificate Program ......................... 4-30
      4.18.8 Golf Course Turf Restrictions ....................................................... 4-31
      4.18.9 Tiered Groundwater Overdraft Surcharge – Supplemental Impact Fee ........... 4-31
      4.18.10 Tiered Pricing ........................................................................ 4-31

**Section 5 - Water Shortage Contingency Plan**

5.1   Law ........................................................................................................ 5-1
5.2   Intent Of The Plan ................................................................................. 5-1
5.3   Stages of Action ..................................................................................... 5-2
5.4   Estimate Of Minimum Supply In The Next Three Years ........................ 5-2
5.5   Catastrophic Supply Interruption Plan .................................................. 5-4
5.6   Water Use Restrictions .......................................................................... 5-4
5.7   Analysis Of Revenue Impacts Of Reduced Sales During Shortages ........ 5-5
5.8   Water Shortage Contingency Ordinance/Resolution ............................. 5-7
5.9   Water Use Monitoring Mechanisms ...................................................... 5-8

## Table of Contents

**Section 6 - Recycled Water**

6.1    Law ................................................................................................................. 6-1
6.2    Existing Wastewater System ........................................................................ 6-1
    6.2.1   Water Reclamation Facilities .................................................... 6-2
    6.2.2   Historical and Projected Wastewater Flows .............................. 6-6
    6.2.3   Existing and Potential Recycled Water Use ............................... 6-8
    6.2.4   Technical and Economical Feasibility ...................................... 6-13
    6.2.5   Actions to Encourage Reuse ..................................................... 6-13

**Section 7 - Water Quality Effects on Reliability**

7.1    Law ................................................................................................................. 7-1
7.2    Coachella Canal ........................................................................................... 7-1
    7.2.1   Total Dissolved Solids (TDS) ................................................... 7-1
    7.2.2   Perchlorate ................................................................................. 7-4
    7.2.3   Selenium .................................................................................... 7-6
7.3    State Water Project ...................................................................................... 7-6
    7.3.1   SWP Water Quality ................................................................... 7-7
    7.3.2   Metropolitan's Colorado River Aqueduct .................................. 7-7
7.4    Current Groundwater Quality ...................................................................... 7-8
    7.4.1   Total Dissolved Solids (TDS) ................................................... 7-8
    7.4.2   Chloride & Sulfate ................................................................... 7-15
    7.4.3   Nitrate ...................................................................................... 7-15
    7.4.4   Fluoride .................................................................................... 7-15
    7.4.5   Perchlorate ............................................................................... 7-16
    7.4.6   Arsenic ..................................................................................... 7-16
    7.4.7   Other Constituents ................................................................... 7-20
    7.4.8   Groundwater Quality Effects on Reliability ............................. 7-20

**Section 8 - Water Service Reliability**

8.1    Law ................................................................................................................. 8-1
8.2    Water Service Reliability ............................................................................. 8-1
    8.2.1   Normal Water Year .................................................................... 8-2
    8.2.2   Single Dry Year ......................................................................... 8-3
    8.2.3   Multiple Dry Years .................................................................... 8-4

**APPENDICES**

Appendix A – References
Appendix B – Abbreviations and Acronyms
Appendix C – Urban Water Management Planning Act
Appendix D – Resolution of Adoption
Appendix E – Water Demand and Wastewater Projections
Appendix F – Water Management Plan Executive Summary
Appendix G – CVWD Landscape Irrigation Ordinance (#1032)

EXHIBIT 3

- 34 -

**Table of Contents**

## LIST OF TABLES

**Table Name**            **Page Number**

Table 1-1 Climate ................................................................................................. 1-5
Table 1-2 Cities and Unincorporated Communities in CVWD Service Area ............................. 1-9
Table 2-1 CVWD Service Area Population- Current and Projected by City .............................. 2-3
Table 2-2 CVWD Service Area Number of Households– Current and Projected by City .......... 2-3
Table 2-3 CVWD Service Area Employment – Current and Projected by City ......................... 2-3
Table 2-4 Historical Domestic Water Consumption.............................................................. 2-4
Table 2-5 Domestic Water Consumption by Cost Center ..................................................... 2-5
Table 2-6 2004 Highest Water Usage and Average Water Usage Per Account ....................... 2-11
Table 2-7 Historical Annual Groundwater Recharge Water Deliveries ................................... 2-13
Table 2-8 Land Use Classification Summary ...................................................................... 2-14
Table 2-9 Acres of Non-vacant and Vacant Land ............................................................... 2-21
Table 2-10 Past, Current and Projected Domestic Water Consumption.................................. 2-22
Table 2-11 Historical and Projected Domestic Water Loss.................................................... 2-23
Table 2-12 Historical and Future CVWD Non-Potable Water Demand ................................... 2-24
Table 2-13 Projected Groundwater Recharge Demand......................................................... 2-25
Table 2-14 Total Projected Water Demand with Conservation............................................... 2-26
Table 3-1 Coachella Valley Groundwater Basin-Groundwater Storage Capacity ................... 3-10
Table 3-2 Historical and Future Groundwater Production By Subbasin For All Producers ..... 3-11
Table 3-3 Historical and Future CVWD Groundwater Production by Subbasin....................... 3-11
Table 3-4 Historical and Projected Groundwater Balance Whitewater River and Mission
    Creek Subbasins ........................................................................................... 3-16
Table 3-5 Estimated Groundwater Overdraft by Subbasin– Year 2004 ................................. 3-17
Table 3-6 Priorities and Water Delivery Contracts California Seven-Party Agreement of
    1931.............................................................................................................. 3-26
Table 3-7 Historical Coachella Canal Water Deliveries........................................................ 3-26
Table 3-8 Historical State Water Project Deliveries ............................................................. 3-28
Table 3-9 Historical Recycled Water Supply ...................................................................... 3-29
Table 3-10 CVWD Deliveries under Quantification Settlement Agreement ............................. 3-31
Table 3-11 Summary of Future SWP Supplies .................................................................... 3-37
Table 3-12 Future Recycled Water Supply ......................................................................... 3-38
Table 3-13 Projected Desalinated Agricultural Drain Water Flows ........................................ 3-38
Table 3-14 Historical and Projected Average Water Supply – CVWD.................................... 3-40
Table 3-15 Supply Reliability by Source - 2005 .................................................................. 3-40
Table 3-16 Supply Reliability by Source - 2030 .................................................................. 3-41
Table 4-1 Minimum Water Conservation Goals................................................................... 4-3
Table 4-2 Demand Management Measure Programs............................................................ 4-3
Table 4-3 Historic Residential Water Customers Summary................................................... 4-4
Table 4-4 Historic Conversion of Plumbing Fixtures............................................................ 4-5
Table 4-5 Projected Conversion of Plumbing Fixtures ......................................................... 4-5
Table 4-6 CVWD Distribution Piping Summary................................................................... 4-6
Table 4-7 Large Landscape Conservation Program Summary .............................................. 4-8
Table 4-8 Large Landscape Irrigation Loan Program Summary 2001-2005............................ 4-8
Table 4-9 City/Community Compliance with CVWD Landscape Irrigation Ordinance .......... 4-10

EXHIBIT 3
- 35 -

## Table of Contents

Table 4-10 Washing Machine Rebate Cost Effectiveness Summary ........................ 4-14
Table 4-11 Public Information and Education Programs ............................................ 4-15
Table 4-12 School Education Program Summary ..................................................... 4-17
Table 4-13  CII Water Conservation Program Summary ......................................... 4-18
Table 4-14 CVWD Billing Rate Summary ............................................................... 4-19
Table 4-15 Historic CVWD  Conservation Staffing Summary .................................. 4-20
Table 4-16 Projected CVWD  Conservation Staffing Summary ............................... 4-20
Table 4-17 Water Waste Prohibition City Program Summary ................................... 4-21
Table 4-18 ULFT Cost Effectiveness Summary ....................................................... 4-22
Table 4-19 Actual Single Family Actual ULFT Conversion ...................................... 4-22
Table 4-20 Planned Single Family Planned ULFT Conversion ................................ 4-22
Table 4-21 Actual Multi-Family Actual ULFT Conversion ........................................ 4-23
Table 4-22 Planned Multi-Family Planned ULFT Conversion ................................... 4-23
Table 4-23 Residential Programs ............................................................................. 4-24
Table 4-24  Golf Course Conservation Programs ..................................................... 4-27
Table 5-1 Water Supply Shortage Stages and Reduction Goals .............................. 5-2
Table 5-2 Three-Year Minimum Water Supply .......................................................... 5-3
Table 5-3 Mandatory Prohibitions ............................................................................. 5-4
Table 5-4 Consumption Reduction Methods .............................................................. 5-5
Table 5-5 Penalties and Charges .............................................................................. 5-5
Table 5-6 Reduced Revenues Due to Water Shortage .............................................. 5-6
Table 5-7 Reduced Expenditures Due to Water Shortage ......................................... 5-6
Table 5-8 Net Revenue Reduction by Stage ............................................................. 5-6
Table 5-9 Proposed Measures to Overcome Revenue and Expenditure Impacts ...... 5-7
Table 5-10 Water Use Monitoring Mechanisms ........................................................ 5-8
Table 6-1 CVWD WRP Location, Capacity and Average Daily Flow .......................... 6-2
Table 6-2 Historical Wastewater Flows and Reuse for Irrigation Use ....................... 6-7
Table 6-3 Projected Wastewater Flow by WRP/Tributary Area ................................. 6-8
Table 6-4 Comparison of 2000 Recycled Water Projection with 2005 Actual ........... 6-8
Table 6-5 Existing Recycled Water Users ................................................................ 6-10
Table 6-6 Projected Recycled and Non-Potable Water Use .................................... 6-10
Table 7-1 Summary of Coachella Canal Water Quality ............................................. 7-2
Table 7-2 Summary of Existing Groundwater Quality in the Coachella Valley .......... 7-9
Table 7-3 Summary of Water Quality for Selected Wells in the Coachella Valley ... 7-13
Table 7-4 CVWD Goundwater Well Arsenic Remediation for Potable Water Use .... 7-19
Table 8-1 Projected Normal Water Year Supply ....................................................... 8-2
Table 8-2 Projected Normal Water Year Demand ..................................................... 8-2
Table 8-3 Normal Year Supply and Demand Comparison ......................................... 8-3
Table 8-4 Projected Single Dry Year Supply ............................................................ 8-3
Table 8-5 Projected Single Dry Year Demand .......................................................... 8-3
Table 8-6 Projected Single Dry Year Supply and Demand Comparison .................... 8-4
Table 8-7 Projected Supply During Multiple Dry Year Period Ending 2010 .............. 8-4
Table 8-8 Projected Demand During Multiple Dry Year Period Ending 2010 ............ 8-4
Table 8-9 Projected Supply and Demand Comparison During Multiple Dry Year Period Ending 2010 ................................................................................................... 8-5
Table 8-10 Projected Supply During Multiple Dry Year Period Ending 2015 ............ 8-5

EXHIBIT 3
- 36 -

Table 8-11 Projected Demand During Multiple Dry Year Period Ending 2015 ........................ 8-5
Table 8-12 Projected Supply and Demand Comparison During Multiple Dry Year Period
    Ending 2015 ........................................................................................................... 8-6
Table 8-13 Projected Supply During Multiple Dry Year Period Ending 2020........................... 8-6
Table 8-14 Projected Demand During Multiple Dry Year Period Ending 2020 ........................ 8-6
Table 8-15 Projected Supply and Demand Comparison During Multiple Dry Year  Period
    Ending 2020 ........................................................................................................... 8-7
Table 8-16 Projected Supply During Multiple Dry Year Period Ending 2025........................... 8-7
Table 8-17 Projected Demand During Multiple Dry Year Period Ending 2025 ........................ 8-7
Table 8-18 Projected Supply and Demand Comparison During Multiple Dry Year Period
    Ending 2025 ........................................................................................................... 8-8
Table 8-19 Projected Supply During Multiple Dry Year Period Ending 2030........................... 8-8
Table 8-20 Projected Demand During Multiple Dry Year Period Ending 2030 ........................ 8-8
Table 8-21 Projected Supply and Demand Comparison During Multiple Dry Year Period
    Ending 2030 ........................................................................................................... 8-9

**LIST OF FIGURES**

| Figure Name | Page Number |
|---|---|

Figure 1-1 CVWD Service Area................................................................................................ 1-3
Figure 2-1 Historical Population of the CVWD Service Area ................................................... 2-2
Figure 2-2 Projected Growth within CVWD Service Area ........................................................ 2-4
Figure 2-3 CVWD Cost Centers .............................................................................................. 2-7
Figure 2-4 Water Usage by Cost Center and User Type .......................................................... 2-9
Figure 2-5 Water Usage per Meter- CVWD Average ............................................................. 2-10
Figure 2-6 Historical Agricultural Demand............................................................................. 2-12
Figure 2-7 Land Use .............................................................................................................. 2-15
Figure 2-8 Projection Process Diagram ................................................................................. 2-17
Figure 2-9 Non-vacant and Vacant Land ............................................................................... 2-19
Figure 2-10 Historical Water Consumption and Production .................................................... 2-23
Figure 3-1 Groundwater Sub-basins in the Coachella Valley ................................................. 3-5
Figure 3-2 Representative Groundwater Levels ..................................................................... 3-13
Figure 3-3 Surface Water Feature of the Coachella Valley .................................................... 3-21
Figure 3-4 Colorado River Water Users and Facilities........................................................... 3-23
Figure 3-5 CVWD Colorado River Water Deliveries with QSA .............................................. 3-32
Figure 6-1 Existing and Future Wastewater System............................................................... 6-3
Figure 6-2 Existing and Future Non-Potable Water Users ..................................................... 6-11
Figure 7-1 Historical Salinity of Water in the Coachella Canal  and Metropolitan's
    Colorado River Aqueduct ...................................................................................... 7-4
Figure 7-2 Total Dissolved Solids, Nitrate and Sulfate Concentration Maps  for the
    Coachella Valley ................................................................................................. 7-11
Figure 7-3 Chloride, Fluoride and Arsenic Concentration Maps  for the Coachella Valley ..... 7-17

EXHIBIT 3
- 37 -

# Section 1
# Introduction

## 1.1    OVERVIEW OF THE URBAN WATER MANAGEMENT PLANNING ACT

The Urban Water Management Planning Act (UWMPA) was established by Assembly Bill (AB) 797 on September 21, 1983. Passage of this law by California State legislators recognized that water is a limited resource and that efficient water use and conservation would be actively pursued throughout the State. The UWMPA requires water suppliers in California, providing water for municipal purposes either directly or indirectly to more than 3,000 customers or supplying more than 3,000 acre-feet per year (acre-ft/yr) of water, to prepare and adopt a plan every five years which defines their current and future water use, sources of supply, source reliability, and existing conservation measures.  The UWMPA requires that each water supplier prepare or update its Urban Water Management Plan (UWMP) every five years before December 31, in years ending in five and zero. The plan is to be submitted to the California Department of Water Resources (DWR).

The UWMPA has been amended eight times since 2000.  These amendments have increased the reporting requirements for urban water agencies, make UWMPs pre-requisites for obtaining water-related state funding and serve as the basis for water supply assessments for new development.  Among the changes are the following:

- Describe the water management tools and options used that will maximize resources and minimize the need to import water from other regions.
- Provide additional information if groundwater is identified as a source of available water including a copy of any groundwater management plan, description of groundwater basin, water rights judgments, overdraft descriptions, pumping history, etc.
- Include information on the quality of existing water sources and the manner in which water quality affects water management strategies and reliability.
- Describe plans to supplement water sources that are not consistently available.
- Prohibits urban water suppliers that fail to prepare or submit an UWMP from receiving funding under Propositions 204 (1996) and 13 (2000) or any other funding program administered by DWR.
- Describe the actual use of recycled water compared to previously projected use and a description of the amount of treated wastewater that meets recycled water standards, is being discharged, and is available for use.
- Requires DWR to consider whether a water supplier is implementing water demand management activities in evaluating grant or loan applications from the Water Conservation Account.
- Requires urban water suppliers to provide wholesale water agencies with 20-year or more water use projections for that wholesale water source and requires wholesale water agencies to provide urban water suppliers with information on the existing and planned water sources of the wholesale agency for same 20 years.
- Requires an urban water supplier to submit a copy of its plan to the State Library.

EXHIBIT 3

## Section 1 – Introduction

- Describe opportunities for development of desalinated water including ocean water, brackish water and groundwater as a long-term supply.

In addition, Senate Bill (SB) 610, passed in 2001, requires that UWMPs be used as the basis for water supply assessments for new large developments (500 or more dwelling units or equivalent demand). Since SB 610 required the demonstration of water supply adequacy for 20 years, DWR has suggested that new UWMPs be prepared with a 25-year planning horizon so the UWMP demand and supply projections will be valid until the next UWMP update in 2010.

In recognition of the state requirements, the Coachella Valley Water District (CVWD) has prepared this 2005 UWMP. The purpose of the plan is to document CVWD's projected water demands and its plans for delivering water supplies to CVWD's water service area. This plan includes all information necessary to meet the requirements of California Water Code Division 6, Part 2.6 (Sections 10610-10657) of the UWMPA as updated in 2004. A copy of the UWMPA is included in **Appendix C** of this report.

## 1.2    COACHELLA VALLEY HISTORY AND SERVICE AREA

### 1.2.1    Law

*10631. A plan shall be adopted in accordance with this chapter and shall do all of the following:*
*(a) Describe the service area of the supplier, including current and projected population, climate, and other demographic factors affecting the supplier's water management planning. The projected population estimates shall be based upon data from the state, regional, or local service agency population projections within the service area of the urban water supplier and shall be in five-year increments to 20 years or as far as data is available.*

This section describes the Coachella Valley and the historical development and water supply of the Coachella Valley. This section also describes the history of CVWD and the services provided by CVWD. Population growth is described in **Section 2** of this report.

### 1.2.2    Description

The Coachella Valley lies in the northwestern portion of a great valley, the Salton Trough, that extends from the Gulf of California in Mexico northwesterly to the Cabazon area (**Figure 1-1**). This area lies primarily in Riverside County but also extends into northern San Diego County and northeastern Imperial County. The Colorado River enters this trough, and its delta has formed a barrier between the Gulf of California and the Coachella Valley. The Coachella Valley is ringed with mountains on three sides. On the west and north sides are the Santa Rosa, San Jacinto, and San Bernardino Mountains, which rise more than 10,000 feet above mean sea level (ft MSL). To the northeast and east are the Little San Bernardino Mountains, which attain elevations of 5,500 ft MSL.

The Coachella Valley is divided geographically and hydrologically into the Upper Valley and the Lower Valley. The Lower Valley is southeast of a line extending from Washington Street and Point Happy northeast to the Indio Hills near Jefferson Street, and the Upper Valley is northwest of this line.

EXHIBIT 3
- 39 -



Figure 1-1
CVWD Service Area

EXHIBIT 3

**Section 1 – Introduction**

### 1.2.3    Climate

Nearly all of the Colorado River Region has a subtropical desert climate with hot summers and mostly mild winters, and the average annual rainfall is quite low. Average annual precipitation ranges from three to six inches, most of which occurs in the winter. (DWR, 2005a).  Average rainfall is approximately 5.7 inches per year based on data from 1900 to 1995. (NCDC, 1999) However, summer storms do occur and can be significant in some years.  Clear and sunny conditions typically prevail. The region receives from 85 to 90 percent of possible sunshine each year, the highest value in the United States. Winter maximum temperatures are mild, but summer temperatures are very hot, with more than 100 days over 100 degrees Fahrenheit (° F) each year in the Imperial Valley. (DWR, 2005a)

CVWD is located in the Colorado River Region.  Data from climate stations in Palm Springs, can be used as an indicator of climate in the Coachella Valley.  Palm Springs has an average 24-hour temperature of 75° F (CIMIS, 2005).  The average 24-hour high temperatures reach over 100° F between July and September.  The record high for this area is 123° F and the record low is 19° F occurring in August and January, respectively (TWC, 2005).   Average monthly temperatures, precipitation and reference evapotranspiration (ETo) are shown in **Table 1-1**.

**Table 1-1**
**Climate**

| Month | Reference Evapotranspiration ETo[1] (in) | Average Rainfall (in)[2] | Average Temperature (°f)[2] |
|---|---|---|---|
| January | 2.48 | 1.1 | 57.3 |
| February | 3.36 | 1.2 | 58.0 |
| March | 5.27 | 0.6 | 73.2 |
| April | 6.90 | 0.2 | 74.1 |
| May | 8.68 | 0.1 | 81.0 |
| June | 9.60 | 0.0 | 86.4 |
| July | 9.61 | 0.2 | 92.0 |
| August | 8.68 | 0.3 | 91.7 |
| September | 6.97 | 0.3 | 85.7 |
| October | 4.96 | 0.3 | 73.9 |
| November | 3.00 | 0.4 | 61.7 |
| December | 2.17 | 0.9 | 65.3 |
| **Annual Average** | **71.6** | **5.7** | **75.0** |

[1] Source: CIMIS, 1999 (Average ETo for Zone 18-Low Desert Valleys)
[2] Source: NCDC, 1999

Estimated relative humidity ranges from 20 to 25 percent for summer afternoons to 35 to 45 percent for winter afternoons.  Wind direction is normally from the northwest at speeds of less than 13 miles per hour (mph) about 84 percent of the time.  Winds of 25 miles per hour mph or more, occasionally resulting in blowing sand or dust, have been recorded only 2.4 percent of the time for the short period of wind records (NOAA, 2002). The average wind speed is 5.7 mph. (DWR, 2005a).

EXHIBIT 3
- 41 -

## Section 1 – Introduction

### 1.2.4     Development of the Coachella Valley

Human occupation of the Coachella Valley is believed to date back at least 12,000 years. However, there is little evidence of the people who occupied the Coachella Valley until about 1,200 years ago. By 900 AD, Native American tribes were traveling between ancient Lake Cahuilla—one of many previous "Salton Seas" covering large portions of Imperial and Coachella Valleys—and the Colorado River. Some tribes established seasonal and permanent villages. Spanish explorers ventured into the Imperial Valley occasionally after 1540, but the first written evidence that people of European descent were aware of the Coachella Valley came in 1815. The coming of the railroad in the 1870s opened the Coachella Valley up to development.

The principal economic base of the Upper Valley is resort development associated with golf courses, which began in 1926. The economic base for the Lower Valley is irrigated agriculture. These two economic sectors also drive water demands and the need for water supply management in both the Upper and Lower Valleys.

**Upper Valley**

The Upper Valley, largely undeveloped prior to World War II, now includes open space, urban areas, and extensive resort development. The Upper Valley includes the cities of Palm Springs, Cathedral City, Rancho Mirage, Palm Desert, and Indian Wells, along with the unincorporated communities of Bermuda Dunes, Thousand Palms, Garnet, North Palm Springs, and Whitewater. These communities include major resort destinations with hotels, restaurants, shopping areas, major residential developments, celebrity homes, and approximately 110 golf courses. In 2004, it is estimated that approximately 3.5 million visitors to the Upper Valley contributed over $356 million in hotel sales and $37 million in transient occupancy tax. (PSDRCVA, 2005) A portion of the Upper Valley lands are Native American-owned and contain several reservations. Casinos on Native American land are located near Cabazon, Indio, and Palm Springs.

**Lower Valley**

The economic base of the Lower Valley was established in the late 19th century by mining, railroading, and agriculture. The Lower Valley includes the cities of La Quinta, Indio, and Coachella; and two unincorporated communities, Thermal and Mecca. Agriculture is now the mainstay of the economy in the Lower Valley. Like the Upper Valley, a portion of the Lower Valley is Native American tribal land.

