1  CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
   CMunson@kilpatricktownsend.com
2  MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
   Mreeves@kilpatricktownsend.com
3  KILPATRICK TOWNSEND & STOCKTON, LLP
   607 14th Street, N.W.
4  Washington, D.C. 20005
   Tel:  (202) 508-5800; Fax:  (202) 508-5858
5
6  STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
   Smoore@narf.org
7  HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
   HeatherW@narf.org
8  NATIVE AMERICAN RIGHTS FUND
   1506 Broadway
9  Boulder, CO 80302
   Tel:  (303) 447-8760; Fax:  (303) 443-7776
10
11 DAVID J. MASUTANI (CA Bar No. 172305)
   DMasutani@alvaradosmith.com
12 ALVARADOSMITH, APC
   633 W. Fifth Street, Suite 1100
13 Los Angeles, CA 90071
   Tel:  (213) 229-2400; Fax:  (213) 229-2499
14 Attorneys for Plaintiff
   Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| AGUA CALIENTE BAND OF CAHUILLA INDIANS, | Case No.: ED CV 13-00883-JGB-SPX |
|---|---|
| | Judge: Jesus G. Bernal |
| Plaintiffs, | |
| v. | **AGUA CALIENTE BAND OF CAHUILLA INDIANS' NOTICE OF MOTION, AND MOTION FOR SUMMARY JUDGMENT ON PHASE 1 ISSUES** |
| COACHELLA VALLEY WATER DISTRICT, et al. | |
| Defendants. | Hearing Date: February 9, 2015 |
| | Time: 9:00 A.M. |
| | Courtroom: 1 |
| | Action Filed: May 14, 2013 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 56, Local Rule 56-1, Paragraphs 5-6, 9, and 11 of the Court's Standing Order respecting summary judgment practice, the Parties' Joint Stipulation to Trifurcate the Case (Doc. No. 49), and the parties' Rule 26(f) Discovery Plan and Conference Report (Doc. No. 54), approved by the Court on February 28, 2014, (Doc. No. 56), the Agua Caliente Band of Cahuilla Indians ("Tribe") intends to move and hereby moves for summary judgment declaring: (1) the existence, as a matter of law, of the Tribe's federally reserved right to groundwater to fulfill the purposes of the Agua Caliente Reservation; and (2) the existence of the Tribe's aboriginal right to groundwater on the basis of federal common law. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on Tuesday, October 14, 2014.

This motion is based on the Tribe's Memorandum of Points and Authorities in Support of Motion for Summary Judgment on Phase 1 Issues and the Tribe's Separate Statement of Undisputed Facts, filed contemporaneously herewith, and all other pleadings filed in this case. There is no material fact in dispute, and the Tribe is entitled to rulings in its favor on the above stated issues as a matter of law.

DATED: October 21, 2014.           KILPATRICK TOWNSEND & STOCKTON LLP

By: :          /s/ Catherine Munson
CATHERINE MUNSON
(D.C. Bar No. 985717, admitted *pro hac vice*)
MARK H. REEVES
(GA Bar No. 141847, admitted *pro hac vice*)

*Attorneys for Plaintiff*
*Agua Caliente Band of Cahuilla Indians*