1  CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
   CMunson@kilpatricktownsend.com
2  MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
   MReeves@kilpatricktownsend.com
3  KILPATRICK TOWNSEND & STOCKTON, LLP
   607 14th Street, N.W.
4  Washington, D.C. 20005
   Tel: (202) 508-5800; Fax: (202) 508-5858
5
6  STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
   SMoore@narf.org
7  HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
   HeatherW@narf.org
8  NATIVE AMERICAN RIGHTS FUND
   1506 Broadway
9  Boulder, CO 80302
   Tel: (303) 447-8760; Fax: (303) 443-7776

10 DAVID J. MASUTANI (CA Bar No. 172305)
   DMasutani@alvaradosmith.com
11 ALVARADOSMITH, APC
   633 W. Fifth Street, Suite 1100
12 Los Angeles, CA 90071
   Tel: (213) 229-2400; Fax: (213) 229-2499
13
14 Attorneys for Plaintiff
   Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.<br><br>Defendants. | Case No.: ED CV 13-00883-JGB-SPX<br>Judge: Jesus G. Bernal<br><br>**AGUA CALIENTE BAND OF CAHUILLA INDIANS' STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW**<br><br>Hearing Date: February 9, 2015<br>Time: 9:00 A.M.<br>Courtroom: 1<br><br>Action Filed: May 14, 2013 |

Pursuant to the Court's Standing Order and L.R. 56-1, the Agua Caliente Band of Cahuilla Indians (Agua Caliente) files the following Statement of Undisputed Facts and Conclusions of Law in support of its Motion for Summary Judgment on Phase 1 Issues. All documents cited in support of the facts set forth below have been produced in this case and therefore are deemed authenticated pursuant to the Court's Order of August 15, 2014 (Doc. No. 78). Pursuant to the Court's standing order, all documentary evidence has been placed in a binder with an index and each item of evidence separated by a tab divider (Tab). All citations to Tabs in the table below are to the corresponding tab divider in the binder. While the facts set forth go beyond the bare minimum of material facts necessary to substantiate Agua Caliente's entitlement to summary judgment as a matter of law on the Phase 1 issues, they are intended to provide the Court with insight and understanding of how the governing law of this case fits with and is reinforced by Agua Caliente's history.

# AGUA CALIENTE'S STATEMENT
# OF UNDISPUTED FACTS

| Agua Caliente SF # | Fact | Supporting Evidence |
|---|---|---|
| 1. | Plaintiff the Agua Caliente Band of Cahuilla Indians (Agua Caliente or the Tribe) is a federally recognized Indian tribe. | 79 Fed. Reg. 4748, 4749 (Jan. 29, 2014). |
| 2. | The Agua Caliente Reservation (the Reservation) consists of approximately 31,396 acres of land. | Executive Order of May 15, 1876. Tab 1.<br><br>Executive Order of September 29, 1877. Tab 1.<br><br>Map of Agua Caliente Reservation. Tab 2. |
| 3. | The Reservation is located within the exterior geographic boundaries of Riverside County, California. | *See* Map of Agua Caliente Reservation, Tab 2. |
| 4. | The lands now set aside as the Reservation were within Agua Caliente's aboriginal territory. | LOWELL JOHN BEAN, MUKAT'S PEOPLE: THE CAHUILLA INDIANS OF SOUTHERN CALIFORNIA 25-28 (Berkeley: University of California Press, 1972) (1972). Tab 3. |
| 5. | The population of Cahuilla prior to first contact with Europeans was 5,000-6,000. | Bean (1972) at 76-77. Tab 3. |
| 6. | The present day Agua Caliente are descended from four Cahuilla lineages. | LOWELL J. BEAN, SYLVIA BRAKKE VANE & JACKSON YOUNG, THE CAHUILLA LANDSCAPE: THE SANTA ROSA AND SAN JACINTO MOUNTAINS 10-20 (Lowell Bean & Sylvia Brakke Vane, eds., Ballena Press 1991) (1991). Tab 4. |
| 7. | The four ancestral Cahuilla lineages from which the present day Agua Caliente descend were *Kauisiktum, Paniktum, Wanakik,* and *Atcitem*. | *Id.* |
| 8. | The borders of the ancestral Cahuilla's living area extended across the San Jacinto Mountains to the west and into the Coachella Valley to the east, encompassing the Whitewater River basin in San Gorgonio Pass and running south to around what is now Cathedral City. | *Id.* at 13. |
| 9. | The ancestral Cahuilla lineages that make up the present day Agua Caliente lived in an area of roughly 600 square miles. | *Id.* at 13-22. |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

