# INDEX

| | |
|---|---|
| Ackit Wanakik | 11 |
| Agave | 70 |
| Agua Alta Canyon | 39 |
| Agua Alta Spring | 39, 72 |
| Agua Bonita Spring | 20, 39, 52, 72, 97 |
| Agua Caliente | 15, 85, 86, 96, 109, 107 |
| Agua Caliente Reservation | 7 |
| Agua Dulce | 89, 108, 102 |
| Agua Fuerte Spring | 39, 105, 107 |
| Ahl-wah-hem'-ke | 39 |
| Aiakaíc | 13, 39 |
| Akawene | 40 |
| Akawenekiktum | 40, 70, 71 |
| Alamo | 48, 107 |
| Alamo Bonito Springs | 59 |
| Alamo Canyon | 89 |
| Alder Canyon | 40, 104 |
| Algodones Dunes | 65 |
| Alhauik | 13, 40 |
| Amnaa Vitcem | 11 |
| Andreas | 6, 30 |
| Andreas canyon | 13, 20, 89, 90, 98, 99, 103 |
| Andreas Canyon Village | 40 |
| Andreas Cove | 104 |
| Andreas Creek | 55, 62 |
| Andres Painik | 21 |
| Ansell Rock | 79, 98 |
| Antelope | 60 |
| Antonio Garra | 6 |
| Anza Borrego State Park | 81 |
| Anza-Borrego Desert | 82 |
| Apache Spring | 92, 98 |
| Apapatcem | 85, 107 |
| Araby tract | 75, 103, 104 |
| Arenas | 28 |
| Army worms | 75 |
| Art Smith trail | 65 |
| Asbestos | 18 |
| Asbestos Spring | 40 |
| Aswitsei | 63, 66, 76, 102 |
| Ataki | 8, 22, 30, 41, 62, 70 |
| Atcitcem | 15, 96 |
| Augustine Reservation | 7 |
| Autaatem | 100, 108 |
| Awalim | 101 |
| Awelmū | 13, 41, 66 |
| Awelpitcava | 42 |
| Awilem | 22, 42, 50, 100, 108 |
| Awilsíihiwiniva | 42 |
| Bald Mountain | 105 |
| Banning Water Canyon Village | 76 |
| Baptista | 46 |
| Barrel cacti | 11 |
| Bautista | 72 |
| Bear Creek Palm Oasis | 42 |
| Big Falls | 20 |
| Bird songs | 56 |
| Blaisdell Canyon | 11, 66, 68, 106, 111 |
| Blaisdell Canyon Village | 105 |
| Bogart Trail | 104 |
| Borrego | 22 |
| Borrego Desert | 9 |
| Borrego Palm Canyon | 52 |
| Borrego Park | 32 |
| Borrego Valley | 42, 97 |
| Box Canyon | 96 |
| Bradley Canyon | 42, 96 |
| Bradshaw trail | 71 |
| Buck Ridge | 42 |
| Bull Canyon | 72 |
| Bullseye Flat | 111 |
| Bullseye Rock | 90, 111 |
| Butterfield Trail | 26 |
| Ca wis ke on ca | 15 |
| Ca wish is mal | 15, 43 |
| Cabazon Reservation | 7, 70 |
| Cabeson | 26 |
| Cabezon | 42, 51, 56, 62, 68 |
| Cabezon Peak | 58 |
| Cabezon Reservation | 69 |
| Cactus Spring Trail | 39, 43 |
| Cactus Springs | 106 |
| Cactus Springs Area | 43 |
| Cahuilla | 107 |
| Cahuilla Creek | 108 |
| Cahuilla Indian Reservation | 7, 62, 74 |
| Cahuilla Trail | 99, 101 |
| Cahuilla Valley | 66, 108 |
| Carrizo Creek | 43 |
| Carrizo Creek Canyon | 69 |
| Casa de Cuerva | 39 |
| Cat Canyons | 58 |
| Cathedral Canyon | 15, 22, 42, 43, 65, 74, 97 |
| Cathedral City | 96 |
| Cawish wa-wat-acha | 32 |
| Cedar Creek | 90, 105, 111 |
| Cedar Spring | 43, 92, 104 |
| Chaparrosa Spring | 43 |
| Chee mo ke wen e | 15, 43 |
| Chief Andres Lucero | 18 |
| Chief Cabezon | 6 |
| Chino Canyon | 15, 18, 53, 56, 61, 66, 67, 95, 97, 106, 101 |
| Chino Canyon Village Site | 60 |
| Chis hill mo | 15, 44 |
| Chow o hut | 15, 44 |
| Chuckawalla Valley | 86 |
| Clark Dry Lake | 32, 96 |
| Clark Lake | 97 |
| Clark Lake Dune Village | 44, 96 |
| Clark Valley | 108 |
| Cock wo wit | 15, 44 |
| Collins Valley | 22, 32 |
| Con kish wi qual | 11, 15, 45 |
| Cornell Peak | 64 |

ACC0002609

Index

| | |
|---|---|
| Costakiktum | 28 |
| Cottonwood Canyon | 11, 45 |
| Cottonwood Spring | 45 |
| Cov in ish | 45 |
| Cow is ic el a | 45 |
| Cow nuk kal kik tem | 45, 107 |
| Cow on vah al ham ah | 46 |
| Cow qhish hec i | 15, 92 |
| Cow wis to lek ets | 15, 46 |
| Coyote Canyon | 28, 46, 53, 84, 89, 102, 104, 108, 96, 97, 108 |
| Coyote Creek | 32, 102 |
| Coyote Creek (Anza-Borrego State Park) | 47 |
| Coyote Mortar Rock | 53 |
| Coyote Mountain | 40 |
| Cucamonga Mountain | 80 |
| Cupa Hot Springs | 32 |
| Dead Indian Creek Palms | 47 |
| Deep Canyon | 10, 32, 65, 67, 69, 74 |
| Deer Springs | 110 |
| Desert Divide | 92, 105 |
| Desert Shores | 102 |
| Desert tortoises | 10 |
| Devil Canyon | 47 |
| Devil's Canyon | 50 |
| Devil's Garden | 11, 47 |
| Dogs | 68 |
| Dos Palmas | 86 |
| Dos Palmas (East shore, Salton Sea) | 48 |
| Dos Palmas Spring (Carrizo Creek) | 48 |
| Dos Palmas Spring (in Palm Canyon) | 53 |
| Dos Palmas Spring (West Fork, Palm Canyon) | 47 |
| Dry Falls | 13, 79 |
| Dry Falls Canyon | 92 |
| E pah | 15, 43, 49 |
| E va we | 13, 15, 49 |
| Eagle Canyon | 11, 15, 52, 75, 102 |
| Eagle Canyon & Spring | 49 |
| Eagle Cliff | 18 |
| Eagle Spring | 22, 65, 104 |
| Eagles | 10 |
| Ebbens Creek | 48 |
| Echinocacti | 22, 47 |
| Echo Cliffs | 48 |
| Edom Hill | 67, 74 |
| Ëit | 13, 22, 48 |
| Ekwawinet | 57, 100 |
| Eng be cha | 15, 48 |
| Ëova | 48 |
| Esel i hut | 64 |
| Evo Quish | 80 |
| Evon ga net | 11, 13, 15 |
| Eytel, Carl | 21 |
| Falls Spring | 70, 91 |
| Fargo (Rockhouse) Canyon | 106 |
| Fat mel mo | 15, 18, 49 |
| Fern Canyon | 48 |
| Fig Tree John | 54, 71, 102 |
| Fig Tree John Petroglyphs | 49 |
| Fig Tree Valley | 66, 108 |
| Fish Springs | 83, 102 |
| Fish Trap Petroglyphs | 49 |
| Fish traps | 24, 26, 50 |
| Font's Point | 108 |
| Fort Tejon | 94 |
| Garden of Eden | 15, 18, 21, 22, 65 |
| Garnet Hills | 15, 52 |
| Garnet Ridge & Tank | 104 |
| Gash mo | 15, 18, 50 |
| Gilman's Hot Springs | 15 |
| Gilman's Station | 86 |
| Gordon (Palm to Pines) trail | 50, 69, 91, 109 |
| Grapevine Creek | 48 |
| Guadalupe Creek | 50 |
| Guanche family | 66 |
| Guanche, Nicolas | 32 |
| Ha much cha vis ba | 51 |
| Hahn-Buena | 65 |
| Hall's Grade | 11, 52 |
| Happy Point | 63 |
| Hauiñenin | 51 |
| Hauitalal | 13, 51 |
| Havina Wanakik | 11, 51 |
| Haviñavitcum Territory | 51 |
| Haviñen | 13 |
| Hawk Canyon | 79, 104 |
| Haystack | 18 |
| Haystack Mountain | 58 |
| Hell's Kitchen Ridge | 104 |
| Hell's Kitchen Trail | 105 |
| Hermit's Bench Palm Oasis | 20, 51, 72, 106 |
| Hiawat | 51 |
| Hidden Gulch Palms | 51 |
| Hidden Lake | 15, 67, 76, 91, 111 |
| Hidden Palms | 85 |
| Hidden Springs | 29, 30, 52, 54, 96, 97 |
| Hidden Springs Village | 41 |
| Ho-la-kal | 52 |
| Hökwitca | 52, 107 |
| Hökwitcakiktum | 52, 72, 107 |
| Hoon wat hec ic | 15 |
| Hoon wit ten ca va | 15, 52 |
| Horse Canyon | 28, 66 |
| Horse Potrero Canyon | 52, 76 |
| Hot Springs Mountain | 98 |
| Hou wit s sa ke | 15, 52 |
| Hulaqal | 52 |
| Hunavatikiktum Village | 52 |
| Hunter's Rock | 56, 101 |
| Hunwit hekik | 53 |
| Huvana | 52 |
| Huvana Wanakik | 11 |
| I was wa ba all | 15, 54 |
| Idyllwild | 92, 110 |
| Iltcuñaloñi | 57, 98 |
| Ïlwukwinet | 53 |
| Indian Canyon | 32 |
| Indian Potrero | 18, 89, 90, 98, 104, 105, 111 |
| Indian Spring | 53 |
| Indian Wells | 22, 45, 58, 63, 74, 96 |
| Indio | 40, 71, 93 |
| Indio Hills | 67, 85 |
| Indio Mountain | 13, 40 |
| Iñivitca | 13, 48, 103 |
| Ish el wat tow ta um ali | 15, 53 |
| Isil kaw-we-vah-ah | 53 |
| Isil Trail | 99 |
| Isilsiva | 22 |
| Ïsilsiveyaiutcem | 22, 53, 106 |
| Iswetum | 101 |
| Iswitim | 72, 101 |
| Itcuñaloñi | 100 |

ACC0002610

| | |
|---|---|
| Iva | 13, 40, 53 |
| Ivawakik | 13, 54 |
| Iviatim | 46, 54 |
| Iviatim Village | 108 |
| Jack rabbit; Sylvilagus audubonii | 10 |
| Jackass Flat | 52, 54 |
| Juan Antonio | 6, 8, 28 |
| Kah'-wis-se-tem | 18 |
| Kah-vi'-nish | 20 |
| Kakwawit | 13, 54, 55, 94, 99 |
| Kalahal | 13, 53, 55, 98 |
| Kauisik | 60, 61, 64-67, 70, 74, 79 |
| Kauisiktum | 6, 15, 18, 21, 85 |
| Kauisiktum Territory | 13 |
| Kauiski | 13, 45 |
| Kauissimtcem hemki | 13, 55 |
| Kauistanalmu | 13, 55 |
| Kaukwicheki | 13, 55 |
| Kaunukalkiktum | 46, 54, 108 |
| Kaunukvela | 45, 54 |
| Kauwicpameauitcem | 56, 68 |
| Kauwicpaumeauitcem | 42, 62, 100 |
| Kauwispaumiyawitcem | 62 |
| Kavic | 18 |
| Kavinic | 96 |
| Ka-vi-nish | 45 |
| Kavisik | 18 |
| Kawis Ah-mov-vash | 56 |
| Kawis-ismal | 96, 109 |
| Kawis-pa-miya | 56 ,62 |
| Kawish-wa-wat-acha | 56 |
| Kawishmu | 11, 56 |
| Kekliva | 13, 40, 56 |
| Kelewutkwiikwinu | 100 |
| Kelewutkwiikwinut | 57 |
| Kewel | 28, 45, 84 |
| Kewil | 30, 45 |
| Key wat wah he wen e | 15, 57 |
| Kick ke san lem mo | 15, 57 |
| Kilyinakiktum | 63 |
| Kish | 11 |
| Kish chowl | 15, 57, 106 |
| Kistcavel | 13, 57, 106 |
| Kiwil | 57 |
| Kolwovakut | 28 |
| Konkistu-uinut | 58 |
| Kopa | 58 |
| Kotevewit | 58, 59, 63, 102 |
| Kow wish so kalet | 13, 15, 58 |
| Kupa | 58, 84 |
| Kutam | 18 |
| Kwa-le-ki | 59 |
| La Mesa | 62, 98, 100 |
| La Quinta Cove | 76 |
| La Quinta Hotel | 58 |
| La-wil-van | 59 |
| Lake Cahuilla | 8, 28, 59, 93, 100, 101, 107, 108, 99, 100, 102 |
| Lawilvan | 70 |
| Leaning Rock | 67, 104 |
| Levi, Ailena | 63 |
| Levi, Akasem | 63 |
| Lily (Tahquitz) Rock | 79 |
| Lin Kish mo | 13, 15, 66 |
| Lincoln Peak | 59, 97, 110, 112 |
| Lineages | 6 |
| Little Clark Lake | 60 |
| Little Paradise | 72 |
| Little Paradise Spring | 72 |
| Little Pinyon Flat | 10, 100, 106 |
| Little Tachevah | 15 |
| Lomas, Captain Poncho | 24, 28 |
| Little Tachiva | 44 |
| Long Valley | 53, 64 |
| Lopez, Alice | 24 |
| Lopez, Salvador | 24, 28 |
| Los Coyotes | 6, 8, 22, 73 |
| Los Coyotes Canyon | 24, 53 |
| Los Coyotes Indian Reservation | 7, 73 |
| Los Danzantes | 109 |
| Lykken Trail | 109 |
| Mad Woman Spring | 60 |
| Magnesia | 22 |
| Magnesia Canyon | 22, 65 |
| Magnesia Spring | 58, 60 |
| Magnesia Spring Canyon | 42, 67 |
| Mal-ki | 61 |
| Mala | 60 |
| Malal | 13, 61, 66, 75 |
| Malki | 7, 11, 18, 106 |
| Mamillaria | 47 |
| Mangalar Spring | 66, 109 |
| Maringa | 65, 110 |
| Marongam | 110 |
| Martinez | 22, 26, 28, 66, 77, 108 |
| Martinez Canyon | 22, 24, 28, 39, 53, 61, 101, 108 |
| Martinez Historical District | 24 |
| Martinez Mountain | 106 |
| Martinez Reservation | 49, 68 |
| Masuwitcem | 53, 68 |
| Maswut Helaanut | 56, 61, 69, 100 |
| Mauit | 62 |
| Mauulmii | 24, 62, 63, 72, 110 |
| Me ahs cal et | 15, 62 |
| Mecca | 69 |
| Mecca Hills | 80, 93, 100 |
| Medicine Rock | 105 |
| Mes al em | 15 |
| Meslam | 53 |
| Mesquite | 60, 63, 74 |
| Metate Point | 61 |
| Miaskalet | 13, 62 |
| Middle Willows | 102, 98, 108 |
| Millyillilikalet | 13, 21, 62 |
| Mis-a-lem | 53 |
| Mission Creek | 65 |
| Mission Creek Area | 110 |
| Mission Creek Reservation | 7 |
| Mission Creek Trail | 64 |
| Modesto, Ruby | 24 |
| Mo Moh Pechem | 80, 81, 83, 103 |
| Mohiyanim | 65 |
| Moreno | 13 |
| Moreno Valley | 64 |
| Morongo | 26, 65 |
| Morongo Reservation | 7, 11, 61 |
| Mount San Jacinto | 15 |
| Mountain Home Spring | 64 |
| Mountain lions | 10 |
| Mountain sheep, Ovus canadensis | 9 |
| Mow it check mow win it | 15, 64 |
| Mowal | 64 |

ACC0002611

Index

| | |
|---|---|
| Mu na lem | 15 |
| Mühiatnim | 65 |
| Mukat | 65, 88 |
| Mukunpat | 65 |
| Mul li kik | 32 |
| Mule deer, Odocoileus hemionus | 9 |
| Mullet Island | 107 |
| Mum yum muck ca | 15, 65 |
| Mūmlẽtcem | 53, 68 |
| Mūmūkwitcem | 103 |
| Murray Canyon | 22, 48, 68 |
| Murray Hill | 13, 51, 68, 88 |
| Murray Hills | 15, 22, 104 |
| Murray Hills Trail | 65 |
| Na che wit | 65 |
| Na hal log wen et | 13, 15, 65 |
| Naíalwawaka | 65 |
| Nakwet | 66 |
| Nalgaliem | 85 |
| Nanhaiyum | 62 |
| Narbonne Ranch | 101 |
| Natcuta | 28, 66, 87 |
| Natcūtakiktum | 28, 66 |
| Natural Rock Tanks | 69 |
| Nauhañavitcem | 66, 109 |
| New Santa Rosa | 28, 30, 84, 87, 107 |
| Ng natches pie ah | 15, 66, 93 |
| Nicholias (Nicolas) Canyon | 26, 28, 40, 96, 98 |
| Nicholias (Nicolas) Canyon, Spring, and Village | 66 |
| Nicolas Spring | 32 |
| Nicolas Spring and Canyon | 32 |
| Niñkicmū | 13, 66 |
| Num na sh b al | 15, 53, 57, 66, 100 |
| Ocotilla | 22 |
| Old Guadalupe Trail | 100 |
| Old Santa Rosa | 8, 28, 30, 57, 58, 66 |
| One Horse Point | 49 |
| One Palm Creek | 67 |
| Opuntia | 22, 47 |
| Orobanche ludoviciana | 53 |
| Os Wit Canyon | 49, 104 |
| Ow kee ve lem | 15, 67 |
| Pablo, William | 21 |
| Pa cale | 15, 67, 103 |
| Pa hal ke on a | 15, 67 |
| Pa ute em | 15, 74 |
| Pa:tsh yara:'nka' Wanet | 73 |
| Pa-nach-sa | 71 |
| Pacific Crest Trail | 105 |
| Pah-wah'-te | 60, 67 |
| Pahn-vik-tem | 18, 20 |
| Paint Island | 68, 107 |
| Painted Canyon | 61, 69, 100 |
| Pakil | 83 |
| Paklic | 13, 66, 68 |
| Pal híliwit | 68, 102 |
| Palkausinakela | 71 |
| Pal mech cho wit | 65 |
| Pal pis o wit | 15, 70 |
| Palseta | 70 |
| Pal tẽ-wat | 71 |
| Palaíyil | 68 |
| Palhanikalet | 13, 68 |
| Palhilikwinut | 13, 68 |
| Paliliem hemkí | 69, 70 |
| Palm Bowl | 72 |
| Palm Canyon | 15, 20, 39, 49, 76, 81, 89, 98, 103, 104 |
| Palm Canyon Hunting Trail | 107 |
| Palm Canyon Trail | 69 |
| Palm Canyon Trail Shrines | 69 |
| Palm Canyon Village | 96 |
| Palm Canyon Wash | 102 |
| Palm Desert | 96 |
| Palm Springs | 9, 13, 26, 67, 75, 85, 86, 93, 96, 102, 101, 105 |
| Palm Springs Spa Hotel | 87 |
| Palm Springs Station | 11, 51 |
| Palm View Peak | 92, 104 |
| Palms to Pines trail | 43, 50, 69 |
| Palmulūkalet | 69 |
| Palo Verde Canyon | 69 |
| Palo Verde Wash | 108, 109 |
| Palpísa | 70 |
| Palpunivikiktum | 30, 41, 48, 59, 69, 70 |
| Palpūnivikiktum hemki | 48, 107 |
| Palpūniviktum hemkí | 70 |
| Palsẽtahut | 40, 70 |
| Palsẽtamul | 70, 71 |
| Palsíkal | 70 |
| Pal-so'nul | 71 |
| Paltẽwat | 106 |
| Paltūkwic kaíkaíawit | 71 |
| Palukiki | 71 |
| Palukna Wanakik | 11, 71 |
| Paluknavitcem | 71 |
| Panikiktum | 18 |
| Paniktum | 6, 18, 20, 40, 62 |
| Panoquk | 72 |
| Panuksẽkiktum | 68 |
| Panuksi | 24, 71, 72 |
| Panyik | 13, 40, 62, 106 |
| Pañakauissiktum | 24, 62 |
| Par-powl | 72 |
| Pasíawha | 72, 73, 101 |
| Paskwa | 13, 20, 72 |
| Patencio, Franciso | 11 |
| Pat-cha-wal | 28, 73 |
| Pauata | 72, 73 |
| Pauatíauitcem | 73 |
| Paui | 46, 62, 70, 72-74, 85, 87, 107 |
| Paukí | 74 |
| Pe on bel | 15, 66, 75 |
| Pe ya hot mor am mah | 15, 75 |
| Pelican Island | 74, 107 |
| Penrod Canyon | 72 |
| Petroglyphs | 26, 32, 43, 48 |
| Piatopa | 76 |
| Pionvil | 75 |
| Pi ye now it e esa | 40 |
| Pictographs | 32, 40, 43 |
| Pierce Ranch and Springs | 75 |
| Píhatapa | 11 |
| Pínalata | 13, 75, 98 |
| Pine Meadow | 72 |
| Pinyon Alta Flat | 10, 39, 108 |
| Pinyon Crest | 69 |
| Pinyon Flat | 10, 20, 40, 42, 59, 69, 75, 76 |
| Píonvil | 13, 41, 66, 75, 106 |
| Pisata | 76 |
| Pisata Wanakik | 11 |
| Pisatanavitcem | 76 |
| Place West Of Toro | 76 |

ACC0002612

| | |
|---|---|
| Point Happy | 58 |
| Points--Malal | 106 |
| Pony Express | 26, 80, 86 |
| Poo on loo la | 79 |
| Poo ool | 15, 76 |
| Potrero Canyon | 76 |
| Potrero Indian Reservation | 61 |
| Potrero Spring | 76 |
| Pow ool | 15, 76 |
| Pow'-we-yam | 30 |
| Pronghorn sheep, Antilocarpa americana | 9 |
| Pu loo cla | 79 |
| Púichekiva | 22, 30, 42, 53, 77, 90, 101, 108 |
| Pul lo cla | 15, 79, 98 |
| Púllúvil | 79, 93 |
| Púlúkla | 79 |
| Púlúvil | 13 |
| Pushawalla Canyon | 85 |
| Puvulum | 32 |
| Qua al hec ik | 15, 79 |
| Quawish--Ulish | 80 |
| Queri kitch | 80 |
| Rabbit | 10 |
| Rabbit Peak | 22, 44, 96 |
| Ramona Reservation | 7, 46, 70 |
| Rattlesnake Canyon | 81, 91 |
| Rattlesnake Spring | 81 |
| Razon, Juan | 51, 71 |
| Razon, Juan's Allotment | 54 |
| Redlands Junction | 106 |
| Rincon village | 21 |
| Rock | 81 |
| Rock House Canyon | 29 |
| Rock Tanks | 82, 109 |
| Rockhouse Canyon | 8, 9, 26, 28, 32, 41, 52, 54, 82, 106 |
| Rockhouse Valley | 29, 30, 42, 45, 66, 96-98 |
| Rockhouse Valley Peppergrass Gathering Area | 83 |
| Rocks | 10 |
| Romero expedition | 76, 77 |
| Sa-we-ah | 30 |
| Saboba | 56 |
| Sahuro | 47 |
| Salton | 24 |
| Salton Sea | 24, 28, 39, 71, 74, 107, 99, 102, 103, 109 |
| Salvador Canyon | 64, 84 |
| Salvador Canyon Village | 84 |
| San Andreas Fault | 94 |
| San Bernardino | 86 |
| San Felipe Valley | 83, 103 |
| San Gorgonio Mountain | 80 |
| San Gorgonio Mountain/Peak | 80 |
| San Gorgonio Pass | 6, 8, 9, 11, 51, 60, 105 |
| San Ignacio | 28, 73, 109 |
| San Ignacio "Mission" | 29 |
| San Ignacio Rancho | 29 |
| San Jacinto | 81 |
| San Jacinto mountains | 24, 28, 88, 93, 109 |
| San Jacinto Peak | 13, 18, 21, 39 |
| San Timoteo Canyon | 66 |
| San we yet | 32, 87 |
| San Ysidro | 52, 73 |
| Sand Hills | 67 |
| Sand Hole | 95, 109 |
| Santa Barbara | 59 |
| Santa Catarina Spring Village | 83 |
| Santa Rosa | 8, 20, 24, 26, 28 |
| Santa Rosa Canyon | 28 |
| Santa Rosa Indian Reservation | 7, 9, 28 |
| Santa Rosa Mountain | 28, 32, 39, 88, 106, 108 |
| Santa Rosa Mountains | 9, 50, 98, 101, 100, 102 |
| Santa Rosa Spring | 84 |
| Sauic | 84, 88 |
| Sauicpakiktum | 28, 30, 57, 84 |
| Sauiꞏvil | 84 |
| Sauiꞏvilem | 58, 84 |
| Saupalpa | 85, 107 |
| Sawalakiktum | 24, 62 |
| Sawit ha push | 15, 85 |
| Sawtooth Range | 43 |
| Se'-o-ye | 88 |
| Sec he | 13, 15, 85 |
| Sen villet | 32 |
| Serranos | 20 |
| Seu-yah | 30 |
| Séúpa | 28, 62, 87 |
| Seven Palms | 15, 18, 80, 111 |
| Sewahilem | 24, 45, 57, 62, 66 |
| Sewakil | 87 |
| Sewi | 13, 87 |
| Séwiá | 28, 84, 87 |
| Sewiat | 88 |
| Sewitckul | 22, 88 |
| Sewiu | 28, 87 |
| Sheep Canyon | 72, 89 |
| Sheep Mountain | 47 |
| Sherman Shady Spring | 89 |
| Sim mo ta | 15, 89, 98 |
| Simotakiktem | 89, 90 |
| Síꞏmúta | 13, 75, 89 |
| Siva, Juan | 22, 24, 30 |
| Sive | 170 |
| Skunk Cabbage Meadow? | 44 |
| Skyline Trail | 91 |
| Smoke Tree Canyon | 69, 82, 90 |
| Snake's Eye | 15 |
| Snow Creek | 11, 13, 15, 49, 64, 65, 111 |
| Snow Creek Village | 105 |
| So-kut Men-yil | 90 |
| Soboba | 40 |
| Soboba Hot Springs | 15 |
| Song Point | 15, 75, 104 |
| Soungle | 15 |
| Sow'-wah-pah-keek-tem | 30 |
| Sow-wis-pah-kik-tem | 30, 84 |
| Sowis-is-pakh | 30 |
| Spitler Peak | 98 |
| Stubbe | 45 |
| Stubbe Canyon | 11 |
| Stubbe Canyon & Village | 71 |
| Stubby Creek | 80 |
| Stump Spring | 91 |
| Sugarbush | 66 |
| Sum mat chee ah wen e | 15, 91 |
| Sung pa | 15, 92 |
| Ta che va | 15, 44, 92 |
| Ta mare | 13, 15, 66, 95 |
| Ta vish mo | 15, 97 |
| Ta was ah mo | 13, 66 |
| Tachevah | 21, 66, 79 |
| Tachevah Canyon | 92, 109 |
| Tachevah Canyon Entrance | 93 |

ACC0002613

| | |
|---|---|
| Tachevah Canyon Rock Monolith | 93 |
| Tachi-maulum | 93 |
| Tahquish | 93 |
| Tahquish heki | 93 |
| Tahquitz | 6, 21 |
| Tahquitz (Lily) Rock | 44, 95 |
| Tahquitz Canyon | 13, 15, 18, 44, 48, 54, 60, 62, 68, 70, 91, 94, 99, 102, 109, 110 |
| Tahquitz Creek | 53, 68, 94 |
| Tahquitz Creek, Trail Crossing | 112 |
| Tahquitz Falls | 68, 103 |
| Tahquitz Peak | 15, 93 |
| Tahquitz Rock (Lily Rock) | 67 |
| Tahquitz wayo ne va | 15, 95 |
| Tak el ko ko a ka | 15, 98 |
| Takweltekesnikish | 58 |
| Tama | 13, 41, 66, 95 |
| Tamulañitcum | 24, 48, 69, 70 |
| Tanki | 95, 109 |
| Tatmilmi | 13, 20, 39, 96 |
| Taukatim | 70, 71 |
| Taupakic | 97 |
| Tauvol-luk-a-let Kawis | 97 |
| Tchial | 13 |
| Tcia | 97 |
| Tcial | 98 |
| Tcianakiktum | 98 |
| Tciuk | 98 |
| Tehaukalumal | 98 |
| Tekelkukuaka | 13, 98, 99 |
| Tekic | 13, 20, 62, 99 |
| Telakiktum | 57, 102, 103 |
| Tem ma ves el | 15, 102 |
| Temaiyowit | 88 |
| Temal-wa-hish | 100 |
| Temalsēkalet | 100 |
| Temanakiktum | 101 |
| Temaña | 101, 104 |
| Temelmekmekuka | 101 |
| Temewhanitcem | 70 |
| Temewhanvitcem | 109 |
| Temewhanvitcem Village | 102 |
| Temukval | 13, 103 |
| Tep po we | 15, 92, 104 |
| Tep ush ha | 105 |
| Tep ush la | 105 |
| Tepaiyauicem | 101 |
| Tepaiyauitcem | 104 |
| Tepal | 13, 103 |
| Tepamokiktum | 72, 101 |
| Tepaña | 101, 104 |
| Terwilliger Flats | 74 |
| Teshana Wanakik | 11, 65 |
| Tetcanaakiktum | 105 |
| Tetcavi | 13, 105 |
| Teuamul | 13, 66, 106 |
| Tev ing el we wy wen it | 15, 18, 106 |
| Tev koo hul ya me | 89 |
| Tev-utt | 43, 107 |
| Tevi | 70, 106 |
| Tēvin' imulwiwai winut | 13, 18, 106 |
| Tēviñakiktum | 48, 70, 107 |
| Tevutt | 106 |
| The Garden of Eden | 50 |
| Theleman | 65 |
| Theleman Trail | 104 |
| Thermal | 42, 68 |
| Thousand | 84 |
| Thousand Palm Canyon, off Collins Valley | 28 |
| Thousand Palms Canyon | 15, 64, 85, 88, 112 |
| Thousand Palms Canyon & Village | 112 |
| Three Buttes | 107 |
| Thundering Rock | 97 |
| To ba | 107 |
| To e ve val | 15, 105, 108 |
| To quastto hut | 83, 103 |
| To quo a | 15, 110 |
| To-ho | 109 |
| Tohoo | 109 |
| Tong wen nev al | 15, 109 |
| Toro | 24, 26, 30, 39, 50, 62, 63, 76 |
| Toro Canyon | 9, 24 |
| Toro Peak | 72, 98, 104 |
| Torres | 24, 62, 77 |
| Torres-Martinez Reservation | 7, 24, 32, 77 |
| Torro | 110 |
| Torro Cemetery | 110 |
| Torro Wells | 95 |
| Tortes | 95 |
| Tortes, Calistro | 10, 24, 30 |
| Tortes, Manuel | 30 |
| Trail between Nicolas (Nicholias) Canyon and Santa Rosa Reservation | 96 |
| Trail from Box Canyon to Hidden Spring | 96 |
| Trail from Clark Dry Lake to Rabbit Peak | 96 |
| Trail from Coyote Canyon/Borrego Valley to Clark Lake and Hidden Spring | 97 |
| Trail from Horse Canyon to Hidden Spring | 97 |
| Trail from Middle Willows to Hidden Spring | 98 |
| Trail from Rockhouse Valley to Toro Peak | 98 |
| Trail in Rockhouse Valley | 98 |
| Trail Shrines | 98 |
| Travertine Palms Spring | 107 |
| Travertine Point | 83, 99 |
| Travertine Rock | 99 |
| Travertine Rocks Cave and Petroglyphs | 99 |
| Tripp Flats | 70 |
| Tu muli | 95 |
| Tuikiktumhemki | 69, 100 |
| Tuival | 13, 105, 108 |
| Tukut | 107, 100 |
| Tukut kaw-we-vah-ah | 100 |
| Türka | 65, 101, 110 |
| Tuva | 30, 66, 102 |
| Ûaki | 102 |
| Ulicpatciat | 83, 103 |
| Vallerie | 22 |
| Vandeventer Flat | 20, 30, 32, 69, 88 |
| Vandeventer Ranch | 29, 87 |
| Virgin Spring and Trail | 103 |
| Virgin Spring trail | 64, 84, 91 |
| Wa wash ca le it | 15, 104 |
| Wah'-ki-chi'-m-kut-tem | 30 |
| Wah'-ne-ke'-tem | 18 |
| Wah-ke-chi'm-kut | 20 |
| Wah-ko-chimut | 18 |
| Waikaiktum | 110 |
| Waivas | 13, 104 |
| Wak-ko-chim | 18 |
| Wak-ko-chim-kut-em | 18 |
| Wakaikiktum | 24, 62, 72, 98 |
| Wakaxix | 105 |

ACC0002614

| | |
|---|---|
| Waki | 105 |
| Wakihe | 105 |
| Wakina Wanakik | 11 |
| Wakiñakiktum | 105 |
| Waksishe Wanakik | 11 |
| Wakwaikiktum | 52 |
| Walpunidikiktum | 59 |
| Wanakik | 11, 65, 71, 76, 106 |
| Wanakik Wanakik | 11 |
| Wanchum | 22 |
| Wanet | 105 |
| Wani | 105 |
| Wanikik | 60, 61, 63, 110 |
| Wantcauem | 90, 101 |
| Wantcinakiktum | 22, 41, 53 |
| Wantciña | 106 |
| Wantciñakik-tamianawitcem | 57, 71, 102 |
| Wantciñakiktum | 42, 106 |
| Wanup | 11, 105 |
| Wanupiapayum | 11 |
| Warner Hot Springs | 32, 58 |
| Warner's Hot Springs | 84 |
| Warner's ranch | 24 |
| Warner's Springs | 6 |
| Washingtonia filifera | 42, 51, 56, 68 |
| Watcicpa | 106 |
| Watcinakik-tamianawitcem | 30 |
| Watciñakiktum | 30 |
| Wavaai | 106 |
| Wavaaíkiktum | 71, 106 |
| Wavitcem | 42 |
| Wawashcaleit | 22 |
| We-wut-now-hu | 28, 107 |
| Weal um mo | 32, 108 |
| Weh-ghett | 107, 106, 107 |
| Wells | 24, 26, 78 |
| West Fork Canyon | 20 |
| West Fork of Palm Canyon | 39, 105 |
| Wĕwonicyauam | 69 |
| Whitewater Canyon | 6, 9, 11, 45, 61 |
| Whitewater Point | 13, 15, 86, 95 |
| Whitewater River | 73 |
| Whitewater River, Mouth of | 105 |
| Whitewater Station | 18, 21 |
| Whitewater Wash | 11, 45 |
| Wiasmul | 52, 107 |
| Wiitem | 68, 102 |
| Wilakal | 52, 73 |
| Wilamū | 101, 108 |
| Wildcat Mortar Rock | 100 |
| Wildhorse | 65 |
| Wiliya | 66, 98, 102, 104, 108, 109 |
| Willie Boy | 75 |
| Wilyi | 22 |
| Windy Point | 66, 68, 95, 106 |
| Wiwaiistam | 28, 58, 66, 73, 84, 101, 104, 108 |
| Wiwaik | 101 |
| Wiyistam | 52, 102 |
| Woh hut cli a low win it | 15, 109 |
| Wonderstone Trail | 109 |
| Wonderstone Wash | 108, 109 |
| Woodrats | 10 |
| Yah'wah-kis | 18, 21 |
| Yamisevul | 65, 110 |
| Yan heck e | 15, 110 |
| Yauahic | 111 |
| Yellow Body | 32, 58 |
| Yellowbody | 82 |
| You koo hul ya me | 15, 18, 90, 111 |
| You ye va al | 15, 112 |
| Young ga vet wit ham pah va | 15, 111 |
| Yucaipa | 26 |
| Yucca Valley | 102 |
| Yucca whipplei | 22 |
| Yum ich you | 15, 112 |
| Yuma | 86 |

ACC0002615

## OTHER BALLENA TITLES
(prices subject to change)

Bean, Lowell John, ed. SEASONS OF THE KACHINA: PROCEEDINGS OF THE CALIFORNIA STATE UNIVERSITY, HAYWARD CONFERENCES ON THE WESTERN PUEBLOS 1987-88. 1989. ISBN 0-87919-115-5, clothbound, $32.95; ISBN 0-87919-114-7, paperbound, $21.95.

