Village summary............................................................. 56
Group leadership............................................................ 56
Clan leadership............................................................... 59
  The net..................................................................... 59
  The dance house........................................................ 60
  The sacred bundle...................................................... 60
  The paha................................................................. 62
  The takwa................................................................ 63
  The púalem.............................................................. 64
  The hauinik.............................................................. 65
The organization of the clan............................................. 65
  Genealogy 6. Awilem clan........................................... 66
Examples of nominal separation and ceremonial affiliation...... 68
The moiety among the Desert Cahuilla.................................. 70
Marriage....................................................................... 73
Hunting rules................................................................. 76
Naming of children.......................................................... 78
Ceremonial deformation.................................................... 80
Enemy songs.................................................................. 80
Girls' adolescence ceremony.............................................. 81
Ceremonial killing of eagles.............................................. 83
Ceremonies for the dead................................................... 84
The migration legend of the sëwahilem clan........................... 86

III.  The Pass Cahuilla.................................................... 88
Environment.................................................................. 88
  Table 5. Pass Cahuilla clans......................................... 91
Ceremonial affiliations of Pass clans................................... 92
  Table 6. Modern ceremonial groups of the San Gorgonio pass... 94
Ceremonial exchange of shell money..................................... 94
Earlier groupings of the Pass peoples................................... 96
Organization and nature of the clan..................................... 100
  Genealogy 7. Pisatañavitcem clan................................... 104
Clan leadership............................................................... 105
  The net..................................................................... 105
  The paha................................................................. 107
  The takwa................................................................ 108
  Other officials........................................................... 108
The moiety among the Pass Cahuilla..................................... 109
Marriage....................................................................... 112
Hunting rules................................................................. 115
Boys' and girls' adolescence ceremonies.............................. 116
  Manet...................................................................... 116
  Teaching boys to sing.................................................. 117
  Girls' adolescence ceremony......................................... 117

Naming of children.......................................................... 118
Eagle-killing ceremony..................................................... 119
Ceremonies for the dead................................................... 120
  Burning the body........................................................ 121
  Covering the tracks of the dead..................................... 122
  Burning the images...................................................... 122
Palm Springs Cahuilla creation myth.................................... 130

IV.  The Mountain Cahuilla.............................................. 144
Environment.................................................................. 144
  Table 7. Mountain Cahuilla clans.................................... 148
The shifting of the groups................................................. 148
History and organization of the Mountain clans....................... 152
  Genealogy 8. Natcútakiktum clan.................................... 156
  Genealogy 9. Temewhanitcem clan................................... 157
  Genealogy 10. Temewhanitcem and tepaîyauitcem clans......... 159
  Genealogy 11. Nauhañavitcem clan.................................. 161
  Genealogy 12. Sauiepakiktum clan................................... 161
  Genealogy 13. Sauivilem clan......................................... 162
Leaders and ceremonial officials of the clan........................... 163
  The net..................................................................... 163
  The sacred bundle...................................................... 163
  The paha................................................................. 165
  Kutvavanavac............................................................. 166
  Takwa...................................................................... 167
  Hauinik.................................................................... 167
  The manet dancer....................................................... 168
  Shamans and shamanism............................................... 168
The moiety and marriage among the Mountain Cahuilla............. 169
Adolescence and associated ceremonies................................. 172
  Girls' adolescence ceremony......................................... 172
  Manet...................................................................... 173
  Ant ordeal................................................................ 176
The fire dance................................................................ 176
The eagle-killing ceremony................................................ 177
The "whirling" or eagle dance............................................ 179
Mourning ceremonies....................................................... 180
Miscellaneous data.......................................................... 181

V.  The Cupeño............................................................ 183
Villages and clans........................................................... 185
  Table 8. Clans and lineages at kúpa................................ 186
  Table 9. Clans at wilakal............................................. 186
Population..................................................................... 188
  Table 10. Composition of Pala population in 1919................ 188
  Table 11. Cupeño population between "1865" and 1902......... 189

ACC0004601

PAGE

Census 1. House census of kúpa, "1865" to 1902............ 192
Census 2. House census of wilakal, "1865" to 1902......... 208
Census 3. Pala census for the year 1919........................ 215
The organization of the clan.......................................... 220
  Mythical kúpa genealogy........................................... 220
  Genealogy 14. Kavalim clan....................................... 226
  Genealogy 15. Puntumatúlnikteum clan.................. 227
  Genealogy 16. Temewhanitcem clan........................ 228
  Genealogy 17. Taka'atim clan................................... 228
  Genealogy 18. Sauívilem clan.................................... 228
  Genealogy 19. Sivimúatim clan................................. 229
  Genealogy 20. Auliñawitcem clan............................. 230
  Genealogy 21. Túcvikinyatim clan............................ 231
  Genealogy 22. Tcútnikut clan.................................... 232
  The clan fetish bundle................................................ 233
The status of the moiety................................................. 234
Cupeño marriages........................................................... 239
  Table 12. Total number of Cupeño marriages.......... 241
  Table 13. Outside marriages at kúpa........................ 241
  Table 14. Outside marriages at wilakal................... 241
  Table 15. Clan marriages at kúpa............................. 242
  Table 16. Clan marriages at wilakal......................... 242
Clan ownership of land.................................................. 244
  Table 17. Sites owned by kúpa clans......................... 244
  Table 18. Shared territories........................................ 247
Clan and ceremonial leadership.................................... 249
  The nuut...................................................................... 249
  The kutvóvoc.............................................................. 251
  The paha..................................................................... 252
  Shamans and shamanism........................................... 252
Ritual and ceremony..................................................... 253
  The calendar............................................................... 253
  Naming ceremonies and the singing of enemy songs... 254
  Girls' adolescence ceremony..................................... 255
  The feather or whirling dance................................... 257
  The manet dance or boys' initiation......................... 258
  The ceremonial eagle killing..................................... 261
  The "nuut's road" and its implications..................... 262
  First ceremony for the dead....................................... 264
  Second ceremony for the dead. Burning the possessions... 265
  Final ceremony for the dead. Burning the images...... 266
Mythology........................................................................ 268
  Cupeño creation myth................................................ 268
  The decimation and revival legend of the kúpa people..... 270

[viii]

PAGE

VI. The Luiseño.................................................................... 274
  Table 19. List of clans............................................... 276
  Clan organization....................................................... 278
    Genealogy 23. Wassuk and awalú clans................. 280
    Genealogy 24. Mitcax clan..................................... 282
    Genealogy 25. Múta family..................................... 283
    Genealogy 26. Waxipañawic clan........................... 283
  Party organization...................................................... 286
  Traces of moiety organization................................... 288
  The clan leader, sacred bundle, and ceremonial enclosure... 292
  Other clan and ceremonial officials.......................... 296
  Girls' adolescence ceremony..................................... 297
  Ceremonies for the dead............................................ 299
    Tóvic, the start......................................................... 299
    Tcuteamic, the burning........................................... 300
    Súlahic, the nóta's road........................................... 302
    Toltcinic, the image ceremony............................... 303
      Morahash, the whirling dance.............................. 305
      Further details concerning the image burning..... 305
    Notush ceremony...................................................... 306
    Móknic Ashwiti, killing the eagle.......................... 307
  Manl Paic, the jimsonweed drinking......................... 309
    The fire dance.......................................................... 312
    Tanic dance.............................................................. 313
    Final initiation rites................................................ 314
  Antinic, the ant ordeal............................................... 317
  Tattooing..................................................................... 317
  Unish Matakish, the burial of a Chungichnish initiate's paraphernalia... 318
  Other ceremonies........................................................ 318
  The relation of song and ceremony........................... 319
    Table 20. Alignment of songs and ceremonies....... 320
  The relation of song and myth................................... 325
VII. Summary and comparison.......................................... 329
  The Serrano................................................................. 329
  The Desert Cahuilla.................................................... 330
  The Pass Cahuilla....................................................... 332
  The Mountain Cahuilla............................................... 333
  The Cupeño................................................................. 335
  The Luiseño................................................................. 337
    Table 21. Distribution of ceremonies.................... 339
    Table 22. Distribution of other important ceremonial features... 340
    Table 23. Moiety alignment of natural phenomena... 341
VIII. Conclusion................................................................. 342
  Index............................................................................ 351

[ix]

MAPS

|   |   | PAGE |
|---|---|---|
| 1. | Serrano territory | 7 |
| 2. | Desert Cahuilla territory | 39 |
| 3. | Village of púichekiva | 44 |
| 4. | Pass Cahuilla territory | 89 |
| 5. | Mountain Cahuilla territory | 145 |
| 6. | Cupeño territory | 248 |
| 7. | Luiseño territory | 275 |

ACC0004603

# ABORIGINAL SOCIETY IN SOUTHERN

## CALIFORNIA

BY

### WILLIAM DUNCAN STRONG

### INTRODUCTION

The following pages represent the partial gleaning of a field whose full harvest might only have been gathered a century and a half ago. The forced segregation of the Indian into the missions of southern California inaugurated a process destined to wipe out nearly all trace of aboriginal Californian culture in the region of its highest development. Although a large part of the native population has perished before the swift march of western civilization, in the barren desert and mountain regions of southern California a considerable number still survive. Of these the younger and more progressive have in large part taken over the ways of the white man and are today a very influential element in the community. But it is from the people of an older generation whose eyes look backward to a remote but familiar past, not forward into an alien future, that these somewhat fragmentary notes have been obtained.

The coastal peoples of southern California disappeared soon after the advent of the missions, and the meager historical accounts of the early Spanish explorers and missionaries constitute the only written records concerning them. Comparative work in archaeology indicates that these coastal groups, notably the Chumash of the Santa Barbara region, were the most advanced peoples in southern California. This is certainly true as concerns the arts of life which are represented in the archaeological findings, and comparative ethnographic studies indicate that here was also the center of social and religious influence. The native groups just bordering this coastal strip have likewise lost all but traces of their old culture, but concerning them we have the more adequate accounts of Boscana and Hugo Reid, and in addition the later studies of Sparkman, Du Bois, Kroeber, Waterman, Gifford,

ACC0004604

and others. The more easterly groups of the San Jacinto, Santa Rosa, and San Bernardino mountains, as well as those of the northern Colorado desert, have received comparatively little attention from the ethnologist. These people retained their old culture much later than did the people of the coast, and for this, and other reasons to be dealt with later, they offer the best opportunity for any research to determine the general pattern of aboriginal society in southern California. With this end in view the writer spent six months during the winter of 1924–25 among the Serrano, Cahuilla, Cupeño, and Luiseño on their various reservations and rancherias in Riverside and San Diego counties, gathering material relating to their territorial, political, and ceremonial organization. The present paper is based on these studies, with the addition of such comparable material as will show the relationship of the special groups studied to the general pattern of native society over southern California.

The field work was carried out under a research grant to the Department of Anthropology of the University of California, and the author was materially aided by Dr. A. L. Kroeber and Mr. E. W. Gifford. To these well-known authorities on California ethnology I am greatly indebted; to the former for his guidance and encouragement in a new field, and to the latter for the use of his detailed censuses and other notes relating to the Cupeño which have been included in the present account. In the field, Dr. J. R. Wilson and his family, of Hemet, California, were extremely helpful, both in making contacts with the people with whom it was essential to work, and in other ways too numerous to mention. The troubled nature of southern California Indian politics made Dr. Wilson's assistance invaluable in convincing the various factions of the non-partisan nature of my work. To the many informants who have contributed the greater part of the material presented in the following pages I am profoundly grateful. Wherever possible the sources of this information have been acknowledged as presented.

Whenever, as in the present case, the ethnologist follows some time after the effacing hand of civilization has done its work, he must perforce assume the rôle of social paleontologist. Little but the bones or framework of social institutions survive when the whole social organism has ceased to function. Yet it is from these remains that he must assiduously reconstruct the image of that which formerly existed. To understand the complete interrelationship of all phases of native life from this framework is often impossible. The functioning of a group

day by day, the whole round of daily occurrences, and the relations which exist with all near-by groups, are essential to any clear understanding of the dynamics of social organization.

But if one can be content with reconstructing the mold within which these forces were once active much may be done, so long as members of the groups survive who remember the old forms that once regulated their lives. From such informants not only the *mores* of the group may be obtained, but also adequate objective data to determine the degree of efficacy and control which the various rules and beliefs formerly exerted. In this manner a reasonably accurate picture of the social machinery may be obtained, but it is a still and not a moving picture. One can say with a fair degree of accuracy how things were but much more rarely why they were that way. This is obviously true of nearly all natural phenomena, but in human society it is sometimes possible to explain a given custom if one knows the main contributing factors. Other customs can only be explained historically, for they have been adopted from outside sources. The fabric of society is largely made up of the interplay of these functional or internal traits and of diffused or acquired customs. A complete study of the social and ceremonial organization of a given group has of necessity these two aspects, first the integration and development of the group within itself, and secondly the relation of the group to external agencies of cultural diffusion. These constitute the warp and woof of any society or culture and on their correct analysis depends an understanding of either phenomenon.

The influence of diffusion and its probable effect on early social patterns in southern California has been dealt with in a previous paper,[1] the present study being primarily concerned with the problem of the development and integration of that society *in situ*. It is here especially that the student regrets the somewhat fossilized nature of much of the material at hand, but when one considers the vast changes that have occurred in southern California during the last three-quarters of a century the marvel is not the paucity but the amount and comparatively living quality of the data still to be secured. The next decade will see the end of nearly all native institutions in the area, but in the interval a great deal may yet be learned concerning the culture of the surviving groups.

[1] William Duncan Strong, An Analysis of Southwestern Society, Am. Anthr., n.s., 29:1–61, 1927.

## Approximate Phonetic Values of Letters Used

a; as in English father
ä; as in English hat
e; as in English met
ē; as in English fate
i; as in English pin
ī; as in English pique
o; as in English not
ō; as in English note
u; as in English put

ū; as in English rule
aī; as y in English thy
au; as ow in English cow
c; as sh in English shout
ñ; as ng in English sang
tc; as ch in English change
x; like Spanish jota
z; as s in English gods
'; glottal stop

Other consonants given same value as in English.

## I. THE SERRANO

The appellation of Serrano includes four main groups in southern California: the Kitanemuk of upper Tejon and Poso creeks, the extinct Vanyume of Mohave river, the extinct Alliklik who lived near the Chumash on the upper Santa Clara drainage, and the Serrano proper of the southern San Bernardino mountains. The present account deals solely with the latter group, who are today greatly reduced in numbers.[2] The term *Serrano* is unfortunate, since any hill-dwelling group of whatever ethnic affiliation answers to such a term.

The Serrano,[3] as well as the Kitanemuk, Vanyume, and Alliklik languages, are all of the southern California branch of the Shoshonean stock. The dialect of the Serrano is markedly different from that of their southern neighbors, the Pass Cahuilla, but the culture of the two groups is very similar. The Serrano were taken into the missions and after the secularization the people seem to have been so reduced in numbers that only a few resumed anything approaching their old mode of life. The main group that did so seem to have been the Mároña clan or band who lived on Mission creek, and it is by the term Morongo thus derived, that the Serrano are usually known at present. The tribal designation of Cow-ang-a-chem given the dialectic group by Barrows has not since been verified;[4] the term tahtam merely signifies "people," and the term kaiviatim is merely a native translation of the Spanish "Serrano."[5] In a recent study Benedict used a group term tamakuvayam for certain Pass clans,[6] but this is a Serrano version of temamkamwiteem, a term applied by the Desert Cahuilla to all groups north of Twenty Nine Palms.[7] The neighboring Cahuilla use the term ismailem to designate the Serrano-speaking groups,[8] and

---

[2] The Federal Census for 1910 reports 119 Serrano, 89 of whom were of full blood.

[3] As used in the present paper this term applies only to the Serrano proper.

[4] Ethno-Botany of the Coahuilla Indians (University of Chicago Press, 1900), 19.

[5] Kroeber, Handbook of the Indians of California, Bur. Am. Ethn., Bull. 78: 617, 1925.

[6] A Brief Sketch of Serrano Culture, Am. Anthr., n.s., 26:368–369, 1924.

[7] Boas states that the Cupeño (Agua Caliente) applied the term tamankanivam to the Serrano. Proc. Am. Assoc. Adv. Sci., 44:261, 1895. Both these terms are translated "northerners."

[8] Benedict, *op. cit.*, 368.

ACC0004606

this seems to be as near a Serrano group name as can be obtained. Considering that general linguistic similarity was the only bond between most of the groups lumped under one name in southern California, it is not surprising that tribal names are not recognized where no tribal unity ever seems to have existed.

The central home of the Serrano was the San Bernardino mountains; to the east their range met that of the Chemehuevi; to the north the Kitanemuk and more alien Kawaiisu; on the west were groups of the Gabrielino; and to the south in the San Gorgonio pass were clans of the Pass Cahuilla. Such was their general position but the exact boundaries of their range have been subject to considerable dispute, especially in regard to their western and southern extension. In approaching this problem one important fact must be borne in mind, namely, that the Serrano do not seem to have ever been a tribe in the sense in which that term is generally used. Like their neighbors, the political unit of the Serrano was the localized lineage which was nearly always autonomous. The entire dialectic group was therefore never politically united, nor do there seem to have been even large portions of it amalgamated. The small local groups occupied definite favorable territories but rarely extended their boundaries very far from the clan locale. The problem of distribution is therefore largely one of locating the individual groups, not the plotting out of tribal domains. The limits of the territory occupied by any dialectic or linguistic unit can be determined only by the spread of the independent constituent groups. This statement is applicable to Serrano, all three Cahuilla divisions, Cupeño, Luiseño, and Diegueño; only when the Yuman tribes of the Colorado are encountered may one speak of tribal territories in the technical sense.

One complicating factor in regard to the original ownership of the San Bernardino, Redlands, and Riverside districts may be eliminated at the start. This is the occupancy of the area by the Cahuilla discussed by a number of writers.[3] Kroeber's suggestion that the

Cahuilla were brought to the San Bernardino mission as a guard is correct.[10] Mountain Cahuilla informants, one of whom (Alec Arguello) had lived in the San Timoteo pass, stated that five Mountain Cahuilla clans under the leadership of Juan Antonio, a well-known captain, were brought to the district in about the year 1846. They settled first at the village of pulatana near Jurupa (Riverside), and later moved to sahatapa in the San Timoteo canyon near El Casco. They remained there until some time in the decade between 1850 and 1860 when the group was nearly exterminated by a smallpox epidemic. This event is mentioned by Barrows,[11] but his statement that the epidemic occurred in the "forties" (1840–50) does not agree with statements of the Cahuilla who actually lived in the San Timoteo canyon. The statement of the latter placing the event in the next decade (1850–1860) is likewise in accord with the historical evidence.



Map. 1.  Serrano Territory.  Squares indicate Wildcat, circles Coyote Moiety Clans.

This question is dealt with more fully in the present paper when the Mountain Cahuilla are discussed. We can therefore regard this occurrence of Cahuilla in the San Bernardino region as an historic intrusion, and eliminate them from the problem of original ownership in the territory under discussion.

Kroeber states that the San Bernardino valley, including the Redlands, San Bernardino, and Colton districts,[12] was formerly occupied by the Serrano. In a later publication, however, he states of the Serrano that "they probably owned a stretch of fertile lowland south of the Sierra Madre, from about Cucamonga east above Mentone and halfway up San Timoteo canyon. This tract took in the San Bernardino valley and probably just failed of reaching Riverside; but it

[3] Möllhausen, Wanderungen durch die Prairien und Wüsten des Westlichen Nordamerika, 1860, p. 459, mentions three or four families of Kawia Indians in a state of peonage on an estate some miles west of the mouth of the Cajon Pass in 1854. Whipple, Pac. R. R. Rept. iii, pt. 1, p. 134, iii, p. 54, recorded Cahuilla vocabularies at Cucamonga ranch from a Cahuilla chief who had been baptized at San Luis Rey. The vocabulary published by Father Juan Caballeria from "Guachama" near San Bernardino is also Cahuilla; History of the San Bernardino Valley, 59–53 (no date, no place). Guischet, in the *Magazine of American History* for 1877, places the Cahuilla "in and around San Bernardino valley." Barrows, *op. cit.*, 32, mentions the Cahuilla in the San Timoteo canyon. These references are given by Kroeber, present series 4:131–135, 1907 (cited hereafter as Shoshonean).

[10] Shoshonean, 133, 1907.    [11] *Op. cit.*, 32.    [12] Shoshonean, 132.

ACC0004607

has also been assigned to the Gabrielino, which would be a more natural division of topography, since it would leave the Serrano pure mountaineers."[13]

On the basis of information received from Serrano, Palm Springs Cahuilla, and Mountain Cahuilla (who had lived in San Timoteo canyon), I have come to the opinion suggested in the last sentence quoted. All informants questioned, and they were all old people, agreed on the fact that the sites of San Bernardino, Redlands, and Crafton had originally been occupied by people who spoke the San Gabriel language. The original owners had been succeeded by the Mountain Cahuilla who were brought down to the San Bernardino mission about 1846, while the Serrano, or ismailem, as the Cahuilla term them, had originally occupied the foothills of the San Bernardino range bordering the San Bernardino valley. The Serrano, however, had always occupied the Yucaipe valley just southeast of Crafton. The Gabrielino group at Crafton was called tekenetpauiteem in the Cahuilla language, the Gabrielino group at Redlands was called in the same language waticpakiktum, but the name given the Gabrielino group at San Bernardino was not remembered. The four main informants whose independent statements concurred on these points were Rosa Morongo, a Pass Cahuilla woman married among the Serrano; Jesusa Manuel, a Mountain Cahuilla woman married among the Serrano; Alec Arguello, a Mountain Cahuilla man who formerly lived in San Timoteo canyon; and Alejo Potencio, old clan leader of the Palm Springs Cahuilla. Both of the men had seen and talked with Gabrielino who had formerly lived at the sites in question, while the two women had received their information from their older relatives. There is no reason to doubt the sincerity or honesty of these four informants, and the exact concurrence of each in regard to the language of the "Kisiannos," as the Gabrielino were called, is strong evidence in favor of original Gabrielino occupation.[14]

One important piece of evidence disputes this conclusion and that is the statement of Hugo Reid who formerly lived at San Gabriel where he had married a Gabrielino woman. He says, "Jurupa, San Bernardino, etc., belonged to another distinct tribe possessing a language not at all understood by the above Lodges; and, although reduced by the Spanish missionaries to the same religion and labor,

[13] Handbook, 615–616.

