## The Migration Legend of the Sewahilem Clan

Told by Akasem Levi (sëwahilem) at Torres, January 25, 1925, through Gabriel Costo, interpreter. Akasem said that his father told him the story, having learned it verbatim from his father.

Aswitsei (eagle flower) stopped first at Happy Point (near Indian Wells) where he left the imprint of his elbows and knees in the rock. From there he came south along the San Jacinto mountains to a place west of Toro; he was weeping and he pushed a hole in the ground with his staff which is still there. Then he settled at kötevewit (in the mountains), and here he brought out the tobacco which he carried. A man named kauicwikili lived near there on the edge of the desert. Aswitsei went to visit him, when he got there he sat down and stayed all night. He was changed so that he looked very old and wrinkled. In the morning aswitsei went to a spring and bathed. He remained there a long time and no one could find him.

Now kauicwikili had a beautiful young daughter, and he told her to go to the spring and look for their guest. When she got there she saw aswitsei, who was now changed into a young, good-looking man. The girl fell in love with him; she went back to the house and sat on his bed, refusing to move from it no matter how hard her father tried to make her do so. Then aswitsei came back and they all laughed. He married her and stayed at kötevewit. Kauicwikili had no food except cactus which he ate raw, so aswitsei told him to get some wood and bake mescal stalks. The former did so but did not cook it well and so aswitsei told him to bake it for two nights and a day. Aswitsei was a great hunter and killed all kinds of game. Later he had a son, who grew up quickly while his father was away, but kauicwikili killed him.

Soon, however, there was another son named teaiwimitei, who grew up to be a young man. His mother then told him that he would have had a playmate except for his grandfather's cruel deed. So teaiwimitei killed his grandfather. This enraged the relatives of kauicwikili and they planned to destroy aswitsei and his family. The latter heard of this and he sent his wife and son away to the desert. Led by kanichöteliwat, his enemies surrounded the house of aswitsei in three rows and called to him to come out. He did so, for his house was on fire, but he dodged so rapidly that no one could hit him though all shot at him. He got through the three rows and then as he had a bow but no arrows he leaned on it and wept. Then he found the tracks of his wife and his mother-in-law. The former had had another child while she was running away. So they all wept together and settled at tûva (near Agua Dulce). Here although they had no food they managed to live.

Soon however their enemies, led by kanichöteliwut, came to the spring to gather wood for bows. Aswitsei hid in a cave but his enemies found the two women and the baby. [It is not clear what happened to these various sons.] The grandmother told kanichöteliwut that the child was a girl and lay on it so that they could not see it was a boy. They had hidden the tracks of aswitsei, but his enemies saw some food they had thrown out of the cave and knew there was a man there. They told him to come out and when he did they did not kill him but listened to his story.

Then aswitsei and his wife had another son whom they called netamaaka (big chief). He was the ancestor of the sëwahilem people. Then they had two more sons whom they called respectively sûetpûleve (fallen star) and kislamnet (money chief). From the cave at tûva they moved to naialwawaka (near Martinez). Here they all lived with aswitsei. One day an eagle came over the village; he tried to light on the houses of the eldest sons but could not, so he finally lit on the house of kislamnet, who always owned the eagle after that. There was at this time a very mean man in the family who was called sûetpûleve; like the white people he was always trying to get other people's land. He left the village however, and moved away into the desert. So did kislamnet, who was mean and fought with all the other brothers. Later he came back and set fire to the houses of netamaaka and sûetpûleve.

Then these two families moved away to kâvinic (Indian Wells), but soon they moved back to Torres. They were married and had many children. A tribe from the mountains came and killed nearly all of them, but it began to rain, so some of aswitsei's people survived. Then the water from the south began to rise and all the people moved ahead of the water toward Palm Springs. They settled near kâvinic, which the water did not reach. Here they lived for some time; then the water began to go back, gradually at first and sometimes rising again. All the people separated along the edge of the water to catch fish.[161] The ilwawaka people called themselves wakwaikiktum, and the sasañö people called themselves sasañakiktum (this is an extinct clan). The sëwahilem people also went off by themselves. Of the latter four men were alive: netpakiva, the father, and three sons, esûtûlikic (grandmother black louse), hauitemnomii (quail across mountains), and kelyicanûka (cold ear). The three sons went fishing and the youngest built the fire, but his two brothers gave him none of their fish. They invited him to come with them again but he refused. He told his father how his older brothers treated him and they both wept. Then they went away together and hid. The next morning the two older brothers returned and could not find their father. They were puzzled and the older brother said, "kelyicanûka has told our father how we made him build the fire but gave him no fish to eat, only the net to hold." So they left the place and went away to the southeast and joined other people who lived there. The father and son came out of hiding and following the retreating water they finally came to temalamnaka where they lived. From these two were descended all the present sëwahilem people.

---

[161] Along the western border of the desert next to the foothills of the San Jacinto and Santa Rosa mountains are located a number of small stone pens about six to twelve feet long. These are locally known as "fish traps," and it is claimed they were once used for this purpose when the Cahuilla basin was flooded. The local Indians corroborate this story in their legends, and Akasem Levi told me that the "fish traps" west of Martinez formerly belonged to the awilem clan. As Francisco Nombre, of the latter clan, had made the same statement previously on the basis of his clan myths, the independent confirmation of Akasem is interesting. This method of impounding fish employed by the Papago is mentioned by Lumholtz, New Trails in Mexico, 258, 1912; also for the Tarahumare: Unknown Mexico, 400, 1902.

ACC0004650

## III. THE PASS CAHUILLA

### ENVIRONMENT

The above designation has in general been loosely applied to those peoples who lived in the vicinity of the San Gorgonio pass and spoke the Cahuilla language, in contradistinction to the Desert Cahuilla already described and the Mountain Cahuilla of the Santa Rosa and San Jacinto mountains. The same condition of small, localized, and independent clans prevailed among these people as among the Cahuilla of the Desert, hence they were in no sense a united tribe and their boundaries must depend on those of the small groups taken as belonging to this division. These are shown in map 4. The inclusion of the group at Indian Wells and the two clans near Palm Springs is more or less arbitrary, for these three groups seem at an earlier time to have really represented a ceremonial unit which might well entitle them to the designation of the Palm Springs Cahuilla. Present-day ceremonial affiliations and a general community of cultural traits seem however to link them to the people of the Pass rather than to those of the Desert, so for purposes of convenience I have thus grouped them.

Lacking any political unity or true tribal organization among the Pass Cahuilla we have therefore only one criterion for distinguishing the local groups as such, and that is their language. In the San Gorgonio pass proper two main languages are spoken, the Cahuilla and the Serrano, both of the Shoshonean stock but each very distinct. At present the remnants of the Pass peoples are in large part gathered together on the Morongo Indian reservation near Banning, and the groups are consequently very much mixed. Added to this is the fact that even in pre-Caucasian times their ceremonial affiliations were based more on propinquity than on language, and as a result the data in regard to such intermingled groupings are usually far from clear. Three things then should always be borne in mind—first, the language spoken by any one clan, second, the actual territory it occupied, and third, the groups with which it was ceremonially united. When this is done a much clearer vision is possible, for any attempt to deal with the local groups as parts of larger political units or tribes almost invariably leads to confusion. Considerable literature in regard to

the linguistic affiliation of the peoples under discussion is extant, and largely because of the above stated difficulties it is quite contradictory. I have already discussed this problem in the consideration of the Serrano, so it will be unnecessary to more than refer to the discussion here. In this section, wherever possible I have treated only the Cahuilla-speaking groups, save where their ceremonial relations with groups speaking other languages make departure from this rule necessary. As the other linguistic groups are treated in turn, it will be possible to view the area as a whole and to see clearly the relations between all the groups concerned.



Map 4. Pass Cahuilla Territory.

The Cahuilla Indians of the Pass proper are very few in number at present and most of the clans are extinct or represented by only a few survivors, often young people who have little actual knowledge of the past. Fortunately there are among the few old people alive several splendid informants, and to them I am indebted for the following data. Most of the information pertaining to aboriginal conditions in the San Gorgonio pass was obtained from the following people: Alejo Potencio, net of the kauisiktum clan at Palm Springs; Rosa Morongo, acting kika of the mariña clan of the Serrano, but daughter of the net of the pisatañaviteem clan near Banning, therefore a Cahuilla by birth;[162] Jesusa Manuel, a Mountain Cahuilla woman who married a Serrano man of the atūraviatum clan, now

[162] See present paper, p. 10, for discussion of Mrs. Morongo's linguistic affiliations.

living on the small San Manuel reservation near Redlands; and Alec' Arguello, who with his son Alexander Arguello, are the last survivors of the Cahuilla who lived in the San Timoteo canyon. The last two now live at Crafton, California.

The main outlines supplied by the above informants were checked and filled in by other informants at Palm Springs and at the Morongo reservation near Banning. In the course of the winter's work it became more and more clear that a study of these Shoshonean groups to possess full value must be based on the individual village or clan, rather than on any larger grouping, because generalities based on any one locality were apt to lead to erroneous conclusions. Therefore in the present account I have endeavored to show to which particular place the particular description applies. Because so many of the clans are extinct or represented only by younger people, the carrying out of this ideal in its entirety was impossible, but it is an end which has been sought for and which yields the most accurate results. In regard to the very complex problem of ceremonial affiliations, it is necessary to bear in mind the fact that the information of any one informant usually gives only one cross-section, which must be fitted in time and space with that of other people questioned. In the last sixty-odd years, especially, the alignment of groups has been subject to much shifting through the rapid disappearance of native conditions. It is therefore usually erroneous to give any grouping as static and established. With this factor in mind I have roughly classified the data under this head in three groups which comprise first the ceremonial affiliations now existing, secondly the conditions which existed in the youth of the informants questioned and which might be called the last phases of the aboriginal state, and lastly those vague data transmitted by their ancestors to the present informants which give us a hint as to still earlier conditions. Following is a list of the clans, past and present, among the Pass Cahuilla.

### TABLE 5

*Pass Cahuilla Clans*

1. atciteem, "good," coyote moiety, located at Indian Wells; not active at present. Belonged to the old grouping A.[163]

2. paniktum, "daylight," wildcat moiety, formerly located in Andreas canyon; not active at present. Belonged to the old grouping A.

3. kauisiktum, "from the rock," wildcat moiety, located at Palm Springs; is active at present. Belonged to the old grouping A.

4. haviñakiktum, "deep water hole," coyote moiety, located at Palm Springs station; not active at present. Belonged to the old grouping B.

5. wanikiktum, "running water," coyote moiety, located at Whitewater bridge originally, but now on Morongo Indian reservation; active at present. Belonged to old grouping B.

6. wakiñakiktum (place name north of Cabezon), coyote moiety, located in Blaisdell canyon; not active at present. Belonged to the old grouping B.

7. teteanaakiktum (place name for peak south of the Pass), coyote moiety, located in Snow Creek canyon; not active at present. Belonged to the old grouping B.

8. paluknaviteem (place name northwest of Whitewater station), coyote moiety, located in Stubby canyon; not active at present. Belonged to the old grouping B.

9. pisatañaviteem (place name in Banning Water canyon), coyote moiety, located in Banning Water canyon; not active at present. Belonged to the old grouping B.

10.[164] costakiktum (no meaning), coyote moiety, located in San Timoteo canyon; not active at present. Belonged to the old grouping C.

11. natcütakiktum, "sand," coyote moiety, located in San Timoteo canyon; not active at present. Belonged to the old grouping C.

12. panatiauiteem (village in San Jacinto mountains), wildcat moiety, located in San Timoteo canyon; not active at present. Belonged to the old grouping C.

13. tepamökiktum (no meaning), wildcat moiety, located in San Timoteo canyon; not active at present. Belonged to the old grouping C.

14. temewhanic, "northerners," wildcat moiety, located in San Timoteo canyon; not active at present. Belonged to the old grouping C.

15. uonhaiam (no meaning), coyote moiety, located originally at Indian Wells, moved to the desert; not active at present. Belonged to the old grouping A.[165]

---

[163] This heading shows the ceremonial affiliation of the clan fifty or more years ago.

[164] Clans 10–14 are all Mountain Cahuilla people, who came to the vicinity of San Bernardino and Riverside as a guard against more distant raiding tribes in 1846. For further discussion of this point see present paper, pp. 6, 7.

[165] Clan 15 seems to have moved to the Desert many years ago, and has already been discussed in relation to the Desert Cahuilla.

ACC0004652

### CEREMONIAL AFFILIATIONS OF PASS CLANS

As the list of Pass Cahuilla clans (table 5) indicates there were originally three main groupings of a ceremonial and, as will be shown later, of a cultural nature, among them. The first group comprised clans 1 to 3, which were affiliated, with the kauisiktum clan at Palm Springs as their center.[165] Next came the Cahuilla of the Pass proper, clans 4 to 9 which were grouped with the Serrano märiña clan as their ceremonial and in part cultural center. Finally, there were the Mountain Cahuilla clans 10 to 14, who seem to have been affiliated with the Luiseño and intrusive Cahuilla groups at Saboba, as well as with other Mountain Cahuilla clans. These Cahuilla clans of the San Timoteo pass[166] were late arrivals at the San Bernardino mission and therefore cannot be considered as a true Pass people. They will be discussed more fully under the heading Mountain Cahuilla. Such were the conditions existing sixty-odd years ago.

Today there exists only a fragment of the old organization, but it appears to contain in its essentials nearly all the characteristics which were once common to a vast area and to a much larger number of groups. Lines of cleavage have changed, the number of ceremonies performed has been reduced, and details of ritual discontinued, but the actual framework of the old society is still in existence though it will probably disappear with the present generation. The main, and in fact only, general manifestation of the old life occurs at the mourning or image-burning ceremony which each of the four active ceremonial units performs once every two years. To these ceremonies the other three still active clans are always formally invited, and with them come many of the other Cahuilla and Serrano whose ceremonial groups have disappeared, as well as visiting Luiseño, Cupeño, and a few of the Yuman Diegueño from the south.

These four active ceremonial units, two Cahuilla and two Serrano, are the last ceremonially intact groups of the people speaking either language, save for the few clans of the Cahuilla in the desert who hold their own smaller ceremonies. Thus they comprise in their activities practically all that is left of the ceremonial life of the once very numerous Serrano and Cahuilla peoples. The author was fortunate enough to be at Palm Springs in February, 1925, when the kauisiktum clan of that place gave their biennial week-long ceremony which is described in detail later. It was possible at that time to observe the organization in operation and to get information in regard to the existing units which still carry on the religious and ceremonial life of the people.

At Palm Springs there is one active clan as well as a goodly number of people from other localities without ceremonial affiliations, who take part in all but the most intimate ceremonial functions of this clan. This is the kauisiktum clan, with Alejo Potencio as its net or ceremonial chief,[167] having a large ceremonial dance house called kicamnawut in which the net lives. As a result of their proximity, ceremonies at Palm Springs draw many of the Desert Cahuilla who do not go to similar affairs at Banning or Saboba. This same condition prevailed to an even greater extent in aboriginal times, a fact stated by both Palm Springs and Desert informants.

On the Morongo reservation near Banning are three active clans; two Serrano and one Cahuilla. The Cahuilla clan has been strongly influenced by the Serrano, to the extent that nearly all of its songs are in the Serrano language. As a result the members of the clan are bilingual to a considerable extent, although their own language is Cahuilla. The name of the clan is wanikiktum, and the wife of Juan Costo (a Mountain Cahuilla man) is the acting head or nuut.[168] She is said to be the oldest person in the direct line of descent of nuuts in the clan, but her exact relationship I could not determine. Mrs. Pablo, the wife of a wanikiktum man, is the oldest survivor of the paniktum clan of the Cahuilla clan originally located in Andreas canyon near Palm Springs. She has a small dance house on the Morongo reservation but it is used for small gatherings and singings only. The paniktum clan at present consists of only about eight persons, and they cannot afford large ceremonies. Hence Mrs. Pablo is affiliated with wanikiktum clan, while the remainder of her clan are affiliated with the Palm Springs kanisiktum group.

The two Serrano clans now located on the Morongo reservation are the märiña and the atüraviatum groups. The most powerful of

---

165 BARROWS, *op. cit.*, 33.

167 At Palm Springs there is also a head man who acts as the nominal leader of all Indians on the reservation. He is elected by all the people assigned to the reservation and acts as a go-between for them with the government, or outside parties. His actual power appears, however, to be very limited and there is no evidence that such an office existed prior to its instigation by the white people who needed a temporal head to deal with. This office was held by Lee Arenas, a half-breed, at the time of my visit. He was in no way connected with the ceremony except in cases of disorder.

168 The Pass Cahuilla term for ceremonial leader or clan head. It is very similar to the Cupeño nut, and the Luiseño nōta.

ACC0004653

these is the māriña or Morongo, whose acting head or kika is Mrs. Rosa Morongo, a Pass Cahuilla woman from piñatapa near Banning, who succeeded her husband Captain John Morongo who had been a very influential kika. The importance of this clan has been shown in the section on the Serrano, but at this point it is well to note that its present head is a Cahuilla woman. Sharing the dance house with the latter is the atūraviatum Serrano clan with Miguel Savateo as its kika. The following list shows in condensed form the main features of the present day grouping.

### TABLE 6

*Modern Ceremonial Groups of the San Gorgonio Pass*

| Name:[169] | kauisiktum | wanikiktum | māriña | atūraviatum |
|---|---|---|---|---|
| Reservation: | Palm Springs | Morongo | Morongo | Morongo |
| Language: | Cahuilla | Cahuilla | Serrano | Serrano |
| Songs in: | Cahuilla | Serrano | Serrano | Serrano |
| Leader: | net | nuut | kika | kika |
| Dance House: | kícamnawut | kícamnawut[170] | kíteaterate[170] | kíteaterate[170] |
| Sacred Matting: | maiswut | maiswut | muarte | muarte |

The situation becomes more complex when one considers the ceremonial groupings of fifty or more years ago. Here three main groupings of Pass clans stand out, but the individual clans were much more numerous and their interrelations more intricate. In order to give a clearer idea of their ceremonial linkage it is necessary to give the data pertaining to the ceremonial exchange of shell money, past and present.

### CEREMONIAL EXCHANGE OF SHELL MONEY

The modern exchange of shell money is fairly clear, although a certain amount of secrecy still surrounds it. Each of the four active ceremonial groups has several strings of shell beads which are kept by the clan chief, usually in association with the sacred bundle of the clan. The kauisiktum clan at Palm Springs call these strings witeū, and the shell money itself hissaveī or mūketem. The pisata-ñaviteem clan, who lived in the Banning Water canyon, called one

string nuutska and many strings nuutskum. The Serrano clans called the money uk', or mūketem which appears as a general term used by all these peoples irrespective of language. The Mountain Cahuilla clans, both at pauī in the mountains, and sahatapa in the San Timoteo pass, called the money by the latter term.

There are two main classes of this money. The one called witeū by the Palm Springs Cahuilla is a piece four times the distance from a man's forehead to the ground in length, which is given to the leader of each invited clan at the close of the image-burning ceremony. This is given a cash value of fifty cents. The other called napanaa by the same people is worth twenty cents, and this appears to have been the basic unit of shell money value. This was sent to any clan leader when a death occurred in his clan by all other clan leaders hearing of it.[171] The length of this piece is determined by wrapping it twice around the left wrist, carrying it under the thumb and twice around the fingers halfway to the tips, and back over the palm to a spot on the mid-wrist four inches from the posterior end of the palm. This spot, called tcic'hííunt, was formerly placed on the inner mid-wrist of the clan leader when he took office. It was done by the paha, who using a string of money as a measure, tattooed in the mark with a cactus thorn and inserted charcoal. The mark on Alejo Potencio's wrist was about one quarter of an inch long by half as wide, showing blue under the skin. According to Potencio such a mark was once characteristic of each clan leader of the groups to the north and west, but not to those of the Desert Cahuilla where the exchange of shell money did not occur.[172] The long string of shell money, witeū, is given to the leaders of the three invited clans at the close of the image-burning ceremony. A similar piece is returned by each when his clan gives a ceremony to which the others are invited, thus keeping up a perpetual exchange. I was unable to learn exactly how many pieces of this witeū are in circulation, but it is obvious that there must be several such pieces in the possession of each of the four ceremonial units.

According to Alejo Potencio, the shell money was received for the Palm Springs clan by his grandfather who received it from the Serrano at Mission creek. They got it from the Gabrieleño, who in

---

[169] The first two clans are given in the list of Pass Cahuilla clans, as numbers 3 and 5. The other two clans are listed with the Serrano.

[170] Also called waankite, from the Luiseño term waunkie, used also by the Mountain Cahuilla and Cupeño. The term for ceremonial house is always a combination of the words, ''large'' or ''big,'' and ''house.''

[171] There were undoubtedly regional limits within which each circle of exchange existed, but they are not remembered by present-day informants.

[172] Du Bois mentions that one of the old chiefs of the Luiseño had a tattoo mark on his left wrist, the meaning of which she could not discover. Present series, 8:92, 1908.

tarn received it from Santa Catalina island. The inhabitants of Santa Catalina island were called pipīmurum, and the island pipīnul. Alejo's grandfather told him that the shell money was brought across from Santa Catalina island on tule rafts to the San Fernando people, who distributed it among the inland groups. There was another kind of money called somitnekteum "the small ones," composed of little shells which were much more valuable than the present large shell money. All these pieces of small shell money were lost before Alejo was old enough to remember them.

According to Rosa Morongo none of the Serrano or the Pass Cahuilla knew where the shell money came from. One night it suddenly appeared. Alec' Arguello, last survivor of the Cahuilla who lived in the San Timoteo pass, said that the mūketem, shell money, was brought to Juan Antonio, the Mountain Cahuilla captain who brought the Cahuillas to San Bernardino, by kānuk,[173] a very old chief of the San Fernando people, who also brought new songs and ceremonies. This happened before Arguello was born, and he was told of it by his father. Such is the data on the origin of the shell money exchange among these groups west of the San Gorgonio pass. The evidence is fragmentary, but points indubitably to the Pacific coast peoples as the source of the system.[174] Whether the system among these inland peoples was purely aboriginal must be decided later.

### EARLIER GROUPINGS OF THE PASS PEOPLES

The data on older groupings and the ceremonial exchange occurring between them is very complex and equally fragmentary. With the disappearance of the Gabrieleño, Fernandeño, and Chumash, the central factors of the problem have apparently been wiped out. Hence a complete reconstruction of the ceremonial exchange system is impossible. However, bearing in mind the fact that conditions among the Pass people were peripheral it is possible with care to obtain an idea of the state of affairs which must once have existed farther to the west. Two sorts of ceremonial shell money exchange seem to have existed among the Pass Shoshoneans. First the exchange of the long strings of shell money called witcū by the Palm Springs group, which still occurs among the four active clans today. Secondly the older exchange of smaller strings of shell money called napanaa by the

[173] Mentioned by Hugo Reid, Los Angeles Star, 1852, Letter no. 6.
[174] See Kroeber, Handbook, 564.

Palm Springs group, which died out many years ago, but apparently once existed on a very wide scale. We will consider each type of exchange in order.

This first sort of exchange in former times as at present, seems only to have existed between groups who participated in each other's ceremonies. About fifty years ago three different groups of this kind existed among the peoples of the Pass. The present alignment, which has already been discussed, has arisen through the breaking down of these three large earlier groups and the assembling of the few surviving units into the present-day ceremonial union.

Fifty-odd years ago, according to Alejo Potencio, the Palm Springs people did not actually participate in the ceremonies of the Cahuilla clans to the north or of the Serrano to the northeast. There were three clans in the vicinity of Palm Springs who formed one unit and who always attended each other's ceremonies, exchanging the long pieces of shell money, witcū. These are indicated by the letter *A* in the list of Pass Cahuilla clans (see p. 91). Of these the kauisiktum clan at Palm Springs appears to have been the most influential and is the only clan keeping up its ceremonies today. The ateitcem clan at Indian Wells, kavinic, and the paniktum clan of Andreas canyon, were the other two who shared in the ceremonies of this group at Palm Springs.

The clans of the Cahuilla, northwest of Palm Springs, were ceremonially connected among themselves and with the märiña clan of the Serrano.[175] This last clan according to Mrs. Rosa Morongo often brought the other Serrano clans with them to Pass ceremonials, but the Cahuilla clans were linked by exchange of shell money (witcū) only with the märiña, and not with the other Serrano clans. The oldest grouping in the Pass proper, remembered by Mrs. Morongo, included the haviñakiktum, wanikiktum, wakiñakiktum, teteanaakiktum, paluknaviteem, and pisatañaviteem clans of the Cahuilla, and the märina clan of the Serrano. Of these only the wanikiktum and the märiña clan survive as groups today. Mrs. Morongo said that when she was a girl living near Banning, the märiña clan was regarded by all others as the oldest, and when a number of the Pass clans happened to be going to Palm Springs they all waited at a point north of that place for the märiña clan to precede them. Such a statement might arise from undue pride in the clan of which she is now head, but the fact that the surviving Cahuilla clans today sing

[175] Indicated by the letter *B* in the list of Pass Cahuilla clans, table 5.

ACC0004655

māriña songs in the Serrano language shows the great influence of the latter and bears out Mrs. Morongo's testimony. This was the second of the older groupings in its bare outlines, though there were probably other alliances within or with other clans outside of the territories listed, knowledge of which has disappeared with the clans themselves.

The third ceremonial grouping will be discussed later in the section on the Mountain Cahuilla, for all these clans (numbers 10 to 14)[176] were from the mountains and had their own affiliations before they moved to the vicinity of San Bernardino. Thus when they moved they still maintained the ceremonial exchange of shell money with the other Mountain Cahuilla clans and with the Luiseño "parties" at Saboba. The data concerning this group, obtained from Alec' Arguello at Crafton, will be given when the Mountain Cahuilla are discussed.

