The village of kûpa at Warner's was famous for its natural hot springs, and as elsewhere these were highly valued by the natives. Legendary accounts[408] tell of a time when the Cupeño were almost exterminated by their neighbors and while the story of the massacre and magical restoration of the people are mythical, it is highly probable that a place so naturally favored as kûpa should have been the scene of considerable struggle for ownership. There is nothing legendary about its seizure from the Cupeño by the whites, and its ownership had undoubtedly been disputed before.

In 1822, a sub-mission was established at Santa Ysabel, and shortly after that a branch was evidently established at Agua Caliente, as Warner's Hot Springs was then called. In 1830, a Spanish or Mexican woman, Apolinaria Lorenzana, called ''la Beata,'' was in the habit of taking the sick from Santa Ysabel to bathe them in the warm springs at Agua Caliente.[409] After the Franciscans abandoned their mission here, the Cupeño moved into the deserted buildings. Several families included in the census lived in these large deserted adobes. Each house was divided among the different family units, each having its fireplace and living section. The main Cupeño informant, Mrs. Manuela Griffith, was born in such a house in 1852, and she had never seen the regular dwelling house of her people. It was described by her parents as a circular, semisubterranean, and earth-covered lodge. When the Cupeño went into their mountain food-gathering territories they made rectangular, double lean-tos of pine bark. They used this type of dwelling under such circumstances until they were removed from kûpa about 1902. When Mrs. Griffith was young nearly all the families were concentrated in the old mission buildings,[410] but later the younger married couples began to build adobe huts for themselves.

Quarrels between the Cupeño and the owner of the land grant, Mr. Warner,[411] led to the insurrection of 1851 and the subsequent retreat of the Cupeño to Los Coyotes canyon, while the troops burned their town.[410] Cavalry under Major Heintzelman pursued the Indians

to Los Coyotes canyon and brought them back. Five of the ring-leaders, including Antonio Garra (Kaval) were captured by Juan Antonio Costakik,[412] a Mountain Cahuilla captain. These were executed, but the remainder of the Cupeño were allowed to remain in their old territory until the expulsion of 1902.

Kûpa was very favorably located at the base of Hot Springs mountain (called by the local Indians, Lookout mountain), where there are beautiful valleys with large oak groves while the ridges are covered with pines and sycamores. Deer are still abundant, and the Cupeño must have always had an adequate food supply. To the west the open valley of San Jose (San Jose del Valle) stretches to a small lake (now the Henshaw dam) where Luiseño territory began. These flats were used by the Cupeño for gathering various kinds of weed seeds and grasses. The warm springs themselves are on a rise at the edge of the mountain and the hot water not only occurs in pools but actually forms a good-sized stream. At present the adobe houses used by the Indians have been somewhat rehabilitated and are used as guest rooms by the local hotel. The stream where the Indians formerly bathed, leached acorns, and soaked fiber for baskets, now runs into a swimming pool and a series of bath houses. Bedrock mortars and other signs of the old life are abundant, but the Indians are gone.

## VILLAGES AND CLANS

The Cupeño formerly occupied the large village called kûpa at Warner's Hot Springs, from which they have derived their name, and a smaller and linguistically more mixed village, wilakal, at San Ysidro about four miles southeast of kûpa. The two villages were united by marriage and social intercourse but were apparently politically independent of one another, and each was the center of a different clan grouping. Kûpa was always the largest, and was occupied by four Cupeño clans and one affiliated Cahuilla clan. Wilakal was, and is today, occupied by two clans, one apparently of Cahuilla and the other of Diegueño origin. Representatives of all Cupeño clans lived in both towns but each was centered in only one of the two towns. The clan and lineage composition of each is given in the two following tables (8–9).

---

[408] Gifford, S. Cal., 199. Also present paper, pp. 270–273.

[409] H. H. Bancroft, 18:553, n. 26.

[410] In December, 1851, a company of San Diego volunteers burned the Indian village at Agua Caliente, in retaliation for the burning of John J. Warner's house at that place. It is possible that the Cupeño prior to this had had their own homes, but were thus forced to herd together in the old mission buildings after their crude dwellings were destroyed.

[411] In 1840, Agua Caliente was granted to Jose A. Pico, and by a later grant of 1844, to J. J. Warner. The latter seems to have purchased the claim of the former grantee.

[412] H. H. Bancroft, 29:482, n. 17. Bancroft speaks of Garra as a San Luis Rey Indian, but my genealogies show him to be a Cupeño. The part played by Juan Antonio was not remembered by Cupeño informants.

*Clans and Lineages at kūpa*

| Clan[418] | Nicknames | Supposed origin | Moiety |
|---|---|---|---|
| 1. kavalim (?) | nauwilot (louse), Laws, teañalañalic ("sprouts"), nūka ("daughter-in-law"), Gara (Span.?) | Cupeño | Coyote (Islam) |
| 2. puntumatûlnikteum | palaut (place name) ("blacktooth") | Cupeño | Coyote (Islam) |
| 3. temewhaniteem (northerners) | wileñat ("fiberstring") | Cupeño | Coyote (Islam) |
| 4. tûktum (wildcat people) | | | |
| L 4a. sivimüatim ("to strike the sun," or, "face peeling from sunburn") | | Diegueño | Wildcat (Tûktum) |
| L 4b. auliatim (auliñawiteem) ("something tied over head?") | | Diegueño | Wildcat (Tûktum) |
| L 4c. taka'atim (taka'anawiteem) ("peak" or "something sharp") | | Luiseño | Wildcat (Tûktum) |

5. sauîvilem ("uncooked" or "unripe"). A Mountain Cahuilla lineage from Los Coyotes canyon affiliated with clan 1, and of the same moiety

## TABLE 9

*Clans at wilakal*

| Clan | Nicknames | Supposed origin | Moiety |
|---|---|---|---|
| 6. teûtnikut (place name from ta'misuknival, "place where they burned people") | | Diegueño | Wildcat (?) |
| 7. tûevikinvatim (from tûteil, "humming bird") | | Cahuilla | Wildcat (?) |

---

[418] The endings im and um are collective plural endings, meaning "people." The endings em and iteem are the same but apparently of Mountain Cahuilla origin.

ACC0004702

The information concerning wilakal is much less complete than
that in regard to kūpa.  Having witnessed the eviction of the kūpa
people, the inhabitants of wilakal have no trust in the white man.
They believe that by finding out the history of kūpa the white people
were able to take their land and they have no desire to be treated in
the same way.  Hence, in 1925, over twenty years from the time of
the Cupeño removal to Pala, it was still impossible to get information
concerning social organization at San Ysidro.  With adequate time to
establish contact and overcome the distrust of the few inhabitants
remaining, such information could be obtained, but as is so often the
case, time was lacking.  Fortunately Gifford obtained from kūpa
informants a house-to-house census of wilakal as it was prior to 1902.
This census is probably less complete than that of kūpa, where the
informants lived, but with additional information obtained by Gifford
and myself, it serves to establish the main features of their social
organization.

San Ysidro is a lovely mountain valley about four miles southeast
of Warner's Hot Springs.  A considerable stream flows through it
and many oaks grow in the creek bed and up along the ravines.  The
mountain walls rise sharply and are scantily covered with brush, but
the ridges are wooded with pines, sycamores, and scrub oaks.  Wilakal
is situated on a bare rise in the valley floor marked by a small Catholic
chapel and the house of the captain.  Above on the hillside, and else-
where in isolated clearings, are about eight or nine houses.  The
wilakal people formerly lived in small brush- or tule-covered huts, but
at present small, dilapidated frame houses are the rule.  For the
period between 1865 and 1902 there are twenty wilakal houses on
record, but there were probably not many more than half this number
occupied at any one time.  At present a few brush storage baskets for
acorns, small brush outhouses, and mortars give a faintly aboriginal
aspect to the site.  The people are none too friendly to the casual
white man, but it is certain that they have had little reason for being
overly gracious.  They are known as the "Coyote tribe" by neighbor-
ing whites and are regarded as renegades from various villages.

ACC0004703

Case 5:13-cv-00883-JGB-SP Document 85-10 Filed 10/21/14 Page 4 of 69 Page ID #:2061

## POPULATION

The Cupeño population, including both villages, has been estimated by Kroeber at five hundred persons at most.[414] The following data obtained since this estimate was made give considerably more information on the problem than was then available.

Gifford obtained from the Indian agency at Pala a census of that reservation for December 18, 1919. As it serves to bring out several important social facts this census is given in full in census 3 below, but a summary of the data may be given here (table 10).

### TABLE 10
*Composition of Pala Population in 1919*

| | |
|---|---:|
| Cupeño | 106 |
| Cahuilla | 10 |
| Luiseño | 44 |
| Diegueño | 22 |
| Various | 29 |
| Total | 211[415] |

In comparing this census with the earlier ones (censuses 2 and 3) it must be remembered that a small Luiseño population already lived at Pala when the bulk of the Cupeño were moved there. Of the forty-four Luiseño given above, twenty-six lived at Pala before the Cupeño came, five came from kūpa, and thirteen came in from other places. It is not certain how many Cupeño remained at wilakal, but there were probably not more than forty, including all other groups represented there. Of the Cupeño listed above, sixty came from kūpa, and forty-six had been born in Pala during the nineteen years of Cupeño residence there. Because of intermarriage with whites, half-breeds are reckoned according to the mother's clan, but formerly strict patrilineal descent prevailed. This must be taken into account in reckoning the pure-blooded Cupeño. The surnames given in the Pala census (3), combined with the house censuses (1 and 2), will give information on such questions.

Gifford in 1919 also made a house census of kūpa and of wilakal prior to 1902, obtaining the bulk of his information from Mrs. Manuela Sivimaat (then 67 years old) and her daughter, Mrs. Salvadora Valenzuela (45 years old). The latter acted mainly as interpreter, but having been born in kūpa, checked her mother's information. In 1925, the present author obtained a set of kūpa genealogies from the same informants, and these genealogies, covering the same period, have been added to Gifford's census. The almost complete accord between the two accounts is striking, and with the subsequent checking by other informants, vouches for the accuracy of the completed census. This census covers roughly the period between about 1865 and 1902, or, from the girlhood of our main informant until the Cupeño eviction from kūpa in 1902. These are given in full censuses 1 and 2) but table 11 gives a summary showing the population.

### TABLE 11
*Cupeño Population between "1865" and 1902*

| | Kūpa | Wilakal |
|---|---|---|
| Clan members | 280 (including sauívilem clan) | 102 |
| Persons with other names | 67 | 3 |
| Illegal children recorded | 20 | 3 |
| White men | 20[416] | 1 |
| Mountain Cahuilla | 19 | 12 |
| Desert Cahuilla | 3 | 11 |
| Pass Cahuilla | 0 | 1 |
| Luiseño | 1 | 3 |
| Diegueño | 4 | 2 |
| Distant Indians | 4 | 0 |
| Total: 556[417] | 418[418] | 138 |

For this period then, the Cupeño had a total population of 556 persons including aliens of all sorts. It is obvious that in a period of about forty years one generation would tend to disappear and another take its place; hence this total of 556 is considerably larger than the population at any one time during the forty years. Perhaps 400 would be a fair estimate of the average Cupeño population during the period in question.

The above census includes forty-eight persons listed in the Pala census of 1919. The 1919 census (3) lists in all sixty persons who were born in kūpa and the discrepancy of twelve is probably due in great part to modern names in the agency list which cannot be identified with the earlier lineage names.

---

414 Kroeber, Handbook, 689.

415 Census 1 shows the method of determining tribal affiliations. This total does not include the people who remained at wilakal after 1902.

416 Including one Negro.

417 Including only those persons who actually lived at kūpa or wilakal. Children who died young, or men who married Cupeño women and took them away, are not included.

418 In all totals based on the house census, children who died young are not included.

ACC0004704

The decline in Cupeño population between say, 1870 and 1919, is marked. In 1919, only 106 pure and mixed Cupeños are recorded, while in the earlier census 382 are mentioned. Allowing for a discount in the latter number, because it covers a period of years, the disproportion is still great. If a similar decline on a smaller scale is granted, between "1870" and purely aboriginal times, then Kroeber's estimate of 500 for the native population seems quite in accord with the facts here presented. Cupeño genealogies (14–22) show how rapid this decline has been, and forcibly demonstrate the increased mortality and sterility coincident with a forced move to an uncongenial habitat. This is discussed more fully in relation to the individual clans.

Evidently the Cupeño population was always heterogeneous. This is natural considering the central position of the group, and the extremely favorable site they occupied. The house censuses 1 and 2 show that during the forty-odd years they cover, forty-two Cahuilla were incorporated in the Cupeño population, and only six Diegueño and four Luiseño. Moreover, this total of forty-two does not include the members of the sauivilem clan who were Cahuilla but have been here counted as Cupeño because of their almost entire removal to and incorporation at kūpa. Of the forty-two, thirty Cahuilla were of the Mountain division, and ten of the Desert division. One rather dubious case of Cupeño intermarriage with Pass Cahuilla exists. Of all the Cahuilla clan groups the one at Los Coyotes canyon was in closest contact with the Cupeño. The list of marriages during the same period (table 12 and genealogies 14–22) shows that this condition was not due solely to Cahuilla women being brought to kūpa, for as many Cupeño women married Cahuillas and moved away as was the case with either Diegueño or Luiseño.

Gifford has pointed out the fact that all Cupeño clans of the wildcat moiety claim to have originally been Luiseño and Diegueño stock.[419] This is an obscure problem and will be discussed later in connection with Cupeño clan organization. The house censuses show far more contact between Cahuilla and Cupeño than between the latter and all other groups. Whatever earlier relationship may have existed between the Cupeño, Luiseño, and Diegueño, is not clearly indicated by the data at hand, but that many Cahuilla people were incorporated in the Cupeño population is certain.

The Pala census for 1919 (3) shows a low proportion of Cahuilla residents compared to both Luiseño and Diegueño. In part this is

due to the fact that children of Cahuilla mothers are naturally considered as Cupeño when their fathers are of that tribe. Then, as Pala was always Luiseño territory, there was a Luiseño population there when the Cupeño came. Only five Luiseño moved from kūpa to Pala with the Cupeño; the remainder either had always lived at Pala or came there from other places. The same is true of the Diegueño at Pala; only three of the twenty-two came to Pala from kūpa. Pala, being one of the largest Indian towns in southern California, has attracted a good many Luiseño and Diegueño in late years, but the bulk of the population is still mainly of Cupeño stock.

In passing, it may be well to comment on the value of the house census data from the biological standpoint. Certain inaccuracies are bound to appear in any census based on data of a purely mnemonic character. Contemporary families of the informants are apt to be more fully recorded than are earlier families. Families that move away may be forgotten, and the record of children who died young is never complete. Similarly, the exact order of birth of children is often not remembered. Errors of this sort came out in comparing the census and the genealogies, but on the whole, from a social standpoint, they are of a trifling nature.

From the standpoint of determining comparative birth and death rates over a period of years, the comparative fertility of various types of marriage, and the exact proportion of the sexes,[420] such factors of error as above enumerated are important. If it is borne in mind that the house census gives the bulk of the population, not its totality, it may safely be used for other than social determinations. In any such work it is essential to combine the houses censuses (1 and 2) with the Pala census (3), for no persons born after 1902 are included in the former.

The value of the genealogical method in social studies is too well known to call for further discussion here. In the following account of Cupeño society, in almost every case the belief of the informant is checked against the actual practice of the community as revealed by the census and genealogies. Often the rationalizations of informants are as important to the ethnologist and psychologist as are the actual happenings, but it is essential that rationalizations and facts be clearly distinguished.

419 Miwok Lineages and the Political Unit in Aboriginal California, Am. Anthr., n. s., 28:395, 1926.

420 It may be worth noting that in house census 3, of the 280 kūpa members recorded, 137 were males and 143 females; of the 102 wilakal clan members, 55 were males and 47 females.

CENSUS 1

*House Census of People, 1865[?] to 1902[?]*[421]

HOUSE 1

```
                                              ┌ 216 Bonifacio kaval
                                              │   +217 Teresa nauhñavite (MC)      231 Leonora kaval
                      ┌ 2d HH 211 Roman kaval │ 218 Salvador kaval                    + W
                      │   + 212 Tomasa sauivil│   +219 Liberata sivimüat (h 34)
                      │                       │ 220 Dominga kaval
                      │                       │   + 221 Cleato teútnikut (rw)       232 Maria teútnikut
                      │                       └
                      │                       ┌ 222 Dorotea kaval                  ┌ 233 Hermenhilda sivimüat (h 34)
                      │                       │ 223 Jose Antonio kaval             │ 234 Trincolino sivimüat (h 34)
                      │                       │   + 224 Guadelupe auliñawic        │ 235 Gabriel sivimüat (h 34)
                      │                       │ 225 Cuciona kaval                  │ 236 Marcos sivimüat
 HH 209 Belares kaval │                       │   + 167 Cuon sivimüat (h 34)       │  43 Nievas sivimüat
   + 210 Guadelupe    ┤                       │       (rw)                         │ 237 Trinidad sivimüat
       kalawnakwis (L)│                       │ 226 Maria kaval (rh)               │ 238 Tomas sivimüat*
                      │                       │   + 227 Pedro auliñawie            │ 239 Fermil sivimüat
                      │                       └                                    │ 240 Gabriela sivimüat
                      │                                                            │ 241 Negado sivimüat
                      │                                                            │ 242 Francisca sivimüat
                      │                                                            │ 243 Jose Antonio sivimüat
                      │                                                            │ 244 Maria Juana sivimüat
                      │                                                            │ 245 Esperanza sivimüat
                      │                                                            └ 246 Jose Maria sivimüat
                      │ 213 Soledad kaval       59 Manuela sivimüat (h 34, 36,
                      │   +575 Jose Antonio sivimüat            37, 39)
                      │      (rw)                  + W
                      └ +215 Matias teútnikut──── 228 Candelaria toútnikut
                                                      (h 27, 28)
                                                   229 Antonio teútnikut
                                                   230 Javiel teútnikut
```

[421] Symbols used in census: nos. 1–208 refer to individuals listed in Census 3; nos. 214, 286, 519, and 126W not used; + sign = marriage; * = died young; italics = female; HH = house head; rh = went to reside with husband; rw = went to reside with wife; h 1, 2, etc. = listed in houses 1, 2, etc.; ‡ = name or relationship obscure; L = Luiseño; MC = Mt. Cahuilla; PC = Pass Cahuilla; DC = Desert Cahuilla; S = Serrano; D = Diegueño; W = white man.

HOUSE 2

```
                                  ┌ 249 Domingo kaval
                                  │   + 250 Dominga sauivil
                                  │
                                  │ 251 Dominga kaval (rh)
                                  │   + 252 Felis takonawie (L)
                                  │
                                  │ 253 Paulinaria kaval             ┌ 261 Julian tepaiyauie
                                  │   + 254 Fernando tepaiyauie (MC) │ 262 Pio tepaiyauie
                                  │       (rw)                       │ 263 Andreas tepaiyauie
                                  │                                  │ 264 Lazarus tepaiyauie
 HH 247 Jose kaval (pat. cous. 211)│                                 └ 265 Josefa tepaiyauie
   + 248 Josefa tücvikinvat       ┤ 255 Isabel kaval (rh)            ┌ 266 Casimiro kaval
                                  │   + MC                           │ 267 Jose Maria kaval
                                  │                                  │ 268 Raymundo kaval
                                  │ 256 Piü kaval                    │ 269 Maria Albina kaval
                                  │   +257 Maria Antonio? (Ute)──────│ 270 Dominga kaval
                                  │                                  └    + W
                                  │
                                  │ 258. Louisa kaval                  271 Juan de la Cruz
                                  │   + W
                                  │                                  ┌ 272 Francisco sivimüat
                                  │ 259 Julianna kaval               │ 273 Jose de Luz sivimüat
                                  └   + 260 Francisco sivimüat (rw)   │ 274 Dolores sivimüat (h 30)
                                                                      │ 275 Encarnacion sivimüat
                                                                      └ 276 Andrea sivimüat
```

HOUSE 3

```
 HH 277 Antonio kaval (pat. cous.    ┌ 279 Antonio kaval
     211)                            └ 280 Jose Luis kaval
   + 278 Malvina sauivil (h 34, 40)
```

ACC0004706

283 *Marina auliñawic*
+ HH 284 Carlos kaval
(pat. cous. 320) (rw)

288 *Gertrudis kaval* (rh)
+ 289? tepaiyauic (MC)

281 *Candida kaval (auliñawic)*
+ 282 auliñawic (long dead)

285 *Miguela auliñawic*
+ W

290 *Margarita?*
291 *Carmen?*

+ 605 Palegrino sauiyil (rw)

292 *Mercedes sauiyil* (rh)
+ 293 Silverio Nolasquez
(Yaqui) (h 27)

287 *Maria Antonio auliñawic*
+ 320 Ortis kaval

294 *Trinidad kaval*

HOUSE 5

297 *Dominga kaval* (rh)
+ MC

298 *Angela kaval* (rh)
+ PC

HH 295 Mariaano kaval (bro. 209)
+ 296 *Maria Ignacia sauivil*

299 Francisco kaval (h 12)

300 *Tomasa kaval*
+ W

301 *Joaquina kaval* (rh)
+ W

302 Adolf Scholder (h 31)



HOUSE 6

2HH 305 Hilario kaval
+ 306 *Maria Antonio*
temewhanie (MC)

309 *Francisca kaval*
310 ? kaval
311 *Felicitia kaval*
+ W
312 Fermil kaval

HH 303 Anselmo kaval
+ 304? *sivimãat*

307 *Encarnacion kaval* (rh)
+ MC

308 *Teresa kaval*

HOUSE 7

316 Teodoricio kaval
+ 317 *Manuela sivimãat*

322 ? kaval

HH 314 Pomoseno kaval (bro. 303)
+ 315 *Casilda iswit* (MC)

318 Frutu kaval
+ 319 *Matea tepaiyauie* (MC)

320 Ortis kaval
+ 321 *Gaudelupe wakaíkik* (DC)

323 Ramon kaval

HOUSE 8

HH 324 Gavino kaval
+ 325 *Bernardina tcūtnikut*

326 *Marcella kaval*

HOUSE 9

HH 327 Irenio kaval (bro. 324)
+ 328 *Rafaela temewhanie* (MC)

329 *Antonia kaval*
330 *Isidora kaval*
331 *Margarita kaval*
332 Hernando kaval

HOUSE 10

335 Sacrias kaval
+ 336 *Vivianna tepaiyauie* (MC)
337 ? kaval

342 ? kaval*

343 *Arcadia wahawut*

HH 333 Sacrias kaval (bro. 327)
+ 334 *Gertrudis sivimãat*

+ 338 ? wahawut (L) (rw)
339 *Juana kaval*
340 John kaval
+ 341 *Josefa temewhanie*

ACC0004707

346 *M↑?onio kaval*
+ 215 Matias teŭtnikut (h 1)                 351 Pepi teŭtnikut
347 *Juana kaval*

348 Francisco kaval (Laws)                   352 Mauricio kaval
HH 344 Blas kaval            + 349 *Patricia sivimŭat*——————      353 Lazarus kaval
+ 345 *Anastacia temewhanie*   298 *Ramona kaval* (h 34, 35)        354 *? kaval*
                                                                   355 *Maria Delfina kaval*
                             + 207 Juan Maria sivimŭat
                                 (h 34, 35)
                             350 Desiderio kaval
                                 (son of 345 and ?)

HOUSE 12

HH 299 Francisco kaval (h 5)           360 *Angela kaval*
   + 356 *Rosa sivimŭat* (h 22)        361 *? kaval*
   + 357 *Maria Antonio sivimŭat*      362 Geroldo kaval
   + 321 *Guadelupe wakaĭkik* (DC)     363 *? kaval*
       (h 7)                           364 *? kaval*
309 *Tomasa kaval* (h 5)
   + (W)————————————————————           365 *Guadelupe Anderson*
                                          + W
                                       366 *Anita Anderson*
                                       367 *Francisca Anderson*
                                          + W
                                       368 *Pasquala Anderson*
                                          + W

HOUSE 13

HH 320 Ortis kaval (deserted 321)      373 *Florida kaval* (by 369)
                                       374 Valentine kaval (by 369)

369 *Romalda tŭcvikivat* (h 22)        370 *Dolores sauĭvit* (?) (h 22)
                                       371 *Trinidad Chavez* (h 22)
                                        42 Jose Maria Chavez (h 22)
                                       372 *Francisca Chavez* (h 22)

HOUSE 14

                                       379 *Francisca pumtumatŭlnikie*
                                           (rh)
                                         + 380 Julian tepaĭyauic (MC)

                                       381 Domingo pumtumatŭlnikie
                                          + 217 *Teresa nauhañavite* (MC)
                                              (h 1)

                                       382 Pedro pumtumatŭlnikie
                                          + 357 *Rosa sivimŭat*
                                          + 383 *Tresenda taka'at*
                                          + 384 *Catalina nauhañavite*
                                              (MC)

HH 375 Hilario pumtumatŭlnikie   2HH 377 Piŭ pumtumatŭlnikie   385 *Maria pumtumatŭlnikie* (rh)
+ 376 *Eleria sivimŭat*             + 378 *Marcellina sivimŭat*    + 386 Jose Maria mŭut (L)

                                       387 *Maria Ignacia pumtumatŭlnikie*
                                          + 388 Leon sivimŭat (h 22)

                                       389 Jose Cecelio pumtumatŭlnikie      392 *Dominga pumtumatŭlnikie*
                                          + 358 *Maria Antonio sivimŭat*     393 *Jacinta pumtumatŭlnikie*
                                              (h 12)                         394 *Teresa pumtumatŭlnikie*
                                          + 390 *Josefa tepaĭyauic* (MC)———   22 Mariano pumtumatŭlnikie
                                                                              18 *Felicidad pumtumatŭlnikie*
                                                                             395 Raymundo pumtumatŭlnikie

                                       391 *Cruza pumtumatŭlnikie*           396 *Encarnacion Rodriguez* (h 36)
                                          + W

House 15

```
                                                              401  Antonio pumtumatûlnikic
                                                              402  Trinidad pumtumatûlnikic
                                                              403  Luis pumtumatûlnikic
                                                              404  Elena pumtumatûlnikic*
                                                                     (had 3 illeg. children)*
                                                              405  Teresa pumtumatûlnikic
                                                                + W
                                                                +406 Gervasia teûtnikut ──────┌ 415  Florinda Semberois
                                                                                              │ 416  Marcos teûtnikut
 397  pumtumatûlnikic        HH 399 Jose pumtumatûlnikic                                      │ 417  Abraham teûtnikut
       (long dead)             +400  Inez wanteñakik (DC)                                     │ 418  Simona teûtnikut
   +398 Martha teûtnikut                                                                      │ 419  Tila teûtnikut
      (h 19, 34)                                                                              │ 420  Clara teûtnikut
                                                                                              └ 421  Honora teipûli
                                                              +407  Honorato teipûli (L) ─────
                                                              408  Geronimo pumtumatûlnikic
                                                              409  Silverio pumtumatûlnikic
                                                              410  Martin pumtumatûlnikic
                                                              411  Juan pumtumatûlnikic
                                                              412  Philomena pumtumatûlnikic
                                                              413  Rosa pumtumatûlnikic
                                                              414  Felis pumtumatûlnikic
```

House 16

```
                         ┌ HH 417 Crispino pumtumatûlnikic      ┌ 423  Maria pumtumatûlnikic
                         │   +418  Gabriela teûtnikut           │ 424  Pasquala pumtumatûlnikic
                         │  419 Jose Maria pumtumatûlnikic      └ 425  Pasqual pumtumatûlnikic
 415  pumtumatûlnikic    │     (W h 2)                                (h 23, 24)
   +416 Josefa temewhanie│   +420  Margarita theoikiweat
                         │  421  Isidora pumtumatûlnikic (rh)
                         │     + ?
                         └ 422  Engaria pumtumatûlnikic (rh)
                               + ?
```

House 17

```
 HH 426 Clara sivimbat          427  Cosbi pumtumatûlnikic          428  Juan pumtumatûlnikic*
    (pumtumatûlnikic)             +418  Gabriela teûtnikut
                                    (h 16 later)
```

House 18

```
 429  ? temewhanic (sauivil)    430  Mercella sauivil             432  Maria Esperanza temewhanic
                                  + HH 431 Merchol temewhanic
```

House 19

```
 ┌ 433  Meñeati temewhanie      ┌ HH 435 Juan Angel temewhanic   437  Cincionc temewhanic (b 32)
 │  ? temewhanie (long dead)    │   +436  Matea tepalwaie (MC)
 │  +434  Angela auliñawie ─────│   +398  Martha teûtnikut
 └                              │      (h 15, 34)
                                └ 436  Josefa temewhanic
```

House 20

```
 438  Tristo waxipanakwis (taka'at)   HH 140 Nicolas taka'at    440  ? taka'at*
       (L)                              +439  Justa teûtnikut
```

House 21

```
                                                              ┌ 448  Rafael taka'at
                                                              │ 449  Bautisto taka'at
                                                              │ 450  Nicolas taka'at
                                                              │ 451  Marta taka'at
                                     ┌ 443  Trisanta taka'at   │ 452  Luis taka'at
                                     │  444  Roman taka'at     │ 453  Parfiro taka'at
 HH 441 Felis taka'at (bro. 140)     │   +445  Isidora sauivil │ 454  Florida taka'at
   +442  Dominga kaval                │  446  Bautiste taka'at  │ 455  Angela taka'at
                                     └ 447  Maria Adelina taka'at│ 456  Rufine taka'at
                                                              │ 142  Julianna taka'at (rh)
                                                              └   + W
```

ACC0004709

HOUSE 22

```
                                                    ┌─ 464 Pedro auliñawie (h 23)
                                                    │     + 465 Maria Albina kaval
                                                    │        (h 23)
                                                    │  466 ? auliñawie*
                                                    │  467 Rosaria auliñawie (h 25)
                                                    │  134 Jose Juan auliñawie
                                                    │     + 468 Casilda temewhanie (MC)
                                                    │     + 469 Rafaela sauivil (h 26)
457 Dolores iswit (nuliñawie)   HH 460 Leonardo auliñawie    358 Guadelupe auliñawie (rh)
      (MC)                        + 461 Isabella tüevikinvat      + W
                                                               359 Jose Antonio auliñawie
458 Antonita toütnikut                                         470 Angela auliñawie
      (tücvikinvat)                                            471 Margarita auliñawie (h 25)
   + 459 Andreas sivimüat ─────┐
      (2nd hus.)               │
                               462 Romalda tücvikinvat ──────── 370 Dolores sauivil (by 607a)
                                + W                             371 Trinidad Chavez (h 13)
                               463 Dolores sivimüat (by 459)    42 Jose Maria Chavez (h 13)
                               388 Leon sivimüat (by 459)       372 Francisca Chavez (h 13)
                               356 Rosa sivimüat (by 459) (h 12) 472 Antonio Chavez*
```

HOUSE 23

```
                               ┌─ 473 Rita auliñawie
                               │  474 Modesta auliñawio
                               │  475 Francisca auliñawie     ┌─ 478 Susanna pumtumatülnikie
HH 464 Pedro auliñawie (h 22)  │     + 425 Pasqual pumtumatülnikie── 479 Francisco pumtumatülnikie*
   + 465 Maria Albina kaval    │        (h 16)                   480 Cleofis pumtumatülnikie*
                               │  476 Manuel auliñawie         └─ 481 Felicidad pumtumatülnikie
                               │  477 Stephana auliñawie
                               └─ 478 Stephen auliñawie
```

HOUSE 24

```
HH 425 Pasqual pumtumatülnikie   ┌─ 478 Susanna pumtumatülnikie
      (h 16, 23)                 │  481 Felicidad pumtumatülnikie
   + 475 Francisca auliñawie     │  482 Antonio pumtumatülnikie*
                                 └─ 483 Loreta pumtumatülnikie
```

HOUSE 25

```
HH 367 Rosaria auliñawie (h 22)  ┌─ 156 Manuel Romero
   + W                           │  153 Julio Romero
                                 │  484 Dolores auliñawie (by ?)
471 Margarita auliñawie (h 22)   └─ 485 Victoria Richly      486 Margaret Ortega
   + Negro                          + ?

469 Jose Antonio auliñawie
      (h 22)
```