The development of deep-well drilling techniques advanced the settlement of the Coachella Valley. Economical well-drilling methods and pumping machinery reduced the cost of water supply, and farming activities in the Lower Valley expanded rapidly.

Completion of the Coachella Canal by the U. S. Bureau of Reclamation (Reclamation) in 1949 resulted in further expansion of irrigated farming. In 1948, about 23,000 acres were under irrigation. According to DWR records, by 1964, irrigated acreage exceeded 50,000 acres. In 2004, irrigated acreage increased to more than 78,500 acres according to CVWD's 2004-2005 annual report. Principal fruit crops are dates, table grapes, grapefruit, lemons and limes, oranges

EXHIBIT 3
- 42 -

**Section 1 – Introduction**

and tangerines, and watermelons.  Corn, lettuce, carrots, broccoli, beans, onions, bell peppers, and squash are the principal vegetables.  The Lower Valley also has fish farms and greenhouses, which have located there because warm groundwater from a geothermal area is beneficial to their operations.

According to CVWD's annual review and water quality reports (CVWD, 1993-2005), in calendar year 2004, CVWD delivered Coachella Canal water to 67,537 acres with a value of product of $556,849,377 or $8,245 per acre.  Most of this production was in the Lower Valley. This excludes lands irrigated with well groundwater only.  The gross crop value per irrigated acre of the Coachella Valley ranks fourth among the highest of all projects in the western United States being supplied irrigation water by Reclamation.

## 1.2.5    Water Development History

Over thousands of years, freshwater inflows from rainfall and snowmelt left millions of acre-feet of high-quality water in the Coachella Valley groundwater basins. Early settlers soon learned, however, that the supply of high-quality groundwater was finite.  As demand on the groundwater basin increased, groundwater levels began dropping and artesian wells ceased flowing. In 1901, the California Development Company, seeking to facilitate the Imperial Valley's potential for agricultural productivity, dug irrigation canals from the Colorado River. Heavy silt loads, however, inhibited the water flow and new residents of the Coachella Valley became worried. This prompted the engineers to create a cut in the western bank of the Colorado River to allow more water to reach the Imperial Valley. Unfortunately, in 1905, heavy floodwaters broke through the engineered canal and nearly all the river's flow rushed into the Imperial and Coachella Valleys. By the time the breach was closed, the present-day Salton Sea was formed.

The groundwater table in the Lower Valley continued to drop until Colorado River water was introduced to the Coachella Valley in 1949.  Groundwater levels began to rise soon after the first application of Colorado River water and quickly returned to levels that had existed prior to agricultural development.  The water table remained fairly stable through the early 1980s but then began to decrease sharply.  Groundwater demand had once again exceeded supply, resulting in decreases in groundwater levels of more than 60 feet in some portions of the Lower Valley.

Development of the Upper Valley (Palm Springs to Indio) has occurred primarily because of the golf and destination resort industry, which dominates the Upper Valley economy.  Around 80 of the Coachella Valley's approximately 110 golf courses lie in the Upper Valley.  In 1926, when the Coachella Valley's first golf course was constructed, Palm Springs was a sleepy getaway for the rich and famous.  The cities of Rancho Mirage, Palm Desert, and Indian Wells were not even wide spots in the road.  Today, all of these cities have world-renowned destination resorts within their borders.

As golf courses, resorts, and the corresponding population grew, so did the demand on the Upper Valley's groundwater.  In 1963, CVWD and Desert Water Agency (DWA) entered into agreements to purchase water from the California State Water Project (SWP) to alleviate declining water tables in the Upper Valley.  To avoid the then estimated $150 million cost of constructing a pipeline to bring SWP water to the Coachella Valley, CVWD and DWA entered

EXHIBIT 3
- 43 -

## Section 1 – Introduction

into an exchange agreement with the Metropolitan Water District of Southern California (Metropolitan) to deliver water to the Coachella Valley. Metropolitan takes CVWD and DWA SWP water while delivering an equivalent amount of Colorado River water to the Coachella Valley. The exchanged Colorado River water is percolated into the ground at CVWD's Whitewater River Spreading Facility to replenish the Upper Valley's groundwater aquifer.

Averaging approximately 56,000 acre-ft/yr, more than 1.8 million acre-ft of Colorado River water has been delivered to the Upper Valley through this exchange since 1973. An advanced delivery agreement also allows Metropolitan to store excess Colorado River water in the Upper Valley's groundwater aquifer. During periods of shortages, Metropolitan uses CVWD and DWA's SWP entitlement while CVWD and DWA use the water stored by Metropolitan in the groundwater basin. Even with this additional supply of water to the Upper Valley, groundwater levels continue to decline.

Because the amount of groundwater being pumped from the Coachella Valley's groundwater basins exceeds the amount replenished, the aquifers have been in overdraft for a significant portion of the last century. Overdraft is a condition of a groundwater basin in which the amount of water extracted exceeds the amount of water recharging the basin over a period of time (DWR, 1993). The bulletin also defines "the critical condition of overdraft" as water management practices that would probably result in significant adverse overdraft-related environmental, social, or economic effects. Water quality degradation and land subsidence are two examples of such effects.

### 1.2.6    CVWD History

Early in this century, the Imperial Valley agricultural industry was growing and needed additional water. Imperial Valley farmers conceived a plan to tap the Whitewater River and export water from the Coachella Valley. Although the project did not materialize, the possibility of losing a valuable resource prompted the organization of CVWD to conserve and protect the water of the Coachella Valley and to develop a supplemental water source for irrigation. This supplemental source became Colorado River water delivered to the Valley via the Coachella Branch of the All American Canal. Improvement District No. 1 (ID-1) was established to include the irrigable land provided with Colorado River water. CVWD's contract with Reclamation restricts Colorado River water use to beneficial uses for lands within ID-1.

CVWD was formed in January 1918 under the County Water District Act provisions of the California Water Code. The Coachella Valley Stormwater District was formed in 1915. The two districts merged in 1937. CVWD now encompasses approximately 637,000 acres, mostly within Riverside County, but also extending into northern Imperial and northeastern San Diego counties (**Figure 1-1**). CVWD's service area includes the following populated regions of cities and unincorporated communities as show in **Table 1-2**.

EXHIBIT 3

- 44 -

**Section 1 – Introduction**

**Table 1-2
Cities and Unincorporated Communities
in CVWD Service Area**

| City and Unincorporated Community Name |
|---|
| 1.   City of Cathedral City |
| 2.   City of Coachella |
| 3.   City of Indian Wells |
| 4.   City of Indio |
| 5.   City of La Quinta |
| 6.   City of Palm Desert |
| 7.   City of Palm Springs |
| 8.   City of Rancho Mirage |
| *Riverside County (Unincorporated Communities)* |
| 9.   Bermuda Dunes |
| 10.  Mecca |
| 11.  North Shore |
| 12.  Sky Valley |
| 13.  Thermal |
| 14.  Thousand Palms |
| 15.  Valerie Jean |
| *Imperial County (Unincorporated Communities)* |
| 16.  Bombay Beach |
| 17.  Desert Shores |
| 18.  Hot Mineral Spa |
| 19.  Salton City |
| 20.  Salton Sea Beach |
| 21.  San Diego County (Unincorporated) |

## 1.2.7    CVWD Services

The water-related services provided by CVWD to most of the Coachella Valley include irrigation water delivery and conservation, domestic water delivery and conservation, wastewater reclamation and recycling, stormwater protection, agricultural drainage, water education, and groundwater recharge.

**Irrigation Water Delivery and Conservation**

CVWD's Colorado River irrigation distribution system was built to include conservation measures unheard of in the 1940s and rarely used elsewhere even today.  Unique to that initial system was a pipeline distribution system, a pipeline drainage system, and metered deliveries to every farm.  Of the Colorado River water reaching the Coachella Valley, 98.5 percent (or approximately 300,000 acre-ft/yr) is delivered to farmers.  Several water conservation and management activities are incorporated into CVWD's irrigation distribution system.

- The Coachella Branch of the All American Canal was concrete-lined within CVWD's water service area.

EXHIBIT 3
- 45 -

## Section 1 – Introduction

- A network of nearly 500 miles of distribution system consists entirely of buried pipeline to eliminate seepage and evaporation losses.

- CVWD's system was designed to prevent tail water by eliminating a place for it to be collected.  CVWD drains are mostly buried, perforated pipelines that require water to penetrate the soil for collection.

- In 1968, CVWD built Lake Cahuilla to provide a place to store Colorado River water, to meet changing needs, and to avoid wasteful spills.

- In the mid-1960s, CVWD placed the canal system under telemetry control, allowing operators to monitor and control water delivery facilities throughout a 1,000-square-mile area around the clock from CVWD's headquarters.  If more water is in a farm delivery system than can be used by the farmers on that system, an alarm sounds so the water can be cut back before significant waste occurs.

- Aquatic weeds clog canals which slow the water and increase losses through evapotranspiration and plugging meters and pipelines.  CVWD has achieved complete control of aquatic vegetation through stocking of triploid grass carp in the Coachella Canal.

- Coachella Valley farmers have been at the forefront in the use of water-efficient irrigation techniques such as drip.  This technique has shown water savings of up to 60 percent.  More than 50 percent of the irrigated acreage in ID-1 is irrigated by drip systems.  To facilitate irrigation, landowners have constructed more than 250 water-regulation reservoirs.

- CVWD has encouraged and supported the study of optimal irrigation and drainage techniques.

- In 1997, CVWD restructured its water-ordering procedures to allow water to be turned on and off at any time.  Previous CVWD procedures required orders to be placed well in advance and allowed for turn-ons and turn-offs only at certain times of the day.  This procedure has increased operational flexibility for irrigators and increased efficiency.

**Domestic Water**

CVWD provides domestic water for over 240,000 Coachella Valley residents (CVWD, 2005a).  The distribution system includes 69 reservoirs, over 1,872 miles of pipelines, and 117 domestic wells.

- More than half of residential and commercial construction in the Coachella Valley is relatively recent and includes water-conserving plumbing.

- To demonstrate low-water-use plants, CVWD maintains a xeriscape demonstration garden at its Coachella headquarters and at the Palm Desert facility.  These gardens of native plants employ the most water-efficient irrigation techniques available.

EXHIBIT 3
- 46 -

**Section 1 – Introduction**

- An Internet Web page (www.cvwd.org) is maintained by CVWD. The CVWD website provides frequently updated Coachella Valley weather conditions, a description of the Valley's water resources, information on CVWD's functions, and a guide to Coachella Valley landscaping, including the use of native plants.

- CVWD also provides water audits to farms, golf courses and homeowner associations. Significant savings on water use have been realized because of these audits. The audit brings wasteful water use to the attention of the user and provides recommendations for greater efficiency. CVWD provides landscape workshops for homeowners. Reviews of landscape plans for major housing and commercial developments are now a part of the subdivision review process in Coachella Valley cities.

- Homeowner associations have saved as much as 50 percent on water bills after updating and modifying their irrigation systems. CVWD has set aside $500,000 to issue loans to homeowner associations at 3 percent interest over a five-year loan period. CVWD requires only that the large-scale water users be audited to confirm that there is a potential for at least a 30 percent water savings.

**Wastewater Reclamation and Recycling**

Sanitation service became a CVWD responsibility in 1968, when it acquired the Palm Desert Country Club Water Reclamation Plant and domestic water system. Presently, there are six water reclamation plans (WRP) providing wastewater treatment as well as recycled water (RW) supply in the CVWD service area. The existing WRPs allows CVWD to provide sanitation service to most of the areas that it serves with domestic water. The remaining areas are on septic systems. The communities served by each of the WRPs is listed below:

- WPR-1: Bombay Beach
- WRP-2: Desert Beach, Marina, North Shore
- WRP-4: communities from La Quinta to Mecca
- WRP-7: Cathedral City, Rancho Mirage, Palm Desert, Bermuda Dunes, Thousand Palms and unincorporated Riverside County
- WRP-9: Palm Desert Country Club and surrounding residential areas
- WRP-10: Indian Wells, Palm Desert, Ranch Mirage and a portion of Cathedral City

Detailed descriptions of the wastewater plants are presented in **Section 6** of this report.

**Stormwater Protection**

CVWD provides regional flood protection for the portion of the Coachella Valley within CVWD's stormwater unit, extending from Cathedral City to Salton City. The stormwater unit includes 59 percent (375,658 acres) of the land within the general CVWD boundary (637,634 acres).

EXHIBIT 3
- 47 -

# Section 1 – Introduction

**Agricultural Drainage**

Supplemental water brought into the Lower Coachella Valley for irrigation has resulted in a high groundwater table within the semi-perched zone that could saturate the root zone of crops and stifle growth or eliminate crop production. The semi-perched zone lies above the Upper aquifer and extends to the ground surface. Irrigation also concentrates salts in drainage waters as salts are leached from soils. Therefore, a drainage system is necessary for much of the Lower Valley.

CVWD operates and maintains a collector system of 166 miles of pipe ranging in size from 18 inches to 72 inches, along with 21 miles of open ditches, to serve as a drainage network for irrigated lands. All agricultural drains empty into the Coachella Valley Stormwater Channel (CVSC) except those at the southern end of the Coachella Valley, which flow directly to the Salton Sea. This system serves nearly 38,000 acres and receives water from more than 2,293 miles of on-farm drain lines (CVWD, 2005).

**Groundwater Recharge**

CVWD has been recharging the groundwater basin in the Upper Valley since 1919, first with local water and later with imported water. With the introduction of the SWP, CVWD became one of 29 contractors for Northern California water. DWA, in the west end of the Coachella Valley, also is a SWP contractor. With no pipeline in place to deliver SWP water to the Coachella Valley, the two local agencies worked out an agreement with Metropolitan to trade, on an acre-foot-for-acre-foot basis, CVWD's and DWA's SWP water for a like amount of Metropolitan's Colorado River water. Metropolitan's Colorado River Aqueduct (CRA) is tapped where it crosses the Whitewater River, and the exchange water is diverted to a series of 19 CVWD ponds, where it percolates to replenish the groundwater basin. In 1973, CVWD and DWA started spreading the water exchanged with Metropolitan. More than 1.8 million acre-ft of Colorado River water have been delivered through the SWP Exchange program since its inception in 1973.

In 1984, CVWD and DWA executed an advance delivery agreement with Metropolitan to recharge additional Colorado River supplies in the Upper Valley during periods of surplus water availability in the Colorado River Basin. These pre-deliveries, which also were released to the Whitewater River and recharged in the Upper Valley, amounted to over 650,000 acre-ft of exchange water released to the Whitewater River between 1985 through 1987. As of December 2004, a total of about 177,400 acre-ft of Colorado River water was stored in the groundwater reservoir. Metropolitan uses the banked supplies during periods of future water shortage in Southern California. When Metropolitan requires the stored water, it will take its Colorado River water supplies along with CVWD's and DWA's SWP water for as long as necessary, or until the banked quantity of the allotment is exhausted. CVWD and DWA, in turn, will pump the previously stored water from the basin. However, until the banked water is needed, CVWD and DWA benefit by higher groundwater levels and lower pumping costs. CVWD also has contracted with Reclamation to take surplus Colorado River water, when available, for storage in the Upper Valley. In addition, CVWD purchases SWP water on the spot market as available. This water is also exchanged with Metropolitan for Colorado River water and used for Upper Valley groundwater recharge.

EXHIBIT 3
- 48 -

**Section 1 – Introduction**

In 1995, CVWD began a pilot recharge program at a site west of Dike No. 4 and south of Lake Cahuilla in the Lower Valley. The objective of the program is to determine whether groundwater could be recharged at this site to the benefit of the Lower Valley. Most of the Lower Valley is underlain by a clay layer that limits the exchange of water between the Upper and Lower aquifers. The geologic information indicates that a recharge site at Dike No. 4 is sufficiently far away from the main clay layer to allow groundwater recharge to the Lower aquifer, which is the principal aquifer supplying agricultural water to the Lower Valley. Through June 1998, approximately 1,800 acre-ft of water had been recharged experimentally at this site. This small amount of water did not have a measurable impact on groundwater levels. However, the pilot program indicates that recharge is feasible. In 1998, CVWD expanded the groundwater recharge project at Dike No. 4 to include two 3-acre ponds to evaluate recharge on a larger scale. Since its inception, 17,451 acre-ft of water has been recharged at Dike 4.

**Water Education**

CVWD's education efforts concentrate on water safety and outside water use. Two certified teachers on staff reach out to thousands of children annually with CVWD's "wise water use" message. A staff water management specialist works with golf courses, cities, and major developers to encourage the use of water-efficient plants and water-conserving landscape irrigation techniques. CVWD staff and Eric Johnson, one of California's leading desert landscape experts, developed *Lush and Efficient: A Guide to Coachella Valley Landscaping* (CVWD, 2001) specifically to aid Coachella Valley residents. Newsletters and other printed material promoting the wise use of water are published regularly.

## 1.3    CVWD 2002 WATER MANAGEMENT PLAN SUMMARY

To meet its responsibilities for ensuring that there are adequate water supplies in the future, CVWD initiated a planning process in the early 1990s. The process initially addressed the Lower Valley, but was expanded to include the entire Coachella Valley in 1995. The 2002 Coachella Valley Water Management Plan (CVWMP) was the product of that process (CVWD, 2002a). The CVWMP was adopted by CVWD Board of Directors in October 2002. The CVWMP is summarized briefly below and a copy of the executive summary is included as **Appendix E**. Copies of the full CVWMP and the Final Program Environmental Impact Report (PEIR) (CVWD, 2002a and 2002b) are available for inspection at CVWD's offices or on the CVWD website.

### 1.3.1    Goals and Objectives

The goal of the CVWMP is to assure adequate quantities of safe, high-quality water at the lowest cost to Coachella Valley water users. To meet this goal, four objectives were identified:

1. Eliminate groundwater overdraft and its associated adverse impacts, including:

   - groundwater storage reductions
   - declining groundwater levels
   - land subsidence

## Section 1 – Introduction

- water quality degradation

2. Maximize conjunctive use opportunities

3. Minimize adverse economic impacts to Coachella Valley water users

4. Minimize environmental impacts

### 1.3.2 Alternative Selection

CVWD staff and consultants identified potential water management elements for inclusion in the CVWMP. Potential management elements were subsequently organized into six categories:

1. Pumping restrictions
2. Demand reduction
3. Local water sources
4. Imported water sources
5. Water management actions
6. Water quality approaches

Each of the potential management elements was rated based on the element's ability to reduce overdraft, technical feasibility, potential environmental impacts, cost, legal and regulatory factors, and regional economic impacts. Based on these ratings, numerous potential elements were eliminated from further consideration.

The remaining "short-listed" elements were organized into the following conceptual management *Alternatives*:

1. No Project
2. Pumping Restrictions
3. Maximize Local Resources
4. Combinations of all Alternatives

With the exception of the No Project alternative, which was required under the California Environmental Quality Act (CEQA), a preliminary evaluation of each alternative was performed to determine which alternatives should be formally considered and evaluated in the CVWMP. The evaluation process involved technical analyses coupled with professional judgement and experience. After extensive review, the selected alternative was Alternative 4 – Combination of all Alternatives.

### 1.3.3 Implementation of the Preferred Alternative

The preferred alternative, Alternative 4, includes water conservation, groundwater recharge, and source substitution management elements. Implementation of the preferred alternative has and continues to require numerous decisions regarding the priorities for implementation, the financing mechanisms for various elements of the plan, potential cooperative agreements with

EXHIBIT 3
- 50 -

**Section 1 – Introduction**

other agencies, and balancing needs with available resources.   Many of the elements of the
CVWMP are described further in this UWMP.

A significant activity in decision-making and plan implementation is coordination and
consultation with other governing agencies and tribal interests.  The CVWMP stated that CVWD
would not, nor should it, attempt to unilaterally implement water management activities that are
within the purview of local or other governments.  This coordinating effort is a major focus of
implementation.  Detailed implementation plans are currently being developed by CVWD for
each water management category of the CVWMP.   These plans, which cover residential
conservation, golf course conservation, agricultural conservation and special projects, are
expected to be complete in early 2006.

## 1.4     REGIONAL WATER AGENCY COORDINATION

### 1.4.1     Law

*10620 (d) (2) Each urban water supplier shall coordinate the preparation of its plan with other
appropriate agencies in the area, including other water suppliers that share a common source,
water management agencies, and relevant public agencies, to the extent practicable.*

### 1.4.2     Interagency Coordination

CVWD shares a common groundwater source with DWA, the City of Coachella (Coachella), the
City of Indio (Indio), Mission Springs Water District and Myoma Dunes Mutual Water Company
(Myoma).  CVWD is a contractor with the United States to receive Colorado River water.
CVWD and DWA are contractors with the State to receive SWP water.  Each agency that shares
and/or coordinates water supplies with CVWD had an opportunity to review and comment on the
CVWMP.  In addition, CVWD notified all cities and the counties of Riverside and Imperial by
letter in August 2005 that it was updating the UWMP and requested planning information for
inclusion in the plan.

## 1.5     PUBLIC NOTIFICATION OF URBAN WATER MANAGEMENT PLAN UPDATE

### 1.5.1     Law

*10642.  Each urban water supplier shall encourage the active involvement of  diverse social,
cultural, and economic elements of the population within the service area prior to and during the
preparation of the plan.  Prior to adopting a plan, the urban water supplier shall make the plan
available for public inspection and shall hold a public hearing thereon.  Prior to the hearing,
notice of the time and place of hearing shall be published within the jurisdiction of the publicly
owned water supplier pursuant to Section 6066 of the Government Code.  The urban water
supplier shall provide notice of the time and place of hearing to any city or county within which
the supplier provides water supplies. A privately owned water supplier shall provide an
equivalent notice within its service area. After the hearing, the plan shall be adopted as prepared
or as modified after the hearing.*

EXHIBIT 3
- 51 -

## Section 1 – Introduction

### 1.5.2    Public Participation

CVWD has developed an active public information and participation program in conjunction with the development and implementation of the CVWMP.  CVWD formed a task force, hereafter referred to as the CVWMP Task Force, made up of interested stakeholders in January 2005.  The role of the CVWMP Task Force is to advise CVWD Board of Directors on implementation of the CVWMP.  The task force consists of four teams:  Residential/Municipal, Agricultural, Golf Course, and Special Projects, each led by a CVWD staff member.  The first three teams are focusing principally on the development and evaluation of water conservation measures for their respective use types.  The Special Projects team is focusing on several major projects including the Mid-Valley Pipeline, groundwater recharge projects, and increased use of treated municipal effluent.  The goal of the CVWMP Task Force is to produce the CVWMP Implementation Recommendations.

On November 15, 2005, a summary of the UWMP was presented to the CVWMP Task Force. The UWMP was made available for public review and comment on November 29, 2005.  Input from CVWMP Task Force teams has been incorporated in this UWMP.  No formal comments on the draft UWMP were received during the public review period.

In addition, CVWD held a public hearing to consider adoption of this UWMP on December 13, 2005 at CVWD's headquarters in Coachella.  Notification of the hearing was published on November 29 and December 6, 2005 in the Desert Sun and Imperial Valley Press as required by state law.  Proofs of publication are included in **Appendix D**.

### 1.5.3    UWMP Adoption

After a public hearing was conducted on December 13, 2005, the CVWD Board of Directors adopted this UWMP by resolution.  A copy of the Resolution of Adoption is included in **Appendix D**.

This UWMP includes all information necessary to meet the requirements of California Water Code Division 6, Part 2.6 (Urban Water Management Planning).