2

| | | | |
|---|---|---|---|
| 10. | The living area of the ancestral Cahuilla lineages from which the Agua Caliente are descended included present day Palm Springs. | *Id.* |
| 11. | The living area of the ancestral Cahuilla lineages from which the Agua Caliente are descended extended as far south as the present day city of La Quinta. | *Id.* |
| 12. | Ancestral Cahuilla villages were located near water sources. | *Id.* at 8.<br><br>Bean (1972) at 25-28, 32. Tab 3. |
| 13. | Ancestral Cahuilla villages were occupied year-round. | Bean (1972) at 71, 73-74, 82. Tab 3. |
| 14. | Ancestral Cahuilla seasonally occupied areas outside of their villages to hunt and gather. | *Id.* at 71.<br><br>FRANCISCO PATENCIO, STORIES AND LEGENDS OF THE PALM SPRINGS INDIANS 56 (Margaret Boynton, ed., Times-Mirror 1943) (1943). Tab 5.<br><br>William Duncan Strong, *Aboriginal Society in Southern California*, 26 AMERICAN ARCHAEOLOGY AND ETHNOLOGY 91 (1929). Tab 6.<br><br>Bean, Vane, & Young (1991) at 67, 76, 87. Tab 4. |
| 15. | Water was critical to meet a number of ancestral Cahuilla needs. | Bean (1972) at 36-43, 52-53, 60, 73-74. Tab 3.<br><br>Bean, Vane, & Young (1991). Tab 4. |
| 16. | Ancestral Cahuilla used water for personal consumption. | DAVID P. BARROWS, THE ETHNO-BOTANY OF THE COAHUILLA INDIANS OF SOUTHERN CALIFORNIA 40 (University of Chicago Press 1900) (1900). Tab 7. |
| 17. | Ancestral Cahuilla used water for food processing and preparation. | Bean (1972) at 36-43, 52-53, 60. Tab 3. |
| 18. | Ancestral Cahuilla used water for personal hygiene. | *Id.* at 81. |
| 19. | Ancestral Cahuilla used water for medicinal purposes. | *Id.* at 39, 81, 167.<br><br>Patencio (1943) at 91-95. Tab 5.<br><br>Strong (1929) at 93. Tab 6. |
| 20. | Ancestral Cahuilla used water for spiritual | *Id.* |

3

| | | | |
|---|---|---|---|
| | | and ceremonial purposes. | |
| | 21. | Ancestral Cahuilla used water for production of household items such as pottery and baskets. | Bean (1972) at 39, 49-50. Tab 3. |
| | 22. | Ancestral Cahuilla used water in the construction of their homes. | LOWELL J. BEAN, ARCHAEOLOGICAL, ETHNOGRAPHIC, AND ETHNOHISTORIC INVESTIGATIONS AT TAHQUITZ CANYON, PALM SPRINGS, CALIFORNIA V-95-97 (Jerry Schaefer and Sylvia Brakke Vane, eds., Cultural Systems Research, Inc. 1995) (1995). Tab 8.<br><br>Bean, Vane, & Young (1991). Tab 4. |
| | 23. | Ancestral Cahuilla used water for agricultural purposes. | LOWELL J. BEAN AND KATHERINE SIVA SAUBEL, TEMALPAKH: CAHUILLA INDIAN KNOWLEDGE AND USE OF PLANTS 201-210 (Malki Museum Press 1972) (1972). Tab 9.<br><br>Bean (1972) at 32. Tab 3.<br><br>Bean (1995) at V-46-50, 162-163. Tab 8.<br><br>BENJAMIN D. WILSON, THE INDIANS OF SOUTHERN CALIFORNIA IN 1852 27, 37 (John Walton Caughey, ed., Huntington Library, 1952) (1852). Tab 10. |
| | 24. | Cahuilla people have lived in the desert environment for millennia. | Bean (1972) at 25-28. Tab 3. |
| | 25. | Naturally occurring springs were of vital importance to the ancestral Cahuilla, including the lineage groups from which Agua Caliente descends, for subsistence, agricultural, and cultural purposes. | Bean, Vane, & Young (1991) at 8, 13, 20, 39-40, 47-48, 51, 53, 60, 67, 70, 72, 76, 82, 84-85, 101. Tab 4.<br><br>Bean (1972) at 31-32. Tab 3.<br><br>Bean (1995) at V-5-6, V-93. Tab 8.<br><br>Bean & Saubel (1972) at 203. Tab 9.<br><br>Patencio (1943) at 70-71, 91-95. Tab 5.<br><br>John R. Brumgardt & Larry L. Bowles, *People of the Magic Waters: The Cahuilla Indians of Palm Springs* (ETC Publications: Palm Springs, California, |