Bean, Lowell John, and Thomas C. Blackburn eds. NATIVE CALIFORNIANS: A THEORETICAL RETROSPECTIVE. 1976. ISBN 0-87919-055-8, $17.95.

Blackburn, Thomas C., and Travis Hudson. TIME'S FLOTSAM: OVERSEAS COLLECTIONS OF CALIFORNIA INDIAN MATERIAL CULTURE. 1990. ISBN 0-87919-116-3, paperbound, $24.95; ISBN 0-87919-117-1, clothbound, $34.95.

Chamberlain, Von del. WHEN STARS CAME DOWN TO EARTH: COSMOLOGY OF THE SKIDEE PAWNEE INDIANS OF NORTH AMERICA. 1982. ISBN 0-87919-098-1, $17.95.

Heizer, Robert F. FEDERAL CONCERN ABOUT CONDITIONS OF CALIFORNIA INDIANS, 1853-1913. 1979. ISBN 0-87919-084-1, $9.95.

Hudson, Travis, and Thomas C. Blackburn. MATERIAL CULTURE OF THE CHUMASH INTERACTION SPHERE. 5 volumes, 1982-1987. ISBN 0-87919-100-7, paperbound, $120.00; ISBN 0-87919-101-5, clothbound, $190.00. Prices of individual volumes on request.

Hudson, Travis, and Ernest Underhay. CRYSTALS IN THE SKY: AN INTELLECTUAL ODYSSEY INVOLVING CHUMASH ASTRONOMY, COSMOLOGY AND ROCK ART. 1978. ISBN 0-87919-074-4, $18.95.

Jewell, Donald P. INDIANS OF THE FEATHER RIVER: TALES AND LEGENDS OF THE CONCOW MAIDU OF CALIFORNIA. 1987. ISBN 0-87919-111-2, $12.95.

Meighan, Clement W., and V.L. Pontoni, eds. SEVEN ROCK ART SITES IN BAJA CALIFORNIA. 1979. ISBN 0-87919-081-7, $10.95.

Miller, Jay. SHAMANIC ODYSSEY: THE LUSHOOTSEED SALISH JOURNEY TO THE LAND OF THE DEAD. 1988. ISBN 0-87919-112-0, paperbound, $28.95; ISBN 0-87919-113-9, clothbound, $39.95.

Stewart, Irene. A VOICE IN HER TRIBE: A NAVAHO WOMAN'S OWN STORY. 1980. ISBN 0-87919-088-4, $8.95.

Stickel, Gary E., ed. NEW USES IN SYSTEMS THEORY IN ARCHAEOLOGY. 1982. ISBN 0-87919-096-5, $9.95.

Sutton, Mark Q. INSECTS AS FOOD: ABORIGINAL ENTOMOPHAGY IN THE GREAT BASIN. 1988. ISBN 0-87919-139-2, $17.95.

Vane, Sylvia Brakke, and Lowell John Bean. CALIFORNIA INDIANS: A GUIDE TO MANUSCRIPTS, ARTIFACTS, DOCUMENTS, SERIALS, MUSIC AND ILLUSTRATIONS. 1990. ISBN 0-87919-118-X, paperbound, $33.00; ISBN 0-87919-117-1, clothbound, $45.00.

Orders to:
Ballena Press Publishers' Services, P.O. Box 2510, Novato, CA 94948

ACC0002616

Case 5:13-cv-00883-JGB-SP Document 88-7 Filed 10/21/14 Page 9 of 99 Page ID #:1867

## INDIAN PLACE NAMES

All over America, Indian names designate states and cities and streets. Indian legends told about rock formations and other features of the landscape enrich our sense of place. In the land that the Cahuilla Indians once populated, present-day people know of Tahquitz Peak in the San Jacinto Mountains, the cities of Cucamonga and Cabazon, among many others, and some know Tacheva Canyon. But the landscape is dominated more by Spanish place names than Indian ones, and very few of us know the Indian legends, migration stories, and oral history associated with the Santa Rosa and San Jacinto Mountains-- two ranges that provide some of the most breathtaking scenery in the world.

The Cahuilla Indians who inhabited this landscape until the arrival of the Spaniards had a complex world view, an elaborate cosmology, a rich oral literature, and a sophisticated musical heritage. As one of the authors of this book has described elsewhere (Bean 1972), these assets were associated with a political and socio-economic system that had enabled them to survive for hundreds of years in a land that has provided a challenge for the Euro-Americans who have come relatively recently.

Bean, Vane, and Young have here presented one aspect of Cahuilla culture: the names they gave places. But they have not given just place names; they have told the stories that go with them--stories of how the Cahuillas came to this land, and how their great leaders marked out the boundaries of each lineage's territory, of the monsters that lived in the mountains, and the water babies in hot springs. They have identified villages, and named the lineages who lived there, and described some of the trails that linked one community to another.

Whether you hike their trails yourself, or travel by armchair, you will enjoy getting to know these mountains and their Indian past. Scholars will appreciate having the place name data organized and interpreted. Those who like puzzles will enjoy the hunt for place name variations--would you have guessed that "invitca and "Eng be cha" are the same words, interpreted by two different non-Indians trying to spell phonetically what a Cahuilla was saying?

ISBN 0-87919-120-1



ACC0002617

TAB 5

# STORIES AND LEGENDS OF THE PALM SPRINGS INDIANS

By CHIEF FRANCISCO PATENCIO

As told to MARGARET BOYNTON

TIMES-MIRROR · · · LOS ANGELES

ACC0005345

# CONTENTS

★

|  |  | PAGE |
| --- | --- | --- |
| Dedication | ............................................ | iii |
| Foreword by Chief Francisco Patencio, Palm Springs | ...... | ix |

### PART I. · LEGEND AND TRADITION

| | | |
| --- | --- | --- |
| The Creation | ........................................... | 1 |
| The Moon Maiden | .................................... | 7 |
| Beginning of War and Death of Mo-Cot the Creator | ...... | 11 |
| Coyote Goes for Rockfire and Sunfire | .................... | 19 |
| The First New Plants | .................................. | 22 |
| First Memorial for Mo-Cot | ............................ | 26 |
| Some of the Early People | .............................. | 32 |
| Esel I Hut | ........................................... | 34 |
| Yellow Body, Head Man of Moreno | .................... | 37 |
| The Fiesta for Growing Girls | .......................... | 40 |
| Eagle Flower | ......................................... | 41 |
| Tahquitz | ............................................. | 44 |
| The Devil-Woman | .................................... | 45 |
| The Story of the New Stars | ............................ | 50 |
| Evon Ga Net | ......................................... | 52 |

ACC0005346

CONTENTS (Continued)

### PART II. • FRANCISCO'S LIFE

| | PAGE |
|---|---|
| Memories of Stage-Coach Days and Drivers | 60 |
| Speech-Making at Minneapolis | 64 |
| The First Threshing Machine | 66 |
| Alessandro and Ramona | 67 |
| Some of the Old People | 68 |
| Indian Trails | 70 |
| Fig-Tree John Spring | 71 |
| The Leaning Rock of Chino Canyon | 72 |
| Tribal Rock in Tahquitz Canyon | 73 |
| Council-Fire Tradition | 75 |
| Beginning Games | 78 |
| The Railroad | 81 |
| The Sea-Line in the Valley | 83 |
| Fish-Traps | 84 |
| The Rightful Owners of Palm Springs | 85 |
| Some of the Early Tribes of Palm Springs | 90 |
| The Story of the Spring at Palm Springs | 91 |
| Ka Wis Ke On Ca and the Old Indian Boundaries | 95 |
| Settling of Coachella Valley | 99 |
| Hieroglyphics | 102 |
| Sundown or Sunset: Herbs and Medicine | 103 |
| The People Who Went to See the Sun | 113 |
| Home Life of the Indian People | 118 |
| Story for Children | 128 |



## UM NAW

### GREAT SPIRIT

of the land, the earth, the water, the air—everything He watches, always He helps the people, their lives, their living, their food, their homes.

Over all the world He knows what we are doing, night and day.

Always He remembers His people.

UM NAW
God of the Indians,
*To Him we pray.*



ACC0005347

# FOREWORD



My friends have asked me many times to write the songs and stories of my people. This I have never done.

But now the older ones of our tribes are slowly passing away. The churches and schools of the new American people are teaching our children. We find that the beliefs of the Indian people are being forgotten.

Even now there is much that will never be remembered again; and so, before I, too, pass into the world of spirit which is around and about us, but which we do not often see, I now write this book for the ones who have interest in new things, for the ones who like to hear new stories, and for the men of science who study the world. But most of all I write the songs and stories for my own people, our children and our children's children, and those yet to come, that when the Indian customs are forgotten, they may read and know and remember in their hearts the ways and thoughts of their own people.

Some things I will explain that are not in the stories, that will help you to understand.

In the first time, when all things were new made, all creatures and things were very large. The common fly which is about us today was a very large animal.

ix

ACC0005348

There were many creatures living in those times that are not any more. This was once not believed, and because of that the Indian people do not speak. But now, the head white men who search all the world have discovered that the words my people spoke were true words.

In the San Bernardino Mission, much time ago, there were bones of animals so large that the joints of the back bones were used for seats by the Indian People. Very large, very light, so light that the children could lift them.

Some of these animals of the past, their bones have been dug out of the tar pits near Los Angeles City, and their skeletons are hung up in the museum building at Exposition Park.

These animals were of the later animals. They were very small, not large like the creation in the first beginning—no.

No one knew of the camels and elephants, the great snakes and giant lizards that stood many times higher than any animals of today; the fierce tigers with the long teeth; many kinds of animals that once lived in this America; no one knew—no one but the Indians—and they did not speak.

The Indians (or Americans, as we are) kept the records of their people, but they did not keep the records of time, and so I explain that one story may cover a thousand years or two thousand years, or five thousand years; we do not know.

The migration from the north took much time, and many generations were born until they became only legends of the first, and yet they had not gone all of the way.

All creatures lived very long, the people and the animals, and especially the head men who could of their own power become young again.

In the first time the Great Spirit took care of his people. He gave them power, and took care of them with his power.

Both the people and the animals, they lived near together and understood each other. But after much time had passed, the power became less and less, until only a very little remains to a few of the medicine men today.

People, animals and all things became much smaller, had less power, until the Great Spirit took away all power from his people. He does not help us any more. We can only help ourselves. The Great Spirit did not take his power away from his children to punish them, no. They lost the power because they had power so long themselves, that they began making their own songs and forgot to ask for more power from the Great Spirit.

When I speak of the songs of the people being against them, it means that the songs were the laws of the people. These songs were remembered. They could not forget, because they were always singing at the ceremonial houses. Always now, the large house, often called by the Indians "the big house," has been called the fiesta house by the early Spanish, who first explored this country. Because there was singing and dancing, they must have thought it was like their own fiestas—everything play.

Now, every one says the fiestas at the fiesta houses. But this is not right. Our big houses are ceremonial houses, for prayer, for sacred rites. They should be called ceremonial houses.

When anyone did some thing that was not in the law, the Indian people would say that "the song is against them." Their own people would not recognize them if the songs were against them. That was our law.

For instance: The songs of the corn maidens. These songs were very fine—much better than the people could make. But the people having so much power of their own, they became foolish and thought they did not need the songs (laws) of these fine people any more. They became disrespectful to them. Then the corn maidens set down the basket of corn seed.

The corn maiden of the east, she set down the basket of white corn seed.

The corn maiden of the west, she set down the basket of blue corn seed.

The corn maiden of the north, she set down the basket of yellow corn seed.

ACC0005349

The corn maiden of the south, she set down the basket of red corn seed.

But in the center the corn maiden set down the basket of all-colored corn seed.

Then they went away.

After much time these foolish people wished for these corn maidens to come to them again. But they did not come any more forever.

And so it was that the people were losing their power, and never could get it again. They had not obeyed their own songs.

Our white friends may not understand our use of the word "brother." Among the Indian people it takes four generations to make what is known among the white people as one generation. For instance, the brothers and sisters of parents are not called aunt or uncle.

The father's sister's son is called cousin.

The father's brother's son is called brother.

The mother's sister's son is called brother.

But the mother's brother's son is called cousin.

The record of the parents goes back to only four generations, when it begins over again. But the brothers are always brothers down through the generations. And so, the words of strangers meeting is, "To what tribe do you belong? You may be my brother, or perhaps you are my cousin."

The name always comes from the father's side, never the mother's, or the mother's family.

The sons inherit the home in the tribe where they are born, but the daughters do not claim the home where they are born, but the home of the men they marry in other tribes.

The young people of the same tribe never marry. This the people must obey, because it is in the song.

I write the history of the Indian people, since the beginning when all was darkness, until the time now.

The most important stories I write—stories of the head people, people of power—not the play stories that mothers tell their children at bed time, about the animals: why the fox has a bushy tail, why the rabbit has a cotton tail, about the coyote tying a gourd on his tail to rattle like a rattle-snake, why so many animals have spots, and so many have stripes, no. Such stories have mothers told their children since light began. Of other things I write. I write for the children of the Indians when the Indians as tribes are no more.

When the sunlight came, all of the people, except the Indians, left the place of the first creation. They had no songs. They had no knowledge. They did not learn anything. They had no clothing. They had no seeds of grain or fruit or vegetables, they had no fire, they ate their meat raw. These people, they lived a hard way, a poor way, for much, much time.

But our Indian people lived where they were created. Always they wore clothing, always they built houses for shelter, always they ate food cooked at the fire. Always they used the fruit, the grain, the vegetables. No people ever died from thirst on long journeys, or lost their way. The sign writing of the Indians guided them along the way always to water. This sign writing is here on the rocks and in the canyons even today.

The Indians never copied, never had to borrow customs of other people. They had their own music, their own medicine, their own dances. They wove their own blankets—blankets that would hold water. They wove ropes and cords and nets. They weaved cloth for clothes. They mined gold, silver and precious stones. Their baskets, their pottery, their blankets, they decorated with their own designs.

I write of the Indian people as a whole, but I write more of the people of the Fifth People, who are my own people.

The people of the Fifth People were a happy people. They did not roam, but had their homes, their cemeteries, for much time in the same places. They did not love war, no. They only fought for self-protection. They lived in the warm sunshine. There was no winter, but summer all the time. They had plenty, and more

ACC0005350

than plenty, until the King of Spain began giving our land to his own people.

All of the best lands in the Valley of Water, those lands he gave—many, many miles to each one—until the Indian people had to leave those lands that had provided their food, and move onto poor land of little water. They were forced to move and move again, until they had no homes any more, and did not know which way to go.

The Indian obeyed his songs. No man ever raised his hand against his wife. No woman was ever unfaithful to her husband. The songs forbade it. Always the Indian obeyed his songs. Always until now.

Now the Indians learn different ways from other people. Soon the Indians as tribes will be no more. These words I write to my people yet to be born; to those who never hear their Indian songs; to those who may forget; to those who have part Indian blood; that they may read and understand and teach their children to honor and respect and remember their own people.

These words I write. All of the words in this book are my words.

FRANCISCO PATENCIO, *Chief*
Palm Springs, California
1939

ACC0005351

# PART ONE

## THE CREATION



In the beginning there was nothing but nights, and other Indian words call them the two nights—man and woman. They tried to create, to produce a child, but the child was lost before time for its birth. For four times the same happened. Then with a flash of lightning *(num yum a wit)* came strong twin boys.

The name of the first one was Mo-Cot, and the name of the second was Mo-Cot-tem-ma-ya-wit, meaning *creator*. These were the first people. They were sitting in the air. There was no earth, no water, no light, nothing but darkness; so they could not see each other, but they could hear each other. They did not call each other "brother," but "my man."

Now this Mo-Cot, he asked, "What are we going to do, my man?"

Mo-Cot-tem-ma-ya-wit answered, "You should know, my man."

Mo-Cot said, "We must create now."

Then Mo-Cot created first tobacco. And Mo-Cot-tem-ma-ya-wit invented the pipe and gave it two names: man and woman.

ACC0005352

This pipe they filled with the tobacco, and not having light of fire or anything of that kind, they drew on the pipe with their mouths, and fire and smoke came into it.

Then Mo-Cot asked Mo-Cot-tem-ma-ya-wit, "Which are we going to have the oldest direction?"

Mo-Cot-tem-ma-ya-wit answered, "North."

Mo-Cot said, "I am sitting on the north side, so I am the oldest." But Mo-Cot-tem-ma-ya-wit said, "No, I am oldest."

Now when Mo-Cot blew the smoke of the tobacco first toward the north, then west, then south, Mo-Cot and Mo-Cot-tem-ma-ya-wit were sitting close together in the air, and Mo-Cot, holding the pipe high above his head, said, "The pipe is low, my man."

Mo-Cot-tem-ma-ya-wit believed that the pipe was held low, and groped for it. Not finding it he reached up and discovered that his brother Mo-Cot was holding it high.

Then Mo-Cot-tem-ma-ya-wit smoked the pipe. He blew the smoke to the north, the west and the south. When he had finished he handed the pipe back to Mo-Cot and said, "I am up, my man." But Mo-Cot did not believe him, and putting his hand low, he took the pipe.

Together they made a *whò ya no hut.* This is like a bishop's staff, which is carried in the church today. This they tried to stand up, but it could not stand, because there was nothing for it to stand on. So they put a *tem em la wit* (bedrock) to steady the *whò ya no hut,* and yet it would not be steady, for it was growing up all of the time.

Now this was the first beginning of the earth. It was the foundation-stone, and is in the middle of the world today. Then they created two kinds of snakes to hold it, but they could not hold it.

They made a big pile of stones and put them around the *whò-ya-no-hut,* and yet it was not steady; so they created great

spiders, black ones and white ones (not the spiders of today, but the ones that live in the ends of the world), to weave threads to help hold it steady.

The men climbed up on the *whò ya no hut* to reach the point at the top, and half-way up Mo-Cot-tem-ma-ya-wit saw smoke and steam coming up from below, and he asked Mo-Cot, "What is that, my man?"

And Mo-Cot answered, "You ought to know, my man. That is what is left from our birth, the sack we were in, and from that will come sickness, disease and death." So they went on up to the top.

Then Mo-Cot said they were going to make the earth. So they made the earth, but it would not hold together. Then the two kinds of spiders wove their webs among the earth, and caused it to hold together.

The earth first made grew so fast that it ran to the north like water. Then it went west and south and east, but yet it weaved backward and forward and would not stay still, because of nothing holding it.

Then they made two winds—one a whirlwind and one a cyclone, to blow and smooth and level the earth. At the same time they went north to turn up the end of the earth, and they stood up on the end of the earth to help steady it; also the west, the south and the east.

Yet they could not make it stand still, it was so strong. So they created two kinds of ants—*un wit em* (red ants) and *kao wit em* (black ants); but not like the ants of today. Then they went all over the earth, but they could not steady it.

So then they made *pal no cit,* the water ocean. Then they turned up the edges of the earth, so the water could not run over, and the earth became steady, as we see it today.

Mo-Cot-tem-ma-ya-wit asked Mo-Cot, "How are we going to make *no cot em* (people) like ourselves?"

2

3

ACC0005353

Mo-Cot answered, "We have made the earth, two kinds: *fam av sil* (meaning moist earth) and *pal lis ma wit* (meaning damp earth). Also the *u le wit* (meaning the clay earth), the *ta vi wit* (meaning the white clay and also the black clay, the yellow clay and the red clay). Of this earth which we have made will we make the people."

Then round and about them came a humming and a singing to soothe them, by the Two Nights their parents. This humming and soothing is around and about us in the night forever, to make sleep in the all the earth's children.

They smoked the tobacco and created *Ow il* (a dog). They gave him some tobacco also, but the smoke hurt his eyes, and he has never been able to see so well by day as at night since.

Then they created *Is el* (the coyote), meaning "quick and selfish." Then they made *Moot* (the owl), and so soon as he was finished he could see in the dark, and he said "o—o—o." The coyote jumped quick and took it and set it aside.

Coyote became very busy, helping with all of the created animals, and though he was one of the older brothers, he always told everyone that he was the youngest brother.

So of this earth they began to fashion people, but because of the darkness Mo-Cot-tem-ma-ya-wit began making them too fast. Mo-Cot could not see either, but he could feel, and worked carefully, and he made people in the shape they are today.

Then they stopped making people, and wanted to see what they looked like—they needed light. So they blew with their lips, and blew some stars into the sky, but there was so little light from the stars that they could not see well enough; so then they tried to make more light, but could not. They called on all the animals they had created to come and help, and yet there was no more light.

Then Mo-Cot and Mo-Cot-tem-ma-ya-wit put their mouths together and blew out the sun, but it bobbed up and down and all around. They tried to grasp and hold it, so that they could

see, but they could not catch it. Then it sank into the earth. Next morning the sun came up from the earth and went back into the night, and all the days afterward.

Then Mo-Cot and Mo-Cot-tem-ma-ya-wit saw all the people that they had made, and they called them *No cot em* and *Ta ba tem,* which mean, "those that have been created."

Now, after they had looked well at their creations, Mo-Cot said to his brother Mo-Cot-tem-ma-ya-wit, "My oldest man, your work is *an no com,*" which meant that his creation was not good. Which was because some of the faces were double, looking both ways at once, one on the back of the head as well as on the front; and the hands and feet were all webbed, like ducks'; and so Mo-Cot told him.

But Mo-Cot-tem-ma-ya-wit said it was all right, for in going they could look forward and backward at the same time, without having to turn around—that there was no use to turn around, it took too much time.

Mo-Cot said, "See, my creations look better with one face, and if anything happens they can turn around and look. Any of mine can lie to sleep three ways, but yours have only one place to lie. And another thing, the hands and feet look very bad with a web across them, that they have no way to split."

Mo-Cot-tem-ma-ya-wit said his hands were better, because in holding them together they could scoop up with one hand more than Mo-Cot's could with both. And Mo-Cot-tem-ma-ya-wit said too that there should be no sickness among them, that there would be no oldest, for if they got old they could go into the water and come out young again.

Mo-Cot said, "There will be sickness come, they will die, and they will get old, and young ones will come, but when sickness comes we will have those among them to cure sickness."

Mo-Cot-tem-ma-ya-wit said, "There will be no sickness among them. If you do not believe my words, I will go back to where I came from, and take all the creation with me."

4       5

ACC0005354

Mo-Cot answered that if there were no sickness or death among the people, the earth, being small, would soon be filled up with too many of them, because of more being raised all the time. And another thing, what are they going to eat?

Mo-Cot-tem-ma-ya-wit said that it would be growing all the time, and that they were going to eat that; that it would sprout up as they were eating it.

And so the first brothers quarrelled, and all brothers have quarrelled ever since.

Mo-Cot-tem-ma-ya-wit said that there should be no sickness or death or he would go down where he came from and take with him all that had been made.

Mo-Cot told him, "You can take along with you all that you have made, but of mine you are not to take it."

Then Mo-Cot-tem-ma-ya-wit was thinking to destroy the world, the earth, the sky, the water, and every thing, by taking it along with him; but Mo-Cot said, "No, you won't. You take along what you have made, what belongs to you, but not anything that I have made will you take with you."

Now the earth was smooth and level, and so they quarrelled, and Mo-Cot-tem-ma-ya-wit went down with all his creations.

Then there came an awful time. The sky blackened, and fire flew, and lightning. The earth rocked and rumbled. Earthquakes split the earth every way: Mo-Cot-tem-ma-ya-wit trying to destroy it, and Mo-Cot holding, holding down hard as he could, trying to save and protect it and his creations. Then came something worse than all: the smooth land was no more, the earth broke all in pieces, when up rose the mountains, which are here today.

But, try as he could, Mo-Cot-tem-ma-ya-wit could not overpower his brother Mo-Cot, who held fast one place and then another, and pushed hard until Mo-Cot-tem-ma-ya-wit gave it up.

Now, after every thing had settled and become quiet again,

the people could see well, and they saw that they were of different color. For the white clay had made white people, and the black clay had made black people, and the yellow clay had made yellow people, and the red clay had made red people, and each color of people went together.

Then it was that the white-clay people were not pleased about being the only ones without color. They cried to be dark, like the rest. They put different clay on themselves, but it was no good. It came right off after a while.

Then the people called to Mo-Cot that the people were going away. The white people went first, and Mo-Cot said, "Let them go. They are different. They will always be different."

Then Mo-Cot saw in the daylight that the colored people were fast going from him. He reached quickly behind him and grasped the *red* people. These were the people that he kept with him. His creation children left him, and so it has been to this day, that the children go on away, instead of staying with the parents. As things were done in the first beginning, so they have done ever since.

### THE MOON MAIDEN

Now *Man el* the moon maiden was *el ka men el,* a very fine young growing young woman, *el ka he wit* a very beautiful, intelligent young woman, such as all Indian girls have hoped to be, and she was teaching *no cot em* (the people, but especially the girls).

She took the young people to a place of water, and taught them to dance and run and jump and wrestle and play games; different for the boys, and different for the girls. She taught them songs and foot-racing; taught the girls and women to rise and bathe in the pool before the men got up. Then, just as the sun came up, she taught them to shake out their hair backward and forward, to thoroughly untangle it, and then as the sun shone on it, it would

6

7

never turn grey, nor get blossoms (split ends) at the ends. She taught them how to laugh and play and be merry.

Now this is a song that she taught them, all about the funny faces of the animals: the coyote, who was the youngest of them all, was the most teased of them all, so they sang the song about his long nose and his long tail, and the color of his eyes and his hide; and about the wild-cat the same way: all about his short nose and his short tail, and his bright eyes.

The coyote represents a tribe of people of his name, and the wild-cat represents a tribe of people of his name; and she taught them that coyote must never marry with coyote, or wild-cat must never marry with wild-cat.

Wolf and bear and birds and the Siou were all brothers to the wild-cat and coyote. Wolf, coyote, bear and wild turkey were all on one side, with wild-cat, lion, fox and crow on the other, and one side must not marry with each another, but the other side.

This was what the moon was teaching them, because if they should marry with their own side, the children would not be good, the people of their own side would be against them, then songs (laws) would be against them, too.

When the moon was teaching the *no cot em* (people) by the water, they saw a female spirit, and in the night time the spirit saw the moon, too, but she did not know about it, and the people did not know what was going to happen either.

Now when the moon came home, bringing the young people, all laughing and dancing, they stepped all over a huge rattle-snake that liked to curl himself up in the doorway in the sun. They danced on his head and on his nose, and the snake felt very badly, badly treated.

At this time Mo-Cot was lying in his house, and he saw them running over the snake, and as the snake was harmless and could not defend itself, Mo-Cot was sorry for it. So, as they went away next morning, he got up and put two cactus thorns in the snake's

mouth; if they stepped on him again, some one would be stung. When they came back in the evening the snake was watching to sting any one who stepped on him. They came as usual, walking all over him, and he bit one, but there was no harm done at all.

The next day Mo-Cot got mesquite thorns and put them in the snake's mouth and said, "Try it with this." The snake was ready for them when they came home in the evening. He bit the first one that walked on him, but it was just the same as before— no harm done at all.

Mo-Cot said the next morning that he was going to try again, "and if it comes out right, you can run under the rocks or into a hole *(how y at)* or brush." Mo-Cot took two hairs from his beard and put them into the mouth of the snake. Now, when the young people came, happy and dancing, they did it again, just the same as before.

The first one that danced on the snake, he bit. Then he started to run under the rocks. They chased him to kill him, but he ran too fast, and the one that was bitten died.

*To va vish niks chum al mi ik* was the name of the one that died (meaning, a bright shining light). He was always the first to come running and laughing and dancing on the snake. *No cot em* (the people) they knew what Mo-Cot had done. Often at night they saw a spirit, and heard acorns and cane rattling, but they did not know what it meant.

One night Mo-Cot caused a deep sleep to come upon *no cot em*. Then he made trouble to the moon maiden, because she had no one to protect her. Next morning she told some of the people what had happened to her, and they decided that they were not satisfied to have this Mo-Cot stay any longer among their brothers and sisters.

When the moon maiden went back to the pool, the place of dancing, she was not happy like herself. She was pale and sick, and thinking that she did not want to stay at that place any more.

8

9

ACC0005356

Her brothers and sisters were asking what was the matter. She did not tell them anything, but she made a song, and then everybody understood what had happened to her.

After that she became quite happy again, and all the people were glad, but they did not know what was going to happen. That night she caused them to sleep deep. They did not see or hear anything, and that night she went up into the sky.

Next morning, all her brothers and sisters could not find her anywhere. There was no track of which way she went. They looked everywhere, but they could not find her. They went to coyote, the youngest brother, and said, "You have done good things for all of us, and now you had better go all around the world and look for our sister."

So he did. He went all over the world, but he could not find a trace of where she went.

Then one evening they saw her in the pool, looking up and laughing at them. She was in the sky, in the West, but they were seeing her in the water. They were so happy to see her again, they all yelled, "Here is our sister in the water," and they all came and begged her to come out. But she would not come out.

They called coyote. "Our brother, you better come and drink this water, and let our sister come out."

Coyote began to drink the water. He could not drink it all, it was too much, but he made it much lower. And yet the moon laughed and did not come up from the pool. Then they looked up and saw her in the sky. *This was the first time of the new moon.*

When the moon was among the people she had taught them to bathe, and ever after when they saw the first quarter of the new moon, they plunged into the water of the pool.

They were sad and lonely when they came home, for they missed their sister and teacher who was away up in the sky. They went to bed early, to forget. In the morning they went back to the pool of water where she had been teaching them, but they were feeling no better, for they missed their sister.

10

## BEGINNING OF WAR AND DEATH OF MO-COT THE CREATOR

After the moon had gone away, Mo-Cot began teaching the people. He taught them to shoot rocks from split sticks toward each other, by snapping the stones from the sticks. Then he made the *pa hal,* a cane, to grow. This is what he made the arrow sticks from. It was cut while somewhat green, then they dried it. Some dried crooked, and then they took a certain dark stone and cut straight grooves in it.

This stone is called in Indian *Ya na pish.* It was used for straightening the arrow sticks. It was heated red hot; they wet the arrow with saliva from the mouth; then, by twisting and turning and pulling the arrow through the slots, it became perfectly straight.

This that they made became known as arrows, *Hoo yel;* the plain stick, *Hoo l* —the stick and point altogether complete. The *Hoo l* was used for war, to kill by being poisoned; the *Hoo yel* was not poisoned, but used to kill for food.

When the arrow was finished, Mo-Cot made the arrowhead, or point. It was made in his lungs, and came out of his mouth. When he was making the arrowheads they were heard rattling in his lungs—this in Indian is called *S i vat.*

There were all kinds of arrow heads—white, red, pink, blue, black, yellow, all kinds of colors and shades, hundreds of them. They were heated in the fire red hot, to make the shapes. There were two shapes, one for food (⌓) and one for war (⟑). The one used for food could be pulled out, but the one used for war could not be pulled out, or had to go through, or be taken out.

When this was all finished, the arrowheads were fastened on the arrow sticks.

Mo-Cot called for *is baw al* (redwood) to make the bows. It is strong and hard to split, it is very strong and shoots the arrow a long way.

Now that everything was complete, Mo-Cot began teaching

11

ACC0005357

the people how to shoot each another, by drawing off the arrow heads, which left only a harmless stick. They learned how to shoot at each another by drawing up sides, and no one was hurt. After they had learned to shoot well, Mo-Cot drew up sides, and putting on the arrow heads told them to shoot. Some of the people were wise, and knew what would happen when Mo-Cot told them to shoot, and this they refused to do.

Now there were three kinds of natural birds, also the butterfly, that could be shot with the arrows; no matter how close they were, they could not be hit. Not the birds we see today, but the first created birds, they were different. One was the crow, one the water-bird, and the other like the red breast sparrow.

So the crow went up first and asked them to shoot him, then the others did the same thing; now the butterfly went and asked the same thing. They told the people not to be afraid, because they could not shoot them, they could not be shot, but the people were afraid.

Then Tahquitz, one of the first created Indians by Mo-Cot, was very wise, and knew many things. He said, "You watch me now, because there is no danger." He then took an arrow, pushed it down his throat, then thrust it in his side, then through his head at the temples, then stabbed himself through the lungs. He said, "You can see it is nothing. I am not dead, it is only play." This is what he told them all.

They believed him and thought that they could do anything that he could do. Then, when they began shooting at each another, many were killed.

Up to this time the people were as one family of brothers and sisters, but after the killing they became angered and missed the ones that were gone. They were unhappy and lonely. So when night came they went where the dead bodies of their friends were lying, to see if they could come back to life again. Every night they went to see if they had come back, but they did not.

One night they went and saw lights from all sides; they heard talking, and knew from the voices who they were, but they could not see them plainly like those living, only the lights at night. When the daylight came they could not see them. Then they went to the place where the moon used to teach them, and the spirits came there. There they played and talked to them and were glad and happy. The spirits thought they could come back after a while, but could not come.

This was not in one day or one week—perhaps a thousand years, or maybe much more time that the spirits were suffering on this earth with the people; so they got tired of it, but did not know where there was a place for them to go. One night they gathered together and started to go north. They went so far that they thought they were going to find a place for themselves, but they could not, and came back to the place where the moon had taught them among the living people. There they stayed for a time; then started towards the West.

They went up through the open spaces, as they had done to the North, thinking that they would find a place for themselves there, but they found it no use going farther—all they found was *book ray whenit* (endless space). So they turned back, and in a little while they heard voices in the North. Then they came back to where the moon had taught them.

After a time they started to the South, then they went up, and they saw the endless space; but there was no stopping place, so they turned back, but they heard sounds in their mouths and lungs. After some time they returned to the place by the pool, where their sister the moon had taught them among the living people.

Now among the people there was a man named *Mom tak wit* and he was angry for his brothers' spirits suffering around for a place where they could be, and he was thinking about these things.

Then the spirits went again to the East. They rose higher and higher still, but could see nothing but endless space as before. Then

ACC0005358

they came to the end of the world and could go no farther, and there they found Mo-Cot-tem-ma-ya-wit with his people. He said that they were different, and he stopped them before they got among his people. He said that they were not cooked well done, as they should have been, and that their smell was different.