[14] Benjamin Morongo, an old Serrano questioned by Gifford, likewise stated that the valley including the San Manuel reservation site, was formerly occupied by Gabrielino. Gifford, Clans and Moieties in Southern California, present series, 14:179–186, 1918 (cited hereafter as S. Cal.).

they never mixed their blood, they being considered much inferior, and called *Serranos* or *Mountaineers*. They look upon them to this day, with great disdain."[15] This is a positive statement by a man in a position to know, and it cannot be disregarded. It is possible that the "Serrano" referred to are another small linguistic group, intermediate between the Serrano proper and the Gabrielino, but this is mere conjecture. Some of Reid's statements in the light of recent investigation, as well as such contemporary accounts as that of Boscana,[16] seem too general and somewhat exaggerated. It is possible that he was misinformed or made the statement without sufficient evidence, but to assume this on even the best native information at a so much later date would be rash. One can only bear in mind the fact that natives whose memories go back into the time when Reid was writing concur in the opposite opinion. There, until further evidence comes to hand, the matter must rest.

An equally disputed question concerns linguistic (or as the term has been loosely used, "tribal") affiliations of the groups originally occupying the San Gorgonio pass. In this regard Kroeber makes the following statement:

It has been stated that the Indians of the Morongo reservation near Banning are mixed Serranos and Cahuillas. This is literally true. Nevertheless the number of true Serranos on this reservation is small. The Indians are predominatingly Cahuilla, and both tribes state that the pass in the vicinity of the reservation was always Cahuilla territory. These Banning Cahuilla however answer indiscriminately to the name of Serrano or Cahuilla, and seem to apply either name to themselves.[17]

This last statement lies at the basis of the entire dispute, for neither the term Cahuilla nor Serrano seems to have the slightest significance to either group who have been so designated. The first name only calls to their mind the Cahuilla reservation in the San Jacinto mountains, the latter any persons who dwell on or near mountains. Therefore to ask such a native whether he was a Cahuilla or a Serrano would be like asking a northern Scot whether he were a Scotchman or a Highlander: the answer might be interesting but inconclusive. There is only one way to approach the problem and that is by finding out the native dialect of each local group, for the Serrano and Cahuilla dialects are markedly different and a few test words give more positive evidence than any number of general questions. This seems simple, but as one might expect that a group *name* would be known

[15] The Indians of Los Angeles County, Los Angeles Star, 1852, Letter No. 1.

[16] Chinigchinich, in Life in California, by Alfred Robinson (ed. 1; New York, 1846), 227–341.

[17] Ethnography of the Cahuilla Indians, present series, 8:35, 1908.

to the people thus designated much grief may be experienced before it becomes obvious that the case is far otherwise.

That the Pass division of the Cahuilla occupied the San Gorgonio pass has been generally accepted, but in a recent work Kroeber changed his opinion giving the region in question to the Serrano.[18] This was done in accord with the findings of Benedict who worked on the Morongo reservation near Banning in 1922, making a study of Serrano culture.[19] This general region, due to the breaking down of the culture, the assembling of all dialectic groups on one reservation, and the lack of any tribal unity, is the most complex in southern California. Benedict's main informant, Mrs. Rosa Morongo, was really a Pass Cahuilla by birth and a Serrano by marriage and ceremonial affiliation. Instead of being born at Akavat, north of Beaumont (in Serrano territory),[20] she was born at piñatapa, in the Banning Water canyon which was called malki, the general Cahuilla name for the Banning district. Her father was clan leader of the pisatañaviteem clan (Pass Cahuilla) and her mother was of the kauiikiktum clan (Palm Springs Cahuilla). Before the present author met Mrs. Morongo he was told this by Francisco Nombre and Alejo Potencio (clan leaders respectively of the Desert and Palm Springs Cahuilla). Mrs. Morongo confirmed these statements on being asked, without reference being made to the previous information received. She married Captain John Morongo, a well-known leader of the māriña Serrano clan, and on his death assumed the ceremonial leadership of that clan's rather broken-down organization. As the result of her early marriage into a Serrano group she speaks that language as freely as her own.[21] Hence the majority of the Pass clan names recorded by Benedict are Serrano translations of Cahuilla names. As Mrs. Morongo seems better qualified to speak of Serrano culture in general than any of the few real Serranos on the reservation, the present author has little to add to much of Benedict's account, but it is unfortunate that the informant's bilingual talents should have led to such a mix-up in regard to former territorial ownership in the Pass.

[18] Handbook, 693, n. 1.
[19] A Brief Sketch of Serrano Culture, Am. Anthr., n.s., 26:366–392, 1924.
[20] Benedict, *op. cit.*, 366.
[21] Mrs. Morongo stated that her own language was iviatim (Cahuilla) and her acquired language ismaiim (Serrano). A comparison of the two as spoken by her convinced me that such was the case. To further verify the matter, several months after leaving the reservation, I sent a request to the Reverend Mr. Wineland, of Banning, for test vocabularies in her father's, her own, and her daughter's languages. The first two lists are pure Cahuilla, the third Serrano. Data in regard to her personal history, kindly secured by Mr. Wineland at this time, corroborate the statements made above.

## SERRANO CLANS

At the present day it is probably impossible to secure a complete list of Serrano clans and clan territories, for actual knowledge of the old conditions has almost disappeared. The following list combines the information received from Mrs. Rosa Morongo, Mrs. Jesusa Manuel, and Mrs. Miguel Savateo, for no one informant could give a complete list. The present clan list (table 1) agrees closely with that published by Gifford,[23] and less closely with the clan list of Benedict.[25] The reason for this latter discrepancy has already been mentioned. It is quite possible that certain of the clans in the two former lists not recorded here were omitted by my informants, and for that reason I have compared all three lists in the following summary.

TABLE 1
SERRANO CLANS

| G[22] | B[25] | S[24] | Clan | Territory | Moiety | Group |
|---|---|---|---|---|---|---|
| 2 | 12 | 1 | mōhiatniyum | northwest of The Pipes | W | A |
| 1 | 11 | 2 | māriña | yumisēvul, Mission creek | C | A |
| 4 | 13 | 3 | aturavatum | The Pipes (10 mi. NW of yumisēvul) | C | A |
| 9 | 15 | 4 | pervetum | Santa Anar., vicinity Big Bear lake | C | A |
| 8 | (15) | 5 | yūhavetum (pine trees) | from Highlands NE through Bear valley | C | A |
| 11 | | 6 | tamianūteem | Twenty Nine Palms | W | B |
| | 14 | 7 | mamaitum | Twenty Nine Palms | C | B |
| 6 | | 8 | naviatem | Vicinity of Victorville, N of San Bernardinos | C | C |
| 7 | | 9 | amūteakaiem | Base of San Bernardinos, S of Victorville | (?) | C |
| | | 10 | apihavatum | About Arrowhead Peak and Springs | C | C |
| 5 | | 11 | kaiwiem | N slope San Bernardinos, around Lake Arrowhead | C | C |
| | 1 | 12 | wa'ateem | S slope San Bernardinos between Santa Ana and Mill creeks | C | (?) |
| 3 | 13 | yūeaipaiem | Yucaipe valley | C | (?) |

[22] Present series, 14:179–180, 1918.     [23] Am. Anthr., n.s., 26:368–369, 1924.
[24] Gifford, *ibid.*; in addition, this list includes Serrano clans 3, 10, 12, 13, and 14 which were unknown to my informants.
[25] Benedict, *ibid.*; in addition, this list includes Serrano clan 2, unknown to my informants; clan 4 is a Serrano translation of tepamōkikitum, Mt. Cahuilla clan, no. 1; clan 5 is a Serrano translation of pisatañaviteem, Pass Cah. clan, no. 9; clan 6 same as clan 5; clan 7 is a Serrano translation of malki, Cahuilla name for Banning district; clan 8 is a Serrano translation of wakiñakiktum, Pass Cah. clan, no. 6; clan 9 is a Serrano translation of palukuaviteem, Pass Cah. clan, no. 5; clan 10 is a Serrano translation of wamikitum, Pass Cah. clan, no. 5; clan 16 is the term translated as "money" applied to the females of the yūhavetum clan; clan 17 is a Serrano translation of haviñakiktum, Pass Cah. clan, no. 4; clan 18 is a Serrano translation of teteanakiktum, Pass Cah. clan, no. 7; clan 19 is a Serrano translation of wakiñakiktum, Pass Cah. clan, no. 6.
[26] Strong.

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 10 of 49   Page ID #:1967

## CLAN GROUPINGS

The seeming complexity of Serrano ceremonial organization is in all probability largely due to the fragmentary nature of our knowledge. As a functioning organization Serrano society for the most part disappeared several generations ago and as a result such gleanings as may now be obtained are often contradictory. The fact that the ceremonial life of their southern neighbors persisted up to the present generation enables us to gain an idea of the general nature of Serrano clan organization, but as the Serrano seem to have possessed certain unique characteristics, the analogy is but a sad substitute at best. Before considering the detailed organization of the clans in so far as they are remembered, and the unique developments they represent, it will be well to consider the larger Serrano interclan groupings.

In late historic times the māriña clan of the coyote moiety, formerly located at yumisĕvul or Mission creek, seems to have held a dominant position among both the neighboring Serrano and the Pass Cahuilla clans. Equally important because of special duties it performed was the mōhīatniyim clan of the wildcat moiety, living northwest of The Pipes at mukunpat. The former clan possessed the ceremonial chief or kika and the dance house, the latter clan the ceremonial assistant or paha and the fetish bundle containing the sacred feathers. Thus the māriña chief always called the ceremony but the mohiatniyim paha and his clansmen officiated as well. Since these two groups commonly intermarried and were of opposite moieties, their reciprocal relationship is obvious.

Another clan of the coyote moiety, the aturaviatum clan, was also reciprocally allied with the mōhīatniyum clan in the same manner. The aturaviatum had a chief, a dance house, and a sacred bundle or fetish.[27] The māriña and the aturaviatum clans were responsible on alternate years for the annual mourning or image-burning ceremony, and the mōhīatniyum clan, which had no ceremony of its own, shared in both. This triangular linkage formed the central organization of the eastern Serrano clans but it was further complicated. The aturaviatum clan each year held the mourning ceremony for the pervetum and yūhavetum clans of the coyote moiety (see map 1). The last two clans are said to have possessed a clan chief, dance house, and fetish bundle, and the reasons for this involved relationship are not clear. The last two clans may have been branches of the atura-

viatum clan whose ceremonial affiliation still persisted after their separation, but there is no evidence to prove or disprove this. Similarly, the māriña clan always invited the mamaītum clan of the coyote moiety, located at Twenty Nine Palms, to all ceremonies; and also six of the neighboring Pass Cahuilla clans (nos. 4–9, p. 91). These clans in turn invited the māriña clan to their ceremonies, and an exchange of shell money was carried on between all the groups at the time of the ceremony itself, and on the occurrence of a death in any one of the clans, when all the others sent a certain amount of shell money to the clan leader of the deceased. Since no Serrano informants were very clear in regard to this exchange, it is discussed in more detail later when the Pass Cahuilla are considered.

This ceremonial exchange, and probably participation in each other's ceremonials, extended to the tekenetpauitcem Gabrielino clan at Crafton,[28] the watciepakiktum Gabrielino clan at Redlands,[28] and to the havaïkiktum and one other Luiseño "party" at Saboba. The degree to which these distant clans participated in each other's ceremonies is not clear, but two Serrano informants[29] agreed that the mōhīatniyum paha always carried these beads to the other groups for both the māriña and aturaviatum clans. It is of interest that both these informants claimed that the "old" Saboba language was nearly the same as ismaïlem, i.e., Serrano, but had changed considerably in the last fifty years.

A second ceremonial grouping formerly existed at Twenty Nine Palms, where the mamaītum clan of the coyote moiety possessed the clan chief and dance house, while the tamīanutcem clan of the wildcat moiety possessed the paha and the fetish bundle. These two clans commonly intermarried and acted together in all ceremonial matters. Both clans are now extinct.

Of the third ceremonial grouping almost nothing is known. This probably included the maviatem, amūtcakaïem, apīhavatum, and kaïwicm clans which were located in the northern San Bernardino mountains. Probably these groups are all extinct, but Serrano informants at the San Manuel reservation claimed that one or two survivors of these groups still lived near Victorville. If this is true it may still be possible to obtain some information in regard to them. Serrano informants say that these clans were all ceremonially united,

---

[27] According to Miguel Savatec, the present kika of the clan.

[28] Both these clan names were given by Mrs. Rosa Morongo in the Cahuilla dialect. Whether the people there were actually Gabrielino or spoke a differentiated Serrano dialect is not clear. This has been previously discussed, see p. 8.

[29] Mrs. Rosa Morongo and Mrs. Miguel Savatec.

ACC0004610

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 11 of 49   Page ID #:1968

but they remember them only in the vaguest way. Three of the clans are said to have belonged to the coyote moiety, but the moiety affiliation of the amûtcakaïem clan is not remembered. Possibly these groups were allied with Vanyume or Kitanemuk groups, but nothing definite is known in this regard.

The two southwestern Serrano clans, waatceem and yûcaïpaïem, near the Santa Ana river and Yucaipe valley, respectively, are also of unknown ceremonial affiliation. It seems probable that they were formerly linked with the valley Gabrielino groups[30] who were their nearest neighbors, but here again the hand of time has obscured the record. Both groups are now extinct.

All bonds between the groups so far discussed were of a purely ceremonial nature, and there appears to have been no sort of tribal or political union between them. The two clans of the wildcat moiety (nos. 1 and 6), as they appear to have had no hereditary clan leaders, were probably somewhat under the control of the reciprocally related coyote moiety clans (nos. 2 and 7), but even this relationship was in the main ceremonial. It is therefore erroneous to speak of such a mythical thing as a Serrano "tribe," for none such existed within historic times, and there is no reason to believe that it ever did. Nearly all the westerly Serrano clans were likewise united ceremonially with clans speaking alien dialects, and these in turn were autonomous political units, not tribal segments.

The ceremonial linkage between all Serrano clans is graphically shown in the diagram (table 2), where the squares represent clans of the coyote moiety and the circles clans of the wildcat moiety. It is undoubtedly significant that the two eastern ceremonial groups each revolve around one of the two wildcat clans; perhaps the same was true of the four northwestern clans if clan 9 was of the wildcat moiety. Certainly the reciprocal ceremonial relations between intermarrying clans played a large part in determining the linkage of the clans. This question involves the degree to which moiety exogamy prevailed among these groups, a point which will be discussed shortly.

About forty years ago the kauisiktum Pass Cahuilla clan at Palm Springs was first included in the Serrano-Pass Cahuilla ceremonial exchange, most of the former clans having already dropped their ceremonial activities. At present two Serrano clans, the mãriña or Morongo and the aturaviatum on the Morongo reservation near

Banning, continue their ceremonies in conjunction with the wanikiktum Pass Cahuilla clan located on the same reservation, and the kauisiktum Pass Cahuilla clan at Palm Springs. Each clan performs its annual mourning ceremony once every two years, to which the other three are invited. Since the mohiatniyum clan is extinct, at least as a ceremonial unit, each of the Serrano clans is now an independent organization possessing its own ritualistic paraphernalia and ceremonial leader. These four clans, two Serrano and two Pass Cahuilla, at the present day represent the last active religious organizations of either group.



Table 2.  Ceremonial Linkage of Clans.

## CLAN ORGANIZATION

The basis of the Serrano clan seems to have been the male lineage, whose ceremonial significance was augmented by the psychic importance attached to the lineage leader, the sacred ceremonial house, and the sacred bundle. Since this priest, house, and fetish complex entered so powerfully into the consciousness of the members of the lineage, superseding the basic ties of kinship with those of a religious and ceremonial nature, the grouping may well be called a clan. This clan included, therefore, all the males and descendants of males in the group, and the wives of these males as well. As previously indicated the Serrano clans were unique in sharing the priest, house, and fetish complex with other clans of the opposite moiety. A Serrano woman always retained her own lineage name, but on her marriage was incorporated into the clan of her husband; and in so far as a woman entered into the ceremonial life of the Serrano in former times, she in large part gave up the ceremonial ties that were hers by birth and assumed those possessed by her husband. This transfer of women, from ceremonial affiliation with one clan to another on marriage, seems to have been characteristic of all the southern California groups save the Yuman peoples of the Colorado river, where the clan name was carried by the women of the clan although passed down in the male line.

---

[30] The present author assumes that these San Bernardino valley groups were originally of Gabrielino speech affiliation, but as has been previously stated the question is a disputed one.

ACC0004611

```
                                                                    ┌ Rafael Morongo
                                                                    │   + paluknaviteem (PC)
                                                                    │ Jolianna Morongo*
                                     Francisco Morongo              │   + Will Pablo (wanikikium) (PC)
                                        + wavaaikiktum  (DC)        │ Nancy Morongo*
                                                                    └   + mŏḣiatniyum

                                  2. Captain John Morongo           ┌ John Morongo
                                  3. + Rosa pisatañaviteem (PC)     │   + kavalim (Cap.)
                                         (informant)               │ Annie Morongo
                                                                    │   + kavalim (Lawa) (Cap.)
                                                                    │ Sarah Morongo
                                                                    └   + ——— Martin (?)

                                                                    ┌ Joaquina Morongo*
                                     Tom Morongo                    │   + awilem (DC)
                                        + kauiziktum (PC)           │ Magdalena Morongo*
                                                                    └   + awilem (DC)
                                     Jose Morongo
                                        + mŏḣiatniyum

                                     Manuela Morongo*
                                        + Valentine mŏḣiatniyum (paha)

 1. Capitan Sia (Morongo)
      + kauicpaumčauiteem (DC)

                                     Jose Antonio Morongo            Tom Morongo
                                        + mŏḣiatniyum                   + mŏḣiatniyum
    pilōta (?) (Morongo)              Benjamin Morongo³²
       + bariñakiktum (PC)              + mŏḣiatniyum
```

³¹ * indicates that couple moved away to home of man.  Numerals refer to succession of clan leadership.

³² This man was not mentioned by the informant, but I have put him in the genealogy at this place because of Gifford's statement (op. cit., 182) that he was the uncle of Thomas Morongo.

ACC0004612

In spite of the transfer of ceremonial affiliation from one clan to another, the women of the Serrano and kindred southern California groups always retained their hereditary lineage names and at times participated in the ceremonies of their natal groups. As postmarital residence was predominatingly patrilocal, the degree to which a woman might associate with her hereditary clansfolk largely depended on the distance between her father's and her husband's villages.

A genealogy (genealogy 1) of the most important Serrano clan of historic times was obtained from Mrs. Rosa Morongo, whose husband, Captain John Morongo, was a member of the märiña Serrano clan. This genealogy (p. 16) refers to the time of the informant's marriage, some fifty-odd years ago, and is said to include all the märiña people who were then alive. It is clearly that of one direct male lineage, whose common male ancestor was apparently only two generations removed. If there were other collateral lines they were unknown to the informant.[33] All but the younger members of this clan are dead, and they were too young at the time the group moved from Mission creek to the Morongo reservation to remember any details of the old life. Hence Mrs. Morongo, in spite of being a Cahuilla by birth, appears to be the best informant on the Serrano obtainable.

Formerly the märiña clan always had a male kïka or clan leader; the office in theory passing from the incumbent to his oldest son. Often the oldest son was passed over in favor of a better adapted younger son, as was the case when Captain John succeeded Capitan Sia. On the death of Captain John Morongo his wife succeeded to the ceremonial leadership of the clan, but this decided break with custom seems to have been due largely to disintegration in modern times. Her son, John Morongo, a very able man of middle age who would be the correct kïka, makes no claim to the office as he has no active interest in the old customs. Mrs. Morongo stated that even under the old rules a woman might succeed to the clan leadership, but this seems dubious.[34] It was further stated that a woman could never hold the office of paha. In their old territory the märiña, as well as the other clans, owned various food-gathering areas in the vicinity of their clan locales to which they made trips as the different native crops became ready for gathering. The märiña, aturavïatum, and mohïatnïyum clans usually went on hunting and food-gathering

---

[33] It should be noted that Benjamin Morongo, mentioned as an informant by Gifford, *op. cit.*, 180, was not included by Mrs. Morongo in this genealogy. Since Benjamin died only recently the omission shows the genealogy to be incomplete.

[34] Gifford also states that in rare cases a woman might become kïka, *op. cit.*, 181.

ACC0004613

expeditions together, under the leadership of the mariña clan's kika.[35] This grouping of the clans may have been a late manifestation only, but data in this regard are scant.

Almost equal to the kika in authority and influence was the paha. Of the three clans just mentioned only the mohiatniyum clan had a paha, and he had charge of the sacred matting, muurtc, and the sacred feathers, vuntc, of both his own and the mariña clan. The aturaviatum kika is said to possess a sacred bundle (muurtc) of cactus fiber, but does not have any sacred feathers at present. Likewise the mamaitum clan had the kika, but a clan of the opposite moiety had the sacred bundle. This was the tamianutcem clan that also had the paha who officiated at the ceremonies of both clans. The pervetum and yuhavetum clans are said to have each had a kika, dance house, sacred bundle, and paha, but as both came to the aturaviatum clan to hold their mourning ceremonies their complete ceremonial independence appears rather dubious.

Each Serrano clan seems to have centered its ceremonial life around a sacred bundle, but the custom of having this bundle in the possession of a clan of the opposite moiety is unique in the area. The two cases that are reasonably clear, i.e., the relationship of clan 2 to clan 1, and of clan 7 to clan 6,[36] indicate that the clan of the coyote moiety had the kika in each case, while the sacred bundle was owned and handled in all ceremonies by the paha of the wildcat moiety clan. There was, therefore, reciprocity between intermarrying groups, and a further relationship involving the possession of the important sacred bundle. Unfortunately the data so far obtained in this regard are incomplete and it is impossible to ascertain the exact nature of this relationship. The paha, besides having charge of all ceremonial impedimenta,[37] notified the people when ceremonies were due, carried the shell money between groups, and attended to the division of shell money and food at all ceremonies. The office was passed from father to son in the same male lineage.

Another hereditary office was that of teaka, or singer. So far as can be ascertained, this office is only reported for the mariña clan, but it seems probable that the office is identical with that of hauinik among the Cahuilla, and that there was at least one such person in each ceremonial group. This man knew all the myths of

the creation and all the clan songs. Mrs. Morongo said that this duty was often performed by the kika, in which case there was no teaka.