Besides the previously discussed organization based on actual participation in the same ceremonies, and marked by the exchange of witcū (long strings of shell money) between the united groups, there seems to have been a looser form of union which was discontinued many years ago and may now only be reconstructed with great difficulty. It was customary, as has already been mentioned, for all the clans north of Palm Springs irrespective of linguistic differences, on hearing of a death in another clan to send one string of shell money to the leader of that clan. This smaller string of money was called by the Palm Springs Cahuilla, napanaa. Thus there would seem to have existed a loose ceremonial union between all the Cahuilla, Serrano, Luiseño, and Gabrieleño clans who inhabited the territory from the San Gorgonio pass west to the Pacific ocean.

The data in regard to this exchange are rather contradictory, but of a nature to make it appear certain that in former times such an institution existed. According to Alejo Potencio, the Palm Springs Cahuilla clan would send such a string of money to the leader of any clan between that place and the San Gabriel mission whenever a death occurred in such a clan. This was about seventy years ago, when the informant was a mere youth. At this time lelmus was chief of the gravelinos, or kisianōs, as the Gabrieleño were called by the Cahuilla. The napanaa was always carried by the paha, and he sometimes took it to the nearest clan which at that time was the haviñakiktum clan at Palm Springs station. The paha of the latter clan would take

both strings of money to the next clan, and so on. Thus a string of shell money from each group would be relayed on until they arrived at the village of the deceased, where they were presented to the ceremonial leader of the deceased's clan. One year later when the image-burning ceremony for the dead person was held each string was returned to the clan that had sent it. Those clans which were close by received theirs personally, while those farther away were sent theirs. It was customary for the paha or person who brought this shell money to receive ten cents in cash for each string of shell money from the ceremonial leader to whom he brought them.

Mrs. Rosa Morongo was not very clear in regard to the ceremonial exchange in former times, and did not make the distinction between the two types of shell money. She said, however, that when she was a girl shell money was sent by her father to any group having a "big house" and a kīka, whenever a death occurred in such a clan. This exchange extended as far as San Gabriel to the west, Saboba to the south, and Twenty Nine Palms to the east. Exchange of shell money at the close of the biennial mourning ceremony was according to the "older groupings" already shown,[177] and was not nearly so all-inclusive as the just described exchange occurring at the time of death.

It is very probable that the ramifications of this older system and its clearer distinctions are only hinted at in the foregoing account. Due to its esoteric nature and because of the lapse of time involved since it was in active operation, clearer accounts could not be obtained from the informants questioned. From the data here presented, and from other material to be given later in connection with the Cupeño, I am inclined to believe that while the medium of exchange was aboriginal its spread to these Pass groups occurred in mission times, perhaps in part reproducing an earlier condition among the coastal people. The fact that such an exchange was unknown to the Desert Cahuilla seems to support this conclusion. Fragmentary as the data on these early conditions are, they suffice to give one a clearer understanding of the bonds between the many small groups, and to explain the modern institutions which have arisen on the fallen framework of the old structure.

---

[177] List of Pass Cahuilla clans, table 5.

---

[176] Designated as old grouping C in the list of Pass Cahuilla clans, table 5.

ACC0004656

## ORGANIZATION AND NATURE OF THE CLAN

In regard to clan organization, the Pass and Desert Cahuilla seem to have been almost identical. The Pass clans, however, seem to have lived in comparative isolation and not in villages composed of several clans or individually named lineages as did the Desert Cahuilla. As nearly all the original Pass clans have disappeared, detailed data on each group cannot be obtained, but the information in regard to the clan near Palm Springs, combined with that on the Cahuilla clan near Banning, gives a fairly complete picture. There is little reason to believe that the intervening groups differed in essentials from their near eastern and western Cahuilla-speaking neighbors with whom they were intimately associated.

The kauisiktum clan at Palm Springs has a short migration legend which was told me by Alejo Potencio, the net, to account for their present location. It gives the boundaries of the kauisiktum clan, which the informant assured me, was the oldest of these three affiliated clans.

Very long ago a great net who had three names hiwinut (flying), temewhawewanelwic (standing to the north), and kauiskiauka (no meaning), brought his people to watelepa (Redland junction), and then named himself waswatcañanet and waswatcanayaik. From here he took them to iva (a hot spring just north of Saboba), where he again changed his names to ivañanet and ivañayaik. Then he moved them to kekliva (a mountain just north of Saboba),[178] where he changed his names to keklivanet and keklivayaic (fast runner). Here, while looking for his new home, he named alakaic (San Jacinto peak). From kekliva he took the people to panyik (mouth of Andreas canyon), on a stream called milyiliilikalet and near this place he found some painted rocks called tekic. He told his people that these rocks were already painted when he came there. From this spot he named all the places that marked his new territory.

To the east he named a small hill sewitekul (Murray hill), and to the west he named the canyon ɔ̄it (Murray canyon). Farther to the west he named palhilikwinut (near head of Murray canyon). Then he named tēvin' imulwiwaiwinut (a flat rock with mortar holes, at mouth of Palm canyon), and halfway up the canyon paskwu a hot spring (rock mortars here also), and then tatmilmi (the south end of Palm canyon). Another place sewi, near here, was the southwestern boundary.

The next place he named was simüta (more rock mortar holes, about five miles west of Palm canyon), and proceeding north and westerly he named pinalata, kalahal (a flat), tcial (a hill northwest of Palm canyon), kaukwicheki (a stream where hunters and acorn gatherers camped) and pülökla (a hill to which hunters would sing in the dance house in order to have deer sent them).

178 Here according to Alejo Potencio, the kauisiktum clan left part of their ceremonial impedimenta, present paper, p. 129.

---

Thence still northwest to alakaic (San Jacinto peak), and finally to yanahic (a place just south of Blaisdell canyon). This marked the northwestern limit of his territory.

Going southeast from Murray hill he named taupakie (probably Cathedral canyon, where they gathered mescal), konkistō-uinut (a place near Indian Wells), and alhauik (a hill south of Indian Wells, perhaps Indio mountain). This was the southeastern boundary mark.

From milyiliilikalet and tekic (mouth of Andreas canyon) coming north along the eastern edge of the mountains bordering the desert, he named kauissinteem hempki (hill four miles south of Palm Springs), temukvasl (a low hill on edge of desert near here, where a man watched when they hunted rabbits), tekelkukuaka (mesquite grove slightly to north), kakwawit (mouth of Tahquitz canyon), kauiski (two superimposed rocks in Tahquitz canyon from which the kauisiktum clan takes its name), müaskalet (white rock on hillside in Tahquitz canyon), and palhauikalet "water falling down," name of Tahquitz falls.

Proceeding still to the north, he named ihvitca (a green place north of Tahquitz canyon), tepal (farther north), tñival (a rocky point just west of the Mission Inn), tetcavi (a large rock fifty yards farther north), and püllñvil (the large smooth rock cliff at Dry falls). Three large rocks north of here he called kauistanalmū, hauiñenin, and hauitalal; still farther in the same direction he named a hanging rock waivas (meaning "yell"), malal (north point of Chino canyon), and kistcavel (at point where second bridge on highway from Palm Springs to Whitewater is located). The first rocky point beyond this bridge he called pionvil, the second point teūamul, and the third point, almost at Whitewater station, he called tama. Between these points occur three large rocks which he named for his three dogs, the first awelmū, the second nišikiemū, and the third paklic. Near the point farthest to the north he named ivawakik (a sharp hill south of Cabezon) which he went inside of, leaving his people. He then became a rock on the summit of this hill which marks the northeastern boundary.

The paniktum clan was located in Andreas canyon with its side canyons north as far as hunwit hekik, a point on Tahquitz creek. Their boundary ran south to the northern rim of Murray canyon. The boundaries of the kauisiktum clan surrounded all the former clan's territory. It is probable that these two clans were originally one, for informants said they regarded each other as relatives. Likewise they belonged to the same moiety. Genealogies to clinch the matter could not be obtained so it must rest in abeyance.

The atcitcem clan had territory in the immediate neighborhood of Indian Wells, called kavinic. Definite boundaries were not obtained.[179] They were of a different moiety from the two former clans and

179 Francisco Potencio, younger brother of Alejo, told me that the paniktum clan was the first to come to this vicinity. Most of them died long ago. Originally the atcitcem clan had owned Palm canyon but as they usually married with the kauisiktum clan, they had given Palm canyon to them as a gift. The old town located in the canyon, and once occupied by the atcitcem clan, was named tatmilmi.

commonly married members of both. Hence it is probable that their connection was of a political and social nature rather than one of kinship. A fragment of mythology relating to the supposed history of these and the other true Desert Cahuilla clans was told me by Alejo Potencio.

> In the beginning these people were created far away, then following their leader they came to a point near kavinie (Indian Wells). Here the leader, aswitseĭ (eagle flower), went to sleep and slept for one hundred years. Then his dog barked and woke him up. He called this dog mahalic (looking for creatures). His people had gone while he slept and they were south of kavinie on the desert, and were having their first hemeĭúhinine (girls' adolescence ceremony), for two girls hunaĭ sesive and hunaĭ papase. This was the way the people came to be down in the desert.
>
> Then aswitseĭ came up to the mountains at kavinie where he leaned against a rock leaving the marks of his elbows and knees. He looked toward maŭlmiĭ (Toro), then he climbed up the mountain and lay down watching the people, leaving the marks of his elbows and ribs. As he came down he slipped leaving the print of his hand in the soft rocks. Near kavinie was a palm with which he talked. He desired to become a palm himself, but failed to do so.

The above is only a fragment but is interesting for two reasons. First as being part of the longer origin myth of the sëwahilem clan (pp. 86, 87), and secondly as a repetition of the story given by Gifford.[180] Furthermore it aptly illustrates the slight changes which occur in all myths and other social phenomena between group and group of the Cahuilla and their neighbors. Each story varies with the clan telling it, hence an authority in one clan will nearly always say that a story told by the authority in another clan is not right in its details.

At an early time the nonhaĭam (no meaning) people lived with the atciteem clan at kavinie. About sixty-odd years ago, according to Francisco Nombre a Desert Cahuilla informant, they had seven houses but no net or dance house. They were ceremonially subordinated to the atciteem clan who at that time had ten houses, including a dance house, and a net. Later the former group, which the informant said was related to the atciteem clan, moved en masse to a new village near kelewutkwiĭkwinut "wood hanging down" at La Mesa. At this time they appointed their oldest man, whauatiñanaĭi, as net, and became a separate clan affiliating with the other Desert Cahuilla clans. A few survivors of this branch clan, called Augustin, now live on the desert reservation of that name. Such branching off and removal of collateral lineages of any one clan must have occurred from time to time, due perhaps to the overcrowding of a small area, scarcity of food, and quite probably of water.

---

180 S. Cal., 188.

Apparently there was only a ceremonial bond between the three Palm Springs Cahuilla clans, for no data or any purely political leadership were remembered. The father of Alejo Potencio told him that once all three of these clans went together to fight with a desert group that had trespassed upon their food-gathering territories. The two parties fought with bows and arrows but no one was killed. (A statement in regard to warfare which seems to be applicable to most of these southern Californian Shoshoneans.) One old man named piwitcem, who led the desert people, dodged all the arrows that were discharged at him so that he could not be hit.[181]

Partly because Palm Springs informants objected to naming dead relatives, and partly because no willing informant well versed in such matters was encountered, genealogies of the Palm Springs kauiskitum clan could not be obtained. It is quite possible, especially in the last fifty years, that this clan has to some extent been recruited from survivors of the paniktum and other Pass Cahuilla groups. The variety of European surnames among those today affiliated in the clan suggests this. Belardo, Chino, Marcus, Potencio, Moreno, and Pete are among these names, and while it is possible that this clan was unusually populous due to the favorable nature of the site, it seems more probable that we have here less of the pure lineage and more of a localized "party" gathered around a lineage nucleus. Lacking genealogies it is impossible to be certain of this, but it seems more likely for this group than for the smaller Desert Cahuilla clans, many of whom even today are able to give the exact relationship existing between all members. How far this condition applies to the other Pass groups it is difficult to ascertain. From statements made by Mrs. Rosa Morongo and the survivors of the wanikiktum clan I am inclined to believe that the Palm Springs condition is unusual and that in aboriginal times a clan organization of actual relatives was the general rule among the Pass Cahuilla. The genealogy of the pisatañaviteem clan (genealogy 7) is definitely that of one male lineage, which accords with the general statements of all informants.

Boundaries of the other Pass Cahuilla clans are largely unobtainable, as in many cases their members are all dead. The central point of such a territory as given in the list of Pass Cahuilla clans is all that modern informants remember. According to Mrs. Rosa Morongo,

---

181 Except for the bloodless nature of the fight, the above traditional fragment is similar to two such accounts given by Hooper, *op. cit.*, 355-356.

GENEALOGY

*Pisatañaviteem Clan*[182]

```
                                    Pastor pisatañaviteem
                                       + mohkatniyum (Serr.)

1. Losianno pisatañaviteem──────       Ventura pisatañaviteem────────     Juan Ventura
      + palaknaviteem                     + kweñakiktum                      + mohkatniyum (Serr.)

   Gorgonio pisatañaviteem[183]          Rosa pisatañaviteem[184]
      + kawisiktum                          + John Morongo (Serr.)

   nüntanunta (?) pisatañaviteem         hömöva pisatañaviteem────────     Louis Ventura
      + teivanaakiktum                       + mamaitum (Serr.)                + kawisiktum

   Chino pisatañaviteem                  Petra pisatañaviteem
      + atciteem                            + märiña (Serr.)

                                         Jose Antonio pisatañaviteem
                                            + wanikiktum
```

───────────────

[182] All the males in this group are dead.

[183] According to the informant, the San Gorgonio pass was named after this man.  It is more probable
      that both were named after the same saint.

[184] The informant.

ACC0004659

the territory of the pisatañavitcem clan was called malki, a term for the Banning district, commonly used by all the Cahuilla. This territory was located around the Banning Water canyon, from Hathaway canyon, na'iŭ, on the west to Millard canyon, tŭmawic hema, on the east. The village pīhatapa was located in the first-named canyon. Here her father, Losianno, the nuut, lived in the kicamnawut. When she was a girl there were a good many people here, probably between thirty and forty, all related and belonging to this clan. At present several of her sisters are alive, but none of the men of the clan survive. The clan genealogy (genealogy 7) shows the exact nature of the relationship.

In general it seems that in their organization the clans of the Pass people closely resemble those of the Desert Cahuilla. Primarily they were male lineages, likewise united by possession of a clan fetish, and living each clan by itself. They did not have the necessity for grouping around water holes which existed in the desert. Probably some outsiders have been amalgamated into these clans, especially the Palm Springs group, making really a local band with a strong clan nucleus. The importance of the ceremonial house, the sacred bundle, and the clan head resembles the desert organization. To this the Pass Cahuilla add such features as the exchange of shell money between the clans, as well as other features to be discussed presently.

### CLAN LEADERSHIP

#### The Net

Among the Pass Cahuilla clans the net, as he is called at Palm Springs, or nuut as he is called by the Pass Cahuilla groups to the west, is the ceremonial head and clan leader. As among the Desert Cahuilla the first of these duties is the most clearly defined. Primarily he had in his possession the sacred bundle or maïswut of the clan, and in aboriginal times[185] he lived in the dance house where in a separate compartment was kept the maïswut. This bundle, more fully described in the paragraph on the image-burning ceremony, is the symbolic center of the clan and, as on the desert, is called "the heart of the big house"; that is, of the kicamnawut or dance house. The "big house" is likewise regarded as a sacred place, all-important in the life of the clan.

---

[185] Alejo Potencio, the kauisiktum clan net, lives in the dance house at the present time.

ACC0004660

The net presided at all ceremonies, he and his immediate family handled the maiswut, and he knew all the songs and legendary history of his clan. The food gathered for ceremonial "fiestas" was in his charge, and he announced the time when all ceremonies were to take place. Likewise he knew all the minute landmarks of the clan's territory and food-gathering areas.

At all times he controlled the people of his group in a general way, telling them when it was time to gather the various crops of mesquite beans, mescal, and other cactus. He and his family went on these trips and gathered their own supply of the food, but it was customary in the old days for the "big house," or net, to eat the first products of such expeditions. Camping places for the group were usually selected by him. Every day when food crops were being gathered each family was supposed to bring a small amount of food to the "big house" where it was stored. This food was not eaten by the net or his family, but was stored up for later use in "fiestas" or ceremonies given by the clan.

Palm Springs and Mountain Cahuilla informants both said that when a man or woman was worsted in a quarrel the loser took a gift of food to the "big house" and told his troubles to the net. The net would send the paha to bring the other party, and to call all adult clan members to the kicamnawut. A man thus summoned always came, for the "big house" on account of the maiswut was very powerful, and if he did not obey he would take sick and die. A quarrel between people in the clan must be settled at once for talking against people might kill them. When all the people were assembled, the net heard both sides of the argument. He then settled the matter as best he could and gave advice to the parties concerned. This judgment must be obeyed for if it were not the net could kill the disobedient persons by talking to the maiswut about them in a special esoteric language always used for this purpose. This account was given me by Alejo Potencio of Palm Springs, and Jolian Norte a Mountain Cahuilla from Los Coyotes canyon. It seems to indicate that the net of these Mountain and Pass Cahuilla groups was more influential than the clan heads on the desert. Probably this was due to the somewhat more strongly developed maiswut complex among the Pass and Mountain groups. This is shown in the description of the image-burning ceremony in which the maiswut plays such an important rôle.

Among the Pass groups, as elsewhere, the net was an hereditary official, the office theoretically passing from father to oldest son in the same direct line. Actually, the office seems to have passed from the father to his most capable and popular son, with the consent of the clan. Failing a capable son in the direct line the office was taken over by a collateral branch. The ceremonial exchange of shell money brings in a new factor in regard to the duties of the net. He not only kept this medium of exchange, but divided it among the invited clans at the image-burning ceremony and received other pieces at theirs. This has been previously described. The mark for measuring the standard of shell money value that was tattooed on the net's arm is an interesting point. Alejo Potencio, the kauisiktum net, as before stated, had such a mark called tcie'hiinut. This mark he claimed, was originally a distinctive characteristic of every net. Mrs. Rosa Morongo was able to give me no data in this regard, and I did not encounter references to it among the Mountain Cahuilla, but here as in the Pass all the old nets are dead. Since Mrs. Morongo has become kika of the Serrano band only in comparatively recent years and the old nets of the other Pass clans are all dead, corroborative evidence is hard to obtain. As Alejo actually measured out the shell money given to the three invited groups at the ceremony I witnessed, in exactly the manner he later described,[186] and since all other data received from him were well corroborated by other informants, I am inclined to give his statement in the above case full value.[187] Other aspects of the net's duties are more clearly brought out in the description of Pass ceremonials which is given later.

### The Paha

Theoretically, among the Pass Cahuilla clans the paha was an hereditary official, the office passing from father to eldest son. Actually, it appears to have been less so than that of the net, for the office required a special type of man more than one of very special lineage. Probably all the groups from Indian Wells to the north and west had this official with the same title. The paha's duties were in the main ceremonial and he assisted the net at all times. Keeping order and silence at all solemn ceremonies was his particular duty.

[186] Present paper, p. 130.

[187] In this regard the old Luiseño chief whose left wrist was similarly tattooed, mentioned by Du Bois, affords corroboration to Alejo's statement. Present series, 8:92, 1908. Kroeber mentions the same method of measuring among the Luiseño; see Du Bois, *op. cit.*, 186.

ACC0004661

Case 5:13-cv-00883-JGB-SP   Document 85-9   Filed 10/21/14   Page 13 of 51   Page ID #:2019

He saw that each family supplied its quota of food to the "big house" for use in ceremonials, he made all announcements in the village, and he carried the strings of shell money in the elaborate system of exchange that has previously been described. Informants questioned, said that the office of paha had "been from the beginning." As shown in the Palm Springs creation story (p. 134) isil, the coyote, was the first paha helping the creators in making bodies, tending the elder creator, múkat, when he was sick, getting the first maiswut, and making the first images. Since that time there has always been a paha. Since a wider survey shows that the title, paha, nearly always indicated the official presiding at the toloache rites, it seems probable that the title was taken over by the Palm Springs Cahuilla from their western neighbors. The same thing probably occurred among the Serrano, but the name of the general assistant among these people has so far always been recorded as paha.

### The Takwa

At Palm Springs in the kauisiktum clan, and probably at Indian Wells in the atcitcem clan, a new official appears, called the takwa. The duties of this man are primarily the taking care of food used for clan ceremonials, its preparation, and its division to guests. Likewise he divides all the food, such as mesquite-bean flour, given as presents to the invited clans at the image-burning ceremony. All his family help him in these duties, especially in preparing the food. The desert clans have no such official, but the use of the term takwac nikul meaning "he or she is dividing food," commonly employed on the desert, has been mentioned. Palm Springs informants stated that on the death of the takwa he was succeeded by his son or his nephew. They also added that the takwa had "been from the beginning." Very likely the takwa was the older official whose duties have been in part taken over by the paha, the latter title being nearly always associated with the toloache cult.

### Other Officials

The above seem to have been the only clearly recognized officers of the Pass Cahuilla clans, but as on the desert there were páalem, the shamans, and hauinik, the singers. The description of their duties given for the Desert Cahuilla (p. 65) applies equally well here. The duties of all these clan officers, if such they may be called, are given more fully in the description of the image-burning and other ceremonies described later.

### The Moiety Among the Pass Cahuilla

According to the Palm Springs informants the origin of the moiety dates "from the beginning." This is given in the Palm Springs creation story, but the following myth fragment bears directly on the legendary source of the moiety.

After the creation all people, including birds, animals, and trees who were then human, were talking. The lady moon used to take them far away and tell them how to sing and dance when they came back to the dance house. She named one to be net, and made a round house with a fence around it (kic yañic) for him to stay in. Then she made the other party go back and come singing and dancing to the house. She told the net to sing his song also. Those who were coming answered with the same song. She told them always to do this. Then she divided all the people and said these are istam and those are túktum, and they must sing their own songs. For in the very beginning temaiyauit was istam and múkat was túktum and all the things each created belonged to its creator's side.

There is some doubt as to whether the names of children were determined by their clan and moiety affiliation, but Alejo Potencio said that in his grandfather's time this was the case. As even his father was given a Mexican name, it is obvious that detailed data on aboriginal naming are not obtainable today. The following classification of birds and animals into the two divisions was positively asserted. Túknt, the wild cat; túkwit, the mountain lion; kauisik, the fox; wilyul, the kit fox; húnal, the badger; sikawit, the flying squirrel; alwut, the crow; and tamit, the sun, were all túktum. Isil, the coyote; iswit, the wolf; aswit, the golden eagle; yuñaviwit, the condor; pamûis, the bald eagle; and yuñavic, the vulture, were all istam. Names which included these creatures, Alejo said, were only given to people belonging to the moiety to which the creature was assigned. Likewise each clan had songs including the names of objects or living creatures classed in their moiety, and, as was the case on the desert, these moiety songs were sung by visiting clans when they came to a "fiesta." Such songs were also sung by the clans themselves, thus by hearing certain of the songs of a clan its moiety could be determined.

According to Palm Springs informants the song of the creation, common in a somewhat variable form to all Cahuilla-speaking groups, is divided up between the clans of the two moieties. That is, clans of both moieties can sing from the beginning to the burning of múkat's body, but the part where isil, the coyote, takes the heart of múkat

can only be sung by istam clans. This is a long song-series lasting all night, about the actions of ísil; how he ran, looked back, lay down, ate the heart, became sick, and so on. The remainder of the song, anent the making of images, is the property of both moieties. Thus the songs of the istam clans are longer than those of the túktum clans.

In the girls' adolescence ceremony the girls' faces are "sprinkled" with spots of white clay. There is a túktum song saying that their face designs should be spotted. This, according to Palm Springs informants, was done to girls of both moieties. Among the Cupeño, it is interesting to anticipate, girls of the wildcat moiety had a spotted face design, those of the coyote moiety a striped design. It is probable that the Pass Cahuilla once had the same custom, but if so it is not remembered today.

As among nearly all the other Shoshonean groups where it is known, the moiety division served primarily in regulating marriage. According to the Palm Springs informants, in the old days, as was the case on the desert, people of the same moiety were never supposed to marry, and very rarely did. In this regard exact data on old marriages is a prime requisite but due to the great aversion of the informants to giving information in which individual names are used, not nearly so many cases of the sort as were desired could be obtained.[188]

Enough cases were obtained, however, to give an indication of actual marriage regulation in the kauisiktum clan at Palm Springs. Of twenty-three actual cases, seventeen were in accord and four were not in accord with moiety exogamy. Two cases were with groups lacking or of unknown moiety affiliations. Of these twenty-three cases, thirteen were old marriages occurring at least forty years ago, of which twelve were according to the rule of moiety exogamy and only one was not. The other ten cases had occurred since that time, of these five were according to moiety exogamy, three were not, and two were the outside cases already cited. These results corroborate the statements of informants that in early times moiety exogamy was quite rigorously enforced among the Palm Springs Cahuilla.

[188] The Palm Springs group, especially, and the Pass peoples in general, have been so stirred up by political and private attempts to secure their reservation lands in the last few decades, that they are decidedly averse to giving any information of a personal or territorial nature even in regard to very old conditions. They fear that such data will be used to oust them from their present holdings or to assign them to other reservations. When one considers the history of certain south California Indian groups under Caucasian control he is inclined to sympathize with their suspicions. Nevertheless the problem of the ethnologist is thereby made much more difficult.

In regard to the Cahuilla clans of the San Gorgonio pass proper, the case was evidently very different. Informants from the groups were unanimous in stating that istam and túktum were very old names of the groups but were not important as regards marriage. The moiety affiliation was, to quote one informant, like "being a Republican or a Democrat," merely a collective party name but not a division to regulate marriage. In this regard we have the most striking difference between the Palm Springs Cahuilla, who in their strict observance of the moiety bond resemble the Desert Cahuilla, and the Pass Cahuilla who clearly remember the moiety alignment of each clan, but do not practice moiety exogamy.