HOUSE 26

```
                                 ┌─ 487 Isidoro auliñawie*
                                 │  488 Luis auliñawie
HH 134 Jose Juan auliñawie       │  489 Dolores auliñawie*
      (h 22)                     │  490 Francisca auliñawie*
   + 469 Rafaela sauivil (h 26, 40) │  491 Enrique auliñawie
                                 └─ 492 Calistro auliñawie
```

HOUSE 27

```
                                 ┌─ 493 Salvador Nolasquez
                                 │     + 228 Candelaria toütnikut
                                 │        (h 1, 28)
HH 293 Silverio Nolasquez        │  108 Ramon Nolasquez
      (Yaqui) (h 4)              │  109 Carolina Nolasquez
   + 292 Mercedes sauivil (h 4)  │  494 Ignacio Nolasquez
                                 │  114 Claudina Nolasquez    115 Felipa Nolasquez
                                 └─    + 459 Andreas sivimüat (h 22)  (kept name of 114)
```

ACC0004710

HOUSE 28

495 *Candida kaval*
(*aulñawic*)

496 *Miguela aulñawic*
(*sauivil*)

292 *Mercedes sauivil* (h 4, 27)
+ HH 293 Silverio
Nolasquez (h 4, 27)

290 *Margarita ?* (h 4)

291 *Carmen ?* (h 4)

493 Salvador Nolasquez (h 27)
+ 228 *Candelaria teütniqut*
(h 27)
108 Ramon Nolasquez (h 27)
109 *Carolina Nolasquez* (h 27)
110 Cecelio Nolasquez (h 27)
494 Ignacio Nolasquez (h 27)
114 *Claudina Nolasquez* (h 27)
+ 459 Andreas Nolasquez (rw)

503 *? Nolasquez**
144 *Regina Nolasquez*
504 Fernando Nolasquez
506 *Rosa Nolasquez*
507 *Francisco Nolasquez*
508 *Dorotea Nolasquez*
509 *Rosinda Nolasquez*
—115 *Felipa Nolasquez* (h 27)

199 *Casilda* (by W)
+ 198 Cayutan Welmas
497 Gigemo (by W)
30 *Miguela* (by W)
498 *Esperanza* (?)
499 *Mario Antonio* (?)
500 Santiago (?)
501 *Martha Regetta* (W)
502 *Juana Regetta* (W)

510 *Clara Welmas*
203 *Rosa Welmas*
206 *Mercedes Welmas*
201 Miguel Welmas
511 *Marianna Welmas*

HOUSE 29

512 Juan Diego teütnikut
+ 513 *Diega* (*teütnikut*)

HH 514 Jose Maria
sivimñat
+ 515 *Mercholla*
*teütnikut*

516 *Sylvestra sivimñat*
+ 95 Adolfo Moro
(Northern Indian)

517 *Triselda Moro*
518 *Andrea Moro*
+ 124 Ambrosio
sauivil (h 40)
+ 520 Joe sivimñat
(h 34, 35)
521 *Matilda Moro**
522 Damacio Moro*
98a Domingo Moro
+ 373 *Florida kaval*
(h 13)
+ 519 *Nicolasa iswit*
(MC)
523 *Adelina Moro*
524 *Macedonia Moro*
96 Andres Moro
525 *Rita Moro*
526 *Anita Moro*
1 *Celsa Moro*
+ 527 Pedro apapas
(MC)

528 *Rosa sauivil**
529 Charles sivimñat

530 *Benedicia Moro*
531 Francisco Moro
532 *Antonina Moro*
533 *Marcellina Moro*
534 *Petra Moro*
100 *Annie Moro*
535 Gregorio Moro

2 George apapas
536 *Virginia apapas**
3 *Claudia apapas*
4 *Dovidia apapas*
537 *Sylvestra apapas**
5 James Edward
apapas

HOUSE 30

HH 274 Dolores sivimñat (h 2)
+ 538 *Francisca mitcax* (L)
+ 431 *Marcella sauivil* (h 18)

539 *Casalaria sivimñat*
540 *Tomasa sivimñat*
541 *? sivimñat**
542 *? sivimñat**

ACC0004711

HOUSE 31

HH 543 Alessandro Barker
+ 14 *Valerianna teútnikut*

544 *Simeon Barker*
545 *Manuel Barker**
71 *Angelita Barker*
+ 72 Remijo Lugo (MC)

160 *Genevieve Barker*
+ 302 Adolf Scholder (h 5)
15 Sam Barker

74 Antonio Lugo
546 *? Lugo**

547 *Violet Scholder**
161 *Mercella Scholder*
162 *Alessandro Scholder*
548 *Maria Jesus Scholder*
549 *Mary Jane Scholder*
550 *Louisa Scholder*

HOUSE 32

HH 388 Leon sivimûat (h 22)
+ 551 *Cinciona temewhanic*
(left 388)
+ 552 *Maria Ignacia
pumtumatûlnikie*

553 *Alvina sivimûat**
554 *Jose sivimûat**
555 *Serafina sivimûat*
556 *Dolores sivimûat*
557 Gregorio sivimûat
558 Ricardo sivimûat
559 *Constanta sivimûat*
560 *Teodoricia sivimûat*

HOUSE 33

561 *Gertrudis
kaval*
(sivimûat)

? *sivimûat*
(*wahawut*)
+ 562 *Petra
tepalyauic*
(sivimûat)

HH 563 Maximo
sivimûat
+ 343 *Arcadia
wahawut*
(h 10)

357 *Maria Antonio
sivimûat* (h 12)
+ 299 Francisco
kaval (h 5, 12)

+ 564 Benares
letcapa (D)
565 Silverio sivimûat
+ 208 *Ramona kaval*
(h 11, 34, 35)

566 Mercedes
(by ?)
567 Stephen
(by ?)

568 *Cleofis
letcapa*

HOUSE 34

2 HH 571 Francisco sivimûat
+ 572 *Barbara nauhañavite*
(MC)

HH 569 Leonardo sivimûat
+ 570 *Leonarda* (sivimûat)

577 *Eustacia sivimûat* (rb)
+ 578 Seferino tûcvikinvat
579 Alberto sivimûat
580 Asisquilo sivimûat
+ 581 *Victoria tûcvikinvat*
582 Pablo sivimûat
583 Rufino sivimûat
584 Antonio sivimûat
+ 277 *Malvina saulvil*
(h 3, 2nd marriage)
585 Juan de la Cruz
sivimûat
586 *Matilda sivimûat*
207 Juan Maria sivimûat
+ 208 *Ramona kaval* (h 11)
587 Miguel sivimûat

167 Cinon sivimûat (h 1)
+ 225 *Cinciona kaval* (h 1)

234 *Trincolina sivimûat* (h 1)
235 Gabriel sivimûat (h 1)

573 Fermin sivimûat
+ 574 *Martha teútnikut*
575 Jose Antonio sivimûat
+ 213 *Soledad kaval*

+ 576 *Maria iswit* (MC)

59 *Manuela sivimûat*
(h 1, 36, 37, 39)
588 *Martina sivimûat**
589 *Tiburcia sivimûat**
590 Bautisto sivimûat*
349 *Patricia sivimûat* (h 11)
219 *Liberata sivimûat* (h 1)
220 Vicente sivimûat
+ 591 *Encarnacion Rodriguez*
(h 36)
520 Jose (Joe) Domingo sivimûat
(h 29)
592 *Romana sivimûat*
593 Sylvestro sivimûat
594 Pedro Pablo sivimûat
595 Luis sivimûat

ACC0004712

HOUSE 35

297¹ *Marina sauivil* (h 3, 34)
297 Juan Maria sivimäat (h 34)
+298 *Ramona kaval* (h 11, 34)

HOUSE 36

HH 596 Javiel sivimäat (bro. 569) ——— 598 *Manuela sivimäat*
  + 597 *Javiela?*                                    591 *Encarnacion Rodriquez*
                                                                    (left 220, h 34)

HOUSE 37

HH 215 Matias teûtnikut ————————— 59 *Manuela sivimäat*
  + 213 *Soledad kaval*                                (h 1, 34, 36, 39)
                                                            230 Javiel teûtnikut (by 215)
                                                               (h 38)
                                                            + 599 *Francisca Chavez* (h 38)   52 Marcos teûtnikut (h 38)
                                                            600 Francisco teûtnikut (by 215)
                                                            601 Manuel teûtnikut (by 215)
                                                            602 *Julianna teûtnikut* (by 215)

HOUSE 38

HH 230 Javiel teûtnikut (h 37) ——————— 52 Marcos teûtnikut
  + 599 *Francisca Chavez* (h 37)

HOUSE 39

59 *Manuela sivimäat* ————————— 603 *Salvadora Griffith* (rh)
   (h 1, 34, 36, 37)                            + 187a Santos Valenzuela (D)
  + W                                                189 *Claudina Griffith* (rh)
                                                           + W
                                                       192 *Catherine Griffith* (rh)
                                                           + W
                                                       604 *Christina Griffith*

HOUSE 40

                                          445 *Isidora sauivil* (h 21)
                                          608 Adolfo sauivil*
                                          124 Ambrosio sauivil (Ortega)
                                          117 Jesus sauivil (Ortega)       609 Marcos sauivil*
                                            +118 *Jacinta baipa* (D)       610 Fidel sauivil*
                                                                                           611 *Teodoricia sauivil*
                                                                                           612 *Rebecca sauivil*
                                                                                           613 Valentine sauivil*
HH 605 Pelegrino sauivil
   (bro. 212, h 1)
  + 606 *Josefa wantcñakik* ADC) ——— 431 *Marcella sauivil* (rh)
607 Enrique sauivil                             + 274 Dolores sivimäat
607a Jose sauivil                                   (h 2, 36)
                                                        125 Juan Bautista sauivil
                                                            (Ortega)
                                                        469 *Rafaela sauivil* (rh)
                                                            + 134 Jose Juan auliñawic
                                                               (h 22, 26)
                                                        278 *Malvina sauivil* (h 3, 34)

HOUSE 41

HH 42 *Jose Maria Chavez* —————— 614 *Angelita Chavez* (rh)
   (h 13, 22)                                          + Pima Indian
  + 43 *Nieves sivimäat* (h 1)             615 *Maria Chavez*
                                                        616 *Rosalie Chavez*
                                                        617 Santos Chavez
                                                        46 *Amelia Chavez*

ACC0004713

CENSUS 2

House Census of Misston "1865" to 1902[422]

W. HOUSE 1

HH 1W Juan Diego kaval
  + 2W *Madelena tepaiyauic* (MC)

┌ 3W *Maria Benito kaval*
│ 4W ? kaval*
└ 5W ? kaval*

W. HOUSE 2

HH 6W Marcos tücvikinvat
  + 7W ? *sivimüat*

┌ 8W *Conccpcion tücvikinvat*
│ 9W Crescentio tücvikinvat —————
│   + 10W *Josefa awilem* (DC)
└ 419 Jose Maria pumtumatülnikic
     + 10W (on death of 9W)

┌ 11W *Susanna tücvikinvat*
│ 12W *Inocentia tücvikinvat*
│   + ?
│ 13W *Eduvicis tücvikinvat*
│ 14W *Salome tücvikinvat*
└ 15W Maximo tücvikinvat*

16W Crispino pumtumatülnikic       18W Obego
  + 17W *Martha toütnikut*              pumtumatülnikie
     (Wh 3)

W. HOUSE 3

HH 19W Jose Ignacio tücvikinvat
  + 20W *Dolores tcütnikut*



  + 17W *Martha toütnikut*
     (Wh 2)

┌ 21W Stephen tücvikinvat
│   + 384 *Catalina nauhanavite*
│      (h 14)
│ 22W Lino tücvikinvat (Wh 8)
│   + 23W *Guadelupe wantciñakik*
│      (DC)
│ 24W Jose tücvikinvat
│   + 25W *Maria wantciñakik*
│      (DC) (Wh 11)
│ 26W Maria Antonio tücvikinvat
└ 27W Maria Gracia tücvikinvat

┌ 28W Stephen tücvikinvat
│ 29W *Esperanza tücvikinvat*
│ 30W *Natividad tücvikinvat*
└ 31W Simon tücvikinvat

┌ 32W *Refugio tücvikinvat*
│ 33W Geronimo tücvikinvat
│ 34W *Felicidad tücvikinvat*
│ 35W Nicolas tücvikinvat
│ 36W Raymundo tücvikinvat
└ 37W Manuel tücvikinvat

[422] Symbols identical to those in Census 1.   W = Wilakal.   Plain numbers refer to Census 1.

W. HOUSE 4

HH 425 Pasqual pumtumatülnikic
  (h 16)
  + 32W *Refugia tücvikinvat*
     (Wh 3)

┌ 38W Pio pumtumatülnikic*
└ 39W Eduardo pumtumatülnikic

W. HOUSE 5

HH 40W Cervantes sivimüat
  (Wh 29)
  + 34W *Felicidad tücvikinvat*
     (Wh 3)

┌ 41W *Felicitia sivimüat*
│ 42W Rocentio sivimüat
│ 43W *Lucy sivimüat*
│ 44W Silverio sivimüat
└ 45W Felix sivimüat

W. HOUSE 6

46W Gabriel wiit (D)
  + 47W *Nievas tcütnikut*

HH 35W Nicolas tücvikinvat
  + 48W *Eusebia wiit* (D)

┌ 49W ? tücvikinvat
│ 50W ? tücvikinvat
│ 51W ? tücvikinvat
│ 52W ? tücvikinvat
│ 53W *Pia tücvikinvat*
│ 54W *Flora tücvikinvat*
│ 55W ? tücvikinvat
└ 56W ? tücvikinvat

W. HOUSE 7

57W *Victoria ciwi* (tcütnikut)

HH 37W Manuel tücvikinvat
  + 58W *Dominga ciwi* (L)

59W ? tücvikinvat*

ACC0004714

W. House 8

```
                              ┌ 32W  Isidora tücvikinvat
                              │ 33W  Geronimo tücvikinvat
HH 22W Lino tücvikinvat (Wh 3) │ 34W  Felicidad tücvikinvat
  + 23W Guadelupe wantoinakik   │ 35W  Nicolas tücvikinvat
        (DC)                    │ 36W  Raymundo tücvikinvat
24W Jose tücvikinvat (Wh 3)     └ 37W  Manuel tücvikinvat
  + 25W Maria wantoinakik
        (DC) (Wh 11)
                                60W  Conrado tücvikinvat
```

W. House 9

```
                              ┌ 63W  Juan tücvikinvat
                              │ 64W  Teresa tücvikinvat (rh)
                              │   + 65W Felipe teütnikut
                              │        (Wh 16)
HH 61W Martin tücvikinvat     │ 66W  Victoria tücvikinvat
  + 62W Dolores costakik (MC) │ 67W  Claudio tücvikinvat
                              │ 68W  Bautisto tücvikinvat
                              │ 69W  Salvador tücvikinvat
                              └ 70W  Ricardo tücvikinvat
```

W. House 10

```
                              ┌ 73W  Tomasa tücvikinvat
HH 71W Manuel tücvikinvat     │ 74W  Margarita tücvikinvat (rh)
  + 72W Isidora teütnikut     │   + 75W Jose Maria
                              └        pumtumatübnikie (Wh 16)
```

W. House 11

```
                   ┌ 77W Juan Luis tücvikinvat    ┌ 89W Luis tücvikinvat
                   │   + 78W Maria wantoiñakik     │ 90W ? tücvikinvat*
                   │        (DC) (25W?)            │ 91W ? tücvikinvat*
                   │                               │ 92W Felicita tücvikinvat    98W Isabel nauhañavite
                   │                               │   + 93W Ignacio nauhañavite
                   │                               └        (MC)
                   │ 79W Joaquin tücvikinvat
                   │   + 80W Anna Maria wantoiñakik
                   │        (DC)                    94W ? tücvikinvat*
                   │   + 81W Encarnacion teütnikut
HH 76W Pablo tücvikinvat   2 HH 82W Gavino tücvikinvat   95W Joaquina tücvikinvat*
  + 42½ Isidora pumtumatülnikie │  + 83W Teresa temewhanic
        (h 16)             │        (MC)               96W Brigita tücvikinvat*
                   │   + 84W Maria teütnikut
                   │                               97W ? tücvikinvat*
                   │ 85W Teodora tücvikinvat
                   │ 86W Juan Diego tücvikinvat
                   └ 87W Lola tücvikinvat

153W Simon tücvikinvat         88W Christina tücvikinvat
  + 154W Ramona sivimñat
        (Wh 20)
```

W. House 12

```
                   ┌ HH 100W Cecelio tücvikinvat
                   │   + 101W Antonina natcütakik········ 105W Jose Severiano tücvikinvat
                   │        (MC) (Wh 16)
99W Maria Ignacio teütnikut │   + 102W Josefa wantoinakik ······ 106W Leandro tücvikinvat
        (tücvikinvat)  │        (DC)
                   │ 103W Benacio tücvikinvat
                   └ 104W Torifio tücvikinvat (dead)   107W Seferino tücvikinvat
```

ACC0004715

W. HOUSE 13

HH 107W Severino tücvikinvat
(Wh 12)
+3W *Maria Benita kaval*
(Wh 1)

108W *Joaquin* tücvikinvat
109W *Loreta tücvikinvat* (rh)
+110W Honorato wiit (D)

W. HOUSE 14

HH 60W Conrado tücvikinvat
(Wh 8)
+111 *Francisca ?* (PC)

W. HOUSE 15

HH 111W Luis teütnikut
+112W *? wĕwonicyauam* (DC)

113W Juan teütnikut
+114W *Vivianna ?* (W)
115W Marcelino teütnikut
116W *Marcellina tcütnikut*

117W Francisco teütnikut
+118W *Martha natcütakik* (DC)
119W Mariano teütnikut
120W Bautisto teütnikut
+121W *Anna naubañavite* (MC)
122W Amelio teütnikut
123W *Bernadina tcütnikut* (rh)
+ ?

W. HOUSE 16

HH 124W Juan teütnikut
+101W *Antonina natcütakik*
(MC)

65W Felipe tcütnikut (Wh 9)
+64W *Teresa tücvikinvat*
125W *Valerianna tcütnikut*
+W
406 Gervasio teütnikut
+127W *Victoria tücvikinvat*

128W *Mercedes tcütnikut*

129W *Rocinda tcütnikut*

W. HOUSE 17

130W *? tcïyalyiñawhic*
(D)

HH 131W Manuel
teütnikut
(Wh 19)
+132W *Isabel
temewhanic*
(MC)

133W *Milina tcütnikut*
134W Francisco teütnikut
135W *Victoria teütnikut*
+136W Juan de Mati
siwi (L)

137W Pomoseno siwi
+ 138W *Nicolasa
wantcïñakik*
(DC)
139W *Dominga siwi*
+198 Cayutan
Welmas (W)
140W *Portacia siwi*
+141W Felipe
naubañavite (MC)
142W *Juliana siwi*
143W Mateo siwi
+144W *Lola
wantcïñakik* (DC)

145W Alfredo
Welmas

146W *? siwi*

W. HOUSE 18

HH 145W Alfedro Welmas
(Wh 17)
+147W *Patrea tõbak* (L)

148W Cirilio Welmas
149W Julian Welmas

ACC0004716

W. House 19

```
                                   ┌─ 151W ............o teũtnikut
                                   │      + 109W  Loreta tũevikinvat
                                   │          (Wh 13)
                                   │    84W  Maria  teũtnikut
                                   │          (Wh 11) (rh)
                                   │      + 82W  Gavino tũevikinvat
  HH 131W Manuel teũtnikut         │          (Wh 11)
        (2nd family)               │    17W  Martha teũtnikut
     + 150W ? kaunukalakik (MC)    │          (Wh 2, 3) (rh)
                                   │      + 19W  Jose Ignacio tũevikinvat
                                   │          (Wh 3)
                                   │    81W  Encarnacion teũtnikut
                                   │          (Wh 11) (rh)
                                   │      + 79W  Joaquin tũevikinvat
                                   └─        (Wh 11)
```

W. House 20

```
                                   ┌─ 154W  Ramona sivimũat
                                   │          (Wh 11) (rh)
                                   │      +153W  Simon tũevikinvat
                                   │          (Wh 11)
                                   │   155W  Jesus sivimũat——————————— (several children)*
                                   │      + 156W  Maria nashañavito
  HH 151W Juan Diego sivimũat      │   157W  Refugia sivimũat
     + 152W  Vivianna tepaũyuuk    │   158W  Josefa sivimũat
        (MC)                       │    40W   Cervantes sivimũat (Wh 5)
                                   │   159W  Jose sivimũat
                                   └─     + 160W Andrea paaulakik (MC)
```

ACC0004717

## CENSUS 3

*Pala Census for the Year 1919*

Compiled by E. W. Gifford from the Pala agency records, December 18, 1919, with the addition of tribe, village, moiety, and clan data from native informants,[423] per E. W. Gifford and W. D. Strong

| No.[424] | Name | Age | Sex | Relation | Village | Moiety | Clan[425] | Tribe |
|---|---|---|---|---|---|---|---|---|
| 1 | Apapas, Celsa | 44 | F | Widow | kúpa | – | ? | Cu. |
| 2 | George | 25 | M | S | kúpa | C | apapas | Ca. |
| 3 | Claudia | 23 | F | D | kúpa | C | apapas | Ca. |
| 4 | Dovidia | 19 | F | D | kúpa | C | apapas | Ca. |
| 5 | James Edward | 17 | M | S | kúpa | C | apapas | Ca. |
| 6 | Celestina | 6 | F | D | kúpa | C | apapas | Ca. |
| 7 | Ardillo, Camillo | 32 | M | B | Old Pala | – | keñic (Ardea) | L. |
| 8 | Febridad | 46 | F | B | Old Pala | – | keñic (Ardea) | L. |
| 9 | Thecla | 43 | F | B | Old Pala | – | keñic (Ardea) | L. |
| 10 | Francisco | 70 | M | W'r | Old Pala | – | keñic (Ardea) | L. |
| 11 | Robert | 25 | M | S | Old Pala | – | keñic (Ardea) | L. |
| 12 | William | 29 | M | S | Old Pala | – | keñic (Ardea) | L. |
| 13 | Damicio | 32 | M | S | Old Pala | – | keñic (Ardea) | L. |
| 14 | Barker, Valarianna | 76 | F | Widow | kúpa | ? | teñtnikut | Cu. |
| 15 | Sam | 43 | M | S | kúpa | C | kavalim | Cu. |
| 16 | Blacktooth, Pasqual | 64 | M | H | kúpa | C | pumtum | Cu. |
| 17 | Francisca | 54 | F | W | kúpa | W | auliatim | Cu. |
| 18 | Felicidad | 22 | F | D | kúpa | C | pumtum | Cu. |
| 19 | Loretta | 17 | F | D | kúpa | C | pumtum | Cu. |
| 20 | Augustin | 14 | M | S | kúpa | C | pumtum | Cu. |
| 21 | Susanna | 27 | F | D | kúpa | C | pumtum | Cu. |
| 22 | Blacktooth, Mariamo | 35 | M | H | kúpa | C | pumtum. | Cu. |
| 23 | Lizzie | 30 | F | W | San Felipe | – | ? | D. |
| 24 | Peter | 5 | M | S | Pala | C | pumtum. | Cu. |
| 25 | José Cecelio | 3 | M | S | Pala | C | pumtum. | Cu. |
| 26 | ———, | 1 | F | D | Pala | C | pumtum. | Cu. |
| 27 | Brittain, Margarita | 63 | F | W | kúpa | W | auliatim | Cu. |
| 28 | Freeman, Juana (half white) | 23 | F | D | kúpa | W | auliatim | Cu. |

[423] Information obtained from native informant, Mrs. Margarita Brittain, and others.

[424] Numbers are those of agency register. Additions to agency register have "a" suffixed.

[425] The tribe of the individual is the same as that of the father. If the father is white, then the tribe and clan is that to which the mother belongs.

ACC0004718

CENSUS 3—(Continued)

| No.[69] | Name | Age | Sex | Relation | Village | Moiety | Clan[48] | Tribe |
|---|---|---|---|---|---|---|---|---|
| 29 | August | 1 | M | GrS | kūpa | W | auliatim | Cu. |
| 30 | Brittain Miguela | 41 | F | D | kūpa | W | auliatim | Cu. |
| 31 | Mane Antonio | 33 | F | D | kūpa | W | auliatim | Cu. |
| 32 | Santiago | 32 | M | H | kūpa | W | auliatim | Cu. |
| 32a | Flora | — | F | W | Pichanga | — | ? | L. |
| 33 | James F. | 5 | M | S | Pala | W | auliatim ? | Cu. |
| 34 | Joseph Frementius | 7 | M | S | Pala | W | auliatim ? | Cu. |
| 35 | Margarita | 6 | F | D | Pala | W | auliatim ? | Cu. |
| 36 | Paulina | 3 | F | D | Pala | W | auliatim ? | Cu. |
| 37 | Beltran, Sinforosa | 19 | F | GrD | Old Pala | ? | ? | L. |
| 38 | Calac, Evorista | 38 | F | W | Old Pala | ? | ? | L. |
| 39 | Castillo, Adelina | 31 | F | GrD | Old Pala | — | ? | L. |
| 40 | Chapulo, Trincolina | 40 | F | D | kūpa | — | ? | D. |
| 41 | Chavez, Antonio | 44 | M | B | kūpa | W | tūevikin. | Cu. |
| 42 | Jose Maria | 53 | M | B | kūpa | W | tūevikin. | Cu. |
| 43 | Nievas | 51 | F | W | kūpa | W | sivimūat | Cu. |
| 44 | Angelita | 31 | F | D | kūpa | W | tūevikin. | Cu. |
| 45 | Rosalie | 29 | F | D | kūpa | W | tūevikin. | Cu. |
| 46 | Amelia | 16 | F | D | Pala | W | tūevikin. | Cu. |
| 47 | Christina | 15 | F | D | Pala | W | tūevikin. | Cu. |
| 48 | Tomas | 14 | M | S | Pala | W | tūevikin. | Cu. |
| 49 | Sylverio | 10 | M | S | Pala | W | tūevikin. | Cu. |
| 50 | Chatnicut, Francisco | 47 | M | H | kūpa? | ? | tcūtnikut | Cu. |
| 51 | Chutnicut, Frank Howry | 1 | M | S | Pala | ? | tcūtnikut | Cu. |
| 52 | Marcos | 30 | M | B | kūpa | ? | tcūtnikut | Cu. |
| 53 | Chuparosa, Cecelio (dead) | 104 | M | W'r | wilakal | ? | tūevikin. | Cu. |
| 54 | Freeman, Florence | 8 | F | D | Pala | ? | ? | ? |
| 55 | Regus | 6 | M | S | Pala | ? | ? | ? |
| 56 | Garland, Blastro | 29 | M | H | San Felipe | ? | ? | D. |
| 57 | Alessandro | 1 | M | S | Pala | ? | ? | ? |
| 58 | Garcia, Ramon | 27 | M | B | Old Pala | — | ? | ? |
| 59 | Griffith, Manuela | 67 | F | Widow | kūpa | W | sivimūat | Cu. |
| 60 | Golsh, Albert | 33 | M | H | Old Pala | — | ? | L. |
| 61 | Golsh, ----- | — | M | S | Old Pala | — | ? | ? |
| 62 | Golsh, ----- | — | M | S | Old Pala | — | ? | ? |
| 63 | Lancaster, Frances | 57 | F | Widow | Old Pala | — | ? | L. |
| 64 | Apemanio | 22 | M | S | Old Pala | — | ? | ? |
| 65 | Amelia | 20 | F | D | Old Pala | — | ? | ? |
| 66 | Annessetta | 18 | F | D | Old Pala | — | ? | ? |
| 67 | Guadelupe | 26 | F | D | Old Pala | — | ? | ? |
| 68 | Lachuza, Jose Juan | 61 | M | W'r | kūpa | ? | ? | ? |
| 69 | Leo, Anselmo | 75 | M | W'r | kūpa | — | ? | D. |
| 70 | Linton, Magdalena | 40 | F | Widow | kūpa | — | ? | ? |
| 71 | Lugo, Encarnaciona | 76 | F | Widow | Old Pala | — | ? | L. |
| 72 | Remijio | 45 | M | H | Paul | C | hōkwite. | Ca. |
| 73 | Angelita | 47 | F | W | kūpa | C | kavalim | Cu. |

CENSUS 3—(Continued)

| No.[69] | Name | Age | Sex | Relation | Village | Moiety | Clan[48] | Tribe |
|---|---|---|---|---|---|---|---|---|
| 74 | Antonio | 19 | M | S | Pala | ? | hōkwite. | Ca. |
| 75 | Nemisio | 13 | M | S | Pala | ? | hōkwite. | Ca. |
| 76 | Stephen | 7 | M | S | Pala | ? | hōkwite. | ? |
| 77 | Ramon | 56 | M | B | Old Pala | ? | ? | ? |
| 78 | Escolastica | 54 | F | B | Old Pala | ? | ? | ? |
| 79 | Maria Niquela | 47 | F | W | ? | ? | ? | ? |
| 80 | Lugo, Eustarkio | 64 | M | H | ? | ? | ? | ? |
| 81 | Lyon, Willie | 31 | M | H | kūpa | C | kaval | Cu. |
| 82 | Florian | 3 | M | S | Pala | C | kaval | Cu. |
| 83 | Willie Jr | 2 | M | S | Pala | C | kaval | Cu. |
| 84 | Mechac, Marcos | 69 | M | W'r | Puerta Cruz | — | hilelba' | L. |
| 85 | Jose Maria | 85 | M | H | Puerta Cruz | — | hilelba' | L. |
| 86 | Mystica | 20 | F | D | kūpa | — | hilelba' | L. |
| 87 | Juan | 33 | M | H | Pala | — | hilelba' | L. |
| 88 | ----- | 3 | M | S | kūpa | — | hilelba' | L. |
| 89 | Frank | 32 | M | B | kūpa | — | hilelba' | L. |
| 90 | Rebecca | 26 | M | Widow | kūpa | — | hilelba' | L. |
| 91 | Rafael | 6 | M | S | Pala | ? | teūtnikut | Cu. |
| 92 | Agatha | 4 | F | D | Pala | ? | teūtnikut | Cu. |
| 93 | Faustine | 3 | M | S | Pala | ? | teūtnikut | Cu. |
| 94 | ----- | 1 | M | S | Pala | ? | teūtnikut | Cu. |
| 95 | Moro, Adolpho Sr. | 83 | M | H | kūpa | ? | ? | ? |
| 96 | Andrew | 39 | M | B | kūpa | ? | ? | ? |
| 97 | Adolpho Jr. | 29 | M | B | kūpa | ? | ? | ? |
| 98 | Charles | 22 | M | B | kūpa | ? | ? | ? |
| 98a | Domingo | ? | M | H | ? | ? | ? | ? |
| 99 | Nicholass | 43 | F | Widow | ? | ? | ? | Ca. |
| 100 | Agnes Annie | 21 | F | D | kūpa | ? | ? | ? |
| 101 | Catherine | 14 | F | D | kūpa | ? | ? | D. |
| 102 | Nejo, Jose | 87 | M | H | San Felipe | — | ? | D. |
| 103 | Josepha | 79 | F | Widow | San Felipe | — | ? | D. |
| 104 | Jose Jr | 47 | M | S | ? | — | ? | D. |
| 105 | John | 4 | M | GrS | Pala | — | ? | D. |
| 106 | Felicidad | 26 | F | D | ? | — | ? | D. |
| 107 | Nogales, Jose | 39 | M | H | kūpa | C | pumtum. | Cu. |
| 108 | Nolasquez, Ramon | 47 | M | B | kūpa | C | saulvil | Cu. |
| 109 | Carolina | 45 | F | B | kūpa | C | saulvil | Cu. |
| 110 | Cecelio | 43 | M | B | kūpa | C | saulvil | Cu. |
| 111 | Rafael | 35 | M | B | kūpa | C | saulvil | Cu. |
| 112 | Salvador | 58 | M | W'r | kūpa | C | saulvil | Cu. |
| 113 | Rosinda | 27 | F | D | kūpa | C | saulvil | Cu. |
| 114 | Claudina | 39 | F | W(168) | kūpa | C | saulvil | Cu. |
| 115 | Felipa | 17 | F | D | Pala | C | saulvil | ? |
| 116 | Louis | 14 | M | S | Pala | ? | ? | ? |
| 117 | Ortega, Jesus | 46 | M | H | kūpa | C | saulvil | Cu. |
| 118 | Jacinta | 44 | F | Widow | Santa Ysabel | — | ? | D. |
| 119 | Evarista | 19 | F | D | Pala | C | saulvil | Cu. |