EXHIBIT 3
- 52 -

# Section 3
# Water Supplies

## 3.1  LAW

*10631. A plan shall be adopted in accordance with this chapter and shall do all of the following:*

*(a) Identify and quantify, to the extent practicable, the existing and planned sources of water available to the supplier over the same five-year increments described in subdivision*

*(b). If groundwater is identified as an existing or planned source of water available to the supplier, all of the following information shall be included in the plan:*

*(1) A copy of any groundwater management plan adopted by the urban water supplier, including plans adopted pursuant to Part 2.75 (commencing with Section 10750), or any other specific authorization for groundwater management.*

*(2) A description of any groundwater basin or basins from which the urban water supplier pumps groundwater. For those basins for which a court or the board has adjudicated the rights to pump groundwater, a copy of the order or decree adopted by the court or the board and a description of the amount of groundwater the urban water supplier has the legal right to pump under the order or decree. For basins that have not been adjudicated, information as to whether the department has identified the basin or basins as overdrafted or has projected that the basin will become overdrafted if present management conditions continue, in the most current official departmental bulletin that characterizes the condition of the groundwater basin, and a detailed description of the efforts being undertaken by the urban water supplier to eliminate the long-term overdraft condition.*

*(3) A detailed description and analysis of the location, amount, and sufficiency of groundwater pumped by the urban water supplier for the past five years. The description and analysis shall be based on information that is reasonably available, including, but not limited to, historic use records.*

*(4) A detailed description and analysis of the amount and location of groundwater that is projected to be pumped by the urban water supplier. The description and analysis shall be based on information that is reasonably available, including, but not limited to, historic use records*

*(c) Describe the reliability of the water supply and vulnerability to seasonal or climatic shortage, to the extent practicable, and provide data for each of the following:*

*(1) An average water year,*

*(2) A single dry water year,*

*(3) Multiple dry water years.*

*For any water source that may not be available at a consistent level of use, given specific legal, environmental, water quality, or climatic factors, describe plans to replace that source with alternative sources or water demand management measures, to the extent practicable.*

EXHIBIT 3
- 53 -

## Section 3 – Water Supplies

*(h) Include a description of all water supply projects and water supply programs that may be undertaken by the urban water supplier to meet the total projected water use as established pursuant to subdivision (a) of Section 10635. The urban water supplier shall include a detailed description of expected future projects and programs, other than the demand management programs identified pursuant to paragraph (1) of subdivision (f), that the urban water supplier may implement to increase the amount of the water supply available to the urban water supplier in average, single-dry, and multiple-dry water years. The description shall identify specific projects and include a description of the increase in water supply that is expected to be available from each project. The description shall include an estimate with regard to the implementation timeline for each project or program.*

This section describes the existing and future water supplies available to CVWD to meet its domestic and non-potable water demands.  Water supply reliability is presented for normal, single dry and multiple dry years.

## 3.2    EXISTING WATER SUPPLIES

The principal water supplies of the Coachella Valley are local groundwater, imported Colorado River water and imported SWP water.  The Coachella Canal, which brings in Colorado River water from the All-American Canal near the Mexico-U.S. border, traverses the southeastern margin of the Valley.  The Canal turns southwest around the northern end of Indio and terminates at man-made Lake Cahuilla, south of La Quinta.  Imported water is also obtained from the SWP, which is exchanged with Metropolitan for water from its Colorado River Aqueduct north of Palm Springs.  Other water resources include local surface runoff, and treated municipal effluent.

Precipitation in this arid region is only 3 to 6 inches/yr (on average) and does not directly provide significant additional water supply because most of the precipitation evaporates or is consumed by the native vegetation.  However, the aquifers are recharged by precipitation and runoff from the local mountains.  During heavy storms, precipitation can generate measurable runoff that either percolates into the groundwater basin or flows into Whitewater River and ultimately to the Salton Sea.

### 3.2.1    Groundwater

Groundwater is the principal source of municipal water supply in the Coachella Valley.  CVWD serves domestic water to most of the developed portions of the Coachella Valley and along both sides of the Salton Sea in Imperial Valley.  CVWD obtains water from both the upper and lower Whitewater River subbasins and the Mission Creek subbasin. A common groundwater source, the Whitewater River subbasin, is shared by CVWD, Desert Water Agency, the cities of Indio and Coachella, and numerous private groundwater producers.  The basin is divided into the upper and lower subbasins, with an estimated total storage of 30 million acre feet of water.  The cities of Indio and Coachella obtain water from the lower subbasin. The Mission Creek subbasin is a common supply that is utilized by CVWD, Mission Springs Water District and private groundwater producers.  Both CVWD and DWA have the legal authority to manage the groundwater basins within their respective service areas.  Subject to certain legal requirements, each agency may utilize an assessment on groundwater pumping to finance the acquisition of

EXHIBIT 3
- 54 -

**Section 3 – Water Supplies**

imported and recycled water supplies and to recharge the groundwater basins.  The following presents a description of the groundwater basins, historical production, groundwater levels and estimates of overdraft.

**Groundwater Basin Description**

The Coachella Valley groundwater basin, as described by the California Department of Water Resources (DWR), is bounded on the easterly side by the non-waterbearing crystalline rocks of the San Bernardino and Little San Bernardino Mountains and on the westerly side by the crystalline rocks of the Santa Rosa and San Jacinto Mountains. The trace of the Banning fault on the north side of San Gorgonio Pass forms the upper boundary.

The lower boundary is formed primarily by the watershed of the Mecca Hills and by the northwest shoreline of the Salton Sea running between the Santa Rosa Mountains and Mortmar. Between the Salton Sea and Travertine Rock, at the base of the Santa Rosa Mountains, the lower boundary roughly coincides with the Riverside/Imperial County Line.

Southerly of the lower boundary (Mortmar and Travertine Rock), the subsurface materials are predominantly fine-grained and low in permeability; although groundwater is present, it is not readily extractable. A zone of transition exists at these boundaries.  To the north, the subsurface materials are coarser and more readily yield groundwater.

Although there is interflow of groundwater throughout the groundwater basin, fault barriers, constrictions in the basin profile and areas of low permeability limit and control movement of groundwater. Based on these factors, the groundwater basin has been divided into subbasins and subareas as described by DWR in 1964 and the United States Geological Survey (USGS) in 1971.

The boundaries between subbasins within the groundwater basin are generally based upon faults that are effective barriers to the lateral movement of groundwater. Minor subareas have also been delineated, based on one or more of the following geologic or hydrologic characteristics: type of waterbearing formations, water quality, areas of confined groundwater, forebay areas, groundwater flow divides and surface drainage divides.

The following is a list of the subbasins and associated subareas for the Lower and Upper Valleys, based on the DWR and USGS designations:

- Mission Creek subbasin
- Desert Hot Springs subbasin
- Garnet Hill subbasin
- Whitewater River subbasin
- Palm Springs subarea
- Thermal subarea
- Thousand Palms subarea
- Oasis subarea

EXHIBIT 3
- 55 -

## Section 3 – Water Supplies

**Figure 3-1** shows the locations of the above described subbasins. The following areas are those within the Coachella Valley Water District boundaries where a supply of potable groundwater is not readily available:

- Indio Hills area
- Mecca Hills area
- Barton Canyon area
- Bombay Beach area which is adjacent to the Salton Sea
- Salton City area which is adjacent to the Salton Sea

Groundwater is pumped and exported from the Coachella Valley to meet water demands in these areas.

### *Mission Creek Subbasin*

Waterbearing materials underlying the Mission Creek upland comprise the Mission Creek subbasin. The subbasin is bounded on the south by the Banning fault and on the north and east by the Mission Creek fault. It is bordered on the west by non-waterbearing rocks of the San Bernardino Mountains. To the southeast of the subbasin are the Indio Hills. The area within this boundary reflects the estimated limit of effective storage within the subbasin.

Both the Mission Creek fault and the Banning fault are effective barriers to groundwater movement, as evidenced by offset water levels, fault springs, and changes in vegetation. Water level differences across the Banning fault, between the Mission Creek and Garnet Hill subbasins, are on the order of 200 to 250 feet. Similar water level differences exist across the Mission Creek fault between the Mission Creek and Desert Hot Springs subbasins.

### *Desert Hot Springs Subbasin*

The Desert Hot Springs subbasin is bounded to the north by the Little San Bernardino Mountains and to the southeast by the Mission Creek and San Andreas faults. The San Andreas fault separates the Desert Hot Springs subbasin from the Whitewater River subbasin and serves as an effective barrier to groundwater flow. The subbasin has been divided into three subareas: Miracle Hill, Sky Valley and Fargo Canyon. The Desert Hot Springs subbasin is not extensively developed except in the area of Desert Hot Springs. Relatively poor groundwater quality has limited the use of this subbasin for groundwater supply. The Miracle Hill subarea is characterized by hot mineralized groundwater, which supplies a number of spas in the area.

EXHIBIT 3

- 56 -

Section 3 – Water Supplies

Figure 3-1
Groundwater Sub-basins in the Coachella Valley



Source: Engineer's Report for Lower Whitewater River Subbasin Area of Benefit, CVWD, 2005b

MWH

Page 3-5

EXHIBIT 3
- 57 -

## Section 3 – Water Supplies

### *Garnet Hill Subbasin*

The area between the Garnet Hill fault and the Banning fault, named the Garnet Hill subarea by
DWR (1964), was considered a distinct subbasin by the USGS because of the effectiveness of
the Banning and Garnet Hill faults as barriers to groundwater movement. This is illustrated by a
difference of 170 feet in groundwater level elevation in a horizontal distance of 3,200 feet across
the Garnet Hill fault, as measured in the Spring of 1961. The fault does not reach the surface and
is probably effective as a barrier to groundwater movement only below a depth of about 100 feet.

Although some recharge to this subbasin may come from Mission Creek and other streams that
pass through during periods of high flood flows, the chemical character of the groundwater plus
its direction of movement indicate that the main source of recharge to the subbasin comes from
the Whitewater River through the permeable deposits which underlie Whitewater Hill. Based on
groundwater level measurements, this area is partially influenced by artificial recharge activities
at the Whitewater Spreading Facilities at Windy Point.

### *Whitewater River Subbasin*

The Whitewater River subbasin, known also as the Indio subbasin, comprises the major portion
of the floor of the Coachella Valley and encompasses approximately 400 square miles.
Beginning approximately one mile west of the junction of State Highway 111 and Interstate 10,
the Whitewater River subbasin extends southeast approximately 70 miles to the Salton Sea. The
subbasin is bordered on the southwest by the Santa Rosa and San Jacinto Mountains, and is
separated from Garnet Hill, Mission Creek and Desert Hot Springs subbasins to the north and
east by the Garnet Hill and San Andreas faults.

The limit of the Whitewater River subbasin along the base of the San Jacinto Mountains and the
northeast portion of the Santa Rosa Mountains coincides with the Coachella Valley groundwater
basin boundary. The Whitewater River subbasin in this vicinity includes only the recent terraces
and alluvial fans. The Garnet Hill fault, which extends southeastward from the north side of San
Gorgonio Pass to the Indio Hills, is a relatively effective barrier to groundwater movement in the
Garnet Hill subbasin. The San Andreas Fault, extending southeastward from the junction of the
Mission Creek and Banning faults in the Indio Hills and continuing out of the basin on the east
flank of the Salton Sea, is also an effective barrier to groundwater movement.

The Whitewater River subbasin is divided into four subareas: Palm Springs, Thermal, Thousand
Palms, and Oasis subareas. The Palm Springs subarea is the forebay or main area of recharge to
the subbasin, and the Thermal subarea comprises the pressure or confined area within the basin.
The other two subareas are peripheral areas having unconfined groundwater conditions.

The historical fluctuations of water levels within the Whitewater River subbasin indicate a steady
decline in the levels throughout the subbasin prior to 1949. After 1949, levels in the lower
Thermal subarea (south of Point Happy), where imported Colorado River water is used for
irrigation, rose sharply, although water levels continued to decline elsewhere in the subbasin.

With the use of Colorado River water from the Coachella Canal, the demand on the groundwater
basin in the lower Coachella Valley (generally east and south of Washington Street below Point

EXHIBIT 3
- 58 -

## Section 3 – Water Supplies

Happy) declined. Water levels in the deeper aquifers rose from 1950 to the early 1970s. However, water levels in this area have again declined, due to increasing urbanization and groundwater usage.

**Palm Springs Subarea.** The triangular area between the Garnet Hill fault and the east slope of the San Jacinto Mountains southeast to Cathedral City is designated the Palm Springs subarea, and is an area in which unconfined groundwater occurs. The Coachella Valley fill materials within the subarea are essentially heterogeneous alluvial fan deposits exhibiting little sorting and with little fine grained material content. The thickness of these waterbearing materials is not known; however, it exceeds 1,000 feet. Although no lithologic distinction is apparent from well drillers' logs, the probable thickness of Recent deposits suggests that Ocotillo conglomerate underlies Recent fanglomerate in the subarea at depths ranging from 300 to 400 feet.

Natural recharge to the aquifers in the Whitewater River subbasin occurs primarily in the Palm Springs subarea. The major natural sources include infiltration of stream runoff from the San Jacinto Mountains and the Whitewater River, and subsurface inflow from the San Gorgonio Pass subbasin to the west. Deep percolation of direct precipitation on the Palm Springs subarea is considered negligible as it is consumed by evapotranspiration.

Before the current artificial recharge program began at Whitewater, the depth to water in the subarea ranged from 200 feet below the ground surface near Cathedral City to nearly 500 feet deep at the northwestern end of the subbasin near the spreading works downstream of Windy Point.

**Thermal Subarea.** Groundwater of the Palm Springs subarea moves southeastward into the interbedded sands, silts, and clays underlying the central portion of the Coachella Valley. The division between the Palm Springs subarea and the Thermal subarea is near Cathedral City. The permeabilities parallel to the bedding of the deposits in the Thermal subarea are several times the permeabilities perpendicular to the bedding and, therefore, movement of groundwater parallel to the bedding predominates. Confined or semi-confined groundwater conditions are present in the major portion of the Thermal subarea. Movement of groundwater under these conditions is caused by differences in piezometric (pressure) level or head. Unconfined or free water conditions are present in the alluvial fans at the base of the Santa Rosa Mountains, as in the fans at the mouth of Deep Canyon and in the La Quinta area.

Sand and gravel lenses underlying this subarea are discontinuous and clay beds are not extensive. However, two aquifer zones separated by a zone of finer-grained materials were identified from well logs. The fine grained materials within the intervening horizontal plane are not tight enough or persistent enough to completely restrict the vertical interflow of water, or to assign the term "aquiclude" to it. Therefore, the term "aquitard" is used for this zone of less permeable material that separates the Upper and Lower aquifer zones in the southeastern part of the Coachella Valley. Capping the Upper aquifer at the surface are tight clays and silts with minor amounts of sands. Semi-perched groundwater occurs in this capping zone, which is up to 100 feet thick.

The Lower aquifer zone, composed of part of the Ocotillo conglomerate, consists of silty sands and gravels with interbeds of silt and clay. It is the most important source of groundwater in the

---

EXHIBIT 3
- 59 -

## Section 3 – Water Supplies

Whitewater River subbasin. The top of the Lower aquifer zone is present at a depth ranging from 300 to 600 feet below the surface. The thickness of the zone is undetermined, as the deepest wells present in the Coachella Valley have not penetrated it in its entirety. The available data indicate that the zone is at least 500 feet thick and may be in excess of 1,000 feet thick.

The aquitard overlying the Lower aquifer zone is generally 100 to 200 feet thick although, in small areas on the periphery of the Salton Sea, it is in excess of 500 feet in thickness. North and west of Indio, the aquitard is apparently lacking in a curving zone approximately one mile wide and no distinctions are made between the Upper and Lower aquifer zones.

The Upper aquifer zone in the Thermal subarea is similar in lithology to the Lower aquifer, although it is not as thick. Subsurface inflow to the Upper aquifer zone is less than that to the Lower aquifer zone. When water levels in the Palm Springs subarea drop, the cross-sectional area of the Upper aquifer zone available for recharge at Point Happy is reduced, thereby reducing groundwater movement to the southeast.

Capping the Upper aquifer zone in the Thermal subarea is a shallow fine-grained zone in which semi-perched groundwater is present. This zone consists of recent silts, clays, and fine sands and is relatively persistent southeast of Indio. It ranges from zero to 100 feet thick and is generally an effective barrier to deep percolation. However, north and west of Indio, the zone is composed mainly of clayey sands and silts and its effect in retarding deep percolation is limited. The low permeability of the materials southeast of Indio has contributed to the irrigation drainage problems of the area. Semi-perched groundwater has been maintained by irrigation water applied to agricultural lands south of Point Happy necessitating the construction of an extensive subsurface tile drain system.

The Thermal subarea contains the division between the upper and lower Whitewater River subbasin and their respective groundwater tables. Primarily due to the application of imported water from the Coachella Canal, and an attendant reduction in groundwater pumpage, the water table in the area southerly from Point Happy (in La Quinta) rose until the early 1970s, while the water table in the area northerly from Point Happy was dropping. This division forms the lower (southern) boundary of the management area of the DWA/CVWD Management Agreement. Water table measurements have shown no distinction between the Palm Springs subarea and the Thermal subarea. The only distinction has been the hinge effect in the Thermal subarea at Point Happy, where groundwater levels until recently were stabilized, neither rising nor falling significantly. As discussed elsewhere, this is changing, as increased pumpage is again lowering the groundwater levels in the lower Whitewater River subbasin. CVWD recently completed a study to evaluate the entire groundwater basin. This led to the development and adoption of the valley-wide CVWMP in 2002.

**Thousand Palms Subarea.**   The small area along the southwest flank of the Indio Hills is named the Thousand Palms subarea. The southwest boundary of the subarea was determined by tracing the limit of distinctive groundwater chemical characteristics. Whereas calcium bicarbonate water is characteristic of the major aquifers of the Whitewater River subbasin, water in the Thousand Palms subarea is sodium sulfate in character.

EXHIBIT 3
- 60 -

**Section 3 – Water Supplies**

The quality differences suggest that recharge to the Thousand Palms subarea comes primarily from the Indio Hills and is limited in supply. The relatively sharp boundary between chemical characteristics of water derived from the Indio Hills and groundwater in the Thermal subarea suggests there is little intermixing of the two waters.

The configuration of the water table north of the community of Thousand Palms is such that the generally uniform, southeast gradient in the Palm Springs subarea diverges and steepens to the east along the base of Edom Hill. This steepened gradient suggests a barrier to the movement of groundwater, or a reduction in permeability of the water bearing materials. A southeast extension of the Garnet Hill fault would also coincide with this anomaly. However, there is no surface expression of such a fault, and the gravity measurements taken during the 1964 DWR investigation do not suggest a subsurface fault. The residual gravity profile across this area supports these observations. The sharp increase in gradient is therefore attributed to lower permeability of the materials to the east. Most of the Thousand Palms subarea is located within the upper Whitewater River subbasin.

**Oasis Subarea.** Another peripheral zone of unconfined groundwater that is different in chemical characteristics from water in the major aquifers of the Whitewater River subbasin is found underlying the Oasis Piedmont slope. This zone, named the Oasis subarea, extends along the base of the Santa Rosa Mountains. Waterbearing materials underlying the subarea consist of highly permeable fan deposits. Although groundwater data suggest that the boundary between the Oasis and Thermal subareas may be a buried fault extending from Travertine Rock to the community of Oasis, the remainder of the boundary is a lithologic change from the coarse fan deposits of the Oasis subarea to the interbedded sands, gravel and silts of the Thermal subarea. Little information is available as to the thickness of waterbearing materials, but it is estimated to be in excess of 1,000 feet.

**Groundwater Storage**

In 1964, DWR estimated that the subbasins in the Coachella Valley groundwater basin contained approximately 39,200,000 acre-feet (acre-ft) of water (in the first 1,000 feet below the ground surface). The capacities of the subbasins are shown in **Table 3-1**.

**Historical and Future Production**

For management purposes, the Coachella Valley has been divided into three management areas: the upper Whitewater River, lower Whitewater River and Mission Creek subbasins. These management areas are defined by the respective areas that receive benefit from groundwater recharge activities. Groundwater rights in these subbasins are not adjudicated. Instead, groundwater production within these areas of benefit is subject to a replenishment assessment that recovers the costs of groundwater management and water used for groundwater recharge. The Desert Hot Springs and Garnet Hill subbasins are not currently within a management area and there is no municipal groundwater production from these subbasins.

EXHIBIT 3
- 61 -

## Section 3 – Water Supplies

**Table 3-1**
**Coachella Valley Groundwater Basin-Groundwater Storage Capacity**

| Area | Storage (Acre-ft) [1] |
|---|---|
| San Gorgonio Pass Subbasin [2] | 2,700,000 |
| Mission Creek Subbasin | 2,600,000 |
| Desert Hot Springs Subbasin | 4,100,000 |
| Garnet Hill Subbasin | 1,000,000 |
| **Subtotal** | **10,400,000** |
| Whitewater River Subbasin | |
| Palm Springs Subarea | 4,600,000 |
| Thousand Palms Subarea | 1,800,000 |
| Oasis Subarea | 3,000,000 |
| Thermal Subarea | 19,400,000 |
| **Subtotal** | **28,800,000** |
| **Total All Subbasins** | **39,200,000** |

Source: CVWD Engineer's Reports (CVWD, 2005b, 2005c, and 2005d).
1. First 1,000 feet below ground surface. California Department of Water Resources estimate (DWR, 1964).
2. The San Gorgonio Pass subbasin is located to the west of the Whitewater River subbasin and is outside of the planning areas of CVWD and DWA.

**Table 3-2** presents the historical and future groundwater production within each subbasin. Groundwater production in the upper Whitewater River subbasin is principally characterized by municipal pumping by DWA and CVWD for domestic water supply and private pumping for golf course and recreational irrigation. CVWD currently accounts for about 45 percent of the pumping from this subbasin. With growth, this amount is expected to increase to about 70 percent in the future. Production in the lower Whitewater River subbasin is characterized by municipal pumping by CVWD, the cities of Indio and Coachella and the Myoma Dunes Mutual Water Company, agricultural pumping for crop irrigation and fish farming, and golf course irrigation. CVWD currently accounts for about 16 percent of the pumping from this subbasin. With growth, this amount is expected to increase to about 46 percent in the future. Production in the Mission Creek sub-basin is characterized by municipal pumping by CVWD and Mission Springs Water District, golf course irrigation and agricultural pumping for fish farming. CVWD currently accounts for about 20 percent of the pumping from this subbasin. With growth, this amount is expected to increase to about 30 percent in the future. These percentages are used to estimate CVWD's relative share of basin inflows and recharge with imported water.

CVWD currently has 107 active groundwater wells for domestic water supply; an additional 37 wells are out of service for water quality or operational reasons. **Table 3-3** summarizes CVWD's historical and future groundwater production for domestic water supply by subbasin. In response to growth, CVWD will gradually increased groundwater production to meet demands. Its policy is to continue meeting domestic demands from groundwater but to transition customers that can use other water supplies to alternate water sources so as to reduce groundwater extraction.