4

| | | | |
|---|---|---|---|
| | | | 2007) (2007) 98-100. Tab 11. |
| | 26. | The ancient Cahuilla, including the lineage groups that became Agua Caliente, developed groundwater sources such as springs and hand dug wells where necessary to carry out their essential life ways. | Bean (1972) at 32, 74. Tab 3.<br><br>Bean, Vane, & Young (1991) at 8. Tab 4.<br><br>Barrows (1900) at 26-27. Tab 7.<br><br>A.L. Kroeber, *Ethnography of the Cahuilla Indians,.* 8 no. 2 UNIV. OF CA PUB. IN AMERICAN ARCHAEOLOGY AND ETHNOLOGY 31 (1908). Tab 12.<br><br>RACHEL DAYTON SHAW, EVOLVING ECOSCAPE: AN ENVIRONMENTAL AND CULTURAL HISTORY OF PALM SPRINGS, CALIFORNIA, AND THE AGUA CALIENTE INDIAN RESERVATION, 1877-1939 72 (University of California, San Diego 1999) (1999). Tab 13.<br><br>Lando, Richard & Ruby E. Modesto, *Temal Wakhish: A Desert Cahuilla Village*, 4 JOURNAL OF CALIFORNIA ANTHROPOLOGY Figure 2 (1977). Tab 14.<br><br>Patencio (1943) at 58, 100-102. Tab 5.<br><br>HARRY M. QUINN, OBSERVATIONS ON THE CAHUILLA INDIANS- PAST AND PRESENT 64 (Coachella Valley Archaeological Society 2007) (1997). Tab 15.<br><br>Lowell John Bean and William M. Mason, *The Romero Expeditions, 1823-1826; Diaries and Accounts of the Romero Expeditions in Arizona and California* 36-37 (Palm Springs Desert Museum 1962) (1893). Tab 16. |
| | 27. | Ancestors of the modern Agua Caliente have lived in the present-day Coachella Valley consistently since before first contact with Europeans. | Bean (1972) at 71. Tab 3. |
| | 28. | There is no evidence of non-Cahuilla indigenous groups living in the present-day Coachella Valley. | *Id.* at 70. |