He told them, "That was what I was saying to my oldest man in the Beginning, but he did not believe me. Now you suffer much. Why does he not show you a place for you to be? But now you to go back to *Yo le wit* and *Tew i wit* and *Chim no Ra,*" which meant that they must return to that place which was created.

He told them to take a handful of clay and make a cross on their breast from one shoulder to the other. Then he said: "My oldest man and I we made a *hang a wit* and *san han wit.* You might break some switches off, and whip yourselves around the bodies. Maybe that would help you."

They went back and did that, and it helped for a while. They were happy in the night time, but in the daytime they had no place to go, as before.

This man *Mom tak wit,* he was thinking so much about what they should do. So he got up and went out and made a *who ya no hut,* such as a Bishop's staff, like Mo-Cot and Mo-Cot-tem-ma-ya-wit made to create in the First Beginning, and he took it in his hands and struck it in the earth, and shook it, and shoved and moved it around until he opened up a place in the earth, so that all of the spirits went in. And when they went in they made rumbling sounds in the earth, and this is the place that all spirits go, even today.

Now these people *(No cot em)* that were left behind became dissatisfied, so they were having a talk with each another, what they should do with this Mo-Cot.

*Ta va wit,* the great woodpecker, said, "Pe om," which meant for the witch doctors to witch Mo-Cot. Before, the woodpecker

was not saying this word, but ever since he can be heard saying "Pe-om-pe-om."

They all wanted to know what to do with this Mo-Cot. He was always lying down, he was never standing up or going about, he was always lying down in the house.

Then they told the great smoke-colored lizard that lived in the desert among the sage, to watch at night; so he did. He watched that night and saw, as the people went to bed, that Mo-Cot caused them to sleep deep. Mo-Cot took a pipe; there was no tobacco or fire in it, but he lighted it and smoked it. He blew the smoke to the North and to the West and to the South and to the people. Then he stood up and took the *who ya no hut,* and he struck it among the people, and where he struck it, he put his foot, first one and then the other.

The lizard was watching and following in his shadow, and he saw Mo-Cot go away over to the sea, and he had a post set there at the edge of the ocean. But the lizard could not go there, because of the water.

The lizard saw that Mo-Cot went there to take a bath; that he used this place for a bath room. When Mo-Cot came back from the ocean, the lizard came back with him too. Then he went to the same place and he lay down again.

Next morning the spirits went to the pool to play, where the moon had taught them, and the lizard told them all that he had seen last night.

The people said that was all right, that was nothing. Then they told the great skipper that walks on the water, "You go and kill him. You go to this place and watch for him."

So that night the skipper, he went to this place, and stayed there until the middle of the night, when Mo-Cot came down. But the skipper could not get near enough to bite him, because the waves of the ocean were too strong, and they floated him about until he could not stay still. Next morning the people went to the

14

15

same place where the moon was teaching, and they asked him, "How did you come out?" The skipper said, "I could do nothing because the water was too strong and I could not hold myself. You had better try somebody else."

So they picked out the great green frog and told him to go and try it. He agreed, and started for the place at once. That night he stayed on the bottom of the ocean, waiting for Mo-Cot to come. About midnight he came.

Now, the great green frog had not only much power, but he was ready to poison him as well as bewitch him. Always when Mo-Cot went into the ocean there was a rumbling and a thundering. The frog was sitting tight against post on the bottom of the ocean. The frog was using his power, and when Mo-Cot did not hear any rumbling or thundering, he did not know what to think about it.

He took the *whò ya no hut* and began to poke all about in the water with it. This he did three times, but the frog was hiding and sitting close to the post, so the *whò ya no hut* only scratched his back. Then Mo-Cot gave it up; he was not feeling very well, and was shaking.

The next morning the people went to the same pool where the moon had been teaching, and they asked the frog what he had done, and he said he thought he had done it all right. The people were all very glad to hear that, and told each another when they got sick not to go to Mo-Cot to be cured.

Mo-Cot could not understand how his sickness got started to him. "Perhaps the water, or maybe my house," he said.

And when he was so sick that he could not take care of himself any more, coyote was taking care of him. He did everything he could for him, but Mo-Cot was afraid of coyote. He told his people that they must watch coyote, "For, if any time at night I die, perhaps he would eat me," so they watched coyote.

16

Then Mo-Cot told the people, "Send my creation, the swallow, to the north wind and tell him to come and doctor me."

The swallow went, but the wind was so strong that he could not get near it. Then he flew under it, near the ground, and got to where the wind was, and he told the wind that Mo-Cot was sick and wanted him to come and doctor him.

The wind said, "All right," he would be there the next morning.

Next morning early he came down with all the power he had, to try and help Mo-Cot.

He blew the sand and the dirt and shook the houses until Mo-Cot was rather afraid, so he told his people to tell the wind to go back home, that his eyes and ears were all full of sand. So the people told the wind to quit and go back home. The wind stopped, but nothing happened to Mo-Cot. He was getting worse.

Then he thought he would try the west wind. "Perhaps my creation the west wind would be better for me. You can go and ask him to come down."

So the same bird he went, and the wind was very strong, as before, and the bird could not get in to him, but he flew underneath the wind, close to the earth, and went anyhow to the wind and told him that Mo-Cot wanted him to come down.

The wind said, "All right, I will be there in the morning."

Next morning he came down very strong, shaking all the houses and bringing dust until they could not see each another.

Mo-Cot told the west wind to quit and go back home, that his eyes and ears were full of dust, so the west wind went home.

Then he tried the south wind. "Perhaps my creation, the south wind, could help me. You had better go and ask him to come."

So the same bird went, but he could not get in, for the wind blew so strong, so he flew under it again and got in that way, and

17

ACC0005360

told the wind that Mo-Cot wanted him to come down and cure him.

The south wind said, "All right, I will be down in the morning."

The next morning he came with all the power he could, trying to help Mo-Cot get well, but he did no good to Mo-Cot—he was getting worse.

Of course the winds knew and understood that the people were witching Mo-Cot, so they were not wanting to cure, they wanted to kill him. They did him no good, they put even more sickness upon him.

The people knew why he was getting no better. He was a trouble maker, and they were determined to get rid of him. Mo-Cot then told the people to send *wes so not* the hawk to go after *pa e wet* the long tailed desert rat. The hawk went after the rat, but he never came back, because he found the living so good he forgot all about bringing the rat back. Mo-Cot could have told his people where they could have found some things to eat, but he never did, and this was the first time that any of them had found anything.

Mo-Cot told his people to send *all wot*, the crow, to go after "those my creation *(pe e whem em)*." The crow went, but he did not come back that same day, because he found them so good to eat, and so many of them, that he liked to live at that place with them.

The *pe e whe em* were very large worms, something like the army worms today. When they were roasted on hot rocks or hot coals they were considered very fine eating. Tribes of Indians often quarreled over the boundary lines when these worms were in season.

Mo-Cot ate them, and they did him so much good that he sent the crow back again for more. Then Mo-Cot began explaining to his people, "Maybe I die in the month of *Sowl*," which means before you can see the new moon. "Or the moon *Seva* (the crescent of the new moon). Perhaps I shall die in the new moon, *chan a*, or the half moon *(Ky vo)*, or the moon *tan cha* (three-quarters), or the full moon *(te ve)*.

"Maybe I shall die in the moon *(tes sa)* going back to three-quarters, maybe I shall die in the *Le we* moon. Maybe I shall die in the *ca ve* moon, maybe I shall die in *he qua* moon. Maybe I shall die in *Too* moon."

He told his people, "When I die, you better watch my creation coyote. When I die you must tell him to go for my creation Rockfire and Sunfire." He told this to his people.

The Rockfire and the Sunfire were very far away, and very strong, so Mo-Cot knew that coyote would be a long time and could not get them. "Then when my creation coyote goes for the Rockfire and the Sunfire, you must start to my creation that is a girl, a very fine girl, *Min my wit* the palm, and make a fire out of her."

Now the girl who was a palm heard and began to cry, the tears were running, but Mo-Cot told the people, no matter how much she screamed or cried, or the blood ran out of it, to keep on twisting the stick in the hole until they made the fire.

So one night Mo-Cot died.

## COYOTE GOES FOR ROCKFIRE AND SUNFIRE

Then coyote called out to the people, "My sisters and brothers, our father has died!" Then every one of them, they cried, and this was the first time that the people knew how to cry. The roadrunner, the dove and the owl, the wild mallard duck, and the red woodpecker, these were the first people who began to cry when their father died. Then all the people cried.

Now when they were crying they went to their brother coyote and said: "You were always good for everything, and attended to everything, so now you can go after Rockfire and Sunfire, so we can start burning our father. Coyote was still crying, but he got up and brushed the tears from his eyes and walked away.

ACC0005361

Case 5:13-cv-00883-JGB-SP   Document 85-7   Filed 10/21/14   Page 28 of 99   Page ID #:1886

The people nor coyote knew where the Rockfire or Sunfire was, nor how far it was——nobody knew. But coyote walked away, then he started to run, and he said: "My dear brothers and sisters watch me, my legs, my tail pointing as I am running, and watch the dust I make. I am going to carry my foot in my hand, and my hand I am going to put on my forehead, and my nose pointing straight ahead, and my eyes never wink, and my mouth is going to be open, and I am going to be like standing steady, and then I say: 'My dear Sunfire and Rockfire come to me, come near to me, don't you move far away, come near to me dear brother Rockfire and Sunfire.'"

So he stopped and then pulled the earth near to him, and then he kept running until the Rockfire and the Sunfire were quite near to him. But it was very dangerous, for there was nobody could be near them.

Coyote said: "You are my own brother, I won't scare you at all. I am going to get you. You are trying to eat me, or scare me, or kill me, but somehow I am going to get you, because you are my own brother." Then he came to it, and got Rockfire and Sunfire.

Now after the people had got coyote started after the Rockfire and the Sunfire, they began to make a fire out of this girl *(Min my wit)* the palm tree. They nominated the great fly to twist the stick to make the fire. The flies have never forgotten this, because today you can see even the common house flies rubbing their hands together, remembering it yet.

They nominated *Bac cho*, the small coon-like animal, and the bear to dig the grave. The mountain quail and the desert quail gathered the wood in long poles and short logs, and got the alder and the red brushwood, and the wild plum, and other kinds, eleven kinds in all.

So they fixed it on the grave, and put the body of Mo-Cot on the top, as he had told them to do. Then they started the fire.

When the fire was starting, the people all stood in a circle tight and close, near the fire. Then they all started a song about every thing as it happened.

First thing was the smoke, second thing was the smouldering fire, and third the burning of the fire, and fourth how it lighted the wood, and fifth how it caught the body and caused the arms and legs to twist and turn; how it caused the body to burst open, and then how the flesh all burned and left nothing but the bones among the embers; but the heart did not burn quickly, it took some time for it to burn.

Now the coyote had much power, and by running and pulling the earth closer him he found the Rockfire and the Sunfire much sooner than anyone thought he could.

He came running back with the fire, crying, "I am coming back, my brothers and sisters," but as he came back nearer and nearer and saw the smoke, he saw the body of his father was burning. He said: "I knew, I knew they were going to do that way, but I do not know what made me come after the Rockfire and Sunfire."

So he dropped his fire and left it there, to run faster to get to the body of his father before it was all burned. Then he saw the people all standing close to each another around the fire from a long way, and he called: "My brothers and my sisters, look at my face, the tears running out of my eyes. Let me get through and see my father." But the people saw him coming, and told each another not to allow him to get in. When he came up there was no place, so he said: "My brothers and sisters, give me an open place, so that I can see our father."

The heart was not yet burned, so they stirred the fire to make it burn more quickly. Now coyote was running around and around on the outside of the circle, saying, "My brothers and my sisters, are you not sorry for me? Let me get in to see my father."

They stood closer together, so there was no chance for him

ACC0005362

to get in. He said, "I will go under your feet, my dear brothers and sisters, or I will fly over you."

Some of the people were short, and some were tall, and coyote was running about in circles, as he does today. Then he jumped quickly over the shoulders of some of the shorter people, to the fire. He scattered the embers among all the people, till they ran away. Then he snatched up the heart of his father and ran away with it.

The mountain fox and the desert fox they chased him, but after a little way he turned around and told them to stay away, that it would not do them any good to follow him, for he was running to the end of the earth with the heart of his father.

When night came, many Spirits came to him, trying to scare him. "Ah, no!" he said. "I won't be scared of you because you are my father." They were showing him things in front to frighten him, so that he would not go there.

But he said, "Ah, no! I know you are my father. I am not afraid of you. I am going to eat up your heart," and he did.

### THE FIRST NEW PLANTS

Now, when everything burned was cold, they filled the grave and smoothed it, and went back and burned the house because Mo-Cot before he died told them to do this thing—not to live in the old house where he had lived. Some one might get sickness.

In three days they went to look at the grave, and they saw some plants sprouting up where they had burned their father Mo-Cot, and they did not know what it was.

They said to each another, "Our father never said anything about that, so how can we find out."

Now one man among them was smart and intelligent, and he asked, "Did our father not leave someone with the power of knowing about this?"

But no one knew, and then he said, "I am going to chase him until I find him, and then I am going to find out."

So the people said that was right; that he should go and ask him about it, and find out. The man who was going to chase our father, his name was *Pal mech cho wit*, meaning "water not believing." He went over to the grave where they had burned the body, and he stood waiting there, looking at the plants.

Soon a very small whirlwind started going around, and he watched it until it went away from the plants, and he followed it as it went to the east. The whirlwind was getting larger and larger. He followed it until dark came, and in the darkness the whirlwind became light, so that he could see, and he still followed on. He found after a time that the whirlwind was not a whirlwind, but a person.

He followed him, but could not get near to him; but anyway he could see all right until the daylight came. He saw tracks, and he followed the tracks. But the great red ant walked over the tracks till he could not see them any more. Then he used the tracks of the red ant to follow.

*Pal mech me wit* said, "It is yourself, my father, using the tracks of the ants, and so I am going to follow you."

Then the tracks of the great red ants were covered by the tracks of the *Cev la bet em*, the big black beetle, the bug that stands on its head, but not the small bug of today. So *Pal mech me wit* used that track, and said, "I know that it is you yourself, my father, using this track." And he kept following until darkness came.

After the dark came he kept going toward the East. Then he came to the grease-wood tree, and seeing the bunches of mistletoe in the trees, thought it was some person, but found it was only mistletoe, such as grew in his own country.

*Pal mech me wit* said, "It is your own self doing this to frighten me, my father."

He kept on going till he came to the desert willow tree. He thought it was a person till he came close to it. He thought perhaps

22

23

ACC0005363

Case 5:13-cv-00883-JGB-SP Document 85-7 Filed 10/21/14 Page 30 of 99 Page ID #:1888

it was Mo-Cot, but it was only desert willow. He kept on going till he saw a palo verde tree, and the bunches of mistletoe again. He was very much afraid, so far away from his people, but he was brave, and would not be frightened by a palo verde tree covered with bunches of mistletoe. Now this was palo verde *(oow oow wit)* with the flat seed; the other kind is *taw how cut* with the round seed, and he saw this kind also with the bunches of mistletoe. Still he kept going, and all things small looked large to him till he came to them, when he found they were all small.

He was seeing the mirage across the sand. He kept going on till he came to the sand country, sand and sand hills, which in the Indian language is called *na che wit*, a country with nothing but sand.

After passing through the sand country he came to prairie country. There he heard an owl howling, and he knew he was getting near to the place he was looking for. When the night came, he could see the light shooting straight up to the sky. He kept on going, and then he came close to Mo-Cot. As he came nearer, a wave of heat came across his face, and he knew he was coming closer to Mo-Cot's spirit.

He was filled with fear. He was not quite up to him, but he was nervous, and trembled so much that he could not go farther. Mo-Cot's spirit was asking him to come closer if he could. He tried, but could not. He had no strength left to stand up. He could not walk any more.

And because *Pal mech me wit's* strength turned weak when he saw the Spirit, so have all people since become weak when they see a spirit.

He could see Mo-Cot's spirit. The body was like crystal at night time, with pale colors glowing over it. He could see the face, but not the features, and the spirit was beautiful.

Mo-Cot's spirit knew who he was, and what he had come after, too, but anyway he asked, "Who are you?"

*Pal mech me wit* answered, "I am of *No cot em*, the people, who gave me authority to come and ask you something. In our grave something is sprouting up. We don't know what that is. I and *No cot em* want to know.

Then Mo-Cot's spirit answered and said, "I was going to explain all these things to you people. I did not know what you people were thinking about when you bewitched me, but that is all right. Now I will tell you.

"These plants are all my body; all kinds: my bones, my skin, my head, my eyes, my ears, my nose, my arms, my fingers, my legs, my feet, my liver, my guts, my heart, my hair.

"Everything is what you will use for your living. You are going to eat that.

"My teeth will be your corn; the melons are my heart; my eyes are your fruit; your grass is my hair.

"Everything that you have, that you will eat, that will be some part of my body.

"You have to go back to the people and tell them that I will be there in one day, two days, or three days."

So *Pal mech me wit* went back, and when he got there he called them every one together, and he told them everything that Mo-Cot's spirit had told him—all about the plants which were to be ours to use. The people did not know one plant from another, so *Pal mech me wit* told them all of the names of everything, even those we see today.

The first name that they had was the beans, which were the fingers of Mo-Cot. These were named *Ta va my lum.* The corn was named *Pa ha vosh lum* and the wheat was named *Pach che sal* and the pumpkins were *neh wit em,* the watermelon was *Is to chen.* At the same time *Pal mech me wit* told them that Mo-Cot's spirit would be with them in one day, two days, or three days.

They were all glad and satisfied to have Mo-Cot's spirit come again. They waited those three days, but the night of the third day they all fell asleep.

24

25

ACC0005364

Then one of them, a man named *Chip chip wit*, he awoke and saw coming the spirit of Mo-Cot. He saw very plainly the spirit of his father, so he jumped up and he yelled to all the people, "All my brothers and sisters, our father is here now!"

They jumped up, every one of them, and they looked and asked each another, but they could see nothing. They asked each another, "Who is it that says our father is here?"

Then *Chip chip wit* became nervous at what he saw, and fell down unconscious. He spit blood from his mouth.

When he got better, he told them that he saw his father's spirit. "Maybe I am mistaken, but I saw it," he said.

And so it was that some, but not all, could see the spirits.

### FIRST MEMORIAL FOR MO-COT

Now coyote, when he took his father's heart, went toward the coast, and he came to a great brushy mountain that he could not pass. He said, "Oh! I have got to get through. I have done so much, and, my father, I know you are doing this."

Then he passed through and came to a Great Dry Desert, all crossed by many tracks, and he said, "I have got to get across! You, my father, are doing this." But the heart was trying to frighten coyote insane, to get away from him.

Coyote said, "I will not let you go. I have to eat you."

Whenever coyote became tired of carrying the heart, he laid it down to rest himself, and wherever he laid it, there the blood left red stains on the ground. These marks remain today. This ground is called good ground. It is used for medicine, for paint, it is used for many things.

After coyote got over to the end of the world, he ate the heart of his father, and as he ate it, some blood spilled on the ground. This became clear, red paint. The Indians paint their faces red in memory of the blood that was spilled from the heart of their father. And for this reason red is the Indians' sacred color.

Since coyote had eaten the heart of his father he had much more power than he ever had before. He was thinking always about his father.

He was feeling sorry, missing his brothers and sisters and his father, and being so far away; he was thinking about what could be done now that Mo-Cot was dead. And then he began thinking about going back to his brothers and sisters.

Now it might have been one thousand years or five thousand years or more since he had been gone. The people were all very sorrowful and sad, and coyote was the same. His hair began falling off, he was poor and thin and weak, and half sick. And so he went back to his brothers and sisters. They remembered what he had done, and were very angry with him; but they were sorry for him, too, for he had done many things for them. And so they were glad to have him back again with them.

One day he called them all together and talked to them about decorating their grave and having a memorial fiesta for their father. They were all willing, but some told him that they had nothing, no food, no clothes, not anything to make a memorial with.

Coyote said not to mind about that, he would look for some things. He went to the coast, to the ocean, and found some pampas grass plumes and brought them home. He said, "My brothers and sisters, here we are. We are going to do it with this."

But his brothers and sisters did not pay any attention to him, and in a day or two the pampas plumes dried and began falling off. So he went again and got more flowers—red ones and blue ones and other kinds, and made them into bunches and took them home. They looked very pretty, but the people knew that they would be pretty only while they were fresh.

Coyote said, "This is what we are to have for our father." But the people paid no attention.

He talked very pleasantly and thought they were believing him, but they were not. They knew that flowers would have to be gathered every day, and would fade the next.

26                    27

ACC0005365

Now coyote he knew what was right and what was not, but he was doing this only for pastime. His brothers and sisters knew that coyote would get the right thing, and that he was intending to; but coyote had trouble in making himself always do what he knew he should do.

He went to the ocean again. The ocean was at high tide, so he waited there and lay down and went to sleep in the day time. When he awoke he did not know how long he had slept. The light was going for the night, but coyote thought it was morning coming, so he held back the night to make it longer.

This can be seen sometimes at evening now—not often. The dark comes, and then it lightens again. It seems as if morning is coming instead of the night. This is the sign coyote made when he held back the night.

Then, when he made it light enough to see, he jumped into the ocean and got *Panga me ya va*, in English "water-apron." And he got *Panga ha quat*, in English "watertail," and *Panga mic vat*, a tall bunch grass called tule.

He took all those things home, and he called all the brothers and sisters. They came, because they knew these things that coyote brought were good herbs instead of wilted flowers—herbs that were useful medicine. So they came together and talked it over—what they were going to do, and how they were going to do, and when they were going to do. For this was something they had never done before.

Who was to manage it, and who would attend to the ceremonials? Coyote said that he would attend to the ceremonials, and he did it.

He began a song, and started with all the people—from where Mo-Cot had come out of the ocean; then another, beginning from the ocean; then another, starting from the center of the earth, from which Mo-Cot and Mo-Cot-tem-ma-ya-wit were born.

Then there were nights set apart for the ceremonials. The first night was for Mo-Cot and Mo-Cot-tem-ma-ya-wit his brother; the second night for Mo-Cot's sickness at the ocean, and the third night coyote getting the *Panga we ya va*, the *Panga ha quish* and the *Panga mic vat*, the memorial for Mo-Cot.

So they had the ceremonies for Mo-Cot, and they called some others, who lived in tribes separate from them, to visit the memorial of their father Mo-Cot.

This they agreed to do, and they sent a man to tell how they were coming. They were coming as *Nu theem*, which means blackbirds.

Then the people asked him how they were coming, and he answered and said, "Dancing in a bunch, and going into the ground, then flying into the air, and then dancing into the ground again, and flying, and so on."

The words of the song they were dancing were: *Ha we-Ha we-Ha we*, and then *Ha we ta-Ha we ta-Ha we ta*, very quickly. This was repeated nine times by the head men, and all danced to it.

Then they held their hands up and yelled, and went into the earth, and coming up they repeated it. They were all going into the earth and coming up into the fiesta house, because they did not want to go in by the door. But the head man pressed hard on the earth and held it back.

The Blackbird people tried hard to go into the ground, but they could not, because of the power of the head men; so they were forced to walk into the fiesta house through the door.

Now when they were all gathered together in the fiesta house, the head men of both tribes stood close together and lighted the tobacco and smoked in the tubes of cane which were fixed for that purpose. The joint was cut and put into the fire in the ground and swelled up by the heat. The outside bark was shaved off and filled with tobacco.

After the head man of the tribe smoked he handed the pipe to the head man of the other people, apologizing for the poor

28

29

ACC0005366

quality of the tobacco (although it was very strong), and as he handed it to the other head man he said, "I don't know what made me send for all of you people to come here through all the bad weather and without food and shelter."

Then the other head man took the pipe in both hands and put it to his lips as if it tasted very good, and said, "I am here in this your biggest house, *Kesh um now wit,* and I don't know what makes me feel this way, but I am coming to your *Kesh um now wit* always."

(The word now used is fiesta house, meaning a place of dancing or entertainment, but the Indian word *Kesh um now wit* was used by the first created people for the first time at the memorial of Mo-Cot. The dances of the Indians were always serious, sacred ceremonials in which they told in their songs the history of their people. These times were celebrated together, and in all tribes there was a meeting place which was named *Kesh um now wit,* meaning the big house or place of assembly.)

At the fiesta house the head man of the *Nu theem* people spoke all night about Mo-Cot and Mo-Cot-tem-ma-ya-wit, their birth and their creations, the animals, and the people. They made this into a song for one night, but if the song lasted more than one night they finished it in the next daylight.

The second night they made a song for the Moon Maiden and all she had taught them. They began by playing a game that she had taught, played with pebbles, throwing one up and placing the others, like white children's jack stones today.

They took a piece of cane and split it into six parts at the joint, then they struck it on a rock and counted the sections that fell underneath.

They took a flat stick with marks marked on one side X X X X, and throwing it up on the flat of the hand, counted the marks. This game was named by the moon maiden *con wel ah.* These were games for the women and children.

30

For the men's and boys' games they made a mark on the ground, then, taking a short bone in the hand they thrust it into one of the points of the mark, and the other guessed which point it was, and if he guessed right it was his turn to play. When the game was being played they sang a little song about the star that was to hide the bone and slip it into the ground.

The third night a song was made of Mo-Cot—his sickness and death, and his spirit. The fourth night they sang about coyote going after Sunfire and Rockfire, and how he stole his father's heart and took it away toward the east.

The memorial service for Mo-Cot lasted a week. The head men decided that the first day should be a day of prayer, and all of the people agreed. It was a day of prayer for the people, their friends, their homes—for all of the people, both living and dead. Before entering the fiesta house they made prayer to purify themselves.

Now the fiesta is managed by three heads. One head man has charge of everything pertaining to the fiesta service, and gives permits to the other head man who has charge of distributing the food to the people, and to the other head man who smokes the sacred pipe and blows the smoke to the north three times the first day, three times to the west and south the second day, nine times the third day.

The fourth day is set apart for a day of rest, and on the fifth day they make the dolls. The second head man who manages everything outside of the fiesta, except distributing the food, is called *Pa ha,* he who attends to blowing the sacred smoke. At this, the first fiesta, *Pa ha* was the coyote.

On the fifth day he called all the people to be quiet. Then he blew the sacred smoke and called prayer, and all of the very old people who belonged here (not any of the young people) went into the fiesta house.

Now to the Indian people the tule *Panga mic vat* represents

31

what to other people would be a flag. The tules grew so very tall that no one could find the end of them, so the head man of the fiesta cut a portion, and in it he put the feather of an eagle, some Indian money made of strung shells, a pipe and some tobacco, and a certain rock which is sometimes red, yellow, blue or black.

This tule was one of the good gifts that coyote brought the people, and of the piece which was filled with these things by the head man, a doll was made to represent their father Mo-Cot. On the sixth day the people burned the doll and scattered seed from the first plants which grew from the ground where Mo-Cot was buried, in memory of their father.

These head men were great men, men of much power, and if anything should be done that was not done right or was not done well, they knew it at once. And this is all of the first fiesta in memory of Mo-Cot.

Now the descendants of these first people are living here among us yet: the Chief Francisco Patencio who looks over everything and gives permits to others; Ramon Manuel who has charge of distributing the foods to the fiesta guests, and Willie Marcus who blows the sacred smoke along with other ceremonials. These men have charge of the fiestas even today.

## SOME OF THE EARLY PEOPLE
*(Mo moh pechem)*

These people before us, they are gone. We do not know their color, nor how they may have been, but this we know: that they were people of much power. They did not walk, if they did not want to do so, because they had the power to rise and go through the air. They were men like us, and had families the same as we today—only they had much more power and could fly.

These people lived on the mountains, and called themselves *Mo moh pechem,* which means "moaning in pain." But this does not mean that they were sick at all—it was only a tribe name.

Now these people could not fly anywhere at any time. No, but only after long prayer till the time came were they given the power. They did not go to be gone a day or a year, but stayed in one place much time, many, many years, and flew away again when the time had come to do so.

From the pass where they lived they flew to the San Fernando Mountain. This mountain they called *To to be.* From there they flew to the Cocomonga Mountain. That mountain they called *Evo quish,* meaning a stick or poker to stir the fire. From there they flew to San Gorgonio Mountain, which they called *Queri kitch,* meaning "bald" or "smooth."

From there they flew to San Jacinto Mountain. They called it *I a kitch,* meaning "smooth cliffs." There is a place near the top which has no pine trees, a place of about forty or fifty acres; right in the center of this place is a large smooth rock, about ten or fifteen feet square, not very high from the ground, about three feet. There they stayed for a long time.

From here they saw a mountain lion coming, and they said that if you saw it once, you could not see it again. But the head man of the tribe said that he could see him again. But the other said that if you see him once, you can not see him again.

The head man went and stood on the top of the rock, looking, and the people were watching from away. Then the lion leaped upon the rock before he saw the man, and they began to fight, and both died there.

Now after the head man was killed the people felt very badly, and they left that place. They did not fly, but walked down across the mountain side to Palm Canyon. Then the third head man of the tribe decided that he would not go any farther. He turned himself into a rock, and he is there in the rock yet.

The people prayed, and flew again to the end of the Santa Rosa Range. Here they found many small shells, and they called it the place of the shells. From there they flew again to the San

ACC0005368

Felipe Valley, to another open place on the plain, and here they stayed. They had lost the head men of two tribes, and so their power to go farther left them forever. They could never get it again. So they lived there and raised large families.

Then an animal, *To quassto hut*, which means an animal that comes from the sky with much noise of thunder, he came and took two or three of these people every day.

### ESEL I HUT

Now when *Esel i hut,* a man very powerful, was coming through from the north, he was looking around, coming to see everything in his way; he came into the Moreno country, and from there he went to Hemet Point, and he shot a deer and chased it. There on a rock were left the tracks of the deer and the man *Esel i hut.* On this rock he killed the deer. The arrow with which he shot the deer passed through the body and hit another rock; it went into the rock and is in it yet.

Then he went on. He came to a place where a man lived with his daughters. He lived in a big house, and welcomed every one who came there. This man was a medicine man. No one knew what he did, but everyone who stopped with him was found dead the next morning.

This he had been doing for a long time when *Esel i hut* came to him and told him that he was going to stop there overnight. The medicine man, whose name was Big Lizard, said, "All right," that he only had his daughters, and there was plenty of room.

They were talking nearly all night, and *Esel i hut,* being a man of power, knew all about the medicine man, and was watching him. Late at night the medicine man told *Esel i hut* that he had better lie down and rest, because he must be tired.

*Esel i hut* said "Yes," but he was watching, and saw Big Lizard throw something on the fire which made a poison smoke that killed all the people who came there. *Esel i hut* made a hole in the side

of the house and put his head outside, while his body was lying inside. He made some of his own medicine which he threw in the fire, and next morning Big Lizard was dead.

His work was finished there, so he went on to the end of the Santa Rosa range, to the place of the *Mo moh pechem* people. There he found a large village of many houses, and he spent all of one day trying to find someone living there; but the whole place was wiped out by the *To quassto hut,* the sky animal that was eating two and three of the people every day.

That evening, at the last house, he found two women. He spoke to them, but they thought he was the sky animal come to get them, and they said, "We are only two women. Take us, we are nothing." And one said, "Why are you waiting? You have taken all the rest."

Then *Esel i hut* answered that he was a human being; that he saw everything fresh, but no one about. "Where are the people? Why are they all gone?" he asked.

They told him that that morning the last was taken—all but they two, and that tomorrow morning the sky animal would come for them.

*Esel i hut* asked, "How does he come?" They told him, "First a lot of thunder, like a big earthquake, and then he comes afterward from the sky."

*Esel i hut* then told the women that he was going to stop there that night and watch for him in the morning. He asked what time it was the sky animal came. They told him it was when the sun was rising.

So at one big house he put the women against the wall, and told them to sit there. He had an old oak cane, and the animal had one like that, too.

Now in the center of the building was a big post reaching to the top and bracing the roof. This he split, and he went inside when he heard the noise of thunder. He sat inside of the post.

ACC0005369

Then the animal came and stood inside the door, and he took the hook of his cane, and hooking the two women he brought them over to the door. *Esel i hut* he took his own cane and he put the hook around the two women and put them back against the wall, where they belonged.

The animal looked, and said, "What is the matter?" and he hooked them with the cane again, and brought them to the door.

*Esel i hut* took his cane and put them back again.

Then the animal was awfully angry. He said, "What is the matter? I never had anything happen like this before!"

He looked at his cane, and hooked them over to the door again.

*Esel i hut* hooked them and put them back.

Then the animal was so angry and tired that he left the house and began to rise up in the air, but *Esel i hut* came out from the post, and, standing in the door he reached up with the hooked cane and jerked the animal down to the ground and killed it. When the women came out of the house they fell upon the body and washed it and burned it.

### ESEL I HUT CONTINUES HIS JOURNEY

*Esel i hut* went on to what is now Imperial Valley. He saw a man coming towards him, a very tall, big man; as they neared each other the tall man began getting shorter and shorter all the time. When they came close to each other, he was a very little man, and he had under his arm a *mic bot,* a stalk of the tule. *Esel i hut* also had a *mic bot* under his arm.

He asked the little man where he came from, and the little man said, "East."

He felt the head of the little man, and his head felt soft, like that of a little child. Then *Esel i hut* squeezed it hard, to break it, but it became hard. He felt his wrist, and it was very soft. He wrenched it, to try to break it, but it became hard. The man

had a little bow, which *Esel i hut* bent backward, trying to break it, but it became so strong that he could not break it.

*Esel i hut* asked, "What have you in this *mic bot?*"

"Oh," the little man answered, "I have something there."

*Esel i hut* said, "Well, let me see!"

"All right," said the little man, and gave it to him.

*Esel i hut* unrolled it, and the *mic bot* spread out into several acres. It had no end—nowhere could he find the end. Both of them went up into the *mic bot,* but there was no end there, so they came down to the earth again.

*Esel i hut* gave the *mic bot* back to the little man. He spread it out and saw the things inside, many things that are played with when they have fiestas.

*Esel i hut* told the little man that he wanted to see inside, too, and the little man gave it to him. Then it spread out so much that they could not find the end, and they went up into the air again, and then they came down.

The little man unrolled the *mic bot,* and *Esel i hut* saw what was inside. These two men became the head men of the fiestas, and they live yet. Both of them are right powerful, one as much as the other, and if there is trouble among the people, they settle it. The name of the little man is *Kay ot yuasi mi ca,* and means Montezuma.

### YELLOW BODY, HEAD MAN OF MORENO

Yellow Body settled in the west side of Deep Canyon with his people, and called the place *Pan ox su,* which was the name of the tribe. Another head man named *Mul li kik* settled at Van De Venter on the Santa Rosa Mountain, and called at that time *San we yet.* Many of the people settled there.

Now Yellow Body had a sister, and he had a dog also. He sent the dog over to Santa Rosa Mountain to the people of *San we yet.*

36

37

ACC0005370

The dog went up there, and lots of the people saw the dog coming, and they said: "Oh, come here to me, this way," and others said: "Oh, come with me, we have a good house and much to eat. Come here to me—plenty of room here."

But the dog knew where he was going. He went past around those houses until he came to the last house. He stayed there, and they fed him. Then, after a day or two he came home.