A general consideration of the Serrano clans indicates clearly that all the groups so designated were not equivalent. Those to the west, in regard to which we have only hearsay evidence, seem to have been made up of male lineages possessing the complete priest, house, and sacred bundle complex; whereas the eastern clans were interrelated in a seemingly complex manner, wherein a clan of one moiety possessed the priest leader and the ceremonial house, and a clan of the opposite moiety possessed the ceremonial assistant and the sacred bundle. This state of affairs, as will be demonstrated, is not in accord with that prevailing among any of the Cahuilla, Cupeño, or Luiseño groups. Among all of these groups indications of moiety reciprocity are encountered, but among none of them is the priest, house, and sacred bundle complex divided between the two moieties. This anomalous condition occurring among the Serrano may be due to a number of causes. First, it may represent a broken-down system of once independent clans, similar to the religious "parties" of the Luiseño; but the fact that the condition was the one formerly prevailing and that it is now superseded by a new individual clan grouping militates against this view. Secondly, it may be a further extension of the moiety idea wherein the partial moiety reciprocity of the more southerly groups is further accentuated by an actual division of the all-important priest, house, and fetish concept. Thus the clan of the opposite moiety with whom intermarriage is most common becomes an integral part of the ceremonial unit, and the cooperation of both groups becomes necessary for any ritualistic activity. This seems the most probable explanation of the phenomenon under discussion, but the evidence on which this conclusion is based is so fragmentary that it may be regarded as only tentative.

Another unique characteristic of the Serrano clan is the tendency to designate the men and the women of certain clans by different names. This has previously been noted by Gifford,[38] and a similar case was recorded in the present investigation. According to Mrs. Jesusa Manuel, a Mountain Cahuilla woman who had married a yuhavetum man, the men of the latter clan were called by that name, which means "pine trees,"[39] while the women of the clan were collectively designated as koteaviem or "money." This latter name included females who had married into as well as those born in the

---

[35] Compare Benedict, *op. cit.*, 391–392, and Gifford, *op. cit.*, 182.

[36] See Serrano clan list, p. 11.

[37] Gifford, *op. cit.*, 182, also records this custom.

[38] *Op. cit.*, 180.     [39] Cf. Gifford, *op. cit.*, 179.

ACC0004614

clan. The term might refer to the marriage price of women, but there seems to be a deeper significance to the custom. According to Benjamin Morongo, women of the mãrĩña clan were called malena, while the men were called morongo; and mõhĩatniyum men were called nudi, and women yeteaiwa.[40] Mrs. Miguel Savateo said that men of the aturaviatum clan were called aturavat, and the women atûate. Comparable customs are found among the Desert Cahuilla,[41] and while the custom at present seems vague and rather meaningless, it may represent Yuman influence, as Gifford[42] has suggested. When more is known of the Chemehuevi and Kitanemuk the place of this nominal sex dichotomy within the clan may become clearer. There seem to be no traces of it among the western Cahuilla, the Cupeño, or the Luiseño.

### THE SACRED BUNDLE

The great importance of the sacred bundle concept in southern California was first clearly indicated by Benedict.[43] Today each of the active Serrano clans has a mat which they call muurte, made from cactus fiber, and in this wrapping they keep their ceremonial equipment. The bundle is in the possession of the clan leaders, Mrs. Rosa Morongo, ceremonial leader of the mãrĩña clan, and Miguel Savateo, of the aturaviatum clan. Formerly at their old territory on Mission creek, the mãrĩña bundle was kept by the mõhĩatniyum paha and a string of eagle and other bird feathers was wrapped in it. These sacred feathers were called vuunte.[44] At present, according to members of the clans in question, neither of the bundles contains sacred feathers. The mamaĩtum and tamĩanûteem clans likewise shared such a bundle, which was kept by the latter clan. This bundle was made of tule matting and was called muurte. It did not contain any sacred feathers.

The Serrano differ from their southern neighbors in that the paha rather than the kika was custodian of the bundle and between ceremonies carefully hid it away, either in the dance house, or in a secret cave in the mountains.[45] The details concerning the care of these sacred objects are scant, but they were obviously regarded with great veneration and were carefully preserved. The sacred feathers (vumte) were far more important than the feather bands made of flicker and other woodpecker feathers worn by the dancers. The bands are called wĩwut, and are similar to those employed throughout almost

the entire Californian area. Both types of feather ornaments were wrapped in the muurte, along with rattles, head plumes, ceremonial wands, and the strings of shell money. The mãrĩña clan differed from the other Serrano clans in that they hung up their sacred feathers and exposed the ceremonial wrapping from Wednesday night until Saturday during the week-long mourning ceremony. All the other clans kept theirs hidden.

The ceremonial employment of the sacred bundle and its contents is well described by Benedict:

> The first great event of the week [during the mourning ceremony] is the all-night ceremony on Wednesday when the feathers are brought to the ceremonial house. These are the most sacred possessions of the Serrano, and are kept during the year under the care of the paha in a secret cave in the mountains. The ceremony on Wednesday night begins with a great supper. After supper they sing, led by the ceremonial singer, the teaka, an hereditary officer, a Maringa, until at the direction of the paha all lights are extinguished, and the assembled people wait in silence till the feathers are brought. They first know that the feathers have come when they hear the paha praying in a peculiar voice in the darkness. The words are indistinguishable, but what he says concerns the beginning of things. This lasts about an hour. Then the fires are relighted and the feathers are hung around the room. In old times the paha and other dancers danced with the feathers at this time, but the last man who could dance this dance died twenty-five years ago. Besides, the feathers are falling to pieces now, and require very careful handling.[45]

The ceremonial importance of the clan leader, or kĩka, among the Serrano is not clear, largely because their organization has been so badly broken down. At present this official presides at all ceremonies and is caretaker of the sacred bundle and paraphernalia, but the word-of-mouth accounts of former times assign this last duty to the paha. Apparently the latter official played a much larger part in social and ceremonial life among the Serrano than among the Cahuilla, Cupeño, or Luiseño where he is entirely subordinate to the clan priest or leader. The duties of the kĩka seem to have been of an advisory nature; he set the time for ceremonies, "called them" as the Serrano say, and told the people when to go on their various food-gathering expeditions.[46] Formerly the kĩka lived in the kĩtcaterate,[47] as was the case among most of the Cahuilla, Cupeño, and Luiseño groups. Whether he derived magical power and authority from the sacred bundle, as was the case among the Cahuilla and their neighbors, is also uncertain. Benedict states that the paha prayed over the sacred bundle during the mourning ceremony.

40 Gifford, *op. cit.*, 180.    42 Cf. Gifford, *op. cit.*, 181.    44 Benedict, *op. cit.*, 391.
41 Present paper, p. 68.    43 *Op. cit.*, 375, 389.

45 *Op. cit.*, 375.
46 According to Benedict, *op. cit.*, 392, he distributed all material so gathered to all the clan through the paha.
47 Benedict, *op. cit.*, 379.

According to legend the first tule ceremonial house was made by Pakrokitat, and every chief has had one since that time.[48] Naming ceremonies, mourning ceremonies, and the curing of the sick were all done in this ceremonial house or kiteaterate, ("big house." Here, in the case of the mãrĩña clan, the sacred feathers were hung up during the latter half of the mourning ceremony. During this ceremony the paha swings a bullroarer and any person who looks to see where the noise comes from is tied up in the kiteaterate with the sacred feathers until his family pay to have him released.[49] When a deer was killed there was an all night ceremony in the "big house," and in the morning the carcass was cut up and divided.[50] Before a man became a full-fledged shaman it was essential that he dance before the assembled clan in the ceremonial house.[51] All these ceremonial functions involving the "big house" demonstrate its importance among the Serrano and, as later consideration of the groups to the south will show, its deep ceremonial significance is widespread in southern California.

## THE MOIETY

In spite of Benedict's recent statement to the contrary,[52] the Serrano must definitely be included among the dichotomous groups of southern California. Furthermore the system of endogamous groupings among the Pass Cahuilla and Serrano which the same author outlines is not borne out either by the actual cases of marriage recorded, or by data secured from informants among the groups in question. These assumed endogamous groupings, in connection with a far too wide extension of the linguistic designation Serrano, seem to have obscured the problem of the moiety.[53]

The so-called "endogamous" groupings are merely clan groupings of a purely territorial nature, and the fact that such near-by groups often intermarried is to be expected. Propinquity as a force in mating naturally exerts a strong influence on all peoples. Two genealogies of clans included in Benedict's Serrano classification show that no such rule was enforced, and no informants questioned by the present author had ever heard of such a rule. The mãrĩña genealogy (genealogy 1) gives eighteen cases of marriage for a typical Serrano

clan.[54] This shows six marriages with the mohiatnĩyum clan in accord with moiety exogamy, and eleven with outside clans not included in Benedict's endogamous grouping.[55] According to Benedict[55] the pisatañaviteem clan[56] was in the first endogamous grouping mentioned. Of twelve cases of marriage recorded for this clan (genealogy 7) only two are with clans included in the assumed endogamous grouping, five are with clans in the second so-called endogamous grouping (ismailem, i.e., Serrano), and five are with Pass Cahuilla clans, the majority of which are included in the third assumed endogamous clan group. Obviously there is here no objective basis for predicating any such endogamous groupings.[57]

On the other hand each clan group of the Serrano, as was the case with the Cahuilla and Cupeño, possessed in addition to its individual name the appellation of either coyote or wildcat. The Serrano term for a wildcat group is tuktum, and for a coyote group wahĩyam. As Benedict says, "It is undoubtedly significant that no hesitation was shown in assigning to any group its animal designation. Even where the proper marriage affiliation had been forgotten, the fact that they were 'coyote' or 'wildcat' was unclouded."[58] According to all Serrano informants questioned it was regarded as unethical for two wildcat groups, or two coyote groups, to intermarry, but they all said that the old rule had had little importance, in late years, especially. All informants emphatically denied that there were any other rules limiting the choice of mates, and I feel certain that the group limitations of marriage given by Benedict never existed save as those of contiguous clan groups that on account of propinquity commonly tended to intermarry.

In the region of the San Gorgonio pass there was a great disproportion of coyote clans as compared with wildcat clans, and this undoubtedly had an effect in the breaking down of moiety exogamy. It is significant, however, that in the mãrĩña genealogy the six cases of intermarriage with other Serrano clans are all according to the rule of moiety exogamy; while of the eleven cases of marriage with Cahuilla clans, only one case accords with the rule. Our data are

48 Gifford, op. cit., 181.
49 Benedict, op. cit., 376.
50 Ibid., 379.
51 Ibid., 384.
52 Op. cit., 371.
53 As has been previously demonstrated, Benedict has grouped Serrano, Gabrielino, and Pass Cahuilla groups all under the term Serrano.

54 One case of marriage is with a man of unknown clan affiliation.
55 Op. cit., 370.
56 Op. cit., 369, given as Pihatúpayama. See present paper, p. 111, for Pass Cahuilla marriages.
57 Most of these marriages occurred from twenty to sixty years ago. Among the Cahuilla and Cupeño such genealogies demonstrate the efficacy of moiety exogamy, and these Serrano cases should likewise show the influence of marriage rules.
58 Op. cit., 370.

ACC0004616

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 17 of 49   Page ID #:1974

too limited to assert positively that the practice of moiety exogamy was in the ascendant among the Serrano clans, but there is no doubt that they recognized such a rule even though they did not live up to it. According to an informant of one of the northern Serrano clans, which are predominatingly of the coyote moiety, the rule was known but was not obeyed. For example, the pervetum and the yühavetum clans commonly intermarried, but they were always called wahímalam, "coyotes not knowing each other," by other clans. This had a derogatory implication, and demonstrates the fact that the rule was known although circumstances had made it impracticable of application.

Not only did the Serrano recognize the moiety as a factor in limiting marriage, they also carried out the practice of moiety reciprocity in ceremonial activities to a more complete degree than any of their southern neighbors. This has been previously discussed in relation to the Serrano clans, especially in regard to the position of the ceremonial assistant or paha, and the sacred bundle or muurte. The evidence shows that the märiña and the mõhíatníyum clans frequently intermarried. They likewise shared in all ceremonial activities and in many utilitarian pursuits. The sacred bundle of the two clans was formerly kept by the mohíatníyum paha, while the märiña clan possessed the clan leader, kika, and the ceremonial house. In much the same way the atnraviatum clan of the coyote moiety was ceremonially connected with the mohíatníyum wildcat clan, forming a triple ceremonial union with a clan of the opposite moiety as the common link. At Twenty Nine Palms there was an identical union between two intermarrying clans of the opposite moiety. Strong traces of moiety reciprocity occurred among the various Cahuilla, Cupeño, and Luiseño groups, but the Serrano system shows more dependence of the clans of one moiety upon the clans of the other than occurred elsewhere in southern California.

The principle of the moiety obviously entered very deeply into the life of these groups, as was also the case in south central California, but the particular names by which the divisions are designated seem almost fortuitous. It is therefore necessary to divorce the totemic concept from that of dichotomy per se, and to consider each separately in order to understand their nature and relationship. This phase of the problem calls for later consideration but should be noted here in order that both the apparently superficial discrepancies and the deeper similarities of dichotomy in southern California be properly evaluated. Today the ideas connected with the moiety among the Serrano are

vague;[59] but when they are considered in relation to the culturally allied Cahuilla and Cupeño, their significance becomes manifest.

The Serrano moieties are also associated with other animals than the two name-giving species. With the coyote are associated the buzzard (widikut) and the wolf (wanats); and with the wildcat are the mountain lion (tukutcu) and the crow (gateawa).[60] The animals associated with each moiety are said to be related to one another.[60] The members of each moiety call their various totemic animals by the term for great-grandparent. According to native theory these animals were assigned to their respective moieties by the creator Pakrokitat.[61] In all probability there was once a much more complete division of the animal kingdom between the two, but if so it has been forgotten. Wildcat people were reputed to be slow and lazy, and coyote people swift in movement.[62] There was no prohibition in regard to killing or eating the totem animal,[62] at least within the memories of present informants. Formerly there was much joking between people of opposite moieties, and there were several songs of this nature. This joking seems to have entered into more serious ceremonies, for it is said that the kika of a coyote clan would often ridicule the paha of the associated wildcat clan. Mrs. Miguel Savateo stated that many years ago all Serrano men applied face paints in a striped design, while all Serrano women used face paints in a dotted design. This custom suggests the nominal sex dichotomy previously mentioned for the Serrano, and has some similarity to the two types of design used by Cupeño girls after their adolescence ceremony.[63]

### THE JOKING RELATIONSHIP

According to Benedict the Serrano family

. . . along with its remoter connections, is bisected into joking and respect relatives. All relatives of one's own direct line, and their siblings of the same sex, belong to the category to which respect is due; all siblings of opposite sex (mother's brother, father's sister, grandmother's brother, etc.) to the joking category. Their children have status of their parents. Thus cross-cousins to the third and fourth generations are joking relatives; parallel cousins, respect relatives. This holds reciprocally also, so that a man never jokes with his brother's children, nor a woman with her sister's. At marriage the husband and wife assume each other's joking categories. In the small communities that were the rule among the Serrano, then, from the point of view of any single individual this differentiation of status practically bisected the entire community.[64]

59 Benedict, *op. cit.*, 371.    60 Gifford, *op. cit.*, 178.    61 Gifford, *op. cit.*, 178.
62 *Ibid.* Cf. Benedict, *op. cit.*, 371.
63 Girls of the coyote moiety employed a striped design, those of the wildcat moiety a dotted design.
64 *Op. cit.*, 372.

ACC0004617

Benedict believes that this distinction between siblings of identical and of opposite sex in the direct ancestral line, with its associated respect or joking implication, is the determining factor in the Serrano relationship classification. Thus cross-relatives of different moiety affiliations, such as the wife's mother's brother, the wife's father's sister, the grandmother's brother, and the grandfather's sister are all designated by one term, as opposed to the classification of parallel or respect relatives.[63] Since this classification may cut directly across the hypothetical moiety alignment of relatives, it seems to support Benedict's contention that the Serrano had no true moiety division.[66]

This would indeed be important evidence in support of the latter view were the Californian groups possessing moieties characterized by any "conventional scheme of unilateral descent such as is found among tribes that are organized into exogamic moieties."[67] This is certainly not the case, for as Kroeber has stated, "there are [in California] but few clear indications of an association, regional or otherwise, between types of kinship systems and types of social institutions pure and simple . . . . and equally few instances of particular traits of kinship nomenclature according with specific institutions."[68] The same author, in relation to Californian moieties, specifically adds: "the distribution both of types of kinship systems and special traits of kinship designation, fails to agree with the distribution of these moieties."[68] Gifford's later and more extensive work on Californian Kinship Terminologies amply confirms this view.[69]

Benedict's statement that "there seems to be no reason for referring to these designations as moieties,"[70] in regard to the alignment of all Serrano clans to either a wildcat or a coyote division, has been previously discussed. If it were true, as seems to be implied, that the Serrano kinship system departed radically from kinship systems possessed by other dichotomous groups in California there would be just ground for doubting the possession of a dichotomous division among the Serrano. This certainly is not the case as an examination of the central Sierra Miwok kinship nomenclature will readily demonstrate.[71] Since these are perhaps the most characteristic and best known central Californian dichotomous people, they may well serve

for purposes of comparison. Among this group a man uses twenty-nine terms of relationship. Of these, twelve apply to relatives belonging only to his own moiety, nine to relatives of the opposite moiety only, and eight to relatives who may belong to either moiety. A woman among the central Sierra Miwok uses thirty terms of relationship; fourteen of these apply to relatives of her own moiety only, seven to relatives of the opposite moiety only, and nine to relatives who may belong to either moiety according to circumstances. When we turn to the Serrano we find that a man uses forty terms, eleven of which apply to relatives belonging only to his own moiety, sixteen to relatives of the opposite moiety only, and thirteen terms which may apply to members of either moiety. A Serrano woman uses forty-two terms, thirteen of which apply to relatives of her own moiety only, sixteen to relatives of the opposite moiety only, and thirteen to relatives who may belong to either moiety.[72] Among the Miwok then, 27.5 per cent of the relationship terms used by a man, and 30 per cent of those used by a woman may include persons of both moieties; while of the terms used by a Serrano man 32.5 per cent, and by a Serrano woman 30 per cent, are of this type. The fact that a Serrano man uses 5 per cent more kinship terms that include persons of both moieties than does a Miwok man, while between women of the two groups there is identity in this regard, suggests no great difference between the two kinship terminologies. Since Benedict has pointed out that a number of Serrano terms include relatives of different moieties, and that this departs from customary moiety usage, it is significant that in this regard there is no appreciable difference between the former and the undoubtedly dichotomous Miwok. The same lack of exact accord between dichotomy and grouping of relatives holds for other peoples in southern California, but there seems no reason to deny the manifest occurrence of a dual division of society among such peoples because it is not clearly reflected in their kinship terminology. When we find in one or more dialectic units a demonstrable division into two nominal halves, especially when such a division is strengthened by exogamy, these divisions may certainly be referred to as moieties.

The system of kinship classification among the Serrano pointed out by Benedict is undoubtedly important, perhaps the most important single factor in determining alignment of kinship terms, but for reasons shortly to be discussed I am dubious that it is exactly describable as a joking and respect classification. Primarily the dis-

---

[63] *Ibid.*, 373.   [64] *Ibid.*, 371.   [67] Benedict, *op. cit.*, 373.

[65] California Kinship Systems, 12:382–385, 1917 (cited hereafter as Kinship).

[69] Present series, 18:7, 246, 1922 (cited hereafter as Kinship).

[70] *Op. cit.*, 371.

[71] Gifford, Miwok Moieties, present series, 12:172–174, 1916 (cited hereafter as Miwok).

[72] Gifford, Kinship, 54–56.

ACC0004618

tinction between cross and parallel relatives seems connected with the fundamental importance of the direct lineage in southern California social organization. This point has previously been stressed by Kroeber.

The characteristics of the southern Californian type of kinship are an enormous development of reciprocal expression, and a striking reduction of terms denoting connections by marriage. Perhaps equally important intrinsically is the consistent recognition of the factor of lineage, as expressed terminologically in the distinction of cross and parallel relatives; but this is not an exclusive southern peculiarity. All of these traits seem typical also of the systems of the Southwest, with which region southern California has many cultural correspondences.[72][73]

Benedict stresses the point that the Serrano have one term which includes grandmother's brother, wife's mother's brother, and wife's father's sister, and another term including grandfather's sister;[74] also husband's father's sister and husband's mother's brother.[75] It is undoubtedly significant that all the relatives in these two groupings are definitely excluded by either birth or marriage from the direct lineage of the speaker or the speaker's wife. They are as Benedict says "siblings opposite in sex to the direct ancestor [or ancestors] through whom relationship is traced."[74] This distinction is carried into the grandparent generation among Serrano, Diegueño, Cahuilla, Cupeño, and Luiseño,[76] all of which groups are characterized by lineages or clans based on the male lineage.

According to Benedict the joking category includes all cross relatives and the respect category all parallel relatives, which seems a logical arrangement to distinguish lineal kin from the others. I was unable to verify this state of affairs among the Serrano however, for far from appearing to be an outstanding feature among the very few Serrano on the Morongo reservation,[77] it seemed obscure, and informants were contradictory in their opinions of the matter. There is no doubt that some such division of relatives existed, but the suggested lines of cleavage seem contradictory, not only between groups but between individual informants in the same group. Among the Cupeño, for example, a woman might make fun of her sister's children and call them ugly or stupid, and her sister had no right to object; but it was considered unethical for a woman to joke thus with her

72 Kinship, 378–379.
74 *Op. cit.*, 373.
75 Gifford, present series, 18:54–56, 1922.
76 Gifford, Kinship, 135.  Benedict, op. cit., 373.
77 Benedict, op. cit., 373.

brother's children or with her own children.[78] This is in direct contradiction to the Serrano system as given by Benedict, wherein a woman should joke only with her brother's children and not with those of her sister.[79] Among the Mountain Cahuilla a man can joke with the sons, but not the daughters, of his father's brothers and his father's sisters; with all grandparents and great-grandparents; with the mother's brother's wife and sons; with the father's sister's husband and their sons; and especially with the husbands of his sisters. He cannot joke with his father's brother or the latter's wife, his mother's sister or her husband, or his brother's wife and their children.[80] This fragmentary list also disagrees with the Serrano scheme given by Benedict, in the lumping of the grandparent generation and the male parallel cousins in the joking category, but agrees in putting the father's brother and mother's sister both in the respect category. Such incomplete data as these are valueless in demonstrating the nature of the division, but they do indicate that the system is not so simple as has been suggested for the Serrano. Since the social organization and kinship terminology of the Serrano agree in all fundamentals with those of the Cupeño and Cahuilla, it is strange that they seem to disagree in the joking relationship.