The few actual cases obtainable among the shattered Pass clans bear out this testimony. From Mrs. Rosa Morongo were obtained twelve cases of marriage in the pisataŋáviteem Cahuilla clan, formerly located near Banning. As nearly all the parties included in this list are now dead it is obvious that the situation was not entirely due to recent conditions. Of these twelve, only one case was in accord with moiety exogamy. Seven marriages were with other Cahuilla clans, and of these, six cases were not in accord with moiety exogamy. Five marriages were with members of Serrano clans, likewise having moiety affiliations, and of these, three cases were not in accord with moiety exogamy. The number of cases cited is too small to clinch the matter, but the great preponderance of marriages where non-observance of moiety exogamy was the rule, strongly indicates that this was the prevailing condition among Pass clans. Various reasons for this state of affairs will be discussed later in the section referring to marriage among these groups, but at this time it is most important to note that between the Cahuilla clans near Palm Springs, and those to the northwest in the Pass, a decided difference in the importance of the moiety existed.

In talking to Palm Springs and Pass Cahuilla informants, a few bits of information in regard to the moiety among other linguistic groups were obtained. These are naturally of doubtful value but as there is so little information in this regard extant or obtainable, about the people in question, I give them for what they are worth. Alejo Potencio said that he was told by Gabrielino people that they had istam and túktum too, but when Alejo gave me the list of groups west of the Pass he was unable to give the moiety affiliation of the few Gabrielino groups mentioned, for he claimed he had never heard their songs and therefore could not tell to which moiety they belonged.

ACC0004663

The Gabrielino he called kisiános, for they were the first Christians in the region; their language he called arérasa. The Luiseño, whom he called ka-iwinitum, he said had forgotten istam and tūktum save for a few old men that he remembered in his youth. Likewise they had forgotten part of their earliest songs, hence múkat was called wiyot, and there was no mention of tenaíyanit. This may be pure rationalization, on the basis that what the Cahuilla had their neighbors should have had; or again it may indicate the last fading memories of dichotomous institutions among the people to the west.

## MARRIAGE

The regulation of marriage by the moiety bond of each clan has been described in the foregoing section. In brief, it would appear that the Pass Cahuilla clans from Palm Springs south and east followed moiety exogamy, while all those clans to the north and west had moiety affiliations but do not appear to have been strictly exogamous in that regard within the memory of present-day informants. In both subdivisions of the Pass Cahuilla, as we have already noted among the Desert Cahuilla clans, people tended to marry into the groups with which they were in contact as would naturally be expected. No data were obtained in regard to any delimitation of areas or clan groups with whom marriages were permitted, and I strongly doubt that this was ever the case. Originally the moiety controlled marriage, probably among the Pass clans as well as those to the east, but it is a notable phenomena that in the Pass proper all the Cahuilla clans belonged to the coyote moiety, the nearest wildcat clan of their own linguistic group being at Palm Springs. Mrs. Rosa Morongo stated that in her girlhood people of coyote Cahuilla clans were supposed to marry with people of wildcat clans, but that actually it made little difference. Considering the fact that all of these Pass clans were of the coyote moiety, it is easy to see how the moiety control may have broken down simply because there were no wildcat clans conveniently close. Under the old and purely aboriginal conditions, the rule might have held but with the fast changing conditions of the last sixty years it had evidently crumbled. It is also possible that the rule of moiety exogamy had disappeared even prior to the coming of the whites, as it appears to have done among the Luiseño.

How this condition of grouped clans of one moiety only arose in the San Gorgonio pass is, of course, not altogether clear. It seems

possible that the various coyote clans of the Cahuilla in the Pass were branches of one or more original coyote clans, sending out collateral lineages that in time became distinct clans. This would be purely hypothetical except for the occurrence of an almost identical state of affairs among the five distinct subdivisions of one original clan among the Mountain Cahuilla in the Los Coyotes canyon. Here the fact of actual relationship between two of the lineages, and the strong probability of a relationship between all of them, is established, yet each subdivision had a separate name. There was, however, one central clan leader, dance house, and sacred bundle. When these lineages left the canyon and scattered, each became a unit by itself. This exodus occurred about fifty years ago due to a severe smallpox epidemic, and the clans were so decimated that they did not continue their ceremonial life, hence it is not possible to state that each division would actually have become a separate ceremonial clan. These data are given more fully in the section on the Mountain Cahuilla, but are mentioned here because the analogy between the Los Coyotes canyon case and that of the San Gorgonio pass is striking.

Had the break between the divisions in the Los Coyotes canyon case been of a longer duration, and had the ceremonial life of the dispersed lineages of this clan continued after their moving apart, we would have had an identical situation to that observed in the Pass. There are even indications that intermarriage between these related lineages of the Los Coyotes clan occurred after they had moved to village sites somewhat farther apart. Likewise the rule of moiety exogamy was not at all strictly observed by these Cahuilla groups between themselves, or with the Cupeño to the southwest. It is obvious that if this were the method by which new clans arose, the prospering and branching out of an isolated clan would in time tend to surround it with branch clans of the same moiety. Any change causing a break from old traditions would tend to encourage their intermarriage, for propinquity and constant contact would have already paved the way. On the other hand, where clans of two moieties exist in approximately equal numbers, the branch clans would according to chance tend to be about equal in numbers. This is hypothetical and somewhat out of place at this point in the discussion, but is mentioned here because it seems the probable explanation of the Pass Cahuilla condition just cited.

As to the San Gorgonio pass groups intermarrying, the actual cases previously mentioned give some exact information. Out of the

ACC0004664

thirteen old marriages in the kauisiktum clan at Palm Springs, nine cases of marriage occurred between this clan and clans of the Pass Cahuilla, five of these being with the atciteem clan. Between the kauisiktum people and the Desert Cahuilla clans, occurred four cases of marriage. Of the ten cases of more recent marriages in this Palm Springs clan, seven are with Desert Cahuilla clans, two with Mountain Cahuilla, and one with a Chemehuevi woman. The indications to be derived from these scanty data are that in early days, while the Pass clans were more intact, Palm Springs people married mainly with these groups, and of these, marriages with the atciteem clan at Indian Wells were most common. Later, as would be expected, the Pass clans being so decimated, they married mostly with the more populous Desert Cahuilla clans. It is probably significant that the few cases of distant marriages came in the later period, modern conditions having tended to eliminate distance. In the case of the pisatañavitcem clan near Banning all twelve cases were relatively old; these show seven marriages with other Pass Cahuilla clans, and five marriages with Serrano clans near Mission creek. There seem to have been no clans with which marriage was most common. It is of course apparent that placing too much reliance on such a small series of actual cases is unjustified, yet such is the paucity of data extant or obtainable that we are justified in making the most of the material at hand.

The actual ceremony of marriage in the Palm Springs clan was quite simple, possessing, however, a few peculiarities differentiating it from the Desert Cahuilla method. The marriages were arranged by the parents of the boy who selected a desirable wife for him. When a girl was decided upon they took presents of food and baskets to the girl's parents stating their desire for the union. If the girl's parents were willing they asked the girl, whose willingness was essential. All parties consenting, the boy's mother brought the girl to the kicamnawut of the boy's clan, where a small feast was prepared. The father of the boy had told the net, and the paha called all the clan members to the dance house. The girl's immediate relatives and sometimes her whole clan were invited. After the feast, an old man of the boy's clan talked to the young couple, telling the boy how he must hunt game for the girl and provide for her and her family. He told the girl how to care for her husband, how to prepare food so that there should be plenty, and he warned them that they must not quarrel or their children would not be well

brought up. All the assembled people heard this, and the couple were considered man and wife. The couple then went to the house of the boy's father where they lived, the boy hunting, and the girl helping her mother-in-law. If they did not get along well together the girl returned to her parents, who were not expected to return the presents previously received. My Palm Springs informants remembered no cases of plural marriage.

Marriage arrangements were much the same among the western Pass Cahuilla clans, though there seems to have been no ceremony at the time of the marriage within the memory of the last generation. Polygamy was rare, and postmarital residence was patrilocal. A widow often married the elder brother of her deceased husband.

HUNTING RULES

A young unmarried man always took such game as he killed to the kicamnawut; when a man was married and had a child he then took it to his own house. If he was living with his father-in-law he gave the game to him. An unmarried man could never eat anything he himself had killed, for it would make him very sick.[189] The first deer a young man killed was taken by his father and mother to the "big house" with other food as well. The people of the clan assembled, and a pavúl (bear shaman) sang a song telling the deer to go to telmekie, the abode of the dead. Then the deer was skinned, a man holding up the raw hide shouted "he! he! he!" three times, and blew to the north. The meat was then cooked in the "big house," and all the clan ate it except the boy and his parents. As was previously mentioned (p. 100) there was a hill called pūlūkla, near San Jacinto peak, to which hunters sang in the dance house asking that a deer be sent to them. They would then go to the spot and if their prayer was granted they would secure a deer. Such hunters were called pavúl, and had the power of changing themselves into bears or mountain lions. Palm Springs informants stated that each group had these two kinds of shamans, the pūl or curing doctor, and the pavúl or "bear" shaman possessing the power of becoming an animal.

When a man or woman met a California grizzly bear in the mountains he called the latter piwil (great-grandfather) and talked soothingly to him thus, "Beware! Hide yourself far back in the moun-

---

189 The Luiseño had similar rules and taboos concerning game, especially the rule against a hunter partaking of meat he had killed. See Du Bois, *op. cit.*, 184.

Case 5:13-cv-00883-JGB-SP   Document 85-9   Filed 10/21/14   Page 17 of 51   Page ID #:2023

tains. Your enemies are coming. I am only looking for my food, you are human and understand me, take my word and go away.'' The bear would stop, hold up his paws like arms, then dropping to all fours he would scratch dirt to one side. This meant peace, and he would go away. ''One must never talk about the bear in the night time, for at night the bear travels, and by day he usually sleeps. If you talk about him at night, earth or rocks or mountains tell him what you say. He listens until he hears where you are going to hunt and goes there, so you will surely be killed.''[159a]

Alejo Potencio said that the last grizzly he remembered was killed by white men back of Palm Springs about thirty years ago. Prior to that he saw them several times in the San Jacinto mountains. In regard to túkwit, the mountain lion, no especial ceremonies were necessary as he never hurt anyone. Palm Springs and Mountain Cahuilla informants both assured me that the Cahuilla and the Chemehuevi could talk to bears in their own language, citing the following instances. Many years ago at a bear and bull fight in Los Angeles, the bear refused to fight and was twice knocked down by the bull. A Cahuilla Indian above the bear on the stockade talked to the bear, saying, ''You must fight and defend yourself, they are going to kill you.'' The bear listened, charged the bull, breaking the latter's neck, and then died of his wounds.

A recent case occurred at Banning when a group of Cahuilla and Chemehuevi Indians laughed at a small bear in a cage. The bear was angry and scratched dirt at them. An old Cahuilla man told the bear to escape to the mountains and the bear listened. That night trying to escape he hung himself with his chain and died. These instances are mainly of interest in showing the close relationship felt between even the modern Indians and certain animals, bears in particular. The widespread feeling of kinship with the animals, common throughout native California, is marked among the Cahuilla.

### Boys' and Girls' Adolescence Ceremonies
#### Manet

Jimsonweed drinking by young boys was not employed ceremonially by the Palm Springs Cahuilla, but Cahuilla clans farther west in the Pass many years ago made use of the ceremony, for Mrs. Morongo states that their songs definitely refer to the custom. At

[159a] Concerning the widespread nature of the bear cult it is significant that an old Naskapi hunter, in 1928, made an almost identical statement to me while I was living with that tribe in northeastern Labrador.

Palm Springs the jimsonweed, called kiksawel, was occasionally chewed by adult individuals as a narcotic. Informants stated that in the mountains, shamans obtained dreams by so doing, but on the desert this was never done. A future study of shamanism in the desert may qualify this statement. According to Alejo Potencio, the mánet ceremony came from Santa Catalina island by way of the San Gabriel people, but never reached Palm Springs.

#### Teaching Boys to Sing

In the winter all the boys of the kauisiktum clan of an age somewhere between six and twelve years were assembled in the dance house to be taught their clan and enemy songs. The paha, who carried a ceremonial quiver, had charge of all the boys and did not allow them to leave the dance house. This ceremony, called wek'lúil, has marked similarities to the mánet ceremony to the west, likewise this ceremonial quiver, called hókil, appears as a possible derivative of the more elaborate western ground painting which was not used among the Palm Springs Cahuilla. The quiver was made of mountain sheep, deer, or wildcat hide painted in symbolic designs with red and black, and was regarded as specially significant to the boys undergoing instruction. An elder male relative of each boy taught him his clan and enemy songs. The older man sang the songs and the boy followed him, accompanying himself with a rattle. The rattle, called maúilepúe, was made of an incised gourd filled with palm seeds. There was a wooden handle attached and the whole was carefully painted.

For five or six days this ceremony continued, the elder men taking the boys off separately into the brush in the daytime so that they would not interrupt each other. When singing the boys would kneel and shake their rattles, constantly repeating their songs. At night they returned to the dance house where each boy sang three or four songs in turn. All this time the boys fasted, being allowed only water to drink. In their hair each wore two eagle feathers projecting forwards, and around their waists were belts of twisted grass tightened to serve for ''hunger belts'' as well as breechclouts.

#### Girls' Adolescence Ceremony

At the same time that the boys were learning their songs, all the girls in the clan, of about fourteen years of age, who had just had their first menses, were initiated into womanhood. This ceremony was

ACC0004666

called hemeūlūniwe. A pit was dug in the center of the dance house and a fire built in it. When this was thoroughly heated the fire was raked out, the hole lined with hañal (a tall desert grass), and the girl was laid on this, being covered with grass and hot sand. Here, save for brief intervals while the pit was being reheated, she remained for four or five days. In the daytime when the boys were out in the brush practicing their songs, a hauinik (singer) would teach the girls the clan songs while other people danced around the pit chanting. At other times relatives of the girls would teach them the songs they sang against enemy clans on the desert. Like the boys, the girls wore "hunger belts" of braided grass. They had a special wooden head scratcher and were given a decoction of bitter herbs to drink. Under no circumstances could they eat food with salt in it.

On the last morning of the ceremony when both boys and girls had learned all the songs, they were allowed to bathe. They were then painted with dots of red, black, and white over arms and face, in accord with an old tuktum (wildcat) moiety song. This finished the ceremony, for as far as could be ascertained there was no racing or rock painting for either sex.[190]

### NAMING OF CHILDREN

Following these boys' and girls' puberty ceremonies there was a ceremony called tēūlūni'l meaning "name them." At this time all the children of about six years of age were gathered together in the ceremonial house and given their names. An older male relative of the child selected the name, as a rule that of a dead ancestor, and holding the child up in his arms he announced the name to the assembled clan. The people all answered "oh! ho-ho!" and shouted the name. While informants were rather vague in their memories of this old ceremony they stated that the names of the individuals indicated their moiety, for all the animate world was divided into the two classes, hence an animal or plant name must belong to one or the other. Exact verification of this statement could not be obtained from Palm Springs informants, but the short list previously cited gives an idea of such a division. There seems likewise to have been comparatively little attention paid the secret or "enemy" names

[190] It is possible that these last details were once actively practiced for there are some faded, red, linear drawings on rocks in Andreas canyon, just southeast of Palm Springs, that are very similar to the angular and diamond-shaped designs painted on rocks near La Jolla and Rincon by Luiseño girls at the close of their puberty rites.

by the Palm Springs people but in this, as in the previous case, I am more inclined to think the long period since such practices were observed has resulted in the present indifference, rather than any actual non-observance of the custom under aboriginal conditions.

### EAGLE-KILLING CEREMONY

Very long ago the eagle-killing ceremony called aswit pimekniktem "eagle killing" was performed once a year when young eagles were obtained.[191] The last ceremony of this sort was performed before Alejo Potencio was old enough to remember, but he was told of it. It was very similar to the same ceremony already described which occurred among the Desert Cahuilla, but there are a few elaborations or new details which make it worth repeating. The kauisiktum clan had an eagle's nest located under a white rock on the top of a peak west of Tahquitz canyon. According to Alejo, "this eagle was created human, he was made to live near each tribe and be their eagle." Just before the young eagles could fly the paha was sent by the net, who actually owned the eagles, with a small party to secure them. They would climb up just under the nest and shoot arrows just over it until the young birds became frightened and fluttered out of the nest. They were then caught, their wings carefully tied down, and were carried to the net's house where they were placed in a cage. Prior to setting out on this expedition all members of the clan assembled at the dance house bringing food; they would then pray to the "Great Spirit,"[192] to the mountain, and to the eagle. Only after this had been done could they capture the young birds.

While the young birds were kept in captivity they were carefully fed with rabbits which the boys of the clan hunted for them. When

[191] In all cases obtained among the California Shoshoneans it was the golden eagle (Aquila chrysaetos) that was ceremonially killed. The southern bald eagle (Haliaeetus leucocephalus leucocephalus) common to the islands of the Santa Barbara group, and mentioned by Palm Springs informants, was not so important ceremonially. At best, birds of this species could only have been stragglers into the interior, but whether they had the same ceremonial importance here as among the Chumash, I do not know.

[192] The term "Great Spirit" is employed here because it was the one used by Alejo. Direct questioning evoked no response in this regard, so whether this is a reflection of Christianity, or of an early native cult like that of Chungichnish to the west, I cannot say. Mr. John Gaffey, of San Pedro, an old friend of Alejo Potencio, told me that the latter used the term amanah for God, or "great spirit," in connection with the Gabrielino herb, which he said would always cure people bitten by rattlesnakes, except those "whom amanah had called." The two creators, so far as I could find out, are not prayed to, and it is possible that there are other deities to whom prayers are offered.

ACC0004667

the birds were fully feathered the ceremony of the killing was prepared for. So far as Alejo had heard, this was a small affair to which only one other clan might come, in this case the paniktum clan from Andreas canyon. All night they danced with the eagles, singing the eagle songs, and in the morning the eagles died. All the people wept and wailed when this happened. The eagles were carefully skinned; the skin, called piwic, was carefully preserved wrapped up in the maiswut bundle of the clan. Feathers from the skin were used to decorate the images that were burned, but were never given away. Likewise according to Alejo the young eagles were always kept by the clan and were never presented to other nets as gifts.

According to Palm Springs informants the "whirling" or "eagle" dance was never performed at Palm Springs. Alejo Potencio said that this ceremony, along with mänet and the fire dance, were all left at kekliva, a mountain just north of Saboba,[153] where according to legend the kauisiktum clan left their original language as well. The following things they also left there: pôhit (two shoulder decorations of eagle feathers), pôhot (two sticks about two and a half feet long, held in each hand and beaten together), and tôminut (a long string of eagle, crow, and vermilion flycatcher feathers, similar to the "sacred feathers" of the Serrano). This is a striking symbolical representation of the obvious fact that the Palm Springs Cahuilla possessed less ritual and fewer ceremonies than their western neighbors. Whether it is a record of migration, however, is open to considerable doubt.

### CEREMONIES FOR THE DEAD

As has been already indicated the old life of the Pass peoples, and for that matter of nearly all the natives of southern California, is today centered around the ceremonies for the dead and the propitiation of their spirits. Among both the Palm Springs Cahuilla and the remnants of the true Pass Cahuilla, there has been a marked tendency in the last sixty years to gather all fragments of old ceremonies, many of which were once unconnected, into a one-week period of mourning and "fiesta." In this regard, however, it must not be forgotten that the evidence indicates this grouping of ceremonies to be rather a characteristic of all mountain Shoshoneans in southern California, from the Cupeño to the Serrano, and is not entirely modern. The aboriginal tendency has been greatly accelerated by

153 See clan migration legend, present paper, p. 100.

modern conditions, and today these week-long ceremonies, somewhat erroneously called "fiestas" by the white people, sum up for the Indians all that they remember and cherish of their former life.

There is therefore much of pathos in these attempts to reconstruct that which has gone before, and the wonder of it is that so much of the spirit and color survives at all. To the many white observers at such a ceremony it appears merely a "fiesta" for social purposes, of a somewhat forlorn and incomprehensible type. But to the older Indians it is a hopeless protest against the ruthless hand of time which has wiped out all that once made their lives. More and more these ceremonies assume the "fiesta" nature, for the younger Indians are taking over the ways of their white neighbors and with them the viewpoint of the modern American. To the ethnologist who has been largely under the necessity of reconstructing dead institutions from the words of saddened old Indians, the actual ceremonies such as the author was fortunate enough to witness at Palm Springs, have a very different meaning. Revivified before him he sees and hears many of the things he has talked about with the old men, and for six nights he may catch glimpses of the life that flourished before Cabrillo sailed up the coast of Alta California. In my description of this ceremony I have attempted to give, at least in small part, expression to this feeling. The following are the ceremonies for the dead among the Cahuilla of Palm Springs and the San Gorgonio pass.

#### Burning the Body

At Palm Springs this was called teutni'l, "burning the body," and occurred shortly after death. Relatives by marriage, and near-by clans, often came to this ceremony and brought presents for the net of the deceased. At this time the napanaa, shell money, was sent to the net of the deceased by all other nets hearing of the death. If the deceased were a woman, all her ollas, hidden in the canyons or along the ridges where mesquite trees grew, were sought out and broken. At the same time that the body was burned, the house and most of the possessions of the dead person were also burned. For many years, ever since informants actually remember, burial has supplanted cremation, but the destruction of property and even houses by fire, has taken place within quite recent times.[154]

154 E. H. Davis, Early Cremation Ceremonies of the Luiseño and Diegueño Indians of Southern California, Indian Notes and Monographs, 7:103, 1921, records a rite of this kind performed in 1917 by Desert Cahuilla.

### Covering the Tracks of the Dead

This ceremony called tcipini'l, "covering the tracks," might occur any time after the cremation of the body, usually within a month. The clan of the deceased, and the immediate family especially, brought food to the dance house. Near-by clans, and those who had previously sent presents, were invited to be present. In the afternoon women of the clan dragged bolts of calico around the dance house to "wipe out the tracks of the dead" and prevent the return of the spirit. All night the assembled people sang songs to propitiate the dead. At midnight or early in the morning, the relatives of the deceased threw away gifts of cloth, food, and basketry which were gathered up by the guests. These were called wiwitcahuūka, "anything thrown around." At this time any remaining personal possessions of the dead were burned. The visitors, who at this time brought no presents, gathered up their gifts and departed. Both of these ceremonies seem to have been common to all Pass Cahuilla clans.

### Burning the Images

This was called nūkil, "the burning," and among the Palm Springs Cahuilla occurred about a year after death. Usually it was held for all deaths occurring within a period of perhaps six months, and several images were burnt. At Palm Springs it usually took place in February, the exact time being set by the clan leader. At the time of tcipini'l, "covering the tracks," the net told the immediate family of the dead person to prepare for the large image-burning ceremony. Later the net, through the paha, asked all the clan members to bring tciputmul (large, wide-mouthed baskets) containing their contributions of food to the "big house," where it was stored in anticipation of the coming ceremony. About one month before the ceremony the paha invited all the outside clans to be present and named the exact day. All these things were done in order and the day of the ceremony was never broadcasted prior to the formal invitation to the other clans. This procedure was characteristic of most of the Pass Cahuilla clans, but according to Rosa Morongo each of the most westerly groups that were under Serrano influence formerly performed the ceremony once every two years as is the case at present for all. The Palm Springs clans, like those of the Desert clans previously described, formerly had the ceremony once a year. The time for this ceremony among the western

Pass clans occurred when the constellation of Orion, called pa' tem (mountain sheep) was directly overhead, at which time the māriña clan of the Serrano gave their ceremony, the other western Pass Cahuilla clans following in turn.

In the description of this ceremony, I have combined information obtained before and after, with actual observations made at Palm Springs during the week from February 2 to February 8, 1925, while the kauisiktum clan was performing this rite. During the actual ceremony I was given information by many of the participants, especially Francisco Potencio, Jolian Norte, and Gabriel Costo, the last two being Mountain Cahuillas attending the "fiesta." After the close of the ceremony I talked to Alejo Potencio, the kauisiktum clan leader who had conducted the rites, with Jolian Norte from Los Coyotes canyon as my interpreter. The Cahuilla story of the creation (p. 130) was obtained at this time while it was fresh in the mind of my informant, for nearly all the songs sung for the six nights are concerned with this theme. Hence it is a vital part of the ritual, and reference to it will give the background of much of the ceremony.

The actual rites are all performed in the kicamnawut,[195] a round house with a diameter of about forty feet; the walls are about five feet high, made of odd-sized boards tightly fitted together, and the roof is thatched with fronds of the native palm (*Washingtonia filifera*). At the back of the dance house is a small room where the maiswut is kept, and in front of the house is a board and palm-frond fence forming a considerable enclosure. Here in a small house are stored all the flour, coffee, sugar, and other foodstuffs gathered by the clan for several months previous to the occasion, and fed to the guests during the "fiesta." In this enclosure the cooking and eating takes place during the week, the ritual alone occurring within the "big house." Prior to the ceremony the net, in this case Alejo Potencio, "retreats" within the dance house and talks to no one. Much of this time he spends in the inner room conferring with the maiswut. Meanwhile the paha has organized a rabbit hunt and many jackrabbits and cottontails are brought in as food for both guests and clan members. There seems to be no ceremonial significance attached to this detail at the present time but it may have been more important formerly. The actual division of the food and its preparation are attended to by the takwa and his family, in this case Pedro

---

[195] Hooper, present series, 16:328-333, gives a description of the same ceremony at Palm Springs in 1918.