ACC0004719

CENSUS 3—(Continued)

| No.[424] | Name | Age | Sex | Relation | Village | Moiety | Clan[453] | Tribe |
|---|---|---|---|---|---|---|---|---|
| 120 | Juan de Mater | 13 | M | S | Pala | C | sauívil | Cu. |
| 121 | Francisco Javiel | 11 | M | S | Pala | C | sauívil | Cu. |
| 122 | Cecelia | 9 | F | D | Pala | C | sauívil | Cu. |
| 123 | Gregory | 7 | M | S | Pala | C | sauívil | Cu. |
| 124 | Ambrosio | 50 | M | B | kúpa | C | sauívil | Cu. |
| 125 | John | 42 | M | H | kúpa | C | sauívil | Cu. |
| 126 | Nellie | 28 | F | Widow | San Jose | — | ? | D. |
| 127 | Maria Magdalena | 8 | F | D | Pala | C | sauívil | Cu. |
| 128 | Bitus | 6 | M | S | Pala | C | sauívil | Cu. |
| 129 | Ferdinand | 3 | M | S | Pala | C | sauívil | Cu. |
| 130 | Josephine | 4 | F | D | Pala | C | sauívil | Cu. |
| 131 | Owlinguish, Petronilla | 13 | F | Orphan | Pala | W | aulíñawic | Cu. |
| 132 | Christina | 9 | F | Orphan | Pala | W | aulíñawic | Cu. |
| 133 | Lucretia | 8 | F | Orphan | Pala | W | aulíñawic | Cu. |
| 134 | Jose Juan | 75 | M | H | kúpa | W | aulíñawic | Cu. |
| 135 | Rafaela | 48 | F | Widow | kúpa | C | sauívil | Cu. |
| 136 | Henry | 20 | M | S | kúpa | C | sauívil | Cu. |
| 137 | Louis | 30 | M | B | kúpa | C | sauívil | Cu. |
| 138 | Quashish, Marcelino | 69 | M | H | kúpa | — | ? | Cu. |
| 139 | Josepha | 59 | F | Widow | ? | — | ? | L. |
| 140 | Peña, Nicholas | 37 | M | B | kúpa | W | taka'at | Cu. |
| 141 | Cornelius | 33 | M | B | kúpa | W | taka'at | Cu. |
| 142 | Johnson, Juliana | 26 | F | Widow | kúpa | W | taka'at | Cu. |
| 143 | Portillo, Florencio | 32 | M | H | San Felipe | — | ? | D. |
| 144 | Regina | 35 | F | Widow | San Felipe | C | sauívil | Cu. |
| 145 | Domingo | 8 | M | S | San Felipe | — | ? | D. |
| 146 | Rita | 6 | F | D | San Felipe | — | ? | D. |
| 147 | Josephine | 5 | F | D | San Felipe | — | ? | D. |
| 148 | Magdalena | 2 | F | D | San Felipe | — | ? | D. |
| 149 | Quitac, Lucas | 33 | M | H | San Felipe | — | ? | D. |
| 150 | Francisca | 45 | F | Widow | San Felipe | — | ? | D. |
| 151 | Reiter, Andrea Mora | 49 | F | Widow | kúpa | ? | ? | ? |
| 152 | Robles, Remijio | 30 | M | B | San Felipe | — | ? | D. |
| 153 | Romero, Julio | 31 | M | H | kúpa | W | aulíñawic | Cu. |
| 154 | Garcia, Cinciona | 30 | F | Widow | Old Pala | — | ? | L. |
| 155 | Roberts, Julianna | 45 | F | Widow | Pala | ? | teútnikut | Cu. |
| 156 | Romero, Manuela | 31 | F | Widow | kúpa | W | aulíñawic | Cu. |
| 157 | Salazar, Maria | 69 | F | Widow | Old Pala | — | ? | L. |
| 158 | Sebastian | 20 | M | S | ? | ? | ? | ? |
| 159 | Albino | 24 | M | S | Old Pala | — | ? | L. |
| 160 | Scholder, Genevieve Barker | 39 | F | W | kúpa | C | kaval | Cu. |
| 161 | Marcella | 19 | F | D | kúpa | C | kaval | Cu. |
| 162 | Alexander | 18 | M | S | Pala | C | kaval | Cu. |
| 163 | Joseph Abraham | 13 | M | S | Pala | C | kaval | Cu. |
| 164 | Virginia | 10 | F | D | Pala | C | kaval | Cu. |
| 165 | Bernice Genevieve | 6 | F | D | Pala | C | kaval | Cu. |

CENSUS 3—(Continued)

| No.[424] | Name | Age | Sex | Relation | Village | Moiety | Clan[453] | Tribe |
|---|---|---|---|---|---|---|---|---|
| 166 | William | 4 | M | S | Pala | C | kaval | Cu. |
| 167 | Sivimuat, Sinon | 80 | M | W'r | kúpa | W | sivimuat | Cu. |
| 168 | Gabriel | 50 | M | H(14) | kúpa | W | sivimuat | Cu. |
| 169 | (number not used) | | | | | | | |
| 170 | Sivimuat, Esperanza | 41 | F | Widow | kúpa | W | sivimuat | Cu. |
| 171 | Zenobia | 37 | F | Widow | kúpa | W | sivimuat | Cu. |
| 172 | Soto, Benicio | 39 | M | H | Puerta Cruz | — | ? | L. |
| 173 | Melvina | 40 | F | Widow | kúpa | C | sauívil | Cu. |
| 174 | Duro, Juan | 23 | M | S | Old Pala | — | ? | L. |
| 175a | Catherine | 20 | F | sD | Old Pala | — | ? | L. |
| 176 | Ramon | 10 | M | sS | Old Pala | — | ? | L. |
| 177 | Pico, Joe | 8 | M | Orphan | Old Pala | — | ? | L. |
| 178 | Scott, Filemino | 37 | M | H | Old Pala | — | ? | L. |
| 179 | Ramona Golsh | 28 | F | Widow | Old Pala | — | ? | L. |
| 180 | Marian | 6 | F | D | Old Pala | — | ? | L. |
| 181 | Ethel | 3 | F | D | Old Pala | — | ? | L. |
| 182 | | 1 | F | D | Old Pala | — | ? | L. |
| 183 | Trujillo, Esperanza | 34 | F | Widow | kúpa | W | aulíñawic | Cu. |
| 184 | Viviana | 12 | F | D | Pala | — | ? | L. |
| 185 | Albino | 9 | M | S | Pala | — | ? | L. |
| 186 | Delfrida | 6 | F | D | Pala | — | ? | L. |
| 187 | Florian | 3 | M | S | Pala | — | ? | L. |
| 187a | Martha | 3mo | F | D | Pala | — | ? | L. |
| 188 | Valenzuela, Salvadora | 45 | F | Widow | kúpa | W | sivimuat | Cu. |
| 189 | Claudina (H) | 26 | F | Widow | Mesa Grande | — | ? | D. |
| 190 | Nadine Helen | 1 | F | D | Pala | — | ? | ? |
| 191 | Mojado, Catherine Valen | 24 | F | Widow | Mesa Grande | — | ? | D. |
| 192 | Francis | 4 | M | S | La Jolla | — | ? | L. |
| 193 | Lucille | 3 | F | D | La Jolla | — | ? | L. |
| 194 | Ortega, Margaret | 23 | F | Widow | kúpa | W | aulíñawic | Cu. |
| 195 | Ortega, Guadalupe | 7 | F | D | Pala | ? | ? | ? |
| 196 | | 2 | F | D | Pala | ? | ? | ? |
| 197 | | 1 | M | S | Pala | ? | ? | ? |
| 198 | Wehnas, Cayutan | 59 | M | H | Portuguese | — | ? | ? |
| 199 | Casilda | 45 | F | W | kúpa | W | aulíñawic | Cu. |
| 200 | Rufina | 21 | F | D | kúpa | W | aulíñawic | Cu. |
| 201 | Miguel | 18 | M | S | Pala | W | aulíñawic | Cu. |
| 202 | Jose Juan | 14 | M | S | Pala | W | aulíñawic | Cu. |
| 203 | Rosa | 11 | F | D | Pala | W | aulíñawic | Cu. |
| 204 | Serafina | 8 | F | D | Pala | W | aulíñawic | Cu. |
| 205 | Philip | 28 | M | S | kúpa | W | aulíñawic | Cu. |
| 206 | Merced | 26 | F | D | kúpa | W | aulíñawic | Cu. |
| 207 | Sibimoat, Juan Maria | 68 | M | H | kúpa | W | sivimuat | Cu. |
| 208[425] | Ramona | 65 | F | Widow | kúpa | C | kaval | Cu. |

426 One number, 169, not used. Four extra "a" numbers. Total: 211.

Case 5:13-cv-00883-JGB-SP Document 85-10 Filed 10/21/14 Page 21 of 69 Page ID #:2078

### The Organization of the Clan

The mythical origin of the kúpa clans appears in the latter part of the kúpa decimation and revival legend.[427] This is given in complete form below, but that part concerning the origin of the clans is repeated here.

Kisil-piwic and his mother, having destroyed their enemies, were alone at kúpa.

His mother was grinding acorn meal when from the west she saw two women approaching. She called to her son, telling him that two persons—women not warriors—were approaching. The women came to a patch of wild currants and hid there. So kisil-piwic sent his mother to bring them to kúpa. She found the girls and asked them if they were not afraid. They replied that they were not. Then the mother said, "You have come to carry wood and water for me." She took the two sisters, who were from taka'at (base of Smith mountain in Luiseño territory), and brought them to her son. He married both of them.

First the older sister had two sons, then the younger sister had one son. When the sons of the older sister grew up they married sivimúatim women. These were southerners from túuhut and túuvuli (about six miles south of kúpa). The son of the younger sister married an alihawiteum woman from solúkma (near wilakal). Each of these families also had children.

The oldest son and his wife were very good to kisil-piwic; the others were not. This made the old man very angry and he called all his descendants together. Then he said, "This is my eldest son; his name shall be kaval—he will see farther and own more land than all others." Then to the second son he said, "Build your house away at sitcul (place under thorny bushes), and call yourselves puntumatúlnikic (black tooth), for you are stingy and must live there." To the third son he said, "Go to the north and call yourselves temewhanite (northerner)." Thus, from the beginning, all the kúpa people were close relatives.

The above legend states that kisil-piwic and his sons intermarried with one Luiseño clan and two Dieguño clans, all three of whom belonged to the wildcat moiety, whereas the three clans founded by the sons were of the coyote moiety. The legendary genealogy of the kúpa clans is as follows:

#### Mythical Kúpa Genealogy

kisil-piwic (Cahuilla?)

+ ♀ taka'atim (Luis.)     1st kavalim (Cu.)
                       + ♀ sivimúat (Dieg.)
                       1st puntumatúlniktcum (Cu.)
                       + ♀ sivimúat (Dieg.)

+ ♀ taka'atim (Luis.)     1st temewhaniteum (Cu.)
                       + ♀ aulíatim (Dieg.)

427 The two Cupeño women who told this legend belonged to the sivimúat clan.

According to informants the three wildcat lineages in clan 4 (see table 8) have always been united under one head, lineage 4a usually having the chief, although lineage 4b has had several recorded leaders of the group. Lineage 4c seems to have always been under the domination of one of the others. According to tradition the sivimúatim people who did not unite with the other Cupeño remained at túuhut and continued to talk the Diegueño language while the kúpa branch spoke Cupeño.

The ancestors of the three coyote clans (1–3) were supposed to have originally come from San Ignacio and to have spoken Cahuilla. According to theory their founder kisil-piwic gave all the lands to his oldest son, the first kaval, and he in turn allotted parts to each of the other clans. The saúvilem clan members are Mountain Cahuilla from San Ignacio who came to kúpa only about three generations ago, intermarried with the kavalim clan, and shared their lands with them. The two main Cupeño informants, Mrs. Griffith and Mrs. Valenzuela, claimed that clans 1 and 2 were considered as close relatives and could not marry, but that either clan could marry into clan 3. They explained this dissolution of the moiety bond on the grounds that the ancestors of clans 1 and 2 were full brothers as shown above in the legendary genealogy, and that their descendants always lived very close to one another, while clan 3, although supposedly founded by a half-brother, had its home territory farther away. This assumed correlation between propinquity and consanguinity apparently played a rather large rôle in determining marriage and other regulations. It will be discussed in more detail later.

There is no clan origin myth on record for the village of wilakal. It seems certain however that the teútnikut clan (no. 6) was of Diegueño origin. Even today their songs and rituals are in that language. The túcvikinvatim clan (no. 7) on the other hand seems to be of Cahuilla origin, and their ceremonies are conducted in that language. Whether either of these clans belonged to either of the moiety divisions is not positively known. Gifford has stated that both belonged to the wildcat moiety,[428] and such is the general opinion of kúpa people. When the actual cases of marriage involving these two clans are considered, it appears that there are more marriages not in accord with such a moiety alignment than are in accord with it. Moreover, there are several cases of intermarriage between these two clans in comparatively early times. This is not characteristic of any

428 Present series, 14:193, 1918. Am. Anthr., n. s., 28:395, 1926.

ACC0004721

of the other dichotomous groups we have considered except certain of the Pass Cahuilla clans where the moiety ruling had become almost obsolete. As later discussion will show, the people at kúpa considered the moiety bond rather lightly, yet their marriages are much more in accord with it than are those at wilakal. Evidently wilakal was on the border of that area where dichotomy prevailed and it seems possible that neither clans 6 or 7 belonged to one moiety or the other.

The clan genealogies at kúpa reveal much the same social situation as prevailed among the Cahuilla but the clans appear to have been larger and more stabilized. The genealogy of the kavalim clan (genealogy 14) covers five generations, the three male survivors being now men of middle age or more. The relationships of the various branches of the clan are indicated by the lines, question marks indicating persons in the line of descent whose names were not remembered. Those relationships where connections are established through unremembered ancestors are not so hypothetical as they may appear, for they are based on the degree of relationship said to exist between the parties concerned. The indications are that five generations ago the kaval lineage might have been reduced to one family. This is a possibility, but it is much more probable that the collateral branches extend farther back than the reconstruction indicates. On the other hand there seems no reason to doubt the fundamental lineage nature of the group. In nearly all cases the degree of relationship, usually cousinship, was remembered by the living people and no persons were encountered in the various censuses or genealogical lists who did not show some degree of relationship to the main line, which on account of its completeness may be taken as that from Antonio kaval down to Mauricio and Lazarus Laws. The latter surname marks an interesting series of name changes from kaval, nicknamed Garra, through kaval, nicknamed nauwilot, to Laws, which is a refined pronunciation of nauwilot or louse. The genealogy shows clearly how nicknames acquired by individuals may later be applied to lineages or clans. One individual, Antonio, was nicknamed Garra, but this name seems to have disappeared. Two of his sons (299, 344) were nicknamed nauwilot, and this name, today translated Laws, was passed on. Another son (211) was nicknamed teañalañalic, or sprout, and this name passed on to his son. Likewise one of Antonio's cousins (247) was nicknamed núka, or daughter-in-law, and this name was also passed down in his line. The above nicknames according to informants were in the main acquired by amatory episodes which excited

the mirth of the people. The importance of the custom was shown especially well by the five branch Cahuilla lineages at Los Coyotes, which acquired their individual names in this fashion. Luiseño data from La Jolla, to be given later, show the same process. In the light of these cases we may without undue theorizing assume that had any branches of the kaval clan been forced to move away on account of food scarcity or other causes, they would in the course of a few generations have become known by the above or similar nicknames, while the name kaval would in time become unknown to them. How often this has happened in the past to the clans we are considering can naturally never be known, but it is a process which may be seen going on among the groups under consideration.

A brief study of the kavalim genealogy gives a striking illustration of the way in which the numbers of the clan have fallen off in the last two generations. Of the fourteen men in the next to the last generation one man is alive. Of the last generation only five are on record, and of these only two are known to be alive. One generation has practically seen the extermination of the largest and most powerful Cupeño clan. The same state of rapid decline is shown in all the other kúpa genealogies, where the high mortality and sterility of the groups is striking. It affords a clear example of a decline in population due to a new and uncongenial environment. From contemporary accounts it would seem that the same fate quickly befell the natives transplanted to the missions in earlier times. The Cupeño as a whole were not taken away under the old mission régime, but the later forced move to Pala greatly accelerated a decline already under way. The causes for the marked sterility, which more than infant or adult mortality is bringing about the decline of the native southern California population, are easy to guess at. But exactly how they operate in a biological way is almost entirely unknown. One of the reasons for including all the Cupeño census data in the present paper is the hope that they may be of value in attacking this and similar problems.

To return to the clan situation at kúpa, the kavalim clan had three male members known to be alive in 1919, puntumatúlniktcum clan six, temewhaniteem clan nine, táka'atim lineage two, sivimñatim lineage two, auliñawiteem lineage three, and the sauívilem Cahuilla clan eight. This last clan, as the genealogy shows, has only been at kúpa for four generations, having moved there from Los Coyotes canyon in Cahuilla territory. As no recent census of wilakal was obtained, it is not possible to determine exactly what proportion of

the persons in the two wilakal clan genealogies survive at present. The genealogies (21–22), which are less complete than those of kūpa clans, indicate nevertheless that much the same decrease in population has occurred at both villages.

The genealogy of the pumtunatūlnikteum clan (genealogy 15), differs in no essential from that of the kaval clan save that there seems to have been less tendency for collateral branches to acquire nicknames. There are fewer collateral branches, which may in part account for the scarcity in nicknames. The lineage nature of the group is clearly demonstrated by the genealogy. The last clan of the coyote moiety, the temewhaniteem, is represented by only three males, one paternal uncle and two brothers (genealogy 16). These men are all dead and the clan is now extinct. According to the Cupeño division of lands (to be discussed later), this must once have been an important group, but these few survivors are all that informants can remember today. The genealogies give no clear evidence bearing on the reputed relationship between these clans and the kāvalim clan.

The Mountain Cahuilla sauīvilem clan also represents one lineage (genealogy 18). Women of this clan márried men of the kavalim clan, and the group under Ambrosio sauīvil seems to have moved from Los Coyotes to kūpa under the auspices of the kavalim clan who shared their food-gathering areas with them. They are better represented in Pala today than are most of the true Cupeño clans.

The Cupeño lineages of the wildcat moiety (genealogies 17, 19, 20) offer nothing new or unusual in their individual organization. The taka'atim genealogy (17) is clearly that of one closely united lineage, showing few collateral branches and no tendency toward nicknames. According to informants this is a related branch of the two following lineages, but the genealogies shed no direct light on this statement. The sivimūatim lineage, like the kavalim clan, consists of many collateral lines of descent evidently having a common origin many generations back. One branch had acquired the name Moro as a pseudonym, but in the main sivimūat has persisted as a family name to the present time. Four generations back from the present finds four collateral lines still in existence, and it is clear that their convergence must have occurred at least two generations before this. Informants claim that the line in which Francisco sivimūat (571) appears (see top of genealogy 19), is related to the aulīñawic lineage in the following genealogy (20), but the exact degree of cousinship could not be given. It is probable, though not demonstrable by the

genealogies at hand, that common ancestors to both these lineages would be found in the fourth, fifth, or sixth generations back from the present. The aulīñawiteem genealogy (20), already referred to, is clearly that of one lineage. There is thus some probability but no positive proof that the informants are correct in their claims that the three wildcat lineages were once one family, and were thus related by a blood as well as a clan and a moiety bond. The striking fact that both clan and moiety coincide will be discussed later.

As has been previously stated no genealogical or detailed information was obtained at wilakal, and as a result the genealogies of the clans at that place compiled from information furnished by kūpa people are incomplete. The tüevikinvatim genealogy (21) however shows the lineage nature of this clan, with no more gaps in the relationships than occur in most of the kūpa genealogies. The teūtnikut genealogy (22), if such it may be called, leaves much to be desired, for there is no reliable information in regard to the exact relationship of the various collateral branches. The number of these branches is not greater than that of the other Cupeño clans which are known to be of a lineage organization, and there is reason to suppose that with more information their relationship to each other would appear.

In general it appears that the three coyote moiety clans are reputed to be of one stock but cannot be demonstrated as such by the genealogies; whereas the three wildcat lineages are likewise reputed to be of one stock and their genealogies purport to show where the connecting links occur, but do not demonstrate them with any degree of exactness. When the various lineages of certain Desert and Mountain Cahuilla clans were considered, such reputed clan relationships were actually demonstrated (see genealogies 6 and 10). But in each case the separation of collateral branches in the lineage to form separate clans occurred within five generations. Among the Cupeño the clan organization seems more stable and as a result the earlier connections between lineages are more remote and harder to trace. Clan number 1 (see genealogy 14) extends back five generations in the genealogy, and would probably require one or two generations to reduce it to one family (i.e., father and sons). Clan 2 (genealogy 15) extends back five generations, and would likewise require one or two generations to reduce it to one family. Clan 3 (genealogy 16) shows only a fragment in its genealogy, the line being practically extinct. Lineage 4b (genealogy 20) extends back only three generations, though there may have been collateral branches which had become

GENEALOGY 14

*Kavalim Clan*[431]



[431] Numbers are from censuses 1, 2, 3. ‡, individual known to be alive.  Names in parentheses are nicknames.

GENEALOGY 15

*Pumtumatülniktoum Clan*



ACC0004724

*Temewhanloom Clan*

```
 ?        431 Merchol
          435 Juan Angel

 433 Melicati
```

## GENEALOGY 17

*Taka'atim Clan*

```
                                      448 Rafael
                                      449 Bautisto
                                      450 Nicolas
              444 Roman              452 Luis
 441 Felis    446 Bautisto           453 Porfirio
                                      456 Rufine
 140 Nicolas       440 ?
```

## GENEALOGY 18

*Sauivilem Clan*

```
                                608 Adolfo
               605 Pelegrino    124 Ambrosio
 Ambrosio (MC)                  117 Jesus          609 Marcos Ortega
                                                       Fidel Ortega
                                                       Valentine Ortega
                                                   120 Juan de Mati Ortega
                                                   121 Francisco Ortega
                                                   123 Gregory Ortega

                                125 Juan Bautista  128 Bitus Ortega
               607 Enrique                         129 Ferdinand Ortega
               607a Jose
```

## GENEALOGY 19

*Sivimüatim Clan*

```
                                         579 Alberto
                                         580 Asisquilo
                                         582 Pablo
                      571 Francisco      583 Rufino
                                         584 Antonio
                                         585 Juan de la Cruz
        569 Leonardo                     207 Juan Maria
                                         587 Miguel          234 Trincolino
                                                             235 Gabriel]
                                                             236 Marcos
                      573 Fermin         167 Cinon           238 Tomas
                                                             239 Fermil
                                                             243 Jose Antonio
  ?                                                          246 Jose Maria

                                         220 Vicente
        596 Javiel    575 Jose Antonio   520 Joe Domingo     529 Charles
                                         592 Roman
          ?           514 Jose Maria     593 Sylvestro
                                         594 Pedro Pablo
                                         595 Luis            554 Jose
  ?        ?          459 Andreas        388 Leon            557 Gregorio
                                                             558 Ricardo
  ?        ?          563 Maximo         565 Silverio

  ?        ?          151W Juan Diego    40W Cervantes
                                         159W Jose
                                                             272 Francisco
  ?        ?          ?                  260 Francisco       274 Dolores
```

ACC0004725

GENEALOGY 20

*Auliñawitcem Clan*



```
                                    ┌─ 476 Manuel
                   ┌─ 464 Pedro     └─ 478 Stephen
                   │
  ┌─ 460 Leonardo  ├─ 134 Jose Juan ──── ┌─ 487 Isidoro
  │                │                      │  488 Luis‡
  │    Juan (ewades)└─ 359 Jose Antonio   │  491 Enrique‡
  │                                       └─ 492 Calistro
  └─ 282 Martin      605 Pelegrino
```

## GENEALOGY 21

*Tacvikinvatim Clan*



```
                                              ┌─ 33W Geronimo
                                              │  35W Nicolas        2 sons, died young
 ┌─ 6W Marcos    9W Crescentio   15W Maximo── │  36W Raymundo
 │                                            └─ 37W Manuel
 │                               ┌─ 21W Stephen
 │                               │  22W Lino
 │            ┌─ 19W Jose Ignacio│  24W Jose ──── ┌─ 60 W Conrado   1 son, died young
 │            │                  │                │  28W Stephen
 │            │                  └─ 63W Juan      └─ 31W Simon
 │            │  61W Martin         67W Claudio
 │            │                     68W Bautisto
 │            │                     69W Salvador
 │  ?         │                     70W Ricardo
 └─           │
              └─ 71W Manuel      ┌─ 77W Juan Luis
                                 │  79W Joaquin
                 ┌─ 76W Pablo    │  82W Gavino     1 son, died young
                 │               │  85W Teodoro
                 │               └─ 86W Juan Diego
    ?            │  153W Simon
                 │               ┌─ 100W Cecelio── ┌─ 105W Jose Severianno
                 │               │  103W Benacio   └─ 106W Leandro
                 └─   Toriño     └─ 104W Toriño      107W Seferino
```

ACC0004726

GENEALOGY 22

*Teñtukut Clan*

```
512 Juan Diego                                        ┌ 117W Francisco
     ?                11W Luis          ┌ 113W Juan ──── 119W Marianno
                                        └ 115W Marcellino  120W Bautisto
                                                           123W Amelio

     ?                124W Juan          ┌  65W Felipe
                                         └ 406   Gervasio ── ┌ 416 Marcos
                                                             └ 417 Abraham

     ?                131W Manuel        ┌ 134W Francisco
                                         └ 151W Triscolino ── ┌ 229 Antonio

     ?                  ?                215 Matias ──── ┌ 230 Javier     52 Marcos‡
                                                         │     Francisco
                                                         │     Manuel
                                                         └ 367 Pépi

     ?                  ?                221 Cleato
```

ACC0004727

extinct by this time. The same is true of lineage 4c (genealogy 17). It is possible that both these lineages branched off from lineage 4a in this or the preceding generation, but if so the exact connections have been forgotten. Lineage 4a (genealogy 19) extends back four generations and would undoubtedly have required at least two or three more generations to reduce it to a single family. It is thus patent that the individual lineages were more tenacious among the Cupeño than among their northern neighbors.

The Cupeño, almost in the center of the area under consideration and occupying an unusually productive and favorable ecologic niche, appear to have been the most stable of any of the groups so far considered in maintaining their lineage groupings. In no other essential, however, does the Cupeño clan seem to have differed from that of their neighbors, among many of whom the reputed early relationships between individual lineages can be established by genealogies.

## The Clan Fetish Bundle

The masvut, or clan fetish bundle, was as important among the Cupeño as among the Cahuilla. It consisted of a roll of matting about six feet long by three feet wide made of fine pointed mountain reeds called sulyil.[429] In this bundle were commonly placed the paviut, a crystal-headed wand; ūlat, the eagle-feather skirt; keñhut, strings of shell beads; tciatcm, eagle-down headbands; alilem, turtle-shell rattles; and other ceremonial impedimenta. The contents of the bundle with the addition of ceremonial gifts were called numhut, which is translated as "treasure." This bundle was highly venerated, and strips of the matting were formerly employed as frames for the images burned at the mourning ceremony. The masvut bundle was ordinarily kept rolled up, and was hung in a dark corner of the clan leader's dwelling, which was also the ceremonial house. The clan leader was the only person permitted to touch it, and on his death it was taken by his successor. Portions of the numhut or "treasure," and strips of masvut were given away to other clan leaders at important ceremonies, but the original bundle wrapping was always retained. When the numhut, or the masvut, was moved for any purpose, women accompanied it to "feed it" acorn meal. These women seem to have been those who had married into the clan as well as those born in it. The masvut food was called penut kāwa, apparently an archaic term.

---

[429] According to Gifford, S. Cal., 198, this matting, which he calls "masbat," is made of *Epicampes* grass.

ACC0004728

Case 5:13-cv-00883-JGB-SP   Document 85-10   Filed 10/21/14   Page 29 of 69   Page ID #:2086

Each clan of the coyote moiety formerly had a masvut bundle, but there was only one wildcat moiety or clan bundle. This bundle was formerly in the sivimúatim lineage, but later was transferred to the auliñawitcem lineage. The taka'atim lineage seems never to have possessed the bundle and the ceremonial leadership thereby implied. Details concerning the transfer of the bundle and leadership would be of great interest, but they do not seem to be obtainable at this late date. Moreover the importance of the sacred bundle, priest, and ceremonial house was not fully realized by either Gifford or myself at the time we did most of our work with the Cupeño, and many details concerning the complex may still be obtainable that were then overlooked.

It is this complex that arbitrarily separates the clan, as the term is here employed, from the pure lineage as defined among the Miwok by Gifford.[430] As the southern California clan may only consist of one small lineage that possesses the complex, this distinction may seem too arbitrary; but as this clan may also consist of several only remotely related lineages, as among the Mountain Cahuilla and Cupeño, the distinction in terms seems justified. When one speaks of separately named lineages that together form one clan, the two terms are essential. While the sacred bundle, priest, and ceremonial house complex is also "the heart" of the "party," that organization, as it is composed of unrelated lineages and is not exogamous, will not be confused with the clan, which is exogamous and held together by kinship as well as ceremonial bonds.

## The Status of the Moiety

A tendency not to take the moiety division of Cupeño clans seriously prevailed among all the Cupeño questioned. They say that the division was just a legend and really had little value. They claim that none of the three wildcat lineages at kúpa could intermarry, because they were all blood relatives, and not because they were of one moiety. Correspondingly, kaval and pumtumatúlnikic people may not marry because they are close relatives, but either may marry with temewhanic people because the latter lived farther away and were less closely related. Theoretically the two wilakal clans are assigned to the wildcat moiety, but actually they seem to have been little affected by any regard for the moiety. There is no clearly expressed belief in any eponymous moiety ancestor.

"In the beginning," it is said, "coyote was a person; so was wildcat. They married. Wildcat was a woman, coyote a man." Another story says that coyote was lazy,[432] and when he hunted only killed crickets and frogs. His wife was a wildcat. She got sick when she ate them, but coyote did not. A wildcat man however married a coyote woman and he killed rabbits and quail which they both ate.[433]

Formerly when a wildcat was brought into the village by hunters, all the girls of the islam (coyote) moiety gathered in a circle around it, and sang the following song:

"tūkutūma-a-a-!  (wildcat)
mútihut-a-a-a!  (short, bob-tail)
uhmútihut-a-a-a!  (flat-faced)
tūkut nahanic!"  (wildcat, old man)

Each line was repeated three times. When a coyote was brought in, all the girls of the tūktum (wildcat) moiety sang:

"isilim-a-a-a!  (coyote)
sivihut-a-a-a!  (lean)
tcūhut-a-a-a!  (sneaky)
isil nahanic!"  (coyote, old man)

The animals were then taken to the clan leader's house and divided up in the same way as a deer or any other game animal. Obviously there was no taboo on eating the flesh of the moiety animal.

In the boys' and girls' initiation ceremonies, neophytes of the coyote moiety were painted with stripes, those of the wildcat moiety with spots. The colors used were red and black, and the custom of differential marking, as among the Cahuilla, was associated with the commands of the moon in mythical times. This ritual, it is said, was especially connected with pukuvyahil, the feather dance, which informants say was given the temewhanic clan by the neighboring Luiseño.