EXHIBIT 3
- 62 -

**Section 3 – Water Supplies**

### Table 3-2
### Historical and Future Groundwater Production by Subbasin for All Producers

| Year | Upper Whitewater River [1,2] (acre-ft/yr) | Lower Whitewater River [2] (acre-ft/yr) | Mission Creek [3] (acre-ft/yr) | Total (acre-ft/yr) |
|---|---|---|---|---|
| 1995 | 176,298 | 169,400 | 10,102 | 355,800 |
| 1996 | 182,626 | 166,000 | 10,562 | 359,188 |
| 1997 | 180,936 | 165,600 | 9,899 | 356,435 |
| 1998 | 184,779 | 165,500 | 10,291 | 360,570 |
| 1999 | 201,368 | 168,300 | 10,974 | 380,642 |
| 2000 | 206,166 | 166,500 | 11,838 | 384,504 |
| 2001 | 203,716 | 166,300 | 12,350 | 382,366 |
| 2002 | 208,898 | 166,700 | 13,968 | 389,566 |
| 2003 | 199,278 | 199,800 [4] | 13,768 | 412,846 |
| 2004 | 207,605 | 172,300 | 16,697 | 396,602 |
| 2005 | 209,908 | 156,752 | 17,363 | 384,023 |
| 2010 | 197,737 | 145,663 | 21,820 | 365,220 |
| 2015 | 188,394 | 140,129 | 26,245 | 354,768 |
| 2020 | 203,279 | 149,019 | 29,352 | 381,650 |
| 2025 | 218,712 | 137,700 | 32,005 | 388,417 |
| 2030 | 234,173 | 121,937 | 34,189 | 390,299 |

1. Data from Engineer's Reports for Upper Whitewater River Subbasin Area of Benefit (CVWD, 2005d)
2. Data from CVWMP back-up files (CVWD, 2002a).
3. Data from Engineer's Reports for Mission Creek Subbasin Area of Benefit (CVWD, 2005c).  Projected values estimated based on SCAG growth forecasts.
4. Groundwater production temporarily increased due to a reduction in Coachella Canal water deliveries during 2003.

### Table 3-3
### Historical and Future CVWD Groundwater Production by Subbasin

| Year | Upper Whitewater River [1] (acre-ft/yr) | Lower Whitewater River [1] (acre-ft/yr) | Mission Creek (acre-ft/yr) | Total (acre-ft/yr) |
|---|---|---|---|---|
| 1995 | 74,345 | 15,256 | 2,865 [2] | 92,466 |
| 1996 | 77,161 | 15,853 | 2,838 [2] | 95,852 |
| 1997 | 76,001 | 16,546 | 2,104 [2] | 94,651 |
| 1998 | 84,294 | 17,621 | 2,838 | 104,753 |
| 1999 | 86,144 | 21,147 | 3,005 | 110,296 |
| 2000 | 93,544 | 22,182 | 3,177 | 118,903 |
| 2001 | 92,945 | 22,572 | 3,268 [2] | 118,785 |
| 2002 | 97,867 | 23,515 | 3,360 [2] | 124,742 |
| 2003 | 92,585 | 25,683 | 3,451 | 121,719 |
| 2004 | 95,347 | 25,506 | 3,528 | 124,381 |
| 2005 | 105,647 | 33,204 | 3,515 | 142,366 |
| 2010 | 122,918 | 40,723 | 4,040 | 167,681 |
| 2015 | 138,307 | 45,641 | 5,457 | 189,405 |
| 2020 | 150,109 | 49,811 | 7,108 | 207,028 |
| 2025 | 158,429 | 53,527 | 8,911 | 220,867 |
| 2030 | 163,797 | 56,571 | 10,720 | 231,088 |

1. Data from  CVWMP back-up files (CVWD, 2002a)
2. Estimated values based on Engineer's Report for Mission Creek Subbasin Area of Benefit (CVWD, 2005c)

EXHIBIT 3

## Section 3 – Water Supplies

**Groundwater Levels**

Historical water level declines and the conditions producing those declines have been extensively described by the USGS and DWR and are documented in the CVWMP

Although water levels have been declining throughout most of the subbasins since 1945, water levels in the southeastern portion of the valley had risen until the early 1970s because of the use of imported water from the Coachella Canal and the resulting decreased pumpage in that area. The rate of water level decline has increased since the early 1980s due to increasing urbanization and increased groundwater use by local farmers, golf courses and fish farms.

Water surface elevations in the northwestern area of the Coachella Valley are highest at the northwest end of each subbasin, illustrating that groundwater flow is from the northwest to the southeast in the Coachella Valley. Comparison of the 1936 and the 1973 water levels shows that water levels declined more than 100 feet in parts of the Palm Springs subarea and more than 70 feet in parts of the Palm Desert area during this 37-year period.

**Figure 3-2** shows representative examples of the groundwater levels in the groundwater wells by years. Values shown are depth to water from the ground surface; negative values indicate water levels are above ground surface.  These graphs show the historical decline in groundwater as a result of basin overdraft and the recovery experienced in portions of the upper Whitewater River subbasin.

Water levels in the Mission Creek subbasin have declined about 2 ft per year for the past 25 years.  The recently constructed replenishment program is expected to stabilize or reverse the water level decline.  Water levels in the upper Whitewater River subbasin showed a historic declines of 2 to 4 ft per year.  After the substantial recharge of Colorado River water in the mid-1980s, water levels increased significantly in the area of Palm Springs and Cathedral City. However, in the Palm Desert and Indian Wells area water levels stabilized in the early 1990s but have continued to decline in the last ten years as Metropolitan drew water out of its storage account.

Water levels in the lower Whitewater River subbasin have declined by 22 to 96 ft since the high water level conditions of the late 1960s. In the southerly Thermal and Oasis subareas, local water level decline apparently is accelerating. Over the last ten years, groundwater levels in the La Quinta area has declined 31 feet while levels in the Oasis area have declined 22 to 26 feet. The declining water table in these areas has led to the determination that a management program is required to stabilize water levels and prevent other adverse effects such as water quality degradation and land subsidence.

**Groundwater Balance**

The groundwater balance can be computed by estimating the inflows to and outflows from the groundwater basin.  Studies performed by the USGS and CVWD have developed reasonable estimates of the long-term inflows to the basins.  Groundwater inflows consist of natural recharge of runoff from the local mountains, returns from the use of applied water, artificial recharge and inflows from adjacent groundwater basins.  Groundwater outflows consist of

EXHIBIT 3
- 64 -

Section 3 – Water Supplies

Figure 3-2
Representative Groundwater Levels



## Section 3 – Water Supplies

pumping, drain flows, evapotranspiration, and outflows to adjacent groundwater basins. **Table
3-4** presents the historical and projected water balances for the Whitewater River and Mission
Creek subbasins. Also shown is the combined net inflow to each subbasin and CVWD's share.
The net inflow excludes artificial replenishment and production; it indicates the potential amount
of water that could be extracted without the need for artificial recharge or other management
actions. The information for the Whitewater River subbasin is based on modeling studies
performed for the CVWMP. Information for the Mission Creek subbasin is estimated from data
in the Engineer's Report on Water Supply and Replenishment Assessment (CVWD, 2005) and
projected pumping.

It should be noted that the annual balance in the Whitewater River subbasin is strictly a
hydrologic balance and does not reflect water quality impacts of overproduction on groundwater.
These are discussed later in this section.

**Overdraft**

Since the early part of the 20th century, the Coachella Valley has been dependent on groundwater
as a source of supply. The demand for groundwater has annually exceeded the limited natural
recharge of the groundwater basin. The condition of a groundwater basin in which the outflows
(demands) exceed the inflows (supplies) to the groundwater basin is called *"overdraft"*.

The State of California Department of Water Resources Bulletin 160-93 describes *overdraft* as
follows:

> "Where the groundwater extraction is in excess of inflow to the groundwater basin over a
> period of time, the difference provides an estimate of overdraft. Such a period of time
> must be long enough to produce a record that, when averaged, approximates the long-
> term average hydrologic conditions for the basin." (DWR, 1993)

DWR Bulletin 118-80 defines "overdraft as the condition of a groundwater basin where the
amount of water extracted exceeds the amount of groundwater recharging the basin over a period
of time." It also defines "critical condition of overdraft" as water management practices that
"would probably result in significant adverse overdraft-related environmental, social, or
economic effect" (DWR, 1980). Water quality degradation and land subsidence are given
examples of two such adverse effects.

This overdraft condition or "mining" of the groundwater has caused groundwater levels to
decrease more than 60 feet in portions of the Lower Valley and raised concerns about water
quality degradation and land subsidence. Groundwater levels in the Upper Valley have also
decreased substantially, except in the areas near the Whitewater Spreading Facility where
artificial recharge has successfully raised water levels. Continued overdraft will have serious
consequences for the Coachella Valley. The immediate and direct effect will be increased
groundwater pumping costs for all water users. Wells will have to be deepened, larger pumps
will have to be installed, and energy costs will increase as the pump lifts increase. Eventually,
the need for deeper wells and larger pumps will have an adverse impact on agriculture and will
increase the cost of water for municipalities, resorts, homes, and businesses. Continued decline

EXHIBIT 3
- 66 -

# Section 3 – Water Supplies

Table 3-4
Historical and Projected Groundwater Balance
Whitewater River and Mission Creek Subbasins

| Year | Whitewater River Subbasin (acre-ft/yr)[2] | | | | | Mission Creek Subbasin (acre-ft/yr)[3] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Inflows | Outflows | Annual Balance | Net Inflow[1] | CVWD Share Net Inflow[4] | Inflows | Outflows | Annual Balance | Net Inflow[1] | CVWD Share Net Inflow[4] |
| 1995 | 387,200 | 413,100 | -25,900 | 258,100 | 64,700 | 8,500 | 12,100 | -3,600 | 6,500 | 1,900 |
| 1996 | 415,700 | 413,500 | 2,200 | 210,900 | 48,900 | 8,700 | 12,600 | -3,900 | 6,700 | 1,800 |
| 1997 | 398,900 | 416,300 | -17,400 | 220,200 | 51,100 | 8,500 | 11,900 | -3,400 | 6,500 | 1,400 |
| 1998 | 449,000 | 419,500 | 29,500 | 252,400 | 69,300 | 8,600 | 12,300 | -3,700 | 6,600 | 1,800 |
| 1999 | 367,200 | 436,400 | -69,200 | 213,500 | 51,900 | 8,800 | 13,000 | -4,200 | 6,800 | 1,900 |
| 2000 | 383,000 | 436,900 | -53,900 | 249,600 | 69,200 | 9,100 | 13,800 | -4,700 | 7,100 | 1,900 |
| 2001 | 314,400 | 435,200 | -120,800 | 251,500 | 71,100 | 9,300 | 14,400 | -5,100 | 7,300 | 1,900 |
| 2002 | 346,800 | 434,200 | -87,400 | 252,300 | 74,600 | 9,900 | 16,000 | -6,100 | 7,900 | 1,900 |
| 2003 | 314,600 | 434,500 | -119,900 | 253,600 | 76,700 | 11,500 | 15,800 | -4,300 | 7,800 | 2,000 |
| 2004 | 318,400 | 424,400 | -106,000 | 243,400 | 71,500 | 16,200 | 18,700 | -2,500 | 8,800 | 1,900 |
| 2005 | 400,500 | 424,900 | -24,400 | 245,100 | 83,200 | 18,400 | 19,400 | -1,000 | 9,100 | 1,800 |
| 2010 | 426,800 | 403,500 | 23,300 | 244,100 | 104,800 | 23,300 | 23,800 | -500 | 10,600 | 2,000 |
| 2015 | 450,100 | 404,700 | 45,400 | 232,500 | 120,500 | 27,000 | 28,200 | -1,200 | 12,200 | 2,500 |
| 2020 | 479,600 | 447,500 | 32,100 | 221,000 | 120,500 | 28,300 | 31,300 | -3,000 | 13,200 | 3,200 |
| 2025 | 496,100 | 476,800 | 19,300 | 204,200 | 120,200 | 29,100 | 33,900 | -4,800 | 14,200 | 4,000 |
| 2030 | 504,700 | 498,900 | 5,800 | 190,400 | 118,500 | 29,900 | 36,000 | -6,100 | 14,900 | 4,700 |

1. Net inflow includes excludes artificial recharge and groundwater production.
2. Source: CVWMP backup files (CVWD, 2002a).
3. Estimated using projected pumping and recharge and data from Engineer's Report for the Mission Creek Subbasin Area of Benefit (CVWD, 2005c).
4. CVWD share is based on the relative percent of CVWD pumping to total pumping in the subbasin.

MWH

EXHIBIT 3
- 67 -

of groundwater levels could result in a substantial and possibly irreversible degradation of water quality in the groundwater basin.

Continued overdraft also increases the possibility of land subsidence within the Coachella Valley. As groundwater is removed, the dewatered soil begins to compress from the weight of the ground above, causing subsidence. Subsidence can cause ground fissures and damage to buildings, homes, sidewalks, streets, and buried pipelines - all of the structures that make the Coachella Valley livable. Recent studies indicate that as much as 7 centimeters of subsidence occurred in the Palm Desert area between 1996 and 1998.

The calculation of an annual value of overdraft that accounts for all of the components of overdraft is difficult. One method of estimating the overdraft is to look at the net annual change in freshwater storage in the basin. Change in freshwater storage is the difference between the inflows and outflows of the basin, excluding the inflows of poor-quality water (irrigation return flows and Salton Sea water) which are induced by the overdraft. By excluding these inflows, a more accurate approximation of actual annual overdraft is possible. In 2005, the change in freshwater storage in the Coachella Valley is estimated to be 136,700 acre-ft/yr. The cumulative change in freshwater storage from 1936 to 2004 is estimated to be nearly 4.8 million acre-ft, i.e., 4.8 million acre-ft of freshwater was withdrawn from the basin and not replaced. Using freshwater storage as an indicator of overdraft does not account for all aspects of overdraft such as subsidence and other water quality, environmental, social, and economic effects.

The groundwater balance and overdraft for the Whitewater River subbasin was evaluated during the preparation of the CVWMP. The groundwater balance considered historical estimates of natural return flows from water use, groundwater recharge with imported water, inflows from outside the basin, groundwater pumpage, flows to agricultural drains, evapotranspiration by native vegetation and subsurface flows to or from the Salton Sea. The CVWMP report estimated that groundwater overdraft was 32,400 acre-ft/yr in the upper Whitewater River subbasin and 104,300 acre-ft/yr in the lower Whitewater River subbasin. Between 1936 and 1999, the cumulative overdraft of the lower Whitewater River subbasin was about 4.7 million acre-ft.

CVWD and DWA estimate the current annual overdraft each year in its engineer's reports to support groundwater replenishment assessments in each of the three subbasins as shown in **Table 3-5**.

## Table 3-5
### Estimated Groundwater Overdraft by Subbasin– Year 2004

| Subbasin | Overdraft (AF/yr) |
|---|---|
| Mission Creek | 2,289 |
| Upper Whitewater River | 82,438 |
| Lower Whitewater River | 100,500 |
| **Total** | **185,227** |

Source: CVWD Engineer's Reports (CVWD, 2005b, 2005c and 2005d)

EXHIBIT 3
- 68 -

# Section 3 – Water Supplies

Although the basins are currently in overdraft, CVWD and DWA are actively participating in the implementation of management actions to reduce the overdraft and return the basin to a state of long-term balance. These management actions coupled with the significant storage capacity of the groundwater basins will provide a long term reliable supply. With recent acquisition of additional SWP water, overdraft in the upper Whitewater River subbasin is expected to be eliminated by 2015. Overdraft in the lower Whitewater River subbasin is expected to be eliminated by 2030 with increased groundwater recharge and conversion of groundwater pumpers to Coachella Canal, recycled water and desalinated drain water.

**Groundwater Management Plan**

The CVWMP, which was adopted by the CVWD Board in October 2002, serves as the groundwater management plan for the Whitewater River subbasin. This plan defines CVWD's long-term approach for eliminating groundwater overdraft and providing sustainable water supply for the Coachella Valley.

It is clear that the continued decline of groundwater levels and overdraft is unacceptable. CVWD is charged with providing a reliable, safe water supply to its area of the Coachella Valley now and in the future. In order to fulfill its obligations to Coachella Valley residents, CVWD must take action to prevent continuing decline of groundwater levels and degradation of water quality.

*Goals and Objectives*

The goal of the 2002 CVWMP is to assure adequate quantities of safe, high-quality water at the lowest cost to Coachella Valley water users. To meet this goal, four objectives have been identified:

1. Eliminate groundwater overdraft and its associated adverse impacts, including:
   - groundwater storage reductions
   - declining groundwater levels
   - land subsidence
   - water quality degradation
2. Maximize conjunctive use opportunities
3. Minimize adverse economic impacts to Coachella Valley water users
4. Minimize environmental impacts

*Alternative Selection*

CVWD staff and consultants identified potential water management elements for inclusion in the CVWMP. Potential management elements were subsequently organized into six categories: pumping restrictions, demand reduction, local water sources, imported water sources, water management actions, and water quality approaches. Each of the potential management elements was rated based on the element's ability to reduce overdraft, technical feasibility, potential

## Section 3 – Water Supplies

environmental impacts, costs, legal and regulatory factors, and regional economic impacts. Based on these ratings, numerous potential elements were eliminated from further consideration.

The remaining "short-listed" elements were organized into the following conceptual management *Alternatives*:

1. No Project
2. Pumping Restrictions
3. Source Substitution
4. Combinations of all Alternatives

With the exception of the No Project alternative, which was required under CEQA, a preliminary evaluation of each alternative was performed to determine which alternatives should be formally considered and evaluated in the Plan. The evaluation process involved technical analyses coupled with professional judgement and experience. After extensive review, the selected alternative was Alternative 4 – Combination of all Alternatives.

### *Implementation of the Preferred Alternative*

The preferred alternative includes water conservation, groundwater recharge, and source substitution management elements. Implementation of the preferred alternative will require numerous decisions regarding the priorities for implementation, the financing mechanisms for various elements of the plan, potential cooperative agreements with other agencies, and balancing needs with available resources. A significant activity in decision-making and implementation is coordination and consultation with other governing agencies and tribal interests. The CVWMP stated that CVWD would not, nor should it, attempt to unilaterally implement water management activities that are within the purview of local or other governments. This coordinating effort will be a major focus of implementation. Detailed implementation plans were developed by CVWD for each water management category following completion of the CVWMP. The full alternative analysis and implementation strategies within each water management category are discussed in the report executive summary included as **Appendix F** of this report.

### *Legal Authority for Groundwater Management*

CVWD has the legal authority to manage the groundwater basins within its service area under the County Water District Law (California Water Code, Division 12). CVWD has specific authority under Part 6, Chapter 7 to levy and collect water replenishment assessments for the purpose of replenishing ground water supplies within CVWD. CVWD has exercised its replenishment assessment authority in the upper Whitewater River subbasin since 1973, in the Mission Creek subbasin since 2003 and in the lower Whitewater River subbasin since 2005. CVWD and DWA entered the Water Management Agreement in 1976, which was amended in 1992 to jointly manage the upper Whitewater River subbasin. This agreement formalized the water replenishment program and provided a mechanism for distributing the costs of SWP water

EXHIBIT 3
- 70 -

## Section 3 – Water Supplies

between the CVWD and DWA benefit areas based on total production within each agency's service area. A similar agreement was implemented in 2002 for the Mission Creek subbasin.

### 3.2.2   Local Surface Water

Surface water sources within the Coachella Valley are shown in **Figure 3-3**. Several local streams include the Whitewater River, Snow, Falls and Chino Creeks. In 2004, stream water supplied approximately 4,300 acre-ft of water to the Upper Valley (approximately 2 percent of its water supply) to meet municipal demand by DWA. Because the stream supply is directly affected by variations in annual precipitation, the annual supply is highly variable. Since 1936, the estimated historical stream water supply has ranged from approximately 4,000 to 9,000 acre-ft/yr. CVWD does not derive any of its direct supply from surface water; however, local runoff from the Whitewater River Canyon is diverted near Windy Point to the Whitewater Spreading Facility for groundwater recharge.

### 3.2.3   Imported Water

CVWD has access to two sources of imported water – Colorado River water from the Coachella Canal and SWP water that is exchanged with Metropolitan for Colorado River water. These sources are described below in more detail.

**The Colorado River and the Coachella Canal**

The Colorado River is a critical water supply for much of Southern California. The Coachella Canal is a branch of the All American Canal that brings Colorado River water into the Imperial and Coachella Valleys. **Figure 3-4** shows the service areas of Colorado River water users and facilities within California.

*History*

As agriculture in the region expanded during the early 1900s, alternative sources of water including the Colorado River were considered to meet growing demand. The Imperial Valley began receiving Colorado River water in 1901 through the Alamo Canal, which was partially located in Mexico. However, this supply was not reliable due to frequent canal breaks and the lack of control south of the international border. The constant risk of flooding along the Lower Colorado River was another significant concern. This flooding risk culminated in a major flood in 1905, which washed out the Alamo Canal, causing the river to change its course and creating the Salton Sea. In the Coachella Valley, the rapid rate of groundwater extraction led to a significant decline in groundwater levels, limiting the groundwater supply. Local supplies were, therefore, not adequate to meet future demands. These problems generated interest in construction of a storage reservoir on the river and a canal that would be located entirely in the United States.

The Upper Basin States (Colorado, Wyoming, Utah and New Mexico) feared that increased use of water in the Lower Basin States (California, Arizona and Nevada) would allow them to claim a prior right to the water. Negotiations between the states and the federal government eventually culminated in signing the *Colorado River Compact* on November 24, 1922.

EXHIBIT 3
- 71 -



**Figure 3-3**
**Surface Water Features of the Coachella Valley**

EXHIBIT 3
- 72 -



**Figure 3-4**

**Colorado River Water Users and Facilities**



MWH

EXHIBIT 3

- 73 -

## Section 3 – Water Supplies

After another six years of negotiation and debate in Congress, the *Boulder Canyon Project Act* was adopted in 1928. This act authorized construction of Boulder (now Hoover) Dam and the All-American Canal. The act also authorized the Secretary of the Interior to negotiate contracts with the ultimate water users in each state and prohibited the use of river water by anyone not having a contract.  In addition, the Boulder Canyon Project Act prescribed how the 7.5 million acre-ft/yr allocated to the Lower Basin States would be divided among the states.

Under the *Seven Party Agreement* dated August 18, 1931, the California agencies seeking to use Colorado River water established a system of priorities defining the designated amounts and locations for use of the water.  Originally, lands in the Coachella Valley shared the same priority for water as lands in the Imperial Valley. In fact, at one point, the CVWD Board approved a contract for Colorado River water service to CVWD and the Imperial Irrigation District (IID) as one district. However, Coachella Valley farmers opposed having their lands subjected to the huge debt obligation for construction of IID's share of the Boulder Canyon Project Act facilities and they recalled the CVWD Board of Directors. The new board sought a separate contract with the federal government. The Secretary of Interior agreed to a separate contract provided CVWD constructed its own canal and reached agreement with IID on division of the water allocated to CVWD and IID. Ultimately, IID and CVWD signed the *Compromise Agreement* dated February 14, 1934, in which IID was given a prior right to the third and sixth priority water over Coachella "for irrigation and potable purposes only, and exclusively for use in the Imperial Service Area."

The contract between the United States and CVWD, signed October 15, 1934, designated a portion of the Coachella Valley service area as Improvement District No. 1 (ID-1).  The contract restricts the use of Colorado River water delivered by the Coachella Canal to reasonable beneficial use for lands within the ID-1 boundary.  This 136,436-acre area includes the majority of the agricultural areas in the Lower Valley and a small portion of the agricultural areas in the Upper Valley.

Construction of the All-American Canal was completed before World War II, and the U.S. Bureau of Reclamation (Reclamation) started work on the Coachella branch in 1938.   The nation's involvement in World War II, along with a lack of materials and funds, halted the Coachella Canal project until 1946.  The Canal was finished in 1948, with the first water supplies arriving from the Colorado River in 1949.

Water delivered to the Coachella Valley is diverted from the Imperial Dam 18 miles upstream from Yuma, Arizona into the All-American Canal.  Coachella's supply is then diverted into the 122-mile-long Coachella branch, which extends from near the Mexican border northwestward to Lake Cahuilla near La Quinta.  This lake, which is at the terminus of the Coachella Canal, serves as a storage reservoir to regulate irrigation water demands and provides opportunity for recreation.  The capacity of the Coachella Canal is approximately 1,500 cfs.