5

| | | |
|---|---|---|
| 29. | The historical record shows extensive Cahuilla use and control of the present-day Coachella Valley. | *Id.* at 25-28, 71-72.<br><br>Bean, Vane, & Young (1991) at 87. Tab 4.<br><br>Patencio (1943) at 56, 91-95. Tab 5.<br><br>Shaw (1999) at 72. Tab 13. |
| 30. | The vast majority of the Reservation was set aside by two executive orders. | 1876 Executive Order. Tab 1.<br><br>1877 Executive Order. Tab 1. |
| 31. | The first of these executive orders was issued by President Grant on May 15, 1876 (the 1876 Order). | 1876 Order. Tab 1. |
| 32. | The second of these executive orders was issued by President Hayes on September 29, 1877 (the 1877 Order). | 1877 Order. Tab 1. |
| 33. | The 1876 Order set aside 800 acres for the Reservation. | 1876 Order. Tab 1. |
| 34. | The 1876 Order set aside land for the "permanent use and occupancy" of Agua Caliente. | *Id.* |
| 35. | The 1877 Order increased the size of the Reservation to over 30,000 acres. | 1877 Order. Tab 1. |
| 36. | The 1877 Order set aside land "for Indian purposes." | *Id.* |
| 37. | Prior to the issuance of the 1876 and 1877 Orders, numerous federal Indian agents attempted to devise ways to provide for the Indians of Southern California, including the Agua Caliente. | Ames Report, House, *Mission Indians of So. Cal.*, 43d Congress, 1st session, Jan. 24, 1874, H. Ex. Doc. 91, serial 1607. Tab 17.<br><br>Report of D.A. Dryden to Commissioner of Indian Affairs, June 30, 1875, ARCIA 1875, 223. Tab 18.<br><br>Letter from Dryden to Acting Commissioner, March 27, 1876, Letter D-148, Roll 48, M234. Tab 19.<br><br>Letter from Dryden to Commissioner, May 17, 1876, Letter D-238, Roll 48, M234. Tab 20.<br><br>Letter from Colburn to Commissioner Smith, July 12, 1876, Letter I-644, Roll 48, M234. Tab 21.<br><br>Letter from Commissioner Smith to Agent |

6

| | | | |
|---|---|---|---|
| | | | Colburn, July 17, 1877, Roll 136, M21, 406-407. Tab 22.<br><br>Colburn Report to Commissioner Smith, August 15, 1877, ARCIA 1877, 35-38. Tab 23.<br><br>Colburn Report to Commissioner Smith, August 24, 1877, Letter M-690, Roll 49, M234. Tab 24. |
| | 38. | Prior to the issuance of the 1876 and 1877 Orders, the Agua Caliente and their lands were subject to encroachment and depredation by white settlers. | Dryden Report of June 30, 1875 at 223-224. Tab 18.<br><br>Commissioner Smith letter to Secretary of the Interior, December 22, 1875. Tab 25. |
| | 39. | In 1873, Special Agent John Ames wrote a report to Indian Office Commissioner Edward Smith. | Ames Report Oct. 28, 1973. Tab 17. |
| | 40. | Special Agent Ames' report discussed the need for the United States to take action to establish reservations for the Indians of Southern California. | *Id.* |
| | 41. | With respect to finding land for such reservations, Special Agent Ames reported that the "great difficulty … arises not from any lack of unoccupied land, but from lack of well-watered land." | *Id.* at 15. |
| | 42. | Special Agent Ames further reported that "[w]ater is absolutely indispensable to any Indian settlement, large or small." | *Id.* |
| | 43. | Special Agent Ames further reported that "It would be worse than folly to attempt to locate [the Indians] on land destitute of water, and that in sufficient quantity for purposes of irrigation." | *Id.* |
| | 44. | In 1875, Agent D.A. Dryden served as head of the Mission Indian Agency. | Dryden Report of June 30, 1875. Tab 18. |
| | 45. | Agent Dryden reported that "[t]he one pressing want of these people now is land, on which they can cultivate their gardens …." | *Id.* at 223. |
| | 46. | Agent Dryden proposed the creation of several reservations for the Indians of Southern California. | *Id.* at 223-224. |
| | 47. | Agent Dryden reported that the creation of these reservations would "meet the present and future wants of these Indians, by giving them exclusive and free possession | *Id.* at 224. |