Yellow Body wanted his sister to have a home where he knew she would be safe and well cared for. So he sent his sister, and she followed where the dog had gone. And the people saw a woman coming, and they said again: "Oh, come with us and live here. We have plenty of room, and much to eat. Come to my house. Come to our house." But she knew where the dog had gone, and she went to the last house. So she stayed there, and married there.

Then the parents of her husband went to her brother's house, carrying gifts of Indian money, food, and making a present of a small portion of land. Now in time Yellow Body took his mother and his dog, and leaving the Deep Canyon went across the Santa Rosa Mountains. Yellow Body had suffered many years from the thorn of the tall cholla cactus, which had become embedded in his foot during his journey from the North. So he settled for a time on the top of Santa Rosa Mountain, to rest his foot. It was becoming very troublesome.

He took the small *whò ya no hut* which he always kept fastened in his hair, and dug out the thorn. This he threw on the top of a great rock. The thorn lay there for a time, and started to grow, and continues growing there. He called that Santa Rosa Mountain *Weal um mo.* Then he went to the desert on the other side of the mountain in which were settled many people, and lived there among them.

Yellow Body always seemed older than he was. Among the people lived a man who had three daughters, and the father was always sending food by one of his girls to Yellow Body, whom he called, "That old man."

When Yellow Body got up he used a stick to help himself get up. He tottered off in the morning, and came back at evening carrying the game on his back. This he had been doing for a long time, and these girls wondered how that old man who was so weak he could hardly get up, could run and kill game, and carry it home.

The father of the girls had told the old man to come to his house and sit by his fire. Then the girls made a plan to watch the old man and see how he got his game. They climbed up on the mountain and watched down. They saw him go into a patch of brush, and saw him come out a young man, healthy and strong, with very fine long hair.

Then the sisters began quarreling among themselves, which one was going to have this fine young hunter for a husband. At last they agreed that the older one should have him.

Now the father of the girls had allowed the old man to lie on the warm ground by the fire, but before he came that night, the elder sister lay down in his place. Her father and mother scolded her for it, telling her that he was old, dirty, and probably diseased, and that she could become the same from it. But the girl knew more than her parents about him, and would not move. When the old man came to sleep by the fire he found the girl in his place, and he became a young man again at once, and married her.

Yellow Body lived with his mother and his father-in-law for a long time, but he knew that the time was soon coming when his power would be gone, so he took his mother, his wife, and his dog, and went on. They crossed the desert (Borego Valley) and went to a hot spring which is now called Warner's Hot Spring.

Here Yellow Body took a great basket which he set in the spring. He made his mother, his wife, and his dog get into the basket. Then he got in himself, and causing the basket to whirl

38

39

like a wheel, they all sank into the spring forever. This spring was then called *Co pah,* which means to drink, or swallow, because the water had swallowed these people.

## THE FIESTA FOR GROWING GIRLS

The people of Sun Grey and Yellow Body gave a second fiesta for growing girls. This they did to teach them all the things that they should know about their own bodies. They were given a course of treatment which was to keep them from certain kinds of sickness which could come at the present time and in after years. They were given to drink of different kinds of bitter herbs.

The fiesta songs were all about how to take care of themselves to have good health. As the song continued about the shining earth, the ground was dug up with the shells of the land turtles, or by the baskets which they wore upon their heads. The ground was warmed by a fire of brush. This warm ground was then spread with green herbs, the girls were laid on this, and then more green herbs were laid on them. Then they lay in the steam of the green herbs for a few hours. This they did for three times, three days. They were not allowed to have salt or cold water, or fat or any meat during this time. One of the herbs used is called *Hoe bel,* another is called *Pa gu sish,* another is called *Hang all.* There are other herbs used, but these are for the girls only. However, if one has a bad cold, these are often used.

Now the people were thinking whom they would invite to this fiesta, and they decided to have *Tem al souit,* meaning Day Star Snake, who lived away to the south in the Santa Rosa Mountains. They sent a message by Wild Turkey, who could smell out everything, to notify this Day Star Snake. He went, but could not go near to him because of the strong whirling winds which knocked him over. The whirlwinds were made by the great snakes in those days, but now they are the spirits of the great snakes. Wild Turkey tried hard to get near, but he was

40

blown all about by the winds. So he came back, and they sent a man called Crow, and he carried the message through.

Day Star Snake said that he would come in the morning, and asked if there was a large place there. The Crow answered that they had a large fiesta house, and a large open space.

Now the Day Star Snake lived in a cave, and the Crow saw that he was large, and very, very long. When he came to the fiesta he did not crawl along the valley. No, he went up to the top of the mountain and came straight across from there.

The Day Star Snake was a long time coming, and he was making great coils all about to keep himself out of the way, but he was upsetting the Indians' houses, and pushing in the fiesta house, and yet he had not got all of himself off from the mountain. This made Scorpion, a man who lived in a cave nearby, very angry, and he went over and stung the Day Star Snake, who went away like lightning.

This spoiled the fiesta, and the three young girls who were covered up on the ground with the wild herbs turned to stone, and they are there yet, covered up by the sand. This caused the people all to move away from that place.

## EAGLE FLOWER
### (The man who slept)

Now when the Indians were migrating from the cold north, they left a man behind who was asleep. His name was *Os wit sa e,* which means Eagle Flower, and here he slept for many thousand years. His dog became very tired and lonesome, waiting for him to wake up, and ran about, trying to find some of the people.

When Eagle Flower woke up, he heard his dog barking, east west, north and south. He called his name *No cot me ma halis,* which means the dog that was looking for the first people who were created. Then he went along with the dog. He followed along where all the people had gone before him.

41

ACC0005372

Now the dog had gone such a long time without much to eat, that he became very poor and thin, and the hair had nearly all fallen off his body. So Eagle Flower changed the name of the dog. He called it *Ha guas wa hish*, meaning a very sharp pointed hairless tail.

He came down through the San Gorgonio Pass, and passed through Palm Springs. Then he went on down to Indian Wells, where the others had settled before, and here he saw the Palm tree. He recognized the Palm tree as one of his own people. Then they talked to each other, and both began to cry together.

Then Eagle Flower he wanted to be a palm tree and live there also. He tried standing very straight and strong, first on the right side and then on the left side, but his power was not strong enough, and he could not do it. The Indians say that *Um Naw*, the Great Spirit, who lives everywhere, would not allow him to do it.

Then he left there, and went on to Indian Wells Point. On the other side he heard much noise, of children playing and singing, but he was ashamed to appear before them, because he had been asleep and had been left behind. So he stood where the cut (highway) now is, against the rock. He was looking to where he had heard the sound of people. He was lying on his arm against the rock, and the marks of his arm, his ribs, his hip, were to be seen in the rock there. But he could not see, for there was another point. He stepped back and left the mark in the rock.

Then he went around to the top of the hill, so he could see below where the sounds were. When he came to the top of the hill he made a small hole, so that he could see without being seen, and he put his knees and his elbow on the rock, and leaned his chin on the edge of the hole in the rock, to see down below.

But no one was there. They had been gone many, many years.

On the rock at the top of the hill he left the sign of his knees, his elbow and his chin.

Now there were some Indians living in a valley where there was water, about five miles to the south, a short way from where the Hotel La Quinta now stands, and Eagle Flower went there and lived among them. The man whose house he lived in had three daughters, and Eagle Flower married one of them, and lived there for many years.

Eagle Flower had three sons. Eagle Flower and his two older sons were killed by each other in a quarrel. The two older sons of Eagle Flower were married and were living some way down the valley. Eagle Flower was living with them. They fell to quarreling with each other about who should be head of the place.

Now, a bird, an eagle much prized among the Indians, came and made its home there. The dispute came because the older son wanted to own it, because it had come to his property. The second son wanted to own it, because he said that it had come to his property, and this started the quarreling among themselves.

The youngest son took his mother and settled for a time at a point near where the Salton Sea now is. The people there had come from among his own people, so he stopped there and married among them. Then he went farther south with the people he had settled among, and one night as he was smoking, the pipe told him that his wife would have a child, and for him to go back to the point by the Salton Sea. He told his mother and his wife what had been told him by the pipe.

Then they brought coals of fire and put them in an olla and started back. Before they reached the point his first child, a son, was born. He made a cave in the hill, and he, his wife and his mother lived there.

Now near the spring some people were hunting, who were of another tribe. These Indians came to the cave and called to him to come out, saying: "You maybe are my nephew, or maybe you are my brother, or maybe you are my cousin," trying to get him to come out. After a while he came out, and went and settled with those people.

42

43

Now the dog had gone such a long time without much to eat, that he became very poor and thin, and the hair had nearly all fallen off his body. So Eagle Flower changed the name of the dog. He called it *Ha guas wa hisk*, meaning a very sharp pointed hairless tail.

He came down through the San Gorgonio Pass, and passed through Palm Springs. Then he went on down to Indian Wells, where the others had settled before, and here he saw the Palm tree. He recognized the Palm tree as one of his own people. Then they talked to each other, and both began to cry together.

Then Eagle Flower he wanted to be a palm tree and live there also. He tried standing very straight and strong, first on the right side and then on the left side, but his power was not strong enough, and he could not do it. The Indians say that *Um Naw*, the Great Spirit, who lives everywhere, would not allow him to do it.

Then he left there, and went on to Indian Wells Point. On the other side he heard much noise, of children playing and singing, but he was ashamed to appear before them, because he had been asleep and had been left behind. So he stood where the cut (highway) now is, against the rock. He was looking to where he had heard the sound of people. He was lying on his arm against the rock, and the marks of his arm, his ribs, his hip, were to be seen in the rock there. But he could not see, for there was another point. He stepped back and left the mark in the rock.

Then he went around to the top of the hill, so he could see below where the sounds were. When he came to the top of the hill he made a small hole, so that he could see without being seen, and he put his knees and his elbow on the rock, and leaned his chin on the edge of the hole in the rock, to see down below.

But no one was there. They had been gone many, many years.

On the rock at the top of the hill he left the sign of his knees, his elbow and his chin.

42

Now there were some Indians living in a valley where there was water, about five miles to the south, a short way from where the Hotel La Quinta now stands, and Eagle Flower went there and lived among them. The man whose house he lived in had three daughters, and Eagle Flower married one of them, and lived there for many years.

Eagle Flower had three sons. Eagle Flower and his two older sons were killed by each other in a quarrel. The two older sons of Eagle Flower were married and were living some way down the valley. Eagle Flower was living with them. They fell to quarreling with each other about who should be head of the place.

Now, a bird, an eagle much prized among the Indians, came and made its home there. The dispute came because the older son wanted to own it, because it had come to his property. The second son wanted to own it, because he said that it had come to his property, and this started the quarreling among themselves.

The youngest son took his mother and settled for a time at a point near where the Salton Sea now is. The people there had come from among his own people, so he stopped there and married among them. Then he went farther south with the people he had settled among, and one night as he was smoking, the pipe told him that his wife would have a child, and for him to go back to the point by the Salton Sea. He told his mother and his wife what had been told him by the pipe.

Then they brought coals of fire and put them in an olla and started back. Before they reached the point his first child, a son, was born. He made a cave in the hill, and he, his wife and his mother lived there.

Now near the spring some people were hunting, who were of another tribe. These Indians came to the cave and called to him to come out, saying: "You maybe are my nephew, or maybe you are my brother, or maybe you are my cousin," trying to get him to come out. After a while he came out, and went and settled with those people.

43

ACC0005374

The people of the Eagle Flower people had quarreled about the eagle, but they were all of the Eagle Flower family and had divided and made their homes in different places, and spoke different languages, and called themselves different names. Now, today, some of the people of Eagle Flower do not have the fiesta for the young girls, and many other customs, because Eagle Flower slept and did not learn it himself.

## TAHQUITZ

The man Tahquitz *(Ta co wits)* was a man of great power. He was one of the first creators. But he did not do any good. He never tried to cure anybody, or do any good for anyone. So he did not have any friends among his people, and he knew that he did not deserve any.

He went up on one of the Moreno hills, and practised flying over to the next one. This he did till he became powerful enough to fly. He became a very bad spirit. He lives in the world, and makes his home in the Tahquitz mountains. He speaks through the lightning and thunder, and is seen everywhere. He kills the people, also the spirits of the people. He kills the animals as well as the people. Causes the wrecks of trains and automobiles, and delights in everything that makes people trouble.

Now in the early days, Tahquitz appearing in the dreams of some men of power gave them some of his power, so that they knew when Tahquitz had taken the spirit of some of the people and they had his power to make him drop them and they cured them.

There were two Soboba people, father and son, who were hunting in the San Jacinto mountains. They had killed a deer, and wounded another, when the father told the son to stay with the dead deer while he followed the other. While the young man was staying with the deer, Tahquitz appeared to him in the form of a man. He threw the deer up in the top of a high tree, and

took the young man with him into his home in the mountain. The father came back. He could not find his son, or the deer. He looked everywhere around, and could find no trace of them. Then he went home, and the people came back with him to help find the boy, but none of them could find any trace of him.

After Tahquitz took the young man into the mountains, he tried to get all kinds of animals to eat him, but they would not do it, so he took him back to the place where he had found him, took the deer from the top of the tree, and sent him home, telling him if he told the people where he had been and what he had seen, before four or five days, he would get him again and make him just as bad as Tahquitz himself was.

The boy went back to his people, but would not tell them anything about where he had been, although they were asking him all the time. On the fourth day he built a fire and called the people around it, and then told them the story of where he had been. But Tahquitz had meant four or five years, instead of days, and next morning the boy fell dead.

## THE DEVIL-WOMAN

One of the head men of the Cocomonga Tribe went hunting. He shot a deer, but could not bring it home, because it had become near sundown.

Now these Indians had a summer home up near the foothills, and a winter home down the valley. These Indians were always bothered by a woman called the Devil woman.

As he could not get home that night, the hunter went to the summer home of the Indians, and slept in the fiesta house. He built a fire, and to keep away from this woman, he climbed up in the roof and slept there. As he lay there he had a terrible dream —all about what was some time to happen to his people. He saw himself come into the fiesta house and talk to other people,

44

45

ACC0005375

and he heard himself talking. And all the people came into the fiesta house, every one of them.

Next morning he went home and lay on the ground with his face on his arm, and did not move. His wife and family did not speak to him, as they thought he was only resting. But as the sun began going down they came to him and spoke to him. But he did not move or answer. Then the three head men, they came and talked to him. They talked about every thing, hoping to make him move.

Now among the Indians there is a friendship among the young people who have grown up together. They each share the same things, and never become angry with each another. Such a friendship this man had, so the head men went to him and brought him to his friend. He spoke to him, and then the young man answered him and got up.

He told them to call a meeting in the fiesta house, and he would explain the things that he had seen. So they did, and they all came in the fiesta house, every one of them. Then he told them what he saw: that he saw himself and every one of them, and that was what made him so quiet. He had never seen such things before. And this is what he told them in the fiesta house:

Near the Cocomonga Indians, called *Win e um,* lived a woman who was a bad spirit—the same as Tahquitz. This woman made the Indians lots of trouble, so much that mothers frightened their naughty children by telling them that the Devil woman would get them if they were not good.

Some of the Indians lived in houses that had doors. It happened that a little girl was crying, and would not be quiet, so her mother pushed her outside the door, telling her that the Devil woman could have her. Now the Devil woman was standing just outside the door and heard what the mother had said. She carried the child away, and she could never be found among her people any more. She took her to her home, and hung her up in

a basket while she gathered food. She never had a fire, but ate everything raw. This went on for many years.

All of this time the child was growing up. When the Devil woman hung her up in a basket she had become so large that she climbed out to play. Living down the wash was an old woman called Gopher. The girl used to go to her place and talk with her. The Gopher woman told her not to eat the bad stuff that the Devil woman gave her to eat, but to dig a hole in the ground and cover it up. "She cannot see straight ahead, but she sees looking up, so she cannot see what you do with the food," she said.

The child did as she was told, and only ate what the Gopher woman told her. One day the girl saw a smoke across the valley, and asked the Gopher woman what it was, and she said, "That is the place where your people are living. Your mother and your father live there. This woman is not your mother. This is the Devil woman, and it is not good."

The girl was old enough to begin thinking about going home. So one day when the Devil woman was gone, the Gopher woman told the girl how to go home, and to go quick, because the Devil woman would come after her.

"When you get home, call a meeting in the fiesta house, and have them wrap you in tules *(Mic bot)*. Then when the Devil woman comes and asks for her daughter, have the rock upon which the arrows are made straight, heated red hot," she said. All of which the girl did.

When the Devil woman came home, she could not find the child. She was running about, looking up and down. Then she went to the old Gopher woman and asked, "Where is my daughter?"

The Gopher woman said that she had not seen her for some time, that probably she was somewhere playing around. Then the Devil woman said, "No," and that if she didn't give up her daughter, she would kill her.

ACC0005376

Now as soon as the child went away, the Gopher woman began digging holes all around to defend herself, because she knew what the Devil woman would try to do.

Then the Devil woman said to hurry and give up her daughter, or she would kill her.

The Gopher woman was making a basket in front of her home, and she did not even look up. She was not afraid.

The Devil woman picked up a big rock and threw it onto the Gopher woman, but the Gopher woman ran into her hole and came out another place, making the basket just the same.

The Devil woman picked up the rock and threw it again, but the Gopher woman went in again, and came out at another place, making the basket just the same.

The Indian women have a bone punch for making the hole to draw the straw of the basket through. They wet this bone, and it makes little squeaks every time it goes through. Every time the Gopher woman came out of a new hole she was still busy making little squeaks about her basket. Finally the Devil woman got disgusted because she could not catch her, and went away home.

The Indians use a round, flat, wide basket for separating seed, which they call *chip put al mul*. The Devil woman took one of those and threw it to roll over to the south, but it fell over before going very far. Then she picked it up again and threw it over to the west, and it soon fell down. She picked it up and threw it to the north, and it rolled along the way the child went, and she followed it. The basket rolled to the fiesta house, and fell down in the door.

Then she asked for her daughter, and the people told her that they had not seen her. She went about the fiesta house, kicking at things and saying, "Here is my daughter. I know this is my daughter." Then she picked up the *mic bot* in which the child was hid, and killed her, too.

48

Then they told her, "All right, we will give you the child. Open your mouth," and she opened it. But they told her to open it more and more, because the child could not get in. She opened it wider and wider, till the people could see her heart. Then they pushed the hot rock down her throat.

When the Devil woman choked and found herself killed, she threw a handful of dirt both ways, which became poison and killed the people. Now an old woman was sitting on the ground, near the door, who had a big round basket. This basket she covered herself with, also her little dog that was curled up against her dress. In the morning she took the basket off her head and saw all her people dead. Also the Devil woman lying on the floor. She was very angry, and took the Devil woman and burned her separate. But her own people she burned with the fiesta house. When she had burned everything, she moved a short distance away from there, and made a little shack for herself and the dog. There she lived for a long time.

At harvest time, when the wild seed was ripening, she always went out early in the morning to gather it. She left her little dog at her place. Then she came home towards evening. This she did for many years. When the old woman had gone away harvesting, the little dog went hunting. One day he caught a mouse. He brought it back, and left it at the house. When the old woman came home, she saw it lying there, and she was very angry, because there was no one living there but herself. So she picked up the mouse and threw it away. The next day she went again, and the dog went hunting and killed a rat, and brought it home. When the old woman came home she was very angry again. She looked about, but could find no tracks. She thought someone was trying to tease her. She was grieving yet for her lost people, and did not want anyone near. Then, as she threw the rat away, the little dog began to whine.

49

ACC0005377

Next day she went again, and the dog went hunting and killed four or five cotton-tail rabbits, and brought them home. Before the old woman came home, the little dog went to the spring and took a bath. Then, as he came up out of the water he was a young man. The old woman was coming home and saw him. Then she knew that the power had come. She dropped her basket of seed and went into the water herself, and came out a young woman again.

Among the Indian people no tribe is ever wiped out. The Power always saves two. If the people are all killed, there will be some away visiting, that keep the tribes. Then these two people, the old woman and the dog, they raised more people for that tribe. The people of these people are called the Dog Tribes. They are in many places now. They may have different languages, but they know that they are of that one Dog Tribe.

### THE STORY OF THE NEW STARS

Now, in Moreno Valley was the first gathering of a great people. There were many, many people. Many men of great power, head men, medicine men, and great chiefs, were living there. As time passed, some of them went back north again. Some went south, and some west, but the men of the most power came east.

Living among the people there were three sisters, girls of much power, who did not want to live with their parents any more among the people. So one day they made the steps upon a hill and placed the signs which are still there, and from them they went up to the sky, where they became the Seven Sisters.

But there were not seven sisters, only three. The other four stars are the jewels which they wore on their arms, about their necks, and on the caps on their heads. Among the Indians these stars are called *Che he yom*. These sisters only appear in June.

Then there were the two brothers. The first one was named *Is sel e con nup*, and the young one was named *Hul le nuh*. The older brother was very much ashamed because of a crippled hand and arm, caused from a snake bite. He was wanting to go away, but he did not tell his brother. They were both sleeping in a brush house that had a hole through the roof. One cold night in January, when the younger brother was sleeping, *Is sel e con nup* took a stick of wild plum wood to use as a torch. This he lighted in the coals of the fire, which burned a red fire. Then he went up to the sky through the hole in the roof, carrying his red torch.

*Hul le nuh* woke up in the morning and thought *Is sel e con nup* had gone out some place. He went all about looking for his tracks. He looked for his brother many days. Then he thought if he would lie and sleep in the same place where his brother had slept, that perhaps he would dream which way *Is sel e con nup* had gone.

This he did, and as he lay he saw the hole in the roof. Then he knew where his brother had gone. So he got the wood of the smoke tree and lighted it in the coals of the fire. At this time it was not so cold, and the white light of the smoke wood was warm enough. Then he also went up into the sky. The older brother comes out a red star when it is cold and snowy in January, but his younger brother, who went later, comes out a white star in February.

Now the three sisters (Seven Sisters), before they went into the sky, used to tease an Indian maiden because some of her teeth were missing in the front of her mouth. This caused her to be very much ashamed and sorry all of the time, so that she would never laugh, but kept her mouth closed. She became more unhappy all the time, so that she left her mother and father and became a star also.

She became the most important star of all: the star that is known as the North Star. Her necklace of jewels still hangs below the light, and she guides all the world at night, the people on

ACC0005378

the land, as well as the ships on the sea. But she always keeps her face turned away from the three sisters. The Indians call her *To quoash hem ish.*

### EVON GA NET

Now, when *Evon ga net* was in Moreno there were many people. This man *Evon ga net* was a man of much power, and chief of his people. He decided that he should explore more country—mark more boundary lines for his new tribes to come.

*Evon ga net* chose two men of power to help him. He called the one next in power to himself *Evon ga ic,* which means fast runner. The second one he called *Evon win et,* which means "He who stands," or "He who serves the people." Three names he left in every place. There were many others to help with the tribe, but these two were *Evon ga net's* chief helpers.

*Evon ga net* left Gilman's Hot Springs to find more places for his people. He went to what is now known as San Jacinto mountain. He came to the canyons, the rocks, the trees, the springs, and he gave them all names. He lined the country in sections for his tribes to come in more generations, and he made the signs where certain tribes of his people were to come. The signs he made so that the people who came after would see and know.

At the top of the mountain he formed a spring which he named *To quo a,* meaning a mountain lion. Then he went near Tahquitz Peak to a large rock which is standing there, and he called that *Pul lo cla,* which means the top of the ridge. *Evon ga net* gave this place much power. From there the thunder comes and the earthquakes, much sound. He did this for his people, that they should have good hunting. If the hunter finds the tracks of game and nothing else, then he sings the hunting prayer song, calling upon the name of *Evon ga net* to help him, and then in his dreams he is shown the way to go to find his game.

On the east side of the mountain, a few miles from what is now known as Idylwild, he came to a spring which he named *Cow quish hec i,* meaning the nest of the chicken hawk. He went on until he came to a mountain and a spring, about half a mile from the main ridge, and he named this mountain and spring *Sung pa,* meaning a coarse porous rock. He followed down the ridge and came to a place which he named *tep po we,* a water tank. This is a very large hollow rock on top of the ridge; it is nearly always filled with water, and can be seen for many miles around. Then he came down near to what is now called Palm Canyon. He called this country *Sim mo ta,* meaning Indian corral or pasture. He named *Fat mel mo* in Palm Canyon—a place among many hills. He followed down the canyon until he came to what once was called The Garden of Eden, to the east side of it. That place he called *Gash mo,* which means the sound of crunching sand as one walks.

Now *Evon ga net* was all this time laying out sections of land for different tribes of his people. He came to the first point which he named *Cow wis to lek ets,* meaning black rock. He came to the next point which he called *Wa wash ca le it,* which means stripes on the hills. These are now known as the Murray Hills, and the same stripes or streaks are there today.

Then he came to what is now known as the Araby Tract. This he called *Qua al hec ik,* the home of the hawk, or hawk canyon. The point that is now known as Song Point he called *Pe ya hot mor am mah*—the place of the army worms.

He went to the small canyon just west from Eagle Canyon. This he called *I was wa ba all,* the place of grinding (meal or flour). He then found what is now Eagle Canyon and the Springs which he named *E pah,* meaning to drink. From there he went on to what is now Cathedral Canyon. This place he called *Ca wish is mal,* painted rocks. From there he crossed the desert to the north, calling at the ground squirrel's home *Pa ute em.* He came

52

53

to the sand hill. In a hollow along side the sand hill he found a wild wheat growing, something like the Soudan seed. That seed he called *Soungle*.

He turned west along the Whitewater River wash. There he found the desert willow. This place he called *Con kish wi qual*, meaning two desert willows. From there he crossed the valley again south, and came to those jagged red rocks which still stand alone by the side of the highway. He called these rocks *Kish chowl*, which means sharp pointed house roofs.

Then along the Whitewater ditch about three quarters of a mile he came to a large pile of rocks, *Lin Kish mo*. At the point here it was dry and hot, so *Evon ga net* threw some small rocks against the hill, which caused a cool wind to blow, and that is the meaning of the name *Pe on bel*. Going west along the valley, which is now the highway, he came to another point. This he called *Ta was ah mo*, meaning a good view for hunting.

Then he went on to what is now Whitewater Point. He called that *Ta mare*, meaning the mouth or opening of a pass. Here he crossed Snow Creek, which he called *Na hal log wen et*, the center of an open place. At this place he took a rest. He lifted up his head and straightened his body. From there he went to another point which had a spring of water. He called this place *E va we*, meaning the wind blows all the time.

Now when *Evon ga net* passed the sand hills on his journey, marking the sections of land for the tribes of his people who were to follow him, he gathered some of the wild wheat which was growing there, and carried it with him for food. When he stopped at this last place he felt his power leaving him, and knew that the work for his people was finished. Having no more use for food he threw the wild wheat away, and to this time wild bunches of this wheat grow there.

Then he passed into this mountain for ever. He came out away up at the top as a great white rock that is in the shape of a dome on the top of the mountain. This dome is seen from White-water to Cabazon from the boulevard. It is called *Kow wish so kalet*, and means the rock sign in which lives this man *Evon ga net*, the fox.

54

ACC0005380

# PART TWO

## *FRANCISCO'S LIFE*



I am asked for more words about my life, and the things that happened in the early days. Many times I have been asked about these things, but I have always backed up. Perhaps now is a good time to answer my friends these questions.

My parents were married by the Padres at the Mission San Gabriel. The Fathers gave them the Spanish names of Juan and Juana. These names they always kept. My mother was of the Coachella Valley. She was from the *Nou hi em* tribe. There were thirteen children of us. I was the fourth one.

One Summer our parents were visiting at a little Mexican village called Evario, which means the red clay, where ollas were made. This place is there yet, and is between Spadra and Lemon.

Our father and mother took my brother Allejo, my sister Refogia, and myself, to be baptised at the Mission San Gabriel. We were taken in a home-made cart with solid wood wheels. This cart was hauled by an ox. When I was baptised, Jose Alvino was my God Father.

At this time the Missions were having trouble about their land with the Mexican Government. Father Pedro (Spanish) and

55

ACC0005381

Father Stockman (English) stayed at the Mission all the time. They did not go away. So many were not having baptisms any more. Then Father Williams came to the church, and he went out among the Indians. He came to Agua Caliente (Palm Springs) and he baptised my younger brothers and sisters.

I was born in the Chino Canyon, the summer home of the Palm Springs Indians. There we had good land, much of it, for fields and gardens.

For much, much time the people had an open water ditch to irrigate with; but after that, the grandfathers and great-grandfathers of the oldest people of our tribe, made the ditch into a stone lined ditch, that brought more water and never broke open or washed out any more. This ditch is there today. It follows the left side of the canyon going up. It is about two miles long. It begins at the cave at the point where I played when I was a little boy.

By climbing straight up the cliff you can go into the cave. It is quite high in places, and runs back into the mountain. After going through the whole way, there is an opening that goes out onto the hill side.

Up in these cliffs we children loved to play. There was a hole going straight down. The hole was small, we could not see down in it, but we liked to sit on the cliff and drop small stones into this hole. We would listen and then hear them splash into water away down below.

Chino Canyon had many trees for shade, and much water. We liked to bathe in the hot sulphur spring. There was good land there, and my people raised fine crops from garden seed. But now it is all washed away. The great gorge that must be crossed to reach the hot spring was all good land at the time I speak of. Smooth and level. Some of the creek was good land, too.

One time the people had their things all packed up to come down into the valley below; the garden was all gathered together,

the corn was stacked in piles, everything they had planted was stacked for carrying away. Then (I was alive, but very small) my people saw a great white cloud rising over San Jacinto mountain. It was coming very fast, and before they could know what it meant, the thunder and lightning began coming, then rain and wind.

Such a storm was not remembered among the Indians. The floods began roaring down the canyons. My people only had time to catch up their children and rush up the mountain side to save their lives. When the waters from the cloud-burst had passed on, everything had gone with it. The homes of my people and all they had were gone for ever. All the harvest they had raised was gone, and all the good land, it was gone, too. Where the grass was green for the animals, and the soil was good to raise things to eat for the people, there were only piles of great rocks and washed-out gorges. My people never tried to raise anything there any more.

The next winter was a wet one. An Indian from one of the tribes in the valley below was coming to visit the Palm Springs Indians. At a place a few miles west of Indian Wells he could not believe what he saw with his eyes. There was a wild harvest of corn, pumpkins, and many other things, lying ready for the taking. He turned back and brought his people, who carried home all that they had found.

The country long ago was not like it is now. Many of the canyons that are dry, ran water all the year. Tahquitz was a good stream always—winter and summer.

Where the paved road now turns east to Indio, south of Palm Springs, are mesquite trees. The mesquite are friendly trees, they always follow where the Indians cultivate the land. This land is very good. It was used by the Indians for their crops. This land had been used since the Indians came to the valley. The irrigation ditch came from the rise on the left of Tahquitz, and

ACC0005382

Case 5:13-cv-00883-JGB-SP Document 85-7 Filed 10/21/14 Page 49 of 99 Page ID #:1907

ran down onto the farming land below. This old ditch was used so much that today it looks like a small dry creek bed.

But one time (I was very small, I could not remember yet), there came such earthquakes as had not been known to any of the people. Whole mountains split—some rose up where there had been none before. Other peaks went down, and never came up again. It was a terrible time. The mountains that the people knew well were strange places that they had never seen before.

Then it was that Tahquitz Creek went dry, and only ran water in the winter time, and other streams that ran good water all year around have only been winter streams since. And so the Indians could not raise crops on that Mesquite land any more. The climate seemed to change. The Andreas Canyon Creek that only ran in the winter became an all year stream, as it has been since. Before the earthquakes, the only water to be had there in the summer months was from a small spring which ran always in the creek beneath the caves. There were many springs on the mountain sides and on the level land. When the rains came less, they dried out and went away. No one knows where they used to be any more.

At Indian Wells the water ran from the ground, a good spring. Very fine clumps of palm trees grew around it. This is where the first palm tree grew. But the water was drying slowly. The Indian people began digging to reach the water. As the water lowered, they dug deeper, until what had been a good spring came to be named "Indian Well" by the first White People who came much time later. Then it was that they had to dig lower until they had made an Indian well. One side had steps going down to the water. Then often that one side was dug out slant-ways for the animals to go down to drink.

Thickets of mesquite grew at this place—many of them. The Indian tribes from different places claimed a thicket for themselves, and put their mark on it. When the harvest was ripe, all the tribes came and collected their beans. One tribe never took the

beans of another tribe. Now the mesquite trees are low, tough, thorny, and crooked. It is impossible for any creature to get into them except very small animals. They grow very close together. The Indians, to gather the beans, made tunnels through these thickets, like halls, by cutting and breaking the branches.

The mesquite beans are very good food. The animals like it as well as the people. The pods are often eight to ten inches long. When they are ripe, the pods split open and the beans fall out. Then they are gathered from the ground. If the mesquite beans are put away whole, they spoil at once. The Indian women crack them in several pieces. These dry hard, and are put away for winter food. The beans are easy food, they do not need to be cooked. These dry beans are pounded into a flour which is then wetted and patted into cakes. These cakes dry hard, and have to be split to be eaten, but is good food. Sometimes the beans are pounded in a mortar, then made into a fine flour by grinding on a metate stone. This flour is made into soup.

The wild flowers and the grass grew very green on the desert in the time of wet winters. We children would pull up wild sand verbenas by the roots, and holding them above our heads, run around each another and guess who it was hiding in the vines.

My older sister Angela, we always liked each another very much. When she married Josea Conejo and went away, she took me, her little brother, to live with her. I lived with her until I was a young man, when she died. She would never let me go with wild boys that drank and gambled. When I lived with my sister I was a good boy.

So I was not at home in Palm Springs so much as the other boys of my tribe—in fact I was the only one that did go away from home. I went to the mountains and the ocean—all up and down South California. I learned to know many places and things. The pioneers of this country, I know about them all.

ACC0005383

MEMORIES OF STAGE-COACH DAYS AND DRIVERS

After the Pony Express did not run any more, the stages began coming through. I knew Hank Brown. He made the stations all along the way. But he stopped where the Indians lived, because that was where the food and water were. He made agreements with the Indians to pay for water and land for his stations and horse corrals. This he always did. The Indians found no fault with Hank Brown.

Jack Summers was agent at Palm Springs. He was the first white man to live here. He rented from ten to twelve acres where the Desert Inn now stands, and hired the Indians to raise barley for his horses. He also rented about the same amount just south of where the new school-house is built. He paid the Indians who worked the land for him, a team of horses, a set of harness, a plow, and some money for the year's work. But that year the water was low, and it turned out no good.

All of the station agents had trouble to find feed for their horses, so they hired the Indians to go and gather galleta grass (tall coarse wire bunch grass), and paid for it by the weight. After the horses get used to this grass, it makes fairly good feed. We boys often went to gather the grass, but not so far as the older Indians. They went in the early morning to the mountains, and did not get home until late in the afternoon. We boys were well pleased to earn 25 or 50 cents and not go so far.

Hank Brown bought all the feed that he could get from the Indians. Also all the food that he could buy, because there were no people in the country but the Indian people, and there was nothing to be had, only what was raised by them.

Summers and his wife lived in an Adobe Station. It was made of sticks and brush plastered with adobe mud. This adobe was bought from the Indians. It came from the Spring. The last has been taken. There is no more. There was no lumber in those days. The stables for the horses were made like a ramada (upright poles holding a roof of palm leaves or brush). Sticks stuck in the ground close together made the mangers. The corrals were made of different native wood, but generally mesquite trees.

This station was where the Post Office now stands. The first mail and passenger stage ran in 1866. Hank Brown was general manager between San Bernardino and Yuma.