Benedict's version of the matter has the advantage of simplicity and apparent logic behind it, but is certainly not confirmed by the foregoing data. These data are even less satisfactory in explaining either the application or the significance of the joking relationship. The observations of the present author were contrary to those of Benedict,[81] for neither among the Serrano nor any of their southern neighbors were manifestations of this custom particularly noticed. When questioned, informants were vague in regard to the exact classification of any particular relative, but there seems no reason to doubt that some such categories formerly existed. Later work alone may settle this particular question but enough has been given here to show that neither Serrano kinship terminology nor the division of relatives into respect and joking categories precludes their possession of a dichotomous organization. The bulk of other Serrano evidence testifies to the importance of the moiety.

78 According to Mrs. Salvadora Valenzuela, informant.
79 *Ibid.*, 372.
80 According to Jolian Nortes, informant.
81 *Op. cit.*, 373.

ACC0004619

Case 5:13-cv-00883-JGB-SP    Document 85-8    Filed 10/21/14    Page 20 of 49    Page ID #:1977

## CEREMONIAL LIFE: BIRTH

Very few of the older Serrano survive, and among these I encountered no good informants. Of necessity, therefore, the bulk of the Serrano data were secured from Mrs. Rosa Morongo, who is a member of this linguistic group by marriage and ceremonial affiliation, not by birth. Since Mrs. Morongo has been acting leader of the main Serrano clan for many years she is well qualified to speak in regard to the ceremonies of her adopted people. Much of Benedict's information was received from this same informant and as a result the present account of Serrano ritualism is largely a resumé of her material[52] and that earlier secured by Gifford.[53] The present author's contribution has been to distinguish wherever possible between ceremonial details applying to Mrs. Morongo's native people[54] and to her adopted people, the Serrano. However, since the mãriña clan in historic times at least, has greatly influenced the neighboring Pass Cahuilla clans and vice versa, the ceremonies of the two groups are very similar. The present list of ceremonies applies directly to the mãriña Serrano clan and indirectly to the near-by Serrano clans. How closely it duplicates the activities of the extinct northern clans is hypothetical.

Immediately after parturition, mother and child were placed in a heated pit where they remained for about four days, or until the navel cord of the child dropped off. The day following the birth the child's paternal grandparents gave a feast at which presents were distributed to the guests and a cradle board made for the infant. No special restrictions seem to have been placed on the child's father at this time.[55]

## GIRLS' ADOLESCENCE CEREMONY

Formerly a clan ceremony, waxan,[56] was held for certain adolescent girls. This took place in the dance house and was presided over by the paha of the affiliated clan.[57] A shallow pit was dug and heated with hot stones, and on the removal of the stones the girls were placed in the pit and their bodies covered with sand. Their faces were covered with basketry caps. The sand in the pit was reheated at intervals and the girls remained here for one or more days. When they were removed the paha administered a large decoction of bitter herbs and their hair was washed in the same liquid. They were bathed in warm

water and each girl remained in seclusion under the care of her grandmother for a period of about four days. During this time their faces were painted daily with certain designs that are not remembered at the present time. The use of cold water, salt, and meat was forbidden, as was the stepping on wood, or scratching of the head save with a special wooden head-scratcher. This public ceremony was held at the same time as the boys' initiation or jimsonweed drinking. It is said to have included only the girls of prominent families.[58] Girls from other families were initiated at a private ceremony including only the immediate family. The latter form seems to have persisted the longest and it was possibly merely a later development of the clan ceremony, for elsewhere in the region the public initiation of all adolescent girls seems to have been general.

## BOYS' INITIATION OR TOLOACHE CEREMONY

This ceremony was called tamonin (from tama, to teach), and long ago seems to have been performed annually. It included only the sons of prominent families and boys of marked personality. The paha presided over the ceremony and was assisted by the shamans. A decoction of the jimsonweed (Datura meteloides, called toloache in Mexican Spanish) was administered to each boy on the first night, in a hidden place away from the village. The boys were then taken to the ceremonial house where they danced around a large fire until overcome by the effects of the drug. They were then laid in rows in the dance house and allowed to sleep off the effects. At this time they were supposed to have visions that would guide them in future life. The nature of the visions received and their import is but scantily remembered by any of the Serrano, and the problem merits more study among their neighbors than it has yet received. The dancing and singing continued through three days and nights, and during this period the older men and the shamans taught the boys various songs. The teaka (singer) had charge of this phase of the initiation. The occurrence of a ground-painting at this time is not remembered by any of the Serrano,[59] but since variants of this institution occurred among the Mountain Cahuilla, especially those who had moved to the San Gorgonio pass, it is possible that similar rites formerly occurred among the Serrano and Pass Cahuilla but have been forgotten. On the third day all the boys ran a race and the winner was selected to be trained for the "whirling" or eagle dance. In the songs sung at

52 Op. cit.
53 Present series, 14:178–182, 1918.
54 The Pass Cahuilla.
56 Benedict, op. cit., 379.
56 Benedict, op. cit., 380.
57 Of the opposite moiety.
58 Benedict, op. cit., 383.

Case 5:13-cv-00883-JGB-SP　Document 85-8　Filed 10/21/14　Page 21 of 49　Page ID #:1978

present by the Serrano clans there are references to the jimsonweed (manite),[89] but the importance of the cult seems to have been largely forgotten or else it had only a slight hold on the consciousness of the Serrano.

### Ceremonies for the Dead

Persons that were very sick among the Serrano were removed whenever possible to the ceremonial house where they were doctored by the shamans. Bodies of the dead were prepared for burial by persons hired by the family of the deceased. Within historic times the Serrano buried their dead, usually with as large a number of shell beads as possible. From the universality of the custom among the non-coastal southern Californians it is probable that prior to the influx of Christian ideas cremation was in vogue among the Serrano also.

#### *Destruction of Personal Belongings*

Immediately after a death much of the property of the deceased was destroyed. Usually within a month after the burial a special ceremony called mamakwot[90] was given by the family of the dead person. At this ceremony, after a night of singing and dancing, certain selected possessions of the dead were burned.

#### *The Annual Mourning Ceremony*

Since this week-long ceremony among the Serrano has been described in some detail by Benedict,[90] and a similar ceremony given by the Palm Springs Cahuilla in which Serrano clans took part is described in the present paper (pp. 122–130), the following summary of events will suffice.

The name for this cycle of ceremonies is not certain;[91] but the last night, on the morning of which the images were burned, was called wakāt, which is probably only a generic term for "feast." The neighboring Cahuilla and Luiseño groups designate this ceremony by a participial form of the verb "to burn," and the Serrano probably did the same. It is said that mārīña was the oldest clan and always had precedence in giving such a ceremony; in a like manner all Serrano or Pass Cahuilla clans en route to such a ceremony at Palm Springs would wait at a certain place for the mārīña clan to precede them. Among the southeastern Serrano the mārīña and aturaviatuan clans gave this ceremony on alternate years, each being assisted by the

mōhiatniyum clan of the opposite moiety. The present-day ceremonial alignment will be discussed later in relation to the Pass Cahuilla.

The ceremony begins on Monday, and the first three days are[92] largely taken up with the preparation of food and ceremonial paraphernalia. It is probable that the clan leader "retreated" at this time to confer with the sacred bundle, as is still the case among the Palm Springs Cahuilla, but the present Serrano clan leaders are vague on this point. A feature of this period is the rabbit hunt participated in by all the men under the direction of the paha, but the affair at present is purely an economic one.[93] Whether it ever had ceremonial significance is dubious.

#### *The Clan Fetish*

Wednesday night the matting bundle (muurte) containing the sacred feathers (vumte) is brought into the ceremonial house. From the standpoint of the clan (or clans) performing the ceremony this is the most important night of the week. Benedict's description of this event (quoted here, p. 21) is the first clear expression of the fundamental importance of the clan fetish in southern California since that of Boscana.[94] The wider implications of this concept will be treated at length hereafter.

The songs sung at the close of this phase of the ceremony when the fires are relighted, refer to the jimsonweed drinking, and seem to represent all of this rite that has persisted up to the present day.[95]

#### *The Naming of Children*

Thursday all children born in the clan during the preceding year were named. Gifts were distributed by the parents of the children, and the ceremony commenced with singing and dancing. The paha carried the child and the name was bestowed by the clan leader. This name was selected from those belonging to the lineage of the father. So far as available information is concerned no secrecy was connected with these names.[96] Since this is contrary to the general scheme in southern California it is possible that our data are inadequate.

---

89 Benedict, *op. cit.*, 383.　　90 Benedict, *op. cit.*, 374–379.

91 No inclusive term is given by Benedict, Gifford, or Kroeber, Handbook.

92 Present tense refers to those rites still performed, past tense to features that have been discontinued.

93 A similarly organized rabbit hunt occurred among the Plateau Shoshoneans. Lowie, Notes on Shoshonean Ethnography, Anthr. Papers Am. Mus. Nat. Hist., 20:196, 1924.

94 Chinigchinich, *op. cit.*, 259–261.

95 Benedict, *op. cit.*, 375–376.

96 Benedict, *op. cit.*, 378.

ACC0004621

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 22 of 49   Page ID #:1979

### The Ceremonial Eagle Killing

Friday the eagle-killing ceremony was performed, the young birds having been taken from the nest previously. The birds were strangled by the paha, and the feathers used to decorate the images of the dead. This ceremony probably occurred at night, but there are few details on record.

### Making the Images

Friday afternoon the images of the dead are made: these are called tü-iv (ghosts).[96] The immediate family may make the image, but an outsider may be asked to do it, in which case such a person is paid by the family of the deceased.

### The Eagle Dance

Saturday the eagle dance (tuwituaim, meaning simply "dance") was performed.[97] The dancer, formerly the winner in the race at the close of the tolocahe ceremony, was painted with red, black, and white. A feather costume (notably the eagle-feather skirt) was employed, and the dance consisted largely of difficult whirling movements.

### Burning the Images

That night the assembled clans sing till dawn. About an hour before sunrise gifts are distributed to the invited clans by the paha. Then the various images of the dead are brought out, usually by a clanswoman of the deceased, but not a member of his immediate family. If a woman outside the clan carries the image she is paid for her services. They dance with the images for about half an hour and then place them on the fire which has been kindled outside the ceremonial house by the paha. Formerly a male relative of the deceased danced with the image, while the paha shot, or pretended to shoot, at him with a bow and arrow. The dancer dodged the arrows, from which the ceremony takes its name wuuv (dodging).[98] At the time of the dance with the death images the bereaved families distribute many presents by throwing them up in the air for the guests to catch. The entire ceremony closes with the distribution to the invited clan leaders of the strings of shell money. This complex and rather obscure custom will be treated subsequently in relation to the Pass Cahuilla.

[96] Benedict, op. cit., 377.    [97] Benedict, op. cit., 378.
[98] Informants state that the success of the spirit of the dead in reaching the afterworld depends on the ability of this man to dodge the arrows.

### OTHER CEREMONIES

When a deer was killed an all-night ceremony was held in the "big house." This consisted of singing, dancing, and ceremonial smoking. In the morning the deer was cut up and the meat distributed.[99]

When an eclipse of either the sun or moon was observed a universal shout was raised. All the people congregated in the "big house" and the paha and shamans sang and danced. It was believed that such phenomena were caused by the spirits of the dead eating the celestial body, hence all food was forbidden at such times on the theory that eating would assist the spirits. When the eclipse had ended all the people drank a decoction of bitter herbs, washed their hair in the same liquid, and had a feast.[100]

### SHAMANISM

The Serrano shaman (huremite) was a "psychically" predisposed person who had acquired his power through dreaming. Such dreams might come normally at night time, during the day in the form of visions, or at the time of the toloache drinking. This power was purely personal, and the main duties of a shaman were curing by sucking, or by seeking the lost soul of the patient and thus restoring health. His equipment consisted of a scratching stick, and a ceremonial wand which symbolized his power.[101] Prior to becoming a shaman a boy must show strange tendencies and have visions. When he had acquired his full power he gave a dance in the ceremonial house before all the people of his local group. Certain of the shamans were believed to assume the form of bears especially, and occasionally other animals.

The subject of shamanism in this general region has been largely neglected. However, the account of Serrano shamanism given by Benedict,[102] of which the above is a very brief summary, and the account for the Cahuilla (which applies almost entirely to the Desert division) given by Hooper,[103] show the general nature of the shamanistic practices of the groups. Since there are still a number of practicing shamans in southern California it is highly desirable that a more detailed study of their methodology be made as soon as possible.

[99] Benedict, op. cit., 379.    [101] Benedict, op. cit., 382-385.
[100] Ibid., 379-380.    [102] Loc. cit.
[103] Hooper, present series, 16:333-342, 1920. Although the Cahuilla in general are referred to in Hooper's paper, the definite references are practically all to those of the Desert division.

## II. THE DESERT CAHUILLA

### THE CAHUILLA IN GENERAL

The Cahuilla Indians of southern California belong to the great Shoshonean linguistic family and with their western neighbors, the Luiseño, Cupeño, and Juaneño, form one division of the southern California branch of that stock.[104] Three main divisions of the Cahuilla exist, the Desert, Pass, and Mountain divisions, whose segregation is mainly geographic, though some slight dialectic and rather important cultural differences do exist.

Although the Cahuilla have been written of as a powerful "tribe that once controlled southern California from the Colorado river westward to the Pacific sea,"[105] this seems in the light of recent investigation to be an exaggeration. Similarly the translation of the name Cahuilla as "master," given by Hugo Reid,[106] has not been confirmed. The derivation of the term Cahuilla is obscure, and it is regarded by the Indians as of Spanish origin.[107] There is no evidence that the Cahuilla ever were a tribe in the sense of being a united political body, until under the Mexican régime certain groups were amalgamated by the whites to serve as military units. Prior to Caucasian interference they appear to have been isolated in small, autonomous local groups with no pretense of controlling any other than their local territories. Since they were the least affected of all the native peoples of southern California by the segregation into missions, they have survived in greater numbers, and to this fact they owe their greater military importance during the early American period in California.

All three divisions of the Cahuilla employ the term iviat in referring to their own language. A person who speaks this language is called ívilyûkalet, and the collective term for those speaking the language is íviatim,[108] or "the Cahuilla-speaking people." Thus the

[104] Kroeber, Handbook of the Indians of California, Bur. Am. Ethn., Bull. 78: 577, 1925.

[105] Barrows, The Ethno-Botany of the Coahuilla Indians of Southern California (University of Chicago Press, 1900), 82.

[106] Indians of Los Angeles County. Letters to the Los Angeles Star, 1852. Letter No. 1.

[107] Kroeber, Handbook, 693. The Cahuilla of southern California should not be confused with the Yokuts Kawia tribe on the Kaweah river; nor with the Kiliwas (Cahuillas) a Yuman group of the San Pedro Martir mountains in Lower California (A. W. North, Am. Anthr., n.s., 10:236, 1908). The spelling Coahuilla used by Barrows is customary, but the pronunciation is Ca·. There is no connection with the state of Coahuila in Mexico.

[108] This is also the name of one of the Desert Cahuilla clans: present paper, p. 42, and Gifford, present series, 14:191, 1918.

proper term to be applied generally to all the Cahuilla would be iviatim, a proper name for the group that has not heretofore been given the prominence it deserves.[109]

Since the Cahuilla people were in no sense of the term a unified tribe, but were composed of a large number of independent local groups each differing slightly from their neighbors according to their degree of isolation, the following account strives to show both the differences and similarities of all the groups so designated. For this reason each of the three main divisions will be discussed in as much detail as possible, in order that their place in the general scheme of aboriginal society in southern California may be determined with the greatest accuracy. First in order will be consideration of the Desert Cahuilla.

### ENVIRONMENT

The desert groups of Cahuilla-speaking people live on the Colorado desert south of the San Gorgonio pass. Many of the groups in their native state appear to have been scattered along the edges of the desert and west into the Santa Rosa and San Jacinto mountains. Other groups probably fewer in numbers lived along the eastern edge of the desert at the base of the Little San Bernardino mountains. The migration legends and place names of the earliest family homes remembered, originate in the mountains, giving some reason for the belief that at an earlier time the people lived there—later moving out into the desert. The legends involve the flooding of the entire Cahuilla basin, a flood which the Indians declare long ago drove their ancestors up into the mountains, from which environment they returned several generations ago, following the water as it subsided. Floods have occurred in recent times and it is probably such a flood—or at least the subsidence of the forerunner of the Salton sea—that they vaguely commemorate in their stories.[110]

[109] The main value of this term lies in distinguishing between Cahuilla and other groups in the field. Since the term Cahuilla has become so firmly fixed in the literature there seems no really valid reason for any attempt to change it.

[110] It is stated on the authority of old settlers that water from the Colorado river reached the Salton sea, causing local floods in the years 1840, 1842, 1852, 1859, 1862, and 1867. In the years 1905-8 occurred the great flood caused by the Colorado river shifting its channel. It is more probable however that the Indian legends apply to the gradual disappearance of the forerunner of the Salton sea, i.e., Blake sea, a brackish lake that previously filled most of the Cahuilla basin. In regard to this E. E. Free states, "It is probable that the final disappearance of Blake sea was less than five hundred years ago, and the entire existence of the water body can scarcely have been longer. The Indians of the region have a tradition of the previous existence and gradual disappearance of a water body in the basin, and in spite of the notorious untrustworthiness of Indian legends it seems probable that this one has a basis of truth." D. T. MacDougall, The Salton Sea (Carnegie Institution of Washington, D. C., 1914), 19-28.

ACC0004623

While the information in regard to the mountain habitat of these people is legendary, that in regard to their aboriginal desert villages is still obtainable. The Spanish and Mexican influences east of the San Jacinto mountains appear to have been transitory and nominal, while the American influence in the desert region has been an active force only in the last seventy-five years at the longest. Francisco Nombre, now living at Martinez reservation, was born at that place a year or so before the Mormons settled San Bernardino in 1851. He is the acting chief of the awilem (dogs) clan, and from him was obtained a census of all the towns and clans of the desert region when he was a boy. These data were corroborated and checked by informants from the Torros reservation and appear to be exact. It is to be remembered that such a picture shows only one view of a society which was probably at no time definitely settled. Each clan was apparently in the habit of moving its abode when lack of food or water made it necessary, but undoubtedly the structure of desert society remained much the same until the definite establishment of reservations confined the movements of the people. Barrows[111] has given us such a picture of the desert communities about 1900, and while some of the names he gives for villages appear to be names for localities there is, on the whole, agreement between the old villages and the sites he records.

The essential thing to any community, especially to one living in the desolate environment of the desert, is water, and it is around the natural water holes and artificial wells that the Desert Cahuilla were grouped. It appears to have been possible for several clans to use one water hole or well, and yet to be almost independent of each other in every other regard. Where there was more than enough water for domestic purposes a little farming was carried on, each clan having its allotted area for this purpose. Within the memory of all informants questioned, both corn and wheat were raised in these small patches, and doubtless other vegetables, such as melons, beans, and squash. Francisco was told by his grandfather that before the Mexicans came the Desert Cahuilla had only corn; this they did not raise but traded for with the Yuma Indians of the Colorado river area. The staple foods, however, appear to have been the beans of the various mesquite trees, a great variety of cactus, and similar native plants of the desert.[112]

[111] Barrows, The Ethno-Botany of the Cahuilla Indians of Southern California (University of Chicago Press, 1900), 32-35.

[112] See Barrows, *op. cit.*, for a detailed discussion of the many food plants of the Cahuilla Indians.



Map 2. Desert Cahuilla Territory.

ACC0004624

Excepting such irrigable areas as were owned by the individual clans, the territory in the immediate vicinity of the village was common ground, but beyond this each clan had certain clusters of mesquite trees and small districts in the mountains which they owned and jealously guarded. Within the clan these food-gathering territories were communally utilized, but in case of uninvited incursion of any alien people the owners were prepared to fight. To be able to name all the natural boundaries of the clan territory was necessary for all adults and especially for the net or clan chief. The exact organization and function of the clan will be dealt with after the village grouping of the Desert Cahuilla has been discussed.

In the following lists of Desert Cahuilla clans belonging to the two moieties (tables 3, 4), the lineages bearing individual names (designated by the prefix *L*) are given under the clan with which they were ceremonially united. This list, as well as those of the other Cahuilla divisions, should be compared with the Cahuilla clan list previously published by Gifford.[113] A general statement in regard to this list may be in order. Of Gifford's wildcat clans, number 1 refers to a Serrano group, number 7 to a Pass Cahuilla group, and number 22 to a Mountain Cahuilla group. Numbers 4, 6, 9, and 18 were not known to my informants. Of the coyote clans Gifford records, numbers 1, 4, 5, and 21 were Pass Cahuilla groups, and number 22 a Mountain Cahuilla group. His clans numbers 7 and 10 are identical, and his clan 15 is given as coyote clan 20 in the present list. Coyote clan 2 according to my data is identical with wildcat *L 7a* in the present list, as it was not the clan of Jim Pine, who was a Serrano, but of his wife. Coyote clans numbers 3, 9, 19, and 20 were unknown to my informants. Gifford's other clans, save for differences in orthography, correspond with those in the following lists.

---

[113] Clans and Moieties in Southern California, present series, 14:190–191, 1918.

TABLE 3

*Clans Belonging to the Wildcat Moiety*

1. awilem, "dogs," at pūichekiva near Martinez. Originally from wilamū in the Santa Rosa mountains.

2. autaatem, "high up," at temalsēkalet near Martinez. Originally from wilamū in the Santa Rosa mountains. Related to clan 1, but a separate ceremonial unit.

3. wanteinakiktum (place name) at pūichekiva, and later isilsiveyaintcem in Martinez canyon. At one time dominated by clan 1, but evidently a separate clan. Originally from near atakī in the Santa Rosa mountains.