ACC0004669

Chino; while the paha, Marcus Belargo, acts as general superintendent. The net seems to take the rôle of priest rather than that of leader, and is not in evidence during the actual arrangements for the performance. It would be almost impossible for an outsider to speak to him for several days prior to the ceremony. This preliminary retirement of the ceremonial leader is a definite part of the ceremony.

Monday evening the people come to the dance house, the women and children sit around the walls with the younger men, while all the older men sit on benches around a fire in the front of the house. None of the invited clans are present at this time but a considerable number of visitors from the desert and other places are already there. Among the older men tobacco is passed around and they smoke quietly, very little is said, but occasionally the paha or some old man will groan and blow up in the air three times, the blowing being accompanied by all in the dance house. During this time the net is not in evidence, being in the room with the maiswut. From the very beginning women, relatives of the dead, cry softly and monotonously—the sound occasionally rising to a wail and then dying down. After about two hours of this, when it is almost dark the shaman of the local clan, Albert Potencio, holding in each hand a bunch of horned owl feathers called tciatem, rises next to the fire and begins to dance and sing. He dances around the fire shifting his weight from his left to his right foot, and motioning to the four directions with the tciatem. The song is to the "four little witch-doctors" of the north, temamka kikitum pūalem, the south, kitemka kikitum pūalem, the east, tamika kikitum pūalem, and the west, kauīka kiktum pūalem, desiring them to find out from mūkat whether the time is right for the ceremony. Likewise he asks the mountains, the sky, night, and day whether it is propitious. In the chorus of this song the kauisiktum clan members join in, with a rising and falling cadence "pa-pí, pa-pí" almost rising to a deep melody, but always just failing and dying down. Then the net, who is with the maiswut in the inner room hears from the little witch-doctors that all is well and the time propitious. When the net joins the group around the fire it is a sign that all is well with "the big house" and the ceremony may proceed.

At this time one of the relatives of the dead comes in with a bolt of cloth which she spreads over the net, to the accompaniment of much wailing from all the women. Then led by the net the people of the kauisiktum clan begin their songs about the death and crema-

tion of mūkat, chanting slowly and in perfect time. The first song is about the "iron wood"[196] from the mountains with which the body must be burned. At this point some one in the audience shouts and makes a great noise at which many people laugh.[197] At the close of each song all present go "hun-hun-ūh!" three times and then exhale "ah!" upward. This is to blow the spirits away from the dance house to the place where they are going.

The next song is about starting the fire, burning the legs, the arms, the intestines, and the head. This is chanted slowly and mournfully. Finally in the song the body is reduced to ashes all but the heart. Here they stop for a few minutes, then the song continues: coyote seizes the heart (several women, much excited, rise and dance in a bobbing weight-shifting manner exhaling their breath sharply in a whistle). Coyote runs to the end of the world and eats the heart, although many creatures chased him. There are many more songs about this, but only an istam clan may sing them. The unidentified joker shouts encouragement and makes loud remarks. All becomes quiet, and nothing but the low sobbing of some of the women can be heard. Then comes a song about the marsh hawk, wesunauwit, who flew away for some kangaroo rats, paiwit, to cure mūkat, but found his father in ashes when he returned. He rolled in these ashes, becoming gray, and flew away to the north. The chorus of this song goes "ho! ho! wesunauwit," repeated over and over.

Each of these songs takes many minutes to sing and there are long intervals between. As it is now very late many of the guests go to sleep in the dance house, where the children have been sleeping quietly in spite of the singing. The dance house is full of smoke, the few oil lanterns and the dim fire giving a fitful light, but around the embers the old men continue the chanting, aided by the women hauiniks who sit behind them. People occasionally pass in or out of the kieamnawnt, but they are very quiet.

The next song tells of palnitcawut who followed after the dead mūkat to telmekie, the abode of the dead. For the dead soul the trip

196 This rendering of the songs is very fragmentary, and only intended to give some idea of the amount and quality of each verse in the singing. For the complete creation story see pp. 130-145.

197 This apparent mocking of the ceremony occurred a good many times. Whether it was a part of the rites could not be determined. There is here a suggestion of the licensed Pueblo clowns who ridicule solemn ceremonial acts. Strangely enough there are stronger resemblances to this feature among the Pomo of north central California, see Loeb, present series, 19:339, 1926.

Case 5:13-cv-00883-JGB-SP   Document 85-9   Filed 10/21/14   Page 22 of 51   Page ID #:2028

was short "like an awakening" but for the shaman palmiteawut it was long, and he saw great lizards and tĕwelevul, "great devils." Finally he came to where mūkat waited; he desired to find out what the plants that had arisen where mūkat was burned were for. All this is in many songs, or verses, and each is sung several times. The next verse continues "Heat and warmth are from my body, for I am tĕwelevul (a great devil)," replies mūkat. The shaman palmiteawut answers "Your heart, your spirit, and your warmth, I cannot come near you, I am afraid, for you are tĕwelevul!" Then mūkat says "I begin to remember now, since I died and was burned I had forgotten. All else I told you before I died but not what these plants were for." The shaman answers "Yes, now you remember," and the chanting rises with gorgeous deep swing. As the verses continue, mūkat told palmiteawut that these strange plants were vegetables grown from the parts of his body. He promised to return in three days[193] to his people and palmiteawut went back. On the third night mūkat returned, but all nūkatem (the creation) were asleep, only one man, teepteikwut, was awake. He gave a loud shout and all nūkatem woke up. They told him he had lied to them, but suddenly mūkat answered with the thunder, and all were very much afraid. This makes up many verses.

Then, while one woman cries in perfect harmony with the chant, they sing "Tukut is crying, all the world is crying for mūkat." All the women weep and wail. One following another the verses are chanted, accompanied by much crying——"Mūūt (the horned owl), kanwmūt (the pygmy owl), are crying for mūkat. All nūkatem (the creation) is crying, all are weeping, the noise is great. Mūūt (the horned owl) and pūc (the road runner) are crying, all are crying for mūkat! All are sick at heart, all are crying, mak'il (the dove) and kwakwut (the duck) are crying for mūkat." Several women are dancing now, there is much laughter for they have left out one song. They give this song in quicker time, and launch out into the last verse with quick rhythm and perfect unison, "tūsekokalem (the robin), and kō' halem (the quail) are weeping, it is over, it is the end, all is finished."

It is now two o'clock in the morning and many of the group leave, or wrap up in blankets in the dance house. A nucleus of about fifteen or sixteen old people continue the singing. This last song series is, according to Francisco Potencio, in the Yuman language, and is

193 This has a strong biblical resemblance and may be a result of mission influence. It was not mentioned in the creation story told me by Alejo later.

much less animated than the foregoing series.[199] The almost undistinguishable words are chanted in a dreary rising and falling monotone. The songs are about a woman about to have twins which were named xōta and hani before they were born. At this point in the singing all the women wail loudly and steadily for at least five minutes, covering their heads with their shawls. Then the song continues: the boys have grown up alone, then from the Tehachapi pass came two girls who stayed all night with the boys. The next morning each boy accused the other of having had intercourse during the night and each denied it. To settle the argument they urinated, and as the younger boy could only urinate a short distance it was proved that he had had intercourse. The woman he had slept with became pregnant, and gave birth to twin boys named paca and akī. This last event occurred in San Fernando canyon. This song lasts for the rest of the night, being ended just at dawn when the singers disperse to their homes, only Alejo, the net, remaining in the dance house with the guests from other places.

The next night is much the same, more songs of the creation are sung by the local clan, from about eight o'clock in the evening until dawn. More visitors have arrived, especially people from the Torros and Martinez reservations in the desert.

Wednesday evening the local clan continues its singing, after three shamans from the desert have sung their songs and danced, each holding tciatem of horned owl feathers in their hands. These songs have choruses in which the entire group joins. The first songs sung by the kauisiktum people are about menyil, the moon, and are sung for the dead women. These songs supposedly go to the spirits of the dead women and tell each where to go, how to dress, fly, run, breathe, stand, stop, and what to see. They tell her to wear a headdress, to use the sun as her apron, and the sky as her necklace. This series lasts until about eleven o'clock. Then a series of songs about the sickness and death of mūkat are sung: these songs give advice to the spirit of the dead man. Each verse is ended with the thrice repeated "hun-hun-ūh' " and the blowing up to the sky. As usual the women of the kauisiktum clan weep and wail at intervals.

Thursday evening a group from the Torres reservation sing about half the night, the local clan singing the remainder of the time. This is the first night during which no shamans dance or sing.

199 A Mohave song series, employing the same names and similar incidents, is given by Kroeber, Handbook of the Indians of California, Bur. Am. Ethn., Bull. 78:764, 1925.

ACC0004671

Friday night is one of the most important, ceremonially, of the entire week. Before sundown all the people gather around the dance house, more have arrived from the desert, Saboba, and even a few Cupeño men from Pala, hence the place is nearly full. As soon as it is dark the paha makes everyone come inside and sit down; he makes everyone be very quiet. Then he puts out all the lights and extinguishes the fire. All sit quietly in the darkness. Then from the little room in the back of the dance house, Alejo, the net, brings the maiswut, holding it under his arm. He gives it to the paha who spreads it out in the center of the house. All the members of the kauisiktum clan kneel around this maiswut, and the men blow smoke over it from their cigarettes, asking it to bless the "big house," to be good to them and all the people. The net talks to the bundle in the maiswut language, a series of rising and falling monosyllables which no one but the net knows. The slightest indecorum at this time would be very dangerous and all but the net, who talks to the maiswut, are reverently silent.

At present this maiswut of the kauisiktum clan consists only of the roll of reed matting. Many years ago there were rolled up in this bundle eagle feathers and the pelvis of a California grizzly bear. This latter was very powerful, and was called yuuknut "frightening." It was perforated, and the paha would whistle on it at this time, a sound that would kill any irreverent or noisy person. The bundle and its contents were called "the heart of the house." Now only the bundle is left.

While it is still dark the net rolls up the bundle and takes it back into the inner room, where it remains until the next ceremony. The fire is rebuilt, the oil lanterns are lighted, and the kauisiktum clan continues its singing of the creation songs until just before sunrise.

Friday evening and Saturday morning the people of the wanikiktum Cahuilla clan and the two Serrano clans arrive. Saturday afternoon the images are completed. These represent the three people who had died within the last year and a half, one man, Francisco Chino, and two women, Marcellina Potencio and Mrs. John Joseph. The images were made of wood and grass, covered with modern clothing, representing the two women and the one man. In the old days the framework of these images was rolled maiswut, and they were dressed in skins, with eagle feather decorations. Old people of the three visiting clans make these images, and Saturday afternoon when they are completed the women dance with them accompanied by singing and wailing. They are then wrapped in canvas and put away.

Saturday night the three invited groups sing from darkness to dawn. The maliñakiktum and amnañavitcem[200] Serrano clans sing from dark until a little after midnight. Their songs are in the Serrano language sung slowly with considerable approach to melody. Usually both these groups sing together, but at intervals each sings its own particular songs. These are based on the Serrano creation story.[201] One song directed to the dead spirits is as follows: "You have left this world, you are going to another world which your creator made for you. Go without coming back, without looking back, to live forever and ever."

The wanikiktum Cahuilla clan members sing for the remainder of the night, singing songs in the Serrano language. Just before dawn they stop. All during this night there are "peon" games in progress around fires near the dance house. The people wander from game to game or listen to the singing inside. While the outside clans are singing, the old people of the kauisiktum clan group together, the women crying softly, a sound of mourning that forms an undertone to the whole ceremony within the dance house. Outside, however, the spirit of "fiesta" prevails and the "peon" games are surrounded by noisy partisans, while around other fires are gathered social groups visiting. With the gray dawn the games break up, and all the people assemble in the dance house enclosure to witness the final ceremonies.

As soon as the singing ceases, the paha and the takwa divide the flour, coffee, and sugar given to the invited guests. Each woman of the invited clans receives so many baskets full of the various gifts. With loud wailings the images are brought out and laid on a canvas in front of the dance house, and the net prays over them. These prayers are said to be in a language "from the beginning" which no one understands but the net.[202] Supposedly these were the songs used in the first mourning ceremony for mukat, and have been passed on from net to net. Then, while the women of the local clan throw away coins and calicoes, the net, the paha, and the takwa carry the images around the dance house. With them go women trailing cali-

---

[200] These are terms used by my Cahuilla informants in referring to the mariña and the aturaviatum Serrano clans. The Cahuilla term for the Serrano is ismailem.

[201] Gifford, present series, 14:182–185, gives an outline of this story.

[202] A careful linguistic study of these esoteric, or archaic, prayers and chants might well reveal the original dialect used, which would be first-hand evidence of the lines of ceremonial diffusion. Some of them are doubtless mere abracadabra, but I am convinced that some are actually foreign dialects. They could only be obtained by one who had secured the entire confidence of the ceremonial leaders, which can be done with tact.

eoes to wipe out all the tracks of the dead. This is done because the tracks around the "big house," which is the "center of everything," are most important, and by wiping them out the others which cannot be found are likewise cared for. The images are then taken to the cemetery and burned. The image of Francisco Chino is carried by Mrs. Susy Arenas, that of Marcellina Potencio by Mrs. Juan Costo, and that of Mrs. John Joseph by Mrs. Matilda Toro. These are relatives of the deceased. In the old days, according to Mrs. Rosa Morongo, a relative, usually a man, carried the image. He would run with it and the paha would shoot at him with a bow and arrow. This was called mamaneka in Cahuilla and wuuv in Serrano, meaning "dodging." The man was paid for this service, and on his success in dodging the arrows depended the fate of the spirit whose image he carried. Today relatives are not paid for carrying the images, but outsiders are. Likewise Mrs. Louis Kintano, who danced and sang all night with the kauisiktum clan, of which she is not a member, was paid for her services.

While the relatives carried the images to the place of burning, Alejo Potencio, the net, and Marcus Belargo, the paha, divide the inuketem, shell money. The net measures the string in the manner previously described, and gives it to the paha. The paha calls "witcñ," and shouts the name of the party that receives it. First he gave a string to Mrs. Rosa Morongo of the māriña clan, which has no paha at present, then to Miguel Savateo, who is both kika and paha of the aturaviatum clan, and then to Mrs. Juan Costo, acting nuut of the wanikiktum clan. Each of these took the money and departed. After all this is over, the dead who have been remembered for one year, must now be forgotten.

## Palm Springs Cahuilla Creation Myth

As told by Alejo Potencio, ceremonial chief, through Jolian Nortes, interpreter, immediately after the biennial mourning ceremony at Palm Springs, February, 1925.[203]

In the beginning there was nothing but darkness. At times it was lighter but with no moon or stars. One was called tūkmiatahat (female) the other

---

[203] This myth includes the greater number of songs sung at the mourning ceremony. Each sentence given here forms one verse, including much repetition, and the song takes three nights to sing completely. It varies slightly from group to group, and the versions of any two widely separated Cahuilla groups are different in detail though the general motifs are the same. It is a highly impressive and solemn chant, rising at times to rare beauty, but usually sung in a monotonous rising and falling cadence.

tūkmiatelka (male). Sounds, humming or thunder, were heard at times. Red, white, blue, and brown colors[204] came all twisting to one point in the darkness. These were acting all together—twisting.[205] These came together in one point to produce. This ball shook and whirled all together into one substance, which became two embryos wrapped in their placenta.[206] This was formed in space and darkness. These were born prematurely, everything stopped for they were stillborn.

Then again all the lights whirled together, joined, and produced. This time the embryos grew fully—the children inside talked to one another. They asked each other, "What are we? We are eskwatkwatwitcem, and estansmawitum,"[207] for at that time they did not know themselves. While they were in this sack they rolled back and forth;[208] they stretched their arms and knees[209] to make a hole[210] so they could get out.[211] Then they named themselves Mūkat and Temaïyauit.

First their heads came out; they called themselves teimuluka; both heads came out at once. Then came out their shoulders, ribs, waist, thighs, knees, and ankles.[212] Thus they came out of their house into the darkness, but they were unable to see one another in the dark space. As they sat in the dark Temaïyauit said, "I am older than you, for I first heard the darkness making sounds."[213] Then Mūkat answered, "No! I am the older for I heard it first." Thus they began to quarrel. Then Temaïyauit said, "What can we do to eat our smoke and blow—aaah! away the dark." Mūkat answered, "Why do you say you are older than I am? Take the pipe[214] from your heart,[215] out of your mouth." So Mūkat took from his heart the black pipe,[216] and Temaïyauit took from his heart the white pipe.[217]

Temaïyauit asked Mūkat, "What will we smoke in it?" Mūkat answered, "Why do you say you are older than I am? We can draw from our hearts tobacco.[218] Then we can eat and smoke it in our pipe." He drew black tobacco[219] from his heart, and Temaïyauit drew white tobacco[220] from his heart. Their pipes were solid, and Temaïyauit asked Mūkat, "How can we open up our pipes to eat and smoke tobacco?" Mūkat answered, "Why do you say you are older than I, if you do not know that with our whiskers we

---

[204] sel wil, sel h'eu: red; tēvic wil, tēvie he'u: white; tūkic heū, tūkic wil: blue; tesit heū, tesit wil: brown.

[205] tahūhuñ-súivee.

[206] teemsilayaa: our placenta.

[207] Archaic or esoteric. No meaning remembered.

[208] manamanaatcemayahi.

[209] wawalwawal-teemeyahi.

[210] hataniamkavnyuui.

[211] tūnaltūnal-teemeyahi.

[212] sūka, ami, hemhūlūlū, hemees, hemtomi, hemi.

[213] This was their mother's lullaby.

[214] taiuuinumuii, pipe.

[215] teemsuñ a, from our heart.

[216] uliltunikie.

[217] uliltevicnikie.

[218] piwut.

[219] piwut tūlnikie.

[220] piwut tēwicnikie.

ACC0004673

can bore a hole[221] through which to draw smoke?''[222]  Then the hole was too
big and the tobacco would not stay, but from their hearts they drew out white
and black materials[223] and made it smaller.  All was settled, but they had
no fire.

Then Temaïyauit asked Mûkat, ''How can we light our tobacco to eat and
smoke it?'' and Mûkat answered, ''You still say you are older than I am and
yet do not know how to light your pipe!  We can draw from our heart the sun
from which we can light our pipe.''  Then he began to draw the sun; from
his mouth it came, but it slipped through his hands to his feet.  Both tried to
catch it, but it was too fast and got away and disappeared.  It was lost in
the darkness.

Then Mûkat drew out from his heart the West Light,[224] and Temaïyauit
drew from his heart the East Light.[225]  With these Mûkat lit his pipe.  When
he smoked the smoke drifted up and formed clouds.  He blew it out in spread-
ing puffs, and said, ''This is to eat our hearts and kill our hearts!''

To find out who was the oldest he held up his pipe, saying, ''I am holding
it down.''  Temaïyauit said, ''Where are you?'' looking on the ground.
Temaïyauit tried to find it below, but Mûkat cheated him holding it up in the
air.  At last he reached it.  Mûkat said, ''You claim you are older but you
are not old enough to know this!''  Temaïyauit smoked until he had had
enough, then he said, ''I am holding it up,'' but he held it on the ground.
But Mûkat knew where it was, and right away reached and took it.  This
proved Mûkat was the oldest.

Then they smoked, and Temaïyauit asked Mûkat what they should do next.
Mûkat answered, ''We can draw from our heart the center pole of the world,''[226]
and from their hearts they drew both of it.  ''Lift it up, stand it up, your center
pole of the world, our center pole of the world.  Make it stand, your heart
of the world, our heart of the world,'' they said.  They put it into the air
but it would not stand.  They then drew from their hearts all kinds of snakes[227]
to hold the center pole of the world.  These they told to hold it but they
could not.  Then they put two huge rocks[228] together to hold it but still
it moved.

Then from their hearts they drew all kinds of web-spinning spiders,[229] and
these ran their webs from the top of the pole in all directions, and at last the
center pole of the world stood firm.

Both said, ''It is all still, our heart of the world, your heart of the world,''
and they began to climb up it, saying, ''We, Mûkat and Temaïyauit, are
climbing up!''  Still farther up they sing, ''Mûkat, Temaïyauit, going up, up,
farther up we are going!''  Halfway up the center pole they sing again, and

[221] penliwalwaane, bore a hole.
[222] penhusessene, to draw on a pipe.
[223] temalhu uhû, temal pikikî, tûlkûsivivamal (archaic), kanawal tûlawal:
black; têwie nikic, white.
[224] kauwikut.
[225] tamikut.
[226] whiyannhut, translated as the ''center pole of the world,'' or ''heart
of the world,'' and described as a tremendously enlarged shaman's wand,
with which they effect cures and perform magic.  It was ''like a Bishop's
mitre'' and symbolized the power of the creators.
[227] palnkûwit, temesuwut, all kinds of snakes.
[228] hauwaiyauwut and temanhawut.
[229] whalwhalwitem, kuitukwitem.

still singing they come nearly to the top, always calling themselves by name.
Then, still calling their names, they reach the top, and sing, ''We, Mûkat and
Temaïyauit, are sitting on the top, on the point of the center pole of the
world.''  From the top they looked down and saw clouds of smoke[230] rolling
up from the place whence they had come.

Temaïyauit asked where the smoke came from.  Mûkat answered, ''It is
settling[231] in the place where we were lying and comes from our afterbirth.[232]
It is black blood, red blood, fresh blood, smallpox, colds and sore throat, cramps
in the back, boils, mumps, hives and itches, inflamed and sore eyes, blindness,
acute body pains, palsy and twitching, consumption, venereal diseases, rheu-
matism, emaciations, swelling of the body,[233] and all other sicknesses.''  All
these were the clouds of smoke coming from the place where they came into
being.  Then Mûkat said, ''We will give power to man or woman, so that each
sickness can be cured by someone that has power.  These will be the doctors.''[234]

Mûkat was on the west side of the center pole of the world and Temaïyauit
on the east side.  Mûkat asked Temaïyauit, ''Which direction shall be the
oldest?''  Temaïyauit answered, ''We will name that direction where you are
now.''  Mûkat then said, ''I am older than you, so first of the directions is
the west,[235] then the north,[236] south,[237] and east.''[238]  Thus it is that when
people come into the ceremonial house they blew west, north, south, and east.

Temaïyauit said, ''How can we make the earth?''  Mûkat answered, ''You
see I am older than you, for we can draw the earth from our heart.''  And he
drew black earth[239] from his heart, and Temaïyauit drew white earth[240] from
his.  This earth they put on top of the center pole of the world but it rolled
off and was lost.  From their hearts they drew all black and all white spiders,[241]
who spread webs in all directions.  So for a second time they drew black and
white earth from their hearts and placed it on the top.  To spread this earth
they drew forth from their hearts all the kinds of ants[242] who spread out the
earth on all sides.  To make it faster they drew out two whirlwinds[243] that
rapidly completed the spreading out of the black and white earth.  Thus was
the whole earth made, but it moved and would not stay still.  The ants were
too light, they could not hold it steady.  From their hearts Mûkat and

[230] mûlikalipa, hauakalapa; smoke rolling in clouds.
[231] teemkonive, teemwenive: settling.
[232] teemsilayaa: our placenta; teemkalapi: our afterbirth.
[233] ewul tûlnikie: black blood; ewul sehnikie: red blood; ewul palnikie:
fresh blood; lûmûil: smallpox; k'ekü: cold and sore throat; teewiwinut: cramps
in the back; teûkûlûnit: boils; pahaleûñwinit: mumps or swollen sore throat;
kisawinit: hives or itch; miwinit: inflamed eyes; tawawinut: blindness;
mûwhinut: acute body pain; tawekkûskalet: palsy, twitching; teatawawinut:
consumption; ñûmûwinut: venereal disease; lumiwinut: rheumatism; whawhinut:
emaciation; paticwinut: swelling of the body.
[234] pûelem: doctors.
[235] kauikanvie.
[236] temankawie.
[237] kiteamkawic.
[238] tamikawie.
[239] temal tûlnikie: earth, black.
[240] temal têwicnikie: earth, white.
[241] kuitûwhitum: black spiders; whalwhalwitum: white spiders.
[242] ñûvieniwitum, anwitum.
[243] tenauakatem, kôtiaialem.

ACC0004674

Temaiyauit drew the ocean[244] and placed it all around the world, and likewise they drew out paña teweleyelum and papakniwitam, the two water demons, and placed them in the ocean. All water creatures they put into the ocean, and, last of all they drew the sacred seaweed mat,[245] the sacred dancing feathers of the doctors,[246] the "water apron"[247] and "water tail"[248] and placed these in the ocean. Thus by their combined weight the last quivers of the earth were stilled, and it was flat as a table.

From their hearts again they drew the sky[249] but it swayed and flapped in the wind. They blew their saliva[250] to the sky and thus made the stars[251] which held the sky in place. Then they put the two whirlwinds at the edge of the earth, and they held the bottom of the sky firmly in place.

The creators determined to make creatures[252] for the earth. Temaiyauit drew coyote[253] from his heart for he was the first assistant.[254] Mûkat drew the horned owl,[255] who could see in the darkness, from his heart. Mûkat had black mud and Temaiyauit white mud to make creatures from, and they each commenced to make the body of a man. Mûkat worked slowly and carefully, modeling a fine body such as men have now. Temaiyauit worked rapidly making a rude body with a belly on both sides, eyes on both sides, and hands like the paws of a dog. The creators worked in the darkness, and the horned owl sat watching them. When a body was finished the owl would say, "M-M-M! It is finished," and coyote would come and put it away, putting those created by Mûkat in one place, and those by Temaiyauit in another. The latter worked three times as fast as the former, and had a great number of crude bodies finished, compared to the few good bodies made by Mûkat. All this took a long, long time.