One of Gifford's informants stated that the moiety originated at a meeting in ancient times at kúpa, when some of the old men said they would be tūkut, and the others said they would be isil. The same informant said that tūktum people called the wildcat núpiwi, which approaches the Cahuilla term "my great-grandparent," and the islam people designated the coyote in the same manner. All the Cupeño, he added, called the bear by the same term. Neither Mūkat nor Tumaiyauit, nor the sun or moon, were definitely aligned with either of the

430 Am. Anthr., n. s., 28:389, 1926.

432 This is the opposite of the coyote moiety characteristics given Gifford by a Cupeño informant at Banning, present series, 14:192, 1918.
433 This suggests a southern Diegueño story of coyote and wildcat, recorded by Spier, present series, 20:332-333, 1923.

ACC0004729

Case 5:13-cv-00883-JGB-SP   Document 85-10   Filed 10/21/14   Page 30 of 69   Page ID #:2087

moieties so far as could be ascertained. The moiety origin myth frag-
ment published by Gifford[434] could not be verified, and appears to be
a somewhat garbled version of the Cahuilla creation story. No division
of animals or plants into one or the other moieties was remembered by
any Cupeño informant questioned.

The house census of kúpa between the years "1865" and 1902
(census 1) lists thirty-four marriages between clan members belong-
ing to that village (table 15). Of these, thirty-two are in accord with
the rule of moiety exogamy and only two are not. This demonstrates
conclusively that however lightly the Cupeño may at present consider
the moiety classification it formerly exerted a strong control over
marriages between clans. It is possible that the assumed relationship
between clans 1–3, and between lineages 4a–4c (table 8) was the con-
trolling factor and not the moiety at all. But even if this latter view
is taken it seems probable that there exists some etiological connection
between such an alignment and the moiety classification. This will be
discussed presently.

The marriages between wilakal clan members living at kúpa show
much less regard for moiety exogamy. Of twelve such marriages
involving members of the teútnikut clan, seven are in accord with the
rule and five are not. Of seven such marriages involving members
of the túevikinvatim clan, three are in accord with the rule and four
are not. Practically all these marriages were with kúpa clan members.
There likewise appears to have been no moiety control exerted in
marriages between Cahuilla clans and kúpa clans, for of thirty-two
such matings, eleven are in accord with the rule, seventeen are not,
and four cases are doubtful (see table 15).

At the village of wilakal during this period ("1865" to 1902)
there are sixteen marriages between Cupeño clan members on record,
and of these only five are in accord with moiety exogamy, while eleven
are not (see table 16). When the marriages between wilakal clans
and Cahuilla clans are considered (table 14), of the twenty-eight
recorded cases, thirteen are in accord with the moiety ruling, fourteen
are not in accord, and one case is doubtful. Naturally, since both
wilakal clans were assigned by informants to the wildcat moiety, the
eight cases of marriage occurring between them were contrary to any
rule of exogamy. The actual cases therefore demonstrate that wilakal
marriages were uncontrolled by any rule of moiety exogamy, and it
may be presumed that if such dichotomy was recognized there at all

it had very slight importance. More detailed information on the
nature of Cupeño marriages will be presented in the following section
devoted to that subject, but from the foregoing it is obvious that kúpa
was characterized by exogamous moieties, while at wilakal if such a
dichotomy were present at all it exerted no influence on actual
marriages.

It has been suggested as a possibility that the Cupeño moiety
originated through the settlement of the three wildcat lineages with
the three original Cupeño coyote clans.[435] The foregoing data lend
considerable corroboration to such an hypothesis. In the clan formed
by the three wildcat lineages we have for the first time encountered an
identity between clan and moiety. Moreover the three coyote clans
regarded one another as blood relatives, as did the wildcat lineages,
and each regarded endogamous marriages as improper because of
assumed kinship rather than as a violation of an arbitrary moiety
rule. The three coyote clans according to their mythology are of
Cahuilla origin, while two of the wildcat lineages claim to be of
Diegueño origin[436] and the third is said to be of Luiseño origin.
Whether the three wildcat lineages are really collateral branches of
one parent stock, or whether the third lineage of supposed Luiseño
origin was only ceremonially affiliated in the clan and moiety, cannot
be positively ascertained. The fact that the three formed an exo-
gamous group suggests the former explanation, while the fact that
the third lineage was always subordinate to the other two suggests
the latter.

Be that as it may, the fact that the coyote clans claim to be of
Cahuilla origin, while the two most important wildcat lineages claim
to be of Diegueño origin has a still further significance. The Cahuilla
group nearest to the Cupeño formerly lived at wiliya (San Ignacio)
in Los Coyotes canyon, and consisted of one clan composed of five
related lineages collectively called wiwaíistam, named after wiwaíisil,
the legendary founder of the clan. They were known as the "coyote
people" from the latter part of their clan name. The first portion
of the name, wiwaíisil, suggests wewal, the Cahuilla term for rain,[437]
but this is not certain. The coyote had a peculiar significance to this

434 S. Cal., 192.

435 Gifford, Am. Anthr., n.s., 28:345, 1926

436 Mrs. Griffith says that in her mother's time there was a related branch of
sivimûat people who had a Diegueño name. These lived at matkwal in
Diegueño territory, and they always came to sivimûat ceremonies at kúpa. The
Cupeño sivimûat people also went to their ceremonies, especially to those for
girls at time of puberty.

437 Kroeber, present series, 4:70, 1907.

ACC0004730

group aside from designating the clan: he was called paya ísil, "water coyote"; tamia ísil, "sun coyote"; and ísil tévicnikie "white coyote." When a coyote was heard barking to the north it was believed to presage a great sickness and special ceremonies were performed by the shamans.[138] These are only fragments of what was evidently once an important concept, but my informant who was one of the last survivors of the group in question, was too young at the time they were driven from their homes by a great smallpox epidemic to know all the details. No such series of associations involving the coyote were encountered among any other Cahuilla group, although the stellar rôle played by the coyote in the creation myth of all Cahuilla groups is well known. It was from Los Coyotes canyon that the ancestors of kisil-piwic, who in the myth revived the present Cupeño society after its decimation, were supposed to have come.

The Diegueño groups south of Cupeño territory lay stress on the wildcat rather than the coyote, and claim the wildcat as their "property" and their "god." The people were believed to be related to the wildcats as to brothers, and there were two wildcats that first told the months of the year. Similarly there is a color symbolism attached to the two wildcats of the east (red) and the west (blue). The coyote is in disrepute.[139] When this Diegueño attachment to the wildcat and deprecation of the coyote is compared to the Cahuilla (especially the wiwaiistam clan) attachment to the coyote and ignoring of the wildcat, the moiety alignment of the Cupeño clans takes on an added significance. It seems very probable that at the unusually favorable site of kûpa, lineages of Cahuilla origin settled first (priority is assumed because these lineages seem to have dominated, and to have owned the largest number of food-gathering territories) and intermarried with one or more Diegueño lineages who also settled there. The animal names most commonly associated with each group were adopted as totems of the two divisions, between which marriage was not forbidden on account of kinship. The spread of these two totemic names to designate intermarrying groups would have been a simple matter, and may account for their application among the Cahuilla, Serrano, and Saboba Luiseño.

Such an explanation, however, does not account for the very widespread custom of dichotomy in southern California and the neighboring areas, but merely appears as a plausible explanation of the par-

[138] The situation at wiliya has been previously discussed, present paper, p. 171.
[139] Gifford, present series, 14:169, 1918.

ticular animal designations applied to the moiety in southern California. The roots of the moiety itself would seem to go far deeper, many of the commonest traits associated with the dual division occurring among such distant groups as the Miwok, Yokuts, and their neighbors. This problem has been discussed in a previous publication[140] and need only be referred to at this time.

## CUPEÑO MARRIAGES

Formerly Cupeño parents arranged marriages for their sons when the latter were about fourteen years of age. They usually selected a girl of about ten,[141] and obtained the boy's consent to the proposed match. This might be done by either the parents or the grandparents of the boy. One of the grandparents, or parents, would take a gift of rabbits or other food to the parents of the girl and propose the marriage to them. The girl's parents discussed the matter, obtained the opinion of the girl, and if it was agreeable to all took the girl to her new home. If they were poor they went empty-handed, but usually they took baskets and food as presents. The richer the family the more numhut, "treasure," went with the girl. The couple were then taken to the clan leader of the boy's family, and a feast followed. All food at this ceremony was provided by the family of the groom and there was an entire day of feasting, singing, and dancing. The latter family also threw away many gifts consisting of seeds, acorn meal, and baskets for the guests to gather up. At the close of this ceremony the clan leader (nuut) talked to the newly married pair, advising them to be faithful to each other, and to labor so that they might be prosperous. Postmarital residence was commonly patrilocal. In census I, out of seventy-four cases where postmarital residence was clear, fifty-two cases were patrilocal and twenty-two cases were matrilocal.

The mother-in-law took the girl out to the territories owned by the boy's lineage, or clan, as the case might be, and showed her where to gather seeds, acorns, cactus, and other food plants. She advised her in regard to preparing food, keeping house, and taking care of herself

[140] Strong, An Analysis of Southwestern Society, Am. Anthr., n.s., 29:45–48, 1927.
[141] These ages appear too young, but they were thus given by Mrs. Manuela Griffith whose information in all other regards proved correct whenever checked against actual occurrences. Such marriages however were mostly before her time and it seems more probable that eighteen and fourteen years, rather than fourteen and ten years, would be the average ages at marriage.

ACC0004731

Case 5:13-cv-00883-JGB-SP   Document 85-10   Filed 10/21/14   Page 32 of 69   Page ID #:2089

as a married woman. For several months the boy's mother provided the bride with ground meal and other food, while the groom took all his game to his parents-in-law. Not until they had a child could they eat meat killed by the husband. After two years if there was no child the wife might be sent home, though if she were a hard worker her new family usually kept her. In former times it is said that a man might have several wives, but no actual cases were remembered. If two married people quarreled, or either was unfaithful, they might separate without any ceremony or return of presents.

Mrs. Griffith's mother, Soledad kaval, told her that if a man desired to marry a girl who professed to be unwilling, he sent a friend to "drag her." This friend would go to the girl's home and stand there with his legs crossed. He would then say to her parents, "I am sent here to drag this girl," whereupon he would seize her by the arm and commence to take her away. If she struggled fiercely her parents would drive the man away, but if she went quietly then all members of the groom's clan would have a great celebration and the wedding followed.

Soledad also stated that a woman formerly would go to a small special shelter in the woods to bear children. After several weeks, when she returned home, any new things in the house were hidden for fear the child might die. After the mother came into the house, her husband was forbidden to eat salt and had to drink warm water just as she did. Early every morning they would bathe the child and paint designs on its face. A special basket, made by the child's paternal grandmother, was used to bathe the child in. After its bath the child was put in a cradle lined with willow bark. These rites were observed for at least one month. Such rules, Mrs. Griffith added, were observed long ago but in her own time were largely neglected. Today the old rules of marriage have almost entirely disappeared among the Cupeño, although they have been only partly replaced by the modern American system.

The following tables (12–16) show the distribution of Cupeño marriages over the period ("1865" to 1902) covered by the house censuses 1 and 2.

#### TABLE 12

*Total Number of Cupeño Marriages between "1865" and 1902*

| Kúpa | Wilakal | Between members of the group and: |
|---|---|---|
| 64 | 16 | other members of the group |
| 62 | 37 | people of near-by groups |
| 19 | ... | whites |
| 1 | ... | Negroes |
| 4 | ... | people of distant groups |
| 150 | 53 | total: 203 |

#### TABLE 13

*Outside Marriages at Kúpa between "1865" and 1902*

| | Luiseño | Diegueño | Pass Cahuilla | Desert Cahuilla | Mountain Cahuilla | Wilakal |
|---|---|---|---|---|---|---|
| kavalim | 2 | 1 | 1 | 2 | 12 | 6 |
| pumtumatúl | 1 | ... | ... | 1 | 5 | 5 |
| temewhan | ... | ... | ... | ... | 1 | 1 |
| auliatim | ... | ... | ... | ... | 2 | 1 |
| taka'atim | ... | ... | ... | ... | 2 | 5 |
| sivimũatim | 2 | ... | ... | ... | 2 | ... |
| sauivilem | ... | 1 | ... | 1 | 1 | ... |
| teũtnikut | ... | 1 | ... | ... | ... | ... |
| tũevikinvat | ... | ... | ... | 1 | ... | ... |
| Other families | ... | 1 | ... | ... | 1 | 2 |
| Total: 62 | 5 | 4 | 1 | 5 | 26 | 20 |

#### TABLE 14

*Outside Marriages at Wilakal between "1865" and 1902*

| | Luiseño | Diegueño | Pass Cahuilla | Desert Cahuilla | Mountain Cahuilla | Kúpa |
|---|---|---|---|---|---|---|
| tũevikinvatim | 1 | 2 | 1 | 8 | 5 | ... |
| teũtnikut | 2 | 2 | ... | 2 | 4 | ... |
| pumtumatúl | ... | ... | 1 | ... | ... | ... |
| sivimũst | ... | ... | ... | ... | 3 | 1 |
| kãvalim | ... | ... | ... | ... | 1 | ... |
| Other families | 1 | ... | ... | 2 | 1 | ... |
| Total: 37 | 4 | 4 | 1 | 13 | 14 | 1 |

ACC0004732

TABLE 15

*Clan Marriages at Kūpa*

| | tu. | tcu. | si. | ta. | au. | sa. | te. | pu. | ka. |
|---|---|---|---|---|---|---|---|---|---|
| kavalim | 2 | 3 | 15 | 2 | 3 | 4 | 1 | 0 | 0 |
| pumtumatūl | 1 | 3 | 6 | 1 | 1 | 0 | 1 | 0 | |
| temewhan | 0 | 1 | 2 | 0 | 1 | 1 | 0 | | |
| sauivilem | 0 | 0 | 3 | 1 | 3 | 0 | | | |
| aulfatim | 1 | 0 | 0 | 0 | 0 | | | | |
| taka'atim | 0 | 1 | 0 | 0 | | | | | |
| sivinūatim | 2 | 4 | 0 | | | | | | |
| tcūtnikut | 1 | 0 | | | | | | | |
| tūcvikinvat | 0 | | | | | | | | |

Total marriages: 64; (between kūpa clans: 34; between kūpa and wilakal clans: 19; with sauivilem clan: 12).

TABLE 16

*Clan Marriages at Wilakal*

| | pumtum. | kavalin | tcūtnikut | sivinūat |
|---|---|---|---|---|
| tūcvikinvatim | 3 | 1 | 8 | 3 |
| tcūtnikut | 1 | 0 | 0 | 0 |

Total: 16 (between W clans: 8; between W and K clans: 8).

The foregoing tables speak for themselves, but a brief discussion of certain points they bring out may be in order. Table 12 shows that at kūpa there were more marriages within the village than with outsiders, while at wilakal the situation was reversed. Gifford has assumed that the latter condition was due to both local clans being of one moiety, thereby necessitating village exogamy.[442] The previous discussion of clan intermarriage at wilakal showed that such a rule was not obeyed (see table 16). Half the recorded wilakal marriages were exogamous and half endogamous so far as the two local clans were concerned. The moiety seems to have exerted no control whatsoever. Naturally in a small village like wilakal outside marriage is more imperative than in a larger village like kūpa where there is a wider choice of mates within the village. In all probability it was this factor, and not the moiety at all, that caused the greater number of outside marriages at wilakal. All marriages with alien races or

[442] Am. Anthr., n.s., 28:395, 1926.

distant Indians on record occurred at kūpa. This is probably due to its larger size and greater accessibility to whites, but it may also be due in part to the imperfection of the wilakal record.

Table 13 shows a greater number of marriages between the kavalim and pumtumatūlnikteum Cupeño clans with clans of the Mountain Cahuilla than occurred between any other three groups. This may be attributed largely to the predominant numbers of these two Cupeño clans, and also to the commonly observed fact that once intermarriage between two groups commences it usually increases through the greater social contact. Table 14 shows that the wilakal clans married with Desert Cahuilla clans in almost as many cases as with those of the Mountain Cahuilla. Wilakal is nearer the Desert Cahuilla and both proximity and increased social contact led to more intermarriages with Desert clans. Tables 13 and 14 both show how many more marriages at kūpa and wilakal were with Cahuilla than with either Luiseño or Dieguéno. Obviously, as their large proportion in the population indicated, the Cahuilla were in more intimate contact with the Cupeño than were any of their other neighbors.

Table 15, which shows the proportionate number of interclan marriages at kūpa, has been previously discussed in relation to the moiety. In general it appears that kūpa marriages were exogamous as concerned that institution, while wilakal marriages were not. Beside the limitations implied by the moiety, kūpa marriages show no preferential grouping, the larger number of marriages occurring between the most populous clans as would be expected. The two marriages contrary to moiety exogamy are between the kāvalim and temewhaniteem clans, and between the latter clan and the pumtumatūlnikteum clan. Informants explained this by claiming that the temewhaniteem clan was more distantly related to each of the other two than they were to each other, adding that the members of the former clan had once dwelt rather far distant from the others. They seemed to feel that the only impropriety in the matter was the marriage of assumed kinsfolk, but that the relationship was so remote that no important rule was thereby violated. The fact that both clans belonged to the coyote moiety apparently made no difference.

Table 16, previously discussed, demonstrates the fact that no moiety ruling seems to have controlled wilakal marriages. The eight marriages between the two wilakal clans, and three of the eight marriages with kūpa clans, do not accord with the rule. The present data are contradictory to any other moiety alignment possible, as well as

ACC0004733

to the alignment of both clans to the wildcat moiety, insisted on by kūpa informants. The number of cases is inadequate for complete reliance, but the assumption is strong that any dichotomy prevailing at wilakal was of a very weak nature as regarded control of marriage.

## CLAN OWNERSHIP OF LAND

Lists of clan-owned sites in the vicinity of kūpa were obtained by Gifford and the present author. In each case the informants were Mrs. Manuela Griffith and her daughter, Mrs. Salvadora Valenzuela. The two accounts were checked and combined in the following list of sites owned or shared by the various kūpa clans. The list is by no means exhaustive, in fact it would in all probability be doubled or trebled if one were able to go over the ground with one of the older Cupeños. It includes nevertheless the most important food-gathering areas where certain wild crops were most abundant. The greater part of the intervening territory was free to all. The three lineages of the wildcat clan (or moiety) are said to have held their territories in common during recent times, but formerly they seem to have owned individual territories. It must be remembered, in considering the unequal distribution of territories, that some of these were undoubtedly more fruitful than others, so that mere number of sites is no absolute criterion of the amount of produce thus obtained.

## TABLE 17

### Sites Owned by Kūpa Clans

Designation on map; name of site; clan owning site; remarks.

#### East Side of Hot Springs Mountain

1k; nañova; kavalim; about 4 m. W. of San Ignacio; acorns gathered.
2k; sūmil; kavalim; camp near unñova; only kavals camped here.
3k; (te); pueyukū; kavalim and temewhaniteem; small valley or mountain W. of San Ignacio. Both clans gathered acorns.
4k; somal; kavalim; acorns.
5k; (p.); paulciva; kavalim and puntumatūlnikteum (E. W. G.); acorns.
6k; (si); macil; kāvilim, part given to sivimūatim (E. W. G.); acorns.
7 (si); sūepuki (rabbit's house); sivimūatim; five kinds of acorns. Home of mythical black and white rabbit, that stood four feet high, which the kāvals originally brought with the hot springs when they came to kūpa. The kāvilim clan gave this place to the sivimūatim clan; acorns.
8 si; ncwilpapauwi; sivimūatim; acorns.
9 si; puie civa; sivimūatim; acorns.
10 si; havukta; sivimūatim; acorns.
11 si; sūwlikitci; sivimūatim; acorns.

12p; tūktcial (wild currant); puntumatūlaikteum; acorns, seeds, and berries. Bedrock mortars.
13k; hovukta; kavalim; acorns.
14 te; wiatava; temewhaniteem. Lost Valley; weed seed, berries, wild oats.
15 te; patcikva; temewhaniteem. Near Lost Valley. Acorns and other food.
16 te; tkunia; temewhaniteem; west of Lost Valley. Acorns and other food.
17 te; aatimpumki (ant's territory); temewhaniteem; acorns and ant larvae.
18 te; nikie; temewhaniteem; wild squash. The seeds were parched and ground into meal. Pulp used as soap.
19k; newitputia; kavalim; eagle's nest here; owned by kavals. Food products gathered by temewhaniteem.

#### West Side of Hot Springs Mountain

20p; alima; puntumatūlnikteum; this clan owned site, but people of all clans camped here in bark huts. There were flat rocks for drying meal, and rock mortars.
21p; pankat; puntumatūlnikteum; near alima.
22p; ku'vt (elderberry); puntumatūlnikteum, near alima.
23p; kwiñilpūmukna; puntumatūlnikteum; near alima.
24 te; kataubani; temewhaniteem; near alima.
25 te; paavalae; temewhaniteem; near alima.
26 te (a); būebuku; temewhaniteem; near alima. A small part of this site was given to auliatim.
27 te (a); mañaulūk; temewhaniteem; near alima. A small part of this site was given to auliatim.
28 te; naxat; temewhaniteem; near alima.
29 te; wiatava; temewhaniteem; near alima.
30 te; patcikvū; temewhaniteem; near alima.
31 te (s); saimal; temewhaniteem; near alima.
32 te; aewutniminlika; temewhaniteem; near alima. One-half given to sivimūatim.
33 te; taupavicku; temewhaniteem; near alima.
34k; kwinsūvite; kavalim; acorns.
35k; ival; kavalim; acorns.
36k; alwitinpumki (crow's territory); kavalim; acorns.
37a; pleskuali; auliatim; creek bed below "crow's territory" with three kinds of acorns.
38a; suūvickienut; auliatim; camped here, and not long ago planted vegetables.
39k (a); kūlilva; kavalim and auliatim; the latter clan gathered food. Three kinds of acorns.
40k; dilyihat; kavalim; acorns.
41k; kawickatolī'i; kavalim; acorns.
42k; hilyakali (dripping); kavalim; acorns.
43 ta; upateikie; taka'atim; creek and oak grove; acorns.
44k; kulūmal; kavalim; acorns.
45k; yūbatcikie; kavalim; acorns.
46k; sakatkavilhi; kavalim; acorns.
47 si; matistampumpki; sivimūatim; acorns.
48k; kiwilt'ka; kavalim; acorns.
49p; pamat (spring); puntumatūlnikteum; there were three main springs near kūpa, owned by the kavalim, puntumatūlnikteum, and temewhaniteem clans.

### Vicinity of Kúpa

50p; isval (grass seeds); puntumatúlnikteum; another spring.

51p; tepaku (water holes); puntumatúlnikteum; rocky hill near kúpa, where there are mortar holes.

52p; taucaval; puntumatúlnikteum; place just south of kúpa where ceremonies were held. A large rock here, when touched, was supposed to bring storms.

53; mukwacma (fleas); all clans; small flat where town stood.

54k; palatiñva; kavalim; another spring, nominally owned by kavalim.

55p; palmúlikal; puntumatúlnikteum; a hot spring.

56 te; f; temewhaniteem; a hot spring on west side of town.

57k; taucval; kavalim; various summer products gathered.

58k; kúpayaica (bedrock mortars); kavalim; site where present bathhouse stands at Warner's Hot Springs.

### Southeast of Kúpa

59p (si); dauki; puntumatúlnikteum and sivimúatim; hillside where small acorns were gathered; first owned by puntumatúlnikteum clan and given in part by them to the sivimúatim.

60p; taupamúki; puntumatúlnikteum.

61k; yumowut; kavalim.

62k; patcudic; kavalim.

63p; wiatwatowilut; puntumatúlnikteum.

64 si; tcamicpaksval; sivimúatim.

65k; waxatelnakpoiyahiva (frog mounting); kavalim; a small hill.

66p; naktamii; puntumatúlnikteum; traditional home of clan.

67 si; tuligmal; sivimúatim.

68 si; matistampuki (bats' home); sivimúatim.

69t; puxal; temewhaniteem.

70p (k); kociginix; puntumatúlnikteum and kavalim.

71p (k); sowalkitci; puntumatúlnikteum and kavalim.

72p (k); wixit; puntumatúlnikteum and kavalim.

### Southwest of Kúpa

73; kukditgi; fiesta ground, belonging to all the clans.

74k; wiatpiwit; kavalim; a single large oak tree with long acorns.

75k; paigi; kavalim.

76k; sinenitciswa; kavalim; a seed-gathering area.

77k; hukiebnmu; kavalim; sage and other seeds gathered.

78k; ditsa; kavalim; down on the floor of the valley; a seed-gathering site.

### Northwest of Kúpa

79k; sôvaiihamú; kavalim.

80k; iñva'a; kavalim.

81k; miaulú; kavalim; according to myth this is the site where the ancestors of the Cupeño journeying from the north stopped just prior to founding kúpa.

### Northeast of Kúpa

82k; súklúpa; kavalim; in the valley; greens and seeds.

83k; hunwutpúpali; kavalim.

84k; kukúlimpumki (burrowing owl's territory); kavalim.

85k; tcatimpumki (white owl's territory); kavalim.

86k; packi; kavalim.

87k; iôtikima; kavalim.

88k; salútki; kavalim.

89k; sikmani'i; kavalim.

90k; saiyil; kavalim.

91 te (si); yildipá; temewhaniteem and sivimúatim.

92k; tauwunal; kavalim; small hill from which mythical ancestors first saw the site of kúpa.

93k; mokwôninpú; kavalim; here ants were gathered for boys','"ant'' ceremony.

The foregoing list (table 17) indicates that the kavalim clan held the lion's share of the kúpa territory. Out of the ninety-three sites listed, this clan owned wholly or in part forty-six. Thus half of all sites named[443] belonged to only one of the five clans represented at kúpa! This state of affairs tends in some degree to bear out the native belief that the kavalim clan once owned all the territory, later parceling it out to the other clans. Taken into account with the kavalim predominance in ceremonial affairs to be discussed later, this disproportionate ownership of land makes it seem probable that the kavalim clan or lineage was the first to occupy the area, and that the other lineages came later.

The temewhaniteem clan owned eighteen sites, the puntumatúlnikteum clan seventeen, the sivimúat lineage nine, the auliatim lineage two, and the taka'atim lineage one. The saúvilem clan owned none, but its members shared the territories owned by the kavalim clan.

TABLE 18

*Shared Territories*

|  | a. | s. | t. | p. | k. |
|---|---|---|---|---|---|
| kavalim | 4 | 1 | 2 | 4 | × |
| puntum. | 0 | 1 | 0 | × |  |
| temewhaa. | 2 | 2 | × |  |  |
| sivimúat. | 0 | × |  |  |  |
| auliatim. | × |  |  |  |  |
| Total: 16 |  |  |  |  |  |

According to informants the shared territories resulted from one clan giving to another clan, with which it commonly intermarried, a share of its territory. This may be true for some cases, but in others it obviously does not hold.

_____

443 This list of sites may well be taken as a random sampling, for Mrs. Griffith was a sivimúat clan member by birth, and her daughter being half white, likewise considered herself a member of that clan. There was therefore no reason why they should aggrandize the power of the kavalim clan.

ACC0004735

Case 5:13-cv-00883-JGB-SP   Document 85-10   Filed 10/21/14   Page 36 of 69   Page ID #:2093

Thus the kavalim clan may have given parts of its territory to the auliatim and sivimūat clans, and actually, in spite of being of the same moiety, to the temewhanitcum clan because of marriage.[444] But the four territories shared with the pumtumaūlniktcum clan cannot be accounted for in this way. In all other cases where kavalim is not involved, however, the two clans sharing one territory are of opposite moieties. There are too few cases of this sort to draw any positive conclusions, but the fact that eleven of the sixteen shared territories were in part owned by the kavalim clan is significant. It



Map 6. Clan ownership of tracts in Cupeño territory. Numbers designate tracts as listed in table 17; letters following numbers: clans owning tracts, as per same table; letters in parentheses: clans with acquired ownership or secondary rights; dotted lines: grouping of tracts, showing tendency to continuity of clan ownership; broken lines: "tribal" boundaries; hachured lines: mountain or mesa edges; numbers in circles and squares: clans or clan groups found in territory, as per text.

adds further evidence to the native claim of kavalim priority and original ownership. Intermarriage, and probably distant relationship, determined the nature of joint ownership of land, while there were undoubtedly other factors which we have not considered.

Only the most productive canyons, oak groves, cactus patches, and seed-bearing areas were owned by the clans. All intervening territories were free to all, and hunting for deer, rabbits, quail, pigeons, etc., was permissible on any territory by the members of all clans. The

Cupeño at kúpa however excluded those from wilakal, as well as neighboring Cahuilla, Luiseño, and Diegueño groups, and these groups in turn excluded all others from their territories.

Map 6 (p. 248) shows the tendency of the sites owned by each clan to cluster in certain areas, and it also shows the impossibility of exactly marking off the territories of one clan from those of the others. They are so intermingled geographically that only an approximation of the land division between them may be shown on a map. Spier first demonstrated this condition among the clans (gentes) of the southern Diegueño,[445] and Gifford confirmed it for the Miwok and other south central and southern California groups.[446] It is certainly the case for the Luiseño and for all three divisions of the Cahuilla. Among the Cupeño this grouping is even more complex, for the clans were centralized in one village and therefore had their food-gathering areas more intermingled. Map 6 gives only the roughest approximation of the location of these areas, and undoubtedly a careful ethnogeographic survey of the area would bring out other unsuspected conditions of land tenure.

## CLAN AND CEREMONIAL LEADERSHIP

### *The Nuut*

The head of the Cupeño clan was called nuut, and was the keeper of the masvut bundle. Each clan had a ceremonial dance house which they called wamkie (a Luiseño term), and here the nuut lived and kept his ceremonial fetish bundle hung up in a dark corner. Each of the clans of the coyote moiety had a nuut originally, but the wildcat clans had only one, usually in the sivimūatim lineage. All ceremonies were ordered by the nuut, and he cared for all the food gathered for the various feasts and ceremonies. As was the case among the Cahuilla, he obtained his power from the masvut bundle, and he was likewise supposed to know all the ritual and sacred legends of his clan. The clan leadership ran in the male line within the lineage, usually from father to eldest son, but often an older son who was unfitted for the office was passed over in favor of a younger brother, or an uncle in a collateral line. It was considered essential

444 *Op. cit.*, 301, see map, fig. 4.
445 S Cal., 300-400.
446 In house census 1, there are two cases of intermarriage between the temewhanitcum clan and the two other clans of the coyote moiety.

ACC0004736

that the nuut's wife be an active, generous woman able to provide much food and many baskets for the clan ceremonies. It was quite as essential that the nuut be free-handed and generous as that he know all the ritual and be a good song leader. Affairs that concerned the entire village were discussed by all the clan leaders, either personally or through messengers, and in such a discussion the opinion of the kavalim clan leader bore more weight than any of the others. In 1851, at the time of the Cupeño revolt, the leader was Antonio Garra of the kavalim clan, so it is obvious that kavalim supremacy goes back at least that far. The leaders of each clan were consulted in cases demanding joint action, but the kavalim nuut seems to have acted as head in cases of emergency.

In the kavalim clan, Antonio Garra (kaval) is the first nuut remembered. He was before the informant's time, but was remembered because of his prominent part in the Cupeño revolt of 1851. Who succeeded him is uncertain: perhaps Belares Kaval (see genealogy 14).[447] The first nuut whom the informants actually knew was Roman kaval. He was succeeded by a cousin of his own generation, Hilario. Hilario was succeeded by Francisco nawilot, another cousin. Francisco, a very old man, now lives at wilakal, but his ceremonies are, as the Cupeño say, "covered up," which means the life of the clan as a ceremonial unit is ended. In the pumtumatúlnikteum clan the earliest nuut remembered was Hilario pumtumatúlnikie, or Blacktooth. He was succeeded by his son Piū, who was in turn succeeded by his son, Jose Cecelio. The son of the latter, Marianno Blacktooth, is the present nuut. His ceremonies, like those of all the kūpa clans, are now "covered up." Of the temewhaniteum clan Juan Angel is the only nuut remembered. This clan is now extinct, and as far back as informants can remember no more than three male members were alive. When Juan Angel died the few survivors of his clan went under the leadership of Piū pumtumatúlnikie. When Piū was too young, and Hilario was too old to give ceremonies, the pumtumatúlnikie clan went for a brief time under the leadership of the temewhaniteum nuut. Evidently these two clans were closely united.