### Water Allocation

The *Law of the River* controls the allocation of the Colorado River water to the seven Colorado River Basin states.  The *Law of the River* refers to the collection of interstate compacts, federal and state legislation, various agreements and contracts, an international treaty, a U.S. Supreme

EXHIBIT 3
- 74 -

**Section 3 – Water Supplies**

Court decree, and federal administrative actions that govern the rights to use of Colorado River water. The *Colorado River Compact*, signed in 1922, apportioned the waters of the Colorado River Basin between the Upper Colorado River Basin (Colorado, Wyoming, Utah, and New Mexico) and the Lower Basin (Nevada, Arizona, and California). Annual use of water allocated by the Colorado River Compact is 15 million acre-ft: 7.5 million acre-ft to the Upper Basin and 7.5 million acre-ft to the Lower Basin, plus up to 1 million acre-ft of surplus supplies. The Lower Basin's water was further apportioned among the three Lower Basin states by the *Boulder Canyon Project Act* in 1928 and the 1964 U.S. Supreme Court decree in *Arizona v. California*. Arizona's basic annual apportionment is 2.8 million acre-ft, California's is 4.4 million acre-ft, and Nevada's is 0.3 million acre-ft. Until 2004, California had been diverting up to 5.3 million acre-ft, using the unused portions of the Arizona and Nevada entitlements and surplus water. Mexico is entitled to 1.5 million acre-ft of the Colorado River under the *1944 United States-Mexico Treaty for Utilization of Waters of the Colorado and Tijuana Rivers and of the Rio Grande*. However, this treaty did not specify a required quality for water entering Mexico. In 1973, the United States and Mexico signed Minute No. 242 of the International Boundary and Water Commission requiring certain water quality standards for water entering Mexico.

California's apportionment of Colorado River water is allocated by the 1931 *Seven Party Agreement* among Palo Verde Irrigation District, IID, CVWD, and Metropolitan. The three remaining parties - the City and the County of San Diego and the City of Los Angeles - are now part of Metropolitan. The allocations defined in the *Seven Party Agreements* are shown in **Table 3-6**.

The Supreme Court in *Arizona v. California* also assigned "present perfected rights" to the use of river water to a number of individuals, water districts, towns and Indian tribes along the river. These rights, which total approximately 2,875,000 acre-ft/yr, are charged against California's 4.4 million acre-ft/yr allocations and must be satisfied first in times of shortage. Under the 1970 *Criteria for Coordinated Long-Range Operation of the Colorado River Reservoirs* (Operating Criteria), the Secretary of the Interior determines how much water is to be allocated for use in Arizona, California and Nevada and whether a surplus, normal or shortage condition exists. The Secretary may allocate additional water if surplus conditions exist on the River.

Historically, CVWD has not had a specific allocation to Colorado River water. Instead, CVWD has had an undefined share of the 3.85 million acre-ft/yr allocated to the California agricultural agencies under Priority 3(a). During 1999, the California agencies negotiated the California Water Use Plan. This plan defined how California would reduce its use of Colorado River water to its 4.4 million acre-ft/yr allocation. In October, 1999, CVWD, IID, and Metropolitan reached agreement on the "Key Terms" that will be necessary elements in a formal Quantification Settlement Agreement regarding a division and quantification of their respective shares of Colorado River water. Signed in October 2003, the QSA supplements the 1931 agreement by defining the allocations of Priority 3 water users and providing for water transfers between the QSA parties.

The QSA specifically defined the Colorado River water allocation of CVWD. CVWD's base allocation is 330,000 acre-ft/yr. This allocation will increase to 459,000 acre-ft/yr by 2033 as a result of a 103,000 acre-ft/yr water transfer from IID to CVWD, a 35,000 acre-ft/yr transfer of

EXHIBIT 3
- 75 -

## Section 3 – Water Supplies

SWP water from Metropolitan to CVWD, and a 20,000 acre-ft/yr allocation of conserved water from Metropolitan to CVWD.  CVWD provides 26,000 acre-ft/yr from lining the Coachella Canal to Metropolitan and 3,000 acre-ft/yr to settle claims of present perfected rights by Colorado River Indian tribes and other uses.  **Table 3-7** presents the historical Coachella Canal Water Deliveries.

### Table 3-6
### Priorities and Water Delivery Contracts
### California Seven-Party Agreement of 1931

| Priority | Description | Acre-ft/yr |
|---|---|---|
| 1 | Palo Verde Irrigation District gross area of 104,500 acres of Coachella Valley lands | |
| 2 | Yuma Project (Reservation Division) not exceeding a gross area of 25,000 acres within California | |
| 3(a) | IID, CVWD, and lands in Imperial and Coachella Valleys to be served by the All American Canal | 3,850,000 |
| 3(b) | Palo Verde Irrigation District - 16,000 acres of mesa lands | |
| 4 | Metropolitan Water District of Southern California for use on coastal plain | 550,000 |
| | **Subtotal – California's Basic Apportionment** | **4,400,000** |
| 5(a) | Metropolitan Water District of Southern California for use on coastal plain | 550,000 |
| 5(b) | Metropolitan Water District of Southern California for use on coastal plain | 112,000 |
| 6(a) | IID and lands in the Imperial and Coachella Valleys to be served by the All American Canal | |
| 6(b) | Palo Verde Irrigation District - 16,000 acres of mesa lands | 300,000 |
| | **Total** | **5,362,000** |

### Table 3-7
### Historical Coachella Canal Water Deliveries

| Year | Diversions at Imperial Dam | Less Conveyance Losses | Net Deliveries |
|---|---|---|---|
| 1995 | 326,210 | 40,281 | 285,929 |
| 1996 | 330,750 | 41,024 | 289,726 |
| 1997 | 332,920 | 51,741 | 281,179 |
| 1998 | 337,060 | 55,346 | 281,714 |
| 1999 | 334,010 | 51,989 | 282,021 |
| 2000 | 342,871 | 60,090 | 282,781 |
| 2001 | 325,097 | 52,356 | 272,741 |
| 2002 | 331,107 | 50,262 | 280,845 |
| 2003 | 296,808 | 51,739 | 245,069 |
| 2004 | 319,385 [1] | 80,929 | 238,456 |

1.  The diversions from Imperial Dam in 2004 include about 20,000 acre-ft of Colorado River water for the Salton Sea

EXHIBIT 3
- 76 -

**State Water Project (SWP)**

To recharge groundwater supplies, CVWD and DWA obtain imported water supplies from the SWP, which is managed by the DWR. CVWD and DWA are two of 29 agencies holding long-term water supply contracts with the State of California for SWP water. SWP water originates from rainfall and snowmelt in Northern California. Runoff is stored in Lake Oroville, the project's largest storage facility, and then released down the Feather River to the Sacramento River and the Sacramento-San Joaquin Delta. Water is diverted from the Delta into the Clifton Court Forebay and then pumped into the 444-mile-long California Aqueduct. SWP water is stored in San Luis Reservoir, which is jointly operated by the DWR and Reclamation. Six pumping stations lift the water more than 3,000 feet and energy is recovered at power plants along the aqueduct.

Table A water (formerly known as "entitlements") is the maximum contractual amount of water that a SWP contractor can request each year. The Table A amounts are used to apportion the available supply and certain SWP costs among SWP contractors. CVWD's original Table A amount was 23,100 acre-ft/yr while DWA's was 38,100 acre-ft/yr, for a combined total of 61,200 acre-ft/yr. In 2003, CVWD completed a water transfer with Tulare Lake Basin Groundwater Storage District to acquire 9,900 acre-ft/yr of Table A Water. In 2004, CVWD and DWA completed a 100,000 acre-ft/yr transfer of Table A water from Metropolitan. A third water transfer with Berrenda Mesa Water District that would add 16,000 acre-ft/yr of Table A Water to CVWD and DWA is expected to be effective completed in 2006 with the water being available in 2010. When these transfers are complete, CVWD and DWA will have Table A amounts of 133,100 acre-ft/yr and 54,000 acre-ft/yr, respectively for a combined total of 187,100 acre-ft/yr.

CVWD and DWA do not directly receive SWP water. Instead, their SWP water is delivered to Metropolitan pursuant to the Exchange Agreement. Metropolitan, in turn, delivers an equal amount of Colorado River water to CVWD and DWA at the Whitewater River. CVWD is participating in the SWP East Branch Enlargement to provide the capacity to obtain additional water from the SWP when it is available.

Over 1.8 million acre-ft of SWP water has been delivered through the SWP Exchange Agreement since the inception of SWP deliveries in 1973. A portion of the water delivered has been banked by Metropolitan for future use under the Advance Delivery agreement. However, until the banked water is needed, CVWD and DWA benefit by higher water levels and lower pumping costs. The recharge program, which has been monitored, modeled, and studied by the U.S. Geological Survey and CVWD, has helped to balance the inflow and outflow of groundwater from the upper Whitewater River subbasin.

In 1996, CVWD and DWA recognized the need for additional imported water in order to eliminate groundwater overdraft. Since then, the two districts have purchased additional Pool A, Pool B, and interruptible water from the SWP resulting in average additional deliveries of 41,200 acre-ft/yr. These additional supplies are not expected to be available in the future and cannot be relied upon to provide a reliable long-term source of water to the Coachella Valley. In 2004, SWP exchange water purchases used for recharge in the Upper Valley totaled 46,215 acre-ft/yr,

EXHIBIT 3
- 77 -

# Section 3 – Water Supplies

of which about 18,000 acre-ft/yr was carried over to 2005.  Only 191 acre-ft/yr of water was purchased from the SWP Turn-back Pool in 2004.  **Table 3-8** presents the historical SWP Colorado River Water Exchange Deliveries.

**Table 3-8**
**Historical State Water Project Deliveries**

| Year | Table A Amount (acre-ft/yr)[1] | | | Deliveries (acre-ft/yr) | |
|------|--------|--------|--------|-----------|-----------|
|      | CVWD   | DWA    | Total  | Table A [2] | Total [3] |
| 1985 | 16,989 | 27,000 | 43,989 | 43,989 | 251,994 |
| 1986 | 18,210 | 29,000 | 47,210 | 47,210 | 298,201 |
| 1987 | 19,431 | 31,500 | 50,931 | 50,931 | 104,372 |
| 1988 | 20,652 | 34,000 | 54,652 | 54,652 | 1,097 |
| 1989 | 21,873 | 36,500 | 58,373 | 58,373 | 12,479 |
| 1990 | 23,100 | 38,100 | 61,200 | 61,200 | 31,721 |
| 1991 | 23,100 | 38,100 | 61,200 | 18,360 | 14 |
| 1992 | 23,100 | 38,100 | 61,200 | 27,624 | 40,870 |
| 1993 | 23,100 | 38,100 | 61,200 | 61,200 | 60,183 |
| 1994 | 23,100 | 38,100 | 61,200 | 37,359 | 32,325 |
| 1995 | 23,100 | 38,100 | 61,200 | 61,200 | 61,318 |
| 1996 | 23,100 | 38,100 | 61,200 | 61,200 | 138,266 |
| 1997 | 23,100 | 38,100 | 61,200 | 61,200 | 113,677 |
| 1998 | 23,100 | 38,100 | 61,200 | 61,200 | 132,455 |
| 1999 | 23,100 | 38,100 | 61,200 | 61,200 | 90,601 |
| 2000 | 23,100 | 38,100 | 61,200 | 55,080 | 72,269 |
| 2001 | 23,100 | 38,100 | 61,200 | 23,868 | 707 |
| 2002 | 23,100 | 38,100 | 61,200 | 2,840 | 38,168 |
| 2003 | 23,100 | 38,100 | 61,200 | 37,213 | 843 |
| 2004 | 33,000 | 38,100 | 71,100 | 18,597 | 18,808 |
| 20-yr Average | 22,678 | 36,475 | 59,153 | 49,514 | 74,782 |
| **Total since 1973** | **574,711** | **918,500** | **1,493,211** | **1,235,383** | **1,807,815** |

1.   Table A amount is maximum annual contract amount.
2.   Table A deliveries are annual allocation of Table A water based on SWP operational constraints.
3.   Total deliveries are actual Exchange Water deliveries at the Whitewater River turnout and include Table A deliveries, surplus water and advance deliveries by Metropolitan (CVWD, 2005c and 2005d)

## 3.2.4    Recycled Water

Recycled municipal wastewater has historically been used for irrigation of golf courses and other municipal greenbelt and landscape areas.  Recycled water was not used prior to 1965 and remained below 500 acre-ft/yr until the late 1980s.  Usage in the Upper Valley dramatically increased in the late 1980s, reaching 8,100 acre-ft in 2004.

CVWD's three largest WRP's – WRP-10, WRP-7 and WRP-4, currently treat a combined daily average of 16 MGD. WRP-10 serves the communities of Indian Wells, Palm Desert, and Rancho Mirage as well as a portion of Cathedral City.  WRP-7 serves areas northeast of Interstate 10 north of Indio. WRP-4 located near Thermal, became operational in 1986 and allows CVWD to serve communities from La Quinta to Mecca.  WRP-4 is a secondary treatment facility, and is

EXHIBIT 3
- 78 -

under consideration of upgrading to tertiary treatment for recycling use. **Table 3-9** presents the historical recycled water supply by WRPs for golf course and greenbelt irrigation use.

**Table 3-9**
**Historical Recycled Water Supply**

| Year | | Annual Flow (acre-ft/yr) | | | | | | |
|------|--|-------|-------|-------|-------|-------|--------|-------|
| | | WRP-1 | WRP-2 | WRP-4 | WRP-7 | WRP-9 | WRP-10 | Total |
| 1998 | Treated | 83 | 28 | 2,765 | 1,323 | 370[1] | 12,334 | 16,903 |
| | Reused | 0 | 0 | 0 | 924 | 370[1] | 4,871 | 6,165 |
| 1999 | Treated | 77 | 21 | 2,992 | 1,627 | 370[1] | 11,770 | 16,857 |
| | Reused | 0 | 0 | 0 | 1,292 | 370[1] | 5,610 | 7,272 |
| 2000 | Treated | 34 | 21 | 2,866 | 2,142 | 370 | 11,147 | 16,580 |
| | Reused | 0 | 0 | 0 | 1,949 | 370 | 4,763 | 7,082 |
| 2001 | Treated | 34 | 18 | 3,735 | 2,010 | 360 | 10,913 | 17,070 |
| | Reused | 0 | 0 | 0 | 1,826 | 360 | 4,720 | 6,906 |
| 2002 | Treated | 31 | 21 | 4,002 | 2,010 | 370 | 11,279 | 17,713 |
| | Reused | 0 | 0 | 0 | 1,860 | 370 | 4,376 | 6,606 |
| 2003 | Treated | 37 | 21 | 4,398 | 2,265 | 368 | 11,638 | 18,727 |
| | Reused | 0 | 0 | 0 | 1,844 | 368 | 3,793 | 6,005 |
| 2004 | Treated | 43 | 21 | 5,331 | 2,372 | 358 | 12,101 | 20,226 |
| | Reused | 0 | 0 | 0 | 1,857 | 358 | 4,677 | 6,892 |

Source: WRP Flow Data (CVWD, 2005f)

## 3.3    FUTURE WATER SUPPLIES

In addition to water conservation, CVWD and DWA will need to obtain additional water supplies to eliminate current and future overdraft. Evaluation of many potential alternative supplies has identified four sources that will be augmented as part of the CVWMP. These sources are the Quantification Settlement Agreement, exchanges and transfers, recycled water and desalinated agricultural drainage water. The steps to be taken to augment these supplies are discussed below.

### 3.3.1    Quantification Settlement Agreement (QSA)

On October 10, 2003, a landmark agreement was signed between CVWD, IID, San Diego County Water Authority, Metropolitan, the State of California and the U.S. Department of the Interior to quantify water distribution allotments of Colorado River water in California. The agreement further provides additional Colorado River water to CVWD from shares of IID and Metropolitan. The total ultimately available to CVWD would be up to 459, 000 acre-ft/yr during the lifetime of the agreement known as QSA. Under the QSA, CVWD's share of Colorado River water is a reliable supply rather than one that could be at risk. This agreement quantifies the rights of each agency and allows the transfer of water between willing buyers and sellers. The QSA includes:

## Section 3 – Water Supplies

- Capping IID and CVWD Priority 3 water at 3.1 million acre-ft and 330,000 acre-ft, respectively

- Modification to the 1988 IID/Metropolitan Water Conservation Agreement

- Amendment to the 1989 Metropolitan/IID/CVWD/PVID Approval Agreement and transferring 20,000 acre-ft/yr to CVWD

- Conservation and transfer of 200,000 acre-ft/yr from IID to SDCWA

- Exchange Agreement between SDCWA and Metropolitan

- Conservation and transfer of 103,000 acre-ft/yr from IID to CVWD

- Lining the All-American Canal and the Coachella Canal and transfer of conserved water to Metropolitan less 16,000 acre-ft/yr for the San Luis Rey Indian Water Rights Settlement

- Sharing obligations to provide 14,500 acre-ft/yr from IID and CVWD for miscellaneous present perfected rights

- Transferring 35,000 acre-ft/yr of SWP water from Metropolitan to CVWD

- Potential water transfers between 25,000 and 111,000 acre-feet annually from the Palo Verde Irrigation District to Metropolitan

- Quantification of surplus water available under Priority 6 and 7

- Sharing of shortages between CVWD and IID when there is less than 3.85 million acre-ft/yr available to Priorities 1, 2, 3a and 3b

- The term of the QSA is 75 years

Under the QSA, CVWD's consumptive use entitlement under its share of the Priority 3 allotment is capped at 330,000 acre-ft/yr at Imperial Dam for the quantification period, less an amount of water equal to that conserved by CVWD for the benefit of others as identified in the QSA and subject to adjustments as provided in the Inadvertent Overrun and Payback Policy (IOP). CVWD agrees to forbear use of up to 3,000 acre-ft/yr to satisfy the present perfected rights (PPRs) of miscellaneous and Indian rights holders. CVWD also agrees to reduce its diversion by 26,000 acre-ft/yr due to lining the Coachella Canal. Metropolitan will provide 20,000 acre-ft/yr to CVWD at Imperial Dam under the 1989 Approval Agreement for the 1988 Metropolitan/IID Water Conservation Agreement. CVWD has the option to purchase water from IID in two phases – a first phase of 50,000 acre-ft/yr and a second phase of 53,000 acre-ft/yr. This water would be made available by the implementation of water conservation measures by IID which are financed by the payments for water by CVWD. The first phase would be available beginning in 2008 and the second phase would be available beginning in 2018. Under the terms of the QSA, CVWD would initially acquire the water in increments of 4,000 acre-ft/yr for the first four years, increasing to 5,000 acre-ft/yr in 2012 with a one-time increment of 18,000 acre-ft/yr in 2018, reaching full entitlement by 2026. After 2048, IID is relieved of its obligation to provide the second 53,000 acre-ft/yr of water and Metropolitan is obligated to provide up to 50,000 acre-ft/yr to replace the IID conserved water. CVWD may acquire the water at rates of 3,000 acre-ft/yr and 4,000 acre-ft/yr given one year's notice to IID. Metropolitan will transfer 35,000 acre-ft/yr of its SWP Table A water to CVWD on a permanent basis and will deliver this water

EXHIBIT 3

- 80 -

## Section 3 – Water Supplies

without reduction due to SWP supply availability.  CVWD, IID and Metropolitan have agreed to provide 16,000 acre-ft/yr of water from the lining of the All-American and Coachella Canals as part of the San Luis Rey settlement.  During wet years, CVWD will also have access to 119,000 acre-ft/yr of Priority 6 water after Metropolitan and IID have received 38,000 acre-ft/yr and 63,000 acre-ft/yr, respectively.

If there is less than 3.85 million acre-ft/yr available to Priorities 1, 2, 3a, and 3b, the deficiency is borne by CVWD and IID.  CVWD and IID shall negotiate a consensual sharing of the shortfall.  In the event that a consensual resolution cannot be reached, either CVWD or IID may commence litigation to resolve the allocation of the shortfall.  During the litigation process, the shortfall shall be provisionally allocated 75 percent to IID and 25 percent to CVWD until IID is reduced to its PPR, after which all remaining shortfalls would be borne entirely by CVWD.  If IID were reduced to its PPR, water transfers under the QSA would be suspended.

An inadvertent overrun is defined as Colorado River water that is diverted, pumped or received by an entitlement holder in excess of the water user's entitlement for that year beyond the control of the water user.  The Inadvertent Overrun and Payback Policy (IOP) establishes a policy to identify and account for inadvertent overruns and define subsequent payback provisions.  The IOP limits CVWD to a maximum overrun of approximately 10 percent of its normal year entitlement.  Depending on the water level in Lake Mead, the overrun must be paid back within one to three years using water management measures over and above the normal consumptive use of water.  If CVWD is charged with an inadvertent overrun, CVWD plans to reduce its use of Colorado River water for groundwater recharge.  The IOP states that overruns are forgiven in the event of a flood control or space building release from Lake Mead.

When all water transfers have been completed, CVWD will have a total diversion of 459,000 acre-ft/yr at Imperial Dam as shown in **Table 3-10**.  After deducting estimated conveyance losses, about 444,000 acre-ft/yr will be available for use in the Coachella Valley.

**Table 3-10**
**CVWD Deliveries under Quantification Settlement Agreement**

| Component | Amount – acre-ft/yr |
|---|---|
| Base Allotment | 330,000 |
| 1988 MWD/IID Approval Agreement | 20,000 |
| Coachella Canal Lining (to Metropolitan) | -26,000 |
| To Miscellaneous/Indian PPRs | -3,000 |
| IID/CVWD First Transfer | 50,000 |
| IID/CVWD Second Transfer | 53,000 |
| Metropolitan SWP Transfer | 35,000 |
| **Total Diversion at Imperial Dam** | **459,000** |
| Less Conveyance Losses[1] | -15,000 |
| **Total Deliveries to CVWD** | **444,000** |

1.   Assumed conveyance losses after completion of Coachella Canal lining.

EXHIBIT 3
- 81 -

## Section 3 – Water Supplies

**Figure 3-5** presents a build-up curve for Colorado River water to CVWD under the agreement impacted by the timing of the various projects to be implemented under the CVWMP.

**Figure 3-5**
**CVWD Colorado River Water Deliveries with QSA**



### 3.3.2    Water Exchanges and Transfers

CVWD and DWA have actively pursued a number of water exchanges and transfers beginning in 1973. These current agreements and potential opportunities are described below.

**Metropolitan Water Exchange Agreement**

To avoid the cost of constructing facilities to convey its SWP water, CVWD and DWA executed the water exchange agreements with Metropolitan in 1967. Under the terms of these agreements, CVWD and DWA deliver their SWP Table A water deliveries to Metropolitan and Metropolitan delivers an equal amount of Colorado River water from its Colorado River Agreement to CVWD and DWA at the Whitewater River turnout. This agreement was amended in 1983 to extend the term of the agreement from 1990 until the end of CVWD's and DWA's SWP contract but no later than 2035.

EXHIBIT 3
- 82 -

**Section 3 – Water Supplies**

**Metropolitan Advance Delivery Agreement**

In 1984, CVWD and DWA entered into an advance delivery agreement with Metropolitan. This agreement allows Metropolitan to deliver exchange water in advance of receiving CVWD's and DWA's SWP water. This agreement allowed CVWD and DWA to percolate additional Colorado River supplies in the upper Whitewater River subbasin during periods of surplus water availability in the Colorado River Basin. Water stored in the basin is accounted for by tracking differences between Colorado River water delivered to CVWD and DWA and DWR's deliveries to Metropolitan. The storage capacity of this agreement is 600,000 acre-ft or more if agreed to by the three agencies.