7

| | | | |
|---|---|---|---|
| | | of these lands [on which t]hey will be encouraged to build comfortable houses, improve their acres, and surround themselves with home comforts." | |
| | 48. | Agent Dryden wrote a letter to S.A. Galpin, Acting Commissioner of Indian Affairs, on March 27, 1876 recommending that certain lands in what was then San Bernardino County be set aside as Indian reservations. | Dryden letter of March 27, 1876. Tab 19. |
| | 49. | Acting Commissioner Galpin then recommended that President Grant issue an executive order setting aside the lands identified by Agent Dryden. | Letter from Galpin to Secretary of the Interior, May 11, 1876, Roll 28, M348, 119-120. Tab 26. |
| | 50. | President Grant issued the 1876 Order establishing the Agua Caliente Reservation four days after Acting Commissioner Galpin's letter. | *See* 1876 Order. Tab 1. |
| | 51. | Two days after the 1876 Order, Agent Dryden wrote to Indian Affairs Commissioner John Q. Smith. | Dryden letter of May 17, 1876. Tab 20. |
| | 52. | Agent Dryden reported that the Indians remained dissatisfied and felt that they were being treated unfairly because they had inadequate lands. | *Id.* at ACC0011226. |
| | 53. | Agent Dryden reported that the Indians' complaints were valid. | *Id.* at ACC0011227. |
| | 54. | Agent Dryden reported that, while the recently established reservations were "better than nothing," they would "not settle the question" of providing for the Indians of Southern California. | *Id.* |
| | 55. | A May 17, 1876 newspaper article included in Agent Dryden's report opined that the recently established reservations were "but a *partial* and quite an inadequate step in the direction of a permanent adjustment of the Mission Indian problem." | *Id.* (emphasis in original). |
| | 56. | In 1877, J.E. Colburn was appointed as Mission Indian Agent. | Colburn letter of July 12, 1876. Tab 21. |
| | 57. | Commissioner Smith instructed Agent Colburn to make "strenuous efforts … at the earliest possible date" to identify and reserve "every available foot of vacant arable land" for the "permanent occupation" of the Indians of Southern California. | Smith letter of July 17, 1877 at 407-408. Tab 22. |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| | | | |
|---|---|---|---|
| | 58. | Agent Colburn subsequently affirmed that the "first purpose" of his department was "to secure the Mission Indians permanent homes, with land and water enough, that each one who will go upon a reservation may have to cultivate a piece of ground as large as he may desire." | Colburn Report of August 15, 1877 at 37. Tab 23. |
| | 59. | Agent Colburn further reported his understanding that the federal government's intent was to place the Southern California Indian tribes "permanently in possession of lands which they may cultivate as their own." | *Id.* at 35. |
| | 60. | Agent Colburn quickly identified and recommended for inclusion in the Agua Caliente Reservation 35 additional sections of land. | Colburn Report of August 24, 1877 at ACC0010139. Tab 24. |
| | 61. | The additional sections of land identified by Agent Colburn were in the vicinity of the 800 acres already set aside for Agua Caliente by the 1876 Order. | *Id.* |
| | 62. | Agent Colburn acknowledged that this seemed like a large reservation. | *Id.* |
| | 63. | Agent Colburn explained the size of the proposed reservation by noting that "none of it is fit for pasturage, and none can be cultivated except the few acres watered at the 'Rincon' and at the Spring." | *Id.* at ACC0010139-40. |
| | 64. | The "Rincon" and the "Spring" were two Agua Caliente settlements or villages located "four or five miles" apart. | *Id.* at ACC0010138. |
| | 65. | Agent Colburn stated that the proposed addition to the Reservation included a "thousand acres more or less that could be cultivated if water could be brought upon it." | *Id.* at ACC0010140. |
| | 66. | Approximately one month after Agent Colburn's report, President Hayes issued the 1877 Order. | *See* 1877 Order, tab 1. |
| | 67. | The United States acquired and withdrew additional lands for Agua Caliente after 1877. | Letter from Kelsey to Commissioner, Jan. 3, 1907. Tab 27.<br><br>Secretarial Order of Feb. 2, 1907, Tab 28.<br><br>1907 Report to Commissioner of Indian Affairs at 57, 92. Tab 29.<br><br>May 9, 1907 Letter from Larrabee to |