The first station was on the Noble Ranch, San Mateo Canyon, beyond Beaumont. The canyon runs north-east, and the stage road ran along in it. At the top of the hills was another stop, called Summit Station. The agent was Jim Banks. The road came through to Gilman's, which was then Smith Station, which afterwards Gilman's Station, and is now Banning. Smith was Gilman's father-in-law. The next stop was Van de Venter, which was run by Van de Venter and was located about a mile above where the village of Cabazon now stands. The next stop was at White Water Ranch. The agent was Frank Smith. At this time there was a big barn here, and corrals for horses.

The next stop was at White Water Point. This is at the cut in the boulevard, by a small hill. This was a large place. They had big corrals and many horses. All the stages drove six horses. The corrals were cut back into the hill. Now it is all covered by white sand. The next stop was Agua Caliente (Palm Springs), Jack Summers in charge.

The next station was at Indian Wells. The Indians living here gathered the same galleta grass hay for the horses. At this station a man named Ropely rented ground and water from the Indians. He built an adobe house, and got stone for the station store. He kept a few things to sell on a shelf, with some bottles of moonshine. It was the same way at El Torro Station, run by Hank Brown; but he left another man in charge there, as he was general manager and was at different stations along the line. He paid the Indians for water, for food, and the space used for corrals.

All up and down the valley is the mark of the old stage road.

ACC0005384

Through my place today is the mark of the old stage road left. It is always so. The old foot trails, as well as the wagon trails, they always show. Even when it is plowed every year, where the feet and the wheels have passed, the strip is still there—nothing ever grows on it.

From El Torro the stage ran over to the Martinez Indians. The next stop was at Dos Palmos, across the valley. Then to Chuck a Walla, which does not mean a desert lizard, but a tall slender cactus. From there it went on to a place of an Indian name, *Ta vish heck ke*, meaning the home of the wood-pecker bird. Then on to *Mul al*, meaning a metate grinding stone. This station was run by a Frenchman, who was married to an Indian wife.

The stages ran both day and night. The pioneer horses were small but strong. They did not trot, they ran, and the stages came swinging from side to side. They blew the horns at night as well as day. The horses knew, and jumped from the corrals to the stages, and from the stages to the corrals. They hooked up quick, and went flying. They were gone three days from San Bernardino to Yuma, and three days back.

The stages were often robbed across on the coast lines. Warner's Hot Springs was robbed many times, but here on the desert, where there was no water, and nothing to eat for so many travel days apart, the Coachella Valley most always had peace.

Bill Smith drove the last stage through. He was the Uncle of Frank Gilman of Banning. He spoke Indian like one of them, before there was any English spoken here. Frank Smith, a son of Bill, was a young boy then, and often visited with the Indian people. There were few white people here at that time. He came and learned the Indian language very well. He sang all the Indian songs, and played their games, hunted, ate, and slept with them. The Indians loved him very much. He could come as often as he liked. The Indian people would have been glad for him to live with them always.

San Bernardino and Los Angeles were the only places that had stores, but the station agents kept a few things—some calico, overalls, tobacco, and whiskey. In those days there was no road work done—no hard roads, no roads at all, nothing but loose sand to drive over. The men and women of those times, they had no paved boulevards, rubber wheels, or cushions. No, they had nothing extra at all—only the natural. But those people, the pioneer people, they could get along and be happy using what they had. They did not have stations with water and ice-cream every few miles, no. They carried a wood keg with water in it. If it was warm they thought nothing of it, but were glad and thankful to have any at all.

\* \* \*

At San Bernardino in 1881 I met Dolores San e va, of Los Coyote tribe (The Warner Ranch people). We were married in the new San Bernardino church by Father Stockman. Father Stockman and a Sister, his niece, were our witnesses.

No, I never went to school a day in my life. I began to learn to read and write Spanish. That was not so hard, for I had spoken that all my life. But the English. That was hard. I have never stopped studying English. When I became old enough to think my own thoughts, I knew that the time of the bows and arrows and guns was gone. Now it was paper with the names written, that my people had to do. I thought it would be a good thing to know what the names and the sign marks of my people meant when they were put on paper. This was a good thing for me to know.

I know about all the Treaties from the time of the Missions and Spanish Grants. All the agreements since Spain, Mexico, and United States have taken the land. After I had read about the Spanish and Mexican treaties, I wanted to understand about the American agreements. That is how I came to study by myself to read and write English. I read and write English, Spanish, French, and speak seven Indian dialects.

ACC0005385

## SPEECH-MAKING AT MINNEAPOLIS

In 1919 ( ? ) The American Indian Society was having Conventions in Minneapolis. So they notified Pedro Chino, Captain of the Palm Springs Indians, and Joe Pete, Chief of the Desert Indian tribe. They wanted to have delegates from all the South California tribes. So Joe Pete from the Desert, and Julio Norte from Banning, these two were sent. I did not want to go, for I knew that nothing was going to be new at all—nothing going to be found out. Everything was going to be the same way.

But after Joe Pete and Julio Norte had gone two days, Pedro Chino he told me that I had better go. He thought there should be more than two from South California among all those tribes of Indians from all over United States. He thought there should be three from California. But I wanted to go to Washington, D. C., where I could hear something better, so that I could report to them what we want. But Pedro Chino he forced me to go. I took the train at Los Angeles two days later.

In Minneapolis we stayed at the St. James Hotel. I explain to those people Saturday afternoon before leaving: "I hear that you want citizenship. I and my people we do not want citizenship, because we have already been citizens in this country always."

Four days I spent there. Every day we made speeches. "I am glad to hear you make speeches every day," I said to them. "You want citizenship. What my people in California want is to know their reservation boundary lines."

What is reservation? That is not in our language. That is white man's language.

Before, we were knowing our lines, or the boundary of our reservation; now they want allotments—two acres, five acres, ten acres, sometimes twenty acres. We know that the reservation is larger than two acres, five acres, or ten acres, or twenty acres.

"My friends," I said, "you are different from my people. You want citizenship. I don't know if you will get it or not."

When I quit with speech, Mrs. Barnon, she was lecturer, she got up and she said: "My brother from California talks different from all you people here. Different speech, different ideas. When he goes to Washington I am going to stand by him and help him. My brother speaks with his heart and not his lips. Don't speak like some one tells you, by the lips, but speak out from your own heart your thoughts and your ideas."

For three days more I listened to all these people make speech. They were trying songing, but they did not sing anything—they could not do it. I saw some full-blood Indians, but most of them were half-breeds. Some of the Indians making speech, they got nervous. Our policeman, he read from a paper. But I have to say it right. It was important that I pick up my words. I have to speak right, for I know the thoughts and feelings of my old people.

It was given to me to see the others of my people together once again since we be leaving the north in the migration. I saw gathered together the people of the First People, the people of the Second People, the people of the Third People, the people of the Fourth People, and ourselves. We made the people of the Fifth People.

And so it was that all the Five Tribes that left after the burning of Mo-Cot in the north, gathered together again. All so different. I listened to these people make speech. Their talk surprised me. I could not understand them. They said all the time:

"When my people were living in those mountains . . . when we were living at this river, and that river . . . when we were camped at that place, or another place." They moved all the time. They never had homes like my people.

My people could not live without their homes, their gardens, their lands. This broke their hearts, to be moved about. Our people, the people of the Fifth People, we love the place where we are raised. No difference how far away we go, we know it, and

64

65

ACC0005386

remember our homes. We have our Memorial Fiestas for our dead, and decorate their graves with seed and grain and flowers.

No matter how far away, when the Indians feel the power leaving them, and they know it is near the time for them to go, they always come back to the homes where they were born, to die. They always come.

The Indian people help each another. The Indians they are always kind to their old people. Always they try to please them. No Indian family has food when another has nothing—no. They divide, and then they starve together.

When I make speech in Minneapolis I said: "My people, they do not move. Always they live in one place. Only they go for the seed at harvest—only to be gone a short time. My people we love the place where we are born. We have our gardens, we have our lands. We have our homes. We have our cemeteries. The people of the Pueblos and the people of South California, they live in one place, they have tried to remember the songs and stories of their people. They attend to the ceremonials."

### THE FIRST THRESHING-MACHINE

My brother-in-law was a smart young man. He learned to work with machinery. I liked to follow him along when I was a boy, and see what he did.

Always I wanted to know. When my sister Angela went to do laundry at people's houses, I went along to help her. I liked to look at all the things the people had in their homes, and see what they were used for. I liked to see how the other people lived, and what they did.

Dan Rockman and Mr. Whitby, an Englishman, lived at the Hot Springs of San Bernardino, now called Highlands. These two men brought the first threshing machine into this country. Every harvest my brother-in-law worked on the thresher machine.

I, as a little boy, went along with him. When I grew up, I ran that threshing machine myself.

When the United States surveyors came to this country, the Indians knew all the survey lines. Some of the Indians went with the surveyors. Mules packed the stakes and grub outfits. The stakes were made of Desert Willow, with figures on them.

I remember Jim Waterman, a Pinto Indian. He was always hanging around the White people's camps. He showed Jim McKinney a gold mine in 29 Palms country. Jim didn't get gold enough to suit himself, so he moulded 20-dollar gold pieces out of lead, and painted the outside of them with his gold. He had to go to the penitentiary for making money too fast.

### ALESSANDRO AND RAMONA

We are often asked if we knew any young Indian people named Alessandro and Ramona—who had no home, but lived with other Indian tribes. This question has been asked for many years; but the Indians have always asked each another, and none of these tribes ever knew these people.

I think that Miss Helen Hunt Jackson, who was Special Indian Agent through this Southern California years ago, made the story up from different things that happened at different places. There was a couple living at Juan Diego Flats. Juan Diego was shot by Sam Temple about a horse. He was shot in his own yard, just as the book says. His wife's name was Ramona. They are both buried in the Indian Cemetery at the Cahuilla Indian Reservation near the Juan Diego Flats. The spring, the falling rock corrals of the goats, the foundation of part of the house, are still to be seen there. All as Mrs. Jackson told it.

Mrs. Jackson travelled everywhere, and was guest at most all of the Spanish Rancheros. She knew and spoke true about the way they lived, and how they did at that time. It is true about the trails through the valley of yellow mustard, the blazing valleys

ACC0005387

of the orange poppies, the yellow "satin" flowers that twist up and go to sleep when the sun goes down. The Mission Fathers had trails leading to places everywhere. The wild mustard grew so thick and high that the Mexican vaqueros, looking for their cattle, could not be seen among it on horseback. The limbs grew out on the stalks so large and strong that the birds made nests in the branches. When this mustard was in blossom the light yellow color was everywhere, but when the fall and winter came it lost its green leaves and yellow flowers—it became dry grey stalks standing and rattling in the wind.

The way of the Indian was very hard. First they learned the way of the Spanish Fathers. Then they learned the way of the Mexicans. Then they had to learn again, very different, the way of the white man. So they could not please every one.

## SOME OF THE OLD PEOPLE

I remember when a little boy some of the old people. But a very few were left then. The old people, like they used to be long, long ago. I used to talk to Chino's mother. She was very very old and blind. When she talked everyone listened. These old people talked like a book. These were the kind of old people who kept the songs and stories. There are not any more left now. Now the old people are like all old people.

Some times in my dreams I would get the message. I would tell Chino's mother all about it. We talked about it together. She told me never to tell. Not to tell the witch men or the medicine men, for then you will never get it.

Some of the medicine men were very good, and many were very bad. We never knew. It was best to watch the medicine men. The better doctor a medicine man was sometimes, the meaner he could be. I used to get the messages to be a medicine man when I was a small boy. But I never told, and I never used it.

Some of the medicine men were not doctors for the sick—no. They were medicine men for other things. Some were medicine men for the flowers of the fruit and seed and grain, and the nuts and beans. These medicine men knew what to do, and attended to that part. Other medicine men attended the fruit and seeds when they were green; others when the harvest was ripe. These men knew what to do and did it. The Indians never lost their crops. Sometimes a certain place of seed was not gathered for a year, but this was only to let the ground have more seed for plants another year. Never was the harvest of seed and beans spoiled by weevils, as now—no. The medicine men knew what to do, but now the medicine men are gone.

It was the medicine men who burned the palm trees so that they could get good fruit. The bugs that hatched in the top of the palm trees, they made the tree sick, and no fruit came. After the trees were set afire and burned, the bugs were killed and the trees gave good fruit. Now that the medicine men are gone, the worms are taking the flower, the green fruit, and the ripe fruit. There are so many things that it is too much to write it all. It would make too many books.

In the night time I think. I think so much—about the power that comes, the spirits, the people, of the world and what it means, but I cannot get it all. I am too little.

I am asked if the Indians believe the animal the bear to be their brother. The bear is no nearer to man than any other animal. Among the first-created people of the Bear tribe, some of the head men could and did change into bears and lived with them and slept like they do through the winter. But not any more can these things be done.

In Morongo a man of much power went to the mountains among the bears. He knew he was getting old, and he wanted to change into a bear. But he could not do it. His power was not great enough. He had to die like the common people. No one

ACC0005388

could do anything unless Um Naw, the Great Power, permitted it to be done. He gave the power, he took it away from the people.

After the people were all settled in what is now called South California, the head men were all called back to the oldest direction—the direction of power—the north. Always the power is drawing to the north. They did not walk back, as they did when they came here—no, they raised up in the air and flew. None of the common people knew why they went, or if they did, the tradition has been lost. They did not stay away much time. When they came back it was same way, they flew back. But that was the last. After that none of them ever had the power any more. Most of it was taken from them. And so it is. Without the power of Um Naw, we are as water. I am asked for so many things that I cannot tell about it all, it is too much, but I will tell about a few.

### INDIAN TRAILS

The trails of the Indians were everywhere. They led up all the canyons. There were hunting trails for the men, and used by the women to gather the seed, nuts, plums, and acorns, so many things. They led from the land of one tribe to another. All the Indians did their part to keep the trails clear. The trails were sacred to the Indians.

A trail led from Chino Canyon up to the San Jacinto Peak. Another went from Chino across the hills to Snow Creek at the foot of San Jacinto. This was a hunting trail, but used by the women also as a friendship trail for visiting. On the way they gathered the wild plums that grow above the green spot in Blaisdell Canyon. It is the spring above the one that is seen from the road that the Indians drank from.

There are two trails from Snow Creek to the San Jacinto Peak. One to the right of Snow Creek, and one to the left going up Fall Creek. These are both hunting trails. From Dry Falls a trail crosses to Chino Canyon. From Little Tacheva a trail goes up to Lincoln Peak. This is a hunting trail, and leads into the

trail going to Hidden Lake and the San Jacinto Peak from Tahquitz Canyon. Another trail goes up Andreas Canyon to the San Jacinto Peak. The Palm and Pines trail built by Mr. Gordon follows close along these Indian trails. A hunting trail goes up the West Fork of Palm Canyon.

The trail going up the Palm Canyon is a deep, well-worn trail. It leads to the Indian tribes living on the far side of the Santa Rosa Mountains: the Santa Rosas, the Cahuillas, Los Coyotes, and many other tribes, through Borego Valley, and to the Warner Hot Springs. This trail opened the way to the Coast, also both east and west, the Hemet and Moreno and Borego countries. These trails all went by springs of water.

The Murray Hills are full of Indian trails. On the top of Murray Peak the wild mountain sheep go at lambing time. Here it is warm and sunny on the slopes of this high hill. The rams keep a look-out for danger all about the whole country.

A trail crosses the Murray Hills from the Garden of Eden. It passes the Eagle spring and some others on the way East to Indian Wells—Magnesia Canyon, Cathedral Canyon, I do not know the white people's names for them all, they run back into the Palm Canyon country, but the canyons of the Deep Canyon country, they go back into the Pinyon Flats and the Santa Rosa Mountains.

Trails come from everywhere to the Pinyon Flats, where whole families camped and visited while gathering the Pinyon Pine nuts. These old trails may be brushy by now, and in some places washed away, but I think they could be easily followed. They are not used much more—the game is nearly gone.

### LEGEND OF THE SPRING (PAL TO QUISH KI KI IC A)
#### (Fig Tree John)

There was a young woman living at this spring, who had been scolded all her life because she would never help carry the water. One day she surprised everyone by taking up an olla and starting for the spring with the rest.

70

71

Case 5:13-cv-00883-JGB-SP Document 85-7 Filed 10/21/14 Page 56 of 99 Page ID #:1914

This is a fine spring. It is a clear crystal green color, about 60 ft. deep, and wide across. The overflow makes a cienega. The boys used to dive down deep and watch the water beetles jump from the bank into the water, leaving a stream of silver bubbles as they came down. Then the beetles would go into the little holes in the side of the spring, where they made their homes.

When the girls came to the spring they filled their ollas and started back. The young woman who had never brought water before, she filled her olla and set it at the side. Then she stepped into the spring and was not seen any more.

But her spirit comes out. This is the spirit that caused the early-day teamsters so much trouble, always being about the camp, the wagons and the horses at night time. Sometimes they hitched up and drove off away to camp. They were not afraid, they only got mad about it. This spring is now called Fig Tree John Spring.

All the wild and lonely places, the mountain springs are called now. They were not lonely or wild places in the past days—no. They were the homes of my people, who lived contented and happy. Sometimes an Indian goes back into the mountains to a spring of water. There he visits, alone, the home of his ancestors.

### THE LEANING ROCK OF CHINO CANYON

In coming to Palm Springs, or leaving it, there is to be noticed a great leaning rock on the hillside entering Chino Canyon. So many people speak of this rock. They always expect it to fall and roll down the hill, but it never does that. This is a medicine rock. It is a medicine rock to love, to cure too, but most to love. The medicine under the Leaning Rock is made of everything that the people and the animals love. Honey for the bears, nuts for the squirrels, seed for the birds, so many things make the medicine that is put there.

It is rough to climb to this rock. It sits on a great flat rock that makes a tipped-up platform, and on this the great Medicine

Rock sets. Across from the Leaning Rock are put two large rocks. They are called the Hoof of the Rock and the Thundering Rock, two names.

Then there is a small rock on the trail below in the canyon, just before coming to the point, where offerings were placed. This rock is by the old deep-worn Indian trail going from Palm Springs to Chino Canyon. Many parts of this trail are still there. This is the hunters' rock. The hunters put their offerings there, and then they never get tired or bitten by animals or snakes, or frightened. It brings what the white people call "good luck."

All trails were kept clear by the Indians. When the hunters were having trouble about things, they gathered up rocks from the trail, and put them in piles on the side. This pleased the spirits, and caused goodwill. This rock is a goodwill, a friendship rock, and was placed there for the people by *Ca wis com ca.*

But the Leaning Rock is to cure as well as to love. It is the "Calling Rock." It calls, it says, "Come, come back." Always it is calling, and all the people that leave Palm Springs, they all come back.

### TRIBAL ROCK IN TAHQUITZ CANYON

In the old days of the First People, the Fox Tribe that is now known as the Palm Springs Indians were living at the mouth of Tahquitz Canyon among the cliffs. A young woman of much power surprised her people by turning into a large rock. This rock sits upon a big flat boulder at the side of Tahquitz Creek, on entering the canyon, or just across from the Echo cliffs. The rock is square in shape, and has a white, pointed top. This rock was never there before the young woman disappeared.

The young woman's name was *Cow is ic el a,* meaning the fox's dress. The Indians say that this rock often takes the form of a woman, from across the creek. She has always been honored among her tribe, who call the rock their aunt, and the rock is known among the Indians as the "Aunt Rock."

72

73

ACC0005390

Everywhere there are many legends, but they are not so important, and are too many to write.

I am asked to explain more about what we mean when we say "We know it," "When the time comes," "When the power comes."

We, the Indian people, know many things that are not in the Songs and Stories—our history of people and places, not only the people of the First People, but many things of the plain people; things that they have done to help their people. These stories are told from father to son, or kept alive by the council fire traditions.

In the north, where it was cold, there was always a fire built in the fiesta house. After the dark came at night, there was no light, only the light of the council fire. In the warm weather, when it was light to see in the evening, there was always a small fire, if only of coals, to light the tobacco pipes by. At this time we sometimes do different in warm weather. Now we have matches.

Many things were talked of since the beginning at the council fire: traditions about the white Indians leaving the rest of the people by the first small light that came, and Mo-Cot saying, "Let them go, they will always be different"; the migration from the north; the settling of South California and the Islands; the things that were done by the chiefs, the headmen, the medicine men, and many brave and good things done by the common people.

Many are the words told at the council fires, words to remember, many things that happened since the creation. And so the Indian people say, "We know it," because they do know it. I will explain by telling about some of the things talked of around the council fires—about "When the Power comes."

In the story of "The Devil Woman," when the old woman who covered herself and her dog with her basket, found only the two of them alive, she was not surprised to see the dog walk out of the water a man, for she then knew that the "Power had come." So she went into the water and came out a young woman. She knew that they were the ones saved out of all the people of that tribe. "We know it."

74

## COUNCIL-FIRE TRADITION

The Indian people know many things by the council fire tradition. They know that *Um Naw,* the Great Spirit, allows people and animals and things to live for a time—much time, and then He destroys. The head men at the first beginning knew when these times were to come. And so the Indians say: "When the time comes." When these times come, this world is a terrible place. No matter how much the people of power may cry or beg or pray, *Um Naw* is destroying all that he does not want, and saving a few—always a few.

Then all the head people, the people of much power, they tried to turn themselves into other things, to live longer. They tried to turn themselves into the water, the trees, the rocks, anything to save themselves, but none were saved, only those that *Um Naw* wanted saved. They had to give up human form, like the rest of the people.

These "times" came different ways, our council fire traditions tell us. Some times the earth explodes with much sound and lightning. Not over all the world, but parts of it. Everything is torn apart—not so much left living. Sometimes the mountains sink, and flat land rises. The water ocean covers whole country that was not ocean before. The lakes and rivers are gone, to come again in strange places. No one knows the place that was called home any more.

Then the "time" comes other ways. The people do not know any more how it is going to be. We only know that the changes come, but much, much time apart. There are places known to the Indians where the rocks are the shape of human form. Some sitting, some lying, some standing. Forests of trees are left solid stone for ever. These places the white people call petrified forests. Some are now to be seen in Arizona. All the great trees turned to stone, all falling in one direction. There is another such place in Middle California—all the trees solid stone. Parts of all these things remain in different places, our council fire traditions tell us.

75

ACC0005391

I speak of the animals losing all their power, but not all. Today the animals have some of the power that the people have lost. For instance, "the direction." The animals feel and know the drawing power of the oldest direction, the north, the west, the south. The animals still have the power of direction. They cannot be lost. Among the few people that are saved, they add all these last things that happened to the council fire traditions, and so: "We know it."

A few of the first created trees (not so large as the first ones) have been saved by *Um Naw*. These trees are the redwood trees in Middle California. This is the wood that Mo-Cot used to make the first bow.

There is the story of the *Mo Mo Pechem* people. We do not know what sort of people they were. We know that they prayed much, and could fly in the air. They lived before one of the "changes" on earth. The tradition of that "change" is lost. Today we sing these words with our lips, but in our hearts we do not know what they mean. So many of our songs and stories sung in our fiesta houses have lost much of their meaning because of this. The *Mo Mo Pechem* people was a fiesta song, and so was remembered when everything else had passed away. And so it is that after the earth explodes, everything is changed. We cannot know much of it.

These "times" that I speak of are not common earthquakes or volcanoes—no, not at all. Everything is different. The earth turns, it twists, it changes place, so that what was in one country finds itself changed to another climate. These changes come suddenly, at once. A few moments, and it is all past. Then the world changes to new conditions. This is bad for the people and animals left. New rivers, new lakes are formed. New land, new mountains, everything new.

We are asked, were the Mission Fathers cruel to the Indian people? No, never. They were always kind. They were good. The Mission Fathers had much to attend—the great lands belonging to the missions, the herds of cattle and horses, the flocks of sheep, so many of them; the fields of grain, the vineyards for the fruit and wine; the great villages, all busy, so much to do, so many to feed, so much to be done.

The Fathers could not learn to speak the language of the Indian tribes, so many of them, so they took the Indians who could learn Spanish best, to help them. These men were superintendents. They went about everywhere. *Kis-se-an-o,* the Indians called them, which means the first Christian Indians. Even though the Indians were of their own race of people, many of these *Kis-se-an-o* men were hard and cruel to them. They it was who worked the Indians hard, and punished them.

The Indian people are slow to learn different ways. They were not used to working at one thing all day. If they ran away, they were brought back and punished for it. So all the Indians did not go to the missions to live.

The Padres sent the *Kis-se-an-o* out to the Indian tribes to ask the Indians to come to the missions to live. The *Kis-se-an-o* not only asked the parents to send their children to the missions to learn to be Christians, as the Fathers expected them to do, but they stole them. Their parents never saw them any more. Then it was that the Indians left their homes and moved away.

It was for this reason that the Palm Springs Indians were living in the cliffs at the north of Tahquitz Canyon when the Pony Express rider was killed. From this place they could see below. They watched for strangers coming, and hid their children in the caves and cracks of the cliffs. They became like hunted animals searching for a safe place to hide their young. The Indians thought they had learned to suffer, but now they learned it all—there was no more to know. The *Kis-se-an-o* became more and more cruel. They punished and murdered until whole tribes were wiped out. They were only good to their own tribes.

Of all the great villages, so busy working at trades at all the

ACC0005392

Case 5:13-cv-00883-JGB-SP  Document 85-7  Filed 10/21/14  Page 59 of 99  Page ID #:1917

missions, how much is left? Only the crumbling walls of the churches, braced up for visitors to see.

No one can believe it now, to see the mission grounds, how many houses spread over so many acres of the villages. A church, a vine or two, a burying ground—this is all that is left of these once great places.

The Spanish Padres, the Spanish Dons, kings on their own great Ranchos, where are they? Those who took from the Indians, they are done. They suffered, but not so much. They had been here but a short time, a little time. They could go to Spain, to Mexico, but the Indians in their own country had no place to go. Their lives were dead like the dry mustard with the empty birds' nests in winter time. The lives and works of the Mission Fathers, they are done. They live only in the hearts of the Indian people.

The Indians were given reservations by the United States Government. Then they were quite happy and satisfied, but they were moved about, and moved again. Now there are those who would be taking away the reservations. They would give five acres, ten acres, instead.

At one time the Indian people did not believe the word of any people or government any more. Their words were no good. But now we take our hearts once more, feeling that we have friends among people of much affairs—people whose words are good. They are trying to help us to hold our reservations, that we may know the children of the Indians will not be wanderers without a home in the land where they were created.

## BEGINNING GAMES

So many games, many ball games. A ball was struck back and forth. The ball went many miles before it was knocked back home. Young women played too. The boys and girls all played together like brothers and sisters till they were grown.

I am told that in some tribes the man never speaks to his wife's mother. I do not understand that. We all lived in one village—friends with everybody.

There were many games played in the evening, for there was nothing else to do. The people all gathered together in the evening when the light had gone. They made a fire in the fiesta house. They sang the songs, the stories were told. No Indian children could forget the songs and stories of their people. They heard them so many times. The young married people played the games, too, all like one family.

\*    \*    \*

After time had passed, the Palm Springs Indians managed to get a few ponies. Then they took the hard mesquite wood, stripped off the bark, and burned the end very hard. This made the plow point. The whole plow was made of one stick or limb. The pony had no harness, only a cinch around its body.

As a little boy I remember how I used to sit upon the pony to guide him, while my father held the plow. The sun would shine nice and warm on my back. I remember how hard I tried to keep awake, but often I fell asleep.

Then, for a harrow my father used bunches of mesquite. This, as anyone knows who knows mesquite, makes a very good harrow. There was good garden made for corn, melons, much garden stuff, and good fields for corn, barley and wheat. Everything grew, there was plenty to eat at that time.

The wheat and barley was threshed by riding or leading the horses over it. But before the time of horses, the older women used to separate the grain with big baskets. No young woman could do it, it was a whirling movement. Some of the women learned so well that they used smoke-tree wood and coals in the basket at the same time, the cooked grains falling out on one side into another basket. These baskets were very large to handle.

Some put sand and coals in ollas, and cooked the grain that way, but anyone could do that. Another way was to cook the wheat

ACC0005393

very little, then spread it out to dry. After it was dry the grain was powdered in a mortar until the hulls were loose. This was separated, and the wheat ground on a metate stone. Then it was wet and patted into cakes which were put away between layers of palm leaves.

I lived with my sister all around Riverside and San Bernardino. San Bernardino was first called El Campo (The camping place). Riverside had one general store and one drug store, and one saloon. San Bernardino was all Jews and Chinamen. There were four or five stores, and four or five saloons. People came on foot and on horseback to town. The rancheros came riding up to the saloons with guns on their hips, and made the bartenders bring them drinks out on the porches. The Chinamen worked at laundry some, but there was not much work to do there.

I remember Mr. H. Craft of Crafton. He was an old man, and for a long time he liked the Indians. He gave them work. They came from the desert, the mountains, from everywhere, to work for Mr. Craft. They came so many that they made a big village at his place. All the men, women and children worked in the grapes and peaches. They measured their work by a stick eight feet long, and a shorter one of four feet long. This made a square four by eight feet. The Indians were all paid by that rate—seventy-five cents for a square of peaches, but for grapes, with the bunches laid close, we got twenty-five cents.

As I grew larger we boys worked with the teams. We used walking plows, and planted as many as 500 acres to barley and wheat. We worked every day, even if it rained. We got fifty cents a day and our board. There were ten of us boys working on the place. We did not get paid in money, no. But Mr. Craft had a little store, and every Saturday night he opened the door and paid us in food and clothes. Mr. Craft he never asked us how many days we worked, no. But how much we wanted.

Mr. Craft was a very good man. When he died, he asked for

us all to come. It was at his place that I learned many things. First, everyone sowed grain by hand, walking. Then we sowed it by riding a mule, then we sowed it from a wagon. Mr. Craft had about an acre of seedling oranges, and they tasted pretty good, too. It was here as a young boy that I learned to care for orchards, and to prune trees and vines. This has been my best work all through my life. It was not very long that the Craft ranch stayed in the sons' hands. The Indians did not work there any more. Redlands at this time was a sheep camp.

F. E. Brown and J. E. Judson began developing water, making ditches and starting orchards. Then the Indians went from their homes and worked for them. Many springs were developed and for a time ran good water. Then they all dried out.

### THE RAILROAD

As a young man I worked laying the railroad through the desert country. There were very few horses at that time, so the railroad did not use them. They had a few oxen up on the mountain (San Jacinto) dragging logs, but there was not much timber for the ties. Most of it was brought from other places. The old saw-mill and parts of the skid road are to be seen on the San Jacinto Mountain yet.

A skid road is a road that has to stop at cliffs, where the logs are lowered to another skid, to be hauled by more oxen, and so on to the bottom. The oxen lived between the skids on the road, they did not go down. The railroad from the west and the railroad from the east, they came together at Yuma. We did not have horses, mules, or scrapers to help with the work on the railroad— almost nothing to work with.

＊　＊　＊

After some time the Mexican rancheros had many herds of horses. They were so cheap that the Indians exchanged hats made from palm leaves for them.

ACC0005394

When I was a big boy, getting to be almost a man, I would sometimes leave my sister to shear sheep at the sheep camps. There was a camp cook outfit following along, and we got our meals there. F. A. Brown (Frank) paid the first dollars that I ever saw.

In those days we had only 10 cents, 25 cents, 50 cents and 75 cents. They were called by the Spanish names:

| | | |
|---|---|---|
| Cinco centavos | 1 nickel— | 5 cents |
| Un real | 1 dime— | 10 cents |
| Dos reales | Two bits— | 25 cents |
| Quatro reales | Four bits— | 50 cents |
| Setenta seis reales | Six bits— | 75 cents |
| Peso | | One dollar |

The first nickels (5 cents) used here made everybody mad. The railroad first used them, and the men threw them away. The sheep men paid five cents for shearing a sheep, but it was a ticket. I made $2.50 and sometimes $3.00 shearing the sheep in one day. It was a common trade. All the Indians from everywhere could do it.

After the missions and Mexican ranchos took so much of our land (the missions took whole valleys, and the ranchos reached from the mountains to the sea), the Indian people were very glad to get a few horses, cattle, goats and sheep. Then they used meat and wool from the tame animals.

The Indian women had long used a spinning-wheel. It was made of a straight stick with a split at one end. This was driven into hard ground. In the split end was a small wooden wheel which was turned by hand. And so the hair for thread was made. They knew how big a bunch would make a blanket.

This way took much time, but the blankets were good blankets. They could hold water, and lasted a long time. They made very fine soft blankets from the rabbit fur. They sometimes made them from baby coyote fur. These very soft fine blankets were made for the very old people to use.

## THE SEA-LINE IN THE VALLEY

The Indians were often asked about the dark lines against the mountain sides, down in the Coachella Valley. Many times in the early days this question was asked. When the Indians answered, "The ocean," they were laughed at. So the Indians did not speak much. But now that the head men of the white people are digging up the bones of the great animals, and have said that the marks of the ocean are on the mountain sides five times, the people know that the Indians spoke true words.

The Indian people have the history of only three times that the ocean came into this valley. The water always stopped a few miles west of Indian Wells Point.

We do not know how long ago it was that the last water came, or how long ago it was that the first water came. We do not know how much time it was between the times the water came. But this we know, that the water came, and it was much, much time ago. We do not know if the time had come, and the Great Power Um Naw was destroying in other parts of the world, or if it was earthquakes in the sea that sent the water in to us, but we know that when it came, it came quick, with a sound, a roar, that was heard much distance away.

The water came standing high, with great waves rolling over and over as it came. No man could swim in this water. It turned over like wheels, and carried weeds, cactus, wood, and everything that stood in its way. Many of the Indians lived near the foot of the mountains, for it was there that most of the springs of water were. The water did not come in one moment, no. It came rolling along slowly, so that the people who heard and saw, ran up the mountain sides and saved their lives. But nothing down in the valley lived, either animals or men.

The ocean stayed for much time . . . for a long time. When it came to go away it did not go with a rolling and a roar, no. It went slowly away. The water left a great salt lake in the valley for much time before it dried up. With the water came fish.

82

83

## FISH-TRAPS

Then it was that the Indians began to make traps to catch fish. They made the traps in the rocks. A circle was hollowed, and the sides built up with rocks. Some of these walls are in very good condition today. They are from two to three, and sometimes about four feet high. They are not put up perfect, they are only common rock walls. Some of the rocks are large, some small. It did not matter about the size of the rocks. The Indians used nets in them. These traps are in a number of rows, one above the other, on rocky hill sides. They are not so high as the first water line. The Indian people do not know anything about the highest water line.

These traps are along different places down the Coachella Valley and Imperial Valley, but not at all places, only at the places where the Indians could have trails leading down to the traps. Many places the sea came against steep hills. At such places no one could get down to the water. There are some quite perfect fish traps left near the Martinez Canyon. These have openings at one side, the upper side. They are shaped like a horse shoe.

Enough of the old trails lead back into the hills that they can be followed several miles. The homes of these people were on the flat land, it was covered with water. The mountain land belonged to mountain tribes, so then the Indians had to find new homes on the Santa Rosa Mountains. When the ocean went away and the water dried out, these people came back to their homes on the desert after much time. Years ago there were many fish bones around these places, back in the hills where the people lived. There are not so many now. Broken pottery is all about these places.

The head white men say that the mountains rise one foot in one thousand years. The highest sea mark is now twelve feet above sea level.