4. palpunivikiktum, "circle over the water" at palpūniviktum hemkī near Alamo. Originally from atakī in the Santa Rosa mountains.

L 4a. tēviñakiktum, "round basket," at palpūnivikiktum hemkī. Originally from tevi in the Santa Rosa mountains.

L 4b. tamulañitcum, "knees bent together," at palpūnivikiktum hemkī. Originally from paliliem hemkī in the Santa Rosa mountains.

5. wanteiñakik-tamianawitcem (place name), "very beautiful," at tūva near Fig Tree Johns. Originally from kiwil, near atakī in the Santa Rosa mountains. Relation to clan 3 unknown.

6. wakaikiktum, "night heron," at mauūlmiī near Toro. Originally from teiuk in the Santa Rosa mountains.

7. kauwiepaumēaniteem, "caught by a rock," at maswut helaanut near Mecca. Earlier home unknown.

L 7a. wavitcem, "many dead branches," at awelpiteava near Thermal.

L 7b. tūikiktum (no translation), at tūikiktum hemkī near Thermal.

L 7c. panukē kiktum (no translation), at palaĩyil slightly east of Thermal.

8. telkiktum (no translation), iltcañaloñi near La Mesa.

9. puñakauissiktum, "water fox," at mauūlmiī near Toro. The moiety alignment of this clan is somewhat dubious, but it was said by Palm Springs informants to be the same as that of clan 8.

ACC0004625

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 26 of 49   Page ID
                                  #:1983

### TABLE 4

*Clans Belonging to the Coyote Moiety*

10. masǔwitcem, "long hairs in the nose," at palhiliwit near Martinez. Originally from ilwukwinet in Los Coyotes canyon.

11. sěwahlem, "mesquite that is not sweet," at iltcuñaloñi near La Mesa. Originally from the Santa Rosa mountains.

12. wantcaucm, "touched by the river," at pǔichekiva near Martinez. Quite possibly this clan was related to the Pass Cahuilla wanikiktum clan but proof is lacking.

13. wiitem, "grasshoppers," at palhiliwit near Martinez. Originally from ǔaki in the Santa Rosa mountains.

14. mǔmlětcem, "mixed up," at palhiliwit near Martinez. Originally from ilwukwinet in the Los Coyotes canyon.

15. telakiktum (no translation), at tǔva near Fig Tree Johns.

16. mǔmǔkwitcem, "always sick," at ǒliepateí near Fig Tree Johns.

17. kaunukalkiktum, "living at kaunukvela," at iviatim village near Agua Dulce. Originally from kaunukvela in the Santa Rosa mountains.

    L 17a. iviatum, "Cahuilla speaking people," at iviatim village near Agua Dulce. This was a subordinate lineage to clan 17; whether it was a late branch, however, is dubious. It may have been the older lineage and may have lost its ceremonial supremacy.

18. wavaikiktum (place name in Little San Bernardino mountains), at paltěwat near Indio.

19. akaweuokiktum (place name in Little San Bernardino mountains), at palsětahut near Coachella.

    L 19a. taukatim (no translation), at palsětamul near Coachella.

20. wěwonicyauam (no translation), at palmulǔkalet northeast of Mecca.

### DESERT CAHUILLA VILLAGES

The position of the Desert village was determined by the presence of water and proximity to food-gathering areas. Frequently favorable places were occupied by only one clan, and this would seem to have been the earlier condition. At other places where food and water were more abundant several groups might live close together and utilize the same water supply. The relation of such groups to one another varied, and any exact definition of their organization would be subject to exceptions. Often they were related lineages of one clan, who had acquired new names because their immediate relationship had become obscure, and they had moved slightly apart from each other. Where the different lineages were not too distantly related, there was usually one ceremonial head or net. Where they were independent there might be two nets, or as many more as there were distinct clans. The method of government in such a case is illustrated by examples to be given later. A consideration in detail of one such village, and a discussion in general of all the Desert Cahuilla villages and the clan affiliations of each should make this matter clearer.

### Typical Village at Martinez

A typical Desert Cahuilla village of fifty-odd years ago called pǔichekiva (road-runner's house) was described in considerable detail by Francisco Nombre. The informant lived here from the time he was a small boy until he was about thirty years of age when on account of a continued shortage of water the village broke up. Pǔichekiva was located about one mile north of the present Martinez reservation buildings at a point one-third of a mile east of the highway and seven and one-half miles south of Coachella, Riverside county.

At present, as a result of the lowering of the water-table in the Coachella valley, the artificial well from which they formerly obtained their water is merely a dry hole about fifteen feet in diameter and four feet deep, hidden in arrow-weed and cat's claw brush. The mesquite trees which probably determined the location of the village originally have been burned and only blackened stumps remain. Other signs of habitation are faint—scattered piles of blackened rocks from the fireplaces, and a few sherds of red undecorated pottery, alone indicate that forty years ago there was a thriving village here. The area one-half mile to the southwest, where natural seepage provided

ACC0004626

the two main clans with areas for scanty agriculture, is likewise a sun-baked desert; only the diminution in density of the brush indicates that it was once cleared and cultivated. Map 2 shows the location of the houses, the irregular grouping of the clans, and the straggling nature of the village.



Map 3. Village of Púichekiva.

Púichekiva was the oldest name for the village, but it was more commonly called the wanteauem (touched by the river) village, after the first clan to settle there. The wanteauem people according to tradition originally lived in the Santa Rosa mountains. Before coming to púichekiva they had lived alone at temelmekmekuka (earth?), which was a place three-fourths of a mile west of the highway opposite Martinez, where the Narboune ranch is now. The two sites were only about two miles apart. The wanteauem clan was joined by the awilem (dogs) clan, which moved here from awilsilhiwiniva (the willow tree)[114] a place about three-quarters of a mile west of the Martinez reservation buildings, bringing with them another subordinate clan, called wanteiñakiktum (a mountain in the Santa Rosas).

---

[114] Originally the awilem clan lived at wilamú, a place in the Santa Rosas near Martinez mountain. Here they had lived with the autsatem clan whose members were relations of theirs. Both clans gathered wild food there and owned the territory jointly.

Where this latter group originally came from is unknown, but later when the village at púichekiva broke up, they moved alone to Martinez canyon in the Santa Rosas and established a small village called isilsiveyaniteem[115] (coyote?) where they lived for some time. It is probable that this was their original home before coming to the desert. One man, Pablo Siva, now living at Martinez, is a member of this clan.

The wanteauem clan, when Francisco first remembers it, had seven houses, each occupied by only one immediate family. The relationship of these families is shown in the following genealogy (genealogy 2). The numerals before the names of the individuals indicate their houses as shown on map 3. The Roman numerals signify the successive clan leaders.

### GENEALOGY 2

*Wanteauem Clan (houses 1–7)*

| I. ? (forgotten) + ?(forgotten) | 4. hūnava (bear?) + wanteiñakik |
|---|---|
| 1. tciñali | II. 5. teūva + autsatem |
| 2. teivatö (goat) + wakaïkiktum | 6. sūwit (deer) + autsatem |
| 3. tukwicteemalmaïi + wanteiñakik | 7. tūkwic (blue) + wanteiñakik |

It was said by the informant that hūnava (4) had not succeeded his father as net because he lacked the qualities desirable. Hence the adult members of the clan had chosen his younger brother teūva instead. At the time under consideration teūva occupied the kicumnawit.[116] His uncle teivatö was a great pūl (shaman), the story of whose death, told farther on,[117] illustrates the political organization of the village.

The awilem (dogs) clan occupied two large houses each of which contained several families directly related. The occupants of the kicumnawit were as follows:

---

[115] This is the name Gifford gives for his fifth wildcat clan, S. Cal., 190.

[116] Dance house. The term wiimkie, of Luiseño origin, used by the Mountain Cahuilla and all western groups, was never used on the desert.

[117] Present paper, pp. 57–59.

## GENEALOGY 3

*Awilem Clan (house 1)*

I. 1. tókicnikicteiñcluaii
(green lightning)
+ *mämiétcem*

II. pulmicwammama-i (Pedro Nombre)
+ *masálteem*

tahaviisma (Quattie)
+ *wantcauem*

sielsõnitnikie (Antonio Sam)
+ *mämlõtcem*

lêvenicwiava
+ *wantcauem*

Here the oldest son succeeded his father as net, which was the generally accepted rule. The case of matrilocal residence in this genealogy was not according to the usual custom of the Desert Cahuilla, but occurred only where the immediate family of the husband was dead, in which case he might live with his father-in-law. The occupants of the second house were as follows:

## GENEALOGY 4

*Awilem Clan (house 2)*

I. 2. piihutnumiama-i
+ *masaiteem*

kwõwethemũma (curlew reaching)
+ *mämlatcem*

piihutyassii (very active centipede)

pûteikiltêvilcêi (Pecho Kintano)
+ *ateatcem*

The respective heads of these two houses were second cousins, as can be seen by a glance at the awilem genealogy.[118] That no rule was observed in regard to single or communal houses can be seen by a comparison of these two clans living in the same village. To anticipate somewhat, it is of interest in regard to the branching off of the lineages, to note that the descendants of the families in house 1 now live apart from those in house 2, and while they recognize each other as relatives, the relationship was very hard to trace. The Nombres and the Kintanos on the Martinez reservation are each grouped separately, and at present usually perform such ceremonies as their annual mourning for lost relatives, independently of one another. This is due in part, no doubt, to the breaking down of the old rules, but it is also due to separation, which was a factor more important fifty years ago than it is today when roads and automobiles make such dis-

118 Present paper, genealogy 6.

tances negligible. To borrow a term from zoology, the "budding off" of the lineages is a process still to be observed, and there seems to be no reason to believe that earlier processes were greatly different.

The wanteiñakiktum clan occupied four houses, each of which held one immediate family. The four house-heads were a very old man, and his three grandsons, as shown below.

## GENEALOGY 5

*Wanteiñakiktum Clan (houses 1–4)*

1. W. tekemsive
+ (?)

(?) killed
+ (?)

(?) killed
+ (?)

2. W. Vincente Malouis
+ *masáltcem*

3. W. takvie
+ *akawenakiktum*

4. W. amũhmäikwaiwut
+ *kauisiktum*

These were the only members of this clan alive when Francisco knew them. They had joined the awilem people before the latter left their old home at awilsílhiwiniva (the willow tree), and followed them to their new village. The two sons of tekemsive had both been killed before the clan came to "the willow tree," but how or when could not be ascertained.

At their old home in the Santa Rosa mountains these people were supposed to have had a net, but on the desert they were under the awilem net, having none of their own. They seem to have been largely dependent on the charity of the awilem people, for they had no agricultural territory, and were given vegetable products by the latter. On the desert the wanteiñakiktum people shared the territories of the awilem clan, but they had their own territories at Martinez canyon, in the Santa Rosa mountains, and here they used to go in the spring and early summer to gather edible cactus. It was to the latter place that their three families moved when the village at pũichekiva was abandoned. The wanteiñakiktum and awilem clans were not regarded as relatives, but they never intermarried since they belonged to the same moiety, an institution which will be discussed later.

The food-gathering areas of the wantcauem people were mostly in the foothills immediately west of the Narbonne ranch, near their old village of temelmekmekuka. Here at the openings of the cienegas are groves of mesquite trees, and in the canyons themselves grow many kinds of edible cactus. Besides these places they also had a few

small clumps of mesquite trees nearer the village. Mountain sheep, deer, and rabbits could be hunted in any locality regardless of territorial ownership, especially were often obtained by communal hunts. The awilem clan had gathering territories at their old ancestral home in the Santa Rosas. These they shared with the autaatem clan, whose home was at temalsékalet and who were regarded as relatives of theirs. Probably these two clans were branch lineages of the same ancestral stock. Their spring migration to the mountains was taken together and they were under the direction of one net while thus united. This leader was the oldest net of the two clans and had the leadership only while the two clans were united. On the return to their desert homes they separated, each under its own leader. Here each clan held its own ceremonials, but the other clan always attended. Likewise, if the one clan was invited to an outside ceremony they brought the other with them. All trace of their exact relationship was lost, but the fact was well remembered, and marriage between the two was taboo on this account as well as by the fact that they belonged to the same moiety. It can be seen by this that the break between these two lineages was more advanced than that between the two divisions of the awilem clan proper, but was similar in its nature.

However, to return to the situation at pūichekiva, the awilem families also had gathering territories around their old village at "the willow tree," and scattered groups of mesquite trees elsewhere. As has been previously mentioned there was an area, one-half mile to the southwest, where natural springs allowed some agriculture. This was mostly owned by the wantcauem clan, but a small piece was owned by the awilem people. Only a few acres in all were arable and here a scanty crop of wheat, corn, beans, and squash were raised, each immediate family growing vegetables in its subdivision of the clan allotment. If this food had been their main staple undoubtedly the arrangement would have been more exact, but natural and not cultivated plants seem to have been the main dependence of the Desert Cahuilla even to recent times.

While this particular village was perhaps as typical as any other that might be chosen, a consideration of all the villages which existed fifty odd years ago shows that no one case can illustrate accurately all phases of their village organization. Town-dwelling, in a larger sense, does not seem to have been an old institution among any of the Cahuilla-speaking peoples, and these desert towns were in process of formation. Crystallized rules of what might be called municipal government do

not seem to have existed and it is therefore necessary to make a survey of all the villages to see the many forces which tended toward group amalgamation, such as need of water, and the equally numerous forces, such as need of food, which led to dispersal. These forces can best be discussed after a consideration of all the groups. The following data show the general social framework of the towns among these desert groups.

## Other Villages

Tūva. The most southerly village on the desert, occupied by the Cahuillas within the memory of living Indians, was at tūva.[119] This village was just south of the Riverside and Imperial county line in the latter county at Fish springs, very close to the Salton sea. Originally the telkiktum clan lived on this site, but its members had all died when informants first remember the place. This village was occupied by the wantciñakik tamianawiteem clan. The first word of this name is a place name for a certain peak in the Santa Rosa mountains. The second term was translated as "very beautiful." This is the clan of Fig Tree John, a very old and well-known Indian, who still lives in the vicinity. Gifford[120] gives Palkausinakela as Fig Tree John's clan name, but this was given as the place name of the site where Fig Tree John lived later. Near tūva, at a place called ūlicpatcint, a clan called mūmūkwiteem (always sick) lived before Francisco remembers; he was told of them, but they, like the telakiktum people, were all dead before he was born. At tūva there was a spring with enough water for domestic purposes but not enough for irrigation. Fig Tree John's clan was never very numerous and nearly all have died. The Mexican surname used by Fig Tree John and his sons is Razon. About fifty years ago their clan moved to paltūkwie kaikaiawit (the first two terms are pal, water, and tūkwie, blue; the last word was not translated), which was just north of the Riverside and Imperial county line at a place marked on the Indio Special Map of the Geological Survey, "Fig Tree John," about two miles north of their old village.[121] When the clan moved, it had nine houses and one dance house where the single clan-chief, or net, lived. There was a warm spring here with enough water for domestic use but none for agriculture. Lack of water prevented a numerous population in the

119 Barrows (*op. cit.*), applies the name Tova to Agua Dulce, a point a few miles to the north. As this is the most southerly desert village he mentions it is possible that he was given the name of the older village.

120 S. Cal., 191.

121 For location of villages see map 2.

ACC0004629

southern part of the Desert Cahuilla territory, and informants stated that the northern groups around Indio and Coachella were always the larger.

Iviatim Village. At Agua Dulce was the iviatim village and here was also a warm spring. Two clans lived in the village with the spring in the center between the two groups of houses. The kaunukalkiktum clan (kaunukvela, a place in the San Jacinto mountains near Bautiste, kiktum, "people" or "living at"), when Francisco first remembers it, had seven houses, one of which was the kicamnawit or dance house where the net lived. The other clan, or perhaps branch clan, was called iviatim (a term which the Cahuilla use for a person speaking their language, in other words "Cahuilla speaking people.") These people had seven houses, but they had no net nor dance house. They were under the leadership of the kaunukalkiktum net, and formed one ceremonial group with them. Why the village should have been called after the subordinate group is not clear.

Palpûnivikiktum hemki. Proceeding toward the north, about two miles east of Alamo, was a village called palpûnivikiktum hemki[122] (water, circling over, living at, territory). There was an artificial well[123] here, in the midst of the palpûnivikiktum houses, which were ten in number including the net's kicamnawit (dance house). This well gave water for domestic purposes but none for irrigation. The palpûnivikiktum clan was said to be the oldest here, its net had nominal control over the two other clans living in the village, and the ceremonies of all three clans were under his supervision. The tamulañiteum (knees bent together) clan had six houses but no dance house. Their houses were roughly grouped together beyond those of the palpûnivikiktum clan. The remaining clan in this village was called tëviñakiktum (round basket) and occupied four houses, also ouside the central group, and the occupants had no independent ceremonial organization. All three clans, or clan and two branch clans, had different localities in the desert where they gathered mesquite beans and the like, but they had one locality in the Santa Rosa mountains, due west of Alamo, called čova, where all three gathered cactus in the spring and summer. This was regarded as the old home of the original group before the people went to the desert. The three clans

regarded one another as relatives, and intermarriage was not allowed. From circumstantial evidence it would certainly seem that the three clans were lineages of the same original group, and were still ceremonially attached to it.

Pal hiliwit. Two miles south of the Martinez reservation buildings was the village called pal hiliwit (wide water). A large spring here was owned by the mûmlëteem (mixed up) clan. This clan had eight houses, one of which was the kicamnawit occupied by the net. It was regarded as the oldest clan here and had nominal control over the water, the two other clans using it only by permission. This spring furnished water for a little agriculture in a few favorable spots, and was used by the children of all three groups to swim in during the summer. Adjoining the houses of the mûmlëteem clan were seven houses occupied by the masûwiteem (long hairs in the nose) clan. This clan was independent of the former group and had a net and a dance house. The third clan at this place was called wiiltem (grasshopper) and at the time under consideration occupied five houses, in some of which several families lived. Like the other two this clan was ceremonially independent, having its own net. As all three clans belonged to the same moiety there was, theoretically at least, no intermarriage. Informants questioned stated that these clans were never related, but lacking genealogies the veracity of this must be left in abeyance.

Temalsëkalet. A village called temalsëkalet (earth crack) was located one-half mile south of the Martinez reservation buildings, at a place which is not within the reservation and is still occupied by members[124] of the group under consideration. This clan was called autaatem (high up) and when the informant first remembers them, they occupied six houses, one of which was the dance house. Having their own net they performed their own ceremonies; their probable early relationship to the awilem clan, and the joint ownership of mountain territory by the two clans, have already been discussed.[125] These houses were grouped around an artificial well, and in several favorable places the individual families carried on agriculture in a small way. Mesquite thickets in the vicinity of the village were owned communally by all the families of the clan.

Pûichekiva. Proceeding from south to north, the next village to be encountered is that of the main informant at pûichekiva (road-

122 See Barrows, *op. cit.*, 26–27, for a description of the desert wells.

123 The two names given by Barrows, *op. cit.*, 34, Lawilvan or Sivel, meaning cottonwood trees, were not remembered by informants. Palsïkal (small water hole) was given as an old name for this village.

124 August Lomas, one of Hooper's main informants, was a member of this clan. See The Cahuilla Indians, present series, 16:338–349, 1926.

125 Present paper, p. 48.

ACC0004630

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 31 of 49   Page ID #:1988

runner's house)[120] which has already been described at some length (pp. 43–49).

Mauúlmií.  At Toro, fifty odd years ago, there was a village called mauúlmií.  Two clans lived here, the largest was called wakaíkiktum (night heron) and occupied ten houses, three of which were communal.  As to the other clan there is some doubt.  Francisco Nombre said that it was called kauisiktum (from the rock).  A clan of this name lives at Palm Springs and informants there denied that part of their clan ever lived at Toro.  Alejo Potencio, the net of the Palm Springs group, said that the clan at Toro was called pañakauissiktum (water fox), but that they had all been dead a long time.  According to Francisco, when he first knew them they had six houses and shared the well with the wakaíkiktum people.  Each of these groups was an independent ceremonial unit, having its own net and dance house.  Each had its own gathering territories and small areas where cultivated plants were grown.  The marriage relationship within this village is not known, but it is probable that they belonged to the same moiety—which would tend to make the village exogamous.  The wakaíkiktum people originally lived at tciuk back in the Santa Rosa mountains, then at pañúksi at the head of a canyon about seven miles south of Indio, and later came to mauúlmií.  The pañakauissiktum clan was probably the first to live there and dig the well, although the past history and exact status of this clan is far from clear.  Thirty years ago the sĕwahilem (mesquite that is not sweet) clan moved here from their village near La Mesa.

Ilteuñaloñi.  At La Mesa, to the west of the highway, was a village called ilteuñaloñi.[127]  This was its later name, its original name being kelewutkwiikwinut[128] (wood hanging down).  Two clans lived here, the largest being the sĕwahilem (mesquite that is not sweet) clan.  The members of this clan occupied one large communal house in which lived six individual families.  These were as follows:

|  | I. ♂ (?) | ♀ (?) |  |  |
|---|---|---|---|---|
| II. pahawut | heul (navel) | tcinkum (crooked) | akasem | lauis (Louis?) |
| + wakaíkiktum | + wakaíkiktum | + (?) | + autaatem | + autaatem |

[126] Barrows' Sokut Menyil (deer moon), given as name of village at Martinez, is a spot where surface water occurred.  It was used by a wantcauem family for agricultural purposes.  See map 5, present paper.

[127] Barrows' Temalwahish (dry earth), which he gives as the village at La Mesa, was said to be a brushy area one mile south where the La Mesa people hunted rabbits.  The area to the east of the highway from La Mesa was called tahaukalumal.

[128] Gifford, S. Cal., 190, gives Ekwawinet as the name of this village.

Of the other clan, telkiktum, only one old man wakatii (cow's udder) was alive and he lived in a house by himself.  This clan was of the opposite moiety to that of the sĕwahilem, and informants stated that intermarriage had been customary.  As long ago as akasem remembered this clan had no net, but wakatii acted as paha (or master of ceremonies) for the sĕwahilem clan.  This approach to moiety reciprocity is an interesting analogy to the practice that prevails among the Serrano, and is also the only example of the employment of the term paha among the Desert Cahuilla south of Palm Springs.  Whether this represents a survival of an old custom, or was due to the fact that wakatii was the sole survivor of his own clan, is uncertain.