Finally Mûkat stopped and drew the moon[256] from his heart and it became faintly light so they could see their creatures. Mûkat looked at those made by Temaiyauit and said, "No wonder you have finished them so quickly, you are not doing good work!" Temaiyauit wished to know why, and Mûkat said, "They have two faces, eyes all around, bellies on both sides, feet pointing both ways and hands like a dog's paws!" Temaiyauit answered, "That is right, it is good, but your work is not good. One face and all parts on one side are not right for they cannot see behind. Mine can see coming and going. Open fingers will let food slip through, mine will hold anything." Mûkat replied, "Yes, but they can draw their hands together and hold anything. Your creatures cannot carry anything for they have no back or shoulders, they cannot hold an arrow to the bow or draw it back, for they are like a

[244] pal mûkat.

[245] paña maiswat, a mat that is wrapped around the fetish bundles, and from which images of the dead are made.

[246] paña telatum, feathers used by shamans.

[247] paña wiava, significance unknown. An archaic or esoteric term.

[248] paña hekwas, significance unknown. An archaic or esoteric term.

[249] tûkvac, also means "iron," because it is black before the sun comes up.

[250] hembaña.

[251] sûñiwitem.

[252] mûkatem.

[253] isil.

[254] paha, the ceremonial assistant of the clan chief.

[255] mûut.

[256] menyil.

dog." "But," said Temaiyauit, "there will be no shooting." "Yes, there will be, later on,"[257] said Mûkat.

"But there will be no death," said Temaiyauit. Mûkat answered, "Yes, there will be death." "Then," said Temaiyauit, "if they die, they shall come back." "If they come back they shall smell like dead things," answered Mûkat. Temaiyauit said, "Then they can wash with white clay,[258] and smoke their bodies with burning salt grass[259] and willow[260] and become clean and good smelling." "If they do this the world will be too small," answered Mûkat. Temaiyauit said, "We can then spread it wider." "Yes, but there will not be enough food for all of them," answered Mûkat. "They can eat earth," said Temaiyauit. "But they will then eat up all the earth," answered Mûkat. Temaiyauit replied, "No, for by our power it will be swelling again." This was the end of the dispute.

Temaiyauit was angry because he always lost in every dispute. He said, "I will go to the bottom of the earth, whence I came, and take all my creatures with me, the earth,[261] sky,[262] and all my other creations." Mûkat answered, "You can take yours, but all mine will stay." Then Temaiyauit blew, and his breath opened the earth. His creatures went down with him, all save the moon,[263] the palm,[264] coyote, the wood duck,[265] and a few others. He tried to take earth and sky with him; a fierce wind blew and the earth shook all over, while the sky bent and swayed. Mûkat put one knee on the ground, held one hand on all his creatures, and with the other held up the sky. He cried, "hi! hi! hi! hi!" which is the way all people do now when the earthquake comes. In the struggle all the mountains and canyons appeared on the earth's surface, stream beds were formed, and water came out and filled them. At last Temaiyauit disappeared below, all became quiet, and the earth stopped shaking, but its rough uneven surface remains until today.

Then all Mûkat's creatures became alive. While it was still dark the white people had stolen away to the north, during the time Mûkat held up the sky. The sun[266] suddenly appeared, and all Mûkat's creatures were so frightened they began to chatter like blackbirds each in a different language. Mûkat could not understand any of these, but hearing one man, kinthwasimut, speak the Cahuilla language[267] he pressed him to his side, and let the others run around. This man was the ancestor of the Cahuilla people, and now lives in the abode of the sun,[266] moon,[263] and evening star.[268] Thus only the Cahuilla, speak the original language. Among these creatures was one with red hair[269] and a white clean face; he was cranky and crying, always running about. Mûkat saw this, and he took a long[270] and a short stick.[271] The first he put between the creature's legs like a horse, the second he put in his hand like a whip. Then the creature ran back and forth, going farther and farther away, until at last he disappeared into the north where all his party had gone

[257] temal hemûwan: earth, coming to the top; temal paûkwan: earth, coming generations.

[258] ñiwut, tēvlwit.

[259] hañawit.

[260] sahawut.

[261] temal.

[262] tûkvac.

[263] menyil.

[264] maxwul.

[265] sassēmul.

[266] tamit.

[267] ivûtim.

[268] sûwut pûniwus.

[269] ñika, selnikis: head, red.

[270] kelawut, somatikle: stick, long.

[271] kelawut, voksekaipi: stick, short.

Case 5:13-cv-00883-JGB-SP   Document 85-9   Filed 10/21/14   Page 27 of 51   Page ID #:2033

before. Then Mūkat put all his creatures into the ceremonial house[272] for it was night. Far away to the north they saw a light, and all the creatures asked Mūkat, "What is that light in the north which we see now?" "Yes," he replied, "those are your older brothers and your younger brothers, your older sisters and your younger sisters. They went away at night. They did not hear me, they did not ask me. They are devils![273] They have four names."[274]

When the sun arose in the east the dog[275] was talking, but then he became dumb. He knows everything in his heart, but he cannot say one word. The sun came up very hot. Some of Mūkat's children were burned black, some were burned red (well done, well cooked), but in the north where the white people were, it was cold, and they remained raw and white.

The moon was the only woman among all Mūkat's creatures. Every morning she would go away from the ceremonial house to a clean sandy place, where with woven grass string[276] she showed all the creatures how to make cat's cradles. Then she would put one group of people on one side and say, "You are coyote people,"[277] and the others she would call wildcat people.[278] She told the coyote people to sing against the wildcat people as though they were singing enemy songs. Then the wildcat people would begin to dance; then they would do it the other way around. This was a game. She told them to build a little brush house and put one creature in the house to be chief.[279] Then she told another group to come from far away singing and dancing to the house. This was the way they should do later through all the generations to come. She also taught them to run, jump, wrestle, throw balls of mud at one another, and to flip pebbles at one another from their finger tips. Certain ones she picked out and said, "You are women. You must grind, and feed these others, who are men, that come dancing to the house."

At sunset they would return to the ceremonial house, dancing as they came. Among them was one called, tévicnikicteumelmüi, who always kicked the rattlesnake[280] when he came in. The latter could not play with the other creatures because he could not walk. Mūkat took pity on the rattlesnake and gave him a cactus thorn[281] in his mouth as a fang. When all the other creatures were gone, Mūkat took his ceremonial staff[282] and told the snake to bite it. This the rattlesnake did, but his fang broke off. Then Mūkat pulled out a black whisker and put it in as a fang, but it broke off. So he pulled out a gray whisker, and with this fang the rattlesnake bit through the ceremonial staff and blood came out of it. Mūkat told the snake to bite his enemy and then crawl away to the mountain and stay in his hole. All was ready. When all the creatures came back from their playground tévicnikicteumelmüi laughed and kicked the snake, which bit him. Tévicnikicteumelmüi died at once, and

the snake crawled away to his hole in the mountain, where he has always stayed since rattling and biting, as the enemy of all Mūkat's creatures.

Mūkat told the moon to have his creatures make bows of wood and arrows of reeds,[283] with no points on them, and to have them stand in two lines and shoot at each other with these arrows. Then Mūkat told them to sharpen the points of the arrows. He then told them to make rock arrow-straighteners[284] and to make arrows of arrow-weed[285] about two feet long, with stone arrowpoints.[286] These they were to shoot with short, strong, sycamore bows.[287] He told them to stand in two lines and shoot at one another, but they were afraid because it looked dangerous. Then takwic[288] said, "It is nothing. You cannot die from this," and he stuck an arrow through his body, pulling it out the other side. Then the hummingbird[289] put a quiver[290] on his back, and all shot at him, but they could not hit him for he was too small. He dodged each arrow, and said, "See, it is nothing!" The Arkansas kingbird[291] and then the butterfly[292] did the same, and each said, "See, it is nothing!" So did the crow[293] and the poor will,[294] and they both dodged. Then the vulture[295] tried it but he was too slow; they hit him, and he disappeared. Then the cony[296] wanted to fight them all, and he cried, "Hurry up! Hurry up!" All the creatures began to shoot each other, hunting through the tall grass. Mūkat laughed, and said, "Now they are beginning to kill one another." They shot until both sides were nearly all killed. Then the remainder saw their dead comrades and began to cry loudly. (At this point in the song all women must wail loudly.)

Mūkat looked at the dead people whose bodies were quivering and shaking.[297] Their spirits[298] arose, but their bodies were dead, and the spirits did not know where to go. They looked toward the west, and it seemed to be all clear for them. They went flying to the west. But when they got there there was no gate, they had to stop and come back crying to their bodies. Then toward the north they did the same thing, and to the south, but in vain. They flew to the sky but again in vain. Finally they went to the east where Temaiyauit was. He answered them, "Yes," he said, "you are something. You are great devils.[299] This is what I told Mūkat, that you would die and come back to life, but he always pushed away my word. Thus we created two kinds of

[272] kícamnawut: translated "big house."

[273] téwellevelem.

[274] mūwhinut, pahívawit, kwawinit: archaic; téwullevelem: devils.

[275] awel.

[276] witcut.

[277] istam: one moiety name.

[278] tūktum: the other Cahuilla moiety.

[279] net: clan ceremonial chief.

[280] sáwit.

[281] íwlul.

[282] whíyanahut: shaman's wand. Also "the center pole of the world."

[283] hañal.

[284] yéïnapic.

[285] páhal.

[286] tamanïut.

[287] isíltcukinup.

[288] The fire-ball demon, a great shaman, living on the top of San Jacinto peak.

[289] tútcil.

[290] marnakwut.

[291] ultchewic.

[292] malmul.

[293] alwut.

[294] pūlmic, also called the night jar. The Cahuilla say this is the way he got his twisting flight.

[295] yuñavic, the turkey vulture.

[296] ulut, also called the pika, or little chief hare.

[297] kulúkwit, wekhcúlwut, hentchaus: "quivering and shaking are their bodies."

[298] hemtcúhlave.

[299] cnetéwcelevelatátcem, emcamnaulútcem: "you are becoming great devils."

ACC0004676

clay[300] and two herbs[301] to brush the body and make it clean. Go back again to earth as great devils.'' Hearing this they all hung their heads, and crying and wailing they came back to where their bodies lay. Among the creatures left alive was muntakwut, who was a powerful shaman. He took pity on the dead spirits and with his ceremonial staff bored a hole in the earth, opening the gate of telmekic.[302] When they saw this gate was opened all went below ''sounding their heart,''[303] ''sounding their body,''[304] ''making great breathings,''[305] ''fading away with noise,''[306] ''disappearing forever.''[307] To this place go all the spirits of the dead. This is the way Mūkat tricked and joked with his people.

All the people who were left on earth were very sad, but their teacher, the moon, was still with them. The moon was a naked, white, and beautifully formed woman. She slept apart from all the other creatures. One night Mūkat, who had often watched her, leaned above her and touched her as he passed.[308] Next morning the moon was weak, sleepy, and sore; she felt very sad. She planned to go away somewhere, but before going she spoke to all Mūkat's creatures, saying, ''I am going away, but you must go to the place where you used to play.[309] Go there and play as before. In the evening you will see me in the west, then you must say ha! ha! ha! ha! and run to the water to bathe. Remember this always.'' Then she disappeared and no one saw or knew what became of her. In a short while they saw the new moon rise in the west, and always cried, ''ha! ha! ha! ha!'' as she had told them and run to bathe.

Some of his creatures now began to plan how they could stop their creator Mūkat from playing more evil tricks on them. They knew that he had told the rattlesnake to kill them, that he had told them to kill one another with arrows, and lastly, that he had mistreated the moon and caused her to leave. So while they were all in the place where the moon had taught them to play they planned to get rid of Mūkat. Then the flicker[310] cried, ''plūm,'' which meant, ''Don't talk so much but go and poison him.'' All agreed to this, so they planned to watch him at night time. They came into the house dancing, and told tataksil (a little lizard that hides in cracks in the wood) to watch the creator; for the lizard alone was not afraid to watch Mūkat at night. He hid in a crack in the center post[311] while all the others were dancing around it. All night he stayed there, watching.

At midnight, when all were asleep as Mūkat had commanded them, save the little lizard who kept watch. Mūkat got up, took his pipe,[312] lit it and smoked,

---

[300] ūliwut, tēviwut.

[301] haûnawit, sahawit.

[302] ''Neither heaven or hell, but the place where the dead go.''

[303] melkelewihemann.

[304] melkelewihemtuhau.

[305] tēwoñtalallaī.

[306] taìnlàilyn.

[307] n'nóēln.

[308] The informant used these words. They do not make clear what happened, for that was a great sin of the creator.

[309] kanisunwit, liwiknawut.

[310] tavic.

[311] paûnut.

[312] ūli.

---

blowing clouds of smoke over all his creatures to make them sleep soundly. Three times he blew smoke over them. Then he set his pipe down, and taking his ceremonial staff stood up. All the floor of the ceremonial house was covered with his creatures. First he stepped at their feet,[313] then between their legs,[314] then next to their arms,[315] then above their heads,[316] and so walked out. All this time the lizard was watching.

Mūkat went at once to the ocean, where two logs crossed above the water, and here defeated.[317] Lizard saw him do this, and heard the noise when this kwaimūitci[317] hit the water. Three times Mūkat did this, and each time it was followed by a sound like thunder in the ocean. Then Mūkat returned into the house, stepping in the same places that he had coming out, but he did not see the lizard who was watching. In the dawn all the creatures awoke, danced around the center post, and the lizard joined them. They all went out to their sandy playground, dancing. There the lizard told them all that he had seen that night.

So they planned to poison Mūkat through his own excrement, and they told the water skipper[318] to stay below the place where the creator sat at night when he came down to the ocean. He tried to do this, but the great waves washed him away. Then another small water creature[319] attempted it, but failed. Finally, the blue frog[320] tried it, and stayed in spite of the ocean's attempt to drive him away. Here he stayed until midnight, when the creator came out as he always did. His first kwaimūitci hit the water and splashed but there was no sound like thunder in the ocean, for the frog had taken it before it hit bottom. Then Mūkat was very frightened, and with his ceremonial staff felt down in the water to see what was beneath him. He scratched the frog's back leaving three white marks there. Half of the kwaimūitci was left in the water and all the water creatures scattered it over the great ocean. Half of it was brought to land, and all the land creatures one by one scattered it over the earth. Thus it could not be put together again and Mūkat could not be made well. Mūkat sang to himself, ''I felt sick in that water. My body became cold, swollen and weak. Either this water or my house makes me sick.'' All his creatures stayed in the ceremonial house watching him. Coyote was his nurse, and tended Mūkat. He dug a hole in the ground, made a fire in it, and then put the creator in, covering him up. Day and night he did this for Mūkat, and thus he learned all of Mūkat's songs. The others slept all night so they did not learn Mūkat's songs.

Mūkat grew sicker and sicker, and he called the horse fly[321] to suck[322] his blood. This was the first time this was ever done. It did him no good. Then he called the sow bugs[323] and the dragon flies[324] to doctor him. These two

---

[313] hemiña.

[314] pal kienallalva.

[315] hemkwalmuña.

[316] hemulukna.

[317] paamilyawi, kwaimūitci: ''this tobacco, he eats and drops down.''

[318] puñatcauuteau.

[319] pañawawulwawul.

[320] wahaatūkieaikic.

[321] pipic.

[322] nemaili: sucking disease from a patient's body.

[323] kumsewhituu.

[324] wakaiullalvawit.

ACC0004677

Case 5:13-cv-00883-JGB-SP Document 85-9 Filed 10/21/14 Page 29 of 51 Page ID #:2035

failed, so he tried the water snake,[325] the gopher snake,[326] the red racer,[327] and the king snake,[328] all of whom failed. All of these had only pretended to help him for they all wanted Mūkat to die.

Then he told his creatures to tell the west wind[329] that belonged to him, to come and help him. The west wind came, like a hurricane, with a great dust storm. Mūkat was afraid, but the west wind went into his body, and for a while he was better; but it was too strong; he was being blown away. He told the white-throated swift,[330] which he named ''wind meeter,''[331] to go meet the west wind and tell it to go away for he was afraid. This same thing happened with the north, south, and east winds in succession.

Then he said, ''All my creatures[332] have tried to cure me but I am no better. I know now that I am about to die. Perhaps I shall die in the dark of the moon,[333] or in the faint light of the new moon,[334] or during the young crescent moon,[335] or during the older crescent moon,[336] or in the first week of the new moon,[337] or when the moon has a cloudy ring around it,[338] or during the clear half-moon,[339] or when the half-moon has its rim parallel to the earth,[340] or during the full moon when its spots show clearly,[341] or when the full moon comes from the east and is red,[342] or when it begins to wane and one side is flattened,[343] or when it has half disappeared,[344] or during the last dying moon.[345]

All the time Mūkat was sick coyote tended him. When he spat coyote would pretend to take it away, but he would really swallow it, and thus make Mūkat sicker and sicker. Coyote helped Mūkat move from one side to another, from his face to his back, and helped him to sit up. When Mūkat was too weak to spit coyote would lick the saliva off with his tongue. When coyote was away Mūkat called all his creatures, and said, ''My hands are growing cold, my heart is growing cold, I shall die soon. When I die coyote will try to eat me, for he is planning to do this while you sleep. Therefore, when I am dead tell coyote to go after the eastern fire[346] which I drew from my heart to light my pipe. When he is gone have hünáwit[347] and tēkwawit[348] gather all kinds of wood, dig a hole, and prepare to burn my body. Take the palm[349] and with a drill make fire.'' When the palm, who was a woman, heard this she began to cry and complain that it was unfair to select her from among all the other creatures. But Mūkat continued, ''The fly[350] will bore for fire with a drill.[351] Then you can burn[352] me with my creature the fire.'' That night Mūkat made all his creatures sleep, even coyote, and then he died.

In the morning coyote woke up. He felt Mūkat's heart and knew that he was dead. He said, ''I think it is all over with our creator!'' All the other creatures woke up, saying, ''He is dead! Our father, your father, is dead!'' Then they all cried that there was nothing with which to burn their father, and they asked coyote, because he ran fast, to go after the east light. Coyote went away to the east after the fire. When he was out of sight they prepared the pit, gathered all kinds of wood, and catching the palm tree they threw her down and held her although she tried to escape. The fly took a stick and started to make fire, twirling it between his hands. First came water, then blood, and then fire. With this they kindled the fire, dragged the body of Mūkat to the pile, and put it on the burning wood. It burned.

They all stood in a close circle around the fire. Meanwhile coyote went toward the eastern edge of the world and tried to catch the fire, but it always ran just ahead of him. Finally he looked back and saw the smoke of Mūkat's body burning. ''I thought that might be the way!'' he said, and he came back running very fast. All the people saw him coming, and shouted, ''Here comes coyote! Do not let him in to the fire where Mūkat is burning.'' ''Turn around my brothers and sisters,'' said coyote, ''I am full of tears. Let me in! Let me in! I too want to see my father.'' But they would not let him through. All of Mūkat's body save the heart was burned. Then coyote said, ''I will fly over you,'' and he jumped over their heads into the fire. All Mūkat's creatures pressed the creator's heart into the flames with their sticks, but coyote reached it and scattered blood and fire, so that the people were burnt and pushed back. Then coyote ran out with the heart.

To the east he ran, carrying the heart.[354] All the good runners, mountain lion,[355] wolf,[356] gray fox[357] and kit fox,[358] followed him, but could not catch him. Then he called each by name, and said, ''Stay away! Why do you, my brothers, pursue me?'' Then he talked to the heart of the creator, saying, ''I am carrying you upon the earth, to the edge of the world, to the point of earth and sky, to the bottom of the sky, to the bottom of the world.'' All things tried to frighten him as he ran, but he said, ''I am not afraid of you!'' Then he swallowed the heart.[359] He at once became very sick; he became emaciated and his ribs showed.

Some of Mūkat's creatures who had gone away in search of food for their sick creator returned too late, and found the body of their father in ashes. Among these were süñwit,[360] elélélic,[361] witeteúlic,[362] toívonpie,[363] the jaguar,[364]

---

[325] pasīwit.
[326] pōkawit.
[327] tatáhol.
[328] wiúlwakanawit.
[329] yaíkauinawhit.
[330] sikukwinut.
[331] yaínamkiwue.
[332] nenúkem, netavum.
[333] süümenyil.
[334] tēwi menyil.
[335] siva menyil.
[336] teañ menyil.
[337] kaivu menyil.
[338] kava menyil.
[339] liwi menyil.
[340] tatca menyil.
[341] yelamenyil.
[342] tēvi menyil.
[343] tese menyil.
[344] kavi menyil.
[345] tū menyil.
[346] tamikut.
[347] The large ancestor of the bear.
[348] The large ancestor of the skunk.
[349] niunaáwit: one species of palm.
[350] pipic.
[351] kutmuívawut: making fire with a drill.
[352] nekwane: also means ''eat.''

[354] There are many more songs about the flight of coyote, but only a clan of the coyote moiety may sing them. Alejo belonged to the kauisiktum clan of the wildcat moiety.
[355] tükwit.
[356] iswit.
[357] kauwisic.
[358] wilyul.
[359] The Desert Cahuilla say this occurred in the Painted Canyon, near Mecca, which accounts for the red stained rocks there.
[360] One of the stars. Also named pahahūwit.
[361] Archaic.
[362] Archaic.
[363] Archaic.
[364] tükwut.

ACC0004678

and the marsh hawk.[365]  They all cried loudly, and rolled in the ashes.  Last of all returned the buzzard, who was slow and returned late.  He did not cry, he became dumb, took the skin off his head, and with a stick bored a hole through his beak.  After that he was always quiet, he could only hiss.

Then in the place where Mūkat was burned there began to grow all kinds of strange plants, but no one knew what they were.  They were afraid to go near the place for a hot wind always blew there.  One, Palmiteawut, a great shaman, said, "Why do you not go and ask our father what they are?"  No one else would go so he followed the spirit of Mūkat.  By the aid of his ceremonial staff he followed the trail of Mūkat's spirit although whirlwinds had hidden the trail.  In one place were thickets of prickly cactus and clumps of interlaced thorny vines, but at the touch of his ceremonial staff they opened up for him to pass.  Far away on the horizon he saw a bright glow where the spirit of Mūkat was leaning against a rock.  The creator's spirit spoke, "Who are you, that follows and makes me move on when I am lying still?"  When the creator's spirit spoke Palmiteawut was dumb and could not answer, though Mūkat asked him several times.  Finally he was able to speak: "Yes, I am that one who disturbs you while you rest, but we, your creatures, do not know what the strange things are that grow where your body was burned?"  Mūkat's spirit answered him, "Yes, that was the last thing I wanted to tell you, but you killed me before I could do so."  Then he continued, "You need not be afraid of those things.  They are from my body."  He asked Palmiteawut to describe them and when he had finished the spirit of Mūkat said, "That big tree is tobacco.  It is my heart.  It can be cleaned with white clay,[366] and smoked in the big house to drive away evil spirits.  The vines with yellow squashes are from my stomach, watermelons are from the pupil of my eye, corn is from my teeth, wheat is my lice eggs,[367] beans are from my semen,[368] and all other vegetables are from other parts of my body."  (Thus when any vegetables are gathered and brought to the "big house" all the people must pray to the creator.)

Then he said, "I am in that big house.  My spirit is there, my saliva is there.  You can move the big house away and always live there."  They did this and all Mūkat's creatures stayed in the house weeping for their father.  Then they began to wonder how they could make the image of their father.  Meanwhile coyote was far away, being very sick.  At last he took some wet short reeds,[369] rolled them into a ball, and swallowed it.  Then he vomited up all kinds of disease from his heart.  Thus he got well.  From far away he heard the people in the "big house" talking, planning to kill him when he came back.  So coyote came near them and they saw him.  He talked gently to them from far away and they listened.  He said, "I have heard you wondering how to make our father's image.  I will show you."  And he gathered all kinds of flowers saying, "With these we can make the image of our father!"  He was joking with them, making them forget their anger.  He brought many kinds of flowers, but by the next morning they would all be dead.  All this time he was planning what he should do.  At last he remembered that he

---

[365] wesunauwit, the marsh hawk, is gray because he rolled in the ashes.

[366] yūliwit, tēviwit.

[367] pasawam.

[368] nenevum.

[369] simūtum.

---

must go to the ocean and get paña maiswut,[370] paña hekwa,[371] and paña wiava.[372]  So he told the people he was going after these things.

Then he went to the ocean which was far away.  That evening he slept at the edge of the earth, and woke up very early thinking it was dawn.  He called aloud, asking it not to become light right away.  Then he began to sing because the surf was pounding in so hard that he could not go into it.  He sang asking the ocean to stop pounding for a little while.  Then he went into the water, and got those three things with which to make the image of Mūkat.[373]  These three things he brought back to the "big house."

Then he began to make the image of his father.  All Mūkat's creatures were crying, and they sang songs as each part of the maiswut was cut and wrapped.  Thus the image was made.  They sang a song about moving it, standing it up, carrying it to the fire, placing it on the pile, lighting the fire, the smoking, the burning, the crumbling of the last ashes, the last of the burning.  Then, covering the ashes with dirt, they sang the last song.  All was over.

---

[370] seaweed matting.  The wrapping of the clan fetish bundles.

[371] water tail, archaic.

[372] water apron, archaic.

[373] The maiswut was to be cut and wrapped with the other two, but what "water tail" and "water apron" were, no one at present knows.  The maiswut is now usually made of tule or reed matting.