Of the three wildcat lineages, Leonardo sivimūat was the earliest nuut remembered. He was succeeded by his son Francisco sivimūat. During this period the auliñawiteum lineage, as well as the taka'atim lineage, were under sivimūatim leadership. On the death of Francisco

sivimūat, Leonardo auliñawie became nuut, but the exact reason for this shift of leadership from one lineage to the other is not remembered by informants. He was succeeded by his son, Jose Juan auliñawie, who in 1925 lived in Pala. The taka'atim lineage, within the memory of all informants, has never had any nuut, but has been under the ceremonial control of either the sivimūatim or the auliñawiteum lineages.

The sauivilem clan, Cupeño informants say, may have had its own leaders at Los Coyotes canyon, but at kūpa was always under the control of the kavalim nuut. We have previously discussed the situation at wilakal, Los Coyotes canyon. Most of the teútnikut clan members living in kūpa were under the pumtumatúlnikteum nuut, but when Matias teútnikut died the pumtumatúlnikteum nuut, then Jose Blacktooth, gave no mourning ceremony for him, so his disgruntled relatives transferred their allegiance to Jose Juan auliñawie, nuut of the wildcat clan. This recent happening illustrates particularly well the very loose bonds of the affiliated clan or "party" organization based entirely on ceremonial grounds, not on kinship as was the case in former southern Californian organization. Such tuevikinvatim clan members as lived at kūpa retained their ceremonial attachment to their own clan at wilakal.

From the foregoing account it can be seen that no exact rule of descent in regard to clan leadership prevailed. In each of the coyote clans it tended to pass from generation to generation in the male line of each clan lineage, while in the three lineages of the wildcat clan it passed from one lineage to another, but so far as present data are concerned always excluded the third lineage.

## The Kutvóvoc

The clan leader's ceremonial assistant was called kutvóvoc; similarly the ceremonial assistant of the southern Mountain Cahuilla was called kutvavanavae.[448] This office was hereditary, passing in the lineage as did the clan leadership. In most ceremonies the kutvóvoc of another clan was employed: if kavalim gave a ceremony the sivimūatim kutvóvoc would preside, but when any other clan gave a ceremony the kavalim kutvóvoc was employed. This reciprocity will be more fully discussed as each ceremony is considered. The kutvóvoc

ACC0004737

must be a man of commanding presence, with a loud clear voice for announcing events and for singing. He was usually believed to have supernatural powers and the fear thus inspired helped him in keeping order. The kavalim and pumtumatülniktcum clans each had a kutvövoc, but as far back as informants remember the temewhanitcem clan did not. All the clans of the wildcat moiety had only one kutvövoc, usually in the sivimüatim clan. It was possible for the clan leader to be both nuut and kutvövoc. This was the case in the kavalim clan when Roman kaval held both offices.

### The Paha

Beside the kutvövoc, the Cupeño employed the paha in the manet ceremony. This ceremony the Cupeño say was given to the kavalim clan by the Luiseño at Puerta Cruz. At first only this clan had a paha and performed the manet ceremony, but later it was shared with the pumtumatülniktcum clan, and about sixty years ago on the death of a kavalim paha the ceremony was given to the sivimüatim clan as well. The paha symbolized, among the Cupeño as among the Luiseño, the red racer snake, and was painted half red, half black to represent the supposed sex colors of this reptile. The term paha means red racer. As the clans generally united for the manet dance, there were usually three pahas employed at the ceremony, each clan or clan group providing one. This officer was originally appointed by the nuut, and often a shaman whom the people feared was given the position. If a relative of the incumbent showed ability in this line he might succeed to office, but there seems to have been no regular rule of descent.

There were other persons who had special duties in ceremonies or led in certain songs, but they were not given titles and may best be discussed in relation to the particular ceremonies.

### Shamans and Shamanism

Formerly there were many shamans at kûpa. One man of the temewhanitcem clan (name not remembered) was able to change himself into a bear and in such guise killed many calves. He likewise transformed himself at certain ceremonies in order to frighten the people. All shamans were called pûlum. Individual dreams or physical peculiarities usually led a person to become a shaman, and all those that are remembered seem to have been men. They cured

afflicted persons by sucking out the disease. This disease was often exhibited by the shaman as a red snake (species?). Toothache was believed to be caused by a worm in the tooth which the shaman sucked out. Other worms which caused the lungs to dry up were supposed to cause tuberculosis. A shaman was believed to have unusual powers to hear and to understand all sorts of natural phenomena, and each had special "powers" in him which he could throw into an enemy. Unless the shaman withdrew this "power" the enemy would die. Even today the Cupeño are very careful not to allow any of their hair to remain where a malevolent shaman might secure it and do them harm. It was considered especially dangerous to find a stray hair in the basket in which a newly born child was washed. Certain shamans were supposed to be able to induce a good crop of acorns or to blight the crop. Such power was purely individual, and while the shaman undoubtedly had much influence in the society to which he belonged, he was never a formal official as such. Shamanism and religion in general merit a great deal more study in southern California, and in the outlying districts many data are still obtainable.

### RITUAL AND CEREMONY

#### The Calendar

The summer and winter solstices were determined by two or three old men who carefully observed the rising and setting of the sun. They "screamed out" when the longest and shortest day of the year arrived. Their position in the social scheme does not seem to have been official, but was regarded as necessary by all the people to indicate the time for gathering certain foods and giving certain ceremonies. The exact calendrical time for most of the ceremonies is not remembered by informants. The calendar was created by Mûkat. The eight pairs of periods are obviously not moon months. The ending -mal on the first of several name pairs may denote "present" or "little"; -yil on the second name in several pairs may mean "past."

1. tovakmal.  Acorns, getting black
   tovakic.
2. tasmoimal.  Everything coming up, greens ready to eat.
   tasmoiyil.
3. taupakmal.  "Summer."  Everything ripening, plenty to eat.
   taupakic.
4. tausunabakmaiyil.  Ripening of grass seeds.
   tausunlaxic.

5. pakumoimal. Wild cherries ripe and gathered.
   pakmoiyil.

6. nimoimal. Acorns ready to pick (December, the month when the eagle
   is supposed to die).
   nimoiyil.

7. novanomal. "kwinil" acorns gathered.
   novanwut.

8. soimaimol. Finishing month (month in which the Luiseño Wíyot died).
   soméyil.

## Naming Ceremonies and the Singing of Enemy Songs

A special ceremony called pumtaulūninwin, for naming children, might be given by any clan having several children to name. There was no special time for this ceremony. A clan of the opposite moiety was always officially invited to attend this affair, usually one with whom the clan giving the ceremony was much intermarried. All relatives of the children's mothers were likewise invited and usually the other kūpa clans came without any special invitation. The naming took place at night in the privacy of the wāmkie to prevent any of the so-called "enemy clans" learning the names for use in their "enemy" songs. Children were named by the nuut, or by elderly male relatives, and were usually given the names of dead ancestors in the male line.

Mrs. Griffith's mother, Soledad kaval, was named paumuau matcanhanut; the first word is a place name near Mesa Grande, the second word means "bowed head." Roman kaval was named hūnwut tōvicnikic, "bear white"; Leonardo sivimūat was named "pakānic," blackbird; and Piū puntumatūlnikic was named tanval pūic, "thunder road-runner. Other male names were aswit tōvienikic, "eagle white"; kūpa ñayawit, "kūpa fast runner"; and kūpa whīwinit, "kūpa standing."

At this time the nuut appointed a special man to pierce the ears of the boys with a sharp chamise thorn. Mrs. Griffith's grandfather had such pierced ears, and the informant remembered seeing Cahuilla from Los Coyotes canyon with large holes in their ear lobes and nasal septa, in which were placed sprigs of arrowweed.

At this ceremony "enemy songs" were always sung. The kavalim clan sang against the nateūtākiktum and pauatakiktum clans of the Mountain Cahuilla, and the pumtumatūlnikteum clan did the same. The temewhanitcem clan sang against the watie clan (?) of the Diegueño. The sivimūatim and taka'atim clans sang against the

melisatim clan of the Luiseño (near the Henshaw dam), and the auliñauiteem clan sang against the takanawhic clan of the Luiseño who also lived near kūpa. Each clan would take turns during the night in singing their songs. These songs were sung at other times but the name-giving ceremony was considered a particularly appropriate time.

### Girls' Adolescence Ceremony

This ceremony called aulūninil occurred once a year, usually in November or December. The Cupeño initiated all girls at about the age of nine or ten irrespective of whether they had had their first menses or not. Each of the coyote clans had such a ceremony, but the sivimūatim lineage held one ceremony for all the other wildcat lineages. The wilakal clan members living at kūpa returned to wilakal for their ceremony.

The nuut of the clan performing the ceremony would notify the parents of all girls of the right age, and tell them to prepare food and gifts for the ceremony. When all was ready the nuut would send the kutvōvoc to notify all the other clans. That night all the people assembled in the wāmkie of the clan giving the ceremony. The nuut notified them who the girls were that were to be initiated. Piles of food were assembled in the center of the wāmkie, one for each of the visiting nuuts. The nuut giving the ceremony then gave one pile to each of the visiting leaders who divided it among their clan members.

In the morning the kutvōvoc took more food to all the invited clans. The duration of the ceremony depended on the amount of food to be distributed. Certain clans, especially the pumtumatūlnikteum people, were reputed to be very stingy and to give only short ceremonies. When all the food was distributed the kutvōvoc went to a near-by hill and called all the people to the wāmkie. All the neophytes were put in a near-by house and covered up. The kutvōvoc dug a long pit in the center of the wāmkie and his wife gathered a great amount of soft pungent weeds. A fire was built in the pit and when the earth was hot the fire was raked out and the pit lined with the weeds. Then one at a time the kutvōvoc brought out the girls all covered up and placed them in the pit. Meanwhile his wife had boiled a certain weed called wikwut in water, and gave each girl a cup of this to drink. If a girl from another clan was included in the group she was served first. The girls were covered with the weeds.

Presents were then thrown out on the floor and the kutvóvoc shouted three times, whereupon all the guests scrambled for the presents. All day the girls lay in the pit, while the women of the clan sang special songs over them. Later the women sang the enemy songs of their clan, and often the women of the other clans joined in. In the evening the girls were taken from the pit, it was reheated, and they were returned to it. When the sun went down the singing of enemy songs ceased and all present ate outside the wämkic. That night the men sang enemy songs and the women danced. In the morning food was again distributed. The ceremony might continue for a week, during all of which time the girls were supposed to remain in the pit. They were fed acorn gruel and given warm water to drink. Often visiting clans brought eagle feather skirts, ûlut, to the clan nuut as presents; these and strings of feathers were hung on the walls of the wämkic during the ceremony.

At the end of the prescribed period the girls were taken to the house of the kutvóvoc, and while here were given gruel and warm water; meat and salt were especially forbidden. Usually after a week they returned to the wämkic and food was once more passed out to all the guests who had again been summoned. The women sang during the day and the men at night.

Then the kutvóvoc and his assistants arranged the ground-painting, terehäut, in the center of the wämkic. This was made of white clean sand, black charcoal dust, yellow seeds, black seeds, and red powdered iron oxide (from certain springs). The red color represented blood. The painting was in the shape of a circle, usually about twelve feet in diameter. In the center were three holes, the center one representing the heart of the universe. On each side of these were the figures of Mükat and Tumaiyowit; each had a "walking stick," teaïlakpie, and a pipe, iteit. Around them were figures representing their people.

The kutvóvoc brought in each girl. He took her around the painting, explaining all the symbols to her and especially warning her that she must obey all the rules she had just learned during all future menstrual periods. As each girl was brought in her parents scattered presents for the guests.

The kutvóvoc told the girl that some of these symbols would protect her, others would kill her if she did not obey all the rules.[449] He put a small piece of dried meat into her mouth and she pretended to

[449] This strongly suggests the Chungichnish cult, but the actual name of Chungichnish seems to have been applied directly to the raven, and so far as can be learned today did not mean a definite deity or cult.

spit one piece into each of the three holes. The kutvóvoc grunted three times, and she spat the meat into the center hole. If the saliva landed without getting stringy it was a good sign, but if not it showed that the girl had already broken one of the rules. Each of the girls went through this performance.

The kutvóvoc then put them in a row in the center of the dance house. He brought in a fine basket called wakpie, and a fiber brush with which he brushed all the leaves from the girls' hair into the basket. Then wreaths of the same punget weed were put on their heads, bracelets of a weed called wic were put on their wrists and ankles, and a woven reed belt was put around the waist of each. The kutvóvoc then filled a hollow arrow-weed tube with the leaves he brushed from the girls' hair, and followed by the girls he went to a certain warm spring where one palm tree grew. He buried the arrow-weed tube in the mud here, and took the wreaths and ornaments from their waists and ankles to another place where he deposited them. Special wreaths of human hair were put on their heads, and similar ornaments on their wrists. All the people gathered together and the boys of the village raced over a course of about half a mile. They were followed by the younger women, and then the newly initiated girls raced over the same course. The course ended at some rocks and here the girls painted rectilinear designs with red iron oxide. This ended the main ceremony.

The girls' mothers took them home, and each morning for one or two months they bathed their daughters very carefully in the warm springs. Each girl continued to fast over this period and had a special stick to scratch herself with. Her face was painted black and red, in spots if she belonged to a wildcat clan and in stripes if she belonged to a coyote clan. Different designs were put on each day with black on a red background. These designs were put on with a sharp stick dipped in grease and paint. There was a design for each day, and when a girl had used up all the designs her period of probation was over. It was essential that the designs be kept fresh and not mussed up. After all the designs had been used the girl was allowed to eat meat and salt again, except during her menstrual periods.

### The Feather or Whirling Dance

This ceremony, called pukuvyahil, was given to the temewhanitcem clan by Luiseño from nulûlva (about six miles northwest of Puerta Cruz) and was given by that clan to the other Cupeño groups. It

ACC0004740

might be performed at any time of the year and included boys and girls of all clans ranging from sixteen to twenty years of age. The pahas of the various clans took the initiates to a secluded place away from the village and taught them to sing and dance. All the songs were in the Luiseño language. The kutvóvoc stayed in the dance house and prepared the food for the ceremony. One boy or girl sang and danced at a time, and eagle-feather skirts were worn in a whirling dance. When they had learned the songs and dances the paha brought them back to the wämkie, and all the people assembled outside. The kutvóvoc shouted the name of the boy or girl who was to dance, and then one of the two pahas shouted "hou-ou-ou!" and kicked on the wall three times; the paha outside answered in kind, and the first paha rushed out of the house and fell prone in the center of the dance enclosure. Both pahas then whirled bullroarers, aiil, and the dancer wearing ülut, the eagle-feather skirt, and pachïa, a headdress of eagle down with horned owl and eagle feathers erect in it, circled the dance enclosure three times. The boys and girls were painted, and when dancing carried a red stick about a foot long in one hand and a black stick in the other. They dashed these together when they wanted the singing faster. Outside the circle were the bulk of the guests, all slowly dancing clockwise; inside the circle were the singers, and before them were the two red and black painted pahas, swinging bull roarers. In front of these and inside the circle of dancers each boy and girl danced, one at a time, whirling and squatting until exhausted. When the dancers crowded in, one of the pahas with a long pole widened the circle.

Boys and girls of coyote clans had stripes of red and black clay painted all over their bodies and faces, those of the wildcat moiety had spots all over their bodies. The Cupeño say that this is the way the dance came to them from the Luiseño. After all the children had danced and sung their songs, there was a general feast. As might occur at the end of any ceremony, they often danced out the fire at the close of the feast. This was called tápaset.

### The Manet Dance or Boys' Initiation

Originally this dance was given the kavalim clan by Luiseño from Pichanga. Some of the songs in the Pichanga dialect the Cupeño understand, but other songs in the San Gabriel language they do not understand. Formerly the kavalim clan initiated all the Cupeño boys but later the ceremony was performed by the other clans as well. It

was called manet pannil, "the drinking," and might occur at any time. If a raven, kawialwut, or a crow, alwit, was heard cawing near the village the man who heard it took a basket full of food to his nuut, and a manet dance was held for three nights. The raven was also called teingitenic and was believed to bewitch people, hence the manet dance, which was very sacred, was held to prevent him from doing evil.[448a]

Youths ranging from ten to eighteen years of age were given jimsonweed or manet. The Cupeño called the jimsonweed in their own language nakta-muluuc. The nuut gathered all the boys who were to be initiated and sent them away from the village with two pahas to watch them. The jimsonweed was prepared in secrecy by the clan paha, the roots being pounded in a special mortar, tamyaic, and soaked in water. The nuut administered a cup of this decoction to each of the boys and then after painting their faces they were brought into the wämkie. No one but men might be present when the drink was administered. When the boys were all in the wämkie they danced in a circle around the fire until they became unconscious from the combined effects of heat and drug. A large fire was kept blazing by the kutvóvoc. In the morning they were all sent out of the village again. Girls of about the same age were likewise sent away from the village at this time under the guardianship of an old woman who taught them various songs. Both girls and boys were painted as in the feather dance and were not allowed to eat salt. Sons of clan leaders wore eagle down, piwie, in their hair.

When the boys had learned all their clan songs, the kavalim clan giving the ceremony, and all the invited clans, assembled in the kavalim wämkie. All the various nuuts sat together, as did the members of the clan giving the ceremony, while the others were more or less mixed. Informants denied that people of the two moieties sat or danced on different sides of the dance house.[439] They said that this was only done "in play" and never in a serious ceremony like manet. It is only possible to conjecture whether this joking moiety division of dancers is a survival of a once seriously observed custom or not. Certainly in Cupeño society as we know it, it seems to have had no importance. A sand-painting, identical in all details with the one described for the girls' puberty ceremony, was made, and the symbolism of the painting was explained to each boy by the kutvóvoc.

448a Sparkman, present series, 8:215, 1908, states that the Luiseño also called the raven by this name.

450 See Gifford's statement, present series, 14:197, 1918.

ACC0004741

At this time the rules which he must observe as a man were given him, and he was shown certain of Mŭkat's creatures which would punish him if he did not obey them.[451]

When the ground painting was made, a rectangular pit about 5 by 3 feet and 3 to 4 feet deep was dug. A design of a crude human figure with arms extended was made of twine in the bottom of this pit. This figure was called the wănawut; and three flat stones were placed in the pit, one below the feet, one in the center, and one above the head of the wănawut. When the kutvôvoe had explained the ground painting to the boy he led him to the wănawut pit and explained its symbolism. This symbolism does not seem to be very clearly remembered at the present time, but informants agreed that the pit represented the boy's passage through life and the figure death. When the kutvôvoe completed his lecture the boy spat into the center of the figure. Then kutvôvoe shouted "So and so's son is coming," and called "ha-a!" three times. The boy jumped onto the first stone in the pit, then to the second and squatted a moment, then to the third, and then jumped out of the pit. Should be falter and step on the wănawut it indicated that he would die young. When a boy completed this ordeal successfully all the people shouted and sang. This rite was performed by the older boys from fourteen to sixteen years of age. It was called tciawinwa wănawut, "jumping over the wănawut."

This dancing and singing at night were repeated at the wămkie of the puntumatŭlnikteum and sivimũatim clans. There were three nights of dancing at each. Each day of the dance the parents of every boy being initiated carried a winnowing basket, levatinal, full of acorns to the kavalim nuut. The kavalim nuut, or whichever nuut was giving the ceremony after the kavalim clan relinquished their exclusive claim to it, gave food to the kutvôvoe who distributed it to all the other clan leaders. Each afternoon at about four o'clock, the clan giving the ceremony provided a feast for all the other clans. It was essential that their nuut be personally present to see that all the guests received a sufficiency of food, for if he stayed away the guests would be disgruntled. On the last afternoon of the ceremony the kutvôvoe brushed the hair of each boy who had drunk the jimsonweed, and put the brushings into an arrow-weed tube. As in the girls' puberty ceremony this tube was buried in the mud at a certain spring.

451 No clear exposition of these rules was remembered, but they probably differed only in detail from the Luiseño advice given the boys in the same ceremony. See Sparkman, present series, 8:221-224, 1908.

Then the boys all ran a footrace and the winners were regarded as especially promising young men. On the last evening the presiding nuut thanked his clan members for going hungry that he might give the ceremony, and the kutvôvoe gave a short speech which ended the occasion.

### The Ceremonial Eagle Killing

There appears to have been one golden eagle's nest in kũpa territory on Hot Springs mountain at a place called aswit peña, eagle's nest. This site was owned by the kavalim clan and the eagles were likewise its property. In the spring men were sent to watch the eagles, and when the young birds were hatched and the natal down was being replaced by the juvenile plumage the watchers reported the event to the kavalim nuut. The nuut then invited the puntumatŭlnikteum and the temewhanitcum clans to aid him in securing the young bird. A large party proceeded to the cliffs above the nest and a man was lowered on a rope to get one and sometimes two young birds, which he brought up in a carrying net. As the returning party neared the village signal fires were made to warn the villagers of their approach. The eaglet was formally given to the kavalim nuut at the wămkie, and immediately all the kaval people began to throw out gifts. At this time should any other person desire any possession of a kavalim person he could take it and the owner was not supposed to object. Certain presents were given the invited kutvôvoe, and these he distributed to the guests in honor of the eagle. Races were held and the fastest runner carried the young bird. A cage about five feet high was made of willow branches and here, next to the kavalim wămkie, the eagle was kept. The kavalim nuut told the kutvôvoe that he wished "to feed the eagle," and the latter organized a rabbit hunt in which all men in the invited clans participated. Two days and nights of dancing and singing followed and each night the kutvôvoe fed all but the kavalim clan, who were the hosts. Then for some time the young eagle was carefully fed until he had assumed almost full adult plumage. During this time there were no special ceremonies but there was much feasting and social activity.

When the eagle was almost grown the kavalim nuut would assemble his clan and tell them that he wished to kill the eagle in memory of the kavalim dead. They usually agreed to this and much food and gifts of all sorts were prepared. All the other clans were invited to the kavalim wămkie for a certain night. When they had assembled the kutvôvoe placed a pile of food and gifts before each invited nuut,

ACC0004742

and the kutvövoe of each clan divided the gifts between the families. The young eagle was wrapped in masvut, the ceremonial matting, and brought from the interior of the wämkie while all present sang or cried loudly. A kavalim man carried the eagle dancing around the fire in the wämkie. Other kavalim people followed him, all wailing. They all wore extra clothes which the guests were allowed to take from them as they danced. All through the evening the dance continued at intervals. Between times the various clans sang their enemy songs. Then the dance with the eagle continued to the accompaniment of special "eagle-killing" songs. These songs tell how aswit, the eagle, is grieving and crying for the people. All the people whose relatives had died within the year weep and wail, throwing away many presents. Before dawn a man with strong wrists takes the bird and by compressing its lungs kills it. The various shamans however are supposed to have killed it by their magical powers, the one who was performing his incantations at the time it died being considered the most powerful. Then the mourning of all was redoubled, a special song translated "the eagle is ended, all is over" being sung. The body is given to the nuut who removes most of the skin, the tail and wing feathers as well as the down being very valuable. The next morning the body wrapped in masvut was buried in the wämkie.

The eagle was thus sacrificed in memory of the dead, and because it was the most sacred and valuable of birds the respect paid the deceased was all the greater. Cupeño informants did not believe that the eagle carried messages to the dead as did the Luiseño, though this may have been an earlier belief.

### The "Nuut's Road" and Its Implications

If none of the kavalim clan had died during the year, the young eagle might be taken but was not killed by them. The nuut would assemble the clan in the wämkie and they would decide which clan should be given the eagle. It was given to a clan, usually of the opposite moiety, in which several deaths had occurred during the year. The kavalim clan usually gave such presents to one of the three kūpa wildcat lineages, but it might be given to neighboring wilakal, Cahuilla, Luiseño, or Diegueño clans.

There appears to have been a regular exchange of gifts whenever a death occurred, between all these groups. This was called sülakil, the nuut's road. But the gift of the eagle was an addition to this system. When it was decided which clan was to receive the eagle, food

and gifts to accompany the bird were gathered, and led by the kutvövoe the bearers of the present proceeded to the wämkie of the recipient clan. Here they were met by the kutvövoe of this clan, who had already been notified, and who gave a present of food, basketry, and sometimes shell money in return. The donors returned home the next day after a feast. This second clan then issued invitations to all others and proceeded to have the eagle-killing ceremony. If they did not wish to give such a ceremony they might give the eagle to another clan. In the same way neighboring clans sometimes brought an eagle to the kūpa clans.

The true sülakil or "nuut's road" was evidently the southern equivalent of the elaborate shell money exchange in the north which has already been discussed. Whenever a death occurred in any of these southern clans, irrespective of their linguistic affiliation, the neighboring clans, especially if they had intermarried with the clan in question, sent a present of numhut, "treasure." This gift took the form of kenhut, shell money; ūltum, eagle-feather skirts; various ceremonial objects; and sometimes masvut, the ceremonial matting. There was a regular system for such exchange, but its details have been forgotten. A length of three and a half feet of shell money was always included. Informants agreed that this shell money, kenhut, was received long ago from the San Gabriel people, whom the Cupeño called temankammalyem. The recipient of such a gift did not return it at the time, but at his clan's annual mourning ceremony about a year later invited all the clans who had sent gifts, and returned the exact amount of shell money with the addition of food and other presents.

The presence of this ceremonial gift exchange among these southern clans, as well as among those in the vicinity of San Gorgonio pass, makes it seem almost certain that in aboriginal times the western half of southern California was practically one ceremonial unit. It particularly emphasizes the lack of cohesion between the linguistic groups, or as they have erroneously been called "tribes," as compared to the bonds of unity established by intermarriage and common ceremonial activities. Obviously the clan in its larger sense, ranging from the small single lineage to that composed of several ceremonially united lineages, was the political unit in the area. Between these units, each of which probably represented a village, there was a network of economic and ceremonial connections, only the faintest records of which may be obtained today.

ACC0004743

## First Ceremony for the Dead

When a member of any clan died a ceremony called pisatûil was held the night following the death. The nuut of the clan that had suffered the loss had his kutvôvoc gather food from all clan members, and then notify the leaders of the other clans in the village. That night all the invited clans assembled before the wämkie bringing presents. All that day the members of the mourning clan brought food contributions to the wämkie, and when all the guests were assembled, the nuut, accompanied by three men, went inside and brought out the gifts which they piled before the fire. If the loss had been in the kavalim clan the pumtumatûlnikteum and temewhaniteem clans were notified first, and the kutvôvoc of the former of these two clans announced to the others those for whom the kavalim people were mourning. The presents were distributed and the kavalim clan sang their songs for the first part of the night, then the other clans sang one after another for the remainder of the night.

In the morning food was distributed to the guests, after which the kûtvôvoc organized a rabbit hunt in which all the men participated. When they returned a big fire was blazing and the rabbits were prepared by the kutvôvoc and his assistants. Women of the clan prepared more food and another feast was served in the wämkie. All participated in this save members of the clan giving the ceremony. After this feast the nuut of the mourning clan thanked all the people for coming and "suffering in the cold night" for his sake. The kutvôvoc answered him, and the guests departed. Formerly the body of the deceased was burned immediately; at the present time it is buried within a few days.

In the foregoing account the feasting seems to play such a prominent part that the thanks of the clan leader to his guests at the end of the ceremony seem uncalled for. It must be remembered however that the main part of the ceremony lies in the night-long singing. One who has sat up all night at such a ceremony in winter, enlivened only by the mournful chanting and the weeping of the women, will understand it better. There is little of the proverbial "Irish wake" about the ceremony, yet the older Indians seem to enjoy it. It is however more the joy of a chronic church-goer than that of a reveler.

## Second Ceremony for the Dead—Burning the Possessions

If the clan of the deceased is well provided with food, this second ceremony called süuchunuil, "burning the possessions," might follow the first within a few days. This however rarely happened, for two such ceremonies at once would be apt to make any clan destitute. Usually a few days after pisatûil the clan leader called all the members to the dance house. At this time he took down his masvut bundle, and divided the numhut it contained into piles, one for each of the various clan leaders that were to be invited. The family of the dead assembled the clothing, baskets, and other possessions of the deceased that were to be placed on the fire, while the other clan members agreed to gather food for the ceremony. Some time after this when the requisite supplies had been gathered, the nuut told all the clan the exact day for the burning.

The kavalim nuut, if it was one of his members that had died, notified the sivimûatim kutvôvoc who presided at the ceremony. According to informants the calling in of another clan was usually based on marital relations with that clan; hence if the moiety rule was observed, as it was at kûpa, moiety reciprocity would have resulted automatically. However when the pumtumatûlnikteum clan asked the kavalim kutvôvoc to preside there was no such reason involved. Throughout many of the Cupeño ceremonies the exact nature of the reciprocity is not altogether clear, but the question must be left in abeyance so far as the present data are concerned. If more details of the daily economic life of the people were obtainable the reciprocal relationships between the groups might seem much more logical than they do at present.

The invited kutvôvoc summoned all the other invited clans to the ceremony. All the members of the host clan with their various bundles assembled with the guests in the wämkie. The nuut of the host clan then went to the nuut of the reciprocal clan and whispered to him for some time, after which the latter arose and announced the family names of the dead for whom the ceremony was given. All the numhut, which was divided up and placed in piles on the masvut matting, was then distributed to the invited clan leaders. This numhut included baskets, eagle-feather skirts, and ceremonial wands called paviut which were cross-shaped, colored red, and decorated with shells on one side. This material was carefully put aside by the recipients.

ACC0004744

Food was then distributed in a similar manner, and cared for by the kutvôvoc of each clan. The masvut matting was left on the floor and the bundles which were to be burned were placed on it.

Hosts and guests sat in a circle around the fire and commenced the songs for the dead. At this time more gifts were thrown around the wâmkic. One man, called toûvac, then sang a song which informants say is very long and very old. It told the soul to go fast, to go swiftly, to go down, down. Then to go up, to go east, to go way down into the darkness, and at last to come up into the clear place to happiness. Another man sang a long song, slowly and sadly. The songs are about death and darkness; then they describe the many kinds of wood used in burning the body. Each singer accompanied his song with a tortoise-shell rattle called aiil, and a few people danced slowly as he sang. Finally late that night all the songs were finished. All rose and the bundles were put in a large basket. The invited kutvôvoc took this and danced clockwise around the fire three times, then he threw it on the fire. All present wailed loudly at this time and threw many possessions into the fire.

The remainder of the night was spent in singing "enemy songs," for all the enemy clans were believed to be rejoicing that deaths had occurred at kûpa. This rejoicing had to be warded off by singing or it would harm the people. Each clan took turns singing against their particular enemies. In the morning all dispersed.

### Final Ceremony for the Dead—Burning the Images

About a year after a death, or sometimes later in order to include other persons who had died, the nuut had his kutvôvoc summon all the clan to the wâmkic. In silence he unrolled the masvut bundle and spread out the numhut it contained. Then he told the people when nañaukalan, "the image-burning," was to occur. All that night clan songs were sung, and in the morning the people dispersed to prepare for the coming ceremony with its accompanying feasts and giving of gifts. When all was prepared the proper clan was notified (kavalim, if the wildcat clan gave the ceremony, and vice versa), and their kutvôvoc invited all the other clans.

For three days all feasted and sang. Each morning there was a communal rabbit hunt, while in the afternoons the women sang and at night the men continued the songs. Later in the week materials for the images were gathered by the kutvôvoc of the reciprocating clan. He made all the bodies of the images out of masvut given him

by his nuut. Meanwhile his wife prepared faces of buckskin and wigs of human hair. This took place in the mornings while the men were away on their rabbit hunt. The hair used for the images was obtained from the women of the mourning clan, who either cut it between two stones or burned it off. The faces of such women were also blackened with charcoal. The faces of the images were stuffed with a reed called sîic. White shell beads were used for the teeth and the face was marked out with charcoal. These and all other parts of the images were then rolled in the masvut and tied up.