During the four-year period from 1984 through 1987, Metropolitan released more than 550,000 acre-ft of exchange water to the Whitewater River. As of December 31, 2004, Metropolitan had approximately 177,400 acre-ft of Colorado River water remained in the groundwater basin from the storage program. Metropolitan has utilized banked water supplies during periods of water shortage in Southern California. When Metropolitan requires the stored water, it takes both the Colorado supplies and CVWD's and DWA's Table A deliveries for as long as necessary or until the banked quantity is exhausted. CVWD and DWA, in turn, will pump the previously stored water from the basin and will pay for SWP water delivered to Metropolitan.

**Tulare Lake Basin Transfer Project**

The Tulare Lake Basin Transfer Project consisted of the permanent sale, assignment and transfer of 9,900 acre-ft/yr of SWP Table A Water from the Tulare Lake Basin Water Storage District (TLBWSD) to CVWD. This transfer project was completed in early 2004. TLBWSD is located in portions of Kern, Kings and Tulare Counties in the western San Joaquin Valley. CVWD now owns and administers the 9,900 acre-ft/yr of transferred Table A Water increasing its Table A amount to 33,000 acre-ft/yr. The ultimate use of the transferred water would be for groundwater replenishment to help eliminate existing groundwater overdraft. The project involved no construction; the transfer is accomplished entirely via existing facilities. The State of California's total existing contractual commitment for the delivery of water from the SWP is unchanged.

The transferred water has the same reliability as other SWP Table A water supplies. Because CVWD uses SWP water for groundwater replenishment in the Coachella Valley, there is no impact of the variable supply reliability of SWP water on retail water delivery. The Coachella Valley groundwater basin has an estimated storage capacity of nearly 30 million acre-ft, which significantly buffers variations in annual supplies.

CVWD adopted a negative declaration pursuant to CEQA on January 13, 2004. The amendments to the SWP contracts of CVWD and TLBWSD were executed with DWR on February 23, 2004. Completion of this transfer increased CVWD's SWP Table A amount to from 23,100 to 33,000 acre-ft/yr.

EXHIBIT 3
- 83 -

## Section 3 – Water Supplies

**Metropolitan 100,000 acre-ft/yr Water Transfer – 2003 Exchange Agreement**

Metropolitan historically has not made full use of its SWP Table A contract amount in normal and wet years. Under the 2003 Exchange Agreement, CVWD and DWA acquired 100,000 acre-ft/yr of Metropolitan's State Water Project Table A water as a permanent transfer.  The water would be exchanged for Colorado River water and either recharged at the existing Whitewater River Spreading Basins or delivered via the Coachella Canal for irrigation purposes in the Palm Desert-Rancho Mirage area of the Upper Valley. The transferred water may also be subtracted from Metropolitan's Advance Storage account.  CVWD and DWA would assume all SWP costs associated with this water except as described below.

The terms of the agreement provide that CVWD will obtain 88,100 acre-ft/yr and DWA will obtain 11,900 acre-ft/yr of Metropolitan's SWP Table A Water.  CVWD and DWA would assume all capital costs associated with capacity in the California Aqueduct to transport this water and variable costs to deliver the water to Perris Reservoir.  Metropolitan would retain other rights associated with the transferred water including interruptible water service, carryover storage in San Luis Reservoir and flexible storage at Castaic and Perris Reservoirs.

Metropolitan has the option to callback the water in years when Metropolitan determines it needs the water.  This option must be exercised no later than April 30 of each year.  Metropolitan's callback options are to be exercised in two 50,000 acre-ft blocks.  Between years 2004 and 2015, Metropolitan can exercise its option to call back the first 50,000 acre-ft block in any year but must make 100,000 acre-ft of water available in at least three years if CRA is flowing full.  In this period, Metropolitan may call back the second 50,000 acre-ft block in any year without limitation.  Between years 2016 and 2035, Metropolitan may call back the first 50,000 acre-ft a maximum of 10 times and the second 50,000 acre-ft a maximum of 15 times. In those years when the option is exercised, Metropolitan would reimburse CVWD and DWA for all fixed and variable SWP costs for that year.

Short-term operating criteria are established that cover the years 2005 through 2009.  These criteria specify that Metropolitan will deliver no less than 17,000 acre-ft/yr of water if SWP allocations are at least 50 percent of the Table A amounts.  If the allocation is less than 50 percent, Metropolitan is required to make up the difference in this five-year period.  The parties also agreed to develop long-term operating criteria.  The 2003 Exchange Agreement also established the maximum amount of total exchange water delivery at 216,000 acre-ft/yr if Metropolitan does not exercise its call-back option.  The maximum exchange delivery is reduced to 165,000 acre-ft/yr if Metropolitan makes a call-back.

The environmental impacts of this transfer were evaluated in the Program EIR for the CVWMP and SWP Transfer that was certified by the CVWD Board in October 2002.  The Metropolitan Board certified the CVWMP PEIR as a responsible agency on October 14, 2003.  Metropolitan's SWP contract was amended on October 23, 2003.  CVWD's and DWA's SWP contracts were amended on October 24, 2003.  The transfer became effective on January 1, 2005. Completion of this transfer increased CVWD's SWP Table A amount to from 33,000 to 121,100 acre-ft/yr and DWA's Table A amount from 38,100 acre-ft/yr to 50,000 acre-ft/yr.

EXHIBIT 3
- 84 -

**Section 3 – Water Supplies**

To estimate the average supply from this transfer conservatively, it is assumed that Metropolitan would exercise its option to call-back the 100,000 acre-ft/yr in 5 years out of every 8 years when SWP supplies are reduced. The actual frequency of call-back would depend on the availability of Metropolitan's water supplies to meet its demands.

**Berrenda Mesa Water Transfer**

The Berrenda Mesa Water Transfer involves the transfer of 16,000 acre-ft/yr of unused SWP Table A Water from Berrenda Mesa Water District (BMWD) and provisions for a permanent water supply to CVWD and DWA. BMWD is a subagency of Kern County Water Agency (KCWA). KCWA is a SWP contractor that wholesales and distributes water to thirteen local water districts.

Under the proposed Project, CVWD would acquire 12,000 acre-ft/yr and DWA would acquire 4,000 acre-ft/yr of the transferred Table A Water. CVWD and DWA would administer the transfer of Table A Water, through the existing Exchange Agreement with Metropolitan for an equal amount of Colorado River water released in the Coachella Valley from the CRA.

The water to be transferred from BMWD is associated with land taken out of agricultural production approximately 10 years ago. In the interim, the water has primarily been marketed to agencies outside BMWD on the SWP annual spot market. Purchasers have included the Berrenda Mesa Project, the Pioneer Power Plant Project, the Kern Water Bank, the Environmental Water Account (EWA) by exchange, and others. The purchasers and the amounts of water each purchased have varied each year, but have been within Kern County. No purchaser is dependent on the availability of this water at any given time.

Upon approval of the SWP water sale/transfer to CVWD and DWA, the BMWD contract with KCWA and the KCWA contract with DWR would be amended to reflect the reduction of up to 16,000 acre-ft/yr of Table A Water. CVWD's SWP contracts with DWR would be amended to reflect the increase of 12,000 acre-ft/year of Table A Water to CVWD. DWA's SWP contract with DWR would be amended to reflect the increase of 4,000 acre-ft/year of Table A Water.

CVWD and DWA are currently conducting environmental analysis of this transfer and expect to complete the transfer in early 2006. Upon completion of this transfer, CVWD's SWP Table A amount would be increased from 121,100 to 133,100 acre-ft/yr and DWA's Table A amount from 50,000 to 54,000 acre-ft/yr. The transfer is to be effective beginning in 2010.

**IID-CVWD Groundwater Storage Agreement**

As part of the QSA, CVWD and IID signed an agreement that allows IID to store a portion of its Colorado River water supply in the Coachella Valley groundwater basin. Water would be delivered to CVWD for storage in the basin through direct or in-lieu recharge methods at existing or proposed CVWD facilities. Recharge of IID water would be subordinate to CVWD's recharge needs and would be subject to a 5 percent loss for evaporation, canal leakage and other similar causes. IID would have a storage account in the groundwater basin and the storage would be subject to a 5 percent annual loss. CVWD would return the stored water to IID by reducing its consumptive use of Colorado River water by the amount request by IID or the

EXHIBIT 3
- 85 -

## Section 3 – Water Supplies

amount in storage. The maximum amount of storage available to IID is not specified but would be determined by CVWD based on physical storage space, the needs of CVWD and other parties with pre-existing storage rights, the availability of recharge facilities and CVWD's ability to reduce its use of Colorado River water. The term of this agreement is the same as the other QSA agreements, 75 years.

**MWD-CVWD Groundwater Storage Program**

In 2000, CVWD and Metropolitan completed a feasibility evaluation of a conjunctive use/surplus water storage program in the Coachella Valley. This study evaluated options to increase groundwater storage through direct and in-lieu recharge methods. Direct recharge included increased use of the Whitewater Spreading Facility and the construction of new recharge facilities in the lower Whitewater River subbasin. In-lieu recharge included construction of conveyance facilities to deliver additional Colorado River water to agricultural and golf course users to replace their current groundwater pumping. Stored water would be recovered through increased groundwater extraction in dry years coupled with reduced Colorado River deliveries to CVWD. Metropolitan would like to develop a conjunctive use project to store up to 500,000 acre-ft of water and produce 100,000 to 175,000 acre-ft/yr of dry year yield. Due to reduced Colorado River water availability, further development of this storage program has been deferred.

**Future Water Acquisitions**

Under the CVWMP, CVWD and DWA would continue to acquire additional permanent water supplies, as they become available. These supplies could include SWP Table A water, other water transfers or participation in out-of-basin water development projects. CVWD and DWA would continue their current practice of purchasing SWP turnback pool and interruptible water, during wet years as available from other SWP contractors. In addition, CVWD and DWA would evaluate the purchase of water during dry years from programs such as the Governor's Drought Water Bank based on supply availability and costs. The goal of these purchases and acquisitions is to achieve the proposed long-term average deliveries of 140,000 acre-ft/yr for the Coachella Valley. Based upon the current estimates SWP supply reliability and the assumed call-back of water by Metropolitan, CVWD and DWA may need to acquire about 46,000 acre-ft/yr of additional Table A water in the future. Acquisition of additional permanent water supplies would be subject to specific CEQA documentation when such acquisition is identified.

### 3.3.3    State Water Project

**Table 3-11** summarizes the anticipated average availability of SWP water based on the existing Table A amount, exchange agreements and SWP supply availability.

This estimate is based on CVWD and DWA receiving the projected average SWP deliveries as estimated by DWR in its Draft State Water Project Delivery Reliability Report, published in November 2005 (DWR, 2005b). Average supply values are used since CVWD and DWA can utilize the large storage capacity of the groundwater basin to capture both wet and dry year flows. As stated previously, due to the difficulty in estimating when Metropolitan might call-back the 100,000 acre-ft/yr of transferred Table A water, it is assumed that callbacks would

EXHIBIT 3
- 86 -

## Section 3 – Water Supplies

occur in the driest 62.5 percent of the time.  CVWD's share of the average SWP supply is based on the relative amount of groundwater pumping in the Mission Creek and upper Whitewater River subbasins within the CVWD service area that is subject to replenishment assessments. This share increases from about 48 percent to about 65 percent of the total pumping in these subbasins.

**Table 3-11**
**Summary of Future SWP Supplies**

| Year | SWP Table A Amount (acre-ft)/yr | Average Reliability [1] (Percent) | Average Yield (acre-ft/yr) | Metropolitan Callback [2] (acre-ft/yr) | Average Supply (acre-ft/yr) | CVWD Avg. Supply[3] (acre-ft/yr) |
|------|------|------|------|------|------|------|
| 2005 | 171,100 | 85.7% | 146,600 | -48,200 | 98,400 | 46,000 |
| 2010 | 187,100 | 83.6% | 156,400 | -46,200 | 110,200 | 62,000 |
| 2015 | 187,100 | 81.5% | 152,500 | -44,200 | 108,300 | 70,600 |
| 2020 | 187,100 | 79.4% | 148,600 | -42,100 | 106,400 | 70,100 |
| 2025 | 187,100 | 77.3% | 144,700 | -40,100 | 104,500 | 68,100 |
| 2030 | 187,100 | 77.3% | 144,700 | -40,100 | 104,500 | 66,500 |

1   Average SWP reliability based on requested deliveries from DWR, Draft State Water Project Delivery Reliability Report 2005.
2   Metropolitan callback amount is based on Metropolitan calling back the transferred 100,000 acre-ft of Table A water in the driest 62.5 percent of years.
3   CVWD average SWP supply is the proportionate share of the average SWP supply to the Coachella Valley based on the percent of groundwater produced for domestic supply by CVWD in the upper Whitewater and Mission Creek subbasins.  The remaining water would offset pumping by pumpers in the CVWD and DWA service areas.

### 3.3.4      Treated Municipal Effluent

CVWD operates six WRP's designated WRP-1, WRP-2, WRP-4, WRP-7, WRP-9 and WRP-10. Water is recycled from the WRP-7, WRP-9 and WRP-10 facilities for non-potable irrigation. When the recycled water demand is low in winter months, these facilities discharge effluent to percolation ponds where it eventually becomes part of the groundwater supply. WRP-4 currently discharges its effluent to the CVSC, which flows to the Salton Sea. CVWD anticipated installing tertiary treatment at this plant in the next five years.  Effluent is not currently recycled from WRP-1, WRP-2 and WRP-4.  WRP-4 effluent is anticipated to be reused beginning in 2010 as recommended in the CVWMP.  These plants are described in more detail in **Section 6** of this report.  The projected recycled water supply is presented in **Table 3-12**.  The detailed wastewater flow projection is presented in **Section 6**.

### 3.3.5      Desalinated Agricultural Drain Water

In 1997, CVWD filed an application with the State Water Resources Control Board to appropriate all waters in the CVSC (up to a maximum of 150 cfs) draining from lands irrigated in ID-1.  The application was submitted with the intent to protect local water resources.  Initial diversions must take place by 2013, building up to full diversion in 2063.

The CVWMP envisions that up to 11,000 acre-ft/yr of agricultural drain water will be desalted to a quality equivalent to Canal water and delivered for irrigation use by 2023. Delivery of this water would begin in 2008 at a rate of about 4,000 acre-ft/yr and reaches 11,000 acre-ft/yr in

EXHIBIT 3
- 87 -

## Section 3 – Water Supplies

approximately fifteen years.  **Table 3-13** presents the anticipated timing for development of this source.  The actual timing could be revised depending on CVWD supply needs.

**Table 3-12**
**Future Recycled Water Supply**

| Tributary Area/WRP | Wastewater Flow (acre-ft/yr) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2004 | 2005 | 2010 | 2015 | 2020 | 2025 | 2030 |
| Seven Palms/Sky Valley[1] | 0 | 9 | 81 | 285 | 528 | 798 | 1,070 |
| WRP-1 [2] | 43 | 43 | 43 | 43 | 45 | 47 | 49 |
| WRP-2 [2] | 21 | 36 | 111 | 184 | 269 | 330 | 365 |
| WRP-4 [3] | 5,331 | 5,546 | 6,190 | 6,589 | 6,902 | 7,175 | 7,368 |
| WRP-7 [4] | 2,372 | 2,658 | 2,848 | 3,113 | 3,318 | 3,448 | 3,543 |
| WRP-9 | 358 | 358 | 0 | 0 | 0 | 0 | 0 |
| WRP-10 [4] | 12,101 | 12,297 | 14,034 | 15,375 | 16,286 | 16,962 | 17,392 |
| Undefined Tributary Areas[1] | 289 | 603 | 1,771 | 2,775 | 3,688 | 4,340 | 4,835 |
| **Total Wastewater** | **20,515** | **21,551** | **25,077** | **28,363** | **31,036** | **33,100** | **34,621** |
| **Recyclable Wastewater[4]** | **14,831** | **15,313** | **23,071** | **25,076** | **26,506** | **27,585** | **28,303** |

1   No existing/planned treatment plants
2   Effluent does not currently meet tertiary treatment standards.
3   CVWD is considering installation of tertiary treatment at this plant.  This effluent is assumed to be recyclable after 2010
4   Effluent currently meets tertiary treatment standards.

**Table 3-13**
**Projected Desalinated Agricultural Drain Water Flows**

| Year | Annual Flow (acre-ft/yr) |
|---|---|
| 2005 | 0 |
| 2010 | 4,000 |
| 2015 | 8,000 |
| 2020 | 8,000 |
| 2025 | 11,000 |
| 2030 | 11,000 |

Source: CVWMP (CVWD 2002a)

The Coachella Canal and its distribution system were constructed by and are owned by the federal government for the purpose of delivering Colorado River water for irrigation and domestic use in the ID-1 service area.  Colorado River water is federal water that by contract cannot be used outside ID-1.  Since the reclaimed agricultural drainage water is non-federal, it is not subject to the contractual restrictions regarding use of Canal water within the ID-1 service area.  CVWD anticipates that an equal amount of Canal water can be delivered to golf courses or the portion of the Oasis area located outside ID-1.  Preliminary discussions with Reclamation officials indicated that such an exchange of treated, reclaimed drain water might be feasible. CVWD would obtain approval from the Reclamation, if required, prior to conveying this water in the distribution system or delivering it outside of ID-1.

EXHIBIT 3
- 88 -

## Section 3 – Water Supplies

Approximately 13.6 million gallons per day (mgd) of drain water would be diverted and filtered prior to desalination. The desalination facility would have a 10-mgd capacity that will produce about 7.5-mgd of product water. Approximately 3.5 mgd of the flow would be bypassed and blended with the product water to produce the desired quality. The treatment process would produce about 2.6 mgd of filter backwash and brine waste. Preliminary studies have considered both on-site and off-site evaporation ponds for brine disposal. On-site evaporation ponds would require about 530 acres of surface area due to the relatively low total dissolved solids (TDS) of the brine. Alternatively, the brine could be conveyed to the Salton Sea either in the CVSC or a parallel brine outfall. Evaporation ponds located near the sea could remove an equivalent amount of salt by evaporating Salton Sea water. Approximately 110 acres of ponds would be required in this case.

CVWD is currently conducting a pilot treatment study to evaluate the feasibility of various desalination processes. CVWD recently received a grant from the DWR Proposition 50 Water Desalination Proposal. The proposal requested funds for a pilot desalination project to compare reverse osmosis with solar still "dewvaporation" of agricultural drainage runoff within the Coachella Valley and reuse this resource. CVWD will receive $596,000 from the program and will match the same for a total pilot project cost of approximately $1.2 million.

The project has five goals:

1. To demonstrate an innovative low-energy intensive solar still brackish water desalination technology
2. To evaluate performance of the technology compared to conventional reserve osmosis
3. To assess bank filtration pretreatment as a means of reducing reverse osmosis costs
4. To assess generated brine volumes and disposal options
5. To determine the economics of recovering this water resource and complete a feasibility study for full-scale implementation

### 3.3.6   Water Supply Summary

The historical and future water supply during average years is summarized below in **Table 3-14.**

### 3.3.7   Water Supply Reliability

The available supplies and water demands for CVWD's service area were analyzed to assess the region's ability to satisfy demands during three scenarios: a normal water year, single dry year, and multiple dry years. The tables in this section present the supply-demand balance for the various drought scenarios for the twenty-five year planning period 2005 to 2030. It is expected that the region will be able to meet 100 percent of its dry year domestic water demand under every scenario. **Table 3-15** and **Table 3-16** present the supply reliability for the CVWD supply sources during normal, single dry and multiple dry water year events.

In general, all CVWD water supply sources can provide for 100 percent of the demands in the Coachella Valley for a substantial period of time.

EXHIBIT 3
- 88 -

# Section 3 – Water Supplies

## Table 3-14
## Historical and Projected Average Water Supply – CVWD

| Year | Ground-Water Supply [1] (acre-ft/yr) | Canal Water Supply [2] (acre-ft/yr) | SWP Exchange Water [3] (acre-ft/yr) | Recycled Water (acre-ft/yr) | Desalinated Drain Water (acre-ft/yr) | Total Supply (acre-ft/yr) |
|---|---|---|---|---|---|---|
| 1995 | 66,600 | 285,929 | 45,214 | 11,100 | 0 | 408,843 |
| 1996 | 50,700 | 289,726 | 100,376 | 11,520 | 0 | 452,322 |
| 1997 | 52,400 | 281,179 | 83,407 | 12,550 | 0 | 429,536 |
| 1998 | 71,100 | 281,714 | 99,729 | 13,657 | 0 | 466,200 |
| 1999 | 53,800 | 282,021 | 70,446 | 13,397 | 0 | 419,664 |
| 2000 | 71,100 | 282,781 | 56,161 | 13,289 | 0 | 423,331 |
| 2001 | 73,000 | 272,741 | 3,242 | 12,923 | 0 | 361,905 |
| 2002 | 76,500 | 280,845 | 26,912 | 13,289 | 0 | 397,546 |
| 2003 | 78,600 | 245,069 | 3,177 | 13,903 | 0 | 340,749 |
| 2004 | 73,400 | 238,456 | 16,167 | 14,831 | 0 | 342,854 |
| 2005 | 85,100 | 282,000 | 46,000 | 15,300 | 0 | 428,400 |
| 2010 | 106,700 | 318,000 | 62,000 | 23,100 | 4,000 | 513,800 |
| 2015 | 123,100 | 342,000 | 70,600 | 25,100 | 8,000 | 568,800 |
| 2020 | 123,700 | 379,000 | 70,100 | 26,500 | 8,000 | 607,300 |
| 2025 | 124,200 | 404,000 | 68,100 | 27,600 | 11,000 | 634,900 |
| 2030 | 123,200 | 429,000 | 66,500 | 28,300 | 11,000 | 658,000 |

Projected values are rounded to nearest 100 acre-ft/yr.
1.  CVWD share of net groundwater inflow to Whitewater and Mission Creek subbasins, shared with DWA service area and private pumpers.
2.  Net water deliveries to Coachella Valley excluding conveyance losses.
3.  Anticipated average availability assuming Metropolitan call-backs 50 percent of the time in dry years.

## Table 3-15
## Supply Reliability by Source - 2005

| Supply Source | Average / Normal Water Year | Single Dry Year [1] | Multiple Dry Years [2] | | |
|---|---|---|---|---|---|
| | | | Year 1 | Year 2 | Year 3 |
| Groundwater | 100% | 100% | 100% | 100% | 100% |
| Canal Water | 100% | 100% | 100% | 100% | 100% |
| Recycled Water | 100% | 100% | 100% | 100% | 100% |
| SWP Water [3] | 86% | 0% | 0% | 0% | 0% |
| Desalinated Drain Water [4] | 0% | 0% | 0% | 0% | 0% |

1   Assumes a repeat of 1977 drought.
2   Assumes a repeat of 1990-1992 drought.
3   Values expressed as a percent of maximum Table A allocations.
4   Not on line in 2005.

EXHIBIT 3
- 89 -

**Section 3 – Water Supplies**

**Table 3-16**
**Supply Reliability by Source - 2030**

| Supply Source | Average / Normal Water Year | Single Dry Year [1] | Multiple Dry Years [2] | | |
|---|---|---|---|---|---|
| | | | Year 1 | Year 2 | Year 3 |
| Groundwater | 100% | 100% | 100% | 100% | 100% |
| Canal Water | 100% | 100% | 100% | 100% | 100% |
| Recycled Water | 100% | 100% | 100% | 100% | 100% |
| SWP Water [3] | 77% | 0% | 0% | 0% | 0% |
| Desalinated Drain Water | 100% | 100% | 100% | 100% | 100% |

1   Assumes a repeat of 1977 drought.
2   Assumes a repeat of 1990-1992 drought.
3   Values expressed as a percent of maximum Table A allocations.