9

| | | | |
|---|---|---|---|
| 1 | | | Secretary of the Interior. Tab 30. |
| 2 | | | Deeds from Barney. Tab 31. |
| 3 | 68. | Patents for the Agua Caliente Reservation were subsequently issued to the Tribe and some of its members. | Relevant land patents. Tab 32. |
| 4 | | | |
| 5 | 69. | The aquifer under the Reservation is in a state of overdraft. | CVWD 2010-11 Annual Review at 2. Tab 33. |
| 6 | 70. | An aquifer is in overdraft condition when "more water is used each year than can be replaced by natural or artificial means." | *Id.* |
| 7 | | | |
| 8 | 71. | As of 2010, Defendant CVWD estimated the cumulative overdraft of the aquifer as more than 5.5 million acre-feet (AF). | *Id.* |
| 9 | 72. | As of 2010, Defendant CVWD estimated the ongoing, annual overdraft of the at an average of approximately 239,000 AF. | *Id.* |
| 10 | | | |
| 11 | 73. | The Spanish missions had limited influence on the Agua Caliente Cahuilla. | Bean (1972) at 17. Tab 3.<br><br>A.L. Kroeber, *Handbook of the Indians of California*, reprint of 1925 ed. (Berkeley: University of California Press, 1972) 17. Tab 34.<br><br>Stanley Report to Commissioner of Indian Affairs, Sept. 30, 1869. Tab 35. |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 74. | The Cahuilla's "traditional political organization was still intact" when the United States assumed control over their lands. | Bean (1972) at 17. Tab 3. |
| 17 | | | |
| 18 | | | |
| 19 | 75. | The traditional Cahuilla political organization remained intact because the Cahuilla had limited contact with the Mission system. | *Id.* |
| 20 | | | |
| 21 | 76. | By 1852, federal representatives had negotiated 18 treaties between the United States and California Indian tribes. | William H. Ellison, "The Federal Indian Policy in California, 1846-1860," *Mississippi Valley Historical Review* 9, no. 1 (June 1922): 56-58. Tab 36.<br><br>http://www.bia.gov/ WhoWeAre/RegionalOffices/Pacific/WeAre/ Printout at Tab 37.<br><br>Bean (1995) at V-167. Tab 8. |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | 77. | One of those treaties was the Treaty of Temecula. | TREATY WITH THE SAN LUIS REY, ETC., U.S.- SAN LOUIS REY, KAH-WE-AS, AND THE |
| 28 | | | |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

10

| | | | |
|---|---|---|---|
| | | | CO-COM-CAH-RAS TRIBES OF INDIANS, January 5, 1852. Tab 38. |
| | 78. | The Agua Caliente Cahuilla were party to the Treaty of Temecula. | *Id.* |
| | 79. | The Treaty of Temecula set aside a reservation encompassing most of the lands making up the current Agua Caliente Reservation. | *Id.* <br><br> Bean (1995) at V-167. Tab 8. <br><br> Ellison (1922) at 56-57. Tab 36. |
| | 80. | The United States Senate failed to ratify any of the 18 treaties, including the Treaty of Temecula. | *http://www.bia.gov/ WhoWeAre/RegionalOffices/Pacific/WeAre/* Tab 36. <br><br> Bean (1995) at V-167. Tab 8. |
| | 81. | The Senate's failure to ratify the treaties was not publicly disclosed for some time. | *See id.* <br><br> *See* Report by Lt. William Winder to Capt. H.S. Burton, April 29, 1856 at 123. Tab 39. |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

## Conclusions of Law

1. The *Winters* reserved rights doctrine applies to groundwater.

2. When it established the Agua Caliente Reservation, the United States reserved groundwater rights necessary to satisfy the purposes of the Reservation.

3. The Agua Caliente Band of Cahuilla Indians has a federally reserved right to groundwater in an amount to be determined in Phase 3 of this litigation.

4. Agua Caliente is entitled to a declaration of the existence of its federally reserved right to groundwater associated with its Reservation.

5. Agua Caliente has an aboriginal right to groundwater pursuant to federal common law.

6. Agua Caliente's aboriginal right to groundwater has never been legitimately extinguished.

7. Agua Caliente is entitled to a declaration of the existence of its aboriginal right to groundwater associated with its Reservation.

DATED: October 21, 2014.　　　　　　KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Catherine Munson
CATHERINE MUNSON
(D.C. Bar No. 985717, admitted *pro hac vice*)
MARK H. REEVES
(GA Bar No. 141847, admitted *pro hac vice*)

*Attorneys for Plaintiff*
*Agua Caliente Band of Cahuilla Indians*