We do not know, only that the water came three times. The third and last time it came slowly. All the Indian people knew that it was coming. They sent fast runners for all the head men,

all the medicine men, all the men of power to come. They gathered together every one of them, and they used their power as they went to meet it. The water stopped. It never came again. But a lake was left in the middle of the Valley for much time. Then it dried up and went away.

Now when the ocean was in this valley, strange birds came and lived here. Their wings were many feet across, one from the other. There was the white pelican, that carries things in a loose sack under its jaw. They were here then, as well as now. The white pelicans always live here when the water comes, and leave when it goes away.

When the Engineers let the Colorado River into this valley, it made a lake that is called the Salton Sea today. But it is not the sea, no. This water is fresh water from the Colorado River, but the water of the west end is salt because of the salt that is there in the ground.

No one can understand how the mullet fish that has the double eye-lids of the deep sea fish came in this lake that was made from a river. Some of the head men of the white people say that this white pelican brings the kind of food that it likes best, and plants it in the water. It flies across from the ocean with the young of the mullet in the loose sack under its jaw, and so has the food that it likes best for its young. There are several small islands, or hills when the water is not there, at the end of the Salton Sea. One of these islands the pelicans use for hatching their eggs. Much of the time the Pelican Island cannot be seen for the big white birds filling the air.

## THE RIGHTFUL OWNERS OF PALM SPRINGS
### (Ca wis ke on ca)

Now after *Evon ga net*, the fox, had laid out portions of the country all about for the different tribes of his people, the Fox Tribe came and settled at a place which was called *Cac clev e,*

ACC0005396

and is a canyon country about three miles from the Soboba Hot Springs. The head man was named *Ca wis ke on ca,* meaning the Fox's horns.

The head man went hunting and looking over the country till he went around the San Jacinto mountains. This he did for many years. Then *Ca wis ke on ca,* being a head man, and a man given great power, made many new names to be used by his people, their children, and their children's children after them.

Because they were of the Fox Tribe and belonged to the hills and rocks, he invented words for their names, such as White Rock, Split Rock, Cave, Rocky, and so on. The Indian people had very few words at the beginning, and the head men made words to be used for places and names.

He gave names to his first, second, and third head men. The first one he gave the name *Ca kal v ga net,* meaning nature or native. The second one was *Ca kel v ga ya ic,* meaning fast runner. The third was named *Ca kal ga he win it,* meaning, "He who stands." From these three first names he made more names for the people of these three tribesmen.

When the people of *Ca wis ke on ca* were living near Soboba Hot Springs, they were using the language of three tribes: the *Yagino* tribe, the *Serrano,* and the *Sala San You* tribe. The heads of these tribes were brothers.

As *Ca wis ke on ca* was going around the country, he recognized the marks left by *Evon ga net,* the fox, for the tribes. He came to *Pow ool* (Hidden Lake), which he named for the flat tule which grew in the middle of the lake. In looking down he saw the green spot which is now Palm Springs but which he afterward called *Sec he,* meaning the sound of boiling water.

Now *Ca wis ke on ca* liked the looks of this country very much, and found on examining the marks left by *Evon ga net* that this portion of the country had been marked for himself and his people. Some people of another tribe called *Mu na lem* were

living here then, but belonged to what is now called *Ha ve* of Seven Palms.

*Ca wis ke on ca* returned to his people and told them what he had found. Then his people came with him, and he told those people living at *Sec he,* Palm Springs, to move away, which they refused to do although they knew this place had been marked for the new people and not for themselves. They did not want to go away, and started war.

*Ca wis ke on ca* and his people won, and the others went away to their own tribe. But they never forgot it, and were always enemies of the new people. They started a song about their enemies.

After many years *Ca wis ke on ca* returned over the mountains to visit his three brothers who had been left behind. He found that in speaking his new language so long he had forgotten the language of his brothers. They had trouble to understand each other. Then he returned to his own people. The three brothers separated and lived at other places, and they forgot the old language in using the new ones, and they could not understand each other any more.

The Indians who had been driven away from *Sec he* never forgot to make trouble. There was always fighting over the wild wheat which grew at the sand hills, although the Indians all knew that it was within the section that *Evon ga net* marked for the *Sec he* tribe. The Seven Palms Indians went to the place of the wheat and tried to cut it before it was ripe, so that the Palm Springs Indians could not have it. So there was always war between the two tribes at harvest time.

Finally *Ca wis ke on ca* went up to the San Jacinto mountain, where he always went to hunt, and one day he met some one at the place marked *Pu loo cla,* and he asked who he might be. The man said that his name was *Mum on quish,* that he was visiting with a tribe, but that he belonged to the tribe over the mountain.

86

87

ACC0005397

*Ca wis ke on ca* said, "You are my brother," and *Mum on quish* said the same thing. *Ca wis ke on ca* had on moccasin shoes, and *Mum on quish* had on shoes made of the rope fibre of the mescal tree. *Ca wis ke on ca* had a net which was woven of twine which grew in a plant at Palm Springs, called *wish*. *Mum on quish* had a net also, but it was made from the mescal. *Ca wis ke on ca* had a cap which was woven of the *wish* plant, and on the top were fine short feathers. *Mum on quish* had feathers woven on a string about his head. *Ca wis ke on ca* had an arrow made from cane. *Mum on quish* had an arrow made from *Huu gal*.

*Ca wis ke on ca* had a bow made of wild cypress and plastered on the back was the muscle of the back and legs of the deer. The head of the deer was cooked soft, and a glue was made of it. The muscle of the deer was plastered to the bow, which stuck for ever, and never could break. This bow was short and easily handled, and shot a long distance. He had a wild cat skin on his back for a pocket to carry arrows and many other things. This was sewed up with buckskin in the end, so that the points of the arrows could not cut through. *Mum on quish* had a dog skin on his back to carry his arrows. *Ca wis ke on ca* said, "Now that I know we are brothers—you are my oldest brother—we will exchange all we have: clothes, shoes, bow and arrows, everything. And *Ca wis ke on ca* took all that belonged to *Mum on quish* and wore them, and *Mum on quish* wore all that belonged to *Ca wis ke on ca*.

As they sat talking at *Poo on loo la*, *Mum on quish* saw a smoke rising at Seven Palms, and he asked, "What nation is there?"

*Ca wis ke on ca* answered that those people were his enemies, and had been killing his people.

*Mum on quish* said, "I do not belong to those people, but when I speak they always respect me and obey my words, and you will see. We will come there in a few days."

Then *Mum on quish* went home, and *Ca wis ke on ca* went home also. There he made a meeting in the big fiesta house and

called every one of his people. And he took all the things which he wore, that had belonged to his brother and made a pile of them in the fiesta house. *Ca wis ke on ca* had no more clothes or shoes or bows or arrows, and he asked his people what they thought, and some thought that his shoes were poor, and that his bow and arrows would not do for a war. So they changed the things for others belonging to themselves, to help *Ca wis ke on ca* out.

*Mum on quish*, when he got back home with his new things did the same thing with his people, and some of them took the arrows and divided them up among themselves. He told them that they were going to come down to Palm Springs and Seven Palms. They did—a great many of them—most all young men.

*Ca wis ke on ca* saw a smoke rising in the morning in Palm Canyon, and he knew that *Mum on quish* was on the way with his people. There were many young men at Palm Springs also, and they went to Seven Palms to make war.

The Palm Springs Indians had some relatives living among the Seven Palms people, and they knew where they lived, so they went into their houses at night and told them to go away before morning. This they did. And in the morning the war began, before the Seven Palms people knew anything about it. All the people were killed. There was not one left. The heads of the chiefs and the head men and others of any importance were cut off and brought back to Palm Springs in nets. The older men carried the heads to Palm Canyon, to a place now called Indian Potrero, above the mesquite trees. Here they were broken against a big rock and the brains taken out.

This place has since been known as *You koo hui ya me*, and means the place of many brains. This big rock stands there today. The relations of the Palm Springs Indians who went away from Seven Palms in the night, came back. Some returned to Palm Springs, some went to Morongo, some to Thousand Palms, and later some returned to Seven Palms. *Ca wis ke on ca* lived among the Palm Springs Indians all his life.

ACC0005398

## SOME OF THE EARLY TRIBES OF PALM SPRINGS

Among the sons (descendants) of *Ca wis ke on ca* at Palm Springs lived three brothers. The two younger ones could not get on well with their people, so they moved away by themselves. The second one moved to the green spot back of Palm Springs, to what is now known as Little Tachiva, but most of the time called *Chow o hut,* meaning wild plum. Then he moved across Tahquitz among the large rock pile there, called *Cock wo wit,* meaning piled boulders. There he lived for a long time. Then he went away near the Palm Canyon, called *Tev ing el we wy wen it,* meaning a round flat basket closed up at the top, that is hung up. Here he lived and raised a large family.

He had a fiesta house, but knew no songs to sing in it. He had many sons and daughters, but could not make names for them. So he was forced to come back to his older brother at Palm Springs and ask for names for his children. His older brother gave him the name *Pi ye now it e esa,* which he could separate and have names for every one of them. He told him how to have the fiesta——the songs, and how to act. Then he gave him the line of his section of land. He gave him land from what is now Idlewild down to Palm Canyon, through the west side of the Murray Hills; then across to the Little Canyon of one Palm near the beginning of the Andreas Club Road, north on Andreas Canyon.

The third and youngest brother moved far away over to the Thousand Palms Canyon, which was called *Yum ich you,* meaning brushy. There he lived with another tribe. But he was still dissatisfied, and moved farther down the valley to a place called the Snake's Eye, *Sawit ha push.* There he lived and raised a large family.

He had a big fiesta house, but knew no songs to sing in it. There were no names for his children. The people were being born and dying, and there was no memorial song for them. So he was forced to come back to his brother at Palm Springs, and ask for names. The brother gave him the name *Hes sou tem mem low it,* which means, the heart, or bed-rock. This could be divided into more language. Then he told him how to conduct the fiesta. He gave him the songs, but he got them mixed some what with the language he had been trying to use. He got along all right, but it made the language a little different.

After much time had passed the younger brother started war on some neighboring tribes, and made war songs about his enemies. So these neighbors got to hear the older brother's name, which the younger brother was using. The older brother at Palm Springs did not like it, for there had been many marriages between the tribes, so he made the younger brother take a common name to use.

## THE STORY OF THE SPRING AT PALM SPRINGS

The first Indians that lived at Palm Springs——*See he*——did not dare to live near it then, because of the danger that it was alive yet. The people were afraid. They were afraid of a strange person also. If a stranger came near to them they were afraid to be friends until they knew him better. And so the people moved more and more near the spring, until they settled quite close to it. They heard strange sounds from it——the sounds of animals and the sounds of people, not at all times, but sometimes, if something was going to happen to them.

Finally a medicine man who had some daughters went to the spring, but he could not get close to the water because of the brush which grew around it, and the mesquite. One morning three of the sisters went to the spring, and they saw a little child crying on the top of some fallen tule. But, instead of being dark skinned like an Indian, this child had pure white skin and hair. The younger sister went to it, thinking that it belonged to some of the people. But the other sisters told her to let it alone——that

ACC0005399

it was an animal, and not a child. But she would not listen, and she picked it up in her arms. The other sisters were afraid and went away from her, but she would not put the child down.

Then a whirlwind came and lifted the girl and the child and whirled them up in the air. Then the whirlwind settled over the water, and both the girl and the child disappeared down with the water of the spring. When the two sisters felt the whirlwind and saw their sister and the child taken up in the air, they were afraid, and ran away to their home. Their father, the medicine man, was not at home, but when he came they told him that their sister had been taken by the spring.

That evening he went to the spring. Then he witched the spring with the mosquitoes. The mosquitoes carried his words of power to the spirits of the water below. The next morning the body of the girl came up, but she was dead. Then the people were more afraid of the water. They gathered together in the fiesta house and talked and prayed to the spring, until at last they came to bathe in it and be safe. If the people wanted to do anything to the water—to clean the spring or use the water—they gave a food offering in the fiesta house and prayed to the water in the spring. Then they could do whatever they wished, without any harm happening to them.

A giant frog, blue in color, lived in the spring, with eyes as big as a bull's, a body over a foot across, and weighing something near a hundred pounds.

Now when Sungrey came through this place and made this spring a medicine place to cure himself, and left it to cure sickness in other people for always, he knew that the frog, the red racer snake, the bear, the lion, and the child were living there, and he opened up the way, the door, or road, for them to live in the spring. The medicine men did not have the same power. Some had the power to cure one thing, and some another. When the medicine man belonging to the Fox Tribe felt that his power was not strong enough to cure himself, he prayed three days and nights. He stayed alone the three days and nights and did not eat or drink, asking the power how he could cure himself to get well. Then he was asking how he could know the power when it came to him. The last night it was shown to him in a dream. He found that he was to go into the spring, and see the spirits that were living there in it. The medicine man went to the spring and entered into an open place like a den, and went to those people. There was the frog and the snake, also a red racer snake, a bear, a lion, and the albino child, all giant spirits. These spirits were living in a circle to the northwest of the spring.

When the medicine man first went into the spring he did not see the water. He first saw the frog that was sitting in the doorway, and he spoke to the frog and told him that he was sick and had come to him to be cured. Then he lay down in front of the frog's door. The frog went around his body and showed him how to go another way. He went and came to the snake. He lay down again and told the snake that he was sick and had come to be cured by him. The snake coiled around on the top of his body and sent him to the red racer. There he lay down again and told the red racer that he was sick and had come to be cured by him. The red racer, like the other snake, coiled around his body and sent him to the bear.

He lay down in front of the bear, and the bear opened his giant mouth and licked his body with his tongue. This he did three times. Then he told him to go to the lion. The lion was sitting down, and the medicine man lay down at his feet and told him he was sick and had come to be cured by him. The lion did the same as the bear. The child was the spirit of the chief power among them, and lived somewhat apart. The lion sent him on to the child.

Now the child had taken the form of an old man, and was sitting smoking a pipe. The medicine man went in and lay down

92

93

ACC0005400

before him. He told him that he was sick and had come to be cured. But the old man was looking away, and did not look or speak to him.

So the medicine man said again, "I am sick, and came down to be cured." Then he rose and reached for the old man's pipe, which the old man handed to him quickly. The medicine man swallowed the smoke three times. Then the old man snatched it away. The medicine man then felt more power and knew that he was cured.

He then started to go back, but as he looked up the way seemed so far he thought he could never get out. He saw a little stream of water coming in from the mountain, forming a small pool in the shape of a cup, then rising to the top of the ground. The medicine man stepped into this stream, and the water lifted him quickly to the top. Then he was a well man again, and had more power to cure his people than ever before.

This spring always brings everything to the top. Nothing can stay down in it—nothing but rock and iron. People can not sink in it, but float on top of the water. The strongest man cannot push a pole down into it but a foot or two. The spring is often closed by the sand in it, and people can walk across it.

A pool is formed around the spring, in which the warm water always stands, even when the spring is closed. When the spring opens, the bubbles begin coming up through the sand, like mush boiling in a pot, with about the same sound. After a few moments the sand starts whirling, and the spring is open again. This happens every few hours during the day and night. The water of the main hole of the spring is very hot, and bathers go in slowly at first, until used to it.

This spring never had palms around it. The palms were brought and planted there by the people. The tules grew and the mesquite was thick. The thicket of mesquite ran to the south of the spring, several blocks. The spring was choked with it. It was sometimes hard to get into the main water of the spring because of this.

The opening does not always stay in the same spot—it sometimes comes up in different parts of the pool. The opening changes every few years. The last time was nine years ago, but it is often every two or three years. The spring has been cleared of brush and has a good bath house with some grass planted about it, but that makes no difference. The spring will change location, just as it has always done—sometimes when the earthquakes come. Engineers have never been able to find the bottom.

Now the Indian people know that all hot springs, everywhere, are joined together under the ground by passage-ways. Sometimes things float on the top of the water that have not been planted near here. Everything comes to the top of the spring. We know it. For instance, we find the rotted ears of green corn, and things planted other places where hot springs are, but have not been growing here.

### KA WIS KE ON CA AND THE OLD INDIAN BOUNDARIES

*Ca wis ke on ca* went around looking for the signs that *Evon qa net*, the fox, made inside the boundary lines of his people, gathering seeds, looking for game, acorns and wild mountain seeds for food, the very large mescal which grew on the lower side of Hidden Lake in very far places. Where he went he always put the name of the places, so that his people could follow him.

On the east side of Tahquitz he put brush traps on the rabbit trails, with an opening in which he put a net. He made sounds to scare the rabbits. Then they ran down their trails and got tangled in the nets. Traps were often set in open places, then it took two to catch them, one man to drive them and another to scare them along.

During the fiesta times, the first kill of any kind belongs to the visitors at the fiesta house. The second and third can be

94

95

given or not, as the hunter likes, for only the first belongs to them. The rest belong to the family of the hunter. It is the same with the deer or other game. A hunter builds a smoke fire on a mountain peak, and the people at home, seeing the smoke, understand that the hunter has more game than he can carry, and go to help him with it. This fire which they build, never sets another fire, but only makes a smoke.

If the Indians need to set a fire to clear a brushy trail, they notify all the tribes around, so that they will understand. If a fire should be needed on a long hunt or trail, only a small fire is used, never a large one. These were the laws by *Ca wis ke on ca* for his people.

In going up Chino Canyon he made the sign of the trails. Going hunting to the top of the mountains, he put the marks on the rocks. Near the top, at the spring, there is a large white rock standing by itself, nearly one thousand feet high. He called that great rock *Tahquitz wayo ne va*, meaning Tahquitz standing. Over on the top, where the Indian tobacco was gathered, he called that table top of pine trees *Chis hill mo*, meaning twins.

Then going up the north side of Hidden Lake, *Poo ool*, he called that grassy cienega *Hoon wat hec ic*, meaning the home of the bear that always lived there in the early days. Going to the high peak where the sun sets, he called it *Mow it check mow win it*, meaning seed on the side of the hill. Down below, where water runs in the canyon, that place he called *Young ga vet wit ham pah va*, which means the drinking place of the wild buzzards.

From there he went to the place of the very cold spring, the water so cold it hurts the teeth. This place he called *Ow kee ve lem*, meaning the place of the horns. The hunters came to drink the water of this cold spring, and there they threw the horns of their game into a tall pine tree, till it hung full of them.

From this he came down the ridge to the last water until reaching Tahquitz. That place he called *Mum yum muck ca*.

Then he came to the place of the lone pine tree. He called that *Woh hut cli a low win it*, meaning pine tree mistletoe.

From there the trail separated, one going down what is now the Gordon (Palm and Pines) trail, and the other coming down the ridge of the Tahquitz Canyon. He stopped at the spring of the high canyon, on the south of Tahquitz Canyon. This spring he called *Pal pis o wit*, meaning sour water, but it is good water. He went up to the first dark peak, where the sun sets, and he called that peak *Sum mat chee ah wen e*, meaning bunched hay. He came down what is now Tahquitz Canyon, but which he called *Chee mo ke wen e*, meaning a deep narrow canyon.

Then he climbed the hill we called Lincoln Peak, and coming down part way he came to the place of paint and lime. This was used by the Indians for face paint. This he called *Ta vish mo*. Crossing a short way he came to a place called *Yan heck e*, meaning the hole of the wind. This small hole is about two inches across, always has a breeze blowing through it, and has a rim of bright green grass which is always covered with dew. The next place down the ridge he called *You ye va al*, meaning a steep, straight-down place—a place that makes one nervous.

He came down to the foothills, to the place where the water of Tahquitz turns into the Indian ditch today, and he called it *Tong wen nev al*, the place of wasted mescal. He came to a large white-tipped rock, just above the place of the fire play. This he called *Me ahs cal et*, meaning a grey top. He went to the green spot on the hill just back of Palm Springs. This water he called *Eng be cha*, which means a salt spring. This spring furnished salt for the people when they did not go to the Salton Sea for it. They gathered the salt which they found on the rocks and the ground. This they boiled, making good white salt.

He went a short way north till he came to a gorge which is a huge crack in the mountain. Mrs. Austin McManus has built a Spanish home just beside it. In time of wet winters great flood

ACC0005402

Case 5:13-cv-00883-JGB-SP   Document 85-7   Filed 10/21/14   Page 69 of 99   Page ID #:1927

waters pour through there. *Ca wis ke on ca* named this place *Pa cale,* which means a water tank. Somewhere in this great split rock is a water tank which has pure sweet water in the summer time. The Indian women lowered their water jars and filled them with water. This water was always to be had when the water of Tahquitz dried up.

He went to the point where Bishop and Meade have built winter homes. That point he called *To e ve val,* meaning a place of grinding, where flour was made. There were seven mortars made in the rock, but these grinding holes were blasted out in the Whitewater irrigating ditch.

Then he named the place of fine white sand, about a half mile off from the next point north, at the entrance of the Dry Falls—*Ng natches pie ah,* spreading sand. This sand was highly prized by the medicine men in their work.

He went to what is now Dry Falls. He called that place *Ta che va,* which means a plain view. Then he went to a place about one half mile beyond the first old reservoir. There he put the sign which gave to him the land between that place and Whitewater Point. The land was given him by his people, for his own home. This sign is called *Key wat wah he wen e,* which means a dividing line.

Now close to this sign is a rock about three feet high, and smooth on the top, like a table. This rock is called *Num na sh b al,* a place of rest. The rock is by the old Indian trail, and people who were passing leaned against it, resting themselves of the weight of their packs. So this rock came to be known as the place of resting.

Close to this rock are two large rocks which have small mortar holes in them, not more than three inches across. These small holes were never used for grinding, but to make the sign of the trail. One is called the coyote mortar rock, and has the deeper hole. The other is called the wild cat mortar rock, and has a shallow hole. These rocks mark the place today.

About a mile farther on, and where the boulevard now makes a turn, is a low piece of land which is called *Ish el wat tow ta um ali,* and means the coyote digging. Down the Chino wash, across the boulevard, a plant grew stalks like the asparagus, but had a root like sweet potatoes. This plant was gathered in the spring for food by the Indians, and was called *Mes sal em.*

*Ca wis ke on ca* went across the valley to the sand hills. He called the sand hills *Pa hal ke on a.* He crossed the valley to the sand wash, near the mouth of the Eagle Canyon, and he called the place *Hou wit s sa ke,* meaning a bear-skin blanket. The Garnet hills were named the Hills of the Roasted Bear—*Hoon wit ten ca va.* About a mile up the wash, west, was a place he called *Kick ke san lem mo,* which means the place where the white flowers grow. Then west, toward Palm Springs about a mile, he called that place *Tem ma ves el,* which means sediment. The mesquites which grew thick at the turn of the boulevard he called *Tak el ka ko a ka,* meaning lumpy.

This land was once watered by Tahquitz Creek, and farmed by the Indians. Where the Indians had their homes, there the mesquite always grew. In past times the waters of Tahquitz Canyon flowed all the year, but a hard earthquake closed the flow of the water, and this good land was then worthless.

*Ca wis ke on ca* returned to his home at Palm Springs. All the places in the mountains and the flat land are named and known to the Indians. A hunter can return, leaving extra loads of game, and any man that he sends back always finds and brings it home.

### SETTLING OF COACHELLA VALLEY

Now the five head men who came to Moreno Valley and brought so many people, more people than had ever been together before, began to separate. Some went back to the north again. Some went only twenty or thirty miles. But some went far to the east and to the south—some went so far that they never came back.

ACC0005403

The five head men with their own people came over to the San Gorgonio Pass. There were so many of them that they could not all get through what is called the mouth of the pass. One of the head men came and stood on the Whitewater Point, called by the Indians *Tu muli*, and was watching the people choke up the pass in trying to get through. Another head man was standing on a sharp hill between Banning and Beaumont, called by the Indians *Tep ush ha*. That place was once owned by a Mexican named Miguel Hagaira, and is now known as the Hagaira Poterio.

So many people were trying to get through the pass that some of the smaller tribes decided to settle where they were. The head man on *Tep ush'la* was calling to the man at Whitewater Point, asking them to stop, to hold back. But the head man at Whitewater Point answered to let them come on, because there was plenty of space on his side. Then they came through.

This pass is called by the Indians *Ha much cha vis ba*, which means the place where there were so many people, they closed up our getting through. That was the way the people came into what is now called Coachella Valley. Then the people came to what is now known as Palm Springs, but was named by the Spanish Agua Caliente. This time there was no water there at all.

The head man, *Tu to meet*, was tired and sick and lame, so he took his *whò ya no hut* (staff of power), which he struck in the ground. He twisted it around, and caused the water of a spring come out—now Palm Springs Hot Spring. He named it *See he*, meaning boiling water, which is up to the earth and on the earth, which is to be for ever, never to dry up, never to go away, but to be there for ever and always for the sick. This spring was first named *See he*; then the Spanish called it Agua Caliente, meaning hot water; then Palm Springs, a spring among palm trees —English.

Then he went into the water and cured himself and his people

also. Then the people separated again to different places. Some went up to the Santa Rosa Mountains. Some went to Palm Canyon, some to Seven Palms. But most of the people, led by Sungrey, stopped at Indian Well.

One of the head men of the people of Sungrey felt that his time was about gone. His years among his people were many, and he must be prepared to go. This man wanted to be a benefit to his people, so he said: "I am going to be a palm tree. There are no palm trees in the world. My name shall always be *Moul* (palm tree). From the top of the earth to the end of the earth my name shall be *Moul*."

So he stood up very straight and very strong and very powerful, and soon the bark of the tree began to grow around him, and the green leaves grew from the top of his head. And so he passed from the sight of his people.

Now the people were settled all about the country in many places, but they all came to the Indian Well, to eat of the fruit of the palm tree. The meat of the fruit was not so large, but it was sweet like honey, and was much enjoyed by everybody— animals and birds too. The people carried the seed to their homes, and palm trees grew from this seed in many places. The palm trees in every place came from this first palm tree, but, like the people who change in customs and language, the palms often were somewhat different, but all, every one of them, came from this first palm tree, the man who wanted to be a benefit to his people.

Now the place of the first palm tree was about one and a half miles west of the point of Indian Wells (Point Happy), which the Indians named *Cov in ish*, meaning a low or hollow place. But where the people settled for good was at the east side of the point. That point they called *Cow on vah al ham ah*, which is the sharp point of the pestle of the mortar or grinding stone. There the people lived for many years.

Today the spring is gone—dried out, and only those who know

ACC0005404

where it was can locate the place. There are no palm trees there now, but the rancher who owns the land is troubled in cultivating by palm logs that are buried about there.

## HIEROGLYPHICS

On the South Side of the Twenty-nine Palms Valley, along the rock walls of the canyons are many of the sign painted figures that the Indian people all knew and understood.

At the time when Sungrey, one of the Five Head Men of the Fifth People, settled in the Twenty-nine Palms country, he left his people to go all about. Along the edges of the rock hills are the signs he made for his people. Some are paint signs, and some are cut in the rock. One place, marked Coyote Holes on the map, the rock painting is very plain to see.

The white people call this Coyote Holes, but they are not holes ——no. This canyon is small and narrow, with a level sand wash floor. On entering the canyon there are on the left cliff, very plain to see, but very high, the first signs. All along the way are the sign marks. There are many of the snake sign, meaning water. Some are nearly faded away, but they have lasted their time— lasted as long as the Indians had use for them. The Indian people do not have any use for them any more.

All about this small canyon is the sign of Indian life. Parts of broken rock, and bits of pottery. At one mile, perhaps a little longer, the canyon walls close. The way stops in a circle of bluffs, water-worn. In wet winters some waste water may make a fall in the end of this canyon, but not for long.

There is not any water to be seen there, no, none at all. There is no water for many miles up and down the valley from this place. But it is at the very end of this little canyon, in the dry white sand at the foot of the bluffs, that the coyotes come to dig. Always there is good cool water there. This gave the place the name of Coyote Holes, but all animals, men, too, come to scoop out a shallow pool for the pure sweet water.

These water pools in the dry places were put there for ever and always by the head men of the Indian People. These sign paintings were put there for the benefit of the Indian people passing by.

Now these sign marks are very high in the cliff walls, but when they were first painted by the head men they stood on the ground to do it. The head men of the Fifth People were not small people——no. They were among the first created ones. They were very large men——very tall. They stood on the ground when they painted the signs for the people. But the ground is washed away during much time, until it is much lower than it was when the signs were made. And so does the ground get lower. Always, everywhere, all the time.

All over the country are the sign marks of my people. Many of them we know and understand, but the meaning of most of them is forgotten. They were for the benefit of the Indians of early times. In those days there were no trails, no roads, no ways marked at all. But after, things were different. Then were good Indian trails over the valleys and mountains everywhere. Then it was that the meaning of the sign marks was forgotten. People no longer depended upon them for the way and water. There are the painted sign marks in Andreas Canyon, but no one reads them today, they are fast fading now.

## SUNDOWN OR SUNSET: HERBS AND MEDICINE

At a spring on the east side of San Fernando Valley there lived a very fine young woman. Many young men were trying to marry her, but she would make love to none of them. Some boys were talking among themselves about her, and one young man called Gopher Blue, that came visiting from the east where the sun rises, said that he could get her. But the best of those young men could never marry that woman, so they were pushing him and throwing dirt at him, and making fun of him.

102

103

ACC0005405

This young woman living at the spring went every morning, just before the sunrise, to the pond of the spring, and took a bath. She came out from there and turned backward to the Sun's rays, so that the sun would untangle her fine long hair. Always she did that every morning.

So she went this morning, and as she jumped in she found Gopher Blue there. Now Gopher Blue was a very bad young man, and this fine young girl, like fine young girls ever since, took up with this worthless one, when she could have had the best ones among the people.

But Gopher Blue soon went away to his home, and left her. He belonged a long way off, and he never came back. Then she was thinking much, and made a song about the bad way she had been treated by Gopher Blue.

Before they were born, she knew that there would be twin sons in her house. The first one to be born she named *Sato Hota* and the second one *Para ak ke*, and the son of the second one that she knew would come to him, she named this grandson also and called him *Para hou e*. Then she gave herself a name, and she called herself *Tum et pa he wa* which means the sundown, or sunset. Now this story is one that often is songing at the Indian memorial fiestas.

In time the twin sons were born. When the mother went away to gather wild seeds, she put the two children in a basket and hung it up. Then from a long way she was always songing, so that the children could hear her voice and be comforted. As time passed and the mother went each morning to gather the wild seeds, the boys became larger and climbed out of the basket to play about, but at the time she was to return, they climbed back into it again. This they did until they grew to be quite large boys.

Then, when they had become almost grown men she sent them across the valley to gather wild bamboo for arrows. She told the older one to get them with short joints, and the younger one to

gather them with long joints. In the morning they went a long way before coming to the place where the bamboo grew.

When they saw how fine the bamboo was, the oldest brother wanted to gather the stalks that had the long joints, but the younger brother said: "You know old Sundown told you to take the short joints, and for me to take the long ones."

They settled the quarrel, and they did as their mother Sundown had told them to do. They gathered the bamboo and took it home. Their mother told them to put it away for drying, which they did.

The next morning Sundown told them to go a long way off till they came to the cliffs where an eagle had a nest. Sundown told the older one to take the young eagle of dark color, and the younger one to take the one of white color. They went and came to a very steep bad cliff. The next was so high it could scarcely be seen. They asked each another what they should do.

The older brother said that they would have to fly over, but the younger one said that he would turn into a feather, and his brother could blow him up to the nest. This he did, and the older brother stood close to the cliff, and taking the feather on his hand, blew it and it floated up slowly to the nest. He took the dark bird first, and threw it down to his brother. The white one he threw down next, but when he had gone down he found that his brother had taken the white one.

Then he said: "You know old Sundown told you to take the dark one, and me the white one."

Now the boys were a long way from home, up in the mountains, and it was getting late and cold and snowing. The wind blew so hard that they left the eagles and started running for home. When they came home they told Sundown that it was late and rainy and snowing and cold, so they left them and came home, and that the older one wanted the white one.

Sundown told them that they had been quarreling, that they must not do that way, because that was what had started the rain

ACC0005406

and the snow and the cold. She sent them back. They went and brought the eagles home.

Then they started to make a flute for music. They tried many times, but could not make any music on it. Blow as hard as they could, they did not make a sound. The mother told the oldest one to come near so she could put her hand on him, and then told him to try and blow. This he did, and made a sound. Then she did the same to the younger brother, and he did the same. At daylight every morning they played the flute and sang a long song about the open pass in the sky.

Away north lived a couple of sisters who went to a pool every day at daylight, to take a bath. One morning these brothers were playing and singing a long way off as the girls went to swim.

The youngest one went in all under the water, and she heard the music which was so pretty, and she told her sister: "Oh! I hear something so nice." But the other sister could not hear anything. Then she went in under the water, and they both heard the music. They said that they should go home. "But take my heart (my courage) and we will go there and hear it." So they started and came to the place where the big lizard lived.

He asked: "What are you people doing around here?"

They answered that they had heard something so nice, and that they had come to see what it was.

Big lizard said, "I was playing this morning, and I think that is why you people came."

They asked him to try again; that they would like to see and hear him.

So he said, "All right!" And he jumped under a rock and rattled some dry leaves and sticks. Then he came out. The girls told him that was not what they had heard that morning, that it was worse, so they laughed and walked away from him.

They went on and came to a big owl, and the owl asked them what they were doing there so far away from home. They told

him that in the morning they had heard something very nice, and that they had come to see.

He said, "Oh! I was just playing this morning, and I guess that was what you people heard.

They asked him to try again—that they would like to hear. So he tooted and hooted, and they said it was not that way, it was different.

Now old Sundown went away from her home. She picked up a bug, and when she threw it to one side it became a deer and ran away through the bushes. When she came home she told the boys that she saw something that made a track, and told them to look for it. They went and chased it, but never saw the deer, only the tracks. They went so far they missed the tracks. They looked all about, but could find no more.

The youngest one said, "Old Sundown is only fooling us, it was nothing. There is no such thing as a deer."

As it was nearly sunset they sang a song to get home before dark. They jumped and ran home. They were so tired that they went to bed early to sleep. The girls were coming nearer, too, and the old woman knew. Then in the dark of the evening they came to the house.

The old woman told the boys that something was outside— that they better go and look for it. So they took an arrow and went outside and looked and looked around the house, but could find nothing. They went and lay down again.

In a little while the old woman said again that there was something outside, they had better go and look. So they went again outside the house and did not see anything. This they did three times.

When everything was quiet the girls went into the house. The old woman was waiting for the girls, and they all got acquainted. The boys played the flute and sang, and the girls knew this was the right place to come.

ACC0005407

Now the girls liked the brothers, and the second son loved the second daughter, but the older son did not care for the girls, and only remembered the house of his mother. After living there some time the older daughter said they must return to the house of their parents, so they went back again.

Now the younger brother had made the second sister his wife, and he longed to be with her. The brothers played a game of shoot the arrows, and the one who shot the arrow the farthest had the turn to shoot again. The younger brother would always win, so that the older brother could not get back. So he asked his brother why he came so far, and the younger brother told him that he wanted to go to his wife. But the older brother said that before they did that, they must return to their mother, which they did.

They told their mother that they would string two strings tight, and if anything happened to one of them, one string would break, but if anything happened to both of them, both strings would be broken. Then they went straight to the place of the girls' people.

The two girls lived along a short way from their father, and as the brothers came to the house they wondered how they were going in. Now this marriage was done with the consent of the boys' mother, but was not according to tribal laws. It was the same kind of marriage as Sundown and Gopher Blue made. It was against the laws or songs.

So one brother said to turn into a rock on the inside. The other said no, that they would turn into smoke, and go down the chimney. This they did, and the girls knew them.