The sĕwahilem clan had gathering territories around the village, and up in the mountains to the west where they went in the spring.  At a comparatively late time the nonhaïam clan moved to this place from their earlier home at Indian Wells.  At this time the latter clan had seven houses, and while previously they had been under the ateítcem net at kavinic (Indian Wells) when they moved they appointed the oldest man of their clan as net and became an independent ceremonial unit.

Maswut helaanut.  All the villages heretofore considered were located west of the present line of the Southern Pacific railroad, but there was also another line of villages to the east of this artificial boundary.  Maswut helaanut (ceremonial matting spreading) was the most southerly village in this group and was located in the famous Painted canyon, about two miles northeast of the modern town of Mecca.  One clan lived here, called kauwiepamĕauitcem (caught by the rock), and when first seen by Francisco Nombre they were occupying twelve houses, several of which were communal.  This was the clan of Cabezon, whom the Mexican authorities made head chief or captain over the desert groups as well as over those directly west of the San Gorgonio pass, if desert informants are to be believed.  Cabezon was already the head of several other villages or "rancherias" which were apparently occupied by branch clans of the kauwiepamĕauitcem people.  It was this fact, probably, together with his personal ability, that led the Mexican authorities to appoint him as leader over the hitherto ununited desert communities.

The case is paralleled by similar examples among the Mountain Cahuilla, where under Mexican control certain clan leaders gained power over other groups which prior to Caucasian interference had been completely independent.  According to Francisco, the elder

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 32 of 49   Page ID #:1989

Cabezon was appointed by the Indians themselves, just prior to the advent of the Mexicans, to settle disputes between local groups over territories, women, and blood feuds, which at times led to bloodshed. This, however, is not in agreement with any other informant from the desert or mountains, all of whom agreed that these captains were Mexican innovations and not aboriginal. Francisco said that Cabezon the elder was the first head chief on the desert, and that later he was given "papers" and a horse by the Mexican authorities. The "papers" gave him nominal control over Cahuillas and Serranos on the desert and all native peoples from the San Gorgonio pass to Los Angeles. His nominal jurisdiction did not extend to the Cahuillas or Serranos of the mountains nor to the Luiseño save the group at Saboba. When Francisco was a boy he remembers a band of "Yuma Indians" (probably Mohave) thirty strong who came to obtain a paper from Cabezon appointing one of their members as captain. Cabezon, then a very old long-haired Indian, accompanied these men to Los Angeles to obtain the commission. On the death of Cabezon his authority passed to his son. Considering the fact that Francisco was so positive that Cabezon was the first supreme captain, and the fact that all other informants attributed his position to Mexican origin, it seems most probable that the office was not aboriginal.

Tūikiktumhemki. Halfway between Mecca and Thermal, and just east of the railroad, was the village of tūikiktumhemki occupied by the tūikiktum (no meaning) clan. At the time under consideration it had seven houses, but no dance house and no net. All ceremonies were conducted by Cabezon in the kicumnawit at maswut helaanut. This clan was entirely subordinate to Cabezon's clan, although living several miles away. Like the former group they had food-gathering territories of their own in canyons of the Little San Bernardino mountains to the east. Very close to this place at paʻmulūlukalet lived the wĕwonicyauam clan but the last member of this group died long ago. This clan was of the opposite moiety to Cabezon's group, but their interrelations are not known for they became extinct before any modern informant clearly remembers.

Awel piteava. Situated about three miles east of Thermal at the foot of the Little San Bernardino mountains was the third village under Cabezon's control. This was the awel piteava (dogs?) village, occupied by the waviteem (many dead branches) clan. They owned six houses but had no net or dance house. All ceremonies of this clan were likewise performed by Cabezon. This group was never large

and its members are now all dead. The main food-gathering territories were in the eastern hills.

Palaiyil. The fourth and last of the villages controlled by Cabezon was called palaiyil (water turtle), and was located about three miles northeast of Thermal on the eastern edge of the Colorado desert. This was the home of a small clan called panuksēkiktum, occupying three houses some fifty odd years ago, and now extinct. They had no net or dance house and were likewise dependent on the kauwic pamē-auiteem clan for all ceremonies. It is highly significant that all these four groups which were ceremonially united were of the same moiety. Marriage between any of these four was not permitted. No data on their exact relationship could be obtained, but it seems probable that some of them at least were collateral lineages of one clan. It is also possible that we might have here the beginnings of a true tribal organization, but in the light of the data on similar groups to the west the former hypothesis seems more likely.

Palsētahut.[129] Farther on to the north, where the Cabezon reservation is now located, was the village of palsētahut (salt water). This place is just east, across the railroad tracks, from Coachella. It was occupied by the akawenekiktum (place name for long ridge in the mountains east of Indio) clan. They had seven houses, and one kieumnawit where the net lived. They were affiliated with a branch of their clan living in the next village beyond. Their territories were around the two villages and toward the eastern hills.

Palsētamul. Near the village of palsētahut, also on the territory now included in the Cabezon reservation, was a village called palsētamul (salt water agave). This village consisted of nine houses owned by a collateral lineage of the akawenekiktum clan. These people called themselves taukatim (?), and were so known to the akawenekiktum people at palsētahut. Outside clans called the inhabitants of both villages by the latter name, however, and the two groups regarded themselves as close relatives. Both belonged to the same moiety. Apparently the taukatim clan was a branch lineage of the akawene-kiktum clan, that had moved away and acquired a new name. The akawenekiktum clan proper, at palsētahut, had the net and dance house and performed all ceremonial functions for both villages. Names of the house-owners some fifty odd years ago were obtained but the informant could not give the relationships of each. He was positive, however, that they were actual blood relatives. The gathering territories of the two villages seem to have been contiguous.

129 This is the same as Barrows' Palséta at Cabezon.

ACC0004632

paltĕwat. The last village occupied by people who are here classified as Desert Cahuilla[130] was one-half mile northeast of Indio, at paltĕwat (water found). The wavaañkiktum (place name for a canyon in the hills east of Indio) clan lived here and had seven or eight houses at the time under consideration. One of these was the dance house, and was occupied by the net. They likewise were an independent ceremonial group. Their food-gathering territories were mostly in the vicinity of the village.

## Village Summary

While there were doubtless other settlements in this expanse of territory, which extends from the Salton sea in the south and the Little San Bernardino mountains in the east, to the Santa Rosa and San Jacinto mountains in the west and a line between Indian Wells and Indio in the north, they were small or temporary and were not remembered by informants. The foregoing is merely a cross-section, taken as nearly as possible to the time the Mormons settled San Bernardino in 1851,[131] and as such, presents a transitory phase just prior to the breaking down of aboriginal desert society. The indications are plain that the male lineage was the unit, and that these units were perforce joined on the desert by need of water, which was present only in limited areas. Had this condition been one of extremely long duration it is hard to believe that a more elaborate form of village government would not have arisen, but such does not seem to have been the case. Either these people differed from nearly all known groups in not needing any central village political organization, or else, which is more probable, the formation of these larger villages composed of several independent clans was a comparatively recent process.

## Group Leadership

Where the various groups in a village were only remnants of once independent clans or where there was reason to suspect that they were collateral lineages of one clan, there seems to have been one net, or ceremonial chief. From conditions such as these, true villages and village chiefs might eventually have arisen, but the evidence already

130 The Palm Springs Cahuilla and surrounding groups are discussed under the Pass Cahuilla. This has been done for purposes of convenience and because of certain cultural affiliations to be discussed later.

131 This arbitrary date was taken because the main informant remembered that event clearly. His father, who did some work for the newcomers, was paid in "sweet salt" (sugar), and the unique happening was remembered.

presented does not indicate that the Desert groups had attained so stable an organization. Informants questioned knew nothing of village chiefs as such, but always referred to the chiefs as the nets, or clan ceremonial leaders, and where there were several independent clans in the village said there were as many nets as there were clans.[132] Thus it seems evident that the clan was the fundamental unit and was as a rule independent. Village unity seems to have been of the slightest, each clan defending its own areas as best it might. Where affairs concerning the various clans of a region had to be discussed and decided upon, it was done either by an informal meeting of the various nets, or by means of a messenger who obtained the opinions of the various clan heads. Undoubtedly alliances and junctures were effected in the case of attack by a large band of raiders, but such a thing seems to have been rare and modern informants can remember few such occurrences. A case of this kind is mentioned by Hooper,[133] and a similar tale was told me at Palm Springs where I presume she also obtained it. In such a hypothetical case informants, lacking actual knowledge, were doubtful as to the leadership, some saying it would be the oldest net; while as many others said the net never led in war, and that some man known as a bold fighter would have nominal leadership. The actual case related by Francisco Nombre, in which his father killed a malevolent shaman some seventy years ago, probably casts more light on the basis of leadership and degree of unity existing among the Desert groups than can any amount of conjecture. It moreover shows very clearly the utter lack of central organization in the village of pŭńchekiva, at Martinez, which has been discussed at some length previously.

When the informant was a boy of about nine years, the man who lived nearest to the artificial well was a very powerful shaman called teivato (goat), belonging to the wantcauem clan. He was a very pleasant old man, with a remarkable beard from which he acquired his name; but he was very dangerous, for instead of curing people he always killed them. According to the informant he was "the greatest pũl (shaman) in the whole world" and he was feared by all the Desert Cahuilla. When all the shamans would gather to show their curing and malevolent powers he always performed last and challenged all the pũalem (shamans) to kill him by their powers, but none was able to harm him. This, teivato said, was because he had a teaíawa (spirit)

132 The ivint village previously described seems an exception to this rule, but here the two clans were ceremonially united and quite possibly were collateral lineages of the same original group.

133 Hooper, op. cit., 355–356.

Paltĕwat. The last village occupied by people who are here classified as Desert Cahuilla[130] was one-half mile northeast of Indio, at paltĕwat (water found). The wavaaikiktum (place name for a canyon in the hills east of Indio) clan lived here and had seven or eight houses at the time under consideration. One of these was the dance house, and was occupied by the net. They likewise were an independent ceremonial group. Their food-gathering territories were mostly in the vicinity of the village.

### VILLAGE SUMMARY

While there were doubtless other settlements in this expanse of territory, which extends from the Salton sea in the south and the Little San Bernardino mountains in the east, to the Santa Rosa and San Jacinto mountains in the west and a line between Indian Wells and Indio in the north, they were small or temporary and were not remembered by informants. The foregoing is merely a cross-section, taken as nearly as possible to the time the Mormons settled San Bernardino in 1851,[131] and as such, presents a transitory phase just prior to the breaking down of aboriginal desert society. The indications are plain that the male lineage was the unit, and that these units were perforce joined on the desert by need of water, which was present only in limited areas. Had this condition been one of extremely long duration it is hard to believe that a more elaborate form of village government would not have arisen, but such does not seem to have been the case. Either these people differed from nearly all known groups in not needing any central village political organization, or else, which is more probable, the formation of these larger villages composed of several independent clans was a comparatively recent process.

### GROUP LEADERSHIP

Where the various groups in a village were only remnants of once independent clans or where there was reason to suspect that they were collateral lineages of one clan, there seems to have been one net, or ceremonial chief. From conditions such as these, true villages and village chiefs might eventually have arisen, but the evidence already

---

[130] The Palm Springs Cahuilla and surrounding groups are discussed under the Pass Cahuilla. This has been done for purposes of convenience and because of certain cultural affiliations to be discussed later.

[131] This arbitrary date was taken because the main informant remembered that event clearly. His father, who did some work for the newcomers, was paid in "sweet salt" (sugar), and the unique happening was remembered.

presented does not indicate that the Desert groups had attained so stable an organization. Informants questioned knew nothing of village chiefs as such, but always referred to the chiefs as the nets, or clan ceremonial leaders, and where there were several independent clans in the village said there were as many nets as there were clans.[132] Thus it seems evident that the clan was the fundamental unit and was as a rule independent. Village unity seems to have been of the slightest, each clan defending its own areas as best it might. Where affairs concerning the various clans of a region had to be discussed and decided upon, it was done either by an informal meeting of the various nets, or by means of a messenger who obtained the opinions of the various clan heads. Undoubtedly alliances and junctures were effected in the case of attack by a large band of raiders, but such a thing seems to have been rare and modern informants can remember few such occurrences. A case of this kind is mentioned by Hooper,[133] and a similar tale was told me at Palm Springs where I presume she also obtained it. In such a hypothetical case informants, lacking actual knowledge, were doubtful as to the leadership, some saying it would be the oldest net; while as many others said the net never led in war, and that some man known as a bold fighter would have nominal leadership. The actual case related by Francisco Nombre, in which his father killed a malevolent shaman some seventy years ago, probably casts more light on the basis of leadership and degree of unity existing among the Desert groups than can any amount of conjecture. It moreover shows very clearly the utter lack of central organization in the village of pŭichekiva, at Martinez, which has been discussed at some length previously.

When the informant was a boy of about nine years, the man who lived nearest to the artificial well was a very powerful shaman called telvato (goat), belonging to the wantcauem clan. He was a very pleasant old man, with a remarkable beard from which he acquired his name; but he was very dangerous, for instead of curing people he always killed them. According to the informant he was "the greatest pŭl (shaman) in the whole world" and he was feared by all the Desert Cahuilla. When all the shamans would gather to show their curing and malevolent powers he always performed last and challenged all pŭalem (shamans) to kill him by their powers, but none was able to harm him. This, telvato said, was because he had a teaiawa (spirit)

---

[132] The iviat village previously described seems an exception to this rule, but here the two clans were ceremonially united and quite possibly were collateral lineages of the same original group.

[133] Hooper, *op. cit.*, 355–356.

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 35 of 49   Page ID
#:1992

on every side of him to guard him from hemteteaïawa (their spirits).
One of the wanteiñakiktum men called amûlmeikwaiwut (agave eater)
once told teïvato that the latter was killing all the people and that he
must stop. Teïvato only laughed at this, but the next day when
amûlmeikwaiwut was leading a hunting party he was struck between
the shoulders and became very sick. The wanteiñakiktum people had
shamans come from Alamo, Torros, and Martinez, but they were help-
less and three days later the victim died. He had been killed by a
teaïawa (spirit or pain) sent by teïvato, and none of the other shamans
could suck it out. The latter did not say he had done it, but all the
shamans and people knew it was he.

All the people were alarmed at this and two men, one called teûva,
of the wanteauen clan, and a man of the mûnlêtcem clan from
palhiliwit village, went to see all the clan leaders from the Salton
sea to kavinie (a village at Indian Wells). They talked over the
situation with each of these and all agreed that teïvato should be
killed. They also discussed who should do the deed, and decided on
pulmiewammama-ï (poor will fluttering) who was net of the awilem
clan. He was a strong man and very brave. When this was decided,
the two delegates returned and told pulmiewammama-ï of his appoint-
ment, so that evening he and a shaman of the wanteiñakiktum clan
named Vincente Malûï, called on teïvato. They were invited to eat and
spend the night there, and accepted the invitations. Teïvato's wife
was away, but two young daughters about ten and fourteen years old
were with him. About eleven o'clock when all the family were asleep,
pulmiewammama-ï arose, took a long stone pestle, and crushed teïvato's
skull. This he did very completely for he feared teïvato might not die.

As soon as he saw teïvato was dead Vincente Malûï went to the
body and at the head of the bed he found many small feathers of
hawks, ravens, humming birds, and other bird species, with the skin
of a gopher snake. When he saw these he knew that they were the
materials teïvato made into teaïawa (spirits or pains). He trampled
them into the ground, whereupon, Francisco's father told him, a sound
like thunder arose. Vincente Malûï said that teïvato was dangerous
only while awake; when he was asleep he was helpless and so they
had been able to kill him. In the morning people from all around
came to see the body; the informant and his mother were among them.
Later in the morning they put the body on a pile of brush and burned
it, burning his house at the same time.

The wife of teïvato was a wakaïkiktum woman from Toro, where
she was visiting at the time of her husband's death. She sent for the
children and stayed with her own people. All the nets of the Desert
Cahuilla, including the wakaïkiktum net, had consented to the execu-
tion and had agreed to annihilate the entire wanteauen clan should
any of them seek vengeance. Nevertheless, some of the younger mem-
bers of the wakaïkiktum group, without the consent of their net, armed
themselves and made threats of avenging their kinswoman's husband.
The awilem people feared they would be attacked, so each of the clans
sent three or four young men armed with bows and arrows to
pñichekiva (the informant's village) to guard it against attack. They
remained on guard for several days and nights and then as nothing
happened returned to their respective villages. No more trouble
resulted from the incident.

This example, and others like it, substantiate the words of the
informants and show the very small amount of any sort of central
authority existing on the desert. The material poverty, peaceful
nature, and strenuous food gathering which characterized the southern
California Shoshoneans must have contributed to their ability to exist
with so little organization. In spite of all these factors, however,
informants agreed that life was far from tranquil on the desert, for
each little group was suspicious of the other and petty quarrels,
usually between individuals, resulted. Vengeance appears to have
been largely an affair of the immediate family, and no clearly classi-
fied code of blood vengeance or payment for wrongs inflicted was
obtained. The interesting and widespread institution of singing songs
against enemies in other clans will be presented later in a description
of desert ceremonies. The settlement of such quarrels depended on
the leaders of the respective clans.

## CLAN LEADERSHIP

### The Net

The net acted as ceremonial leader, judge, and to a limited extent
as general executive for his clan. Whether or not he led in fighting
is very dubious and probably depended on his general qualifications.
Theoretically the clan leadership ran in the direct male line, a man
being succeeded by his eldest son. Actually the adult members of the
clan, of both sexes, decided on the qualifications of this successor, and

Case 5:13-cv-00883-JGB-SP    Document 85-8    Filed 10/21/14    Page 36 of 49    Page ID
#1993

might often pass by the legitimate heir for a more capable younger brother. In case of a net having no adult successors a brother might succeed, although it was considered more ethical to keep the office in the same direct line. The qualifications for a net are rather general: he should be a good speaker, smart, fair-minded, and a good ceremonial manager. He must know the ritual and traditions of the clan, as well as the boundaries of all territories owned by them. Informants stated that a woman could never become net, and no cases of the sort were obtained. Ownership of property of any sort does not seem to have been necessary, and there seems no reason to believe that the net was possessed of more material wealth than any other family head within the clan.

### The Dance House

The office of net is marked by two distinctions, his occupancy of the ceremonial dance house, and his possession of ceremonial objects which are rolled up in a sacred mat. At present the dance house or kieamnawit may be built much in the shape of a modern rectangular shed with a ridged roof, but it is always made on a greasewood frame and covered with either arrow-weed or the fronds of the native palm (*Washingtonia filifera*). In size it varies a great deal. It is distinguished from the ordinary dwelling house by having the front end enclosed with a semicircular wall of the same material that covers the house, leaving a space for dancing and a fire. No such round dance house as that at Palm Springs was seen elsewhere.

### The Sacred Bundle

At the back of the house is a small room where the net keeps his maswut (a mat made of fine mountain grass) in which are kept objects sacred to the clan, and impedimenta used in their ceremonies. Maswut is associated with the sea, and two informants translated it as "sea-weed," describing it as a mat about three feet wide and four to six feet long made of tules sewn together. Originally maswut was supposed to be made of tules from the coast, but now they use a sharp-pointed grass which grows in the mountains. The maswut, the objects rolled up in it, and the room itself are very sacred, and the latter is entered ordinarily only by the net and his immediate family. The use of maswut, or misvut, is mentioned in the creation story given by Hooper[134] for the Desert Cahuilla. Hooper apparently got this crea-

tion story from the mother of August Lomas, now dead, who was a member of the autaatem clan living at temalsekalet near Martinez. The section referring to the maswut, or as Hooper writes it, misvut, is unusually suggestive.

When they were ready to hold the fiesta, Coyote told them he knew what to make effigies of and offered to go to the end of the world to get it. Misvut (a seaweed) was what he got. It grew far under the water. It had probably been made in the beginning for this purpose. . . . . During that first fiesta, the Isil people wanted some more misvut. When they went to get it, the water bubbled and made a queer noise. It was talking to them, but they could not understand it at first. Soon they understood that Misvut was asking them what they wanted. They told him they wanted the big stone, sharvovoshal, which was to pound things on, more misvut, and a pipe made of rock. The misvut was always kept rolled up and had a stone pipe in it. Net had given a feast in order to get this pipe, for Mukat had told them that this was necessary. This pipe is used only at fiestas and can be obtained only after the net has given a feast.

This should be compared with the Palm Springs version of the creation[135] to see the even more pronounced affiliation of maswut with the ocean. The rolling up of the stone pipe on the maswut is identical with the case described at Palm Springs,[136] where the sacred objects wrapped up in the ceremonial matting form the center or "heart" of the big house, the distinguishing possession of the net, and therefore the most important possession of the clan. Even today the maswut bundles, belonging to intact clans or religious groups ("parties") formed around a clan nucleus, are regarded as very sacred and cannot be handled by the ethnologist.

The possession of a very sacred object, such as the stone pipe mentioned by Hooper, seems to characterize only certain clans, others either being without similar objects or else refusing to speak of them. All groups however which had a net and formed an independent ceremonial unit, owned a bundle of maswut in which were wrapped eagle feathers and narrow bands made of flicker feathers. Francisco Nombre had such a bundle of maswut in which were kept eagle plumes, the skin of the shoulders and breast of an eagle rubbed very soft with a stone, and a skirt of eagle feathers called elatem. The last object was not used on the desert for the "eagle" or "whirling" dance distinctive of the western Shoshonean groups, but appears to have been a later addition to the bundle and was sometimes presented to the net of another clan on the death of one of his family. Feathers from elatem were also used to decorate the images that were burned. The awilem clan does not seem to have owned any specially sacred object,

134 Hooper, op. cit., 326-327.    135 Present paper, pp. 130-143.    136 Present paper, p. 128.

ACC0004636

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 37 of 49   Page ID #:1994

such as their relatives of the autaatem clan had in the sacred pipe. This object may have been lost, or again the possession of such an object may denote the clan which represents the oldest line of direct descent from the original ancestral group. This latter theory is purely hypothetical, for the clans are so broken up at present, and the maswut concept so hard to obtain from any but the oldest people, that a comparative study of clan relationship and contents of ceremonial bundles appears impossible. This maswut concept was found to apply not only to the Desert Cahuilla but also to every other Shoshonean group investigated by the present author—that is to all divisions of the Cahuilla, the Serrano, the Luiseño, and the Cupeño. In each of these groups it was associated primarily with two things, the ceremonial impedimenta of the clan chief and the making of figures for the image-burning ceremony.