Case 5:13-cv-00883-JGB-SP    Document 85-9    Filed 10/21/14    Page 31 of 51    Page ID #:2037

## IV. THE MOUNTAIN CAHUILLA

### ENVIRONMENT

The groups commonly known as the Mountain Cahuilla occupied a large territory in the barren San Jacinto and Santa Rosa mountain ranges, extending from the slopes of Cahuilla and Thomas peaks in the north, to the lands formerly occupied by Luiseño and Cupeño-speaking peoples in the south. It is an area characterized by steep granite ridges and barren rocky plateaus covered with chaparral brush, and affording little encouragement to human occupation. At the higher altitudes occur pleasant little valleys having many oak trees along the streams, and pines and sycamores on the ridges. Game is still abundant for the area is even less inviting to the white settler than it was to the Indian. Hence deer are very plentiful in the mountain meadows, and along the barren cactus-strewn ridges facing the desert the mountain sheep still holds his own. The jackrabbit, brush rabbit, and wood rat among the smaller mammals, and the abundant flocks of mountain and valley quail furnished the native hunter with a considerable food supply. Large as this territory appears on the map, it furnished, as did the desert to the east, few places for extensive habitation. The high mountain valleys and the deep canyons running up from the desert afforded ideal sites for small groups, but as a whole the mountains are very arid and the flora on which the people mainly subsisted is none too plentiful in any one locality. Barrows has given a very graphic description of this area[374] and has shown to what lengths the ingenuity of the Indian went in overcoming these natural handicaps. Although today this territory is much as it was one hundred years ago its Indian occupants are but a pitiful handful. Disease and contact with a culture utterly alien to their own have accomplished what the hard environment could not.

Partly as a result of these environmental conditions the Mountain Cahuilla were geographically divided into small groups of clans, and the customs of these different groups varied slightly under the influence of their neighbors. Likewise the dialect of the Mountain

Cahuilla differs to a slight extent from that of the Desert and Pass Cahuilla, and it is probable that an intensive linguistic study of the Mountain Cahuilla themselves would show differences between the more widely separated groups.

Two main groupings according to their location may be observed among the Mountain Cahuilla, in late aboriginal times, and in the following account of the varying ceremonials I have thus distinguished them.[375] To make sharp distinction between these two is



Map 5. Mountain Cahuilla Territory.

not entirely correct for there were intermediate and blending groups between, most of which have perished. The entire culture of the southern California Indian, like that of all such closely related groups, may well be regarded as a liquid medium that flowed more or less evenly from group to group, thinning out more and more the farther each cultural influence extended from its source. Therefore to make breaks and sharp distinctions between near-by groups is often

---

[374] Barrows, The Ethno-Botany of the Cahuilla Indians (University of Chicago Press, 1900), 25–35.

[375] Good informants are rather scarce among the Mountain Cahuilla, for not many of the older Indians survive. A few of these older survivors, however, and a small number of intelligent younger Indians who remember the facts told them by their immediate ancestors, are still available. Of the former, Mrs. Nina Coseros, Mrs. Jesusa Manuel, Mrs. María Antonio (who died in January, 1925), Cornelio Lubo, and Alec' Arguello gave me much information. While of the latter, Ignacio Costo, Gabriel Costo, Julian Norte, and Fred Coseros were especially helpful, both as interpreters and informants.

ACC0004680

Case 5:13-cv-00883-JGB-SP   Document 85-9   Filed 10/21/14   Page 32 of 51   Page ID
#:2038

the necessity but not the ideal of the ethnologist, who desires to show the changing customs of the groups and yet lacks full intermediate data.

The first of these groupings centered mainly in Coyote canyon, and the name Los Coyotes[376] may well be applied to these people. The most southerly village that was occupied by Cahuillas alone, was pateawal at San Ignacio. Originally the people from Los Coyotes, or the wiwaïistam people as they called themselves, used this as a food-gathering and agricultural area. Later, after an epidemic of small-pox they moved there to live, returning to Coyote canyon to gather food. They are thus described by Barrows who mentions the village of Pachawal.[377] Beyond San Ignacio the territories of the wiwaïistam people bordered on the south those owned by the wilakal people located at San Ysidro. The latter are linguistically a hybrid group composed at present of Cahuilla, Cupeño, and Diegueño families in about equal numbers. To the north in the Coyote canyon were located several Cahuilla villages, the central one being called wiliya, and the outlying villages, sauïvil, sauic, and tepana, respectively; the last three were occupied by branch clans of the central group at wiliya. Slightly to the west of wiliya was an old village called tcïa, all of whose inhabitants died long ago. As will be brought out later, these southern Cahuilla groups were in contact with the Cupeño and their Luiseño and Diegueño neighbors, and as a result resembled them in many traits. Save for a mixed group at San Ysidro nearly all this area is now deserted. One or two Cahuilla families live at San Ignacio, but most of the people have either died or moved away to the Cahuilla, Morongo, or Palm Springs reservations.

The second grouping was less centralized, and was composed of the clans near Santa Rosa,[376] and the clans or "parties" located around pauï, now called the Cahuilla reservation. The former places are typical high mountain-stream valleys watered by small swift streams; at Old Santa Rosa, which is situated in a fork of Rock House canyon, were two villages, kolwovakut and këwel, and at "new" Santa Rosa was the village of sëwiu. Several miles to the northwest was the old town of natcüta, about one-half mile east of Horse canyon. Pauï or Cahuilla appears to have become an impor-

tant town of the Cahuillas about 1875. No one clan seems to have owned the warm sulphur springs and adjoining territory, for when it was permanently settled the localized clan organization had largely broken down and its inhabitants represented survivors of several of the eastern Mountain clans. At present about three families live at the site of pauï, but all the other Cahuilla families scattered over the Cahuilla reservation come to the warm springs for bathing and laundry purposes. It affords a good example of the effect produced by warm springs in drawing groups together, an example even better demonstrated in the case of the Cupeño clans who were all gathered around the hot springs at kūpa, but maintained their individual clan territories elsewhere.

At the bases of Cahuilla and Thomas mountains, north of pauï about six miles, were located the villages of saupalpa, palpïsa, and pasïawha, which were each occupied by only one clan and represent old individual clan territories. Half a mile southeast of pasïawha was located the old village of pauata, formerly occupied by two clans one representing each moiety. This matter will be discussed later. About three miles southeast of pauï are located mauit and sëüpa, both occupied at present, and formerly centers of a single clan territory. Considerably farther to the southeast, on the Terwilliger Flats, was located the town of paukī, which resembled pauï in the variety of its inhabitants, for no one clan appears to have claimed the locality though representatives of at least two clans lived there until the last few decades. While this town was nearer to the Los Coyotes people than to the northern division of the Mountain Cahuilla, its inhabitants nevertheless appear to have been largely recruited from the northern clans. While the above named villages were undoubtedly the largest in the area there were many smaller dwelling sites where the combination of water and acorns or other food supplies made living possible. Every spring, grove of oaks, prominent rock, arroyo, or cienega has its individual name among the Cahuilla, and out of this welter of place names the foregoing villages stand out as old clan homes or permanent dwelling sites.

To the northwest down the Baptiste canyon, the territories of the Cahuilla met those of the Luiseño clans whose village was at Saboba. To the northeast their territories approached those of the Palm Springs Cahuilla, and to the west[378] and southwest the desolate

[376] The present-day inhabitants of Wilakal at San Ysidro call themselves the Los Coyotes tribe, probably on account of the presence there of several Mountain Cahuilla families from Coyote canyon.

[377] Barrows, *op. cit.*, 34.

[378] This includes both Old Santa Rosa and "new" Santa Rosa.

[379] The village of wiasmul, shown on the map, was located at a small sulphur spring about four miles southwest of Cahuilla. It was occupied by people of clans 2 and 4, but was the original clan home of neither.

ACC0004681

chapparal-covered plateau, strewn with crumbling granitic rocks of all sizes and swept by cold winds in winter, seems to have been largely uninhabited until the Luiseño territories around Pechanga, Temecula, and Pala were reached. The location of all these Mountain Cahuilla villages is shown in map 5, where the clans are likewise located according to the numbers given in the following list of Mountain Cahuilla clans (table 7).

### TABLE 7

*Mountain Cahuilla Clans*

1. tepamökiktum or iswitim (wolf), wildcat moiety. Clan home at pasiawha.
2. hökwitcakiktum (place name), wildcat moiety. Clan home at hökwitca.
3. pauatiauitcem (place name), wildcat moiety. Clan home at pauata.
4. apapatcem (place name) or nalgaliem (no meaning), wildcat moiety. Clan home at saupalpa.
5. temewhanitcem (northerners), wildcat moiety. Clan home at palpisa.
6. costakiktum (place name), coyote moiety. Clan home at sëwia.
7. wiwaiistam (wiwai, coyote-people), coyote moiety. Clan home at wiliya. Name of group used collectively.

7a. nauhañaviteem (people living in center), coyote moiety. Clan home at wiliya. Subdivision of 7.
7b. temewhanvitcem (northerners), coyote moiety. Clan home just north of wiliya. Subdivision of 7.
7c. tepaïyauitcem (place name), coyote moiety. Clan home at tepaña. Subdivision of 7.
7d. sauiepakiktum (place name), coyote moiety. Clan home at sauie. Subdivision of 7.
7e. sauivilem (place name), coyote moiety. Clan home at sauivil. Subdivision of 7.

8. natcütakiktum (place name), coyote moiety. Clan home at natcüta.
9. teianakiktum (place name), coyote moiety. Clan home at teia.
10. pauatakiktum (place name), coyote moiety. Clan home at pauata.

### THE SHIFTING OF THE GROUPS

The locations of the Mountain Cahuilla clans through divers causes have been subject to more changes in the last sixty-odd years than have those of either the Pass or the Desert Cahuilla. These changes have not been entirely due to Caucasian influence for it is probable that long before this influence became felt the people were subject to western cultural influences that tended to uproot the early condition of isolated clans in favor of town groupings such as characterized the

Cupeño, Luiseño, and Gabrieleño. The two towns of pauī and paukī are examples of such tendencies working in conjunction with certain mission influences that, coming in later, tended in the same direction.

The primary change effected by the mission fathers seems to have been in regard to leadership among the Indians under their control. Needing some temporal head to make responsible for the acts of the people they appear to have selected the most prominent or forceful of the clan leaders and given each the title of "El Capitan." One of these leaders was appointed over each district, the district usually corresponding to one linguistic area, and under him were appointed an "alcalde" and a "juez" for each village, whose duties seem to have resembled respectively those of a constable and justice of the peace in a modern American town. It is not certain who the first captain of the Mountain Cahuilla was, although informants stated he was appointed by the priests at the San Luis Rey mission, hence the records of this mission might well settle the matter. Juan Antonio, a costakiktum man, was probably one of the first. During the troublesome times between 1845 and the treaty of Cahuenga in 1847, the Cahuilla under Juan Antonio sided with the Mexicans against the Luiseño who appear to have favored the American invaders. In 1847 at Aguanga there took place a battle between the Cahuillas under Juan Antonio and the Luiseño under Manuelito Cota and Pablo Apis, which resulted in an overwhelming defeat for the Luiseño.[389] This is often referred to as the "massacre" at Aguanga, and Luiseño informants still state bitterly that the Cahuilla were treacherous to those who should have been their allies. Exactly what the facts were is hard to determine at this late date, and is a problem historical rather than ethnological. At this time the more isolated Mountain Cahuilla clans were the least broken down by mission and other Caucasian contacts of any California natives under Mexican control, hence they were probably the only spirited fighting units among the so-called "Mission Indians." For this reason they were evidently treated as allies by the Mexican authorities, who had scant respect for the pitiful neophytes of the already secularized missions, that had lost their own culture and not acquired that of their conquerors. Thus to the Cahuilla, the American forces under Kearney and Stockton were invaders, while to the broken peoples of the missions they appeared as liberators. The "massacre" at Aguanga was the natural result of such a situation.

---

[389] H. H. Bancroft, 22:817.

Case 5:13-cv-00883-JGB-SP　Document 85-9　Filed 10/21/14　Page 34 of 51　Page ID #:2040

In the year 1846, just prior to the aforementioned fight, several clans of the Mountain Cahuilla under Juan Antonio moved from their mountain homes first to the vicinity of Riverside, then called Jurupa, where the village of pûlatana was established. Later their village was moved to sahatapa in the San Timoteo canyon near El Casco. These clans were probably moved down by the Mexicans as a guard against the Colorado river and other raiding peoples. Bancroft states that from March to August, 1846, there were,

> Indian affairs, showing frequent alarms at rumors of invasion from the Colorado River bands, with several expeditions from the San Bernardino region. On one occasion 18 Indians were killed at San Francisco rancho, having revolted after being captured. It was at one time resolved to station a guard at the Cajon. Six Yuta families came to Jurupa to settle.[381]

The term "Yuta" is ambiguous but may apply to the members of the costakiktum, panatianiteem, tepamökiktum, nateûtakiktum, and temewhanic clans of the Mountain Cahuilla, led here by Juan Antonio. Ignacio Costo was told by his grandmother that about seventy or more years ago either the Chemehuevi or the Paiutes of Utah raided San Bernardino and stole many horses and cattle. The Mexicans asked the Mountain Cahuilla for aid and a united force pursued the marauders to the Cajon pass where they were brought to bay and all killed. Ignacio's grandfather was wounded in the leg during the fight. It was shortly after this episode that the Mountain Cahuilla clans moved to the vicinity of San Bernardino as a guard.[382] As the San Bernardino mission had not been reoccupied by neophytes after the Indian troubles of 1834,[383] the two villages of pûlatana and sahatapa were settled in 1846 by Mountain Cahuilla clans only, although originally the territory had probably belonged to the Gabrieleño.[384]

Among the signers of the unratified treaty of 1852, between the United States and the Luiseño, Cahuilla, Serrano, and Diegueño Indians,[385] Juan Antonio of "Cooswoot-na" signs himself as "Chief" of the Kah-we-as, and "Juan Bautista (Sahat) of Pow-ky" follows, as one of the village heads or alcaldes. The latter thus signs for "Sahat" (sahatapa) and "Powky" (pauki) showing the connection between the mountain town and the later of the two pass towns near San Bernardino.[386]

In the fifties occurred a great smallpox epidemic which wiped out this settlement of Cahuillas, then located at sahatapa in the San Timoteo canyon, killing among others Juan Antonio himself. The few survivors either returned to the mountains or scattered out among the Pass or Palm Springs Cahuilla groups. Juan Antonio was succeeded as captain by Manuel Largo, a temewhanic net. About the year 1875 Manuel Largo assembled all the younger people of his own and other eastern Mountain clans and brought them to pauî (Cahuilla). Only the old people who refused to leave stayed on in their former clan homes. About this same time a smallpox epidemic swept through the wîwañistam groups located in the Coyote canyon, killing a great number of people including nearly all of the children. As a result, all the houses in the several villages were burnt, and the survivors moved to the village of pateawal at San Ignacio. Prior to this epidemic, however, the sauicpakiktum branch clan had already divided and moved to the villages of sêwîu and kêwel at "new" and Old Santa Rosa respectively. While the sauivilem branch clan, members of which had intermarried to a considerable extent with the Cupeño, had also moved to kûpa at a somewhat earlier time.

Manuel Largo was captain for a considerable period, at one time being taken to San Francisco and presented with a flag and credentials confirming his leadership under American rule. He resigned his commission later and was succeeded in office by Fernando Lugo, a hökwitcakik man, elected by all the people at Cahuilla. This captain died at Saboba about 1905, and the office was discontinued.

From the foregoing it seems obvious that the Mexicans, and later the Americans, by supporting the more powerful clan leaders, brought the Mountain Cahuilla from a cultural phase where the isolated clan system was just beginning to break down, into an almost tribal state

---

[381] H. H. Bancroft, 22:624.

[382] Möllhausen mentions three or four families of Kawia Indians held in a state of peonage on an estate some miles west of the mouth of the Cajon pass in 1854. Wanderungen durch die Prairien und Wüsten des Westlichen Nordamerika, 1860, p. 439.

[383] H. H. Bancroft, 21:631.

[384] This point is open to question. It has been previously discussed.

[385] At Temecula, January 5, 1852. Publicly reprinted by U. S. Senate, January 19, 1905.

[386] There is a possibility that the Mountain Cahuilla were invited to come to the San Gorgonio pass as a guard during the San Bernardino Indian troubles of 1834-36. Bancroft, 20:630, notes Indian raids on San Bernardino in 1835, and the pursuit of the raiders by one Ramirez with a mixed force of Mexicans and Indians. Nothing is known of the results of this expedition. He also mentions that most of the rancherias in the mountains were in arms to repel invasion by more distant tribes. However, since Mrs. Nina Coseros and Alec Arguello both maintained that Juan Antonio had led the movement, the year 1846 seems much more probable for the settlement of the Mountain Cahuilla clans near Riverside and San Bernardino.

ACC0004683

such as had been already attained under aboriginal conditions by the more westerly Luiseño, Gabrieleño, and most probably the Chumash villages. The finer details of this process are brought out in the following sections of this paper.

## HISTORY AND ORGANIZATION OF THE MOUNTAIN CLANS

The unit of Mountain Cahuilla social organization was the same as that of the Desert and Pass Cahuilla groups. As has already been indicated, the Desert Cahuilla clans were grouped in towns at places where water was available, but the similar breaking down of clan isolation among the Mountain Cahuilla seems to have come about through other causes. This tendency toward centralization was so accelerated by Caucasian influence that it is difficult at this late time to clearly draw a line between the aboriginal and the recent historic stimuli. It is clear that at one time all clans were isolated and politically independent; most of the clan names are those of places where they once lived,[387] and each clan up to recent times had its own food-gathering territories, usually around their old homes. These clan homes were occupied in the winter time, and in the summer the clans seem to have traveled from one food-gathering area to another, or settled in the larger mountain towns such as pauī or paukī. In the spring the canyons toward the desert offered an abundance of cactus while in the autumn the acorn groves of the higher mountains were visited. Every favorable site for such operations was claimed by one clan or another, the intervening barren areas belonging to all.

The towns of pauī at Cahuilla and paukī at La Puerta were later manifestations of the grouping tendency, the former being settled about 1875 and the latter at a slightly earlier date. By the time this occurred many of the clans had already lost their ceremonial independence and a system of "parties," such as has long been noted among the Luiseño, had arisen. The largest clans, under the most dominating leaders, held onto their ceremonial bundles and performed their ceremonies. The clans that had given up their own ceremonial independence participated in the greater part of these affairs, and regarded the leaders of the active clans in much the same way as

they had once regarded their own. As will be brought out later, each active clan leader possessed maiswut, or the sacred bundle, and it was the possession of this fetish bundle that formed the heart of the clan and its surrounding "party."

Considering first the northern groups of the Mountain Cahuilla only, the situation seems to be as follows. No informant remembered the time when every clan was an independent ceremonial unit. That such a condition once existed is apparent from the identity of the Mountain clans in all essentials with those of the Desert and the Pass, and is of course strengthened by the strong traditional belief of all informants that such was the state of affairs among their ancestors. According to Gabriel Costo, on the basis of information obtained from his father, about seventy-five years ago there were four ceremonial units or "parties" among these northern clans. The nets were Manuel Largo, a temewhanic man already mentioned as a later captain; Pomosena, a hōkwitcakiktum man; Juan Chappo, a pauatakiktum man; and Tomas Arenas, a natcūtakiktum man. Each of these clans participated in the others' ceremonies, and in those of the five "parties" then at Saboba, most of whom were Luiseño in linguistic affiliation. Besides this active participation in the others' ceremonies an exchange of shell money, mūketem, was maintained between all these groups, the several Cahuilla clans near Banning, and the kauisiktum clan at Palm Springs as well. This exchange occurred when a clan member died, and all other clan leaders sent a string of money to the net of the deceased; it did not involve participation in the ceremonies of the other clans. The costakiktum clan under Juan Antonio, the great captain or "Chief of the Cahuillas," seems to have lost its individuality as a ceremonial unit and affiliated with the temewhanic clan for the various ritualistic performances. The tepanōkiktum or iswitim clan seems likewise to have lost its independence and to have affiliated with the hōkwitcakiktum clan for ceremonies.

The tepanōkiktum people, Lubos, and the hōkwitcakiktum people, Lugos, were undoubtedly branches of the same stock, the nickname iswitim, "wolf," being applied to both of them. The temewhanic, or "northerners," were probably a branch lineage, just as the temewhanwiteem or "northerners" of the Los Coyotes canyon were a branch lineage living slightly to the north of their parent stock. It is not clear, however, of what clan the temewhanic people were originally a part. The costakiktum people, of the opposite moiety from

them, seem to have come under their ceremonial influence through intermarriage. The pauatiauitcem and the telanakiktum clans were apparently too reduced in numbers even at this time to form independent units. The apapatcem clan seems to have been the last Cahuilla clan to persist as a ceremonial unit,[388] but at this early time it does not seem to have been in existence. Occupying one of the most northwesterly points reached by the Cahuilla-speaking people it was probably a collateral lineage of one of the older Mountain clans that had acquired a new name.

The information obtained from Alec' Arguello gives us a glimpse of the conditions some seventy years ago among those clans that moved to San Bernardino under Juan Antonio. Five clans, costakiktum, pauatiauitcem, tepamökiktum, nateûtakiktum, and temewhanie were represented there, just prior to the great smallpox epidemic. There were, however, only two ceremonial units, the hökwitcakiktum under Pomosena as net and Manuel Antonio as paha, and the temewhanie under Marsë as net and Teiperosa as paha. Each of the groups had a dance house and a sacred bundle of maiswut. The other clans present participated in the ceremonies of these two. Thus two active clans stayed in their mountain homes, and two active clans moved to the west side of the San Gorgonio pass. Contrary to what one would expect, the two latter clans survived the epidemic in sufficient numbers to still carry on their ceremonies when the survivors had reassembled in the mountains once more, while the former pair of clans apparently gave up their ceremonial activities of their own volition.

Thus, when Gabriel Costo first remembers for himself some forty or fifty years ago, there was only one active clan at pauî (Cahuilla). This was the hökwitcakiktum clan under Pomosena who had survived the San Timoteo pass epidemic. The latter had for his paha, Domingo Ringlaro, or Nortes, of the temewhanie clan. Thus, while the two clans had fused into one "party" they were still active ceremonially, whereas the other Mountain clans had one by one given up the old customs because of decrease in numbers and the growing Caucasian influences. On the death of Pomosena, the hökwitcakiktum people also gave up their activities. The apapatcem clan, located north of Cahuilla at saupalpa, carried on ceremonies in their dance house until fifteen years ago; then Augustine Apapas sent all his shell money to Alejo Potencio, the kauisiktum net at Palm Springs, and asked that

[388] This clan still survives at Saboba today, see Gifford, present series, 14:205.

the ceremonial exchange be discontinued. At the close of his last mourning ceremony he took the maiswut of his clan and buried it in a cave several miles north of Cahuilla. This marked the end of all Mountain Cahuilla ceremonies. Since then the Apapas people, now living at Saboba, have affiliated themselves with local Luiseño parties but no more ceremonies have been held in the mountains.

The definite disposal of the müketem, shell money, and the maiswut or sacred bundle of the clan, is an interesting and suggestive phenomenon. It demonstrates primarily a custom of ceremonially disposing of the clan fetish when conditions have so changed as to make its further employment useless, and shows how strongly its importance was felt even to the end. With its burial the old days were over but the "heart of the big house" was protected from sacrilege.[389] The transfer of the shell money to an active clan may very well show, on the part of this clan ending its ceremonial existence, the same desire to pass on its customs to more active groups, that actuated the Chumash, Fernandeño, and Gabrieleño in bringing their shell money gratis to the San Gorgonio pass and the Mountain clans. This event has been discussed in relation to the exchange of shell money among the Pass Cahuilla and Serrano, and seems to be best explained in the aforementioned manner. The probability is strengthened that long before any interior people were involved in this exchange, it had flourished in an even more elaborate form among the coastal peoples who later, crushed under mission and Mexican domination, passed on their customs to the more intact groups of the Serrano, Cahuilla, and Cupeño-speaking peoples.

The foregoing discussion shows the way in which independent lineages or clans fused into "parties," similar to those of the Luiseño, and then, among the Mountain Cahuilla, gradually disappeared. The ravages of smallpox, bringing about conditions that caused the younger people to leave for more favorable localities, and the replacement of aboriginal by modern ideas, have all contributed to their disappearance. Compared with the period characterized by the localized clan, if one may judge by its wide distribution in southern California, this period of change and decay was very short.

Such data as may be obtained in regard to the clans among the Mountain Cahuilla show them to be identical in basic organization

[389] The burial or definite disposal of a clan fetish when there is no person to inherit it occurs among various Pueblo groups. It has been mentioned at Zuñi by Kroeber, Zuñi Kin and Clan, Anthr. Papers Am. Mus. Nat. Hist., 18:174, 1919. And at Laguna by Parsons, Laguna Genealogies, *ibid.*, 19:221-222, 1923.

ACC0004685

with those of the Pass and the Desert Cahuilla. The following genealogy (genealogy 8) shows the relationship of all the natcūtakiktum male clan members at seūpa at the time Maria Antonio, a hōkwiteakiktum woman, married Charles Arenas, a natcūtakiktum man, some sixty years ago. At the time of her marriage she lived in pauī, going to her husband's home at seūpa to live. Seūpa is a small valley in the Cahuilla reservation, marked by a pleasant spring surrounded by willows and cottonwoods, and having several small fields now growing alfalfa and grain. The men of this clan were as follows:

### GENEALOGY 8

*Natcūtakiktum Clan*

```
1. Steewin Arenas          5. Remundu Arenas

2. Calistro Arenas         6. Tomas Arenas    9. Charlie Arenas    10. Lee Arenas
   (net)                      (net)
                           7. Vincente Arenas

3. Enselmo Arenas          8. Curri Arenas

4. Havian Arenas
```

Each man who was head of a family, that is all but 1 and 4 who were unmarried and 2 who was dead at the time the informant moved there, had an individual house. They used the surrounding valley communally, as they did food-gathering territories owned by their clan in the vicinity and farther east near the old town of natcūta where they had formerly lived. At present only 9 and 10 survive with small families, all the rest having died. This decline, described by Barrows, is even more sadly noticeable among the Mountain Cahuilla today. Writing some twenty-five years ago he makes the following statement:

The decline in this population is extremely rapid. They have been steadily decreasing for several generations and the end now seems almost in sight. Villages, which ten years ago, when I first visited them, seemed reasonably well inhabited, now number scarcely half as many souls. On every side stand abandoned jacales or crumbling little adobe huts destitute of occupants. A sombre stillness broods over these little communities. Occasionally a woman's figure, bent under her food basket, appears returning over the hills, or a horse-man rides in and out among the cattle that continue to browse where jacales and granaries once stood, but there is no evidence of active life or of a population holding its own.[390]

390 Barrows, *op. cit.*, 82.

To return to the consideration of the clan itself, the temewhanic clan at about this same time (genealogy 9) shows a similar condition—a few survivors, all related, living in different houses at the clan locale, in this case palpisa on the southern slope of Thomas mountain. All the men indicated in this genealogy are dead, and their few descendants scattered.