Early on the last morning of the ceremony (which usually lasted a week) all assembled in the wâmkic. The nuut unrolled his masvut in the center, and all prayed and blew smoke over it. In such ceremonies wild tobacco, called pîvut, was employed. Ceremonial smoking accompanied all serious ceremonies as among the Cahuilla. Then the numhut, which had been previously divided, was given to the various clan leaders. Many songs were sung, most of them identical with those sung during the sûuchumnil ceremony. Late in the afternoon the presiding (invited) kutvôvoc brought in the bundle containing the image material and laid it on the masvut matting which remained spread in the center of the wâmkic. Special songs were sung at this time relating to making the images, and the host clan members threw out gifts for the guests to gather up. This part of the ceremony was called nañawil, "the image-making."

When all the songs were concluded the presiding kutvôvoc picked out four persons, usually men and their wives, to make each image. As a rule these persons were relatives of the deceased whose image they made. Then the kutvôvoc shouted three times and all the persons who were to assemble the images screamed out the enemy names of their clan. The kutvôvoc took a sharp knife and cut open the bundle of masvut containing the material for the images. At this point all the people in the wâmkic shouted "wu-n-u-k" (cut it). This bundle represented the bodies of their enemies.

All the assembled people assisted in making the images. They were roughly made to represent the characteristics of the deceased persons they symbolized. The images of children were made of a similar size, those of renowned clan leaders were decorated with feather skirts and hung with strings of shell money. Men were always indicated by having bows and arrows as well as carrying nets on their backs; women were decorated with rabbit-skin cloaks and valuable baskets. An apron of matting, beads, and a small basket on the head

likewise indicated a female. At present, modern clothes and ornaments are put on the images, but formerly the images were painted and dressed in native costume.

The leader of the first group to finish its image shouted for a tortoise-shell rattle (aïïl) and followed by all the relatives of the deceased went out and danced around the wämkie with the image. The others followed and many presents were thrown for the guests to gather up at this time. As they danced with the images they sang one song, constantly repeated:

> "To the north turn it!  To the north turn it!"[452]  Coyote (isil) and
> Wolf (iswit) made it of masvut and hair!"

Chanting this song they danced around the wämkie, throwing away presents. If the clan was prosperous they went twice, but if they were poor they only circled the wämkie once. Then they took the images to where the kutvóvoe with a hand drill had kindled a fire of fast-burning brush, and thrust the images into the flames. More presents were thrown over the crowd and the dance continued around the fire. When all the images had been consumed, all gathered close around the fire, the members of the host clan on the inside. Six times they shouted "Bury them!"; then all grunted three times and blew toward the sky. The ashes of the fire were covered with soil and all stood up. The host nuut gave presents to the invited kutvóvoe for his work, and the ceremony was over.

The invited clans returned to their homes, rich with the gifts of the mourners, while the host clan stripped of all its wealth set about the slow task of replenishing its food and ceremonial supplies.

## MYTHOLOGY

### *Cupeño Creation Myth*[453]

"The gods Tumaiyowit and Mūkat created the world and all that is in it. They quarreled and argued as to their respective ages. They disagreed on many things. Tumaiyowit wished people to die. Mūkat did not. Tumaiyowit

---

[452] The Cupeño say that the head of a dead person should always face the north. The Luiseño likewise connect masvut and hair in their religious symbolism; see Kroeber, Two Myths of the Mission Indians of California, Jour. Am. Folklore, 19:320, 1906.

[453] Gifford, present series, 14:199, 1918, gives an outline of this myth. My informants, Mrs. Manuela Griffith and Mrs. Salvadora Valenzuela, had read this account and objected that it was incomplete. At my request they filled in the gaps, and in the present version I have given Gifford's account marked by quotation marks, with the informants' new material in parentheses.

went down to another world under this world taking his belongings with him (taking with him the children who live under the water). People die because Tumaiyowit died."

"Mūkat, who remained on earth,' (told all his children to dance. Rattlesnake was his handsomest son, but all the people teased him. Mūkat became angry, and he gave rattlesnake poison, telling him to bite the most handsome people. He bit úil, ''cedar tree,'' a very handsome man, and he died. Then Mūkat called the people together and told them how to make bows and arrows without points. But secretly Mūkat put points on the arrows. He told the people to play with their bows and arrows, and pauhit, ''willow tree,'' was killed. The moon was a beautiful young girl who used to paint her brothers every day, but Mūkat made love to her. Her brothers became very angry and the moon was embarrassed and disappeared).

(In the night the spirits of the dead came to visit their fellows, but they missed the moon. They refused to go away, and all the people were afraid but could not get rid of them. Then munkawit, ''a small fly,'' dug a hole, and the people put the bodies of the dead in it and tramped down the earth. Thus the dead could go down to túlmakie and never return. One day coyote saw the moon's reflection in the water. He screamed, ''Here is our sister who went away from us.'' But the moon was too high to be reached.)

(Mūkat thus) ''finally fell under the ill-will of mankind, because he caused quarreling and fighting. Every evening he put the people to sleep by blowing tobacco smoke from his pipe. When they were fast asleep, he arose stealthily, stepped over them, and went to the ocean to defecate. Each time he heard his excrement strike the ocean floor and he knew that all was well. Three times he would hear the sound. Then he returned. When the people awoke they found him in his place. They tried every possible means to discover when and where the god[454] attended to his natural functions, but to no avail.''

''Finally a very slim lizard hid on the god's cane. The god did not see it. The lizard discovered where the god went and what he did and reported to the people. Then they set the frog to bewitch the god. The frog hid in the ocean, and, as the god defecated, swallowed his excrement. The god, not hearing the usual sound, knew that something was wrong. He poked downward with his cane, which rubbed along the back of of the frog making the marks which we see there today. The god (the creator) Mūkat became ill and died.'' (He lay on his bed, which creaked. When the creator spat, isil, ''coyote,'' swallowed the saliva. This made Mūkat weaker and weaker. All his children refused to help him although they pretended to. The water snake rolled over him, but it did the creator no good.) ''When ill, he told the people, 'If I die today or tomorrow, burn me. Do not let coyote come near me, for he will do an evil deed'.'' (''Send him to the end of the world to get fire.'' At midnight the creator, Mūkat, died.)

''Upon the death of the god his body was burned. The people sent coyote to fetch wood (fire) for the funeral pyre, for they feared that he might eat the body of the god. Coyote departed. He was away nearly a day. As soon as he left, they started to burn the body. The fire drill and hearth with which the pyre was ignited, were two men. The body of the god was burning when coyote reached the end of the world. He saw the smoke and hurried back. When he arrived at home all of the body had burned except the heart,

---

[454] Creator is more nearly correct.

which the people kept turning to make it burn. When coyote arrived the people were standing close together about the pyre. (Those, like acorn, who were closest to the fire became covered with oil. Coyote) "He said, 'Brother and sisters, let me see this. He is my god (father).' They only stood the closer together, but coyote jumped over them and seized the heart. He ran north, where he ate it. Where the blood dripped there is gold. The people pursued in vain. Coyote looked back as he ran with the heart in his mouth. That is why a coyote when running away always looks back to this day."

"The people who stood around the pyre became trees, some tall, others short. It was over the short people that coyote had jumped. The people pursued coyote northward. Across the mountains in that direction the trees stretch today. They are the people who pursued coyote. Some have been knocked down, just as coyote knocked down the people."

### The Decimation and Revival Legend of the Kāpa People[455]

In the beginning there were many people at kúpa. One day they were having the puntaulūminwin (child's naming and ear-piercing ceremony) for the son of the chief. All were in a cave inside of a big mound when the kīlenmkotcam (southerners or Diegueño) attacked them and burned up the mound. Only the wife of the chief and his child, a boy, escaped because the attackers called to her to come out. All the other people were killed and all the houses at kúpa were burnt. This happened at kie-hū-kie (house-short grass-house).[456] The attackers wanted to kill the child but she disguised it as a girl so they let her keep it. Then they tried to persuade her to come with them but she told them she would follow them the next morning and so they departed without her.

Early the next morning she went north toward ūlkut (Saboba) where her relatives lived. These [relatives] were two men, hüvutyet and pa'ul, who had families at Saboba. Soon their children shouted: "There is a woman coming from the south," and the men inside the house said, "It may be our nephew kisil-piwie (hawk-white down)." The children were sent to fetch her as both men wanted her to live at their house, but she went to hüvutyet's house. They asked her why she had come to them and she answered, "They killed them all." Then they asked if there was no one closer to go to, and she said there was not. All mourned a great while for her relatives and all did many things for her. But she was not satisfied and each day went off by herself to gather seeds.

When the child became older and stronger she carried him on her back in a cradle. Sometimes she left him, leaving the cradle against a tree, and when she returned she would find dead rabbits and wood rats hung on the child's breast. She was very angry, and threw these away, thinking some one was making fun of her. She told this to hüvutyet and he said, "Do not throw away; bring them to me to eat. Then the child will not cry, for he kills them for me."

[455] A somewhat different and less complete version of this myth is given by Gifford, present series, 14:199-201, 1918. In his later notes at Pala he mentions the differences between the two stories. The present version was given in Cupeño by Mrs. Manuela Griffith, and translated by her daughter, Mrs. Salvadora Valenzuela, at Pala in 1925.

[456] This site was a few rods northwest of the Warner's Hot Springs Hotel, where informants say there is black charred earth even today.

The boy grew rapidly, and when very young went hunting with the men and always killed more game than they did. When at the time of the new moon they had races he always won. Likewise when they played punkaupiwin (shinay) he always beat all the others. All the people were becoming jealous of him. His mother observed this and said to him, "Do not go out with these people; you do not belong to them. Your people lived far away but they were all killed." So when the people asked him to hunt, race, or play with them he refused.

Hüvutyet observed that the boy was indifferent to work or play. He asked the mother if she had told the boy who he was. The boy's mother answered, "Yes I told him that these are not his people and that they do not like him. That his home was far away where are his pala tingva (hot springs)." Then the child spoke, "Now I know where I came from, I will go and see my place, my home!" So hüvutyet gave him some numhutim ("treasure" including many strings of shell beads) and a hákut (carrying net) to carry them in. He also gave the boy a long club. Hüvutyet told kisil-piwie to scatter these beads when he got to kie-hū-kie (house-short grass-house), his home at kúpa. The club (paunapic) was to kill his enemies with, for hüvutyet knew that he must fight. In the carrying net were placed bundles of acorn meal and various seeds for food. Last of all hüvutyet gave him masvut (sacred matting). When all was ready to start the mother sang:

"Now you are going with your numhut!"
And kisil-piwie answered:
"Nuñ-e Nuñe nu numhut pumûm!
Nuñ-e Nuñe nu masvut pumûm!"
"I am going, I am going, with my numhut—!
I am going, I am going, with my masvut—!"

They traveled to the edge of wiatava (Lost valley, near kúpa) and here kisil-piwie left his mother. He went down into the valley and met many people who looked like southerners. When they saw his long hair they shouted, "Our nephew (tennátima), we fixed him, we bathed him, that is why he is so handsome." Each day he went with them hunting, and always killed the most game, which he gave to them. Then he would return to his mother. She was suspicious and constantly asked him where he had been. He always answered that he had just been up on the mountain from which he could see all over. At last she followed him to thevikinvat (Sam Taylor's place, near wilakal), where she saw him with all the people. When he returned to wiatava he brought with him a deer he had killed, and told his mother to eat it. She answered, "Nunts in the big house, not old women like me, should eat deer meat!" But he insisted, saying, "You must eat it for there is no one else." As kisil-piwie could not eat the game he had killed himself, she had to eat it.

Kisil-piwie set out long rows of stone traps to catch wood rats which he brought to his mother. After several days he always found his traps empty and he asked his mother what was robbing them. She said it was probably isil (coyote), but when he drew a picture of the tracks he found at the traps she told him it was a bear (hünwut). She told kisil-piwie to beware for the bear was very dangerous. Instead he hid and waited for the bear, and after a long hard fight killed it with his club. So he told his mother he had killed something with long curved claws, and she said that it must be a bear. "Yes," he answered, "and I am going out to bring it in." He carried the huge animal in on his back and skinned it. He tried to make his mother eat the

bear but she refused, saying that only chiefs could eat bear meat. Then he sewed up the skin and blew into it till it was full, and the bear came to life. When his mother saw this she went away to a little hill and looked down the valley. Kisil-piwic played with the bear as though it were a puppy. He asked his mother if she had seen his bear, and she said she had but that it was very fierce so she had gone away. He told his mother that they were going away, saying, "I am taking my bear for my uncles to see." But before they left, the mother went down to wilakal and told the people there about the bear. When she returned to wiatava her legs were all scratched and kisil-piwic asked her where she had been. She told him that she had been looking for acorns. "Your feet look as though you had been bathing," said her son, but she denied it, saying that she had washed her feet at shiɛpuki (rabbit's home).[467] Then they departed with kisil-piwic leading his bear.

They went north of kûpa to kisil-pâlɛ-puki (hawk, road-runner home) where there were many stones good for straightening arrows. From here kisil-piwic looked down on his home.

Soon the southerners found out that he was there and they asked him to go hunting with them, which he did. They said, "We will catch him, we will not get our hands covered with blood." So they asked kisil-piwic to show them his bear which he kept in his hut. He would only show them the bear's paws and many did not think he had a bear at all. Many people came from the south to help kill him and they surrounded his hut. When kisil-piwic came out they all shot at him with arrows but he was unhurt. He came out many times, each time differently dressed and acting like a different person. The southerners thought there were many people with him and they decided to attack the next day. Kisil-piwic then gathered up all the arrows that had been shot at him. The next day when they approached he and his bear met them. The bear killed very many and they all fled, while the mother of kisil-piwic killed the wounded with his club (paunapic). Two men were caught by kisil-piwic and these he swung against an oak tree, but he did not kill them. He told them to go tell his aunts that he had killed all the people, and said, "Now I am going back to my place, kûpa." He and his mother scalped all the dead, filling a large carrying net with scalps. While he was carrying these scalps he rested at ûûupûa (where he rested). Farther up the hill he was tired and called this place paḣiksava (where he panted); then he went to pûlîma (where they ate), and then to mûkaɛmû (fleas). Here he took a long robe and fastened all the scalps to it. Last of all he and his mother feasted. Then he went to kie-hû-kie near by and scattered the shell beads. He sang on his father's rock. He was all alone at kûpa; all his enemies were afraid of him.

His mother was grinding acorn meal when from the west she saw two women approaching. She called to her son, telling him that two persons, women not warriors, were coming. The women came to a patch of wild currant and hid there. So kisil-piwic sent his mother to bring them to kûpa. She found the girls and asked them if they were not afraid. They replied that they were not. Then the mother said, "You have come to carry wood and water for me."

She took the two sisters, who were from taka'at (base of Smith mountain in Luiseño territory), and brought them to her son. He married both of them.

First the older sister had two sons, then the younger sister had one son. When the sons of the elder sister grew up they married sivimɛatim women. These were southerners from tâuhut and tûcvuli (about six miles south of kûpa). The son of the younger sister married an aulifiawiteɛm woman from solûkma (near wilakal). Each of these families also had children.

The oldest son and his wife were very good to kisil-piwic, but the others were not. This made the old man very angry and he called all his descendants together. Then he said, "This is my eldest son, his name shall be kaval—he will see farther and own more land than all others." Then to the second son he said, "Build your house away at sitɛñil (place under thorny bushes), and call yourself puntumatûlnikie (black tooth), for you are stingy and must live there." To the third son he said, "Go to the north and call yourself temewhanite (northerner)." Thus from the beginning all the kûpa people were close relatives.

After he had sent his other sons away, kisil-piwic and his oldest son had fiestas to which the other sons were invited. The oldest son had to supply the food, and that is why a kaval is always kutvôvoɛ and waits on other people at their fiestas.

There was one oak tree with especially big acorns at kûpa (near the present school house), and here kisil-piwic would dance. Many acorns would fall down for him but for no one else. These he would take to the kavalim women and they would grind them and make acorn meal cakes for him. He would eat these while all his children watched. He would tell them to go in the other direction where the wind had blown down acorns, but he would not give them any of his. The children told their fathers that kisil-piwic had bewitched the oaks so that they bore acorns only for him. His other sons hid near the tree and when kisil-piwic danced to make the trees bear, they bewitched him so that the trees would no longer bear for him. Thus he had no food and died. The oldest son made ceremonies for his father and all the other sons and their families came.

## VI. THE LUISEÑO

The Luiseño are the most southwesterly of all the Shoshoneans and today their coastal and foothill range is one of the most populous districts in southern California. As it was formerly the center of Spanish mission activity the combined influences have now obliterated all but faint traces of the native culture. Fortunately the Luiseño have received more attention from the ethnologist than the groups previously considered and as a result more is known concerning their former mode of life and their religious beliefs. The culture of the group has been studied most fully by Sparkman, Du Bois, Kroeber, and Gifford,[458] but the details of their social organization have remained somewhat obscure. This is largely inevitable since the long continued alien pressure early disintegrated the social structure of their more westerly villages. However, in the peripheral eastern portions of Luiseño territory certain groups have maintained part of their old organization up until the last generation, and here it is still possible to find a few individuals who remember the native social patterns. The previous consideration of their eastern Shoshonean neighbors, especially of the Cahuilla and the Cupeño, where native life has persisted into the last generation on a larger scale, gives many clues to hitherto obscure or unstressed points in Luiseño organization. It is this new viewpoint, rather than such new data as are here presented, that seems to clear up some of the contradictions existing in regard to the social organization of the groups.

The extent of Luiseño territory is somewhat uncertain but its general contours have been indicated on map 7. The boundaries have been drawn in accord with Sparkman's account,[459] but the clans are more or less arbitrarily assigned to the various sites they have occupied in historic times, and their locations accord with the following Luiseño clan list (table 19). This list is based on that previously given by Gifford[460] but a considerable number of additions and

[458] P. S. Sparkman, Culture of the Luiseño Indians, present series, 8:187–234, 1908. C. G. Du Bois, The Religion of the Luiseño Indians of Southern California, present series, 8:69–186, 1908. A. L. Kroeber, Handbook of the Indians of California, Bur. Am. Ethn., Bull 78, 1925. E. W. Gifford, Clans and Moieties in Southern California, present series, 14:155–219, 1918.
[459] *Op. cit.*, 189.
[460] S. Cal., 203–205.

changes have been made. The sites are probably more nearly correct for the easterly clans which for the greater part have clung to their ancestral homes, but the western clan groupings are in many cases the direct result of mission influence. According to informants there are slight dialectic differences between the speech of the northern Luiseño around Saboba, those in the east around Aguanga, and those of the central and western portion of the territory. The native groups around the mission of San Juan Capistrano had such a distinct dialect that they have been designated in all the more recent literature as the



Map. 7.  Luiseño Territory.

Juaneño.[461] South of the Luiseño were the Yuman-speaking Diegueño, to the east were the Mountain Cahuilla and Cupeño, and to the north were the Juaneño, Gabrielino, and Serrano. Culturally the Luiseño seem to have been active agents rather than passive recipients, as the following account will demonstrate, but the extent to which they received cultural stimuli from their northern neighbors is unknown because of the early disappearance of the latter groups. There is however strong reason for believing that a large part of the ritualistic detail passed on by them to peoples of the south and east they had themselves received from the Juaneño and Gabrielino.

[461] Sparkman, *op. cit.*, 189.

## TABLE 19

### LIST OF CLANS[462]

#### Saboba

1. Liteie.* Slipping.
2. Pokhat.*
3. Amurax.* Curled, as the leaves of a plant from the heat.
4. Tcipmal.* A species of owl.
5. Yuloteuwat.* Morning star.

#### Pechanga

6. Teauwi.* To chase or scare up game. (Also represented at Rincon. Gifford.)
7. No. not used.
8. Hakyuk.* Hungry.
9. Teukul.* (Perhaps from teuki, to fill tight. Gifford.)
10. Eñla.* Salt. A branch at Pala also.
11. Wilix.*
12. Pahanim.* Budding (translated as Brewer blackbird to present author).
13. Oyot.* Thief, robber.
14. Kowak.*
15. Afatci.* Bark of a tree.
16. Tosanal.* A small plant with yellow flowers (Bacria gracilis).
17. Kocak.* Sweet.
18. Wavic.* People piling food for fiesta.
19. Cahama.* In the white willows.
20. Makava.*
21. Canat.* Asphaltum.
22. Bahovie.*
23. Totmani.* Rolling stone.
24. Ûhôk. To trot.

#### Aguanga

25. Atôla. Root.
26. Aiyal. Poison oak.

#### Los Flores

27. Hôwak. Foam (?).

#### San Juan (Juancño)

28. Pôteavinik. Splash (of water).

#### San Luis Rey

29. Tuvotwie or Tuvotmuc.* Something ground to dust.
30. Atuniu.* A plant growing abundantly.
31. Halixliña or Haluslina.* Walking pigeon-toed or standing stoop-shouldered.
32. Ketekt.* Trousers (?) pulled up short.
33. Siñla.*

34. Towic.* Ghost.
35. Karik.* From kari'i, to eruct.
36. Pevesañahoiket.* Tule swaying in wind.
37. Keruskat.*
38. Totomal.* Small stone.
39. Saume.* Sound of sea shell at ear.
40. Lavik.* Wilting.
41. Noñis.* Talking low when sick.
42. Nosis.*
43. Panowa.*
44. Yawahaisan.*
45. Kauwut.*
46. Tovita.* Small rabbit species.
47. Kelita.
48. Mapulis. Sitting in hunched position, hands in front of face.
49. Cuevish.[463]

#### Pala

50. Luvakwis.* To wilt or to become dry. (Said to be a branch of the Aiyal clan at Aguanga.)
51. Teori.* To roll. (Said to be oldest Pala clan.)
52. Wakpic.* Broom (for sweeping).
53. Sokisla.* To live forever (?).
54. Beêbetha.
55. Octonawa. (otc = cliff.)
56. Pevêsesh. Tule.
57. Techaia. The Pleiades. (Said to be related to the Nasikut clan at Aguanga.)

#### Pauma

58. Maxlaña.* Fan palm.
59. Kêoñic.* Ground squirrel (a branch at La Jolla also).
60. Cokteum.* Scratch flesh with nails.
61. Pauval.*
62. Ayal.* Knowledge (?).
63. Teat.* White owl.
64. Siwak. Awake (a branch at Potrero also).
65. Pavoña.* Feeling a slight pain after a severe one.
66. Cokiela. Beetle (?).

#### Rincon

67. Ômic.* Blood (a branch at Potrero also).
68. Nasikut. To chip or flake off (a branch at Potrero also).
69. Teevie. Breaking by pulling.
70. Kewewic. Fox. (Given Gifford by Saboba informant.)

#### Potrero (Cuca Ranch)

71. Kalak. Sways.
72. Sôyenic. Mischievous. (Same as Gifford's no. 5 at Rincon.)
73. Sûwacie. Afraid.
74. Sûkat. Deer.
75. Amoya. Tired. (Mendenhall's Ranch.)

ACC0004750

### La Jolla[464]

76. Sŭvic.   Rustling.   (Same as Gifford's no. 1.)
77. Tóvac.   To settle in water, like sand.   (Same as Gifford's no. 8.)
78. Akĭ.   Hole in the ground.   (Same as Gifford's no. 2.)
79. Amagó.   Branch of a tree.   (Same as Gifford's no. 3.)
80. Wassuk.   Stretched.   (Same as Gifford's no. 4.)
81. Awaiŭ.   Meat beggar.   (Same as Gifford's no. 7.)
82. Acketum.   Bather.   (Same as Gifford's Cuca clan no. 1.)
83. Pakut.   Deep basket.
84. Pamukemal.   (Extinct.)
85. Ŭlukuh.   To hide behind.   (Extinct.)
86. Teulúpiteum.   (Extinct.)
87. Puhpúka.   Door.   (Extinct.)
88. Lukutcic.   Mosquito.   (**Extinct.**)

### Puerta Cruz

89. Sĕpuk.   (A branch of the Amago clan at La Jolla.)
90. Mitcax.   Choked or stuffed.
91. Waxipañawic.
92. Mŭta.   Horned owl.
93. Kwacic.

### Henshaw Dam

94. Palawhiteem.   Ground fungus or puffball.   (Branch at La Jolla also.)

### CLAN ORGANIZATION

According to Sparkman[465] the Luiseño bands or clans[466] inhabited separate villages and were independent of each other. They had no powerful chiefs but the religious chief of each clan possessed the most influence, all matters pertaining to religion being under his control. The office was hereditary but failing competent successors it might pass out of the direct line of descent. Women were occasionally allowed to hold this office.[467] The office of chief of the rabbit hunt[468] was hereditary, and the medicine man (shaman) presumably had some governmental power. Each band (or clan) had its allotted territories, which were occasionally subdivided between the different

---

[464] Gifford's clans, nos. 5, 9, and 10, were not mentioned by my informants.

[465] Op. cit., 196, 215.

[466] Both terms are used apparently synonymously.

[467] Considering the strict limitation of this office to males among the eastern neighbors of the Luiseño one is inclined to attribute this to modern conditions under which the women interested carried on the religious activities. Juaneño myths however tell of a chieftainess, and it is possible that this was a western custom.

[468] This was usually the ceremonial assistant or paha.

---

families composing the band. These clan territories were jealously guarded and trespassing often led to quarrels. Du Bois mentions the clans and speaks of the chiefs being associated with ceremonial objects,[469] but her main concern seems to be with the parties. Gifford[470] deals at some length with the clans, which he considers as male lineages, a point brought out more strongly in a later publication.[471] He notes that certain of these clans have hereditary leaders, but that many of them do not and are often grouped into religious parties. He rightly distinguishes between the clans into which a person is born and the parties which may be joined at will. Kroeber[472] sums up all the above data and concurs most fully with Gifford; he points out that the relation of the chief to the political or territorial group is wholly obscure and doubts that the small individually named families or clans could have been the sole political units. A discussion of the clan organization of the Luiseño at La Jolla, Puerta Cruz, and Pala may throw more light on certain of the problems involved.

At La Jolla four informants gave the bulk of the information; these were Yĕla Wassuk, Refukia Wassuk, Juan Antonio Wassuk, and Barbara Awaiŭ, all very old people. They agreed that there had never been any parties at La Jolla, but that each clan was separate, and formerly each had a nóta, a maswut bundle, and a special dance enclosure built for their ceremonies.[473] No persons having the same clan name could marry, and it was not customary to marry into the clan of the mother unless that group was so large that the selected mate was not considered a direct maternal relative. When Yĕla was a girl the sŭvic and the tóvac clans lived at Yapitca, one-half mile west of the La Jolla schoolhouse. Each had a nóta and carried on its own ceremonies. Formerly the teulúpiteum clan lived here but they were all dead before her time. At iañaho near the Nelson place, three-quarters of a mile east of the La Jolla schoolhouse, lived the amagó, akĭ, wassuk, and acketum clans, each clan being an independent ceremonial unit. Formerly the extinct puhpuka clan lived here. At hólyulkum, the Nelson place, lived the awaiŭ clan, as well as several families from other clans. The pamukemal, lukkutcic, and ŭlukuh clans formerly lived here but became extinct before she remembers.

---

[469] Op. cit., 160–161.

[470] S. Cal., 204–214.

[471] Miwok Lineages and the Political Unit in Aboriginal California. Am. Anthr., n.s., 28:389–401, 1926.

[472] Handbook, 685–688.

[473] According to La Jolla informants the native term for clan is kiktum, identical with the Cahuilla term.

ACC0004751

GENEALOGY 23

*Wassuk and Awaïü Clans[1]*

N.1. ♂ wassuk
+ ?

N.2. Ignacio wassuk
+ *puhyüka*

N.3. awaïü wassuk
+ *acket*

N.4. Pedro Pasqual wassuk
+ *sovenie*

5. Juan de Dios wassuk
+ *wikonla*

6. Jose Domingo wassuk
+ *acket*

N.7 Anastacio awaïü
+ *telkui*

N.8. Juan Antonio wassuk
(inform.)
+ *palawhie*

9. Lassaro wassuk
+ *silvie*
10. Ramon wassuk
11. Jose Dolores wassuk
+ *palawhie*
12. *Refukio wassuk*
(inform.)

13. Casimiro wassuk
14. Alberto wassuk
+ *D. C.*
15. *Yéla wassuk* (inform.)
16. Jesus wassuk*
17. Todespelo wassuk*
18. Juan Tomas wassuk*
19. Jose Garcia wassuk*
20. Santiago wassuk*

21. Jose awaïü
+ *tochiam*
N.22. *Barbara awaïü*
(inform.)

[1] N. = nota, or clan leader.   * = died young.   Females indicated by italics.

ACC0004752

At señmĭ, a flat one-half mile southwest of the Nelson place, lived part of the këeñic and pakut clans. There were several other village sites in the vicinity but the clans that once occupied them had disappeared.

Certain of these clans were believed to be related and always reciprocated in presiding at each other's ceremonies. Thus the ûlukuh, panukemal, and the akĭ clans were said to be three branches of one stock, the latter being considered the oldest or original clan. It was impossible to verify this assumed relationship since two of these clans are extinct and the third nearly so. Similarly the sëpuk clan at Puerta Cruz was said to be a branch of the amagö clan that had moved away, while the palawhiteem clan at the Henshaw dam was said to be a branch of the wassuk and awïû clans. Since several members of the last-named clans survive, it is possible definitely to establish the relationship between these two groups and to show the way in which the split occurred. Three generations before that of the informants, all of whom figure in the genealogy (genealogies 8, 12, 15, 22, 23), the wassuk clan was at iañaho where the survivors still live. The clan was large and food was scarce, so that awaïû (3) (meat beggar), head of one family, moved away to hölyulkum where there was room for growing some vegetables and less competition for acorns and other wild products. His nickname was passed on to his children as a family or clan name and they considered themselves independent of the parent clan. Awaïû became nöta, acquired a maswut bundle and gave his own ceremonies, including in his group certain unattached families of Luiseño then living at hölyulkum. The office passed on to his son (7), and from him to Barbara awaïñ (22) who at present regards herself as a nöta although her clan or family is very small. When the wassuk clan had ceremonies the awaïû clan was always invited, and on the rare occasions when the latter had a ceremony, for they were few in numbers and poor, they in turn invited their relatives from iañaho. All the informants agreed that this was the usual way the clans split up, largely through economic pressure. In hard times, therefore, clans that were once large might, in this manner, become subdivided into small family groups. If the head of the family which moved was of importance a new clan was thus established; if not, they returned to the parent group for all ceremonies. The distance between the two groups also played a part in determining whether they became independent or retained their old affiliations.

ACC0004753



```
                          ┌ N.1. Caporal                    ┌ 2. ?*
   ┌ ?                    │     + nasikut                   │ 3. Francisco
   │                      │                                 │ 4. Jose Maria───────────┌ 6. Juan
   │                      │                                 │     + takanawic         │ 7. Francisco
   │                      │                                 │ 5. Marcos               │ 8. Vivianna
   │                      │                                 └     sasivil (MC)        │ 9. Rebecca
   │                      │                                                           │     + teutnikut (Cup.)
   │                      │                                                           │ 10. Jose
   │                      │                                                           │ 11. Mystica
   │                      │ 12. Jose                                                  └     + W
   │                      │     + harnupa (saboba ?)
   │                      └     + temewhanic (Cup.)          ? *

   ?                      ┌ N.13. Valentine                 ┌ 14. Francisca
   │                      │     + waxipañawic               │     + sivimũat (Cup.)
   │                      │                                 │ 15. Antonio
   │                      │                                 └ 16. Jose Maria
   │                      │ 17. Celso                        18. Jose
   │                      └     + temewhanic (Cup.)

   19. Casimiro
   └     + temewhanic (MC)

   20. Tomas[475]          21. Maria Luisa                  22. Catalina tepaiyawic
       + sivimũat (Cup.)       + tepaiyawic (MC)                + letcapa (Dieg.)

   23. Aurelio[475]
       + waxipañawic

   24. Jose Antonio[475]
       + naleutakiktum
```

[475] These were very old people when the Cupeño informant (Manuela sivimũat) was a girl. She did not know their exact relationship to no. 19 but believes they were brothers or paternal first cousins.