**Groundwater**

The Garnet Hill, Mission Creek and Whitewater River subbasins contains about 32.4 million acre-feet in groundwater storage in the upper 1,000 feet.  Although each subbasin is subject to groundwater overdraft, the current overdraft is not expected to affect groundwater reliability. Net inflows to these basins range from 204,000 to 260,000 acre-ft/yr excluding imported water recharge.  Although the net inflow varies from year to year, the vast storage capacity acts as a significant buffer for this variation.  When combined with the implementation measures of the CVWMP, the groundwater supply is considered fully reliable.

**Coachella Canal Water**

Due to the prolonged Colorado River Basin drought, the seven Basin States have been holding discussions to develop draft consensus recommendations for guidelines to manage future water shortages on the river.  Until this process is completed in late 2007, the only basis for allocating water is the existing priority system.  CVWD's and California's high priority as defined in the *Law of the River* and the terms of the QSA make CVWD's Coachella Canal supply fully reliable. As discussed previously, CVWD's supply would only be reduced if a drought occurs such that the Arizona, Nevada and Metropolitan allocations are eliminated.   This has a very low probability of occurrence.

Several lawsuits have been filed challenging the validity of the QSA.  The effect of these suits on the terms of the QSA is uncertain at this time.  Until these suits are resolved, the QSA is being implemented.

**SWP Water**

CVWD and DWA currently have contracts with the State of California for a combined Table A amount of 171,100 acre-ft/yr of SWP water.  Reliability studies performed by DWR indicate that the SWP can provide a long-term average supply of about 86 percent of Table A delivery requests for 2005 conditions and 77 percent for 2025 conditions.  Minimum supplies in a single

EXHIBIT 3
- 90 -

## Section 3 – Water Supplies

dry year such as a repeat of 1977 would be 5 percent of Table A requests. The lowest average supply in three consecutive years of drought (such as a repeat of 1990-92) is 34 percent of Table A for 2005 conditions and 26 percent for 2025 conditions (DWR, 2005b). The reliability for 2030 is assumed to be the same as estimated by DWR for 2025.

Under the terms of the 1984 and 2003 Exchange Agreements, Metropolitan can discontinue deliveries of SWP Exchange Water during droughts or make deliveries from its advance storage account. Consequently, in single and multiple dry years, it is assumed that no deliveries of SWP water would be made. Due to the significant groundwater storage capacity, CVWD and DWA can draw upon stored water and recover additional water during normal and wet years.

The reliability estimates for SWP supplies are based on the assumption that current facilities and regulatory conditions continue in the future. DWR and Reclamation are actively developing projects that are intended to improve the reliability of the SWP. However, environmental and regulatory changes could further affect SWP reliability.

**Recycled Water**

Recycled water is a significant potential local resource that could be used to help reduce overdraft. Recycled water currently plays a limited role in the Coachella Valley's water supply. In the Upper Valley, municipal wastewater is the only source of recycled water. Currently, all wastewater produced in the Upper Valley is reused through direct application for irrigation or percolated into the groundwater basin. This trend is expected to continue. One difficulty in recycling wastewater effluent for irrigation involves supply and demand. Flows to Coachella Valley treatment plants are greatest in the high-tourism winter months, when irrigation demands are lowest. Flows are conversely lowest in summer, when irrigation demand is highest. This imbalance results in the need to pump groundwater during the summer months. The recycling water supply for irrigation is approximately 6,500 acre-ft/yr in 2004 and it is a reliable source of supply.

**Desalinated Agricultural Drain Water**

Agricultural drainage and other water in the CVSC has been consistently in excess of 50,000 acre-ft/yr for the past 10 years, with drainage water making up about half of this flow. Implementation of the CVWMP is expected to increase the amount of drain water as groundwater levels rise, forcing poor quality shallow groundwater into the drains. By 2015, agricultural drainage flows in the CVSC are expected to be 45,000 acre-ft/yr, increasing to 98,000 acre-ft/yr by 2035 (CVWD, 2002b). Since this flow does not significantly vary based on hydrology, this source is considered to be fully reliable.

### 3.3.8    Frequency and Magnitude of Supply Deficiencies

There have never been supply deficiencies associated with the groundwater source. The Coachella Canal experienced a one-time shortfall in 2003 prior to the signing of the QSA when the Secretary of the Interior reduced California's Colorado River entitlement to 4.4 million acre-ft/yr. To make up for the shortfall, CVWD purchased water from the Palo Verde Irrigation District. This shortfall is not expected to be repeated. During summer months, recycled water

EXHIBIT 3
- 91 -

supplies are not sufficient to meet all current demands; users are required to use their private wells or other water sources to supplement the recycled water supply. CVWD plans to supplement the recycled water supply with Coachella Canal water. Finally, CVWD's and DWA's SWP Table A water is used to recharge the groundwater basin and is currently used as a direct supply source. During drought periods, the SWP water is delivered to Metropolitan with CVWD and DWA receiving SWP water from Metropolitan's storage account. In the worst case scenario, it is anticipated that this replenishment water is eliminated for three consecutive dry years.

### 3.3.9   Plans to Assure a Reliable Water Supply

**Groundwater and Canal Water**

As discussed in the Introduction, CVWD is implementing the CVWMP to address the overdraft of the groundwater basin. When fully implemented, this plan will ensure that the water levels remain stable and that the groundwater remains a long-term viable source. Also as mentioned previously, CVWD has signed the QSA to secure rights to a permanent supply of the Colorado River water. These two sources represent 97.5 percent of the historical water supply and could supply 100 percent of the water demand, if necessary.

**SWP Water**

In 1996, CVWD and DWA recognized the need for additional imported water in order to eliminate groundwater overdraft. Since then, the two districts have purchased additional Pool A, Pool B, and interruptible water from the SWP resulting in average purchases of 142,000 acre-ft/yr. These additional supplies are not expected to be available in the future and cannot be relied upon to provide a reliable long-term source of water to the Coachella Valley.

The CVWMP identifies the need for average deliveries of 140,000 acre-ft/yr of SWP exchange water of which 103,000 acre-ft/yr is for recharge at the Whitewater Spreading facility and 37,000 acre-ft/yr is for direct use on mid-Valley golf courses. Currently, CVWD and DWA have acquired SWP Table A water of 187,100 acre-ft/yr. As discussed earlier, the Table A amount is expected to provide an average supply of 122,500 acre-ft/yr in 2010 reducing to 116,300 acre-ft/yr in 2025. CVWD and DWA are continuing to identify additional opportunities for acquiring additional SWP Table A water. Based on the average SWP reliability in 2025, CVWD and DWA would need to acquire at least 46,000 acre-ft/yr of additional Table A water. To the extent possible, additional Table A water would be obtained from other SWP contractors. If adequate Table A water cannot be obtained, surplus SWP water would continue to be purchased on a year-to-year basis as needed and as available.

CVWD and DWA are currently evaluating the feasibility of constructing a new aqueduct to convey SWP water directly to the Coachella Valley. This facility would allow CVWD and DWA to improve the quality of water delivered to the Valley and would improve the reliability of supply by providing conveyance capacity in the event of an outage of the Colorado River Aqueduct. CVWD and DWA are identifying potential partners that may interested in participating in the construction of this proposed aqueduct.

EXHIBIT 3
- 92 -

## Section 3 – Water Supplies

**Other Sources**

The other two sources, recycled water and surface water are not as significant, but reasonable efforts will be made to ensure their long-term reliability.

EXHIBIT 3
- 93 -

Exhibit 4



PREPARED FOR
COACHELLA VALLEY
WATER DISTRICT

Coachella Valley Water
Management Plan Update

DRAFT REPORT

December 2010





**MWH.**

*BUILDING A BETTER WORLD*



Water Consult
Engineering and Planning Consultants

EXHIBIT 4
- 94 -

# COACHELLA VALLEY WATER MANAGEMENT PLAN 2010 UPDATE

# Draft Report

**Prepared by:**

## Coachella Valley Water District

**P.O. Box 1058**
**Coachella, California  92236**
**(760) 398-2651**

**Steve Robbins**
**General Manager-Chief Engineer**

**Patti Reyes**
**Planning and Special Program Manager**

**December, 2010**

EXHIBIT 4
- 95 -



(This page is intentionally left blank)

DRAFT

Coachella Valley WMP 2010 Update

EXHIBIT 4
- 96 -

# Table of Contents

**Section Name**                                                    **Page Number**

**Executive Summary**

**Section 1 - Introduction**
1.1    Purpose and Need for Water Management Plan Update ........................................... 1-1
1.2    Study Area Description................................................................................................ 1-3
1.3    Approach to the Plan Update ..................................................................................... 1-7
1.4    Relationship to Other Planning Efforts.................................................................... 1-7
  1.4.1  Integrated Regional Water Management Plan ..................................................... 1-7
  1.4.2  Urban Water Management Plan............................................................................. 1-8
  1.4.3  Mission Creek and Garnet Hill Water Management Plan .................................. 1-8
  1.4.4  Multiple Species Habitat Conservation Plan ...................................................... 1-9

**Section 2 - The 2002 Water Management Plan**
2.1    Alternatives ................................................................................................................ 2-1
2.2    Recommended Plan .................................................................................................... 2-2
  2.2.1  Water Conservation .............................................................................................. 2-2
  2.2.2  Additional Water Supplies.................................................................................... 2-3
  2.2.3  Source Substitution ............................................................................................... 2-4
  2.2.4  Groundwater Recharge ........................................................................................ 2-5
2.3    Environmental Compliance ...................................................................................... 2-5
2.4    Water Management Plan Implementation Program.............................................. 2-6
2.5    Status of 2002 WMP Implementation...................................................................... 2-7

**Section 3 - Water Demand Projections**
3.1    Factors affecting future Water DEmands ............................................................... 3-1
  3.1.1  Revised Growth Forecasts .................................................................................... 3-1
  3.1.2  Land Use Changes................................................................................................. 3-2
  3.1.3  Development on Tribal Land ................................................................................ 3-2
  3.1.4  Development outside the 2002 WMP Study Area ................................................ 3-3
  3.1.5  Effects of Recession on Growth Forecasts........................................................... 3-4
3.2    Population and Land Use Forecasts.......................................................................... 3-4
  3.2.1  Population Forecasts ............................................................................................. 3-4
  3.2.2  Land Use Forecasts ............................................................................................... 3-7
3.3    Water Demand Projections ....................................................................................... 3-10
  3.3.1  Assumptions .......................................................................................................... 3-10
  3.3.1.1.  Water Conservation ........................................................................................ 3-10
  3.3.1.2.  Urban Water Demand Assumptions .............................................................. 3-10
  3.3.1.3.  Agricultural Water Demand Assumptions ..................................................... 3-11
  3.3.1.4.  Golf Course Water Demand Assumptions ..................................................... 3-11

EXHIBIT 4
- 97 -

# Table of Contents

3.3.1.5.   Fish Farm and Duck Club Water Demand Assumptions ................................. 3-12
3.3.1.6.   Tribal Demand Assumptions ............................................................................ 3-12
3.3.2   Water Demand Projections ................................................................................... 3-12
3.4      Demand Uncertainty .............................................................................................. 3-15

## Section 4 - Existing Water Supplies
4.1      Local Groundwater ................................................................................................ 4-1
4.1.1   Whitewater River Subbasin ................................................................................... 4-1
4.1.2   Mission Creek Subbasin ........................................................................................ 4-6
4.1.3   Garnet Hill Subbasin ............................................................................................. 4-7
4.1.4   Desert Hot Springs Subbasin ................................................................................ 4-7
4.1.5   Historical Groundwater Use .................................................................................. 4-7
4.1.6   Overdraft Status .................................................................................................... 4-11
4.2      Colorado River ...................................................................................................... 4-11
4.2.1   Quantification Settlement Agreement ................................................................... 4-14
4.3      STATE WATER PROJECT (swp) .......................................................................... 4-15
4.3.1   Metropolitan 100,000 AFY Transfer .................................................................... 4-16
4.3.2   Other SWP Transfers ............................................................................................ 4-17
4.3.3   SWP Delivery Availability ................................................................................... 4-17
4.4      Surface Water ........................................................................................................ 4-20
4.5      Recycled Water ..................................................................................................... 4-20
4.5.1   WRP-4 .................................................................................................................. 4-21
4.5.2   WRP-7 .................................................................................................................. 4-21
4.5.3   WRP-9 .................................................................................................................. 4-21
4.5.4   WRP-10 ................................................................................................................ 4-21
4.5.5   Palm Springs Water Reclamation Facility ........................................................... 4-22
4.5.6   Valley Sanitary District WWTP ........................................................................... 4-22
4.5.7   Coachella Sanitary District WWTP ...................................................................... 4-22
4.5.8   Aquaculture Water Reuse ...................................................................................... 4-24
4.6      OTHER SUPPLIES ............................................................................................... 4-24
4.7      Supply Risks and Uncertainties ............................................................................ 4-24
4.7.1   Colorado River ..................................................................................................... 4-25
4.7.2   SWP ...................................................................................................................... 4-27
4.7.3   Recycled Water ..................................................................................................... 4-29
4.8      No Project Alternative – Continuation of 2002 WMP ........................................... 4-30
4.9      Summary ............................................................................................................... 4-33

## Section 5 - Emerging Issues
5.1      Water Quality ......................................................................................................... 5-1
5.1.1   Basin Plan .............................................................................................................. 5-1
5.1.2   Salinity Management .............................................................................................. 5-5
5.1.3   Groundwater Quality ............................................................................................. 5-10
5.2      Climate Change ..................................................................................................... 5-15
5.2.1   Colorado River Basin ........................................................................................... 5-15
5.2.2   State Water Project ............................................................................................... 5-16

## Table of Contents

    5.2.3  Coachella Valley Supplies and Demands.......................................................5-17

    5.2.4  Conclusion.....................................................................................................5-17

5.3    Invasive Species – Quagga Mussels ....................................................................5-17

5.4    State Water Conservation Guidelines ...................................................................5-19

5.5    Subsidence ............................................................................................................5-20

5.6    Salton Sea Restoration .........................................................................................5-21

5.7    Seismic Response..................................................................................................5-22

5.8    Summary ...............................................................................................................5-23


**Section 6 – Management Plan Elements**

6.1    Need for Flexibility...............................................................................................6-1

6.2    Water Management Elements ................................................................................6-3

6.3    Water Conservation ..............................................................................................6-3

    6.3.1  Urban Conservation .....................................................................................6-4

    6.3.2  Agricultural Conservation ...........................................................................6-8

    6.3.3  Golf Course Conservation .........................................................................6-12

    6.3.4  Potential Savings from Water Conservation Programs .............................6-13

6.4    Additional Water Sources ...................................................................................6-13

    6.4.1  Colorado River Water ...............................................................................6-14

    6.4.2  SWP Exchange Water ...............................................................................6-15

    6.4.3  Future Imported Water Acquisitions .........................................................6-16

    6.4.4  Other Water Exchanges and Transfers .....................................................6-18

    6.4.5  Recycled Wastewater.................................................................................6-18

    6.4.6  Other Local Groundwater ..........................................................................6-20

    6.4.7  Desalinated Drain Water ...........................................................................6-21

    6.4.8  Desalinated Ocean Water ..........................................................................6-22

    6.4.9  Stormwater Capture ..................................................................................6-22

    6.4.10 Conjunctive Use........................................................................................6-23

6.5    Source Substitution .............................................................................................6-24

    6.5.1  Recycled Water Uses .................................................................................6-25

    6.5.2  Groundwater to Canal Water Conversion..................................................6-27

    6.5.3  Mid-Valley Pipeline ..................................................................................6-32

    6.5.4  Source Substitution Scenarios ...................................................................6-33

6.6    Groundwater Recharge ........................................................................................6-33

    6.6.1  West Valley Recharge Facility ..................................................................6-34

    6.6.2  East Valley Recharge Facilities .................................................................6-34

    6.6.3  Recharge Scenarios....................................................................................6-35

6.7    Water Quality Improvements ..............................................................................6-36

    6.7.1  Urban Water Treatment .............................................................................6-36

    6.7.2  Recharge Water Quality Improvement ......................................................6-37

    6.7.3  Groundwater Quality and Treatment .........................................................6-38

6.8    Other Management Activities ..............................................................................6-39

    6.8.1  Source Water Protection ............................................................................6-39

    6.8.2  Drainage Control........................................................................................6-41

    6.8.3  Flood Control .............................................................................................6-42

    6.8.4  Monitoring and Data Management .............................................................6-42

# Table of Contents

    6.8.5   Stakeholder Involvement ................................................................. 6-45
6.9      Summary ................................................................................................ 6-45

**Section 7- Plan Evaluation**
7.1      Evaluation Approach ............................................................................ 7-1
    7.1.1   Evaluation Factors ........................................................................ 7-1
        7.1.1.1   Potential Supply ........................................................ 7-1
        7.1.1.2   Water Quality ........................................................... 7-1
        7.1.1.3   Cost ........................................................................... 7-1
        7.1.1.4   Reliability .................................................................. 7-2
        7.1.1.5   Technical Feasibility ................................................ 7-2
        7.1.1.6   Environmental Impacts ............................................ 7-2
        7.1.1.7   Permitting .................................................................. 7-2
        7.1.1.8   Public Acceptance .................................................... 7-2
7.2      Water Supply Evaluation ..................................................................... 7-2
    7.2.1   Water Supply Scenarios ............................................................... 7-3
    7.2.2   Evaluation ..................................................................................... 7-5
        7.2.2.1   Potential Supply ........................................................ 7-6
        7.2.2.2   Water Quality ........................................................... 7-6
        7.2.2.3   Costs .......................................................................... 7-9
        7.2.2.4   Reliability .................................................................. 7-10
        7.2.2.5   Technical Feasibility ................................................ 7-10
        7.2.2.6   Environmental Impact. ............................................. 7-10
        7.2.2.7   Permitting .................................................................. 7-11
        7.2.2.8   Public Acceptance .................................................... 7-11
    7.2.3   Preferred Supply Mix. .................................................................. 7-11
7.3      Evaluation of Source substitution and Recharge Elements ................ 7-13
    7.3.1   Overdraft Reduction. .................................................................... 7-13
    7.3.2   Unit Cost ....................................................................................... 7-14
    7.3.3   Water Quality Issues .................................................................... 7-14
    7.3.4   Technical Feasibility .................................................................... 7-15
    7.3.5   Reliability ..................................................................................... 7-15
    7.3.6   Environmental Impacts ................................................................ 7-15
    7.3.7   Permitting. .................................................................................... 7-19
    7.3.8   Public Acceptance ........................................................................ 7-19
    7.3.9   Preferred Delivery Approach ....................................................... 7-19
7.4      Evaluation of Plan Performance ......................................................... 7-19
    7.4.1   Change in Groundwater Storage .................................................. 7-20
        7.4.1.1   Drain Flows .............................................................. 7-21
        7.4.1.2   Salt Balance .............................................................. 7-23
        7.4.1.3   Shallow Groundwater ............................................... 7-25
        7.4.1.4   Liquefaction .............................................................. 7-25
        7.4.1.5   Subsidence ................................................................ 7-26
        7.4.1.6   Artesian Groundwater Levels ................................... 7-28
        7.4.1.7   Achieving Balance between Water Level Increases and Impacts ........................................................................ 7-31

EXHIBIT 4
- 100 -

**Table of Contents**

      7.4.2   Development of Preferred Approach ................................................................. 7-32
   7.5     Summary ..................................................................................................................... 7-32

**Section 8- Implementation Plan**
   8.1     Plan Components ..................................................................................................... 8-1
      8.1.1   Continuation and Expansion of Existing Projects ........................................ 8-2
      8.1.2   New Projects and Programs ............................................................................ 8-8
      8.1.3   Environmental Enhancement and Mitigation Projects ................................. 8-11
      8.1.4   Potential Future WMP Elements .................................................................. 8-12
   8.2     Other Programs ..................................................................................................... 8-13
      8.2.1   Monitoring and Data Management ............................................................... 8-13
      8.2.2   Well Management Programs .......................................................................... 8-14
      8.2.3   Stakeholder and Tribal Input ....................................................................... 8-14
   8.3     Implementation Plan ............................................................................................ 8-14
   8.4     Implementation Costs .......................................................................................... 8-18
   8.5     Financing ................................................................................................................ 8-20
   8.6     Summary ................................................................................................................. 8-20

**Appendices**

Appendix A – References
Appendix B – Acronyms, Abbreviations, and Glossary
Appendix C – Monitoring and Data Management

**LIST OF TABLES**

**Table Name**                                            **Page Number**

Table 2-1 Minimum Water Conservation Assumptions for the 2002 Preferred Alternative....... 2-3
Table 2-2 Status of the 2002 Water Management Plan Implementation ..................................... 2-9

Table 3-1 Population Projections for the Coachella Valley........................................................ 3-6
Table 3-2 Water Demand Projections for the Coachella Valley................................................. 3-14

Table 4-1 Priorities and Water Delivery Contracts California Seven-Party Agreement of
       1931................................................................................................................... 4-13
Table 4-2 CVWD Deliveries under the Quantification Settlement Agreement ........................ 4-14
Table 4-3 State Water Project Sources ..................................................................................... 4-17
Table 4-4 Historical SWP Table A Allocations (1988-2009).................................................... 4-18
Table 4-5 SWP Availability for the Coachella Valley............................................................... 4-19
Table 4-6 Existing and Projected Total Wastewater Flows in the Coachella Valley ............... 4-23

Table 5-1 TMDLs for the CVSC ............................................................................................... 5-4
Table 5-2 TMDLs for the Salton Sea........................................................................................ 5-4

## Table of Contents

Table 5-3 Impacts of Five Climate Change Scenarios on State Water Project Table A and Article 21 Average Deliveries (for 2020) ....................................................... 5-16
Table 5-4 Summary of Emerging Issues........................................................................ 5-23

Table 6-1 Urban Water Conservation Best Management Practices................................ 6-6
Table 6-2 Range of Water Conservation Savings – 2045 ............................................ 6-13
Table 6-3 East Valley Golf Course Conversion Potential ........................................... 6-30
Table 6-4 West Valley Golf Course Conversion Potential .......................................... 6-30
Table 6-5 Range of Source Substitution Options ........................................................ 6-33
Table 6-6 Range of Groundwater Recharge Scenarios ................................................ 6-36

Table 7-1 Summary of Local Supplies ......................................................................... 7-3
Table 7-2 SWP Availability for the Coachella Valley under Delta Fix ......................... 7-4
Table 7-3 Water Supply Planning Scenarios – 2045 ..................................................... 7-5
Table 7-4 Water Supply Needs – 2045 .......................................................................... 7-5
Table 7-5 Comparison of Alternative Water Supply Elements ...................................... 7-7
Table 7-6 Comparison of Water Delivery and Use Options.......................................... 7-17
Table 7-7 Relationship between Groundwater Depth and Basin Impacts ..................... 7-31

Table 8-1 Implementation Plan.................................................................................... 8-15
Table 8-2 Implementation Costs by Plan Component 2011-2045................................. 8-18

### LIST OF FIGURES

| Figure Name | Page Number |
|---|---|

Figure 1-1 2010 Water Management Plan Study Area..................................................... 1-4
Figure 1-2 Coachella Valley Water Agency and City Boundaries ................................. 1-6

Figure 3-1 Comparison of Population Projections  for the Coachella Valley by Source Data .......................................................................................................................... 3-7
Figure 3-2 Location of Projected Population Growth within Coachella Valley.......................... 3-9
Figure 3-3 Existing and Future Water usage per Acre by User Type........................................ 3-13

Figure 4-1 Coachella Valley Groundwater Subbasins.................................................... 4-2
Figure 4-2 Representative Groundwater Levels ............................................................. 4-9
Figure 4-3 CVWD Colorado River Water Allocation Chart ......................................... 4-15
Figure 4-4 Water Supply Plan for No Project Scenario ................................................ 4-31
Figure 4-5 Estimated Annual Change in Storage – No Project Alternative ................... 4-32
Figure 4-6 Estimated Annual Flow to Salton Sea – No Project Alternative ................. 4-33
Figure 4-7 Supply and Demand Comparison under Existing Supply Conditions .................... 4-34

Figure 5-1 Perchlorate Concentrations at Lake Havasu ............................................... 5-12
Figure 5-2 Quagga Mussels in a Pipe .......................................................................... 5-17

Figure 6-1 Historical Agricultural Water Usage........................................................... 6-10

EXHIBIT 4
- 102 -

## Table of Contents

Figure 7-1 Cost Rank of Water Sources ................................................................................ 7-9
Figure 7-2 Comparison of Potential Supply Mixes by Scenario (2045).................................... 7-12
Figure 7-3 Water Supply Mix for 2010 WMP Update .......................................................... 7-13
Figure 7-4 Projected Change in Storage .............................................................................. 7-21
Figure 7-5 Projected Drain Flows....................................................................................... 7-23
Figure 7-6 Salt Balance.................................................................................................... 7-24
Figure 7-7 Groundwater Levels ......................................................................................... 7-29



(This page is intentionally left blank)

Coachella Valley WMP 2010 Update

EXHIBIT 4
-104-

# Section 1
# Introduction

The Coachella Valley Water District (CVWD, District) initiated a planning process in the early 1990s to meet its responsibilities for securing and protecting Coachella Valley water supplies into the future. The process initially addressed the East Valley, but was expanded to include the entire Coachella Valley in 1995. In September, 2002, the CVWD Board of Directors adopted the "Coachella Valley Final Water Management Plan" (2002 WMP) (Water Consult and MWH, 2002) and certified the final program environmental impact report (PEIR) (MWH, 2002). The Board recognized the need to update the Plan periodically to respond to changing external and internal conditions. This 2010 WMP Update meets that need.