There was a man in that tribe, and he was called a guesser. He always had ideas, and he thought some one was at the girls' home, so he asked a small boy to go to his aunt's house and see who was there. The boy did not want to go, so the guesser man bribed him with a handful of popcorn.

He went till he had eaten the corn, and then he turned back and said, "Nobody is there."

The man said, "You did not go all the way." The man gave him more corn, and the boy went till he had eaten all, and came back again. But this time the man gave him a lot of popcorn, and the boy went all the way and came back, and said two men were there.

Then they gathered together and killed them. A coyote man was among them, and he said that he was going to kill them, but a chicken-hawk flew high above and came down the chimney and killed them. Coyote went into the house and put some of the blood on himself, and then said that he had killed them himself. After that the people took their bones and made rings for shooting arrows through, and other games.

Soon after this the wife of the second son had a child, and the coyote said if it was a girl it could live but if it was a boy he would kill it. When the child was born it was a boy, but the grandmother told coyote that it was a girl, so he left it alone. After a long time the coyote found out that it was a boy, and was trying to kill it, but the grandfather would not let him do so, for he said it was now too late.

Now, when the games were being played, the rings of bone which belonged to his father and uncle always came near to him. This they always did as the boy was growing. One day he told his mother and aunt that when they played the games, the rings always came to him, sometimes to his feet. They did not answer, but started to cry, and they cried a long time. The girl's father said it was not right to cry so long, and he sent the boy to tell them to stop, but they did not stop.

Then the mother told the boy: "These are not your own people that you are living with, and these bones are the bones of your uncle and your father."

This boy was by now a grown man, and he stayed in the house

ACC0005408

all day, thinking, and the next day he went up where they were playing, and he stood in the same place where he had always stood, and the bones came rolling to him. He picked them up, and ran away with those bones, and took them to a spring, and put them in the water.

Next morning early he went to the spring, and he saw his father and uncle standing in the water. He told them to come out of the water. He told them three times, but they laughed at him, and told him that they could not come out of the water, because they had no meat and blood as he had.

He said to them: "If you can't come out, then you are going to be the fish and never die, but live in the water."

Then the boy's mother told him that he had a grandmother living, and the boy knew it himself, and one day he told his mother that he was going to look for his grandmother. He went by the same trail to the same place where his father and uncle had lived, and he saw where they had slept on the ground, and he drew a mark about each place, in the shape of a man, and he lifted the dirt to try and make it stand up, but the dirt fell down, and they told him he could not do it, that there was no meat, no muscle, no blood, nothing.

Then he went to where his grandmother was living. She was very, very old. She was lying down, and could not help herself up. She was lying under some brush, and the coyote people would come and laugh at her, and throw things on the brush. This made the boy very angry. The grandmother told him all about what had become of his father and his uncle, and the boy cried.

Then the boy asked: "Grandmother, what did you used to do when you were young?" And she told him that she used to bathe in the spring, and he told her to go and do it again. This she did, and came out a young woman.

The boy killed all who had made trouble for her, as they came, one by one, but the coyote first of all. Then, from San Fernando they went to the Colorado River, and are living there in a cave.

Now the coyote used to call the boy's mother his sister, and the boy his nephew. The boy asked his mother why it was that his uncle coyote always went away every day, always took something, but never brought anything back. For a long time his mother did not answer him. Then she told him that coyote went away to the Fire Whirl, to gamble.

After a while the boy asked the coyote what he did, and the coyote was ashamed to tell him. The boy said that he was going along too.

The coyote told him, "No," but when the coyote went again, the boy was following. The coyote was near to the place when he turned and saw the boy, but it was too late.

When they got to this man, the Fire Whirl, the boy began playing about, and because they thought he was too young to know anything, they began playing a game something like peon, with four black sticks and four white sticks. In this game they were gambling, and the Fire Whirl was winning all the time from the coyote.

The boy in playing was passing near as the coyote was hiding the sticks. First he said, "Oh uncle, say you see the new moon, so you can win."

The Fire Whirl said, "Oh nephew, it is not time for the new moon."

Now the coyote was afraid to say anything, for he did not want to get his nephew into trouble.

But the boy said, "Uncle, you say there is a new moon."

So the coyote said: "The new moon," but it was not very strong, because he did not want Fire Whirl to hear him. So he won. Then the boy went on playing, and did not pay any attention.

Then they played again, and the boy came and said: "Uncle, you say the quail is having eggs, and you can win. Say so, Uncle." So he did, and won.

ACC0005409

Then the boy said: "Say the quail are having young, so that you can win."

Then the Fire Whirl said: "Oh, our nephew is mistaken, it is not time for the quail to be having young."

Then the coyote said so, and a quail passed with her family of young.

The Fire Whirl said: "You are getting ahead, coyote, you had better get off and let our nephew play."

The coyote was crying, but the boy said it was all right, that he was going to, anyway. They played and the boy won every time. All the animals came and played and lost all they had. Then they bet with their lives, and when they lost Fire Whirl killed them and threw them in a pit.

The boy bet on the lives of all these animals. He won every time. He won back everything, so they had their lives back, and made a big dust everywhere, going back home.

When the boy had won everything, Fire Whirl bet his own life and lost it. Then the coyote was crying hard, because he thought the Fire Whirl would follow them always, but he helped the boy cut off the head, and it went jumping along for a long way, till it hit a rock and started a fire which burned it.

The coyote ran away, but the boy was standing watching, and then he put the mark. The fire started to folow the coyote, but when it came to the mark the boy had made it stopped and could not get across. That fire could go anywhere, in the water, or on the land, or the air, but the boy stopped it.

When everything was quiet again, the boy was going to a fiesta. He painted his body around with stripes, so that it looked like a rainbow.

His Uncle said: "Oh, you can not go like that. The people will not like it and will pay no attention to you," but he went anyway, and they paid more attention to him than anyone else.

112

## THE PEOPLE WHO WENT TO SEE THE SUN

The sun and the moon both lived in houses built of brush, like an Indian, but Montezuma lived in a big house, like a white man.

The Santa Rosa range runs down east to a point where there is a spring—*To ba*. Here the Indian people lived for many, many years. Not the first created people, but the tribe of *Cow nuk kal kik tem*. They did not live right at the spring, but about ten miles beyond it. This name means a small tree that has an oily seed, much like a coffee bean. This tree grows there.

In this tribe were some older people who put up signs to gauge how the sun shone. They found that they had to keep moving the stick to the right for a long time, and then to the left, and so by this means they discovered what times the birds had their nests, and what times the animals had their young, also what time the plants grew, and the time the seeds were ripe. This they did year after year as they studied the signs of the sun.

Now these people looked out over the desert on a smooth plain. There were no mountains, no hills, and they saw the sun rise up from the level plain. They thought it was near, and in the winter it came out so quick and looked so very near!

When the sun swung to the north and the moon showed quartered by day overhead, or west, they knew by the signs of the sun and the moon when the seeds of certain plants were ripe, and they got ready to go away and gather the harvest. Every plant that grew, the nesting time of all the birds, the time for the young of all the animals, the time of the young eagles, everything they learned by the signs of the sun and the moon.

They studied the north star, how it turns about, and the seven stars, and the morning star—all this helped to know when to go and gather their food. The month that the road runner flies means certain things, and the habits of many other birds and animals all meant something to these older people who studied the signs of the sun and the moon and the stars and the animals.

113

ACC0005410

In those days all of the people walked and carried what they needed with them. Many herbs and seeds which they used for food were long distances away, so instead of arriving at the harvest fields of trees and plants too soon or too late, they studied the signs of the stars, the sun, and the moon, and gathered their fruit and seeds and nuts at the right time.

Many things were talked over by these wise old people. They argued all of the time. Some thought that they were directed by the heart, and some argued that without the eyes and ears the heart would not take them anywhere. Some said that it was the eyes and ears that were the most important, for the eyes and ears saw and heard what was needed, and that the heart carried them to find it. Thus the oldest people of that time talked.

Now these people watched the sun come up every day (South California), and every day they wondered how near and how far it was. Some thought it was very near, and some thought it was very far. At last they made a plan that they should find out, and who would be the best ones to go and see.

Many of their sons with whole families started, each one fearing that the other one would get to see the sun first. These people believed that the sun was quite near, because they could see it rise up out of the ground at the far end of the valley. They made a plan before they left home, that they would use certain words whenever they needed food or water; so whenever they came to a spring they first used the words planned on—*Hi ca,* which means asking for help farther on. It was asking for more power. If they came to a river, they used this word and were helped across.

Some of these people who became very tired or very hungry would want much food and water at once, and did not use the word. These people were not helped forward, but became rocks or trees, or sand, or water, or anything that was along the way.

As they went along, each day expecting to get to where the

sun rose, many years passed. People died until out of all the many people who left their homes to see where the sun came up, only one young man was left. This young man went on alone, and came to the banks of a great river. The banks were filled with stumps and logs. He gave the words and threw himself in.

At once he became a small hairless animal, somewhat like a new-born mouse, and he was lying so small among the stumps at the edge of the river. The morning star came up and found the little animal and took it home.

Then the sun saw the little animal and told the morning star, "It was not coming to you, it was coming to me—a great many of them, but all the rest were left on the way, in trees and rocks and springs and things."

So the morning star gave it to the sun, and the sun took it home and kept it for a long time, when he became a man again.

Now the sun lived in a brush hut much like the huts of the older Indian people. On leaving each morning the sun left the young man in his brush house, and told him not to visit the moon or any other place, but to stay in the house. All around the inside of the house were great ollas sealed over the tops with tar, and the sun told the young man that he must not touch any of them because they were not food or anything like that.

Growing at the front of the house was a high willow tree, which the sun climbed to start out from each morning. As the sun left every day a streak of fire went up the tree, but when the sun rose in the sky, the tree became green again. Always it did this.

There was also a green tree which grew corn. The sun would send the young man to bring an ear which the sun roasted or boiled. Then he would give it to the young man, who would eat; and as he turned it around the corn grew on the cob again, and he could not eat it all. Then the young man handed it to the sun, who would take two or three bites and finish it; and when he

ACC0005411

finished it he would throw it at the tree where it became fixed and grew green again. This was their only food, which they ate both morning and evening.

This went on day by day for a long time, and the young man began to get restless and looked over to the house of the moon, where he could hear the noise of the moon making ollas. Every day he wanted to go to the house of the moon, but the sun had told him not to go away or to touch the ollas.

One day after the sun had gone off, he went over to the house of the moon, and he saw, but not near, a woman making ollas. The young man did not have much power, and he dropped down dead.

When the sun came home he looked for him and tracked him. He saw the tracks going over to the house of the moon. Then he found the body lying there dead. He picked him up and carried him home, and brought him to life.

The young man stayed on longer at the house of the sun. But one day he began to wonder what was in the ollas, so he took a live coal from the fire, and held it up to melt the tar off. After he had made the tar soft, he raised the corner a little, and small insects like flies or bees began flying out. The young man was so busy getting the cover off, that he did not notice them. But as he turned his head he saw many warriors standing behind him, who had come out of the olla. These men shot him full of arrows, and tore him all to pieces, which they threw and scattered away. His guts they strung all over the bushes.

When the sun came home he looked for the young man, and when he found what had happened, he gathered up all the pieces and put them together. Then he brought him to life again. He called all the warriors together and sent them back into the olla and plastered them in again.

Now when the sun came home at night he would tell the young man what he had seen happening along the way. And when

he passed through the valley which belonged to the people of the young man, he would tell him about the fiestas they were having, or the funerals, or what else might be. So the young man began thinking about his own people, and wondering if the sun could carry him home. He asked the sun if he would take him home, and the sun told him "Yes," but he would not put him at his home, but a little way from there, and he could go the rest of the way by himself.

So one morning when the sun went up, he took the young man with him; and going over the young man saw his own home. But he went away to the west with the sun, who dropped him in the home of the wind, across the Pacific Ocean.

Then the head chief of the wind called his men to go hunting. When they had had supper they gathered together in a great fiesta house, where they talked and laughed about what they had done that day. Whom they had found hiding, what they had chased, and what they had killed. As the young man listened, he thought they were speaking about animals, but he began to talk to a young man, and he found out that they were the wind, and that they had been to the valley of his own people.

He asked if they could take him home and they said "Yes, we can take you." They told him that they were going next morning early, and that he must come there, and they would take him along, but he must shut his eyes.

He came that morning, and two young men stood him in the center between them, and told him not to open his eyes until they told him to do so. Then the wind started up quick, and the two young men held him by the arms, and they came to the top of the sea. They came very fast to this side, and then they told him to open his eyes, that he was on the ground now. "This is your home," they said.

They dropped him quick, and with a whish and a laugh went whirling on. Then he walked to his home, and many were left

116

117

ACC0005412

who knew him, and that he was one of those who went to see the sun.

Now before the sun had taken him home, he gave him his advice—not to tell anything for three or four days, and that he would advise him as he passed overhead every day; and that he saw and knew many things, and if he would not tell anything for three or four days, he would give him the benefit of everything he knew.

But the people began asking questions. They all gathered together, and the head men they all asked where he had been, and what had become of the others, and what he had seen, and what he had done. The young man became tired of being asked so many questions all the time, and he told them to gather wood to build a fire in the fiesta house, and he would tell a story about it.

So they did that, and he told everything that had happened since he left them. When he had finished in the morning, the sun rose and he dropped dead. The sun never brought him back to life again. The name of this young man was *Sou wit ta wa,* which means "the star found him."

### HOME LIFE OF THE INDIAN PEOPLE

In the early beginning, Mo-Cot, the creator, taught the Indians how to make houses for themselves.

But since the people came from that place where everyone had the same kind of house, because of the cold and snow and ice, they have built different kinds of houses, for in some places it is warm, and other places very cold, while other places are only cool, and so the people came to learn different ways to live.

Some people say that the Indians do that way, or the Indians do this way, but the Indians used whatever they had to use; used different houses, different clothes, different food, everything different in all countries. The Indians used whatever grew where they made their homes.

They have different stories, too, of things that happened to their people and their head men since they separated. But the story of the first beginning is the same among all the Indian people.

I write more of the Fifth People, because they are my own people. They lived everywhere in South California, even on the Islands. These people always lived in the land of sunshine. They did not need the tight houses or the many skin clothes that the people of some other places needed.

Here on the desert we used the leaves of the palm trees to thatch our roofs and sides of our houses. In summer the people lived most of the time out of doors. They had ramadas made by some poles covered with palm leaves or brush covering. Also in the camps they made, during the gathering of wild seed, nuts and plants, these ramadas were used for short time camping.

But at our homes, where we lived in the winter, we had strong shelters to keep out the cold winds and the rain. In some places where the palm trees do not grow, the tule, which grows about the water places, was woven into tight mats, very large and strong; these would hold water, and the people would thatch the roof and sides with them. In some places the people had adobe mud, plastered on brush and poles. This made strong, tight houses.

In this country there was very little need of fire to keep warm in the summer time. But in the winter a fire was made on the floor of the house, for warmth, and also to cook the meals. In summer a small fire was kept, outside the house in the ramadas, to cook the meals. The fires were made of different kinds of wood. Some made coals that kept burning from one day to another.

When hunting, or away from home anywhere, the men brought back pieces of this wood that kept the fire a long time. The older men used to look after the wood for fires, and the boys helped them. They had no axes or anything to cut wood with. When they found logs too heavy to carry, they built small fires along the log at short ways, and worked it along as it burned, and in this way the big wood was cut into small lengths.

118

119

ACC0005413

When the Indian women were gathering wild seed, all the people brought back pieces of this long-burning wood. That was very important, for the people had no way of making fire, only rubbing the sticks, which took a long time. So they were very careful of the live coals, always taking some buried in ashes in the bottom of small ollas (clay pots).

All about the homes of the Indians were stones of all kinds, shapes and sizes. A great many of them were used for many things.

In stormy weather, when no one could go away hunting, they used the seed, which the mothers always kept sealed away in ollas. This food that was stored away for future use; it was not kept at the homes of the people, but was hidden away in secret places. The Indians always respect the rights of others. This food was never disturbed—it was always safe for the owner.

For meat they had much. They hunted the deer and mountain sheep—so many of them, so many antelope! There were bear, too, in the high mountains. These the strong young used to hunt. Then, near at home, the old men, who could not make the long trails or carry the heavy game any more, hunted near their homes the rabbits, the quail, the doves, the squirrels, the rats and much other small game. They made traps of flat rock raised on braces that fell on the animals below, which they gathered up in the morning.

They also used water jars. These were put into such places that the game would fall into the water and could not get out. Netting was woven into long bags, some large, some small. These were put in the run-ways of rabbits. Once in, they did not know the way out. They used a long pole, raised and set with a string, which fell on the animals below.

These people had many ways of catching game. They were always making new ways. The old men had nothing to do but gather wood and hunt. This they did every day, and never got tired of it.

In the spring when there were young animals, there were many ways of making sounds like the mothers calling the young, and many were found and caught in this way. Men and boys often chased rabbits on foot. Each one knew and followed his rabbit. They enjoyed this sport—sometimes bringing home many rabbits in an afternoon. Sometimes they would make a long circle trip, and in warm weather they put buried ollas filled with water at different places where they passed.

Often during fiesta time the Indians went on what they called rabbit drives. The first and second rabbit was given to the guests at the fiesta house, but the rest belonged to the hunter, who could use them as he pleased. This was done at the first three days of the fiesta. They went in a body, keeping quite close together. Some carried stone axes, clubs, bows and arrows, sticks, anything to kill the rabbits.

All had certain places in the drive, the ones who came last, behind, carrying net bags to bring the rabbits in. Those who carried the bags and gathered up the rabbits always did that part in the rabbit drives, and their sons after them. Each had a certain part which was his to do in all affairs, and his sons after him.

They all made much noise, shouting and calling as they went. This frightened the rabbits, and as they ran ahead they were over-taken. They were driven into places that made traps—they could not get any farther. Before the fiesta the head man sent out all the best hunters, so there was always plenty for the people to eat at fiesta time.

The women prepared the corn and meal for bread. The acorns were ground into meal for mush. This acorn meal was called *we wish*. There were the gardens with corn, squash, melons, beans and many other things. The squash was peeled, cut into strips and dried for winter use. Also corn and beans were stored away.

When more meat was brought home than could be used fresh, it was cut into strips and dried by the sun for future use. This was called in Indian *Ho me nat wa ish.*

120

121

ACC0005414

There were no pots, pans and dishes, forks, spoons or knives, nor anything of that kind such as used today, so the Indian mothers and wives had to make all that they used out of stone, bone, wood or clay. They made many kinds of baskets; some for storing food were made of coarse sticks. These were made tight, safe from insects and small animals. They were sometimes covered with adobe. They were set on posts on top of the houses, sometimes in the yard, or often in trees—any place for safe keeping.

They made great flat baskets for separating hulls from seed. This was a very hard thing to do, and was learned only after much practice. They made all shapes of baskets; coarse ones and fine ones, plain ones and ones beautifully decorated with Indians' pictures. In the early days the Indian pictures were always about the Indians' songs and legends, but in late years this is not done so much. The pictures now are more of other things, to make the baskets and ollas and bead-work look pretty.

The mothers made basket-work dishes, plates and cups, and bowls. The baskets were not set over the fire, but were filled with water and set one side. Small flat round stones were heated in the fire, and then handled red hot with two sticks which fitted into grooves on each side. By changing the rocks in the fire, the water was kept boiling continually.

Now down under the world the soil is fine, like clay, some red, some white. The Indians find places where this clay has come up through the ground. In some places the clay is fine and better than in others. The Indians know where the best clay is found. Some places it is found below the surface, and other places it is at the top. This clay is used by the Indian people for many things: for cooking pots, for holding and carrying water, for storing grain, fruit, seed and meat. Bowls, plates, cups, spoons and cooking dishes are made of it.

Now as the older men see about getting wood for fires and the small game to be had near home, so the older women who can

no longer work at different things, have their part to do. They do most of the work done in clay. They always fix a place, shut in usually by a fence or brush, where they can work and not be bothered. The children are not allowed to play in these places where the wet clay is being used. As children we were always looking through the fence to see all the new things being made, but we did not go inside. I remember grandmother looking very cross at us.

The dry clay is first pounded fine, then mixed with water. Strings of this are rolled out over the outside of a basket, till they are like long pieces of rope.

This is wound around on itself, a flat smooth rounding stone is held inside the olla, and as the long string of clay is wound around more and more, this stone is held against the wall on the inside, while a paddle, usually of wood, is used against the outside wall. This inside rounding rock gives the pot a round shape, and so the things are made.

These things are often broken, so the ones used for cooking and common work are made coarse and plain. But many of them are of very good work, and have different shapes and colors, and pictures on them. Some of them have large openings at the top, and some of them very small ones. The small openings are finished by hand. The inside rock is taken out before the top gets too small, if the jar is for water.

When these things are well dried they are painted with different colored clay, often red. They are then baked in a pit with a slow-burning fire, usually made with mesquite tree bark. This is finished in one day. Sometimes it is left in the fire pit over night and is finished by the morning.

This clay was also made into smoking pipes for tobacco. These pipes were called two names: the pipe of the ears, and the pipe of face. The ears of the pipe were good to hold it. The pipe of the face had a nose and a mouth, and eyes. Some of the pipes were

122

123

made fancy, by sticking the Indian shell money *(wampum)* on while the clay was still wet. The pipe was then baked, but the shell did not break.

The obsidian glass, or flint, was found in many places. This was used to make knives for cutting and skinning, also arrow points. These knife points were made of different lengths, and chipped to an edge on each side. The long, slim, sharp, pointed ones were used by the hunters. Among all the peoples of the world, the American Indian does the best work in cutting stone. There has never been found any people to equal them.

The thing used the most in the women's work was the stone mortar. This was made of solid round rock that was hollowed in the top—called mortar in English, *ean bojol* in Indian; the pestle, English, and *Pa ol* in Indian. A hole was pounded out in the center, which became deep enough to use for grinding meal, hulling grain seeds and nuts. A long slim rock was used to do the pounding and grinding. This rock is named a pestle by the white people. These mortars were sometimes made, many of them, in a solid ledge, such as can be seen in the Andreas Canyon at the cliffs, or Snow Creek.

When the hole in the mortar was first started, it was very small, too small to use for the grinding, so the Indian women cemented an old basket which had a hole cut out in the bottom, onto this rock which was to be made into a grinding stone. There was plenty of cement to be used. It was found in many places; also tar and oil. The nuts and seeds were put into the basket, which was kept on the rock till a hole was made deep enough to use without the basket.

The coarse meal was ground in these mortars, but when it was to be made into fine flour it was taken from the mortar and placed on a metate stone. This was a long, narrow stone, and the flour was made finer by long rubbing. A round stone was used for this. But as the flat metate stone was used a long time, it

became hollowed in the center, sometimes several inches deep. Then a hand stone, made to fit in the hollow, was used. These stones are called hand stones in English; manos, Spanish; *Ta Resh* in Indian.

Bone was often made into things to work with. The punch or awl, used in making the holes in the basket-work, was made of bone; also the needles used by men in sewing buck-skin clothes and in making moccasins.

About the springs and water places grew a weed that was called by the Indians *Wish*. This weed grew about four feet high, and had a slender stalk, like thread. When the plant was ripe it was cut and dried; the bark was scraped and the thread taken out. It was then ready for use.

It was used for many things. It was very strong, and was used to string the Indian shell money. It did not break. It was woven into string, twine, and rope. It was used on sling shots. It was woven into nets for trapping. It made nets for carrying ollas and baskets. It was also made into cloth for clothes and caps. The bark of the cotton-wood trees, the mesquite trees, and the willows was sometimes used, but it was not so strong. The *Wish* plant grew very thick, and was gathered by the armfull. The fibre of the wild century plant, or mescal, was used for shoes and netting. It was strong, but very coarse.

The hide of the rabbits was cut into long thin strips, and while wet was twisted with the thread of the *Wish* plant. These together became very strong. This cord was strung all about overhead in the houses drying. From this was made clothes for men, women and children. Skins were tanned very soft, and were used for clothes. Some of these were made very fine, and trimmed with beads and feather work.

Now many things that the people could use, and needed, were often to be found only at other places, some tribes having some thing that another tribe did not have. For instance, salt, which

124

125

ACC0005416

was thick on the ground at Salton Sea. Those people living near there had much salt. This was a long way from some of the tribes, so salt was exchanged for other things the people near the salt beds did not have. The same with volcanic glass *(obsidian)*, used for knives and arrow points—so many things.

The Indian had ornaments long before other people. They mined silver and gold. The early Spanish, who were the first to come among us, said that we had no gold or silver mined, and never used it till they, the Spanish, came; that we did not know anything about it till they came.

The trails of the Mexican Indians joined with the trails of the California Indians, the Arizona Indians, and other tribes also. Those Indians liked the gold and silver very much. The Indians went to bring the gold. Always the white people wanted to know where they went to get it—always. Then it was the Indians did not starve so much. They used the gold they had walked over for much time. They mined gold and silver long before the Spanish knew this country was in the world.

From the high mountain ledges to the sides of the rivers, we saw the gold, we walked among it with our feet. Gold and silver were just like dirt and rocks in those times. It had not got to be money to buy things with. We knew it, and we had much of it, but our people we liked the turqoise. When the Indians were driven from their hunting grounds, they had nothing—not much hunting, not any gardens. Then they learned that these new white Indians among us, they liked the gold that we had walked over since the early times.

The Indians used many beads. They were made of quartz, agate, opals, turquoise, and tourmaline.

Of all the stones, turquoise was the one liked most. It was used in rings, bracelets, and beads. Beads were sometimes made of other things, such as bone, wood, stone, seed and ivory. The ivory ornaments were very common. Ivory was used by the early people—not the tall ones.

A tusk of ivory fifteen feet long in those days belonged to a very small elephant. Today there are no elephants alive in this country, but the skeletons and tusks are sometimes found. In the earlier times there were many of the elephants here, and also animals that are not known about at all these days.

The precious stones were polished until they would shine like glass. The Indian people always liked pretty things very much. Their moccasins were many times solid bead-work. It was not till the white man came that glass beads were used. The Indians decorated everything. They made stone axes which had a hole drilled in one end of the blade, in which a handle was fastened with strips of raw-hide. These were not used for cutting wood, no, but for breaking the joints and bones of game. The decorated axes were not used commonly, but for ceremonials.

It has been thought that the Indian tribes did not have any business with the outside tribes; that they must have been very lonesome living only among themselves. But this is not true. The Indian tribes were acquainted, both men and women, with each another, and had good friends in other tribes for many miles around. Each tribe had the fiestas. Other tribes came and visited with their children, all of them, through the fiestas. They knew all about all the other people, and what they were doing, and if they were sick or well. Fiesta times were happy times. Everybody went to the fiestas. Proud parents carried new babies to show—children became life friends ever after. The Indians were not lonesome, they were a friendly people. Everybody planned to meet each another at the next fiesta.

Husbands were kind to their wives. Parents loved their children very much. The father was busy providing for his family; the wife was busy and happy caring for her home, but they had time for play, too. The girls had dolls to play with. These dolls were made to represent the people in the songs and stories, so that helped the children to remember. They played games together

ACC0005417

with children, but loved to play at doing the work their mothers did, and so learned their ways before they were grown up.

The boys played and listened to the old men while they helped them. They learned to make bows and arrows, and to shoot straight. They learned to skin game and cure hides.

The baskets for the babies were made of the softest and the finest of rabbit skins. They were made on a stick frame with the fur on the inside, and could be set up against things, carried on the mother's back by a head band, or hung up. In nice weather when the Indian people lived outside the house on the ground, it was safe for the babies to be hung up. The floors of the houses were covered with soft skins and fine woven blankets.

At night, before it was time for the children to go to bed, some mother would tell a story. Then children from other houses would come to listen. They would lie around on the rugs and skins, and some would go to sleep before the story was started, too. Children like stories very much. They would make many books, all stories that Indian mothers told their children. They would put plenty of blankets on the floor for the children, and tell them stories about the sun and the moon and the stars, the air, the wind, the water, the sky, the world, and the people, and the animals and fish upon it.

### STORY FOR CHILDREN

So I will tell an Indian children's story, for the children of the mothers who read my book. Sometimes the stories were about the wicked spirits and what they could do to bad little boys and girls. Then some of them were afraid. They hid tight in the blankets, and were glad when their mothers came to carry them to their own beds at home.

But this night little *Now wish ment* stood in her mother's doorway and called to all the children in the village: "My mother is going to tell a story. She has put more blankets on the floor.

128

She is going to tell a story about the birds—the birds that live on our own desert here."

All the children loved the birds and they came to hear about them. They filled the house. Some were lying on the floor, some were sitting or leaning against each other when little *Now wish ment's* mother said:

Before the Indian people, much, much time ago, there was no one living here but the animals and the birds.

The Indian children had not yet come from the north. The birds were happy, they loved the desert always, but some years there was little water, the rains did not come, and sometimes the springs went dry, and then there was very little water to be had at all. Then the birds wished that they could live in a nice cool green place, and have water all the time.

Now they would never have thought of this if it had not been for the birds of passage flying over. The ducks and the geese they would stop for water and some feed. Finding so very little to eat and drink, they would rise and fly on, while other ducks and geese did the same.

They would often ask: "Why do you live in such an awful place, where there is no food and so little water? Why do you not go where we live, where there is always water, and the grass is green?"

Now after the birds had heard this talk many, many times, they began to ask each another if it would not be nice to live in a place of much water, where it was cool, and the grass was green. The more they talked, the more unhappy they became, and the more they were wishing that they had all been hatched out of their shells in that fine country. So they began having meetings to talk about it—the night birds as well as the day birds.

There came a time when it was drier and hotter than ever before, and there was less to eat. The birds looked up at the long lines of flying birds, and they could hear their talk as they flew

129

ACC0005418

along and away. They would not even stop to rest their wings in such an awful place.

Then the birds of our desert, they began to talk in earnest. Why should they live in a place like this, when there were nice cool lakes of water, and all the ground was covered with green grass and fine large trees? They could all fly as well as the ducks and geese! They decided that they would all fly away over there, every one of them. The night birds said they were going too.

So the day birds held a meeting and elected the crow to be the captain. The night birds held a meeting the same way and place, only it was night time, and they elected the owl to be their captain. The day came to start. All the birds gathered, all songing, so happy to leave the hot dry desert and never come back any more.

Then Captain Crow gave the order to start, and all the birds rose in the air, every bird except one. The mocking bird decided that she would not leave her home. There were so many birds in the air that they darkened the sun. The sunlight could not get through—all the ground was a dark shadow. Then they flew away and beyond. Happy birds!

Now, as soon as the shadows began coming in the evening, the night birds all began gathering together, every one of them. Captain Owl gave the order to rise in the air. They all flew up and they went on, so very many many of them. The sky was so full of them, it was just one sound of their talk.

They flew all night, and just as day was breaking they came up to the day birds that were just starting out. The day birds told the night birds that they were very happy to leave the desert, because the ducks and geese spoke true words. They were finding everything just as they were told it would be. So every morning as the day birds were starting out, the night birds came to go to bed, and they exchanged news of all that happened during the past night and day, and so all over the mountain the day birds were one sleep ahead of the night birds.

They were songing as they went—so very happy. They liked the cool air, the green trees, and the cold sweet water, like the springs on the desert in winter time. At last they came to the place that the ducks and geese had told them about. They wondered why they had not believed and come to this nice place long long before. They flew in the tall trees, they played in the green grass, they bathed in the pools, they ate the fruit and seeds and berries growing there.

After a time some of the birds began to feel a little cold, but they knew it was all right, because on the desert they were often quite cold in winter, but the sun always came out soon to warm them. So they ruffled up their feathers and hid their heads in their wings, waiting for the sun to shine.

Each day the sun shone less and less. The ducks and geese had told the birds all about the lovely summer, but they forgot to tell them that they were leaving before the cold winter. All the birds began to suffer more and more. Some of them got sick and began dying. Their feet swelled and cracked and bled. The birds did not know what to do, so many of their friends dying and frozen in the ground. All the beautiful lakes and streams, the rocks and bushes, and the ground were frozen like one solid piece of ice.

Then Captain Crow called a meeting and ordered them all to come home to their own warm desert again. He gave the order to rise and fly towards the setting sun, but many could not fly, and were left dead and dying.

Then they came to the great mountain that they had loved so much when they had passed. It was all covered with frozen snow; there was no water to drink. All the pleasant springs were frozen hard, like rocks. The birds began to suffer more than before. Now the snow fell, the rains fell, wetting and chilling them through. The fierce winds swept them into the freezing ground; they were too weak to get away. There was nothing to eat—everything was frozen stiff and hard.

ACC0005419

The birds had only one thought—to reach their own desert before they died. They flew on but left most of their friends frozen in the solid ice behind.

There was great joy for the poor little birds that were able to get across the terrible mountains when they began to feel the warm air of their own desert below. When they reached home there were only a few of them left. The sun shone through them all right. They did not make any shadow on the ground.

But now after they were here again, and had got warm and strong, they found that the desert was still having dry years. There was very little to eat, and not much water, so they decided that the best thing they could do was to go down to the Salton Sink. There was always a spring of sweet water to be had there; not much, no, but always some.

So the crow called order again, and they all flew down to the little spring of good water in the Salton Sink. Here they were much surprised to find the mocking bird busy with her nest.

They remembered the ice, the cold and snow. They all decided that each kind of bird should make a song about the dreadful mistake that they had made, so that no birds would ever do anything like that again.

Each bird began making a new song, telling all about the terrible time that had come upon them, all about the loved ones that were dead and left behind. All these sad songs the birds were songing every day, so that they would never forget, until the mockingbird got so troubled hearing so many sad songs so much of the time that she forgot her own song and only sings parts of other birds' songs ever since.

ACC0005420

TAB 6



WILLIAM DUNCAN STRONG

(Photo courtesy Lowie Museum)

# Aboriginal Society
## in
## Southern California

By William Duncan Strong

*Foreword by Ralph Beals*
*Introduction by Lowell John Bean*

1987

Malki Museum Press

Morongo Indian Reservation

Banning, California

ACC0004589

William Duncan Strong was a complex and rewarding person to know, both professionally and personally. Born in Portland, Oregon, in 1899, Strong's first university studies were in zoology. His shift to anthropology occurred after he met A. L. Kroeber, who became his principal teacher, mentor, and friend. Although Strong's main concern became man and his works, he never lost his earlier interest in nature, and long before ecology became a popular word he was deeply interested in the relations between man and his environment.

Strong and I first met as students at Berkeley around 1924. The circle of anthropologists at that time was small, and we participated in the same discussion groups, moved in much the same social circles, and came to share some of the same lifelong friends. After he obtained his doctorate in 1926, he returned often to Berkeley and we also met at meetings. In 1942-1943, we were both at the Smithsonian Institution in Washington and had close professional and personal contacts. In later years, despite our residence on opposite sides of the continent, I saw a good deal of him in New York and California as well as at meetings. The longer I knew him, the better I liked him. Indeed, my first impression as a young man was of a very self-confident, even dogmatic, aggressive, masculine outdoorsman. Only with time did I discover that he was a gentle, sensitive, unpretentious, and even rather shy person. He enjoyed life, and he lived it with a good deal of zest. But he also loved all living things, including people. He had a deep hatred of war, cruelty, and injustice, and a contempt for the stupidities of bureaucracy. Indeed, his considerable success as an administrator when this role was forced upon him rested upon his ability to ignore or cut through bureaucratic irrelevancies.