Only the main factors concerning the leadership of the clan among the Desert Cahuilla have been given, but the more detailed aspects of the position can be best brought out by a study of the ceremonies among these and neighboring groups. These points are discussed in their order but it seems well at this place to discuss the remaining officials of the immediate groups under consideration.

### The Paha

The paha,[137] already mentioned, was known at Palm Springs, and by all groups to the west, where he is associated with the boys' initiation or manet dance, at which the jimsonweed drinking plays a prominent part. This ceremony was not performed at all on the desert, where it is called "the war dance" for no very obvious reason. Whether the term paha was generally used by any of the desert groups south of Indian Wells in aboriginal times is open to some doubt. Francisco Nombre, by far the best informant interviewed, said that the term paha was not known by his clan, or by those south and east of Martinez, and in the course of three weeks' intensive questioning never contradicted himself on this point. Other informants from these extreme southeastern groups confirmed him in this regard. On the other hand, Jolian Lopez, a sëwahilem clan member from Toro, said that his clan as long as he remembered had always had a paha from a clan of the opposite moiety. This suggests the system of reciprocity between intermarrying clans common to Serrano, Cupeño, and

Luiseño as well as Cahuilla. There is no doubt that the term paha[138] was known to the villages around Coachella; but it also seems equally clear that the villages south and east of them there were without such an official or title.[139] According to Jolian Lopez and akasem Levi, both of the sëwahilem clan, the paha was sometimes chosen by all the people, and each clan had its own. This clashes with the actual case cited, but they could reconcile the two versions only by saying that wakatii (the paha from the other clan) was chosen on account of his fitness, not because he belonged to a clan of the opposite moiety. A paha, according to these two informants, must be a man of forceful personality who can maintain order at all ceremonial functions. He must be feared by all people, for to disobey his instructions would bring death to some one in the group. He notified outside parties of ceremonies performed by his clan, gathered food from all his members, and supervised its preparation and division to guests. On his death it was customary, but not obligatory, to appoint a son or close relative in his place. As in the case of the net, the paha was always a man, never a woman.

### The takwa

Hooper, in her description of the mourning ceremony at Palm Springs, speaks of the ceremonial official designated as takwa being employed on the desert. This title is not employed among the desert groups south of Indian Wells, and many of these people do not know the term. Francisco Nombre had never heard it, but said that some relative of the net, either male or female, divided the food among the guests. This person had no special title, but guests on entering and seeing the division taking place would say "takwac nikul," meaning "he or she is dividing food." This division of food is always the main duty of the takwa in the mountains and it is highly probable that the special title arose from this general expression still retained on the desert. Jolian Lopez and akasem Levi, the two informants who told of the paha, both said that the takwa as a special assistant was not known south of Indian Wells, but was so distinguished at Palm Springs and among the Mountain Cahuilla.

---

[137] The word paha appears to be of Luiseño origin, meaning a snake called the Red Racer (*Coluber flagellus frenatus*). The term has the same connotation among the Cupeño, and among the three Cahuilla divisions.

[138] Gifford, S. Cal., 187, states that each group or clan among the Cahuilla had a paha. This is due to the fact that the term has come to be applied to the ceremonial assistant in general, in spite of the fact that the actual duties of the paha were usually highly specialized.

[139] Hooper, *op. cit.*, 328, also makes no distinction in regard to possession or non-possession of a paha, between all the Cahuilla groups. Her description of the duties of the paha, however, applies to Palm Springs only.

ACC0004637

### The Púalem

The shamans[140] or witch doctors, called púalem, were in no sense clan or tribal officials, but undoubtedly exerted a strong influence on the groups with which they lived or came in contact. The case already cited of teívato, the malevolent shaman at Martinez, is a good example of this. According to informants, shamans are born, not made. When a youth was six or seven years old he would have sick spells which would be doctored by a shaman (púl), who would understand that the boy was to become a púl himself.[141] Later when the boy has grown up to an age of seventeen or eighteen a vision comes to him in the night, without his seeking it, and tells him to dance before the people the next night. For three nights he dances before all his clan in the kícumnawit and all the people know he is a púl. After that he performs all the duties of a shaman, curing sick people by sucking "pains" or "spirits" from their bodies. This subject has been treated more fully by Hooper,[142] but it merits a more extensive study than it has yet received as there are still a good number of practicing shamans on the desert and their esoteric methodology would be extremely interesting. The concept of imitative and contagious magic is strong, and many of the troubles and feuds among these people arose over alleged bewitching of people or food crops. The shamans play a considerable part in the various ceremonies, determining whether occasions are propitious or not, and singing their own songs and dancing their special dances at others. The fundamental characteristic of the shaman however is individualism, and each one has his own songs, dances, cures, and methods of poisoning or bewitching. Not every clan has a shaman and there are no rules in regard to their numbers. There seems to be no feeling that the possession of this power is inherited by a shaman's son, nor were any cases of women shamans recorded. The shaman rarely or never is the man who must remember the songs and traditions of the clan, this duty belonging primarily to the net.

---

[140] Hooper, op. cit., 333–339, gives a longer account of shamanism on the desert.

[141] I do not believe that such spells are connected with epilepsy or any congenital defect, for of the six or seven desert shamans seen all appeared to be physically normal.

[142] Op. cit.

### The Hauinik

A voluntary assistant in this last duty was called hauinik or singer, and this name included people of both sexes. Among the desert groups there was no special ceremony to teach the boys to sing, but those who enjoyed it or had natural abilities in this line would listen to the old people until they had learned all the songs. When they had done this they were called hauinik. Older informants on the desert spoke very sadly of the fact that none of the younger people nowadays cared to learn the songs, saying that when they died the songs would die with them.

These were the officials, if such they might be called, of the most southeasterly of the three Cahuilla divisions. It can be seen that, aside from the clan head or net, there was really no person of authority among them. Life was localized, and the slight power was centralized in the patriarchal or family head. Such a loosely organized society was undoubtedly subject to much shifting about, and the personality of the various nets and shamans must have played a great part in determining the troubled or peaceful nature of life among the people. Opposed by outsiders, villages or geographically contiguous clans seem to have had some slight feeling of sharing a common cause, but any definite organization or tribal sense seems to have been lacking.

### THE ORGANIZATION OF THE CLAN

In the course of the foregoing external description enough has been said to give a fairly good idea of the importance of the clan, and its relation to the other phases of aboriginal desert life. It has been stated that all members of a clan traced their descent through males from a common ancestor,[143] and a careful investigation of genealogies bears this out. In its complete form the Desert Cahuilla social unit consists of a direct line of male descent, in which theoretically at least the oldest son succeeds his father as head, and the clan includes all collateral lineages for an uncertain number of generations back. Females born in this group are included, and always maintain their clan or lineage name, although on marriage they become ceremonially affiliated with the husband's clan. Since strict patrilineal descent prevails, the children of such women belong to the husband's clan.

---

[143] Gifford, S. Cal., 187.

ACC0004638

GENEALOGY 6
*Aunias Clan*



| | | | | 5. Francisco Nombre, net-pīma (archaic) |
| | | | 4. pulmiewammama-i (Nombre) (poor will fluttering) + *masuileem* | Andreagas Nombre, tukienikie kiat (green, young) |
| Branch lineage 1. | 2. pulmiewammama-i (poor will, fluttering) + *masuileem* | 3. tōkienikietelñelna-ī (green lightning) + *mumkieem* | tahaulisma (Quattie) (decorated body) + *wanieauem* | Catalina Quattie, tēwienikie whopikalet (white, wide awake) Calvario Quattie |
| Net 1. Siilmihĭanie (dried the sea gull) + (?) | | | siilsomitnikie (Antonio Sam) (narrow sea gull) + *mumieteem* | Valencia Sam |
| | | | kwöwetmñma (curlew reaching) | |
| Branch lineage 2. | naihuiyaie (lizard, fast runner) + *masuileem* | piihutnuminma-i (centipede humps) + *masuileem* | piihatyasī (centipede very active) | |
| | | | pūteikiltēvilveī (Pedro Kintano) (mountain grass, long distance) + *ateilcem* | Pablo Kintano Louis Kintano |

ACC0004639

The exact nature of the woman's affiliation to the husband's clan is not entirely clear, but she seems to become an integral part of its ceremonial activity. How much contact she maintained with her own clan was dependent on the distance separating her husband's village from her home village. A clan among these peoples, then, included in its ceremonial activity all people born into the group, and women who were married into the group. As a considerable sexual dichotomy prevailed in regard to the more esoteric duties in the clan, the woman's part seems to have been largely that of gathering, preparing, and serving food, although certain of the older women sang and danced at most ceremonies. It is possible of course that remnants of almost extinct clans may have been assimilated or adopted into other active clans, but no cases of this sort were noted among the Desert Cahuilla, and considering the strictness with which they cling to their paternal names it seems improbable. The "party," or religious organization of unrelated clans, found among the more westerly peoples (the Luiseño especially), does not seem to have been known on the desert. This "party" organization seems to have been due to disintegrating mission influences to which the Desert Cahuilla were not subjected.

The composition of one apparently typical Desert Cahuilla clan, the awilem, "dogs," at púichekiva, is shown in genealogy 6. Two main lineages that of late years have been conducting separate ceremonies, compose this clan. The split between the two apparently occurred at the latter village where the ancestors of the Nombres, Quatties, and Sams lived in one communal house, and the ancestors of the Kintanos in another. These families live on the Martinez reservation but conduct independent ceremonies, though they sometimes unite for larger "fiestas." All vaguely knew that they were relatives, but the exact relationship was only remembered by one man, Francisco Nombre, the hereditary awilem leader. With his death all exact knowledge of the relationship will vanish. This situation is probably identical with a great number of other such separations or divisions of collateral lineages, and indicates the way in which separately named lineages, and in time, new clans, are formed. It is highly probable that the antaatem clan is another offshoot of this same stock, for the groups regard each other as relatives and formerly united in food-gathering expeditions to their old mountain territories under awilem leadership. But here all actual trace of relationship has been obscured by time. Other more fragmentary genealogies bear out the

ACC0004640

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 41 of 49   Page ID #:1998

male lineage composition of the clan, but none shows so clearly the division of the lineages and the recent assumption of English and Spanish names. Most of the latter were given during the early period of white contact, in many cases while the Southern Pacific railroad was being built across this part of the desert and the natives were employed as laborers. Such names are today transmitted in modern European style.

### EXAMPLES OF NOMINAL SEPARATION AND CEREMONIAL AFFILIATION

A condition occurring at temelmekmeka, the village where the wantcauem clan formerly lived, is worthy of note. The name of this clan as already stated means "touched by the river," and according to informants from Martinez, part of this clan were several times washed out of their homes by cloud-bursts in the San Jacinto mountains which swept down Martinez canyon. This portion of the clan came to be nicknamed wanicŏcem, or "washed out." Later this term came to be applied only to the females of the group and girl babies especially were called by this title. This suggests the Serrano custom of giving different group names to the men and the women in the same clan,[144] and is somewhat analogous to the Colorado river Yuman clan system where the clan name is borne by the women in the clan. Whether this name was applied to the women married into the clan as well as those born into it, was not positively remembered, but was believed to be the case. Likewise the men of the wantcauem clan were in the habit of gathering their best mesquite beans and taking them to the wanikiktum clan near malki (Banning) at White Water. Therefore the other clans near the wantcauem clan called the men of this clan "wanikiktum" and the women "ŏem." In the light of this last information, it seems quite possible that the wantcauem clan was a branch of the wanikiktum clan, the "wani" or "washed out" portion of both names applying to floods of the White Water river. More information from either of these two groups would probably clear the matter up. The use of such nicknames, however, is of importance in showing the possible application of Yuman sex-limited clan names, as well as the prevalence of nicknaming among all these groups.

A somewhat simpler case of clan division occurred within the memory of Francisco Nombre, when the akawenekiktum clan at palsětamul (near Coachella) divided, one branch moving to a near-by

site, and assuming the nickname taukatim (no translation). The former group retained the clan leader and dance house and carried on all ceremonies for both villages. Only the two clans concerned recognized the two names; all other clans termed the inhabitants of both villages akawenekiktŭm. The two divisions concerned, and outside clans as well, regard the two as being related to each other. Both divisions are apparently extinct, so genealogies could not be obtained.

This seems a clear case of lineage division, probably due to crowding, and informants said that such occurrences were formerly common. For this reason there were certain affiliations between separate groups, so that when one was invited to an outside ceremony they always brought the other, and both participated in the same ceremonies. The four separate lineages, each occupying a village, which were all under the leadership of the central kaniepamăauitcem clan, thus acted as one unit in all ceremonial affairs. Such may have been the relationship between the kaunukalakiktum clan and the iviatim lineage at the iviatim village near Agua Dulce. In this case, however, the fact that the village was known by the name of the subordinate lineage, which also meant "Cahuilla people," makes it extremely doubtful whether the active lineage was in reality the oldest. It is quite possible that the ceremonial leadership, due to personnel, may have passed from the original lineage to the more active younger branch. Similar cases of linkage existed at the palpŭnivikiktum hemkī village, near Alamo, at pŭichekiva near Martinez, and at palsětahut, previously discussed, near Coachella. Such related or collateral lineages might live in the same village, or in near-by villages, but the nature of the relationship was usually considered to be one of blood, and not of marital or ceremonial affiliation. The fact that such ceremonial groups usually consisted of persons of the same moiety is strong verification of the native belief. Complete genealogies would of course be highly desirable in all these cases, but as most of the people concerned are dead there is little chance of obtaining them. Certainly the Desert Cahuilla do not seem to have stressed moiety reciprocity in ceremonies as was the case among the Luiseño, Serrano, Cupeño, and to a certain extent the Mountain Cahuilla; and as a result ceremonial linkage between clans was usually due to blood relationship. To say that the sole basis of all such Desert Cahuilla groupings was remote relationship would be unwarranted, but it seems probable in most cases. Geographic contiguity and consanguinity of the branch lineages actually forming one ceremonial clan would be expectable.

---

[144] Gifford, S. Cal., 180–181.

ACC0004641

70    University of California Publications in Am. Arch. and Ethn.    [Vol. 26
Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 42 of 49   Page ID
#1999
1929]    Strong: Aboriginal Society in Southern California    71

## The Moiety Among the Desert Cahuilla

As is the case among most of their western neighbors, all the clans of the Desert Cahuilla are grouped in two major divisions, called respectively the wildcat (túktum) and coyote (ístam) people. In late aboriginal times prior to white interference there seems to have been a strict rule of marriage to prevent endogamy in either group. All informants agreed that prior to the last generation a coyote person might only marry a wildcat person and vice versa. At present the rule has no force but the custom seems to have held until recent times. Out of twenty-eight actual cases of marriage recorded,[145] twenty-six were in accord with the rule of moiety exogamy, and two included the pañakauissiktum clan whose moiety affiliation is doubtful. This is strong confirmation of the schematic pattern given by the informants. The feeling against marriage within the moiety was very strong and, unlike most of the neighboring dichotomous groups, informants said that the rule held even with people who spoke another language, should they marry among the Cahuilla. Thus a Cupeño or Serrano man would have to marry according to his moiety if he came to live with the desert people. As none of the actual cases show such intertribal[146] marriages it is impossible to verify this statement, but the informants were very emphatic in affirming it.

When asked the reason for this dual division informants are naturally at a loss. Some said that for an ístam to marry an ístam would be like relatives marrying and therefore would be highly improper. Others said that the rule had "been from the beginning" and therefore must be followed. Hooper's creation story tells of this division,[147] as does the Palm Springs creation story given here.[148] A comparative study of these two stories shows that there is really a division of nearly all nature between the two creators, one half belonging to the older múkat who is túktum, and the other half to the younger temaiyauit who is ístam. This is very similar to the dual division of the universe among the Miwok although the classification is not so clear-cut as in the latter case.[149] Informants stated that all animals and birds were thus members of one or the other moieties according to their respective creators. Lists of these however are difficult to obtain at present although the short list from Palm Springs shows this classification to a slight extent.[150] This seems to indicate that the personal names of the individuals were governed by their moiety affiliations, for these names are based on natural objects which of course belong to either the ístam or the túktum division.

Thus when another clan is invited to a ceremony at the house of an ístam clan, they sing the following song on entering:

> selim, selim (California woodpecker)
> Built a beautiful green hemkí (place)
> All is moving around.[151]
> suwalwal (great blue heron)
> anawat (?)
> tamaswut (grebe).

Thus everyone hearing the song knows that the dance house is owned by an ístam clan, for these birds are of the ístam moiety. The names of the birds have nothing to do with the personal names of the owners of the house but merely indicate the moiety they belong to.

Likewise when the visiting clan enters the dance house of a túktum clan they also sing a similar song.

> kwowit (shore bird, probably curlew), pamóis (cormorant)
> Built a beautiful green hemkí
> All is moving around.
> kwowit, pamóis.

These words are chanted over and over again, and show the moiety of the people who own the dance house. At the annual mourning ceremony similar moiety songs are sung, to the accompaniment of much wailing in memory of the dead people. It can be seen that there is no very clear distinction between classes of birds or animals in placing them in one or the other moiety categories, for the birds in both these cases are water birds.[152] The informants however insisted that the two moieties were thus designated by the different birds, but refused to give a fuller list on the ground that only a few distinctive names were remembered and were always used in this connection.

145 The majority of these cases are to be found in the clan and village genealogies already presented.
146 The word tribal is here used for convenience to denote a different linguistic group, not a unified political group such as the word usually implies.
147 Op. cit., 327.
148 Present paper.
149 E. W. Gifford, Miwok Moieties, present series, 12:142, 1916.

150 Present paper, p. 169.
151 Denoting festivity and action.
152 It must be remembered that though these Cahuilla are a desert people they live close to the Salton sea where water birds of many species gather.

Another song, identical to one sung by the Mountain Cahuilla, was sung as a joke, usually to the children. An istam person would sing:

túkut túkú weña peíelíe teûn
píke llima eweíapê!
*Wildcat, having his arrows in a bag,*
*Does not look good to us.*
isil tahat isiveña peíelíe teûn
píke atacana aaíepî.
*Coyote, brave man, having his arrows in a bag,*
*Looks very good to us.*

Each of these lines is chanted over and over, with a rising and falling cadence as many times as desired. This sort of joking between the moieties was a common thing, but according to informants was always good-natured and did not have the sting or vituperative quality that the enemy songs the clans sang against each other possessed.

According to Francisco Nombre, the four oldest animals were great púalem or shamans; these were húnwit (the California grizzly bear), iswit[153] or túkwit (the mountain lion), túkwut (the jaguar),[154] and isil (the coyote), who was the youngest. The first three were created by múkat and were túkium; the last, isil, was created by temaíyauit and was istam.

No data in regard to any actual moiety organization were secured, and there are no indications of moiety chiefs or officials of any sort. Gifford has stated that moiety reciprocity occurred in the making of the images for the mourning ceremony,[155] but according to my informants such was not usually the case. Various clans were invited for different nights of the week-long ceremony, and the clan which was

[153] The term iswit is used by the Mountain Cahuilla at present as a synonym for túkwit or mountain lion. The Desert Cahuilla say that it means "wolf" but no informant questioned had ever seen this animal in the flesh. Dr. Joseph Grinnell, in 1925, told me that so far as he knew no wolf had ever been taken west of the valley of the Colorado river or south of the Tehachapi. Mr. Joseph Dixon has since examined the skin of a timber wolf, reputed to have been killed in San Diego county, and is inclined to regard it as an authentic record.

[154] The inclusion of this species agrees with information from the Diegueño received by C. Hart Merriam, Journal of Mammalogy, 1:38-40, 1919-20. See also, W. D. Strong, Journal of Mammalogy, 7:59-60, 1926. The Desert and Mountain Cahuilla use the term túkwut for the jaguar (*Felis onca*). Only the old men knew of the animal. Francisco Nombre gave a description of túkwut, that does not admit of any other species, saying that it was a cat larger than the mountain lion, with round spots and a long tail. Its tracks were larger than the mountain lion's and it was regarded as more dangerous. The last animal of this species he remembered, was killed back of Palm Springs about 1860, by an Indian who was attacked while stalking deer. Francisco saw the fresh, spotted hide, and the long curved claws which were used for a dog collar. Similar skins were presented to his father for use in the image-burning ceremonies of his clan. More data on this animal are given under Hunting Rules.

[155] Present series, 14:187-188.

invited on Saturday night made the images. According to Francisco Nombre and other informants, the moiety affiliation of this clan was of no importance. It might be a related group; for example, the awilem clan usually made the images for the autaatem people and vice versa. Both of these were naturally in the same moiety. However, it might be a clan which was affiliated by intermarriage in which case moiety reciprocity would seem to be employed, but this is mainly a matter of chance. To say that moiety reciprocity never occurred would therefore be incorrect, but that it was a generally recognized and universal desert custom seems contrary to the data at hand.

To sum up the place of this dual division among the Desert Cahuilla, it appears that regulation of marriage is its primary function, distinction of clans in regard to names and for purposes of joking being secondary. Theoretical considerations in regard to its wider significance will be discussed hereafter.

### MARRIAGE

As has been previously shown, moiety exogamy was an essential factor in regulating aboriginal desert marriages, and the actual cases bear out the schematic pattern very strongly. Even more important to the native was avoidance of marriage with either maternal or paternal relatives so far as known. Other rules seem to have been lacking, and marriages might occur between people in the same village, if both moieties were represented there, or between separate villages. Propinquity seems to have been the main factor in this regard. Actual cases show a few marriages between the Palm Springs people and those around Martinez, but informants stated that in the old days the people south of Indian Wells never married persons from the groups around Banning, while the groups south of Martinez did not as a rule marry with the Palm Springs group. This was not a set rule but was due, informants said, to the distances involved. It is of course not at all probable that such marriages never occurred for there was some intercourse between all the desert groups, but the twenty-eight actual cases show no such distant marriages. Likewise marriages with the Serrano around Mission Creek or the Cupeño of Warner's ranch, do not seem to have been at all common.