### GENEALOGY 9

*Temewhanic Clan*

```
┌ saavil Nortes (net)      Tomas Nortes
│ Juan Bonifacio           Manuel Largo (net)
└ Domingo Nortes
```

One other situation remains to be discussed among these northern Mountain clans and that is the old village of pauata and its inhabitants. At one time two clans lived here, both taking their names from this village or locality. These were the pauatakiktum clan belonging to the coyote moiety and the pauatiauiteem clan of the wildcat moiety; the fact of their belonging to different moieties yet occupying the same site from which both apparently derived their names, is unique among Cahuilla clans in so far as the existing data are concerned. According to informants, marriages between the two clans were permissible and had occurred, yet informants stated that they were at one time related. When questioned as to the propriety of such relatives marrying, they explained it by the fact that one group was tūktum, the other istam. How this situation arose they could not explain. The pauatiauiteem clan is practically extinct, and no member of the pauatakiktum clan was encountered, hence genealogies could not be obtained. The pauatakiktum clan moved to the village of pankī, where about fifty years ago they had ten or twelve houses and one dance house. The natcūtakiktum clan lived with them there, as did a few of the pauatiauiteem families. Other pauatiauiteem families moved to pauī and to sahatapa. As previously stated the village of pankī is now abandoned, and the few survivors of the two clans under consideration are scattered. The theoretical implications of this situation are discussed later in relation to the moiety.

Turning now to a consideration of the southeastern Mountain Cahuilla clans, collectively designated as the Los Coyotes people, we find another somewhat anomalous situation. This was briefly touched on at the time the many clans, all of the coyote moiety, in the San

Gorgonio pass were under consideration.[321]   There were five lineages here, that collectively called themselves the wiwaïistam people, according to tradition, after a man, wiwaïisil, who originally lived at wiliya. The term wiliya applied both to the central village site and to the whole of Los Coyotes canyon, but the former was also called netheki or "net's place."   At this central village lived the nauhañaviteem, "those living in the central place" lineage; and they were said to be nentem, "belonging to the big house," and having the net.  A short distance to the north lived the temewhanic, "northerners," lineage who were relatives of the central group but lived apart from them.  In this group the office of kutvavanavac was hereditary.  The other similarly related branch lineages were the tepaïauiteem people at tepana, "stone water tank," who had the office of hauinik, or chief singer, hereditary in their group; the sauicpakiktum people at sauic; and the sauivilem people who lived at sauïvil and had the office of manet-dancer hereditary in their line.  These places were all close to wiliya as may be seen in map 5.  According to native belief all these groups were once one, the wiwaïistam people, but because certain families through lack of food at the central village moved to outlying localities they acquired their new names, retaining however their ceremonial alliance with the central group.  Apparently we have here a situation ostensibly similar to the parties of the northwesterly Mountain Cahuilla and the Luiseño, but arrived at by an absolutely opposite series of events.  While the latter parties were groups of broken-down clans gathered around one intact clan nucleus, the groups at Los Coyotes were parts of a formerly prosperous clan that had sent out colonies which were still united through the ceremonial power of the maiswut and the "big house."  Today the decimated nature of this group gives it exactly the appearance of one of the western "parties," and if the actual relationship of the groups were not remembered it would probably be erroneously classed as such.

To obtain a complete genealogy of these groups in their present shattered condition was impossible, but such fragments as were obtainable bear out the words of the informants.  When the genealogy of the temewhanic branch is considered, their relationship to the tepaïyauiteem clans appears in the following manner.

[321] Present paper, p. 113.

ACC0004687



## GENEALOGY 10

*Temewhaniteem and Tepaïyauiteem Clans*



| Generation 6 niúl | Generation 5 nañaa | Generation 4 nepü | Generation 3 neka | Generation 2 nena | Generation 1 (ego) |
|---|---|---|---|---|---|
| Lineage 7b  Temewhaniteem | | | Gregorio Norte[292] + *palpônïvikiktum* | Augustine Norte + *apapas* | Julian Norte (inform.)[293] + *Chemehuevi* |
| (?) ÷ (?) | (?) + (?) | met (gopher) + (?) | Vincente Norte + *pauatiauiteem* | | Matilda Norte + Patricio Torte |
| (?) | | Lineage 7c (?) Sauïvilem | Manuel Norte + *pauatiauiteem* | Casmiro Norte +*wamkiktum* | |
| | | | *asevin* (unmarried) | | |
| Lineage 7c  Tepaïyauiteem | | | | | |
| Iïka + (?) | (?) + (?) | (?) ÷ (?) | Santiago tepaïyauite + *palpanivikiktum*[292] | Manuel tepaïyauite[293] (unmarried) | |

[292] The palpônïvikiktum woman in these two cases is the same; she was first the wife of Gregorio Norte, then of Santiago tepaïyauiteem.

[293] These two men are the sole survivors of this group.  They live at Banning.

The informant in this case, Jolian Norte, appears on the extreme right. The terms appearing above the genealogy with each generation are the kinship terms that he calls each of his paternal ancestors by. Thus Augustine is nena (father), Vincente is neka (grandfather), and met is nepū (great-grandfather) to Jolian. Here his remembrance of his direct ancestors stops, but at the time he was a small boy there was a very old man, liïka, shown in the extreme lower left corner of the genealogy, who was a brother to Jolian's great-great-great-grandfather. Jolian's father, Augustine called liïka, nañaa, the term for great-great-grandfather, which may be translated as "from the beginning." Hence Jolian had no term to apply to liïka save niūl (little brother) while liïka called Jolian nepas (older brother). As liïka was younger than Jolian's great-great-great-grandfather, he was a "younger" brother to Jolian, and not an "older" brother. This was well remembered by the informant because all his people said it was very unusual, and laughed a great deal that a mere baby should be an "older" brother to such an extremely old man. This has two important implications: first, it shows that seven generations ago the temewhanic and the tepaiyauïteem clans were one; and in the second place that the Cahuilla normally record only six generations, cases like the above being so rare that no special term for great-great-great-grandfather is employed.

Very few informants even remember the term nañaa, the term nepū (great-grandfather) being the last one commonly known. Little emphasis is put on remembering one's genealogy, the opposite idea of forgetting the dead being stressed, and it is easy to see how branch lineages or clans may vaguely remember that they are related although all actual knowledge of the connection is lost. In a like manner, were the data available, the remaining wïwaiïstam clans in all probability could be shown as one basic stock. The following genealogy shows all of the nauhañaviteem clan that are remembered.

## GENEALOGY 11

*Nauhañaviteem Clan*



Apparently this central lineage had been isolated for some time as the informant could trace no actual connection with anyone in this group, although they were definitely believed to be related. The lower right-hand case of marriage in the above genealogy took place after the sauiepakiktum clan had moved to Old Santa Rosa, and the definite relationship of the group had become obscured. Nevertheless the old people objected strongly to the marriage and when George's wife died on the birth of their second child, they attributed it to this breach of marriage custom. A similar case occurs when the very brief sauiepakiktum "genealogy" is considered.

## GENEALOGY 12

*Sauiepākiktum Clan*

Manuel Torte (or sauiepakik)          Patricio Torte
+ wakaiïkiktum                        + Matilda Norte (temewhanvite)

This branch lineage was nearly extinct when the informant first remembers it. The two men shown above were the sole survivors in the male line at Old Santa Rosa when Patricio married Matilda Norte, a temewhanvite woman from pateawal, where her lineage were then living. All the old people of the wïwaiïstam clan objected to this marriage as they did to the other endogamous marriage just men-

ACC0004689

Case 5:13-cv-00883-JGB-SP   Document 85-9   Filed 10/21/14   Page 41 of 51   Page ID #:2047

tioned, and after a few years Augustine Norte, Matilda's uncle, taking advantage of Patricio's mistreatment of his wife, made them separate. Both these cases were in large measure due to the breaking down of moiety and interlineage marriage rules under modern conditions, but they also show how the relationship of branch lineages is soon forgotten once they become somewhat isolated in space. The relationship of all sauivilem lineage members remembered and their probable relation to the temewhanvitcem lineage, is as follows:

### GENEALOGY 13

*Sauivilem Clan*

```
7b  ┌ met temewhanvite)                          ┌ Chris sauivil
    │  ÷ (?)                                      │   + panukxčkiktum
7c  │ (?)         Andreas sauivil──Sylvester sauivil
    └  ÷ (?)          ÷ (?)           + hŏkwiteakiktum
                                                  Joe sauivil
                                                    + kauisikiktum
```

The informant Julian Norte (temewhanvite), called Andreas, neka (grandfather or grandfather's brother) and Sylvester, nekum (paternal uncle); Vincente Norte and Andreas sauivil, being cousins of the same generation. Just what degree removed they were, the informant was unable to say, but it is probable that met (temewhanvite) and the father of Andreas sauivil were brothers, making the sauivilem lineage a later collateral branch of the temewhanvitcem lineage. This possibility is also indicated in genealogy 8. Such were the relationships existing among the branch lineages of the Los Coyotes people, who composed the most southerly Cahuilla-speaking clan.

In summing up the data in regard to the social organization of the Mountain Cahuilla of both the north and the south, it is well to note that in both the unit was the localized male lineage, many of which in the north had become fused into parties through the union of broken down clans, and in the south had formed one large clan through the branching out of a central clan into separated lineages still ceremonially dominated by the parent stock—an interesting example of convergent evolution from dissimilar causes. In the former case the clan fetish bundle served to unite alien lineages into one party, and in the latter case to hold many collateral lineages together in one clan.

### LEADERS AND CEREMONIAL OFFICIALS OF THE CLAN

Unlike the situation among the Desert Cahuilla, the Mountain Cahuilla in the course of the last century were profoundly affected by Caucasian contacts and as a result had fused into an almost tribal organization under their captains, who were called takwinūinavac or takwi in their own language. The two foregoing sections have shown how this state of affairs was brought about and have given sufficient data in regard to these later officials to show their general character. Underlying these later manifestatiins, however, were conditions basically similar to those of the other Cahuilla divisions previously discussed, wherein the following clan officials were the most important.

#### The Net

The first of these was the net, originally the hereditary leader of each clan, as was the case among both the Pass and Desert Cahuilla. His place in the social scheme was very similar to that already shown in the discussion of the Pass clans (see pp. 105, 106). His position was inherited, and he lived in the ceremonial dance house having in his possession the ceremonial bundle, or maiswut, of the clan. As was the case among the Pass Cahuilla he was a judge and settled disputes among his clan members. To his house, i.e., the dance house, were brought people that were very sick and here the shamans attempted to cure them. During the ceremonies the net might lead the singing, as Pomosena (hŏkwiteakiktum) used to do, or he might not as was the case with Manuel Largo and Juan Chappo. This was entirely dependent on the natural aptitude of the individual net, and I strongly suspect that leadership in such warfare as formerly occurred was determined in the same way. The Mountain Cahuilla net, like the other Cahuilla nets discussed, was primarily a priest and a patriarch not a war leader.

#### The Sacred Bundle

With the almost complete disintegration of the Mountain clans information in regard to this maiswut complex has largely disappeared, but the following data indicate that it was fundamentally the same for all the Cahuilla. The apapatcem clan maiswut, the final disposal of which has been previously described, consisted of a mat of reeds called sŏyil, in which were rolled elatem, the eagle feather skirt, and several whistles made of eagle bones; with these were also

ACC0004690

kept the shell money of the net. Ordinarily this maïswut was hidden
in a cave among the great rocks on the road between Cahuilla and
Bautiste. The night before the ceremony this was brought to a place
near the dance house and hidden by the takwa, who ordinarily had
charge of the sacred bundle, although nominally it was owned by the
net. Quite possibly there were other objects included in this bundle,
but the above were all that were known to my informant, Gabriel
Costo.

Among the Cahuilla clans that moved to the vicinity of San
Bernardino there were two active groups, each of which had maïswut.
According to Alec Arguello the contents of the maïswut bundle
(usually made of sêyil, a mountain reed, among these clans) of each
was the same, and consisted of the following articles: elatem, the
eagle-feather skirt; pôhot, two sticks about two and a half feet long,
which like the former object were employed in the "eagle dance";
bone whistles (the names of which the informant had forgotten); and
melawhic the "bullroarer," consisting of a smooth flat stick about
two feet long tied in the middle with a string. The paha blew on the
whistles, and a man called teauinitem whirled the bullroarer over
his head; the sounds which these produced might only be heard by
grown people and, according to Fred Coseros, a Mountain Cahuilla,
children who by chance heard these sounds were caught by the paha
and put into the inner room of the wamkie with the maïswut, and
were in a very dangerous situation. Their parents had to make con-
siderable gifts to the net in order to secure their release.[394] Another
very sacred object in this bundle was a long string of red-shafted
flicker feathers that were hung around the dance house at the time of
the mourning ceremony. These were called tateanetem.[395] Equal to
them in sacredness were temlul, a truncated smooth rock about one
foot long with the large end deeply serrated, and taïawûkûl, a smooth
curved stick about fourteen inches long. Neither of these two objects
seems to have had any definite use but were "from the beginning,"
and were very sacred to the clan. The other objects included in this
bundle were called tciatem, and consisted of pointed pieces of wood
about one foot long to the top of which were lashed rattlesnake rattles,
around these were flicker tail feathers, and outside of this the white

[394] This custom also applied to the Serrano, Benedict, *op. cit.*, 376, and present
paper.

[395] See p. 120 for the term tômint used by Alejo Potencio for such a string
of sacred feathers, which he claimed were left near Saboba long ago during the
migration of the kauisiktum clan to Palm Springs. They are also similar to
both Serrano and Luiseño "sacred feathers."

inner down of the golden eagle. Around the base was wrapped a
rattlesnake skin which in drying bound all the plumes together. These
were carried in the hands of the various dancers. Lastly there was
pïwic, a plumed headdress of eagle down in the form of a band to tie
around the head. It seems probable that there were differences
between the two clan bundles but if so they were not remembered by
Alec Arguello.

The net of the wïwaïistam clans at Los Coyotes canyon likewise
had a sacred bundle called maïswut which was kept in the dance
house. It consisted of the usual woven reed mat, the reeds in this
case were themselves called maïswut and came from the coast. In
this were rolled pïwic, long strings of flicker, eagle, horned owl, barn
owl, and burrowing owl feathers, which were sacred and were hung
up in the big house only once a year at the mourning ceremony.
Besides these there were in the bundle elatem, the eagle-feather skirt,
tciatem, short pointed sticks with flicker and horned owl feathers on
the ends, and the mûketem, the shell money of the clan. Likewise
there was included mêûlakpie, the ceremonial bull roarer.

The foregoing ceremonial impedimenta will be mentioned later in
connection with the Mountain Cahuilla ceremonies, but the elaborate
composition of these sacred bundles or clan fetishes is shown by the
lists, fragmentary though they probably are. These bundles were the
symbolic centers of the original clans, and later became the ceremonial
centers of the "parties" which arose from the broken-down clan
organization.

*The Paha*

While the Pass Cahuilla seem to have given various duties to the
man they called paha, among both northern and southern Mountain
Cahuilla the office was primarily associated with the jimsonweed
drinking or manet ceremony. The northern Mountain clans had the
takwa as general ceremonial assistant, while the southern clans gave
the same person the title of kutvavanavac. For the Desert, Pass, and
northern Mountain Cahuilla it seems very probable that the takwa was
once the only assistant to the clan leader, and that the term paha was
adopted through the infiltration of ideas connected with the toloache
cult which had spread from west to east. The two offices persisted
side by side but in each case there was an older local term of limited
distribution for the general ceremonial assistant, while the word paha
was identical for all groups, with the same symbolism connected with
it in every case.

ACC0004691

Among the northern Mountain Cahuilla clans while the paha was employed primarily in the manet ceremony, he was also the net's messenger in the exchange of shell money between the various groups. In the former ceremony he combined keeping order with joking, for if any one went to sleep when he (or she) was singing, the paha would pour water or drop red-hot coals on him, to the amusement of all onlookers. He always led in the ceremonial blowing that was employed to waft the dead soul to the abode of the dead. At manet he supervised the entire ceremony and administered the toloache drink to the youths. Whenever there were announcements to be made the paha attended to them. He was respected by all the people and seems in part to have maintained this respect through their fear of his personal powers or charms. Such joking as he employed seems to have been ceremonial, and acting the clown seems to have been part of his duty. The term paha among the Desert Cahuilla is sometimes translated as "funny man," but beyond that their knowledge of the term seems rather vague.

### Kutvavanavac

The southern Mountain Cahuilla or Los Coyotes people employed the term kutvavanavac instead of takwa and this official had many duties. He ordered the men to hunt and the women to prepare food and cook when a ceremony was in order. When a deer was killed the hunter would tell the kutvavanavac, and he would send other young men out to bring it to the dance house. All ceremonial fires were lighted, and all ceremonial blowing was begun by him. When he was told to do so by the net he went to a hill near the village and called "ha-a-a-a! Bring your teipitmul (flaring mouth basket) to my house!" and all who heard him had to obey. He called the dance house "my house" because it belonged to all the clan, and all the people could so refer to it. During the ceremonies he constantly moved about the "big house" maintaining order and making all present blow to waft away the spirits of the dead. Like the paha among the northern Mountain clans, the kutvavanavac was in part a joker and did many things to make the people laugh during the ceremonies and at other times. Prior to the "eagle dance" he announced its performance by making a great noise with the bullroarer. The term kutvavanavac is very similar to kutvövöc employed by the Cupeño in designating the same official, and may be of Diegueño origin.

### Takwa

The takwa among the northern clans had much the same duties. At manet he had charge of the preparation and division of food, and at all other ceremonies he seems to have held the same sort of position as the kutvavanavac among the southern clans. These duties will be brought out in connection with the ceremonies to be described later. Greeting the invited guests was one of his main duties; when they were first sighted he would run to greet them shaking a gourd rattle, called paa-il. The guests, singing and dancing, would follow him back to the wamkie.

### Hauinik

Among the lesser and more specialized ceremonial performers of the Mountain Cahuilla there were several that apparently were unknown to the Cahuilla of the Desert and perhaps to those of the Pass as well. The first of these was a special hauinik, or singer, whose duty was the singing of the song of the creation. During any ceremony at which this song was sung the hauinik would kneel in the dance house near the fire and sing the song from beginning to end. He was not supposed to move even for natural functions as that would hurry the song, hence he might remain immovable for two days and a night until the song was ended. Such a singer among the Los Coyotes Cahuilla was a very old man lüka tepaïauiteem (previously mentioned as the great-great-great-great-uncle of Jolian Norte, a Los Coyotes informant, genealogy 10). This man was reputed to be a very wise man; his hair was gray and hung to his waist, he wore only a breech-clout, and he was reputed to be the only man in the mountains who knew the entire creation song in all its ramifications. He was barely remembered by Jolian Norte, for he died when the former was a small boy, perhaps fifty years ago. The male dancer (or dancers) who danced the eagle or "whirling" dance among the Mountain Cahuilla were likewise unknown to the Desert Cahuilla and apparently to the more southerly Pass Cahuilla clans. They were men who had shown especial aptitude in their manet ceremony as boys, but if they had any especial title it was not remembered by my informants.

ACC0004692

Case 5:13-cv-00883-JGB-SP    Document 85-9    Filed 10/21/14    Page 44 of 51    Page ID #:2050

### The Manet Dancer

The ceremony of manet, or jimsonweed drinking, involved another official in its performance besides the paha. This other ceremonial performer among the northern Mountain Cahuilla was called teauinitem, and among the southern Mountain Cahuilla teenenvac. Both of these had the same duties which consisted of leading the novitiates in dancing, whirling the ceremonial bull roarer, and keeping women and children away from the dance house at this time.

### Shamans and Shamanism

The part played by the shamans or pūalem in the life of the Mountain Cahuilla is at this late date hard to determine. There have been no active shamans in the mountains for many years, but from the vague data obtainable there would seem to have been at one time a considerable shamanistic cult. Among the northern Mountain Cahuilla there are stories of contests between shamans, when all the noted shamans would assemble and see which had the most power. One shaman would go apart from the group and walk toward the others while all would attempt to kill him with their spirits (teañawa, translated as "pains" or "spirits"). Should he fall "dead" each in turn, using his own esoteric methods, would try to bring him back to life. The one who succeeded was acknowledged by all as both slayer and resurrector, and acknowledged as the one having the most power.[396] As to the means whereby a man became a shaman there was no agreement among northern Mountain Cahuilla informants. Some said he acquired his power through visions obtained at manet or by subsequent jimsonweed drinking; others said that the shaman was born with the power and that visions were unnecessary. The actual facts are naturally unobtainable at this time in the mountains, but an intensive study of the Desert Cahuilla shamans, many of whom are still active, would yield information in part applicable to all Cahuilla groups.

The southerly Mountain Cahuilla informants were more definite in this regard saying a shaman always acquired his power at manet, or by a subsequent drinking of the jimsonweed decoction, when dreams came to him revealing his particular methods. An acquisition

at the time of a definite supernatural guardian does not seem to have occurred, methods of curing and performing miracles, not guardian spirits, being secured through dreaming. These southern shamans had certain ceremonial duties such as dancing on the fire to put it out at the close of the fire dance, and killing the eagles by their "spirits" or by imitative magic at the eagle-killing ceremony. These ceremonies will be discussed later. The shamans' usual method of curing was by suction, by which means they claimed to draw out small stones, insects, and other foreign objects from the patient. Apparently no stigma was attached to a shaman who failed to cure a patient. Shamans, however, were often killed when it was believed that they were malevolent and were killing people or harming the food crops. Thus it is probable that occasionally a shaman was believed to have intentionally done harm rather than good to a patient under his care. But it was generally believed that such shamans killed from the population at large and did not use their malevolent powers on their own patients. As among the Pass Cahuilla, certain shamans were supposed to be able to change into various animals, especially into bears, in which form they did much damage and sometimes killed people.

The following is the story of a malevolent shaman at Los Coyotes canyon, told in the words of my informant Julian Norte.

> My grandfather's father named met (gopher) was a great pūl (shaman) who claimed to be God. He could catch bullets in his hands, pull up tobacco from the ground, and see the child in the sun. At one time he was taken by the priests, whipped and locked up, but he became a little child and they were frightened and let him go. Then he bewitched many people and killed them, so his daughter asked the people to kill him. All the wiwaiistam people at wiliya talked the matter over and decided that morūi, a bear pūl (shaman) should kill him. It was in summer and the watermelons were ripe; as met was sitting down eating one of these, morūi came up behind him and hit him over the head with a digging stick, but he could not kill him. All the other people then piled rocks over met and finally he died.

Shamans among the southern California groups seem to have frequently paid with their lives for their power over their contemporaries.

### THE MOIETY AND MARRIAGE AMONG THE MOUNTAIN CAHUILLA

Among the Mountain Cahuilla the moiety grouping of all the clans into either a wildcat or a coyote division was primarily an arrangement for regulating marriage and had considerable effect up to the last generation, which has now broken away from the old rule. Among all the Cahuilla groups information on the moiety is much harder to

---

[396] Similar shamans' contests among the Yokuts of south central California are described by Kroeber, Handbook, 506–507.

obtain than information on the clans, which appear as basic and of more importance in the social consciousness of the people. As even the clans among the Mountain Cahuilla have largely gone to pieces in the last century, it is obvious that detailed knowledge of the moiety classification has suffered to a greater extent. Even the mythologic origin of the moiety has been forgotten by many of the older people in the mountains, for with the lapse of all ceremonies the older myths are rarely revived among them.

One informant, Cornelio Lubo, stated that istam (coyote) people were so named "because they followed the coyote trails." All informants agreed that joking between moieties was common, and quoted the song likewise used on the desert (see p. 72) as an example of this tendency. No special moiety paints were recalled, Cornelio Lubo stating that people of either moiety might employ red, black, or white paint which was put on forehead and cheeks with circle and bar designs. One informant, Nina Cosesos, stated that "long ago tüktum (wildcat) people worshiped the wildcat and would not kill it, so the younger people became tüktum," but I am inclined to believe she was rationalizing, for all other informants denied that the moiety totem animals were sacred. There seem to have been traces of moiety reciprocity between clans in regard to the killing of eagles, and the making of images for the mourning ceremonies. That is, a tüktum clan, usually one related by marriage, would present eaglets to, and make the images for an istam clan, and vice versa. However, this situation was not very clear in the minds of informants questioned. Strong traces of moiety reciprocity being found among the Serrano of the San Bernardino mountains to the north and the Cupeño of the southern Santa Rosas, it seems probable that at one time reciprocity between the moieties was practiced among the intervening Mountain Cahuilla, but the observable traces today are faint.

The case of two clans, one of each moiety, living at the village of pauata and both taking their names from the village is very interesting in relation to the moiety. This situation existed before any informant personally remembers, but since three informants separately made this statement on the basis of what their parents had told them, I believe it to be an actual case. If this condition was as stated, it would appear that the institution of the moiety came to the Mountain Cahuilla at a time when the clan was fully developed. One lineage of the original clan became known as istam the other as tüktum, and their relationship being obscured, marriage between the

two was permitted. The example of the five Los Coyotes lineages, which were all collateral branches of one clan, seems a case in point. Lacking tüktum clans in their neighborhood, these branch clans seem to have in at least two cases overlooked their basic relationship and intermarried.[397] Should an idea similar to that of the moiety have reached them at this time it is possible that the one clan might have been divided, with a regular system of marriage between the divisions as the result. Since we are here mainly concerned with what did happen and not what might have happened, it will be well to discuss this matter later in relation to all the data. The theory however appears plausible.