ACC0004754

At Puerta Cruz there were four clans living in the one village
according to a census taken by Gifford in 1919. Three of these clans
were independent and had their own nöta, while the fourth, a very
small group, shared in the ceremonies of the largest clan of the afore-
mentioned three. The genealogy (genealogy 24) of the miteax clan
is not altogether clear as to the relationship of all the male members.
According to Cupeño informants they were all closely related, but the
informants were unable to indicate the exact paternal linkage of
the oldest members. This clan owned six houses. Nos. 1–12 and 19
lived in one house, nos. 13–16 in the second, nos. 17, 18 in the third,
nos. 20–22 in the fourth, no. 23 in the fifth, and no. 24 in the sixth.

### GENEALOGY 25

#### Mita Family

| ? | Jose Maria | ? |
| + *Guillerma waxipañawic* | + *Maria pumtum* (Cup.) | |
| | + *Gertrudis temewhanic* (MC) | |

### GENEALOGY 26

#### Waxipañawic Clan

| N.1. ? | 2. Philomeno | 4. Juan |
| + *Juana pauatakit* | + *Dolores sivimüat* | 5. Antonio |
| (MC) | 3. Jose Antonio | 6. Benicio |
| | + *Marianna* (Serr.) | |

| 7. ? | N.8. Bruno |
| + *Guillerma miteax* | |

| 9. Milton | 10. *Cecelia* | 11. ? |
| + ? *iswitim* (MC) | + Valentine miteax | |

The first nöta remembered was Caporal (no. 1), and on his death the
office passed to his paternal first cousin Valentine (no. 13), who so
far as the record goes was the last to hold office. Affiliated with this
clan was the small müta (horned owl) family whose only known
genealogy is as follows (genealogy 25). They all lived in one house.
Of these nos. 1–6 lived in one house, nos. 7 and 8 in another, and nos.
9–11 in a third. The oldest nöta remembered was no. 1 and on his
death the office passed to his nephew Bruno (no. 8).

Thus at Puerta Cruz some fifty years ago, there were four clans
living in ten houses, all but one of the clans being an independent cere-
monial unit. Since a kinship bond between the members of these

ACC0004755

clans is suggested it seems justifiable to call them by the latter name rather than to designate them as parties. Puerta Cruz was an important village to the Cupeño because it was the first place at which corpse-carriers from kúpa to the San Luis Rey mission stopped. Cupeño informants say that the Cupeño only carried their dead on the first and last stages of the journey, members of the other villages carrying it in the intermediate stages. It is probable that these alien carriers were paid for their services.

According to Francisco Ardea,[476] the oldest of the few surviving Luiseño who lived at Pala before the Cupeño were transported there, the original social and religious group was the clan and not the party. In this he agreed with the La Jolla informants, but he added that there had been parties at Pala as long as he could remember personally. This he said was due to the breaking down of the old clan system after the mission period. The old site from which Pala (water) took its name was a spring on the hill about two miles northeast of the present town. This site belonged to the teorĭ clan, which was the earliest group to live there. Most of their members were taken from there to the San Luis Rey mission to work, and only a few came back. When Francisco was a boy many Luiseño lived at Pala, each group with the same name living close together. It was considered wrong for people with the same name to marry, but this rule is disobeyed at present because of white influence. "Now it seems like we are marrying our sisters and brothers." When he was a young man, Sebastian Teorĭ, Ignacio wakpic, Manuel Beĭbethe, and Geronimo Oetonawa were the nōtas of their respective clans. The luvakwis clan was under the Aguanga aĭyal nōta, and the teehaĭa clan was under the nasikut clan also at Aguanga. Ventura Sökisla was the oldest man of that clan but whether he was regarded as a nōta is uncertain. The pevésesh clan was not mentioned by Francisco.

Francisco told the following story to account for the localization of the clans. It seems to be a combination of migration legend and general Luiseño creation myth.[477]

Long ago the country was divided among the Indians. The kéeñic people, with all the others, first came traveling from the east. The kúpa people (Cupeños) had been left there. When the kéeñic people came to the site of Pauma another family, the kalaks, were living there, so the kéeñic people hid and watched them. Finally the kalaks saw them and came up and talked to

them. The kéeñic people asked if they might stay there also for there were many acorns. They had to do this, for in the old days each family (clan) had a territory marked by rocks and they killed all trespassers. The kalaks agreed to let them stay and they became like brothers and sisters. Other families lived near by and each had its own territories. These had come ahead of the kalak people.

The people were scattered like that because of the death of their father. This was Wiyot, the son of e'kla (the earth) who was his mother, and tŭpac (the heavens) who was his father. All people come from them as did all the animals. The frog (wahaukila) was the last child of Wiyot. When he was born Wiyot said, "My, what an ugly child!" That was why the frog killed his father by bewitching him. All the sons of Wiyot took the body to burn it. All things were then alive, even the pine trees who were coming to the funeral. Those that stand along the ridges are the ones who didn't get there on time and they have stayed where they were ever since. His children burned Wiyot at wac, in the San Bernardino mountains, where there is a cross. Ant hills and nettles all arose at the place where he was doctored. All the places where they took the body of Wiyot were named, like malama (the Agua Tivia ranch), where they washed the body. From this place they took the body to wac and prepared to burn it.

The spirit of Wiyot was thinking what he could do for his children. At first he thought he would make them immortal, but he thought that the earth would then be overcrowded. Wiyot had a wicked son, Coyote (anö), and all the other children tried to send him away to the ocean for fire. Coyote would pretend to go but he always rubbed his face with evergreen branches and sneaked back. The black spider (kŭwithiñic) that has a fiery red spot, set fire to the pyre. Coyote came running up and begged to see his father. When they would not let him he jumped over their heads and ate Wiyot's heart. That is why all people are after the coyote. The third day they heard Wiyot's voice but could not see him. He told them to watch for him in the west, and the moon came out as a sign that Wiyot would come back.

After this all the children of Wiyot scattered, and all found the places where they could live and have plenty of food. All the people in each place were related and all had the same name. They could not marry with others who had the same name, but the boys' parents always went away and picked out wives for them.

This is obviously a combination of myth fragments but it has value in demonstrating that the kinship group or clan and not the religious party is still regarded by the older Luiseño as the important unit of society. This persistence of the paternal lineage among the eastern Luiseño contrasts with the dominance of the party in the west where the original social conditions have disappeared. A consideration of religious party organization will demonstrate its superficial nature compared to the lineage or clan foundation from which it arose.

---

[476] The name Ardea is the Spanish translation of kéeñic or ground squirrel.

[477] Du Bois, *op. cit.*, 110. Record 383 mentions a similar migration legend of the Temecula Luiseño.

### PARTY ORGANIZATION

According to Gifford, "a Luiseño party consists of a clan or family, with an hereditary chief, to which other numerically weak and chieftainless groups have attached themselves."[478] This definition applies equally well to the western Mountain Cahuilla party, but as has been previously demonstrated it is not altogether adequate for the organization among the Cupeño which Gifford calls a party. Briefly to distinguish between a clan and a party, it can be said that the former may be made up of several branches of one lineage, whereas the latter is composed of branches of several lineages.

While La Jolla informants denied that parties were ever in vogue there, at Pauma, Rincon, Pala, San Luis Rey, Pichanga, and Saboba,[479] they flourished, and are today the last organized vestiges of native life. But even where the party is dominant, native informants deny that it was the original social unit, and practically all claim that each clan formerly had a chief and performed its own ceremonies. At Rincon today there are only two active parties, the anoyum, or coyote people (so called, informants say, because they were greedy and snatched at things), and the ivium, meaning "to stand apart." The first party is composed of three clans, kčeñie, ōmie, and sūkat.[480] According to Mrs. Maria Jesus Omish, her mother-in-law Pasquala, and her daughter-in-law Mrs. Gregorio Omish, each one of the clans in the first party formerly had a nōta, or chief, and performed its own ceremonies. Jose Dolores Kčeñie, Cornelio Omie, and Jose Pedro Sūkat were the respective nōtas of the three clans, which today form one party. The last named is the present leader of the united party. The second party, called ivium, consisted of one clan, the kalaks (the term naxyum used by Gifford is that of the mythical ancestor of the clan).[481] The use of the term party here is merely due to common native usage, for clan is obviously more correct as a descriptive designation. Gifford stated that there were "other families" attached to this party,[481] but if so their names were not given by my informants. Of the three other parties listed by Gifford, each consisted of only one

478 Present series, 14:206, 1918.

479 Gifford, S. Cal., 206–214.

480 Many people from Pauma, Potrero, and near-by places now live at the Rincon reservation. Gifford, S. Cal., 207, agrees to this clan alignment but adds the tovik (tōvac) La Jolla clan, which was not included by my informants.

481 S. Cal., 207, also Du Bois, *op. cit.*, 161, tells how this transition occurred. The story was repeated to me by Juan Sotello Kalak, the acting nōta.

clan, but at the present time none is active. The name for Gifford's señyam party was given to me as pōnōum. It formerly consisted of the sōvenic clan. Bruno Sōvenic, who is nominally its head since the death of Geronimo Sōvenic some thirty years ago, did not know the meaning of the term pōnōum. The term señyam was not used by him, and he was strong in asserting that when he was a boy each clan had been an independent ceremonial unit. He had not assumed active leadership of his clan because giving ceremonies was too expensive, and since no one nowadays knew the old customs it was useless. Likewise the exvaiyum party was composed of the ñesikat (nasikut) clan which according to Gifford was located at Temecula;[482] and the navyam party was made up of the ciwaxum (siwak) clan at Pauma.

From the foregoing it is obvious that at Rincon and its vicinity the party is a recent growth. It is possible to demonstrate that all five of the parties recorded by Gifford were made up of formerly independent clans, showing that one or at most two generations ago the Luiseño there were as free of parties as the La Jolla people claim always to have been.

At San Luis Rey, the site of the old mission, there is said to have been only one party. All the Luiseño families at this place were under one hereditary chief, and since twenty families or fragmentary clans are recorded from there, it seems probable that this centralization was due to Spanish influence.[482] At Pauma, in 1918, there were three parties each centered around one clan, and at Pichanga there was only one accepted party and one upstart affair less than a year old.[484] The name of this last, kiyuñahoie, which was translated by the male founder of the party as "my house and my property," suggests that it was founded because of his possession of a ceremonial house and equipment. Apparently the last requirement, i.e., the ceremonial equipment, in addition to a rudimentary knowledge of the externals of the old rituals, are the only requisites nowadays for founding a party. No very old party leaders are alive today, and their younger successors seem to have little detailed knowledge of their old religion. Certainly a comparison of the information received from them with that volunteered by the old clan leaders of the Desert Cahuilla, strongly indicates the lack of knowledge of the present Luiseño leaders.

482 S. Cal., 207.

483 Gifford, S. Cal., 207–208.

484 Gifford, S. Cal., 208.

At Saboba in 1918 there were three parties with hereditary leaders (both male and female) and ceremonial assistants.[485] As is true of all Luiseño parties (and clans), women became members both by birth and by marriage. It was possible to join the party and to leave it at will. Since the individual parties were not exogamous, owned no territories or special ceremonies, and were obviously composed of fragmentary clans, including Mountain Cahuilla as well as Luiseño families,[486] it seems safe to conclude that they were of relatively late origin.

### TRACES OF MOIETY ORGANIZATION

In 1908, Miss Du Bois secured from Lucario Cuevish, an old Luiseño born at San Luis Rey, a legend concerning the origin of the Notish Mourning Ceremony.[487] Since it strongly suggests the dichotomy of the animate universe, common to the Miwok and to many other southern and south central Californian groups, it is here quoted in full:

The Sea-fog, Awawit, was the one who started the Notish ceremony. He was one of those who arranged all the ceremonies after the death of Ouiot (Wiyot). He was the one who used to provide the food and call all the people together.

Sea-fog set up the kutunut pole with baskets at the top, and arranged for a contest of skill between his people of the west and those of the mountains. The western people were sure that they could do better in everything than the people of the mountains.

So everyone tried to climb the pole to get the baskets, but no one could reach the top except the squirrel from the mountains, and he climbed the pole, cut the string, and the baskets fell down.

When the mountain people went to this gathering they took deer meat and much food; all they could carry; but Mechish from the ocean, a sea animal that crawls along and has little hollows or cups in his shell, got a bag and got all the food in that and carried it off. So the west won in that contest and got all the mountain people's food. In the first game the squirrel beat. In the second the west beat.

Then the western people gathered fish and other things to eat. There was a bird there from the mountains with a very big mouth [probably the night hawk or the poor will], and the mountain people said to him: "It is your turn now to eat." He said: "That is nothing for me to do." So he opened his mouth and they poured everything into it, and he ate it all up. So the mountain people beat.

Then they arranged a game between the fish and the owl. They were to look straight at each other and whoever closed his eyes first was to lose. The

485 Gifford, S. Cal., 212.
486 Gifford, S. Cal., 212–214.
487 *Op. cit.*, 148–150. Comments in brackets by present author.

owl and the fish sat and looked at each other, and finally the owl had to close his eyes, so he lost, and the western people won on that.

They were getting angry over all this contest and it seemed there would be a fight. When levalwish, the crow's skin, is hung on the pole, there is to be fighting.

Then Sea-fog made a house and told the mountain people to try to destroy it. So they got the Summer-cloud, Thunder-cloud, a very powerful man, to come and see if he could blow or break it down. He came, he roared and blew, but could do nothing to break the house down. So the west won. Then Thunder-cloud invited Sea-fog to come up to his house and see if he could destroy it. So Sea-fog came. A strong wind broke the trees and knocked down all the houses. So the west won again. Then they tried their skill in a long race. They went past Pala up through the mountains as far as La Jolla. Some of those that raced on the side of the mountain people were the hawk, frog, eagle, raven, and chicken hawk; and for the west Emanul (little birds on the seashore, very fast runners [Sandpipers?], the butterfly, grasshopper, and others. As they came by Pala to the foot of the mountain, at Rincon, Wasimul, a kind of a hawk, gave out in the race, and there he is now as a rock beside the road, right below the store. At the same time Chehuka, a person, coming along in the race, gave out, and his footprint can still be seen in the rock. When many of the racers had given out and died, or stayed behind, the eagle and the raven and the chicken hawk, mountain people, were ahead; and the grasshopper and the butterfly, western people, were close behind, so the mountain people won in this race.

The last race was between the deer, Sukut, and the antelope, Tonla. This race was from Temecula to San Bernardino mountain, and the antelope beat in this, for it was all on a level, where the antelope can go fastest. So they arranged to have another race between them, and this time it was over a mountain route, and here the deer won the race.

Summer-cloud [Thunder-cloud] was glad because the deer beat, and the mountain people had won in most of the contests. [Some trials were evidently left out by the narrator for in this list the mountain people are not ahead.] All these contests were made in the first Notish ceremony and ended it.

Since inter-moiety games are commonly associated with dichotomy in California, as is frequently the case elsewhere in North America where the moiety occurs, the present myth with its definite Luiseño provenience and geographic setting is important. The division of the animals and more or less animate forces of nature into two sides, resembles the Miwok, Yokuts, Mono, and Cahuilla custom. Among the Cahuilla, and probably others of the aforementioned groups,[488] the dual classification seems to have entered into the naming of children. Luiseño society is too disintegrated to determine whether this was formerly their custom in naming children. As will be demonstrated later, there is some reason to believe that this seemingly arbitrary division of animal forms into two groups was similar in detail

488 Cf. Gifford, Miwok, 166.

ACC0004758

Case 5:13-cv-00883-JGB-SP    Document 85-10    Filed 10/21/14    Page 59 of 69    Page ID #:2116

over the entire Southwest wherever the moiety occurred. Another similarity of this sort, which seems to crop up too frequently for pure chance association, is the use of red and black paints to distinguish the moieties.[489] In this connection it is interesting to note that the Luiseño call the ceremonial assistant associated with the jimsonweed cult, paha. This term is translated as red racer (Coluber flagellum), a reptile common in the area.[490] They say that the coloration of the male snake is red and of the female black, and on this account the paha was painted red on one side of his body and black on the other thus representing both sexes. As there are strong traces of moiety reciprocity among the eastern neighbors of the Luiseño, and since the latter employed a paha from another clan to whom they were related by marriage, there is a strong suggestion that this sex symbolism is directly connected with moiety reciprocity.[491] The same symbolism applies to the Cahuilla and Cupeño paha, and among those groups the moiety was well recognized, and reciprocity practiced.

During their adolescence ceremonies, spotted and striped facial paints were employed to distinguish girls of the two moieties among the Miwok, Cupeño, and other dichotomous groups. The Luiseño seem to have used striped designs during the girls' puberty ceremonies, while dotted designs were used by adults at a special mourning ceremony called sūlahic. Stripes among the Cupeño signified the coyote moiety, the members of which constituted the main Shoshonean element of the Cupeño population. It may be significant in the case of the Luiseño that the two designs, stripes and dots, are used in separate ceremonies, with the striped design characteristic of the coyote moiety still associated with their girls' puberty ceremonies.

An actual record of the moiety among Luiseño at Saboba was secured by Gifford in 1918, from an old Luiseño woman named Canuta (in Luiseño salat or body louse).[492] Since this is the only definite record of the institution among the group, and rests on the statement of one informant, it must be received with caution. However in 1925, Mrs. Gregorio Omish, an old Luiseño woman at Rincon, in answer to my questions concerning a tuktum or wildcat people, said that at Saboba there was such a group, but nowhere else in Luiseño territory.[493] She said it meant "many lions," and had always been at Saboba, but never at Rincon or any other Luiseño site. This is verification of Canuta's evidence, for Mrs. Omish stated that tuktum was more than a party; it meant a whole group of people or several parties. Canuta said that one moiety at Saboba was called anom (Luiseño for coyote), and the other tuktum or wildcat.[494] According to the same informant marriage between members of the same moiety was forbidden, the totem animals were not protected or sacred, and there were no associated totem animals other than coyote and wildcat. No political function or definite reciprocity seems to have been connected with the moiety at Saboba.[494] The present party alignment is apparently independent of moiety lines, hence the older customs of clan reciprocity if they formerly existed would have been lost.

Gifford is inclined to believe that Canuta assigned moiety names to Luiseño groups that were not so classified, but adds that the institution of the moiety may be spreading to the Luiseño at Saboba.[494] His first contention may be correct, but concerning the possibility of any recent spread of the moiety I disagree entirely. The moiety among these southern California Shoshonean groups is utterly dead as an institution, and its very name has almost disappeared. Even among the Cupeño and Desert Cahuilla who practiced the rule of moiety exogamy up to the last generation, the institution was subject to ridicule, and has every appearance of being an outworn custom. In the San Gorgonio pass the Pass Cahuilla knew the moiety classification of all clans but paid no attention to the rule of exogamy, and here the moiety division was viewed in a semihumorous fashion as an old, old custom whose origin was obscure and whose efficacy was nil. It seems much more probable that the Saboba Luiseño, being in close contact with the Mountain groups still retaining at least nominal dichotomy, did the same. The survival of other customs related to the moiety among the western Luiseño, where there was no very close contact with the dichotomous mountain people, seems to bear this out. From its distribution through many portions of the mountain region, from the Cupeño to the northern Miwok, it seems probable that the moiety was strong in the mountains, and in company with certain other customs survived there after it had been replaced by other institutions along the coast.

---

[489] Strong, op. cit., 46-48.

[490] The theory may be based on the fact that in Arizona and Lower California a red and a black phase of Coluber flagellum piceus occur. It is unknown for California north of Mexico. There is actually no sex distinction in color. Van-denburgh, Reptiles of North America, 669, 1922.

[491] The Diegueño custom of painting the faces of male images black and of female images red during the image-burning ceremony is very similar, but the colors are reversed. Waterman, present series, 8:313, 1910.

[492] Present series, 14:211-214, 1918.

[493] Many of the Luiseño songs mention Tonmiyowit and Tukmit as personifications of land and sky respectively. The latter may well be a Luiseño version of Mukat who was of the tuktum moiety. Du Bois, op. cit., 122, Record 1098.

[494] Present series, 14:211-214, 1918.

ACC0004759

### THE CLAN LEADER, SACRED BUNDLE, AND CEREMONIAL ENCLOSURE

As Sparkman says, "The religious chief of each clan seems to have possessed the most power, all matters pertaining to religion being under his control."[495] This official, called nōta by the Luiseño, was usually one of the older men in the clan, the office being inherited in the male line. The Luiseño say that women often held office and at the present time there are several living who claim this distinction. Ordinarily on the death of a nōta his eldest son was chosen to succeed him unless the latter lacked the necessary qualifications in the eyes of his clan members. In such a case a younger brother or collateral relative succeeded. Informants say that a nōta in the old days had to be generous and a good provider, know all the myths and rituals relating to clan ceremonies, and have in his possession by inheritance the maswut bundle containing the ceremonial impedimenta of the group.

According to Juan Antonio Wassuk, maswut was made of mashla,[496] a tall reed or fern, and was either sewn into a mat or woven into a big basket as described by Du Bois.[497] According to Sparkman's description this matting, in which was wrapped the ceremonial equipment of the clan, was about a yard long by two feet nine inches wide, sewed with four rows of twine. "In this mat were rolled up the articles used at religious ceremonies by the chief of festivals, not only his own, but also of the other members of his clan."[498] Thus both types of ceremonial matting mentioned by the above informant are corroborated by these earlier investigators. Du Bois also mentions Pauwhut Abahut, a hollow log used to keep sacred feathers in, and adds that a sacred canoe found on the beach was used as container for the sacred feathers at San Luis Rey.[499]

Juan Antonio Wassuk, as genealogy 23 (p. 280) shows, would be nōta of his clan if the old ceremonies were still continued, but when he was still a mere lad his father, then an old man, called all the Wassuk clan together. He told them that he would not appoint his son as his successor because the old days were over and they would

have to give up their religion. This was done because the old people were dying and none of the younger people were learning the songs and rituals. Therefore he divided up the contents of the maswut bundle and buried the matting in a hidden place. This story was independently confirmed by Yěla Wassuk, the niece of Pedro Pasqual Wassuk, the last nōta. She described the maswut as a very old and black piece of tule matting, in which were wrapped tcěet (crow and owl feather headbands), pīwic (headband of eagle down and plant fiber) tōminut (feather bands about five inches wide), elatem (sharpened sticks tipped with owl plumes and snake rattles, that were worn on the head), and various kinds of ceremonial rattles. When this equipment was divided up its contents became scattered and most of it has been lost or destroyed.

When such a bundle was not in use it was put away in a dark corner of the nōta's house just under the rafters. No one save the nōta was allowed to touch it, and it was believed tculuhup, misfortune or evil, would afflict anyone who violated this rule. After the nōta had taken the bundle down and spread it out, it was then safe for other clan members to touch it. The maswut concept was very important among the eastern Luiseño, and it was the possession of such a sacred bundle, with its contents, that gave power to the nōta as a civil and religious leader. Among the parties still functioning at Rincon and other localities to the west it is such a bundle, though often without the matting, that seems to serve as an objectified nucleus for the organization, and the man who has the bundle is the religious leader.

While many of the involved mythological concepts connected with the ceremonial bundle complex have disappeared, we have highly significant references to it in the older literature. In referring to the song series designated as "our spirit," Kroeber quotes the following significant lines from Luiseño songs gathered by Du Bois.[500]

"North, east, south, west, the hair lives." Hair is symbolic for spirit; and there is allusion to hair ropes at the four ends of the sand painting representing the world.

"North, the hair, the wanawut, lives tied, fastened. My origin lives there." Presumably the other directions are also mentioned. The wanawut is the sacred rope in the initiation rite . . . . . Another song refers to the sky's heart as well as the wanawut and sand painting. . . . .

These quotations from the mourning ceremony songs take on new significance when the Panna Luiseño story of Dakwish (the fire-ball

495 *Op. cit.*, 215.
496 *Woodwardia radicans* (probably). Sparkman however states that this ancient type of mat containing the clan ceremonial equipment was made of shola (*Juncus* sp.), *ibid.*, 234. Both materials were probably used.
497 *Op. cit.*, 94. Mention is also made of a rare and obsolete "basket" made of symmetrical splints sewed with twine, p. 172.
498 *Op. cit.*, 216.
499 *Op. cit.*, 118, n. 128.

500 Kroeber, Handbook, 658.

ACC0004760

meteor that is said to live on top of San Jacinto peak) is considered.
Here Tukupar, a mythical chief who has visited Dakwish at his home,
says:

"I want my son's hair." Dakwish said: "Very well. Look there where
the masawut is [for ornament made of or containing hair]." Tukupar could
not find his son's hair. He said so. Dakwish said: "I cannot help it. There
is another masawut. Perhaps it is in that." Tukupar could not find it there.
Dakwish said: "That is all. I have no more." Tukupar said: "Yes, you
have another." He went to another one, a new one. Dakwish was ashamed.
He went away with it for a little while. Then he came back. He had hidden
Tukupar's son's hair, and said: "There is nothing there, don't you see?"
Tukupar said: "My cousin, you have it under your arm." Then Dakwish
hit him in the face with the hair. He said: "You came here to cry." Tukupar
said: "That is what I want, my cousin," and he put the hair around him.
Then he cried . . . . .[501]

Thus maswut (or masawut), yula, and the wanawut are all three
associated with human hair, which in turn is symbolic of the spirit
and the abode of spirits in the milky way. Hair and Nahut, the
mystic wanawut figure, were the firstborn of the earth mother, accord-
ing to Luiseño creation myth.[502] In the above Dakwish legend it
is significant that the masawut is referred to as a bundle or con-
tainer. This also makes clear the Cupeño song, sung during the
mourning ceremony, and previously quoted,[503] in which the image of
the dead is said to have been made by wolf and coyote "of masvut
and hair." Neither informants, nor the majority of authorities on the
Luiseño, mention the use of maswut or ceremonial matting as a frame-
work for the images of dead. Davis however says of the Luiseño:
"Crude images of the dead were made of arrow weed woven together
like a mat, with sticks inserted for shoulders and hips. . . . . When
the images were completed they were supposed to be occupied by the
souls of the dead."[504] It seems probable that this matting was the
sacred maswut.

The Desert Cahuilla myth of the creation given by Hooper asso-
ciates the maswut with seaweed and its location with the Pacific
ocean;[505] the Palm Springs Cahuilla myth, previously given in full,
does the same,[506] and Du Bois quotes the following from a Luiseño

[501] Kroeber, Two Myths of the Mission Indians of California, Jour. Am.
Folklore, 19:329, 1906.
[502] Kroeber, Handbook, p. 678.
[503] Present paper, p. 268.
[504] E. H. Davis, Early Cremation Ceremonies of the Luiseño and Diegueño
Indians of Southern California, Heye Foundation, Indian Notes and Monographs,
7:101, 1921.
[505] Present series, 16:326-327, 1926.
[506] Present paper, pp. 143.

myth: "He [Nahachanish, a mythical Temecula chief] came to the
water. He had something with him in a basket, and this he threw out,
and it still grows there in the water, a sort of greens, called Mawut."[507]
Another Luiseño myth mentions "the seaweed on the seashore, one
of the First People and sacred to Chungichnish."[508] In these frag-
mentary references from Luiseño myths we find that the maswut is
associated with the chief, the water, and probably with the seaweed
and the seashore. Its very sacred nature brought out by its associa-
tion with hair or spirit and the wanawut is further emphasized by its
sacred connection with Chungichnish. The invocation of this sacred
bundle, which has been described as it occurred in Cahuilla, Cupeño,
and Serrano ceremonies, finds a distinct reflection in Luiseño mythol-
ogy, as the following testifies:

This man [Hainit, Yuinit, double name, denoting headband and diver] when
he made the sun, took the reddish milkweed plant that twine is made of, and
twisted the fibers of it into twine, and out of that made a net, not an ordinary
carrying net, but a long one. Then he called all the people and they got
together in a place near Temecula. He took the net that was all rolled up,
and with groaning invocation he laid it on the ground, and all the people
standing in a circle bent over it and placed it before them on the ground. They
sang about Temet, the sun, and putting him in the net, they raised their arms
with the appropriate groans, cries, and gestures, and sent him up into the sky
as the sun. [Then follows a description of the way the sun's daily course
became set.][509]

A comparison of this mythical rite with the actual sacred bundle
invocations among the groups just mentioned suggests a definite
connection between the two.

The Luiseño only used the house of the clan leader for local clan
affairs, and for any large ceremony a brush enclosure was built near
the nōta's house. The outer wall of this structure was called hotahish
and the enclosure itself wāmkie.[510] Juan Antonio Wassuk stated that
there was often a sacred inner enclosure called eshūma nōyhūna.[511]
The Luiseño wāmkie is very similar both in structure and etymology
to Boscana's vanquech. The Spanish translation is casa grande or
"big house," a term commonly employed by the natives. Its form
was circular and the walls were of willow, arrow weed, and other
brush woven between stakes. It was regarded as very sacred, and was

[507] Op. cit., 152.
[508] Ibid., 113.
[509] Ibid., 144.
[510] Du Bois, op. cit., 84.
[511] Meaning not known. Modern Luiseño informants often remember old terms
whose meaning they cannot give.

ACC0004761

burned at the close of a ceremony with appropriate songs. This
occurred in the daytime after the toloache ceremony, although a
small portion of it might be burned symbolically, rather than destroy
the whole structure.[512]

From the foregoing data it can be seen that in spite of their more
elaborate ceremonies the Luiseño recognized a strong relationship
between the clan priest, the sacred bundle, and the circular ceremonial
enclosure. This fundamental concept they shared with both their
eastern and western neighbors, but through the latter peoples special-
ized cults had reached the Luiseño which made the basic pattern less
pronounced. The sequence of these various cults will be dealt with
later, but it is not amiss at this point to stress the importance of the
house, priest, and fetish complex among both the Luiseño and their
northwestern neighbors.[513]

## OTHER CLAN AND CEREMONIAL OFFICIALS

The nōta was the primary official in the clan, but among the
eastern Luiseño he seems to have had an assistant called the puh-
mutevi, or "rear end." Just why this title was given him is not
clear. The main duties of the puhmutevi were similar to those of the
Cahuilla takwa or kutvavanavac and the Cupeño kutvōvoc. He kept
order at most of the ceremonies, did the announcing, and presided
during a considerable part of the girls' initiation and of various
mourning ceremonies. When the puhmutevi presided at the image-
burning ceremony he was called pañakut, and he appointed a special
fire-tender. At the time the jimsonweed was administered the
puhmutevi of the visiting clan prepared the decoction, and in this
rôle he was called nōktōmic. These duties will be brought out in
more detail subsequently when the ceremonies are described. An
interesting person in Luiseño mourning ceremonies was the takō, or
eater, who went through with the conventionalized ceremonial canni-
balism.[514] This seems to have been a purely temporary office for
which the person was paid. A similar temporary official was the
morahash dancer, who was probably specially trained for his whirling
dance. According to Sparkman this dancer was called totowish.[515]

512 Du Bois, op. cit., 84.

513 Compare Boscana's account of the Juaneño or Gabrielino vanqueeh, in
Alfred Robinson, Life in California (ed. 1; New York, 1846), 246.

514 Neither Sparkman nor Du Bois mention the puhmutevi or takō.

515 See Du Bois, 102, n. 50, and 183.

The paha seems to have been connected almost entirely with the
toloache rites, and was usually a shaman of repute. He kept order at
all toloache ceremonies and had a great deal to do in all ritualistic
activities. The symbolism connected with his name has been discussed
in relation to the moiety, and will be referred to hereafter. On the
whole his ritualistic activities seem to have been more highly special-
ized than were those of the puhmutevi, who was really the ceremonial
assistant to the nōta.