## 1.1    PURPOSE AND NEED FOR WATER MANAGEMENT PLAN UPDATE

The Coachella Valley groundwater basin has been the principal source of water for the Valley since the early 1900s. As land was developed for agricultural and urban uses, demand on the groundwater basin increased. Groundwater levels in the East Valley began to decline and artesian wells ceased flowing. Recognizing the need for a supplemental water source, CVWD contracted with the federal government for Colorado River water from the All-American and Coachella Canals in 1934. With the completion of the Coachella Canal in 1949, supplemental water deliveries began and the groundwater levels began to recover. Groundwater levels stabilized in the 1970s and early 1980s near historical levels. With increased growth, groundwater levels once again began to decline as demand exceeded the available supply. Groundwater levels have shown a steady decline since the mid 1980s.

In the West Valley, resort and urban development relied solely on groundwater. Recognizing the need for additional water supplies, Desert Water Agency (DWA) and CVWD entered separate agreements with the State of California to purchase water from the State Water Project (SWP) in 1962 and 1963, respectively. To avoid the estimated $150 million cost to construct a pipeline to the Valley at that time, CVWD and DWA signed a water exchange agreement with the Metropolitan Water District of Southern California (Metropolitan) to deliver an equivalent amount of Colorado River water from Metropolitan's aqueduct in exchange for the Valley's SWP water. Deliveries of SWP Exchange water to the Whitewater River Spreading Facility commenced in 1973. Groundwater levels near the recharge facility showed a response to the recharge. However, in the central portions of the Valley, a steady decline continued. CVWD and DWA also signed an advanced delivery agreement with Metropolitan to store excess Colorado River water in the West Valley basin. This stored water represents a pre-delivery of the Valley's SWP supply. In the mid-1980s Metropolitan stored up to 600,000 AF of water in the basin. Even with this additional water, groundwater levels in the West Valley declined.

In 1994, CVWD with DWA commenced preparation of a water management plan to eliminate groundwater overdraft. The goal of the 2002 WMP is to assure adequate quantities of safe, high-quality water at the lowest cost to Coachella Valley water users. To meet this goal, four objectives must be met:

EXHIBIT 4
- 105 -

**Section 1 – Introduction**

1. Eliminate groundwater overdraft and its associated adverse impacts, including:
   - Groundwater storage reductions,
   - Declining groundwater levels,
   - Land subsidence, and
   - Water quality degradation.
2. Maximize conjunctive use opportunities,
3. Minimize adverse economic impacts to Coachella Valley water users, and
4. Minimize environmental impacts.

Since the adoption of the 2002 WMP, the Coachella Valley has experienced a number of changes affecting water demands in the Valley that are projected to continue for the foreseeable future. These changes include:

- rapid population growth,
- changes in land use from agricultural or vacant to urban and corresponding changes in water demand in terms of both quantity and quality,
- development on tribal lands and related water demands, and
- projected urban development outside the 2002 WMP study area and corresponding increases in water demands.

External factors have also affected or may affect Valley water supplies:

- SWP supplies fluctuate annually due to hydrology and environmental needs in the Sacramento-San Joaquin Delta (Delta).
- Recent environmental rulings have restricted the State's ability to move water through the Delta to the SWP decreasing supply reliability. The degree to which the long term supply of the SWP will be affected is uncertain.
- Efforts are underway to prepare the Bay-Delta Conservation Plan (BDCP), which is intended to restore the Delta's ecosystem and improve water supply reliability.
- The Quantification Settlement Agreement (QSA) has been overturned by the court, creating uncertainty in future Colorado River supplies.
- Climate change could affect the long term reliability of SWP and Colorado River supplies.

These changing conditions reinforce the need for a long term Plan and for updating the Plan in response to changing conditions. Consequently, the goal and objectives for the 2010 WMP Update have been refined to reflect the significant changes in projected water demands and water supplies that have occurred in recent years. The basic goal of the WMP remains essentially the same: "to reliably meet current and future water demands in a cost-effective and sustainable manner." However, the underlying objectives have been refined based on the uncertainties facing water resources managers throughout California. The programs and projects identified in the 2010 WMP Update are based on the following objectives:

EXHIBIT 4
- 106 -

1.  Meet current and future water demands with a 10 percent supply buffer,

2.  Eliminate long-term groundwater overdraft,

3.  Manage water quality,

4.  Comply with state and federal regulations,

5.  Manage future costs, and

6.  Minimize adverse environmental impacts.

These objectives are described in detail in Section 6.

## 1.2    STUDY AREA DESCRIPTION

The Coachella Valley lies in the northwestern portion of a great valley, the Salton Trough, which extends from the Gulf of California in Mexico northwesterly to the Cabazon area as shown in **Figure 1-1**. The Colorado River intersects this trough about midway, and its delta has formed a barrier between the Gulf of California and the Coachella and Imperial valleys. The Coachella Valley is ringed with mountains on three sides. On the north and west sides are the San Bernardino Mountains, San Jacinto, and Santa Rosa, which rise more than 10,000 feet above mean sea level (MSL). To the northeast and east are the Little San Bernardino Mountains, which attain elevations of 5,500 feet above MSL.

The Coachella Valley is geographically divided into the West Valley and the East Valley. Generally, the West Valley, which includes the cities of Palm Springs, Cathedral City, Rancho Mirage, Indian Wells and Palm Desert, has a predominately resort/recreation-based economy that relies on groundwater as its principal water source. The East Valley, which includes the cities of Coachella, Indio and La Quinta and the communities of Mecca and Thermal, has an agricultural-based economy utilizing groundwater and Colorado River water imported via the Coachella Canal. The East Valley is southeast of a line extending from Washington Street and Point Happy northeast to the Indio Hills near Jefferson Street, and the West Valley is northwest of this line as shown in **Figure 1-1**. The WMP study area also included CVWD's domestic water service area along the western and eastern shores of the Salton Sea which relies on groundwater pumped from the Whitewater River Subbasin. The 2010 WMP Update includes expanded areas of potential development located east of the San Andreas Fault along Dillon Road. This area falls within the spheres of influence of the cities of Coachella and Indio. Additional discussion of this expanded service area is presented in **Section 3**.

The Coachella Valley Groundwater Basin encompasses much of the Valley floor. Geologic faults and structures divide the basin into five subbasins: San Gorgonio Pass, Whitewater River (Indio), Garnet Hill, Mission Creek, and Desert Hot Springs subbasins. The largest of these is the Whitewater River Subbasin, which lies between the San Andreas Fault on northeast and the surrounding San Jacinto and Santa Rosa Mountains on the southwest. The subbasin extends from Whitewater in the northwest to the Salton Sea in southeast.

EXHIBIT 4
-107-



EXHIBIT 4
- 108 -

The California Department of Water Resources (DWR) refers to the Whitewater River subbasin as the Indio Subbasin which is designated Basin No. 7-21.01 in DWR's Bulletin 118 (DWR, 2003). The basin has a storage capacity of approximately 30 million acre-feet[1] (AF) (DWR, 1964). The geology of the basin varies with coarse-grained sediments located in the vicinity of Whitewater and Palm Springs, gradually transitioning to fine-grained sediments near the Salton Sea. Water placed on the ground surface in the West Valley will percolate through the sands and gravels directly into the groundwater aquifer. However, in the East Valley, several impervious clay layers lie between the ground surface and the main groundwater aquifer. Water applied to the surface in the East Valley does not easily reach the East groundwater aquifers due to these impervious clay layers. The only outlet for groundwater in the Whitewater River Subbasin is through natural subsurface outflow to the Salton Sea or through collection in drains and transport to the Salton Sea via the Coachella Valley Stormwater Channel (CVSC).

Although the study area of 2002 WMP and the 2010 WMP Update includes the Garnet Hill Subbasin, this subbasin is evaluated in detail the Mission Creek/Garnet Hill WMP which is under preparation (see **Section 1.4.3**.) The study area also includes the southeast portion of the Desert Hot Springs Subbasin; however, since little to no groundwater is produced from this subbasin.

The water users in the Coachella Valley receive water service from six water agencies: CVWD, DWA, Mission Springs Water District (MSWD), Indio Water Authority (IWA), Coachella Water Authority (CWA) and Myoma Dunes Mutual Water Company. Several isolated communities are supplied by small private water companies. The service area boundaries of Valley water purveyors along with city boundaries are presented in **Figure 1-2**. Wastewater service is provided by CVWD, DWA, the City of Palm Springs, Coachella Sanitary District and Valley Sanitary District (portions of Indio). Portions of the planning area which are not served by one of these agencies rely on individual septic systems for wastewater treatment and disposal.

---

[1]   One acre-foot (AF) is the amount of water that would cover one acre of land (approximately the size of a football field), one foot deep, or about 326,000 gallons.

EXHIBIT 4
-109-



EXHIBIT 4

- 110 -

## 1.3   APPROACH TO THE PLAN UPDATE

The 2010 WMP Update presents materials needed by an informed public to understand the goal, objectives, purposes and need for the Update.   Changed conditions affecting Plan implementation and modifications to the 2002 WMP to meet changing conditions in the future are clearly defined.

Section 2 provides a brief overview of the 2002 WMP to put changes in perspective.  Section 3 describes changes in population and land use projections and corresponding changes in water demand projections.  Section 4 describes available water supplies.  Section 5 identifies issues that have emerged since the 2002 WMP.  Section 6 describes the 2010 WMP Update elements needed to meet currently forecast future needs.  Section 7 describes the evaluation of plan components and selection of those components for inclusion in the 2010 WMP Update.  Section 8 provides a revised implementation plan and programmatic cost estimates for Plan elements.

## 1.4   RELATIONSHIP TO OTHER PLANNING EFFORTS

Since completion of the 2002 WMP, a number of related, compatible planning efforts have been initiated in the Valley.  These are described below.

### 1.4.1   Integrated Regional Water Management Plan

In 2002, the California legislature enacted the Integrated Regional Water Management (IRWM) Planning Act (Division 6 Part 2.2 of the Water Code §10530 et seq.), amended in 2008.  The act encourages local agencies to develop integrated regional strategies for management of water resources and work cooperatively to manage their available local and imported water supplies to improve the quality, quantity and reliability of those supplies.  The California Department of Water Resources (DWR) reviews all IRWM plans.   DWR provides funding for water management projects through competitive planning and implementation grant programs.

In 2008, CWA, CVWD, DWA, IWA, and MSWD formed the Coachella Valley Regional Water Management Group (CVRWMG) and signed a Memorandum of Understanding (MOU) for development of an Integrated Regional Water Management Plan (IRWMP).  In 2009, the CVRWMG established a planning region boundary and submitted an application for region acceptance to DWR, which was approved.

The CVRWMG is developing an IRWMP.  The IRWMP will qualify the region for DWR grants under proposition 84, Division 43: *The Safe Drinking Water, Water Quality and Supply, Flood Control, River and Coastal Protection Bond Act of 2006*, and Proposition 1E, *Article 1.699: Disaster Preparedness and Flood Prevention Bond Act of 2006*.   The draft Coachella Valley IRWMP was released for public review in November 2010 and is expected to be adopted in December 2010.  The 2002 WMP was a significant source of information for the Coachella Valley IRWMP.

EXHIBIT 4
- 111 -

**Section 1 – Introduction**

## 1.4.2  Urban Water Management Plan

In 1983, the California Legislature enacted the Urban Water Management Planning (UWMP) Act (Division 6 Part 2.6 of the Water Code §§10610 - 10656). This act requires that every urban water supplier providing water to 3,000 or more customers, or more than 3,000 AF of water annually, should ensure the appropriate level of reliability in its water service sufficient to meet the needs of its various categories of customers during normal, dry, and multiple dry years. The act describes the contents of the UWMP as well as how urban water suppliers should adopt and implement the plans. Every five years (in years ending in five and zero), plans are prepared and adopted that define the supplier's current and future water use, sources of supply, source reliability, and existing conservation measures. DWR reviews plans for compliance and provides a report to the California legislature one year after plans are due to DWR.

In compliance with state requirements, CVWD prepared a 2005 UWMP for its service area. The plan documents CVWD's projected water demands and its plans for delivering water supplies to its CVWD water service area. The plan will be updated every 5 years or as required by DWR. The next deadline for UWMP submission is July 1, 2011. This deadline was extended by Senate Bill (SB) x7-7 (2009) which mandated the development and implementation of plans to decrease per capita urban water usage 20 percent by the year 2020.

The City of Coachella, DWA, and IWA each prepared and submitted a 2005 UWMP. MSWD also prepared a 2005 UWMP. Most of the MSWD service area is outside the 2010 WMP Update planning area but is within the Coachella Valley IRWMP region.

The 2010 WMP Update will be a primary source document for preparation of CVWD's next UWMP.

## 1.4.3  Mission Creek and Garnet Hill Water Management Plan

The Mission Creek and Garnet Hill subbasins of the Coachella Valley Groundwater Basin lie north of the Banning Fault and outside the area included in the 2010 Water Management Plan Update. CVWD and MSWD have public water systems that rely on groundwater from the Mission Creek and Garnet Hill Subbasins. CVWD and DWA have statutory authority to impose replenishment assessments on water produced from portions of the subbasins within their service areas that benefit from replenishment activities. MSWD was annexed to DWA in 1963. Since that time, land owners within MSWD's and DWA's boundaries have paid a SWP tax assessment for the capital and certain fixed operating costs of the SWP. As early as 1984, MSWD, CVWD and DWA held discussions about recharging the Mission Creek Subbasin and the facilities that would be required. In 2002, DWA completed construction of spreading basins and a turnout from the Metropolitan Colorado River Aqueduct (CRA) and water deliveries began. CVWD and DWA executed the Mission Creek Groundwater Replenishment Agreement in April 2003, which also allowed for storage of advanced deliveries from Metropolitan.

In October 2003, MSWD filed action in the Superior Court of the State of California against DWA seeking a writ of mandate, declaratory relief for prescriptive and appropriative water rights and declaratory and injunctive relief for a physical solution of a groundwater basin. MSWD sought adjudication of the subbasin and questioned the quality of the imported water. In

EXHIBIT 4
- 112 -

December 2004, MSWD, DWA and CVWD reached a settlement agreement to work jointly to manage the subbasin. The agreement included provisions regarding payment of Replenishment Assessment Charges (RAC), shared costs for basin studies and development of a Water Management Plan for the Mission Creek and Garnet Hill Subbasins. Development of the Mission Springs and Garnet Hill Water Management Plan was initiated in August 2009 and is expected to be completed in the Spring of 2011.

The development of the Mission Creek/Garnet Hill WMP is being closely coordinated with the 2010 WMP Update to ensure consistent planning assumptions and analyses.

## 1.4.4    Multiple Species Habitat Conservation Plan

The purpose of the Coachella Valley Multiple Species Habitat Conservation Plan (CVMSHCP) is to provide a regional approach to balanced growth that will help conserve the Coachella Valley's natural heritage and allow for economic development by providing comprehensive compliance with federal and state laws to protect endangered species. The CVMSHCP permanently conserves 240,000 acres of open space and 27 threatened plant and animal species across the Coachella Valley. It allows for more timely construction of infrastructure essential to improving the Coachella Valley. The CVMSHCP was prepared by the Coachella Valley Association of Governments (CVAG) and the Coachella Valley Mountains Conservancy. Current signatories to the CVMSHCP include Riverside County, the cities of Cathedral City, Coachella, Indian Wells, Indio, La Quinta, Palm Desert, Palm Springs, Rancho Mirage, CVWD and Imperial Irrigation District (IID). The Coachella Valley Conservation Commission (CVCC), a joint powers authority of elected representatives, oversees and manages the CVMSHCP. The CVCC has no regulatory powers and no land use authority. Its primary purpose is to buy land from willing sellers in the conservation areas and to manage that land. The Plan will provide 75 years of habitat mitigation for CVWD activities. For participation in the Plan, CVWD will conserve lands in areas designated for conservation, and will also create additional habitat acreage.

Mitigation requirements for the creation of replacement habitat in the 2002 WMP PEIR have been incorporated into the CVMSHCP. The conservation areas defined in the CVMSHCP have been considered in developing the growth forecasts and water demand projections for the planning area of the 2010 WMP Update. In addition, the habitat replacement commitments have been included in the implementation program for the 2010 WMP Update.

EXHIBIT 4
- 113 -

(This page is intentionally left blank)

DRAFT                                              Coachella Valley WMP 2010 Update

EXHIBIT 4
- 114 -

Exhibit 5

| INDIAN LANDS | | | |
|---|---|---|---|
| LAND DESIGNATION | KRIEGER & STEWART 2014 ACRES[1] | PERCENT OF RESERVATION | PAGE 2010 ACRES[2] |
| ALL LANDS WITHIN THE AGUA CALIENTE INDIAN RESERVATION | | | |
| TRIBAL TRUST | 3,994 | 12.7% | 4,008 |
| TRIBAL FEE | 96 | 0.3% | 96 |
| ALLOTTED TRUST[3] | 18,258 | 58% | 18,404 |
| **SUB TOTAL** | **22,348** | **71%** | **22,508** |
| NON INDIAN FEE[4] | 9,073 | 29% | 8,887 |
| **TOTAL WITHIN RESERVATION** | **31,421** | **100%** | **31,395** |
| INDIAN LANDS OUTSIDE THE AGUA CALIENTE INDIAN RESERVATION | | | |
| TRIBAL | 2,685 | --- | --- |
| TRIBAL FEE | 2,933 | --- | --- |
| **TOTAL OUTSIDE RESERVATION[5]** | **5,618** | --- | --- |
| **ALL RESERVATION LANDS AND INDIAN LANDS OUTSIDE** | **37,039** | --- | **31,395** |

NOTES:

(1) ACREAGE BASED ON AGUA CALIENTE INDIAN RESERVATION, RIVERSIDE COUNTY, CALIFORNIA, LAND STATUS MAP AS OF FEBRUARY 2014.

(2) ACREAGE BASED ON TRIBE'S GIS DATABASE DATED OCTOBER 2010, PER PAGE TECHNICAL MEMORANDUM "AGUA CALIENTE TRIBE CURRENT WATER REQUIREMENTS", DATED APRIL 7, 2014.

(3) OF THE ALLOTTED TRUST LANDS, CURRENTLY 4,037 ACRES ARE LEASED AND 14,221 ACRES ARE NOT LEASED.

(4) CERTAIN NON INDIAN FEE LANDS WITHIN SECTION 18, T4S, R5E AND SECTION 2, T5S, R4E ARE NOT CLEARLY DEFINED ON THE AFOREMENTIONED LAND STATUS MAP, AND THEIR AREAS HAVE THEREFORE BEEN ESTIMATED.

(5) PAGE DID NOT INCLUDE LANDS OUTSIDE THE RESERVATION.

(6) LAND AREAS ARE SUBJECT TO REVISION WITH CLARIFICATIONS, CORRECTIONS, OR REVISION TO THE AFOREMENTIONED LAND STATUS MAP.

KJL/
101-79_INDIAN LANDS.xlsx (September 9, 2014)



EXHIBIT 5
- 115 -

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

**PROOF OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action.  My business address is Best Best & Krieger LLP, 2001 N. Main Street, Suite 390, Walnut Creek, California 94596.  On October 21, 2014, I served the following document(s):

**DECLARATION OF DAVID K. LUKER IN SUPPORT OF DEFENDANT DESERT WATER AGENCY'S MOTION FOR SUMMARY JUDGMENT**

by transmitting via electronic transmission to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Central District of California. Federal Rule of Civil Procedure § 5(b)(2)(E)

| | |
|---|---|
| Catherine F. Munson, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>607 Fourteenth Street NW, Suite 900<br>Washington, DC 20005 | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Tel:  (202)-508-5844<br>Fax: (202) 585-0007<br>cmunson@kilpatricktownsend.com<br>kharper@kilpatricktownsend.com | |
| Thierry R. Montoya<br>David J. Masutani<br>AlvaradoSmith, APC<br>633 W. Fifth Street<br>Suite 1100<br>Los Angeles, CA 90071 | Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Tel: (213) 229-2400<br>Fax: (213) 229-2499<br>dmasutani@alvaradosmith.com | |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

1  Heather Whiteman Runs Him, Esq.      Pro Hac Vice Attorneys for Plaintiff
2  Steven C. Moore, Esq.                Agua Caliente Band of Cahuilla
   Native American Rights Fund          Indians
3  1506 Broadway
4  Boulder, CO 80302

5  Tel:  (303) 447-8760
6  Fax: (303) 442-7776
   heatherw@narf.org
7  smoore@narf.org

8

9  Mark H. Reeves, Esq.                 Pro Hac Vice Attorneys for Plaintiff
   Kilpatrick Townsend & Stockton LLP   Agua Caliente Band of Cahuilla
10 Enterprise Mill                      Indians
11 1450 Greene St., Suite 230,
   Augusta, GA  30901
12

13 Tel:  (706) 823-4206
   Fax: (706) 828-4488
14 mreeves@kilpatricktownsend.com

15

16 Gerald D. Shoaf, Esq.                Attorney for Defendants
17 Steven B Abbott, Esq.                Coachella Valley Water District,
   Redwine & Sherrill                   Franz De Klotz, Ed Pack, John
18 1950 Market Street                   Powell, Jr., Peter Nelson, Debi
19 Riverside, CA 92501-1704             Livesay

20 Tel:  951-684-2520
21 Fax: 951-684-9583
   sabbott@redwineandsherrill.com
22 gshoaf@redwineandsherrill.com

23

24

25     Executed on October 21, 2014, at Walnut Creek, California.

26                                 */s/ Monica Brozowski*
27                                 Monica Brozowski

28