In World War I, Strong crossed the Atlantic 30 times on convoy duty as a seaman in the United States Navy, although he did not set foot on European soil until 1960. His dislike of war did not stem primarily from this experience, however, but from his sensitivity to the suffering and death war caused. World War II was a difficult time for him. He had been revolted by Nazi atrocities and participated in war activities, but his principal satisfaction was the part he played in developing a series of survival manuals for the armed forces. He could not rejoice in victory but only mourn the casualties.

Similarly, Strong's love of nature was that of the student and observer rather than of the hunter. Everywhere he went he made extensive notes on the flora and fauna, even keeping a listing of the birds he saw from his Riverside Drive apartment in New York. On a long weekend in Palo Alto in the summer of 1955, we spent much

ACC0004590

of our time outdoors, and our conversation was frequently interrupted by his delight as he identified a new bird or plant.

Even in his archaeology, Strong never forgot that the remains he excavated and studied were the products of people seeking to meet the problems of living. His work in archaeology was excellent, whether in the Plains, Honduras, or Peru, but its originality owes much to his interest in ethnology and history. This is particularly evident in his early book, *An Introduction to Nebraska Archaeology*, and he is the principal developer of the direct historical approach to archaeological problems. His involvement in archaeology was in part a product of the kinds of jobs and research opportunities available to him in the 1930's and later. In his personal reminiscences, his experiences in Southern California and among the Naskapi of Labrador recurred frequently, and he once remarked to me that he wished he could finish with "these damned Peruvian potsherds" and complete his ethnography of the Naskapi.

In his ethnographic work, Strong preferred to live with the people he studied and to participate as fully as possible in their daily life. This sometimes led him into dangerous and even foolhardy behavior. In Labrador, he horrified his Naskapi companions by attempting to take the trail breaker position in soft snow in front of a sled team, although he had but barely learned to run on snowshoes. Had he fallen, the savage Naskapi sled dogs would have attacked him and almost certainly injured him seriously before they could be driven off. The sled train was thrown into confusion and delay while his companions removed him from his dangerous position. On another occasion in southern California, after observing his friends in a bull-dogging exhibition, he entered into the competition despite lack of experience. An element of bragadoccio no doubt entered into accounts of such instances, but Strong usually told them as examples of the worry and trouble he caused his companions through his stupidity and inexperience.

A foreword such as this is not the place for a complete review of Strong's contribution to anthropology but something must be said about *Aboriginal Society in Southern California* and his related paper, *An Analysis of Southwestern Society*. Together they illustrate Strong's liking for a mass of data, his ability to blend field work and documentary study, and his competence in organizing large masses of data into a regional analysis that illuminates the various social units within an area, characteristics equally evident in his major archaeological publications. He wanted to know not only what people did but why. Without rejecting the emerging functionalism, then still somewhat of a novel approach, he criticized its denial of history. Rather, as he

himself wrote, "either one of these approaches is even meaningless without the other." *Aboriginal Society in Southern California* is one of the earliest and one of the best efforts by a United States anthropologist to combine structural-functional analysis with historical data and interpretation. The work represents the most extensive and intensive field study of the Shoshonean-speakers of southern California undertaken up to the mid-1920's. It is the first to bring out in such detail the close interrelation between the organization and functioning of those societies and the ceremonial and ritual practices and religious ideologies. Strong was the last field worker to be able to talk with people who had lived in the various societies before the many changes and adaptations necessary to survive the massive impact of United States culture. His work is thus a major source of data on the past and, even though details may be modified, his analysis and reconstruction present the nearest thing to an accurate single account of aboriginal society in southern California we are likely to have.

In terms of modern anthropology, *Aboriginal Society in Southern California* is of course dated. Most young anthropologists today would focus on the condition of the contemporary Indians, the pressures of the modern industrial society of the area, and the ways in which the modern Indian has adapted to this society. Strong would approve of such studies as being more meaningful to the welfare of the people involved. But he would add, I am sure, that if one wishes to know how and why they survived and retained their identity, it is necessary to look behind the present. Certainly anyone who wishes to understand how it once was, or to understand the basis of the strength of character and intellect that made survival possible, must find *Aboriginal Society in Southern California* an indispensable source.

—RALPH L. BEALS

viii

ix

ACC0004591

cv-00883-JGB-SP   Document 85-7   Filed 10/21/14   Page 91 of 9!
#:1949

Several generations of anthropological researchers have drawn upon William Duncan Strong's *Aboriginal Society in Southern California* as the most valuable and richly suggestive reference work on native cultures of the region. Almost singlehandedly, Strong brought an ethnographic perspective into sharp focus and posed problems which have absorbed and will continue to absorb scholars for years to come. Any adequate discussion of his contributions—including newer findings which reinforce or conflict with his data—would require a discussion almost as long as his monograph. For that reason, I will attempt to confine my remarks to specific points which may assist the contemporary reader.

Strong's ethnographic collections are especially remarkable when one considers that in a span of less than a year in the field he was able to observe so much, record so much detail with such precision, and arrive at a synthesis of materials over a broad range of the cultural spectrum with such perception and exactitude that no scholar since has significantly challenged his findings. The data base which Strong established can be used by ethnographers, and archaelogists from many theoretical points of view. Where new interpretations have been made since 1929, they usually can be found suggested first by Strong or allowed for by his careful management of data relative to conclusions.

Prior to Strong's monograph, several talented scholars and students carried out investigations among each of the groups which he undertook to understand. In the late 1890's, David Prescott Barrows collected data on plants uses, material culture, and settlement patterns of the Cahuilla. Soon afterward, A. L. Kroeber began collecting a large number of artifacts in southern California and accumulating some ethnographic data on southern California Indian groups, particularly the Cahuilla and Luiseño, which he later published. Three other resourceful ethnographers also began investigations in southern California in the first decade of the twentieth century. Constance Goddard DuBois, a sensitive field worker with considerable literary ability, worked extensively among the Diegueño and Luiseño, concentrating primarily on religion and folklore. A storekeeper at Rincon, Philip S. Sparkman, painstakingly collected information on the culture of the Luiseño and some data in linguistics, folklore, and ethnobotany, which Kroeber encouraged him to publish. In addition, T. T. Waterman published several brief papers on the Diegueño and one of the first scholarly treatments of creation stories in southern California.

Almost a decade passed after these initial studies before anthropologists again turned their attention toward southern California.

ACC0004592

Meanwhile, a large body of literature was developing on northern and central California as a result of fieldwork by Kroeber, Edward W. Gifford, Roland Dixon, S. A. Barrett, and others. Then between 1916 and 1922, Gifford refocused interest on southern California, publishing a number of papers on social organization, kinship, lineage systems, and clans and moieties—all reflecting scientific advancements in the discipline of anthropology and its emerging preoccupations. In 1920, Lucile Hooper published the first general survey of Cahuilla culture, although its cursoriness became evident when Strong brought out his monograph. Edward H. Davis examined funeral practices of the Luiseño and Diegueño in two papers. Finally, Ruth Benedict spent a summer at Morongo Indian Reservation, Banning, working among the Serrano. Out of her fieldwork came two papers, one on folklore and the other on social and cultural material. Unfortunately, some of her data proved unreliable and later was effectively challenged by Strong.

The publications of these seven researchers and scattered minor contributions by others, mostly popular writers or amateurs, comprised the principal sources of ethnographic knowledge of southern California prior to Strong. In general, most of these works were narrow in scope, reflecting the specialized interests or limited training of their researchers, and the fact that few of them spent any significant time among the people whom they studied. Among such pioneer studies, Barrows' *The Ethno-Botany of the Coahuilla Indians* (University of Chicago Press, 1900) is a classic—the first professional ethnobotany and ethnography of a single California Indian group. Despite a lack of formal training, DuBois' literary approach and overwhelming personal concern for the welfare of southern California Indian people made it possible for her to collect highly esoteric materials in ritual and philosophy. Her monograph *The Religion of the Luiseño Indians of Southern California* (Berkeley, 1908) was the longest treatment on any subject of the period (186 pages), a rich source of ideas for many areas that Strong would explore in greater depth. Gifford's salient contributions on kinship and social organization—particularly his recognition of the nature of dichotomous social organization and the lineage and moiety principles as basic building blocks for social and political units in southern California—provided Strong with a conceptual model from which to expand his own inquiry.

Drawing upon such earlier studies, Strong set forth to assemble an ethnography that would encompass the Shoshonean-speaking people of southern California. In addition to ethnographic material, he reviewed a vast array of published and unpublished material from historical sources, archaelogy, and linguistics, defining problem areas to investigate in the field. The monograph that followed his research

is an impressive blending of historicism and functionalism—since he sought to comprehend the historical roots from which southern California cultural patterns derived as they related to environmental factors.

Strong's great achievement was to succeed in presenting an unusually complete ethnographic account from the perspective of both past and present. An indefatigable worker, he acquired the confidence of many of the most learned men in southern California's Indian communities. They trusted Strong and they assisted him in collecting an immense amount of data that made it possible to describe conditions as they existed in social, economic, political, and ceremonial life in 1925. Then, working through the memories of older people, Strong proceeded to attempt a reconstruction of the patterns of change in these institutions back to the 1850's. His astonishing insight into these processes remains a marvel to all contemporary scholars working in the region.

Strong's innovative approach and his keen appreciation of the subtleties of southern California social organization led to his providing part of the foundation for seminal contributions published several years later by Julian Steward, which pioneered the development of cultural ecology as a research concern of anthropology—a major turning point in anthropological theory. His recognition that southern California cultural patterns could not be neatly correlated with ethnic boundaries—that a flow of cultural elements occurred between various cultures—pointed the way for future studies in the dynamics of diffusion. Even today, many of the clues Strong offers for research in this area have not been capitalized upon sufficiently, although the significance of intercultural relationships, are increasingly recognized in such recent literature as Raymond White's *Luiseño Social Organization* (1963) and the author's own *Mukat's People* (University of California Press, 1972)

Again and again, Strong observes that one cannot understand the nature of any one Indian group in the 1920's, nor for that matter many decades earlier, without being aware of a totality of cultural interrelationships from the Gabrielino and Chumash along the western shores of the Pacific Ocean to the Diegueño farther south and the interior peoples along the Colorado River. For Strong (p. 145): "The entire culture of the southern California Indian, like that of all such closely related groups may well be regarded as a liquid medium that flowed more or less evenly from group to group, thinning out more and more the farther each cultural influence extended from its source . . . " Again, analyzing gift exchange among the southern groups and those of the San Gorgonio Pass area, he suggested (p. 263)

ACC0004593

that it was "almost certain that in aboriginal times the western half of southern California was practically one ceremonial unit".

Barrows in 1900 had predicted the dissolution of southern California Indian culture within a decade. In contrast, Strong recognized that an ancient residue of tradition was constantly being modified by new ideas spreading from one cultural group to another, even as he was working in the field. Thus, he pinpointed the flexible and adaptive syndrome characteristic of southern California which revivifies the past in new forms from generation to generation. Curiously, despite his perspicuity, Strong in his time also chose to believe as Barrows had that the "next decade will see the end of nearly all native institutions in the area".

Yet thirty-five years after publication of his monograph, cultural persistence continues to be exhibited by southern California Indian groups in many ways. There are native speakers and young people learning their own language; funeral rituals still are maintained; secular games, songs, and dances are regularly performed; some families continue to practice exogamy; native foods are often eaten and well-remembered; medical knowledge from the past is still utilized, if often surreptitiously; and, finally, traditional leadership roles, while sometimes taking on new patterns, exert themselves in recognizeable ways in contemporary political situations. Although rapid changes are taking place among southern California Indian people, it would be injudicious of any ethnographer to suggest that the end of native culture is even remotely near.

Strong writes with clarity and scarcely requires any explication, although it is worth calling attention to some of his more important concepts and briefly noting recent contributions which may illuminate his research. In addition, it seems proper here to call attention to some of the contributions modern scholars are making or have made to our knowledge of southern California native culture, and to indicate major sources of archival and artifactual materials for the region.

*Tribal Territories*—In the light of present knowledge, Strong was astonishingly successful in assigning territorial areas for each of the Shoshonean groups. His discussion of the location of the Serrano corrected erroneous conclusions made by Ruth Benedict and is indicative of his analytical ability and the quality of his data. In one area, he was less sure of his data and properly left questions of aboriginal occupancy unanswered. The San Jacinto region has been assigned at various times to both the Luiseño and Serrano, and occasionally the Cahuilla. In recent years, Raymond White and the author have advanced the argument that the Cahuilla occupied this territory. The ecological situation lends probability to Cahuilla occupancy, which

is also supported by oral literature of the Cahuilla, the consistent recollections of elderly Cahuilla who name village sites and landmarks for the area, and unpublished data collected by C. Hart Merriam.

*The Moiety System*—Two points are worth presenting concerning Strong's discussion of moiety systems in southern California. First, Strong speculated as to whether the moiety system principles were in operation among the Luiseño as well as the Cahuilla and Serrano. Subsequent field work by Raymond White, presented in his monograph on Luiseño social organization, has suggested that this was indeed the case and moieties were not only instruments of marriage regulation, but also important axis for political and economic cooperation. According to White, moiety reciprocation constituted a major basis of economic activity within the Indian *rancherias*, and a high frequency of celebrations and ceremonies probably tended to level and equalize the consumption of foodstuffs throughout the Luiseño population. The same holds true for the Cahuilla. In my recent book *Mukat's People*, considerable attention is given to marriage regulating and ritual reciprocity aspects of the moiety system as principal adaptations for controlling the distribution of surplus goods, particularly foods. A second point raised by Strong concerns the degree to which moiety principals actually regulated marriage. He was inclined to feel such rules were weakly enforced by the Cahuilla. My own field-work over ten years indicates that the moiety principle was probably taken with great seriousness and was a major factor in determining marriage choice. Present-day Cahuilla report that it sometimes arises as a problem in spouse selection even today.

*The Lineage Principle*—Although Gifford first clearly recognized the significance of the lineage principle in southern California social organization, Strong demonstrated its importance by a rigorous analysis of how it functioned, providing firm proof that lineage was the basic organizational and economic unit for the people studied. While his research did not include the Yuman-speaking Diegueño, subsequent fieldwork by Fred Hicks and Katherine Luomala has demonstrated that the principle applied to this group also. The Diegueño are remarkably different, however, since a degree of flexibility occurs in their organizational framework which cannot be found among the Shoshonean-speakers. The reasons for this remain to be analyzed. Strong also observed peculiar variations in the management of Serrano political and ritual affairs as compared with their close kin, the Luiseño and Cahuilla. Although White and the author have examined some causative elements in Luiseño and Cahuilla social organization, no one has yet attacked the problems of why variations in social structure

ACC0004594

occur in southern California and whether such differences are historical, cultural, or ecological peculiarities.

The nature of the lineage principle among the Gabrielino is still unclear, but it appears that it also was the main articulating principle for their social organization. The data may never be at hand for a complete understanding of how these complex people managed their society, since their culture was essentially extinguished during the mission and early American periods. The Kitanemuk, another group about which little has been published, do lend themselves to some future analysis. Field notes left on the Kitanemuk by the late John P. Harrington are quite extensive and are currently being studied by Thomas Blackburn and the author.

Recent scholarship has viewed the lineage system in southern California as an instrument of ecology rather than a product of history. This point of view was most clearly developed by Julian H. Steward in his *Theory of Culture Change* (University of Illinois Press, 1955). Raymond White, Fred Hicks, and the author have further refined this concept in studies on southern California native culture. Unfortunately, since Steward presented his methodology, there has been an implicit assumption on the part of many researchers that historical elements are unimportant in understanding causal factors in social structure.

An argument can be made that the types of social organization found in southern California are initially explainable as corporate groups (patrilineally organized), which are found frequently around the world wherever certain ecological conditions occur. Strong is well aware of the historical dimension, however, and would have viewed such an argument as naively simplistic. Repeatedly, he discusses southwestern influences, offering hints of the harvest awaiting researchers who will explore the relationships of southern California culture to southwestern cultural traditions. Needless to say, the impact of southwestern influence on southern California is still scarcely appreciated, and because of deemphasis on diffusionist studies in recent years represents an almost totally neglected field of study.

Less than a score of papers, most of them not specifically directed toward the problem, sum up our current knowledge of southwestern influences in California. The bulk of this material was summarized by Jessie D. Jennings (ed.) in *The American Southwest: A Problem in Cultural Isolation* (Mem. Soc. Amer. Archaeol. No. 11, 1956). The meagerness of available material is illustrated by the fact that one of the most significant contributions on the subject is a paper of less than four pages by Robert F. Heizer, demonstrating that historical sources can shed light on trade between southwestern peoples and southern California groups. L. L. Sample followed Heizer's cue with a longer paper on trade and trails in aboriginal California, but the ethnohistorical approach offers far more possibilities than have been exploited as yet. Jay Ruby in an unpublished dissertation presented convincing archaeological evidence from the historical record of a long, continuous contact with southwestern cultures. Harry W. Lawton (unpublished), while analyzing myths of southwestern and California peoples, has noted an unusual number of congruent elements, especially those correlating with agricultural complexes. His study led to a collaboration with the author in investigating the possibility of aboriginal agriculture among the Cahuilla, Kamia, and Diegueño. Our research has suggested the probability of a Colorado Desert agricultural complex, which employed distinctly southwestern agricultural techniques. Philip J. Wilkie is studying cultivated plant remains from various sites on the Colorado Desert. Some of these are typical of crop varieties grown along the Colorado River, although it is not established yet whether the archaeological materials are from the aboriginal or post-contact period.

*Full Development of the Clan*—The lineage-clan system in California probably reached its fullest development among southern California Shoshonean groups, organized as they were into autonomous political-economic land-holding units with exogamous moieties regulating marriage and ritual obligations. The use of fictive kin concepts extended kin relationships far beyond the patrilineage itself to the sib and moiety level. These groups employed symbolic representations, such as the ceremonial bundle and moiety designations, around which members could rally support above the patrilineage level. These symbolic representations served as rallying points for various groups both in the aboriginal and post-contact period. The fact that the moiety system recognized all members as distant kin strengthens the argument for full clan development.

Walter Goldschmidt in a 1948 article, "Social Organization in Native California and the Origin of the Clan" (*Amer. Anthrop.*, Vol. 50, pp. 444-456), suggested that development of fictive kinship groups and symbolic representations are indicative of full clan development. Goldschmidt argued that the necessary criteria for full clan development were not present in native California. If full clan development had occurred, he suggested that it would have served as an instrument for political expansion. The author's own research indicates that all of Goldschmidt's criteria for full clan development were present in southern California. The rigid, segmentary lineage typical of the Shoshoneans in southern California had greater organizational potential than the flexible sib organization of the Yuman-speaking Diegueño.

ACC0004595

Very likely the intrusion of the Shoshonean-speaking groups into southern California was due to their successful development of the clan system as an instrument for expansion. In fact, it appears possible that such Yuman-speaking groups as the Diegueño may have adopted the lineage-sib system as a defense strategy in response to their Shoshonean neighbors.

*Leadership Roles*—Strong emphasized the ritual responsibilities of leadership roles, but more recent scholarship has indicated that such roles were equally important in southern California in serving political, judicial, economic, and legislative ends. A group of elite families existed throughout southern California that maintained political power through the control of ceremonial privileges and firm patrilineal inheritance rules over many generations. Leadership families tended to intermarry, and had relatively greater wealth and social position with attendant privileges than other people. They dressed differently and more elaborately, expected deferential behavior from others, and carefully guarded their ranked positions. Children from these families were trained in esoteric knowledge, subjected to more intensive socialization procedures, and expected to behave in a manner consistent with the prestige of their heritage. As White noted in his monograph on Luiseño social organization, techniques of political strategy and administration involved the ways in which knowledge and privilege were controlled and dispersed. The principal factors of power lay in the control and management of sacred ritual paraphernalia and traditional knowledge. Even today such factors are of significance in the exercise of leadership roles in the modern reservation system. George Phillips has recently completed a book-length study of Indian resistance leaders of historic times, particularly Antonio Garra and Juan Antonio, which should add significantly to our knowledge of southern California Indian leadership.

*World View and Values*—The great body of oral literature assembled by Strong has provided a foundation for continuing study of world view and value systems among southern California groups. In 1963, White in his monograph on Luiseño social organization presented a detailed analysis of the Luiseño theory of knowledge which goes far toward explaining the cosmological concepts and value system of this group. He pointed out that their cosmology reflected philosophical adaptations to environmental conditions and traced the incorporation of traditional ideologies into new institutions. In a somewhat similar manner, the author in *Mukat's People* drew attention to the ecologically adaptive factors of normative and existential postulates among the Cahuilla, demonstrating that a rather precise set of assumptions were developed in relation to the environment. Studies presently being conducted suggest that traditional ideologies continue to be operative also among the Cahuilla. An interesting field for study would be the Serrano, who lived under slightly different ecological conditions, and the Diegueño, who lived in an environment similar to the Cahuilla, but whose cultural background was different. A comparison of value systems and ideologies of the various southern California groups might establish whether minor ecological variations are reflected in philosophical systems, social organization, and ritual. Certainly, although similar philosophical concepts and psychological traits developed throughout all of the lineage-based groups of southern California, each group maintained very distinctive differences, which could well be indicative of ecological variations rather than earlier cultural influences.

*Shoshonean Scholarship After Strong*—Most new material published on Shoshonean-speaking groups of southern California since Strong's monograph will be found cited in a publication which the author collaborated on with Harry W. Lawton, *A Bibliography of the Cahuilla Indians of California* (Malki Museum Press, 1967). It therefore seems necessary to discuss only a few of the more significant works in the field and mention some of the workers presently engaged in Shoshonean scholarship in southern California.

When Strong began his fieldwork little material was available on the Gabrielino. Most interpretations of Gabrielino culture have derived from Hugo Reid's *The Indians of Los Angeles County*, first published in the *Los Angeles Star* in 1852. Reid's material, collected with the help of his Indian wife in the 1840's, seemed for a time atypical and peculiar to students of California Indian culture. Now, seen in the perspective of later work on neighboring people, his material appears quite consistent with our general knowledge of the region, testifying to Reid's keen appreciation of the ethnographic situation he observed. Our information base on the Gabrielino, however, still remains far more limited than for other groups.

The most recent study of the Gabrielino is Bernice Johnston's *California's Gabrielino Indians* (Southwest Museum, 1962), which made use of some of J. P. Harrington's field notes as well as his annotations relating to this group from Father Geronimo Boscana's *Chinigchinich* (Fine Arts Press, 1933). Robert F. Heizer has also added to our knowledge of this group by editing and annotating a recent reprint of Reid's work, *The Indians of Los Angeles County: Hugo Reid's Letters of 1852* (Southwest Museum, 1968). Unpublished linguistic and ethnographic data collected by the late John P. Harrington and more extensive analysis of Spanish and Mexican archival resources will hopefully extend our understanding of the Gabrielino and their undoubtedly generative role in the cultural development

ACC0004596

of native southern California. One fertile source of investigation is the San Gabriel Mission records, which are currently being studied by William Mason for data on intermarriage and population movement. Archaeological investigations can also be expected to increase our knowledge of the Gabrielino. In this area, the University of California Archaeological Survey has become a major center for Gabrielino research. Among scholars who have worked on the Gabrielino in recent years are Clement Meighan, Charles Rozaire, Thomas Blackburn, Jack Forbes, and Chester King.

Very little research has been published on the Cupeño since Strong. Strong relied heavily on unpublished field notes of E. W. Gifford and P.-L. Faye in his analysis of Cupeño culture. His treatment of this group provides one of the most thorough examinations of resource ownership, tribal amalgamation, and population resettlement in California literature. Strong found that the original Cupeño group, whom Kroeber classified as a separate tribe, were similar to the Cahuilla in cultural background. Subsequent linguistic studies by William Bright and Jane Hill have confirmed that the Cupeño language is more closely related to Cahuilla than any other Shoshonean language. The author on the basis of oral traditions has suggested in his book *Mukat's People* that the original Cupeño group, the Kupakiktum, was a Cahuilla sib which amalgamated in recent times with Luiseño and Diegueño groups. Florence Shipek (unpublished) has also suggested that the Cupeño were an intrusive conquering group who displaced Yuman-speaking people in the area. A major contribution to Cupeño studies can be anticipated with the publication of linguistic materials and oral literature collected several years ago by Jane Hill, who also plans to publish the notes gathered by P.-L. Faye in working among these people nearly forty years ago. An Indian group, the Cupeño Cultural Center, is planning to assemble and preserve materials on their culture. In addition, two other linguists, Roderick Jacobs and Hansjakob Seiler are preparing Cupeño material for publication. Jacobs is the first fieldworker to study in depth all of the language groups of southern California, and his comparative studies are eagerly awaited.

The most detailed ethnographic treatment of the Luiseño since Strong, as noted earlier, is Raymond White's monograph *Luiseño Social Organization* (Berkeley, 1963). Significant information on this group, particularly relating to ritual and settlement patterns, may be found in the annotations which John P. Harrington supplied for Boscana's *Chinigchinich* (Fine Arts Press, 1933). A useful basic work in linguistics is Villiana Hyde's grammar, *An Introduction to the Luiseño Language* (Malki Museum Press, 1971), which was edited

by Jacobs. Another important linguistic contribution is William Bright's *A Luiseño Dictionary* (University of California Press, 1968).

The first detailed ethnographic analysis of the Cahuilla since Strong is the author's *Mukat's People*, which examines the relationship of the physical environment to Cahuilla institutions. In addition, the author has recently published in collaboration with Katherine Siva Saubel an extensive ethnobotany of the Cahuilla, *Temalpakh: Cahuilla Indian Knowledge and Usage of Plants* (Malki Museum Press, 1972). An important recent work in the area of Cahuilla linguistics and folklore is Hansjakob Seiler's *Cahuilla Texts with an Introduction* (Indian University Publications, 1970). A projected dictionary and grammar of the Cahuilla and future comparative work on Cahuilla dialects by Seiler should prove impressive contributions to the literature. Some data on Cahuilla alliances with Yuman-speaking groups and Cahuilla resistance against the European conquerors in the historic period may be found in Jack Forbes' *Warriors of the Colorado* (University of Oklahoma Press, 1965).

A work of major importance on the Cahuilla, long ignored by most scholars, is Francisco Patencio's *Stories and Legends of the Palm Springs Indians* (Times-Mirror, 1943). In this moving and personal document, Patencio, who was born in 1856, recorded the oral history of his people and presented many autobiographical recollections. Unfortunately, the materials were recorded by an amateur, Margaret Boynton, who must also be credited with inspiring Patencio to write his book, and edited by a printer who often took his own liberties with the text. Patencio's book has recently been reprinted by Palm Springs Desert Museum, and is deserving of a greater audience than it originally received.

Research on the Serrano since Strong has been a virtually neglected field. Some excellent data on a Serrano group, the Kitanemuk, may be found in C. Hart Merriam's *Studies of California Indians* (University of California Press, 1962). A non-professional's work, G. Hazen Shinn's *Shoshonean Days* (Arthur H. Clarke Company, 1941), also contains fragments of ethnographic material on the Serrano of the San Gorgonio Pass from 1885-1889.

A Shoshonean group not dealt with by Strong is the Chemehuevi, who have also been greatly neglected in ethnographic research. A. L. Kroeber spent a brief period with the Chemehuevi and much of our knowledge of this group is summed up in a chapter of his *Handbook of the California Indians* (Washington, 1925). The most significant published contributions since Kroeber have been those of Isabel Kelly, who is best known for her studies of Southern Paiute shamanism. Some data on this group may also be found in Julian H. Steward's *Basin-*

ACC0004597

*Plateau Aboriginal Sociopolitical Groups* (Washington, 1938). Historical material on the Chemehuevi of the Twenty-Nine Palms Region is presented in Lulu O'Neal's *A Peculiar Piece of the Desert* (Westernlore Press, 1957) and Harry Lawton's documentary non-fiction novel *Willie Boy* (Paisano Press, 1960). John P. Harrington collected ethnographic data on the Chemehuevi, assisted by Carobeth Laird, who was married to Harrington for a number of years. For a period of almost half a century, Carobeth Laird has continued to pursue the research she began under Harrington and continued with her Chemehuevi husband, George Laird. Her book-length study, *The Chemehuevi*, scheduled for publication next year, promises to be a major ethnographic addition to California literature. Her daughter, Georgia Culp Laird, is also making many contributions to our knowledge of the Chemehuevi as editor of the magazine, *The Chemehuevi Newsletter*, which regularly includes a significant amount of cultural and historical material.

*Archival and Other Resources*—Far more literature exists on southern California Indian culture in archival sources than has been published. The largest, most valuable collection is probably that of John P. Harrington, housed in the Anthropological Archives of the Smithsonian Institution, Washington, D. C., which is finally being catalogued by Jane Marsh. Harrington collected data for over thirty years on the Luiseño, Kitanemuk, Gabrielino, Cahuilla, Chumash, Serrano, Cupeño, Chemehuevi, and Diegueño peoples. His material on the Luiseño is immense in quantity and superb in quality. His Cahuilla material, some of which has been copied and made available through the Smithsonian for use of scholars at Malki Museum, Banning, are not as extensive, but have proven valuable in several studies. The Cupeño and Diegueño material contains some unique data. The Kitanemuk, Serrano, and Chemehuevi data is extensive and rich, a virtually untapped research source. The Gabrielino materials are limited mostly to linguistic notes. The Chumash collection is currently being studied by Thomas Blackburn, and is so abundant that it will fill in many critical gaps in our knowledge of these people. A large amount of other Harrington material is also temporarily housed at the Department of Linguistics, University of California, Berkeley.

Another very important collection of southern California Indian material may be found in the Anthropological Archives of the Bancroft Library, University of California, Berkeley. Here are kept the field notes of David Prescott Barrows on the Cahuilla, P.-L. Faye's data on the Cupeño, Sparkman's notes on the Luiseño, Waterman's papers on the Diegueño, Serrano material (mostly on basketry) collected by Bert Giroux, and the field notes of A. L. Kroeber and E.

W. Gifford, who collected among most southern California groups. The papers of C. Hart Merriam are on file at the Archaeological Research Facility, University of California, Berkeley.

The Southwest Museum in Los Angeles houses some field notes of J. P. Harrington, Constance Goddard DuBois, and Edward Davis, and the papers of George Wharton James, J. Smeaton Chase, and Charles Francis Saunders. They also have a collection of southern California Indian photographs equalled only by collections at the Lowie Museum, University of California, Berkeley, and the Museum of the American Indian (Heye Foundation), New York City. The latter institution also owns a large collection of field notes of DuBois and Davis.

The largest historical collection is at the Bancroft Library, and consists of primary source documents from the Spanish, Mexican, and early American periods. The Santa Barbara Mission archives are a source for material on baptisms, marriage, and village sites. Several significant historical collections may be found at The Huntington Library, San Marino. Among these are George W. Beattie's historical notes on southern California Indians, the William Weinland papers on missionary activities on southern California Indian reservations from 1891 to 1930, the Cave Couts collection on San Diego County, and Grace Nicholson's collection of photographs and sketches of Indians and her large amount of data on basketry. Other important historical materials, including the Anthony Coronel papers and the Thomas Workman collection, may be found at Los Angeles County Museum.

Recordings of southern California music are housed at several institutions. The largest collections are in the Anthropological Archives at the Smithsonian Institution (Luiseño), The Folkmusic Archives of the University of Indiana (Luiseño), the Southwest Museum (Cahuilla and Luiseño), and Lowie Museum (Cahuilla, Luiseño, Serrano, and Diegueño). Some recordings are also housed at the Museum of Man, San Diego. The most valuable and extensive collections of music still lie in private collections owned by southern California Indian families. In fact, inexpensive tape recorders have ensured the preservation of much southern California music that would otherwise have been lost, mostly by the Indian people themselves.

Artifact collections from southern California are found in numerous museum collections. The most extensive and best collections are in the east. The Museum of the American Indian in New York has an outstanding collection, much of it acquired by Edward Davis and mostly Diegueño, although the Cahuilla, Luiseño, and other groups are well represented. The Smithsonian Institution possesses an out-

ACC0004598

standing collection, some materials of which were collected as early as 1870 by Edward Palmer and in 1890 by Horatio N. Rust, an Indian agent. The American Museum of Natural History has a small, but impressive collection. The Lowie Museum in Berkeley has the largest collection in California of Cahuilla, Luiseño, and Diegueño artifacts, much of it collected early in the century by Kroeber, Sparkman, and Waterman.

The Southwest Museum of Los Angeles has an extensive collection, and possesses the advantage of having most of its artifacts on display. The San Diego Museum of Man and Los Angeles County Museum also exhibit large collections. Smaller but very good collections may be found at Malki Museum on the Morongo Reservation, Banning, Riverside Municipal Museum, the San Bernardino County Museum, the San Jacinto Museum, and the Santa Ysabel Mission Museum. Palm Springs Desert Museum has an interesting collection of Cahuilla materials, but little of it is currently on public display. A number of museums in Europe in Copenhagen, Berlin, Rome, Paris, and London also have southern California Indian materials.

Perhaps the major problem confronting scholars working on southern California Indian materials is the fact that they are so scattered and so inaccessible, resulting in the squandering of vast sums of research money in traveling expenses. The most critical research need is for some means of coordination—either through an agency or agreements between institutions—that will make materials more readily available. Too many institutions conceive of their role as simply preservation, and the lifetime efforts of many dedicated scholars repose in dust-covered boxes becoming more yellow and brittle every year.

—LOWELL JOHN BEAN

# University of California Publications in

# AMERICAN ARCHAEOLOGY AND ETHNOLOGY

VOLUME XXVI

1929

EDITORS

A. L. KROEBER

R. H. LOWIE

ACC0004599

University of California Publications in American Archaeology
and Ethnology

Volume 26, x + 349 pp., + index, 7 maps

Issued May 28, 1929

University of California Press
Berkeley, California

Cambridge University Press
London, England

## CONTENTS

| | PAGE |
|---|---|
| Introduction | 1 |
| Approximate phonetic values of letters used | 4 |
| I.  The Serrano | 5 |
| Serrano clans | 11 |
| Table 1. Serrano clans | 11 |
| Clan groupings | 12 |
| Table 2. Ceremonial linkage of clans | 15 |
| Clan organization | 15 |
| Genealogy 1. Mãriña clan | 16 |
| The sacred bundle | 20 |
| The moiety | 22 |
| The joking relationship | 25 |
| Ceremonial life: birth | 30 |
| Girls' adolescence ceremony | 30 |
| Boys' initiation or toloache ceremony | 31 |
| Ceremonies for the dead | 32 |
| Destruction of personal belongings | 32 |
| The annual mourning ceremony | 32 |
| The clan fetish | 33 |
| The naming of children | 33 |
| The ceremonial eagle killing | 34 |
| Making the images | 34 |
| The eagle dance | 34 |
| Burning the images | 34 |
| Other ceremonies | 35 |
| Shamanism | 35 |
| II.  The Desert Cahuilla | 36 |
| The Cahuilla in general | 36 |
| Environment | 37 |
| Table 3. Clans belonging to the wildcat moiety | 41 |
| Table 4. Clans belonging to the coyote moiety | 42 |
| Desert Cahuilla villages | 43 |
| Typical village at Martinez | 43 |
| Genealogy 2. Wanteauem clan | 45 |
| Genealogy 3. Awilem clan | 46 |
| Genealogy 4. Awilem clan | 46 |
| Genealogy 5. Wantciñakiktum clan | 47 |
| Other villages | 49 |

ACC0004600