Theoretically, at least, people from these two linguistic groups would have to marry according to their moiety should they marry Desert Cahuilla individuals; that is, an islam (coyote) Cupeño man

ACC0004643

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 44 of 49   Page ID #:2001

must marry a tūktum (wildcat) Cahuilla woman, and a wahiyam (coyote) Serrano man would have to marry a tūktum Cahuilla woman. Whether this was actually the case I do not know for no old cases of this sort were discovered. Neither the Cupeño nor the Serrano have this feeling in regard to marriages outside their own linguistic group. The situation in general was very similar to that of our own society, where people that are in contact with each other naturally tend to marry while those farther away and less well acquainted do not, but there was no rule against such unions should chance or personal inclination defeat distance.

A man would never marry a girl from his father's clan, primarily because of the nominal relationship and the fact that their moiety would be the same. He could however marry a girl from his mother's clan provided she was not a close relative of his mother. This at first glance seems to cast doubt on the actual relationship of all the clan members for these marriages were not uncommon. On second consideration however it is obvious that in a clan including all collateral branches for ten generations back, there would be a considerable number of individuals who would be fourth or fifth cousins and therefore according to a strict blood-family interpretation, not actual relatives. It was with these individuals that marriage was possible. Patrilocal residence was the general rule, but cases of matrilocal residence did occur, especially where the immediate family of the man was dead. Informants were unanimous in agreeing that the children were always given the clan name of the man, even in the hypothetical case that he was the sole survivor of his clan and living with his wife's people.

Children might be betrothed in infancy in which case presents of food, baskets, and game, were exchanged between the two families at frequent intervals. It was more common, however, for them to wait until the boy was seventeen or eighteen years of age and the girl twelve or thirteen or perhaps older. Then the match was arranged between the respective parents. The boy's mother goes to the mother of the girl she has selected for her son, and tells her that she desires the girl to help her do her work and to gather mesquite beans. At this time she takes no presents. The girl's mother asks time to consult with her husband; if he agrees they both consult the wishes of the girl. The mother is mainly influenced by her feeling for the boy's family, the father by the food-gathering and hunting abilities of the prospective son-in-law, and the girl presumably by her feeling

for the boy. The father of the girl if the match is satisfactory notifies the boy's father.

A female relative, not the mother of the boy, goes with presents to the bride's home and brings her back to the house of her future parents-in-law, where she leaves her outside. This relative then calls the boy's mother who leads the girl into the house, and seats her with her face in a corner, and her back to the boy's family whose members have been assembled at a feast. The girl's family in order not to embarrass her and to let her become acquainted with her new relatives, stay away. The boy is brought in and seated beside the girl, likewise with his back to the assembled relatives. Food is given them and they are left there to get acquainted. Not until they begin to talk to each other are they allowed to leave this position. There were no special songs and no dancing on this occasion, although as many relatives of the boy as the immediate family could feed were invited. The mother-in-law gave the girl no advice or counsel as she had already received this before leaving, from her own mother. That night only one cover was allowed the bride and groom, for otherwise, my informant said, they might be too shy to sleep together. In the morning the girl's mother-in-law shows her the duties that she must perform and she becomes a working part of the household.

If it happened that the girl was unhappy she might run away to her parents. The mother-in-law would go and get her back once or twice but if the girl persisted she was allowed to remain, and her family returned the presents they had received. If a girl had no children within a period of two or three years and the husband was willing, his parents would return the girl to her home. At any time the girl might leave, in which case presents were returned; but if there were children the latter remained with the man's family and no presents were returned.

Up to within the last fifteen years thirty dollars in American money was the regular price paid for a girl. Now they say contemptuously that a girl is only worth "a paper," to wit, the marriage license. A girl baby is now referred to as "a paper."

If a man married an elder sister and was good to her and gave food and presents to her family, he might be given the younger sister should the older one die. This was done by the parents of the girl so as to keep the boy in the family, and was not compulsory. Likewise a woman might marry her dead husband's brother,[156] but this

---

[156] Hooper, *op. cit.*, 354, says that a widow might only marry her husband's older brother. I unfortunately obtained no data on this point.

ACC0004644

was entirely a matter of choice. Two cases were remembered where a man had more than one wife. In the first case the man married a woman whose young cousin came to live with them. The first wife was old and weak and asked the younger cousin to stay as her husband's second wife so that she could help around the house. As the young cousin liked the husband she did so, all three living together in agreement. In the other case an older sister had had no children although she had been married many years. She asked her younger sister to come and live with them as a co-wife. The husband had several children by this second wife. No other cases of plural wives were remembered by desert informants.

A similar tale to that recorded by Hooper[157] was also told me, I suspect by the same informant, Francisco Nombre at Martinez, who said that in the old days about which his grandfather told him, a man might go to a girl he desired and take her, fighting off her relatives with his bow and arrows. Should the girl refuse him saying he was too old, he would kill her, for that was a deadly insult. This is in the nature of a legend but is interesting as a repetition of Hooper's information.

## Hunting Rules

As before stated the four most important animals were regarded as shamans, and when any of them were killed a night of singing and dancing in their memory must occur. The grizzly bear (hūnwit) was called hempūwiteū, translated as great-great-grandfather, the mountain lion (tūkwit or iswit) was a relative of uncertain degree, the jaguar (tukwut), and especially the coyote (isil), were great shamans, but not relatives. When the tracks of a bear were encountered, the older men and women very respectfully asked him to go back to the hills and to hide, lest they be forced to go after him. Many years ago a small party on their way toward Los Angeles encountered a female grizzly and two cubs, near the modern town of Beaumont. The oldest man talked to the bear and told her that they meant her no harm, and as she was a relative of theirs she should not bother them. The mother bear thereupon went peacefully on her way. Shortly before this a bear that had killed two people near Cahuilla was killed by a party of Palm Springs Indians. All that night they danced and sang over the body, just as the people near Martinez did over the body of a deer.

157 *Op. cit.*, 355.

About fifty years ago an Indian back of Palm Springs, while stalking a deer with a deer's head disguise, was attacked by a jaguar which he killed. The claws of this animal were very large and were used to make a dog collar; the skin was saved to decorate images of the dead. Francisco Nombre said that people from Cahuilla (the town of paui in the San Jacintos) several times brought jaguar skins down from the mountains as gifts at his grandfather's fiestas. These skins he described as considerably larger than those of the mountain lion with black spots on a tawny background. The tracks of the jaguar, he said, were fairly common in the canyons of the eastern Santa Rosas, and he often saw them although he never saw a live jaguar. The male's tracks were much larger than a mountain lion's, while the female's track was about the size of a large male mountain lion's. This assumed sex difference may be a pure rationalization but he was firm in his belief that most of the tracks attributed to the jaguar were very large. The old people made a regular practice of following mountain lion and jaguar trails in order to uncover and eat the remains of deer which these animals buried. Aside from the more or less accidental case at Palm Springs, no record of the jaguar's or mountain lion's attacking anyone was secured. The grizzly, on the other hand, was regarded as very dangerous and when a man-killing individual came into the neighborhood the men of the interested clans joined together and in a group hunted him down. It was considered better to run the bear out of the country than to kill him. Otherwise the bear was unmolested.

When an individual killed a deer he took it to the net's house, i.e., the dance house. If there had been no recent death in the clan all the people would collect and sing all night, eating the deer in the morning. If it was the first deer killed after a death in the clan, the net would take the deer and give it to the clan living closest to him. These people would then sing all night before eating the deer. Part of this deer was usually given to the slayer. When a coyote or wildcat was killed by a younger man he let it lie where it fell, and on returning to the village he would tell some old man or woman of its whereabouts. The old person would then go and get the game and use it as he pleased. Only very old people could utilize these two animal species.

The first deer a young man killed was given to the clan of his mother. On the communal hunts for rabbits and small game a boy never took his own kill home, but gave it to some other family, usually

ACC0004645

his mother's. Parents could not eat the game killed by an unmarried boy. Should the boy eat his own game, or even eat off of the utensil on which it was cooked he would probably die. When a boy was about to marry his father told him that he must provide game for the girl's parents. When he was first married his parents prepared his game for the girl to eat; they might eat what she left. Later the parents and their married son could safely eat game killed by the latter. The husband alternated in providing game for his own and his wife's family. These rules were regarded as vital and had considerable vogue up to late times. Modern sicknesses are now laid by the old men to the non-observance of these and a great many other food taboos.

### NAMING OF CHILDREN

The ceremony called hemteülüwen, was a clan affair and usually occurred when there were several children of approximately the same age to be named. It took place in the dance house to which were summoned all members of the children's clans and the clans of the children's mothers. The age at which the children were christened depended on the abundance of food possessed by their families. If they had enough provisions for a feast when the children were four or five years old they would have it then, otherwise they would wait until the children were nine or ten years old. Informants stated that if a child reached the age of thirteen years without being formally christened, he went without a name save for such nicknames as he might acquire. The actual naming occurred about midnight in the course of an entire night's singing and dancing.

The names to be given were decided upon by the net of the children's clan, and were those of dead ancestors in the clan. No name already possessed by a living person might be used. The knowledge of the clan names is a duty of the net. No one was told the names until the net, holding the child high in his arms, danced slowly in the center of the dance house, and suddenly shouted the name three times. All the people assembled repeated this name. It was very dangerous and ignominious to have an "enemy" clan get possession of the names, hence it sometimes happened that a false name was given at this time, the real name being bestowed in secret when the child was fourteen or fifteen years of age. The boys were named for the male ancestors, the girls according to a series of female names customary in the clan. Examples of these names are as follows:

Boys' names:
    püihutnuminma-i, centipede humps.
    amülmcïkwaiwut, man who eats agave.
    takvïe, marksman with a bow.

Girls' names:
    püteïkihauvaa, dried berry flour (eaten only by nets).
    wiivitavïnie, aprons.
    püteïkil keküwïne, dried berry flour, acorns on cord (bullroarer).

These were names given in the awïlem clan and according to my informant were used by no other clan. The girls are usually given names connected with plants or household appurtenances; the boys, animal, bird, or insect names.[158] No exact rule of this sort however seems to be remembered. Several older informants stated that the moiety affiliation of the individual was indicated by the name but, as before stated, an exact or exhaustive dual classification of names was not secured.

The acquisition of new names was not limited to children, for a man might receive a new name at the same time that his child was given its first name. This was to show his greater dignity and importance. In this manner a man might receive as many as five names. Thus Francisco Nombre was named netpïma (an archaic term) as a child, when his oldest daughter was named he was called nentahemïñahïwinut (with the nets), and later when his third son was named he was called nentïniña pakhalwïe (gone in among the nets). This name is not indicative of the sex of the child christened, and while the father is known by this name he also retains the others, especially the name he received as a youth. A boy was never given his father's name or vice versa.

It does not appear that any one of the several names a man might receive was more sacred than the others. So-called "enemy" clans hearing any of these names would incorporate them into their songs, to the mortification and danger of the owner of the name. Even though the individual had already changed his name, songs were sung about any old or new name discovered. After the names were

---

[158] Hooper, *op. cit.*, 349, states that songs about plants were sung when a girl was named, and about animals for a boy. My informants did not mention this, but a survey of the names secured shows a marked tendency to give names according to this system. Among the Paviotso of the Great Basin the majority of girls were named after flowers (Lowie, Notes on Shoshonean Ethnography, Anthr. Papers, Am. Mus. Nat. Hist., 20:272, 1924). In a list of nineteen eastern Tewa personal male names given by J. P. Harrington, only two connote flowers or plants; while of twenty female names sixteen of them are plant or flower names (Am. Anthr., 14:476, 1912).

ACC0004646

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 47 of 49   Page ID #:2004

given presents of food, baskets, deer skin, or rarely, ceremonial matting were given to the invited clans and in the morning they returned home.

## CEREMONIAL DEFORMATION

All the girls of a clan were tattooed on the chin when they were in their tenth or eleventh year. To this ceremony was invited the clan of the mother, and the actual tattooing was performed with a cactus thorn by the mother's sister. A black (tūl) paint obtained in trade from the Yuma Indians was put in the scratch. A design consisting of straight lines or angles was used. According to informants there was no moiety distinction in the design. Boys of approximately the same age, sometimes a year younger, were also decorated at this time. These boys, not necessarily the net's sons but of promising material, had the nasal septum pierced and three links of deer bone inserted in the opining. Later these boys had their ears pierced with cactus thorns. The piercing of the nose was called multavavepĭ, that of the ears for both sexes hemnakahmūmhanwin. The decorating of the boys in this manner was only done on rare occasions when a boy of great promise appeared and when his clan was able to afford such a ceremony. Such boys, said my informant, nearly always became famous as leaders or hunters, and the bearers of such distinctions were honored even among the Mohave and the Chemehuevi. The tattooing of the girls, however, and the piercing of their ears, was a regular ceremony. This ceremony was accompanied by a night of singing with a feast. Should the holes pricked in the ear lobes fail to stay open they were not reopened again. These customs have long gone out of vogue and I did not see actual evidences of any of the above-named practices among the present population.

## ENEMY SONGS[150]

There seem to have been two main times for the singing of enemy songs between the clans. These were after the tattooing and nose-piercing ceremony just described, and after the naming ceremony for children. While informants gave these two occasions as the formal time for such rivalry between assembled clans, or for the singing of one clan against an absent clan, it would appear from other statements that such singing contests might break out at any time ceremonial

---

[150] Hooper, op. cit., 345, gives several examples of such songs, but does not mention where they were obtained.

gathering where the so-called "enemy" clans might come in contact. The descriptions of these affairs are vivid and animated. The singing often ended in a hair-pulling or free-for-all fight between the women, but the men according to Francisco Nombre never came to actual blows. The net of the ceremonial house, with his assistants, always kept the peace as far as the men were concerned. Fig Tree John, whose tales seem to me more picturesque than accurate, is said to tell of such affairs where several people would be killed before morning, but all informants with whom I actually talked denied this.

Usually two clans would sing, the one against the other, encouraged by the other people who might be there. One man assisted by several women would dance and sing songs using the names of rival clan members and heaping ridicule on them in any way possible. The man usually led and the women followed. The clan thus sung about might after a few minutes ask to sing, in which case they were granted their turn and answered their enemies in the same manner. The moral victory went to the clan which sang the most songs using personal names and ridiculing their rivals. In the heat of the contest individual women would try to sing each other down, often ending in direct vituperation or personal combat. Large crowds assembled where such a contest was expected and in anticipation of such an event new songs were composed and practiced by the rivals. Such a verbal battle might last through an entire night, the rivals taking turns in singing and dancing until one or the other relinquished the field through exhaustion.

Lines for such rivalry in the desert seem to have been mainly geographic, the clans of one locality singing against the clans of another locality. For example, the awilem clan usually sang against the clans or branch clans under Cabezon, located to the east of Coachella. In this manner the rivalries were usually between groups less often in contact and not to any great degree interrelated by marriage. Such rivalries in more ancient times may have led to open warfare, but it would appear more likely that they sublimated such warlike tendencies as the people may have possessed into more harmless channels.

## GIRLS' ADOLESCENCE CEREMONY

This ceremony called hemelūniwen, is said to have been performed individually for each girl at the time of her first menses. The girl's father would notify the net of the occurrence and the net would send

for the clan to which the girl's mother belonged. They came that evening and assisted in the ensuing ceremony. A fire was built before the net's house; when the ground was thoroughly heated the fire was removed and a hole dug about as long as the girl and about two feet deep. Into this was put arrowweed, then the girl, and then more arrow weed, over which hot sand was poured. All night long the girl's clan and the guests danced and sang around the pit, the hot sand being renewed at intervals. In the morning the girl was taken out of the pit by her mother and washed in warm water. A white paint or powder made from a mineral obtained in the mountains was put all over her head.

For a period of two or three weeks after this she was kept under strict surveillance. She was not permitted to wash in or drink cold water, or to eat dry food, salt, or meat. Should she hit or touch any person she might cause the individual suffering from rheumatism or paralysis. A wooden "comb" was provided to scratch her head with, for should she use her fingers it would cause dandruff and loss of the hair. According to Francisco Nombre there was no harm in her looking at things, for her glance did not bring bad luck. Especially must she stay close to her home all through this period. These rules applied thereafter to all her menstrual periods, and her health and that of her husband depended on her care in obeying them. Above all, she must never touch her husband at such a time. When a girl had passed through this ceremony the first time she was eligible for marriage.

Hooper gives several other details[160] concerning this ceremony but does not give the exact locality to which they apply, the main differences from the above account being her statement that the ceremony lasts three nights, that the pit is heated by stones, and that there was a similar ceremony at the second menstruation when the girl's chin was tattooed. In regard to the latter, no informant questioned by me remembered such an occurrence as a second ceremony and the two oldest informants were sure that the chin was tattooed at an earlier time as previously described.

There was no boys' adolescence ceremony practiced by the Desert Cahuilla, according to my informants; this was a westerly ceremony occurring among the Mountain Cahuilla and their neighbors, called by the people of the desert the "war dance." Francisco Nombre told me that once in his grandfather's time the awilem clan tried

[160] Op. cit., 347-348.

1929]      Strong: Aboriginal Society in Southern California      83

this mânet or "war dance," but the people became sick and it had never been tried again. He, and all other desert informants, were positive that it had never been regularly used on the desert.

CEREMONIAL KILLING OF EAGLES

Eagles' nests which might be built in the mountain territories of these groups belonged to the clan owning the nest locality, and were carefully guarded. When the eagles began to frequent the nest, a guard was stationed on a near-by eminence to watch and protect them. The clan was notified when the eggs were laid and a feast was held. When the watcher observed rabbits and other game being taken to the nest, or saw that the young birds had become well feathered out, he notified the net who was regarded as the actual owner of the birds. A party of five or six men would then go to the nest to obtain the young. If there had been a recent death in the clan the trip would be sad, at other times there was singing and rejoicing and a feast and dancing would mark their return. The young eagle or eagles would be put in a cage in the net's house and would be carefully fed by all his relatives. When the young birds had attained their full plumage a fiesta was prepared and all neighboring clans were invited.

The clan owning the eagle would invite one other clan in to sing the songs specially relating to the eagle and to his death. All the other clans would join in the singing and dancing. Young and old joined in this ceremony and the dancing and singing lasted all night. The eagle was rolled in the ceremonial matting, maswut, and carried in the slow circular dance by members of the net's immediate family. In the early hours of the morning "the eagle would scream and die," probably killed by gradual compression of his lungs. The body was then carefully laid down by the fire and the dancing stopped. All the people wept and wailed loudly in sorrow at the eagle's death.

In the morning the eagles were skinned and the feathers kept by the net. The bodies were buried in the cemetery where the people were buried. It may be presumed that prior to any Christian influence the bodies were burned, but informants were vague on this point. The skin was rubbed with a stone until it was very soft, and then put away with the net's ceremonial impedimenta, rolled in maswut. Sometimes a skirt of the tail and wing feathers was made which was called elatem, and this was kept in the ceremonial bundle. It was

Case 5:13-cv-00883-JGB-SP   Document 85-8   Filed 10/21/14   Page 49 of 49   Page ID #:2006

not used in the elaborate "whirling dance" of the more westerly Shoshoneans but was worn at the eagle-killing. Young eagles, or eaglets, might be given to closely allied clans in case of a death among their members. This usually occurred when the deceased was a relative by blood or marriage to the net giving the eagle. Such gifts however seem to have been rare. Feathers which were saved after the eagle-killing ceremony were used to decorate the images of the dead and were burned with them.

Francisco Nombre told me that in his grandfather's time the eagle ceremony had been rare and very simple, but in his father's time it had become more customary and elaborate among the desert clans. He added that stories of the eagle and respect for the bird had always been common among the people of the desert.

## CEREMONIES FOR THE DEAD

At one time, according to desert informants, it was customary to quietly burn the house and body of the deceased the morning after the death. The burning of the body was called pentcûtwem, and of the house hemtcûstanwen. Now, the body is buried shortly after death, but the burning of the house and personal possessions of the deceased does not occur until a week later. Prior to the burning, members of the clan of the deceased and such other clans as come with presents, sing all night. According to one of the desert informants, in the old days food was so scarce and the difficulty of giving the mourning ceremony a year later so great, that the relatives of the deceased avoided this first ceremony by quietly burning the corpse and its possessions before news of the death traveled. The spot where the bodies were burnt was called tûlwenive or niskieweniva, "where they burnt the bodies."

About one year after the death of an individual, occurred the image-burning ceremony, hemnûkwin, or, as the burning itself was called, nûkil. This ceremony was usually so arranged that it would include mourning ceremonies and image-burning for more than one person. The ceremony lasted one week. To it were summoned all clans related to the deceased by marriage, and all the clans who had brought presents to the clan of the deceased at the time the dead person's possessions were burnt. Each clan was invited to arrive on a specified night in order not to have too large a crowd for the entire time. The ceremony begins on Monday, and for the first three nights

the shamans (pûaiem) of the local clan and near-by clans dance in order to find out whether the time is propitious, and to communicate with the spirits of the dead and propitiate them. Thursday night an invited clan led by their hauinik or singer, sings all night long. Friday night another clan repeats this ceremony. On Saturday night the clan invited to come at that time sings all night, some of them making the images of the deceased which are to be burned in the morning. According to my informants, there was no definite rule in regard to the clan which made the images. Their moiety made no difference whatsoever, but the fact that they had been invited for Saturday night made automatically the makers of the images. The songs sung at this time are said to be about a number of shore birds, especially those whose feathers were used in the ceremony. At this time each clan on arriving sings its moiety song. Also a sad song about the death of mûkat, lasting nearly all night, is sung if the deceased is a man. If a woman is being mourned for, a song about menyil (the moon) and her ascent to the sky is sung.

The images are made to represent the dead persons and are about five feet high with long narrow bodies. The bodies were originally made of reed matting, the ceremonially important maswut, and were dressed in deer skins. Men were always represented with bow and arrow, women with baskets decorated with eagle feathers. Likewise the image of a man was decorated with an eagle-feather headdress provided by the net. Many ornaments or decorative skins and feathers were attached to the images, but were usually taken off by the members of the invited clans before the actual burning occurred. The modern images are dressed in European style and the body framework is made of wood.

Early Sunday morning the images are carried out of the dance house by close relatives of the deceased, while other relatives distribute food and presents to the guests. The images are carried around the kicumnawit (dance house), and taken to the place of burning, niskieweniva, where they are put on the fire and burned. As soon as they are completely burned the ceremony is at an end and the guests depart. According to native theory the dead, whose images have been burned, are not further to be mourned for and their names are not to be mentioned.

ACC0004649