The wiwaïstam groups at Los Coyotes canyon had three names for isil, the coyote. He was called paya isil "water coyote," tamīa isil "sun coyote," and isil tēvicmikic "white coyote." According to Julian Norte, "no one knows why isil has these three names for there was only one isil that stole the heart of his father. He was created like aswit (the eagle); he was not born." It was believed among the clans of this group that before a great sickness came, isil barked from the north, and all the shamans knew of it at once.[398] The shamans would call all the people to the dance house at wiliya, and there they would dance all night to drive away the disease. There are resemblances here to the Diegueño color association in regard to the wildcat,[399] another point that may well be discussed in the conclusion.

A list of thirty-two actual cases of marriage indicates that the Mountain Cahuilla prior to the last generation observed moiety exogamy in a great majority of cases. These marriages were mostly between the southern mountain clans and were in the main older marriages between individuals now dead; most of them are shown in the genealogies previously given. Where marriages were between Cahuilla and Cahuilla, all three main divisions included, nineteen out of the twenty-four cases were according to the moiety rule. Seven marriages between Mountain Cahuilla and the Cupeño show six marriages not in accord with the moiety bond and only one in keeping with the rule—a small number of cases, but rather forcibly demonstrating the fact that marriages between the different linguistic groups disregarded the moiety bond, whereas marriages within any one linguistic group seem to have followed the rule closely.

[397] See genealogies 9, 10.
[398] Kroeber notes that the cry of the horned owl, or the bark of a coyote near a house, is believed by the Luiseño to foretell a death. See Du Bois, *op. cit.,* 182.
[399] See Waterman, present series, 8:333, 1910, and Gifford, S. Cal., 169.

Marriages between the Mountain and the Pass Cahuilla seem to have been common; out of eight cases only one was contrary to the moiety rule. Marriages between the southern Mountain clans and those of the Pass Cahuilla were less common, only three cases being recorded, one case being contrary to moiety exogamy. One comparatively late marriage between a Mountain Cahuilla man and a Chemehuevi woman is the only case of the kind in the present list.

The actual arrangements for marriage among the Mountain Cahuilla were simple. Aside from the regulation against marriage with actual blood relatives or within the moiety, the latter regulation being enforced only by public opinion and fear of ridicule, the choice of mates was unlimited. Childhood betrothals arranged between parents were common, in which case frequent presents to the family of the girl were paid by that of the boy. Where no such arrangement was made, the parents of the boy, when he was about eighteen, selected a girl for him. The girl might be fourteen or fifteen years old. The boy's mother would take presents of venison, acorn meal, or perhaps baskets to the girl's family and make her request. If the girl's parents were agreeable the presents were accepted, and the girl might return with her mother-in-law. There appear to have been no parent-in-law taboos among any of the Cahuilla. The net of the boy's clan then invited all the clan members and all relatives of both the boy and girl to a feast in the dance house, where the takwa prepared and divided the food. The girl was instructed in her new duties by her mother-in-law, and the newly married pair lived with the boy's parents. If they did not get along well together the girl might gather up all her personal possessions and return to her own house, in which case there was no return of presents. No stigma was attached to her and she might marry again at any time. Should a wife be faithless the husband could send her home. There seems to have been no feeling that a husband should fight or kill a wife's lover; he merely let the wife go if he could not or did not care to keep her.

## ADOLESCENCE AND ASSOCIATED CEREMONIES
### *Girls' Adolescence Ceremony*

This was called emeülüniwe among the Mountain Cahuilla, and last occurred in the mountains forty or fifty years ago. It appears to have been much the same as that practiced among the Desert and Pass Cahuilla. This ceremony usually took place in the late sum-

mer or fall before the winter rains set in and included all the girls of the clan who had just had their first menses. Apparently it was not performed for each individual girl, but collectively for all girls in each clan who had reached this period of life. It took place in the wamkic in the presence of all the clan members. The girls were "baked" in the pits for a three-day period during which time the old people sang. The usual taboo against scratching or touching the body was in force. For a six-month period after this ceremony salt and cold food could not be eaten by the girls, a special hot food being prepared by their mothers. This ceremony among the northern clans was supervised by the takwa. Among the Los Coyotes canyon clans this ceremony was concluded by the following ceremony. All the girls sat in a row in the dance house, while the paha with a red, black, and yellow painted mortar, filled with water, stood behind them. The haninik placed some tobacco in this water and both he and the paha sang several songs. Then the paha went to one of the girls; he blew up in the air three times, then he put a ball of tobacco in her mouth which she swallowed and he gave her a drink of water. She was then painted all over with red. No memories of any girl's race, face painting, or rock painting were remembered, but here as was also the case at Palm Springs, certain of the less decomposed granite rocks near Cahuilla show faint traces of red designs similar to those definitely connected with the girls' puberty ceremonial rock painting among the Luiseño at La Jolla and Rincon.

### *Manet*

Among the Mountain Cahuilla we encounter the jimsonweed or toloache cult in its central manifestation, to wit, the jimsonweed-drinking boys' initiation, or manet ceremony. Probably this rite occurred among the more westerly clans of the Pass Cahuilla but traces of it there are faint. All the Mountain clans, however, seem to have had it in a more or less complete form. Informants from the northern mountain clans said that manet meant "grass that could talk," but could only be heard by shamans. The Los Coyotes canyon people claimed that manet "belonged to the water," and that all manet songs were not in the ívíat (i.e., Cahuilla) language but were in the "ocean language" and no one could understand them. The songs were sung to the "great witch doctors" who lived on the ocean floor, and they were prayers for the ocean winds to blow clouds over the mountains. They believed that "the ocean was above, below this

Case 5:13-cv-00883-JGB-SP   Document 85-9   Filed 10/21/14   Page 47 of 51   Page ID #:2053

were all the winds and on the bottom were the great pūalem (shamans) and other monsters." The jimsonweed was a great human pūl (shaman) with whom they could talk. Thus among these southern clans at least, and probably among the other Mountain Cahuilla clans, the manet ceremony was held as a prayer when water was short and food scarce, or when an epidemic raged among the people. The pūalem (shamans) were always active at this ceremony. Besides this of course, it was also a boys' initiation rite.

Manet occurred once every few years when the occasion demanded it, or when there were several boys to initiate. The southern clans performed manet in connection with hemwek'lūwil, a three- or four-day ceremony in which small boys from six to ten years of age were taught their own clan songs and their "enemy songs" by their fathers. This took place in the wamkic or its environs, and while each boy's instruction was in the hands of relatives they were presided over by the paha. The paha prepared strings of woven reeds called wic, and strings of eagle and flicker feathers which were worn by the dancers. A dancing leader or manet-dancer called tcauinitem was selected by the net as the best dancer to lead the boys. The southern clans called this man teceñenvac. His duties consisted in leading the boys in their dances in the wamkic at night, and during the day in seeing that they practiced their songs in a secluded place away from the village. While the boys were dancing in the wamkic their relatives threw baskets and other gifts over their heads to be gathered up by the guests. The takwa attended to preparation and division of food in this ceremony. This part of the ceremony was watched by clan members and visitors of both sexes.

Then came the esoteric part of the ceremony called kiksawel, "'the drinking," which occurred inside the wamkic. No women or children were permitted to witness this; only the men of the clan and the novitiates, youths of eighteen to twenty years, were present. The manet-dancer whirled the bullroarer as a warning to the uninitiated to stay away. The bullroarer was called melawhic by the northern clans and meūlakpic by the southern clans. The net prepared the jimsonweed, "cooking it" (meaning probably drying it), and ground it up in a small ceremonial mortar called takie, with a small pestle called paūl. Water was added and the liquid was then put in a red pottery bowl called tesnut kumūismul, and the pala gave each boy a swallow. The men in the wamkic then took each boy by the waist and danced around the fire led by the manet dancer. All were naked, and according to

Alec Argnello old people sometimes fell into the fire in the excitement but were not burned. The novitiates became unconscious and were left in the dance house all night. The next afternoon they were taken out of the dance house and hidden in a secluded canyon by the paha. Here they were taught songs while at night for one week they danced every evening. The jimsonweed however was drunk only once.

The drinking of the jimsonweed produces visions, but no especial dream cult or interpretation is remembered by modern informants. One northern Mountain Cahuilla informant said that if any boy saw in his dreams an animal that spoke to him, bad luck for his relatives would result. A southern Mountain Cahuilla informant said that boys at this time "had dreams like pūalem (shamans)" and that anything seen in the vision was their "spirit or friend." Since it is fifty or sixty years since this ceremony took place among the Mountain Cahuilla it is not strange that the details are vague.

The last afternoon of the week the ground-painting or some equivalent to it was made. Alec Argnello said that among the Mountain Cahuilla clans which moved to San Bernardino the following occurred. The paha marked off a special area in front of the wamkic beyond which outsiders could not come. Then coming from the interior of the wamkic he brought a very sacred red, white, and black basket called nčat, which he carried around the space. He then returned it into the inner room of the dance house. This was very important, according to Alec Arguello, but no one knew the meaning of it.[400] The true ground painting must have occurred there however, for Nina Cosesos said she had seen it made three times, once at pūlatana (near San Bernardino) when she was a girl of about 10 or 12 years, once at Saboba, where it was made by a Mountain Cahuilla net, and once at panī (Cahuilla) when she was about 16 years of age. She is a very old woman, probably between 80 and 90, hence this occurred in the neighborhood of seventy years ago. Her memories were somewhat vague but leave no doubt as to the general nature of the ritualistic performance. The net, in the case last cited, made a shallow pit four or five feet in diameter. In this was placed a "web" of red, pauisvul, black, tūl, and white, tēwic, colors. These colors were made of red ocher, iron oxide, or some similar mineral, a black mineral probably graphite, and white clay. They were arranged like the spokes of a wheel within the pit. The net then explained to the boys who were

[400] This is undoubtedly a form of tukmul, or the sacred winnowing basket, used by the Luiseño in their toloache ceremonies. Du Bois, *op. cit.*, 78–79.

being initiated the meaning of the design, but my informant did not hear this. The occurrence of the ground painting at Cahuilla is likewise remembered by Cornelio Lubo when he was very young; but he said that only certain of the old men knew what it meant, the younger people being in complete ignorance. If there was any direct connection of this phenomenon with Chungichnish it was not remembered by any of the Cahuilla talked with. Primarily, manet was a boys' initiation ceremony and when the decoction had been drunk, the songs and dances learned, and the ground painting made and explained, the boys were regarded as men and full-fledged members of the clan. The ceremonial ground painting probably occurred among the southern clans, as it was well known among the Cupeño, their neighbors to the south, but no informants who remembered it among the southern Mountain Cahuilla were encountered.

### *Ant Ordeal*

Among the northern Mountain clans, this ceremony closed with the ant ordeal called hemûniwe or "stinging ants ceremony." A large pit was dug where an ant's nest had been and many ants were collected in it. Then the young men who had been initiated were rolled naked into the pit and when they came out the ants were brushed off with nettles. Every young man in the clan was supposed to pass through this ordeal once, in order to give him bravery and greater endurance in hunting.

### THE FIRE DANCE

Among the southern Mountain clans the manet ceremony closed with the fire dance, called tapasak. A large fire was built outside of the dance house. Both men and women of the clan surrounded it and moved around the fire singing and dancing, sometimes at a fast, sometimes at a slow pace. Then after the dance had become fast and there was much excitement all the men sat down around the fire and pushed it in with their feet. Men did not burn, informants say, but they often became unconscious from the heat, the shamans fanning them with feathers to bring them to. Then all the men changed position and used their hands in putting out the fire. The shamans occasionally jumped into the fire and kicked the coals around with their bare feet, but they likewise did not burn. The women and children stood outside the circle and looked on, chanting the songs for this particular ceremony, which are about ten in number. Finally the

fire was entirely extinguished and the ceremony ended. The exact method by which the dancers and shamans handled the glowing coals, like the present-day performances of Desert shamans with live coals, is not known by the uninitiated or in detail by the ethnologist.[461] As has already been suggested a detailed study of shamanism among the Desert Cahuilla would yield much of interest on these points.

### THE EAGLE-KILLING CEREMONY

The eagle cult manifested itself strongly among the Mountain Cahuilla especially among the southern clans, where as among the Diegueño it was closely associated with shamanistic practices. Among these groups the eagle killing seems also to have been associated with the mourning ceremony for a dead clan leader, although it might be performed by itself as a separate ceremony for the eagle.

Among the northern clans the ceremony occurred in honor of a net (clan leader) or one of his close relatives who had died. In this case, a clan net of another moiety might present the young eagle to the bereaved net, and a year after the death this net would invite the giver of the eagle and his clan to preside at the ceremony. The eagle, which after its presentation had been carefully cared for in the net's house, was taken by the invited takwa, who, carrying the bird, danced at the head of the two clans in the dance house. Finally, sometime after midnight, the eagle "gets dizzy" and dies. Offerings of food were made to the dead eagle. All the people mourned loudly for him, and the takwa removed the primary feathers of the wings and tail to make elatem, the eagle-feather skirt, which belongs to the local net. The local net threw away gifts of food and baskets which the guests gathered up. In the morning the eagle's body, carefully wrapped in cloth, was buried either by the grave of the recently deceased for whom the ceremony was given, or else in the dance house itself. No informant among these northern clans remembered this ceremony personally so the information in regard to it is necessarily sketchy. The name of this ceremony among these northern clans was kēwittawat.

The southern clans of the Los Coyotes canyon called this ceremony aswitlpēmēniktum the "eagle killing." One informant said that "long ago tūteil (the humming bird) wanted to take aswit's (the

ACC0004697

eagle's) place, but all agreed that he was too small. Aswit was a human being and was placed in the first mountain made, called haui-yauwit and kalalaiwit, so every tribe could own him." When an eagle was to be killed among these southern clans all neighboring groups were invited, each for a different night.[402] They sang sad songs and there was a great deal of mourning. The eagle which was in a cage near the net's house "heard all this and was very sad, for he knew what was going to happen." When all the people were assembled on the last evening the fire was extinguished, and the local clan led by the net and the kutvavanavac gathered around the eagle and sang. Then a local shaman took the eagle, holding each leg tight against the bird's breast, and brought it to the fire in the center of the wamkie. Then clockwise the people circled the fire, but back near the walls, dancing and singing while the shaman held the eagle near the fire in the center. Thus all the other shamans could attempt to kill the eagle by their personal power. Some shamans had so little power that the eagle did not even scream, while others made him scream for only a few seconds. This, my informant said, was because they had "too little electricity," a unique description of the supposed psychic power of the shaman. Other shamans in front of the eagle hit their own heads in order to kill the eagle, but while the eagle screamed and shook his body he did not die. Other shamans stood in the fire and pointed at the eagle with "sticks"[403] to kill him, and the eagle might hang his head for a moment but recovered. Another shaman would "swallow" a stick and throw out something to kill the eagle. Thus the shamans may work all night to kill the eagle. If the eagle is alive in the morning, a very improbable situation, they let it go. When it dies all present cry loudly and scatter offerings of acorn meal or other food on the body. The net or kutvavanavac removed the primary feathers and down to make elatem, the skirt, or teiatem, the headdress. In the morning the eagle was wrapped in cloth and buried in the clan burying ground.

There is no doubt that the foregoing ceremony is Diegueño in many of its essentials, but Jolian Norte stated that it was identical with that at Los Coyotes where the shamans supposedly killed the eagle in the manner here described. The Cupeño likewise believed in

402 This description actually applies to a mixed Diegueño, Cupeño, and Cahuilla ceremony at Mesa Grande about fifteen years ago, but my informant Jolian Norte stated positively that the Los Coyotes ceremony was identical.

403 Waterman, present series, 8:317-318, describes an identical procedure among the Diegueño, and also describes how the eagle is really killed by compression of the lungs and heart by the man holding it.

the killing of the eagle by the shamans, as did both the Diegueño and these southerly Cahuilla groups. The killing of the eagle by shamans was also practiced among the Luiseño.[404]

### THE "WHIRLING" OR EAGLE DANCE

The "whirling," "morahash," or eagle dance was common to all the Mountain Cahuilla, and was called pūnil, which was translated simply as "the eagle dance." The following description applies to the Los Coyotes canyon Cahuilla ceremony which was, so far as I could find out, identical with the same ceremony among the northern mountain clans. This dance among the southern clans might occur at any time, but was usually given at the close of nūkil, the image-burning ceremony. There might be several eagle-dancers, usually specially qualified dancers, but only one dancer danced at a time. The kutvavanavac would announce the ceremony by whirling the bull-roarer (meūlakpic) whereupon all the men and women would form a circle outside of the dance house. At this time the kutvavanavac would perform many antics to make the people laugh. There was a special doorkeeper who, with a pole called nahat, cleared all people away from the entrance to the dance house. When all was ready this doorkeeper shouted loudly three times, and all the people echoed him.

The kutvavanavac stepped into the center of the circle and stared intently at the sun, then the eagle-dancer wearing elatem, the eagle-feather skirt, piwiteem, the eagle plumage headdress, and carrying two short sticks called pōhut in his hands, ran out of the dance house, knelt in the center of the circle, and stared at the sun for almost a minute. His face and neck were covered with white clay. Then hitting the two sticks together to tell the people when to start and to stop singing, he moved slowly around the circle imitating the actions of the eagle. Suddenly he began to whirl faster and faster, accompanied by the men and women who were singing and dancing in line around the circle. His feather skirt straightened out and he kept whirling, while all the people sang the songs of the eagle dance. At the last song the kutvavanavac shouts loudly, the doorkeeper opens the crowd with his pole, and the dancer stops whirling suddenly and runs into the dance house. This performance may be repeated by other dancers but only one man dances at a time.

While the two foregoing ceremonies both have to do with the eagle, they seem unconnected in their performance and probably in their

404 Du Bois, *op. cit.*, 182.

ACC0004698

Case 5:13-cv-00883-JGB-SP   Document 85-9   Filed 10/21/14   Page 50 of 51   Page ID #:2056

inception. The ceremonial killing of the eagle is apparently an ancient and universal south central Californian custom found among all the groups considered in the present paper. Whereas the eagle or "whirling" dance is a specialized ceremony, apparently an integral part of that loose complex designated as the toloache cult. It is therefore found only among those peoples to which this cult extended; hence peripheral peoples like the Desert Cahuilla did not have the ceremony of the eagle dance although the ceremonial killing of eagles was well known among them.

## MOURNING CEREMONIES

Ceremonies for the dead among the Mountain Cahuilla seem to have been largely identical with those of the Desert and Pass Cahuilla, and add little detail to the data already given for those groups. The ceremonies have not been performed for many years, so most of the detail has been forgotten. These older ceremonies, not being associated with any late cult such as the Chungishnish complex, seem to have been much the same among all the southern Californian groups studied.

As occurred among all these groups in early times, the bodies of the dead were burned according to native tradition; but within the memory of all informants the body of the deceased was buried soon after death. At this time a feast called hemtcipinwe, for all the relatives of the dead, was held and a night of singing followed. Within a week or so after the death occurred hemteŭstanwe—the ceremonial burning of the dead person's possessions. This seems to parallel tcipini'l "covering the tracks of the dead," among the Pass Cahuilla, for Mountain Cahuilla informants said that this was done in order to send the soul, tawehonaveh, "to the place of the dead." Not only the personal possessions, but also the house of the deceased was burned. Other clans, especially the one into which the dead person was married were invited to this ceremony, and often brought presents of food to the family of the deceased.

To the week-long image-burning ceremony called nŭkatem "burn them," neighboring clans were invited, each for a different night. As occurred elsewhere, the local clan sang for the first part of the week, the visiting clans during the latter part. About the middle of the week, after nightfall the maiswut of the local clan was brought from the inner room of the dance house and prayed over by the net

and his family. This was prepared for by the paha, who, with the bullroarer, signaled for silence. The net and the paha assisted by shamans then hung the sacred feathers (long bands of horned owl, barn owl, burrowing owl, and flicker feathers) all around the dance house. These remained until the close of the ceremony. On Saturday the images were made, in early times the bodies being made of maiswut, cut in thin rolls, three to four feet long, with similar rolls lashed across to form the arms of the image. Extra maiswut was kept in the dance house for this purpose. At the close of the ceremony the images were burned outside the dance house and the shell money was distributed to the invited clan leaders. As has been previously mentioned, some informants stated that should a clan of the wildcat moiety give the ceremony, the images were made by a specially invited coyote moiety clan. Actual cases to bear these statements out are lacking, so while moiety reciprocity in the mourning ceremony is suggested, it cannot be proved.

## MISCELLANEOUS DATA

The foregoing ceremonies are the only ones which the Mountain Cahuilla remember in any detail. There are however a few fragmentary suggestions bearing on ritual and material culture which seem worth recording at this time. Actual naming ceremonies were not remembered by informants, for Spanish names have been in vogue for several generations, but one informant was told by his father that such a ceremony formerly occurred in the dance house once a year, when children were given names in secret. Enemy clans desired to obtain these names for their ridiculing songs. These songs have been in disuse for a long time, but were once sung at any gathering of a "fiesta" or ceremonial nature. An example of such a song, sung by the hŏkwiteakiktum clan against the wakwaíkiktum clan of the Desert Cahuilla, is as follows:

> Minavacuun maailyawun new'am
> wakaíkikaík
> temasŭwit ynie kiwit tamauka!

This was translated as "Come on along, you wakaikik person, if you are able!" These so-called "enemy" clans seem always to have been those of another district; for example, the Mountain Cahuilla clans usually sang against clans of the Desert Cahuilla as in the case just cited, and vice versa. Mild ridicule and not vituperation seems to

ACC0004699

have been their main purpose, although in early times there may have been more feeling in them than is now remembered. If there was any connection between these songs and the moiety of the clans concerned it is not remembered. The moiety songs have the same ridiculing character, but seem to possess less social significance than the songs of clan against clan.

The exchange of shell money, mükctem, between Mountain Cahuilla clans has not been given in detail because detailed information is lacking. The northern clans carried on a ceremonial exchange with the Luiseño "parties" at Saboba, and with the Pass and Palm Springs Cahuilla clans. This has already been described (p. 98). The Los Coyotes canyon Cahuilla exchanged shell money with the Cupeño at kúpa (Warner's Hot Springs) and with the people at wilakal (San Ysidro), but Jolian Norte, my best informant on the Los Coyotes canyon group, remembered little beyond the fact that when he was a boy such a ceremonial exchange occurred between the northern and southern Mountain clans.

The wamkie of the northern clans, and the kícamnawut or wamkie, as the southern clans called the ceremonial dance house, was at least in its later stages much like a modern frame house with walls and roof made of arrow-weed (*Artemisia ludoviciana*).[405] There was a semi-circular enclosure in front, and a small room behind where the clan or "party" leader kept his maíswut and other ceremonial impedimenta. According to Cornelio Lubo, on the authority of his grandfather, the old house of the Mountain Cahuilla was called tamikic, and was semisubterranean. A pit about 3 feet deep and 20 feet in diameter was dug, and a central post about 7 feet high erected, from which rafters ran to the edge of the pit. These were first covered with brush and then by a layer of dirt. In his time houses of brush with more or less modern frames were in vogue, but he assured me that long ago the tamikic served both living and ceremonial purposes. The sweat house was called hasluc,[406] and in the mountains was 10 to 15 feet in diameter, 4 or 5 feet high, and covered with brush and dirt. A fire was built in front of the entrance. Its use seems to have been medicinal and not ceremonial, and it was last used about forty years ago, there being one such house at Cahuilla at that time.

[405] The last dance house at Cahuilla was burned many years ago. It stood on the site where a small frame house noted as "the home of Ramona" now stands. Supposedly, this is the house where the heroine of Helen Hunt Jackson's novel lived when her Indian husband was killed. I venture no opinion.

[406] Barrows, *op. cit.*, 77, describes the Cahuilla sweat house and its use.

## V.  THE CUPEÑO

These people occupied a position on the border line between the two great speech families of southern California, the Shoshonean and the Yuman. To the north and west of the Cupeño were the Luiseño and Cahuilla, both of whom are Shoshonean, and to the south and east of the Cupeño were the Yuman Diegueño. Hemmed in by these different groups the Cupeño population contained elements of each. Their speech is fairly close to that of the Cahuilla and it is with them that the Cupeño have had their most intimate contacts. The two dialects are said to be mutually intelligible, but the Cupeño language seems to have added some Yuman elements to its fundamentally Shoshonean construction. Certain of the Cupeño clans appear to have been originally of Diegueño (Yuman) speech affiliation, and as a result many of the Cupeño are bilingual in respect to the radically different Cupeño and Diegueño tongues.

About 1902 the majority of the Cupeño were more or less forcibly removed from their houses at Warner's Hot Springs, and taken to Pala in Luiseño territory. The data here presented were gathered in part by Gifford during a three-weeks' visit to Pala in 1919, and partly by the present author, who during the month of November, 1925, worked with the Cupeño at San Ysidro, Warner's Hot Springs, and Pala. Not knowing at the time this unpublished work by Gifford at Pala,[407] I covered much the same ground that he had already been over, and our notes, in part obtained from the same informants (after an eight-year interval) admirably check and supplement one another. Among other data Gifford obtained a Pala agency census for 1919, and a house-to-house census of the Cupeño prior to their removal from Warner's Hot Springs, as complete as informants could give it from memory. These lists and his other data he most kindly turned over to me, and they are incorporated in the present account. Where our information differs I have so indicated in the text, but on the whole there is almost complete accord between the two accounts. Gifford's notes are more complete as regards the census and personal affiliation of individuals, mine as regards genealogies and ceremonials.

[407] Gifford had previously published a preliminary report on the Cupeño, based on short visits in 1916 and 1917, see present series, 14:199-201, 1917.