## GIRLS' ADOLESCENCE CEREMONY

Yēla Wassuk gave a brief description of this ceremony as she
remembered it at La Jolla, where it was last performed some forty
years ago. It was called we'enic[516] and was made for several girls,
supposedly at the time of their first menses.[517] The girls' fathers
told their nōta, and he in turn notified a related clan. Whether this
"related" clan was always a branch clan related in the male line, or
whether it was a clan with which intermarriage was common, is not
clear.[518] This outside clan provided the presiding official called the
puhmutevi (rear end), the other members coming to the ceremony.
The puhmutevi prepared a hole in the wamkie which was lined with
pate'hiyal, a reed which grew in the water. All the girls who had
been hidden in their houses were brought out after they had been
completely covered, and placed along the side of the pit. All the men
sang (nūkwanic) and the older female relatives of the girls gave them
advice, holding the initiates by the head as they did so. Yēla remem-
bered being told, "Listen! Hear well! Hold back your head and
look me in the face. Treat the old people well, feed them, care for
them. If your face and eyes are dirty, wash them. If those of the
old people are, wash them. Bring up your children well. Do not
run around, but marry in the right way."[519] Then "to open their
ears" the puhmutevi and all the people grunt, "he-e-ri-th e," twice.
Then they grunt a third time, and the puhmutevi gives each girl a

516 Given as wekenish by Kroeber and Sparkman, and wukunish by Du Bois.

517 According to Kroeber, Handbook, 673, only one girl had to be at the actual
physiological period indicated by the word ash.

518 This clan was well paid for its services. Du Bois, op. cit., 93.

519 Sparkman, op. cit., 225–226, gives a more detailed account of this sort. It
brings in the Chungichnish warnings, and other features which are mentioned
later in the above ceremony, and includes the customary triple blowing to waft
away evil spirits.

ACC0004762

drink of tobacco and water from a clay vessel, called peelímul.[520] The girls then became dizzy and were laid in the pit which had been heated with hot rocks. They were covered with grass and sand and a loosely woven tule mat, called teaíamul, was placed over their faces. Here they lay quietly, leaving the pit at intervals for it to be reheated; they were given warm water and tortillas made without salt. Each girl was attended by her mother. Wooden or shell implements were provided the girl to scratch herself with, for she must not use her finger nails lest pimples arise.

The girls stayed in the pit three days, and each day another clan (or village according to Du Bois) came to participate in the ceremony. These joined in the singing and the host clan provided ample food for feasting. Should another clan come on the fourth day, the girls would have to remain in the pit that day as well, but usually they leave the pit on the morning of the fourth day. They are hidden away, and according to Yéla she was given salt water to drink.[521] This temporarily ended the ceremony. The girls' faces were painted black for a month.[522] Then for a month vertical white lines were painted on each morning, and the third month wavy, red, horizontal lines were put on. This was called "the rattlesnake" design, and at the end of this month all the other clans were invited once more.

The invited puhmutevî and his assistants had made a ground-painting some six feet in diameter,[523] and the girls were made to kneel in front of this. The puhmutevî, facing the north after walking three times around the ground-painting,[524] placed a lump of sage-seed (pasal) ground and seasoned with salt (according to Yéla) and called põïie, in the mouth of each girl. A long lecture was then given the girl,[525] at the close of which all present grunted or exhaled three times, and the girl attempted to spit the põïie into the center of the ground-painting. If she succeeded it was very good and longevity was

520 To vomit this ball of tobacco indicated that the girl had not been virtuous. Du Bois, *op. cit.*, 94. We agree with Kroeber, Handbook, 674, that this was a hard test.

521 This is in disagreement with other accounts for southern California where salt is definitely taboo, but this rite marks the closing of a ceremonial period.

522 The black paint was called na'lal; it was made from a light, soft black rock "like stove polish." No one knows exactly where it came from. The red paint was called paismul, and was of iron oxide collected in certain springs. White paint was tüvic, made from a white clay obtained on the side of Palomar mountain. It was thinned down with water and became very white when dry.

523 Kroeber describes the southern California ground-painting in detail, Handbook, 661–665, and illustrates the various types, fig. 56, opposite p. 662.

524 Du Bois, *op. cit.*, 96.

525 See Sparkman, *op. cit.*, 225–226.

assured; but if she failed it was very bad, and she was urgently advised "to get on the right road" as she had a very poor start in life. Then the painting was obliterated by the old men, who pushed it into the central hole with their hands.[526]

The ceremony closed with a race, called hayie (or hayish),[527] to a certain rock. Here a relative of each girl stood with red paint, and, as each girl arrived, she painted a design on the rock.[528] According to Yéla Wassuk any design was permissible, but other informants said such designs were always diamond-shaped and represented the rattle-snake. The known rock paintings of this type at Rincon and La Jolla are geometric with a preponderance of diamond-shaped designs.[529] The hair bracelets and anklets worn by the girls throughout this period were left at the rock after the race.[526] Kroeber mentions an initiation ceremony at Pauma where flat rocks were heated and placed on the abdomen of each girl while in the pit. This brings to mind the Mesa Grande (Diegueño) rite described by Rust, in which the girls were led up a hillside and shown a certain crescentic stone believed to symbolize or refer to the female genitalia. After the garlands worn by the girls had been deposited on the stone it was buried, and grain was scattered over the spot. Stones of this type have been found in various southern California sites and it is possible that this was once a common practice.[530]

CEREMONIES FOR THE DEAD

*Tüvic, the Start*

When a person died the body was prepared for cremation by clan members of the deceased. Just after, or when death was imminent, a pit about two feet deep was dug extending north and south. The earth was broken with digging-sticks and removed with flat stones or by hand. The pit was filled with brush and a log pyre erected over it on which the body of the deceased was placed, head to the

526 Du Bois, *op. cit.*, 96.

527 According to Sparkman, the race at the time of the new moon was called hayish. The term may simply refer to race. See Du Bois, *op. cit.*, 110, n. 93.

528 Such paintings were called yunish. See Notes by A. L. Kroeber *in* H. N. Rust, A Puberty Ceremony of the Mission Indians, Am. Anthr., n.s., 8:32, 1906.

529 Rust, *loc. cit.* Du Bois, *op. cit.*, 175. Sparkman, *op. cit.*, 225. Kroeber, Handbook, 675. The statements of my informants agreed with Du Bois that the painting occurred only once during the ceremony. Sparkman and Kroeber state that it occurred monthly three or four times at least.

530 Rust, *op. cit.*, 28–32.

ACC0004763

Case 5:13-cv-00883-JGB-SP   Document 85-10   Filed 10/21/14   Page 64 of 69   Page ID #:2121

north and face upward. One man was appointed to superintend the burning of the body and the other relatives sat near weeping and wailing. It often took twelve hours to consume the entire body and usually the heart was the last portion to be burned, in which case it was punched full of holes to hasten its destruction.[531] When the body was all consumed the calcined bones and ashes were gathered up and placed in a basket (the Diegueño placed them in a pottery olla).[531] Davis does not mention the preservation of the bones in a basket, but from the fact that he described their ceremonial consumption later, it seems probable that the bones and ashes were not all buried in the fire pit as he states.[532] According to Kroeber a ritualistic washing of the dead person's clothes occurred at this time, but Pala informants claim this was part of the second ceremony. One selected garment was retained for the second ceremony, and all the other possessions of the dead were burned. At the close of the night's singing and dancing, intended to drive away the spirit of the dead, the nóta told his clan members to make preparations for the second ceremony.

### *Teutcamic, the Burning*

Among those Luiseño clans situated west of Rincon the clothes-burning ceremony occurred as soon as sufficient food had been gathered. The clan giving the ceremony built the wámkic, but an outside clan was invited to preside at the ceremony. All food was in the hands of the nóta, and about four in the afternoon when all had assembled, he had his assistant the puhmutcví divide the food among all the guests. A general feast followed, the members of the host clan serving the guests.

Then about dark the nóta giving the ceremony brought out the bundle of clothing and, while the practice of cremation still prevailed, the basket containing the ashes of the deceased. The nóta sat down near the leaders of the invited clans and formally went through the motions of washing the clothes. Formerly, the informant (Francisco Ardea of Pala) said, all the people present at such a ceremony paid a certain man to mix pinole flour and water with the ashes and drink them; after which the basket which had contained the calcined bones and ashes was burned. This man was called takó, a name said to

531 E. H. Davis, *op. cit.*, 95–98. No supplementary data on these points were obtained by the present author.
532 *Ibid.*, 97. It is interesting to note that the man who gathered up the bones purified himself by a sweat bath before the final rites.

mean "eater," indirectly referring to the coyote. Davis mentions this rite as follows:

> While the assembled feasters sang and danced, some of the calcined bones of the dead were pounded to a fine powder in mortars, mixed with water and then drunk from small ollas by the relatives. This was believed to insure long life, without illness, and to endow those who drank with the virtues and qualities of the dead. At Pechanga a survival of this custom is found. The clothing of the dead is placed in water, and meal of chia seed is mixed instead of bone, and drunk. At Rincon only water is taken.[533]

This account, though circumstantial, and in part based on actual observation, does not seem to distinguish clearly between the various ceremonies. The account of Francisco Ardea accords so closely with that of the ceremonial flesh-eater at Juaneño ceremonies given by Boscana,[534] that there can be no doubt of the relationship of the two rites. The various substitutes for the rite have possibly arisen from the fact that burial was enforced by the mission fathers, who undoubtedly frowned on a ceremony suggesting cannibalism. Possibly the entire clothes-burning and washing rituals are similarly substitutes for forbidden ceremonies whose original significance has been forgotten by the modern natives. In the above case the resemblance is so close to the mythical account of coyote eating the creator's heart, that there seems little doubt as to its primary motivation.[535]

However, to return to the clothes-burning ceremony, when the ceremonial washing was completed, bolts of calico were draped over the heads of the invited clan leaders and gifts were distributed to the other guests. The takó seems also to have been the official fire-tender, and while these gifts were being distributed he prepared the fire for the last rite. The presiding nóta led his clan members three times around the fire, and stopped to blow up in the air three times. Then he shouted, "I am going to burn it," and thrust the bundle into the heart of the flames. This was a signal for all the host clan to throw away many presents for the guests to gather up. Songs of Pikmakvul, death, and Shangamish, finishing, are sung at this time.[535] Then the takó was paid for his services and though the old people might sing all night the main ceremony was finished.

533 E. H. Davis, *op. cit.*, 102, 105. A version of the Wiyot myth told by a La Jolla Indian connects this rite with the cremation of the god, p. 109.
534 See Kroeber, Handbook, 643.
535 There is an allusion to the grinding of Wiyot's bones in a mortar and mixing them with water in the Luiseño Creation Myth, but no mention of drinking the mixture. Du Bois, *op. cit.*, 137.
536 Du Bois, *op. cit.*, 101.

ACC0004764

## Sūlahic, the Nōta's Road

The more easterly Luiseño seem to have laid less stress on the clothes-burning ceremony, and I obtained no reference to it at La Jolla. It probably occurred there as Du Bois mentions it in passing,[537] but another somewhat similar rite seems to have loomed larger in their eyes. This ceremony is practically identical with sūlatcem, the "nuut's road" of the Cupeño; and like that ceremony it was last performed a great many years ago. As remembered by Yéla and Juan Antonio Wassuk, sūlahic occurred two or three days subsequent to a death in any clan, when the other clans from the neighborhood[538] came "to show their sympathy," and incidentally to have a feast at the expense of the bereaved clan. A related clan was invited to prepare the firewood and a wāmkie, and their nōta presided at the ceremony.[539] All the clan leaders who came to the ceremony brought presents, shell money, ceremonial equipment, or baskets to formally express their sympathy, and in return received larger presents from the presiding nōta. This last gift material was all provided by the clan members of the deceased, and they received no share of it. The members of the clan to which the presiding nōta belonged received an even share of the distribution. The presents consisted of baskets, shell money, acorn meal, wheat, and other foodstuffs. Obviously the clan which was thus consoled by its neighbors lost more than it gained by the formality. No definite system of exchange was remembered by informants questioned, but it seems highly probable that formerly there was a standard rule.

Both teútcamic and sūlahic seem to have much in common, and it is possible they were local variants of the same original ceremony. However, the main purpose of the former seems to have been the driving away of the spirit of the dead symbolized by the clothes which were burned, while the latter ceremony seems motivated mainly by ideas of ceremonial exchange. The accounts are fragmentary at best, but it is well to emphasize the prevalence of both these ideas in the ceremonies which occurred between the actual disposal of the dead and

[537] *Op. cit.* Sparkman, who was most familiar with the Luiseño at Rincon, comments on its importance there, *op. cit.*, 226.

[538] All the clans at and around Puerta Cruz, Yapites, and La Jolla were included in this exchange. In turn it is probable that they were also connected with similar exchanges with clan groups bordering them in other directions.

[539] Whether this relationship was paternal (i.e., by blood) or by marriage is unfortunately obscure.

the final burning of the images a year later. Strangely enough neither Sparkman nor Du Bois mention the takö of the first, or the puhmutcvi of the second ceremony. They are important, first because the Luiseño takö is clearly a local manifestation of the Juaneño takwe or "eater,"[540] and secondly because these two officials preclude the employment of the paha who has been tacitly accepted by former writers as a general ceremonial assistant.[541] This latter office is definitely connected with the jimsonweed or toloache rite among the Luiseño, and has no connection with the more widespread and apparently older mourning ceremonies.

## Toltcinic, the Image Ceremony[542]

The burning of the images was supposed to take place a year after the death of one or more clan members. Actually it occurred when there was a considerable number of dead persons to mourn for, and when sufficient material had been gathered to give such an expensive ceremony. A related clan was asked to supervise at this ceremony and their puhmutcvi seems to have been the presiding figure. He was called pañakut, and he appointed a special fire-tender for the occasion. No clear statement concerning the exact nature of the relationship between the two clans involved was obtained. The actual case of this sort that was remembered included the wassuk and awañū clans, which, as we have seen,[543] were related in the paternal line. The informants claimed however that clans related by marriage and not by blood often reciprocated in this manner, so the exact nature of the reciprocity involved remains a matter of surmise. The invited clan in turn summoned other clans with which they were ceremonially connected, and these clans arrived on certain nights appointed for their coming. Recent ceremonies seem to have lasted only one or two days, but formerly a week was the usual duration.

The images made by clan members of the deceased were concealed in the house of the nōta. They were dressed in native fashion, the

[540] See Kroeber's reference to this character mentioned by Boscana, *in* Handbook, 643.

[541] Kroeber, Handbook, 678. Sparkman in one place however states that the paha is "manager of morahash dance and of mani" (jimsonweed initiation for boys). See Du Bois, *op. cit.*, 78, n. 11.

[542] Du Bois, *op. cit.*, 101 and n. 42, gives Toshinish and Sparkman, Tauchanish. The above account is based primarily upon information received from La Jolla informants, supplemented by the various published data.

[543] Present paper, genealogy 23.

ACC0004765

Case 5:13-cv-00883-JGB-SP   Document 85-10   Filed 10/21/14   Page 66 of 69   Page ID
#:2123

frames being made of tule matting,[544] and were believed to resemble the persons they represented. When all the people had gathered, the various puhmutevi took the images and assembled them in the center of the wämkie.[545] There the nóta gave each image to a relative of the deceased thus represented, and these people added finery to the costume of the image, weeping and wailing as they did so. Then the images were again put in the center of the wämkie with their faces hidden. When the images were turned facing the audience it was a signal for much lamentation. A woman, of uncertain clan affiliation, then led the singing accompanied by all the women.[546] This was called peenic, and afterwards the men sang, which was called nükwanie.[547] The images were then taken outside the wämkie and piled up, while the various puhmutevi took all the clothes from them to the guests. Then each puhmutevi donated one garment and put it in a pile with the others. These were tied in a bundle with the denuded images and the paîiakut carried it on a trot to the wamkie. Followed by all his clan he circled the fire three times and then stopped, saying, "They are sending the soul up to the milky way (piwie)."[548] Then he threw the bundle on the fire. Many gifts were distributed by the local clan at this time, while the paîiakut and fire-tender received special payment. Then a special dance called shuñuñic, accompanied by many songs, was performed until the last coal had burned out. The ceremony ended with the local nóta thanking all present for their help and sympathy. He stated that he was glad it was all over and that he was now content.

The above description is almost verbatim that given the present author by La Jolla informants. The account of Du Bois differs in certain details and includes some rites not mentioned by my informants.[549] An outline of her account is as follows: One night of singing precedes the making of the images, which takes place in seclusion. Then the main ceremony starts, the images are put in holes dug by the

544 Not mentioned by my La Jolla informants, but Davis, op. cit., 101, 102; and Kroeber, see Du Bois, op. cit., 100, 180, refers to this custom. This matting was probably associated with the maswut concept.
545 When there were more images than puhmutevi any outsider, called taw, was asked to carry them.
546 According to Du Bois, op. cit., 101, and Sparkman, op. cit., Tanchanish songs are sung. Tanchanish said to be derived from Towish, spirit, corpse, or devil.
547 Du Bois states that the invited clan painted the faces of the images and conducted the entire ceremony, the clan of the deceased not even participating in the singing. Op. cit., 101.
548 This is a crude translation of the Kwinamish song series. See Du Bois, op. cit., 109.
549 Op. cit., 101–103.

nóta, and gifts are piled around the base of each. There is a long period of singing ended by the nóta whirling the bullroarer three times, when the images are again removed to a distance. Then at a signal from the bullroarer the dancers, painted and wearing headdresses, reappear and march around the wamkie accompanied by a turtle-shell rattle. At this time a long series of songs is sung, and the images are then burned. While these are burning the Sungamish or finishing, and Topasish (meaning not given) songs are sung while the men dance.

*Morahash, the Whirling Dance*

Then a special dancer performs the eagle or whirling dance, in which he represents the circling and soaring of the eagle as it goes up into the sky to the land of the dead. The dancer wears an eagle-feather skirt, palat; head plumes of owl, crow, or raven feathers, eheyat; ropes of owl feathers wound around head and neck, piwish; and a headdress of long eagle feathers, apunua, worn upright on the head. A rapid whirling motion causing the eagle-feather skirt to stand out straight from the body seems to have been the most difficult and climactic part of the dance. The dancer was called totawish, and among the Diegueño the dance is commonly known as the "tatahuila" dance, a word which they say is not their own.[550] At La Jolla the amagó clan owned this dance and all other clans had to ask permission from the amagó nóta in order to perform it.

*Further Details Concerning the Image Burning*

While they burn the clothes (and the images), Pikmakvul or death songs are sung describing the sickness, death, and burning of Wiyot. The features of this song mentioned by Du Bois are very similar to the Cahuilla image-burning songs describing the death and cremation of Mûkat. At the end of this series all grunt three times and blow toward the sky, while they throw many things on the fire. Then the relatives of the dead distribute baskets and other presents to those conducting the ceremony. After this interlude they sing, in order, songs from ten song series, listed by Du Bois as:

1. Pikmakvul, the Wiyot songs of death.
2. Temeugamesh, songs of seasons (concerning frog, earthworm, and water).
3. Chum towi, our spirit; the same as kwinamish (sending the spirit to the milky way).
4. Kamalum, the children of the earth mother.

ACC0004766

5. Kish, the house (of the dead man?). Probably refers to the ceremonial house.

6. Anut, the ant; possibly referring to the ants who spread out the earth as in the Cahuilla creation myth (see p. 133, present paper) instead of the ant ordeal connected with the jimsonweed initiation for boys.[551]

7. Nokwanish, songs in memory of the dead. (According to Sparkman this word is nŭkwanic, or men's songs, mentioned above.)

8. Totowish, songs mentioning the Chungichnish avengers. Probably a later addition. According to Sparkman the term refers to the Morahash or eagle dancer.

9. Munival, songs of places and migration.

10. Nyachish, enemy songs. Such songs ended many of the Cahuilla ceremonies. In these they ridicule other clans.

Since Du Bois obtained her account from Lucario Cuevish, an old Luiseño born at San Luis Rey who remembered when the eastern Luiseño from La Jolla and Potrero were brought down to the Mission and initiated into the toloache rites,[552] it is probable that this account represents the ceremony of the west. The two accounts taken together give a comprehensive view of the entire rite and, allowing for slight local variations, in their totality suggest a ceremony very similar to that practiced by all three divisions of the Cahuilla, the Cupeño, and the Serrano. In other words, while the Luiseño had introduced a few western additions, the image-burning ceremony as carried out by them shared all its fundamentals with that of their eastern neighbors. Of the songs sung by the Luiseño at this time, only one (no. 8) and possibly another (no. 6), differ from songs of the creation sung by Cahuilla and Cupeño at their image-burning ceremony. It is certain that we have here an early and widespread ceremony, rooted in fear of the spirits of the dead and primarily seeking to drive them away, common to nearly all the Indians of southern California.

## Notush Ceremony[553]

This ceremony, never performed by the eastern Luiseño groups, was an addition to the various mourning rites probably introduced by

the Juaneño or Gabrielino. It was apparently brought to San Luis Rey mission in the time of the padres. No images of the dead are mentioned, but the tall painted pole called kimul chehenish (little house, appearances or show; referring to objects hung on pole) was said to represent the spirit of the dead. The different colors on the various portions were supposed to represent the parts of the body. The top of the pole was always painted white and bore a raven skin called levalwash, "wide," below which were hung baskets and other valuables. The pole is said to have been "as high as a house" which must apply to a Caucasian house, the native habitation of southern California having a very low elevation.

There was singing and dancing when the pole was set up, and contests of skill were a prominent feature. A mythical contest of this kind at the first notush ceremony has been previously quoted (p. 288). The pole-climbing to reach the baskets and other valuables was undoubtedly a contest of this sort. Notush was a large ceremony involving several villages and was very costly. Lacking any detailed data concerning this rite among the coastal peoples, we can only point out its close resemblance to similar pole-climbing rites among the Pueblo peoples.[554] It was undoubtedly one of the many Pueblo traits received at an early time by the people of the California littoral, and diffused by them toward the east once more. Among the Luiseño it was clearly a late arrival.

## Möknic Ashwiti, Killing the Eagle[555]

As among the Mountain Cahuilla, eagles were killed ceremonially a year after the death of a chief or his close relatives.[556] As was true of all the southern California groups so far considered, eagles and their nests were owned by certain clans, or more exactly by the nótas of the different clans.[557]

Mr. Frank Salmon, a white man of Pala, describes an eagle-killing ceremony he attended some thirty-five years ago, as follows. In this case the eagle's nest was on Palomar mountain,[558] and during the early

[551] Du Bois, *op. cit.*, 112, Record 387, mentions the death of Wiyot in connection with this song, and the origin of death among the animals; also the chief hunting animals who took control after Wiyot's death. It is more probable that this song became attached to the ant ordeal at a later time, for it seems to contain no reference to such a rite. As the ant ordeal made boys hardy and strong for hunting, it is possible that this older hunting song came to be connected with it.

[552] *Op. cit.*, 74.

[553] No references to this ceremony were secured by the present author. The above account is drawn from that of Du Bois, *op. cit.*, 103, 104, and Kroeber, Handbook, 676.

[554] See Goddard, illustration and text, 105, 106, Indians of the Southwest, Am. Mus. Nat. Hist., Handbook Series no. 2, 1921. Also Strong, *op. cit.*, 52.

[555] Kroeber, Handbook, 676, gives ashwut maknash or eagle-killing.

[556] The Diegueño dance leader for whom eagles were killed and the Luiseño "chief" or nóta are identical in position. See Kroeber, Handbook, 676.

[557] The California condor was ranked with the eagle in this regard. Sparkman, *op. cit.*, 227.

[558] The acketum clan at La Jolla owned an eagle's nest on Pine mountain.

ACC0004767

spring it was watched by members of the Luiseño clan that owned it. When the watcher saw that game of rather large size was being taken to the nest he notified his nóta, and the village prepared for the ceremony. The next day a large number of people, nearly three hundred, went to the nest leaving sentries stationed within shouting distance of one another strung out all the way to the village. When they came to the edge of the cliff, to Mr. Salmon's surprise, the heaviest Indian present, weighing some three hundred pounds, was selected to be lowered over the edge to the nest. Just what the ceremonial position of this individual was, Mr. Salmon does not know, but he alone was allowed to handle the young birds. When the young eagles were hauled up with their portly captor, a shout was raised which was immediately passed on by the sentries to the village. There all the old people, especially, began to shout and sing with great rejoicings. The captor carried the two birds to the nóta's house where a special cage had been built for them. While they were confined here all who wished to communicate with the spirits of the dead brought the eaglets food and then gave them their messages to the spirit world. After a week or so a ceremony was held at night, various men dancing and singing with one of the eagles; and after it had been given many messages it was killed by pressure over the lungs and the skin removed.

The above is a very brief description of such a ceremony which usually involved a contest between shamans to see who could kill the bird by means of his personal magic. This connection of shamanism with the eagle-killing rite is most marked among the western peoples in southern California, and undoubtedly has some connection with the toloache cult. According to Kroeber the actual lung-compression which killed the bird was a trick known only to toloache initiates,[359] but it was practiced among the Desert and Palm Springs Cahuilla where the toloache cult seems to have had but a slight hold. As in the other mourning ceremonies an invited clan presided at this ceremony, while the home clan provided the food and gifts. After the skin of the eagle had been removed, the body was buried or burned with the proper ceremonies.

Two songs secured by Du Bois refer to the eagle-killing. The first is a part of the Wiyot story and relates the attempt of the eagle to escape in each of the four directions, but everywhere death was waiting for him. Thus in this song, which he sang when he became sick just before he died, he told the people of the spirit and of death

[359] Kroeber, Handbook, 676.

which must come to all. The second song refers to the dance with the eagle, which took place one year after a death and ended the period of mourning. The eagle connected with the spirits of the dead was killed amid universal lamentations.[360]

La Jolla informants said that the first eagle was killed after the death of Wiyot, therefore the ceremony was always performed after a death, and the songs were all about Wiyot and the original eagle killing. Local nótas sometimes killed their own eagles and sometimes sent them to other clans with whom they were ceremonially related. Kroeber notes that the dead eagle was covered with gifts and presented to the chief of another village, who divided the presents among his people and burned the body of the eagle. Such a ceremony was given in honor of a dead chief by his successor. The same authority notes that the condor was employed in the same way, while the people of the coast used the bald eagle and chicken hawks.[361]

### *Mani Paic, the Jimsonweed Drinking*

The following account of this ceremony, "the heart of the Chungichnish religion" among the Luiseño, was obtained from Juan Antonio Wassuk at La Jolla, and refers to a ceremony at Yapitca (near La Jolla) some sixty-odd years ago. This was the last time the ceremony was ever performed so far as Juan knows; he was a boy at the time but does not seem to have been initiated.[362] Since the last ceremony of this type was performed so long ago and the rite varied in detail among different Luiseño groups, further details not mentioned by the informant but recorded by other authorities are included and their sources indicated.

The ceremony occurred whenever several fathers told the nóta that their sons were the right age to be initiated. The correct age for this was believed to be between sixteen and twenty and before the youths were married. It was strictly a clan affair and all food used during the rites was gathered and prepared by clan members. When sufficient material was at hand the nóta sent word to the nóta of another clan with which the first clan was closely related by marriage.[363] This

[360] *Op. cit.*, 113–114, Records, 391, 392.

[361] See Du Bois, *op. cit.*, 182.

[362] According to Lucario Cuevish, a very old informant of Du Bois in 1906, the toloache or jimsonweed ceremony was first performed by the Mountain or eastern Luiseño in mission times when a group of them went down to San Luis Rey and were initiated. Du Bois, *op. cit.*, 74.

[363] This in general accords with Sparkman's statement, *op. cit.*, 221.

ACC0004768

is the first definite statement received as to the exact relationship involved in these reciprocal functions among the Luiseño. The nōta thus notified presided at the ceremony and he in turn invited another clan with which his clan had intermarried. Several clans were notified in this manner and were given special nights on which they were to arrive. The boys were not informed of the impending event until the two clans had assembled and the paha of the invited clan gathered all the neophytes.

According to Juan Antonio the term paha meant "red racer" and this official was painted red and black, the two colors being divided vertically—the red half representing the male snake, the black half the female snake. This symbolism, considered in relation to the fact that two intermarrying clans were represented, suggests the moiety idea.[564] The Diegueño in their image-burning ceremony painted the faces of images representing males black and females red.[565] This inversion of the two colors representing sex dichotomy weakens the resemblance between Luiseño and Diegueño practice in this regard, but even so the parallel is striking. The paha was in actual charge of the ceremony and kept order among all the assembled guests. Du Bois adds the following:

> One Paha is detailed to supervise the main place; the other, the place for drinking the toloache. By a well understood law no one is allowed to run around or make any noise. The Paha must be a huchicero, or shaman, of repute; and he could tell by looking at the mother of a boy whether she had been doing wrong in any way. No woman could be admitted to the ceremony who was unclean, unchaste, or menstruating.[566]

In addition to the paha, the puhmutevi of the visiting clan was active in preparing the jimsonweed; in this rôle he was called nŏktŏmie. The decoction was prepared in a secluded spot away from the wämkie where all the people were assembled, but close enough so that the pounding of mortar and pestle could be heard. The visiting paha and his clan members supervised the preparation of the drug. The paha would go to the wämkie every now and then and trot around it three times, telling the assembled people that the jimsonweed was being prepared. While doing this he talked constantly in a low voice. Then he would return to the place where the decoction was being prepared. The paraphernalia used in this preparation were sacred.

---

[564] At Zuñi the use of red and black paints seems to be a reflection of the moiety idea, as is the case at Isleta. For a discussion of these occurrences, see Strong, *op. cit.*, 13, 15, 47, 48.

[565] Waterman, present series, 8:313, 1900.

[566] *Op. cit.*, 78.

---

Du Bois gives more detail on these points:

> In the main place the sacred enclosure of brush, the wamkish, is built in a circle to about the height of a man. On the ground inside are placed the sacred ceremonial objects: the tamyush or sacred stone toloache bowls, large and small—all but one which is to be used in the other place in drinking the toloache; feather head-dresses and eagle-feather skirts; and the paviut, the sacred sticks with flint in the end.
>
> The tamyush, which since the last celebration of the ceremony have been buried in the ground, in a place known only to the chief, are taken out in good time and freshly painted so that they look nice. They are painted red, white, and black. Of the sacred ceremonial objects the tukmul is not in the main enclosure but at the other place. The tukmul is a flat winnowing basket sacred to the Chungichnish rites. It belongs to the men, that is, is possessed by every initiate, and during every ceremony it is placed on the ground containing grain, the sacred stone pipes, or other objects. . . . . It is dark in the place where they take toloache. The large tamyush selected for the purpose is placed on the ground before the chief. It contains the root, previously prepared and dried, perhaps a year before. The chief pounds the dry scraped bark with the stone mano (muller or pestle) to the accompaniment of a curious recitative, not a song: "Chanyoko, yoko," while the boys stand waiting in the darkness. The powder is then placed in a small twined sifting basket and sifted again into the tamyush, which is filled with water. The Paha goes about whispering: "Keep quiet all of you. Do not talk. Everyone keep quiet."
>
> The chief superintends the drinking, and as the candidates kneel in turn before the big tamyush to drink out of it, he holds the head of each with the palm of his hand under the forehead, and raises it when they have drunk a sufficient quantity of the liquid, watching to see that they do not drink too much. They drink from the tamyush in which the toloache was mixed.
>
> They give the toloache to the boys in the dark; and while it is being administered, the Paha goes over to the main place three times in succession, and the third time tells them to get ready for Maui is coming. He sings a curious recitative.[567]

According to Juan Antonio, at the La Jolla initiation he witnessed the presiding puhmutevi gave each boy a small drink of the decoction out of a small basket, teilkut, or a small pottery jar, peelic. After this the boys were given a lecture by the puhmutevi and others, which warned them to be good, to marry, not to run loose, and especially not marry any relative. Then the paha returned to the wämkie and told the people there to brighten up the fire, but before entering the enclosure he circled it three times chanting as he did so. In his hand he carried a stick painted red which was called wakut.[568] The naked bodies of the men and boys were painted and they wore feather headbands.[569] The paha dashed back and forth clearing the way to the

---

[567] Du Bois, *op. cit.*, 77, 78.

[568] Possibly one of the "Chungichnish" sticks mentioned by Du Bois, *op. cit.*, 82.

[569] White clay and charcoal on the backs of the dancers helped them withstand the heat, Du Bois, *op. cit.*, 81.

ACC0004769