

ACC-HRA001555



ACC-HRA001556

ACC-HRA001557

# TAB 8

# ARCHAEOLOGICAL, ETHNOGRAPHIC, AND ETHNOHISTORIC

# INVESTIGATIONS AT TAHQUITZ CANYON

# PALM SPRINGS, CALIFORNIA

## VOLUME I

Prepared for

**Riverside County Flood Control and Water Conservation District**
**P.O. Box 1033**
**Riverside, California 92503**

by

**Cultural Systems Research, Inc.**
**823 Valparaiso Ave.**
**Menlo Park. California 94025**

| | | |
|---|---|---|
| **Lowell John Bean, Ph.D.**<br>**Principal Investigator** | **Jerry Schaefer, Ph.D.**<br>**Project Archaeologist** | **Sylvia Brakke Vane, M.A.**<br>**Project Ethnohistorian** |

**November, 1995**
**Menlo Park, California 94025**

USGS 7.5 minute Quad: Palm Springs, California
Acreage: 80
Keywords: CA-RIV-45, Riverside County, Archaic, Patayan, Cahuilla Indians, Kauisiktum Lineage, Ethnography, Ethnohistory, Data Recovery, Residential Base, Midden, Pit Houses, Rockshelters, Stone Tools, Lithic Debitage, Obsidian, Ceramics, Milling Stone, Bone Tools, Shell Beads, Glass Beads, Figurines, Animal Bone, Pollen, Rock Art, Cremations, Cache Pits, Agriculture, Irrigation.

ACC0006481

# MANAGEMENT SUMMARY

The Tahquitz Canyon Data Recovery Project at CA-RIV-45 produced the largest collection of Late Prehistoric and Ethnohistoric period artifacts and features of any one site in the southern California desert to date, and the most extensive ethnographic and ethnohistoric review of any single lineage community in southern California. The project included not only archaeological testing, data recovery, and construction monitoring components that were undertaken between April 1988 and August 1990, and analysis of archaeological data from 1988 to 1994, but also extensive ethnographic and ethnohistoric research from 1988 through 1994. Analyses of the collections and their archaeological, ethnographic, and ethnohistoric contexts reveal a complex pattern of settlement, subsistence, socio-political conditions, ritual, and philosophical systems, and adaptations to change from the period between about A.D. 1000 and 1970. Because of the large scope of this project and the detailed ethnohistoric and ethnographic associations of this site with the *Kauisiktum* lineage, the many faceted nature of a single Cahuilla socio-political unit could be studied in detail.

Very early occupancy was revealed at one rockshelter, where evidence of Archaic habitation between about 3000 B.C. and A.D. 500 was found. It contained a series of rock-lined cists—only the second example discovered in the California deserts. In other loci ceramics, fish bones, and some radiocarbon dates indicate some occupation contemporary with Lake Cahuilla, when hunters and gatherers travelled down to the Salton Trough to fish, hunt waterfowl, and exploit cattail, tules, and other marshland plants, and to trade with the people there. This Late Prehistoric, Patayan II occupation (A.D. 1000-1600), however, is small and somewhat masked by the much larger Patayan III (A.D. 1600-1870) occupation following the desiccation of Lake Cahuilla. At this time a much larger population seems to have established substantial residential base complexes, temporary camps, and satellite seed grinding and food processing areas on the upper debris cone and canyon mouth. From here resources were acquired from the low desert to the high mountain tops.

The largest archaeological sites appear to date to the 19th century. At various times, the *Kauisik* and their friends moved to the canyon area to avoid contacts with Spanish, Mexicans, and Anglo-Europeans. The effects of contacts with these outsiders are shown by the presence of cultigens, domestic animals, artifacts, and irrigation features, and by numerous accounts by *Kauisik* who provided extensive information to ethnographic investigators over many years, and by *Kauisik* elder Francisco Patencio, who left a record of his people's culture and history in his book, *Stories and Legends of the Palm Springs Indians*, and other documents.

## Ethnography and Ethnohistory

It is known that the site was occupied in the 19th century by members of the *Kauisiktum* lineage, which is now part of the Agua Caliente Band of Cahuilla Indians, on whose reservation the site lies. Tribal history accounts for a very long residence, the length of time not recorded, but attributed to the time of ancient history. The Band insisted that a careful study of its ethnography and ethnohistory, and of the archaeological remains on the impacted parts of the site be a prerequisite for its agreement to the construction of the Tahquitz Creek Flood Control Project by the Riverside County Flood Control and Water Conservation District (RCFCWCD).

ACC0006482

The *Kauisik* occupied both Tahquitz Canyon and Chino Canyon immediately to the west, and the valley floor onto which the canyons drain. Their lands adjoined those of the *Paniktum* of Andreas Canyon just to the east, who belonged to the same clan. The members of a third lineage, possibly of the same clan, the *Atcitcem*, were baptized at Mission San Gabriel early in the 19th century. Comparatively few of the *Kauisiktum* and *Paniktum* having been incorporated into the mission system, they retained much of their traditional culture until Euro-Americans settled the Coachella Valley, beginning about 1840. They remained ceremonially active into the 20th century.

The *Kauisik* subsisted on the wide range of fauna and flora available in a catchment area that incorporated many different eco-niches. Thus they had access to an abundance of floral and faunal resources, including the cacti, mesquite, and agave of the desert; the oaks and pinyons of the mountains; the antelope of the plains, and the mountain sheep and deer of the mountains. Their socio-political structure and their involvement with wide-ranging ritual congregations, because of formal exchange systems, combined to protect them from most of the exigencies of drought, flood, and other natural catastrophes that could exhaust food resources.

With the coming of the Euro-Americans, the *Kauisik* and their neighbors slowly and selectively adopted Euro-American material culture items; foods; economic systems such as farming, cattle raising and wage labor; religious ideas; new languages; and other cultural items as convenient or necessary to survive. An increased influx of settlers from 1860 on led to the establishment of Agua Caliente Indian Reservation in 1877, and a subsequent struggle lasting nearly 100 years to keep both the land and the water to which the reservation was entitled. The water from Tahquitz Creek was an important resource that the Band struggled to keep against great odds for many decades.

In later years the struggle over water rights was superseded by difficulties over the issue of allotment, and the Band's right to keep, manage, and profit from its now valuable lands during decades when effort after effort was made by non-Indians to take the land away from them.

## Floral and Faunal Remains

Many surprising finds have come from the artifact analysis, and a very complete description of the broad ranging use of a rich biota from ethnographic research. Dr. Lynne Christenson examined 42,947 animal bone fragments. She identified 30 different animal species. Blacktailed jackrabbit and desert cottontail were the most heavily exploited, as predicted from ethnographic accounts. Other small mammals included southern pocket gopher, wood rat, California ground squirrel, kangaroo rat, and pocket mouse. Large mammals such as southern mule deer, bighorn sheep, and pronghorn antelope were exploited, but in smaller percentages than by Mohave Desert peoples. Deer and antelope continued to be used, the antelope until about the 1870s, the deer until very recent years. No evidence was found to suggest that bighorn sheep or deer became scarce in historic times because of competition with domestic animals. It was found, however, that cow and horse were integrated into the Cahuilla diet in the Historic period occupation sites. Among the many other animals exploited for food, skins, or religious purposes were mountain lion, bobcat, grey fox, desert iguana, chuckwalla, and desert tortoise. Evidence of edible bird species were limited to remains of ground dove and American coot, but ceremonially important bird remains included hawk, great horned owl, bald eagle, and golden eagle. Ethnographic data add considerably to the list of known uses of birds.

Christenson also analyzed carbonized and dried plant remains, from which she made several important discoveries. Only 15 percent of 48 analyzed flotation samples produced identifiable plant parts. Locus B, Feature 1, an area provisionally dated to the late 1700s or early 1800s, produced a carbonized domestic tepary bean. Tepary beans were also found in Locus C, a large 19th century Ethnohistoric camp. One carbonized corn kernel derived from Locus E, also a 19th century Ethnohistoric camp; and pieces of gourd were found in a rockshelter at Locus I, Feature 1. These domesticates confirm the Romero expedition accounts of Cahuilla bean cultivation by 1822. The Locus B find strongly suggests extending that date back to the late 18th century, at or before Spanish contact. Paucity of cultivated plants and the total absence of cultigens from Susan Fish's pollen analysis, however, strongly suggest that domesticated plants were not cultivated directly on the Tahquitz Canyon debris cone, but on the sandy flats, and were

ACC0006483

of secondary importance to wild plants. Among the most important of the latter indicated from plant remains were pine nuts, wild oats, wild buckwheat, apricot mallow, chenopods, amaranths, and several cactus species.

Ethnobotanical and ethnozoological research on this project, including a comprehensive search of published and unpublished materials, has added to the data derived from the floral and faunal analysis of archaeological remains. The results of this research are included in a catchment area analysis, and descriptions of the ways in which plant and animal resources were acquired, prepared and used. These combined techniques make the ethnobiological data provided on the *Kauisik* in this report more complete than those available on any other southern California group to date.

**Ceramics**

Over 20,000 sherds have been catalogued and typed. From these about a dozen partly restorable vessels were recovered. Pottery types indicate a predominance of Topoc Buff among the desert wares, a type occurring throughout the Mohave Desert and showing a strong affinity to that area as opposed to the Colorado Desert. Painted ceramic design elements also more closely resemble Mojave than Kumeyaay patterns. Tizon Brown wares also make up a considerable proportion of the assemblage, as expected from the close proximity to upland mountain resources.

A new locally defined pottery type similar to Tizon Brown was identified. In addition to ceramic vessels from various parts of the site, the upland mountain clay source was used to manufacture a cache of figurines and miniature vessels that was recovered with other household items from the floor of a burnt house. This important find of ceremonial items in a well-dated, mid-19th century context provides a rare glimpse into the activities of a Cahuilla religious person or household. The figurines include styles associated with both the southern California Yumans (Kumeyaay), and the area of Cahuilla occupation in the northern Coachella Valley.

Wear patterns of over 300 sherd disks indicate their use primarily as ornaments, buttons, or rattles. Examination of several hundred clay pipe fragments also indicate a mix of both Kumeyaay types (elbow-shaped), and Cahuilla types (conical tube-shaped) at Tahquitz Canyon. Thus, two classes of ceremonial items indicate strong cultural contacts between Cahuilla and Yumans in the Late Prehistoric and Ethnohistoric periods.

**Shell Beads**

Chester King's analysis of over 1800 shell and stone beads, 408 glass beads, melted glass bead clusters, shell pendants, and worked shell reinforced our knowledge of the importance of the Cahuilla's shell trade with the Channel Islands and Santa Barbara coast area. Some shell beads were a ritually significant item of exchange and were a form of currency. They indicated status and/or wealth, and were integral to important ceremonial and economic occasions, e.g., funerals, eagle killing, and cremation. King's dating of shell bead types was often more specific than radiocarbon dates, confirming that most loci dated to the Early Historic period between 1770 and 1850. Early types recovered from the Locus I, Feature 3 rockshelter confirmed the Archaic period date, given the absence of radiocarbon.

**Milling Tools and Lithics**

Schneider and McDonald's analysis of milling implements and materials from Tahquitz Canyon revealed an array of milling stones (metates and metate fragments), handstones (manos and mano fragments), pestles and pestle fragments, bowls and mortars and fragments of bowls or mortars, and fragments that could not be assigned to an artifact type. Less portable milling equipment was found on the surface than what had been identified in earlier studies, indicating that many pieces had been illegally removed in the intervening period.

The collection indicates that the occupants of Tahquitz Canyon had grinding, crushing, pulverizing, and rubbing and polishing tools that were portable as well as many that were part of features of the landscape. Many of the tools were probably used for more than one purpose. They were used at various locations over an extended period of time.

ACC0006484

Twenty-three of the milling stones were of granitic materials, four were common schist, one was gneiss, one was rhyolite, and one an unidentified volcanic rock. All materials are locally available except rhyolite and gneiss, which may have been brought from outside the immediate area.

**Flaked Stone**
The large flaked stone assemblage discussed in Chapter X typifies a lithic industry dependant on partially prepared non-local sources for finished tools. Most commonly used materials included crypto- and micro-crystalline silica cobbles and pebbles from the Colorado Desert, metasedimentary stone and quartz from the Peninsular Range, Wonderstone from the Rainbow Rock source, and obsidian from Obsidian Butte, Coso Hot Springs, and Bristol Mountain. The conservative use of imported materials, predominantly for arrowhead production, is indicated by generally small flake size, absence of cortex, low number of preserved cores, and relatively high occurrences of pressure flakes and debitage from bi-polar reduction. Flaked stone tools are dominated by Cottonwood Triangle, Desert Side-notched, and Y-shaped arrowhead types. A small number of Elko-type points, bifaces, blanks, and retouched flakes were also documented. Flaked glass debitage and arrowheads and one flaked ironstone ceramic indicate the adoption of new materials in the Ethnohistoric period. Low biface and stone tool frequencies other than arrowheads may indicate replacement of stone knives by metal in the Ethnohistoric period, although the bow and arrow remained important.

**Agriculture**
Chapter XX evaluates the geomorphic and archaeological data regarding Cahuilla agriculture and irrigation practices at Tahquitz Canyon. Arguments for prehistoric agriculture are discussed with regard to botanical evidence, leaving that question still unanswered. Corn and tepary beans are documented, however, from Ethnohistoric period sites. Four actual or hypothetical irrigation systems are identified from the canyon. The Lebacho-Tahquitz Ditch that brought water from Tahquitz Creek to Section 14 is the best documented system and has the most obvious archaeological remains. A hypothesized Arcuate (i.e., bow-shaped) Ditch brought water to documented Cahuilla fields at the southeast base of the Tahquitz Canyon alluvial fan. Two other smaller and less definitive systems may have diverted water to two of the archaeological habitation areas at Loci C and L/M. Ethnohistorical and mission period records are then reviewed to trace the possible origins and causal factors for the development of irrigation agriculture among the Cahuilla.

**Rock Art**
Daniel McCarthy has studied the rock art in four areas in the project area, CA-RIV-45, and a site recorded as CA-RIV-3009, which is located along the base of the mountain northwest of the narrow mouth of Tahquitz Creek. He concludes that the rock art in the canyon is of two different periods, and that it appears to have served several functions: marking territories or boundaries, and functions associated with rituals, including sacred rituals performed by shamans, and those possibly involving a secular group of the village and probably orchestrated by shamans or village leaders.

**Other Analyses**
Other analyses included the study of 61 modified bone or bone tool items, obsidian sources, and European trade items that included glass used to make projectile points, iron knives and nails, and both English and Chinese ceramics. Obsidian sourcing indicated most was obtained from Obsidian Butte on the Salton Sea, with sources in the Coso Range and the Mt. Diablo area of secondary importance. Most metal items were found in proximity to cremations, indicating their high value as replacements for stone knives and bone awls. Introduced ceramics were extremely rare, and suggest that locally made pottery was the preferred and available type through the 1850s. Cultural isolation, cultural selectivity, and continuity are strongly suggested by the predominance of traditional materials and artifacts, and general scarcity of foreign items.

ACC0006485

Substantial cultural resources and areas of significant Cahuilla heritage value still remain preserved at the mouth of Tahquitz Canyon and on the alluvial fan. The site therefore retains many of the elements that made it eligible for the National Register of Historic Places (Andreas and King 1972). The remaining sites will continue to be preserved and managed by the Agua Caliente Band of Cahuilla Indians. With preliminary funding provided as a result of this project, the Band plans to build the Agua Caliente Cultural Museum at the mouth of Tahquitz Canyon for the interpretation and curation of the entire collection. Thus the artifacts and archives will be available for study by interested scholars and Tribal Members.

ACC0006486

ACC0006487

# TABLE OF CONTENTS

**VOLUME I**
MANAGEMENT SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  i
             Ethnography and Ethnohistory
             Floral and Faunal Remains
             Ceramics
             Shell Beads
             Milling Tools and Lithics
             Flaked Stone
             Agriculture
             Rock Art
             Other Analyses

TABLE OF CONTENTS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  vii

LIST OF FIGURES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  xix

LIST OF TABLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  xxix

FOREWORD:  *Takwish* by Lowell John Bean . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  F-1
             The Tahquitz Report by Thomas F. King  . . . . . . . . . . . . . . . . . . . . . . . . . . .  F-8

I.     INTRODUCTION
             Project Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  I-1
             Project Staff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  I-5
             Acknowledgements  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  I-7

II.    ENVIRONMENTAL SETTING: by J. Schaefer
             Geomorphology: by G. Huckleberry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  II-1
                    Introduction
                    Methods
             Regional . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  II-2
                    Regional Geology
                    Tahquitz Canyon Geology
                    Hydrology
                    Geochronology
              Climate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  II-15
             Vegetation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  II-17
             Fauna . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  II-17

ACC0006488

Environmental Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . II-24

III.    PREHISTORIC CULTURAL SETTING: by J. Schaefer
        Early Man Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . III-1
        Paleoindian Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . III-2
        Archaic Period. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . III-3
        Late Prehistoric Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . III-3

IV.     RESEARCH ORIENTATION:  by L. Bean, S. Vane, and J. Schaefer
        Archaeology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IV-2
               Review of Previous Studies
               Research Design
        Ethnography and Ethnohistory . . . . . . . . . . . . . . . . . . . . . . . . . . . IV-10
               Review of Previous Studies
               Theory
               Research Methods
        Report Writing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IV-12

V.      ETHNOGRAPHY AND ETHNOHISTORY: by L. Bean and S. Vane
        Ethnography:  by L. Bean
               The *Kauisik* Catchment Area . . . . . . . . . . . . . . . . . . . . . . . . . . . V-1
                     Seasons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-1
                     Wind Patterns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-1
                     Precipitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-3
                     Surface Water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-4
                     Demography . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-6
                     Life Zones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-7
                     Plant Communities Within Each Life Zone . . . . . . . . . . . . . . . V-8
                     The Seasonal Round . . . . . . . . . . . . . . . . . . . . . . . . . . . V-15
                     The Daily Round . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-19
               *Kauisik* Uses of Plants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-20
                     Major Plant Resources . . . . . . . . . . . . . . . . . . . . . . . . . . V-20
                     Other Plant Uses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-29
                     Environmental Risk and the Vagaries of Southern
                     California Climate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-30
                     Plant Remains Found in the Project Area and
                     Their Uses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-31
                     Specific Genera . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-36
                     Technology and Material Culture of Plant Food
                     Processing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-41
                     Mortars . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-42
                     The Pestle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-44
                     Manos and Metates . . . . . . . . . . . . . . . . . . . . . . . . . . . V-44
                     Baskets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-44
                     Ceramics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-44
                     Food Storage and Caching . . . . . . . . . . . . . . . . . . . . . . . V-45
                     Agriculture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-46
               *Kauisik* Faunal Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . V-51

ACC0006489

Table of Contents

Animals Avoided as Food  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-52
Large Game Animals  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-53
Small Game Animals  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-56
Other Mammals  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-61
Fish  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-66
Birds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-68
Reptiles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-75
Insects and Worms  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-77
Ants  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-78
Domesticated Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-81
Competition with Other Animals for Food . . . . . . . . . . . . . . . . . . . . .  V-82
Pets  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-82
Technology and Rules of the Hunt  . . . . . . . . . . . . . . . . . . . . . . . . . .  V-83
Bows  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-84
Bowstring  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-85
Arrows  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-85
Arrow Straightening and Arrow Straighteners  . . . . . . . . . . . . . . . . . .  V-86
Projectile Points . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-87
Poison Arrows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-88
Quivers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-88
Wristguards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-88
Social and Mythic Considerations . . . . . . . . . . . . . . . . . . . . . . . . . .  V-88
Hunting Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-91
Settlement Patterns and Buildings  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-93
Settlement Pattern . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-93
Buildings  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-94
Caves (*Tekis*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-101
The *Kauisik* and their Neighbors  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-103
Boundaries Between the *Kauisik* and Their
Neighbors  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-103
Trade and Exchange Between the *Kauisik* and Their
Neighbors  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-105
Trails Between the *Kauisik* and Their Neighbors . . . . . . . . . . . . . . . .  V-110
Cahuilla Social Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-119
The Clan and the Lineage  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-119
The *Maïswut*  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-120
The *Net*  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-121
The *Paxaa? (Paha)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-121
The *Takwa* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-122
The *Haunik* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-122
*Nenewis* Dancers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-122
The *Puvalam* (Shamans)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-123
The *Tinavis*  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-123
World View, Ritual and The Arts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-125
A Review of the Cahuilla World:
A Fundamental Concept  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-125
Ritual  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-126
Ritual Congregations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-130
Functional Aspects of Taboos and Fasting . . . . . . . . . . . . . . . . . . . . .  V-131
Nutritional Aspects of Ritual  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-131
The Arts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-132

ix

Migrations in *Kauisik* Oral History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-137
    *Kauisik* Origins and Dispersals · . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-137
    The Arrival of Other Groups in the Coachella
    Valley . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-138
    The Arrival of the *Kauisik* at Palm Springs  . . . . . . . . . . . . . . . . . . . V-140
    Accounts of Other Migrations  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-140

*Kauisik* History:  by S. Vane and L. Bean  . . . . . . . . . . . . . . . . . . . . . . . . . . . V-142
  Introduction:  To 1800 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . V-142
    Mission San Gabriel Begins an Impact:  1800-1809  . . . . . . . . . . . . V-144
    The Decade of Cahuilla Baptisms:  1810-1819 . . . . . . . . . . . . . . . . . V-145
    *Kauisik* Territory Visited and Described:  1820-1829 . . . . . . . . . . . . V-150
        The Eventful Decade
        Baptisms in the 1820s
    Secularization and its Impact:  1830-1839  . . . . . . . . . . . . . . . . . . . . V-158
        Baptisms
        Political Unrest
    The Last Years of Mexican Control:  1840-1848 . . . . . . . . . . . . . . . . V-163
    The U.S.A. Takes Over:  1848-1859 . . . . . . . . . . . . . . . . . . . . . . . . . V-167
        The Bradshaw Trail
        Ethnography
    Depopulation and Displacement:  1860-1869  . . . . . . . . . . . . . . . . . . V-171
        The Agua Caliente
    Agua Caliente Reservation Established:  1870-1879  . . . . . . . . . . . . V-189
    The Reservation at Risk:  1880-1889 . . . . . . . . . . . . . . . . . . . . . . . . . V-203
        The National Scene
        The Boom of the 1880s in Southern California
        The Agua Calientes
        The Loss of Land and Water
        The Act for the Relief of the Mission Indians
    The Mission Indian Commission and Drought:  1890-1899  . . . . . . . . V-210
        Introduction
        Leadership
        The People
        Indian Agents
        Education
        Material Culture
        The Ghost Dance in Palm Springs
        Anthropology
        The Mission Indian Commission
        Tahquitz Canyon Water
        Andreas Canyon Water
        Allotments
        The Lease of the Springs
        Pastureland Problems
        The Cemetery
        Decade's Conclusion
    A Decade of Slow Recovery:  1900-1909  . . . . . . . . . . . . . . . . . . . . . V-226
        State of the Reservation
        The Indian Agency
        Pastureland

ACC0006491

                        Water and Land
                        The Rogers Affair
                        Water and the Townspeople
                        Anthropology
                Palm Springs Begins to Take Off:  1910-1919  . . . . . . . . . . . . . . . . .  V-237
                        The Village of Palm Springs
                        Reservation Affairs
                        Cemetery
                        Water
                        The Agricultural Experiment Station
                        Anthropologists
                        The Mission Indian Federation
                To Be Alloted or Not To Be:  1920-1929  . . . . . . . . . . . . . . . . . . . .  V-247
                        Irrigation
                        Crops
                        Allotment
                        Relations with Non-Indians
                        Population
                        Ethnography and Ethnohistory
                The Struggle for Power in the Great Depression:  1930-1939  . . . . . . .  V-258
                        Water
                        The Airport
                        Land, Allotment, and Autonomy
                        Quackenbush Takes Over
                World War II and the Urge to Terminate:  1940-1949  . . . . . . . . . . . .  V-281
                        People
                        Land and Tribal Government
                        The Allotment Issue
                        Water
                        The Airport
                A World Class Resort and Troubles with Lawyers:  1950-1959  . . . . .  V-290
                        Land, Allotment, and Leases
                        Planning
                        Flood Control
                The Agua Caliente Win Out:  1960-1970  . . . . . . . . . . . . . . . . . . . . .  V-295
                        Land, Equalization, and Guardians
                        Planning
                        Flood Control
                        Tahquitz Canyon
                        Tribal Affairs
                Conclusions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  V-299

VI.     SITE DESCRIPTIONS:  by J. Schaefer
                Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  VI-1
                Field Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  VI-3
                        The Control Grid System
                        Test Phase Excavations
                Results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  VI-5
                        Locus A
                        Locus B
                        Locus C

ACC0006492

Locus D
Locus E, Feature 1
Locus E, Feature 1—West
Locus E, Feature 1—East
Locus F
Locus G
Locus H
Locus I
Locus K
Locus L, Feature 2
Locus M
Locus N
Archaeological Site Stratigraphies: by G. Huckleberry . . . . . . . . . . . . . . . . . VI-138
Open Sites
Geomorphology Synopsis

VII.   THE FACE OF THE NUKATUM, A BURNT SHAMAN'S HOUSE AND CACHE:
by J. Schaefer
The Shaman's House . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VII-1
The Structure
The Shaman's Cache
Coffee Bean-Eyed Figurine
Paddle-Shaped Figurines
Miniature Figurines
Miniature Bowls
Other Artifacts
Radiocarbon Dates and Chronology
Cultural and Chronological Implications of Figurine Types  . . . . . . . . . . . . VII-15

VIII.   AN ETHNOHISTORIC HIGH STATUS BURIAL: by J. Schaefer . . . . . . . . . . . . . VIII-1
Projectile Points
Shell Beads
Bone Awls
Personal and Ornamental Objects
Equestrian Equipment
Interpretation and Conclusions

VOLUME II
IX.   CERAMICS: by J. Schaefer
Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-1
Ethnography of the Cahuilla Ceramic Industry . . . . . . . . . . . . . . . . . . . . . . IX-2
Patayan Ceramic Typology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-4
Lower Colorado Buff Ware
Brown Wares
Spatial Distribution of Ceramic Types . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-11
Ceramics and Chronology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-15
Ceramic Rim Forms and Restorable Shapes . . . . . . . . . . . . . . . . . . . . . . . . IX-15
Rim Distributions across Sites
Correlation of Ceramic Ware and Vessel Function
Lip Shape, Idiosyncratic Behavior, and Social Organization
Ceramic Painted Design Element Analysis  . . . . . . . . . . . . . . . . . . . . . . . . IX-26

ACC0006493

Ceramic Pipes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-45
    Ceramic Type
    Pipe Shape
    Rim Form, Stem Form, and Bowl Diameter
    Surface Treatment
    An Argillite Pipe Fragment
    Spatial Distribution of Pipes
Miscellaneous Ceramic Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-55
Worked Sherds and Sherd Disks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-59
    Sherd Disks
    Scraping and Abrading Tools
    Lids
    Repair Holes
    Moulded Ceramic Whirls
Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-71

X.    FLAKED STONE:  by J. Binning and J. Schaefer
    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . X-1
    Raw Materials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . X-1
        Wonderstone
        Obsidian
        Metasedimentary and Crypto- and Microcrystalline Sources
    Reduction Techniques . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . X-11
        Pressure Flaking
        Bipolar Reduction
        Heat Treatment
        Milling Equipment Manufacture
        Flake Size and Morphology
        Core Morphology
        Flaked Stone
    Projectile Points . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . X-18
        Arrow Points from the Tahquitz Sites

XI.    MILLING IMPLEMENTS FROM TAHQUITZ CANYON:  by J. Schneider and M. McDonald
    Focus of the Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XI-1
    Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XI-2
    The Milling Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XI-2
        Portable Milling Stones
        Handstones
        Mortars
        Pestles
    Tahquitz Groundstone Curvature Study . . . . . . . . . . . . . . . . . . . . . . . . XI-33
        Method
        Results
        Discussion
        Conclusions

XII.    STONE IMPLEMENTS:  by J. Schaefer
    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XII-1
    Abraders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XII-1
    Hammerstones and Pecking Stones . . . . . . . . . . . . . . . . . . . . . . . . . . . XII-1

ACC0006494

Unusual Stone Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XII-5
Palettes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XII-5
Shaft Straighteners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XII-8

XIII.    BEADS AND ORNAMENTS FROM EXCAVATIONS AT TAHQUITZ CANYON (CA-RIV-45):
         by C. King
              Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XIII-1
              Prehistoric and Protohistoric Bead Types  . . . . . . . . . . . . . . . . . . . . XIII-1
              Beads Used During the Historic Period . . . . . . . . . . . . . . . . . . . . . . . XIII-14
              Other Ornaments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XIII-61
              Biotite Schist Discs  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XIII-76
              Conclusions: Chronology of Loci . . . . . . . . . . . . . . . . . . . . . . . . . . . XIII-76

XIV.     HISTORIC ARTIFACTS:  by J. Schaefer
              Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XIV-1
              Iron Objects  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XIV-1
                   Knives
                   Nails and Tools
                   Copper and Brass Artifacts
              Ceramics  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XIV-8
              Glass Objects  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XIV-10
              Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XIV-10
              Ammunition  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XIV-11
              Discussion  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XIV-12

XV.      BONE TOOL AND MODIFIED BONE ANALYSIS:  by L. Christenson
              Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XV-1
              Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XV-1
              Results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XV-1
                   Flat Unipointed Objects
                   Circular Unipointed Objects
                   Modified Epiphysial Objects
                   Tapered Shaft Objects
                   Tube Objects
                   Perforated Bone
                   Glossed or Edge-Polished Objects
                   Miscellaneous Objects
                   Objects with Use Wear
                   Pre-Manufactured Objects
                   Modified Bone
                   Antler Tips
                   Butchering Marked Objects
              Discussion  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XV-16
                   Bone Structure and Function
                   Bone Tool Manufacture
                   Wear-Pattern Analysis
                   Cultural Associations
              Conclusion  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XV-20

ACC0006495

Table of Contents

XVI.   FAUNAL REMAINS:  by L. Christenson
           Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-1
           Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-1
           Research Questions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-2
           Results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-2
                 Locus A
                 Locus B
                 Locus C
                 Locus D
                 Locus E
                 Locus F
                 Locus G
                 Locus H
                 Locus I
                 Locus J
                 Locus L
           Chronological and Settlement Patterns  . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-14
                 Chronological Patterns
                 Settlement Patterns
           Discussion  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-19
                 Chronological Subsistence Differentiation
                 Processing Differences
                 Desert Subsistence Patterns
                 Western Mohave Desert Sites—Faunal Remains Compared
           Summary  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-29
                 Chronology
                 Processing
                 Subsistence Activities
                 Answers to Research Questions

XVII.   MACROBOTANICAL ANALYSIS RESULTS:  by L. Christenson
           Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVII-1
           Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVII-1
                 Flotation Recovery and Identification
                 Screen Recovery and Interpretation
                 Recovery Problems
                 Identification Issues
                 Questions Tested
           Results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVII-3
                 Flotation Results
                 Screened Macroremain Results
           Discussion  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVII-5
                 Recovery and Identification Techniques
                 Interpretation
           Conclusion  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVII-7

XVIII. POLLEN RESULTS FROM CA-RIV-45:  by S. Fish
           Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVIII-1
           Site Environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVIII-1

ACC0006496

Pollen Content of Features ................................... XVIII-4
    Locus A
    Locus B
    Locus C
    Locus E
    Locus G
    Locus I
    Locus L
Conclusions ................................................ XVIII-10

XIX.   THE ROCK ART OF TAHQUITZ CANYON:  by D. McCarthy
    Documentation Procedures ................................. XIX-1
    Rock Art Site Descriptions ................................. XIX-2
        CA-RIV-45
        CA-RIV-3009
    Discussion ............................................... XIX-16
        Petroglyph Styles
        Painted Styles
    Rock Art Interpretation ................................... XIX-17
    Conclusions .............................................. XIX-21
        Significance
    Recommendations ........................................ XIX-22
    Conservation Efforts ...................................... XIX-22

XX.   EVIDENCE OF AGRICULTURE AND IRRIGATION AT TAHQUITZ CANYON:
    by J. Schaefer and G. Huckleberry
    Introduction ............................................. XX-1
    Methods ................................................ XX-2
        Field and Analytic Methods
    Alluvial Fan Processes and Agriculture at Tahquitz Canyon .............. XX-4
        Agricultural Strategies in Arid Lands
        Geomorphic and Physical Evidence of Irrigation
    Archaeological Evidence for Irrigation: Positive and Negative ............ XX-16
        The Lebacho-Tahquitz Ditch
        The Locus C Ditch Alignment
        Test Trench Program
        Cultigens from Tahquitz Canyon
    The Chronology and Cultural Derivation of Cahuilla Agriculture
    and Irrigation ............................................ XX-23
        Aboriginal Proto-Agriculture in Southern California
        Spanish Mission Period Agriculture and Irrigation
    Conclusions .............................................. XX-35
        Evidence of Cultigens
        Evidence of Irrigation
        Causal Factors for Change

XXI.   CONCLUSIONS ........................................... XXI-1
    Settlement Patterns
    Ritual and Symbolism
    Other Artifacts and Features
    Human Cremations

ACC0006497

Table of Contents

Lake Cahuilla
Trade and Exchange
Final Remarks
Ethnographic and Ethnohistoric Conclusions

REFERENCES CITED—ARCHAEOLOGY  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Arch Refs-1

REFERENCES CITED—ETHNOGRAPHY AND ETHNOHISTORY  . . . . . . . . . . . . . .  Eth Refs-1

## APPENDICES

APPENDIX A   Administrative History of the Tahquitz Canyon Flood Control Project:
by S. Vane

APPENDIX B   Geomorpology Soil Profiles 1, 3, 5, 6, and 7:  by G. Huckleberry

APPENDIX C   Flaked Stone
Part 1:  Flaked Stone Inventory:  by J. Schaefer
Part 2:  X-Ray Florescence Analysis of Tahquitz Canyon Obsidian:  by R. Hughes
Part 3:  Inventory of Flakes (available upon request)

APPENDIX D   Rough Disc Beads Recovered at CA-RIV-45:  by C. King

APPENDIX E   Patterns of Strung Beads:  by C. King

APPENDIX F   Complete Faunal Assemblage by Locus:  by L. Christenson (available upon request)

APPENDIX G   Rock Art:  by D. McCarthy
Part 1:  Rock Art Photographic Inventory
Part 2:  Drawing of Several Restored Rock Art Panels
Part 3:  Illustrated Inventory of the Recoverable and Recognizable Rock Art Images
Part 4:  Letter from Connie Silver re: Rock Art Conservation

ACC0006498

ACC0006499

# LIST OF FIGURES

| Figure | | Page |
|---|---|---|
| I.1 | Tahquitz Canyon Project Vicinity Map | I-3 |
| I.2 | Tahquitz Canyon Project Location | I-4 |
| II.1 | Aerial View of Palm Springs, 1932, Looking North | II-4 |
| II.2 | Schematic Cross Section of Tahquitz Canyon Area | II-5 |
| II.3 | Tahquitz Creek Discharge, 1947 to 1969 | II-5 |
| II.4 | Geologic Map of Tahquitz Canyon Project Area | II-7 |
| II.5 | Horizonation, Particle-Size, and Calcium Carbonate Distributions for Soil Profiles 1, 3, 5, and 6 | II-9 |
| II.6 | H.J. Stevenson's (1887) Map of Palm Springs Area | II-16 |
| V.1 | Biotic Zones of the *Kauisik* Catchment Area | Volume I, back cover |
| V.2 | Trails and *Kauisik* Territorial Boundaries | Volume II, back cover |
| V.3 | Portion of U.S.G.S Topographic Map, ca. 1876 | V-196 |
| V.4 | Map Showing Sections Set Aside as Agua Caliente Indian Reservation by the Mission Indian Commission, 1891 | V-215 |
| V.5 | Portion of Palm Springs Quadrangle, 1891 | V-219 |
| V.6 | Undated Map from Papers of H. N. Rust Showing Palm Springs Water Ditches, ca. 1892 | V-223 |
| V.7a-c | Plats Showing Agua Caliente Reservation as of January 5, 1911 | V-231 |
| V.8 | Sketch of Section 35, Showing Irrigation Features, 1908 | V-234 |
| V.9 | Irrigation System Proposed February 10, 1911 | V-241 |
| V.10 | Map Showing Lower End of Tahquitz Irrigation System as of 1918 | V-244 |
| V.11 | Schedule for Allotment of the Agua Caliente Reservation May 9, 1927 | V-256 |
| V.12 | Map of Proposed Changes to Irrigation System, U.S. Indian Irrigation Service, 1938 | V-262 |
| V.13 | Map Showing Heavily Populated Section 14, 1941 | V-282 |
| VI.1 | Locus and Feature Locations (confidential map) | |
| VI.2 | Locus A Plan View | VI-6 |

VI.3a    Locus A, Feature 1, Unit 1, Level 3 Completed, View
         East . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-7
VI.3b    Locus B, Feature 5, Unit 30, South Profile, Excavation
         Beginning on Unit 54 (right) and Unit 31/41 (left) . . . . . . . . . . . . . . . . . . VI-10
VI.4     Locus B, Feature 5, Top Plan  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-12
VI.5     Locus B, Feature 5, North-South Stratigraphic Profile  . . . . . . . . . . . . . . . . VI-13
VI.6     Locus B, Feature 5, East-West Stratigraphic Profile  . . . . . . . . . . . . . . . . . VI-14
VI.7     Locus B, Feature 5, Unit 30, South Profile (compare
         to Figure VI.3b)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-15
VI.8     Locus B, Feature 5, Unit 55, Top Plan and Profile
         of Cremation Burial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-17
VI.9     Locus B, Feature 7, Test Unit Stratigraphic Profile  . . . . . . . . . . . . . . . . . VI-19
VI.10    Locus B, Feature 6, Top Plan  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-20
VI.11    Locus B, Feature 6, Representative Stratigraphic
         Profiles Showing Thin Beds of Silts, Sands, and Charcoal  . . . . . . . . . . . . . VI-21
VI.12    Locus B, Feature 6, Unit 33, Top Plan of Hearth  . . . . . . . . . . . . . . . . . . . VI-23
VI.13    Locus B, Feature 6, Unit 28, Top Plan of Charcoal
         and Ash Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-24
VI.14    Locus B, Feature 6, Unit 31, Top Plan of Two Hearth
         Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-25
VI.15    Locus B, Feature 13, Top Plan  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-28
VI.16a   Locus B, Feature 13, Partially Excavated Structure,
         View Northeast . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-29
VI.16b   Locus B, Feature 13, Hearth in Units 4 and 5, View
         East . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-29
VI.17    Locus B, Feature 13, Top Plan and Stratigraphic
         Profile of Structure in Units 3-5  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-30
VI.18    Locus B, Feature 13, Stratigraphic Profile Showing
         Thin Ash Deposits North of Structure . . . . . . . . . . . . . . . . . . . . . . . . . . VI-31
VI.19    Locus B, Feature 13, Unit 48, Stratigraphic Profile  . . . . . . . . . . . . . . . . . VI-33
VI.20    Locus B, Feature 13, Unit 53, Stratigraphic Profile  . . . . . . . . . . . . . . . . . VI-35
VI.21a   Locus B, Feature 13, Unit 53, Hearth (center) and Post
         Hole (bottom), View South . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-36
VI.21b   Locus B, Feature 13, Unit 52, Milling Feature . . . . . . . . . . . . . . . . . . . . . VI-36
VI.22    Locus B, Feature 13, Unit 53, Stratigraphic Profile
         of Hearth  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-37
VI.23    Locus B, Feature 18, Top Plan  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-39
VI.24    Locus B, Feature 18, North-South Stratigraphic Profile  . . . . . . . . . . . . . . . VI-40
VI.25    Locus B, Feature 18, West-East Stratigraphic Profile  . . . . . . . . . . . . . . . . VI-41
VI.26    Locus C, Feature 1-2, Top Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-43
VI.27a   Locus C, Feature 1-2, Overview with Feature 1, Unit
         1 Midden Exposed, View East . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-44
VI.27b   Locus C, Feature 1-2, Showing Rock Alignment and
         Drainage Channel, View West . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-44
VI.28    Locus C, Feature 1, Stratigraphic Profile of Midden
         Area in Units 1-6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-45
VI.29a   Locus C, Feature 1, Unit 9, Level 1 Excavated to
         Expose Rock Alignment, View South . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-47
VI.29b   Locus C, Feature 1, Unit 12 (bottom) and Unit 9
         (top) Showing Cooking Area, View South  . . . . . . . . . . . . . . . . . . . . . . . VI-47

ACC0006501

List of Figures

VI.30        Locus C, Feature 1, Stratigraphic Profile
             Representative of Midden North of Drainage . . . . . . . . . . . . . . . . . . . . . . . . . . VI-48
VI.31a       Locus C, Feature 1, Unit 10 (top) and Feature 2,
             Units 1-3 (bottom) Showing Rock Alignments and Silt
             Filled Features, View Southwest  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-49
VI.31b       Locus C, Feature 2, Units 6-11  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-49
VI.32        Locus C, Feature 1, Unit 10, East Stratigraphic Profile
             Showing Relationship of Ditch to Adjoining Levels . . . . . . . . . . . . . . . . . . . . VI-50
VI.33a       Locus C, Feature 1, Excavated Ditch in Unit 30 and
             Granite Milling Stone in Unit 8, View South . . . . . . . . . . . . . . . . . . . . . . . . . VI-51
VI.33b       Locus C, Feature 1, Unit 30, Close-Up of Ditch and
             Exposed Surface of Level 2  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-51
VI.34a       Locus C, Feature 1, Unit 10, Level 2, Showing
             Relationship of Ditch to Buried Occupational
             Levels, View East  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-53
VI.34b       Locus C, Feature 1, Unit 8, Burnt Basal Levels
             of the Bald Eagle Cremation.  Bone Concentration
             is at Center Left by Partially Excavated Corner of
             Unit 29 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-53
VI.35a       Locus C, Feature 2, Overview Looking North, Rock
             Alignment at Bottom, Water Channel in Center . . . . . . . . . . . . . . . . . . . . . . VI-54
VI.35b       Locus C, Feature 2, Units 10 and 14, View West of
             Open Area Between Rocks  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-54
VI.36a       Locus C, Feature 2, Stratigraphic Profile Representive
             of Midden Buried in Alluvium South of Drainage  . . . . . . . . . . . . . . . . . . . . VI-58
VI.36b       Locus C, Feature 1, Units 28-29 and Feature 2,
             Units 22-23, Stratigraphic Profile Showing Occupational
             Levels Under Alluvium  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-58
VI.37        Locus C, Feature 4, Top Plan of Rockshelter . . . . . . . . . . . . . . . . . . . . . . . . VI-61
VI.38a       Locus E, Excavations in Progress on West Half,
             View East . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-65
VI.38b       Locus E, Excavations in Progress on East Half, View West . . . . . . . . . . . . . . VI-65
VI.39        Locus E, Top Plan of the West Half . . . . . . . . . . . . . . . . . . . . . . following VI-66
VI.40        Locus E, Top Plan of the East Half  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-66
VI.41a       Locus E, Unit 38, Level 3 Showing Gathered Cremation
             (north arrow), Dispersed Cremation in Wash (black
             stain at bottom) and Platformed Carbonized Matting  . . . . . . . . . . . . . . . . . VI-68
VI.41b       Locus E, Unit 40, Cobble Platform Next to Cremation,
             View South . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-68
VI.42a       Locus E, Unit 40 (foreground) and 51 Showing
             Platformed Ground Stone Fragments  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-69
VI.42b       Locus E, Unit 41, Potter Scatter, View West . . . . . . . . . . . . . . . . . . . . . . . . VI-70
VI.43a       Locus E, Units 80/91, Hearth Profile  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-71
VI.43b       Locus E, Unit 53, North Profile Showing Multiple
             Hearths . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-71
VI.44a       Locus E, Unit 103, Cobble Hearth Feature, View
             North . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-73
VI.44b       Locus E, Unit 31, Metate and Manos on Habitation
             Surface, View East . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-73
VI.45a       Locus E, Units 176 and 178, Cobble Platform and
             Cleared Habitation Area, View Southwest . . . . . . . . . . . . . . . . . . . . . . . . . . VI-75

ACC0006502

Tahquitz Report

VI.45b        Locus E, Unit 176, Cobble Platform, View Southwest . . . . . . . . . . . . . . . . . . VI-75
VI.46         Locus E, Unit 136, North Wall Profile Showing Cremations . . . . . . . . . . . . . VI-76
VI.47         Locus E, Units 141-142, North Wall Profile Showing
              Buried Hearths and Midden . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-78
VI.48         Locus G, Feature 1, Top Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-80
VI.49a        Locus G, Feature 1, Excavation in Progress, View South . . . . . . . . . . . . . . VI-81
VI.49b        Locus G, Feature 1, Unit 1 after Excavation, View
              Northeast . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-81
VI.50a        Locus G, Feature 1, Unit 4 after Excavation, View South . . . . . . . . . . . . . . VI-83
VI.50b        Locus G, Feature 1, Unit 4, Top of Level 3 Showing
              Burnt Soil and Fire-Affected Rock, View East . . . . . . . . . . . . . . . . . . . . . . . VI-83
VI.51         Locus H, Top Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-85
VI.52a        Locus I, Feature 1, West Face Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-88
VI.52b        Locus I, Feature 1, Top Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-89
VI.53a        Locus I, Feature 1, Unit 1 Upon Completion, View South . . . . . . . . . . . . . . VI-90
VI.53b        Locus I, Feature 1, Unit 2 (left) and Unit 20
              (right) and Mortar Upon Completion, View South . . . . . . . . . . . . . . . . . . . . . VI-90
VI.54         Locus I, Feature 1, Top Plan of North Exposure . . . . . . . . . . . . . . . . . . . . . VI-91
VI.55         Locus I, Feature 1, Top Plan of East Exposure . . . . . . . . . . . . . . . . . . . . . . VI-92
VI.56         Locus I, Feature 1, Top Plan of West Exposure . . . . . . . . . . . . . . . . . . . . . . VI-93
VI.57a        Locus I, Feature 1, Unit 67, Level 1 Removed to
              Expose Cobble Pile, View North . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-95
VI.57b        Locus I, Feature 1, Unit 10, Level 1 Removed to
              Reveal Hardpack, View South . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-95
VI.58         Locus I, Feature 1, Unit 5, North Stratigraphic
              Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-96
VI.59a        Locus I, Feature 1, Unit 4, Level 2 Hardpack
              Exposed, View West . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-97
VI.59b        Locus I, Feature 1, Unit 10, Level 3 Removed, View
              South . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-97
VI.60a        Locus I, Feature 1, Unit 26, Mano Cache in Storage
              Cist, View South . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-99
VI.60b        Locus I, Feature 1, Units 20 (top), 28, 61, 63,
              and 64 (bottom), View South . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-99
VI.61         Locus I, Feature 1, Unit 17/26, Top Plan of Storage
              Cist . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-100
VI.62a        Locus I, Feature 1, Unit 64, Boulder Slick, View East . . . . . . . . . . . . . . . . VI-101
VI.62b        Locus I, Feature 1, Unit 32-33, Exposed Rock Wall,
              View East . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-101
VI.63a        Locus I, Feature 2, Units 1-2 after Excavation,
              View South . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-104
VI.63b        Locus I, Feature 3, Unit 1 Before Excavation,
              View Southwest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-105
VI.64         Locus I, Feature 3, Top Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-106
VI.65         Locus I, Feature 3, Units 1-3, West Profile . . . . . . . . . . . . . . . . . . . . . . . . VI-108
VI.66         Locus I, Feature 3, Levels 3-10, Upper Level,
              Top Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-109
VI.67         Locus I, Feature 3, Levels 3-10, Lower Level,
              Top Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-110
VI.68a        Locus I, Feature 3, Unit 3, Modern Hearth (left)
              Removed and First Cist (right) Exposed, View West . . . . . . . . . . . . . . . . . . VI-112

ACC0006503

List of Figures

VI.68b Locus I, Feature 3, Unit 4, Level 10, Second Cist
and Metate, View Southwest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-112

VI.69a Locus I, Feature 3, Units 4, Level 10 and Unit 5,
Level 8, View Southwest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-113

VI.69b Locus I, Feature 3, Unit 4, Level 10, Cist and
Associated Manos, View Northwest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-113

VI.70a Locus I, Feature 3, Excavation Completed, View
Northwest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-114

VI.70b Locus I, Feature 3, Excavation Completed,
View South . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-114

VI.71a Locus I, Feature 3, Excavation Completed,
View East . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-115

VI.71b Locus I, Feature 3, Excavation Completed,
View West . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-115

VI.72 Locus I, Feature 3, Square 4, South Stratigraphic
Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-119

VI.73 Locus I, Feature 3, Squares 4-5, West Stratigraphic
Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-120

VI.74 Locus I, Feature 3: Particle-size, pH, Organic Matter,
and Phosphorus Distributions of Rockshelter Sediments . . . . . . . . . . . . . . . VI-121

VI.75a Locus I, Feature 5, Ronald Saubel at Rockshelter,
View South . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-122

VI.75b Locus J, Feature 2, Jim Swenson Standing Next
to Test Unit, View South . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-123

VI.76a Locus L, Feature 2, View West . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-126

VI.76b Locus L, Feature 2, View Northwest from Top
of Embankment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-126

VI.77 Locus L, Feature 2, Top Plan . . . . . . . . . . . . . . . . . . . . . . . . . . following VI-126

VI.78a Locus L, Feature 2, Unit 43, Hearth Feature, Midden
Surface, and Rock Alignment, View North . . . . . . . . . . . . . . . . . . . . . . . . VI-128

VI.78b Locus L, Feature 2, from Left to Right Units 25, 34,
43, 52 after Excavation, Unit 61 at Far Right Not
Yet Excavated, View North . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-128

VI.79a Locus L, Feature 2, Unit 97 (right), Midden and
Hearth Emerging at Northwest Corner, View North . . . . . . . . . . . . . . . . . . VI-131

VI.79b Locus L, Feature 2, Units 91 and 98, Midden Deposit,
View Southeast . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-131

VI.80a Locus L, Feature 2, Unit 88, Rock Alignment,
View North . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-132

VI.80b Locus L, Feature 2, Unit 103, Two Rock Alignments,
View North . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-132

VI.81a Locus L, Feature 2, Units 121-122, 131-132, Excavated
(left) and Unexcavated (center) Rock Alignments, View
North . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-133

VI.81b Locus L, Feature 2, Unit 122, Rock Alignment,
View North . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-133

VI.82a Locus M, Feature 2, Interior of Excavated "Barrel",
Bottom Diameter is 60 cm, View West . . . . . . . . . . . . . . . . . . . . . . . . . . . VI-135

VI.82b Locus N, Feature 1, Area 7, Rockshelter, View West . . . . . . . . . . . . . . . . . VI-137

ACC0006504

Tahquitz Report

VII.1       Locus C, Feature 5, Top Plan of Burned House . . . . . . . . . . . . . . . . . . . . . . . VII-2
VII.2a      Locus C, Feature 5, Unit 3, Post Molds on Southeast
            Side of Structure, View North . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VII-4
VII.2b      Locus C, Feature 5, Unit 3, Cross Section of
            Eastern Post Mold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VII-4
VII.3a      Locus C, Feature 5, Unit 2, Level 2, Burnt Floor,
            View East . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VII-5
VII.3b      Locus C, Feature 5, Unit 6, Level 2, Burnt Floor
            with Exposed Fire Cracked Boulder, View North . . . . . . . . . . . . . . . . . . . . VII-5
VII.4a      Locus C, Feature 5, Unit 1, Ceremonial Cache as
            First Exposed, Miniature Vessel in Balk,
            View Northeast . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VII-6
VII.4b      Locus C, Feature 5, Unit 2, Level 3, Showing Cache,
            Crushed Cooking Pot, and Hearth, View Northeast . . . . . . . . . . . . . . . . . . . . VII-6
VII.5       Figurines and Miniature Vessels from the Cache in
            Locus C, Feature 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VII-8
VII.6       Anthropomorphic Coffee Bean-Eyed Figurine . . . . . . . . . . . . . . . . . . . . . . . VII-9
VII.7       Paddle Shaped Anthropomorphic Figurines . . . . . . . . . . . . . . . . . . . . . . . . . VII-10
VII.8       Paddle Shaped and Miniature Figurines . . . . . . . . . . . . . . . . . . . . . . . . . . . VII-11
VII.9       Miniature Vessels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VII-12
VII.10      Restored Tizon Brown Ware Cooking Pot from the
            Floor in Unit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VII-14


VIII.1      Locus H, Feature 1, Projectile Points . . . . . . . . . . . . . . . . . . . . . . . . . . . . VIII-3
VIII.2      Locus H, Feature 1; Beads, Awls, Knife, Sharpening
            Stone, and Nails . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VIII-4
VIII.3      Locus H, Feature 1, Personal Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . VIII-5
VIII.4      Locus H, Feature 1; Spoon, Awl, Buckles, and Fitting . . . . . . . . . . . . . . . . VIII-7
VIII.5      Locus H, Feature 1, Equestrian Equipment . . . . . . . . . . . . . . . . . . . . . . . . . VIII-9


IX.1        Ceramic Jar and Bowl Rim Forms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-21
IX.2        (a) Polychrome Decorated Sherd, (b) Punctate
            Sherd, and (c-e) Decorated Bowls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-22
IX.3        Painted Design Elements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-39
IX.4        Painted Colorado Buff Olla from Locus E, Feature
            1, Units 39, 60, and 97 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-41
IX.5        (a) Painted Colordo Buff Olla from Locus D, Feature 3,
            Unit 1, and (b) Painted Colorado Buff Olla from
            Locus C, Feature 1, Unit 26, Level 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-42
IX.6        (a) Painted Colorado Buff Olla from Locus C, Feature
            1, Unit 26, Levels 1-2, and (b) Painted Colorado Buff
            Olla from Locus C, Feature 1, Unit 10, Levels 2-3 . . . . . . . . . . . . . . . . . . . IX-43
IX.7        (a) Decorated Tahquitz Brown Olla from Locus E, Feature
            1, Unit 47, Level 1, and (b) Decorated Colorado Buff
            Olla Rim from Locus C, Features 1, 2, and 4 . . . . . . . . . . . . . . . . . . . . . . . IX-44
IX.8        Ceramic Bow-Type Pipe Fragments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-47
IX.9        (a-f) Ceramic Straight-Type Pipe Fragments, (g-i)
            Bow-Type Stems, and (j) Stone Pipe Stem . . . . . . . . . . . . . . . . . . . . . . . . . IX-48
IX.10       Miscellaneous Ceramic Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-58

ACC0006505

List of Figures

| | | |
|---|---|---|
| IX.11 | Colorado Buff Dish or Ladle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | IX-60 |
| IX.12 | (a) Ceramic Whirl, (b-f) Worked Sherd Objects, and (g-m) Sherd Disk Preforms . . . . . . . . . . . . . . . . . . . . . . . . . . . . | IX-61 |
| IX.13 | Perforated Sherd Disks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | IX-62 |

| | | |
|---|---|---|
| X.1 | Selected Points from Locus A . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X-20 |
| X.2 | Selected Points from Locus B, Feature 5 . . . . . . . . . . . . . . . . . . . . . | X-23 |
| X.3 | Selected Points from Locus B, Features 6 and 13 . . . . . . . . . . . . . . . . . | X-26 |
| X.4 | Selected Points from Locus B, Feature 18 . . . . . . . . . . . . . . . . . . . . . | X-29 |
| X.5 | Selected Points from Locus C, Features 1-2, 3, and 4 . . . . . . . . . . . . . | X-31 |
| X.6 | Selected Points from Locus E, Feature 1 . . . . . . . . . . . . . . . . . . . . . | X-35 |
| X.7 | Selected Points from Loci E, G, and H . . . . . . . . . . . . . . . . . . . . . . | X-38 |
| X.8 | Selected Points from Locus H, Feature 2 . . . . . . . . . . . . . . . . . . . . | X-40 |
| X.9 | Selected Points from Locus I, Feature 1 . . . . . . . . . . . . . . . . . . . . . | X-41 |
| X.10 | Selected Points from Locus I, Features 1 and 2, and Locus J, Feature 2 . . . . . | X-45 |
| X.11 | Selected Points from Locus L . . . . . . . . . . . . . . . . . . . . . . . . . . . | X-47 |

| | | |
|---|---|---|
| XI.1 | Whole Granitic Metate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XI-6 |
| XI.2 | Two Fragments of Metate C.5.8.1 . . . . . . . . . . . . . . . . . . . . . . . . . | XI-7 |
| XI.3 | Heavily Worn Metate Fragments . . . . . . . . . . . . . . . . . . . . . . . . . | XI-9 |
| XI.4 | Subtype 1a Handstones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XI-16 |
| XI.5 | Subtype 1b Handstones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XI-18 |
| XI.6 | Subtype 1c Handstones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XI-19 |
| XI.7 | Subtypes 2a, 2b and 2c Handstones . . . . . . . . . . . . . . . . . . . . . . . | XI-20 |
| XI.8 | Type 3 and Type 6 Handstones . . . . . . . . . . . . . . . . . . . . . . . . . . | XI-21 |
| XI.9 | Rim and Wall Fragments of Mortar 1 Flaked from a Large Granitic Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XI-26 |
| XI.10 | One-half of a Mortar, Made on a Stream-ground Boulder . . . . . . . . . . . . . | XI-27 |
| XI.11 | Mortar Fragment #110 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XI-28 |
| XI.12 | Granitic Pestles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XI-31 |
| XI.13 | Pestles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XI-32 |

| | | |
|---|---|---|
| XII.1 | Large Loaf-Shaped Pumice Abrading Tool . . . . . . . . . . . . . . . . . . . . | XII-3 |
| XII.2 | Abraders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XII-4 |
| XII.3 | (a) Hammerstone and (b) Unusual Stone Object . . . . . . . . . . . . . . . . . | XII-6 |
| XII.4 | (a-c) Palettes, and (d-e) Shaft Straighteners . . . . . . . . . . . . . . . . . . . | XII-7 |

| | | |
|---|---|---|
| XIII.1 | *Olivella biplicata* Rough Disc and Regular Disc Beads from Locus B, Feature 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XIII-15 |
| XIII.2 | Diameters of Historic Period *Olivella biplicata* Disc Beads from Sourthern California . . . . . . . . . . . . . . . . . . . . . | XIII-16 |
| XIII.3 | Sequence of Diameter Ranges of Rough Disc Beads . . . . . . . . . . . . . . . | XIII-17 |
| XIII.4 | Diameters of *Olivella biplicata* Rough Disc Beads . . . . . . . . . . . . . . . | XIII-19 |
| XIII.5 | Diameters of *Olivella biplicata* Rough Disc Beads . . . . . . . . . . . . . . . | XIII-20 |
| XIII.6 | Diameters of *Olivella biplicata* Rough Disc Beads from Locus C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XIII-21 |
| XIII.7 | Frequencies of Cane Bead Types Used in the Santa Barbara Channel Region . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | XIII-59 |

ACC0006506

XIII.8       *Haliotis cracherodii* from Locus B, Feature 18,
             Square 20, Level 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIII-65
XIII.9       *Haliotis cracherodii* Pieces and Fragments  . . . . . . . . . . . . . . . . . . . . . . .   XIII-66
XIII.10      Pieces of Shell—Mainly *Anodontia*  . . . . . . . . . . . . . . . . . . . . . . . . . .   XIII-68
XIII.11      Summary of Chronology of Beads Found  . . . . . . . . . . . . . . . . . . . . . . .   XIII-77


XIV.1        Iron knife from Locus E, Feature 1, Unit 48, Level 3 . . . . . . . . . . . . . . . . .   XIV-6
XIV.2        Metal Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIV-7
XIV.3        Historic Small Finds of American, European and
             Asian Origin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIV-9


XV.1         Flat Unipointed Objects  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XV-4
XV.2         Flat Unipointed Objects  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XV-6
XV.3         Modified Epiphyseal Objects and Tube Objects . . . . . . . . . . . . . . . . . . . . .   XV-9
XV.4         Perforated Bone Objects and Miscellaneous Objects . . . . . . . . . . . . . . . . . .   XV-12
XV.5         Miscellaneous Objects, Premanufactured Objects and
             Modified Bone  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XV-15


XIX.1        Map Showing Location of Rock Art to Other Features in
             Tahquitz Canyon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIX-3
XIX.2        Photograph of Rock Art Panel at Locus D, Rock 1   . . . . . . . . . . . . . . . . . .   XIX-4
XIX.3        Drawing of Pecked Images on Panel at Locus D, Rock 1  . . . . . . . . . . . . . .   XIX-4
XIX.4        Drawing of Images on Locus G, Rock 1, Panel 1 . . . . . . . . . . . . . . . . . . . .   XIX-7
XIX.5        Drawing of All Images on Locus G, Rock 1, Panel 2 . . . . . . . . . . . . . . . . . .   XIX-8
XIX.6        Drawing of Older Set of Images on Locus G, Rock 1, Panel 2  . . . . . . . . . . .   XIX-9
XIX.7        Drawing of Painted Image on Locus G, Rock 2, Panel 1 . . . . . . . . . . . . . . .   XIX-10
XIX.8        Drawing of All Images on Locus l, Rock 1 . . . . . . . . . . . . . . . . . . . . . . . .   XIX-11
XIX.9        Drawing of the Later, Younger Set of Images on Locus I,
             Rock 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIX-12
XIX.10       Drawing of the Earlier, Older Set of Images on Locus I,
             Rock 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIX-13
XIX.11       Drawing of Painting on Locus I, Rock 2 . . . . . . . . . . . . . . . . . . . . . . . . . .   XIX-14
XIX.12       Drawing of Scratched Image at CA-RIV-3009 . . . . . . . . . . . . . . . . . . . . . .   XIX-15
XIX.13       Drawing of Graffiti Superimposed Over the Aboriginal
             Paintings at Locus I, Rock 1  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIX-23
XIX.14       Photograph of Locus I, Rock 1 Before Conservation
             Treatment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIX-24
XIX.15       Photograph of Locus I, Rock 1 After Conservation Treatment . . . . . . . . . . .   XIX-24


XX.1         Documented and Hypothesized Irrigation Systems at Tahquitz Canyon . . . . . . .   XX-6
XX.2         Stratigraphic Profile of Buried Lebacho-Tahquitz Ditch
             Approximately 200 Meters Upstream from Locus N . . . . . . . . . . . . . . . . . . .   XX-8
XX.3a        Exposed Section of Lebacho-Tahquitz Ditch, View Northeast  . . . . . . . . . . . .   XX-9
XX.3b        Excavated Interior and Exterior Portions of Lebacho-Tahquitz
             Ditch, View Southeast  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XX-9
XX.4a        Exposed Portion of Locus C Channel at Bottom Left, Overlying
             Boulder Has Been Platformed, View Northwest . . . . . . . . . . . . . . . . . . . . . .   XX-13

ACC0006507

List of Figures

XX.4b       Excavated Locus C Channel Segment In Unit 30 . . . . . . . . . . . . . . . . . . . . . XX-13
XX.5        Plan View and Profile (F2, Unit 19) of Channels at Locus M . . . . . . . . . . . XX-14
XX.6        U.S. Indian Service Engineer, Herman F. Mokosky, Standing By
            the Lebacho-Tahquitz Ditch, During 1909 Reconstruction . . . . . . . . . . . . . . XX-17
XX.7        Cahuilla Craftsmen Rebuilding the Lebacho-Tahquitz Ditch; Possible
            Original Ditch to the Right, View South Toward Murray Hill . . . . . . . . . . . XX-18
XX.8a       Locus N Test Trench Through Unlined Portion of Lebacho-Tahquitz
            Ditch Showing Silt-Filled Channel, View North . . . . . . . . . . . . . . . . . . . . . XX-20
XX.8b       East Profile of Test Trench No. 7 Showing Alluvial Sands,
            Gravels and Cobbles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XX-20
XX.9        West Profile of Test Trench No. 9 Showing Typical Alluvial
            Sand and Silt Lenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . XX-22

ACC0006508

ACC0006509

# LIST OF TABLES

**Table**                                                                                                                      **Page**

II.1      Particle-Size and Calcium Carbonate Data from
          Soil Profiles 1, 3, 5, and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  II-8
II.2      Volumetric Calcium Carbonate Data from
          Soil Profiles 1, 3, 5, and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  II-10
II.3      Age Estimates and Correlations of Deposits at Tahquitz Canyon . . . . . . . . . . .  II-12
II.4      Flora of the Tahquitz Canyon Alluvial Fan . . . . . . . . . . . . . . . . . . . . . . . . . . .  II-18
II.5      Amphibians and Reptiles of the Tahquitz Canyon Alluvial Fan . . . . . . . . . . . .  II-20
II.6      Birds of the Tahquitz Canyon Alluvial Fan . . . . . . . . . . . . . . . . . . . . . . . . . . .  II-21
II.7      Mammals of the Tahquitz Canyon Alluvial Fan . . . . . . . . . . . . . . . . . . . . . . . .  II-23


VI.1      Summary of Excavated Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  VI-2
VI.2      Lower Phase Deposits in All Excavated Units . . . . . . . . . . . . . . . . . . . . . . . . .  VI-55
VI.3      Particle-Size, pH, Organic Matter, and Phosphorus
          Data from Rockshelter Sediments, Locus I, Feature 3 . . . . . . . . . . . . . . . . . .  VI-118


IX.1      Body Sherd Inventory—Site by Ceramic Type . . . . . . . . . . . . . . . . . . . . . . . .  IX-12
IX.2      Ceramic Rim Inventory—Site by Ceramic Type . . . . . . . . . . . . . . . . . . . . . . .  IX-16
IX.3      Ceramic Rim Inventory—Site by Vessel Shape . . . . . . . . . . . . . . . . . . . . . . .  IX-19
IX.4      Ceramic Rim Sherds—Ware by Vessel Shape . . . . . . . . . . . . . . . . . . . . . . . .  IX-24
IX.5      Buff and Brown Ware Rim Diameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  IX-25
IX.6      Ceramic Rims—Type by Lip Shape . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  IX-27
IX.7      Ceramic Ware by Grouped Lip Shape . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  IX-28
IX.8      Ceramic Rims—Vessel Shape by Grouped Lip Shape . . . . . . . . . . . . . . . . . . .  IX-29
IX.9      Ceramic Rims—Site by Grouped Lip Shape . . . . . . . . . . . . . . . . . . . . . . . . . .  IX-30
IX.10     Ceramic Rims—Vessel Shape by Grouped Lip Shape . . . . . . . . . . . . . . . . . . .  IX-32
IX.11     Painted Ceramics Weighted by Sherd Count—Site
          by Ceramic Type . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  IX-33
IX.12     Painted Ceramics Aggregated by Vessel—Site
          by Ceramic Type . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  IX-35
IX.13     Painted Design Elements by Site . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  IX-36
IX.14     Tahquitz Canyon Ceramic Pipes—Site
          by Ceramic Type . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  IX-50
IX.15     Ceramic Pipes—Ceramic Type by Pipe Shape . . . . . . . . . . . . . . . . . . . . . . . .  IX-51

ACC0006510

IX.16    Tahquitz Canyon Ceramic Types—Bowl Diameter Frequencies . . . . . . . . . . . IX-53
IX.17    Ceramic Pipes—Ceramic Type by Surface Treatment . . . . . . . . . . . . . . . . . . . IX-54
IX.18    Site by Grouped Ceramic Pipe Shape . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-56
IX.19    Tahquitz Canyon Ceramic Pipes—Site by Ceramic Type . . . . . . . . . . . . . . . . IX-57
IX.20    Modified Sherds—Site by Object Type . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-63
IX.21    Ceramic Disks—Disk Diameter Frequencies . . . . . . . . . . . . . . . . . . . . . . . . . . IX-65
IX.22    Ceramic Disks—Hole Diameter Frequencies  . . . . . . . . . . . . . . . . . . . . . . . . . IX-66
IX.23    Ceramic Disks—Ceramic Type by Surface Treatment
         or Modification  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-67
IX.24    Ceramic Disks—Site by Ceramic Type . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IX-68
IX.25    Ceramic Tabulation of Disks and Sherds by Ceramic Type . . . . . . . . . . . . . . . IX-69


X.1      Flaked Stone Objects—Site by Type  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X-2
X.2      Flaked Stone Objects—Site by Material  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X-5
X.3      Flaked Stone Objects—Type by Material  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X-7
X.4      Flaked Stone Objects—Material by Color  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X-8
X.5      Obsidian Objects—Site by Source  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X-10
X.6      Whole Flakes—Material by Flake Length  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X-14
X.7      Whole Flakes—Material by Percentage of Cortex  . . . . . . . . . . . . . . . . . . . . .  X-15
X.8      Cores—Site by Material  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X-16
X.9      Modified Flaked Stone—Site by Material  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X-17
X.10     Attributes of Some of the Arrow Points from Locus A . . . . . . . . . . . . . . . . . .  X-21
X.11     Attributes of Some of the Arrow Points from Locus B, Feature 5  . . . . . . . . . .  X-24
X.12     Attributes of Some of the Arrow Points from Locus B, Features 6, 13
         and 14  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X-27
X.13     Attributes of Some of the Arrow Points from Locus B, Feature 18  . . . . . . . . .  X-30
X.14     Attributes of Some of the Arrow Points from Locus C, Features 1-2,
         3, and 4  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  X-32
X.15     Attributes of Some of the Arrow Points from Locus E, Feature 1  . . . . . . . . . .  X-36
X.16     Attributes of Some of the Arrow Points from Loci E, G, and H  . . . . . . . . . . .  X-38
X.17     Attributes of Some of the Arrow Points from Locus H, Feature 2  . . . . . . . . . .  X-40
X.18     Attributes of Some of the Arrow Points from Locus I, Feature 1  . . . . . . . . . . .  X-42
X.19     Attributes of Some of the Arrow Points from Loci I and J  . . . . . . . . . . . . . . .  X-45
X.20     Attributes of Some of the Arrow Points from Locus L . . . . . . . . . . . . . . . . . .  X-48


XI.1     Portable Milling Stones  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  XI-4
XI.2     Handstones  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  XI-11
XI.3     Mortars  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  XI-25
XI.4     Pestles  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  XI-30
XI.5     Bedrock Milling Feature Descriptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  XI-35
XI.6     Bedrock Milling Element Descriptions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  XI-40


XII.1    Stone Implements  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  XII-2


XIII.1   *Olivella biplicata* Spire Removed Beads from
         Locus I, Feature 3  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  XIII-2
XIII.2   *Olivella biplicata* Cupped Beads  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  XIII-4

ACC0006511

| | | |
|---|---|---|
| XIII.3 | Thin *Olivella biplicata* Incised Cupped Beads | XIII-5 |
| XIII.4 | Lipped Beads | XIII-5 |
| XIII.5 | *Olivella biplicata* Wall Disc Beads | XIII-5 |
| XIII.6 | Incised *Olivella biplicata* Wall Disc Beads | XIII-8 |
| XIII.7 | *Mytilus californianus* Disc Beads | XIII-11 |
| XIII.8 | *Olivella dama* Beads | XIII-12 |
| XIII.9 | Diameters of Rough Disc Beads from Cremation Contexts | XIII-22 |
| XIII.10 | Diameters of Rough Disc Beads from Midden Contexts at Loci A and B | XIII-23 |
| XIII.11 | Diameters of Rough Disc Beads from Midden Contexts at Loci C, I, E and L | XIII-24 |
| XIII.12 | Diameters of Small Samples of Rough Disc Beads from Midden Contexts | XIII-25 |
| XIII.13 | Rough Disc Beads with the Beginning of an Extra Hole on their Ventral Surface | XIII-25 |
| XIII.14 | Rough Disc Beads with an Extra Hole | XIII-26 |
| XIII.15 | *O. biplicata* Cap—Rough Disc Variants, None Burned | XIII-26 |
| XIII.16 | Incised *Olivella biplicata* Rough Disc Beads | XIII-27 |
| XIII.17 | *Haliotis rufescens* Epidermis Disc Beads | XIII-30 |
| XIII.18 | C1a, Translucent Cobalt Blue Cane | XIII-32 |
| XIII.19 | C2, Translucent Copper Blue Cane | XIII-36 |
| XIII.20 | C3, Translucent Copper Green Cane | XIII-44 |
| XIII.21 | C3c, Translucent Copper Green Cane with Four Red Stripes | XIII-47 |
| XIII.22 | C4, Opaque White on Opaque White Cane | XIII-48 |
| XIII.23 | C5, Clear Cane Beads | XIII-49 |
| XIII.24 | C6a, Opaque Red on Translucent Green Cane | XIII-49 |
| XIII.25 | Opaque Bright Red Cane | XIII-50 |
| XIII.26 | C8, Opaque Manganese Black Cane Beads | XIII-50 |
| XIII.27 | W1j, Spherical Cobalt Blue Wire Wound with Copper Band or Swirl Around Circumference | XIII-51 |
| XIII.28 | W2, Translucent Copper Blue-Green Wire Wound Beads | XIII-52 |
| XIII.29 | W3, Translucent Copper Green Wire Wound—All Locus E | XIII-53 |
| XIII.30 | W4, Semi-Opaque White Wire Wound | XIII-56 |
| XIII.31 | Red Wire Wound Beads | XIII-56 |
| XIII.32 | W8, Opaque Manganese? Black Wire Wound | XIII-56 |
| XIII.33 | W10, Translucent Amber Wire Wound | XIII-57 |
| XIII.34 | W11c, Semi-Opaque Yellow Wire Wound Beads | XIII-57 |
| XIII.35 | Melted Clusters of Beads | XIII-58 |
| XIII.36 | Distribution of Cane and Wire Wound Glass Beads | XIII-60 |
| XIII.37 | Shaped Pieces of Abalone Shell | XIII-61 |
| XIII.38 | Pieces of Abalone Shell with Epidermis Ground | XIII-62 |
| XIII.39 | Fragments of Abalone Shell Found During Data Recovery | XIII-62 |
| XIII.40 | Marine Shells Other Than Abalone | XIII-69 |
| XIII.41 | Worked Pieces of *Anodontia californianus* Shell | XIII-70 |
| XIII.42 | *Anodontia californianus* Shell Fragments | XIII-70 |
| XIII.43 | Left-Handed Freshwater Gastropod | XIII-73 |
| XIII.44 | Land Snail Shells all Unburned | XIII-73 |
| XIII.45 | Biotite Schist Discs | XIII-75 |

ACC0006512

Tahquitz Report

XIV.1      Historic Metal Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIV-2
XIV.2      Historic Ceramic and Glass Objects . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIV-3
XIV.3      Historic Ammunition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIV-4

XV.1       CA-RIV-45 Modified Bone by Locus . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XV-2
XV.2       Unipointed Object Measurements from CA-RIV-45 . . . . . . . . . . . . . . . . .   XV-3
XV.3       Measurements of Non-Unipointed Modified Bone from CA-RIV-45 . . . . . . . .   XV-8
XV.4       Non-Tool Modified Bones from CA-RIV-45 . . . . . . . . . . . . . . . . . . . . . . .   XV-13

XVI.1      Faunal Analysis Totals by Locus from CA-RIV-45 . . . . . . . . . . . . . . . . . .   XVI-3
XVI.2      Faunal Analysis Bone Condition by Locus from CA-RIV-45 . . . . . . . . . . . .   XVI-4
XVI.3      Bird Analysis Results from Loci A, D, E, L, and M . . . . . . . . . . . . . . . . . .   XVI-5
XVI.4      Fish Analysis Results from CA-RIV-45 . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-7
XVI.5      Distribution of Species by Locus at CA-RIV-45 . . . . . . . . . . . . . . . . . . .   XVI-8
XVI.6      Bird Analysis Results from Locus B . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-9
XVI.7      Bird Analysis Results from Locus C . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-11
XVI.8      Bird Analysis Results from Locus I . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-13
XVI.9      Faunal Analysis Totals by Settlement Type by Locus From
           CA-RIV-45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-15
XVI.10     Results of Faunal Condition by Settlement Type and Locus
           at CA-RIV-45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVI-16
XVI.11     Chronological Distribution of Species at CA-RIV-45 . . . . . . . . . . . . . . . . .   XVI-18
XVI.12     Species Recovered by Loci from CA-RIV-45 . . . . . . . . . . . . . . . . . . . . . .   XVI-20
XVI.13     Western Mohave Sites Used for Faunal Analysis Comparisons . . . . . . . . . . .   XVI-27
XVI.14     Faunal Analysis Results from the Western Mohave Desert . . . . . . . . . . . . . .   XVI-27

XVII.1     Macroremains Recovered by Flotation . . . . . . . . . . . . . . . . . . . . . . . . . . .   XVII-4
XVII.2     Macroremains Recovered by Screening from CA-RIV-45 . . . . . . . . . . . . . . .   XVII-6

XVIII.1    Pollen Frequencies in Samples from CA-RIV-45 (N=200) . . . . . . . . . . . . .   XVIII-2

XIX.1      Rock Art of Tahquitz Canyon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIX-5
XIX.2      Identity of Site Locus, and Panel Size of Rock Art . . . . . . . . . . . . . . . . . .   XIX-5
XIX.3      Other Rock Art Sites in the Region . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIX-17
XIX.4      Partial List of Common Design Elements and their
           Distribution in the Coachella Valley . . . . . . . . . . . . . . . . . . . . . . . . . . . .   XIX-19

ACC0006513

# FOREWORD[1]

The Tahquitz Archaeological Project is unique in a number of ways—it involved an occupation site owned by the Agua Caliente Band of Cahuilla Indians—descendants of at least some of those who once lived there; the site is named for the major sky person of the Cahuilla, *Takwish*; and, finally, the site established precedents in the field of cultural resource management. It is fitting that we begin the report on the project with Dr. Lowell John Bean's paper on *Takwish*, in acknowledgement of the site's significance for Native Americans, and Dr. Thomas F. King's paper on the antecedents and significance of the Project, in acknowledgment of its role in cultural resource management in the United States. King is one of the United States' foremost figures in the field of cultural resource management, and has been involved in the project since its very beginning. More than anyone else he comprehends its significance.

## *TAKWISH*
### by Lowell John Bean

**Tahquitz Canyon**

Tahquitz Canyon was named for the major sky person of the Cahuilla, although the name was somewhat distorted—*Takwish* is the correct Cahuilla term. The canyon and the adjoining lands were a part of the settlement area of the *Kauisik* Cahuilla. The canyon has been and is held to be a place of wonder, knowledge, power, adventure, and danger by both Indian and non-Indian people. The presence of rock art in Tahquitz Canyon focuses attention on its magical nature, and raises the possibility that there were sites there that were used for astronomical recordings, observation, and reminding people of the sacred.

It is more than an odd coincidence that Tahquitz Canyon was named after the great Cahuilla culture hero and spiritual being. He was an individual feared and honored, a presence of enormous magical power, one who was both beneficial and damaging to people and to other beings within Cahuilla cosmology.

The image of *Takwish*, his aura of magic and grandeur, is reflected in the awesome heights of the steep rocky inclines in the higher reaches of the San Jacinto Mountains. The ascent to the peak that bears *Takwish's* name is dangerous, a climb that was feared by even the most skilled Cahuilla trail experts in older times. It was made worthwhile by rewards at the end of the trail—game, plant foods, and magical power. Cahuilla shamans are known to have climbed to special spots high in the canyon to acquire power. The mastery of the canyon's dangers attested to their having gained it.

The most famous of shamans (a *pavuul*, the highest ranking shaman in Cahuilla culture), and the man after whom nearby Chino Canyon is named, Pedro Chino, regularly climbed the trail up Tahquitz Canyon. As one consultant phrased it, he "learned his songs up there." In Cahuilla terms, this means that

---

[1]References for the "Foreword" have been placed in "Archaeological References Cited."

he acquired power there from *Takwish* and other spiritual guardians.  There was a special spot where he did this, a place where "a spring comes out of a rock."  It took him two or three days to get to this spot. There, he told our consultant, ". . . if you are man enough, you can listen to the sound of the water, and get a song (*nexash*) out of it."

From Tahquitz Canyon came water, which sustained life, and floods that occasionally damaged humans, in times past as in historic times.  A flood in 1928 began to raise concerns about the danger of flooding to Palm Springs.  Sixty years later the community and the Agua Caliente Indians—most of them *Kauisik*—came to an agreement with regard to a solution, and the Tahquitz Project was born.

### Takwish, the Sky Person of the Cahuilla and Their Neighbors

Ever since foreign observers have been among the Cahuilla, *Takwish*, one of the great *nukatem* (Cahuilla sacred beings) created by *Mukat* the Creator, has been regarded with curiosity and awe.  To the Cahuilla he is a major operative force, a reminder of the sacred past and a symbolic representation of the Cahuilla's primary philosophical assumptions about the universe.

The *nukatem* were created in the beginning by the creators *Mukat* and *Temayawet*.  Most of these beings are no longer on earth, but are available for the acquisition of power and knowledge by shamans, who have the ability to contact them psychically; however, some of the *nukatem* did not leave this world, and remain as active participants in Cahuilla culture.  They are manifested in various ways; for example, in such phenomena as lightning, thunder, rain, the north wind, south wind, east wind, or west wind; or in significant geographic features, such as rocks or rock formations.  Rocks of this kind are usually very large or have an unusual shape.  Sometimes they have markings that are representations of some thing or event in primordial time, such as the footprints of a creator being, or colorations that represent the blood of sacred beings shed in those times.  These symbolic representations of the magical past of the Cahuilla are found throughout their traditional homeland.  Not all of them are known today.  Some are remembered, but have not been recorded.

The story of the origin of *Takwish* is told in the Cahuilla creation myth in association with the *nukatems*' first encounter with death—a condition of life that *Mukat* insisted upon as a necessary one for his creations, so the world would not become overpopulated.  His twin creator *Temayawet* disagreed with him on this issue, and their disagreement led not only to a primal conflict between the creator gods, but also to the killing of *Mukat* by the *nukatem*.

Many different Cahuillas have told about *Takwish*'s exploits.  Francisco Patencio gave this account:

> Then Tahquitz, one of the first created Indians by Mo-Cot, was very wise, and knew many things.  He said, "You watch me now, because there is no danger."  He then took an arrow, pushed it down his throat, then thrust it in his side, then through his head at the temples, then stabbed himself through the lungs.  He said, "You can see it is nothing.  I am not dead, it is only play."  This is what he told them all.
>
> They believed him and thought that they could do anything that he could do.  Then, when they began shooting at each another, many were killed.
>
> Up to this time the people were as one family of brothers and sisters, but after the killing they became angered and missed the ones who were gone.  They were unhappy and lonely.  So when night came they went where the dead bodies of their friends were lying, to see if they could come back to life again.  Every night they went to see if they had come back, but they did not (Patencio 1943:12).

In another account Patencio says:

> The man Tahquitz (Ta co wits) was a man of great power.  He was one of the first creators.  But he did not do any good.  He never tried to cure anybody, or do any

ACC0006515

good for anyone. So he did not have any friends among his people, and he knew that he did not deserve any.

He went up one of the Moreno Hills, and practised flying over to the next one. This he did till he became powerful enough to fly. He became a very bad spirit. He lives in the world, and makes his home in the Tahquitz mountains. He speaks through the lightning and thunder and is seen everywhere. He kills the people, also the spirits of the people. Causes the wrecks of trains and automobiles, and delights in everything that makes people trouble (Patencio 1943:45) .

The most dramatic stories about the *nukatem* are told about *Takwish*. He was the first and most powerful shaman or *puul*, and one of the greatest of all time; he was often one of the spiritual guardians of Cahuilla shamans. He is a fearful, punishing, horrendous being, generally associated with events that harm the environment or people. Whereas all supernatural beings are viewed by the Cahuilla as being sometimes good and sometimes evil, *Takwish* is more often associated with evil than with good. He is associated with the theft of souls, a cause of death; he is accused of cannibalism and lechery and other abhorrent behavior.

Besides stealing souls and thus causing death, *Takwish* causes crop failures of such staples as acorns, and declines in animal populations such as antelope, and thus is associated with shortages of food. He is associated with earthquakes and rumblings of the earth, in fact with any natural disaster. It is assumed that he has caused the disaster because he is angry.

*Takwish* was thought to be responsible for genocide in some communities. Patencio (1943:35) mentions a village that had been wiped out entirely by *Takwish*, who was eating two or three people every day, perhaps a reasonable explanation when an epidemic of disease impacted a community.

Even today *Takwish* is known to be the cause of many tragedies—automobile accidents, great fires, airplane crashes, accidents to hunters and hikers and so on, especially if they impact his territory—Tahquitz Peak and its environs. In some instances in the recent past, special ceremonies were held in Cahuilla ceremonial houses (*kishumnawut*) after such events—to appease the great being's malevolence. *Takwish* is most famous for his passion for souls.

His significance to the Cahuilla is as important as power *(i'va'a)* itself. Being the most important *nukatem*, he has been the spiritual guardian of many powerful Cahuilla shamans. As a spiritual guardian, or source of power and knowledge, he may visit the shaman with whom he contracts a relationship in dreams, or in an actual physical meeting, resulting in a trance-like state for the shaman, possibly death or death and rebirth. It is *Takwish*'s duty, proscribed by *Mukat*, to share his power with humans.

*Takwish* was the guardian of many, perhaps most, Cahuilla shamans, but was often one of several that a shaman might have. Salvador Lopez, a Cahuilla shaman of great reputation and the last with a significant reputation, said that *Takwish* was the first spiritual guardian to visit him. *Takwish* approached while Salvador was walking in the desert. He struck, and shocked Salvador into a trance-like state. The result was a spiritual guardian relationship that lasted throughout Salvador's life. Salvador was the last of the Cahuilla shamans to control fire, demonstrating his ability in a ritual in which he handled and literally ate fire. He would pick up mesquite coals while they were hot, handle them without being burnt, and then chew them, the red hot coals showing clearly in his mouth as he chewed them and spit out the subdued coals.

In thirty years of conversation with Cahuilla peoples the *nukatem* most pervasively remembered has been *Takwish*. He is spoken of with mixed feelings of pride in his power and fear of his power, which he may use as retribution for actions of Cahuillas, as well as non-Indians who offend his sense of values or feelings. He is the personification of much of Cahuilla philosophy; he is in some respects the prototype human—he is good and bad, generous and selfish or malevolent, or kindly, logical and consistent but arbitrary. *Takwish* may represent many of the fears and socially unacceptable feelings of Cahuilla people, and may be a socially valuable entity in this role. *Takwish* also serves as the model of the cultural misfit with whom one must cope, and has special attributes that set him apart as a personality with what we would call a malfunction of character.

ACC0006516

Accounts of *Takwish* served as object lessons for the Cahuilla. For example, he especially likes to capture lazy girls. Two anecdotes told today of girls too lazy to work demonstrate this. One is about a girl who was slow in getting water out of Tahquitz Creek, or at Tahquitz Falls, so *Takwish* captured her and kept her for a very long time. She was lonely and begged to return to her people. In one of his kinder moments, he allowed her to return. Her release was conditional. She was not to reveal her history with him after her capture. After a time she was persuaded by her people to tell about her mysterious absence. She told her story and died. The object lesson—keep a secret and obey instructions.

The most commonly told story of *Takwish* tells of another lazy girl whom *Takwish* coveted. He stole her and took her to his house, where he treated her as a wife. He often left her so that he could capture souls upon which they both subsisted. She was there for a long time—several years, the storytellers say—but after a time she was lonely for her home, tired of eating souls, and pleaded with him to go home. *Takwish* allowed this, but with the admonition that she must not tell of her experiences or she would die (a common theme in Cahuilla tales). He took her to her home in Tahquitz Canyon. Her people welcomed the lost girl. After some time had passed, and after considerable pressure put upon her by relatives, she told of her experiences. In one version of the story, she requested, after a year of urging, that her people build a Big House in which she could tell her story. After the house was built the people gathered and she told of her experiences with *Takwish.* The next morning she died, as predicted. The girl apparently resided near Tahquitz Canyon, and rumbling sounds heard in the canyon are the girl begging *Takwish* to let her go, and his response is the growling (Patencio 1943).

In another account, there were two Soboba people, father and son, who were hunting in the San Jacinto mountains. They had killed a deer, and wounded another, when the father told the son to stay with the dead deer while he followed the other. While the young man was staying with the deer, *Takwish* appeared to him in the form of a man. He threw the deer up in the top of a high tree, and took the young man with him into his home in the mountain. The father came back. He could not find his son or the deer. He looked everywhere, and could find no trace of them. Then he went home, and the people came back with him to help find the boy, but none of them could find any trace of him.

After *Takwish* took the young man into the mountains, he tried to get all kinds of animals to eat him, but they would not do it, so he took him back to the place where he had found him, took the deer from the top of the tree, and sent him home, telling him if he told the people where he had been and what he had seen before four or five days had passed, he would get him again and make him just as bad as *Takwish* himself was.

The boy went back to his people, but would not tell them anything about where he had been, although they were asking him all the time. On the fourth day, he built a fire and called the people around it, and then told them where he had been. But *Takwish* had meant four or five years, instead of days, and the next morning the boy fell dead (Patencio 1943:45).

### *Takwish* and Souls

*Takwish*'s history is somewhat different from that of other *nukatem*. The reason *Takwish* lives separately from others is that other *nukatem* did not like him, because he did not properly use his great potential for power, and brought damage to people. He didn't understand or empathize with others. Because the others disliked him, he left them and went to the Tahquitz Peak area in the San Jacinto Mountains, especially to a place called Lily Rock (a large rock), to which he brings the souls he captures. It is said that the souls of the captured people can see out of this as if it were glass. *Takwish* is one of several supernatural beings who like to capture souls. In Cahuilla life the soul (*telewel*) can free itself from the body and travel. This usually occurs in dreams, but the soul can wander at other times as well. It can be stolen even when one is awake. It can be damaged by an evil being, a malevolent shaman or a spiritual being. When the soul is in flight, the person is vulnerable to illness and death. A signal that a soul has left the body is often a falling star. Upon seeing a falling star, one knows that one of these beings is about and can readily take one's soul. The soul may, however, be protected from this fate by a shaman. The capture of the soul will likely cause death, certainly illness, which can then only be cured



ACC0006517

Foreword

by the shamans (*puvulem*) with sufficient power or knowledge to diagnose the cause and recapture the soul from its malevolent captor.

Other supernatural beings mentioned as soul captors are *Hulim*, *Tukiel*, *Tenaiaukel*, and *Levievel*. *Takwish* is the most powerful and active (Hooper 1920:341).

## Manifestations of *Takwish*

*Takwish* manifests himself in various ways, usually in the form of a meteor, or as a flying light, likened to electricity, spewing forth flashes of fire and sparks as he flies. He is often described as a hummingbird-like figure, as a falling star, or as lightning. As is customary for *nukatem* living on earth today, he operates mainly at night, but can also be seen in the day.

When people become aware of a manifestation of *Takwish*, they are likely to hold a special ceremony to avoid any problems that his presence might bring about. It is of note that in its "Comments on the California Desert Conservation Area Draft Plan" the State of California Native American Heritage Commission says that:

> . . . these environmental costs, in terms of cultural resources, include the direct impact of construction which often results in surface and subsurface site disturbance, indirect impacts from increased access through service roads parallel to utility lines, and ideological impact on Native American belief systems. For an example of the latter mentioned impact, a proposed corridor through the Banning Pass area would destroy the spiritual power and sacredness of the area. It is believed, in this instance by the Cahuilla, that the electrical power can be used to increase the power of the mythical eater of men's souls, Taquish. This kind of impact is the very same form of restriction on the free exercise of Native American traditional religion as PL 95-341 sought to protect [California Native American Heritage Commission 19780].

*Takwish* may appear in any form since he has the power, as all great shamans have, to transform into many different forms at will and for whatever reason he choses.

An account from the Cahuillas in the Torres Martinez area relates that while playing near a canyon, some men saw *Takwish* coming out, ". . . he had a rod stuck through his head. He leaped over the hills and disappeared. Some women who were washing saw him at the same time" (Hooper 1920). In another instance Joe Torres, while hunting, saw *Takwish*. He was said to be a little man with a strange head and a mark like a cross on his body, and turkey tails, like a tuxedo.

He flew over a Cahuilla who recalled that he was green in color and threw sparks. He went to another canyon. The men who saw him got scared and went home. He was seen by yet another Cahuilla sitting at the top of a date palm. He rose up in a flash of fire and flew off. A result of this was that some people would not water palms at night (Hooper 1920).

Certain sounds are associated with Takwish. One sound, like a boom, is reported by Cahuillas today. When it occurs, it signals the fact that he is returning to his mountain home.

Reports of sightings of *Takwish* are numerous in the ethnographic literature of not only to the Cahuilla, but also their neighbors, the Serrano and Luiseño. Reports of *Takwish* being seen continue today. Almost every adult Cahuilla or Luiseño is able to recount a story of having seen in person a manifestation of *Takwish*, or of a friend or relative having seen such a manifestation. His omnipresence is reflected in the fact that he is widely associated with the San Jacinto Mountains, the cave at Lily Rock south of Mt. San Jacinto already mentioned, Moreno Valley, the Lakeview area, and Bernasconi Hills. Stories of his activities are told from Morongo Reservation to Los Coyotes to Pala and La Jolla. There is no reservation in southern California that is not acutely aware of the historic presence of this being (Harrington ethnographic notes, n.d.; Bean field notes 1959-1988).

Among the Kumeyaay peoples of San Diego County and northern Baja, California, *Takwish* was known as *Dakwush*; among the Luiseño south and west of the Cahuilla, the Gabrieleno, and the Serrano, who lived just north of the Cahuilla, his power was feared and used.

F-5

ACC0006518

Most non-Cahuilla accounts derive from the Luiseño. In some Luiseño accounts *Takwish* is somewhat more secularized or human-like than in the Cahuilla accounts—but the principal motifs remain. He is an enemy of the people, of a well-ordered society, a being with selfish and malevolent characteristics, but one who is ultimately contained with positive and positively used power.

In one Luiseño tale, *Takwish* went to a point of a hill, southwest of Lakeview, and rested there. To this day, a great green rock may be seen there. The place is called *Pahboo*. Rising again, he flew to a peak formerly called *Toboman*, and now called *Taqwus* (Harrington ethnographic notes, n.d.).

In another Luiseño story, *Takwish* is active at *Temepoo*, an unidentified location in the Luiseño territory, while still living at Lily Rock (Harrington ethnographic notes, n.d.). One consultant told Harrington that people have been known to have friendships with *Takwish*. For example, a person dreamed that *Takwish* came to his house like a lantern:

> I knew in my dream it was Taqwus [*Takwish*]. He was coming after me. I resolved in my dream I was going to let him do what he would with me. This light took me outside the house, and when he came around, circling 2 times, 30 or 40 feet above the house, then I got scared and said, "I won't go any further." Then he let me down gently. If I had courage, he would have taken me to his home, and I would have learned many things. I would have had luck. I would have learned many things as a "jabio." I would have known what is happening in various parts. You have to have faith, then you can work with these things. At first I made up my mind to go with it, but then I got scared, and he went down in a great light that disappeared. One is not supposed to tell; if you do, it will come back (Harrington ethnographic notes, n.d.).

Vincent Albanas, a famous Luiseño shaman, now deceased, told of seeing *Takwish* eating the body of a man (Harrington ethnographic notes, n.d.).

Another informant told Harrington:

> . . . on the right side of the road as one goes from Perris to Winchester, there is a rock where old Taakwic [*Takwish*] sat down and left the marks of his buttocks and his whole balls and penis hanging down, good-sized, imprinted in the rock there when the rock was still soft. Adam (Castillo) will know where. This is in the hill called Teexya' in hemtcawayve, meaning where the Pleiades climbed up.
>
> At the Bernasconi Springs there is a rock on a hillside that looks from the distance the same color as the sky, it looks like a hole through the sky. This is the place where ta'kwic pisses. It is blue instead of green. Adam (Castillo) was there to get a piece of rock, and it is said it is good to get a piece of that rock for it gives you power when fighting for your rights, but he lost this rock and does not carry it with him. It is just a little piece 2" long and flat, 1" wide, chipt off the big rock, blue moss adhering on one side. This would be ta'kwic po-si'vo [Harrington ethnographic notes, n.d.].

In another note, the same place is said to have been at the peak to the north of Bernasconi Pass, and to have been blasted away since Adan's visit to it (Harrington ethnographic notes n.d.).

Elsewhere Harrington records that Adam Castillo told him, "Bernasconi Hill, as it is called, is at Bernasconi Pass. That place is not ever called taakwiz poki, but taakwic po-ta wusela, mg. where taakwic used to sit and rest. The green place is the meadows (urine) of taakwic, inf. heard [sic]."

The recent activities of *Takwish* were recalled during World War II when Harrington was told,

> It keeps taakwic busy in this war time carrying the souls of dead people. That is why he is not around here—he must be on the other side . . . of the ocean.
>
> "As one starts to ascend Bernasconi pass road off about 100 ft to the left of the road there is a rock where an Indian hunter once sat down (on the rock) to rest, and

ACC0006519

where he rested the lower end of his vertically held bow as he rested is to be seen as a vertical mark on the lower part of the rock (Harrington ethnographic notes, n.d.).

When Harrington read Adam Castillo the *Takwish* story from *Chinigchinish* (Robinson 1846), the Luiseño creation myth, Adam commented "that when they killed taakwic he was a mere person; it was only after they burnt him that he became a ball of fire as he is now" (Harrington ethnographic notes, n.d.).

Two Luiseños from Pechanga reported that *Takwish* travels from his home near San Jacinto to Pala. They did not specify a route. A woman from Pechanga said *Takwish* would prevent anyone building a high voltage transmission line through his territory. She told of his preventing some Chinese from climbing Mount San Jacinto by throwing them down the mountainside (Bean and Vane 1979:6-23).

In some stories *Takwish* starts out as a good man. Reveles, in a book whose foreword was written by Billie P. Salgado, at that time Spokesman for the Cahuilla Band of Mission Indians, has included one such version. In this version, Chief *Takwish* changed during an illness from a noble handsome man to a fearful ogre who kidnapped the daughter of the man who succeeded him as chief, *Alg-Wooat*. Thenceforth three more maidens vanished, and then children began to disappear. The men of the village, led by *Alg-Wooat*, captured and cremated *Takwish*, who rose from the fire as a mighty demon surrounded by flames, and announced that he would dwell on the nearby peak forever, rumbling and grumbling, and releasing lightning bolts (Reveles 1954:47-55).

When Chief *Alg-Wooat's* people were preparing, in May Valley near Mountain Center, California, to make their annual spring trip to the high meadows in the San Jacinto Mountains, *Takwish* manifested himself as first a grey column of mist rising from the Tahquitz Peak and an associated rumble, and then as the glowing figure of a giant demon above the mountain. The demon loosed bolts of lightning, as arrows, at the young men of the tribe, and killed the son of Chief *Alg-Wooat*. The next day *Alg-Wooat* climbed to the mountain summit, and called to *Takwish* to appear. *Takwish* manifested himself as a giant condor, and *Alg-Wooat* challenged him to mortal combat. *Takwish*, in the great battle that took place in the San Jacinto Valley the next day, changed himself into a sea serpent when *Alg-Wooat* was about to drown him in the water of a small lake. *Alg-Wooat* managed to kill the serpent with a battle axe. The serpent's body was cremated, but once again *Takwish* rose from the flames as a demon, and escaped to the Great Peak. The tribe's shaman, however, assured the people that *Takwish* would henceforth be imprisoned in the cave near the summit of the peak (Reveles 1954:56-68, 97).

Stories told mostly by the people of the San Jacinto Valley in the Soboba area include many references to *Takwish*. In one version Chief *Algooat's* [sic] son *Pala* climbed Mount San Jacinto and hurled scorn at *Takwish*. *Takwish*, in the shape of a demon, clubbed *Pala* to death, and stunned his companions. Chief *Algooat* thereupon challenged Takwish to a battle that lasted a night and a day. When *Takwish* transformed himself into a water serpent, *Algooat* seized him and held on so tightly that the serpent's tail cut up the landscape in its lashing. The rim of Lake Algootan, in San Jacinto Valley, is where Lakeside is now. All the water flowed out of this lake and into the area to the south, where it formed Lake Elsinore. The serpent was slain, but its spirit went back to *Takwish's* mountain cavern home, and tries, whenever anyone dies, to seize the spirit. Hence, bodies are not left alone until they are buried (Frederick 1926:8).

In another story, *Takwish*, who lived on Tahquitz Peak, wanted to marry *Mena*, daughter of the chief of the Sobobas, although a goddess who lived on San Jacinto Peak wanted to marry *Takwish*. He transformed himself into a mortal, and courted *Mena*, but unsuccessfully. She loved a Soboba warrior. Upon being rejected, he kidnapped her, and carried her to his home in a mountain cave, a great storm and an earthquake shaking the mountain as he flew. *Mena's* warrior lover pursued them to the mouth of the cave, whereupon *Takwish* moved the huge rock that now crowns the mountain into the opening and crushed the warrior (Frederick 1926:7).

The Serrano are also concerned with *Takwish*. In a story collected from a Serrano by Gifford, *Takwish* became an electric fire ball living on Mount San Jacinto after Coyote shot an arrow at him for molesting a woman. The arrow hit the golden walking stick of which *Takwish's* body consisted, and *Takwish* flew to the mountain. At one time he stole a Cahuilla boy who lived in Cahuilla Valley. After

ACC0006520

teaching the boy some of his supernatural skills, he sent the boy home, telling him that for three days he was not to tell where he had been. In this story the boy understood that *Takwish* meant three years. Even so, when, after waiting out the three years, he assembled the people and demonstrated that he could take his body apart and put it back together again, he brought on his death, and was dead in the morning (Gifford 1918:185).

A Serrano from Morongo Reservation told of his uncle going to Mission Creek and becoming ill. He walked home to Morongo. By the time he got there he was very ill. When he arrived, his family saw *Takwish* sitting in a tree. It looked like a person's head sitting in the tree. *Takwish* took the sick man, and they never got him back. He was dead (Bean field notes, ca. 1968).

## THE TAHQUITZ PROJECT[2]
### by Thomas F. King

In my attic in Silver Spring, Maryland, where I currently hole up to do what pass for writing and thinking, there's a box of poorly sorted pieces of paper labeled "Tahquitz Time" and "Takaton Flake," the bases for a far-from-completed book about Tahquitz Canyon and Takaton, the Pomo village on Dry Creek in Sonoma County that nearly stopped a major Corps of Engineers reservoir, back in the early 1970s. The chapters on Tahquitz begin this way...

I was nursing my battered VW station wagon down the slope toward the university from the eastern pass, where I lived, when I heard a great tumult of horn and engine behind me, and was virtually run off the freeway by Chris Chaloupka in his massive Land Cruiser. Chris had just come from Palm Springs, and had bad news.

"There're bulldozers going up Chino Canyon, and they've already gone through two houses!" he yelled. "I found sherds, and there's carbonized matting coming out of the cuts! What are they doing there? What are we gonna do about it?"

Indirectly enough, that was the beginning of archeological involvement in Tahquitz Canyon. As was the custom of the day, we rolled up our bullwhips and headed for the field—Jim O'Connell, Bob Bettinger, Phil Wilke, Chris, other UCR students, and I—and dug the bejeebers out of a couple of pithouses that were hanging precariously out of the walls of the flood control channel the Corps of Engineers had cut. Recall that in those days—1970—there was no legal requirement for the Corps to deal with archeological sites or any other kind of historic property unless they were already included in the National Register of Historic Places. The Park Service tried to stay ahead of Corps construction, under the Reservoir Salvage Act of 1960. NPS thought it had a survey done of the Chino Canyon flood control project, but the site in question had been missed. As it turned out, this was pretty typical of the surveys that had been done in the area—as volunteer activities by what was then the nation's only private archeological consulting firm.

A few days after we came home from the field, I got a call at the U.C. Riverside Archeological Research Unit, which I then headed as a graduate student, from Tony Andreas of the Agua Caliente Band of Cahuilla Indians. I was scared to death. By this time we'd learned that the site we'd been so quick to excavate was on Agua Caliente land, and the Agua Caliente had the reputation of looking on archaeology with great, great disfavor.

To my intense relief and surprise, though, Tony wasn't mad. Actually, he was interested. There was another site, he said, up in Andreas Canyon, that was the ancestral home of his clan, but now it was threatened by development. Was there, perhaps, something we could do? Thus began the cooperation

---

[2]This paper was originally presented on April 23, 1992 at the 26th Annual Meeting of the Society for California Archaeology in Pasadena, California.

ACC0006521

between the Agua Caliente Cahuilla and the UCR Archeological Research Unit that has continued to this day. We nominated the sites of Andreas Canyon to the National Register of Historic Places in the hope that the Band could get funding to re-acquire them (Andreas and King 1971). This hasn't happened, but their National Register status has, I hope, had something to do with the fact that they're being very carefully attended to in the development project that's now going forward in the area. While we were working on the Andreas nomination, the Tribal Council asked me in one day to talk about another canyon: Tahquitz. Was there anything we could do, they wondered, to contribute to the Band's fight against the Corps of Engineers' proposal to throw a check-dam across the canyon to protect Palm Springs from a hypothetically disastrous "three-hundred year flood?" Not much, I opined, since Tahquitz, like Chino, had been "surveyed" and found to be devoid of archeological sites.

Well, said the members of the Council, we don't think that's strictly true. And in any event, since it's where our ancestors came up to this world from the lower one at the beginning of time, and since Tahquitz himself lives in that obsidian cave up there . . .

I got the hint, and that afternoon went up the canyon with Tony and Pat Patencio, who showed me three substantial archaeological sites. We went forward and nominated the canyon to the National Register (Andreas and King 1972). When the Canyon was listed, it triggered review by the Advisory Council on Historic Preservation under Section 106[3] of the National Historic Preservation Act of 1966 (Public Law 89-665)—a process of review that the Corps could have avoided altogether had we not nominated the canyon. An altogether unfamiliar process of review, I should add—not only to the Corps but to everybody else; in those days there were no regulations on the subject.

I've described a little of what happened next in the documentation supporting our recent successful nomination of Robert R. Garvey, Jr., first Executive Director of the Advisory Council, for the National Trust for Historic Preservation's Louise DuPont Crowninshield Award:

> In 1973, I was an archaeological contractor in California, and among my more interesting clients was the Agua Caliente Band of Cahuilla Indians, who were trying to stop the Corps of Engineers from throwing a dam across the canyon from which their ancestors, in their traditions, had emerged from a lower world at the beginning of time. We had nominated Tahquitz Canyon to the National Register, and it had been accepted. The Corps, as a result, had to go through the then-shiny new and little understood Section 106 process before it could proceed. It undertook this onerous task by inviting Bob (Garvey) and one of his few staff members, Glennie Murrey, (now Wall) out for an on-site inspection and consultation.
>
> We were worried. We knew that the Corps was wining and dining Bob and Glennie, walking them around the canyon and impressing them with the evanescence of its resources. The canyon's tangible resources were pretty thin. We had done a detailed archaeological survey and recorded quite a few sites, including rock art, villages, cemeteries, and evidence of early irrigation systems—but none of them were individually very impressive (Jefferson and Hammond 1972). Here were these easterners, expecting things like Monticello, being shown a lot of dark stained earth and fire-cracked rocks. We felt doomed.
>
> We put on as good a show as we could, though, during the public meeting that the Corps put on for the Council's edification. I got up and made an introductory presentation, and then had my survey team leader (George Jefferson; he led Steve Hammond) roll out the big map with all the archaeological sites marked on it, and discuss their importance. We described our test excavations, and why we thought the

---

[3]Section 106 of the National Historic Preservation Act of 1966 mandates that the heads of federal agencies must "take into account the effect of the undertaking on any district, site, building, structure, or object that is included in or eligible for inclusion in the National Register" before any federal funds can be spent on the undertaking.

ACC0006522

archaeological evidence undercut the Corps' arguments in favor of the dam. We did the
best we could.

Then there was a rather strained silence. And then Bob rumbled in his chest and
said: "I'd like to hear what the Indians have to say."

Which, I am sorry to admit, had never occurred to any of us—either the members
of the Band or their consultants. We had assumed that the Section 106 process was a
white-eye enterprise, and it was up to us archaeologists to show why the canyon was
important. Bob very succinctly disabused us of this notion. Tony Andreas, the Band's
historian, got up and extemporized wonderfully, and Bob thanked him and the meeting
was over. About a month later, the Corps pulled out of the project and the canyon was
saved. Exactly why this happened remains something of a mystery, but even it if had not
worked out that way, the thing that impressed me was that Bob was able to cut through
the nonsense to the essence of the matter—what made this place significant to the people
who valued it. It taught me a great deal, and it has colored my career in preservation.

It colored more than that, but before I get to what it colored, I should say that the test excavations
we conducted in the canyon at the time demonstrated among other things that certain low-level interfluvial
areas contained cultural material that had not been disturbed for something over four hundred years (King
1972a, 1972b; Wilke, King and Hammond 1973). This in turn tended to undercut the notion of a
disastrous flood every three hundred years. Of course, one could probably have turned the argument on
its head and interpreted the data simply as indicating that the three-hundred year flood was seriously
overdue, but the Corps didn't have the initiative to do this. We gambled, and won.

In the interests of historical particularism and the Great Person theory of history, I should also
note that the team that tested the Tahquitz Canyon sites included not only the redoubtable Jefferson and
Hammond, who surveyed the place despite 120° heat, dead bodies, and gunfire, but also Garrett Fenenga,
who has since certainly made his own name in archaeology apart from being Frank's son, and Claudia
Nissley, whom many of you may deal with from time to time as head of the Advisory Council's Denver
office. I should also note that the Corps, in an effort to—well, let's just say an effort to check on the
reliability of our work—engaged the services of Richard Brooks of the University of Nevada, Las Vegas,
through the National Park Service, to review what we had done (Brooks and Larson 1973). Again we
were petrified; we viewed Dick as an "old guard" scholar who would doubtless say that we hadn't found
anything of importance because we hadn't found Pinto Points or reconstructed local culture-historical
sequences in the area. To our considerable surprise, and gratification, Dick's review was very positive,
and tended to expand on and substantiate our conclusions. It was an object lesson: one's elders are not
necessarily not to be trusted. A lesson I've come to value, in the last few decades.

In any event, for whatever reason, the Corps backed off from the Tahquitz project. Shortly
thereafter, I was invited to take part in a meeting, funded by the Corps but organized by Bob McGimsey
of the Arkansas Archeological Survey—then spearheading the effort to pass the Moss-Bennett Act—in
Fayetteville, Arkansas. The purpose of the meeting was essentially to figure out how the Corps was going
to implement its responsibilities not only under Moss-Bennett (the Archaeological and Historic
Preservation Act of 1974—Public Law 93-291), whose passage was by then imminent, but also under
Section 106, the National Environmental Policy Act of 1969, and the shiny new Executive Order 11593
(Richard M. Nixon, May 13, 1971), which directed agencies to handle properties eligible for inclusion in
the National Register as if they were included in it. It was pretty apparent at the meeting that the Tahquitz
experience had made an impression on the Corps. It did not bode well for them in what were then
looming as preservation controversies to be confronted—the Tennessee-Tombigbee Waterway, Warm
Springs Dam, the less well-perceived threats involved in the New Melones Dam and Reservoir.

At the time, the Corps had only one archaeologist on staff anywhere in the nation—Larry Banks,
then in the Tulsa District, who technically was employed as a geologist. The BLM had one archaeologist;
the Forest Service, as far as I can recall, had none. No one had procedures for dealing with historic

F-10

properties, other than those of the Advisory Council, which were very new and non-binding, since the Council did not at the time have rule making authority.

It is easy to say that all this changed because of Executive Order 11593, or because this or that regulation was issued or this or that law was changed, and to some extent this is true, but laws and executive orders do not by themselves behavior change. Things changed because Tahquitz and a few other cases made agencies see the handwriting on the wall, and they reacted accordingly.

They reacted mostly by hiring archaeologists, and assigning historic preservation responsibilities to them. This has had up-sides and down-sides, but this is not the time to discuss these. There is in any event no question in my mind that Tahquitz—or Tahquitz-One, we might call it—was a shot across the bow not only of the Corps but of other Federal agencies, warning them that the newly minted environmental and historic preservation laws could not be ignored.

Shortly after, the Corps withdrew from Tahquitz while I was still involved in litigation over Warm Springs Dam in Sonoma County on similar grounds. I fled the state to New York, where I undertook similar litigation against the Environmental Protection Agency and the State Historic Preservation Office. I wandered on to Washington to work for the NPS, and then to the Trust Territory of the Pacific Islands, and another group of interesting 106 cases. Shortly after I returned to the mainland in 1979, and went to work for the Advisory Council, I learned to my surprise that Tahquitz was once again a hot issue. After the Corps project collapsed, the City of Palm Springs had acquired much of the project area with a Historic Preservation Fund grant for use as a cultural park. Now, to the considerable surprise of many, the city proposed to let the county flood control district use the area for a flood control facility. Tahquitz-Two was a much scaled-down model of what the Corps had proposed back in the early 1970s, but it was still a basic barrier across the canyon.

The Park Service, to its credit, dug in its heels. The city could not allow the county to proceed, it opined, without an amendment to its agreement with the State, under which it had used Historic Preservation Fund monies to acquire land in the canyon, unless it could demonstrate that the new use was consistent with the Secretary of the Interior's Standards and Guidelines for Preservation Projects—which it clearly was not. Any amendment required Park Service approval, and the Park Service could not approve the amendment without compliance with Section 106. Both the Park Service and the Advisory Council made it clear that they would take their cues in Section 106 review primarily from the Band, though neither gave the Band carte blanche. Knowing that the Band had its own internal problems to contend with, we took the position that we would work with all the parties to achieve a solution that reflected a reasonable balance among historic preservation, flood protection, the interests of the Band, the interests of Band members, and the universe in general. A non-absolute, imperfect solution, and therefore good public policy. The result was a lengthy process of consultation, both super- and sub-rosa, that resulted in the project reported here. What I would like to focus on now, however, is what Tahquitz has meant to national historic preservation policy in general.

Perhaps the most general thing it has meant is that Section 106 review is something to be taken seriously. Section 106—combined with whatever other factors were involved—stopped the first Tahquitz project, and required major alterations in the second. It gave the Band and its allies a powerful weapon to use in getting the Corps, the flood control district, and the city to pay attention to the canyon's cultural value.

This lesson had national implications. Combined with the Corps' growing recognition that Moss-Bennett was going to pass, removing its last excuse for not dealing with historic properties, it gave those within the Corps who wanted to get serious about historic preservation the arguments they needed to get their superiors to pay attention. With court cases like Warm Springs and Telico Dam (admittedly not a Corps case, but the message was nevertheless apparent) coming along in its wake, Tahquitz said to the Corps that its projects could be stopped by historic properties—including archaeological sites and places of traditional value to Indian tribes. Accordingly, the message continued, it behooved the Corps to get serious about its preservation responsibilities. The Corps' visible absorption of this message clearly influenced other agencies to follow suit.

ACC0006524

Tahquitz also demonstrated, at the very beginning of Section 106's history, that the Section 106 process was not just about historic buildings and archeological sites. Tahquitz was one of the first of what we now call "traditional cultural properties" to be dealt with under Section 106, and it set the tone for much of what was to come—the GO-Road, the San Francisco Peaks, the Sandia Sandbars, and such current cases as Mt. Shasta.

A great deal of water has flowed under bridges, over dams, and even down Tahquitz Canyon, since we surveyed and excavated there in the early 1970s. But the lessons the Canyon teaches are still fresh, and as worthy of attention as is Tahquitz himself, who certainly would even today discourage me from spending the night up there. What are these lessons? In summary:

• Culture matters. The cultural value of a place is a key value, that has to be taken very, very seriously in planning things that affect that place. This seems a pretty basic lesson, but it's one that many agencies, many individuals, are still learning, in the context of many projects and programs, all over the nation and the world. Cultural values can stop projects, and require their serious reorientation. This is as it should be.

• Archaeology is not historic preservation. That is, it's not all of historic preservation; it's only a part. The fact that Tahquitz Canyon contains archaeological sites is one interesting feature of its historical significance, but only one. Mitigation of impacts on archaeological sites does not necessarily mitigate impacts on the canyon as a whole, as a whole cultural resource. More than archeological data recovery was required at Tahquitz, because Tahquitz is more than a complex of archeological sites. It is truly a cultural resource, with multiple, complex, cross-cutting cultural values that the Section 106 consultation process needed to sort out and accommodate.

• And these values can be accommodated; these conflicts can be resolved. A number of agencies these days are up in arms about what they regard as the intractable problems presented by "traditional cultural properties." These problems often are difficult to resolve, but they are not necessarily irresoluble. Given good will, a willingness to negotiate, to take one's "opponents" seriously and respect their views, resolutions can be reached, as they have been at Tahquitz. Usually not to everyone's satisfaction—that's the nature of compromise—but resolutions that everyone can live with, which is about the best we can hope for in this world of contradictory values and needs.

Tahquitz had an effect on national historic preservation policy—an effect that can't be separated from the effects of other cases—Warm Springs, Telico Dam, Interstate Highway H-3 in Hawaii, the San Francisco Peaks in Arizona, the GO-Road, and others—but a definite effect nonetheless. It is one of the major reasons the regulations and guidelines implementing Section 106 and other preservation requirements today pay close attention to the interests of Native American groups, and to the often hard to recognize aspects of significance that accrue to traditional cultural properties.

Twenty years ago, Bob Garvey said, "I'd like to hear what the *Indians* have to say." By fits and starts, for better or for worse, sometimes well and sometimes not so well, the Federal government is still making what we call a "reasonable and good faith effort" to hear this, in not insubstantial part because of Tahquitz Canyon.

ACC0006525

# I. INTRODUCTION
by Jerry Schaefer

## PROJECT DESCRIPTION

Concern over the possible dangers resulting from flood waters emerging from Tahquitz Creek and damaging the community of Palm Springs and the Agua Caliente Indian Reservation date back at least 47 years. On March 18, 1938, after a damaging flood, a public hearing was held at Indio, California, to discuss what the flood control problems were, what the various agencies, organizations, and individuals wanted, and what possible solutions could be arranged. Interested individuals and representatives of various state, local, and federal agencies attended, along with numerous private individuals. The meeting was presided over by the U.S. Army Corps of Engineers, Los Angeles District. The primary outcome of this meeting was recognition that there was a need for improvements in the Tahquitz Creek channel that coursed through the city of Palm Springs, and a decision that such improvements should be made. Because funds for civil works were limited in the following years, no work was undertaken until after the Korean War.

Attention was again focused on the Tahquitz Creek channel project in 1958 when the chief engineer for the Riverside County Flood Control and Water Conservation District (RCFCWCD) recommended consideration of additional flood control projects. Eventually, the concept of a flood control project for the Tahquitz Creek debris basin and channel improvement was authorized by Congress, which passed the Flood Control Act of 1966 (Public Law 89-298) on October 27, 1965.

The U.S. Army Corps of Engineers was the first to undertake active consideration for the damming and channelization of Tahquitz Creek. The Corps prepared an Environmental Impact Statement outlining its proposed project and subsequent impacts. Its initial proposal was for a 400 acre foot capacity debris basin with a 60 foot high earth fill embankment just downstream from the mouth of Tahquitz Canyon, along with the construction of a 3.5 mile long concrete channelization of Tahquitz Creek. Over 1.6 million cubic yards of earth would have had to be excavated to create such a basin (U. S. Army Engineer District, Los Angeles, California 1972).

The Agua Caliente Band of Cahuilla Indians was quick to recognize the potential impact of this proposed project to significant cultural resources and heritage values, in direct contradiction of U.S. Army Corps assessments that no impacts would occur to the few known sites in the canyon. The Tribal Council proceeded to fund its own cultural resource survey and evaluation through the Archaeological Research Unit of the University of California, Riverside (Jefferson and Hammond 1972; Wilke, King, and Hammond 1975). These studies provided empirical refutations of the Corp of Engineers' draft environmental impact evaluations and resulted in the ultimate down-scaling of the project and initiation of appropriate compliance measures under the National Historic Preservation Act (NHPA) of 1966 when the project was taken over by RCFCWCD. Dr. Thomas F. King (Foreword) provides a retrospective appraisal of the precedent setting importance of the Tahquitz Canyon project for the development of cultural resource management throughout the United States.

The resulting down-scaled project proposed by the RCFCWCD, completed in 1991, includes a debris basin with an emergency spillway and open flood control outlet channel atop Tahquitz Creek. The

ACC0006526

Tahquitz Creek Flood Control Project was designed to prevent damage from debris flows during major floods. It consisted of the construction, operation, and maintenance of a 15 acre debris basin having a capacity of 75 acre feet of debris, a 30 feet high and 220 feet wide concrete spillway, enlargement of the Fern Canyon drainage, and the enlargement and rock lining of Tahquitz Creek from the debris basin to Palm Canyon Drive. Two concrete pipes, 48" in diameter, are situated under the spillway to direct storm runoff out of the basin and into the channelized 60 feet wide and 10 feet deep Tahquitz Creek, and ultimately to the Whitewater River. Most of the channel system has a pervious bottom of loose rock rip-rap or natural sand, allowing for water to percolate unimpeded to the water table. The areas of concrete are limited to the debris basin and spillway. Approximately 250,000 cubic yards of earth were moved at the basin site and approximately 300,000 cubic yards were excavated for the channel. Two access roads were also constructed atop either bank of the rock-lined channel.

This report documents the results of the cultural resources impact mitigation efforts under a Memorandum of Agreement between the RCFCWCD, The Agua Caliente Band of Cahuilla Indians, and the City of Palm Springs (dated June 25, 1987) pursuant to 36 CFR 800, regulations implementing Section 106 of the National Historic Preservation Act (16 U.S.C., Sect. 470f). Consulting agencies for this project included the State Historic Preservation Office, the Advisory Council on Historic Preservation, the Bureau of Indian Affairs, the National Park Service (Interagency Archaeological Services Branch), and the Tribal Council of the Agua Caliente Band of Cahuilla Indians. All investigations were undertaken by Cultural Systems Research, Inc. under consulting services agreements with the RCFCWCD. Because of the location of the project on tribal lands and the direct participation of the Agua Caliente Indians, the ethnohistoric component received much more attention than in most archaeological investigations. Indeed, the archaeological and ethnohistoric data base provides a chronicle of Cahuilla adaptations to change that spans over a thousand years. It was the researchers' goal to provide the Agua Caliente Cahuilla, the anthropological community, and the general public with a study that would add to Cahuilla knowledge of their past and a better understanding of their present and future endeavors.

The project is located in the northwest end of the Coachella Valley, along the eastern base of the San Jacinto Mountains, and lies within the confines of the subdivision of the Sonoran Life Zone known as the Colorado Desert (Figure I.1.). It is located approximately 3 miles southwest of downtown Palm Springs, California, and about one half mile due west of the existing Tahquitz Creek bridge at Palm Canyon Drive, in Section 22 of Township 5 South, Range 4 East of the San Bernardino Base Meridian (Figure I.2.). The Tahquitz fan is situated within a seismically active area, nestled between two active fault zones—the San Andreas and the San Jacinto. Palm Canyon fault, inactive for the past 40 years, lies approximately 1.5 miles east of the debris basin.

The Tahquitz alluvial fan extends northeast and easterly from the mouth of Tahquitz Canyon, covering approximately 200 acres until it reaches Palm Canyon Drive. The terrain slopes gently down towards the east with the elevation near the canyon mouth being about 640 feet and decreasing to about 440 feet at Palm Canyon Drive. The fan consists of unconsolidated boulder and cobble gravel, and sand. The primary drainage throughout the project area is Tahquitz Creek, which emerges from Tahquitz Canyon and courses easterly through the city of Palm Springs, eventually merging with the Whitewater River. Tahquitz Creek headwaters originate high in the San Jacinto Mountains. Another drainage, Fern Creek, meets with Tahquitz Creek higher up on the cone, while numerous small dry stream channels cross the fan in various directions.

ACC0006527

Introduction



**Figure I.1.  Tahquitz Canyon Project Vicinity**

I-3

ACC0006528

Tahquitz Report



**Figure I.2.  Tahquitz Canyon Project Location**
(Palm Springs, California, 7.5' U.S.G.S. Quadrangle)

I-4

ACC0006529

Introduction

## PROJECT STAFF

| | |
|---|---|
| Principal Investigator: | Lowell John Bean, Ph.D. |
| Project Archaeologist: | Jerry Schaefer, Ph.D. |
| Project Ethnohistorian: | Sylvia Brakke Vane, M.A. |
| Project Manager, Archaeology: | C. Michael Elling, M.A. |
| Crew Chiefs: | William G. Shea, M.A.<br>John D. Goodman<br>Drew M. Pallette<br>Eric Peterson |
| Laboratory Supervisor: | Linda Novak |
| Laboratory Assistant: | Cheryl M. Jeffrey<br>Julie Toenjes |
| Mapper: | Ivan H. Strudwick |
| Artifact Illustration: | Robert A. Hicks (photography)<br>Carol Serr<br>Julie Toenjes<br>Susan Walters |

Crew Members:

| | |
|---|---|
| Andre Alvarado | Pam Phillips Pallette |
| Manuel Alvarado, III | Denise Y. Parodi |
| Gale Broeker | Eric Petersen |
| David Ferraro | Delbert A. Saubel, Jr. |
| Jeffrey D. Hathaway | Dominic Saubel |
| Claudia Hess | Leonard Saubel |
| Katherine A. High | Ronald R. Saubel, Jr. |
| William Karlacas | Mary Scott |
| Marcy L. Lilburn | Chris Solorio |
| Marcos Loustaunau | James D. Swenson |
| Richard A. Miguel, Jr. | James H. Toenjes |
| Lawrence P. Mooney, III | Wendy Tolleson |
| Fred Mueller, Jr. | Franklin Vrooman |
| Drew M. Pallette | Tanya Wahoff |

I-5

ACC0006530

Tahquitz Report

Research Assistants:

Deanna Andreas
Michelle L. Andreas                          Bern Schwenn, M.S.
Ann Cuccia, M.A.                             Jackson Young
Richard Hitchcock                            Gina A. Zanetti

Support Staff:

Theresa Ciccinelli                           Pauline Sanchez
Susan Cole, M.A.                             Bern Schwenn
Gina de Leo                                  Heather Singleton
Claudia Hess                                 Lauren Teixeira, M.A.
Barbara Pasch                                Arthur B. Vane
Katerina Stenstedt                           Karla Young
Ernest Quinones

Analysis:

Bead Analysis:                               Chester King, Ph.D.

Bone Tools and Fauna:                        Lynne E. Christenson, Ph.D.

Flaked Stone Analysis:                       Jeannie Binning, Ph.D.

Geomorphology:                               Gary Huckleberry, M.A.

Macrobotanical Analysis:                     Lynne E. Christenson, Ph.D.

Milling Tool Analysis:                       Joan Schneider, Ph.D.
                                             Meg McDonald, Ph.D.

Pollen Analysis:                             Suzanne K. Fish

Radiocarbon Dating:                          Beta Analytic, Inc.

Rock Art Analysis:                           Daniel F. McCarthy, M.A.

Consultants: ASM Affiliates, Inc.; Anthony J. Andreas; Mark Cochron; Field Doc. Service; David A.
Fredrickson; Leta Franklin; Geo-Map, Inc.; Geochemical Res. Lab; Howard Schureman & Associates;
Michael Madrigal; William Mason; Richard M. Milanovich; Joan Oxendine; Niklason Research Associates;
Stephen O'Neil; Palm Springs Historical Society; Katherine Saubel; Alvino Saubel; Florence C. Shipek;
Constance S. Silver; Soil Systems, Inc.

I-6

ACC0006531

## ACKNOWLEDGEMENTS

No project of this size and complexity can be successfully carried out without the assistance of many institutions and individuals. Those who have assisted on the Tahquitz Project stretch from coast to coast.

First and foremost of those who have contributed is the Agua Caliente Band of Cahuilla Indians, its Tribal Council, and its chairman, Richard Milanovich. As we explain in the section on project history, the Band and its leaders have been the prime movers in the effort to use anthropological methods to save the cultural resources of Tahquitz Canyon for the benefit of future generations. Richard Milanovich has actively assisted the research. He has put the Tribal Council files at our disposal, accompanied us to museums that have Cahuilla artifacts, and helped recruit tribal members to serve as research assistants, archaeological crew member-monitors, and consultants on tribal history and culture. His and the Tribal Council's encouragement and support have been of inestimable value. We also thank members of the Tribe who reviewed the draft report and gave us their comments, and Cheryl Jeffrey, curator of the Agua Caliente Cultural Museum, who read the entire report and gave us corrections, comments, and suggestions.

We thank Brian F. Mooney Associates for not only temporarily releasing Jerry Schaefer for work on the Tahquitz Project, as they had agreed when he joined their staff, but also for permitting him to take advantage of their excellent support facilities as needed during the long years of data analysis and report writing.

Special thanks go to Mr. Ron Corbyn of the National Park Service, Interagency Archaeological Services (IAS). He provided valuable reviews of the research design, preliminary reports, and final drafts and helped to guide the project through the agency regulatory process. His substantive contributions to the research on Cahuilla agriculture, irrigation, and land tenure are particulary acknowledged. Thanks are also due Helene R. Dunbar, who succeeded Corbyn as the NPS Coordinator for the project, for her review of the draft report, and assistance in preparation of this final version.

We thank the staff members of the Riverside Flood Control and Water Conservation District for their help in solving problems, their patience when we encountered yet another area that ought to be excavated, and their interest in what we were doing.

We appreciated the guidance and direction received from Tom King, whose involvement with the Tahquitz site is of long standing, and particularly thank him for participating in the symposium on the Tahquitz project presented at the Society for California Archaeology meetings in Pasadena in the spring of 1993, and for letting us publish the paper he gave in this report.

We are also indebted to the curators of museums, to the staffs of government agencies, to the staffs of libraries and archives, to historians, to other ethnographers and archaeologists, and to numerous other members of the Palm Springs and neighboring communities who have helped in our research. We thank them all.

ACC0006532

ACC0006533

# II. ENVIRONMENTAL SETTING

by Jerry Schaefer

The following discussion of the environmental setting is focused on those aspects of the effective environment crucial to understanding Cahuilla adaptive strategies and to interpreting the archaeological and ethnohistoric record. The discussion of the Tahquitz Canyon alluvial fan by Huckleberry provides a framework for his later appraisal of the evidence and potential for irrigation agriculture and should be read in conjunction with Schaefer's synthesis of archaeological evidence of irrigation and agriculture (Chapter XX). The discussion of climate, flora and fauna provide the background for interpreting pollen, bone, and carbonized plant remains. A long list of flora and fauna of the alluvial fan were documented by LaPré (1980) in the months of April and May, 1980. For higher and lower elevations, plant and animal species may be inferred from the extensive environmental studies at Deep Canyon Palm Desert (Ryan 1968; Zabriskie 1979; Weathers 1983).

The Agua Caliente Cahuilla lived in a highly stratified environment of closely spaced habitats that were defined by elevation, temperature range, aridity, vegetation, and animal life. All were within reasonably easy access because of their favorable position at the base of the San Jacinto Mountains where great tectonic forces have produced dramatic changes in elevation that brought the lowest desert in proximity to the highest alpine habitats. This pattern is clearly evident in both the archaeological record and the reconstruction of Cahuilla resource catchment systems by Bean and Schwenn. Cahuilla culture history was also greatly effected by the dynamics of their local environment. This section also outlines evidence for the successive infillings of Lake Cahuilla, periodic drought, hydrologic shifts, and disease cycles. These are all independent environmental forces that shaped Cahuilla adaptations to their environment and that must be understood to interpret their archaeological and ethnohisotric record.

## GEOMORPHOLOGY

by Gary Huckleberry

### Introduction

Recent developments in archaeological method and theory have emphasized the importance of interdisciplinary study and the understanding of the physical context of the cultural record (see Butzer 1982; Schiffer 1987; Stein and Farrand 1985). As long as cultural processes are influenced by environment, and the products of cultural activity are modified by physical processes, it is essential to the archaeologist to understand the physical matrix of a site or region. A product of this interdisciplinary focus on physical processes in archaeology is the development of geoarchaeology (Butzer 1982:35-42; Hassan 1979; Waters 1992). Through study of stratigraphy, soil genesis, landforms, hydrology, and other physical phenomena, geoarchaeology provides insight to the cultural record and contributes to a more holistic understanding of the archaeology.

An integral part of the archaeological study of Tahquitz Canyon was the implementation of a corroborative, geoarchaeological investigation. With the geologically dynamic setting of the Coachella Valley and San Jacinto Mountains, Tahquitz Canyon provides an excellent opportunity for geoarchaeological study. Geologic events such as earthquakes and the formation of Lake Cahuilla have

ACC0006534

meshed with cultural processes creating a unique regional archaeological record. This section presents an overview of the physical processes that have contributed to the present landscape and influenced the archaeological record. In addition to traditional geomorphic and stratigraphic topics, a geoarchaeological perspective on the physical agricultural evidence at Tahquitz Canyon is presented. This discussion is presented in a later section, together with the results of archaeological testing for evidence of agriculture and irrigation systems. Also included in the archaeological results section is a description of archaeological stratigraphy from the perspective of a geomorphologist and sedimentologist.

## Methods

Geologic field investigations were performed concurrent with archaeological excavations during April, May, and November of 1988, and May of 1989 in order to maximize access to stratigraphy and note observations by the archaeological field crew. Soils were described and sampled in the field according to the Soil Survey Manual (Guthrie and Witty 1982; Soil Survey Staff 1962). Particle-size analysis of selected sediment samples from soil profiles was performed at the Soil Systems, Inc. laboratory in Phoenix. Soils were dry sieved to separate the coarse (>2 mm) fraction, which was calculated as a percentage by weight of the total sample. The fine fraction was pre-treated in order to remove calcium carbonate and organic matter. The hydrometer particle-size method (Bouyoucos 1962) was used on the pre-treated fine fraction. Calcium carbonate, organic matter, pH, and particle-size analyses were performed on rockshelter sediments from Feature 3 (Locus I) at Laboratory Consultants, Tempe, Arizona. Bulk-density samples were collected and analyzed by personnel from the Soil Conservation Service, Indio, California. Records of Tahquitz Creek discharge and historic aerial photographs were provided by the RCFCWCD; other historic aerial photography was ordered through the USDA Agricultural Stabilization and Conservation Service, Salt Lake City, Utah. Historic irrigation records and related correspondence were procured from the National Archives in Washington, D.C.

## REGIONAL

### Regional Geology

The mouth of Tahquitz Canyon is located at the interface of two physiographic zones: the Colorado Desert and the Peninsular Ranges. Much of the Colorado Desert is comprised of the Imperial and Coachella valleys. It is one of the warmest and driest areas in North America. Structurally, the Imperial and Coachella valleys are defined by the Salton Trough, a complex faulted graben (much of it below sea level) containing over 6,000 m of terrestrial and marine sediment (Dibblee 1952; Proctor 1968). Rising above the Colorado Desert to the west is the Peninsular Range, a largely north-northwest trending series of elongate mountain ranges that extend from southern California down through Baja California. The San Jacinto Mountains, which make up a prominent portion of the Peninsular Range in California, are composed of Late Paleozoic(?) granite, schists, gneisses, and recrystallized limestones (Proctor 1968; Rogers 1985). A myriad of geological processes have shaped this region and have influenced its inhabitants, but two geological phenomena in particular have probably had the greatest impact: Lake Cahuilla and seismicity.

Much of the Imperial and Coachella valleys is below sea level but is separated from the Gulf of California by the Colorado River delta. During normal processes of delta formation and lateral stream movement, the Colorado River has periodically spilled into the Imperial Valley forming a freshwater lake. Several episodes of lake formation and desiccation during the Holocene have resulted in thick lacustrine deposits and strand lines. The northern shore of this lake, named Lake Cahuilla by Blake (1907), extended into the Coachella Valley within 32 km of Tahquitz Canyon. Four major intervals of Lake Cahuilla date between A.D. 700 and 1580 (Waters 1983), whereas smaller, more ephemeral versions of Lake Cahuilla are documented for the years A.D. 1618, 1849, 1861, and 1891. An engineering mistake during the construction of an irrigation system caused the Colorado River to break out of its channel in 1905, and flood the Salton basin, resulting in the formation of the present day Salton Sea. Although the

II-2

ACC0006535

River was presently brought back to its channel the sea has maintained itself since then due to seepage from Colorado River irrigation water. Lake Cahuilla played an important role in the subsistence strategies of the prehistoric inhabitants (see Bean and Saubel 1972; Wilke and Lawton 1975), and is still remembered through the oral tradition of the Cahuilla Indians (Patencio 1943; Wilke and Lawton 1975). Some of the archaeological sites at Tahquitz Canyon may be the product of the most recent desiccation of Lake Cahuilla and the subsequent shift in settlement to the Peninsular Range (Wilke et al. 1975).

In addition to the periodic flooding of the Imperial and Coachella valleys by the Colorado River, earthquakes have been a geologic force with considerable environmental and presumably cultural impact. The region's prominent seismicity is directly attributable to the boundary between the North American and Pacific lithospheric plates that transects the region. When the Pacific Plate slides against the North American Plate, considerable stress is generated within the Earth's crust. This stress is periodically released by horizontal and vertical movement of the plates, resulting in earthquakes. Major fault systems associated with the plate boundaries transect the region in a general north-northwest to south-southeast alignment. The Palm Springs area lies between two major fault zones: the San Andreas (Banning-Mission Creek) Fault Zone to the east, and the San Jacinto Fault Zone to the west (Rogers 1985). Beneath the Tahquitz alluvial fan is the Palm Canyon Fault, a fault subsidiary to the major fault systems in the area. The Palm Canyon Fault has been relatively quiet in the past 40 years (CSRI 1986:8), but has likely impacted alluvial and mass-wasting processes at Tahquitz Canyon during human occupation. These events have probably not only affected the natural environment at Tahquitz Canyon but also affected the world view of the native inhabitants.

**Tahquitz Canyon Geology**

The project area is situated at the mouth of Tahquitz Canyon, an area that has been subject to prominent alluvial and mass-wasting deposition. At Tahquitz Canyon, the San Jacinto mountains slope steeply to the Coachella Valley (Figures II.1 and II.2). Bedrock at the mouth of the canyon is composed largely of well jointed schist and gneiss, the products of shearing along the eastern face of the range (Rogers 1985) but much of the fan debris is composed of granodiorites derived from the upper watershed. Steep slopes, earthquakes, extreme diurnal temperatures, and the jointing of bedrock facilitate mechanical weathering and mass-wasting processes at Tahquitz Canyon. As a result, talus debris is common along the periphery of the canyon. Nonetheless, far more important in the formation of the Tahquitz fan is Tahquitz Creek and the debris it transports.

The Tahquitz alluvial fan extends from the mouth of Tahquitz Canyon beneath Palm Springs to the Whitewater River floodplain (Figure II.2). The project area is located on the proximal portion of the alluvial fan, an area characterized by debris flows, channel and sieve deposits, and entrenched streams; some sheetwash processes occur within the relict drainages on the fan, but by far most of the deposition is through turbulent channel flow. Materials comprising the fan grade downstream from boulders tens of meters in diameter to sands. Gradient on the proximal portion of the fan is approximately 5.0 percent. Joseph Birman (1972) conducted the only detailed geologic study of the Tahquitz fan deposits and mapped 28 discrete debris flows within the study area on the basis of morphostratigraphic relationships, weathering, and varnish development. Birman (1972) dated all but the most recent debris flows as Pleistocene in age.

**Hydrology**

Tahquitz Creek is generally perennial upstream from the mouth of the canyon, but is generally ephemeral on the alluvial fan, where considerable water is lost to infiltration. During the winter rainy season and the spring melt of snowpack in the higher watershed, Tahquitz Creek extends east across much of the fan, sometimes beyond Section 22. During the summer and early fall, Tahquitz Creek retreats into the mouth of the canyon. Groundwater depths were between 60 and 70 m in 1956 (United States Army Corps of Engineers 1968), but are probably deeper at present given the amount of groundwater pumped into the area. The only other water source in the area (at present) is Fern Spring, a small seep located above the fan.

ACC0006536

Tahquitz Report



PALM SPRINGS, CALIFORNIA
FEB. 22, 1932

Figure II.1. Aerial View of Palm Springs, 1932, Looking North

II-4

ACC0006537

Environmental Setting



Figure II.2.  Schematic Cross Section of Tahquitz Canyon Area



Figure II.3.  Tahquitz Canyon Discharge, 1947 to 1969 (Source:  Bookman and Edmunston 1971)

II-5

ACC0006538

As is common with most arid streams, Tahquitz Creek has a highly variable discharge. The steep nature of the predominantly bedrock watershed is conducive for short-lived, but high-magnitude, flood events. Measurements of Tahquitz Creek discharge collected between 1947 and 1969 at a gauging station located at the mouth of Tahquitz Canyon indicate that the mean discharge was 0.128 m$^3$/s and the median discharge was 0.015 m$^3$/s (Bookman and Edmunston 1971:Figure 3). This 22-year period was relatively dry in comparison to the years prior to 1947. The plotting of a relatively wet water year (1968-1969) in comparison with that of the 22 years shows the capricious nature of annual discharges from year to year (Figure II.3).

There is ethnographic evidence (Bean 1972:32-34; Patencio 1943:57) suggesting that Tahquitz Creek hydrology may have changed dramatically during Cahuilla occupation as a result of non-climatic events. Patencio (1943:58) noted that a devastating earthquake when he was a child caused Tahquitz Creek to shift from perennial to ephemeral flow and Andreas Creek, located 3 km to the south, to increase in discharge. Subsurface hydrology may have been seismically impacted, resulting in the lowering of water tables and the fracture or collapse of aquifers (see below). Seismic alteration to local hydrology appears to have also occurred during a 1919 earthquake. In a letter dated November 11, 1919 from R.R. Palmer to H.V. Clotts, both of the United States Indian Irrigation Service, it was noted that a dramatic decrease in discharge in an unlined segment of an irrigation ditch on the Tahquitz fan was due to a sudden increase in seepage. It was also noted that for the first time the alders along the channel were dying downstream from the mouth of Tahquitz Canyon. This sudden increase in water loss through seepage was believed due to a series of recent earthquakes which ". . . may have cracked the hardpan underlying the channel . . ." Whereas there is no evidence of a hardpan beneath the irrigation ditch, the increased seepage losses and the dying riparian vegetation appear to have been caused by a lowering of local water tables due to seismic activity. Because Tahquitz Canyon is located in a seismically active area, the hydrologic resources must be considered dynamic and subject to change over a short period of time. Climatic impacts aside, the hydrological characteristics of the project area may differ significantly from those of prehistoric or protohistoric time.

**Geochronology**

The origins of Tahquitz Canyon probably date back to seismic unrest during the late Tertiary. Certainly the more recent mid-Pleistocene orogeny in the Peninsular Ranges (Jahns 1952) has influenced canyon formation at Tahquitz. It is uncertain whether Tahquitz Creek is antecedent to the uplift of the San Jacinto block (i.e., its present course was maintained as the mountains lifted and the stream downcut), or it developed after mid-Pleistocene orogenesis. The Tahquitz fan deposits are the product of Late Pleistocene and Holocene catastrophic and gradual alluvial and mass-wasting depositional events. As previously mentioned, Birman (1972) distinguished at least 28 separate depositional events. Huckleberry (1988) noted three surfaces on the Tahquitz fan that were interpreted to be the product of episodic stream entrenchment. Although the reduction of many discrete deposits into three surfaces is simplistic and somewhat misleading, it does serve a heuristic function for better understanding the age of the Tahquitz fan. Soil development was emphasized during this study as a means of geologically dating the fan deposits. Because time is an integral soil forming factor (Jenny 1941), soils can be used as tools for dating Quaternary deposits (Birkeland 1984). Soils on stable land surfaces develop distinctive physical and chemical traits through time. These traits have been defined qualitatively and quantitatively for soils on independently dated landforms in southern California (e.g., Ku et al. 1979; Mayer et al. 1988; McFadden 1982).

With 28 different debris flows mapped within the project area by Birman (1972), it would be a time-consuming task to analyze soil development on each deposit, especially given the relatively slow rate of soil formation. A more practical approach is to analyze representative soils from different areas of the fan. Seven soil profiles were analyzed (Figure II.4) in an effort to temporally distinguish areas of the fan. Qualitative definition of soil development is provided by soil descriptions (Appendix B); quantitative definition of soil development is provided by particle-size and calcium carbonate data (Table II.1).

II-6

ACC0006539

Environmental Setting



**Figure II.4. Geologic Map of Tahquitz Canyon Project Area**

ACC0006540

Both percentage by weight and total mass of calcium carbonate data were calculated for selected soil profiles. Total mass of calcium carbonate (Table II.2) was calculated from the percentage by weight of calcium carbonate and bulk-density data following the procedure recommended by Machette (1985). The calculation of total calcium carbonate mass (CT) for the Tahquitz soils is based on the premise that primary carbonate content is insignificant in granitic parent material (McFadden 1982:182).

Pedological data in conjunction with observations of stream incision, desert varnish, and morphostratigraphic relationships form the basis for dividing the Tahquitz fan deposits into three informal categories: Young, Intermediate, and Old (Figure II.4). Some of Birman's (1972:Figure 2) debris flows overlap these categories. Specifically, the Young deposits (Figure II.4) include Birman's (1972) Qh, Qi, Qq, Qs, Qu, Qw, Qx, Qz, and Qaa deposits; the Intermediate deposits include the Qa, Qh, Ql, Qp, Qr, Qt, and Qu deposits; and the Old deposits include Qa, Qg, Qm, Qo, Qr, Qt, Qu, Qcc deposits. Birman (1972) mapped debris flows derived from Fern Canyon, but these deposits were not pedogenically analyzed during this study and are excluded from the tripartite system (Figure II.4). Nonetheless, other geologic criteria (see Christenson and Purcell 1985) suggest that the Fern Creek deposits are comparable to the Intermediate deposits in age.

| TABLE II.1 Particle-Size and Calcium Carbonate Data from Soils at Tahquitz Canyon | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sample Carbonate | Gravel (%) | Sand (%) | Coarse Silt (%) | Fine Silt (%) | Clay (%) | U.S.D.A. Textural Class | Carbonate (%) |
| P1-C1 | 9.3 | 81.0 | 9.0 | 3.0 | 7.0 | ls | 1.4 |
| P1-C2 | 69.0 | 88.9 | 4.0 | 1.0 | 6.0 | vgs | 1.1 |
| P3-C1 | 4.7 | 55.8 | 20.1 | 10.0 | 14.1 | sl | 1.2 |
| P3-C2 | 7.8 | 65.9 | 16.1 | 6.0 | 12.0 | sl | 2.0 |
| P3-C3 | 38.3 | 80.0 | 10.0 | 4.0 | 6.0 | vglg | 1.4 |
| P5-C | 17.1 | 49.8 | 26.1 | 10.0 | 14.1 | gl | 1.4 |
| P5-C2 | 40.4 | 71.9 | 14.1 | 6.0 | 8.0 | vgsl | 1.4 |
| P5-C3 | 50.3 | 78.9 | 9.0 | 5.0 | 7.0 | vgls | 1.4 |
| P6-Bw1 | 22.1 | 55.9 | 16.0 | 10.0 | 18.0 | gsl | 1.2 |
| P6-Bwk2 | 18.8 | 61.8 | 14.1 | 8.0 | 16.1 | gsl | 1.6 |
| P6-2Bkb | 22.5 | 69.9 | 8.0 | 8.0 | 14.1 | gsl | 1.2 |

Note: gl=gravelly loam; gsl=gravelly sand loam; ls=loamy sand; vgls=very gravelly loamy sand; vgsl=very gravelly sand loam.

The Young deposits occur in the eastern part of the project area near Tahquitz Creek (Figure II.4). These deposits contain essentially no visible evidence of varnishing and, except for Tahquitz Creek, are only slightly entrenched by drainages. Soils are comprised of recently deposited sheetwash and channelized flow associated with Tahquitz Creek overflow and runoff on the fan. In places an incipient A horizon is recognized, but more often unaltered alluvium extends to the surface. Changes in the particle-size distribution of these soils are primarily depositional in nature (Figure II.5). Calcium carbonate decreases below the surface horizon of Soil Profile 1 (Appendix B); this may reflect recent inputs of aerosolic dust, one of the primary origins of calcium influx in these soils (Gile et al. 1966;

ACC0006541



Figure II.5.  Horizonation, Particle-Size, and Calcium Carbonate Distributions for Soil Profiles 1, 3, 5, and 6

ACC0006542

| TABLE II.2. Volumetric Calcium Carbonate Data from Soil Profiles 1, 3, 5, and 6 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample | Z | d | C3 | P3 | Ct | C1[d] | P1[e] | Cp | Cs | CT | CP | CS |
| 1-C1 | 0-35 | 35 | 0.014 | 1.48[c] | 0.7252 | 0.011 | 1.48 | 0.5698 | 0.1554 | 0.7252 | 0.5698 | 0.1554 |
| 1-C2 | 35-50 | 15+ | 0.011 | 1.48 | 0.2442 | " | " | 0.2442 | 0.0000 | | | |
| 3-C1 | 0-18 | 25 | 0.012 | 1.60[a] | 0.4032 | " | " | 0.4070 | 0.0730 | 0.8000 | 0.5698 | 0.2275 |
| 3-C2 | 18-25 | 10 | 0.020 | 1.60 | 0.1568 | " | " | 0.1628 | 0.1572 | 0.3200 | 0.1628 | 0.1572 |
| 3-C3 | 23-35 | 7+ | 0.014 | 1.60 | 0.2290 | " | " | 0.1140 | 0.0428 | | | |
| 5-C1 | 0-18 | 18 | 0.014 | 1.60 | 0.9032 | " | " | 0.2930 | 0.1102 | 0.5600 | 0.4070 | 0.1530 |
| 5-C2 | 18-25 | 7 | 0.014 | 1.60 | 0.1568 | " | " | 0.1140 | 0.0428 | 0.1568 | 0.1140 | 0.0428 |
| 5-C3 | 25-35+ | 10+ | 0.019 | 1.60 | 0.2240 | " | " | 0.1628 | 0.0612 | | | |
| 6-Bw1 | 0-12 | 12 | 0.012 | 1.55[b] | 0.2232 | " | " | 0.1954 | 0.0278 | 1.6616 | 0.6512 | 0.2664 |
| 6-Bwk2 | 12-40 | 28 | 0.016 | 1.55 | 0.6944 | " | " | 0.4558 | 0.2386 | 1.4384 | 0.4558 | 0.2386 |
| 6-2Bkb | 50-90+ | 40+ | 0.012 | 1.55 | 0.7440[f] | " | " | 0.6512 | 0.0928 | 0.7440 | | |

Note: Z - depth (m); d ~ thickness (cm); C3 - CaCO3 content ~gm CaCO3/100 gm soil); P3 - oven-dry bulk density (gm/cm3); Ct - total CaCO3 (gm CaCO3/cm2-soil column); C1 - estimated primary CaCO3 content (gm CaCO3/100 gm soil); P1 - estimated original oven-dry bulk density (gm/cm3); Cp - estimated primary CaCO3 (gm CaCO3~cm2-soil column); Cs - secondary CaCO3 (gm CaCO3/cm2-soil column); CT - total of all Ct values; CP - total of all Cp values; CS - total of Cs values.

[a] Locus B mean (n=2).
[b] Locus F and E mean (n=2).
[c] Locus C, Features 3 and 5 mean (n=2).
[d] Original CaCO3 content estimated from recent alluvial sands.
[e] Original bulk density estimated from the mean of the Locus C samples (recent alluvium).
[f] CO3 morphology suggests this horizon is pedogenic and should be included.

II-10

Tahquitz Report

ACC0006543

Environmental Setting

Machette 1985; Mayer et al. 1988). The whole profile index for secondary carbonate for Profile 1, assuming no primary carbonate, is 0.73 g/cm². These soils are classified as Torrifluvents (Soil Survey Staff 1975:189) and correspond to the Carsitas cobbly sand series (Knecht 1980).

The Intermediate deposits are most extensive within the project area and dominate the areas north of the modern Tahquitz Creek channel (Figure II.4). The boundary separating the Young and Intermediate deposits at the eastern end of the project area is indistinct largely because of the absence of depositional boundaries and to similar soil development between the two deposits. Both Young and Intermediate deposits contain Torrifluvent soils characterized by thin, variably developed A horizons over stratified alluvial deposits. There are, however, some pedogenic differences. The Intermediate deposits are represented by Soil Profiles 3, 4, 5, and 7 (Figure II.4; Appendix B), and although laboratory data are not available for Soil Profiles 4 and 7, Soil Profiles 3 and 5 contain particle-size distributions indicative of somewhat greater age than the soils developed in the Young deposits. The most noticeable textural characteristic in Profiles 3 and 5 is the decrease in silt and clay with depth (Figure II. 5). This decrease probably reflects a somewhat greater period of stability during which aerosolic dust was intercepted at the surface. Calcium carbonate peaks at 2.0 percent in the C2 horizon of Soil Profile 3, but is uniformly distributed at 1.4 percent in Soil Profile 5 (Figure II.5; Table 1). The whole profile index of calcium carbonate content is 0.80 g/cm² for Soil Profile 3 and 0.56 g/cm² for Soil Profile 5. Although this difference appears insignificant when compared to the calcium carbonate content in the Young deposits, Soil Profile 7 contains an incipient calcic horizon at 38 to 60 cm depth (Appendix B) characterized by weakly developed calcareous patinas on the bottom sides of stones (Stage I calcium carbonate development (see Gile et al. 1966). Furthermore, the lower horizons of Profiles 3 and 5 effervesced slightly when treated with dilute hydrochloric acid, suggesting that an incipient calcic horizon occurs at depth.

The Old deposits on the Tahquitz fan occur south of the modern Tahquitz Creek channel (Figure II.4). These deposits are easily distinguished from earlier deposits by the former's well-defined morphostratigraphy, greater pedogenesis, varnish development, and stream incision. The most prominent distinguishing feature of the Old deposit soils is an oxidized B horizon. Oxidized B horizons that lack evidence of clay development are defined as cambic horizons (Soil Survey Staff 1975:33). Many of the older soils on the Tahquitz fan meet the color but do not meet the textural requirements of the cambic horizon, i.e., they are too coarse. Consequently, the term "color B" is sometimes used for these soils. The B horizon in Soil Profile 6 (Appendix B) has a sandy loam texture and thus meets the requirements of the cambic horizon; the soil probably classifies as a Camborthid (Soil Survey Staff 1975:170). Those soils that do not meet the requirements of a cambic horizon classify as Torrifluvents.

Other characteristics of the soils on the Old deposits indicative of greater pedogenesis include an incipient calcic horizon, a regular decrease in fines with depth (Figure II.5), and the weak formation of desert pavement. The calcic horizon is characterized by discontinuous carbonate rinds on the bottom and sides of the stones, i.e., Stage I development (Gile et al. 1966). Calcium carbonate slightly peaks in the Bwk2 horizon in Soil Profile 6, and the whole profile index of calcium carbonate for Soil Profile 6 is 1.7 g/cm². The steady decrease in fines with depth is the product of greater mechanical weathering at the surface and an aerosolic influx of fines, combined with a limited leaching environment that inhibits the downward translocation of the silt and clay. Desert pavement, another indication of antiquity, occurs at the surface in places.

The Young, Intermediate, and Old fan deposits in Tahquitz Canyon can be correlated to other soil chronosequences in the region. Perhaps the most comparable study is the arid chronosequence by McFadden (1982). Within this chronosequence, six developmental stages are identified (McFadden 1982:Table 1), and the younger four stages correlate to soils at Tahquitz Canyon (Table II.3). The Young deposits at Tahquitz Canyon contain soils with simple A-C horizonation and correspond to McFadden's (1982) Stage 7 soil. The Stage 7 soil is common to late Holocene Q4 surfaces which are dated between 100 and 2,000 years B.P. (Ku et al. 1979). The Intermediate soils at Tahquitz Canyon correlate to McFadden's (1982) Stage 5 soil (Table II.3). This soil also contains A-C horizonation, but there is often Stage I carbonate development in the subsurface. The Stage 5 Soil corresponds to the mid-Holocene Q3 surface which is dated at 4,000 to 8,000 years B.P. (Ku et al. 1979). The Old soils at Tahquitz

ACC0006544

II-12

| TABLE II.3. Age Correlation of Soils and Geomorphic Surfaces in Southern California | | | | | | | |
|---|---|---|---|---|---|---|---|
| Huckleberry (this report) | | McFadden (1982) | | Ku et al. (1979) | | Christensen and Purcell (1985) | Birman (1972) |
| Deposit | Typical Profile[a] | Stage | Typical Profile[a] | Geomorphic Surface | Age (Years B.P.) | Landform Age (Years B.P.) | |
| Young | A-Cu | S7 | Av-Cu | Q4 | 100-2,000 | | |
| Intermediate | A-Ck-Cu | S5 | Avk-Ck-Cu | Q3 | 4,000-8,000 | Young 0-10,000/15,000 | Phase 3 |
| Old | A-Bwk-Cu | | | | | | |
| | | S4 | Avk-B2tk-Ck | Q2 | 11,000-70,000 | Intermediate 10,000-15,000 to 500,000-700,000 | Phase 2 |
| | | S3 | Avk-B2tk-Ck | Q2 | 11,000-70,000 | | |
| | | | | | | | Phase 1 |

[a] Refer to Birkeland (1984) for horizon nomenclature.

Tahquitz Report

ACC0006545

Environmental Setting

Canyon contain cambic or "color B" horizons, but McFadden's (1982) Stage 4 is characterized by soils with argillic, i.e., clay-enriched B horizons. With other soil-forming factors equal, argillic horizons require more time to develop than cambic horizons (Birkeland 1984). Field and laboratory data provide no evidence of clay translocation or enrichment in the Tahquitz Canyon soils sufficient to define an argillic horizon. The minor clay accumulation evident in the Tahquitz soils appears to be limited to the surface and is the product of aerosolic dust. Soils associated with the Old deposits at Tahquitz may be intergrades between McFadden's (1982) Soil Stages 5 (A-C) and 4 (A-Bt-C). Stage 4 Soils correlate to geomorphic surfaces that date from 11,000 to 70,000 B.P. (Ku et al. 1979).

Further insight into the absolute age of the Old deposits at Tahquitz Canyon is provided by calcium carbonate data. The total calcium carbonate mass (CT) for Profile 6 (assuming no primary calcium carbonate) is 1.66 g/cm$^2$ (Table II.2). This is considerably less than the total pedogenic carbonate content of 2.27 g/cm$^2$ for a 6,000 B.P. soil at Silver Lake playa in the Mohave Desert (Mayer et al. 1988). Soils in the Whipple Mountains of southern California that have developed into surfaces dated 11,000 to 70,000 B.P. contain between 3.8 and 6.6 g/cm$^2$ of calcium carbonate (McFadden 1982; McFadden and Tinsley 1985). The low calcium carbonate content in the Old soils at Tahquitz Canyon may reflect lower rates of calcareous dust influx. Both Silver Lake and Whipple Mountain soils are located downwind from large source areas of calcareous sediment. On the other hand, the low total mass carbonate values for the Tahquitz soils may reflect inadequacies in defining the full extent of the calcic horizons, i.e., horizon thickness is underestimated. In light of the pedogenic setting at Tahquitz Canyon, soils developed into Old deposits at Tahquitz Canyon are correlated to the early phases of McFadden's (1982) Stage 4 soils (Table II.3), or approximately 11,000 to 30,000 years B.P.

The depositional chronology at Tahquitz Canyon is relatively young in comparison to other alluvial fans in the arid Southwest (Christenson and Purcell 1985), and is younger than that originally proposed by Birman (1972). Birman (1972) tentatively correlated much of the fan, including deposits interpreted in the present report as Holocene in age, to the last major glacial period of the late-Pleistocene. Given the pedogenic evidence, only the Old deposits at Tahquitz Canyon correlate to the last full glacial episode, when climatic conditions were more mesic and potentially more favorable for massive debris flows. The early to mid-Holocene Intermediate deposits correlate in part to Antev's (1948) Altithermal, a period believed by many to represent the peak of warmth and aridity during the Holocene. The late Holocene Young deposits at Tahquitz Canyon correlate to Antev's (1948) Medithermal and probably have not witnessed climates far different from today.

**Tahquitz Creek Alignment and Entrenchment.** Terrace scarps and relict channels on the Tahquitz fan record episodic shifts in alignment and downcutting by Tahquitz Creek. Although lateral shifting of the stream channel is a natural fan process (see Bull 1972), some of the major shifts in alignment and erosional episodes may have causes not intrinsic to natural fan processes. Understanding the age and mechanism of changing stream alignments and downcutting is an important step towards understanding the context of the archaeological record at Tahquitz Canyon, especially in terms of identifying relict agricultural systems.

The earliest known alignment of Tahquitz Creek dates to late Tertiary and early Pleistocene, and is based on subsurface drill data that indicate Tahquitz Canyon extends northeast below the alluvial fan (Birman 1972). As alluvial and mass-wasting debris accumulated at the base of the mountain and filled the mouth of the canyon, Tahquitz Creek began to flow on its own alluvial fill, and fan processes were initiated.

Birman (1972) constructed a three-phase chronology of the Tahquitz Creek alignment based on surficial deposits: 1) an early phase during which the creek flowed north approximately along the present Lebacho-Tahquitz Ditch alignment; 2) an Intermediate phase during which the creek flowed northeasterly; and 3) a later phase during which the upper creek maintained its northeasterly alignment, but changed abruptly to the east between archaeological Loci E and F.

This chronology suggests that the Old deposits located south of the present alignment (Figure II.4) were the product of periodic debris surges that extended away from the more northwesterly stream

ACC0006546

alignment. Although this is feasible, it is equally possible that Tahquitz Creek during this early-Holocene phase flowed south of the modern channel. The Intermediate deposits of the fan (Figure II.4) aggraded during Birman's (1972) early and Intermediate phases. During this mid-Holocene phase, Tahquitz Creek migrated to the east on top of the Intermediate and Old fan deposits. Birman's (1972) later phase includes the present alignment of Tahquitz Creek and the formation of the Young fan deposits (Figure II.4).

There are two aspects of the present Tahquitz Creek alignment worthy of mention. One concerns a remnant of Old fan deposits that is surrounded by the present channel and a secondary flood channel at Locus F. The secondary flood channel appears to have been the main Tahquitz stream channel, but was abandoned as stream capture shifted flow to the present alignment. This stream capture episode likely exemplifies the common mechanism for shifting stream alignments on the Tahquitz fan. The other important aspect of the modern Tahquitz Creek alignment is the abrupt nature of easterly turn between Loci E and F. Birman's (1972) suggestion that this bend in the stream is fault controlled is plausible, given that such phenomena are common to southern California; however, these terrace scarps at Tahquitz Canyon appear to be alluvial, and are the product of two primary episodes of Tahquitz Creek lateral planation and downcutting (see Lobeck's [1939:240-241] two-swing cusp terrace formation). The abrupt turn by Tahquitz Creek likely occurred within the last 2,000 years through stream capture from the east. This does not, however, preclude the possibility that stream capture and subsequent downcutting was influenced by faulting as suggested by Birman (1972).

Terrace scarps developed into Old, Intermediate, and Young deposits attest to periodic episodes of downcutting. The mechanisms responsible for changes in hydraulic regime and consequent erosion or deposition are still contested by geologists. Not only are there natural perturbations to hydraulic equilibrium, but human activity is also known to cause geomorphic instability. Three causes of episodic downcutting at Tahquitz are most probable: climatic change, seismicity, and man.

There is little doubt that climatic change affects stream equilibrium, but the exact relationship between shifts to drought or wet intervals and fluvial response has been a topic of debate for some time (see Knox 1983). Most of the early models in the Southwest favored the correlation of alluvial downcutting to dry climatic intervals (e.g., Antevs 1952; Bryan 1925; Hack 1942). Many still favor this model for the Southwest (e.g., Euler et al. 1979), whereas others believe that drought is not necessary for degradation and that erosion can be induced by changes in seasonal precipitation patterns (e.g., Martin 1963). Still others (e.g., Schumm and Patton 1981) argue that the relationships between climatic change and fluvial response are not uniform, but are dependent upon other geomorphic factors. The last major climatic change in the Southwest was the Pleistocene-Holocene transition (12,000-8,000 B.P.), when pluvial conditions were replaced by increased warmth and aridity (Wells 1979). Although evidence for an Altithermal is supported in the mountains of California (LaMarche 1973), there is little evidence of any major Holocene climatic change for the desert Southwest (Van Devender and Spaulding 1979). If climatic change is responsible for episodic downcutting on the Tahquitz fan, the cause was probably not an overall increase or decrease in aridity, but rather an increase in the role played by summer convective storms.

In addition to climatic change, tectonism has the potential of initiating deposition or erosion along Tahquitz Creek. Tectonism disrupts stream equilibrium through the alteration of the longitudinal profile. The fluvial response to tectonism varies with the character of the seismic displacement and the area where the displacement occurs within a stream system (Ouchi 1985). Uplift of the San Jacinto mountain would increase the gradient of the Tahquitz Creek longitudinal profile and potentially initiate downcutting on the fan. Since Tahquitz Canyon is in a seismically active area, and historic records and accounts suggest that earthquakes have disrupted Tahquitz Creek stream flow, it is possible that episodic uplift is responsible for some of the downcutting recorded on the alluvial fan. Unfortunately, it is not possible to correlate specific prehistoric seismic events with terrace formation at Tahquitz Canyon.

Although prehistoric downcutting of Tahquitz Creek into the alluvial fan was probably the product of natural climatic-geologic processes, much of the historic downcutting into the Young fan deposits can be attributed to recent channelization for flood control. Since 1938 there have been several efforts to deepen and straighten the Tahquitz Creek channel in order to protect Palm Springs from flooding. Although direct channelization by heavy machinery extended only approximately 600 m upstream from

ACC0006547

Palm Canyon Drive, erosion extended via nickpoint retreat several hundred meters further upstream in response to an increased longitudinal profile. The amount of upstream downcutting caused by channelization is less than 2.0 m and is small in comparison to earlier entrenchment into Intermediate and Old fan deposits, but is nonetheless relevant to the identification of possible points of diversion for Cahuilla irrigation.

Although much of the recent downcutting of Tahquitz Creek is attributable to channelization, it is apparent that natural incision into Young deposits has also occurred. A map produced by H.J. Stevenson in 1887 indicates that the Tahquitz Creek channel was incised downstream from the project area at least 13 ft (4.0 m) along the east end of Section 22 (Figure II.6). Further indications of entrenchment are indicated in an anonymous newspaper article (ca. 1897, National Archives, Washington D.C.) that mentions Stevenson having to move the alignment of the Whitewater Ditch downstream from Section 22 in order to cross Tahquitz Creek without an elaborate flume. Part of this entrenchment may relate to floods within the last several hundred years, some of which Patencio (1943:57) noted as being erosive. Huckleberry (1988) suggested that the placement of the Lebacho-Tahquitz Ditch (ca. A.D. 1840) at the mouth of the canyon indicated that downcutting had eliminated former downstream diversions for irrigation, but subsequent archival research has revealed that historic ditches later diverted water from Tahquitz Creek at points below the Lebacho-Tahquitz Ditch. Consequently, alignment of the Lebacho-Tahquitz Ditch probably relates more to tapping Tahquitz Creek where stream flow is more reliable rather than to an avoidance of gradient barriers produced by downcutting. In sum, Tahquitz Creek has incised into Young deposits since Cahuilla occupation of the fan, but much of this incision has been exaggerated by channelization efforts for flood control within the last 50 years; the exact timing and cause of the erosion are uncertain.

## CLIMATE
by Jerry Schaefer

The upper Coachella Valley where Tahquitz Canyon is located experiences the same extremes of heat and aridity that characterize the Colorado Desert in general. This is because the area lies at the base of the San Jacinto Mountains of the Peninsular Range where the rainshadow effect is most extreme. In a seasonal pattern described as "Mediterranean," most rainfall derives from Pacific storms between the months of October and April, with rainfall maximums produced from December though February. Moist air from westerly currents is pushed to higher and colder altitudes of the Peninsular Range where the greatest precipitation occurs. Only the largest storms manage to push over the mountains to the deserts. Large winter storms often leave dramatic snowpacks on Mount San Jacinto but minimal rainfall in Palm Springs, just a few horizontal miles to the east. The summer monsoonal patterns from the Gulf of Baja and Sonora produce some intermittent and localized thunderstorms, but little usable water from the brief and often violent cloudbursts. A 99 year precipitation record from 1888 to 1987 in Palm Springs shows an average precipitation of only 5.59 in, with only nine years where over 10 in fell (Index 143, Station 4S/4E-13PO1). The average precipitation in the "rainy season" months of December through February ranges from 1.08 to 1.13 in. The average rainfall in Indio is even lower at 3.26 in.

ACC0006548

Tahquitz Report



Figure II.6. H.J. Stevenson's (1887) map of Palm Springs Area

II-16

ACC0006549

Environmental Setting

## VEGETATION

The Tahquitz alluvial fan is located in a transitional vegetation zone with both coastal and desert floral elements. This accounts for the relatively high diversity of observed plants, mammals, and birds (LaPré 1980) (Tables II.4-II.7). It is situated within a Creosote Bush Scrub plant community (Munz 1974) with creosote bush, brittlebush, chuparosa, desert lavender, annual grasses, prickly pear cactus, and cholla dominating among the perennial plants. Significant elements of Desert Wash and Riparian communities are also present. Larger washes and overflow stream channels contain desert lavender, chuparosa and catclaw. Desert almond and mesquite occur in some of the larger sandy flats, adjoining Tahquitz Creek, especially at the mouth of the canyon near the largest rockshelter sites. Common ground-level perennial shrubs include mormon tea, burrobush, and krameria. Along the Tahquitz stream bed are sometimes densely covered areas of buckwheat, baccharis, wormwood, and white sage. Also present areoccasional in infrequent numbers of sycamore, desert willow, monkeyflower, and rare specimens of alder. Many of these species have specific known dietary, medicinal, or utilitarian uses for the Cahuilla (Bean and Saubel 1972) or may have been used by analogy with Great Basin tribes (Fowler 1986). These later riparian species may have been more common before the extensive creek downcutting of historic times. More native seed-producing grasses were probably growing in prehistoric times, but have been replaced by Old World introductions such as foxtail, bromegrass, beardgrass, and other weedy annuals. Several Old World species such as wild oat (*Avena barbata*) were integrated into the Ethnohistoric Cahuilla diet (Bean and Saubel 1972:46).

The rocky interfluves and open sandy areas of the debris cone also contain plants typical of Lower Sonoran scrub habitat such as creosote bush, brittle bush, chuparosa, and six species of cactus mixed with coastal species such as yerba santa and wild cucumber. Sand mat (*Euphorbia polycarpa*) is an abundant perennial ground cover in much of the area. Adding to the plant diversity are plants associated with higher elevations that have descended to the alluvial fan through the "washdown" effect. These include yucca (our Lord's candle), sugarbush, and wild onion (LaPré 1980:2).

## FAUNA

The diversity of mammals, reptiles, and birds on the alluvial fan reflects the conjoining of desert and coastal habitats (Grinnell and Swarth 1913; LaPré 1980). California tree frogs commonly occur in the creek, and three other amphibians have expected niches along the stream channel. Thirty reptile species have been observed or are known to inhabit comparable habitats (See Table II.5). Among others, the chuckwalla and desert iguana would have been important Cahuillla food resources. Desert tortoise probably also inhabited the alluvial fan in early times, although they are no longer present. Several tortoise sightings have been made on the alluvial fan of Andreas Canyon (Richard Milanovich, personal communications 1986). Tortoise archaeological remains were few at Tahquitz Canyon. A total of 45 native bird species have been observed or expected (See Table II.6). Seven raptor species with symbolic and ceremonial functions occur as visitors or nest at higher elevations in the general area. Numerous other species that occur as seasonal migrants or residents were valued as sources of food, eggs, feathers, and bone. Breeding territories have been documented on the alluvial fan for Bewick's Wren, Black-throated Sparrow, Blue-grey Gnatcatcher, Brown Towhee, Canyon Wren, Cactus Wren, Costa's Hummingbird, Gambel's Quail, House Finch, Mockingbird, Morning Dove, Painopepla, and Verdin (LaPré 1980). In addition, twenty-seven mammal species have been observed or are expected to occur (Table II.7). The most common are the ubiquitous desert cottontail and black-tailed jackrabbit. Common among the thirteen rodent species are the California and antelope ground squirrels, and desert pack rat. Many of these were important food sources. Carnivores include coyote, gray fox, and bobcat. Kit fox was probably also present on the sandy flats below the debris cone, but were not observed by LaPré because they have been displaced by urban development (Ryan 1968:108). They were represented in the archaeological record. Raccoons are known to descend from higher elevations down Tahquitz Canyon.

ACC0006550

Tahquitz Report

TABLE II.4
Flora of the Tahquitz Canyon Alluvial Fan

| Scientific Name | Common Name | Abundance |
|---|---|---|
| Perennials: | | |
| *Acacia greggii* | Catclaw | C |
| *Allium sp.* | Wild Onion | T |
| *Alnus rhombifolia* | Alder | T |
| *Ambrosia dumosa* | Burrobush | C |
| *Artemisia ludoviciana* | Wormwood | O |
| *Atriplex canescens* | Wingscale | O |
| *Baccharis emoryi* | Baccharis | O |
| *Bebbia juncea* | Sweetbush | O |
| *Belaperone californica* | Chuparosa | C |
| *Brandegia bigelovii* | Brandegia | C |
| *Brickellia desertorum* | Brickellia | O |
| *Chilopsis linearis* | Desert Willow | O |
| *Cryptantha racemosa* | Cryptantha | I |
| *Dalea schottii* | Indigobush | I |
| *Datura meteloides* | Jimsonweed | O |
| *Delphinium parryi* | Larkspur | I |
| *Ditaxis lanceolata* | Silver Bush | I |
| *Echinocereus engelmannii* | Hedgehog Cactus | O |
| *Encelia farinosa* | Brittlebush | A |
| *Ephedra californica* | Mormon Tea | C |
| *Eriodictyon crassifolium* | Yerba Santa | C |
| *Eriogonum fasciculatum* | Buckwheat | O |
| *Euphorbia polycarpa* | Sand Mat | A |
| *Hibiscus denudatus* | Desert Hibiscus | I |
| *Hymenoclea salsola* | Cheesebush | C |
| *Hyptis emoryi* | Desert Lavender | C |
| *Krameria gravi* | Krameria | C |
| *Larrea tridentata* | Creosotebush | A |
| *Lycium andersonii* | Desert Thorn | C |
| *Mammillaria tetrancistra* | Corkseed Cactus | T |
| *Marah macrocarpa* | Wild Cucumber | I |
| *Melilotus indica* | Sweet Clover | I |
| *Mimuius cardinalis* | Red Monkey Flower | O |
| *Mimulus guttatus* | Yellow Monkey Flower | O |
| *Mirabilis tenuiloba* | White Four O'Clock | O |
| *Nicotiana trigonophylla* | Desert Tobacco | O |
| *Notholaena parryi* | Cloak Fern | I |
| *Opuntia acanthocarpa* | Staghorn Cholla | O |
| *Opuntia basilaris* | Beavertail Cactus | T |

ACC0006551

Environmental Setting

## TABLE II.4
## Flora of the Tahquitz Canyon Alluvial Fan (Continued)

| | | |
|---|---|---|
| *Opuntia bigelovii* | Jumping Cholla | O |
| *Opuntia echinocarpa* | Silver Cholla | O |
| *Palafoxia linearis* | Spanish Needles | O |
| *Perityle emoryi* | Rock Daisy | O |
| *Phoradendron californicum* | Desert Mistletoe | O |
| *Platanus racemosa* | Sycamore | I |
| *Polypogon monspeliensis* | Beardgrass | A |
| *Prosopis glandulosa* | Mesquite | C |
| *Prunus fremontii* | Desert Apricot | C |
| *Salvia apiana* | White Sage | C |
| *Sarcostemma cynanchoides* | Climbing Milkweed | O |
| *Solanum douglasii* | Nightshade | I |
| *Sphaeralcea ambigua* | Apricot Mallow | I |
| *Stachys rigida* | Hedge Nettle | I |
| *Trixis californica* | Trixis | O |
| *Viguiera deltoidea* | Viguiera | O |
| *Yucca whipplei* | Our Lord's Candle | T |
| *Zauschneria californica* | California Fuchsia | I |

Annuals:

| | | |
|---|---|---|
| *Amsinckia tessellata* | Fiddleneck | I |
| *Aristida adscensionis* | Triple-awned Grass | I |
| *Avena barbata* | Wild Oats | O |
| *Bromus rubens* | Foxtail | A |
| *Bromus tectorum* | Bromegrass | O |
| *Camissonia* sp. | Evening Primrose | I |
| *Chorixanthe brevicornu* | Brittle Spineflower | T |
| *Crassula erecta* | Crassula | I |
| *Cryptantha intermedia* | Forget-Me-Not | O |
| *Cryptantha maritima* | White-haired F.M.N | O |
| *Erodium cicutarium* | Filaree | I |
| *Filago arizonica* | Filago | C |
| *Lotus hamatus* | Lotus | O |
| *Phacelia distans* | Phacelia | I |
| *Schismus barbatus* | Schismus | I |
| *Sisymbrium irio* | London Rocket | I |
| *Sonchus oleraceus* | Sow Thistle | I |

Key:
A=Abundant
C=Common
I=Infrequent
O=Occasional
T=Trace

(Source: LaPré 1980)

ACC0006552

NOTE

Tahquitz Report

## TABLE II.5
## Amphibians and Reptiles of the Tahquitz Canyon Alluvial Fan

| Scientific Name | Common Name | Presence |
|---|---|---|
| *Batrachoceps pacificus* | Pacific Slender Salamander | POS |
| *Hyla cadaverina* | California Tree Frog | OBS |
| *Rana muscosa* | Red-legged Frog | POS |
| *Bufo cognatus* | Great Plains Toad | POS |
| *Coleonyx variegatus* | Desert Banded Gecko | EXP |
| *Dipsosaurus dorsalis* | Desert Iguana | POS |
| *Sauromalus obesus* | Chuckawalla | REC |
| *Callisaurus draconoides* | Zebra-tailed Lizard | EXP |
| *Crotaphtus collaris* | Collared lizard | EXP |
| *Crotaphytus wislizenii* | Leopard Lizard | POS |
| *Sceloporus orcuttii* | Granite Spiny Lizard | REC |
| *Uta stansburiana* | Side-blotched Lizard | OBS |
| *Urosaurus graciosus* | Long-tailed Brush Lizard | POS |
| *Streptosaurus mearnsi* | Banded Rock Lizard | OBS |
| *Phrynosoma platyrhinos* | Desert Horned Lizard | EXP |
| *Xantusia henshawi* | Granite Night Lizard | POS |
| *Eumeces skiltonianus* | Western Skink | POS |
| *Cnemidophorus tigris* | Western Whiptail | OBS |
| *Leptotyphlops humilis* | Western Blind Snake | POS |
| *Lichaeneura trivirgata* | Rosy Boa | POS |
| *Phyllorhynchus decurtatus* | Spotted Lear-nosed Snake | REC |
| *Masticophis flagellum* | Coachwhip | EXP |
| *Arizona elegans* | Glossy Snake | POS |
| *Pituophis melanoleucus* | Gopher Snake | EXP |
| *Lampropeltis getulus* | King Snake | EXP |
| *Rhinocheilus lecontei* | Long-nosed Snake | EXP |
| *Thamnophis c. hammondi* | Two-striped Garter Snake | EXP |
| *Chionactis occipitalis* | West. Shovel-nosed Snake | REC |
| *Tantilla planiceps* | West. Black-headed Snake | EXP |
| *T. vandenburghi* | California Lyre Snake | REC |
| *Hypsiglena torquata* | Night Snake | EXP |
| *Crotalus ruber* | Red Rattlesnake | EXP |
| *Crotalus cerastes* | Sidewinder | POS |
| *Crotalus mitchelli* | Speckled Rattlesnake | EXP |

Key:
EXP=Expected based on habitat and nearby records
OBS=Observed by LaPré during field visits
POS=Possible but questionable based on habitat and field visits
REC=Known from site based on literature or museum records                    (Source: LaPré 1980)

ACC0006553

## TABLE II.6
### Birds of the Tahquitz Canyon Alluvial Fan

| | | |
|---|---|---|
| *Cathartes aura* | Turkey Vulture | EXP |
| *Accipiter cooperii* | Cooper's Hawk | OBS |
| *Buteo jamaicensis* | Red-tailed Hawk | OBS |
| *Aquila chrysaetos* | Golden Eagle | EXP |
| *Falco sparverius* | American Kestral | OBS |
| *Falco mexicanus* | Prairie Falcon | EXP |
| *Lophortyx gambelii* | Gambel's Quail | OBS |
| *Zenaida macroura* | Mourning Dove | OBS |
| *Columbina passerina* | Ground Dove | POS |
| *Geococcyx californianus* | Roadrunner | EXP |
| *Tyto alba* | Barn Owl | EXP |
| *Bubo virginianus* | Great Horned Owl | POS |
| *Phalaenoptilus nuttallii* | Poor-will | EXP |
| *Chordeiles acutipennis* | Lesser Nighthawk | EXP |
| *Aeronautes saxatilis* | White-throated Swift | OBS |
| *Chaetura vauxi* | Vaux'fi Swift | OBS |
| *Calypte costae* | Costa's Hummingbird | OBS |
| *Tyrannus verticalis* | Western Hummingbird | OBS |
| *Myiarchus cinerascens* | Ash-throated Flycatcher | OBS |
| *Sayornis saya* | Say's Phoebe | EXP |
| *Contopus sordidulus* | Western Wood Pewee | OBS |
| *Nuttallornis borealis* | Olive-sided Flycatcher | OBS |
| *Tachycineta thalassina* | Violet-green Swallow | OBS |
| *Corvux corax* | Raven | OBS |
| *Auriparus flaviceps* | Verdin | OBS |
| *Salpinctes obsoletus* | Rock Wren | OBS |
| *Thyromanes bewickii* | Bewick's Wren | OBS |
| *Catherpes mexicanus* | Canyon Wren | OBS |
| *Campylorhyncllus brunneicapillus* | Cactus Wren | OBS |
| *Mimus polyglottos* | Mockingbird | OBS |
| *Toxostoma redivivum* | LeConte's Thrasher | EXP |
| *Sialia mexicana* | Western Bluebird | OBS |
| *Polioptila caerulea* | Blue-grey Gnatcatcher | OBS |
| *Polioptila melanura* | Black-tailed Gnatcatcher | OBS |
| *Phainopepla nitens* | Phainopepla | OBS |
| *Lanius ludovicianus* | Loggerhead Shrike | OBS |
| *Sturnus vulgaris* | Starling | OBS |
| *Vireo gilvus* | Orange-crowned Warbler | OBS |
| *Vermivora celata* | Warbling Vireo | OBS |
| *Dendroica petechia* | Yellow Warbler | OBS |
| *Denclroica nigrescens* | Black-throated Gray Warbler | OBS |
| *Wilsonia pusilln* | Wilson's Warbler | OBS |

ACC0006554

Tahquitz Report

**TABLE II.6**
**Birds of the Tahquitz Canyon Alluvial Fan (Continued)**

| *Molothrus ater* | Brown-Headed Cowbird | OBS |
| *Pheucticus melanocephalus* | Black-headed Grosbeak | OBS |
| *Carpodacus mexicanus* | House Finch | OBS |
| *Spinus psaltria* | Lesser Goldfinch | OBS |
| *Pipilo fuscus* | Brown Towhee | OBS |
| *Amphispiza bilineata* | Black-throated Sparrow | OBS |

Key:
EXP=Expected based on habitat and nearby records
OBS=Observed by LaPré during field visits
POS=Possible but questionable based on habitat and field visits
REC=Known from site based on literature or museum records           (Source: LaPré 1980)

ACC0006555

Environmental Setting

### TABLE II.7
### Mammals of the Tahquitz Canyon Alluvial Fan

| | | |
|---|---|---|
| *Pipistrellus hesperus* | Western Pipistrelle, Canyon Bat | OBS |
| *Antrozous pallidus* | Pallid Bat | EXP |
| *Tadarida brasiliensis* | Mexican Free-tailed Bat | POS |
| *Tadarida femorosacca* | Pocketed Free-tailed Bat | EXP? |
| *Eptesicus fuscus* | Big Brown Bat | POS |
| *Dasypterus ega* | Yellow Bat | POS |
| *Lepus californicus* | Black-tailed Jackrabbit | OBS |
| *Sylvilagus auduboni* | Desert Cottontail | OBS |
| *Citellus beecheyi* | California Ground Squirrel | OBS |
| *Citellus leucurus* | Antelope Ground Squirrel | OBS |
| *Thomomys bottae* | Pocket Gopher | POS |
| *Perognathus longimembris* | Little Pocket Mouse | EXP |
| *Perognathus fonnosus* | Long-tailed Pocket Mouse | EXP |
| *Perognathus spinatus* | Spiny Pocket Mouse | OBS |
| *Perognathus rallax* | San Diego Pocket Mouse | EXP |
| *Dipodomys merriami* | Merriam Kangaroo Rat | OBS |
| *Peromyscus maniculatus* | Deer Mouse | OBS |
| *Peromyscus eremicus* | Cactus Mouse | OBS |
| *Peromyscus crinitus* | Canyon Mouse | POS |
| *Onychomys torridus* | Southern Grasshopper Mouse | POS |
| *Neotoma lepida* | Desert Pack Rat | OBS |
| *Canis latrans* | Coyote | EXP |
| *Urocyon cinereoargenteus* | Gray Fox | EXP |
| *Bassariscus astutus* | Ringtail | EXP |
| *Procyon lotor* | Raccoon | REC |
| *Mephitis mephitis* | Striped Skunk | POS |
| *Lynx rufus* | Bobcat | OBS |

Key:
EXP=Expected based on habitat and nearby records
OBS=Observed by LaPré during field visits
POS=Possible but questionable based on habitat and field visits
REC=Known from site based on literature or museum records          (Source: LaPré 1980)

ACC0006556

As for big game, mule deer now occur only at higher elevations above 3,500 feet, but bighorn sheep have a range between 800 and 4,000 feet and may on occasion descend to even lower elevations, especially when moving from one range to another (Ryan 1968:119; Simmons 1980). Although probably never common on the alluvial fan, large mammals were readily accessible to Cahuilla hunters (Bean 1972:57), as the faunal remains at Tahquitz Canyon clearly attest. Until the turn of the century, pronghorn antelope were also numerous in the flat open grasslands of the Coachella Valley and in San Gorgonio Pass (Jaeger 1961), and their remains were recovered in small number during the excavation.

## ENVIRONMENTAL CHANGE

Evidence of earlier environmental conditions is very limited. Pollen-bearing stratified deposits from caves or lake beds are not common in the Colorado Desert, as they are in the Great Basin, where most of the climatic reconstructions are based. Very recent data, however, indicate that the area was already approaching modern desert conditions by the beginning of the Holocene period and the advent of the earliest well-documented cultural remains (Thompson 1984).

Ernest Antevs first developed a tripartite model of environmental change in western North America (1948, 1952). This model was widely accepted by archaeologists, although there were a few objections (Jennings 1957). The past two decades of research in palynology and sedimentology, with chronological control provided by radiocarbon dating, have substantially modified Antevs' original formulation. Time depth has been expanded and Antev's middle Holocene climatic period, the Altithermal, has been reevaluated. This very dry/hot interval between 7,000 and 4,000 before present (B.P.), may be applicable only to the Northern Mohave and Great Basin, and not to the Southwest deserts where the summer monsoon patterns produced a less severe climatic regime (Aikens 1979; Mehringer 1977; Van Devender and Spaulding 1979). There is also greater awareness that minor fluctuations may have affected prehistoric populations, although these short-term shifts are difficult to document.

On the basis of current information, the climatic history of the area may be summarized as follows (Van Devender and Spaulding 1979):

Late Pleistocene (22,000 to 11,000 B.P.): cool and wet conditions supporting Pinyon-Juniper Woodlands, expansive deep lakes, and savannah grasslands at low elevations.

Early Holocene (10,000 to 8,000 B.P.): gradual warming and drying conditions resulting in the shrinking of lakes and replacement of woodlands by creosote-bursage scrub communities at lower elevations.

Middle to Late Holocene (8,000 B.P. to present): warm and dry conditions continue, dominated by summer monsoons in the desert Southwest and winter storms along the Pacific Coast. Lakes in low-lying basins completely dry up or become only short-term shallow bodies. Locally specific fluctuations in temperature and aridity produced ecological variations of no greater magnitude than known from historic records.

The most recent pollen and macrofloral studies near the project area strengthen this model of climatic change, although they indicate that arid climatic conditions and Lower Sonoran vegetation had already been established by the very beginning of the Holocene. Packrat (*Neotoma* spp.) middens from Picacho Peak in the southern Chocolate Mountains (Thompson 1984) and from low elevation sites along the lower Colorado and Gila rivers (Cole 1986; Shelley and Altshul 1989) have been radiocarbon dated between 10,500 and 8,000 B.P. They have been found to contain the full complement of creosote-bursage scrub species. The Picacho Peak middens also produced desert mouse bones (*Perognathus bailey*), which also indicate warm/dry conditions in the early Holocene. These data are additionally supported by a recent examination of Quaternary geomorphic surface in the Picacho Basin, California, just south of the project area (Waters 1984). Changing vegetation patterns due to climatic shifts can be traced indirectly by observing changes in the mode of sedimentation and stream channel action. These erosional processes are indicated by soil characteristics, surface morphology, and particle size. From such observations,

ACC0006557

Environmental Setting

Waters reconstructed a semi-arid climatic and vegetative pattern in the Late Pleistocene and earliest Holocene, followed by arid conditions throughout the Holocene.

Pollen records from upland areas of Arizona do indicate climatic shifts at 11,000 B.P. and 8,000 B.P. resulting in the ascension of pinyon-juniper and oak woodlands to higher elevations. Desert vegetative communities had already established themselves in the lowlands, however, and these changes had little effect on local human adaptations in the Colorado Desert (Thompson 1984). Even in the Late Pleistocene, there is evidence to suggest that a refugium of desert species survived in the southern Sonoran Desert, including the Lower Colorado River Valley (Cole 1986). Upper elevations of the Santa Rosa and San Jacinto Mountains, however, would have been affected.

Pollen studies from the Middle and Late Holocene period are few, but several dispute Antev's model of a warm/dry Altithermal, at least for the Sonoran Desert (Thompson 1984). In any case, it is clear that the prehistoric occupants of Tahquitz Canyon were confronted with climatic and vegetative conditions very similar to those of the present, particularly in the Late Archaic, Late Prehistoric, and Ethnohistoric periods. What cannot as yet be determined is the presence, or effect, of minor period climatic fluctuations of micro-environmental variability in the prehistoric period. White (1974), however, has assembled documentation of periodic droughts along the Colorado River in historic times and their effect on tribal warfare and territoriality.

The most important environmental change in the Late Holocene period of the Colorado Desert was the formation of ancient Lake Cahuilla. Approximately 1,200 years ago the Colorado River, in flood, broke through its natural deltaic cone above the Gulf of California and turned north into the Salton Trough. For the next 450 years, the river poured into what is now Imperial and Coachella valleys to produce a 184 km long, 54 km wide, and 96 m deep lake. An oasis-like lacustrine environment then developed around the shoreline, at about 12 m above mean sea level. A string of shoreline marshes and embayments ringed the lake, supporting habitats for shellfish, fish, waterfowl, cattail reeds, and other economically important resources for the local inhabitants (Wilke 1978). The lakeshore attracted people from the Colorado River, the Mohave Desert, and the Peninsular Range, and they all left their remains on the relic shoreline. There is also evidence that at least four major lacustrine intervals, lasting 100-250 years each and separated by very short or incomplete interlustrine periods in the Late Prehistoric period, affected human settlement patterns (Waters 1983). The Colorado River finally returned to its original course after a drought reduced the velocity of flow about 450 years ago (A.D. 1540). Evaporation caused the lake shoreline to gradually recede, drying up the littoral marshes and embayments. By about A.D. 1540-1700, the water became too saline to support much wildlife or had dried up entirely. Most of the native human population would have removed the lacustrine environment from their seasonal rounds to focus on other parts of their territories in the Peninsular Range and on the Colorado River, or established new settlements along springs, rivers, or walk-in wells in the Imperial and Coachella valleys. A fifth lacustrine interval may also have refilled the Salton Trough to a lower level in the early 17th century, temporarily bringing people back to fish and hunt along the lakeshore, but eventually they returned to their home territories in the Peninsular Range and on the Colorado River by A.D. 1700 (Schaefer 1986; Schaefer et al. 1987). The migration legend of the *sewahilem* lineage at Torres tells of being driven from their home by rising waters from the south. They moved north towards Palm Springs and settled at *kavinish* (Indian Wells) where the water did not reach and remained for some time until the waters began to recede. They followed the receding water to catch fish, and sometimes retreated as the waters periodically increased. Thus the *sewahilem* are descended from a father and one of his three sons who followed the receding shoreline until they reached *temalamnaka* where they came to live (Strong 1929:87). Preserved in Cahuilla oral history may be a record of both the final recession from the maximum lake levels and a later partial infilling.

The Cahuilla probably continued to make expedient use of successive overflows of the Colorado River into the Salton Trough that seasonally occurred throughout the 18th and 19th centuries (Sykes 1914:19, 1937:39, 43). Although of short duration and only filling the lower basin, such infillings may explain the occurrence of small fish camps at extremely low elevations (Schaefer, Bean, and Elling 1987) and of fish bone at possibly Ethnohistoric period deposits at Tahquitz Canyon.

ACC0006558

Seasonal fluctuations in rainfall may also have affected Cahuilla settlement and subsistence patterns at Tahquitz Canyon. Although direct rainfall rarely had any influence on the local environment, the amount of winter rainfall on the San Jacinto Mountains would have greatly affected the intensity and duration of flow down Tahquitz Canyon. As discussed above by Huckleberry, Patencio (1943:58) related how an extreme earthquake altered the regional hydrology. Tahquitz Creek had previously run year round, but, following the quake, only ran in the winter months as it does currently. Andreas Canyon Creek was transformed in reverse, now running year-round where previously it was a seasonal stream. The earthquake apparently affected the ability to irrigate the sandy mesquite flats and also caused many springs to dry out during periods of drought. Riparian species such as the important mesquite tree may also have been affected by seismically induced lowering of water tables. Similar alterations may have occurred throughout the Prehistoric and Ethnohistoric periods. If current hydrological conditions had also been present for periods in the past, then local availability of water from Tahquitz Creek would have been greatly affected by mountain runoff. Heavy snowpacks on Mount San Jacinto would have permitted longer duration and greater intensity of water flow. Overflow into side channels on the alluvial fan would have increased the ability of the Cahuilla to exploit water for irrigation and to maintain settlements on the eastern end of the fan. By summer time, the surface flow would begin to percolate through the stream bed at ever increasing elevations on the alluvial fan until the only surface water could be found within the Tahquitz Canyon proper. Light snowpacks would cause the western migration of surface water flow earlier in the summer and also the earlier movement of Cahuilla to habitation sites closer to the canyon mouth. Precipitation in higher elevations would have affected yields of acorns, pinyon nuts, agave, and other seasonally important staples. Coastal southern California rainfall patterns may therefore have had a significant influence on Cahuilla settlement and subsistence patterns although water was probably always available at one location or another. Periods of severe or extreme drought were frequent and often sustained throughout the Spanish Period, including the years 1777, 1782, 1788, 1794-1795, 1803, 1807, 1809, 1820, 1823, and 1829 (Rowntree 1985). Drought cycles also continued through the Mexican and American periods.

ACC0006559

# III. PREHISTORIC CULTURAL SETTING

by Jerry Schaefer

The sequence of archaeologically identified cultures in the Coachella Valley is generally recognized as conforming to the cultural chronology of the Colorado Desert, given the common low desert, and access to the Colorado River area. Some elements of Mohave Desert cultural chronology are also applicable to the interpretation of Palm Springs archaeology, given the proximity to the transitional and high desert areas to the north. Specific interpretations of chronology and cultural patterns differ among researchers. The range of approaches may be found in the writings of Rogers (1939, 1945, 1958, 1966), Weide and Barker (1974), Crabtree (1981), McGuire and Schiffer (1982), Wilke (1976), and most recently by Warren (1984), although no synthesis currently exists for the Palm Springs area. This lack of detail is the obvious result of too few excavation projects. Despite these shortcomings, a broad culture history may be presented that will put the archaeology of Tahquitz Canyon into a culture historical perspective, and provide a chronological model that will surely be modified and refined as a result of future studies.

Five successive aboriginal periods may be defined for the area: 1) Early Man; 2) Paleoindian; 3) Archaic; 4) Late Prehistoric; and 5) Ethnohistoric Cahuilla. Each period will be discussed to the degree that it is expected to be represented in the archaeological record. The earliest component of the Tahquitz Canyon assemblage is late Archaic, represented by a single rockshelter site and occasional shell beads found in later period sites. All of the sites on the alluvial fan date to the Late Prehistoric and Ethnohistoric periods.

## EARLY MAN PERIOD

The Early Man period is represented by a complex of archaeological material hypothesized to date from 12,000 to 50,000 years B.P. (Begole 1973, 1976; Davis, Brown and Nichols 1980; Hayden 1976). The term "Malpais" was originally used by Malcolm Rogers (1939, 1966) for ancient looking cleared circles, tools and rock alignments that he later classified as San Dieguito I. The term continued to be applied to heavily varnished choppers and scrapers found on desert pavements on the Colorado, Mohave, and Sonoran deserts that were thought to pre-date the San Dieguito Pattern or Paleoindian period of projectile point makers. Although few would refute that most of the artifacts are culturally derived, dating methods remain extremely subjective and have been assailed on numerous grounds (Taylor et al. 1985; McGuire 1982:160-164). Arguments for Early Man in the Colorado Desert are further eroded by the redating of the "Yuha Man". Originally dated to over 20,000 B.P. on the basis of radiocarbon analysis of caliche deposits, more reliable dates based on accelerated radiocarbon analysis of actual bone fragments now place the burial at less than 4,000 years B.P. (Stafford et al. 1984; Taylor et al. 1985). Recent recalibration of all the coastal burials originally given very old dates by aspartic acid racimization further erodes the Early Man argument. None of these burials are now dated to more than 8,000 years B.P. (Bada 1985).

ACC0006560

## PALEOINDIAN PERIOD

Most of the aceramic lithic assemblages, rock features, and cleared circles in the Colorado Desert have been assigned to the San Dieguito cultural pattern, Phase III (Rogers 1966). Indeed, most of the sites in the entire Colorado Desert are assumed to be San Dieguito, dating between 7,000 and 12,000 years B.P. Malcolm Rogers first defined the San Dieguito complex on the basis of surface surveys in the Colorado and Sonoran deserts, but later refined his constructs with excavated material from the C.W. Harris site, a few kilometers from the Pacific Coast up the San Dieguito River (Rogers 1929, 1939, 1966). Rogers saw phases of the San Dieguito complex in the Central Aspect, that is, the area of the Colorado and Mohave deserts and the western Great Basin. Each phase is characterized by the accretion of new, more sophisticated tool types on the already existing tool kit.

San Dieguito complex lithic technology is based on primary and secondary percussion flaking of cores and flakes. San Dieguito I and II phase tools include bifacial and unifacially reduced choppers and chopping tools, concave-edged scrapers (spokeshaves), bilateral-notched pebbles, and scraper planes. Appearing in the San Dieguito phase (III ?) are finely-made blades, smaller bifacial points, and a larger variety of scraper and chopper types. The San Dieguito III phase tool kit is appreciably more diverse with the introduction of fine pressure-flaking. Tools include pressure-flaked blades, leaf-shaped projectile points, scraper planes, plano-convex scrapers, crescentics (amulets) and elongated bifacial knives (Rogers 1939, 1958, 1966; Warren and True 1961; Warren 1967). Various attempts have been made to seriate cleared circles into phases, but a convincing chronological scheme has yet to emerge.

Because of the surficial nature of desert sites and the lack of chronological indicators, no one has substantiated the validity of Rogers' phase designations as chronologically successive changes in the tool kit of a long-lived culture. Subsequent excavations at Rogers' C. W. Harris site failed to confirm his original observation of a stratigraphic separation of Phase II and Phase III assemblages (Warren 1967:171-172). Indeed, all phase distinctions may be due to economic specialization at specific site loci, or even to sampling error, whereby later phase diagnostic artifact types are not represented in a specific archaeological collection. Rogers (1966:39) also identified different settlement patterns for each phase, but as Vaughan (1982:6-11) has argued, these distinctions are poorly defined and inconsistently applied.

No phase distinctions will be made for the San Dieguito in this report. It will be considered, rather, as a single archaeological and cultural entity with considerable time depth. Any consideration of inter-assemblage variability will be the subject of empirical study, but no *de facto* assumptions of temporal phases will, or should, be made here. The San Dieguito pattern, as defined by the known complex and site associations, is a hunter-gatherer adaptation based on small mobile bands exploiting small and large game and collecting seasonally available wild plants. The absence of ground stone from the complex has been seen as reflecting a lack of hard nuts and seeds in the diet, and as a cultural marker separating the San Dieguito pattern from the later Desert Culture (Rogers 1966; Warren 1967; Moratto 1984). Portable manos and metates are now being increasingly recognized at coastal sites radiocarbon dated in excess of 8,000 B.P., and in association with late San Dieguito complex assemblages (Kaldenberg 1976; Bull 1984). In regards to the Colorado Desert, Pendleton (1984:68-74) remarks that most ethnographically documented pounding equipment for processing hard seeds and wild mesquite and screw beans were made out of wood, and do not preserve in the archaeological record.

Settlement patterns also indicate some basic elements of the San Dieguito Pattern. Sites are characteristically located on any flat area, but the largest aggregations occur on mesas and terraces overlooking the larger washes. Where lakes were present, particularly in the Mohave Desert, sites are located around the edges. These are areas where a variety of plant and animal resources could be located and where water would at least be seasonally available. It may be assumed that at the beginning of the Holocene period these areas were somewhat more suitable for habitation, although the climatic evidence reviewed above suggests that the early San Dieguito inhabitants in the Colorado Desert already had to adapt to arid conditions.

III-2

ACC0006561

## ARCHAIC PERIOD

On the basis of the rather confusing intimal formulations by Rogers (1939), earlier researchers in the Colorado Desert distinguished two chronologically distinct complexes that date to the Archaic period (see Warren 1984: 351-356). The Pinto-Gypsum complex, dating between 7,000 and 4,000 years B.P., and the Amargosa complex, dating between 4,000 and 1,000 years B.P., were considered regional manifestations of the Desert Culture that enveloped the Great Basin and California deserts. They represent regional specializations of a diversified hunting and gathering tradition. Most of the tool types are similar to the San Dieguito, but there are notched and large-stemmed projectile points and more frequently occurring manos and metates that identify these later sites. These complexes are not well represented in the Colorado Desert. There may be too few diagnostics with which to distinguish these sites from earlier and later patterns, or, as suggested, periodic droughts interspersed by brief flooding of the Salton Trough may have discouraged any long term use of the area (Crabtree 1981:40-41). What sites may have existed have probably been buried under many meters of lacustral deposits in the lower desert. Lack of Archaic or earlier period sites at Tahquitz Canyon, and comparable topographic areas along the base of the Peninsular Range may also be due to periodic debris flows that obliterated all but the later period sites. The one preserved Archaic component at Tahquitz Canyon was indeed found in a stable shelter area of bedrock that would have been sheltered from cataclysmic floods on the alluvial fan.

In any case, it appears that the Desert Culture provided the technological basis and subsistence practices that later developed into the cultural pattern of the Late Prehistoric period. At best, the only site with non-ceramic Desert Culture assemblages stratigraphically below, but somewhat mixed with, the Late Prehistoric ceramic assemblage is Indian Hill Rockshelter, located in a comparable environmental zone at the base of the Peninsular Range in Anza-Borrego State Park (Wallace et al. 1962; Wilke et al. 1986; McDonald 1992). Recent investigations provide important comparative data for the limited Archaic assemblage at Tahquitz Canyon. The original excavators interpreted the large eared corner-notched and leaf-shaped points as belonging to the Pinto Pattern. Warren (1984:404, 408), however, remarks that they could also be Elko-eared points associated with the same array of knives, scrapers, cobble and core hammers, choppers, manos, metates, and bone awls that characterize the Amargosa I assemblage of the Mohave Desert.

## LATE PREHISTORIC PERIOD

The Late Prehistoric Period is marked by the introduction of new artifact types and technological innovations to the Amargosan pattern about 1,200 years ago. The complex of traits and cultural associations are defined as the "Patayan pattern" on the lower Colorado River and Colorado Desert areas, extending into the Sonoran Desert region of southwestern Arizona (McGuire and Schiffer 1923). This term has generally superseded Rogers's "Yuman" nomenclature, as well as the overreaching "Hakataya" terminology of Schroeder (1979), so as to avoid ascribing a material culture assemblage to a particular linguistic group. There is still a general assumption that ethnographically documented Yuman speakers are the descendants of the producers of the prehistoric Patayan pattern. The term also applies to the regional ceramic sequence (Waters 1982a). The transition between the Archaic and Late Prehistoric periods is not well understood, nor are the cultural transformations that accompanied the migration of Takic (Shoshonean) speaking ancestors of the Cahuilla into the Colorado Desert. Kroeber (1925:578-579) speculated that Takic speakers who were related to the larger Uto-Aztecan language group from the southern Great Basin reached the California coast by at least 1,000-1,500 years B.P., at which time they displaced Hokan speaking groups. This created the so-called "Shoshonean Wedge" with ancestors of the Yumans (Kumeyaay) to the south and the Chumash to the north. Laylander (1985:51) put the date closer to 2,000 years B.P., before the beginning of the southward movement. Using the differences between Chumash and Yuman language to date this intrusion is difficult because we do not know what the linguistic geography of southern California was like before the displacement by Takic speakers. Several

ACC0006562

models have been proposed that generally focus on a linguistic continuum from north to south that existed before the intrusion (Laylander 1985) . Pre-"wedge" Chumash and Yuman language differences would therefore have already been substantial and they would have grown even more distinct after the Takic intrusion.

Archaeological evidence provides no clearer identification or date of Takic migration or of the first foundations of Cahuilla settlement in the upper Coachella Valley. Rogers (1939, 1945) attempted to identify some square based Desert Side-notched and elongated triangular points as specifically "Paiute-Shoshone," but never proceeded to explicitly associate specific artifact types with linguistic or ethnic groups (Warren 1984:356). True's (1966) efforts to distinguish late Prehistoric Shoshonean and Yuman assemblages also met with inconclusive results. The fact of the matter is that the estimated time period for the dispersion of Takic speakers into southern and coastal California was also a time of major changes in material culture and technology that cross-cut ethnic and linguistic boundaries. It is therefore difficult to distinguish traits that might indicate the arrival of Takic speakers from traits related to cross-tribal technological changes and influences. Either occurring before, or contemporary with, the Takic migration was the introduction of new projectile point types associated with the development of the bow and arrow. These points predate the introduction of pottery and mark a pre-ceramic phase in the expansion of the Amargosa assemblage at about 1600 years B.P. (Yohe 1992). A larger, elongated corner-notched point was first developed (Rose Spring Point) to the north in the Mohave desert but did not occur at Indian Hill Rockshelter to the south (McDonald 1992:335). Smaller Cottonwood Triangular and Desert Side-notched points first appeared in the southern deserts before 1200 B.P. Stratigraphic excavations at Indian Hill Rockshelter indicate the smaller points appeared prior to the introduction of ceramics at about 1200 years B.P. (McDonald 1992:325). It was within this time frame that the Takic intrusion is thought to have occurred. Until more Late Archaic-Early Late Prehistoric sites are discovered and examined, the conditions and chronology of early Cahuilla settlement in the Coachella Valley will be more productively investigated from oral traditions rather than archaeology.

The prehistoric ancestors of the Cahuilla were heavily influenced by the Patayan cultural pattern of the lower Colorado River area just prior to, or contemporary with, their arrival in the Coachella Valley. They so completely embraced the material culture of the Patayan pattern that most "Cahuilla" assemblages are difficult, if not impossible, to distinguish from "Yuman" assemblages. It is in the non-material aspects of Cahuilla culture that their culture is most clearly distinguished from Yuman groups. Thus, although the Patayan cultural construct was developed to understand the prehistoric antecedents of presumably Yuman speakers, it is equally appropriate for the Late Prehistoric ancestors of the Cahuilla. This is particularly so for the study of chronology, human ecology, ceramics analysis, and other non-perishable material culture. In addition to small projectile points already mentioned, Patayan artifact types include ceramics (Tizon Brown ware from the Peninsular Range, Colorado Buff wares from the Colorado River and Lower Sonoran zone of the eastern Peninsular Range foothills, and Salton Buff from the Lake Cahuilla shoreline). Techniques of flood plain agriculture were also introduced to the Patayan along the Colorado River at the same time as pottery. Burial practices changed from extended inhumations to cremated remains buried in ceramic vessels. All of these new traits are typical of the Hohokam culture from southern Arizona via the inhabitants of the Gila River. From initial developments on the Colorado River, the cultural complex spread west to the Colorado desert, Peninsular range, and Coastal plain. Only agriculture remains a problematical trait in regards to its spread beyond the Colorado and Imperial Valley to the Coachella Valley in Late Prehistoric times.

The Patayan pattern is typified by several settlement and subsistence patterns. Along the Colorado River, dispersed seasonal settlements were composed of jacale structures, semi-subterranean pit houses, and simple ramadas, or brush huts, depending on the season and types of settlement. Larger rancherias would disperse to upper terraces of the Colorado River and to special collection areas during the flood phase of the Colorado River, returning to the lower terraces for planting and harvesting. At the eastern base of the Peninsular range the settlement pattern is typified by dispersed rancherias of village communities by the mouths of canyons supporting perennial streams, or at the base of alluvial fans near springs, or where wells could be dug. In addition to major base camps or village sites, smaller temporary

ACC0006563

Prehistoric Cultural Setting

camps and specialized sites can be found in all of the micro-environmental zones that were exploited in seasonal cycles of resource utilization. Sites range from milling stations and pot drops along trails, to chipping stations and camps containing bone, shell, ceramics, flaked stones, milling stone, beads, and other occupational debris.

Three phases of the Patayan pattern can be identified in addition to the pre-ceramic phase. They are defined by changes in pottery frequencies and most importantly, by cultural and demographic effects of the infilling and subsequent desiccation of Lake Cahuilla. The Patayan I phase began about 1200 years ago with the introduction of pottery. It appears to be confined to the Colorado River, and the artifact complex in this phase bears closest similarity to the Hohokam (Warren 1984; Waters 1982a). The Patayan II phase began about 950 years ago and is contemporary with the infilling of Lake Cahuilla. By the time the lake was formed, people on both sides of Lake Cahuilla were producing pottery. Attracted by the new lacustrine environment, they established temporary camps at favorable micro-environments along the shore. New ceramic types reflect pottery production from residual non-marine clay deposits along the shore, and technological changes along the Colorado River. The final Patayan III phase began approximately 500 years ago with the final recession of Lake Cahuilla. This phase continued into the Ethnohistoric period, ending in the late nineteenth century when Euro-American incursions disrupted the traditional culture. New pottery types reflect changes in settlement patterns, and, as with the repeated interlacustrine intervals of the Patayan II period, communication between the Colorado River and Peninsular Range tribes would have intensified as people dispersed to the base territories, and the Imperial and Coachella valleys dried up, facilitating long distance travel.

ACC0006564

ACC0006565

# IV. RESEARCH ORIENTATION

A special emphasis on an integrated anthropological approach that includes archaeological ethnographic, and ethnohistoric research has been intended and planned from the very beginning of the Tahquitz Project. This emphasis reflects the long-held belief of the principal investigators that information derived from each approach is essential to an understanding of the historical record, and that information derived from the archaeological record can add to, correct, and illuminate what is known from ethnographic and historical sources, and that the others can provide extraordinary data not available from the archaeological record. The fact that the project pertains to the ancestral home of many members of the Agua Caliente Band of Cahuilla Indians, which owned the site and insisted that there be strong ethnographic and ethnohistoric components in the study, made the emphasis a requirement.

It is, unfortunately, easier to intend an integrated approach than to accomplish it. The archaeologist and the ethnographer/ethnohistorian cannot, for the most part, work side by side—although in this case the ethnographers were in Palm Springs during the archaeological field work to discuss one another's findings, and to search the literature or talk to Cahuilla elders when the archaeological findings were puzzling. None of us will ever forget the day the figurines were discovered by the archaeologists, or the subsequent day when Cahuilla elders discussed with the ethnographers the meaning of the figurines. We spent most of our time, however, on quite different endeavors, and most of the information we gathered had to be analyzed before we could share it. Later we wrote our reports independently, consulting each other intermittently. Most of the integrating has had to come at the end, now that the archaeological specialists have made their reports about where the beads and projectile points and faunal remains were most dense, and now that the ethnographers have narratives to share. It is primarily in the chapter on conclusions that the disciplines come together to enrich each other. This is where the written record, the archaeological site, and what is known by present-day Cahuillas illuminate what we know about Cahuilla culture, including material culture; and Cahuilla history, including prehistory. This is true even though the archaeological parts of the report are graced with information from ethnography and ethnohistory, and the ethnography and ethnohistory are graced with information from archaeology.

We have organized this report somewhat differently than reports in which ethnography is an incidental part of a CRM report. For one thing, because of the Tahquitz Project's unique significance, we have used as a "Foreword" a paper by Thomas F. King that describes and explains that significance, and in this fourth chapter, we present, first, a review of the archaeological literature; secondly, a review of the ethnographic and ethnohistorical literature; then, the research design, for the most part archaeological; and finally, ethnographic/ethnohistoric theory and method. As yet another departure from the usual, references in the archaeological parts of the report are cited in the style of *American Antiquity*, with which archaeologists are familiar; and references in Chapter V on ethnography and ethnohistory are cited in the style of the *American Anthropologist*, with which ethnographers are familiar. The references, accordingly, are presented in two sections: "References Cited—Archaeology," and "References Cited—Ethnography and Ethnohistory."

## ARCHAEOLOGY

**Review of Previous Studies**

Archaeological remains were first officially recorded at Tahquitz Canyon by Don Admiral on January 10, 1950, on the basis of an article in the *Banning Herald* (7 July 1938), and observations of charred cremation remains in the area of the historically documented cemeteries of what was later designated as Locus D. The Archaeological Site Survey Record designated this area as CA-RIV-45. Impelled by the proposed Army Corps of Engineers flood control project, Thomas F. King filed another record on November 14, 1971 that identified extensive rockshelter and midden deposits in the 100 x 45 m long proposed debris basin area in the vicinity of Loci E-J. This area was given the trinomial CA-RIV-515. King also updated the site record from CA-RIV-45. As part of this same preservation effort Anthony Andreas and King (1972) prepared and filed the National Register of Historic Places Inventory-Nomination Form for Tahquitz Canyon.

Continuing the endeavor by the Agua Caliente Band of Cahuilla Indians, King arranged for Jefferson and Hammond (1972) to conduct the first systematic survey of the Tahquitz Canyon project area from July 10-14, 1972. They documented an even larger complex of 36 discrete areas (labelled TC-1-36) that extended over a broad area of upper and lower terraces and encompassing approximately 55 acres. The survey team meticulously recorded all surface features and artifacts on a 1 in. to 40 ft. scale base map provided by the Army Corps of Engineers. The map shows over 33 "house depressions" in six clusters, many of which are associated with ashy midden deposits in areas later designated Loci A and B. Twelve rockshelters were recorded, most of them in the area of Echo Cliffs on the south side of the alluvial fan and near the mouth of Tahquitz Canyon, later to be designated Loci I and J. Several were associated with pictographs. They also recorded what appeared to be a historic water canal system on the north side of the fan that was associated with ashy midden and rectilinear stone alignments. This area came to be known as Locus C. Jefferson and Hammond also recorded numerous milling features across the alluvial fan. A small surface collection of diagnostic artifacts was made by the survey team and these are now curated at the Agua Caliente Band of Cahuilla Indians Cultural Museum.

Subsurface testing of selected areas constituted the second phase of studies conducted by King for the Agua Caliente Band of Cahuilla Indians (King 1972a, 1972b; Wilke, King, and Hammond 1973, 1975). Three areas were tested, with the dual goal of addressing the Army Corps of Engineers assertion of disastrous 300 year floods and of salvaging areas of immediate damage from the Corps' water percolation test trenches and road cuts that had already disturbed several archaeological deposits. Two areas within TC-27 were examined on low interfluves that lie just above the present stream channel, in an area designated Locus F for the data recovery project. TC-27N was a thin midden deposit that covered a large area and in which were discovered a hearth, a compacted living surface, and possible evidence of a structure in what may have been a residential base camp. TC-27S was located about 30 m to the south. Here an earth oven was excavated. Radiocarbon samples from the hearth and from a burned log found under the living surface in TC-27N provided respective dates of 245±50 years B.P. and 280±70 years B.P. Tree-ring calibration of these dates using the intercepts of Struiver and Becker (1986) yielded ages within one sigma of A.D. 1652 (A.D. 1637-1688) and A.D. 1642 (A.D. 1506-1663). Beads found in the fill above the hearth and living surface indicated a later occupation at about A.D. 1815-1834. This might conform to the date obtained from the hearth at TC-27N of 115±80 radiocarbon years B.P. that dendrocalibrated to A.D. 1804-1899. Thus, a Late Prehistoric component appeared buried under an Ethnohistoric component. These were the important dates that the Agua Caliente Band of Cahuilla Indians used to argue that no flood large enough to have washed away these occupation areas could have occurred in over 300 years and that the proposed project was inappropriate in scale. The subsequent flood control basin design was reduced to the point that Locus F was no longer in a direct impact area. As no indirect impacts were expected from the project, this area underwent no further testing or data recovery (Bean et al. 1988:135). This was a unique example of how archaeological data can have a large impact on the course of public policy making.

ACC0006567

Research Orientation

Wilke, King and Hammond (1973, 1975) also analyzed the floral remains recovered by flotation. Carbonized seeds of *Dicoria canescens, Sesuvium sessile,* (lowland purslane) *Chenopodium* sp. (lamb's quarter or pigweed), and *Lupinus* sp. (lupine) were identified. The first two were not previously known from Cahuilla ethnobotanical sources. *Dicoria*, an abundant plant in open sandy areas of the Coachella Valley, was especially interesting to Wilke because he recovered large numbers of seeds from coprolites and midden at Myoma Dunes on the northern relic shore line of Lake Cahuilla. *Dicoria* is one of the few plants that produces harvestable seeds in winter, and Wilke used their presence at Myoma Dunes, among other evidence, to infer a year-round, sedentary occupation of the Lake Cahuilla shoreline (Wilke 1978:77). Seeds were also identified from a historic period basket cache in the Last Chance Mountains, west of the northern end of Death Valley. The Tahquitz Canyon finds thus represented the first of a series of discoveries that identify *Dicoria* as an important winter food source (Wilke, Dedecker, and Dawson 1979).

Faunal remains were similar to the species representation of the data recovery project, with lagomorphs predominating. A larger number of artiodactylid skull and tooth fragments than expected indicated either specific butchering techniques or sample error due to the small sample size (Wilke, King and Hammond 1975:63).

King also tested the disturbed rockshelter at TC-37 with two 1 x 1 m units. This area was later designated Locus G, Feature 1 during the testing phase of the data recovery program. Two additional units were excavated on either side of the huge Army Corp of Engineers' percolation test trench that bisected the large midden (Bean et al. 1988:135-139). Also reported below by McCarthy is the previously unreported faint pictograph panel at Locus G. This area is also outside the direct impact zone of the flood control project and no further excavation was therefore undertaken.

With an emphasis on chronology and ecology, these early studies focused on evidence of prehistoric diet and changes in settlement after the final recession of Lake Cahuilla. They also included the first ethnohistoric synthesis of Tahquitz Canyon with a specific examination of the origins of agriculture and irrigation. These were accomplished with considerable competence, given the small scale of the initial testing program. Ceramics, lithics, and other artifact categories were not addressed until the present project.

With the revival of plans for a scaled-down flood control project by RCFCWCD, Wilke and Swenson (1981a) prepared a data recovery plan in which Jefferson and Hammond's 36 archaeological areas were grouped into ten loci (A-J). These represented spatial clusters of previously recorded archaeological features and artifact scatters; not necessarily culturally discrete activity areas. Previous commitments prevented Wilke from continuing with the project and CSRI assumed responsibilities under the direction of Lowell J. Bean and Sylvia Vane, with Jerry Schaefer as Project Archaeologist. Ron Corbyn at the National Park Service, Western Region, Interagency Archaeological Services Branch, served as primary reviewer. A new testing and data recovery research design was developed that emphasized multi-disciplinary studies and integrated ethnographic, ethnohistoric, and archaeological data (Bean et al. 1986). Field inspections verified the applicability for data management purposes of the ten loci defined by Wilke and Swenson. The earliest official site trinomial of CA-RIV-45, originally assigned to the cemetery areas in Locus D, was also extended to the entire site complex, subsuming the other number (CA-RIV-515) that was assigned to the debris basin. As the testing and data recovery project proceeded, new locus designations were defined as they were discovered on the alluvial fan (Loci K-M), and spatially discrete activity areas or contiguous areas of archaeological investigations within each locus were defined with feature designations.

A six week testing program at Tahquitz Canyon confirmed expectations for the importance of this site for understanding the culture history, ecology, and patterns of change among the *Kauisiktum* lineage of Cahuilla. Between April 18 and May 27, 1988, an extensive program of surface collection, shovel testing, and unit excavation revealed the aerial extent, depth, functional variability, and chronological range of archaeological remains. Interrelated studies included recording ground stone features, documentation of pictographs, geomorphology analysis, and examination of irrigation technology. The preliminary results and conclusions from the testing program (CSRI 1988) included radiocarbon analysis,

ACC0006568

shell beads, lithics, ceramics, faunal remains, bone tools, flotation, pollen, ground stone, geomorphology, and rock art. The report also provided recommendations for the subsequent data recovery phase.

Test phase results clarified the interpretations of surface features by Jefferson and Hammond (1972). Excavations revealed that all of the circular features that were interpreted as possible "house rings" were in fact remnant stream channels that had filled with natural alluvium, cultural midden, or a combination of the two. Many indeed contained subsurface deposits, but no house floors, post moulds, or other structural features were preserved. Most of the circular patterns appeared to result from natural depositional processes in boulder strewn channels. Several structures were subsequently found in other areas, and surface rock alignments often proved to be from structures. A second major discovery was that the majority of "rockshelters" in Locus I and J along Echo Cliffs, although appearing to potentially provide adequate shelter, contained no subsurface deposits or only minimal artifacts.

Additional projects have been undertaken on the Tahquitz Canyon alluvial fan since the flood control data recovery project. A 1.8 acre parcel at the southwest corner of the intersection of Tahquitz Creek and Palm Canyon Drive was surveyed and tested for the Boo Bear Restaurant (Schaefer et al. 1989). This area in the southwest quarter of Section 23 is at the extreme eastern boundary of the youngest alluvial fan segment in what was defined as Locus D during the data recovery project. The area lies east of the two ethnohistorically documented cemetery areas of Locus D. A surface survey and shovel test program resulted in the discovery of a specialized food preparation area. A heavily burned cobble base of a roasting or baking pit was excavated. The only associated artifacts were sherds of Tumco Buff, Topoc Buff, Colorado Buff, and Tizon Brown types. Three additional sherds were recovered during the monitoring phase in October. This find represented one of the few occurrences of a specialized activity area on the Tahquitz Canyon alluvial fan that was not associated with more substantial midden deposits. Although no radiocarbon date was obtained, ceramics indicated a Late Prehistoric or Ethnohistoric period date.

CSRI (1989) also undertook a survey and testing program for the Desert Water Agency at the site of a proposed five million gallon water storage tank at the mouth of Fern Canyon, and adjacent to the existing water tank. A 5,300 m$^2$ area would be effected by cut and fill grading activities. The area was designated as Locus N and integrated into the flood control project data recovery results. The survey team recorded four bedrock milling stations and two potential rockshelter sites. They subsequently excavated 82 shovel test pits at these locations and anywhere alluvial deposition was noted. Five 1 m$^2$ test units were also placed at one of the rockshelter localities. The rockshelter produced a hearth feature, two obsidian flakes, and four Tumco Buff potsherds. All other tests, including the second suspected rockshelter locality, were negative or produced only recent historic remains. A monitoring construction phase also resulted in no new archaeological finds. These tests thus indicated that the extreme northeastern end of the Tahquitz Canyon alluvial fan below Fern Canyon was used only for limited specialized processing activities and not for sustained habitation.

Several other major surveys and a small amount of testing and data recovery have been undertaken in the Palm Springs area around Tahquitz Canyon. The largest previous survey was conducted by CSRI (1983) at Andreas and Murray canyons. This included a detailed inventory of cultural resources and a major ethnohistory of the *Paniktum* lineage. This system of alluvial fans contains cultural resources comparable to those of Tahquitz Canyon, including midden deposits, habitation sites, rock art (Hedges 1989), and an irrigation ditch that leads to the still preserved ethnohistoric village of Rincon; also a National Register property. A few prehistoric remains, and a large historic site associated with 20th century Cahuilla history, have also been recorded at the mouth of Eagle Canyon to the north (Bean et al. 1991). A survey of Chino Canyon revealed a much less intense occupation outside the area of the warm springs at the top of the alluvial fan. Most of the archaeological deposits appear to have been washed away in historic floods. Several midden deposits, however, were located, including what appears to be a burnt pit house (Bean et al. 1992).

IV-4

ACC0006569

Research Orientation

## Research Design

Implementation of the research design in the field required a two phase approach of preliminary data collection, analysis of extant data, and testing, followed by more intensive data recovery, analysis, and conclusions. This phased system served to identify those archaeological and ethnographic contexts where data most directly applicable to specific research questions could be found. Archaeological testing also permitted the inventory of archaeological contexts by functional associations and dates to select a representative sample from which to test research hypotheses with archaeological and ethnographic resources. Such productive contexts included living surfaces, features, and midden deposits. Representative sampling included as wide a temporal range of deposits as possible to trace changes in human behavior over time. Deposits that trace the periods before, during, and following the successive fillings of Lake Cahuilla were considered particularly important, as were deposits tracing the period of Euro-American influence. Such contexts, defined during the testing phase, were the focus of more concerted efforts of surface exposure and deep sounding to maximize data output and address specific research hypotheses. Bioturbation of deposits and technical problems of deriving absolute dates sometimes made it difficult to make some of the finer temporal discriminations, but the formulation of an explicit set of research questions and data needed maximized whatever research opportunities the data recovery program would allow.

**Research Questions.** Specific research questions were developed from model building in the study of hunter-gatherer settlement and subsistence (Binford 1980) and its application to Colorado Desert cultures (Thomas 1983; Pendleton 1984; Shackley 1984; Gallegos 1980; Wilke 1978; Weide 1974). This research design also drew on the work of Bean (1972), Bean and Saubel (1972), King (1972a,b), LaPré (1980), Wilke and King (1973), Wilke, King, and Hammond (1975), Wilke and Swenson (1981a), and others, as well as an earlier research design prepared by Wilke and Swenson (1981b). The broad research questions, like those of the original research design, are based on the widely understood basic questions of western Colorado Desert hunter-gatherer culture history and cultural change. They result from the research of Strong (1929), Barrows (1900), Wilke (1976, 1978), the Archaeological Research Unit of the University of California, Riverside, and others. In this research design we updated those efforts, and considered the special research issues of interest to the present research team. The research issues are discussed in greater detail below, with specifications of alternative working hypotheses and methods necessary to test these hypotheses.

**Cahuilla Settlement and Subsistence.** Tahquitz Canyon surface remains, settlement patterns, and ethnographic context indicate a collector focused strategy of hunter-gatherer subsistence, within the overall collector-forager continuum model (Binford 1980). How do archaeological remains indicate specific resource exploitation strategies, decision-making processes, scheduling, and seasonality patterns? Some of the best direct evidence of food resources was obtained from pollen analysis of soils and washes from milling equipment. Pollen samples from cultural contexts were also compared with control samples taken from alluvial soils in natural, non-cultural contexts on the alluvial fan. Extensive flotation extraction of carbonaceous soils was undertaken to obtain macro-floral remains. Since preservation of identifiable plant remains was generally poor, some of the most interesting identifications actually came from carbonized seeds and woody fragments recovered from the screens. Since animal bone preservation was generally excellent, it provided important insights into scheduling and seasonality. Specific attention was paid to the age of artiodactyla as a reflection of hunting schedules of species representing upland habitats. Efforts were also made to locate sources of raw materials for flaked stone, milling equipment, and ceramics. Not only mobility patterns but also trade relationships were examined through the sourcing of obsidian, marine shell, and topological studies of shell beads.

General site characteristics and locations were examined to chronicle the dynamics of settlement on the alluvial fan. Sites were classified by the size, complexity of artifact assemblages, types of features, and geomorphic associations.

ACC0006570

**Coachella Valley Material Culture.** Specialized studies were undertaken for all classes of preserved material culture. No such detailed analyses have previously been prepared for the Coachella Valley. Wilke's studies on the north shore of Lake Cahuilla focused exclusively on flora and fauna. No large data recovery projects previously existed from which to establish chronological seriations, or artifact typologies. Such studies were considered essential for future comparative studies and also for cataloguing and interpreting Cahuilla material culture at the planned interpretive center. The artifact assemblage was also used to elicit information from Cahuilla consultants and for the identification of items in museum collections. Ethnographic information from museum collections was likewise used to interpret the archaeological assemblage. These studies were also important because of the excellent contextual data for establishing actual local production, chronology, function, and even potential lineage affiliation. Ceramics, flaked stone, milling equipment and features, ground and polished stone implements, glass and shell beads, historic artifacts, and rock art were included in these detailed material culture studies.

**Effects of Lake Cahuilla.** Assuming that one applies a dynamic model of hunter-gatherer subsistence, how does the Tahquitz Canyon data apply to the alternative theories of adaptation around Lake Cahuilla, and subsequent changes resulting from the final desiccation of the lake around A.D. 1500-1580? Wilke's study of the Myoma Dunes area (1978) suggested that populations from the Peninsular Range and desert fringe reoriented their entire settlement-subsistence system to the lacustrine environments of the Salton Basin from A.D. 1000 to 1500. According to Wilke, the midden deposits and recovered floral remains represented permanent village occupations, or at least base camps from which seasonal collecting expeditions were launched. The large population dependent on lacustral resources was required to make major shifts in adaptive strategies following the final recession. This would explain the numerous Late Prehistoric occupations in the desert foothill and eastern Peninsular Range. The substantial number of archaeological resources in Tahquitz Canyon might also represent part of a population re-orientation following the desiccation. Agave roasting pits appear to have greatly increased in this period, suggesting resource intensification in this and other foods to replace the lost lacustrine resource base.

An alternative model has been presented by Weide (1974:90-91), who does not see the relic shoreline resource inventory as substantial enough to support a large population, but rather sees it as supporting seasonal temporary camps whose base camps were in more stable ecozones, such as areas near upland desert springs or perennial streams. Support for this model comes from recent archaeological studies along Lake Cahuilla's southwest shoreline where only ephemeral surface scatters and dispersed features characterize the archaeological remains. Extensive middens of subsurface features expected at base camps or villages appear to be lacking (Binford 1980; Gallegos 1984a,b; Shackley 1984; Schaefer 1994b). According to the Weide model, major population shifts were not caused by the removal of the lake shore marsh and embayment environments, and adaptations after the final desiccation required only minor shifts in scheduling and resource exploitation.

Specific evidence of Lake Cahuilla exploitation in Tahquitz Canyon includes freshwater fish bone, *Anodonta* sp. mollusk shell, aquatic bird bone, and aquatic plant remains. The dates and archaeological contexts of these artifact classes were specifically examined in this project to determine if, and at what times, Cahuilla from Tahquitz Canyon utilized the Lake Cahuilla habitat. General chronological indicators were also examined at all sites to detect shifting demographic patterns that might be contemporary with Lake Cahuilla and the final recession.

**Origins of Agriculture and Irrigation.** The origins of agriculture and irrigation among California Native Americans are the subject of much debate. The archaeological remains of Tahquitz Canyon had a potential for answering some frequently asked questions about culture change in southern California related to the time and causes for the introduction of agriculture, even though the project area is not the place where one would be likely to find evidence of prehistoric agriculture. Most California Native American groups are characterized by a hunter-gatherer mode of settlement and subsistence through the entire 12,000 years of well documented habitation. Many of the ethnohistorically observed economic

IV-6

ACC0006571

Research Orientation

and technological patterns can be traced back to the Milling Stone Horizon, over 6,000 years ago. This long cultural continuity is seen as a result of the mild climate and stability of available resources, particularly acorns (Moratto 1984).

Corn, squash, and other cultigens originating in Mexico reached the Southwest (New Mexico and Arizona) as long as 5,000 years ago, but agriculture was not a major mode of subsistence until about A.D. 500. There are few data on when agriculture reached the Colorado River, where the Spanish reported its presence in A.D. 1540. Old World cultigens were introduced to many groups for the first time by the Spaniards. After the establishment of Spanish missions in coastal California in the late 18th century, Indians were also taught European techniques of agriculture and irrigation, including European methods of constructing dams, reservoirs, aqueducts, and ditches.

By the time the first historic accounts of the Cahuilla of Coachella Valley were written, they were found to possess a full range of cultigens and to be constructing walk-in wells, reservoirs, and irrigation ditches. Did these groups acquire these agricultural techniques from the Spanish directly or were they acquired in prehistoric times? In either case, what changes in environment, demography, or socio-economic organization caused these hunting and gathering people to adopt new modes of food production? These are questions that relate not only to the culture history of the Cahuilla, but also to more general theoretical concerns of cultural change and cultural evolution, including the origins of agriculture in the Old World Neolithic period and the New World Formative period.

The desert Kumeyaay (Kamia) to the south, in the vicinity of the New and Alamo Rivers of the Salton Trough, and in Jacumba on the eastern most Peninsular Range, were also observed to be practicing basic agricultural techniques when Europeans first arrived (Gifford 1931). For the Kamia, their linguistic and cultural affinity with the Quechan of the Lower Colorado River makes that area a likely source of agricultural knowledge. The discovery of a pottery olla cache of seeds four miles northwest of Jacumba, San Diego County, led Treganza to speculate on the prehistoric origins of agriculture in that area, possibly a hundred years before the introduction of new cultigens by the Spanish. The cache contained eight species and seven varieties of domesticated crops, including from the New World: *Phaseolus acutifolu* (tepary beans), *Cucurbita mochata* (cushaw squash), *C. pepo* (squash); and from the Old World: *Cucumis melo* (muskmelon), *Citrulus vulgaris* (watermelon), *Sorghum vulgare* (sorghum), *Triticum compactum* (wheat), and *Hordium vulgare* (barley) (Treganza 1946). Of the New World domesticates, only maize was missing from the common staples.

But the cache also included Old World domesticates. The occurrence of Old World domesticates indicate that the cache was historic. Each species of seed was also wrapped in a twined, bi-colored textile that dates the cache to after 1850 (Treganza 1946:2). While Kamia agriculture in the Salton Trough is presumed to be pre-Spanish, this find led Treganza to suggest that prehistoric agriculture might also have been introduced into the eastern Peninsular Range, an area previously thought to be environmentally unsuitable for prehistoric cultivation. These introduced Old World species, however, may have arrived by stimulus diffusion from Spanish colonial Mexico even before direct European contact with the Sonoran and Colorado Desert tribes. This appears to be the case with the Pima and Papago, who were already cultivating wheat and watermelon by the time Father Kino arrived in 1687 (Treganza 1946:4). Origins for Kamia agriculture can probably be traced to the Colorado River tribes, who themselves were the beneficiaries of the prehistoric Hohokam agricultural tradition. The only difference was that groups such as the Quechan and Cocopah relied primarily on floodplain agriculture without use of irrigation systems that characterize the Hohokam hydro-technology. The Kamia, however, did build rudimentary dams and ditches on the New and Alamo Rivers of the Salton Trough, and transported water from natural springs around Jacumba with the aid of ditches. The question thus arises: Did the Indians of the western Colorado Desert adopt the cultivation of domesticates and irrigation agriculture in prehistoric times, or later as a result of Euro-American contact? Or both? In either case, establishing causes for the adoption of a new technology by a hunting and gathering people and the side effects the new technology may have had on other aspects of the culture has been of greater interest. The relationship of agriculture and irrigation after the desiccation of Lake Cahuilla is another important aspect of this question.

ACC0006572

Archaeological evidence for prehistoric cultigens among the Cahuilla is very sparse. The only finds come from the Myoma Dunes area on the relic shoreline of Lake Cahuilla. There Wilke (1978:93-95, 129) recovered seven *Cucurbita pepo* (squash) seeds from the decomposing residues of a midden containing human coprolites. That no pollen of domesticates was found in the considerable number of analyzed coprolites led Wilke to conclude the seeds were the result of trade with the Colorado River peoples and not conclusive evidence of prehistoric agriculture at Lake Cahuilla. No other macro-floral remains of cultigens were found in the large and diverse sample of well-preserved wild plants. Because of ethnographic indications, and in order to present questions to the archaeological community, Lawton and Bean (1968) reviewed ethnohistoric literature and oral histories to formulate a theory of prehistoric agriculture among the Cahuilla. According to the model, the hunting and gathering Cahuilla adopted agriculture to replace the resource base lost after the desiccation of Lake Cahuilla. Lawton and Bean suggest that squash and other plants may have been initially cultivated in the marsh and embayment margins of Lake Cahuilla. Lawton and Bean (1968) and Shackley (1984) also postulate the possibility of "proto-agriculture" and incipient irrigation at Lake Cahuilla, whereby wild vegetation growth was increased by running ditches to natural stands of plants, or by actually cultivating wild grasses. Such techniques are ethnographically documented among the Cocopah and the Owens Valley Paiute (Kelly 1977:37; Steward 1938:53; Lawton et al. 1993:329-377). If cultigens were found in Tahquitz Canyon dating between about A.D. 1450 and 1700, then strong arguments could be made for the adoption of agriculture on the Tahquitz debris cone as a result of environmental change, inasmuch as this is when Lake Cahuilla dried up. Certainly the prehistoric Cahuilla were for a very long time in contact with the agricultural peoples of the Colorado River. The common occurrence of Colorado River pottery types in Cahuilla territory along with oral traditions indicate that there was considerable culture contact and trade. The knowledge was certainly available, but there must have been some impetus to put the knowledge into practice. If evidence for cultigens is found to date after the desiccation of Lake Cahuilla, but before Euro-American contact, this could suggest that agriculture, or at least intensification of agricultural production was a response to population pressure, caused by demographic shifts following the final desiccation. Alternatively, given the Weide model, agricultural production could have been used to replace the lost resource base at the shoreline and represent just one of the subtle adaptive shifts in hunter-gatherer adaptation. The potential also existed for the discovery of cultigens in even earlier deposits, representing a recurring process of experimentation and acceptance that characterizes Cahuilla reaction to new ideas in Ethnohistoric times (CSRI 1983). Bean has noted that Cahuilla political and symbolic systems are organized to accept and integrate new ideas as a means of acquiring power. This explains why the Cahuilla readily invited the Spanish to introduce new ideas and technology and why they sent selected children to attend mission schools (Bean 1972). Given such an interpretation of Cahuilla behavior, if agriculture and irrigation were found to have occurred in historic times, a model of technological and cultural change based purely on materialist causes such as environmental stress might not be appropriate.

Evidence for prehistoric agriculture is much easier to establish than evidence for irrigation. Pollen or macrofaunal finds in well-dated stratigraphic contexts, or directly dated through radiocarbon analysis, immediately addressed the question. Irrigation ditches, however, are much harder to date, because of limited associated datable remains, lack of stratigraphic associations, and their re-use in historic times. The question of developing and using irrigation in association with agriculture is an important research question in the study of settlement and subsistence of Tahquitz Canyon. While floodplain agriculture was the preferred practice on the Colorado, New, and Alamo rivers, such techniques seem limited by the hydrology and topography of Tahquitz Canyon. Average annual rainfall was certainly too low for direct rainfall agriculture. The only other alternative prehistoric method may have been pot irrigation, whereby individual plants were hand watered. If prehistoric agriculture was practiced, then irrigation techniques may have been a preferred method, with the knowledge accessible from the Southwest, or developed independently from proto-agricultural techniques. Artesian flow farming and run-off agriculture are other methods discussed by Lawton and Bean (1968) that may have been applicable in the Tahquitz area.

IV-8

ACC0006573

Research Orientation

Specific methods for determining the history of agricultural production in the Coachella Valley are addressed below under pollen and macrofloral studies. The question of irrigation technology was addressed through the comparative morphological study of prehistoric Southwestern, Spanish Colonial, and American irrigation systems, in conjunction with floral and pollen analysis of sediments inside of irrigation ditches. One of the canals in Tahquitz Canyon is documented to the period of ca. 1830 and was constructed by Jose Lebacho, among others (Rafael et al., statement, 14 August 1909, RG 75, National Archives). Two others may well be earlier. Ethnohistoric, ethnographic, and archival sources were used to unravel the history of irrigation, especially analysis of Cahuilla oral literature, which describes agricultural methods and suggests origins. Archaeological field and laboratory methods for irrigation systems are also described below.

**Cahuilla Adaptation to Euro-American Acculturation**. Effects of Euro-American culture on the Cahuilla may be directly observed through the changes in material culture uncovered in Historic period deposits at Tahquitz Canyon, from data provided in published sources, archival resources, and the memories of living Cahuilla. There was every indication from previous limited testing that sealed stratigraphic deposits were found dating to the first half of the 19th century and later, a period of substantial change in Cahuilla demography, settlement patterns, economy, and cultural traditions (CSRI 1988). Indeed, the depopulation and redefined uses through time of Tahquitz Canyon, and resettlement of the *Kauisiktum* near the hot springs in Section 14 appears to have been a direct result of cultural changes accompanying Euro-American incursions, e.g., diseases, establishment of a reservation, new economic opportunities, and ideas. A major area of study that most appropriately combines the archaeological and ethnohistoric data bases is the study of economic and cultural changes accompanying Spanish and American cultural impacts upon the *Kauisiktum* and other Cahuilla with whom they were intimately related.

The course of change experienced by the Cahuilla was swift, and generally deleterious to the continuity of their cultural traditions, not to mention their physical well-being (Bean 1972; CSRI 1983).

It appears that by about 1880 Tahquitz Canyon was no longer a primary residence area but was used for recreation, and as a place to hunt, gather, and enjoy sacred resources. It became, as it is now, a rich source for ethnic identity and historic reference. One of the basic historical questions that might be answered through ethnoarchaeological studies is the actual date for the abandonment of Tahquitz Canyon as a base camp or community. Analysis of historical artifacts in the uppermost archaeological levels indicated approximate times for recent changes in occupation patterns. Euro-American historical finds that could be accurately dated, such as coins, glass and ceramic wares, trade beads, and other materials provided very specific time ranges, more accurate than radiocarbon dates.

The pattern of change resulting from Euro-American contact was traced by recording the changing ratios of ecofacts and artifacts through historically dated deposits. Change was documented by determining: (a) the ratio of wild plants and animals to introduced domestic types as Cahuilla men and women left the traditional household food collecting unit to become wage earners; (b) the ratio of traditional ceramic, wood and stone tools to new materials such as guns, metal household implements, metal agricultural tools, textiles, and ornaments; and (c) changes in house form and technology, particularly adobe, lumber and rectangular forms.

Particularly interesting, and to be addressed through both archaeological and ethnohistoric studies, are the changes in residence patterns, social organization, and ritual networks that accompanied the economic and technological introductions from the outside. The introduction of wage labor and irrigation agriculture complicated the decision-making of the *net* in regards to scheduling collecting expeditions and hunting trips. Depopulation after the smallpox epidemic also affected residence and subsistence practices that bore on the archaeological record.

Tahquitz Canyon may be unique in providing a chronologically well controlled and stratified (horizontally and vertically) sample of deposits through which changes in material culture may be monitored and evaluated in terms of an archival and oral history of considerable accuracy. Deposits from historical periods in which major socio-economic changes were known to have occurred in historic times

ACC0006574

Tahquitz Report

have been compared with deposits from the Late Prehistoric period. These in turn have been compared with an ethnographic and ethnohistoric data base in order to better understand each period, and to trace cultural dynamics and process through a long time continuum.

## ETHNOGRAPHY AND ETHNOHISTORY

**Review of Previous Studies**

Missionaries at Missions San Gabriel, San Juan Capistrano, and San Luis Rey were the first to record information about the Cahuilla in writing, but because the Cahuilla were inland peoples among whom no mission was established, there is much less information about them in the mission records than about such groups as the Gabrielino, Juañeno, Luiseño, or Serrano. What information there is must be ferreted out with painstaking effort.

One Spanish expedition came through the Coachella Valley and recorded its meeting with people in Palm Springs. This was the Romero Expedition, which set out from Mission San Gabriel for the Colorado River in 1823. The journal of its misadventures has been translated and published by Bean and Mason (1962). What we know about the Cahuilla in ensuing years comes from newspaper accounts, Cahuilla oral history, U.S. government documents, the journals of U.S. expedition leaders and political figures, the reports of Indian agents, and Cahuilla oral history, some of it recorded by *Kauisik* elder Francisco Patencio (1943, 1971). In the 1870s, Americans began to take an interest in Native American artifacts, with the result that several collections of Cahuilla artifacts from the 1870s on exist in various museums.

In the 1890s, David Prescott Barrows worked among the Cahuilla, publishing what he learned from the Cahuilla in his *Ethno-botany of the Coahuilla Indians of Southern California* by the University of Chicago Press (1900). Barrows did most of his research among the Cahuilla of the Santa Rosa Mountains area, but knew some of the Agua Caliente Band members, and probably visited Palm Springs on one or more occasions.

A. L. Kroeber spent a short time among the Cahuilla in the early 1900s, and published his findings in "Ethnography of the Cahuilla Indians" (1908). He later summed up what ethnographic knowledge of the Cahuilla there was at the time in his *Handbook of the Indians of California* (1925). Some years later, Edward H. Gifford, a student of Kroeber's, spent a season in southern California, and included his findings, which for the most part pertained to social structure, in his *Clans and Moieties in Southern California* (1918). Lucile Hooper studied among the Agua Caliente and Torres-Martinez people in 1918, and published her findings in *The Cahuilla Indians* (1920). John Peabody Harrington also worked among the Cahuilla. He interacted a little with the people at Palm Springs, e.g., Lee Arenas. His unpublished notes at the Smithsonian Institution have been microfilmed and are available at major libraries. In 1917, E. H. Davis, a collector of Indian artifacts for museums, visited the Coachella Valley. His journals at the San Diego Historical Society contain considerable ethnographic information.

After all these early investigators came William Duncan Strong, whose *Aboriginal Society in Southern California* (1929) masterfully sums up the ethnography of the Cahuillas and their neighbors as it was known at that time. His data on the Agua Caliente Cahuilla came from Alejo and Francisco Patencio, for many years *leaders* of the Band, and others.

A second wave of research began in the 1950s with the arrival on the scene of Lowell John Bean, whose *Mukat's People* (1972) departs from previous works in that it not only describes Cahuilla culture, but also explains how it enables the Cahuilla to cope with their difficult environment. Bean is also the author or co-author of a number of other published works about the Cahuilla that include data on the Agua Caliente Band (Bean 1960, 1978a, 1978b; Bean and Bourgeault 1989; Bean and Mason 1962; Bean and Saubel 1972; and Bean, Vane, and Young 1991). In addition, CSRI, under the direction of Bean and Vane has carried out a number of cultural resource management studies that involved the Agua Caliente (1978, 1979, 1980, 1981, and 1983). Bean and Lawton's "Cahuilla Bibliography" (1977) lists a number of other works that contain information about the Cahuilla.

IV-10

ACC0006575

## Theory

The theoretical stance that has been the basis for this study is derived from ecological anthropology (Harris 1966; and Rappaport 1968), cultural ecology (Steward 1955), and general systems theory (Binford 1965, 1968; Buckley 1968; Miller 1965; Bean 1972).[1]

## Research Methods

The ethnography and ethnohistory of the Agua Caliente as presented in *Paniktum hemki* (CSRI 1983), the report on CSRI's study of the cultural resources of Andreas Canyon, served as a basis for the ethnographic and ethnohistoric portions of this present study of Tahquitz Canyon resources. The emphasis now is on the *Kauisiktum* rather than on the *Paniktum*, but these are lineages of one clan, who traditionally shared the same Cahuilla dialect, went to the same ceremonies, married into the same groups, had side-by-side territories, and shared a larger catchment area. They had similar, though not identical, historical experiences. In the current study, CSRI conducted extensive further research of the published and unpublished literature, and carried out further consultations with members of the Agua Caliente Band, and other Cahuilla elders.

CSRI searched the archives of the Agua Caliente Band of Cahuilla Indians, and those of the Agua Caliente Cultural Museum, including the Flora Patencio and Robert Tyler collections; old newspaper collections on microfilm held in a number of libraries; microfilms of the John Peabody Harrington papers on the Cahuilla; Cahuilla materials at archives at The Bancroft Library at the University of California, Berkeley; the Pearl Chase collection in the Department of Special Collections at the Library, University of California, Santa Barbara; the Grace Nicholson, Horatio Nelson Rust, and William Henry Weinland collections at the Huntington Library in San Marino, California; the E. H. Davis journals and other materials at the Research Archives at the San Diego Historical Society; the records of Group 75 (pertaining to Indian affairs) in the National Archives at Laguna Niguel and San Bruno, California, and at Washington, D.C.; the Malki Museum at Banning, California; records held by the Bureau of Indian Affairs, Palm Springs, California; newspaper collections in the Palm Springs Library; the Library of the Indio Historical Society; the Riverside City and County Library; the archives of Riverside County; the Tomas Rivera Library at the University of California, Riverside, including the Costo Library and the Costo Archive in the Special Collections Department; the San Bernardino County Museum; the archives of the A. K. Smiley Public Library in Redlands, California; mission records at the Santa Barbara Historical Society Research Library and in microfilmed mission records held in various other libraries; Cahuilla materials in the National Anthropological Archives at the Smithsonian Institution; and the Edward H. Davis papers at the Museum of the American Indian in New York City. Data was drawn from these and from various published materials to answer and explicate project-specific questions with respect to the ethnography and ethnohistory of the Agua Caliente Band.

These questions included questions about traditional culture—what was the catchment area from which they derived their principal sustenance, their raw materials for living? What was the nature of the trail system over which they travelled to harvest resources or to trade with or visit their neighbors? Who were their enemies and who were their friends? We also asked how many Cahuillas were brought into the mission system, and when, how, why, and under what circumstances Cahuillas were baptized. Questions that involved changes in cultural patterns in the Ethnohistoric period included: Why did Cahuilla as far away from the missions as the *Kauisik* choose to go to the missions? What other aspects of Cahuilla culture helped them adapt to the Euro-American world? What has been the role of women through time? How have the *Kauisik* Cahuilla managed to persist as an identifiable group for over 200 years, despite devastating disruptions caused by the intrusion of Europeans and Euro-Americans, threats to their cultural integrity, and to their land base? What changes in social structure occurred as the result of diseases and other factors that reduced the population after the Europeans arrived? What were the *Kauisik's* most important adaptations in material culture, and when did they make these adaptations?

---

[1]For a more detailed explication of this theoretical approach, see CSRI 1978.

ACC0006576

What changes were the Cahuilla slow to adopt? Why do so few Cahuilla material culture items remain? We have summarized our answers to these questions at the end of Chapter V.

Cahuilla artifacts held in museums were studied and photographed in order to develop a data base, for the most part pertaining to Cahuilla material culture, so that an inventory of knowledge on that subject would be available for archaeological and Native American interpretation. The holdings of the Southwest Museum, Los Angeles, California; the Natural History Museum of Los Angeles County; the San Diego Museum of Man; the Montgomery Art Gallery at Pomona College; Malki Museum at Banning, California; the Palm Springs Desert Museum; the Riverside Municipal Museum; photographs in the C. C. Pierce collection at the Los Angeles Title Insurance and Trust Company; the Campbell Collection at Joshua Tree National Monument; the Peabody Museum of Archaeology and Ethnography, Harvard University, Cambridge, Massachusetts; the Edward H. Davis collection at the Museum of the American Research Branch in the Bronx, NY (since moved to the Smithsonian Institution's Museum Support Center in Suitland, Maryland); and the Horatio Nelson Rust collection at the Logan Museum of Anthropology, Beloit, Wisconsin, were included.

In addition to gathering these unpublished materials, CSRI studied pertinent published materials, and consulted with knowledgeable Cahuilla elders, using videotapes or audiotapes as appropriate. Among those consulted were Anthony Andreas, Richard Milanovich, David Quatte, Lena Martinez, Vyola Ortner, Katherine Saubel, Saturnino Torro, and Alvino Siva.

The data gathered from these various sources was organized and analyzed in preparation for writing this report. They form the basis for Chapter V, as well as for many of the ethnographic and ethnohistoric contributions to the various other chapters, especially the conclusion.

## REPORT WRITING

The archaeological portion of this report was written by Jerry Schaefer, with included sections from Gary Huckleberry, Suzanne Fish, Chester King, Lynne Christenson, Meg McDonald, Joan Schneider, Daniel McCarthy, and Jeanne Binning. The ethnographic portions of Chapter V were written by Lowell John Bean and Sylvia Brakke Vane, with contributions by Bern Schwenn; the ethnohistoric portions of that chapter were written by Vane and Bean, with the information from the mission records being assembled by Bean, William Mason, and Ann Cuccia. The Management Summary, the Research Orientation, and the Conclusions have been jointly composed by Bean, Schaefer, and Vane, each of whom has also reviewed parts of the manuscript written by the others. Vane has served as editor-in-chief, and has been assisted by Susan Cole and Heather Singleton.

IV-12

ACC0006577

# V. ETHNOGRAPHY AND ETHNOHISTORY

## THE *KAUISIK* CATCHMENT AREA
by Lowell John Bean and Sylvia Brakke Vane
with contributions by Bern Schwenn

The environment of the project area has been described from a technical point of view, with a special emphasis on geomorphology, in Chapter II. Here we shall elaborate on aspects of the environment of the catchment area (Figure V.1) with an emphasis on its effect on the *Kauisik* Cahuilla, and their adaptations to it.

### Seasons

Within *Kauisik* territory, temperature, precipitation and winds vary seasonally. These variations cause great differences in the relative abundance of flora and fauna. The difference between winter and summer temperatures are especially notable. The summers are extremely hot on the valley floor and lower elevations of *Kauisik* territory, with temperatures occasionally as high as 125° F, and moderate to cool in the alpine zone (i.e. in the meadows and peaks surrounding Mount San Jacinto). Winters, on the other hand, are cold in the desert, and sub-freezing conditions can sometimes persist for weeks at a time at between 8,000 and 10,500 feet where the snow lies deep.[1] The Tahquitz Canyon area where the *Kauisik* were located was usually cooler than the surrounding desert in the summers and warmer in the winters as a result of wind-flow patterns.

### Wind Patterns

Prevailing winds in the area, usually cooling sea breezes, are generally from the west, but in the late summer and early autumn, hot uncomfortable dry winds, known locally as *Santanas* ("Devil Winds"), enter the area from the northeast.[2] Such winds can be of extremely high velocity and were occasionally accompanied by great sandstorms, which could be corrosive and blinding.

Daily wind patterns are caused by the heating and cooling of the ground. From the late spring through the fall, heating of the desert floor causes lower pressure air in the valley than across the mountains to the west (Riverside-San Bernardino Valleys), producing a flow of air through from the ocean through the San Gorgonio Pass. Additionally, each day the mountain peaks are warmed before the valley floor; this causes an upslope (upcanyon) breeze. Similarly, in the late afternoon to evening the mountain slopes cool more rapidly than the valley floor, causing a downslope breeze. Whirlwinds are frequently seen, especially in summer and autumn, but are usually small and relatively non-destructive to the countryside.

The seasonal warm and hot, dry winds have contributed to the semi-arid nature of the *Kauisik* area. Dry winds in the past affected the food potential because such winds increased the incendiary

---

[1]Temperatures at or below freezing are common at night each year during the week between Christmas Day and New Year's Day.

[2]In recent years the name, *Santana*, has been corrupted to "Santa Ana" by weather broadcasters who believed the winds were named after the town.

ACC0006578

potential of the plant cover, and contribute to the danger of seasonal fires, particularly in the chaparral plant community. It is probable that in traditional times the *Kauisik*, like other Native Californians, controlled the danger of fire by purposefully burning the ground cover and chaparral at chosen times of the year (Lewis 1993).

The Cahuilla deemed wind patterns sufficiently important that deities were associated with them. Two whirlwinds, *tenauakatem* and *kotiaialem*, figured in Cahuillla cosmology as contributing to the creation of the world by twin brother Creator beings, *Mukat* and *Temayoit*.[3]

> So for a second time they drew black and white earth from their hearts and placed it on the top. To spread this earth they drew forth from their hearts all the kinds of ants who spread out the earth on all sides. To make it faster they drew out two whirlwinds that rapidly completed the spreading out of the black and white earth. Thus was the whole earth made . . . (Strong 1929:133).

The four winds figure in *Kauisik* oral tradition about the death of Mukat:

> Then *Mo-Cot*[4] told the people, "Send my creation, the swallow, to the north wind and tell him to come and doctor me."
>
> The swallow went, but the wind was so strong that he could not get near it. Then he flew under it, near the ground, and got to where the wind was, and he told the wind that *Mo-Cot* was sick and wanted him to come and doctor him.
>
> The wind said, "All right," he would be there the next morning.
>
> Next morning early he came with all the power he had, to try and help *Mo-Cot*.
>
> He blew the sand and the dirt and shook the houses until *Mo-Cot* was rather afraid, so he told his people to tell the wind to go back home, that his eyes and ears were all full of sand. So the people told the wind to quit and go back home. The wind stopped, but nothing happened to *Mo-Cot*. He was getting worse.
>
> Then he thought he would try the west wind. "Perhaps my creation the west wind would be better for me. You can go and ask him to come down."
>
> So the same bird he went, and the wind was very strong, as before, and the bird could not get into him, but he flew underneath the wind, close to the earth, and went anyhow to the wind and told him that *Mo-Cot* wanted him to come down.
>
> The wind said, "All right, I will be there in the morning."
>
> Next morning he came down very strong, shaking all the houses and bringing dust until they could not see each other.
>
> *Mo-Cot* told the west wind to quit and go back home, that his eyes and ears were full of dust, so the west wind went home.
>
> Then he tried the south wind. "Perhaps my creation, the south wind, could help me. You had better go and ask him to come."
>
> So the same bird went, but he could not get in, for the wind blew so strong, so he flew under it again and got in that way, and told the wind that *Mo-Cot* wanted him to come down and cure him.
>
> The south wind said, "All right, I will be down in the morning."
>
> The next morning he came with all the power he could, trying to help *Mo-Cot* get

---

[3] According to Hooper, "There are two whirlwinds which are spirits, *Teniausha* and *Tukaiel*. They live in ant holes, and when a firebrand is put in their homes they came out very angry, letting out a whistling sound. These whirlwinds steal spirits just as *Takwich* does. They are always women" (Hooper 1920:377).

[4] In quotations, Cahuilla words, such as *Mo-Cot* (Patencio 1943), which is equivalent to *Mukat* (Bean 1972), will be spelled as they are spelled in the material quoted.

ACC0006579

well, but he did no good to *Mo-Cot*—he was getting worse.

Of course the winds knew and understood that the people were witching *Mo-Cot*, so they were not wanting to cure, they wanted to kill him. They did him no good, they put even more sickness upon him (Patencio 1943:17-18).

Alejo Patencio's version of this episode, as given by Strong, goes as follows:

Then he told his creatures to tell the west wind [*yaikauinawhit*],[5] that belonged to him, to come and help him. The west wind came, like a hurricane, with a great dust storm. *Mukat* was afraid, but the west wind went into his body, and for a while he was better; but it was too strong; he was being blown away. He told the white-throated swift, which he named the "wind meeter" [*yañamkiwuc*], to go meet the west wind and tell it to go away for he was afraid. This same thing happened with the north, south, and east winds in succession" (Strong 1929:140).

## Precipitation

The average rainfall in the Palm Springs area is about five and one-half inches per year, but this season total can fluctuate widely from extremes of 17 or more inches annually to one or less. Similarly, the amount of precipitation, particularly snowfall in the higher mountain areas of the San Jacinto and Santa Rosa Mountains, averages 13 inches per year but can fluctuate. Such fluctuating amounts of rain and snow could adversely affect the ecosystem of the *Kauisik*, particularly as the snowmelt directly contributed to the seasonal flow in permanent and semi-permanent streams, such as those in Tahquitz, Chino and Palm Canyons. In years of heavier than average precipitation, water was abundant in streams, springs, cienegas, seeps, wells, standing pools and tinajas.[6] Conversely, in other years, serious drought conditions prevailed.[7] Extreme variations put considerable stress on the potential productivity of the *Kauisik* catchment, especially in periods of drought. Droughts, of course, also affected all the biota, reducing their numbers and changing the patterns of behavior of game animals. This, in turn, could greatly affect the collection and hunting patterns of the *Kauisik*. The seriousness of such extremes in climate is shown in the accounts left by the Anza expedition. Anza's party passed through Cahuilla territory (Coyote Canyon) in 1776 during an especially cold year. The Cahuilla were described as being in a very unhealthy and emaciated condition (Bolton 1930:67-68). In more recent times, it was recorded that between 1858 and 1865 some Cahuillas were on the verge of starvation because of drought conditions (Evans 1889). Similarly, the eleven-year drought in the Palm Springs area that began in the mid 1890s affected the food potential of the *Kauisik*.

Similarly, sudden, excessive rainfall (in particular, flash floods) could destroy food resources, gardens, mesquite and palm groves, homes and granaries. In summer a thunderstorm could cause a flash flood in one canyon, denuding a whole area, and thereby destroy much of the potential food supply and

---

[5]Strong (1929) gives Cahuilla terms in footnotes. In this report these terms will be bracketed in the text proper, and no separate citation for them will be given.

[6]It often takes a year or more for precipitation falling in the mountains to reach and recharge valley floor springs and seeps. Hence the effect of a drought can last longer than the drought itself.

[7]Drought conditions in southern California appear to be cyclic, averaging 20 or so year cycles of wet and dry periods. Extremely wet winters are also cyclic averaging about 13 years with the extremely wet winters occurring during the *el niño*. This change in the current off the Mexican coast can be induced by a major volcanic eruption on the Pacific rim, particularly in the southern hemisphere.

ACC0006580

gardens of a community in that locale for a number of years.[8] Although such conditions usually affected a limited area (one canyon might be inundated and another nearby remain dry), a large portion of *Kauisik* territory near Palm Springs could be adversely affected because of its proximity to Mount San Jacinto.

When rainfall was excessive and torrential, radical changes in the land were immediately visible. Personal injury and death were other consequences of these floods, and stored foods and goods were frequently washed away. Cahuillas recall villages being destroyed in this way in Martinez, Whitewater, Chino, Tahquitz and Los Coyotes canyons. Mud slides, landslides and drastic changes in drainage patterns, on the other hand, might occur if rain persisted for several weeks. Such persistent storm conditions were sometimes accompanied by unusually cold temperatures, so the normal growth of plants (those not destroyed by flooding) might be delayed. Although such floods caused great immediate damage to the people, they also contributed to the subsistence of the Cahuilla in the long run. Such persistent rainfall, unlike flash floods, periodically enriched and expanded the soil base of the alluvial fans on which many important food plants thrived (Bean 1972). Persistent rainfall, however, interrupted much of the community's routine. Attempts to dry foods were frustrated, and special protective measures were necessary to prevent mesquite, acorns and other stored foods from mildewing. For example, if rain occurred during the acorn harvest, the acorns were brought back to the community for husking and drying (Bean and Saubel 1972:126). Additionally hunting and gathering activities were sometimes postponed (Bean 1972).

## Surface Water

Streams, springs, sloughs and marshy areas were subject to considerable change in water potential throughout a year. Within *Kauisik* territory there were at least five semi-permanent to permanent streams—Chino Creek, Tahquitz Creek, Palm Canyon Creek, Cedar Creek and Deep Creek-Horsethief Creek.[9] The streams in Chino, Deep-Horsethief, and Palm canyons have apparently always been permanent streams, although the distance down canyon at which they appear on the surface can change seasonally depending on the quantity of snow-melt.[10] Tahquitz Canyon has apparently changed from a

---

[8] According to Francisco Patencio, one such flash flood adversely affected Chino Canyon when he was very small (circa 1857 to 1860).

> Chino Canyon had many trees for shade, and much water. . . . There was good land there, and my people raised fine crops from garden seed. But now it is all washed away. The great gorge that must be crossed to reach the hot spring was all good land at the time I speak of. Smooth and level. Some of the creek was good land, too.
>
> One time the people had their things all packed up to come down into the valley below; the garden was all gathered together, the corn was stacked in piles, everything they had planted was stacked for carrying away. Then (I was alive, but very small) my people saw a great white cloud rising over San Jacinto mountain. It was coming very fast, and before they could know what it meant, the thunder and lightning began coming, then rain and wind.
>
> Such a storm was not remembered among the Indians. The floods began roaring down the canyons. My people only had time to catch up their children and rush up the mountain side to save their lives. When the waters from the cloud-burst had passed on, everything had gone with it. The homes of my people and all they had were gone for ever. All the harvest they had raised was gone, and all the good land, it was gone, too. Where the grass was green for the animals, and the soil was good to raise things to eat for the people, there were only piles of great rocks and washed-out gorges. My people never tried to raise anything there any more (Patencio 1943:56-57).

[9] The stream running through the West Fork of Palm Canyon is along or near the boundary between *Kauisik* and *Panik* territories. It may have been a shared resource area or have belonged to one or the other group.

[10] Cedar Creek flows from Cedar Spring high on the Desert Divide near Palm View Peak, down onto Bullseye Flat, and from there down to the Indian Potrero and Palm Canyon.

ACC0006581

permanent, year-round stream to a seasonal, winter-only stream since the 1857 Fort Tejon Earthquake.[11] According to Francisco Patencio,

> The country long ago was not like it is now. Many of the canyons that are dry, ran water all year. Tahquitz was a good stream always—winter and summer. . .
> But one time (I was very small, I could not remember yet), there came such earthquakes as had not been known to any of the people. Whole mountains split—some rose up where there had been none before. Other peaks went down, and never came up again. It was a terrible time. The mountains that the people knew well were strange places that they had never seen before.
> Then it was that Tahquitz Creek went dry, and only ran water in the winter time, and other streams that ran good water all year around have only been winter streams since. And so the Indians could not raise crops on that Mesquite land any more.[12] The climate seemed to change. The Andreas Canyon Creek that only ran in the winter became an all year stream, as it has been since. Before the earthquakes, the only water to be had there in the summer months was from a small spring which ran always in the creek beneath the caves. There were many springs on the mountain sides and on the level land (Patencio 1943:58).

There were many permanent springs in the *Kauisik* area. Springs were significant for survival in the desert and were usually surrounded by large clumps of mesquite and other useful plants, such as *Rhus trilobata* and cottonwoods, whose taproots were able to reach the water table below. For example, according to Patencio, Agua Caliente, the spring in Section 14, called *Sec he* by the Cahuilla, was originally surrounded by such thick brush and mesquite that it was difficult to get near (Patencio 1943:91). Little is known of the precise locations and durations of many of the seeps, springs, and other sources of water, because modern measures to augment the water supply, especially the drilling of deep wells on the valley floor, have radically altered the prehistoric situation. The situation had already changed when Patencio wrote: "When the rain came less, they dried out and went away. No one knows where they used to be any more" (Patencio 1943:58).

Standing water in *tinajas* and "coyote holes" was also quite common except during periods of drought and in the late summer-early fall if summer rains did not occur. It was not unusual after a rain to find these natural reservoirs filled; they might contain as much as several hundred gallons of water. The locations of such reservoirs were memorized by hunters, collectors and travelers. According to Patencio, such places were marked with the symbol of a snake to indicate the presence of water.

> The white people call this Coyote Holes, but they are not holes—no. This canyon is small and narrow, with a level sand wash floor. On entering the canyon there are on the left cliff, very plain to see, but very high, the first signs. All along the way are the sign marks. There are many of the snake sign, meaning water. . .
> There is not any water to be seen there, no, none at all. There is no water for many miles up and down the valley from this place. But it is at the very end of this little canyon, in the dry white sand at the foot of the bluffs, that the coyotes come to dig. Always there is good cool water there. This gave the place the name of Coyote Holes,

---

[11] The magnitude of this event is estimated to have been greater than 8. It affected the land surface for nearly one hundred miles to the north and south of Fort Tejon, at the north end of the Grapevine.

[12] The Mesquite land was located at the point where Palm Canyon turns eastward and becomes East Palm Canyon Boulevard. According to Patencio, "Where the paved road now turns east to Indio, south of Palm Springs, are mesquite trees" (Patencio 1943:57).

ACC0006582

but all animals, men, too, come to scoop out a shallow pool for the pure sweet water (Patencio 1943:102).

Hand-dug wells were common in the Coachella Valley in areas where hard-pan underlaid surface alluvium. The hard-pan effectively sealed the subsoil so that water could not percolate beneath it. In such situations, water rose to the surface and was consequently easier to acquire. In the Coachella Valley, the water table was from four to thirty feet below the surface prior to the digging of numerous wells in the late 1880s and early 1900s for agricultural purposes. Such shallow ground waters permitted the digging by the Cahuilla of deep walk-in wells, such as that at Indian Wells.

> At Indian Wells the water ran from the ground, a good spring. Very fine clumps of palm trees grew around it. This is where the first palm tree grew. But the water was drying slowly. The Indian people began digging to reach the water. As the water lowered, they dug deeper, until what had been a good spring came to be named "Indian Well" by the first White People who came much time later. Then it was that they had to dig lower until they had made an Indian well. One side had steps going down to the water. Then often that one side was dug out slant-ways for the animals to go down to drink (Patencio 1943:58).

In addition, small lakelets were created by banking the sand around such a well. This technique is thought to have been a major factor in the selection of sites for various communities in the desert (Lawton and Bean 1968:18-24, 29). Although such hand-dug, walk-in wells are not mentioned specifically within *Kauisik* territory, they would have been an option for the *Kauisik*.

## Demography

The *Kauisik* probably maintained a man-to-land ratio of 2+ people per square mile. However, if the areas of intense use were to be included, this would be a much higher figure because a large amount of the square mileage in the high mountains and on the arid valley floor was of little use for food exploitation. We estimate a stable population of 150 or so people in the catchment area.

**Factors Contributing to Population Variation**. To flourish, a population must remain in balance with ecological conditions. The balance is usually maintained by various significant demographic factors, such as birth rate, famine, malnutrition, disease and physical trauma; and institutional controls, such as warfare, birth control, medicinal curing, and ritual.

Most hunting and gathering societies utilize about 30% of their potential, and a starvation period once per generation is sufficient to maintain demographic equilibrium. Although there is no evidence of protracted famine periods among the *Kauisik* in the pre-European period, reports of extreme droughts, severe periods of cold weather, and other natural catastrophies such as those mentioned previously would likely have acted to hold population densities to a level sufficient to adjust to minor fluctuations in food potential.

Diseases may have helped to hold populations down. The diseases most frequently mentioned by Cahuilla informants are bronchial infections, gastro-intestinal disorders, hepatitis, infections of wounds and sores, blood poisoning, rheumatism and arthritis. Trichinosis and tularemia may also have been health problems caused by the ingestion of poorly-cooked meats or the handling of game, such as rabbits, that had been infected. However, the *Kauisik* have traditionally cooked their meats well, and we have no data concerning tularemia. Therefore, these two problems may not have been significant. Spoiled food, polluted water or the ingestion of parasites may have been significant factors in the death of infants, but, again, data is lacking to support this.

The most frequently mentioned causes of traumatic death were attacks by grizzly bears and mountain lions, bites from rattlesnakes, insects, such as black widow and brown recluse spiders, and

ACC0006583

The *Kauisik* Catchment Area

rodents.[13] Less frequent causes of death were warfare and inter-personal conflict.

Population densities were also affected by the customs associated with procreation and childbirth. The *Kauisik* were consciously aware of problems imposed by having too many children too close together. Nursing was imperative in their way of life for maturing babies, inasmuch as most of the food they consumed was not easily digested by newborns. These factors, together with the rigors of supporting a large family in a hunting-gathering economy, encouraged the deliberate spacing of births. Sexual restraints were maintained by a rule that sexual activity should be curtailed while a wife was nursing her baby. This was supported by a belief that sexual activity would be harmful to the mother's milk, decreasing its nutritional quality. Abortion, miscarriage and still-births also controlled population density. Abortion was sometimes induced by drinking an herbal concoction or by strenuous physical activity. Accidental miscarriages and miscarriages due to malnutrition or other factors probably occurred with considerable frequency in aboriginal times.

**Personal Hygiene and the Control Of Disease**. Methods of personal hygiene that were relevant to health were focal points in Cahuilla oral traditions about the creation itself. For example, when *Menil* (Moon Maiden) left earth, she instructed the people to bathe every day: "In the evening you will see me in the west, then you must say ha! ha! ha! ha! and run to the water to bathe. Remember this always" (Strong 1929:138).

Francisco Patencio adds the following: "When the moon was among the people she had taught them to bathe, and ever after when they saw the first quarter of the new moon, they plunged into the water of the pool" (Patencio 1943:10). Bodily cleanliness was emphasized, and regular bathing and sweating in the sweathouse were commonplace among the Cahuilla. Personal clothing was also washed frequently, using plant substances containing saponin, to produce a creamy lather. Certainly, a major factor in the control of disease was this caution surrounding personal hygiene.

In a similar fashion, the proper disposition of fecal matter was directed by the implicit warning that it was the acquisition and dispersal of *Mukat's* fecal matter that resulted in his death. Defecation and urination were done privately and discreetly. Fecal matter was buried because of the possiblity of ill-use for sympathetic, black magical purposes.

There was also great concern for the proper cleaning of cooking utensils, mortars, *manos,* baskets, *ollas* and so forth because the presence of foreign particles on any of this equipment was considered a great disgrace. Similarly, there was a general avoidance of spoiled plant and animal food.

## Life Zones

It is possible to analyze the *Kauisik* catchment basin in terms of life zones, those elevational belts that are based upon the climate, particularly temperature. Because the *Kauisik's* territory extended from the desert floor to the summits of San Jacinto Mountains from San Jacinto Peak southeastward along the Desert Divide to Palm Canyon and Pinyon Flat, this concept provides a useful tool. Each life zone has a particular community of plants and animals which are peculiar to it.

The Lower Sonoran Zone encompasses the valley floor and lower slopes of the Santa Rosa and San Jacinto Mountains up to approximately 3,500-feet elevation. The upper boundary is also approximately the upper limit of the Colorado Desert and contains the Creosote Bush Scrub plant community. Along the upper limit of the Lower Sonoran is an area containing overlapping plant associations, an ecotone, where the agave and cacti of the Lower Sonoran mix with the junipers and yuccas of the Upper Sonoran.

Above the Lower Sonoran is the Upper Sonoran Zone which includes Pinyon Flat and Little Pinyon Flat, the upper third of Deep Canyon, and the lower north slopes of Santa Rosa Mountain and upper slopes of the Desert Divide and middle slopes of Mount San Jacinto. This zone extends from about 3,500 feet elevation to 6,300-6,500 feet and embraces the pinyon-juniper plant community as well as the

---

[13]Rodent bites, like those of dogs, are puncture wounds which can infect easily.

ACC0006584

chaparral community.  (In the Little San Bernardino Mountains on the north side of the Coachella Valley,
the Upper Sonoran Zone also embraces Joshua Tree Woodland.)  The Upper Sonoran Zone ends abruptly
where the coniferous forest begins on the upper slopes of the Santa Rosa and San Jacinto Mountains.

Above the Upper Sonoran is the Transition Zone which embraces the Yellow Pine Forest plant
community.  This plant community is found on the upper slopes of Santa Rosa Mountain and the peaks
of the Desert Divide (San Jacinto Mountains) from Vandeventer Flat and Santa Rosa Summit to Tahquitz
Peak.  The highest summits of the San Jacinto Mountains (Mount San Jacinto, Marion, Jean, Cornell and
Tahquitz Peaks) fall within an alpine zone composed of limber, lodgepole and sugar pines.

### Plant Communities Within Each Life Zone[14]

Lower Sonoran.  <u>Plant Communities and Habitats on the Valley Floor</u>.  The central part of the
Coachella Valley, much of which lies within *Kauisik* territory, is an area of sand dunes, sandy alluvium
and sparse perennial vegetation, predominantly creosote bush (*Larrea tridentata* and *Larrea divaricata*),
cattle spinach (*Atriplex polycarpa*), four-winged salt bush (*Atriplex canscens* ssp. *linearis*) and western
honey mesquite (*Prosopis glandulosa* var. *torreyana* or *Prosopis juliflora*) (Zabriskie 1979:16).  Of the
remaining twenty perennial species on the valley floor, the more common are burro-bush (*Ambrosia
dumosa*), cheesebush (*Hymenoclea salsola*), emory dalea or dyeweed (*Dalea emoryi*), locoweed
(*Astragalus lentiginosus* var. *coachellae*) and two perennial grasses, panic grass or panicum (*Panicum
urvilleanum*), and rice grass (*Oryzopsis hymenoides*) (Coachella Valley Evening High School 1951;
Zabriskie 1979:18).  About 70% of the flora growing in the valley center is comprised of low annuals
which germinate after seasonal rains (Zabriskie 1979:23).  The more common winter-spring annuals
include sand verbena (*Abronia villosa*), dune evening primrose (*Oenothera deltoides*) and desert sunflower
(*Geraea canescens*).  If the summer is without rain, two annuals will grow on the wind-swept valley
center—bugseed (*Dicoria canescens*) and tumbleweed (*Salsola iberica*).[15]

The center of the valley, however, is distinctly different from the valley entrance; (upper portion
of the valley below the mouth of San Gorgonio Pass) and the valley bottom (lower portion of the valley
below sea level).  The valley entrance, an area of small boulders and rocks, is characterized mainly by
creosote bush with scattered Indian tea (*Ephedra* ssp.), bladder-pod (*Isomeris arborea*), scale-broom
(*Lepidosparatum squamatum*) and California dalea (*Dalea californica* or *Parosela californica*); while the
lower end, an area of loamy, fine, frequently alkaline soils deposited by successive inundations of ancient
Lake Cahuilla, is characterized by cattle spinach, four-wing salt bush and inkweed (*Suaeda torreyana
ramosissima*) above Indio, and alkali goldenbush (*Haplopappus acradenius*), screwbean (*Prosopis
pubescens*), honey mesquite (*Prosopis glandulosa* var. *torreyana*), quailbrush (*Atriplex lentiformis*),
arrowweed (*Pluchea sericea*), cattle spinach (*Atriplex polycarpa*) below Indio, and pickleweed (*Allenrolfea
occidentalis*) near the Salton Sea (Coachella Valley Evening High School 1951).

Within *Kauisik* territory three distinct habitats can be found; two occur in the central portion of
the valley floor (valley center)—Sand Dunes-Creosote habitat and Sand Dunes-Mesquite habitat—and
Valley Entrance habitat.  The Sand Dune-Creosote habitat embraces the area immediately north of the
town of Palm Desert and along the Whitewater River to about the location of Indian Avenue (Palm
Springs-Garner Road).  This area is at about 200 feet elevation and is predominately sandy valley floor.
Within the Sand Dune-Creosote habitat described above are small patches of honey mesquite.  These
mesquite thickets, which each average about one-half acre in extent, are "scattered . . . along the edges
of the Whitewater River and between Indian Wells and the foothill spurs to the south" (Ryan 1968:22).

---

[14]The source for this section is Zabriskie 1979.

[15]According to Zabriskie (1979:26), bugseed, a food plant used by the *Kauisik*:

> By May or June, when the winter annuals have usually gone to seed, tumbleweed and bugseed are
> just initiating their most rapid period of growth. . . .  Bugseed persists through the summer and depending
> on climatic conditions flowers as early as August or as late as December.

ACC0006585

Similar dunes occur along the edges of the Whitewater River and Mission Creek, Big Morongo and Little Morongo drainages between Indian Avenue and Cook Street, between Interstate 10 and the Whitewater River. The valley entrance extends from Whitewater and about 1000 feet elevation to the Garnet-Palm Springs Road, now Indian Avenue.

The mammals that occupy the Sand Dunes-Creosote habitat (Ryan 1968:21-27) consist primarily of small rodents, including jack rabbits (*Lepus californicus*), cottontails (*Sylvilagus audubonii*), ground squirrels, both Beechy and round-tailed (*Citellus beecheyi* and *C. tereticaudus*), pocket gophers (*Thomomys bottae*), pocket mice (*Perognathus penicillatus*) and deer mice (*Peromyscus maniculatus*), kangaroo rats, both Merriam and desert (*Dipodomys merriami* and *D. deserti*), as well as the striped skunk (*Mephitis mephitis*). Of these, the two dominant rodent species are the desert kangaroo rat and the desert pocket mouse; both are only found in sand dunes habaitats. This habitat is also the preferred home of the round-tailed ground squirrel. Two large animals forage here, the desert kit fox (*Vulpes macrotis*) and the coyote (*Canis latrans*). The area is overflown at night by at least 11 species of bat. Of these big brown bats (*Eptesicus fuscus*), pallid bats (*Antrozous pallidus*) and free-tailed bats (*Tadarida* species) may be residents of this habitat.

The mesquite thickets (Ryan 1968:22) are home to fewer species than are found in the Sand Dune-Creosote habitat. The dominant species is the cottontail rabbit (*Sylvilagus auadubonii*), which burrows under the mesquite. The white-throated wood rat (*Neotoma albigula*) is found also in this habitat in the Colorado Desert from the Mexican border to Mecca and possibly among the mesquite dunes farther north.

Little information is available regarding the mammal species that occupied the valley entrance; however, this is the area in which herds of pronghorn (*Antilocapra americana*) were observed until early in the 20th century (James 1906:150-51). Pronghorn (*Antilocapra americana*) are now extinct in this part of California. Similarly, scattered California or Beechy ground squirrels (*Citellus beecheyi*) were reported in the yucca belt near Whitewater early in the 1900s (Grinnell and Swarth 1913).

Plant Communities and Habitats Along the Edges of the Valley. The alluvial fans on the east side of the valley, however, differ slightly from those on the west side. Along the east side at the base of the Little San Bernardino Mountains are found emory dalea (*Dalea emoryi*), desert holly (*Atriplex hymenelytra*) and croton (*Croton californica*); along the west side at the base of the Santa Rosa and San Jacinto Mountains are found cacti and chuparosa (*Beloperone californica*). As the west side lies within *Kauisik* territory, the animal habitats for this area will be discussed here. Two habitats within this zone are the Creosote-Palo Verde-Mesquite habitat on the lower flood plains and the Cholla-Palo Verde habitat on the upper alluvial fans.

Along the edges of the Coachella Valley are found flood plain areas consisting of alluvial fans, bajadas, and canyon washes. Within *Kauisik* territory these include the flood plains of Deep Canyon, Sheep Canyon, Coyote Canyon, Dead Indian-Grapevine-Ebbens Canyon, Carrizo Canyon, Cat Canyon, Magnesia Spring Canyon, Cathedral Canyon, Eagle Canyon, Palm Canyon, Tahquitz Canyon and Chino Canyon.

The plants found on the alluvial fans are typical of those found on the Colorado Desert. Creosote bush (*Larrea* ssp.) dominates the lower portions of the alluvial fans with palo verde trees (*Cercidium floridum*) mainly in the arroyos and sandy washes. In addition to the creosote and palo verde, burro bush (*Franseria dumosa*), indigo bush (*Dalea schottii*) and smoke trees (*Dalea spinosa*) grow within this habitat. Other perennials found here include cheesebush (*Hymenoclea salsola*), dyeweed (*Dalea emoryi*), sandpaper plant (*Petalonyx thurberi*), golden cholla (*Opuntia echinocarpa* var. *echinocarpa*), and beavertail cactus (*Opuntia basilaris*).

At the upper end of these alluvial fans palo verde (*Cercidium floridum*), cheesebush (*Hymenoclea salsola*), chuparosa (*Beloperone californica*), brittle bush (*Encelia farinosa*) and desert lavender (*Hyptis emoryi*) are the main perennials; the cacti found here include pencil cholla (*Opuntia ramosissima*), barrel cactus (*Ferocactus acanthodes*), beavertail cactus (*Opuntia basilaris*) and deerhorn cholla (*Opuntia acanthocarpa* var. *ganderi*).

ACC0006586

Emanating from the canyons at the base of the San Jacinto and Santa Rosa Mountains are sandy washes whose flora are composed primarily of palo verde (*Cercidium floridum*), smoke trees (*Dalea spinosa*), desert willows (*Chilopsis linearis*), desert lavender (*Hyptis emoryi*), chuparosa (*Beloperone californica*), and cheesebush (*Hymenoclea salsola*), with scattered honey mesquites (*Prosopis glandulosa* var. *torreyana*), cat's claw (*Acacia greggii*) and sandpaper plant (*Petalonyx thurberi*).

The top end of the alluvial fans lies between the Creosote-Palo Verde plant community and the abruptly rising ridge and mountain slopes of the Santa Rosa and San Jacinto Mountains (Ryan 1986:33). Jumping or teddy bear cholla cactus (*Opuntia bigelovii*) is the dominant plant here; it grows in dense thickets on the alluvial terraces between the canyons of the flood plain between 900 and 1,200 feet elevation. Growing with the cholla are cresote bushes (*Larrea* ssp.); in the arroyos at the edges of the terraces grow palo verdes (*Cercidium floridum*). Besides creosote and jumping cholla, the plant community here is composed of scattered ocotillo (*Fouquieria splendens*), agave (*Agave deserti*), jojoba (*Simmondsia chinensis*), and galleta grass (*Hilaria rigida*).

The animal habitat that covers the lower and upper alluvial fans and canyon washes is termed the Creosote-Palo Verde-Mesquite habitat after Ryan (1968:28-33). The Creosote-Palo Verde-Mesquite habitat supports a larger rodent population than the sand dunes habitats described above. In this habitat the dominant species is the Merriam kangaroo rat (*Dipodomys merriami*), but the area also supports a large population of jack rabbits (*Lepus californicus*), two species of ground squirrels—round-tailed and antelope (*Citellus tereticaudus* and *C. leucurus*), and three species of pocket mouse—the little pocket mouse, the long-tailed, and the short-eared (*Perognathus longimemris, P. formosus,* and *P. fallax*). The pocket gopher (*Thomomys bottae*), deer mouse (*Peromyscus maniculatus*), canyon mouse (*Peromyscus crinitus*), cactus mouse (*P. eremicus*) and desert pack rat (*Neotoma lepida*) are also found here. None of the eleven bat species which overfly this habitat are known to roost here. Although several carnivores are known to forage in this habitat, the coyote (*Canis latrans*) is found here more often than in any other habitat of the Lower Sonoran. Other carnivores that may frequent this area include the gray fox (*Urocyon cineroargenteus*), the desert kit fox (*Vulpes macrotis*), the ringtail (*Bassariscus astutus*), and the badger (*Taxidea taxus*). (The ringtail forages in this habitat but usually lives on the rocky canyon slopes.) Bighorn sheep (*Ovis canadensis*), whose preferred habitat is on the slopes, regularly come down on the flood plains as far as the Creosote-Palo Verde habitat to browse.

Following Ryan (1968:33-37), the top end of the alluvial fans is termed the Cholla-Palo Verde Habitat. None of the bat species that forage in this habitat are known to roost here, and jackrabbits (*Lepus californicus*) do not frequent this habitat in large numbers. However, this area supports a large population of desert pack rats (*Neotoma lepida*), which utilize the cholla for food and nest under the cactus and palo verdes. Cactus mice (*Peromyscus eremicus*), long-tailed pocket mice (*Perognathus formosus*), Merriam kangaroo rats (*Dipodomys merriami*) and antelope ground squirrels (*Citellus leucurus*) also found here in large numbers; and this is the preferred habitat for the long-tailed pocket mouse. Coyotes (*Canis latrans*) are known to travel along the arroyos and near the terraces; the other carnivore that may utilize this habitat is the desert kit fox. Bighorn sheep browse in this area.

Plant Communities and Habitats on the Lower Mountain Slopes. Within *Kauisik* territory the lowest portion of the mountain slopes bordering the alluvial fans are steep and sparsely vegetated. Just above the top end of the flood plains the slopes between 400 and 1,200 feet elevation are composed of granitic boulders, talus, clay soils and little else. Although many annual plants grow here during "wet" years, few perennial plants do so except for scattered creosote bushes (*Larrea tridentata*), brittle bushes (*Encelia farinosa*), and occasionally indigo bush (*Dalea schottii*) and small barrel cacti (*Echinocactus acanthodes*).[16]

Above the rims of the canyons in the Santa Rosa foothills between about 1,500 feet and 3,500 feet

---

[16]On the lower rocky slopes (400 to 1200 feet) of the San Jacintos and in lower Palm Canyon, not only agave grows, but also barrel cactus, about 2 cactus per acre on the average.

ACC0006587

is an area of sloping flats, hills, steep cliffs and arroyos covered predominately agave (*Agave deserti*) and ocotillo (*Fourquieria splendens*). This area is termed the Agave-Ocotillo belt. Other members of this plant community (Zabriskie 1979:57-67) include shrubs, such as creosote bush (*Larrea tridentata*), brittle bush (*Encelia farinosa*), burro bush (*Ambrosia dumosa*), pigmy cedar or desert fir (*Peucephyllum schottii*), bushy cryptantha (*Cryptantha racemosa*), bedstraw (*Galium stellatum* ssp. *eremicum*), rush pea (*Hoffmannseggia microphylla*), crossosoma (*Crossosoma bigelovii*), arrowleaf (*Pleurocoronis pluriseta*), desert lavender (*Hyptis emoryi*), chuparosa (*Beloperone californica*), sweetbush (*Bebbia juncea*), trixis (*Trixis californica*), desert brickellia (*Brickellia desertorum*) as well as cholla cactus (*Opuntia* ssp.), succulents, such as live-forever (*Dudleya arizonica* and *D. saxosa* ssp. *aloides*) and ferns, such as Parry's cloak fern (*Notholaena parryi*) and spike moss (*Selaginella eremonphila*). Of the one hundred or so annuals found on these slopes during "wet" years, four—wooly plantain (*Plantago insularis* var. *fastigiata*), crenulate phacelia (*Phacelia crenulata*), rock daisy (*Perityle emoryi*) and cryptantha (*Cryptantha maritima* and *C. utahensis*)—will be found most years (Zabriskie 1979:62).

The lowest part of the mountain slopes between about 400 and 1,200 feet elevation comprise the Rocky Slopes habitat (Ryan 1968:37-41). Despite the inhospitable nature of the environment here, population densities among the mammal species found in *Kauisik* territory are the highest in this habitat (Ryan 1968:39). Additionally, 30% to 40% of the eight species of rodents that inhabit this area are pack rats (Desert pack rat, *Neotoma lepida*), and they are more active in this habitat than in others they use (probably because of the protection the terrain offers). This area is also the favorite habitat for canyon mice (*Peromyscus crinitus*), cactus mice (*P. eremicus*), and that of the short-eared pocket mouse (*Perognathus fallax*). Deer mice (*Peromyscus maniculatus*), long-tailed pocket mice (*Perognathus formosus*), and spiny pocket mice (*P. spinatus*) are also found here. Although antelope ground squirrels (*Citellus leucurus*) are found here, rabbits and hares are not. The ring-tail (*Bassariscus astutus*), coyotes (*Canis latrans*), spotted skunks (*Spilogale gracilis*), gray foxes (*Urocyon cinereoargenteus*), and bobcats (*Lynx rufus*) also inhabit or find shelter on these slopes, and this area is used regularly by bighorn sheep (*Ovis canadensis*) traveling between the valley floor and canyon bottoms to higher elevations, as is evidenced by the numerous sheep trails in this area (Ryan 1968:40). The presence of bighorn sheep in this habitat suggest that mountain lions (*Felix concolor*) may also have been found here in the past.

The Agave-Ocotillo belt is the meeting place for faunas from the low desert and those of the high mountains (Ryan 1968:44).[17] As in the rocky slope areas below the Agave-Ocotillo belt, the dominant mammals here are rodents and the largest populations are those of the desert pack rat (*Neotoma lepida*), with the short-tailed pocket mouse (*Perognathus fallax*) second, the canyon mouse third, and the cactus mouse (*Peromyscus crinitus* and *P. eremicus*, respectively) fourth in population density. This area also supports large populations of antelope ground squirrels, jack rabbits (*Lepus californicus*), little pocket and spiny pocket mice (*Perognathus longimembris* and *P. spinatus, respectively*) and deer mice (*Peromyscus maniculatus*). The preferred habitat of bighorn sheep (*Ovis canadensis*) is the upper part of the Agave-Ocotillo belt. This belt is also the lowest habitat used by mule deer (*Odocoileus hemionus*), and, as such, was the area utilized by mountain lions (*Felis concolor*) in the past (Grinnell and Swarth 1913).

Plant Communities and Habitats of the Lower Plateau. The lower plateau extends from the top of the lower mountain slopes to that of the montane slope between about 2,500 feet and 3,500 feet elevation. In this zone the Agave-Ocotillo belt grades into Mohave yucca (*Yucca schidigera*), juniper (*Juniperus californica*) and other shrubs. Other members of this plant community include: galleta grass (*Hilaria rigida*), agave (*Agave deserti*), nolina (*Nolina parryi*), Our Lord's Candle or Whipple yucca (*Yucca whipplei*), wand sage (*Salvia vaseyi*), white sage (*Salvia apiana* var. *compacta*), California

---

[17]This plant community was also an especially important food-gathering area, an area where two important acquistion activities could be done simultaneously, collecting food plants and hunting game. During November and December when agave was harvested by a group of adult men and young boys, they would also hunt game, and having a good labor supply available, pack down large amounts of agave and game.

ACC0006588

buckwheat (*Eriogonum fasciculatum* ssp. *polifolium*), scrub oak (*Quercus turbinella*), jojoba (*Simmondsia chinensis*), manzanita (*Arctostaphylos glauca*), sugar bush (*Rhus ovata*), desert apricot (*Prunus fremontii*), Parry abrojo or crucillo (*Condaliopsis parryi*), Wright's buckwheat (*Eriogonum wrightii*), Indian tea (*Ephedra aspera* and *E. nevadensis*, and possibly *E. californica*), golden head (*Acamptopappus sphaerocephalus*), golden eye (*Viguieria deltoidea*), matchweed (*Gutierrezia sarothrae*) and Virgin River encelia (*Encelia virginensis*). Within *Kauisik* territory the yucca belt includes sloping and hilly flats, such as the Indian Potrero, *Sim mo ta*, on the west side of Palm Canyon, and those between Palm Canyon upstream of Dry Rock Wash and Deep Canyon, the area called *Fat mel mo* ("a place of many hills") by the Cahuilla (Patencio 1943:53).

Mammals that utilize the Agave-Ocotillo belt are also found in the yucca belt. Additionally rodents—such as brush rabbits (*Sylvilagus bachmani*), Beechy ground squirrels (*Citellus beecheyi*), brush mice (*Peromyscus boylii*), pocket gophers (*Thomomys bottae*) nimble kangaroo rats (*Dipodomys agilis*), and desert shrews (*Notiosorex crawfordi*), carnivores—such as gray foxes (*Urocyon cinereoargenteus*), spotted skunks (*Spilogale gracilis*) and bobcats (*Lynx rufus*)—which normally inhabit the Pinyon-Juniper woodland above can be found in the yucca belt (Ryan 1968:44-45).

**Upper Sonoran.**  Plant Communities and Habitats of the Upper Plateau.  Pinyon-Juniper woodland is found mainly on the flats of the upper plateau. These include Pinyon Flat, which is between Upper Palm Canyon and Deep Canyon, and Little Pinyon and Pinyon Alta Flats, which are between Deep Canyon, Santa Rosa Mountain and Martinez Canyons. This area generally lies between 3,500 and 4,500 feet and below the chaparral belt. It is characterized by dense stands of juniper (*Juniperus californica*), scrub oak (*Quercus dumosa*), large pinyon pines (*Pinus monophylla*), yucca, and cholla.[18]  Most of the vegetation in this plant community is composed of hard-leaved evergreen shrubs, including manzanita (*Arctostaphylos glauca*), sugar bush (*Rhus ovata*), scrub oak and juniper. Other shrubs found here include ribbonwood (*Adenostoma sparsifolium*), desert ceanothus (*Ceanothus greggii*), mountain mahogany (*Cercocarpus betuloides*), silk tassel (*Garrya flavescens*), and desert apricot (*Prunus fremontii*) (Zabriskie 1979:84,93). Four species of cacti commonly grow in the Pinyon-Juniper woodlands—pancake cactus (*Opuntia chlorotica*), prickly-pear (*Opuntia phaecantha* var. *discata*), old man cactus (*Opuntia erinacea*) and golden cholla (*Opuntia echinocarpa* var. *wolfii*).  A few individual beavertail cactus (*Opuntia basilaris*), hedgehog cactus (*Echinocereus engelmannii*), fishhook cactus (*Mammillaria tetrancistra*) and Parry nolina (*Nolina parryi*) can also be found (Zabriskie 1979:88).

Rodent population densities here are similar to those in the Creosote-Palo Verde (flood plains/alluvial fan) habitat on the valley floor, however, here desert pack rats (*Neotoma lepida*), nimble kangaroo rats (*Dipodomys agilis*), and pinyon mice (*Peromyscus truei*) dominate the rodent community. Beechy ground squirrels (*Citellus beecheyi*) are abundant here, and although antelope ground squirrels (*Citellus leucurus*) are still found, this is the upper limit of its range (Ryan 1968:47). Large numbers of jack rabbits and pocket gophers (*Thomomys bottae*) and pinyon mice (*Peromyscus truei*) are found here. The area, however, is a marginal habitat for brush mice and pocket mice. Pinyon Flat and Pinyon Alta Flats are utilized by mule deer (*Odocoileus hemionus*), and possibly bighorn sheep, (*Ovis canadensis*). Numerous carnivores, including coyotes (*Canis latrans*), gray fox (*Urocyon cinereoargenteus*), ringtail (*Bassariscus astutus*), raccoon (*Procyon lotor*),[19] spotted skunk (*Spilogale gracilis*), badger (*Taxidea*

---

[18]The four-leaved pinyon (*Pinus quadrifolia*) grows as scattered individual trees on the west-facing slopes of the Santa Rosa Mountains including several individual specimens near the junction of Highways 74 and 371 . . . and two specimens on the south-facing slopes of the San Jacinto Mountains near Butterfly Peak and the Hemet Belle Mine (Schwenn, personal communication). This range of this species extends into Baja California (Zabriskie 1979:84).

[19]Raccoons are found today in such diverse urban locations as downtown Palm Springs near the base of the San Jacinto Mountains, Thousand Palms Oasis in the Indio Hills and in the Skyvalley area near the foot of the Little San Bernardino Mountains. According to Ryan (1968:11), "Individuals roaming down Tahquitz and nearby canyons often become pests in the city of Palm Springs."

ACC0006589

The *Kauisik* Catchment Area

*taxus*), mountain lion (*Felis concolor*) and bobcat (*Lynx rufus*). In the past California grizzly bears (*Ursus arctos californicus*) may have also utilized this habitat.[20]

Plant Communities and Habitats of the Upper Mountain Slopes. Most of the areas of chaparral within *Kauisik* territory are a Mixed Chaparral plant community containing ribbonwood (*Adenostoma sparsifolium*), manzanita (*Arcotostaphylus* ssp.), sugar bush (*Rhus ovata*), chamise (*Adenostoma fasciculatum*), Mohave yucca (*Yucca schidigera*), juniper (*Juniperus californica*), scrub oak (*Quercus dumosa*), ceanothus (*Ceanothus* ssp.), and other shrubs.[21] Individual specimens of cacti, the same species as are found in the Pinyon-Juniper woodland, are found here.

Within *Kauisik* territory this plant community that lies along the west slope of Palm Canyon south of the Indian Potrero and upslope of that area, and along the north slope of Santa Rosa Mountain south of Pinyon Flat, is not as dense as it is elsewhere in Cahuilla territory (e.g., on the mountain slopes above Garner Valley). On the north slope of Santa Rosa Mountain it is possibly the result of a fire in 1908 which burned pinyon trees in that area. The chaparral habitat extends from about 4,500 feet to 6,400 feet, beginning above Pinyon Flat and extending upslope to the scattered oak woodlands at the edge of the coniferous forest (Ryan 1968:49).[22] The desert pack rat (*Neotoma lepida*) is the dominant species here followed by deer, brush, parasitic and pinyon mice (*Peromyscus maniculatus*, *P. boylii*, *P. californicus* and *P. truei*) as well as pocket gophers (*Thomomys bottae*) and Beechy ground squirrels (*Citellus beecheyi*) in smaller numbers. Mule deer (*Odocoileus hemionus*) favor the oak woodlands above the chaparral, but are found in the denser stands of chaparral. This area is also utilized by brush rabbits (*Sylvilagus bachmani*), dusky-footed wood rats (*Neotoma fuscipes*), and the meadow vole (*Microtus californicus*) and such predators as coyotes (*Canis latrans*), gray fox (*Urocyon cinereoargenteus*), ringtail (*Bassariscus astutus*), mountain lion (*Felis concolor*), and bobcat (*Lynx rufus*). In the past, grizzly bears (*Ursus arctos californicus*) would have been found here and in the oak thickets at the edge of the coniferous forest.

Oak groves are found on the north face of Santa Rosa Mountain along the bottom edge of the

---

[20]Black bears were unknown in the San Jacinto, Santa Rosa and San Bernardino Mountains before the 1920s (maybe the 1930s) when black bears from Yosemite were introduced into the San Bernardino Mountains area to take the place of the extinct grizzly bear.

[21]Chaparral also includes stands where a single plant species is dominant. For example, chamise chaparral, ceanothus chaparral, manzanita chaparral, scrub oak chaparral, and ribbonwood chaparral, and areas where the plant species are mixed. Within *Kauisik* territory, chamise chaparral is mainly composed of chamise (*Adenostema fasciculatum*) with minor amounts of desert ceanothus and deer brush (*Ceanothus greggii and C. integgerimus*, respectively, and *C. leucodermis* and *C. palmeri*), bigberry and eastwood manzanita (*Arctostaphylos glauca* and *A. glandulosa*), white and black sage (*Salvia apiana* and *S. mellifera*), California buckwheat (*Eriogonum fasciculatum*), scrub oaks (*Quercus turbiinella* and *Q. dumosa*), sugarbush (*Rhus ovata*), and laurel sumac (*Rhus laurina*); manzanita chaparral, of manzanita with lesser amounts of scrub oak, chamise, ceanothus, birch-leaf mountain mahogany (*Cercocarpus betuloides*), chinquapin (*Castanopsis sempervirens*), Coulter pine (*Pinus coulteri*) and Fremont silk tassel (*Garrya flavescens*). Scrub oak chaparral, on the other hand, is mainly composed of scrub oak (*Quercus dumosa*) with minor amounts of birch-leaf mountain mahogany, chaparral whitethorn (*Ceanothus leucodermis*), toyon, holly-leaf cherry (*Prunus ilicifolia*), holly-leaf buckthorn and California buckthorn (and *Rhamnus californica* ssp. *cuspidata*, respectively), honeysuckle (*Lonicera interrupta*), silk tassel, California fremontia (*Fremontodendron californicum*), poison oak (*Rhus diversiloba*) and two-petal chaparral ash; ribbonwood (red shank) chaparral, of ribbonwood (*Adenostoma sparsifolium*) with some chamise, scrub oak, ceanothus, birch-leaf mountain mahogany and sugarbush.

[22]According to Bean and Saubel,

> During the harvest, most of the men, women, and children in a village moved to the oak groves. This trip took anywhere from one to two days to make, traveling along trails that directly connected the grove to the village. Customarily, the gatherers remained for three to four weeks camped in the oak groves to permit the acorns to dry. . . . During the weeks in which the acorns were being gathered, dried, and processed, the men also hunted deer and an abundance of small game (squirrels, woodrats, and quail) that could usually be found in the vicinity of oak groves (Bean and Saubel 1972:126-127).

ACC0006590

coniferous forest, above Palm Canyon along the upper reaches of Oak and Live Oak Canyons, and along the north face and summits of the Desert Divide from Cedar Spring to Red Tahquitz Peak. The upper basin of Tahquitz Creek at Caramba (below Reed and Tahquitz Meadows) contains a mixed oak-yellow pine woodland. On Santa Rosa Mountain and in the chaparral thickets above Pinyon Flats, Zabriskie's survey only encountered scrub oaks (*Quercus dumosa* and *Q. turbinella* ssp. *californica*) and golden cup or canyon live oaks (*Quercus chrysolepis*). Canyon live oaks also grow in Live Oak and Oak canyons and at the edge of the coniferous forest between Chino and Tahquitz canyons. Black oak (*Quercus kelloggii*) groves are found along the north face of the Desert Divide between Ansell Rock and Cedar Spring.

   Plant and Animal Communities of Streamside Environments. Palm Canyon and Deep Canyon are the two major canyons within *Kauisik* territory with intermittent surface flows, permanent pools, seeps and permanent water in their upper reaches. These canyons begin in the Lower Sonoran zone and climb to the Upper Sonoran zone. The plant community along these stream courses differs from that of the area through which the canyon is cut in that winter-deciduous flora, such as cottonwoods, are found along the stream course (Zabriskie 1979:118). The most notable members of the streamside plant community are trees, such as cottonwoods (*Populus fremontii*), willows, particularly red willows (*Salix laevigata*), alders (*Alnus rhombifolia*) and large groves of California fan palm (*Washingtonia filifera*). Shrub members of the streamside community include squaw waterweed (*Baccharis sergiloides*), mule-fat (*Baccharis glutinosa*), sedges (*Carex*), rushes (*Juncus*), maidenhair ferns (*Adiantum capillus-veneris*), arrowweed (*Pluchea sericea*), saltgrass (*Distichlis spicata* var. *stricta*), wild grape (*Vitis girdiana*), California fuchsia (*Zauschneria california*), horsetails (*Equisetum hyemale*), and deer grass (*Muhlenbergia rigens*).

   **Transition.** Plant Communities and Habitats of the Coniferous Forest Belt. This belt begins above 6,300 feet elevation and is dominated by yellow pines, particularly Jeffrey pine (*Pinus jeffreyi*), ponderosa pine (*Pinus ponderosa*), incense cedar (*Calocedrus decurrens*), and white fir (*Abies concolor*).[23] Jeffrey pines are the dominant plant species (Zabriskie 1979:109). At the highest elevations in the San Jacinto Mountains—the high peaks such as Marion, Jean and Mount San Jacinto—the yellow pine forest grades into a white pine forest, including sugar pines (*Pinus lambertiana*) and limber pines (*Pinus flexilis*) on the north face of Mountain San Jacinto. The forest floor is mainly covered with grasses and annuals; and on the slopes are small populations of service-berry (*Amelanchier pallida*) and blue elderberry (*Sambucus caerulea*).

   Fewer rodent species are found here, particularly above 8,000 feet.[24] The main species are desert pack rats, deer mice (*Peromyscus maniculatus*) and parasitic mice (*P. californicus*), pocket gophers (*Thomomys bottae*), moles (*Scapanus latimanus*), Beechy ground squirrels, grey squirrels (*Sciurus griseus*) and chipmunks (*Eutamias merriami*). Mule deer, coyotes, gray foxes, ringtails, weasels, badgers,

---

[23]The forest we see today may be significantly changed from that of earlier times because the San Jacinto Mountains were extensively logged beginning in the middle 1870s. In early 1875, Col. Milton Sanders Hall was awarded a contract by Southern Pacific Railroad Company to deliver wood for 300,000 railroad ties and for locomotive fuel. The wood was the Little Strawberry Valley area in the San Jacinto Mountains (Gunther 1984:210).

   Many of the trees that his workmen felled were said to have been 250 feet in height with branches starting as far as 100 feet from the ground and it has been claimed that in a period of sixty days he and his crews had taken out more than 400,000 feet of sugar pine. . . . the saw mill had to be dragged from one location to another to keep up with the tree-felling (Gunther 1984:210,219-220).

[24]In traditional times the highest elevations contained only a few useful animals, those few including squirrels, chipmunks, wood rats, quail and deer, which were especially useful to the Cahuilla. Cahuilla hunters could normally reach the higher elevations of the San Jacinto Mountains (Long Valley, Tamarack Valley, Tahquitz Valley, Strawberry Cienaga) by May (perhaps as early as late March), and continually access these areas until late October or early November (December during drought years), depending on when the snows fell.

ACC0006591

The *Kauisik* Catchment Area

mountain lions, and bobcats were also found (Ryan 1968:52-53). Before 1900, grizzly bears also utilized these areas, as is evidenced by Cahuilla place names like that for Long Valley—*Hoon wat hec ic*, "home of the bear that always lived there in the early days" (Patencio 1943:96).

## The Seasonal Round[25]

**Spring (March-April-May)**. With the profusion of plants that bloomed on the desert floor and slopes of the San Jacinto and Santa Rosa Mountains in the spring, greens seem to have had less importance than in the winter (see below), and their collection was incidental to the gathering of other plant staples such as mesquite, agave, and cactus. Much of the collection of plant foods was near home; and while the women gathered, the men hunted small game (such as jackrabbits) and larger animals (bighorn and deer).

During historic times the *Kauisik* engaged in wage labor, such as working as cowhands on cattle drives during the late spring or early summer. Sheep shearing and helping farmers plant their farms were also activities *Kauisik* men and/or their families engaged in.

March. Gathering activities began on the valley floor near the village site as the cultivated crops, such as corn (*Zea mays*), squash and pumpkins (*Cucurbita moschata* and *C. pepo*), melons (*Citrullus vulgaris*) and beans (*Phaseolus* ssp.) were harvested. In historic times the *Kauisik* worked as farm hands, e.g., weeding and hoeing corn fields.

Collection of the fruits (containing large seeds) of the bladderpod (*Isomeris arborea*) began in March and continued through May. Although bladderpod grows on the alluvial cone of Chino Canyon and in the mouth of Deep Canyon, it was of limited importance to the *Kauisik*, as the greatest abundance of this plant grows at the north end of the valley in the mouth of San Gorgonio Pass and on the flats near present-day Desert Hot Springs. Other plants of limited importance that were gathered at this time include the edible roots of arrowweed (*Pluchea sericea*) and the tuber-like stems of broom-rape (*Orobanche cooperi*), which Patencio (1943) reported as growing at the mouth of Chino Canyon; wild hyacinth (*Brodiaea* spp.) corms; and, during very wet years, the bulbs of the desert lily (*Hesperocallis undulata*).

Buds of the barrel cactus (*Echinocactus acanthodes*), a species that is very common on the bajadas and lower foothills, were gathered beginning in March; as were the blossoms of the ocotillo (*Fouquieria splendens*), which grows with cacti (*Opuntia* ssp.) and agave (*Agave deserti*) on the flats between Deep Canyon and Palm Canyon.

The *Kauisik* continued to gather greens, such as miner's lettuce (*Montia perfoliata*); and pot herbs, such as desert heron's bill (*Erodium texanum*), which were also collected during the winter months. Added to these were shoots from the buckwheat (*Eriogonum* spp.), and the leaves and stems of the live-forever (*Dudleya* spp.).

April. Blossoms from the honey mesquite (*Prosopis glandulosa*) were gathered by the *Kauisik* Cahuilla in April and May from mesquite thickets in Tahquitz and Chino canyons, near the hot springs in Section 14, from Palm Canyon, and from the bend of Highway 111 at the start of East Palm Canyon Boulevard. From April through the summer, *Bruchus* sp. beetles were also collected from the mesquite.

Blossoms and the stalk and crown from the desert agave (*Agave deserti*) were gathered on the flats and slopes between Palm Canyon and Deep Canyon beginning in April and continuing through August. The agave was baked in rock-lined pits and then transported back to the village and stored for later use. The buds and flowers of the barrel cactus (*Echinocactus acanthodes*) were gathered until June or July.

The buds of at least six species of *Opuntia*, which grow on the rocky slopes of the Santa Rosa foothills and lower slopes of the San Jacintos, were collected beginning in late April and continuing through May and June. Collection of the flowers and stalk of the Whipple yucca or Our Lord's Candle (*Yucca whipplei*) also began in April and continued through May. Gathered during the same period, but

---

[25]Material for this section is derived from Wilke 1976:99-105, and Bean 1972:157.

ACC0006592

of less importance was the fruit of the Mohave yucca (*Yucca schidigera*).

Beginning in April and continuing through August, the *Kauisik* collected gooseberries and currants (*Ribes* ssp.) from the higher elevations of the Deep Canyon area (1000-2500+ meters), the meadows below Mount San Jacinto, and those at the head of Tahquitz Canyon. These berries were dried and stored for later use. The spring berry harvest was the only gathering activity conducted high in the Santa Rosa and San Jacinto Mountains during this season. The remainder of activity was confined to the desert floor and lower foothills. In historic times the fiesta round may have started in April.

May. In the late spring seeds from panic grass (*Panicum urvilleanum*), which grows in sheltered areas on the valley floor, was gathered. Beginning in May and continuing through August the *Kauisik* also gathered the seeds from cat's claw acacia (*Acacia greggii*), which grows in sandy washes from the valley floor to the Pinyon-Juniper belt, but it was of less importance than the mesquite.

Of particular importance to the *Kauisik* were the buds of the prickly pear cactus (*Opuntia occidentalis*), which appeared beginning in May. Also collected beginning in May and continuing through August were the berries of the Thornbushes (*Lycium* spp.) and the fruit of the desert apricot (*Prunus fremontii*). From the lower slopes the *Kauisik* gathered seeds from the jojoba or goatnut (*Simmondsia chinensis*) through July.

In historic times *Kauisik* men returned to the area with cash received after completing the cycle of spring wage labor. The fiesta round began in May at Los Coyotes. Grasses were gathered and sold as horse feed to the stage lines.

**Early Summer (June-July).** June. Collection of small seeds of plants, such as chia (*Salvia columbariae*), began in June and continued through September depending on elevation. Beginning in June and continuing through August, the seeds of at least 10 other genera of plants were collected and stored to be ground into flour at a later time. These included seeds of the pincushion (*Chaenactis* spp.), and white tidy-tip (*Layia glandulosa*). Other plants, such as golden yarrow (*Eriophyllum confertiflorum*), which provided seeds for flour, were gathered beginning in June and continuing into the late fall. Seeds from tansy mustard (*Descurainia pinnata*), blazing star (*Mentzellia* spp.), and the sages were also harvested beginning in June and continuing through the fall.

In June the *Kauisik* gathered green pods from the honey mesquite (*Prosopis glandulosa*) that grew on the valley floor. They also gathered green cones from the one-needle pinyon pine (*Pinus monophylla*) that grew on Pinyon Flat during this month. The cones were knocked from the trees and baked in a pit to release the premature nuts. Also gathered at this time and through August were the berries of the California juniper (*Juniperus californica*).

Gathering activities also took place at higher elevations in the chaparral plant community between June and September with the collection of manzanita (*Arcotostaphylos* ssp.) berries and seeds.

Beginning in late June and continuing through early November, the *Kauisik* harvested the fruit of the California fan palm (*Washingtonia filifera*) from groves in Palm Canyon, from the vicinity of the hot springs in Section 14 and Chino Canyon, from Eagle Canyon, Cathedral Canyon, Magnesia Springs Canyon, Cat Canyon, Ebbens Canyon, Grapevine Canyon and Carrizo Canyon, to name just a few. The fan palm was an important economic crop to the *Kauisik*. Randall Henderson (1951:7-8) surveyed the fan palm groves and estimated that over 100 groves still existed with a total of about 11,000 trees. A large number of these groves are within *Kauisik* territory, which contains two of the largest single groves, in Palm Canyon and Magnesia Springs Canyon. The importance of the fan palm is suggested by Cahuilla oral literature which places the first palm tree at Indian Wells (Patencio 1943:101).

The fruit of Parry abrojo or wild plum (*Condalia parryi*) were collected in the lower slopes in Deep Canyon, on Bullseye Flat, and Chino canyons from June through August. On the higher slopes of the Desert Divide they collected service berries (*Amelanchier pallida*) between June and August. Most of these fruits not only provided the *Kauisik* with fresh fruit, but were also dried and stored for later use.

In historic times the *Kauisik* worked in the San Bernardino, Hemet and San Jacinto valleys picking fruit from the end of June through August.

ACC0006593

The *Kauisik* Catchment Area

July. The observation by Blake (1856) that Cahuillas in the Coachella Valley had melons, squashes and other produce to trade in November, 1853, suggests that the *Kauisik* planted gardens for a second time each year in July.

At this time of year food was gathered from all life zones from the Lower Sonoran to the Transition zones. Gathering of seeds of white sage (*Salvia apiana*) and wand sage (*Salvia Vaseyi*) began in July and continued through September.

In July and August the *Kauisik* also collected the ripe pods from the honey mesquite (*Prosopis glandulosa*). They may also have obtained pods from screwbean mesquite (*Prosopis pubescens*) to a limited extent as this species is known to grow at Thousand Palms Oasis, and possibly at Willow Hole, but is mainly found in the lower valley below Indio. The harvest of the mature pods usually occurred about three weeks after that of the green pods, and during the harvest all members of a family participated, camping in the groves if they were any distance from the village site.

The *Kauisik* may also have gathered the beans of the Palo Verde (*Cercidium floridum*) during the mesquite harvest, but this plant was of lesser importance than the mesquite. It grows on the valley floor on the alluvial fan of Tahquitz and Chino canyons and at the mouth of Deep Canyon.

Sheep shearing was a wage labor activity during July and August in historic times.

**Late Summer (August-September).** August. Harvest of the nuts of the one-needle pinyon pine (*Pinus monophylla*) from Pinyon Flat began in earnest in late August or early September. Pinyon pines, however, produce erratically with no crop at all during some years. The harvest, which lasted from two to six days (Bean and Saubel 1972), was a group effort with the entire family participating except for the very young, the old, and the infirm.[26] The *Kauisik* hiked from Tahquitz Canyon up the Palm Canyon Trail to Pinyon Flats and camped in the groves for at least one week. The men knocked the cones from the trees by shaking or with poles; they were then gathered by the women and children and placed in a pit of hot coals to release the nuts prematurely from the cones. During the harvest the men also hunted nearby game, particularly deer. After the harvest the *Kauisik* brought the cooked, unshelled nuts back to Tahquitz Canyon and stored them. For the *Kauisik* pinyon nuts may have been as important as acorns, as the roasted nuts served as an important winter food source. (Nuts from the four-needle pinyon pine [*Pinus quadrifolia*] were probably not available to the *Kauisik*, since this species grows in a limited areas around Garner Valley.)

Between August and October the *Kauisik* may have collected the seed of basin sagebrush (*Artemisia tridentata*) from the Pinyon-Juniper belt, especially during the pinyon nut harvest, or they could have obtained this plant food through trade with the *Wanikik* or others. The plant is known to grow on the Snow Creek/Falls Creek alluvial fan and in Garner Valley. Another plant of limited importance was seep-weed (*Suaeda* sp.), which was available to the *Kauisik* near the mouth of Deep Canyon and the Thousand Palms Oasis.

Also available in August from the higher elevations, such as Tahquitz Meadow and the upper reaches of Deep Canyon, were cherries from the holly-leaf cherry (*Prunus ilicifolia*).

September. The gathering of small seeds, such as those of the quailbrush (*Atriplex lentiformis*), that began earlier in the summer (July), continued as did collection of seeds from plants at higher elevations on the mountain slopes, including blazing star (*Mentzellia* sp.), white tidy-tips (*Layia*

---

[26]The *Kauisik* shared Pinyon Flats with other groups, as is evidenced by the many trails that lead to this area, e.g., from the shore of ancient Lake Cahuilla (near present day Lake Cahuilla), from La Quinta, from Palm Desert and from Palm Springs.

The Cahuilla journeying to them [areas with pinyon nuts] never erected permanent houses, since harvesting was carried out in a two- to six-day period. Simple shelters were used or the gatherers simply camping in the open. . . Political boundaries were apparently adjusted to give as many groups as possible access to the nuts, and Cahuilla came from several political groups to such areas as Pinyon Flats (Bean and Saubel 1972:103).

ACC0006594

glandulosa), white sage (*Salvia apiana*), wand sage (*Salvia vaseyi*), pigweed (*Amaranthus* ssp.), sunflower (*Helianthus* ssp.), and goosefoot (*Chenopodium* ssp.). For the *Kauisik*, however, quailbrush seeds were probably a limited resource since this plant grows on the valley floor mainly below sea level and to a limited extent in the Indio Hills near Thousand Palms Oasis.

During historic times the *Kauisik* worked as fruit and nut pickers in the San Bernardino and San Jacinto valleys between September and November, e.g., peaches were picked between August and September.

**Fall (October-November).** <u>October</u>. The acorn harvest season occurred from October to November (Bean and Saubel 1972:121-131) just before the start of the winter rains. During the harvest most of the men, women and children (about one-half to two-thirds of a village) moved to the oak groves and camped there from three to four weeks. The men climbed the oaks and knocked down acorns, which the women and children gathered along with those acorns that had fallen naturally. The acorns were then husked and dried, then ground and the meal leached. While the acorns were being processed, the men hunted deer and small game, such as quail and squirrels, in the vicinity. Cahuilla would return from the groves early only if it rained during the harvest; in this case the acorns would be brought back to the village for processing.

The *Kauisik* had ready access to the least desirable acorn, that of the scrub oak (*Quercus dumosa*), which grows in the chaparral plant community on the slopes of the San Jacintos above Palm Springs and on the west side of Palm Canyon. They also could obtain acorns from canyon live oaks (*Quercus chrysolepis*) from Live Oak and Oak canyons, both on the west side of Palm Canyon, and from the sloping flats between Tahquitz and Chino canyons. Black oaks (*Quercus kelloggii*), the most desirable oak species, grow on the north slopes of the Desert Divide between Cedar Spring and Apache Peak, but much of this area probably belonged to the *Panyiktum* Cahuilla, particularly the areas with the greatest numbers of black oaks on the north slopes of Spitler and Apache Peaks; hence the *Kauisik* may have obtained this acorn through trade and relied more heavily on other staples, such as mesquite beans, pinyon nuts, palm fruits and agave.

Beginning in October or November the seeds of the desert lavender (*Hyptis emoryi*) were available for gathering on the valley floor in the mouths of Tahquitz and Chino canyons and the canyons in the Santa Rosa foothills and Palm Canyon.

<u>November</u>. Cultivated crops, such as melons and squashes, which were planted in July, are harvested at this time. Bugseed (*Dicoria canescens*), a plant of sandy areas on the valley floor, is gathered beginning in the fall and through the winter.

**Winter (December-February).** Winter time was the season with the fewest number of available plant foods. Hence it was the time when the *Kauisik* relied most heavily on stored supplies of acorns, mesquite beans, palm fruit, pinyon nuts, and seeds from a variety of plants that had been gathered in previous months. Emphasis was also placed on hunting to supplement food supplies. Gathering and hunting activities, such as rabbit drives, would have taken place on both the valley floor and mountain slopes up to the Pinyon-Juniper belt during the winter months.

Rituals began and were performed throughout the winter months. During the winter months much time was spent on activities such as trading, visiting, intra- and inter-group activities, manufacture of goods, teaching children, gambling and recreation.

<u>December</u>. The Cahuilla planted their gardens in December, the time when the annual *nukil* ceremonies took place for those who had died during the previous year. Gathering of bugseed (*Dicoria canescens*), a plant of sandy areas, which started in the fall, continued through the winter. Leaves of the desert agave (*Agave deserti*), which were gathered year-round, were an especially important food source in the winter (November) through the spring (May), particularly after the winter rains (usually beginning in late November and continuing through December) which made the leaves succulent. Agave grows on

ACC0006595

the slopes and flats of the upper creosote bush scrub along the foot of Haystack Mountain and the upper reaches of Cat Canyon, Ebbens Canyon and Magnesia Springs Canyon. The *Kauisik* could reach these areas via the trail between the Garden of Eden and Dead Indian Palms. Growing in association with agave is beavertail cactus (*Opuntia basilaris*). The *Kauisik* also gathered the pads of this cactus during the winter, possibly at the same time they were collecting agave leaves. A source of food in the winter for Cahuilla living on the valley floor south of Indio was pickleweed (*Allenrolfea occidentalis*). The seed of the plant was gathered in the lower end of the valley where the soils are more alkaline; so it was probably not available to the *Kauisik* except through ritual exchange or trade.

January-February. From January to April the *Kauisik* were able to gather greens, such as miner's lettuce (*Montia perfoliata*) and pot herbs, including desert heron's bill (*Erodium texanum*), from riparian areas, such as Tahquitz Canyon, Chino Canyon near the hot springs, and Palm Canyon. Another source of winter food was the roots of the young arrowweed (*Pluchea sericea*).

Beginning in the late winter (February) and continuing through the next fall (October) edible seeds were gathered from several species of blazing star (*Mentzelia* ssp.) Gathering of insects from quailbrush (*Atriplex lentiformis*) began in February and continued through April.

During January and February the *Kauisik* probably relied most heavily on stored food supplies and hunting, supplementing their food supplies with plant greens and pot herbs, as well as agave and beavertail pads. Agave harvesting was particularly important at this time, with men in groups going to the gathering location and remaining for three or four days.

**The Daily Round**

Many of the plants essential to Cahuilla subsistence and life grew in Tahquitz Canyon, on the Tahquitz alluvial fan or in Chino Canyon floor (the fork just above the present-day valley station of the aerial tramway). Plants growing on the floor of Tahquitz Canyon below the first falls, on the Tahquitz Canyon alluvial fan and the floor of Chino Canyon could be gathered on a daily basis. (The walking time between the Tahquitz alluvial fan and the riparian area [hot spring] in Chino Canyon is about one hour each way.)

Plants that grew in lower Palm Canyon in the vicinity of the present-day Trading Post could be reached with about a one and one-half- to two-hour walk each way. Plants that grew in the Santa Rosa foothills (the area around Murray Peak that is also known as the Murray Hills) could be reached in similar walking time.

Most, perhaps 80%, of the important food plants, such as mesquite (*Prosopis glandulosa* var. *torreyana*), palm (*Washingtonia filifera*), cactus buds (*Opuntia* ssp. and *Ferrocactus acanthodes*), bugseed (*Dicoria canescens*) and the stone fruits (*Prunus* ssp.), could be gathered at the appropriate time of the year on a daily round.[27] For efficient gathering and storage such plants were picked seasonally by large groups of people and stored. Important exceptions to this daily routine include acorns (*Quercus* ssp.), pinyon nuts (*Pinus monophylla*) and agave (*Agave deserti*).

---

[27]According to Francisco Patencio (1943) honey mesquite used to grow at the curve along Highway 111 where South Palm Canyon meets East Palm Canyon, in lower Tahquitz Canyon, in Chino Canyon near the hot spring, and at the east point of Palm Canyon near where El Cielo Drive crosses Tahquitz wash and in Section 14 at the spring (*Agua Caliente*). Farther afield are extensive mesquite thickets in the mouth of Palm Canyon and on upper and lower Mesquite Flats in Palm Canyon. All of these locations are within *Kauisik* territory, and except for thickets on upper and lower Mesquite Flats, they could easily be reached on a daily basis.

Since the gathering period spanned several weeks, people usually remained at the gathering site for the duration of the pod-gathering season if groves were any distance from their village site. If the groves were nearby, the people gathered the green beans, carried them home, and returned several weeks later for the naturally dried pods (Bean and Saubel 1972:109).

ACC0006596

### *KAUISIK* USES OF PLANTS
by Lowell John Bean and Sylvia Brakke Vane
with contributions by Bern Schwenn

About two to three hundred plant species from the diverse habitat of the *Kauisik* Cahuilla were used for food, manufacture or medicine. They provided a significant portion of the *Kauisik* subsistence base the year round.

### Major Plant Resources

**Mesquite and Screwbean**. The most important food-producing tree for the *Kauisik* was the honey mesquite (*Prosopis glandulosa* var. *torreyanna*, *?ily*). Its close relative, screwbean (*P. pubescens*, *qwinyal*) was also used, but it was not common in their territory. Mesquite is one of the few plants mentioned in the oral tradition of the Cahuilla. It figures in the *Kauisik* creation story:

> At this time Mo-Cot was lying in his house, and he saw them [young people] running over the snake, and as the snake was harmless and could not defend itself, Mo-Cot was sorry for it. . . .
>
> The next day Mo-Cot got mesquite thorns and put them in the snake's mouth and said, "Try it with this." The snake was ready for them when they came home in the evening. He bit the first one that walked on him, but it was just the same as before—no harm done at all (Patencio 1943:8-9).

Mesquite was abundant on the sand dunes and sandy areas of the valley floor where its roots reached the water table below. In describing the spring in Section 14 known to the Cahuillas as *Sec he*, Francisco Patencio says the following:

> Finally a medicine man who had some daughters went to the spring, but he could not get close to the water because of the brush which grew around it, and the mesquite. . . .
>
> The tules grew and the mesquite was thick. The thicket of mesquite ran to the south of the spring, several blocks. The spring was choked with it. It was sometimes hard to get into the main water of the spring . . . (1943:91, 94-95).

Another location within *Kauisik* territory where mesquite grew was the Indian Potrero, *Sim mo ta*, meaning Indian corral or pasture (Patencio 1943:53). " . . . a place now called Indian Potrero, above the mesquite trees" (Patencio 1943:89). Mesquite was also found at the "turn of the boulevard" where Palm Canyon bends eastward and becomes East Palm Canyon.

> Where the paved road now turns east to Indio, south of Palm Springs, are mesquite trees. The mesquite are friendly trees, they always follow where the Indians cultivate the land. This land is very good. . . .
>
> The mesquites which grew thick at the turn of the boulevard he called *Tak el ko ko a ka*, meaning lumpy.
>
> This land was once watered by Tahquitz Creek, and farmed by the Indians. Where the Indians had their homes, there the mesquite always grew (Patencio 1943:57, 99).

Mesquite produced edible blossoms in June and seed pods in July and August, providing large quantities of food on a dependable basis year after year. "One acre of land well covered with these trees may produce one hundred bushels of beans per year" (Bean and Saubel 1963:112).

ACC0006597

The importance of mesquite beans as a food source is pointed out by the complaint made by Cahuilla leader Cabezon to Euro-Americans when they were building the railroad through the desert. He argued that the use of mesquite wood for railroad ties by railroad construction people destroyed the most important ecological niches of the desert people.

The location of the plants and varying climatic conditions seriously affected the time of the harvest and the quantity harvested, e.g., severe winds or a late freeze could destroy the blossoms; a torrential rain could mildew the pods; or parasitic growths (e.g., desert mistletoe) could extract vitality from the host plant and reduce the yield.

The food was easy to acquire. When trees blossomed or the beans ripened, men, women, and children collected in the mesquite thickets. When the blossoms were gathered, they were roasted in a stone-lined pit and then squeezed into balls, or sun-dried and placed in water to produce a refreshing beverage. When the pods were green, they were eaten fresh or were mashed in wooden or stone mortars and mixed with water to make a drink. The beans, when dried, could be eaten directly without any preparation or ground into a flour which was stored in the form of cakes to be consumed as drinks and porridges or eaten dry. The dried beans were stored in granaries and emergency supplies stashed in dry caves in the mountains.

According to Francisco Patencio,

> The mesquite beans are very good. The animals like it as well as the people. The pods are often eight to ten inches long. When they are ripe, the pods split open and the beans fall out. Then they are gathered from the ground. If the mesquite beans are put away whole, they spoil at once. The Indian women crack them in several pieces. These dry hard, and are put away for winter food. The beans are easy food, they do not need to be cooked. These dry beans are pounded into a flour which is then wetted and patted into cakes. These cakes dry hard, and have to be split to be eaten, but is good food. Sometimes the beans are pounded in a mortar, then made into a fine flour by grinding on a metate stone. This flour is made into soup (1943:59).

During the harvesting, children crawled among the branches to knock down the pods, men pulled and knocked ripened pods from the trees, and women and children collected them. "Now the mesquite trees are low, tough, thorny, and crooked. It is impossible for any creature to get into them except very small animals. They grow very close together. The Indians, to gather the beans, made tunnels through these thickets, like halls, by cutting and breaking the branches" (Patencio 1943:59).

Groves were close to the community, requiring very little travel time, and were typically available within an hour or less walk from the community. Mesquite groves were owned as described by Patencio: "Thickets of mesquite grew at this place—many of them. The Indian tribes from different places claimed a thicket for themselves, and put their mark on it. When the harvest was ripe, all the tribes came and collected their beans. One tribe never took the beans of another tribe" (Patencio 1943:58-59).

As they did during the acorn harvest, the men hunted the numerous game in the area during the mesquite harvest.

Nutritionally, according to Bean and Saubel, "the honey mesquite compares favorably with barley in which approximately eight percent is crude protein, and fifty-four percent carbohydrate and a little over two percent fat" (1963:61).

The mesquite also provided valuable construction materials and shelter for the people. It served as a habitat attractive to important game animals, especially rabbits. Since it burned at very high heat, it was desired as a cooking and heating fuel. Shamans, who demonstrated their power by "eating fire," preferred it for the same reason.

Mesquite wood was used in later years for agricultural implements:

ACC0006598

After time had passed, the Palm Springs Indians managed to get a few ponies. Then they took the hard mesquite wood, stripped off the bark, and burned the end very hard.  This made the plow point.  The whole plow was made of one stick or limb.  The pony had no harness, only a cinch around its belly.

As a little boy I remember how I used to sit upon the pony to guide him, while my father held the plow.

Then, for a harrow my father used bunches of mesquite.  This, as anyone knows who knows mesquite, makes a very good harrow.  There was good garden for corn, melons, much garden stuff, and good fields for corn, barley and wheat (Patencio 1943:79).

**Agave**.  Agave (*Agave deserti, ?amul*)[28] or *mescal* was a multi-purpose plant that grew in the lower foothills and on the sides of the mountains facing the desert.  According to Francisco Patencio, agave was even found in *Kauisik* territory on the higher slopes of the San Jacinto Mountains between Tahquitz and Chino Canyons, an area reached by the trail to Long Valley.  "*Ca wis ke on ca* went around looking for the signs that *Evon ga net*, the fox, made inside the boundary lines of his people, gathering seeds, looking for game, acorns and wild mountain seeds for food, the very large mescal which grew on the lower side of Hidden Lake in very far places" (1943:95).

The *Kauisik* culture hero, *Ca wis ke on ca*, also named a place near the mouth of Tahquitz Canyon for the agave.  "He came down to the foothills, to the place where the water of Tahquitz turns into the Indian ditch today, and he called it *Tong wen nev al*, the place of wasted mescal" (Patencio 1943:97).

The plant provided several foods:  the flower bud, usually referred to as the *mescal* head; the leaves; the blossoms; the stalks and the seeds.  The *mescal* heads were rich and juicy, each weighing fifteen to twenty pounds.  They were extracted with a long, beveled lever.  The leaves also provided food and were cut at the same time, although they were less tasty than the heads.  The blossoms of mature plants were collected and parboiled.  The seeds were extracted from the flowers and ground into flour.

Agave was available for harvest every year, from the spring to mid-winter.  Various parts of the plants were useful at different times of the year, e.g., flowers in spring, and stalks in winter.  Groups of men, young and mature, traveled to where the agave grew.  They camped for several days, excavating baking pits, and harvesting and baking the agave.

Baking agave required one to two days and transformed an otherwise inedible plant into a rich and preservable food resource.  The stalks and leaves were dried and cut into smaller portions.  The agave harvest was a festive occasion accompanied by hunting game, especially bighorn sheep.  The men played games, told stories, sang songs and generally enjoyed themselves while waiting for the agave heads to bake.  It was a time of male bonding and training for young men.  The agave also provided a sturdy fiber used in the manufacture of shoes, nets and other items.  "*Ca wis ke on ca* had on moccasin shoes, and *Mum on quish* had on shoes made of the rope fibre of the mescal tree. . . . *Mum on quish* had a net also, but it was made from the mescal" (Patencio 1943:88).

Elsewhere, Patencio adds the following:  "The fibre of the wild century plant, or mescal, was used for shoes and netting.  It was strong, but very coarse" (1943:125).

The leaf was pounded by women to loosen the fiber, which was then used for manufacturing, e.g., nets, cordage.  The thorn and attached fiber were used for sewing.

**Acorns**.  The most valuable food-producing tree for most Cahuillas was the oak—black oak (*Quercus kelloggii, quinyily*), coast live oak (*Q. agrifolia, wi?asily*), canyon live oak (*Q. chrysolepis, wi?at*), scrub oak (*Q. dumosa and Q. turbinella, pawis*) and two unidentified varieties that the Cahuilla called *i?musily* and *tavasily*.  These may have been *Quercus engelmannii* and *Q. wislizeni*.

The black oak, coast live oak, and canyon live oak were the most productive and palatable of the

---

[28]Plant technical names in parentheses are followed by the Cahuilla name, when known.  A comma separates the two.

ACC0006599

species; scrub oak, the least palatable. Fewer black oaks and coast live oaks, however, are found in the *Kauisik* territory than in some other Cahuilla areas. Acorns could be collected from canyon live oaks and scrub oaks within *Kauisik* territory; those of black oaks and coast live oaks were acquired through trade or gifting.

Individual oaks could produce one hundred to several hundred pounds per year depending on the species. Rainfall and climatic fluctuation, however, affected the quantity of the acorns produced, but supplied a large annual food resource which matured during a two to three week period in October or November. The only species of oak found in the pollen analysis of the project site was scrub oak (see Chapter XVII-5; Table XVII.2).

Oak groves were monitored so that the collection of acorns itself as well as rainfall, animals and other insect pests would not reduce the harvest. Men, women and children acted together to make a rapid and efficient collection, working in family units to exploit the crop. Men climbed the trees to shake the acorns free, and the women and children collected them. Women then processed the acorns by leaching, shelling, and grinding to reduce the weight and bulk before they returned to the village. Concurrently, men hunted large and small acorn-foraging game, which was abundant near the oak groves at this time. Acorns were transported back to the villages in the burden baskets.

The presence of tannic acid in the acorn required an arduous and time-consuming leaching process to make acorn meal edible.[29] "The acorns were ground into meal for mush. This acorn meal was called *cal we wish*" (Patencio 1943:121).

The acorn crop was susceptible to spoilage from mildew caused by rain, and to infestation by insect larva, which could reduce most of a year's harvest to a pile of shells filled with nothing but webby powder. As with mesquite, large acorn granaries made of willow would be close to a household, usually off the ground to protect them from animals (Bean 1972).

Despite these difficulties, acorns were a highly valued nutritious food, which could be preserved for several years, and an important additional source of food for the *Kauisik* which, when eaten with various other foods and condiments, gave a variety of taste pleasures. Oaks were also an excellent source of firewood, burning slowly and giving out high heat; oak galls provided the medicine Cahuilla used in treating eye infections and open wounds.

The acorn harvest was preceded by an acorn festival, an important first fruit rite. A "magic acorn tree" was often produced by the shaman at this event—a miniature oak tree that suddenly appeared in his hand after the appropriate ritual.

**Pinyon.** Pinyon nuts provided the *Kauisik* with a very nutritious food source, but the trees yielded healthy crops in some years, and only scant ones in others. The species used was mainly one-leaf pinyon (*Pinus monophylla, tevat*) although scattered specimens of Parry pine (*P. quadrifolia, tevatwik*) were available in the Santa Rosa Mountains.

Large stands were found throughout the Upper Sonoran Pinyon-Juniper Woodland. These were a considerable distance from Palm Springs, about twenty miles, but easily accessible via Palm Canyon. The collection and processing of pinyon nuts were very demanding, requiring a large labor force several weeks in late summer when the nuts were ready for collection. The nuts were knocked from the trees prior to exfoliation, before deer, squirrels and other animals could eat them. While the women and children collected the cones from under the trees, the men hunted deer, birds and rodents that lived in the Pinyon-Juniper Woodland and nearby chaparral thickets.

Green cones were baked in stone-lined pits, prematurely opening them. The heat burned off the pitch on these cones, and the nuts were then removed from them. This process converted the nuts into a digestible product and enhanced preservation. Nuts were stored in ollas and baskets. The shells were cracked by rolling the nuts gently on a metate with a mano, and the meat was removed. They were then ready for eating.

---

[29]For a detailed description of acorn processing refer to Bean and Saubel (1972:127-129).

ACC0006600

The pinyon provides a food with a high fat content (60.7 percent) and ash (2.8 percent). Zigmund (1941:273) estimated that there are some 3,170 calories per pound of nut meat.

The pinyon tree also supplied pitch for adhesive purposes, needles used in basket making, and firewood.

**Cacti.** Several species of edible cactus were available to the *Kauisik*. These included barrel cactus (*Ferocactus acanthodes,* also known as *Echinocactus acanthodes, kupas*), cottontop cactus (*E. polycephalus, u?ush*), beavertail cactus (*Opuntia basilaris, manal*), jumping or teddy bear cholla (*O. Bigelovii, chukal*), pancake pear (*O. chlorotica*), golden cholla (*O. echinocarpa*), pencil cactus (*O. ramosissima, wiyal*), buckhorn or deerhorn cholla (*O. acanthocarpa, mutal*) and an *Opuntia* called *qexe?vily* which may be prickly pear cactus (*O. occidentalis* var. *megacarpa*) or pancake pear (*O. chlorotica*). Tuna cactus (*Opuntia magacantha, navet*) did not grow within *Kauisik* territory, but was available through trade.

Although cactus species grow from the Lower Sonoran zone to the lower portion of the Transition zone, they are particularly abundant on alluvial fans in the Lower Sonoran zone and in the Upper Sonoran plant communities.

Gathered in early spring just after the rains, cacti were available for several months of the year, and thereby provided a great quantity of fresh food. Pads, stalks, fruits and seeds of cacti could be used for food, depending on the species, and were usually collected by women and children. The buds or fruits, when necessary, were extracted by two sharp sticks pressed together to avoid the thorns, then shaken in net bags to remove the thorns, and peeled. Soft, tender leaves were diced and either boiled or dried. Seeds were extracted and either ground into a powder for soup or mush or parched. Blossoms, buds and pads could be dried and stored for future use.

The barrel cactus produced a large quantity of fruit. It grew in large colonies or forests on dry, rocky hillsides and on alluvial fans. Each plant produced several pounds of edible buds in the spring months and could be exploited several times in one season. Barrel cactus was also valuable as an emergency water resource.

**Yucca and Nolina.** Yuccas—Our Lord's Candle (*Yucca whipplei, panu'ul*) and Mohave yucca (*Y. schidigera, hunuvat*)—as well as nolinas (*Nolina parryi, kuku'ul*) grew abundantly in *Kauisik* territory. These plants provided abundant and nutritious food sources as well as fiber. Yucca and nolina provided two food resources for the *Kauisik*—the blossoms and stalks—as well as fiber and soap.

Mohave yucca produced edible pods, while Our Lord's Candle (Whipple yucca), produced not only edible blossoms but also an edible stalk. Parry nolina, on the other hand, only produced an edible, though somewhat bitter, stalk. Pods of the Mohave yucca were baked to make them edible; the seeds within the pods were extracted and processed into flour. The blossoms of Our Lord's Candle were parboiled to leach out the bitter taste that was present in mature flowers, and facilitate preservation of the blossoms by checking enzyme action. The stalks of both the Our Lord's Candle and Parry nolina were baked in stone-lined pits to convert them into a rich molasses-like food.

Mohave yucca pods and the blossoms of the Our Lord's Candle were gathered between April and May; the stalks of Our Lord's Candle from April until September, although they were best when gathered prior to the plant's blooming (in April). When close by the community, these plant foods were collected by the women and children; when further away, by men, especially in conjunction with hunting trips. The blossoms and the stalks, after baking, were stored in ollas or baskets.

Yuccas and nolinas were sensitive to temperature and rainfall, so their quantity, taste and time of harvest varied. However, they were an abundant and dependable food resource and were available to anyone within the territorial group after a first-fruit ritual was conducted. Yucca were not subject to specific ownership associations as were oak and mesquite trees.

Thousands of plants grew on the hillsides of the upper portion of the Lower Sonoran zone (the "yucca belt") and in the Pinyon-Juniper Woodland of the Upper Sonoran zone. (Fewer, however, grew on the desert flanks of the mountains in the Lower Sonoran zone than in Pinyon-Juniper Woodland, and

ACC0006601

they were only occasionally found in the Chaparral areas of the Upper Sonoran zone.) The Mohave yucca, for example, was most common in the "Agave-Ocotillo belt" and the "Yucca belt" of the Lower Sonoran and the Pinyon-Juniper Woodlands of the Upper Sonoran zone facing the desert. Nolina, on the other hand, was found primarily in the Pinyon-Juniper Woodlands, and only occasionally in the Transition zone.

**Seed pods**. Other plants that produced edible seed pods were cat's claw (*Acacia greggii, sichingily*), locoweed (*Astralagus* spp., *qashil*), palo verde (*Cercidium floridum, ankichem or u'uwet*), desert willow (*Chilopsis linearis, qaankish*) and ironwood (*Olneya tesota*). Seed pods were available from May to September and were collected fresh or, when dried, from the tree, shrub or ground. They were usually pulverized into flour and then made into cakes. Though less tasty than other plants, seeds from these plants were valuable, because of their high protein content, when other foods were scarce. Woods from these plants were used for building materials and the manufacture of tools, e.g., houses and granaries (willow).

**Prunus species**. Several species of stone fruits (*Prunus* spp.)—desert apricot (*Prunus eriogyna, cawakal*), choke cherry (*P. virginiana* var. *demissa, ?atut*) and holly-leaved cherry (*P. ilicifolia, camis* or *chamish*)—produced an edible fruit with a fleshy coat and a large pit that was ground into flour.

These plants were found in scattered groves in well-watered canyons from the Lower Sonoran to Transition zones. According to Francisco Patencio,

> Another [trail] went from Chino across the hills to Snow Creek at the foot of San Jacinto. . . . but [it was] used by the women also as a friendship trail for visiting. On the way they gathered the wild plums that grow above the green spot in Blaisdell Canyon. It is the spring above the one that is seen from the road that the Indians drank from (1943:70).

Elsewhere Patencio describes a location near Tahquitz Canyon where wild plums grew. "The second one moved to the green spot back of Palm Springs, to what is now known as Little Tachiva, but most of the time called *Chow o hut*, meaning wild plum" (1943:90).

Depending upon climatic conditions, the fruits were collected from late summer until early fall just before the acorn-gathering season. Because they were a favorite food of birds and browsing animals, it was necessary to gather them as soon as they ripened. The fruits were collected in baskets by women and children, sun-dried, and stored in ollas or baskets.

**Other Fruits and Berries**. Many fruits and berries—manzanita (*Arctostaphylos* spp., *kelel*), service-berry (*Amelanchier* spp.), wild strawberry (*Fragaria vesca* var. *californica, piklyam*), juniper (*Juniperus californica, yuyily*), California holly (*Heteromeles arbutifolia, aswut*), boxthorn (*Lycium* spp.), mistletoe (*Phoradendron spp., cayal*), redberry (*Rubus spp., piklyam*), elderberry (*Sambucus mexicana, hunqwat*) and currant or gooseberry (Ribes spp.)—added taste, variety, and nutrition to the *Kauisik* diet. The plants which produced the largest quantities of food were junipers, currants, elderberries and manzanita. Others, while not producing in such quantity, were nevertheless considered delicacies and eagerly sought.

Fruits and berries were usually picked by women and children, but if the crops were large, most able-bodied adults and children participated in the collection in order to prevent the crop from being eaten by browsing animals and birds.

Fresh fruits and berries were available from March until November. They were sun-dried and stored for later use in soups or mushes. Some of these plants also produced seeds that were edible after leaching.

These plants grew in most life zones but were most common in the chaparral habitats of the Upper Sonoran. Boxthorns and desert mistletoe were found in the Lower Sonoran zone; elderberries, currants

ACC0006602

and gooseberries, in the Transition zone; and juniper and manzanita, in the Upper Sonoran zone.

**Fan Palm**. The Desert fan palm (*Washingtonia filifera, maul*) is one of the most distinctive plants in western North America. Fan palms grow in groves ranging from two or three to several hundred trees in areas where there is surface ground water. Palm Canyon is a typical locale for this species within *Kauisik* territory. In *Kauisik* oral tradition, the first palm grew near Indian Wells and was spread from there by the people.

> One of the head men of the people of Sungrey felt that his time was about gone. His years among his people were many, and he must be prepared to go. This man wanted to be a benefit to his people, so he said: "I am going to be a palm tree. There are no palm trees in the world. My name shall be *Moul* (palm tree). From the top of the earth to the end of the earth my name shall be *Moul*."
>
> So he stood up very straight and very strong and very powerful, and soon the bark of the tree began to grow around him, and the green leaves grew from the top of his head. And so he passed from the sight of his people.
>
> Now the people were settled all about the country in many places, but they all came to Indian Well, to eat of the fruit of the palm tree. The meat of the fruit was not so large, but it was sweet like honey, and was much enjoyed by everybody—animals and birds too. The people carried the seed to their homes, and palm trees grew from this seed in many places. The palm trees in every place came from this first palm tree, but, like the people who change in customs and language, the palms often were somewhat different, but all, every one of them, came from this first palm tree, the man who wanted to be a benefit to his people.
>
> . . . now the place of the first palm tree was about one and a half miles west of the point of Indian Wells (Point Happy), which the Indians named *Cov in ish*, meaning a low or hollow place (1943:101).

Elsewhere Francisco Patencio states that originally only mesquite and tules grew at the hot spring at Palm Springs (*Agua Caliente, Sec he*). "This spring never had palms around it. The palms were brought and planted there by the people" (Patencio 1943:94).

The fan palm produces a small, tasty fruit with a very large stone. The fruit hangs in large clusters, each tree producing perhaps several hundred pounds per year. Palm fruit (dates) were gathered by detaching the stalk with long, pronged sticks and were eaten either fresh or dried. Fruit was stored in ollas for future use.

The fronds of the tree were used for building construction and various tools and utensils, such as ladles and spoons. The fibers were used for wearing apparel and baskets. According to Franscisco Patencio,

> Here on the desert we used the leaves of the palm trees to thatch our roofs and sides of our houses. In summer the people lived most of the time out of doors. They had ramadas made by some poles covered with palm leaves or brush covering. Also in the camps they made, during the gathering of wild seed, nuts and plants, these ramadas were used for short time camping (1943:119).

Insect pests often inhibited the productivity of trees. To counter such infestations, the trees were periodically set afire to kill these pests. According to Francisco Patencio,

> It was the medicine men who burned the palm trees so that they could get good fruit. The bugs that hatched in the top of the palm trees, they made the tree sick, and no fruit came. After the trees were set afire and burned, the bugs were killed and the trees

ACC0006603

gave good fruit. Now that the medicine men are gone, the worms are taking the flower, the green fruit, and the ripe fruit (1943:69).

This action is thought to have also increased the productivity of the trees (Lawton and Bean 1968:6; Lewis 1993).

The biotic community associated with the fan palm made it more valuable. Numerous plants, such as mesquite, and game animals, particularly rabbits, were found in the vicinity of the palm groves (Bean and Saubel 1972:148).

**Tubers and Roots**. An important source of starch came from tubers and roots. Particularly important were tule potato (*Sagittaria latifolia*), wild onion (*Allium* spp., *tepish*), Mariposa lily (*Calochortus* spp.), desert lily (*Hesperocallis undulata*), tule (*Scirpus* spp., *pa?i* or *pa'ul*), and cattail (*Typha latifolia, ku?ut*). The tule potato was available all year round; other tubers and roots from April until September. Francisco Patencio notes where one of these roots grew within *Kauisik* territory: "Down the Chino wash, across the boulevard, a plant grew stalks like the asparagus, but had a root like sweet potatoes. This plant was gathered in the spring for food by the Indians, and was called *Mes sal em*[30]" (Patencio 1943:99).

Women collected the tubers and roots, using digging sticks to pry the plants from the soil. They were eaten fresh, or baked and dried for future use. The cattail provided an edible pollen that was collected and mixed into soups and mushes.

These plants occurred in most of the *Kauisik* area, but were especially abundant in the Lower Sonoran zone near or in marshy areas. The tule potato was abundant at the edges of cienegas in the Lower and Upper Sonoran areas.

**Greens and Succulents**. The stalks and leaves of many plants provided important vitamins and minerals. The *Kauisik* used such plants as wild celery (*Apiastrum angustifolium, paqily*), two species of the Milkweed Family (*Asclepias* ssp. called *kiyal* and *wical*), wild buckwheat (*Eriogonum* spp., *hulaqal*), several species of sage (white sage, *Salvia apiana* and wand sage, *S. vaseyi* and black sage, *S. mellifera*, all known as *qas?ily*; thistle sage, *S. carduacea, palnat*; and chia, *S. columbariae, pasal*), dandelion (*Taraxacum californicum*), pigweed (*Lasthenia* spp.), tansy mustard (*Descurainia pinnata, ?asily*), sea blite or seepweed (*Suaeda* spp., *ngayal*) and clover (*Trifolium* spp.) as food or condiments.

These succulent greens were commonly found in all the life zones, but were most abundant on the edges of the springs and streams.

Greens were usually collected by women and children and prepared as pot herbs. They were regarded as delicacies and several species were available year round. Greens were abundant in burned-over areas. (Areas were often deliberately burned.) Greens were especially important to the diet in the early spring when other stored foods were running low.

**Other Seeds**. Basic to the economy were seed-producing plants that added variety of taste and significant food values to the diet. These plants were available from early spring until winter, depending upon elevation and climate, with late summer being the most prolific period. Important seed plants included golden yarrow (*Eriophyllum confertiflorum*), pigweed (*Amaranthus* spp.), Great Basin sagebrush or wormwood (*Artemisia tridentata, wikwat*), milkweed (*Asclepias* spp., *kiyal*), quailbush (*Atriplex lentiformis, qasily*), goldfields (*Lasthenia* spp., *adlakul*), downy chest (*Bromus* spp.), palo verde (*Cercidium floridum, ankicem* or *?u?uwet*), pin cushion (*Chaenactis glabriuscula*), goosefoot (*Chenopodium* spp., *ki?awet*), wild squash (*Cucurbita foetidissima, nexis*), miner's or desert tea (*Ephedra* spp., *tutut*), wild buckwheat (*Eriogonum fasciculatum, hulaqal*), sunflower (*Helianthus annuus* ssp.

---

[30]Patencio is referring to broom rape (*Orobanche ludoviciana*). Bean and Saubel (1972:97-98) note that this plant was gathered between April and June and was peeled before it was eaten.

ACC0006604

*lenticularis, pa?akal*), tarweed (*Hemizonia fasciculata*), tidy tips (*Layia gladulosa*), goldfields (*Lasthenia glabrata, aklakul*), peppergrass (*Lepidium* ssp.), boxthorn (*Lycium Andersonii*), desert dandelion (*Malacothrix californica*), devil's claw or unicorn plant (*Proboscidea altheaefolia*), bur clover (*Medicago hispida* and *M. polymorpha* var. *nigra*), blazing star (*Mentzelia gracilenta*), panic grass (*Panicum* spp., *sayat*), glasswort (*Salicornia subterminalis, huat*), sage seeds (*Salvia* spp., *qas'ily*), especially chia, (*S. Columbariae, pasal*), bullrush or tule (*Scirpus* spp., *pa?al, payat,* and *ku?ut*), goatnut or jojoba (*Simmondsia chinensis*), tansy mustard (*Descurainia pinnata, ?asily*) and sea blite or seepweed (*Suaeda* spp., *yayal*).

Seed gathering was a painstaking and time-consuming operation conducted by women, who were sometimes aided by children. It could require an entire day to collect a quart or so of seed; nonetheless, this was a valuable use of time because the seeds were high in protein, oil and starch, and, after parching, were easily digested. After processing, seeds could be stored in ollas.

Seeds were parched in trays, basket or ceramic, with small lumps of hot coals. By gently shaking and tossing the contents about, the seeds were toasted. The heat transformed the seed into a digestible and delicious product that could be stored for an unlimited time in ollas or baskets. Seeds could later be ground and made into cakes or mixed with other foods as a condiment.

Chia (*S. Columbariae*) was well liked because of its nutty taste and high nutritional value. A teaspoon of chia seed could keep a person energized for many hours even at very hard work. In addition, a few teaspoonfuls added to warm, alkaline water from desert water holes is said to neutralize the unpalatable qualities of the water, converting it into a refreshing and nourishing drink (Balls 1965:25).

Other seeds, e.g., the seeds of the sunflower, ocotillo and wild squash, were also high in protein; and seeds from plants such as juniper, chia, sunflowers and goosefoot were very high in starch and oil (Earle and Jones 1962:221-250).

Seed-producing plants were most often found in the Lower and Upper Sonoran zones. Patencio notes that wild wheat grew within *Kauisik* territory. "In the hollow along side the sand hill[31] he found wild wheat growing, something like the Soudan seed. That seed he called *Soungle"* (1943:54). This area was the subject of a dispute between the people at Palm Springs and those living at Seven Palms.

> There was always fighting over the wild wheat which grew at the sand hills, although the Indians all knew that it was within the section that *Evon ga net* marked for the *Sec he* tribe. The Seven Palms Indians went to the place of the wheat and tried to cut it before it was ripe, so that the Palm Springs Indians could not have it. So there was always war between the two tribes at harvest time (Patencio 1943:80).

**Plants Used for Beverages.** Plants whose leaves or other parts were used for making beverages and teas included manzanita (*Arctostaphylos* spp., *kelel*), miner's or desert tea (*Ephedra* spp., *tutut*), wild rose (*Rosa californica, ushal*), sugar bush (*Rhus ovata, nakwet*), ocotillo (*Fourquieria splendens, utush*) blossoms and sage (*Salvia* spp.) seeds. Miner's or desert tea (*Ephedra* spp.) was used as a daily beverage, as a medicinal drink, and as a cathartic to aid in the relief of indigestion. Another favorite tea was made of the wild rose (*Rosa californica, ushal*) seed pods, a very rich source of vitamin C. Miner's or desert tea was commonly found in the Upper and Lower Sonoran zones.

**Mushrooms.** Many species of edible mushrooms, known in Cahuilla as *yulal* (found on dead limbs of oaks) or *sakapis* (found on the dead limbs of cottonwoods), were found in the area. Of these, the latter were considered the most choice. They were available most of the year, but especially during wet and warm rainy periods, and were collected in great abundance in the spring and winter. Mushrooms were cut into bits and boiled, fried, or used for flavoring in gravy. They were highly nutritious, high in protein, a tasty addition to the diet.

---

[31]He is referring here to Edom Hill; the hollow alongside is to the west and is known today as Willow Hole.

ACC0006605

Mushrooms were most abundant in the Upper Sonoran zones, in Oak Woodland and Chaparral Grassland habitats.

**Other Plant Uses**

Although our primary concern in this essay is to indicate the nature of the food plant community, here we shall discuss other uses of plants.

Plants, such as arrowweed, fan palm and tule, provided the *Kauisik* with building materials. Willow, mesquite, oak and incense cedar provided necessary fuels, and some of these woods, e.g., oak and mesquite, produced an intense heat, burned a long time and yielded very little ash.

> In this country there was very little need of fire to keep warm in the summer time. But in the winter a fire was made on the floor of the house, for warmth, and also to cook the meals. In summer a small fire was kept, outside the house in the ramadas, to cook the meals. The fires were made of different kinds of wood. Some made coals that kept burning from one day to another.
> When hunting, or away from home anywhere, the men brought back pieces of this wood that kept the fire a long time (Patencio 1943:119).

Other plants were used for cooking or roasting because they imparted flavor to the food. According to Francisco Patencio, "The older men used to look after the wood for fires, and the boys helped them. They had no axes or anything to cut wood with. When they found logs too heavy to carry, they built small fires along the log at short ways, and worked it along as it burned, and in this way the big wood was cut into small lengths" (1943:119).

Medicinal uses of plants were also important. About one hundred of these have been recorded (Bean and Saubel 1972), and their curative efficacy documented in pharmacological literature. These plants made it possible for the *Kauisik* to cure diseases, decrease infections, and stimulate physical activities. Plants used in the latter manner include tobacco (*Nicotina* spp., *pivat*), and datura or jimsonweed (*Datura meteloides, kiksawva'al*).

Hunting technology was dependent upon the plant community. Rabbit sticks and digging sticks were made from hard woods; and bows, cradles, buildings and basketry materials, from flexible woods. According to Francisco Patencio,

> . . . at our homes, where we lived in the winter, we had strong shelters to keep out the cold winds and the rain. In some places where the palm trees do not grow, the tule, which grows about the water places, was woven into tight mats, very large and strong; these would hold water, and the people would thatch the roof and sides with them. In some places the people had adobe mud, plastered on brush and poles. This made strong, tight houses (1943:119).

Francisco Patencio also notes that the bark of cottonwood trees, willows, and mesquite were sometimes used to make clothing, but, he adds, this fiber was not as strong as that of the *wish*[32] plant (Patencio 1943:125). Fibrous materials were used for manufacturing capital equipment, such as carrying nets, nets for capturing game, articles of clothing, traps, snares and the threads and twines used in sewing hides and weaving rabbit-skin blankets.

> About the springs and water places grew a weed that was called by the Indians *Wish*. This weed grew about four feet high, and had a slender stalk, like thread. When

---

[32]Cahuilla speakers consulted in the course of many years of ethnobotanical research recognize the term *wish*, but have not known to what plant it refers.

ACC0006606

the plant was ripe it was cut and dried; the bark was scraped and the thread taken out.
It was then ready for use.

It was used for many things. It was very strong, and was used to string the Indian
shell money. It did not break. It was woven into string, twine, and rope. It was used
on sling shots. It was woven into nets for trapping. It made nets for carrying ollas and
baskets. It was also made into cloth for clothes and caps. . . . The *Wish* plant grew very
thick, and was gathered by the armfull. . . .

The hide of the rabbits was cut into long thin strips, and while wet was twisted
with the thread of the *Wish* plant. These together became very strong. This cord was
strung all about overhead in the houses drying. From this was made clothes for men,
women and children (1943:125).

Elsewhere Patencio adds the following, "*Ca wis ke on ca* had a net which was woven of twine
which grew in a plant at Palm Springs, called *wish*. . . . *Ca wis ke on ca* had a cap which was woven of
the *wish* plant, and on the top were fine short feathers" (1943:88).

Plant materials were also used to make household implements, such as brushes and eating utensils.
Other plants were used for making a soapy lather; and still others for concocting poisons used in hunting.
Gum resins were often chewed to alleviate hunger when nothing else was available (Bean 1972:49).

## Environmental Risk and the Vagaries of Southern California Climate

Unseasonable or excessive variations in heat, cold and moisture, as well as fire, wind and parasites
played a role in the quality, quantity and maturation time of food plants. Maturation of some plants could
vary as much as three months.

Late frosts could damage the blossoms and reduce the size of a crop for a year or two. Variations
in moisture were equally significant. Under normal conditions rainfall came in time to foster the growth
of the seed plants, but a premature rainfall or a drought could change the maturation schedule of plants.
Botanist Edna Badger recounted to Bean in 1960:

The wild seeds start in the fall after the first rain. Under normal conditions they
will grow madly during the warm days and wait during the cold ones, but should there
be no rain for a month, many plants will die and those which are left will try to make
seed as soon as possible. I have seen the chia three inches high making seed. Of course,
this means a shortage of small seeds. The bigger plants and trees fare better, but there
is still the crop loss and smaller fruiting . . . unless there is a great deal of rain later. This
helps the trees but delays the harvest. If the acorns ripen too late, and it rains on them,
they may mildew and spoil a crop (Bean 1972:50-51).

Food plants could also be damaged by floods or excessive water. Flash floods washed away
plants, and standing water caused the plants to die.

Another danger to *Kauisik* subsistence was competition for plant resources with herbivores, such
as browsing deer, rabbits, mice and squirrels, and with birds and insects, such as grasshoppers, locusts,
wasps and caterpillars. Such animals were a threat to the normal harvest, so maturing plants were watched
so that they could be collected before they were damaged.

Plant diseases and parasitic plants, such as the desert and juniper mistletoes (*Phoradendron* spp.,
*cayal*) also affected crops and, at times, could affect the growth and vitality of mesquite and cat's claw.
Evans (1889) suggests that in 1820 or 1830 a serious food shortage existed among the Cahuilla because
parasitic plants had destroyed many mesquite trees in the desert area.

Vagaries in the environment created unpredictability in *Kauisik* environment. Suddenly and
disastrously, an area could be damaged. The *Kauisik* could never, with absolute certainty, know from
season to season, or from day to day whether the plant foods in their area would be available for their

ACC0006607

basic needs. That they were sufficient over the long range in no way relieved this tension. The inherent instability in their environment added to the concomitant tensions from the socio-cultural system were alleviated by various socio-cultural mechanisms, such as kin reciprocity, ritual reciprocity, trade systems, and the like.

### Plant Remains Found in the Project Area and Their Uses

Christenson, in Chapter XVII of this report, has discussed the plants found in the Tahquitz project area by macrobotanical analysis, and Fish, in Chapter XVIII, has presented those whose pollen was found. Here we discuss the plants thereby shown as present. References are to pages of this report. Table XVIII.1 is particularly usefel in that it summarizes all pollen results.

**Asteraceae or Compositae (Sunflower or Composite Family).** Pollen from members of the Sunflower Family with high spines was found at all Tahquitz loci, and was the second most common pollen (XVIII-4; Table XVIII.1). Fish notes that these samples could be from pin cushion (*Chaenactis glabriuscula*), California goldenrod (*Solidago californica*) or bugseed (*Dicoria canescens*), brittlebush (*Encelia farinosa*), baccharis (*Baccharis emoryi*) or desert brickellia (*Brickellia desertorum*), all of which are common to the site. Many of these plants were utilized by the Cahuilla, and therefore by the *Kauisik*.

*Chaenactis glabriuscula* (pincushion) is a winter annual whose seeds were gathered between June and August. The seeds were parched, ground into flour and mixed with other seeds to make an edible mush (Bean and Saubel 1972:52). This species now grows in the Deep Canyon area and another, *C. fremontii*, in lower Chino Canyon and in the Eagle-Cathedral Canyons area.

*Solidago californica* (California goldenrod) is called *pa'kily* and was used as by the *Kauisik* both as a medicine in feminine hygiene and as a hair rinse (Bean and Saubel 1972:140). Heizer and Elsasser (1980) have recorded that Indians cooked the young leaves of this species and ate them as greens (Ebeling 1986:273).

*Dicoria canescens* (bugseed) develops flowers and young seeds in the autumn and was gathered by the *Kauisik* in the late fall and winter, particularly in December (Wilke 1978). It grows in lower Chino Canyon and in the Eagle-Cathedral Canyon area.

*Encelia farinosa* (Brittlebush) (XVIII-4; Table XVIII.1) was called *pa'akal* in Cahuilla, was used medicinally. Gum from the plant was heated and applied to the chest to relieve pain; and the blossoms, leaves and stems were boiled to make a decoction which when held in the mouth relieved toothache (Bean and Saubel 1972:69). Brittlebush grows on the Tahquitz alluvial fan.

*Baccharis* spp. suggested by Fish (XVIII-4; Table XVIII.1) as a possible source of the Compositae pollen is *Baccharis emoryi*; however, this species has not been observed in the area. A baccharis that is known to have been used by the Cahuilla is mule-fat. Although the mule-fat species listed by Bean and Saubel (1972) is *Baccharis viminea*, another species of mule-fat, *B. glutinosa*, grows locally, and probably was used in a similar manner. Mule-fat, called *paq'ily* in Cahuilla, was a plant with multiple uses. Its leaves were steeped and used both as an eyewash and as a preventative for baldness. In addition, the leaves and stems were boiled into a decoction for feminine hygiene. The limbs and branches were used in house construction (Bean and Saubel 1972:46). Timbrook et al. (1984) has recorded that the Chumash used the species *B. glutinosa* for tools (Ebeling 1986:309).

*Brickellia desertorum* (brickellia) has no known uses. It grows on the Tahquitz alluvial fan.

**Brassicaceae (Mustard Family).** Pollen from a member of this family was found in Locus B (XVIII-6) and in Locus E (XVIII-8). Members of the Mustard Family that were used by Native

ACC0006608

Americans include the mustards (*Brassica* spp.), peppergrasses (*Lepidium nitidum*) and watercress (*Rorippa nasturtium-aquaticum*). All of the above mentioned species were used as food by the Chumash (Timbrook et al. 1984; Ebeling 1986:307).

*Brassica* spp. (Mustards) include cultivated cabbage, cauliflower, turnip, mustards and weed species (Ebeling 1986:487). Indian mustard (*Brassica juncea*) was introduced from Europe and is widespread throughout the Southwest. *B. tournefortii* and other *Brassica* species were used as greens by various Native American groups (Ebeling 1986:485-87).

*Brassica geniculata* (Wild Mustard) was introduced from Europe and was used by the Cahuilla for food. The leaves were eaten raw or after boiling, but plant itself must be eaten when fresh. Seeds were also gathered and ground into mush (Bean and Saubel 1972:47). This wild mustard species grows all winter if there is sufficient rain and would have provided a winter-early spring food. *Brassica geniculata* grows in lower Chino Canyon and at the mouths of Andreas and Murray canyons.

*Descurainia pinnata* (Tansy Mustard), a European native, was called *asily* by the Cahuilla. Seeds from this plant were ground and used to flavor soups, as a condiment with corn and as a medicine for stomach problems. The leaves when gathered in the spring provided potherbs (Bean and Saubel 1972:66). The seeds, gathered in the fall, were parched and ground into flour. It is reported that they had a peppery taste and were often mixed with the flours of other seeds to make the latter more palatable (Barrows 1900; Russell 1908; Castetter and Bell 1942; Balls 1970; Ebeling 1986:487). Two other species of tansy mustard (*Descurainia pinnata* and *D. brachycarpon*) are found within *Kauisik* territory and may have been used in the same way as *D. pinnata*. *Descurainia pinnata* grows in the Deep Canyon area and *D. brachycarpon*, in the Eagle-Cathedral Canyon area.

Peppergrass (*Lepidium nitidum*) was called *pakil* by the Cahuilla. Its leaves were boiled and allowed to set until a brownish-colored solution formed. This solution was used as a shampoo and baldness preventative (Bean and Saubel 1972:85). Peppergrass (*L. epitalum*), called *chesa-mok-ka-mok*, was used as a tea for losing weight (Romero 1954:66). The species *Lepidium fremontii* (Annual Peppergrass), grows in lower Chino Canyon and was probably used similarly by the *Kauisik*. An unidentified *Lepidium* species is found at the mouths of Andreas and Murray Canyons. The seeds of peppergrass (*Lepidium nitidum*) were collected by the Luiseño (Sparkman 1908; Ebeling 1986:321). In Arizona Native Americans used the seeds of *Lepidium fremontii* (Annual Peppergrass) and other species of peppergrass with other seeds in gruel, bread and for flavoring (Palmer 1878).

Watercress (*Rorippa nasturtium-aquaticum*, formerly *Nasturtium aqualium*) was apparently called *pangasamat* by the Cahuilla, and was either eaten fresh in the spring or cooked like spinach and flavored (Bean and Saubel 1972:90). Romero (1954:66) reported that watercress was eaten each morning with salt to cure liver ailments within two months, and to treat low blood pressure. It may grow in Palm Canyon and is found in Big Morongo Canyon.

**Chenopodiaceae** (Goosefoot Family). It is difficult to distinguish the pollen of the genera of the Goosefoot Family from that of the genus, Amaranthus, so the term "cheno-ams" is used to refer to pollen grains of these plants (Ebeling 1986:79). Cheno-am pollens were found in every sample from the Tahquitz project examined by Fish, though in varying amounts (Table XVIII.1). Pollen from either an amaranth or one of the goosefoots was found in Locus G and on aggregates of a mano. Fish notes that this pollen "probably indicates use of seeds or greens." She reports that at Locus B, "A metate from the same square and level provenience as the midden sample exhibits a clear bias toward chenopods or amaranths, however, reinforcing similar economic records from other Feature 6 samples" (XVIII-6). Fish has also suggested that cheno-am pollen may indicate ". . . weeds multiplying under agricultural soil disturbance," (XVIII-7) but she points out that the results do not lead to any conclusion with respect to

ACC0006609

whether agriculture was practiced on the site at any given period (XVIII-10).

The *Kauisik* used plants from both the Goosefoot Family and the genus, *Amaranthus*. The goosefoots will be discussed here and the Amaranths in the section "Specific Genera." It should be be noted that one of the saltbushes (*Atriplex* spp.) can also contribute cheno-am pollen.

*Atriplex lentiformis* (Quailbrush) & *A. canescens* (Four-wing Saltbush) were two of the species of saltbush used by the Cahuilla. Seeds from the saltbushes were harvested from July to September. Parched, ground and mixed with water the flour was made into mush or small cakes. The leaves were used either as soap or chewed or smoked to relieve head colds. The leaves could also be crushed, steamed and inhaled to relieve nasal congestion. Saltbushes acted as the host for insects. Both beetle larvae and cicadas (*Diceropocta apache*) were gathered from these plants, roasted and eaten (Bean and Saubel 1972:45). *A. lentiformis* grows within *Kauisik* territory at Thousand Palms in the Indio Hills; elsewhere it is found mainly below sea level on the valley floor (outside *Kauisik* territory). *A. canescens*, on the other hand, grows on the Tahquitz alluvial fan and in lower Chino Canyon.

*C. californicum*, known as *ki'awet* in Cahuilla, had a variety of uses. Seeds of this species were parched and ground into flour for cakes. The carrot-like root was flaked for use as a soap; the leaves could also be used as soap (Barrows 1900:48). The entire plant, when boiled, could be used as a medicine to relieve stomach ailments.

*Chenopodium fremontii* was called *kiet* in Cahuilla. The shoots and leaves of this plant were boiled and eaten as greens (Barrows 1900:57). According to Bean and Saubel (1972:52), seeds from this species contain 12 to 17% protein, 1 to 4.6% ash and 7.3 to 27.7% oil.

The milky sap from the stem of the goosefoot can be made into a gum, and can also be used as an anti-helmenthic (1972:52-53). The species, *C. album,* is found in lower Chino Canyon and *C. fremontii* in the Deep Canyon area at 100 meters and 950 to 2,500 meters elevation (Zabriskie 1970).

**Labiatae or Lamiaceae (Mint Family)**. Pollen from a member of the Mint Family was found at Locus C (XVIII-7; Table XVIII.1). The Mint Family includes several species that were used by the Cahuilla: desert lavender (*Hyptis emoryi*), coyote mint or pennyroyal (*Monardella* spp.), bladder sage or paperbag bush (*Salazaria mexicana*), and the sages (white sage, *Salvia apiana*; chia, *S. columbariae*; and wand sage, *S. vaseyi*).

*Hyptis emoryi* (desert lavender) was used to stop hemorrhages. The blossoms and leaves were boiled and used as an infusion. Although the seeds are edible, it is not known if the Cahuilla ate them (Bean and Saubel 1972:79). Desert lavender grows at many locations within *Kauisik* territory, including in lower Chino Canyon, on the Tahquitz alluvial fan, in Palm Canyon and at the mouths of Andreas and Murray Canyons.

Several species of *Monardella* (coyote-mint or pennyroyal) grew within *Kauisik* territory, including *M. linoides*, *M. nana* ssp. *arida*, *M. nana* ssp. *tenuiflora*. Possibly called *tah-lis-wet* by the Cahuilla, its leaves were made into a tea that was used to relieve stomach ache (Bean and Saubel 1972:89).

*Salazaria mexicana* (bladder sage or paperbag bush) has no known usage.

*Salvia apiana* (white sage) and *S. vaseyi* (wand sage) often grow in the same location, but at different elevations; these two species hybridize freely. *S. apiana* is known to occur on the Tahquitz alluvial cone, in lower Chino Canyon, in the Deep Canyon area and at the mouths of Andreas and Murray canyons; while *S. vaseyi* is known to grow in the Eagle-Cathedral Canyon area as well as the Deep Canyon area. Both plants were used similarly. The seeds were gathered between July and September, parched and ground into flour to make a mush. The leaves were crumbled and used as a flavoring or

ACC0006610

eaten, smoked or used in the sweathouse to cure colds. Leaves were also crushed and mixed with water to produce shampoo, hair dye or hair straightener or make a deodorant (Bean and Saubel 1972:136).

The seeds of *Salvia columbariae* (chia) were harvested from June to September. Hulled, winnowed in baskets and parched in baskets or clay trays with hot coals and pebbles, they were ground into meal from which mush or cakes were made. Unground seeds were stored for later use or soaked in water to make a beverage. Chia mush was also used medicinally as a poultice on infections (Bean and Saubel 1972:137).

**Liliaceae (Lily Family)**. Pollen was found from a member of the Lily Family at Locus B (XVIII-5; Table XVIII.1) and in Locus G (XVIII-8; Table XVIII.1). This pollen could be from one of several plants that were used by the *Kauisik* and include Mariposa lilies (Calochortus spp.), soap plant *(Chlorogalum pomeridianum)*, small-flowered amole *(Chlorogalum parviflorum)*, golden stars *(Bloomeria crocea)*.

*Calochortus* spp. (Mariposa Lilies) were called *talyki'* (?) by the Cahuilla. Bulbs were gathered between May and August in the Lower Sonoran life zone and the drier portions of the Upper Sonoran. These bulbs were either eaten raw, roasted in hot ashes in a pit or steamed before eating (Bean and Saubel 1972:50). The goldenbowl Mariposa lily (*C. concolor*) grows in the Deep Canyon area between 975 and 1,710 meters elevation; another species, *C. invenustus*, in the Deep Canyon area from 1,200 to over 2,400 meters elevation. Mariposa lilies are not known to occur on the Tahquitz alluvial fan (Timbrook et al. 1984; Ebeling 1986:306).

*Chlorogalum pomeridianum* (Soap Plant) was probably called *mocee* and was used by the Cahuilla for several purposes. The saponin-rich bulb was crushed and used as a soap; the coarse fibrous husk on the bulb was removed and tied together to make a cleaning brush; and the young spring shoots were possibly used as a pot herb (Bean and Saubel 1972:54). The *Kauisik* may also have used soap plant as a food or fish poison. Harrington (1942) reported that the *Chumash* used soap plant for food, but it was better known as fish poison. The *Chumash* also used it for crafts and tools, e.g., utility brushes were made from the outer husk fibers of the bulbs (Timbrook et al. 1984; Ebeling 1986:306). It is not known whether soap plant grows within *Kauisik* territory, but it could have been obtained through exchange or trade from other Cahuilla groups.

*Chlorogalum parviflorum* (Small-flowered Amole) has not been reported as growing within *Kauisik* territory. No uses of this plant have been recorded among the Cahuilla; however, the Luiseño ate it, removing the brown membranous coats from the bulb, then wrapping it in leaves, and roasting it in ashes (Sparkman 1908). The *Kauisik* may have used this plant similarly. It could have been obtained through trade or exchange.

*Bloomeria crocea* (golden stars) grows within *Kauisik* territory. The *Kauisik* ate the corm of this plant raw almost any time of the year (Bean and Saubel 1972:47).

**Malvaceae (Mallow Family)**. Pollen from a member of the Mallow Family was reported in the hearth in Square 34 and in Locus C (XVIII-7; Table XVIII.1). Seeds from members of the Mallow Family were used as a condiment on food (Bean and Saubel 1972:88). Fish notes that apricot mallow *(Sphaeralcea ambigua)* grows on-site on the Tahquitz alluvial fan. "The genus has been strongly linked to Hohokam agricultural proveniences, where it seems to have been a common weed . . . This concentration suggests that agricultural activity might characterize the location over much of the occupation" (XVIII-7).

Other members of the Mallow Family are found on the valley floor and in the Deep Canyon area. They include desert hibiscus *(Hibiscus denatus)*, cheeseweed *(Malva parvilora)*, desert or apricot mallow

ACC0006611

*Kauisik* Uses of Plants

(*Sphaeralcea ambigua*), and rose mallow (*S. ambigua* ssp. *rosa*). The young, tender shoots and leaves of these plants and others of this family were used as potherbs and the fruit was eaten raw (Ebeling 1986:51). Ebeling reports that the most commonly used member of the family was cheeseweed (*Malva parviflora*), a plant from Eurasia. Cheeseweed "can be found in bloom most of the year. Available from February to late summer in some places . . ." (Ebeling 1986:381). The Chumash ate cheeseweed (*M. parviflora*) (Timbrook et al. 1984; Ebeling 1986:308). The *Kauisik* may also have eaten it.

**Onagraceae (Evening Primrose Family).**  Pollen from a member of the Evening Primrose Family was found in a midden, but is not likely to be associated with mortar use (XVIII-8). However, several species of evening primrose were used by the *Kauisik* as food. Traces of pollen from an evening primrose or mustard were also found in Locus A (XVIII-5), in Locus C (XVIII-7,8), on Square 41 of Locus E (XVIII-8), in Locus G (XVIII-8) and Locus I (XVIII-8).

*Oenothera deltoides* (Dune Primrose) is the host for sphinx moth larvae and was used as a plant green (Jaeger 1940).

*Camissonia spp.* were also eaten as plant greens by the Sand Papago (XVIII-5; Felger 1980). Ebeling (1986:590) notes that the species used in this case is *Camissonia claviformis.*

**Poaceae or Gramineae (Grass Family).**  Fish reports grass pollen in Locus C and in the hearth (XVIII-7). Members of this family that were used by the Cahuilla include *Bromus tectorum* (Cheat Grass or Downy Cheat), *Distichlis spicata* (Salt Grass), *Elymus glaucus* (Rye Grass), *Hordeum* sp., *Muhlenbergia rigens* (Deer-Grass), *Panicum urvilleanum* (Panic Grass) and *Triticum aestivum* (Wheat).

*Bromus tectorum* (Cheat Grass or Downy Cheat) was used as a famine food by the Cahuilla. The seeds of this European invasive were gathered during times when food was short and cooked without grinding (Bean and Saubel 1972:48). This plant grows on the Tahquitz alluvial cone and in the Deep Canyon area.

*Distichlis spicata* (Salt Grass) was probably called *simut* by the Cahuilla. This plant was cut and beaten to remove salt, which is found both on the plant's surface and inside. Salt grass was also made an excellent brush and cleaning agent (Bean and Saubel 1972:66). *Distichlis spicata* var. *stricta* is found within the Deep Canyon area.

*Elymus glaucus* (Rye Grass), while not the species specificially identified by Bean and Saubel (1972), was probably used in the same manner as *E. condensatus.* This rye grass species was used, when fire hardened, as the main shaft of an arrow and to thatch roofs. The Southern Paiutes used this plant as a food but no such usage is recorded for the Cahuilla (Bean and Saubel 1972:69). *E. glaucus* grows in the Deep Canyon area.

*Hordeum* species (Barleys) were used as food. The seeds of *Hordeum stebbinsi* (Barley), called *pa'ish heqwas* meaning field mouse's tail, were occasionally eaten by the Cahuilla (Bean and Saubel 1972:78). Lt. R. S. Williamson (1856:46) reported that the Cahuilla in the Coachella Valley were growing *H. vulgare* (Common Barley) at the time of his visit (Bean and Saubel 1972:78). *H. glaucum* grows in the Deep Canyon area.

*Muhlenbergia rigens* (Deer-Grass) was called *suul* by the Cahuilla. The stalk of this plant was used in basketmaking and was gathered in the summer by hunters (Bean and Saubel 1972:89).

*Panicum urvilleanum* (Panic Grass) was known as *sangval* in Cahuilla. Seeds of this plant were gathered, singed to remove the hair and boiled to make a gruel (Bean and Saubel 1972:98-99). They

ACC0006612

contain 15% protein, 5.8% oil, 4% ash and some starch, but no alkaloids or tannic acid (Earle and Jones 1962:224).  This species grows in the Deep Canyon area.

*Triticum aestivum* (Wheat) was apparently called *pachesal*.  Wheat was cultivated by the Cahuilla and is listed as one of the gifts from their creator, *Mukat* (Patencio 1943:25).  Cultivation is first mentioned by B. D. Wilson in 1852 (Caughey 1952:38).  Patencio (1943:79-80) describes the planting and harvesting of wheat and barley by the *Kauisik*.  Its seeds were ground into flour and mixed with the flour from other wild seeds, e.g., chia, to make a mush (Bean and Saubel 1972:142).

**Typhaceae (Cat-tail Family).**  Pollen from a member of the Cat-tail Family was found in Locus C (XVIII-7), in Locus G (XVIII-8), in Locus I in a storage cist (XVIII-8) and in Locus L in a hearth (XVIII-9).  Several members of this family were used by the *Kauisik*.

*Typha latifolia* (Soft-flag or Cat-tail) was called *ku'ut* by the Cahuilla.  Its roots were gathered in June and July and dried and ground into meal.  Pollen from this plant was made into cakes and mush. The roots were used to heal bleeding wounds.  The stalks were used as matting materials, bedding, and in making ceremonial bundles (Bean and Saubel 1972:142-43).  Cat-tail (*T. latifolia*) grows in lower Chino Canyon.

Two other species, *T. domingensis* and *T. angustifolia*, were available to the *Kauisik* and may have been used in the same manner as *T. latifolia*.  *T. domingensis* is found in the Deep Canyon area; *T. angustifolia*, in the Eagle-Cathedral Canyon area.

## Specific Genera

*Acacia greggii* **(Cat's Claw).**  Pollen from cat's claw was found on a mano sample Locus I (XVIII-8).  This plant, known as *sichingily*, grows in the Tahquitz area and was used in several ways. The pods were used as food, either eaten fresh or dried and ground into flour from which cakes were made.  If the pods were too bitter, they were parboiled first.  Wood from this plant was used in construction and as firewood (Bean and Saubel 1972:29).

*Allium* **spp. (Wild Onions).**  Fish suggested that pollen found at Locus B may be from the wild onion species, *Allium validum* (XVIII-5).  An unidentified species of *Allium* grows on the Tahquitz alluvial cone, and Bean and Saubel (1972:37) indicate that swamp onion (*A. validium*) was gathered in the Tripp and San Jacinto Valleys.  Munz (1959), however, has reported that this species only grows north of Lake County and in the Sierra Nevadas, and that *A. fimbriatum* is found on the western edge of the Colorado Desert.  Botanist A. Sanders from the Herbarium at the University of California, Riverside agrees that *A. validum* doesn't grow within *Kauisik* territory, but another (unidentified) species of wild onion does.

The species of wild onion found within *Kauisik* territory was probably used in a similar manner to that of swamp onion (*Allium validum*), which was called *tepish* in Cahuilla.  The bulbs were gathered in the late spring or early summer just before or during flowering and either eaten raw or used as a flavoring ingredient in other foods (Bean and Saubel 1972:37).

Wild onion species were used by many Native American groups.  The Papago harvested it from the mountains (Ebeling 1986:647).  In the southwest (Southern Utah, New Mexico and Arizona) various species were used, including *A. palmeri*, *A. cernuum*, in the Grand Canyon-Mesa Verde-Zion National Parks area, *A. macropetalum* in Eastern Arizona.  Wild onions were roasted in ashes, dried for use in the winter, eaten raw in salted water, with corn dumplings or piki bread, used in gravies or stews or cooked with other vegetables (Ebeling 1986:467).  The whole plant was rubbed on the skin to produce an insect repellent (Niethammer 1974; Ebeling 1986:467).

*Alnus rhombifolia* **(White Alder).**  Pollen from this riparian species was found in the project site in Locus C (XVIII-7).  It is suggested that flowers may have washed down to the site, or that alder pollen

ACC0006613

may have been mixed with clay brought to the site (XVIII-7). White alder grows in Tahquitz Canyon below the first falls.

Although this species is not discussed by Bean and Saubel (1972), it is known to have been used by the Cahuilla as a firewood. Other uses for white alder have been recorded among California Indians and this species may have been used similarly by the *Kauisik*. White alder was used by the *Chumash* in crafts (Timbrook et al. 1984; Ebeling 1986:306) and many California tribes "made a red dye from the bark of the white alder" (Ebeling 1986:209). When tanning buckskin, the *Kawaiisu* turned the buckskin from white to yellow by holding it in the smoke of burning white alder (Ebeling 1986:209).

***Amaranthus fimbriatus* (Pigweed).** Pigweed (*Amaranthus fimbriatus*) is a late summer annual which the Cahuilla called *pekat*. Seeds of this plant were threshed, parched, ground into flour and made into mush. The young leaves were also eaten as potherb or greens after boiling them (Bean and Saubel 1972:37). The species *A. fimbriatus* is found in lower Chino Canyon, at the mouths of Andreas and Murray Canyons and in the Deep Canyon area up to about 3,300 feet elevation.

***Ambrosia* spp. (Burrobushes and Bursages).** Fish (XVIII-1, 4, 9) reports that Compositae pollen was the predominant pollen in the Tahquitz samples she examined, and that of these the Ambrosia type, probably from *Ambrosia dumosa* is the most numerous. It was found in aggregates of over 6 grains in the cist, level 10.

*Ambrosia confertiflora* (Slimleaf Bursage), also known as *Franseria tenuifolia*, is a herbaceous perennial which tends to be a weed and, as Ebeling notes, "was likely to be found on the floodplains near villages . . . . The roots of this bursage were used by the Papago" (Ebeling 1986:530), but no Cahuilla usages have been recorded.

*Ambrosia dumosa* (Burrobush or White Bursage), formerly known as *Franseria dumosa*, has no specific recorded use. It is, however, one of the hosts of *Ammobroma sonorae* (Sand Food), a parasitic wild food, used by the Cocopa and the Quechan, that is "largely restricted to sand dunes chains where wind has blown sand" (Harvard 1985). The appropriate environment was present within the *Kauisik* catchment area, but not within the project area.

*Ambrosia psilostachya* (Western Ragweed) was called *yerba sapo* ("toad weed"), but no usages for this plant are known (Bean and Saubel 1972:37).

***Artemisia* spp. (Sagebrushes).** Pollen in Locus B may be from the species, *Artemisia tridentata*. While this species is not known to occur in lower Tahquitz or Chino Canyons, it does grow in Garner Valley and on the Alta Seca Bench on the east side of Toro Peak.

Basin sagebrush (*Artemisia tridentata*) is known in Cahuilla as *wikwat* and was used by the Cahuilla in a variety of ways. Seeds were gathered between August and October, parched and ground into flour for pinole-like mush; leaves, made into a medicinal tea for stomache complaints (Barrows 1900:73). The stems and leaves of this plant were used (or when dried, burned) as air purifier or disinfectant in Cahuilla homes and sweathouses; and the shoots, used sometimes for roofing material or in walls during house construction (Bean and Saubel 1972:43).

Another sagebrush used by the Cahuilla was *Artemisia ludoviciana*. It was used in the construction of houses, granaries and arrows (Bean and Saubel 1972:42). This species grows in lower Chino Canyon, on the Tahquitz alluvial cone and in the Deep Canyon area. California sagebrush (*A. californica*) was used for birth control by the Cahuilla (Saubel 1994, personal communication). It grows in Cottonwood Canyon in the San Bernardino Mountains, on the southeast side of Toro Peak and on the Snow Creek-Falls Creek alluvial fans.

***Carex* spp. (Sedges).** See information under *Scirpus* spp. (Bulrushes and tules).

ACC0006614

**Cheno-Ams**.  See Chenopodiaceae (Goosefoot Family) and the genus, *Amaranthus,* in Amaranthaceae (Amaranth Family).  Pollen of these two families is often referred to as "Cheno-Am" pollen because it is difficult, if not impossible, to distinguish the pollen of these two families from each other.

**Circium spp.(Thistles)**.  See *Taraxacum* species.

**Citrus spp. (Unidentified Citrus Species)**.  Fish (XVIII-9) suggests that discarded orange peels, rodent disturbance or cultivated trees near the rockshelter may have been sources for citrus pollen found at various sites.  It should be noted that citrus trees, including oranges (*Citrus sinensis*), lemons (*C. lemon*) and grapefruits, were first introduced in the 1880s and 1890s into the Palm Springs area.  The Palmdale townsite that was located where the Smoke Tree Ranch is now (east of Sunrise and south of East Palm Canyon) was platted in January, 1888.  The agricultural land on the north side of the townsite was planted with orange trees that promptly died (Gunther 1984:372-373).  McCallum's orange grove also died during the drought of the 1890s (see the photo in Bogert 1987:72).  McCallum grew apricots, figs, grapes and oranges on eighty acres on Section 15 (where the present tennis club is).  The drought lasted eleven years, beginning in 1894 (Bogert 1987:73).

**Echinocactus acanthodes (Barrel Cactus)**.  Pollen from a cereus-type cactus was found in Locus B (XVIII-5), in Locus C (XVIII-7) in a bowl sample and elsewhere, and in Locus I (XVIII-8).  The report suggests that this pollen could be from either barrel cactus (*Echinocactus acanthodes*) or hedgehog cactus (*Echinocereus engelmannii*).  Both species were used by the Cahuilla.

*Echinocactus acanthodes* (Barrel Cactus) was called *kupash* by the Cahuilla.  The buds were gathered between April and June and eaten either raw or after parboiling, drying and rehydrating, or after steaming on coals in a pit.  The mature flower were also eaten after cooking and preserving in the same way as the bud.  The body of plant was used as a cooking vessel or as a source for water (Bean and Saubel 1972:67-69).  Barrel cactus grows in lower Chino Canyon, in Palm Canyon, the Murray Hills and in the Deep Canyon area.

*Echinocereus engelmannii* (Hedgehog Cactus) was found on the Tahquitz and Chino alluvial fans, the Deep Canyon area, and the Murray hills.  Although no usage is mentioned by Bean and Saubel (1972), the buds were probably gathered between April and June and eaten in the same manner as those of the barrel cactus.

**Echinocereus engelmanii (Hedgehog Cactus)**.  See *Echinocactus acanthodes.*

**Ephedra spp. (Mormon or Indian Tea)**.  Pollen from Mormon tea was found in square 10 of Locus C (XVIII-7).  Two species of this plant (*Ephedra nevadensis* and *E. californica*) are found within *Kauisik* territory, but *E. californica* grows in lower Chino Canyon, on the Tahquitz Canyon alluvial fan, at the mouths of Andreas and Murray Canyons, and in the Deep Canyon area.  The Cahuilla used twigs of this plant to make a tea.  The tea was used both as a beverage and as a medicine for stomach and kidney ailments.  Seeds were also gathered, ground into meal and eaten as a mush (Bean and Saubel 1972:70).

**Eriogonum spp. (Buckwheats)**.  *Eriogonum* spp. (buckwheats) were called *hulaqal* in Cahuilla.  Pollen from these species, found in small frequencies in a number of samples, were found at Locus B in high frequencies (Table XVIII.1).  The Cahuilla gathered edible shoots from this plant between February and May.  Buckwheat seeds were gathered for food between June and September.  Buckwheat was also used medicinally.  Its leaves were made into a decoction that was drunk to cure headache and stomach disorders; the white flowers were steeped to make an eye wash or a drink to clean out intestines.  The leaves that grew near the plant's roots were used as a physic; and tea made from the plant was said to cause the uterus to shrink and thereby inhibit dysmenorrhea (Bean and Saubel 1972:72).

V-38

ACC0006615

***Eucalyptus* spp. (Unidentified Eucalyptus Species)**. Fish notes that eucalyptus pollen found at various sites within the project area suggests contamination from modern sources (XVIII-9). It should be noted, however, that eucalyptus trees were introduced into southern California during the middle and late 1800s, possibly as early as 1856. The peak period of planting of this tree was from 1880 to 1910. This species is not wind-pollenated, but is instead pollenated by insects (A. Sanders, personal communication, February 14, 1995). Eucalyptus trees, which are known in Cahuilla as *qahich'a waavu'it*, could have been acquired by the *Kauisik* during trips into San Bernardino or Riverside or the Los Angeles area. The Cahuilla used this plant as medicine—the leaves were steamed to cure colds or boiled in water and the steam inhaled to relieve sinus congestion (Bean and Saubel 1972:73).

***Opuntia* spp. (Cholla Cactus)**. Pollen from a cholla species was found in Locus I (XVIII-9), in Locus B (XVIII-5, 6), in Locus C (XVIII-7), and in Locus E (XVIII-8). Pollen from either a cholla, hedgehog or barrel cactus was found in Locus B. Most or all of the *Opuntia* species were used by the Cahuilla.

*Opuntia acanthocarpa* (Buckhorn Cholla) was called *mutal* by the Cahuilla. Its fruit was gathered in the spring and eaten raw or dried for storage. Ashes from burnt stems were applied to cuts and burns to facilitate healing (Bean and Saubel 1972:95).

*Opuntia bigelovii* (Jumping or Teddy-bear Cholla) was called *chukal* by the Cahuilla. Its buds were gathered between late April and June and preserved by baking or steaming with hot stones in a pit for many hours (Bean and Saubel 1972:96).

***Opuntia occidentalis* or *O. megacarpa* (Prickly Pear)**. Pollen from prickly pear cactus was found in Locus C (XVIII-7) and pollen from prickly pear or another pad cactus, in Locus B (XVIII-6). Called *qexe'yily* by the Cahuilla, prickly pear is one of the pad cacti. Its edible fruits were gathered for food in May and June. The joints were also eaten after dicing (Bean and Saubel 1972:97). Prickly pear is not known to grow in lower Chino Canyon, on the Tahquitz alluvial fan, or in the Deep Canyon area, but it does grow at higher elevations in the San Jacinto Mountains.

Two other pad cacti that grow within *Kauisik* territory are the pancake pear or pancake cactus (*Opuntia chlorotica*), and beavertail (*Opuntia basilaris*). Pancake cactus grows in the Deep Canyon area above about 1,800 feet and in Little San Bernardino Mountains. No usage has been recorded for pancake cactus, but it was probably used in the same manner as prickly pear and beavertail. Beavertail, called *manal* in Cahuilla, grows within *Kauisik* territory on the Tahquitz alluvial cone, at the mouths of Andreas and Murray Canyons, and in the Eagle-Cathedral Canyon area. Buds from the beavertail cactus were gathered between March and June, and cooked or steamed with hot stones in a pit for twelve hours or more (Barrows 1900:67). Alternatively, they could be eaten raw. The joints were also cut into small pieces, boiled in water and mixed with other foods or eaten as greens. Seeds from the beavertail were ground into edible mush. Beavertail was "one of the most desirable of Cahuilla foods" (Bean and Saubel 1972:95).

***Pinus* spp. (Unidentified Pine Species)**. Pine pollen, present in all pollen samples, was found in a bowl and in floor levels in Locus C (XVIII-7; Table XVIII.1). This pollen was probably not from pinyon pine (*Pinus monophylla*) (XVIII-3).

Other pine species besides pinyon pine were used by the *Kauisik*. The name *wexet* was used as a general term for all pine species. Pine needles were use in basketry; pine pitch was used as an adhesive for mending pottery, for attaching arrowpoints to shafts, or as a face cream to prevent sunburn. Pine wood was used as firewood and the bark was used as a roofing material in house construction (Bean and Saubel 1972:104-105).

ACC0006616

*Plantago insularis* (**Woolly Plantain**).  Pollen from a member of the Plantain Family was found in Locus L (XVIII-9).  *Plantago insularis* (Woolly Plantain) is an annual which grows from the valley floor to the Agave-Ocotillo belt, up to about 900 meters elevation (Zabriskie 1979).  While Cahuilla use of this plant has not been recorded, it is used by the Seri Indians in Mexico. Ebeling notes, "The seeds of this winter-spring ephemeral, often stored in pottery ollas, were an important traditional food.  When mixed with sugar and water they produce an edible glutinous mass" (Ebeling 1986:791).  It is possible that the *Kauisik* used this plant in the same manner.

Several other species of the Plantain Family are described by Ebeling; however, it is not known whether they grow in Coachella Valley, and specifically in *Kauisik* territory.  *Plantago major*, a European native, often grows in disturbed areas.  According to Jepson (1923), it was called "white man's foot" by the Indians "because it closely followed the advance of white civilization, springing up around the earliest frontier settlements" (Ebeling 1986:527).

The Sand Papago called it Indian wheat and ate the seeds raw or toasted and ground them into pinole (Lumholtz 1912; Ebeling:527).

The leaves of *P. argyraca, P. galeottiana, P. hirtella* and *P. major* were also used as food (Ebeling 1986:58-59).  The leaf blades, not the stalks, were boiled and eaten like spinach; young leaves, used as salad greens; and dry leaves, boiled as a tea (Ebeling 1986:56-57).

Fish (XVIII-9) has noted that a number of Southwestern and Northwest Mexican groups use plantago.  See Felger and Moser (1985), Pennington (1963) and Castetter (1935).

*Prosopis* **spp.** (**Honey Mesquite and Screwbean**).  Pollens from mesquite were found in Locus B (XVIII-6) and Locus I (XVIII-8).  The *Kauisik* use of these plants has been discussed in detail in the previous section on plant environment.

*Scirpus* **spp.** (**Bulrushes and Tules**).  Pollen from a sedge species was found in Locus C (XVIII-6) and a trace of pollen from a sedge species in Locus I (XVIII-8).  No information is available about whether this pollen is from a member of the *Carex* spp. (sedges) or the *Scirpus* spp. (bulrushes and tules). Plants from both species are known to have been used by California Indians.

The *Kauisik* called the small bullrush (*Scirpus* spp.) *pa'ul*, a larger variety, *pangawalat*[33] and a variety used in house construction, *pangat*.  Bullrush roots were ground into a sweet-tasting flour.  Its seeds were gathered and eaten raw, or ground into mush.  Cakes were made from bulrush pollen, and the stalks were used for bedding, mats, weaving materials, roofing, and in the construction of the ceremonial bundle and images for *nukil*.  The stems were also used for basket wrapping (Bean and Saubel 1972:139).  Tules figure many times in *Kauisik* oral literature.[34]

---

[33]The small tule is three-square bullrush (*Scirpus americanus ownii*).  It possibly grows in Palm Canyon.  The large bullrush within Kauisik territory is one of three species, *Scirpus acutus, S. robustus* or *S. californicus* (Sanders, personal communication, January, 1995).

[34]One example is as follows:

> And he [coyote] got Panga ha quat, in English "water-apron," and *Panga mic vat*, a tall bunch grass called tule. . . .

> Now to the Indian people the tule *Panga mic vat* represents what to other people would be a flag. The tules grew so very tall that no one could find the end of them, so the head man of the fiesta cut a portion, and in it he put the feather of an eagle, some Indian money made of strung shells, a pipe and some tobacco, and a certain rock which is sometimes red, yellow, blue or black.

> This tule was one of the good gifts that coyote brought the people, and of the piece which was filled with these things by the head man, a doll was made to represent their father *Mo-Cot*.  On the sixth day the people burned the doll and scattered seed from the first plants which grew from the ground where *Mo-Cot* was buried, in memory of their father (Patencio 1943:28,31-32).

ACC0006617

***Taraxacum* spp. (Thistle or Dandelion—Liguliflorae Subgroup)**
Pollen found from a thistle or dandelion (*Taraxacum* spp.) was found (XVIII-9). A variety of thistles grow within *Kauisik* territory. The species, *Cirsium occidentale*, and called *ya'i he'ash*, has no known uses (Bean and Saubel 1972:55). Ebeling (1986:397) has reported that the bud of dwarf thistle, *Circium drummondii*, was used by the Cahuilla as food. The species, *C. californicum*, is found in lower Chino Canyon, at the mouths of Andreas and Murray Canyons and in the Deep Canyon area.

*Taraxacum californicum* (Dandelion) is a native dandelion. Ebeling (1986:397-398) reports that only the Cahuilla and nearby tribes had access to this species. The stems and leaves of this plant were gathered and eaten in the spring and early summer (Bean and Saubel 1972:141). Ebeling (1986:397-398) reports that the leaves and stems of all species of dandelions, including introduced species (*T. officinale* and *T. laevigatum*) were eaten as greens, either raw or cooked.

***Ulmus* spp. (Unidentified Elm Species)**. Elm pollen found on a mano sample may represent contamination from a modern source (XVIII-9). This species was introduced historically into southern California. It is a species that needs water to grow, and according to A. Sanders (personal communication, February 14, 1995), one variety, *Ulmus pumalla*, has sprouted up spontaneously in Whitewater Canyon.

***Yucca schidigera* or *Y. mohavensis* (Mohave Yucca)**. Pollen from one of the yuccas was found in Locus C (XVIII-7). See page V-24.

***Yucca whipplei* (Our Lord's Candle or Spanish Bayonet)**. See page V-24.

**The Technology and Material Culture of Plant Food Processing**
Various techniques for transforming what were often otherwise inedible vegetal materials into palatable, nutritious, and edible products were used. Parching, grinding and leaching were some of the techniques used.
Parching of the seeds, when necessary, preceded grinding. This process altered the chemical nature of the seeds and allowed leaching to remove acidic materials that could change the taste. A tray, either basketry or ceramic, containing hot coals was gently shaken and tossed so that the coals would toast the seeds but not burn them.
After parching was complete, the seeds were set aside ready for grinding. Grinding of seeds was often necessary because kernal density made a hard seed difficult to cook, but, when ground into a powder, the starchy substance cooked easily and became digestible.
Stone or wooden pestles used in wooden mortars effectively pulverized soft but fibrous foods like honey mesquite. To mash softer foods, like pinyon nuts, stone manos were rolled on stone metates. Flour-like materials were sifted in baskets or ceramic trays to segregate the large particles from the flour. The larger particles were then ground again.
Grinding was a central and daily concern of the housekeeping art of the *Kauisik* women, although men occasionally performed grinding tasks. If a woman performed these tasks efficiently—if her ground materials were very fine in quality and free of foreign substances, she was judged a "proper" woman.
Acorns and dried berries were ground in stone mortars with stone or wooden pestles. After acorns were ground the acorn meal was leached several times to remove the bitter taste caused by tannic acid in the acorns. This arduous and time-consuming process made it possible for the acorn to be used as one of the basic staples in the everyday diet. Various other seeds or pits, such as those in wild plums, also required this process.
Other vegetable foods, such as yucca, agave, and tule potatoes, were cut into sections and baked in stone-lined ovens or pits to make them palatable. Many foods, such as fruits, blossoms and buds, were

ACC0006618

preserved by sun-drying. This process was enhanced by the arid climate in the *Kauisik* area.[35]

Drying foods for future use permitted an efficient use of food resources. Berries and fruits were dried in the form of cakes; and, as a result, a very large energy source could be contained in a small package. Mesquite flour was patted into cakes about a foot in diameter and several inches thick before drying in the sun. One of these cakes could provide food for a number of people at some later date when the cake was placed in water and boiled into a mush.

Some foods were cooked in baskets filled with liquid[36] to which intensely hot rocks were added for boiling. Ceramic pots were an efficient substitute. Dried and fresh seeds, fruits, blossoms, and meats were similiarly boiled, thereby enhancing their edibility and digestibility. For some plant foods a parboiling process was necessary for releasing acidic materials in the food.

Cooking converted starches into a more digestible form (Jensen 1953:163). Another significant consequence of boiling, steaming, baking, and roasting is that the nutritional quality of foods is not usually impaired. In some instances, these processes improved the foods because uncooked starches have to be especially well masticated for efficient digestion. Jensen (1953:163) found that thiamine (vitamin B-1), in carbohydrate-rich materials, such as cereals and vegetables, is stabilized when cooked with meat.

All in all, *Kauisik* technology was efficient in converting plant materials into a well-balanced diet, one that was both nutritious and varied.

## Mortars

**Wooden Mortars.** Mortars were necessary for *Kauisik* food processing, and were used to grind various foods—mesquite, acorns, various seeds, medicinal materials, sometimes small animals, and paints. Different types of various materials were used for various purposes.

Wooden mortars were made of cottonwood or mesquite. They varied in size from 12 inches to two feet in length and 6 to 8 inches in diameter. Wall thickness of the mortars was 2 to 4 inches. A depression was cut into the trunk of a tree with an ax, or burned into it to a depth of 12 inches to 2 feet. Long, slender pestles of stone and sometimes wood (a hardwood such as mesquite) 12 inches to over 2 feet in length were used to grind soft material, especially mesquite beans.

Wooden mortars were sometimes pointed at the bottom end so they could be more easily set into the ground. The women usually ground from a sitting position.

Wooden mortars, as mentioned elsewhere (Chapter V.1), were needed to grind mesquite seeds to the proper consistency (stone mortars were not adequate), and therefore were very difficult for museum collectors to acquire in the early 1900s, since they could not be replaced by new technology. They were usually destroyed by burning upon the death of their owners. However, there are *several* in museum collections, that were collected in *Kauisik* territory. For example, the Museum of the American Indian in New York, and the Southwest Museum in Los Angeles have Cahuilla wooden mortars.

Wooden mortars had a different name from that of stone mortars. The pounding instruments (pestles) were called *paal.*

**Stone Mortars.** Stone mortars varied in type, size and purpose. Bedrock mortars are quite common in *Kauisik* territory, in and near the community and in areas at some distance from the home community, where, when *Kauisik* were traveling or collecting, they could be used for grinding foods or other materials, e.g., bone, meat, medicinal herbs. These were, in the case of most Cahuilla property, owned by individuals and families.

When not being used, mortars were often covered. The pestle was left at the site to avoid the unnecessary burden of carrying them while traveling. They were used especially for the grinding of acorn, fruits, berries and some hard seeds. In more recent years, introduced foods were ground as well, e.g.,

---

[35]The dangers of this process were considerable when acorns were spread outdoors in the oak groves at higher and less arid elevations. They had to be gathered in haste if there was an unexpected rain.

[36]Baskets, instead of pots, were sometimes used for boiling food.

ACC0006619

wheat, corn, and barley. Barley, for example, when dampened a bit was ground and then placed in a saucer-shaped basket and shaken and tossed to winnow it (George Wharton James 1906:249).

Francisco Patencio noted that mortars were called *toeveval*, meaning "a place of grinding" (Patencio 1943:30). In another instance he describes the use of the mortar:

> The thing used the most in the women's work was the stone mortar. This was made of solid round rock that was hollowed in the top—called mortar in English, *can bojol* in Indian; the pestle, English, and *Pa ol* in Indian. A hole was pounded out in the center, which became deep enough to use for grinding meal, hulling grain and seeds and nuts. A long slim rock was used to do the pounding and grinding. This rock is named a pestle by the white people. These mortars were sometimes made, many of them, in a solid ledge, such as can be seen in the Andreas Canyon at the cliffs, or Snow Creek.
>
> When the hole in the mortar was first started, it was very small, too small to use for the grinding, so the Indian women cemented an old basket which had a hole cut out in the bottom, onto this rock which was to be made into a grinding stone. There was plenty of cement [piñon pitch gum of the desert plant *creosote*] to be used. It was found in many places; also tar and oil. The nuts and seeds were put into the basket, which was kept on the rock till a hole was made deep enough to use without the basket.
>
> The coarse meal was ground in these mortars, but when it was to be made into fine flour it was taken from the mortar and placed on a metate stone. This was a long, narrow stone, and the flour was made finer by long rubbing. A round stone was used for this. But as the flat metate stone was used a long time, it became hollowed in the center, sometimes several inches deep. Then a hand stone, made to fit in the hollow, was used. These stones are called hand stones in English; *manos*, Spanish; *Ta Resh* in Indian (Patencio 1943:124-25).

Mortars, and areas where there are bedrock mortars, play a considerable role in Cahuilla oral literature, being mentioned frequently. Alejo Patencio, as recorded by Strong, relates a *Kauisik* migration story wherein mortars figure significantly:

> Then he [a great *net*] named *tēvin' imulwiwaīwinut* (a flat rock with mortar holes, at mouth of Palm Canyon), and halfway up the canyon *paskwa* a hot spring (rock mortars here also), and then *tatmīlmī* (the south end of Palm Canyon). Another place *sewī*, near here, was the southwestern boundary (Strong 1929:100).

Portable mortars, on transportable rocks, were also made. They too could have basket mortars attached. Although very heavy they could be transported in a carrying net (*ikut*).

The manufacture of some has been attributed to mythic beings, Coyote and Wildcat. They were occasionally manufactured in one area and traded or gifted to another.

Special small mortars were made and used by medicalists (shamans, *pul* and doctors, *tingavish*) and often decorated with red paint made of hematite. Painted mortars were associated with the use of "power." Shamans who "doctored" with various medicinal plants used *toloache* (*Datura meteloides*) as an hallucinagen or medicine, as well as tobacco, and other varius roots, leaves, fruits, minerals, and animal parts (Bean and Saubel 1972).

In association with bedrock mortars there were often smaller mortars. These were used for holding single acorns for cracking. Another use of small mortars is noted by Patencio who says:

> Close to this rock are two large rocks which have small mortar holes in them, not more than three inches across. These small holes were never used for grinding, but to make the sign of the trail. One is called the coyote mortar rock, and has the deeper hole.

ACC0006620

The other is called the wild cat mortar rock, and has a shallow hole. These rocks mark the place today (Patencio 1943:98).

Small mortars were also used to grind paints used for ceramic decoration, body paint, rock art, decorating weapons, a *net*'s ceremonial staff, etc. They varied in size depending on use—those used most regularly for grinding approximated 4 to 8 inches.

### The Pestle

The pestle used with a stone mortar was shorter than that used with the wood mortar. They were made of several types of stone. Occasionally, ceramic pestles were used for grinding softer materials, e.g., medicinal plants (see Chapter VII). Large pestles were pounded using both hands.

### Manos and Metates (*Malal*)

The metate, a flat grinding rock, was used for grinding hard seeds, refining materials ground in mortars, and bone. Sometimes, with a serrated bottom for grinding meat, they were oval in shape, on large rocks, near areas where seed foods were gathered, or in a community.

The mano or grinding implement was a small flattened stone, oval or rectangular in shape, which could be held in the hand (*malhema*?). Kroeber said of these:

> The rubber or mull stone is of much more varied shape than the metate. Sometimes it is oval in outline, thin and flat. Other pieces of the same length are narrower and twice as thick. Still others are much longer, of equal breadth and thickness, and well squared, so that they present the shape of a short length of pressed timber. Still others are natural shaped stones or boulders, the bottoms of which have been rubbed flat (1908:51).

The metate was also used to crack acorns. In later years, corn, wheat, and barley, and the traditional dry seeds (e.g., chia) were processed. Several found in the western Cahuilla area have petroglyphs carved on one side, i.e., a maze (the Ramona Bowl museum has an example).

### Baskets

Baskets were an important household utensil, but will be discussed here only briefly. They were used for winnowing seed crops, for carrying, for boiling, for storage, and for any other container use. A special basket was made for carrying infants. When a basket was used for boiling water, hot stones dropped in provided the heat. The baskets' light weight gave them an advantage over pottery or wood as containers for carrying supplies. Baskets were also objects of art, and played an important part in ritual, and in trade and exchange.

In the historic era the Cahuilla women were well known for their skilled basket weaving, and made notable contributions to the economy selling baskets to non-Indian collectors.

Bone awls were the major tool used in basketmaking, and indeed a few such awls were found in Loci A, C, E, G, J, and L in the project area. The baskets themselves, being made of perishable materials, left no trace. It is likely that most of the awls once used in the area have likewise perished.

### Ceramics

As Schaefer notes on pages IX-71 to 73, ceramics found in Tahquitz Canyon indicate that the Cahuillas used ceramics for "utilitarian food storage, food preparation, ceremonial activities, and recreational pursuits." Since pottery vessels are so much more difficult to carry long distances than baskets, the Cahuillas living in the canyon appear to have been a fairly sedentary people, who had access to several sources of clay, and made most of their own pottery.

ACC0006621

*Kauisik* Uses of Plants

Ceramic containers would have been convenient for making the plant infusions that were so important in Cahuilla medicine, as well as for cooking greens, seeds, and other plant parts to make them more digestible as food.

The large number of ceramic pipes, Schaefer suggests, means there was considerable smoking of tobacco. Smoking was a ritual rather than a recreational pursuit among the Cahuilla. The number of sherd disks is also significant. They are thought to have been used in games, and also as clothing ornaments.

The fact that painted sherds were more common than in most southern California sites may confirm the supposition that Tahquitz canyon was often the site of important ceremonies, a supposition also supported by the prevalence of ceramic pipes and disks, and the discovery of the ceramic figurines and miniature bowls.

### Food Storage and Caching

The *Kauisik* area was arid, a natural condition advantageous for the storage of food. So, foods could be dried and stored in large basket granaries and/or ollas. Preservation was facilitated by placing perishable foods in ceramic storage vessels hermetically sealed with pine pitch, beeswax or lac.

The large granaries were built near each household and each ceremonial house (*kishumnawut*). A single granary, for instance, might hold many bushels of acorns or mesquite. A single olla might hold several quarts of seeds, of which a handful could produce a meal for several persons. Some clay storage vessels stood as high as four feet and two feet in diameter, holding foods or other precious objects, e.g., ritual regalia, basket "weeds," clothing, and hunting equipment.

The storage of meat products was much less complicated because of the small quantities involved. Generally, most meat products were immediately consumed, although game animals could be dried and salted. According to Francisco Patencio, "When more meat was brought home than could be used fresh, it was cut into strips and dried by the sun for future use. This was called in Indian *Ho me nat wa ish*" (Patencio 1943:121). The dried meat was kept in a separate shelter near the house of the family, to be used when needed.

Most storage activities of a household were sufficiently public that all were aware of the amount of food being stored. A major amount of this stored food was easily in view of any visitor. Hoarding or stinginess was a breach of normative postulates. Sanction for such activity was usually rapid, sharp, and public. However, other more private caching activities were admissible, e.g., pottery caches in rock shelters.

Families or individuals characteristically kept caches of food hidden, sometimes in distant and remote places, or sometimes buried in ollas under the ground or placed in small caves, often along trails travelled for various purposes. The openings to these small caves were covered with brush to keep their presence unknown to others.

Ritual protection was also employed whereby the owner made "spirit sticks" from which he dangled feathers or other magical items so that poachers who discovered the cave would be harmed if they stole the contents of the cache.

> A safety mechanism was built into the caching system, however, to compensate for the negative aspects which might be attached to this. General etiquette dictated that a hungry traveler who was able to discover a food cache might partake of the foods. He was, of course, expected to reciprocate by returning goods to that cache at a later date, or in some way to compensate the owner (Bean 1972:54).

There were also "natural caches," i.e., the food stores of rodents, such as squirrels, as well as those of certain birds. These were raided by *Kauisik* in times of emergency or when on a journey. Using these supplies of food was a source of considerable amusement for the *Kauisik*, as if a trick was being played upon the creature. It was always considered wise and prudent, however, not to remove all the food from the cache.

ACC0006622

The Tahquitz Report: Ethnography and Ethnohistory

## Agriculture

Lawton and Bean (1968) have proposed that marginal agriculture may have existed among some Cahuilla groups. Corn, beans, squash and melons of the types utilized by neighboring Colorado River tribes were probably the plants raised. Although this would have provided some advantages to a desert-oriented group, it does not seem to have had particular significance for Cahuilla settlement patterns, since small gardens could often be placed within a very short distance of permanent settlements.

Some evidence suggests that certain sites were selected because of their potential for agriculture, and that some incipient division of labor specializations was developed because of it, although not, it appears, any social or economic roles not already in place prior to agricultural activities. One notable shift was that of men engaging in agricultural activity, e.g., plowing and harrowing. The collecting and gathering of agricultural foods remained a primary task of women, except for the work men did in orchards and vineyards, work in which women and children usually assisted. The primary social innovation was the formation of "labor" groups, often managed by community leaders or lineage/family heads. These were usually seasonal, the groups leaving their communities to engage in wage labor. *Kausik* people probably worked at communities as far away as Cucamonga quite early, circa 1860.

The fact that the Cahuilla practiced agriculture as early as 1823 is documented in the journals of the Romero-Estudillo Expedition (Bean and Mason 1962). Their practice of ditch irrigation from at least the late 1830s is not only documented, as noted in Section IX (Ethnohistory) of this chapter, but verified by the archaeological studies of the ditches in the project area, as described in Chapter XX, in which Schaefer concludes that knowledge of ditch irrigation had diffused from the Spanish missions. This may be true, but Francisco Patencio's description of an irrigation ditch in Chino Canyon indicates that that ditch was first simply an "open ditch," and leaves open the possibility that it was created by erosion rather than dug, and that the idea of ditch irrigation came from using water from a natural channel rather than being borrowed from anyone:

> For much, much time the people had an open water ditch to irrigate with; but after that, the grandfathers and great-grandfathers of the oldest people of our tribe made the ditch into a stone lined ditch that brought more water and never broke open or washed out any more. This ditch is there today. It follows the left side of the canyon going up. It is about two miles long. It begins at the cave at the point where I played when I was a little boy (1943:56).

The *Kausik* apparently farmed in Chino Canyon until sometime around 1857, when the waters from a cloud-burst rushed through the canyon. The following passage describing what happened also indicates that the Patencios lived in Chino Canyon and planted crops there when Francisco was small, but came to the "valley below" after the harvest.

> Chino Canyon had many trees for shade, and much water . . . . There was good land there, and my people raised fine crops from garden seed. But now it is all washed away. The great gorge that must be crossed to reach the hot spring was all good land at the time I speak of. Smooth and level. Some of the creek was good land, too.
>
> One time the people had their things all packed up to come down into the valley below; the garden was all gathered together, the corn was stacked in piles, everything they had planted was stacked for carrying away. Then (I was alive, but very small) my people saw a great white cloud rising over San Jacinto mountain. It was coming very fast, and before they could know what it meant, the thunder and lightning began coming, then rain and wind.
>
> Such a storm was not remembered among the Indians. The floods began roaring down the canyons . . . . When the waters from the cloud-burst had passed on, everything had gone with it. The homes of my people and all they had were gone for ever. All the

ACC0006623

harvest they had raised was gone, and all the good land, it was gone, too . . . . My people never tried to raise anything there any more.

The next winter was a wet one. An Indian from one of the tribes in the valley below was coming to visit the Palm Springs Indians. At a place a few miles west of Indian Wells he could not believe what he saw with his eyes. There was a wild harvest of corn, pumpkins, and many other things, lying ready for the taking (Patencio 1943:56-57).

In two separate 1888 articles that also suggest great antiquity for ditch irrigation by the ancestors of the Agua Caliente Band, Riverside's newspaper, the *Press & Horticulturist*, reported on both a new canal and a much older one:

The Palm Valley Water Company proposes to complete the stone-walled canal, already built to the old town [Palm Springs], and will thus carry an abundant supply of water to all parts of the settlement. The canal is already eight miles in length and taps the Whitewater river (Riverside *Press & Horticulturist* 1/7/1888).

In another section of the same paper, the following paragraph appeared:

H. J. Stevenson, surveyor for the Palm Valley Water Co. . . . reports making a singular discovery while surveying the canal line running south and easterly from the old Agua Caliente springs. He had run one line on a grade of four feet to the mile from the present terminus of the stone canal to the new townsite . . . . In order to obviate this expense [for building a flume] he was instructed to make a new survey on a grade of eight feet to the mile, so as to strike the town site at a lower level, and cross the depression without a flume. On this last survey, after crossing the depression in good shape he struck an old canal that must have been used centuries ago, for large trees had grown up in the very bottom of the canal, and the indications were that when used it carried a very large volume of water. The most singular thing about the canal was that the surveyors found it just where they wanted to construct the new canal, and on following it up for a distance of about a mile, it was found to have a regular grade of about eight feet to the mile. This old-time canal is located about a mile north of the modern Garden of Eden[37] as laid out by Mr. Barney (Riverside *Press & Horticulturist* 1/7/1888).

Patencio, indicating that the practice of agriculture by ditch irrigation is of considerable antiquity among the *Kauisik*,[38] says of the area where the 1856 topographic map shows Indian fields:

Where the paved road [Highway 111] now turns east to Indio, south of Palm Springs, are mesquite trees. The mesquite are friendly trees, they always follow where the Indians cultivate the land. This land is very good. It was used by the Indians for

---

[37]The Garden of Eden tract was located about two miles southwest of Palmdale about a mile or so (east) from the mouth of Andreas Canyon. Its location is shown on the USGS 15-minute quadrangle for Palm Springs. Smoke Tree Ranch is located just south of the Smoke Tree shopping center on the east side of Sunrise Avenue; the latter is located on the south side of East Palm Canyon Boulevard and just east of Sunrise Avenue.

[38]When the *Kauisik's* culture hero, *Ca wis ke on ca*, was traveling around looking for the boundaries of *Kauisik* territory, he came down the trail from Lincoln Peak into Tahquitz Canyon to the site of the old ditch. "He came down to the foothills, to the place where the water of Tahquitz turns into the Indian ditch today, and he called it *Tong wen nev al*, the place of the wasted mescal" (Patencio 1943:97).

ACC0006624

their crops. This land had been used since the Indians came to the valley. The irrigation ditch came from the rise on the left of Tahquitz, and ran down onto the farming land below. This old ditch was used so much that today it looks like a small dry creek bed (1943:57-58).

The mesquites which grew thick at the turn of the boulevard he called *Tak el ko ko a ka*, meaning lumpy.[39]

This land was once watered by Tahquitz Creek, and farmed by the Indians. Where the Indians had their homes, there the mesquite always grew. In past times the waters of Tahquitz Canyon flowed all the year, but a hard earthquake closed the flow of the water, and this good land was then worthless (Patencio 1943:99).

These quotations indicate that Francisco Patencio in the early 20th century believed that his people had practiced agriculture for a long time, at least since they came to the Palm Springs area. This idea was indeed reinforced by the sacred oral literature of the *Kauisik*. For example in the creation story, after the death of the creator, *Mukat*, one of the people whose name was *Pal mech me wit* (which means "water not believing") searched for *Mukat's* spirit to find out what the people should do.

Then *Mo-Cot*'s spirit answered and said, "I was going to explain all these things to you people . . . . "These plants are all my body; all kinds: my bones, my skin, my head, my eyes, my ears, my nose, my arms, my fingers, my legs, my feet, my liver, my guts, my heart, my hair.

"Everything is what you will use for your living. You are going to eat that.

"My teeth will be your corn; the melons are my heart; my eyes are your fruit; your grass is my hair.

"Everything that you have, that you will eat, that will be some part of my body" (Patencio 1943:25).

In another *Kauisik* account, the first palm grew near Indian Wells[40] and was spread from there by the people.

One of the head men of the people of Sungrey felt that his time was about gone. His years among his people were many, and he must be prepared to go. This man wanted to be a benefit to his people, so he said: "I am going to be a palm tree. There are no palm trees in the world. My name shalll be *Moul* (palm tree). From the top of the earth to the end of the earth my name shall be *Moul*."

So he stood up very straight and very strong and very powerful, and soon the bark of the tree began to grow around him, and the green leaves grew from the top of his head. And so he passed from the sight of his people.

Now the people were settled all about the country in many places, but they all came to the Indian Well, to eat of the fruit of the palm tree. The meat of the fruit was not so large, but it was sweet like honey, and was much enjoyed by everybody—animals and birds too. The people carried the seed to their homes, and palm trees grew from this seed in many places. The palm trees in every place came from this first palm tree, but, like the people who change in customs and language, the palms often were somewhat

---

[39]Patencio is here referring to the piece of land where Palm Canyon Drive turns eastward and becomes East Palm Canyon Drive.

[40]According to Francisco Patencio, "Now the place of the first palm tree was about one and a half miles west of the point of Indian Wells [Point Happy], which the Indians named *Cov in ish*, meaning a low or hollow place" (1943:101).

ACC0006625

different, but all, every one of them, came from this first palm tree, the man who wanted to be a benefit to his people (1943:101).

In another story, the appearance of rotted ears of corn floating on top of the water at a spring demonstrates that all springs are connected:

Now the Indian people know that all hot springs, everywhere, are joined together under the ground by passage-ways. Sometimes things float on the top of the water that have not been planted near here. Everything comes to the top of the spring. We know it. For instance, we find the rotted ears of green corn, and things planted other places where hot springs are, but have not been growing here (Patencio 1943:95).

There is abundant evidence of the *Kauisik* practice of agriculture in various documents from the late 19th century, much of it included in the ethnohistoric portion of this report (Section V.X.). For example, they furnished the barley for the stage station in the early 1860s. According to Francisco Patencio,

I knew Hank Brown. He made the stations along the way. But he stopped where the Indians lived, because that was where the food and water were. He made agreements with the Indians to pay for water and land for his stations and horse corrals. . . .

Jack Summers . . . rented from ten to twelve acres where the Desert Inn now stands, and hired the Indians to raise barley for his horses. He also rented about the same amount just south of where the new school-house is built. He paid the Indians who worked the land for him, a team of horses, a set of harness, a plow, and some money for the year's work. But that year the water was low, and it turned out no good.

. . . Hank Brown bought all the feed that he could get from the Indians. Also all the food that he could buy, because there were no people in the country but the Indian people, and there was nothing to be had, only what was raised by them (1943:60).

Bancroft's 1863 *Guide to the Colorado Mines* gives an account of the Indians farming near Agua Caliente (the hot springs in Section 14):

Here the Indians, who are Christianized, under their principal chief, Juan Antonio, have a large settlement, and cultivate the land, raising corn, barley, vegetables, &c., all of which they readily sell to the whites, when they happen to have any on hand . . . . The proper place to camp here is one mile east of the village, where animals will not disturb the Indians' patches of corn and grain, which are unfenced, and where there is fine water and grass a few hundred yards south of the road. Agua Caliente . . . a large spring of warm sulphur water three or four rods to the left, as we enter the village from the west . . . forms a large pool, of proper depth and temperature for bathing, for which it would be well adapted were the mud cleaned out (Bancroft 1933:8).

In later years, the Cahuilla adopted horses for use in farming. According to Patencio,

After time had passed, the Palm Springs Indians managed to get a few ponies. Then they took the hard mesquite wood, stripped off the bark, and burned the end very hard. This made the plow point. The whole plow was made of one stick or limb. The pony had no harness, only a cinch around its belly.

ACC0006626

As a little boy[41] I remember how I used to sit upon the pony to guide him, while my father held the plow . . . .  Then, for a harrow my father used bunches of mesquite. This, as anyone who knows mesquite, makes a very good harrow.  There was good garden made for corn, melons, much garden stuff, and good fields for corn, barley and wheat.  Everything grew, there was plenty to eat at that time.

The wheat and barley was threshed by riding or leading the horses over it.  But before the time of horses, the older women used to separate the grain with big baskets. No young woman could do it, it was a whirling movement.  Some of the women learned so well that they used smoke-tree wood and coals in the basket at the same time, the cooked grains falling out on one side into another basket.  These baskets were very large to handle.

Some put sand and coals in ollas, and cooked the grain that way, but anyone could do that.  Another way was to cook the wheat very little, then spread it out to dry. After it was dry the grain was powdered in a mortar until the hulls were loose.  This was separated, and the wheat ground on a metate stone.  Then it was wet and patted into cakes which were put away between layers of palm leaves (1943:79-80).

Patencio also recorded the practice of burning palm trees to control parasites:

It was the medicine men who burned the palm trees so that they could get good fruit.  The bugs that hatched in the top of the palm trees, they made the tree sick, and no fruit came.  After the trees were set afire and burned, the bugs were killed and the trees gave good fruit.  Now that the medicine men are gone, the worms are taking the flower, the green fruit, and the ripe fruit (1943:69).

Thus Patencio confirmed what other Cahuilla elders over the years have said about the Cahuilla management of food resources—that they had an "agricultural" point of view—when something threatened their food supply, they believed in taking action.  Blackburn and Anderson (1993) have assembled a number of articles that record in considerable detail the management of the environment by California Indians well beyond what Lewis, Bean, and Lawton proposed three decades ago.

---

[41]Francisco was born in 1856, so he is probably describing events of the 1860s.

ACC0006627

## *KAUISIK* FAUNAL RESOURCES
by Lowell John Bean and Sylvia Brakke Vane
with Contributions by Bern Schwenn

Mammals, birds, and other fauna provided the Cahuillas with not only food, but also with some of their clothing, materials for manufacturing tools and ritual regalia, and protection. Some species served as pets. In addition, many species were associated with spiritual beings, and consequently were symbols and sources of sacred power, referent points to sacred time. As such, they served as "conduits of power" for shamans.

Over 200 Cahuilla terms for animals are known, but many of these have not been identified with a particular species. Most of these terms have not been published, nor has a detailed description of the Cahuilla uses and faunal knowledge been published.[42] Cahuilla uses or concerns for some of the species found in the project area are not known. Often this is because we have only the generic names of species said to have been used, and thus cannot know if the names refer to plants in the project area. Although in this chapter we shall present ethnozoological data relevant to the Cahuilla in general, we shall emphasize what is known about the use of animals in the Tahquitz Canyon area. Although much of the data on such use is no longer remembered by the *Kauisik*, or indeed any other Cahuilla, we have the good fortune to draw extensively on the work of two *Kauisik* elders, who early in the century perceived the advisability of sharing what they knew about their culture. One of these was Francisco Patencio, whose memories are preserved in *Tales and Legends of the Palms Springs Indians* (Patencio 1943), and the other, his brother Alejo Patencio, who served as a source of information to ethnographer W. D. Strong (1929). We have also drawn on other written works, and have benefitted from consultations with a number of Cahuillas, some now deceased, over some 37 years. Some of this has been published in a description of the Cahuilla faunal environment that appears in the book, *Mukat's People* (Bean 1972). In that account, Cahuilla and Latin names for some species are given. The book also contains a discussion of the technology of the hunt, ethological knowledge factors affecting density and distribution, and data on the sociology, ritual, and belief system of the Cahuilla with respect to their faunal environment.

The seasons, closeness to a community, and availability of animals and birds in any locality varied according to the species and local fluctuations in climate, especially droughts. Generally, the following would be immediately available in or near the project area: pronghorn (antelope), mule deer, bighorn sheep, ground squirrel, rats and mice, rabbits (jack and cottontail), dove, quail, grouse, ducks and geese (seasonally), various snakes and lizards, edible insects and ants, and desert tortoise.

In the Transition zone and chaparral, deer and bighorn sheep were also available; bighorn sheep in the Lower Sonoran and lower Upper Sonoran zones, and pronghorn (antelope), at the north end of the valley on the valley floor. Fish were available from ancient Lake Cahuilla until its last desiccation between 1600 and 1700 A.D., and during subsequent brief stands in 1840, 1842, 1852, 1859, 1862, and 1867 (Strong 1929:37, footnote 110; Wilke 1976b; Waters 1983; Schaefer 1994).

Estimates of the amount of consumable food per animal and the number of each species available give some indication of the value of various species to the Cahuilla.[43] When it is realized that a single bighorn sheep can provide approximately 90 pounds of food; a pronghorn, 55 pounds; and a mule deer, 80 pounds, the focus of community attention upon these through ritual and formalized distribution is understandable. The value of these game animals to the Cahuilla was enhanced by drying and/or salting the meat so that it could be stored for later use: "When more meat was brought home than could be used fresh, it was cut into strips and dried by the sun for future use. This was called in Indian *Ho me nat wa ish*" (Patencio 1943:121).

---

[42]Such a work is, however, in progress.

[43]Not only was the meat of an animal eaten, but also, according to Cahuilla consultants, its brain. The entrails, however, were not consumed (Bean field notes).

ACC0006628

There often was a ritual requirement that an entire animal be shared with a community at large (first deer ritual or deer dedicated to the community for specific religious purposes) (Bean 1972). Such requirements are discussed in detail below.

Smaller game animals, birds and reptiles, such as desert tortoise, yielded much less food per individual than the larger game species but were nonetheless valued because they could be captured in greater numbers and with the use of less energy. Ducks, geese, rabbits and woodrats provided several pounds of food each; large squirrels, a pound or two (they also provided skin for pouches or quivers); and small birds, such as quail and doves, and some reptiles and small squirrels, only a few ounces. There was accordingly less cultural focus on these smaller animals and birds, even though they provided more food for the Cahuilla than did the larger game animals and birds.

Many small game animals provided not only meat, but also bone for consumption. They were often boiled, or ground and consumed. As a result, there is little evidence of the use of these animals in the archaeological record. The bones were also used to make tools, such as needles, ornaments or whistles. Similarly, the shell of the desert tortoise was useful, providing the material for rattles, jewelry and water dippers.

**Animals Avoided As Food**

Certain animals were generally avoided as food by the Cahuilla, especially carnivores; others were avoided by different moieties or clans (an ecologically efficient mechanism, since it placed some limits on the use of a species by humans). Those animals generally avoided were dog, coyote, mountain lion, bobcat, fox, wolf, raccoon, tree squirrels, gopher, mole, mockingbird and wild pigeons. In special circumstances, some of these could be eaten by those who were knowledgeable about power and who knew how to use it. Very old people who because of their age were assumed to have special powers protecting them from things dangerous to others would sometimes eat these species. Hunters killed them for such persons when necessary, and for their fur, feathers and bones, which were used to make ritual objects; e.g., fox and coyote fur was used to make headbands used in ceremonies. When it was necessary to eat one of these species, e.g., fox, special rituals would be conducted at the local ceremonial house.

Other animals, so far as we know, were always avoided. Among those always avoided were bear, skunk, eagle, turkey vulture, condor, raven, owl, hawks (*Accipiters* and *Buteos*), frog and toad. Many of these animals are not especially useful foods, and they were, as in the case of predators, often associated with supernaturally significant ideas. For example, frog was responsible for the death of the creator, *Mukat*. The discovery of bobcat bones at Locus B, Feature 5 raises the interesting question of use. As suggested above, bobcat could have been consumed under special circumstances. Its capture in order to use its fur and bones for ritual regalia, e.g., as a forehead wrap into which feathers were placed by dancers, is probable, or its bones, due to their inherent power, may have been used for special occasions e.g., as peón sticks.

Other restrictions existed. For example, fetuses of animals were forbidden to young people, and game animals (several for each moiety) associated totemically with an individual's lineage were generally forbidden. Young hunters usually could not eat the first game they brought in, especially deer, antelope or bighorn rams. It had to be distributed to other members of the hunter's family in a ritual context at the "big house." Young men (those not married) were usually required to gift the proceeds of a hunt to the elders and their extended family. "A young unmarried man always took such game as he killed to the *kicamnawut*; when a man was married and had a child he then took it to his own house. If he was living with his father-in-law he gave the game to him. An unmarried man could never eat anything he himself had killed, for it would make him very sick" (Strong 1929:115). During certain periods of pregnancy and during menstrual periods, women could not eat game.

If an animal species served as a pet or familiar, it was not eaten (Bean field notes). This restriction could apply to any species. (See Bean 1972 for more information.)

ACC0006629

*Kauisik* Faunal Resources

## Large Game Animals

Deer (both mule deer, *Odocoileus hemionus*, and desert burro deer, *Odocoileus hemionus eremicus*), pronghorn (*Antilocapra americana*) and bighorn sheep (*Ovis candensis*) were all known by the general term, *sugatem* (literally, "deer").[44] These hooved game animals were important to Cahuilla lifeways. They shared a single supernatural guardian, *pemtemwaha*, and special ceremonies, such as thanksgiving ceremonies for *pemtemwaha* in the local ceremonial house (*kishumawat*), were associated with their capture. On some of these occasions the heads of the animals were buried. Some of these rituals functioned to provide maximum distribution of the animal to the group.

Deer, pronghorn and Peninsular bighorn sheep at times ventured close to settlements. They provided the Cahuilla with large amounts of food, as well as with bone, horn, and hide for manufacturing. The meat of these animals constituted a major protein source for the Cahuilla because one animal could feed so many at one time. The meat was often communally used. "During the fiesta times, the first kill of any kind belongs to the visitors at the fiesta house. The second and third can be given or not, as the hunter likes, for only the first belongs to them. The rest belong to the family of the hunter. It is the same with the deer or other game" (Patencio 1943:95-96).

Hunting large game animals was the occupation of adult, able-bodied men. Some of these hunters were specialists in dealing with supernatural power and close adherence to ritual (Bean 1972:57). "For meat they had much. They hunted the deer and mountain sheep—so many of them, so many antelope. . . . These the strong young used to hunt" (Patencio 1943:120).

As these animals were often hunted at some distance from a settlement, game was usually butchered immediately and the useable portions of the slain animal carried to the community, in this instance, Tahquitz Canyon, because bears, coyotes, mountain lions or bobcats might eat any portion of a deer that a hunter left behind.[45]

> Ada[m] saw them carry a deer with [the] body of [the] deer on [a] man's back and the front legs of the deer tied crossed on [the] man's breast. They break the legs in this region [mid-leg], and the bones stick out at [the] break and this keeps the tie from slipping. They bring the deer with the skin, but often gut the deer and then it is lighter.
>
> It is the head of the deer, that hangs always to one side or the other, and swings, that is hard on the man who is carrying it (Harrington field notes).

Sometimes a hunter would signal with smoke for assistance: "A hunter builds a smoke fire on a mountain peak, and the people at home, seeing the smoke, understand that the hunter has more game than he can carry, and go to help him with it. This fire which they build, never sets another fire, but only makes a smoke" (Patencio 1943:96).

Investigation of the sites at the mouth of Tahquitz Canyon has yielded burned bone remains for mule deer, bighorn sheep and pronghorn.

**Deer.** Deer (Cahuilla name, *sugat*) were available in the vicinity of the project site and were hunted there by Cahuillas until recent time. They were available to *Kauisik* hunters throughout the year, but were a major food source in the winter when fresh food plants were scarce and the deer moved to lower elevations, and therefore nearer Cahuilla villages. Although on occasion two or more men cooperated in a hunt, deer were as frequently hunted by a single man with bow and arrow. The main problem in deer hunting was getting close enough to an animal to bring it down, as the effective range of the bow and arrow was a few dozen yards. Some accounts, however, suggest a longer effective range was possible. J. P. Harrington, for example, noted that: "Once when a boy Ada[m] shot a horse 200

---

[44]When the Cahuilla began to use horses, they named them *pa sakut*, meaning, "big deer."

[45]Alvino Siva recalls seeing one Cahuilla hunter descending a steep trail into *Os Wit* Canyon with a deer across his shoulders. Alvino added that all the old hunters had bad knees from doing this. The more weight a hunter carried, the slower the trip home.

ACC0006630

yards away with an arrow. The arrow was made of *guatamote* and had a *huichu'ta* of chamizo wood. The arrow had feathering of chickenhawk" (Harrington field notes). Patencio described the bow and arrow used by a hunter in somewhat more detail:

> *Ca wis ke on ca* had a bow made of wild cypress and plastered on the back was the muscle of the back and legs of the deer. The head of the deer was cooked soft, and a glue was made of it. The muscle of the deer was plastered on the bow, which stuck for ever, and never could break. This bow was short and easily handled, and shot a long distance (1943:88).

Ritual preparation often preceded a hunt, e.g., fasting and the ritual smoking of tobacco. According to Alejo Patencio, the culture hero, *Kauiskiauka*, named a hill on the Desert Divide (probably Ansell Rock southeast of Tahquitz Peak) *pulukla*, which was ". . . a hill to which hunters would sing in the dance house in order to have deer sent to them . . . . They would then go to the spot and if their prayer was granted they would secure a deer. Such hunters were called *pavul*, and had the power of changing themselves into bears or mountain lions (Strong 1929:100,115).

Similarly, rituals were associated with a young man's first kill.

> The first deer a young man killed was taken by his father and mother to the "big house" with other food as well. The people of the clan assembled, and a *pavul* (bear shaman) sang a song telling the deer to go to telmekic, the abode of the dead. Then the deer was skinned, a man holding up the raw hide shouted "he! he! he!" three times, and blew to the north. Then meat was then cooked in the "big house," and all the clan ate it except the boy and his parents (Strong 1929:115).

Mule deer are commonly associated with higher elevation plant communities—pinyon-oak woodland and chaparral—favoring open forested areas and meadows in the spring, summer and fall, and chaparral-covered slopes and rocky canyons in the winter. These areas could be reached via several trails that ran from the mouth of Tahquitz Canyon to the adjacent mountain slopes and ridges. "A trail led from either Tahquitz or Chino Canyons up to the San Jacinto Peak. Another went from Chino across the hills to Snow Creek at the foot of San Jacinto. This was a hunting trail . . ." (Patencio 1943:70).

Many of these same trails led to the pine forests and meadows surrounding Mountain San Jacinto—to Long, Round, and Tamarack valleys and to Tahquitz, Little Tahquitz, and Skunk Cabbage meadows. Tamarack Valley is a known deer fawning area. Deer are still found in these mountain meadows and valleys. As *Ca wis ke on ca*, the *Kauisik* culture hero, traveled about, he visited a spot near Tahquitz meadow in the San Jacinto Mountains. "From there he went to the place of the very cold spring, the water so cold it hurts the teeth. This place he called *Ow kee ve lem*, meaning the place of horns. The hunters came to drink the water of this cold spring, and there they threw the horns of their game into a tall pine tree, till it hung full of them" (Patencio 1943:96).

In addition, small herds of the burro deer (*Odocoileus hemionus eremicus*), a variety of California mule deer that today inhabits willow and cottonwood thickets along the Colorado River bottom and the arid, nearby mountains, the creosote-bush desert flats and ironwood washes of eastern Riverside and Imperial counties, northeastern Baja California, and the cactus-covered flats of the plains of Western Sonora, might once have occupied the valley floor. The presence of deer on the valley floor is suggested by the name given to the irrigated area of the village of *Puichekiva*, home of the *Wantcauem*. Barrows (1900:33) was told that this location on the Martinez Reservation was once a famous village named *So-kut Menyil*, which means "good place to hunt deer in the moonlight."

Although about one-half the weight of a deer is unusable (blood and entrails), the bulk of the animal could be carried home, and provided about 50 pounds of meat per 200 pound animal. This meat could feed about seven people for a week or 25 people for two days. Deer liver was especially favored,

ACC0006631

and was probably safe before the advent of pesticides—it is now considered dangerous to eat the liver of game animals because pesticides from ingested vegetation are concentrated there.

Deer bone was used to make various tools, such as awls; deer hide, to make skirts, blankets, breechcloths, and wraps worn over the shoulder in cold weather; deer antlers, as flaking instruments when manufacturing stone tools; and deer hooves, for making rattles that were shaken as an accompaniment to the singing of a song cycle dedicated to hooved animals, and for other ritual songs.

In later years, cattle in Palm Canyon and the San Jacinto Mountains have probably been responsible for a decrease in the deer population because of being infected with such diseases as blue tongue and anthrax, which spread to the deer. It is likely that cattle came to the Palm Springs area around 1819 to 1820. We know from the Romero diaries that in January 1824 Romero's troop met some cowboys from San Gorgonio Rancho who were driving cattle to that location from Agua Caliente. The Romero expedition itself, as it passed through the Palm Springs area, brought with it over 40 horses and 40 mules (Bean and Mason 1962:48). Cattle would have been easier to acquire than deer, antelope or mountain sheep, and thus may partially have taken their place as "game."

**Pronghorn.** Pronghorn (*Antilocapra americana*; Cahuilla name, *tenily*), mistakenly called an antelope by many, formerly occupied the Colorado Desert, including the western end of the Coachella Valley, the San Gorgonio Pass, and portions of what is now Joshua Tree National Park. Chase (1923) observed that pronghorn had occupied the Pass area and western Coachella Valley until the early 20th century, but by the 1920s these herds had been exterminated by hunters. George Wharton James (1906:150-51) likewise observed that, "Deer and antelope are both fairly plentiful on the mountainsides near to the desert, though there are fewer antelope than deer. How well I remember my first sight of a band of antelope! They were—where I have never seen one since—miles away from the mountains and in the very heart of the desert" (James 1906). Jaeger noted that during World War II, the last of the Colorado Desert pronghorn were killed off by military personnel (Jaeger 1961:56).

The pronghorn was about the same size as a small deer and thus was a somewhat smaller, but still significant, source of protein. This mammal, which subsisted on shrubs, sagebrush and grass, was found near the project area. It preferred open flats and meadows and ranged between the valley floor and pass in the winter months, and into brush and tree zones up to 8,000 feet during the summer (Jaeger 1961:54).

Pronghorns are able to run at 70 miles per hour over short distances; hence, the favored hunting method was a relay chase. Up to several dozen men would place themselves in a long line and alternately chase and frighten the animals into running along a predetermined route in order to box them into a side canyon or tire them sufficiently that they could be killed by clubs or shot with arrows. Hunting blinds were often used in conjunction with the relay chase. One of the purposes of running the pronghorn was to exhaust them so they would retire to a dense thicket to drink from a spring, and as drinking excessive amounts of water temporarily disabled them, the pronghorn could then be killed easily by *Kauisik* hunters (Bean 1972:57-58). The pronghorn's natural curiosity about unusual things also aided hunters in making a kill—they needed only to hold an animal's attention long enough to get close enough to shoot.

**Bighorn Sheep.** One of the large game animals that might occasionally be in the project area, or come quite close to it, is the bighorn sheep (*Ovis canadensis*; Cahuilla name, *pa?at*). In 1630 Fray Alonso de Benavides, a Franciscan, described the bighorn sheep as follows:

> There is a genus of mountain sheep, very great and with very bulky horns. And up a wall, though it be high and smooth, they clamber at speed; or up a high cliff as it were by a ladder. And frisking or in flight they are wont to fling themselves from the highest cliffs downward, falling always head first, and they rise immediately with all nimbleness, as if they had done nothing (Lummis 1900:436).

Cahuillas recall large populations of bighorn sheep in the Chino Canyon area. The sheep were also known to lamb on Murray Peak in the Santa Rosa foothills east of Palm Canyon (Patencio 1943:71)

ACC0006632

and on Black Mountain above and west of Deep Canyon. Today the remnants of the herd still use the canyons, such as Deep, Carrizo, Ebbens, Dead Indian, Cat and Magnesia Spring canyons, the flats of the Santa Rosas and the lower escarpment of the San Jacintos between Palm and Chino canyons.

Bighorn sheep will occasionally graze in the Creosote-Palo Verde habitat of the flood plains and dry washes of canyons, such as Deep Canyon and Carrizo Canyon, but their preferred habitat is at higher elevations. The rocky slopes of canyons in the Santa Rosa and San Jacinto Mountains are used by the sheep as they travel between higher elevations and canyons floors, as is evidenced by numerous sheep trails in such rocky areas. Although bighorn sheep will venture into Pinyon-Juniper Woodland, sharing this habitat with mule deer, the Agave-Ocotillo habitat in the upper Lower Sonoran life zone with yuccas and other perennials is the one they prefer. In the summertime sheep, particularly ewes with their lambs, will remain near permanent springs in the canyons, and the rams will wander in these canyons, traveling to and from water holes. Lambing season can start as early as March, and by summer the bighorn ewes with their offspring have concentrated near permanent water sources. With the start of mating season in the fall, the males return and collect as many females as possible into a harem, which they guard closely.

Bighorn were the favored Cahuilla game animals, fondly remembered by the Cahuilla for the taste of the meat. One of their major game animals, the bighorn were a significant source of food, despite their being "the most difficult and dangerous to hunt because they lived much of the time on the high, precipitous scarps. When possible, the hunters hid in well-camouflaged blinds at the water hole and shot the animals with their bow and arrows when they came to drink" (Bean 1972:57-58).

The Cahuilla also hunted bighorn by following the game trails and picking off a bighorn as it walked the trail to a water hole:

> Next day they all went to the mountains to get mountain sheep. Each was assigned a special place to watch for them. *Yuyuelkik*'s family went on one side of the mountain and *Takweltekesnikish* went on the other side.
>
> Mountain sheep always go together and walk in rows. *Takweltekesnikish* killed the last one (Hooper 1920:375).

It was principally the males and older females that were used for food; juvenile sheep, pregnant ewes and kids were usually avoided. The horn of bighorn sheep was sharpened and used as a "pick." Sheep hides were used for breechcloths. The hooves provided a marrow used as a medicine for aches and pains, and as a hair dressing. The hoof itself was used as a musical instrument, a rattle, which was used in rituals, especially those that addressed the subject of "hooved" animals.

## Small Game Animals

The small game animals that were hunted by the *Kauisik* consisted mainly of lagomorphs (rabbit species) and rodents, such as ground squirrels, rats and mice. These game animals were available in all life zones, mostly in species-specific habitats of the Lower and Upper Sonoran zones. Many were available year-round; while others were only seasonally available because of adaptive behavior patterns such as estivation and hibernation. As nearly three dozen prolifically reproducing lagomorph and rodent species were distributed throughout *Kauisik* territory in most life zones and were available during all seasons of the year, these creatures provided a steady, dependable supply of food, and indeed the bulk of meat protein in the Cahuilla diet because they were so prolific and so easy to capture. As Christenson has noted in the Chapter XVI of this report:

> According to White (1953), rabbits provide approximately 50% of their body weight in useable meat. Paul and McCance (1978:110) calculate [that] hare[s] [jackrabbits] are about 44% edible when stewed whereas rabbits are about 62% edible raw and about 35% when stewed. Approximately 67% to 76% of the live weight of small mammals like mice, gophers and squirrels is edible (Stahl 1982:827). This amount increases when the animal is eaten whole or when bone is ground with the meat (Stahl

ACC0006633

1982). It has been documented that prehistoric and historic people ground the bone of both small and large mammals (Sparkman 1908:197,198; Michelsen 1967; Christenson 1990). Drucker lists the Palm Springs Cahuilla as not pulverizing the bones and meat. However, the fragmentary nature of much of the bone, especially those from non burrowing animals, attests to the fact that most of this assemblage was ground. Three reasons account for this practice:

> 1. Ground bone added flavor from the fat rich bone marrow;
>
> 2. Ground bone produced a glue like substance, which, when mixed with meat, produced a pemmican-like substance; and
>
> 3. Ground bone provided calcium frequently missing from the meat and vegetable diet (XVI-21-22).

In addition to food, these animals provided skin for blankets and clothing, and bone for tools.

Methods of acquiring these animals were very different from those used for large animals and varied according to the peculiar characteristics of each type of animal. Techniques included the use of bows and arrows, throwing sticks, traps, nets and possibly slings.

> Then, near at home, the old men, who could not make the long trails or carry the heavy game any more, hunted near their homes the rabbits, the quail, the doves, the squirrels, the rats and much other small game. They made traps of flat rock raised on braces that fell on the animals below, which they gathered up in the morning.
>
> They also used water jars. These were put into such places that the game would fall into the water and could not get out. Netting was woven into long bags, some large, some small. These were put in the run-ways of rabbits. Once in, they did not know the way out. They used a long pole, raised and set with a string, which fell on the animals below.
>
> These people had many ways of catching game. They were always making new ways. The old men had nothing to do but gather wood and hunt. This they did every day, and never got tired of it.
>
> In the spring when there were young animals, there were many ways of making sounds like the mothers calling the young, and many were found and caught in this way (Patencio 1943:120-121).

In addition to hunting these animals, men were responsible for butchering and skinning them, though at times small game animals were not skinned before cooking, as the skin and fur kept the meat from being charred by the coals and allowed the cooked meat to be pulled directly from the skin and eaten. Cahuilla women were responsible for cooking game, roasting or boiling it, or cutting the meat into strips to be dried as jerky. Occasionally small game animals were covered with wet clay, to encase the animal carcass, fur and all, and baked.

**Lagomorphs (Rabbits)**. The ubiquitous rabbit provided the *Kauisik* with their most easily captured and abundant game animal. It was available in most of Cahuilla territory—in the oak forests, Pinyon-Juniper woodlands, chaparral, and on the valley floor, particularly near the mesquite thickets. All of these habitats were either close to the *Kauisik* in Tahquitz Canyon or in areas where they went to gather food plants such as pinyon nuts or acorns. Rabbits were available as food whenever and wherever the *Kauisik* people went on hunting or food-collecting expeditions, or travelling. It is not surprising that at Locus A in Tahquitz Canyon over 66% percent of the identified bone remains were from rabbits (XVI-6). These remains were equally divided between jackrabbits and cottontails. Rabbits were available in great numbers, and provided a constant supply of food (50-75% by weight of a rabbit is usable meat), bones for making tools or for grinding into bone meal for food, and fur, from which the Cahuilla made warm, luxuriant clothing, blankets, and baby carriers:

ACC0006634

The hide of the rabbits was cut into long thin strips, and while wet was twisted with the thread of the *Wish* plant. These together became very strong. This cord was strung all about overhead in the houses drying. From this was made clothes for men, women and children. Skins were tanned very soft, and were used for clothes. Some of these were made very fine, and trimmed with beads and feather work (Patencio 1943:125).

. . . . the blankets were good blankets. They could hold water, and lasted a long time. They made very soft blankets from the rabbit fur (Patencio 1943:82).

The baskets for the babies were made of the softest and the finest of rabbit skins. They were made on a stick frame with the fur on the inside, and could be set up against things, carried on the mother's back by a head band, or hung up (Patencio 1943:128).

Rabbit skins were also used to cover floors. The blood of a kill, such as a rabbit, was smeared on the bow or curved rabbit club because blood has magical properties, i.e., power. As with other small game animals, rabbits were butchered by men and cooked by women. Rabbits were cooked whole as a soup.

Three species of rabbit inhabit *Kauisik* territory. The black-tailed jackrabbit (*Lepus californicus*), which was called *su?is* by the Cahuilla, is found in almost all life zones, except for the chaparral and rocky slopes, from the sandy valley floor and areas around the mesquite dunes, and up the mountain slopes to the pinyon-juniper areas of the Upper Sonoran. It lives on the valley floor among the creosote and mesquite dunes and on the floodplains and washes where creosote, palo verde and cholla grow. The desert cottontail (*Sylvilagus auduboni*), known in Cahuilla as *tavut*, also lives on the valley floor, sharing the mesquite-creosote habitat with the jackrabbit. J. Smeaton Chase described the rabbit species near Palm Springs early in this century: "There is more to be said for the gun, however. . . . Rabbits—jack and cottontail—are a matter of course, though not so much so as in days gone by" (1923:57).

Rabbits are not found on the rocky slopes of the Lower Sonoran zone, possibly because thickets of teddy bear cholla inhibit flight from predators, but jackrabbits and brush rabbits (*Sylvilagus bachmani*) are found on the slopes and flats of the upper Lower Sonoran zone where agave and ocotillo grow. Brush rabbits also live in the mixed chaparral areas around Pinyon Flat and on the west wall of Palm Canyon. No rabbits, however, inhabit the Coniferous Forest belt of the Santa Rosas and San Jacintos (6,300 feet and up).

The heads of rabbits were sometimes kept by hunters, or occasionally buried ritually. Among the Cupeño, a Cahuilla clan, the rabbit was acclaimed, and reached the stature of a major species. It, like hooved animals among other Cahuilla groups, had its own "supernatural" representative (Strong 1929).

Rabbits were captured by the use of bow and arrow, nets, burning brush or grasslands, and various traps: "On the east side of Tahquitz he put brush traps on the rabbit trails, with an opening in which he put a net. He made sounds to scare the rabbits. Then they ran down their trails and got tangled in the nets. Traps were often set in open places, then it took two to catch them, one man to drive them and another to scare them along" (Patencio 1943:95).

Using the several techniques available, a single hunter might capture a dozen or more rabbits during the early morning hours. Rabbits were often hunted by individuals or, when particularly abundant, by large groups of people, an activity described in Cahuilla oral literature. For example, in the oral tradition about the cultural hero, *Takweltekesnikish* (Yellow Body), the people who lived at *Sewia* (Vandeventer Flat) caught rabbits in a long net. This net, according to Hooper's informants, was ". . . two or three hundred feet long and placed in the brush. Rabbits were scared into this from all directions and then wound themselves up in the net" (Hooper 1920:372, footnote 24).

In community rabbit hunts, hundreds of animals were acquired at one time. These drives were well organized, involving dozens of people at one time, and were often associated with *nukil* or other rituals, where many guests from other communities would need to be housed and fed for several days to

ACC0006635

a week's time. As rabbit hunting was not too physically demanding, it was an activity carried out almost daily by boys and old men, who tended to specialize in this activity.

> Men and boys often chased rabbits on foot. Each one knew and followed his rabbit. They enjoyed this sport—sometimes bringing home many rabbits in an afternoon. Sometimes they would make a long circle trip, and in warm weather they put buried ollas filled with water at different places where they passed.
>
> Often during fiesta time the Indians went on what they called rabbit drives. The first and second rabbit was given to the guests at the fiesta house, but the rest belonged to the hunter, who could use them as he pleased. This was done at the first three days of the fiesta. They went in a body, keeping quite close together. Some carried stone axes, clubs, bows and arrows, sticks, anything to kill the rabbits.
>
> All had certain places in the drive, the ones who came last, behind, carrying net bags to bring the rabbits in. Those who carried the bags and gathered up the rabbits always did that part in the rabbit drives, and their sons after them. Each had a certain part which was his to do in all affairs, and his sons after him.
>
> They all made much noise, shouting and calling as they went. This frightened the rabbits, and as they ran ahead they were overtaken. They were driven into places that made traps—they could not get any farther. Before the fiesta the head man sent out all the best hunters, so there was always plenty for the people to eat at fiesta time (Patencio 1943:121).

**Squirrels.** Known as *qinqis*, *siqawit* and *?ulut*, respectively ground squirrels, grey ("tree") squirrels and chipmunks, were all found in *Kauisik* territory and eaten by the Cahuilla. The most common by far of the squirrel species were the ground squirrels, of which there are three species—antelope ground squirrels (*Citellus leucurus*), round-tailed ground squirrels (*Citellus tereticaudus*), and California or Beechy ground squirrels (*Citellus beecheyi*). Ground squirrels are found in the Lower and Upper Sonoran life zones, and the Transition life zone; and as they inhabit most areas from the sandy valley floor to the yellow pine forests on the summits of the Santa Rosa and San Jacinto Mountains that were used by the *Kauisik* people, such squirrels would have been available year-round. The "tree" squirrels (Western grey squirrel, *Sciurus griseus*) and chipmunks (Merriam chipmunk, *Eutamias merriami*) within *Kauisik* territory, on the other hand, are confined to the coniferous forest habitats of the Transition life zone; so they would have been used seasonally (late Spring-Summer-Fall) by the *Kauisik*.

Beechy and round-tailed ground squirrels are found on the sandy desert floor among the creosote bush and mesquite, with round-tailed ground squirrels most numerous along the Whitewater River bed and Beechys near cultivated areas along the Whitewater River.[46] On the flood plains (alluvial fans) and washes at the foot of the mountains, antelope ground squirrels appear, joining the round-tailed squirrels among the cresote and palo verdes of the lower flood plains. Antelope ground squirrels are the only ground squirrels found on the upper flood plains, where teddy bear (jumping cholla) joins creosote and palo verde, and on the lower rocky mountain slopes of *Kauisik* territory. They share the Agave-Ocotillo areas of upper Lower Sonoran zone and the Pinyon-Juniper-Scrub Oak Woodlands (Pinyon Flat) with Beechy ground squirrels, which are also found in the mixed chaparral and yellow and ponderosa pine

---

[46]In the past Beechy ground squirrels were probably not available to *Kauisik* hunters on the valley floor. In the early 1900s this species was primarily found in the upper portion of the Agave-Ocotillo belt of the Lower Sonoran zone where yucca, juniper and other shrubs grow, and in the Chaparral areas and Pinyon-Juniper woodlands (Upper Sonoran zone) and Coniferous Forests (Transition zone). They were also observed in the Yucca belt between the Whitewater River and the base of Mount San Jacinto (near Whitewater) (Elliot 1904; Grinnell and Swarth 1913; Grinnell and Dixon 1918). Ryan (1968:80) believes that small, scattered populations of Beechy ground squirrels inhabited the Yucca belt near Whitewater in the early 1900s (Wanikik territory) and have since extended their range down valley, as cultivation and irrigation have altered the natural environment.

ACC0006636

forests of the higher elevations of the Santa Rosas and Desert Divide of the San Jacintos.[47]

Antelope ground squirrel do not hibernate and will be found out of their burrows in the winter if the sun is shining, especially at mid-day; round-tailed ground squirrels, on the other hand, stay in their burrows most of the time during the winter (Jaeger 1961:113, 120). In the summers, the time of greatest activity for the antelope ground squirrel is between sunrise and mid-morning. The young of the antelope ground squirrel are born in late February to March; those of the round-tailed ground squirrel, in March or April (Jaeger 1961:115, 121).

Hibernation and estivation may have reduced the numbers of squirrels available to hunters, and may possibly have prevented depletion through hunting. As ground squirrels ate acorns and seeds and stored supplies of these foods in their burrows, they may have been of double benefit to the *Kauisik*, not only serving as meat protein themselves, but also providing an auxiliary store of acorns and seeds (Ingles 1954:161-169; Linsdale 1946).

Here again knowledge of squirrel habits and seasonal patterns served the Cahuilla well. Ranging in size from 5 to 7 inches in length, ground squirrels were eagerly sought as they provided more meat per animal than small mice. However, squirrels were less abundant than mice and were more difficult to capture—they lived in the open and in trees and were quick to disappear at the first sign of danger. Squirrels were usually shot with bow and arrow or clubs, but they were occasionally taken using traps or snares. It is reported that some groups poured water into the burrow to force the animal out, where it was shot or clubbed (Russell 1908:82).

Like many other game animals and birds, squirrels were roasted or broiled, even though it is reported that the meat was tough and needed a lot of cooking (Bean field notes). Occasionally squirrel bone was crushed, as was bone from other small creatures, in special grinding implements with ridges, and eaten along with the meat. Squirrel skins were used for containers and for the headgear worn by shamans.

**Bats**. Although over 11 species of bat fly over the dunes and floodplains of the valley floor and roost on the rocky mountain slopes, bats were not eaten by the Cahuilla. They were noted in various ways, especially in a shamanic context and, occasionally, as the subject of design elements in Cahuilla baskets in later years, circa 1910 to 1930.

**Mice and Voles**. Mice, kangaroo rats, wood rats (pack rats), and voles are distributed through *Kauisik* territory from the alluvial fan at the mouth of Tahquitz Canyon and nearby desert floor to the mountain slopes up to the summits of the highest peaks. These animals, though small in size, provided the Cahuilla with a steady and dependable food supply year-round because they were very abundant, found in most life zones and easy to capture.

Nearly a dozen mouse species—pocket mice (desert pocket mouse, *Perognathus penicillatus*; little pocket mouse, *P. longimembris*; long-tailed pocket mouse, *P. formosus*; short-eared pocket mouse, *P. fallax*; spiny pocket mouse, *P. spinatus*) and deer, canyon, cactus mice, brush, pinyon and parasitic mice (*Peromyscus maniculatus*, *P. crinitus*, *P. eremicus*, *P. boylii* and *P. truei* and *P. californicus*, respectively) are found in *Kauisik* territory. In addition, there were three species of kangaroo rats—Merriam kangaroo rat (*Dipodomys merriami*), desert kangaroo rat (*D. deserti*) and nimble kangaroo rat (*D. agilis*)—and possibly three species of wood or pack rats available to the *Kauisik*. Among the mice and rat species, the woodrat (*Neotoma* ssp.), which the Cahuilla called *qawal*, was a favorite food that the Cahuilla say compared favorably with breast of chicken. Ingles (1954:234) reports that the diet of the wood rat is similar to that of a rabbit; consequently, these two creatures are somewhat similar in taste. Next to rabbits, wood rats were the small game species most commonly used by the *Kauisik*.

---

[47]As noted above, in the past Beechy ground squirrels were found at higher elevations or outside *Kauisik* territory, so it must have been a game species that was caught by *Kauisik* hunters while they were engaged in other hunting or gathering activities (e.g. harvesting agave) and brought back to the community. It is interesting to note that bones of the other more available ground squirrel species (antelope and round-tailed) were not found at any of the sites in Tahquitz Canyon.

ACC0006637

The wood rat, which varies in size from 5 to 9 inches in length, is especially common in oak woodland, chaparral, rocky, cactus areas and cresote-bush habitats. It is found in all life zones and probably all habitats. The white-throated wood rat (*Neotoma albigula*) may inhabit the mesquite and creosote areas of the sandy valley floor; however, its range may not extend farther northwest than Mecca and hence it may be absent from *Kauisik* territory. The desert pack rat (*Neotoma lepida*) is a creature of the flood plains (alluvial fans) and mountain slopes up to and including Pinyon-Juniper-Scrub Oak Woodlands and Mixed Chaparral of the Upper Sonoran zone and the Yellow Pine Forests of the Transition zone. It is found in greater numbers on the upper fans and mountain slopes than on the lower fans, but is apparently absent from the sandy valley floor. The third species of wood rat, the dusky-footed wood rat (*Neotoma fuscipes*), may also be found in *Kauisik* territory, but only in the chaparral belt.

As mice and rat species feed upon seeds, fruits and green vegetation, they often became a serious threat to the *Kauisik* because they exploited many of the plants necessary for human survival (Booth 1968:27-31). Thus, by reducing rodent numbers through the hunt, the Cahuilla accomplished two adaptive functions—obtaining meat and protecting their plant resources. In addition, the collecting proclivities of some rodents, like wood rats, were known and exploited. When the need arose, nests of these animals were raided for mesquite beans, acorns and pinyon nuts that the animals hoarded. This was considered an extra bonus in food collecting, and is an activity recalled with humor by the Cahuilla.

Mice and rats were captured with nets or spring traps, by burning grasslands, by setting fire to their nests, or by using a stick to drive them out (Ingles 1954:234). Hunting occurred year-round and was simultaneous with acorn collecting in October and November. Both the meat and bone of mice and rats were eaten. As with other small game, women cooked these animals, either whole or after they were skinned, usually by boiling or roasting, but occasionally by covering them with wet clay (forming a casing around the animal carcass) and baking them.

## Other Mammals

There are approximately a dozen species of carnivores and omnivores inhabiting the life zones used by the *Kauisik*. Such animals as coyotes and foxes aided the *Kauisik* primarily by controlling the population of rodents, and thus keeping those rodents from seriously depleting the plant resources available to the *Kauisik*. Furthermore, the larger carnivores, such as mountain lion (*Felis concolor*), whom the Cahuilla called *tukwet*, preyed upon sick and old grazing animals—deer, pronghorn and bighorn sheep—thereby leaving the healthier and more agile animals to produce offspring (Booth 1968:79). Carnivores also act as scavengers, eliminating putrefying carrion, a possible source of poisoning for other biota.

Most of these animals were forbidden as food. Usually when eaten, they were reserved for old people or shamans. Only they could dare to eat the flesh, because they had access to supernatural power; and were thereby protected from the animal's harmful attributes stemming from its association with spirit beings. However, these "dangerous species" could be eaten by others following proper ceremonial action.

Hunters feared that in killing these animals they might be killing a transformed *puul* or shaman. In such instances, the animal was adequately warned that he was to be killed, and was given opportunity to leave the scene before he could be killed. The four most important animals—grizzly bear (*hunwit*), mountain lion (*tukwit* or *iswit*), jaguar (*tukwut*) and coyote (*isil*)—were considered to have power and if they were killed, a night of singing and dancing in their memory was held (Strong 1929:76).

**Bears.** The only bear to be found in Cahuilla territory until recent times, circa the early 1900s, was the California grizzly (*Ursus arctos californicus*), now extinct.[48] This bear was a creature of the oak

---

[48]The grizzly bear could be found within *Kauisik* territory, as the name for Long Valley near Mount San Jacinto attests: "Then going up the north side of Hidden Lake, *Poo ool*, he called that grassy cienega *Hoon wat hec ic*, meaning the home of the bear that always lived there in the early days" (Patencio 1943:96).

The last grizzly in the areas used by the *Kauisik* was probably killed sometime around 1890 to 1900. "Alejo Potencio
(continued...)

ACC0006638

forest, chaparral, high mountains and river bottom riparian areas. It primarily ate the fruits of wild shrubs and trees, wild grasses and clovers, acorns, manzanita berries, supplementing its diets with field mice, deer, elk, etc. (Storer and Tevis 1955).

Bears were rarely killed as a game animal by the Cahuilla. They were viewed as *nepiwi* (great-grandparent) and were avoided as food whenever possible. "[We] could eat bear if times were tough but you had to tell bear about it and explain to him what you were doing" (Bean field notes). Additionally, hunters were afraid that if they killed a bear they might be killing a transformed *puul* (shaman).

> They would then go to the spot and if their prayer was granted they would secure a deer. Such hunters were called *pavul*, and had the power of changing themselves into bears or mountain lions. Palm Springs informants stated that each group had these two kinds of shamans, the *pul* or curing doctor, and the *pavul* or "bear" shaman possessing the power of becoming an animal (Strong 1929:115).

Exceptions to this prohibition did occur. Patencio, for example, says: "For meat they had much. They hunted the deer and mountain sheep—so many of them, so many antelope. There were bear, too, in the high mountains. These the strong young used to hunt" (Patencio 1943:120).

There is also a place name within *Kauisik* territory which means roasted bear. "*Ca wis ke on ca* . . . crossed the valley to the sand wash, near the mouth of the Eagle Canyon, and he called the place *Hou wit s sa ke*, meaning a bear-skin blanket. The Garnet hills were named the Hills of the Roasted Bear—*Hoon wit ten ca va*" (Patencio 1943:99).

Bears competed with people for food resources, mainly plants, and occasionally killed deer and scavenged meat that a hunter might leave behind. (For this reason hunters would carry home whatever they could or signal for assistance.) In the late summer and fall when bears were preparing for hibernation, they would be found in the same areas that the Cahuilla peoples were going to gather foods and hunt. The bears were there because of the manzanita and other berries; the Cahuilla, for the pinyon nuts, juniper berries and acorns. Grizzly bears, however, tended to leave people alone.

> When a man or woman met a California grizzly bear in the mountains he called the latter *piwil* (great-grandfather) and talked soothingly to him thus, "Beware! Hide yourself far back in the mountains. Your enemies are coming. I am only looking for my food, you are human and understand me, take my word and go away." The bear would stop, hold up his paws like arms, then dropping to all fours he would scratch dirt to one side. This meant peace, and he would go away. "One must never talk about the bear in the night time, for at night the bear travels, and by day he usually sleeps. If you talk about him at night, earth or rocks or mountains tell him what you say. He listens until he hears where you are going to hunt and goes there, so you will surely be killed" (Strong 1929:115-116).

Several other recollections about bears were recorded by William Duncan Strong and Francisco Patencio. These provide us with further data on the significance of bears in Cahuilla thought.

> Palm Springs and Mountain Cahuilla informants both assured me that the Cahuilla and the *Chemehuevi* could talk to bears in their own language, citing the following instances. Many years ago at a bear and bull fight in Los Angeles, the bear refused to

---

[48](...continued)

said that the last grizzly he remembered was killed by white men back of Palm Springs about thiry years ago. Prior to that he saw them several times in the San Jacinto mountains" (Strong 1929:116).

ACC0006639

*Kauisik* Faunal Resources

fight and was twice knocked down by the bull. A Cahuilla Indian above the bear on the stockade talked to the bear, saying, "You must fight and defend yourself, they are going to kill you." The bear listened, charged the bull, breaking the latter's neck, and then died of his wounds.

A recent case occurred at Banning when a group of Cahuilla and *Chemehuevi* Indians laughed at a small bear in a cage. The bear was angry and scratched dirt at them. An old Cahuilla man told the bear to escape to the mountains and the bear listened. That night trying to escape he hung himself with his chain and died. These instances . . . [show] the close relationship felt between even the modern Indians and certain animals, bears in particular (Strong 1929:116).

Francisco Patencio recorded the following:

I am asked if the Indians believe the animal the bear to be their brother. The bear is no nearer to man than any other animal. Among the first-created people of the Bear tribe, some of the head men could and did change into bears and lived with them and slept like they do through the winter. But not any more can these things be done.

In Morongo a man of much power went to the mountains among the bears. He knew he was getting old, and he wanted to change into a bear. But he could not do it. His power was not great enough. He had to die like the common people (1943:69).

**Coyotes and Foxes**. Coyotes (*Canis ochropus estor*), called *isil* in Cahuilla, and foxes (desert kit fox, *Vulpes macrotis*, called *wilyul* in Cahuilla), and Arizona gray fox (*Urocyon cinereoargentatus*, called *kauisik* in Cahuilla) were represented by sacred beings.

Coyote is often seen as a white coyote, a supernatural being or *nukatem*, i.e., a being from the time of creation. "Then they created *Is el* (the coyote), meaning 'quick and selfish'" (Patencio 1943:4). Coyote is revered and celebrated in Cahuilla literature and is a symbol for one of the Cahuilla moieties (see below). Stephen Bowers (1888) recorded a Cahuilla tradition about coyote: "They have a tradition that when this inland sea subsided, the coyote came down from the mountains and planted the mesquite bean."

Coyote was much sung about and served, as did Owl and Fox, both supernatural beings, as a messenger from the supernatural world to the Cahuilla, however, Coyote was far more prominent in Cahuilla cosmology in that he was among the most important of *Mukat*'s (the Creator's) creatures, central to the establishment of the ritual and social world as it is (Strong 1929; Bean 1972; Patencio 1943).

Now coyote, when he took his father's heart, went toward the coast . . . . And then he passed through and came to a Great Dry Desert . . . . Whenever coyote became tired of carrying the heart, he laid it down to rest himself, and whereever he laid it, there the blood left red stains on the ground. These marks remain today. This ground is called good ground. It is used for medicine, for paint, it is used for many things (Patencio 1943:26).

The fur of the coyote was used in ritual paraphernalia, and its bones, in the manufacture of péon game implements. The fur was also used for quivers and sometimes in robes and headresses. A coyote could also be used to harm someone, as recorded by J. P. Harrington: ". . . and the coyote, too, they send him way off to harm people, and whoever steps on the tracks [of] that coyote takes sick, [but it] won't last long" (Harrington field notes).

Cahuilla women used the fur of baby coyotes to make blankets: ". . . the blankets were good blankets. They could hold water, and lasted a long time. . . . They sometimes made them from baby coyote fur. These very soft fine blankets were made for the very old people to use" (Patencio 1943:82).

The fox, also, served as a messenger to the shaman or anyone with power, particularly older

ACC0006640

people. "A certain cry of a fox at night means that death is to come to someone the following day" (Hooper 1920:337). Fox's fur was used to make ceremonial objects; and its skin, for quivers.

Under very special circumstances, coyotes or foxes could be eaten, but this was usually by aged people during famines. Cahuilla consultant Katherine Saubel has stated that her grandmother said that Coyote was eaten sometimes. When there was no food, "We ate our *nekilyu*." First they would sing over it and have a ceremony; then it was okay and it would be divided among the people (Bean field notes).

**Mountain Lions and Bobcats**. Mountain lions (*Felix concolor*) mainly prey on deer and bighorn sheep (about one per week); bobcats (*Lynx rufus californicus*), on ground- or brush-roasting animals, such as birds, rabbits and mice, occasionally taking quail. Bobcats are occasionally found on the valley floor, but are usually associated with bighorn sheep in the Agave-Ocotillo belt of the lower mountain slopes (Lower Sonoran zone), and with deer in the Pinyon-Juniper Woodlands, Chaparral areas (Upper Sonoran) and Coniferous Forest (Transition zone). Bobcats, on the other hand, are found on the rocky slopes and in the canyons between the Agave-Ocotillo belt of the Lower Sonoran zone and the Pinyon-Juniper belt of the Upper Sonoran zone. The Cahuilla's attitude toward the mountain lion was recorded by William Duncan Strong: "In regard to *tukwit*, the mountain lion, no especial ceremonies were necessary as he never hurt anyone" (Strong 1929:116).

Wild cats figure in the oral traditions of the *Kauisik*.[49] Moon maiden taught the people that the world is socially divided:

> The coyote represents [moiety] a tribe of people of his name, and the wild-cat represents a tribe [moiety] of people of his name; and she taught them that coyote must never marry with coyote, or wild-cat must never marry with wild-cat.
>
> Wolf and bear and birds and the *Siou* were all brothers to the wild-cat and coyote. Wolf, coyote, bear and wild turkey were all on one side, with wild-cat, lion, fox and crow on the other, and one side must not marry with each another, but the other side (Patencio 1943:8).

The moiety concept is carried through to include many socio-economic and material matters. For example, near the beginning of the trail to Long Valley, which follows the ridge of Chino Canyon, are two large rocks (near Leaning Rock). "One is called the coyote mortar rock, and has the deeper hole. The other is called the wild cat mortar rock, and has a shallow hole" (Patencio 1943:98).

Similarly, mountain lions figure in the oral traditions of the Cahuilla. When the culture hero, *Evon ga net*, was exploring the country and marking the territories for the different Cahuilla groups, he came to a place near the top of the San Jacinto Mountains where ". . . he formed a spring which he named *To quo a*, meaning mountain lion" (Patencio 1943:52).

Mountain Lion also figures in the wanderings of one of the early peoples, the *Mo moh pechem*.

> From there they flew to San Jacinto Mountain . . . From here they saw a mountain lion coming, and they said that if you saw it once, you could not see it again. But the head man of the tribe said that he could see him again. But the other said that if you see him once, you can not see him again.
>
> The head man went and stood on the top of the rock, looking, and the people were watching from away. Then the lion leaped upon the rock before he saw the man, and they began to fight, and both died there (Patencio 1943:33).

---

[49]Wild cat is often used as a synonym for bobcat; puma and cougar, for mountain lion (Ryan 1968:114,115). The Cahuilla word for mountain lion is *tukwit*; that for jaguar, *tukwut* (Strong 1929:141). "Every now and then I find people who think that bobcats and wildcats are quite different animals. According to them, bobcats live in the low hills; but when they live in the mountains they are called wildcats" (Jaeger 1961:33).

ACC0006641

One material use of the wild cat is for making quivers. In the oral tradition of the *Kauisik*, their cultural hero, *Ca wis ke on ca*: ". . . had a wild cat skin on his back for a pocket to carry arrows and many other things. This was sewed up with buckskin in the end, so that the points of the arrows could not cut through" (Patencio 1943:88).

The remains of bobcats are found at five of the loci on the Tahquitz alluvial cone. The hides of these creatures would have been used in making quivers; and their bones, for game sticks, e.g., *peon* sticks; i.e., counters for a gambling game almost universally played among Native Californians.

**Badgers, Skunks, Raccoons and Opossums.** Badgers (*Taxidea taxus*), called *hunal* by the Cahuilla, were not hunted very often because of their aggressive nature and dangerous claws, but were considered a very palatable game food. Other carnivores that were occasionally used as food include the less dangerous skunk species (*Spilogale putoris* and *Mephitis mephitis*), *teqwel* to the Cahuilla, and raccoons (*Procyon lotor*) called *ayalal* by the Cahuilla. Skunks could also serve as messengers to shamans (Hooper 1920:337), and they figured in Cahuilla oral tradition. For example, when *Mukat* knew he was going to die, he left instructions for his burial: "When he is gone have *hunawit* [bear] and *tekwawit* [skunk] gather all kinds of wood, dig a hole, and prepare to burn my body" (Strong 1929:140).[50]

Bones of opossum (*Mustela frenata*) were found at Locus L. No data has been forthcoming about the uses of opossum by the Cahuilla.

**Dogs.** Dogs (*Canis* spp.), known in Cahuilla as *?awal*, and often considered pets, were used to aid in hunting, and as guards, pets, and occasionally "assistants" to shamans. They figure in this capacity in Cahuilla oral literature, particularly in the travels of the culture heroes, *Awitsei* (Eagle Flower)—whose dog was first named *No cot me ma halis*, meaning "the dog that was looking for the first people who were created" and later, *Ha guas wa hish*, meaning "a very sharp pointed hairless tail" (Patencio 1943:41, 42)—and *Takweltekesnikish* (Yellow Body).

> They crossed the desert (Borrego Valley) and went to a hot spring which is now called Warner's Hot Spring.
> Here Yellow Body took a great basket which he set in the spring. He made his mother, his wife, and his dog get into the basket. Then he got in himself, and causing the basket to whirl like a wheel, they sank into the spring forever (Patencio 1943:39-40).

Similarly, names of *Kauiskianka*'s three dogs were given to three large rocks located along the base of the San Jacinto Mountains west of Chino Canyon: "Between these points occur three large rocks which he named for his three dogs, the first *awelum*, the second *ninkicmu*, and the third *paklic*" (Strong 1929:101).

The dog also appears early in the creation of the world by *Mukat* and his brother, *Tamaoit*. "They smoked the tobacco and created *Ow il* (a dog). They gave him some tobacco also, but the smoke hurt his eyes, and he has never been able to see so well by day as at night since" (Patencio 1943:4).[51]

Dogs served as guardians for a family. Occasionally they were eaten, roasted or boiled to make a soup. "Lee [Arenas] has eaten dog meat of dog with his grandmother; the nicest meat, roasted. They also used to boil the dog meat if they want to eat soup" (Harrington field notes).

Francisco Patencio records another material use for dogs. When *Ca wis ke on ca* went into the San Jacinto Mountains and met "his brother" *Mum on quish*, "who belonged to the tribe over the mountains," *Mum on quish* wore a dog skin on his back to carry his arrows (1943:87-88).

---

[50]The Cahuilla word, *hunawit*, refers to the large ancestor of the bear; *takwawit*, to the large ancestor of the skunk (Strong 1929:140, footnotes 347 and 348). A similar version of this tradition was recorded by Francisco Patencio; however, in it a small coon-like animal, called *Bac cho* in Cahuilla, helps bear dig *Mukat*'s grave (1943:20).

[51]In Cahuilla culture tobacco was a conduit of great power, and power is sacred.

ACC0006642

**Fish**

In 1853 William P. Blake recorded a Cahuilla oral tradition about an ancient lake in the Salton Trough (Coachella and Imperial valleys):

> When questioned about the shore-line and water marks of the ancient lake, the chief gave an account of a tradition they have of a great water (*agua grande*) which covered the whole valley and was filled with fine fish. There was also plenty of geese and ducks. Their fathers lived in the mountains and used to come down to the lake to fish and hunt (1856:98).

Fish (*kiyul*) from ancient Lake Cahuilla were not available in the immediate area of Tahquitz Canyon, but they were acquired by the *Kauisik* through trade with other Cahuilla peoples, with the Serrano and perhaps with the Colorado River peoples (probably salted fish). For example, the Serrano of the San Bernardino Mountains were known to trade fish with the Cahuilla for other products. Additionally, a coastal Dieguено woman reported to Florence Shipek that some Cahuillas had fishing rights in the San Diego bay area, coming annually to acquire seafood for themselves (personal communication). Similarly, inland Luiseños came to the coastal area to fish and collect sea food (Macario Calac, personal communication).

Since fish were part of Cahuilla diet before the desiccation of ancient Lake Cahuilla, our recovery of fish bones indigenous to Lake Cahuilla in Tahquitz sites provides a time marker for dating the human occupancy of the Tahquitz area and data on trade. Up to three or four hundred years ago fish played an important part in the Cahuilla diet as they were available from ancient Lake Cahuilla during five lacustrine intervals that began about A.D. 700 and lasted until the lake dried out between 1600 and 1700 A.D. (Laylander 1994; Schaefer 1994).[52] During these periods the Salton Trough (the Coachella and Imperial valleys) contained a large lake over an extended time. Francisco Patencio (1943) described the lacustrine intervals of ancient Lake Cahuilla, which the Cahuilla remember through their oral traditions:

> The Indian people have the history of only three times that the ocean came into this valley. The water always stopped a few miles west of Indian Wells Point.
>
> We do not know how long ago it was that the last water came, or how long ago it was that the first water came. . . . The water did not come in one moment, no. It came rolling along slowly so that the people who heard and saw, ran up the mountain sides and saved their lives. But nothing down in the valley lived, either animals or men.
>
> The ocean stayed for much time . . . for a long time. When it came to go away it did not go with a rolling and a roar, no. It went slowly away. The water left a great salt lake in the valley for much time before it dried up. With the water came fish (1943:83).

He adds elsewhere: "We do not know, only that the water came three times. The third and last time it came slowly. All the Indian people knew that it was coming. . . . But a lake was left in the middle of the Valley for much time. Then it dried up and went away. . . ." (Patencio 1943:84-85).

Several species of fish were available from Lake Cahuilla and were used by the *Kauisik*. One fish remembered by Francisco Patencio was the mullet, a fish that had double eye-lids like deep sea fish and thus was an unexpected inhabitant of an inland lake fed by a river (1943:84-85).

In addition to the striped mullet (*Mugil cephalus*), Wilke (1976b) lists four other species of fish—the humpback sucker (*Xyracuchen texanus*), the Colorado River bonytail chub (*Gila elegans*), the

---

[52]Waters (1983) determined that there were at least four lacustrine intervals with the lake completely desiccated by 1580 A.D. Newer information indicates that there was another high stand of the lake reaching to sea level; with the lake drying out between 1600 and 1700 A.D. (Laylander 1994; Schaefer 1994). Wilke (1976b) previously inferred that there were at least three lacustrine intervals over the last 3,000 years.

ACC0006643

Colorado River squawfish (*Ptychochelus lucius*), and the desert pupfish (*Cyprinodon macularius californiensis*)—which were eaten by the Cahuilla. These fish are common to the lower Colorado River and would have been found in ancient Lake Cahuilla as the Colorado River drained into the ancient lake during the lacustrine intervals. Of these species Ebeling (1986:337-338), using data from Wilke (1976b), states that the fish most commonly eaten by the Cahuilla were the humpback sucker and the Colorado River bonytail chub, with squawfish used in more restricted locations. Fish bones found at sites in Tahquitz Canyon are consistent with species known to inhabit Lake Cahuilla; these include the striped mullet (*Mugil cephalus*), the Colorado River bonytail chub (*Gila elegans*) and the humpback sucker (*Xyrauchen texanus*).

Shellfish middens, which are up to a foot thick and intermixed with ceramic shards, charcoal and other debris, attest to the fact that these creatures were eaten year-round by the Cahuilla when the ancient lake was present. Such middens as well as natural shellfish beds, in both of which the mussel or clam (*Adondonta dejecta*) is particularly abundant, have been found along the northern shoreline of ancient Lake Cahuilla (Wilke 1976b). During the last lacustrine interval when the ancient lake reached its maximum size, the shoreline reached to approximately 42 feet above sea level. At this time the lake extended nearly to the south point of La Quinta Cove, several miles south of Indian Wells (and less than 20 miles from Tahquitz Canyon), and lapped the base of the Mecca Hills and the foot of the Santa Rosa mountains at the present-day Lake Cahuilla, Coral Reef Rock and the mouths of Toro, Guadalupe and Martinez Canyons. Hence it is possible that shellfish were also available to the *Kauisik* during these intervals.

Traditional oral literature describes the use of bows and arrows, nets and other fishing techniques at the now desiccated Lake Cahuilla. This information is backed by archaeological finds of fish bones in association with arrowpoints held in private collections. One Cahuilla consultant has suggested that the Cahuilla also used reed boats or rafts to fish on Lake Cahuilla or reach island rookeries (Bean field notes; Wilke 1976). The Cahuilla also used fish traps, such as those near Martinez Canyon, to catch fish. The use of these famous Cahuilla fish traps has been described by Francisco Patencio.

> Then it was that the Indians began to make traps to catch fish. They made the traps in the rocks. A circle was hollowed, and the sides built up with rocks. . . . The Indians used nets in them. . . These traps are along different places down the Coachella Valley and Imperial Valley, but not at all places, only at the places where the Indians could have trails leading down to the traps (1943:84).

The *Kauisik* may have shared fishing areas along the shoreline of ancient Lake Cahuilla with other groups to whom they were related or they may have traded with other desert groups. At the time of its maximum size, the shoreline of Lake Cahuilla reached a point near the southern point of La Quinta Cove, perhaps 5 miles or less from Indian Wells and 18 to 20 miles from Tahquitz Canyon.[53] Runners could carry fresh fish to Tahquitz Canyon in half a day when the lake was at its highest shoreline. Consultants for this project told us fish were wrapped in wet palm leaves to keep them fresh in transit. Fish were prepared by boiling, broiling, or roasting.

Even before Lake Cahuilla completely dried up at little more than 400 years ago, freshwater fish and freshwater shellfish would have disappeared from the lake because as the lake shrank in size, its waters became saltier than the ocean's. The loss of such a reliable protein source must have affected the Cahuilla diet, requiring them to rely more heavily on game animals and plant foods. The drying of the lake and the drying off of its fish and shell fish population must have come gradually. The desiccation of Lake Cahuilla resulted from the shift of the Colorado River, not from any climatic change, such as the drying out of Mohave and Colorado deserts at the end of the last glacial epoch; however, the loss of a

---

[53]Francisco Patencio told William Duncan Strong that the *atcitcem* clan were the original owners of Palm Canyon and that they usually married the *Kauisik*. They gave Palm Canyon to the *Kauisik* as a marriage gift. Eventually, *Kauisik* territory reached all the way to Indio Mountain; so they probably had Indian Wells as well (Strong 1929:101, footnote 179).

ACC0006644

freshwater lake in the Salton Trough must have caused a decrease in the population of large game animals such as the desert burro deer and pronghorn.

**Birds**

Birds, from the great soaring hunters of the skies to the most ordinary denizens of the ground, were celebrated in Cahuilla oral literature and music. So important were they that a long epic cycle of songs describing the activities of various species of birds and other natural phenonmena during an early phase of creation just after the death of *Mukat* was sung when people came together at celebratory occasions. These "Bird Songs," not being as imbued with sacred power as the cycle of songs pertaining to the creation and the death of *Mukat* are, and therefore not as dangerous should a mistake be made in the singing, are still sung. The poorwill (*Phalaenoptilus nuttalli*) and Gambel's quail (*Lophortyx gambelii*), for example, are described in such songs, as is the eagle. "When the birds were first created they had no legs, no wings, only heads and bodies, so that they were like worms and could not walk or fly, but had to lie on the ground in one place all of the time. The birds suffered much. They were eaten by other creatures, and stamped on. They could not help themselves" (Patencio 1971:29).

The eagle enjoyed its own cycle of songs accompanied by elaborate choreography enacting the power of this special bird, whose supernatural namesake was responsible for the continuing good relationship of man with the supernatural. Birds were among the animals that served as messengers to shamans.

Owl, coyote, fox, humming-bird, yellow-hammer, crow, fly, woodpecker, blind gopher, skunk, and earth, have been known to act in this capacity. Through a message from one of these, the medicine man knows when sickness or death is to occur among his people and who will be the victim[54]. . . . When any of the animal messengers are killed, they can still be useful to the witch-man (Hooper 1920:337-338).

*Sacred Birds*. Of the numerous bird species found in and near the project area, the carnivores were most respected. The golden eagle (*Aquila chrysaetos*), turkey vulture (*Cathartes aura*), and various species of hawk were all potential bearers of great power, often being representatives of supernatural beings. Songs celebrated them; places were named after them; powerful objects were made from them; and reverence, pride and appreciation for them were commonly noted. These bird species and others with ritual significance, such as raven and owl, were not eaten except during times of emergency.

Eagle. Eagle, a supernatural being, served as a symbolic representation of the life of a clan or lineage. Hence Eagle periodically sacrificed itself in order to keep the lineage viable. The eagle, obtained by a young boy who had climbed to the nest, was raised from the time it was an eaglet for this purpose. Once it died, the eagle's feathers were removed and used to make ceremonial regalia, especially the eagle feather skirt used in various Cahuilla rituals.

Bald eagles (*Haliaeetus leucocephalus leucocephalus*), called *pamuis* in Cahuilla, are known to nest today along the shores of modern Lake Hemet, and probably frequented the lower Coachella Valley when ancient Lake Cahuilla was extant; however, according to Strong's Palm Springs informants, golden eagles (*Aquila chrysaetos*), called *aswit* in Cahuilla,[55] were more important ceremonially (1929:119, footnote 191). Eagles are also known to have nested on a high point along the south wall of *Os Wit* (Eagle) Canyon (Henderson 1940:20-21), the next canyon south of Tahquitz Canyon, and, according to Strong (1929:119), the *Kauisik* had an eagle's nest under a white rock on top of a peak west of Tahquitz

---

[54]Other people besides the shaman, particularly older people, could receive messages from these animals.

[55]When using Cahuilla words, we use the spellings provided by the author quoted.

ACC0006645

Canyon.[56]

Eagles were not eaten except in the most extraordinary circumstances. After the eagle died, it was buried with full ritual honors (Bean 1972:138-141). So it is not surprising that burials or portions of such birds, or those of other raptors, such as ravens (*Corvus corax*) or condors (*Gymnogyps californianus*) and a hawk, were found within the project area. Any of these birds would receive honorific death rituals.

Turkey Vultures. Although some turkey vultures (*Cathartes aura*), called *yuñavic* by the Cahuilla, are permanent residents in *Kauisik* territory, most members of this species migrate through the Coachella Valley and high desert twice a year. Using updrafts rising from the western escarpment of the Little San Bernardino Mountains, they soar along the northern edge of the Coachella Valley on their migrations between Mexico and the Mohave Desert.

The elaborate method of acquisition of turkey vultures was similar to that of eagles. Their feathers, like those of eagles, were used for ceremonial regalia.

Prairie Falcons, Kestrel, and Hawks. Prairie falcons (*Falco mexicanus*) have been observed in the Mecca Hills and Santa Rosa Mountains, e.g., the Deep Canyon area, and in all five zones except Chaparral and Coniferous Forest (Weathers 1983:234-235). Other hawks observed throughout the year in the Deep Canyon area in all life zones are the Cooper's hawk (*Accipiter cooperii*) and red-tailed hawk (*Buteo jamaicensis*), probably *cow quish* in Cahuilla. The Northern Harrier or Marsh Hawk (*Circus cyaneus*), called *wesunauwit* in Cahuilla, is a resident, except during the summer months, on the valley floor and flood plains (alluvial fans).

The feathers of hawks were highly prized for ceremonial regalia (feathered bands) used in the ceremonial house and as offerings and gifts to visiting dignitaries with whom a community had a reciprocal ritual relationship. The socio-economic aspects of these are discussed in *Mukat's People* (Bean 1972). Hawk feathers were also used as arrow feathers. It was assumed that the magical powers of these feathers would assist the arrow in reaching its target in the same way that the decoration of the arrow with symbols, often in red ochre, quite literally the blood of the creator, did.

Woodpeckers and Flickers. Woodpeckers (*ta va wit* in Cahuilla), flickers (*tavic*), and various owls were sought for their feathers and not used for food except in the most urgent of times—e.g., famines. These feathers were used for regalia. It should be pointed out that the feathers of all birds used in regalia were both sacred and economically useful because they could be exchanged for other sacred things, foods, or capital equipment in times of need. Flickers and woodpeckers could also act as messengers to a shaman (Hooper 1920:337).

Owls. Owl was especially significant as a sacred personage. He was a portend of death and misfortune, giving messages to people about impending events. "Before going hunting, they always listen for the owl at night to learn if they are to have good luck" (Hooper 1920:337).

Similarly, the owl sometimes gave a message about a person who was going to die. "Ada[m] heard that sometimes the tecolote [owl] will plainly say the name of some person who is going to die, will say for instance, John! The old Indians will then ask the owl to repeat what he says, and the owl will repeat it. This very seldom, not all the time . . ." (Harrington field notes).

Owl was associated with nighttime, the time of the sacred, as opposed to daytime, the time of secular things. Feathers were often used by shamans for making headdresses and "wands." These were used because of their sacred power and magical qualities for cleansing away sickness or evil, especially malevolently induced evil. Like woodpeckers and flickers, owls were killed only for their feathers and were not used as food, except during famines, because an owl might be a *pul* (Katherine Saubel, personal communication). Long wands of horned owl feathers, barn owl feathers and burrowing owl feathers were

---

[56]These two locations may be the same place.

ACC0006646

usually kept in the *maiswut* of the clan, which was stored in the most private chamber of the ceremonial house (Strong 1929:165). Shamans who used them kept them in a private place because casual contact by someone without power could be result in serious damage to that person.

There are several species of owls in *Kauisik* territory—barn owls (*Tyto alba*), screech owls (*Otus asio*), great horned owls (*Bubo virginianus*) and burrowing owls (*Athene cunicularia*) called *kukool* in Cahuilla. Barn owls typically roost and nest in palm trees on the valley floor; burrowing owls inhabit abandoned rodent holes on the valley floor. Screech owls use tree cavities in Pinyon-Juniper Woodland, Coniferous Forest or in palm trees on the valley floor; and great horned owls use natural cavities, in rocks or trees, on the mountain slopes from the Pinyon-Juniper Woodland to the valley floor.

Hummingbirds. When their creator, *Mukat*, fooled the people into shooting arrows at each other, Hummingbird was the first target. "Then the hummingbird [*tutcil*] put a quiver on his back, and all shot at him, but they could not hit him for he was too small. He dodged each arrow, and said, 'See, it is nothing!'" (Strong 1929:137). Hummingbirds, called *tutcil* in Cahuilla, were considered a source of power and were used by shamans as familiars. Their ability to overcome space and gravity was no doubt a factor in this association: "Most medicine men carry a dead humming-bird in their pockets; at least they used to . . . . When the medicine man wishes anything done, he tells his wish to the dead humming-bird and its hovering spirit hears and performs the request. It can go and return in an instant, now matter how far it has been sent (Hooper 1920:338).

A hummingbird's heart was also used, both for good luck and to harm someone who was far away. According to consultant Adam Castillo,

> A doctor takes the heart of a male hummingbird and it is a medicine for good luck; people that hate you can't harm you. Nearly every chief has these things and that is why everybody likes him, even the white people are glad to meet him. These things draw their attention, their minds. The hummingbird's heart too you can harm with it a long ways . . . (Harrington field notes).

Hummingbirds also acted as messengers. "Once . . . a hummingbird came right to where he [Adam] was speaking, no one else saw it. And he thought at once that someone had died in the desert. The hummingbird came as a messenger. And it was true, at Martinez a person died (forgets who it was)" (Harrington field notes).

Ravens. Although referred to in the ethnographic literature as a crow, the common raven (*Corvus corax*) is the only black bird of the crow family within *Kauisik* territory. Ravens (crows) were not eaten except in times of famine. "Now there were three kinds of natural birds, also the butterfly, that could not be shot with the arrows; no matter how close they were, they could not be hit. Not the birds we see today, but the first created birds, they were different. One was the crow, one was the water-bird, and the other like the bird breast sparrow" (Patencio 1943:12).

They served as messengers to shamans and figure in the oral literature of the *Kauisik*. In one instance, they are among the birds, including hummingbird, who act as targets for the people to show them that arrows wouldn't hurt them.

> The Arkansas kingbird [*ultehewic*] and then the butterfly [*malmul*] did the same, and each said, "See, it is nothing!" So did the crow [*alwut*] and the poor will [*pulmic*], and they both dodged.
> Then the vulture [*yuñ avic*, the turkey vulture] tried it but he was too slow; they hit him, and he disappeared" (Strong 1929:137).

Condors. The California condor (*Gymnogyps californianus*) was another sacred bird that was not

ACC0006647

eaten. Known in Cahuilla as *yuñaviwit*, this bird was a resident in the mountains of southern California.[57] Its roosting and nesting sites were on cliffs as it is easier for this bird to fly if it takes off from a cliff. When *Ca wis ke on ca* was traveling about Cahuilla territory looking for the boundaries marked by *Evon ga net*, he went to a peak near Mount San Jacinto and the head of Snow Creek and named a place below the peak, the drinking place of wild buzzards, in this case, the condor. "Down below, where water runs in the canyon, that place he called *Young ga vet wit ham pah va*, which means the drinking place of wild buzzards" (Patencio 1943:96).

A bird that is bigger than the wild buzzard and may be a condor figures in the story about the wanderings of the people after *Mukat*'s death and the origin of the birds. After traveling some time, the remaining people rest for the night on top of Mount San Jacinto. Waking at dawn they meet condor:

> At dawn, *Isel* (a bird with a yellow breast that is often seen around swamps), awoke them and made them look around. A bird which is larger than a buzzard (condor?) told them not to look, that there was nothing to see. Nevertheless, they all looked around and saw many beautiful green fields. They decided to go to these. . . . These that stopped became birds (Hooper 1920:376).

**Other Land Birds**. Cahuillas have reported that most birds were eaten except for those birds with ritual significance to the Cahuilla, e.g., eagle and raven. Some, like the quail (*Colinus* sp.), whom the Cahuilla called *xawit* and *qaxal*, were regularly hunted and provided a significant portion of the diet year-round. Birds were cooked on coals to burn or singe off the feathers and cook the meat.

Although birds' eggs were generally eaten, many of the smaller birds, e.g., sparrows, warblers, finches, blackbirds, orioles, shrikes, mockingbirds, and thrushes, were not considered game birds. As with many such animals, they were eaten in times of emergency, as the sacred birds were, particularly by older people and those with special access to power sufficient to control the ill effects if necessary.

Birds provided other resources in addition to their food value. For example, bird bones were used to make whistles, and ear and nose ornaments. In addition, some species of birds, such as acorn woodpeckers, provided extra food resources because they cached acorns, nuts and other seeds in the trunks of trees. Such trees were sometimes owned by individual Cahuillas, who regularly extracted the stored nuts and seeds.

Quail  Quail (called *xawit* and *qaxal* in Cahuilla) were very common and were highly valued by the Cahuilla. The wide distribution and terrestrial habits of quail made these birds easy to capture. They were found wherever there was water and cover, e.g., mesquite thickets and other brushy areas. J. Smeaton Chase early in this century recorded the game species, then popular with hunters, that were found in the Palm Springs area. One of these was the quail. "Quail are numerous . . . . On the open sandy levels the desert or Gambel quail in good coveys will be found in the vicinity of mesquite thickets; in the cañons the valley species exists in fair numbers: while at higher altitudes the mountain quail appears (Chase 1923:57).

Three species of this favorite, tastiest, and most easily acquired game bird were found within *Kauisik* territory (Weathers 1983:116-119;235). These were the California or valley, Gambel's, and mountain quail (*Lophortyx californicus, Lophortyx gambelii,* and *Oreortyx pictus,* respectively). Both California and Gambel's quail are found from the Palm Springs area to Deep Canyon.[58] The Gambel's quail is the true desert species found in desert thickets and nearby open ground from the sandy desert floor up to the Pinyon-Juniper woodland and chaparral areas of the Upper Sonoran zone. Its range overlaps with that of the California quail on the floodplains (alluvial fans and washes) at the base of the Santa Rosa

---

[57]The Cahuilla word for condor, *yuñaviwit*, is similar to that for turkey vulture, *yuñavic*.

[58]The southeastern limit of the California quail's range in the past was the Santa Rosa Mountains (Weathers 1983:116).

ACC0006648

and San Jacinto Mountains, in the Agave-Ocotillo-Yucca belt of the upper Lower Sonoran zone, and in the Pinyon-Juniper Woodland and chaparral areas. Mountain quail, on the other hand, spend their time at higher elevations, particularly in the chaparral, from the rocky, lower mountain slopes upward to the coniferous forest of the Transition zone.

Although quail were available year-round, large coveys were easily captured in the fall and winter, particularly during wet weather, by means of nets, traps, snares, and throwing sticks. Quail served as an important fall and winter food resource and were considered a great delicacy even though each bird provided only a few morsels of meat. They were cooked by roasting or boiling or were wrapped and baked in wet clay. Quail eggs were also consumed by the *Kauisik*.

Quail feathers were among those used on arrows, and occasionally baskets are found with quail feathers attached as decoration. Cahuillas today note that baskets with feathers were often used at *nukil* ceremonies honoring the dead. These baskets were burned in honor of the deceased. The quail figures in the Cahuilla's oral literature (Patencio 1971:32-33).

Pigeons Pigeons were used for food, but are not recalled by Cahuillas today as a favored game bird. Wilke (1976) found the remains of the band-tailed pigeon (*Columba fasciata*) in deposits at Myoma Dunes South. This species, however, is a woodland bird that usually subsists on pine nuts and acorns, so it may have been acquired by Cahuilla hunters during the pinyon harvest or a hunt in the mountains (Ebeling 1986:344).

Doves Although reported as eaten (Wilke 1976) and available as a food resource year-round to the *Kauisik*, doves, we are told by some Cahuilla consultants, were not considered a food. This religious injunction, which may have been clan specific, or a recent belief applied because of the benign, caring manner of "dove" when the creator, *Mukat*, lay dying and was in need of assistance (Bean field notes, 1971); or it may have applied only to the mourning dove (*Zenaida macroura*). Bone of another species of dove, the ground dove (*Columbina passerina*) were found at Tahquitz Canyon.

Roadrunner The roadrunner (*Geococcyx californianus*) was thought of very kindly by the Cahuilla, in part because of its "good humor," but also because of its role as a protector against rattlesnake, much like that of the kingsnake. Its presence was encouraged, and this bird was treated by many as a pet because it would keep rattlesnakes away from a home. The roadrunner was rarely eaten. "The month that the road runner flies means certain things, and the habits of many other birds and animals all meant something to these older people who studied the sings of the sun and the moon and the stars and the animals" (Patencio 1943:113). According to Patencio (1971:31), the roadrunner's eggs are the earliest to hatch.

Poorwill The poorwill (*Phalaenoptilus nuttallii*), also known as the nightjar, was called *pulmic* in Cahuilla (Strong 1929:294) and, like many other birds, figures in the oral traditions of the *Kauisik*.

When *Mukat*, the creator, told his creatures to stand in two lines and shoot at each other with bows and arrows, the poorwill was one of the birds that was able to dodge the arrows, and this, according to the Cahuilla, was how the poorwill got its twisting flight (Strong 1929:137).

Meadowlark According to Cahuilla consultant Katherine Saubel, the western meadowlark (*Sturnella neglecta*) was probably eaten. These birds are winter visitors and could be found on the valley floor from late October through February. They also figure in the oral literature of the *Kauisik* as the bird that made the rain come (Patencio 1971:31).

Waterfowl The San Gorgonio Pass is part of the flyway for migratory birds that winter along the Gulf of California, along the shores of the Salton Sea, and in the past, along the shores of ancient Lake Cahuilla. Ponds in the area and the waters of ancient Lake Cahuilla attracted water fowl, and the ancient lake probably supported a larger waterfowl population, both resident and migratory species, than are found

ACC0006649

near the Salton Sea today (Ebeling 1986: 339). Waterfowl, such as geese (*Anserinae*), known as *siyal* to the Cahuilla, and ducks (*Anatinae*), called *paatu?*, were seasonally used by the Cahuilla and eggs from ducks, geese, pelicans and other waterfowl were eaten. Wilke's (1976b) analysis of coprolites and bone deposits reveals that several species—the American coot or mudhen, swans, geese, ducks, grebes, cormorants and herons—were eaten by the Cahuilla living near the lake shore in the Myoma Dunes area. In additional to food, waterfowl, such as ducks, provided feathers that were occasionally used for decoration.

It was difficult for the *Kauisik* to acquire waterfowl because such birds lived in a watery habitat during their stay within Cahuilla territory. Chase commented about duck hunting near Palm Springs in the early 1910s and 1920s: "A few snipe and duck can be found if one knows where to look for them . . . . The duck-hunter who cares to go so far as to the Salton Sea, however, may expect good sport" (Chase 1923:57).

Ducks were probably not a significant food resource during the periods when ancient Lake Cahuilla had dried out, because these birds would have stayed at the lagoons and salty ponds at the southern end of the Salton Trough, i. e., probably in Imperial Valley.


Killdeer   This bird (*Charadrius vociferus*) could be found along the shores of ancient Lake Cahuilla and anywhere in the lower canyons of the Santa Rosas and San Jacintos where there was water. However, small shore birds and waders were absent from the bone remains and coprolites analyzed by Wilke (1976b).


American Coot   American coot (*Fulica americana*) was used as a game bird by the Cahuilla. Bones of this species have been found in sites in Tahquitz Canyon. This bird, considered today the least flavorful species, was apparently eaten more than any other waterfowl by the Cahuilla, possibly because it was easy to catch (Wilke 1976b). They need to make a long take-off run on the water, and are thus easy to catch with nets stretched across the surface of a lake or pond. Alternatively, they might have been captured while feeding on shore, since they could easily be run down or shot with arrows before they could get airborne (Ebeling 1986: 341).


Ducks and Geese   Ducks, geese and swans begin to arrive in the Coachella Valley in August, but the peak of the migration is in November and December. They return in the early spring, passing through on the annual migration north. Some ducks, geese and swans stop over in small numbers in the valley for the winter, wherever there is standing water, ponds or lagoons. In the past, few of the migratory water birds probably stopped over in the Palm Springs area. However, the *Kauisik* would have had access to waterfowl when ancient Lake Cahuilla was present through shared hunting rights and trade with the desert clans who would have had better access to those resources.

Wilke (1976b) concluded that the following ducks were eaten by the Cahuilla: the mallard (*Anas platyrhynchos platyrhynchos*), the pintail or spring (*Anas acuta*), the cinnamon teal (*Anas cyanoptera*), the redhead (*Aythya americana*), the canvasback (*Aythya valisineria*), the bluebill or lesser scaup (*Aythya affinis*) and the bufflehead (*Bucephala albeola*). Of these duck species, mallards, pintails and cinnamon teals are surface-feeders (puddle ducks), and the other listed species are diving ducks (Ebeling 1986:341). These two groups of ducks were captured by different methods, as surface feeders normally nest on shore, and diving ducks must run along the water before becoming airborne. The *Kauisik* also ate duck eggs, probably mostly those of the surface feeders, who generally nested on the ground.


Geese and Swans   Cahuilla living along the shoreline of ancient Lake Cahuilla in the Myoma Dunes area apparently ate both whitling swans (*Cygnus columbianus*) and Great Basin Canada geese (*Branta canadensis moffitti*) (Wilke 1976b). These swans are among the largest birds in California, weighing in at 12 to 20 pounds; while the Canada geese were smaller in size, 8 to 14 pounds, but were easy to capture because they spend much of their time feeding on land, generally in fields (Ebeling 1986:341). Eggs of geese and swans were also eaten. The Cahuilla word for a grayish goose with long

ACC0006650

white beak is *la?la?*.

**Grebes and Cormorants**  Wilke's research (1976b) indicates that the eared grebe (*Podiceps caspicus*), the western grebe (*Aechmorphorus occidentalis*), known in Cahuilla as *tamaswut*, and the double-crested cormorant (*Phalacrocorax auritus*), known in Cahuilla as *suwalval*, were eaten by the Cahuilla, but to a lesser extent than coots.[59]  Usually grebes build floating nests attached to a reed; while cormorants build theirs on the ground.  Both feed under or nearly under water (Ebeling 1986:343-44).

**Herons**  The Cahuilla living near ancient Lake Cahuilla are known to have eaten the great blue heron (*Ardea herodias*), called *suwalwal* in Cahuilla, and the black-crowned night heron (*Nycticorax nycticorax*) (Wilke 1976b).  Both of these species are wading birds who feed in shallow water, although the great blue heron also feeds in meadows, and on hillsides on field mice, ground squirrels, and gophers (Ebeling 1986:344).  Both heron species often nest in large colonies.  One such colony was located on the Bat Cave Buttes, which was an island on the north side of the lake at the time the lake existed (Wilke 1976b).  Heron and other waterfowl may have been acquired by the Cahuilla in open water or from these island rookeries using tule balsas.[60]  Wilke's research (1976b:105) indicates that although Bat Cave Buttes was an island more than four miles from shore, both great blue herons and black-crowned night herons were caught before they left the rookery, and that some were roasted and eaten on the spot by Cahuilla living near the lakeshore.

**Pelicans**  Both brown and white pelicans (*Pelecanus occidentalis* and *Pelecanus erythrorhynchos*, respectively), found today near the Salton Sea, were probably common along ancient Lake Cahuilla.  The brown is resident today along the entire coast of California and inland salty lakes, and may have lived along the ancient lake as it dried out and became a salt-water lake.  The white pelican, which winters in central California and spends the spring and summer on inland lakes, has been described by Cahuillas as a bird associated with the ancient lake.  According to Francisco Patencio,

> Now when the ocean was in this valley, strange birds came and lived here. . . .
> The white pelicans always live here when the water comes, and leave when it goes away.
> . . . There are several small islands, or hills when the water is not there, at the end of the
> Salton Sea.  One of these islands the pelicans use for hatching their eggs.  Much of the
> time the Pelican Island cannot be seen for the big white birds filling the air (1943:85).

In the creation story after *Mukat*'s death, the people meet pelican (in Cahuilla, *sovalivil*) who is

standing at the edge of the water, and he tells them how to find *Tamaioit*, who is one of the two creators of the Cahuilla world (Hooper 1920:376).[61]

Pelicans fished in the waters of the ancient lake and are suppposed to have brought fish, the striped mullet, there.

> No one can understand how the mullet fish that has the double eye-lids of the
> deep sea fish came in this lake that was made from a river.  Some of the head men of the
> white people say that this white pelican brings the kind of food that it likes best, and
> plants it in the water.  It flies across from the ocean with the young of the mullet in the

---

[59]The Cahuilla word for grebe is from Strong (1929:71); that for cormorant from Katherine Saubel (Wilke 1976b:16).

[60]See Wilke (1976b:91-92; 105-106) for more information about how the Cahuilla utilized these "island" resources.

[61]This is one of the rare references to Lake Cahuilla in Cahuilla oral literature, and one that links it with creation time.

ACC0006651

loose sack under its jaw, and so has the food that it likes best for its young (Patencio 1943:84-85).

The *Kauisik* ate the eggs of pelicans, as they did those of most birds.

Egrets  Egrets may also have been available along the shores of ancient Lake Cahuilla and small ponds and cienagas near Tahquitz Canyon, and were probably eaten by the *Kauisik*.

Seagulls  Seagulls could be found occasionally throughout the valley, particularly along the shores of the ancient lake and in nearby areas.  No data presently available reports the use of gulls as food.

**Reptiles**

Numerous snakes (Cahuilla, *sewet*), lizards (Cahuilla, *mulaq*) and desert tortoise (Cahuilla, *ayily*) were used as food by the *Kauisik*.

**Snakes**.  In the oral tradition of the Palm Springs (*Kauisik*) Cahuilla, snakes play a role.  When the creator, *Mukat*, and his twin brother, *Temaiyauit*, draw the center pole, the heart of the world, from their hearts, it will not stand up.  "*Mukat* answered, 'We can draw from our heart the center pole of the world,' . . . .  They put it into the air but it would not stand.  They then drew from their hearts all kinds of snakes [*palukuwit, temesuwut*] to hold the center pole of the world.  These they told to hold it but they could not" (Strong 1929:132).

In a later portion of the *Kauisik*'s oral literature, *Mukat* asks various snakes to doctor him to no avail.  These failed, "so he tried the water snake [*pasiwit*], the gopher snake [*pokawit*], the red racer [*tatahol*], and the king snake [*wiulwakanawit*], all of whom failed.  All of these only pretended to help him for they all wanted *Mukat* to die" (Strong 1929:139-140).  It should be noted that all of these species can be found within *Kauisik* territory.

Rattlesnakes  Of the many snakes indigenous to the project area, the poisonous species, rattlesnakes (e.g., sidewinder, *Crotalus cerastes*; speckled rattlesnake, *Crotalus mitchelli*; and red diamondback rattlesnake, *Crotalus ruber*) were feared, respected and associated with supernatural powers, thereby serving as referent points to sacred power and time.  Consequently, the rattlesnake design was a common motif in Cahuilla basketry and perhaps in rock art, albeit one used only by basket makers or shamans who were able to control the power.  They were also used ritually.  Rattlesnake poison was used both as a medicine and as a poison on hunting arrows and arrows used for warfare.  Rattlesnake rattles were sometimes attached to musical gourd rattles.  The rattlesnake, named *suwit* by the Cahuilla (Strong 1929:136) also figures in the creation story of the *Kauisik*:  "Rattlesnake was the only one that remained at home all day with *Mukat*.  He stayed at the door of *Mukat*'s house all day long" (Hooper 1920).

Francisco Patencio adds:

Now when the moon came home, bringing the young people, all laughing and dancing, they stepped all over a huge rattle-snake that liked to curl himself up in the doorway in the sun.  They danced on his head and on his nose, and the snake felt very badly, badly treated.

At this time *Mo-Cot* was lying in his house, and he saw them running over the snake, and as the snake was harmless and could not defend itself, *Mo-Cot* was sorry for it.  So, as they went away next morning, he got up and put two cactus thorns in the snake's mouth; if they stepped on him again, some one would be stung.  When they came back in the evening the snake was watching to sting any one who stepped on him.  They came as usual, walking all over him, and he bit one, but there was no harm done at all.

The next day *Mo-Cot* got mesquite thorns and put them in the snake's mouth and

ACC0006652

said, "Try it with this." The snake was ready for them when they came home in the evening. He bit the first one that walked on him, but it was just the same as before—no harm done at all.

Mo-Cot said the next morning that he was going to try again, "and if it comes out right, you can run under the rocks or into a hole (how y at) or brush." Mo-Cot took two hairs from his beard and put them into the mouth of the snake. Now, when the young people came, happy and dancing, they did it again, just the same as before.

The first one that danced on the snake, he bit. Then he started to run under the rocks. They chased him to kill him, but he ran too fast, and the one that was bitten died (Patencio 1943:8-9).

Most species of snakes were eaten, but the favorite was the rattlesnake, whom the Cahuilla called sawit.[62] Often caught by shamans, who did not fear their poisonous potential as others did, rattlesnakes were boiled or roasted to make a stew or soup. "Roasted in a stew, it tastes like the breast part of chicken. . . . The big fat ones are the best. The soup was good for stomach cramps, [but you] can't eat it if it has been angered. The heads are cut off and buried, [but] you have to catch them before the venom gets down" (Bean field notes, 1960).

The non-poisonous kingsnake (Lampropeltis getulus) was also highly prized as food and because it killed rattlesnakes. Hence the kingsnake was encouraged to live near humans and was indulged somewhat as a pet. It also served as a symbol among some Cahuilla groups for an important ceremonial role, the "paha." Other non-poisonous snakes, such the red racer known in Cahuilla as paXa', occasionally served as pets. "The pet comes to one in one's dreams, e.g., Lee Arenas has [a] red racer as his pet" (Harrington field notes).

Rattlesnakes were also used medicinally. Rattlesnake skin was boiled to make a medicine to treat diarrhea; rattlesnake poison was used by Alice Lopez's grandfather as a vaccination for aches, such as headaches and muscle aches (Katherine Saubel, personal communication).

During the warmer and hot months, usually active in late April and through September or October, snakes are active mainly at night. At higher elevations in the Pinyon-Juniper Forests, rattlesnakes and other snakes begin to appear during daylight hours in September, though in cooler summers they may make an appearance in late August at these elevations. Hence rattlesnakes could have been a food resource in the Pinyon-Juniper forests at the time when the Cahuilla were there to gather pinyon nuts. On the other hand, sidewinders generally inhabit sand dunes and sandy washes at the mouths of canyons; so they would be present in Kauisik territory in sandy areas on the valley floor.

**Lizards.** Lizards, too, figure in the oral traditions of the Kauisik. A little lizard, called tataksil in Cahuilla, kept watch over the creator, Mukat, to find out how his creatures could get rid of him.

Some of his creatures now began to plan how they could stop their creator Mukat from playing more evil tricks on them. . . . They came into the house dancing, and told tataksil (a little lizard that hides in cracks in the wood) to watch the creator; for the lizard alone was not afraid to watch Mukat at night. He hid in a crack in the center post while all the others were dancing around it. All night he stayed there, watching (Strong 1929:138).

Lizards were sought for food. There were a number of varieties in the Kauisik area, but the large chuckwalla (Sauromaulus obesus), called c'axwal by the Cahuilla, was eagerly sought for its sweet and delicate flesh. It was roasted on a fire. The word "chuckawalla" is one of the few in the English language

---

[62]Rattlesnake in Cahuilla is given variously as suwit (Strong 1929:136); sawit (Patencio 1943:90); and mesaxa (Bean 1972:61). The sidewinder is known in Cahuilla as te-man-a-se-wut; the gopher snake, as hukawet; the milk snake, as palokol (Kroeber 1907:238).

ACC0006653

*Kauisik* Faunal Resources

that derives from the Cahuilla language, however, in Cahuilla this word refers to a large cactus, not the lizard. "From El Torro the stage ran over to the Martinez Indians. The next stop was at Dos Palmos, across the valley. Then to Chuck a Walla, which does not mean a desert lizard, but a tall slender cactus" (Patencio 1943:62).

Lizards, as a rule, were collected by women and children, who pried them out from their hiding places among the rocks with a hooked stick or captured them in traps where they were clubbed to death or shot with an arrow. They were also acquired when brush areas were fired. In the early spring when lizards were abundant, they provided a source of food during a time of general shortage. Lizards, like snakes, were prepared by roasting or boiling.

Some species often served as animal familiars for shamans.

**Desert Tortoise.** The desert tortoise (*Gopherus agassizi*) was used for food, its meat being considered a delicacy. Additionally, the shell of this reptile was used for making musical rattles. One or several rattles, filled with seeds or pebbles and attached to a supporting stick, were shaken together to produce sound. The shell of the desert tortoise was also used as a scoop or container and sometimes as a dish. Carapaces were occasionally sewn together to form a necklace. Pieces of a carapace from desert tortoise have been found in two areas investigated in Tahquitz Canyon.

Desert tortoises favor cresote bush habitat. Here they dig a burrow in rocky, decomposed soils. They are found in the Indio and Mecca Hills, Santa Rosas and Little San Bernardinos and in the mouths of Palm Canyon and other canyons, such as Os Wit, of the San Jacinto Mountains.

According to Edmund Jaeger, the principal period of daytime activity for the desert tortoise is "during sunny days in March, April, and May, when the temperatures are moderate and the green vegetation on which they largely subsist is abundant. As the growing season of annual plants comes to an end, they eat sparingly of dry grasses and herb" (Jaeger 1961:292-293).

Desert tortoises in the *Kauisik* territory and adjoining desert areas mate sometime between March and August, and lay their eggs subsequently. Most tortoises lay their eggs in June, and their offspring hatch primarily in September. "The chief activities of tortoises are sun-basking, sleeping, traveling, eating, and digging" (Jaeger 1961:294). Within *Kauisik* territory, desert tortoise were found in areas with soils that were "sufficiently free from rocks to permit digging, and at the same time compact enough to maintain a strong archway over the hole after it is dug. This readily explains why these reptiles are absent from dune areas and also from places where stony, volcanic soils are prevalent" (Jaeger 1961:297). Such areas were on the valley floor near the mouths of Tahquitz, Chino and Palm canyons.

### Insects and Worms[63]

A large number of insect and worm species inhabited all the life zones available to the *Kauisik* people, particularly the Lower and Upper Sonoran life zones. Insects are mentioned frequently in the Cahuilla oral literature, but as a rule do not seem to have great symbolic significance. For example, in the creation story of the *Kauisik* Cahuilla, the creator, *Mukat*, when he becomes ill, asks various insects to doctor him. "Mukat grew sicker and sicker, and he called the horse fly [*pipic*] to suck his blood. This was the first time this was ever done. It did him no good. Then he called the sow bugs [*kumsewhitum*] and the dragon flies [*wakaiullalvawit*] to doctor him. These two failed . . . ." (Strong 1929:139-140).

Infestations by insects of food-producing plants could damage such food resources, so action was taken to stop the infestation. "It was the medicine men who burned the palm trees so that they could get good fruit. The bugs that hatched in the top of the palm trees, they made the tree sick, and no fruit came. After the trees were set afire and burned, the bugs were killed and the trees gave good fruit" (Patencio 1943:69).

Patencio was referring here to the infestation of the native fan palms by the palm-boring beetle.

---

[63]We are indebted to Mark Sutton for collecting information on the use of insects as food by the Cahuilla and other peoples of the Great Basin in his book, *Insects as Food* (1988). It has greatly facilitated the composition of this section.

ACC0006654

Insects, despite being often in competition with the Cahuilla for food, were themselves important as a food source, and were an important one because there was such a variety of species that were used either as adults or larvae, and they were present in such great numbers.

The most important insects to the Cahuilla were ants (*Formicidae*) and their larvae, grasshoppers (*Acrididae*), cricket pupae (*Gryllidae*), cicadas (*Cicadidae*), and various moth larvae (*Lepidoptera*) and worms which the Cahuilla called *piyatem* (Bean 1972:61). All of these species could be used as food or dried and stored for future use. In historic times, wild bee larvae and honey were also eaten, and many Cahuilla families owned a beehive. Yellow jackets were commonly found in palm fronds.

### Ants

The Cahuilla word for ant is *?anet,* but for specific kinds of ants there are a number of other terms.[64] Ants were available for food year-round, although one doesn't usually see them during wet weather. Ant hills were dug up and the swarming ants pushed into large pits where intensely hot rocks roasted them instantaneously. They were also boiled or parched as seeds were on clay plates or in baskets. Ebeling (1986:28-29) describes the consumption of certain honey ants (*Myrmecocystus*), known as repletes, which store the nectar gathered by foraging worker ants in their crops for later use by the queen, larvae and workers. "Indians, and later the Mexicans, pressed the repletes and ate the honey obtained in this way (Bodenheimer 1951) . . . . McCook . . . estimated that about 1,000 repletes are needed to yield half a kilo (500 g) of honey" (Ebeling 1986:28).

Ants figure in the creation story of the *Kauisik*, in which they help to spread the earth when *Mukat,* the creator, and his younger brother, *Temaiyauit,* create the world. "So for a second time they drew black and white earth from their hearts and placed it on the top. To spread this earth they drew from their hearts all the kinds of ants [*kuvicniwitum, anwitum*] who spread out the earth on all sides" (Strong 1929:133).

Ants were used medicinally for treating backache and other ailments.

[Take] a rag and get them mad and press them in the rag against [a] person's flesh and then take them back and put them to the ant hill. . . good for backache.

An old man had raised his shirt up and the women had gathered ants but did not know how to apply them, and Ada[m] was coming along and pressed one against his back and made the old man holler out loud in sudden pain from the bight [bite] (Harrington field notes).

They were also part of a solution from which arrow poison was made. "A small strip of flesh which is connected with the lungs of animals was dried and softened in water. It was then soaked in a concoction made of poisonous ants, herbs and tarantulas. A tiny particle of this was then placed on the tip of the flint arrowhead" (Hooper 1920:355). Ants were also used in the boy's initiation ceremony, i.e., the boys were bitten by ants.

**Grasshoppers**. Grasshoppers were called *wi?it* by the Cahuilla. When the grasshopper swarms appeared, they voraciously ate every blade of grass, every leaf, every flower, and every seed, leaving nothing but the denuded trunks and branches of trees. Grasshopper swarms were common in the spring when they massed in great black clouds of flying and crawling creatures. In some instances these swarms covered a mile or more. The Cahuilla then dug long trenches, filled them with heated rocks and sand, and scooped up and pushed the crawling insects into them. Grasshoppers, especially young grasshoppers that hadn't yet developed wings, were roasted before eating.

---

[64]In Cahuilla large red ants are called *nishkulum*; black ants, *tulikchem*; ants, *selikchem.*

ACC0006655

*Kauisik* Faunal Resources

Grasshoppers are found in the mesquite thickets and cienagas. An unidentified grasshopper-like insect called *pakush* by the Cahuilla was gathered from mesquite trees and then roasted whole on open coals (Bean and Saubel 1972:115).

**Crickets and Cicadas.** Cricket pupae and cicidas, called *taciqal* by the Cahuilla, could be found in large numbers at times and were eagerly gathered and roasted, as they, too, were considered delicacies. After roasting they were dried and stored for future use, to be eaten without further preparation or as a condiment with other foods like acorn mush.

Cicadas make a noise in the spring and summer. They arrive in the Palm Springs area in May and June. The Cahuilla gathered large quantities of Apache cicada larvae (*Diceroprocta apache*) from saltbush (*Atriplex* ssp.), to roast and eat (Bean and Saubel 1972:45). Cicadas were gathered in mesquite thickets. "Several insects relished by the Cahuilla were commonly gathered in the mesquite groves. The cicada (*tachikal*) was roasted whole on open coals and was a highly favored delicacy" (Bean and Saubel 1972:115). Cicadas were eaten at the stage when they have wings.

**Sphinx Moth Larvae.** Although the *Kauisik* utilized the dune primrose (*Oenothera deltoides*), *tesavel* in Cahuilla,[65] in the spring for plant greens, it may have been of greater importance as the host for sphinx moth (*Hyles lineata*) larvae, known in Cahuilla as *piyatem*, plural *piyakhtem* (Bean and Saubel 1972:94; Jaeger 1940). This plant, which is abundant on sandy areas of the valley floor, particularly dune areas, grows in *Kauisik* territory north and northeast of Tahquitz Canyon between the Whitewater Wash channel and the present location of Interstate 10.

Sphinx moth larvae, which look like large worms and are mistakenly called army worms, were a favorite treat of the Cahuilla.

> *Mo-Cot* told his people to send *all wot*, the crow, to go after "those my creation (*pe e whem em*)." The crow went, but he did not come back that same day, because he found them so good to eat, and so many of them, that he liked to live at that place with them.
>
> The *pe e whe em* were very large worms, something like the army worms of today. When they were roasted on hot rocks or hot coals they were considered very fine eating. Tribes of Indians often quarreled over the boundary lines when these worms were in season.
>
> *Mo-Cot* ate them, and they did him so much good that he sent the crow back again for more (Patencio 1943:18).

These larvae appeared at the surface of the ground in abundance after warm spring rains, and were collected in large quantities, prepared by parching, and stored for future use. Their arrival was celebrated by a first-fruit ritual, as were those of other insects and worms.

Cahuilla consultant Mrs. Ruby E. Modesto described the gathering of this larvae. "She remembered that her grandmother went out in the spring toward the hills, and they would gather the worms, killing them by pinching off the heads. The worms were roasted on a *comol* "griddle" and either immediately eaten or stored. Sometimes they were parched over hot coals, which dried them out and allowed them to be stored longer without turning rancid (Lando and Modesto 1977:110; Fenenga and Fisher 1978:85).

A Cahuilla consultant told Philip Wilke that the beheaded larvae were skewered on an arrowweed stem before roasting (Wilke 1976b). In 1884, entomologist William Greenwood Wright described the gathering of this larvae by Cahuilla men, women and children:

---

[65]Ebeling (1986), following Wright (1884), states that the sphinx moth larvae infest sand verbena (*Abronia villosa*).

ACC0006656

In an hour we came to the caterpillar pasture. The sand was dotted with mats and patches of a procumbent plant . . . on which vast armies of caterpillars . . . are feeding; they are huge worms three and four inches long. Another small army of Indians—[men, women, and children]—are out gathering them as though they were huckleberries, for use as food. . . . Seizing a fat worm, they pull off its head, and by a dexterous jerk the viscera are ejected, and the wriggling carcass is put into a basket or bag, or strung upon strings and hung upon the arm or about the neck, till occasion is found to put them into a large receptacle . . . at night, these Indians carry their prey home, where they have a great feast. Indians from a long distance come to these worm feasts, and it is a time of great rejoicing among them. The larvae that are not consumed at the time (and they eat incredible quantities), are put upon ground previously heated by a fire, and thoroughly dried, when they are packed away whole, or pulverized into a meal (Wright 1884:283).

*Piyatem* were locally available to the *Kauisik* a short distance from the mouth of Tahquitz Canyon. Francisco Patencio (1943:53) recorded the name of the south point of Palm Canyon, which was formerly known as Song Point, as *Pe ya hot mor am mah*, the "place of the army worms."

**Other Insect Larvae**. The Cahuilla ate several other insect larvae that infested the food plants they utilized. Among these were the larvae of the giant skipper (*Agathymus stephensi*), a heavy-bodied insect that resembles a moth and infests agave, and the clear, reddish lac that creosote bush lac scale (*Tachardiella* larvae) secretes (Ebeling 1986). Giant skipper moth larvae can reach up to 2 inches in length and were roasted and eaten as a delicacy (Ebeling 1986:364). Another larvae, possibly a beetle larvae, which was gathered and eaten, infested saltbush (*Atriplex* ssp.). According to Mrs. Alice Lopez, this " 'worm-like' thing . . . was gathered when the plant bloomed. It was then roasted and 'was good to eat like popcorn'" (Bean and Saubel 1972:45).

Cahuilla consultants recall that the lac produced by the creosote bush (*Larrea tridentata*), lac scale, was used as an adhesive, similar to pine pitch, to mend objects or glue things together, e.g., arrow heads and feathers to arrows (Coville 1892:361; Colton 1943:22-44).

**Spiders**. During the creation of the world *Mukat*, the creator, and his twin younger brother, *Temaiyauit*, tried to make the center pole of the world stant up, first by using snakes, then two huge rocks and finally spiders. Then from their hearts they drew all kinds of web-spinning spiders [*whalwhalwitem*, *kuitukwitem*],[66] and these ran their webs from the top of the pole in all directions, and at last the center pole of the world stood firm (Strong 1929:132). Then they tried to attach the earth to the top of the center pole. "This earth they put on top of the center pole of the world but it rolled off and was lost. From their hearts they drew all black and all white spiders [*kuitukwitem* and *whalwhalwitem*, respectively], who spread webs in all directions" (Strong 1929:133).

The black widow spider (*Latrodectus mactans*), whose Cahuilla name is *ku'yXingic* (Harrington field notes), was used for medicine. As Adam Castillo told J. P. Harrington, "Ada[m] has heard . . . the Indians used it for medicine. My great grandmother used to make it bite her, she would suffer three days wrapt in a blanket (gesture), the poison goes through all your joints, and then you feel like a young person again, you feel like you would jump over that building there. But you have to diet when you are under this, and eat no salt."

There was an old man at Soboba who used to keep several of these spiders for medicine (Harrington field notes).

Tarantulas (see above), known in Cahuilla as *kwayakawish*, were part of the concoction from which arrow poison was made (Hooper 1920:355).

---

[66]Cahuilla names for the web-spinning spiders are included in footnotes 229 and 241; *whalwhalwitem* are white spiders and *kuitukwitem*, black spiders (Strong 1929:132, 133).

ACC0006657

**Bees.** Wild bee larvae and honey were eaten in historic times. The beehives of imported honey bees were tended by the men and were individually owned. The honey was collected regularly, although some was always left behind for the continuation of normal beehive activity.[67]

**Flies and Mosquitoes.** Flies were among the animals that could serve as messengers to a shaman (Hooper 1920:337). The giant flies that are bigger than the green fly, known in Cahuilla as *aawut tukishnish*, served in this way. "They talk to you and bring something bad, news of death. They sit close to you when they do this" (Katherine Saubel, personal communication).

Mosquitoes also acted as messengers. For example, in the story of the spring at Palm Springs, mosquitos were used as messengers.[68] Their father, the medicine man, was . . . told . . . that their sister had been taken by the spring. That evening he went to the spring. Then he witched the spring with the mosquitoes. The mosquitoes carried his words of power to the spirits of the water below" (Patencio 1943:92).

## Domesticated Animals

**Horses, Burros, Cattle, Sheep, Goats and Chickens.** Horses were not in the project area in pre-European times, but were introduced to the Cahuilla during the Spanish Period. By the early 1800s, both horses and cattle (in Cahuilla, *pa sakut* and *wa'"is*, respectively) were familiar to the Cahuilla. Patencio says of these adaptations: "After some time the Mexican rancheros had many herds of horses. They were so cheap that the Indians exchanged hats made of palm leaves for them" (1943:81).

Horses, mules and cattle may have first been introduced to the Cahuilla when the Anza party traveled through Coyote Canyon on the western side of the Santa Rosa Mountains. In his diaries of Pedro Font (Bolton 1930:Vol. 4) records that about 300 head of cattle, 325 horses and 160 pack mules trampelled and foraged their way through Coyote Canyon.

According to Francisco Patencio (1943:82): "After the missions and Mexican ranchos took so much of our land . . . the Indian people were very glad to get a few horses, cattle, goats and sheep. Then they used meat and wool from the tame animals.

In historic times large domesticated animals or those descended from domesticated stock, such as wild horses, donkeys and burros, became the object of predation by the Cahuilla (Bean and Mason 1962); and for a time, at least, horses as well as cattle were eaten. Later, however, horses were used for transportation of cargo. Such uses are described as early as 1823 in the Romero expedition diaries (Bean and Mason 1962).

By the early 1800s, most Cahuillas were familiar with European animals, and by the 1840s were raising stock and using horses for transportation. By the 1860s, many Cahuillas had considerable herds of cattle, and, by the 1870s, they were raising cattle on reservation lands and working on Euro-American ranches.[69]

Charles (Charlie) Thomas is said to have negotiated with the Cahuilla for meadows in the San Jacinto Mountains (in Garner Valley) upon which he grazed his cattle, paying for the land with as many as 200 head, or as few as 22 head, of cattle. Reports vary (Jackson and Kinney 1883:416). Some of the Cahuilla took their cattle and moved to the Cahuilla or Ramona Reservations, while others were employed

---

[67]The Cahuilla word, *ashlem*, referred to domestic animals such as bees and pets.

[68]Cahuilla consultants have told Lowell Bean of several such instances of insects talking to people (Bean field notes, 1959-60).

[69]Cattle raising is one industry that the Cahuilla participated in both on their own lands and as wage labor for Euro-Americans until recent years.

ACC0006658

by Thomas as cattlemen on his ranch (Gunther 1984; Reed 1967:226).[70]

Wild burros, particularly young burros, sheep, and goats were also introduced during historic times and were sometimes eaten (Bean field notes). Additionally, the milk from goats and/or cows was used to make cheese (Indian cheese). Other European domesticates, such as chickens (known in Cahuilla as *hanoma*), were brought into Cahuilla territory at an early date and were raised for meat and eggs. Chickens were raised on the Agua Caliente Reservation in recent years, as were pigeons. Chicken eggs were used for cash income by a few women in the early years, e.g., 1920s.

### Competition with Other Animals for Food

As has been pointed out in the above, various animals that were found in *Kauisik* territory were in competition with the *Kauisik* for food resources. Like some insects they could significantly affect the food supply.

> Prior to the gathering, men were sent out to scout the best gathering places for that season. Since deer and mountain sheep often ate agave before it could be harvested, it was important that attention be paid throughout the season to areas where plants were likely to ripen . . . "During the early summer, the cones—not yet fully ripened—were . . . placed in a pile and a fire was set over them or they were baked in a pit. The heat prematurely opened the cones, so that the pinyon nuts could be collected before their natural opening when competition with animals and birds was acute . . . Even so, there was always the risk of losing a large portion of the crop. When pods began to drop naturally, they might be rapidly depleted as a food source by animals that relished the mesquite bean (Bean and Saubel 1972:32, 103, 109).

Bears, mountain lions and bobcats were all competitors for the food supplies used by the Cahuilla. Bears competed mainly for the food plants, such as berries, fruits and tender shoots, which the Cahuilla gathered during the summer and fall, while mountain lions competed mainly for deer and bighorn. Bobcats competed for ground squirrels, wood rats, white-footed mice, rabbits and occasionally quail.

Additionally, since grizzly bears, like people, were omnivores, they also scavenged dead animals, and occasionally killed deer; therefore, if a hunter left behind meat after a successful hunt, bears might be there when he returned to get the remainder of the meat.

Although scavengers, coyotes would have competed with the Cahuilla for small game, such as mice, wood rats, rabbits and squirrel. They were also known to scavenge palm fruit, manzanita berries, etc.

### Pets

Some mammals, birds, and reptiles were treated as pets in *Kauisik* households. Dogs (*Canis* spp.; Cahuilla name, *?awal*) were favored because they communicated with people. In legends they were referred to as "people of the early time" (*Nukatem*) who had transformed for one purpose or another. Since dogs had souls like humans and understood what humans said (Hooper 1920:361), they were capable of being spiritual messengers for the shamans. The *Kauisik* creation story states that *Mukat* appointed the dog to guard the home and protect the people (Hooper 1920:361). Other pets were also used by the shamans for information.

Dogs were used in hunting, to discover the presence of game, or to aid in the chase; however, their primary adaptive function was as watchdogs, a significant role in a society that needed warnings of impending dangers from predators (animal or human), and as scavengers, to keep homesites clean by clearing the refuse away. In times of famine, dogs were eaten.

---

[70]Dung is recorded as the fuel used for firing pottery (Kroeber 1908:56). After contact, cattle dung was probably used for this purpose.

ACC0006659

Cahuillas have recounted instances where dogs and other pets were used to train young hunters in the lore of animal behavior. Children were taught proper attitudes toward animals by having pets. They learned, for example, that their animals were to be treated with care and respect, even though the Cahuilla tended not to display special affection toward their pets (Bean 1972:64).

## Technology and Rules of the Hunt

A detailed reconstruction of the technology used for the capture of game animals and birds is beyond the scope of this report; however, we shall review the primary techniques. With the advent of stock raising, agriculture, and guns, most traditional hunting activities passed out of use quickly, in contrast to plant processing technology, much of which continued to be of efficient use to them for some time. It is only because old people participated in, or heard about, hunting technology from their parents and grandparents that its main outline can be constructed.

The throwing stick and the bow and arrow were the primary weapons for killing game. The throwing stick served for killing various types of game animals and birds and was especially useful for killing rabbits. Considerable throwing skill was required. The stick was thrown close to the ground to break the legs of the animals or stun them. They were frequently decorated with personal insignia to generate "power," smeared with the blood of animals, or painted with hematite.

Two types of bows were used—the self-backed and the sinew-backed bow—both types ranging from three to five feet in length. Bows were usually made of willow, mesquite, or the stalks of palm fronds. Arrows were made of cane, sagebrush, and arrowweed, and tipped with stone or wooden points of various sizes and shapes depending on the kind of game sought. One cache of such arrows found in the hills above the Coachella Valley had a dozen variants of such.[71]

Although the bow and arrow were used for killing birds and small game, they were most effective when hunting large game animals. The tension of the bow was sufficient to propel an arrow at a twenty or more yard range to kill a deer. The arrow tips were dipped in poisonous concoctions made from the venoms of black widow spiders, poisonous ants rattlesnakes, and fetid meat. Although the animal might not be killed by the penetration of an arrow, it would eventually die or become incapacitated from the poison.

Bows and arrows were used for fish, the evidence being an arrow embedded in a fish vertebrate, seen by the author in a private collection, acquired in the Coachella Valley. Young boys were trained in marksmanship from a very early age using diminutive bows to kill small game.

Rocks were also thrown at game. A practiced eye and throwing skill were taught to young boys from an early age. When a rabbit stick was not available, appropriate throwing by hand or a sling would be used.

Fire was also used for killing game. Nests were burned and clumps of bushes or trees were set on fire to flush the game out. The game was clubbed, netted, or shot with bows and arrows as it fled from the burning area. Some were asphyxiated or killed in the fire.

Another common method used for extracting small game from their burrows was to make a great deal of noise to frighten them out, or to use a simple stick for prodding them out. A stick was also used to insert into the nest which, if twisted quickly, caught in the fur of the animal, enabling the hunter to extract it.

Several kinds of traps were used, e.g., spring pole snares. Deadfalls with seed triggers were the most common. "Box" traps were used for quail and whatever other small game might be captured. A narrow-necked opening was built through which the birds, e.g., quail, could enter an enclosure from which they could not escape. Dozens of birds could be captured at a single time. Narrow-necked pots were buried on game trails and near feeding areas and sometimes partially filled with water to drown the animals who fell into them.

Pit traps were also used. A hole two or three feet wide was dug and covered over with a

---

[71]On display at Malki Museum.

ACC0006660

delicately balanced lacery of sticks and grass so that small game would be trapped. The task was not as physically demanding as other kinds of hunting, therefore trapping was often done by old men, women, and youngsters. There was cooperative hunting efforts of several or many men who acted in running down the game in relay fashion, e.g., with antelope.

Decoys and game calls were used, as were deerhead disguises by hunters, which enabled them to get close to prey. Knowledge of calls and skills in imitating game was a highly developed art and is frequently recalled when recounting the special qualities and abilities of an individual hunter, as was, of course, having a spiritual relationship with a guardian spirit, e.g., *Pemtemwheha* (Bean 1972:66).

Nets were, of course, a very significant part of the capital equipment. They were made and owned by the men and placed along game trails for whatever small game or birds would be caught within. The nets were especially productive when used in conjunction with a communal drive. A number of people acted together to drive the animals into the nets or into stone weirs.

Flares were used in night hunting to attract birds, and hunting blinds were constructed of rocks or brush, behind which the hunter could conceal himself until the game approached. Hunting blinds constructed of rock and/or foliage often provided the hunter a place to hide near where game approached. The skillful hunter carefully studied the behavior of animals in order to acquire what knowledge he needed.

**Meat Processing and Consumption.** Virtually every part of the game animal might be utilized for food (meat and bone), fashioned into tools, clothing, or other useful articles. Butchering and skinning of large game animals was usually done by men, while the cooking was done by women, except on certain ritual occasions, or while the men were on hunting or trading expeditions. Smaller game were processed by women.

All the meat of animals was used. The meat was roasted, boiled, or cut into strips to be dried as jerky. The jerky was either chewed directly or simply recooked in water.

Usually game was skinned before cooking, but sometimes not, because the fur and skin, acting as a protection against the heat of the coals, enabled the cooked meat to be lifted directly from the charred skin and eaten (Alvino Siva, personal communication). Thick, soft clay was frequently molded around the carcasses of small animals—fur, skin, and all—and the packet put directly into the coals. After roasting in the fire, the clay container was broken open and the meat neatly removed.

Boiling a bird or small animal was also done very often with skin or feathers left intact. Marrow was acquired by cracking the bones. The bones were crushed and ground into powder that was mixed with other foods. Blood was either drunk fresh or cooked.

A special meat processing technique was used in preparing meat for old people. A multi-ridged metate was used to grind the meat, making it easily swallowed and digested.

Bones were used for making tools, e.g., beads, scraping tools for tanning hides, awls, and needles. Some rawhides and sinew were cut into strips, e.g., deer and rabbit skins, and wound with twine to make blankets. Hides were used for making clothing, ritual regalia, and quivers for arrows. Tendons were used to fasten arrowheads to arrows or stone knives to handles.

## Bows

Bows (*Huul*) were made of several woods, e.g., desert willow, mesquite, and palm frond stems, which don't break easily. Mesquite was considered especially good for this purpose but breaks easily after it dries. Patencio said of the first bow, which was made by *Mukat*; "A few of the first-created trees (not so large as the first ones) have been saved by *Un-naw* [the creator-power]. These trees are the redwood trees in Middle California" (1943:76).

In another account Patencio said:

> *Ca wis ke on ca* had a bow made of wild cypress and plastered on the back was the muscle of the back and legs of the deer. The head of the deer was cooked soft, and a glue was made of it. The muscle of the deer was plastered to the bow, which stuck for

ACC0006661

ever, and never could break. This bow was short and easily handled, and shot a long distance (1943:88).

When *Mukat* made bows, Patencio records, he "called for *is bawal* (redwood) to make the bows. It is strong and hard to split, it is very strong and shoots the arrow a long way" (Patencio 1943:11).

Regarding sinew-backed bows, Lee Arenas of Palm Springs asserted that they were used in warfare and for hunting large game. Bows were approximately 3 to 4 ½ inches in width and three quarters of an inch to one inch thick.

When Kroeber collected among the Cahuilla in the early 1900s he noted that the, " . . . better ones are roughly squared in cross section. Others were more rounded and some of those are still covered with willow bark on the back outside. . . . There is very little taper in either width or thickness from the middle of the bow to the ends" (Kroeber 1908:57).

He noted that a Cahuilla house would contain a bow and two or three arrows used for small game and that Barrows "has said, the bow is apt to be shown with an apology and an explanation of the superior qualities of those made by the former forefathers" (Kroeber 1908:57).

By the time Hooper visited the Cahuilla she did not see any bows in Cahuilla households. Collectors, like Kroeber, Edward Davis, and others had acquired many Cahuilla artifacts now housed in museums.[72] However, consultants recall their use as late as the 1930s. Guns, of course, had replaced bows and arrows as hunters' implements for most Cahuillas by this time, but some still used traditional tools.

### Bowstring

Bowstrings were made of fibers, usually two or three ply. Agave was preferred, but sinew, often of mountain sheep, was also used. Kroeber noted that iron wire was sometimes used when he was among the Cahuilla. Drucker has stated, "Primary or thumb release could be used, the bow being held either vertically or horizontally" (Drucker 1937:16; Curtis 1926:25).

### Arrows

In the story of war and death, in the creation story of the Cahuilla, Patencio recalls, in two accounts, that *Mukat* made arrows. He says:

> After the moon had gone away, *Mo-Cot* began teaching the people. He taught them to shoot rocks from split sticks toward each other, by snapping the stones from the sticks. Then he made the *pa hal*, a cane, to grow.[73] This is what he made the arrow sticks from. It was cut while somewhat green, then they dried it. Some dried crooked, and then they took a certain dark stone and cut straight grooves in it (Patencio 1943:11).

Arrows (*huyal*) were made from a straightened hard shaft of wood sharpened at the end, or a cane into which a wooden foreshaft would be placed into a notch. These, Patencio says, "were made to kill for food" (1943:11). Barrows noted that wormwood (*Artemesia ludovianca*) was sometimes used.

When Kroeber visited the Cahuilla, the most common arrows were the wooden ones. They were about three feet long and had only two feathers, probably because they were used for small game (Kroeber 1908:58-59).

In preparation for applying the feathers, the feather was split down the quill, and each half was laid against opposite sides of the shaft. The ends were fastened down with sinew wrapping. The half

---

[72]For example, the Museum of the American Indian, the Phoebe Apperson Hearst Museum of Anthropology (University of California, Berkeley), the Field Museum in Chicago, the Museum of Natural History in New York, and the Southwest Museum in Los Angeles.

[73]See Bean and Saubel 1972 for further discussion.

ACC0006662

feathers were not in line with the shaft but were given a quarter twist around it (Kroeber 1908:58-59).

Among the feathers used for the arrow were those of the eagle. A tale recorded by Hooper suggests a mythic origin/validation for this use.

> He became a man and could make his own arrows. One day he became curious
> and walked a long distance from home until he found himself quite close to this smoke.
> He then looked carefully to see what kind of arrows his enemies had and noted that they
> had several different kinds.
>
> When he returned home, he asked his mother why they had several kinds of
> arrows and he only one kind. She told him that was because they had many men there,
> each of whom could make a different kind, while she, being only one person, could make
> only one kind.
>
> *Takweltekesnikish* began to think very seriously. He wanted to kill those people,
> but he was alone. Finally he made an arrow and threw it to the sky. After a time it fell
> down and was a large eagle instead of an arrow. Now the youth could put eagle feathers
> on his arrows (Hooper 1920:372).

The use of the eagle feather is also a symbolic reference to the eagle as a sacred bird, as well as itself a great hunter whose power can assist the arrow to find its mark. Other feathers, e.g., those of hawk, had similar powers.

The cane arrow, usually longer than the single piece arrow, consisted of three or four joints 3/8 to ½ inch in diameter. A piece of wood projecting about 8 inches was led into the front end, which was then wrapped with sinew (Kroeber 1908:58-59). The cane (*pahal*) was cut when still green, then dried. It dried crooked, it was straightened with an arrow straightener (see Arrow Straightener).

Short arrows with long feather trimmings were used for long distance shooting. The short arrows, according to Hooper (1920:358-359), usually had three feathers and the larger ones had two feathers.

Arrows and bows were often decorated by burning,incising, or painting with the blood of game animals. These implied power and private ownership. They were also decorated with hematite (likewise used in rock art and in body painting for ritual dances). It was a spiritually powerful substance because it was the last gift of *Mukat*. As he was being cremated, Coyote stole his heart and ran away with the drops of the blood, which turned into hematite (Patencio 1943:26).

## Arrow Straightening and Arrow Straighteners

A necessary and precious implement of the arrow maker's tool kit was the arrow straightener, called by the *Kauisik* Cahuilla *Yan a pish* (Patencio 1943:11). Kroeber noted, in 1908, that the oval or rectangularly shaped stone was among the most commonly found artifacts, but at that time it was a little used artifact among the Cahuilla. The bow by then had been replaced by the gun, and the hunting of game was no longer critical to *Kauisik* survival.

Arrow straighteners were made of steatite which could be acquired from local or distant sources, e.g., Los Angeles. They were oval or rectangular in shape, with a raised surface in the center of the object, and a groove, or grooves, dividing the surface. They were also often decorated with lines going from the groove outward to the end of the implement. According to Cahuilla elders this served as a decorative ownership mark, as well as a source of supernatural power (Bean field notes 1961-1962).

The arrows—usually the cane type—were straightened via this groove. The rock was heated to red hot, some consultants have reported, and then the cane was dampened with saliva or water and passed through the groove, twisting, turning, and pulling the arrow through the groove until it became perfectly straight (Patencio 1943:11). Kroeber suggested that the long "longitudinal ridge extending at right angles from one of both sides of the groove served to bend cane arrows at joints, the joint being placed directly upon the ridge after the stone had been heated" (Kroeber 1908:53).

Of course, these objects were made by men, owned by men, and were usually destroyed or left with them when they were cremated; however, from the late 1870s until the time Kroeber and others

ACC0006663

*Kauisik* Faunal Resources

collected among the Cahuillas, they were often sold or traded for other objects by their owners. They are among the most commonly found Cahuilla artifacts in museum and private collections. Their popularity with collectors may explain why only two arrow-straightners were found in the project area.

## Projectile Points

Projectile points (principally arrow heads) were of various sizes, shapes, and materials depending on their purpose—hunting small or large game or birds, or for war or recreational use. The arrow (*saxat*), when made of cane, had a point inserted.

Stone points were recalled by Patencio, who noted that they used two shapes—one for killing game, and another for combat. He says:

> There were all kinds of arrow heads—white, red, pink, blue, black, yellow, all kinds of colors nd shades, hundreds of them. They were heated in the fire red hot, to make the shapes. There were two shapes, one for food ([drawing]) and one for war ([drawing]). The one used for food could be pulled out, but the one used for war could not be pulled out, or had to go through, or be taken out.
>
> When this was all finished, the arrowheads were fastened on the arrow sticks (1943:11).

Drucker noted that arrowheads of stone were tanged side-notched among the Mountain Cahuilla, one notch on each side also among the Mountain Cahuilla, and that stemmed and spurred and fish tail points were used by the Desert Cahuilla (see discussion of arrow points, Archaeology chapter). They were made of flint or obsidian (Curtis 1926:27), and, in later times, of glass. Hooper's consultants noted that black or red stone points were used for long distance shooting.

Wooden points were as commonly used as stone points. They were used for hunting small game animals and birds and were shaped in various ways—simply sharpened hardwood, e.g., mesquite, inserted into a cane arrow, to ones with various shaped tangs, one side tanged with one or more, or two-sided tangs.

The origin and uses of arrows was attributed to *Mukat*, and *Takwish* and other culture heroes of the Cahuilla history. Discussions and uses are recounted in a number of "stories," examples of which will be presented below.

After *Mukat* had created the world most activities in Cahuilla life were gifted, taught, to the people by Moon (*Menil*), the principal female culture hero of the Cahuilla (Bean 1972; Bean 1992). *Mukat*, however, and some of the other male culture heroes left their gifts, as well, e.g., hematite and agricultural plants.

One of the actions which finally led to *Mukat*'s death was that he insisted on death as a necessary demographic need and that he encouraged the people to kill each other. This was done in an especially duplicitous way. Patencio says:

> When the arrow was finished, *Mo-Cot* made the arrowhead, or point. It was made in his lungs, and came out of his mouth. When he was making the arrowheads they were heard rattling in his lungs—this in Indian is called *S i vat* [arrowhead]. . . .
>
> Now that everything was complete, *Mo-Cot* began teaching the people how to shoot each another, by drawing off the arrow heads, which left only a harmless stick. They learned how to shoot at each another by drawing up sides, and no one was hurt. . . .
>
> Then Tahquitz . . . said, "You watch me now, because there is no danger." He then took an arrow, pushed it down his throat, then thrust it in his side, then through his head at the temples, then stabbed himself through the lungs. He said, "You can see it is nothing. I am not dead, it is only play." This is what he told them all.
>
> They believed him and thought that they could do anything that he could do.

ACC0006664

Then, when they began shooting at each another, many were killed (1943:11-12).

At a later point people did use arrow points. *Mukat* invited the people to shoot him. He was not harmed, so the people shot at each other, and some died. This was one of several events which led to his "creations (*nukatem*)," killing him. In other tellings, it was the culture hero, *Tahquitz*, who encouraged people to shoot at each other (Patencio 1943:12).

Another use of arrows, a religious one, was done during the *nukil* ceremony. Strong noted that

> In the old days, according to Mrs. Rosa Morongo, a relative, usually a man, carried the image. He would run with it and the *paha* would shoot at him with a bow and arrow. This was called *mamaneka* in Cahuilla and *wuuv* in Serrano, meaning "dodging." The man was paid for this service, and on his success in dodging the arrows depended the fate of the spirit whose image he carried (Strong 1929:130).

The images, themselves, were at one time made of the same tule matting from which the *maïswut* was made.

## Poison Arrows

On occasion, especially in the case of war, arrows were poisoned (Patencio 1943:11). Hooper reports:

> Poisoned arrows were used in case of war. The method of poisoning has been described....Poisoned arrows were used when it was considered necessary. A small strip of flesh which is connected with the lungs of animals was dried and softened in water. It was then soaked in a concoction made of poisonous herbs, ants, and tarantulas. A tiny particle of this was then placed on the tip of the flint arrowhead (1920:359).

Arrows used in war were called *Hoo l* (Patencio 1943:11). Others have cited snake venom and blood, as well (Drucker 1937:16; Bean field notes 1960-1970).

## Quivers

Quivers used by the Cahuilla were made of wildcat, coyote, and dog skin. Arrows were put into the mouth of the animal by some, while the skin was sewn up, by others, to make a quiver. It was carried on the back or the side. Arrows could also be carried in the hand—three arrows, according to Hooper (1920:359).

## Wristguards

A wristguard made of skin was used for shooting. Deerskin, cow, or horse have all been mentioned as materials used. In one of the *Kauisiktum* traditional stories Patencio relates:

> He [*Ca wis ke on ca*] had a wild cat skin on his back for a pocket to carry arrows and many other things. This was sewed up with buckskin in the end, so that the points of the arrows could not cut through. *Mum on quish* had a dog skin on his back to carry his arrows. *Ca wis ke on ca* said, "Now that I know we are brothers—you are my oldest brother—we will exchange all we have: clothes, shoes, bow and arrows, everything. And *Ca wis ke on ca* took all that belonged to *Mum on quish* and wore them, and *Mum on quish* wore all that belonged to *Ca wis ke on ca* (1943:88).

## Social and Mythic Considerations

Despite the tale in which a woman made arrows (see above), as a rule women were not allowed to handle bows and arrows, or, for that matter, any hunting equipment, but especially when menstruating,

ACC0006665

*Kauisik* Faunal Resources

since the menstrual flow could remove the power of the equipment necessary to acquire game.

Young novices were taught to use a miniature bow at a very young age, practicing the art on small animals and birds and in several games. Shooting was called *taxmul* in Cahuilla. Curtis has described two such games:

> *Kálmóanil* ("shooting game") was an archery contest. An arrow was shot as far as possible, and each contestant sent one after it. He whose arrow lay nearest the first one took those of his opponents.
>
> *Tahyónil* was another form of archery. *Áminŭt*, a tight roll of mesquite-bark the size of a finger, was laid on the ground. The contestants stood about twenty feet distant and at it, and he who first struck it picked it up, placed one of the arrows on his bow string, laid the *áminŭt* on the arrow just outside the bow, gave it a toss into the air, and discharged the arrow at it. If he struck it, the arrow became his property and he tried again with another arrow of those that had been shot at the target. Each arrow with which he struck the *áminŭt* he won; but as soon as he missed, the contest was resumed at the beginning (1926:162).

The significance of the use and manufacture of the bow and arrow is attested to by Cahuilla oral literature. They are mentioned often in the context of social roles and the use of supernatural power.

> . . . *Mo-Cot* began teaching the people how to shoot each another, by drawing off the arrow heads, which left only a harmless stick. They learned how to shoot at each another by drawing up sides, and no one was hurt. After they had learned to shoot well, *Mo-Cot* drew up sides, and putting on the arrow heads told them to shoot. Some of the people were wise, and knew what would happen when *Mo-Cot* told them to shoot, and this they refused to do.
>
> Now there were three kinds of natural birds, also the butterfly, that could not be shot with the arrows; no matter how close they were, they could not be hit. Not the birds we see today, but the first created birds, they were different. One was the crow, one the water-bird, and the other like the red breast sparrow . . . .
>
> Then *Tahquitz*, one of the first created Indians by *Mo-Cot*, was very wise, and knew many things. He said, "You watch me now, because there is no danger." He then took an arrow, pushed it down his throat, then thrust it in his side, then through his head at the temples, then stabbed himself through the lungs. He said, "You can see it is nothing. I am not dead, it is only play." This is what he told them all.
>
> They believed him and thought that they could do anything that he could do. Then, when they began shooting at each another, many were killed (Patencio 1943:11-12).

In another story it is said:

> Then, when they had become almost grown men she [Sundown] sent them across the valley to gather wild bamboo for arrows. She told the older one to get them with short joints, and the younger one to gather them with long joints. In the morning they went a long way before coming to the place where the bamboo grew.
>
> When they saw how fine the bamboo was, the oldest brother wanted to gather the stalks that had the long joints, but the younger brother said: "You know old Sundown told you to take the short joints, and for me to take the long ones."
>
> They settled the quarrel, and they did as their mother Sundown had told them to do. They gathered the bamboo and took it home. Their mother told them to put it away for drying, which they did.
>
> The next morning Sundown told them to go a long way off till they came to the

ACC0006666

cliffs where an eagle had a nest. Sundown told the older one to take the young eagle of
dark color, and the younger one to take the one of white color. They went and came to
a very steep bad cliff. The next was so high it could scarcely be seen. They asked each
another what they should do (Patencio 1943:104-105).

Quarreling over what was a correct procedure was a basic theme from the beginning, especially
between young and older persons (Bean 1972; Strong 1929; Patencio 1943), as is social bifurcation
symbolized by color, in this case, black and white.

In the story of *Kunvachmal*, kin relations, social ranking and people's reactions to it are expressed,
as is the importance of the role of and manufacture of the bow and arrows:

> However, *Kunvachmal* had been there long enough to see what fine things his
> half-brothers had to play with, and was jealous of them. He went home and told his
> mother he wanted things such as his brothers had. She told him that they were poor and
> could not have such fine things. The boy began to cry. His mother went outside and
> made a bow and arrow out of mesquite bark. When she handed it to *Kunvachmal*, he
> complained because it did not have eagle feathers as his brothers' arrows had. She told
> him to go outside and pick up any kind of feathers he saw. He gathered quail feathers
> and she put them on his arrows and he was satisfied.
>
> Next day, *Kunvachmal* took his bow and arrows and went to see his brothers
> again. They looked at his arrows and then broke them. *Kunvachmal* cried and went
> home and told his mother about it. She told him not to go back there any more, but he
> returned, and each day they broke his arrows.
>
> Finally, the brothers tired of this and decided to play a game with him by which
> they thought they could win the arrows and keep them for themselves, instead of breaking
> them, for they were beautifully made arrows.
>
> At first they won, and each day *Kunvachmal* went home without any arrows.
> Soon he began to win, however, and took home the fine arrows belonging to his brothers.
> This made them angry and they told their father how things were going (Hooper
> 1920:367).

Several accounts exist of a woman, usually a widow, instructing her sons about arrow making
(Hooper 1920:377), as do accounts of their use in defense brought out when a danger was perceived as
in this story told by Ramon Garcia of Morongo:

> He [*Takweltekesnikish*] became a man and could make his own arrows. One day
> he became curious and walked a long distance from home until he found himself quite
> close to smoke. He then looked carefully to see what kind of arrows his enemies had and
> noted that they had several different kinds.
>
> When he returned home, he asked his mother why they had several kinds of
> arrows and he only one kind. She told him that was because they had many men there,
> each of whom could make a different kind, while she, being only one person, could make
> only one kind.
>
> *Takweltekesnikish* began to think very seriously. He wanted to kill those people,
> but he was alone. Finally he made an arrow and threw it to the sky. After a time it fell
> down and was a large eagle instead of an arrow. Now the youth could put eagle feathers
> on his arrows (Hooper 1920:372).

The bow and arrow are associated with the sky constellation, Orion, which is associated with a
major game animal—the mountain sheep:

ACC0006667

In the constellation known as Orion, there are three stars in a row known as the Belt, which are mountain sheep. Below are three smaller stars in a row, pointing toward the first three: the sword. These represent an arrow which has been shot at the mountain sheep by a hunter. The great bright star, Rigel, is the hunter who has shot the arrow at the mountain sheep (Hooper 1920:363).

The use of the bow and arrow in ceremony is recalled. Hooper recorded that at the *nukil* celebration for the dead that "certain ones who had been appointed would shoot arrows into the air and all would shout (Hooper 1920:329).

In the boys' naming ceremony among the *Kauisik*, the *paha* wore a decorated quiver. Strong notes:

This ceremony, called *wek'lūil*, has marked similarities to the *mānet* ceremony to the west, likewise this ceremonial quiver, called *hōkil*, appears as a possible derivative of the more elaborate western ground painting which was not used among the Palm Springs Cahuilla. The quiver was made of mountain sheep, deer, or wildcat hide painted in symbolic designs with red and black, and was regarded as specially significant to the boys undergoing instruction (Strong 1929:117).

Strong records two other such incidents of their use in war:

When I became old enough to think my own thoughts, I knew that the time of the bows and arrows and guns was gone . . . . The *awilem* people feared they would be attacked, so each of the clans sent three or four young men armed with bows and arrows to *puichekiva* (the informant's village) to guard it against attack. They remained on guard for several days and nights and then as nothing happened returned to their respective villages. No more trouble resulted from the incident (Strong 1929).

Apparently there was only a ceremonial bond between the three Palm Springs clans, for no data or any purely political leadership were remembered. The father of Alejo Potencio [sic] told him that once all three of these clans went together to fight with a desert group that had trespassed upon their food-gathering territories. The two parties fought with bows and arrows but no one was killed. (A statement in regard to warfare that seems to be applicable to most of these southern California Shoshoneans.) One old man named *piwitcem*, who led the desert people, dodged all the arrows that were discharged at him so that he could not be hit (Strong 1929:103).

## Hunting Rules

There were many rules for hunting, including those mentioned above regarding menstrual flow. Sharing game, a value taught in Cahuilla cosmology, was very important as was a respectful attitude toward the game itself.

Young unmarried men were expected to take the game they acquired to the ceremonial house so it could be shared by others. After a man married, unless he had made specific commitments to share game with the ceremonial house (*?amna?a*), he took the game to his family or distributed it in whatever fashion he otherwise chose.

A young married man also shared with his in-laws, especially if he was living with them, which is probably a recent phenomenon. Failure to abide by such rules, since they were mandated by the spiritual powers, could cause a man to become sick, or be "unlucky" in future hunts.

The first deer, antelope, or mountain sheep a young man acquired was especially important. It had to be taken to the ceremonial house along with other foods. The people of the area were called together and shared. The young man was honored by ceremonial persons, usually a shaman with a connection to the spiritual guardian of the game, *Pemtemwheha* (Bean 1972). Strong tells us that:

ACC0006668

The people of the clan assembled, and a *pavūl* (bear shaman) sang a song telling the deer to go to *telmekic*, the abode of the dead. Then the deer was skinned, a man holding up the raw hide shouted "he! he! he!" three times, and blew to the north. The meat was then cooked in the "big house," and all the clan ate it except the boy and his parents. ...there was a hill called *pūlūkla*, near San Jacinto peak, to which hunters sang in the dance house asking that a deer be sent to them. They would then go to the spot and if their prayer was granted they would secure a deer. Such hunters were called *pavūl*, and had the power of changing themselves into bears or mountain lions. Palm Springs informants stated that each group had these two kinds of shamans, the *pūl* or curing doctor, and the *pavūl* or "bear" shaman possessing the power of becoming an animal (Strong 1929:115).

The famous shaman of Agua Caliente, Pedro Chino, was a *pavuul*. He routinely transformed himself, e.g., became a mountain lion, in order to hunt. The rules related by consultants were that a man gave his game to the ceremonial house until he was married, and that a young boy couldn't eat game, nor could his parents (Curtis 1926:24), with some exceptions.

Invariably a man maintained as best he could a respectful relationship with game animals, not overhunting a population, so that a future population would be available, not killing pregnant game animals, or the very young.

Since certain shamans, e.g., bear shamans (*pavuul*), had the power to transform themselves into animals—bear, deer, etc.—a hunter had to be aware that an animal might be a shaman. Since some shamans were able to assume the animal form, they often knew where game were likely to be found and could capture them easily. In any case, game animals, especially hooved animals, were to some extent willing captives. It was not impossible for the deer to render a hunter powerless and kill him.

When hunting, the head or the whole skin was sometimes used as a decoy/disguise in order to get close to the deer. This was kept in a hunter's home. Katherine Siva Saubel recalls that her father used such a costume. Deer sounds, especially that of a doe, were made to attract other deer to the hunter.

ACC0006669

## SETTLEMENT PATTERN AND BUILDINGS
by Lowell John Bean and Sylvia Brakke Vane

### Settlement Pattern

The 2400-square-mile territory occupied by the Cahuilla was divided disproportionately into ten or twelve distinct geopolitical areas, each area claimed in perpetuity by a named corporate clan comprised of several corporate lineages. The *Kauisiks* constituted one of these corporate lineages.[74]

Cahuilla villages were situated in areas that took maximum advantage of basic resources. Each village was centered around a ceremonial house or *kishumnawut*, which was often placed near a spring. Surrounding this central area the Cahuilla priestly-extended family would live. The homes of other community members would be scattered in a somewhat isolated manner from this central area. It was generally felt by Cahuillas that extended families should live together as a unit. A father, mother, their children, the father's father, and grandchildren, would live together, although larger groups did sometimes cluster. Such an extended family would live at some distance from other extended families. Occasionally individuals, for one reason or another, would live alone and separate from others.

In the historic period, and possibly in the late prehistoric, water was often diverted from nearby water sources by rock-lined irrigation ditches and directed toward household and individual garden areas. For example, nicely preserved rock-lined ditches, reservoirs, and dams remain in Andreas Canyon north of Andreas Creek and are directly associated with habitation features and possible garden areas. In other areas, walk-in wells as deep as 30 feet were features of some settlements, as in Toro Canyon (Bean 1972:73).

There was an occasional need for protection from hostile neighbors, which the Tahquitz Canyon location provided naturally, since narrow defiles at the heads of canyons could be guarded fairly easily against sudden attack, and precipitous walls were good barriers against mass invasion. The terrain itself was a protection in that dwellings on the boulder-strewn alluvial fan could not be seen from the valley floor where the trails through the valley lay. It appears that most of the *Kauisik* took advantage of this fact in the early years of the 19th century.

Communities such as this were relatively permanent with changes in particular residences occurring when an individual died or was ill, or when a couple's family increased, which required more or new houses. From such communities a portion of the people would leave seasonally to collect necessary foods and other materials that were necessary for a comfortable living.

The various parts of a community were connected by a complicated and well-defined trail system that made movement from area to area relatively easy. These trails also connected the village to gathering and hunting areas. The trails were carefully maintained. It was essential for everyone to know not only the differences between the trails, but also all the identifying trail markers, in order not to trespass onto land belonging to other families or privately owned land, such as shamans' power sites. (See "The *Kauisik* and Their Neighbors" pages V-104-118.)

Throughout the territory there were numerous sites which, because of the presence of water or natural shelter, could be used as overnight camping areas. Each of these places were given a name, and, like the trails, their precise locations were well memorized (see Bean, Vane, and Young 1991). Others were considered private, and restricted to specific individuals because of ritual or sacred connotations. Such areas, frequently marked by petroglyphs and pictographs, were places known to be dangerous because of the presence of powerful beings. Shamans and other ritual leaders frequently had sites of this kind for their own exclusive use, where they carried on esoteric activities. Other sites of special interest in the community included cremation areas.

---

[74]The clan structure of the area is not clear. Quite probably the *Panik* and *Kauisik* were lineages making up a clan, and there appear to have been one or more other lineages no longer recalled who shared a large clan area.

ACC0006670

**The Kauisik Community**. An accurate description of *Kauisik* community planning is no longer possible since the area upon which much of it was placed is now developed with residential homes and hotels. However, a model can be projected based on early maps, interviews, the archaeology of Tahquitz Canyon and comparing the area to other Cahuilla communities.

The arrangement of buildings within a community was determined by ecological factors and a desire for privacy. The *Kauisik* community at the mouth of Tahquitz Canyon was located for the most part along the stream, the buildings generally extending along the sides of both banks, and continuing through what is now Section 15 to the desert floor near what is now Section 14, where fresh and mineral hot springs provided water. In addition to house structures, some caves in Section 22 were used for living quarters with brush shelters added in front to make the area more commodious.

It is probable that the hot spring in Section 14 has always been the focal point of the community. In winter, its environs were comparatively warm and comfortable, and its waters a pleasant way to get warm. For those with aching bones and muscles, the spring was especially soothing, and for any sick person it was considered to have curative powers. The spring was a place of power, a sacred place, and sentient. Francisco Patencio tells of its origins:

> Then the people were more afraid of the water. They gathered together in the fiesta house and talked and prayed to the spring, until at last they came to bathe in it and be safe. If the people wanted to do anything to the water—to clean the spring or use the water—they gave a food offering in the fiesta house and prayed to the water in the spring. Then they could do whatever they wished, without any harm happening to them (1943:92).

In Cahuilla cosmology such springs were connected underground. Various spiritual and magical personages lived in them. These could take various forms, e.g., "water" babies and snakes. These and shamans could travel via these extensive underground channels in order to move rapidly from one place to another. The spiritual beings (*nukatem*) existed from the beginning of creation and were personages from whom power and knowledge could be derived by shamans for healing, divination, and other magico-power activities. For these reasons the *kishumnawut*, quite literally the heart of the *Kauisik* community, was placed close to the spring.

Surrounding this central area the Cahuilla priestly-extended family would live. Other community members would be scattered in a somewhat isolated manner from the area west, north, and south of Section 14, including the mouth of Tahquitz Canyon, a favored area due to climate, vegetation, and other water resources.

Residences further away, either permanent or seasonal, are said to have been in Chino Canyon, where there is another mineral hot spring and a good water resource. It was said to have been occupied seasonally because it was a cooler location. There is the distinct possibility that it was the homesite of a lineage connected to the *Kauisik* and *Panik*, no longer remembered by Cahuillas.

Once established in the Palm Springs area, the *Kauisik* considered the territory their exclusive property, and it was so recognized by others. The area encompassed many square miles. It had an uneven wedge shape, included several life zones, and provided access to the biotic potential of these zones.

**Buildings**

There were customarily several types of structures in Cahuilla communities, including the ceremonial house or *kishumnawut*, dwellings of various sizes, a sudatory or sweathouse, irrigation ditches, rock lined pits for women's menstruation, granaries, and other features. Often there was a meeting house separate from the ceremonial house or sweathouse, and corral-like fenced structures for domestic animals or as impediments to animals destroying agricultural lands.

ACC0006671

Settlement Pattern and Buildings

**Houses**.  Houses varied in size and shape depending upon the family's needs; most were dome-shaped, although some (especially those made in more recent times) were rectangular, 10 to 20 feet in circumference.  Others were small brush shelters.  The roofs were supported by stout upright forked posts well set in the earth, and the walls and steeply-pitched or dome-shaped roofs were thatched with whatever material was available.  Some were wattled and plastered with adobe mud.  The Cahuilla house was distinctively an airy brush home with a covered entryway.  A hole or holes were left open at the roof peak for smoke to escape.  Most living complexes were a cluster of two or three houses interconnected by ramadas or thatched arbors and wind breaks, which sheltered the people from the intense summer sun and winds while they worked on domestic chores.

An early observer, Barrows, described the inside of Cahuilla houses:

> At one side of the door lies the woman's broad metate and her mortar for crushing seeds, both kept covered with a mat or cloth.  At the other side of the door stands the brown tinaja or water jar . . . brought full each morning from the spring.  In the center of the floor is the hearth with its few blackened cooking pots; perhaps a beautifully woven baby hammock swings from the ceiling, and in one corner are the saddle and reata of the man.  Bunks of poles are sometimes built against the wall, but in the more primitive homes the usual bed is simply an untanned rawhide and a blanket spread on the floor.  Supplies of food are kept in earthen ollas or beautiful grass baskets, and pieces of jerked meat and bundles of herbs, together with innumerable household articles, are tucked into the sides of the thatching.  There is little to become disarranged, and the interior of a jacal is usually tidy and clean.  In the summer the furniture is moved into the patio" (1900:40).

In addition to what Barrows noted, there were sometimes stools (*nashual*) of mesquite or other wood, and woven mats for walls, floor, and sleeping cover.

Patencio reported another kind of seat in a mission setting: "In the San Bernardino Mission, much time ago, there were bones of animals so large that the joints of the back bones were used for seats by the Indian people.  Very large, very light, so light that the children could lift them" (Patencio 1943:x).  Since trade with the coast preceded the arrival of the Spanish, it is quite possible that Cahuilla homes, too, may sometimes have included such seats.

Upon the death of individuals, their houses and most of their possessions were destroyed by burning.  Burning the property not only served to discourage people from recalling their grief for the deceased, but also discouraged the spirit of the dead from returning and questioning the living about why the living had failed to "send" the deceased's property along with him or her when he or she died.  The house was burned after the deceased was appropriately cremated.

People took care to build their homes where they would not be washed away in floods, blown down by the wind, or overheated by the sun.

The materials used in housing varied.  A covering of tules was commonly used among all Cahuilla, but arrowweed, willow, yucca stalks, and palm fronds could also be used.  Palm fronds were especially used in the Palm Springs area.

Adobe houses are of recent use among the Cahuilla.  None apparently were in the project area, but Patencio recorded the use of an adobe house near what is now downtown Palm Springs by Jack Summers, a stagecoach driver.

*Kauisik* and other Cahuilla were using adobe homes as early as 1840 at places such as Warner's Springs (Cupa), a place from which some of the Cahuillas (Cupeños)[75] who intermarried with the *Kauisik* came.  In the late 19th century and well into this century, adobe structures were built and used as homes

---

[75]The Cupeños are a Cahuilla clan, mistakenly identified by early ethnographers as a separate group.

ACC0006672

Case 5:13-cv-00883-JGB-SP Document 85-12 Filed 10/21/14 Page 197 of 336 Page ID #:2435

and for a meeting house on Section 14. The *Paniktum* leader, Juan Andreas, had an adobe home in which he lived in Andreas Canyon in the late 1800s.

In some areas there were adobe ceremonial houses, but the deaths of people when earthquakes destroyed adobe houses caused the Cahuilla to be somewhat reluctant to use them. Several were killed in earthquakes at Soboba toward the end of the 19th century (Gunther 1984).

When adobe was used, it was often combined with traditional housing materials, e.g., an attached *ramada*, stone, and after the 1870s, lumber. In later years wooden frame rooms were added onto adobe or brush houses and served as dining areas or as sacred chambers.

Rock houses were built by some Cahuilla, for example, at Rock House Canyon, but since they are not found in the *Kausik* area, we shall not discuss them further.

Conical huts of wood planks were built by some Cahuillas to use when collecting or hunting in the mountain areas.

In 1926, Edward Curtis described a rectangular house:

> The Cahuilla house was oblong and the average size was about ten to twelve feet. Four forked corner posts of mesquite, and one in the middle of each of the two shorter sides, were set in the ground to a depth of several feet, and on these were laid three timbers one connecting each pair of corner posts and the third, the two middle ones. Short rafters were laid from the side beams, or caves, to the middle, or ridge. The nearly flat roof consisted of dry wormwood stalks (*Artemisia*) laid across the rafters (that is, the longer way of the house), slabs of dry mesquite-bark across the *Artemisia*, green wormwood with the tips directed toward the eaves, a thick covering of fallen mesquite-leaves, and finally a thin layer of earth, which was trampled down compact and smooth. In modern practice the covering of earth is generally partially or wholly lacking. The walls consisted of several courses of overlapping, wormwood shoots; each course being bound to a long pole extending between the posts. An embankment of earth at the bottom kept out the wind. The doorway, at one end beside the middle post was ordinarily open, but it could be closed with an unhung door made of mesquite bark slabs held between a series of battens. The fireplace was in the center.
>
> There was no celebration nor dedication of a new dwelling, and the individual built his own house without the assistance of the community. The occupants slept on the floor, and the furnishings were limited to cooking utensils and baskets.
>
> In the dooryard was a ramada, *kis-vahat* (house shade) which was simply a thatch roof extending out from the house and supported on posts and timbers (1926:22).

George Wharton James, another observer of the Cahuilla, noted in detail the structures of a house below Palm Springs in the Torres Martinez Reservation area:

> Their native houses are called *kish*, and are built of a framework of strong poles—mesquite, cottonwood, or willow—into which are worked in variety of ways, willow, arrow-weed, palm leaves, etc. Sometimes the filling-in material is rudely woven or wattled; again it is stacked in upright layers held in place by crosspieces, one inside and one outside the *kish*, tied to the upright poles, and fastened to each other by buckskin or yucca fiber thongs. In two *kishes* that I saw there was successful attempt at beautification by tying small bunches of willow or arrow-weed together and then placing the bunches side by side, and fastening them in place by the crosspieces as before described. The tying of the weeds together makes a marked improvement in the appearance of the dwelling.
>
> As is found in most aboriginal dwellings in the hot Southwest, the desert *kish* is provided with a rude porch, called *al'-a-nut*. This is generally large enough to be a valuable acquisition to the *kish*. It is often larger than the hut proper, and serves as a

ACC0006673

place for working, cooking, eating, social intercourse, and indeed, winter and summer alike, for every purpose except sleeping and storing goods.

It is . . . a mere shelter, open in three sides, supported [by] poles and covered with arrow-weed, willows, or palm leaves, and during the few scant rains, made as waterproof as is necessary by throwing on a few loads of earth which the palm leaves do not allow to sift through. Here and there a white man's tent, *kar'-pa*, is seen, and the family lives in an adobe house with a most pretentious adobe chimney, while the captain, Poncho Lomas, lives in a composite dwelling, the kitchen being of lumber, and the sleeping-rooms the ordinary willow kish of the aborigine.

In one style of house the arrow-weed is used with good effect and picturesque appearance. Small bunches of the weed are fastened by a cross-pole to the upper portion of the house frame. The butts of the weed are upward, and the tips downward. These are then plaited together in neat and regular fashion, new weeds being introduced as required, until the whole side of the house is completed. Here, then, is a house of basketry. It keeps out the sun and rain, and breaks very materially the force of the wind.

Who knows what fetishes are hidden in the shadowy recesses of these dwellings, the charms to keep off the witches, to prevent the bats flying into the rude houses and sucking away the breath of the sleeping inmates at night, to keep lizards and horned toads from creeping into one's belly and giving terrible cramps, to keep the Evil One out of the stomachs of pot-bellied children at corn and melon time, to keep the rattlesnakes from biting, bears from hugging, mountain lions from leaping upon one, to ward off sidewinders, and the harm that comes from the hoot of the owl at night? (1906:242-244).

**The Ceremonial House (*Kishumnawut*).** The most important structure in any Cahuilla community was the *kishumnawut* ("house of the creator or power"), the ceremonial house—referred to in recent times as the big house. This building was usually centrally situated near a permanent source of water. The leader, or *net*, made this his home in order to be on hand to protect the ceremonial bundle (*maiswut*) and to supervise the almost constant activities that occurred there: political meetings, curing rituals, rites of passage, and recreation.

When *Mukat* first created the world it was a *kishumnawut*. All of his creatures (*nukatem*) were residents and it was where the creator, *Mukat* himself, first lived, as did, in later times, the power, *?amna?a*. When *Mukat* died, the original ceremonial house was, of course, burned, setting the pattern for the future—when the home of any person was necessarily burned along with his or her belongings. The rule also applied to the ceremonial house itself when a leader of a clan (*net*) was changed (the role of *net* passed to others). In recent years, as those knowledgeable in the most sacred of Cahuilla oral history and music have each passed away, their ceremonial houses have been destroyed. Today there are no Cahuilla *kishumnawuts* and no ceremonial regalia (*maïswut*) remaining.

The *kishumnawut* was located in the community of the *a?cai* lineage—the lineage that was the progenitor of other lineage communities within a Cahuilla clan. The building was 30 to 50 feet in diameter, large enough to hold more than one hundred people. It was rectangular or round in shape, with vertical walls about 4 to 5 feet high. Some had subterranean floors (Modesto and Mount 1980:36). On the rectangular houses the roofs were gables, domed, as were those of the circular houses. They were made of willow, tule, or palm frond in earlier years. In later years, lumber and sometimes adobe were used or added to the more traditional materials.

There was a door at the front, in front of which was a circular enclosure about 4 feet high and up to 50 feet in diameter—a dance/meeting area; and *ramadas* or shake roofs were sometimes built around the area. The roof of the house was supported by four posts at the corners of the square houses, with a fifth in the center (Curtis 1926). There were usually special structures attached to the house.

Attached to the *kishumnawut* was a room in which the *maïswut* was kept and in which *?amna?a* lived, being nurtured by the *net* with tobacco, the food of *?amna?a*, as it was of *Mukat*. This was a room

V-97

ACC0006674

rarely visited by anyone except the *net*, who communicated with *?amna?a* as required by his duties as religious and political leader.

Another structure was necessary, since all guests of the *kishumnawut* had to be properly fed—a kitchen-cooking area in which the women of the lineage prepared their foods, and a serving area so guests could eat. While this house was primarily a place of religious use, it was also used for social and political occasions.

In recent years, certainly the early 20th century, the *Kauisik kishumnawut* was in what is now downtown Palm Springs not far from the sacred mineral springs. Its legendary origin is recounted in several places. Patencio recalls its creation·and a use of the *kishumnawut* in that regard.

Patencio tells us of various occasions when the *kishumnawut* was used in ancient times when a culture hero had information to report:

> He told them to call a meeting in the fiesta house, and he would explain the things that he had seen. So they did, and they all came in the fiesta house, every one of them. Then he told them what he saw: that he saw himself and every one of them, and that was what made him so quiet. He had never seen such things before. . . . (1943:46).

Elsewhere Patencio tells of the leader of a lineage (the *Paniktum* of Andreas Canyon) whose lineage broke away or segmented from the *Kauisik*:

> He had a fiesta house, but knew no songs to sing in it. He had many sons and daughters, but could not make names for them. So he was forced to come back to his older brother at Palm Springs and ask for names for his children. His older brother gave him the name *Pi ye now it e esa*, which he could separate and have names for every one of them. He told him how to have the fiesta—the songs [the creation epic poem and accompanying songs], and how to act (1943:90).

This is one of several anecdotes describing the segmentation process of the *Kausik*. Hooper recalls an anecdote of the use of the *kishumnawut* as a curing area:

> When one is very ill and not expected to live, he is removed to the *kishumnawat*. Here the people gather and sing the death song over him all night. If he dies in the night, the song changes instantly to more of a wail, and different words are sung.
>
> I was told by a white woman of an instance where a small boy had his leg broken while playing. This was the second serious accident he had had in one week. Because of this, his people decided it was intended he should die. Accordingly, they took him to the *kishumnawat* [sic] and sang the death song over him. The poor child was suffering greatly, for they had not tried to relieve his pain; he was also nearly frightened to death. During the night, the white woman who knew about the case, sent the Government doctor to set the boy's leg. The parents objected at first but finally consented. They continued, however, to sing the death song over him. Soon the boy began to improve, so he was removed to his home (1920:343-4).

W.D. Strong was honored by the *Kauisik* leader with an opportunity to observe *Kauisik* ceremonies. He reports:

> The actual rites are all performed in the *kicamnawut*, a round house with a diameter of about forty feet; the walls are about five feet high, made of odd-sized boards tightly fitted together, and the roof is thatched with fronds of the native palm (*Washingtonia filifera*). At the back of the dance house is a small room where the *maĩswut* is kept, and in front of the house is a board and palm-frond fence forming a

ACC0006675

considerable enclosure. Here in a small house are stored all the flour, coffee, sugar, and other foodstuffs gathered by the clan for several months previous to the occasion, and fed to the guests during the "fiesta." In this enclosure the cooking and eating takes place during the week, the ritual alone occurring within the "big house" (1929:123).

And:

At Palm Springs there is one active clan as well as a goodly number of people from other localities without ceremonial affiliations, who take part in all but the most intimate ceremonial functions of this clan. This is the *kauisiktum* clan, with Alejo Potencio as its *net* or ceremonial chief, having a large ceremonial dance house called *kicamnawut* in which the *net* lives. As a result of their proximity, ceremonies at Palm Springs draw many of the Desert Cahuilla who do not go to similar affairs at Banning or Soboba. This same condition prevailed to an even greater extent in aboriginal times, a fact stated by both Palm Springs and Desert informants.

Remains of the unusual structure in the project area, referred to as a shaman's house in this report, may have served as such; it is as likely to have been the site of an earlier *kishumnawut*, a conjecture supported not only by the nature of the artifacts found there but the nature of the faunal remains, large game animals that were often as not utilized at a *kishumnawut*.

**The Sweathouse or Sudatory**. Cahuilla villages also had sweathouses (*hashla* or *hoyachet*). Sweathouses were round, earth-covered, semi-subterranean, and situated next to a stream or pond. They were used, for the most part, by adult men for sweating, which could be a spiritual experience as well as for health considerations and recreation. In the sweathouse men could also smoke, talk, and sleep; or it could be a place of curing, a place to teach young men about their culture. Here community opinions were formed and decisions made. In this context the smoking of tobacco was common. No particular recollections have been provided regarding such a *Kausik* structure.

We are fortunate to have descriptions and photographs of these from several scholars. A.L. Kroeber described a sweathouse at what is now the Morongo Indian Reservation:

At the Banning reservation a sweathouse is still in use. From the outside its appearance is that of a small mound. The ground has been excavated to the depth of a foot or a foot and a half, over a space of about twelve by seven or eight feet. In the center of this area two heavy posts are set up three or four feet apart. These are connected at the top by a log laid in their forks. Upon this log, and in the two forks, are laid some fifty or more logs and sticks of various dimensions, their ends sloping down to the edge of the excavation. It is probable that brush covers these timbers. The whole is thoroughly covered with earth. There is no smoke hole. The entrance is on one of the long sides, directly facing the space between the two center posts and only a few feet from them. The fireplace is between the entrance and the posts. It is just possible to stand upright in the center of the house. This building was said by the old man who owned it to be used only for sweating. Its size, which would prevent any considerable gathering for ceremonial purposes or dances, corroborates his statement. Throughout Southern California, as well as the southern portion of the central region of the state, the use of the sweathouse was confined strictly to this purpose, ceremonies being held either under a simple shade or in a brush enclosure. In most of northern California the so-called sweathouse is of larger dimensions and was preeminently a ceremonial or assembly chamber (1908:64).

ACC0006676

Edward Curtis provides another description:

> The sudatory was built by first excavating a circular hole six to eight feet in diameter and rather more than two feet deep, and setting up in it two forked posts, which extended five or six feet above the bottom of the pit, one at the rear, the other a short distance from the front wall. They supported a beam, on which rested the upper ends of a series of poles, extending from the ground at the edge of an excavation. Against the upper end of the front post, which stood back from the edge, leaned the tops of two sloping beams, the feet of which rested on the ground about thirty inches apart. These formed the entrance. The roof was covered with brush and earth. The occupants sat against the earthen wall, the two men just inside crossed the doorway, one at each side behind a baffle-wall of clay which crossed the doorway, kept up a brick fire in front of the post. The bathers remained with bowed heads until the fire died down enough for them to pass out. If water was available they took a plunge, otherwise they lay in the sun to dry. The sudatory was used principally to relieve slight physical ailments, such as headaches, coughs, fatigue. Songs and prayers were not part of the treatment (1926:22).

Well over a decade after Kroeber described the sweathouse at Morongo, Hooper noted:

> The sweathouse or *hoyachet* was quite extensively used among the Cahuilla in days past. There is one which is still used on Morongo reservation. This is the one which Dr. Kroeber has described, and is an unusually small one, I was told. There appears to have been no standard size.
>
> All agree that the use of the *hoyachet* was confined to curative purposes, through sweating. Old Ramon Garcia said that people gathered in this house and were retained in the intense heat for perhaps half and hour or more, or until they were sweating profusely. They then ran out and jumped into cold water and then back to the fire again. This procedure continued all night, as a rule.
>
> Women too were allowed the use of the sweathouse. Children could not stand such treatment, so they were seldom allowed to enter (1920:357).

Cahuilla consultant Katherine Siva Saubel recalls that a dozen men could use the sweathouse at a time, and men dropped down a hole on top and made a fire in it. She also recalls that greasewood was used to help sweat—it was used to cure a cold, and that women did not use it until recent years. Men also used the sweathouse when they "smoked" themselves in white sage to remove their human smell before going to hunt.

The "Norte" sweathouse at Los Coyotes was used circa 1925-1926.

We do not know where the sweathouses were in the *Kauisik* area. They tended to be rather small, with a subterranean pit, over which was built the structure near a water source. The steam was developed by pouring water over hot rocks.

***Tomekish***. Hooper was told by Cahuillas she talked to that there was another kind of earth-covered house called a *tomekish* that "was not used for sweating or ceremonial purposes, but as a clubhouse in which old men gathered to talk over important matters" (Hooper 1920:358), but which was constructed much like a sweathouse. Her consultant Ambrosio told her that it was an earth-covered building in which many people could gather and where they slept during cold nights, and where men occasionally gave speeches. Another consultant told her that the *tomekish* was a small enclosure attached to the ceremonial house in which the *maiswut* ceremonial bundle was kept (Hooper 1920:358).

**Other Communal Houses**. Some Cahuillas also constructed large communal houses—usually rectangular in shape—separated from ceremonial houses, in which many people could meet.

ACC0006677

Drucker reports that there was usually one entrance, and one fireplace shared by all, and that no partitions were used (1937).

Strong reported that his consultants remembered communities of three to ten such houses in the desert area, often with several families living within each (Strong 1929).

*Ramadas*. Flat-roofed, rectangular-shaped ramadas (*kikish*) were commonly used in Cahuilla communities. They were used as sleeping areas in inclement weather, work areas for cooking, and recreational areas for much of the year. They provided protection from the sun, had a hard packed floor and were made of one or more of the several local building materials, e.g., willow, palm and so forth.

Open *ramadas* covered with leafy branches or palm fronds, which might connect several houses, or be independent structures for temporary camping, were built to protect people from the desert sun in summer (Patencio 1943:118-119; Bean 1972:73-75).

### Caves *(Tekis)*

Caves were often used as dwelling places and/or for ceremonies (Patencio 1943:118-119; Bean 1972:72). Such caves exist at both Andreas and Tahquitz canyons. Some of the known caves at Andreas and Tahquitz canyons had doors, and the cave shelter at Andreas Canyon had a doorway with a wooden frame. Although this may not be a unique construction technique, photographs or sketches of this type of doorway for this area are rare.

The sketch of Carl Eytel from such a cave site in Tahquitz, with its rectangular doorway, is probably our only representation of such a residence. Francisco Patencio provides an historical anecdote, probably from the 1830s, explaining their use:

> It was for this reason that the Palm Springs Indians were living in the cliffs at the north of Tahquitz Canyon when the Pony Express rider was killed. From this place they could see below. They watched for strangers coming, and hid their children in the caves and cracks of the cliffs. They became like hunted animals searching for a safe place to hide their young. (Patencio 1943:77).

Caves were, of course, used throughout the *Kauisik* area as places of hiding, sleeping, camping while in hunting and gathering areas, as sacred sites (e.g., rock art) and as hiding places for cached foods and other goods, e.g., ceremonial regalia, various equipment, and various supplies. During inclement weather they were especially useful.

The cave in Andreas Canyon was a ceremonially used cave associated with an extraordinary amount of rock art (Hedges 1983).

**Windbreaks**. Most Cahuilla peoples constructed somewhat circular windbreaks near their houses. These provided areas protected from wind and sand in which family activities took place—cooking, eating, working at various tasks, and social affairs.

They were usually made of arrowweed, palm fronds, or tule, but any plant of several useful plants could be used. The floors within were hard-packed earth, kept swept and clear of debris and foreign materials. Furnishings such as stump seats, mats to sit on, grinding tools, basket materials, and ceramic ware, would be kept there. Cahuillas today remember these areas fondly as places where children could both play with their toys and learn the various adult tasks that took place there.

**Granaries**. Clustered about the individual homes and the ceremonial house were granaries (*mayinet* or *peniwet*) where various seeds and foodstuffs, such as mesquite beans, acorns, and pinyons, were stored after each harvest. Each would contain several bushels of food. Each family wove them of arrowweed or willow withes, sealed them with mud, and placed them on posts, on platforms high above the ground, on the tops of houses, or on the tops of boulders, beyond the reach of rodents, birds, and other

ACC0006678

predators. The lids were held in place with rocks or large stone slabs. Cahuilla elders recall playing in them when they were children, even sleeping in them when they were empty.

**Lean-tos and Other Structures**. For temporary camping away from home lean-tos (*yunish*) were constructed of local materials—palm fronds, willows, etc.—and were made so the roof was rainproof.

The Cahuilla referred to structures made in combination (packed with) mud as *yulis pachagish*, and brush houses made of various "brushes" as *samatkish* or *huyal kulat kish*.

Another structure referred to today as a siesta house has been described as a resting place. Mrs. Lorene (Lena) Martinez (aka Lena Welmas, and Lena McGlamary) recalls one built for her grandfather, Mr. Juan Lugo, when she was a child.

**Earth Ovens and Pits**. Earth ovens (*tenkil*) meaning "baked under the earth," were used by all Cahuillas. A pit with a ring of rocks was dug and leaves were placed in the bottom. During baking it was covered with leaves and earth. A pit was not necessary for baking; it could be done on the surface. Various tubers, leaves, stalks and game were so cooked (Bean and Saubel 1972).

Pits were used for baking grasshoppers, meats, mescal heads, mescal leaves, pinyon, yuccas, mesquite, and the like. Occasionally acorns were buried in a pit, the shells being removed after removing them from the pit. With this method the acorn could remain dry and not rot.

In addition to ovens, pits were dug for funeral cremations. A hole would be dug in the ground and the body placed in it for burning. In the mythic times when the first such event occurred—the cremation of *Mukat*—the pit was dug by early beings—"animals" with big claws, and "Quail carried the wood for the fire on their heads, to the pit" (Hooper 1920:326). At about the same time, sometimes simultaneously, the clothing and other personal possessions and the house the individual lived in was burned. A portion of personal property, often a cutting of hair, and, in later years, some personal clothing or jewelry, would be saved, which was then used on the funeral image.

Pits were used by women who had just given birth and at times of menstruation, and in general for curing various diseases. These pits were usually dug in the sand or ground and heated by hot rocks. The rocks were removed and covered with fur blankets and aromatic herbs. The woman in the pit was covered with hot sand, and it was constantly applied until the process was complete (Hooper 1920:351-352).

Pits were also dug to capture and collect various insects, e.g., grasshoppers and cicadas (see "*Kauisik* Faunal Resources" pages V-51-92), and in the pinyon forests to dry (mature) the pinyon cones to facilitate exfoliation.

ACC0006679

### THE *KAUISIK* AND THEIR NEIGHBORS
by Lowell John Bean and Sylvia Brakke Vane
with Contributions by Bern Schwenn

#### Boundaries Between the *Kauisik* and Their Neighbors

The boundaries of the traditional territory of the Cahuilla clan of which the *Kauisik* lineage was probably the original one were described somewhat differently by the various Cahuillas who have described them to ethnographers, but there was general agreement that the clan's territory centered at the mouth of Tahquitz Canyon and the mineral springs in what is now Section 14, and that the clan's territory lay on the northeastward-facing slopes of the San Jacinto/Santa Rosa Mountains from Mount San Jacinto to the upper parts of Palm Canyon and an area just short of Pinyon Flats. It extended eastward into the Coachella Valley and into the Little San Bernardino Mountains.

To the northwest, *Kauisik* territory met that of the *Wanakik* lineages, one of which lived in Blaisdell Canyon on the west side of the Coachella Valley, and another, in Whitewater Canyon to the east of the valley. The actual boundary probably lay along the mountain ridges south of each canyon (Bean field notes, 1950s). To the southeast, *Kauisik* territory apparently came to an end just short of *Kavenish*, Indian Wells.

**Descriptions in the Literature**. The recollections of boundaries given by Alejo and Francisco Patencio with respect to other directions are different variants of the same account. Alejo described the territory of the *Kauisiktum* as being bounded by (1) "alhauik (a hill south of Indian Wells, perhaps Indio mountain)" to the southeast, (2) *sewi*, a village site now on the Santa Rosa Indian Reservation, to the southwest, (3) "yauahic, (a place just south of Blaisdell Canyon) . . . the northwestern limit of his territory" and finally (4) "a rock on the summit of this hill . . . the northeastern boundary" (Strong 1929:100-101).

According to this account the *Kauisik* territory extends eastward to Palm Desert including the alluvial fans of Dead Indian and Deep canyons, southward to Vandeventer Flat, and westward to the summit of Cabazon Peak. It includes the mountain front along the east escarpment of the San Jacintos from Palm Canyon to Chino Canyon and the upper mountain slopes of San Jacinto Peak north westward to Cabazon Peak, excluding Blaisdell and Snow Creek canyons, at least in their lower reaches.

It is possible that the upper areas above Blaisdell Canyon belonged to the *Kauisik* and the lower to the *Wanikik*, but this is not consistent with the usual lineage land arrangements known. Most Cahuillas say that the lowest point and the highest point in a canyon belong to a single lineage.

According to Francisco Patencio, the boundaries of the *Kauisik* extend from the mouth of Chino Canyon south to Long Valley (*Hoon-wat-hec-ic*) and from there to the head of Tahquitz Canyon. From the latter point the boundary followed the ridge between Tahquitz and Andreas canyons to the mouth of Tahquitz Canyon and included all of the mountain slopes of the San Jacintos between Tahquitz and Chino canyons.[76] East/southward from the mouth of Tahquitz Canyon the *Kauisik* lands extended along the route of present-day South Palm Canyon Drive to its junction with East Palm Canyon Drive, to the turn of the boulevard. "This land was once watered by Tahquitz Creek, and farmed by the Indians" (1943:99). *Kauisik* territory then extended eastward from the turn of the boulevard to a point near the mouth of Eagle Canyon and then northward from Eagle Canyon to the sand hills (*Pa-hal-ke-on-a*) and possibly to Edom Hill. From Edom Hill the boundary line extended to Garnet Hill and from there back to the north point of Chino Canyon.

**The *Wanakik/Kauisik* Boundary**. William Pablo; Calistro Tortes and his wife, Feliz Ree; and Chief Lugo and Domingo Costa in 1934 described the boundary between the *Wanakik* and the *Kauisik*

---

[76]Initially the Gordon Trail probably follows the boundary.

ACC0006680

as extending from "the northwest point of San Jacinto Mountain (at the bend of the Whitewater River)
easterly to some miles beyond Palm Springs" (Merriam 1934:1-2). The bend of the Whitewater River is
at Windy Point. This inclusion of the lands between Windy Point and Chino Canyon, i.e., Blaisdell
Canyon, is at variance with a statement from William Pablo in 1910 to the effect that the boundary
between the *Wanikik* and *Kauisik* followed the west/north ridge of Chino Canyon to the pile of "jagged
red rocks that still stand alone by the side of the highway [Highway 111] . . . called . . . *Kish-chowl*,
which means sharp pointed house roofs" (Patencio 1943:54). Pablo's statement claims Blaisdell and Chino
canyons for the *Wanakik*, which other descriptions do not.

Alejo Patencio's said that the "great net" went from San Jacinto Peak, *aiakaic*, to "yauahic (a place
just south of Blaisdell canyon) . . . the northwestern limit of his territory" (Strong 1929:101).

Francisco Patencio says the culture hero, *Evon ga net*, going west along the Whitewater River
wash, came to Whitewater Point, crossed Snow Creek, passed a spring where the wind blew all the time,
passed the sand hills where wild wheat grew, and passed into a mountain from which he emerged at the
top as a great white rock (1943:54).

Both these Patencio accounts seem to put Snow Creek in *Kauisik* territory.

**Kauisik/Panik Boundary**. The *Panik*, the *Kauisik's* neighbors to the south, owned the middle
portion of Palm Canyon, including, according to Merriam's informants (1934:2), the West Fork of Palm
Canyon and Murray Canyon. According to William Pablo, the *Panik* territory extended east to Palm
Canyon and along the ". . . west side of Andreas Canyon up to West Fork Canyon" (Merriam 1910:13).
Francisco Patencio gives the boundaries of the *Panik* as extending " . . . from what is now Idlewild down
to Palm Canyon, through the west side of the Murray Hills; then across to the Little Canyon of one Palm
near the beginning of the Andreas Club Road, north on Andreas Canyon" (1943:90). These boundaries
include Andreas Canyon in *Paniktum* territory but are ambiguous as to whether the southern boundary of
the territory includes Murray and the West Fork canyons. In contrast, Alejo Patencio says the *Paniktum*
were "located in Andreas canyon with its side canyons north as far as hunwit hekik [Long Valley] . . .
Their boundary ran south to the northern rim of Murray canyon. The boundaries of the kauisiktum clan
surrounded all the former clan's territory" (Strong 1929:101). Another statement by Merriam's 1934
informants gives *Kauisik* territory as "extending south to the junction of Palm and Murray canyons"
(Merriam 1934:2).

The above statements agree that the north boundary between the *Kauisik* and *Panik* followed the
ridge between Tahquitz and Andreas canyons down to Palm Canyon wash. It is not clear, however, to
whom *Os wit* Canyon (which lies between Tahquitz and Andreas canyons) belonged. Also in question,
as already mentioned, is whether the *Paniktum* territory included Murray and the West Fork canyons. The
latter is of importance because *Kauisik* also held territory to the south of the *Panik* in Upper Palm Canyon.

**Upper Palm Canyon**. Merriam's informants told him that the lands in Upper Palm Canyon,
adjacent to and south of the *Paniktum* territory, belonged to an already-extinct lineage, the *Wah'-ko-chim'*
(Merriam 1910:1). The *Wah'-ko-chim* territory extended: ". . . around from the West Fork, to
Vandeventer Flat to the base of Santa Rosa Mountain and down the east side of Palm Canyon to opposite
the West Fork again . . . " (Merriam 1910:13). The eastern boundary of the territory, some of which
eventually become *Kauisiktum* territory, was as follows: " . . . from the mouth of the West Fork southerly
and easterly over Haystack and Asbestos mountains and Pinyon Flat to the south side of Santa Rosa
Mountain" (Merriam 1910:2).

According to Francisco Patencio, the lands given by Merriam's informants as belonging to the
*Wah'-ko-chim* belonged to the *Atcitcem*. "Originally the Atcitcem clan had owned Palm Canyon but as
they usually married with the Kauisiktum clan, they had given Palm Canyon to them as a gift" (Strong
1929:101, ftnt.179). According to this, the *Kauisik* eventually acquired the lands originally held by the
*Wah'-ko-chim*, and as a result the *Paniktum* were surrounded by *Kauisiktum* territory, but all were very
likely lineages of the same clan, of which the *Kauisik* appear to have been the senior lineage. The
*Paniktum-Kauisiktum* southern joint boundary was along the south side of the West Fork of Palm Canyon,

V-104

ACC0006681

possibly following the trail at the lower end of perhaps Garnet Ridge down to Palm Canyon.

**The *Atcitcem's*/*Kauisik* Boundary**. According to Merriam's informants (1934:2), the *Atcitcem* (*Kah-ve'-nish* was their name for themselves) at Indian Wells had a territory that extended ". . . south to include the arid desert mountains known as Indio Mountain and Sheep Mountain west to Deep Canyon; east to the Coachella Desert." Alejo Patencio gives the southeastern boundary of the *Kauisik* as Indio or Coyote Mountain, south of Indian Wells (Strong 1929:101). This implies that the *Kauisik* held the cove portion of Palm Desert and the Santa Rosa foothills westward to Palm Canyon and southward to Pinyon Flats.

## Trade and Exchange Between the *Kauisik* and Their Neighbors

Despite the fact that most materials necessary for the daily life of the *Kauisik* were within traditional territory, it was necessary to acquire resources from other areas by means of trade and exchange. A great deal of the exchange took place in ritual context, with manufactured tools, beads, and other ornamental objects often given in exchange for food and other subsistence goods. In this way, the labor spent on manufacturing could be "banked" to buy food when drought, flood, or other disaster wiped out a food supply.

*Kauisik* trading partners and allies were other Cahuillas, and their neighbors, the Serrano, but the *Kauisik* were also important members of an international trading network through which they obtained relatively precious resources not available in their own territory. The trading network was actually an elaborate system of enmity/amity alliances that tied together the peoples of the northern Sonoran desert, with alliances generally connecting peoples who were neighbors to the east and west, and enmities existing between peoples north and south of each other. Trading relationships were often military relationships as well.

In the late 18th century, when the Spanish arrived in California, the *Kauisik* and other Cahuillas, and the southern Serrano, with whom they intermarried, were allied with the Gabrielino to the west, and with the Halchidhoma to the east. To the north of this system of alliances, the Chumash on the coast were allied with the northern Serrano and the Chemehuevi and Mojaves. To the south, the Kamia were allies of the Quechan, but the Kumeyaay nearer the coast were not, and, in fact, were allies of the Cahuillas. On the Colorado River, the Mojaves were allies of the Quechan, but were enemies of the Halchidhoma who lived between the two. This enmity/amity system stretched eastward across the greater Southwest to the Hopi and eastern Pueblo peoples, who in turn traded with the peoples of the Great Plains (CSRI 1978).

The importance of the *Kauisik* derived from their territory's location in the Coachella Valley, through which passed the Cocomaricopa trail, a very important international trail that connected the Gabrielino on the coast with the peoples of the Colorado River and the Southwest. The Mohave Trail, the Cocomaricopa Trail and the Yuma Trail were the three major trails crossing southern California, passing through these amity-enmity alliance areas. From the Pacific coastal areas, the Gabrielino, Chumash, and Juaneño traded various items eastward into Arizona, including steatite, abalone shell, olivella beads, dried fish, sea otter pelts, salt, asphaltum, foods such as acorn, and various seeds.

From the east salt was sent west, as were dried meats, deer tallow, buckskins, acorns, maize, beans, pumpkins, melons, squash, gourds, obsidian (also from Coso Range to the north), yellow ochre, turquoise, stone axes, ceramic vessels (Halchidhoma and various Southwest type sherds have been found in the San Gorgonio Pass [Bean field notes]) (Ruby 1970).

**Trade between the *Kauisik* and the *Wanakik***. The Wanakik of the San Gorgonio Pass, the Santa Rosa Mountain Cahuilla, and those who lived in the lower Coachella Valley each lived in considerably different environments, and accordingly had access to different resources. Each group benefitted from trade with the other.

The *Wanakik* had more convenient access to mushrooms, oak, sugarbush, and manzanita than the peoples of the desert did. They traded these for the agave, juniper and pinyon, dates and palm fronds that

ACC0006682

the *Kauisik* and neighbors in the Santa Rosa mountains had. There were not many mushrooms in the desert, but they were occasionally found in wetter areas and would have been traded.

When Lake Cahuilla existed, the Cahuilla in the desert traded fish for other resources. When the lake waters receded, many changes in the environment occurred. There was decreased protein from fish and game birds. There may have been fewer game animals because the area was dryer.

The fish had been easy to acquire and could be dried, and thus traded. The *Kauisik* and other Cahuillas would not have been as dependent on other game when the lake was there. When the lake dried up, those resources were replaced by mesquite and other plants. There was protein in plant foods, but plant proteins are incomplete. Each lacks some of the essential amino acids, and it would have been necessary to combine several to acquire all those necessary for health.

**Ceremonial Exchange of Shell Money**. Although the exchange of shell monies and other beads was still being conducted as recently as the 1940s among the *Kauisik*, information on such exchanges is no longer remembered by Cahuillas in any great detail. Fortunately, W.D. Strong in the mid-1920s talked with Cahuillas and Serranos who shared ceremonial alliances. He reports that:

> The modern exchange of shell money is fairly clear, although a certain amount of secrecy still surrounds it. Each of the four active ceremonial groups has several strings of shell beads which are kept by the clan chief, usually in association with the sacred bundle of the clan. The kauisiktum clan at Palm Springs call these strings witcū, and the shell money itself hīssavel or mᵻketem. The pisatañavitcem clan, who lived in Banning Water canyon, called one string nuutska and many strings nuutskum. The Serrano clans called the money uk', or mūketem which appears as a general term used by all these peoples irrespective of language. The Mountain Cahuilla clans, both at pauī in the mountains, and sahatapa in the San Timoteo pass, called the money by the latter term.
>
> There are two main classes of this money. The one called witcu by the Palm Springs Cahuilla is a piece four times the distance from a man's forehead to the ground in length, which is given to the leader of each invited clan at the close of the image-burning ceremony. This is given a cash value of fifty cents. The other called napanaa by the same people is worth twenty cents, and this appears to have been the basic unit of shell money value. This was sent to any clan leader when a death occurred in his clan by all other clan leaders hearing of it. The length of this piece is determined by wrapping it twice around the left wrist, carrying it under the thumb and twice around the fingers halfway to the tips, and back over the palm to a spot on the mid-wrist four inches from the posterior end of the palm. This spot, called teic'hīinut, was formerly placed on the inner mid-wrist of the clan leader when he took office. It was done by the paha, who using a string of money as a measure, tattooed in the mark with a cactus thorn and inserted charcoal. The mark on Alejo Potencio's wrist was about one quarter of an inch long by half as wide, showing blue under the skin. According to Potencio such a mark was once characteristic of each clan leader of the groups to the north and west, but not of the Desert Cahuilla where the exchange of shell money did not occur. The long string of shell money, witcū, is given to the leaders of the three invited clans at the close of the image-burning ceremony. A similar piece is returned by each when his clan gives a ceremony to which the others are invited, thus keeping up a perpetual exchange. I was unable to learn exactly how many pieces of this witcū are in circulation, but it is obvious that there must be several such pieces in the possession of each of the four ceremonial units.
>
> According to Alejo Potencio, the shell money was received for the Palm Springs clan by his grandfather who received it from the Serrano at Mission creek. They got it from the Gabrieleño, who in turn received it from Santa Catalina island. The inhabitants of Santa Catalina island were called pipīmurum, and the island pipīmul. Alejo's

ACC0006683

grandfather told him that the shell money was brought across from Santa Catalina island on tule rafts to the San Fernando people, who distributed it among the inland groups. There was another kind of money called somitnektcum "the small ones," composed of little shells which were much more valuable than the present large shell money. All these pieces of small shell money were lost before Alejo was old enough to remember them.

According to Rosa Morongo none of the Serrano or the Pass Cahuilla knew where the shell money came from. One night it suddenly appeared. Alec' Arguello, last survivor of the Cahuilla who lived in the San Timoteo pass, said that the mūketem, shell money, was brought to Juan Antonio, the Mountain Cahuilla captain who brought the Cahuillas to San Bernardino, by kānuk, a very old chief of the San Fernando people, who also brought new songs and ceremonies. This happened before Arguello was born, and he was told of it by his father. Such is the data on the origin of the shell money exchange among these groups west of the San Gorgonio pass. The evidence is fragmentary, but points indubitably to the Pacific coast peoples as the source of the system. Whether the system among these inland peoples was purely aboriginal must be decided later (1929:94-95).

Strong (1929) provides another description of the use of shell money at the *nukil* ceremony; this was observed among the *Kauisik*:

While the relatives carried the images to the place of burning, Alejo Potencio, the net, and Marcus Belargo, the paha, divide the muketem, shell money. The net measures the string in the manner previously described, and gives it to the paha. The paha calls "witcū," and shouts the name of the party that receives it. First he gave a string to Mrs. Rosa Morongo of the māriña clan, which has no paha at present, then to Miguel Savatco, who is both kīka and paha of the aturavīatum clan, and then to Mrs. Juan Costo, acting nuut of the wanikiktum clan. Each of these took the money and departed. After all this is over, the dead who have been remembered for one year, must now be forgotten (Strong 1929:130).

Of earlier shell money exchange among the Pass Cahuilla, Strong wrote:

The data on older groupings and the ceremonial exchange occurring between them is very complex and equally fragmentary. With the disappearance of the Gabrieleño, Fernandeño, and Chumash, the central factors of the problem have apparently been wiped out. Hence a complete reconstruction of the ceremonial exchange system is impossible. However, bearing in mind the fact that conditions among the Pass people were peripheral it is possible with care to obtain an idea of the state of affairs which must once have existed farther to the west. Two sorts of ceremonial shell money exchange seem to have existed among the Pass Shoshoneans. First the exchange of the long strings of shell money called witcū by the Palm Springs group, which still occurs among the four active clans today. Secondly the older exchange of smaller strings of shell money called napanaa by the Palm Springs group, which died out many years ago, but apparently once existed on a very wide scale. We consider each type of exchange in order.

This first sort of exchange in former times as at present, seems only to have existed between groups who participated in each other's ceremonies. About fifty years ago three different groups of this kind existed among the peoples of the Pass. The present alignment, which has already been discussed, has arisen through the breaking down of these three large earlier groups and the assembling of the few surviving units into the present-day ceremonial union.

Fifty-odd years ago, according to Alejo Potencio, the Palm Springs people did not

ACC0006684

actually participate in the ceremonies of the Cahuilla clans to the north or of the Serrano
to the northeast. There were three clans in the vicinity of Palm Springs who formed one
unit and who always attended each other's ceremonies, exchanging the long pieces of
shell money, witcū. . . . Of these the kauisiktum clan at Palm Springs appears to have
been the most influential and is the only clan keeping up its ceremonies today. The
atcitcem clan at Indian Wells, kavinic, and the paniktum clan of Andreas canyon, were
the other two who shared in the ceremonies of this group at Palm Springs.

The clans of the Cahuilla, northwest of Palm Springs, were ceremonially
connected among themselves and with the māriña clan of the Serrano. This last clan
according to Mrs. Rosa Morongo often brought the other Serrano clans with them to Pass
ceremonials, but the Cahuilla clans were linked by exchange of shell money (witcū) only
with the māriña, and not with the other Serrano clans. The oldest grouping in the Pass
proper, remembered by Mrs. Morongo, included the haviñakiktum, wanikiktum,
wakiñakiktum, tetcanaakiktum, paluknavitcem, and pisatañavitcem clans of the Cahuilla,
and the māriña clan of the Serrano. Of these only the wanikiktum and the māriña clan
survive as groups today. Mrs. Morongo said that when she was a girl living near
Banning, the māriña clan was regarded by all others as the oldest, and when a number of
the Pass clans happened to be going to Palm Springs they all waited at a point north of
that place for the māriña clan to precede them. Such a statement might arise from undue
pride in the clan of which she is now head, but the fact that the surviving Cahuilla clans
today sing māriña songs in the Serrano language shows the great influence of the latter
and bears out Mrs. Morongo's testimony. This was the second of the older groupings in
its bare outlines, though there were probably other alliances within or with other clans
outside of the territories listed, knowledge of which has disappeared with the clans
themselves.

The third ceremonial grouping will be discussed later in the section on the
Mountain Cahuilla, for all these clans . . . were from the mountains and had their own
affiliations before they moved to the vicinity of San Bernardino. Thus when they moved
they still maintained the ceremonial exchange of shell money with the other Mountain
Cahuilla clans and with the Luiseño "parties" at Soboba. The data concerning this group,
obtained from Alec Arguello at Crafton, will be given when the Mountain Cahuilla are
discussed.

Besides the previously discussed organization based on actual participation in the
same ceremonies, and marked by the exchange of witcū (long strings of shell money)
between the united groups, there seems to have been a looser form of union which was
discontinued many years ago and may now only be reconstructed with great difficulty.
It was customary, as has already been mentioned, for all the clans north of Palm Springs
irrespective of linguistic differences, on hearing of a death in another clan to send one
string of shell money to the leader of that clan. This smaller string of money was called
by the Palm Springs Cahuilla, napanaa. Thus there would seem to have existed a loose
ceremonial union between all the Cahuilla, Serrano, Luiseño, and Gabrieleño clans who
inhabited the territory from the San Gorgonio pass west to the Pacific ocean.

The data in regard to this exchange are rather contradictory, but of a nature to
make it appear certain that in former times such an institution existed. According to
Alejo Potencio, the Palm Springs Cahuilla clan would send such a string of money to the
leader of any clan between that place and the San Gabriel mission whenever a death
occurred in such a clan. This was about seventy years ago, when the informant was a
mere youth. At this time lelmus was chief of the gravelinos, or kisīanōs, as the
Gabrieleño were called by the Cahuilla. The napanaa was always carried by the paha, and
he sometimes took it to the nearest clan which at that time was the haviñakiktum clan at
Palm Springs station. The paha of the latter clan would take both strings of money to the

ACC0006685

next clan, and so on. Thus a string of shell money from each group would be relayed on until they arrived at the village of the deceased, where they were presented to the ceremonial leader of the deceased's clan. One year later when the image-burning ceremony for the dead person was held each string was returned to the clan that had sent it. Those clans which were close by received theirs personally, while those farther away were sent theirs. It was customary for the paha or person who brought this shell money to receive ten cents in cash for each string of shell money from the ceremonial leader to whom he brought them.

Mrs. Rosa Morongo was not very clear in regard to the ceremonial exchange in former times, and did not make the distinction between the two types of shell money. She said, however, that when she was a girl shell money was sent by her father to any group having a "big house" and a kīka, whenever a death occurred in such a *kika*. This exchange extended as far as San Gabriel to the west, Saboba to the south, and Twenty-nine Palms to the east. Exchange of shell money at the close of the biennial mourning ceremony was according to the "older groupings" already shown, and was not nearly so all-inclusive as the just described exchange occurring at the time of death.

It is very probable that the ramifications of this older system and its clearer distinctions are only hinted at in the foregoing account. Due to its esoteric nature and because of the lapse of time involved *since it was in active operation*, clearer accounts could not be obtained from the informants questioned. From the data here presented, and from other material to be given later in connection with the Cupeño, I am inclined to believe that while the medium of exchange was aboriginal its spread to these Pass groups occurred in mission times, perhaps in part reproducing an earlier condition among the coastal people. The fact that such an exchange was unknown to the Desert Cahuilla seems to support this conclusion. Fragmentary as the data on these early conditions are, they suffice to give one a clearer understanding of the bonds between the many small groups, and to explain the modern institutions which have arisen on the fallen framework of the old structure (1929:96-99).

Drucker's data collected in the 1930s confirmed that *olivella* disk money was used by all Cahuillas for ceremonial use, that it was "owned" by the ceremonial leader, measured around the hand by the "fathom" (Drucker 1937), but also suggests that it was not made by them.

Feathers were another highly valued resource. They were used to make ceremonial objects and regalia such as headbands and skirts. These also were traded, but less is known about their use and trade because, being fragile and destructible, they have not survived. Only a few Cahuilla objects decorated with feathers survive in museums and private collections today.

In the 1950s, when Bean observed several *nukil* there, no beads were in use at the ceremonial houses at Morongo Indian Reservation or Torres-Martinez, although some *olivella* and other beads were still in possession by a few Cahuilla. By that time shell beads had been replaced by coins. Until very recent years, silver dollars, gold coins, dimes, nickles and the like were gifted to the dead at the *nukil* ceremonies. Feathers were replaced by calico and other cloth in bright colors.

Hooper described the use of money and cloth at a *nukil* circa 1920:

After they have done this for a few minutes, the other members of the clan throw money and calico on the images. This is done as a sign of respect to the dead. No member of the clan may pick up the money or calico, but outsiders are not slow in doing so. Many yards of calico are thrown away at this time. I saw one small white boy go right in among them and pick up money as fast as it was thrown. After it was over, he had eleven dollars in small change. There was a great deal more than that thrown, for many others were picking up the money, too. As fast as it was thrown, people grabbed for it (Hooper 1920:332).

ACC0006686

**Beads in Tahquitz Canyon.** Our archaeological study of the beads found in Tahquitz Canyon indicates that the occupants of the canyon traded with coastal people beginning in a very early period. The ancient tradition expanded in the 1780s, no doubt as a result of increased contact with coastal people. We know that Cahuilla were involved with both the pueblo of Los Angeles and Mission San Gabriel, moving back in forth in considerable numbers during the whole of the mission period.

**Trails Between the *Kauisik* and Their Neighbors** (Figure V.2)

Trails throughout their territory brought the *Kauisiktum* to their principal food collecting and hunting areas, to various plant and mineral resources used for medicine, rituals, paint, and tool-making, and to many sacred places used for rituals by both individuals and groups. In addition, trails connected the *Kauisik* with all their neighbors.

Trails were placed for maximum efficiency. They tended to follow ridges rather than wash bottoms, and contour slopes from saddle to saddle rather than going over the top of a high point. In this regard they were similar to game trails, which they may have originally been (game trails usually go directly to springs and areas with forage.) On steep terrain, many of the trails, particularly the hunting trails, were steep; switch-backs were not common. Many trails lined up between prominent topographic features or went between springs and water sources. For example, the trail that Katherine Saubel has named the "*Tukut*" Trail (see below for description) lined up with the topographic feature locally known as the Velvet Staghorn.

Rock cairns (one to three rocks placed on top of each other or a large boulder) often marked trails. Some present-day trail markers may have been placed there by modern users, but modern users tend to convert a single rock cairn to one composed of two to three rocks. On some trails, white rocks were placed on top of large boulders along the trail so that the trail could be easily followed, especially at night, a time when much traveling and hunting was done during the hot seasons. Such "lighted" markers could be seen when there was moonlight. The trail to the mouths of Barton and Alamo Canyons, which was probably the trail to Rabbit Peak, still has such markers.[77]

Often the trails comprised a network that connected one area with another, with smaller side trails splitting off to a particular resource area or spring. Checking the time it takes to follow the routes of the trails that connected the *Kauisik* Cahuilla to other groups provides us with a useful estimate of the time it took the *Kauisik* to go from one area to another, and thus how long it took to have direct communication with each other. For example, during the time when the Cahuilla were exploiting ancient Lake Cahuilla for fish and other foods, it would have taken the people from Tahquitz Canyon about seven to 10 hours to reach the lakeshore about 20 miles away if they walked at a leisurely pace of two to three miles per hour; however, runners could deliver fresh fish from the lake to the people at Agua Caliente in about three to four hours. The fish were kept fresh by wrapping them in wet leaves. The trip could be shortened considerably if the runner followed the present route of Highway 111. A round trip could be done in one day.

The *Kauisik* could reach most other people with whom they exchanged ritual obligations within one long day; however, the Cahuilla often traveled as family groups, so they usually camped overnight along the way. There were no Cahuilla groups that could not be reached within three days. Even the *Wilyi* at the bottom of Coyote Canyon, the Cupeño in Warner Valley, the peoples at Dos Palmas, and those in Moreno Valley could be reached within that travel time. The actual time a journey took, of course, depended on the weather conditions, the ages of those travelling, and other activities (e.g., visiting relatives in another community on the way, etc.) accomplished enroute. For example, the *Kauisik* would take two to three days to travel to Rockhouse Canyon to visit the Cahuillas there, so that some collection

---

[77]Many of the Cahuilla trails in the *Kauisiktum* area can still be walked today, except where they have been destroyed by rock slides, highway construction, or modern trail improvements. Examined today, those Cahuilla trails that have not been reworked for horses have been worn down 2 to 3 feet deep, indicating their use over a long time; e.g., sections of the *Tukut* Trail between Cactus Springs and ancient Lake Cahuilla, sections of the Palm Canyon Trail, and sections of Wonderstone Trail.

ACC0006687

of plant materials and hunting could be done along the way and the pace of the journey would be comfortable for all those travelling.

Some trails were used by shamans (*puvalum*), priests (*netem*), or doctors (*tingavishi*) for special purposes, such as for the collection of medicinal plants or materials used in sacred contexts (tobacco, medicines, datura), for travel to places where young men were initiated, or for visiting sacred power spots where the shamans could retreat to meditate and receive special powers and instructions from their spiritual guardians. It should be noted that although the particular plants used commonly for such purposes could be found in many places, at some places the "power" of the plants was greater than others. Cahuillas today argue that plants growing near highways and crowded areas have been polluted, and therefore have less efficacy than those growing farther away.

Certain trails were used as "friendship" trails (Patencio 1943:70) by members of one group to travel to an area of another group.

On longer trips or when the weather was not good enough for travel, the Cahuilla camped at convenient and well-known places along the trails. These places could be used by anyone travelling outside their area, whether for trade, social or religious purposes. One such location was *Kiwishmal*, a rock formation just northwest of Palm Springs (Bean, Vane and Young 1991).

Visiting between Cahuilla groups was done as often for ritual purposes as for trade. Each year the *Kauisik* Cahuilla were required to attend ritual events in other areas. The most important of these rituals was the *Nukil* when the deceased were mourned. It was held during the winter months.

**Major Trails for Long Distance Travel.** The primary routes of travel used by the people from Tahquitz Canyon were the trail in Palm Canyon and the network of trails criss-crossing the Santa Rosa and San Jacinto Mountains, the San Gorgonio Pass, a trail that followed the base of the San Jacinto and Santa Rosa Mountains, and the Cocomaricopa Trail on the north side of the valley. The trail along the base of the mountains later became the route followed by Highway 111. Many trails leading to other Cahuilla groups crossed over the Santa Rosa and San Jacinto mountains.

The southern Cahuilla territories could be reached from Tahquitz Canyon by following Palm Canyon southward from Palm Springs. At the upper end of Palm Canyon the trail intersected several other trails. One led westward over the ridge to Garner Valley; another, southward to Vandeventer Flat; and third, eastward to Pinyon Flat. The trail to Vandeventer Flat (*Sewia*) continued past that location southeastward around the south side of Santa Rosa Mountain to Rockhouse Canyon. From Rockhouse Canyon, trails branched off to Coyote Canyon (the area of the *Wiastem* Cahuilla) and to Clark Lake. The trail to Pinyon Flat, on the other hand, continued past that location to Cactus Springs and Pinyon Alta Flats. From that point it could be followed into Martinez Canyon and then either directly west across the ridge to Old Santa Rosa (*Kolwovakut*) or down to the mouth of the canyon (along the route today called the Cactus Springs Trail), and then via the shoreline trail and what is today called the Wonderstone Trail to Clark Valley. From that point the *Kauisik* Cahuilla could visit the homes of the peoples who lived in Rockhouse and Coyote canyons. (For locations of the southern Cahuilla villages, see W. D. Strong 1929, Bean 1972, and Bean, Vane and Young 1991).

Because of inclement weather, particularly snowfall in the late fall and winter, the Palm Canyon Trail and the San Gorgonio Pass were used as primary routes of travel for most of the year. Late fall and early winter were the time of the most intense ceremonial activity. When unable to cross the San Jacinto Mountains in the winter, the *Kauisik* Cahuilla could still reach Moreno Valley by using the San Gorgonio Pass. (The Cocomaricopa Trail followed the Pass westward.) In the late fall, however, before the heavy snows, they might have used Palm Canyon to reach Anza Valley, and then followed Bautista Canyon northwestward into the San Jacinto Valley. In that way the *Kauisik* might have gathered acorns along the way.

The route followed by present-day Highway 111 was the other major travel route for the *Kauisik* people. Using this trail the *Kauisik* Cahuilla could visit the Cahuilla villages at the southeastern end of the Coachella Valley. They could return to Palm Springs via Pinyon Flat and Palm Canyon by using trails such as the Palms to Pines trail, or the *Tukut* (Old Guadalupe) or the Cactus Springs trails and thereby

ACC0006688

gather plant foods or hunt on the way.  The aforementioned trails climbed to Pinyon Flat from the Palm Desert cove, the La Quinta cove, and the area near Torres-Martinez, respectively; however, when Lake Cahuilla was at its highest stand, now thought to be about A.D. 1700 (see Chapter III), the Highway 111 trail was under water south of La Quinta, and the Cahuilla from the southern end of the valley lived in Martinez, Toro and similar canyons.  During that time, the *Kauisik* travelled up Palm Canyon to Pinyon Flat and then used the trails discussed above to reach these villages.

The Cocomaricopa Trail, an important international travel route, passed through the Coachella Valley just north of Palm Springs.  It connected the Colorado River peoples (principally the Halchidhomas and others) with the Cahuilla and tribes as far west as the Gabrielino.  Its use is indicated by ethnographic and archaeological evidence, e.g., Colorado and Southwest pottery sherds and the like that have been found occasionally in the San Gorgonio Pass area.  (See Johnson 1987 for futher information.)

Using the Cocomaricopa and similar trails, the *Kauisik* Cahuilla would occasionally visit the coastal area.  Such a journey would take them six days.  In 1823, Romero, with a considerable troop of people and livestock, travelled in the opposite direction, from San Gabriel to Palm Springs, in seven days (Bean and Mason 1962).  Cahuilla elders have spoken of visits to Santa Catalina Island (Bean 1959).  it should be noted that the San Gorgonio Pass and the San Bernardino and San Jacinto mountains can be seen from Santa Catalina Island (Jerry Schaefer, personal communication).

Similarly, the *Kauisik* Cahuilla could use the Cocomaricopa Trail to travel to the Colorado River.  That journey took the Cahuilla about five to six days.  The trip was attempted unsuccessfully by Romero (Bean and Mason 1962).

**San Jacinto/Santa Rosa Mountain Trails**.  The following Cahuilla trails are described in a counter-clockwise order as they lead out from the city of Palm Springs:

Chino-Snow Creek "Friendship Trail."  This trail climbs from Chino Canyon to Snow Creek (an area belonging to a *Wanikik* Cahuilla lineage).  A branch of the trail descends into Blaisdell Canyon.  It was used as a hunting trail by men and a "friendship" trail (for visiting) by women (Patencio 1943:70).  The *Kauisik* Cahuilla would gather wild plums at the spring that lies above the spring seen from the highway in Upper Blaisdell Canyon (1943:70).  This area may have been one in which two lineages had access to a food resource by common agreement or because of intermarriage.  (They were of opposite moieties and are known to have married.)  Patencio says that the Chino-Snow Creek Trail was a hunting trail, which suggests that the *Wanikik* and *Kauisik* were sharing the area around the San Jacinto Peak and the upper mountain valleys of the peak.

Where the trail begins in Chino Canyon there is a rich riparian community that includes *Washingtonia filifera*, California wild grape, mesquite, cats claw, cottonwoods, sycamore and alders, and a hot spring.  In addition there were mountain sheep and deer on the adjacent ridges, and numerous small game on the canyon floor.  Pinyon pine once grew on the ridge west of Chino Canyon (perhaps along the route of the friendship trail), but all were killed by the 1980 Chino fire.

The Chino-Snow Creek Trail may have joined the trail mentioned by Patencio as going up Falls Creek to San Jacinto Peak (1943:70).  That trail began near the present-day caretaker's house on Desert Water Agency property in Snow Creek and joined another which led up Snow Creek to San Jacinto Peak.  This latter trail was described by Jaeger (1953) and climbed up along the west slide of Snow Creek to Black Mountain.  It is possibly the same trail as the Cinco Poses Trail that went from Soboba to Snow Creek, stopping at five springs enroute.

Trail in Tahquitz Canyon.  There is a trail that runs from the mouth of Tahquitz Canyon to the first falls, then climbs the slopes south of the falls to about 400 feet elevation and from there contours the cliff face into the canyon above the first falls.  Somewhere in the vicinity of the second falls, the trail becomes extremely difficult to negotiate, and then drops into the canyon (Schwenn, personal communication 1990).  Cahuillas, we are told, were well aware of the dangers of this trail.  Only men of considerable skill used it (Bean 1959).

ACC0006689

The *Kauisik* and Their Neighbors

Above the first falls, the trail in Tahquitz Canyon does not appear to go to any area of economic use that could not be reached more easily by using an alternate trail. The lush riparian community found in Tahquitz Canyon below the first falls is "reduced" in size in the area of the second, and perhaps the third falls, by the fact that the canyon here is extremely narrow, and the stream bed is composed of large boulders. Above the third, or perhaps fourth, falls the canyon again supports a rich riparian area. One can see this portion of the canyon from the Chino Trail in the vicinity of Lincoln Peak. This portion of the canyon can be reached using a side trail that branches off the Chino Trail at about 5,100 feet elevation.

From Tahquitz Canyon, the *Kauisik* Cahuilla could take the trails today called the Chino Trails, from the mouth of Tahquitz Canyon to Long Valley, Round Valley and San Jacinto Peak. Francisco Patencio says that these trails were used as hunting trails by the men.

> A trail led from Chino Canyon up to the San Jacinto Peak. . . . From Dry Falls a trail crosses to Chino Canyon. From Little Tachevah a trail goes up to Lincoln Peak. This is a hunting trail and leads into the trail going to Hidden Lake and San Jacinto Peak from Tahquitz Canyon (Patencio 1943:70).

It should be noted that Dry Falls is in Tachevah Canyon, and Little Tachevah is the next canyon directly south of Chino Canyon; trails led from the mouth of Tachevah Canyon past the mouth of Little Tachevah. From this trail system the *Kauisik* had access to a grove of live oaks, to manzanita and other chaparral plants, to buckwheat and possibly pinyon and some agave, various cacti and tobacco. There was also agave along the desert side of Hidden Lake (Patencio 1943:70-71), and a flat tule that grew in the center of the lake (1943:86). The men could obtain bighorn sheep on the lower slopes, and deer in Long and Round valleys. The presence of bear in Long Valley could occasionally have impeded Cahuilla hunting. The Cahuilla name for Long Valley is *hunwit heki*, meaning "the home of the bear that always lived there in the early days" (Patencio 1943:96).

Francisco Patencio (1943:97) describes another trail that descends from Caramba at the head of Tahquitz Canyon into Tahquitz Canyon itself and then climbs to Lincoln Peak. At or near that point it intercepts the Chino Trail. Along the slopes below Lincoln Peak was the place of paint and lime that was used by the *Kauisik* Cahuilla for face paint (1943:97). Another resource that could be collected near Tahquitz Canyon was salt, which was gathered from the rocks and the ground near the salt spring in the next canyon west of Tahquitz Canyon. It was boiled to make "good white salt" (Patencio 1943:97). This location is less than an hour's travel from Tahquitz.

The Gordon Trail. The trail named today after Moses Gordon climbs the ridge between *Os Wit* and Andreas canyons to reach the south ridge of Tahquitz Canyon. From that ridge southwestward the trail climbs to Caramba in Upper Tahquitz Canyon and from there to Little Tahquitz and Tahquitz valleys. At that point it intercepts trails that go to Hidden Lake and San Jacinto Peak. Although Patencio (1943:71) called the Gordon Trail the "Palms to Pines Trail," we will use the name "Gordon" here, as this is the name by which most people today know the trail, and because there is another local trail known today as the Palms to Pines. Sections of this modern trail were built by Gordon, along the route of an aboriginal trail, to allow horses to reach Caramba (Jaeger 1953). The lower Gordon Trail runs along what appears to be the boundary between the *Paniktum* and *Kauisiktum*, and may have been shared by both lineages as a branch of the Gordon Trail. It leaves the main trail below Caramba and descends into the upper reaches of Lower Tahquitz Canyon. This is the trail that the culture hero, *Ca-wis-ke-on-ca*, used to descend from Caramba, near 6,300 feet elevation, to the place where the Gordon Trail forks (about 5,300 feet) near the lone pine tree, at the place called *Woh-hut-cli-a-low-win-it* (Patencio 1943:97). From this point one branch of the trail descended to Andreas Canyon and the other down the ridge of Tahquitz Canyon. Hence one could come down from Caramba after hunting deer—which inhabit the Tahquitz Valley, Reed's Meadow, and Little Tahquitz Valley areas above Caramba and along Tahquitz Creek—and follow the ridge into the mouth of Tahquitz Canyon, or descend into and cross Tahquitz Canyon to join a branch of the Chino Trail, and take that into Tahquitz Canyon. The trail provides a direct route for

ACC0006690

getting into Little Tahquitz and Tahquitz valleys above Caramba, where plant foods such as wild cherry and tobacco could be gathered (Patencio 1943:96).

Part of the trail is then in *Paniktum* Cahuilla territory. The Gordon Trail leads to a yellow pine-live oak forest at Caramba that is probably in *Paniktum* territory. Acorns would have been gathered there. There are a bedrock mortar and *tinajas* along the creek at Caramba.

**Trails in the Andreas/Murray Canyon Drainages**. A trail begins at the Andreas Palm Oasis and goes up the ridge between Andreas and Murray canyons and down into Murray Canyon. The upper reaches of Murray Canyon could be reached this way. This trail today is called the Maynard Mine Trail.

In the upper reaches of Andreas and Murray canyons on the Desert Divide, a side trail led from Fobes Saddle to the summit of Apache Peak. From that peak Ansell Rock could be reached. Francisco Patencio (1943:52, 87) and Alejo Patencio (Strong 1929:100) both mention Ansell Rock in their accounts of Cahuilla history. Alejo says it is the large rock that the people prayed to in order to acquire deer. Francisco mentions that *Ca-wis-ke-on-ca*, in a story about the war with the people at Seven Palms, stood on the ridge on a large rock at a place called *Pu-loo-cla* (Patencio 1943:87). *Pu-loo-cla* means "top of the ridge" (Patencio 1943:52).

Alejo also mentioned a spring in this area called *Kaukwicheki* (Strong 1929:100), which means "the nest of the chicken hawk" (Patencio 1943:53). Alejo said that this stream was where hunters and acorn gatherers camped (Strong 1929:100). Black oaks grow on the desert slopes of Apache, Spitler and Palm View peaks; these trees provide the favorite acorn available to the Cahuilla. It is uncertain which lineage, *Kauisik* or *Panik*, claimed these oaks or if the area was shared. This resource is located along the southwestern boundary of the *Kauisik* territory. The area is at least 15 rugged miles from Tahquitz Canyon. It would therefore require an overnight trip for a group to reach these oaks. The group could camp overnight at one of several places—Indian Springs, Dos Palmas Spring, or the Needles Eye. (See West Fork of Palm Canyon below.)

When acorns were available for harvest, in October or November, the group would camp from several days to a week or more near the oaks, and hunt deer and other game at the same time. A good acorn harvest could provide enough of this favorite food to last a family for an entire year.

West Fork of Palm Canyon. The trail going up the West Fork of Palm Canyon begins at Hermit's Bench and goes past Indian Spring to the Needles Eye section of the West Fork Canyon. From there it is difficult to trace, as it followed the canyon bottom, today an area of heavy brush and trees, until reaching Agua Fuerte Spring. At that point the trail forked. One branch crossed over Fobes Saddle and descended into Garner Valley, thereby providing access to other Cahuilla clan areas there. The other branch climbed a ridge to Garnet Ridge, then contoured the slope to Little Camp and Cedar Springs to reach the crest of the Desert Divide. At that point it dropped into the Garner Valley area.

In the middle section at the Needles Eye there are numerous petroglyphs and pictographs, and at least one bedrock mortar, sufficient to suggest a major religious use area. The West Fork Canyon itself is a lush riparian community that has *Washingtonia filifera* along its length below the Needles Eye. There are many trees above the Needles Eye as well, including sycamores, cottonwoods, wild grape, mesquite, oaks, and alders. This was obviously a major food resource collecting area, and possibly a permanent settlement in earlier times. Merriam's informants, for example, state that a group now extinct once owned it (Merriam n.d.).

The West Fork Canyon is on the boundary of *Paniktum* territory. Above the Needle's Eye there is a small valley on the north side of the canyon that is attractive to deer and today supports a large deer herd. Below Agua Fuerte there is oak on the upper end of the trail; and from Cedar Spring to Apache Spring along the desert slope of the Desert Divide, a considerable amount of black oak. Bighorn sheep inhabit the lower slopes of the West Fork Canyon, and deer are usually found above 3,500 feet elevation. Thus the area was of major significance to Cahuilla food collection.

ACC0006691

Palm Canyon Trail. One of the important, perhaps the most important, trails used by the people in Palm Springs—a trail probably shared by the *Kauisik*, the *Panik*, and other lineages living in the area in the past—is the trail complex within the Palm Canyon area. This is a deep-worn trail that leads from Palm Springs to the territories of other Cahuilla groups to the south, including Rockhouse and Coyote canyons, Los Coyotes and Warner's Valley, and Borrego and Clark valleys. The trail also opened the way to the west, to the Hemet and Moreno Valley areas. Like other trails, the trails in this complex all went by springs or water.

As this trail proceeds up Palm Canyon, it crosses the territory of the *Paniktum* Cahuilla at the mouth of Andreas, Murray and Palm canyons. The mouth of Palm Canyon is named *tev-ing-el-we-wy-wen-it* (Strong 1929:100; Patencio 1943:90). The area is described by Cahuilla as a basket closed up at the top that is hung upside down (1943:90). At the mouth of Palm Canyon close to Hermit's Bench, waters from the West Fork and from the Middle and East forks join. A major grove of *Washingtonia filifera*, which was an important source of construction materials (fronds) and food (dates), grows at and upstream of this point. This grove was also a source of food for many of the small animals and birds that were hunted by the Cahuilla, and was associated with many plants, particularly the honey mesquite (*Prosopis juliflora*) and screwbean mesquite (*Prosopis pubescens*), two foods as important to subsistence as acorns and pinyon (Bean and Saubel 1972).

One mile upstream of the mouth of Palm Canyon's mouth, the trail divides into other major trails. One leads into the West Fork as described above, another heads south up Palm Canyon (the Palm Canyon Trail), and a third follows the north ridge of the East Fork of Palm Canyon. This latter trail (the Vandeventer or East Fork Trail) heads east and northeast toward Cathedral Canyon to join a network of trails from the Murray Hills, including the trail called today the Dead Indian Palms Trail. This network of trails (the Dead Indian Palms Trail, East Fork Trail and subsidiary trails in the Murray Hills) provides access to many important resources, e.g., bighorn sheep, which lambed in the Murray Hills area in the past. Isolated palm groves and associated mesquite, as well as barrel cactus, desert apricot, and some agave can be found along these trails. However, the East Fork Trail was probably a trail predominantly for travel, as one reaches other important trails from it.

From the trail junction one mile south of the canyon mouth, the Palm Canyon Trail heads southward, ascending the middle or south fork of Palm Canyon. The trail first crosses the East Fork Canyon and then climbs into an area of low hills on the east side of the main canyon. This area was called *Fatmelmo*, meaning "a place among many hills" (Patencio 1943:53). In this area grow cholla, Mohave yucca, desert agave, and many of the desert scrub plants such as creosote, encelia and desert apricot.

The trail crosses Dry Rock Canyon wash and, shortly thereafter, Palm Canyon itself several miles south of Hermit's Bench near the confluence of Palm Canyon and Cedar Creek Canyon. Along Cedar Creek are agave roasting pits and palm oases. The trail then climbs to the Indian Potrero, a major Cahuilla site, which was named *Simuta* by the great *net* as he marked out *Kauisik* territory (Strong 1929:100). Near the trail on the north side of the Potrero along Cedar Creek is an area containing palm oases and mesquite thickets, many of which have bedrock mortars. The Potrero also supports mesquite thickets and several cactus species including barrel, beavertail and cholla. There are also trail shrines near the Indian Potrero and many bedrock mortars along Cedar Creek above (west of) Bullseye Rock. According to Hooper (1920:355-356), there was a village site occupied by a group called the *Simotakiktem* about six miles south of Palm Springs. The village was probably located on either the Indian Potrero or the large flat known as Bullseye Flat to the west. One man of the clan caused a great deal of trouble for neighboring groups; so the surrounding groups got together and made war on the *Simotakiktem*, destroying the entire clan.

A faint trail follows the creek from the Potrero to Bullseye Rock, a place Patencio (1943:89) mentions and one that has historic significance in Cahuilla oral history. This is the place where the heads of the chiefs and headmen of the Seven Palms people and others were brought by the older men after they were conquered and killed by the *Kauisiktum*. The heads of the conquered were bashed against a big rock, and the brains taken out. This place is called *You-koo-hul-ya-me*, meaning "the place of many

ACC0006692

brains" (Patencio 1943:89). (In the story, the *Mu-na-lem* were the earlier people of Palm Springs who were displaced by the *Kauisik*; the *Mu-na-lem* then moved to Seven Palms, as they were related to the group living there, the *Ha-ve*, probably *Hauikiktum* [Patencio 1943:86-87]).

Leaving the Indian Potrero, the trail recrosses Palm Canyon and continues south along the east side of the canyon, passing through Mesquite Flat, another important food-gathering place containing mesquite thickets, cottonwoods and palms. Bedrock mortars and other artifacts have been found here. From Mesquite Flat the trail continues south, passing the mouth of Horse Potrero Canyon, a canyon that may have provided a route to Pinyon Flat, another important location for seasonal food collecting, especially pinyon in August, and deer hunting. There are springs in Horse Potrero Canyon and a riparian community with mesquite, desert apricot and other significant plant and game foods. At the mouth of Horse Potrero Canyon, where it joins Palm Canyon, is a large and well-known waterfall, Big Falls.

A side trail leaves the Palm Canyon Trail just south of Horse Potrero Canyon and loops through Little Paradise, passing a spring, a solitary palm tree and mesquite thickets along the way. This side trail climbs to Agua Bonita Spring and then rejoins the Palm Canyon Trail. One of these springs may be the hot spring that Alejo Patencio (Strong 1929:100) mentions as being halfway up the canyon.

South of Agua Bonita, the Palm Canyon Trail stays on the east side of the canyon, passing through a series of small hills until it reaches a large flat near the mouth of Dutch Charley Canyon. At this point there are many useful plants—mesquite, cottonwoods, willows, cats claw and many species of cacti. A trail goes up Dutch Charley Canyon from here to Pinyon Flats. On the west side of Palm Canyon there is another trail that climbs the chaparral-covered slopes to the Desert Divide. (See the Live Oak and Oak Canyon Trails discussed below.)

From the mouth of Dutch Charley Canyon, the Palm Canyon Trail continues southward. In this area, Palm Canyon always has water in the late spring and often into early summer except in periods of extended drought. The creek here is lined with willows and cottonwoods. About two miles south of Dutch Charley Canyon on the east side of the canyon is an unnamed spring with a recorded archaeological site. Just past this spring is the mouth of Omstott Canyon, a canyon that may have provided another route to Pinyon Flat. There are *tinajas*, places where water collects, near the mouth of Omstott Canyon and in the canyon itself, which would have made this canyon useful to travelers.

The trail from the mouth of Dutch Charley Canyon to the ridge of Desert Divide is known as the Government Trail. This trail led into the territory of other Cahuilla groups. It climbs the east slopes of the Desert Divide passing Hidden Falls and a spring in middle Oak Canyon to reach Live Oak Canyon. Along the way it passes near a branch of Oak Canyon with a spring and modern stone house. Near the house are several bedrock mortars, and cupules and petroglyphs on a nearby boulder. The house was built by Jim Wellman.

The trail climbs up Live Oak Canyon, passing numerous oaks and a major spring, Live Oak Spring. A short distance beyond Live Oak Spring at the crest of the ridge, the trail splits into three trails, one going into Bull Canyon and Vandeventer Flat, another to Tunnel Spring and Pine Meadow and a third, which may not be aboriginal in origin, follows the ridge crest passing by Cedar and Lion Springs and ending, in traditional times, at Apache Spring. Both Live Oak and Oak canyons have numerous live oaks, nearly as important a food resource to the Cahuillas as black oak, and several springs, places good for deer hunting.

South of Omstott Canyon, the trail continues up Palm Canyon, passing a series of springs and stream terraces (wide areas in the canyon) where there is considerable food, including mesquite, cottonwood, cacti, buckwheat, yucca, nolina, deer, bighorn sheep, rabbits, quail, and the like. There are recorded archaeological sites here. There and one-half miles south of Omstott Canyon, the trail reaches Highway 74 and in another mile, Vandeventer Flat, at which point the trail becomes a travel trail.

**Trails in the Murray Hills**. According to Francisco Patencio, the Murray Hills are full of Indian trails (Patencio 1943:71): "On the top of Murray Peak the wild mountain sheep go at lambing time. Here it is warm and sunny on the slopes of this high hill. The rams keep a look-out for danger all about the whole country." The modern trail names here are the Burns, the Araby, the Garstin, the Wild Horse, the

ACC0006693

Theleman, the Eagle Canyon, the Shannon, and the Henderson. The area is characterized by a desert scrub plant community, and therefore is useful for collecting barrel cactus, agave, encelia, desert apricot, ocotillo and Indian tea.

The Dead Indian Canyon Palms Trail links Palm Canyon with Dead Indian Canyon, Deep Canyon, Indian Wells and La Quinta as it crosses the Murray Hills and Santa Rosa foothills. The trail today has several names along this route including the Theleman, Wild Horse, Fern Canyon, Hahn-Buena Vista, and Art Smith trails. This is the trail described by Francisco Patencio as follows:

> A trail crosses the Murray Hills from the Garden of Eden. It passes the Eagle Spring and some others on the way East to Indian Wells—Magnesia Canyon and Cathedral Canyon, I do not know the white people's names for them all, they run back into the Palm Canyon country, but the canyons of the Deep Canyon country, they go back into the Deep Canyon area and then back into the Pinyon Flats and the Santa Rosa Mountains (1943:71).

The Dead Indian Palms Trail begins near the Garden of Eden as the Theleman Trail and climbs to Wild Horse ridge. Here, as the Wild Horse Trail, it turns south, passing just south of Murray Peak, and crosses the East Fork Trail (also known as the Vandeventer Trail). The trail runs through the hills south of Cathedral City as the Hahn-Buena Vista, and then crosses the head of Dry Rock Canyon wash to drop into Magnesia Spring Canyon. At this point it becomes the Art Smith Trail. The trail descends Magnesia Spring Canyon wash for about a mile and then climbs out of the drainage, contouring the north slope of Haystack Mountain to cross the drainage divide between Magnesia Spring and Cat canyons. The trail then descends into and crosses upper Cat Canyon passing by a spring near the highest palm oasis in Cat Canyon. (Cat Canyon contains numerous palm oases and mesquite groves in its upper reaches.) The trail climbs out of Cat Canyon drainage into an area of flats and low hills east of Haystack Mountain, parallels and crosses a small dry creek north of Ebbens Canyon, passing several palm oases and springs on the way, to descend into Dead Indian Canyon just down canyon from Dead Indian Palms oasis.
Along the Dead Indian Palms Trail one can descend into Cat Canyon where there is much agave, some juniper, ocotillo and cacti as well as desert apricot. On the slopes above Deep Canyon there is much agave. Cahuilla men harvested agave seasonally. (See Bean and Saubel 1972 for more information.)

From the mouth of Dead Indian Canyon one can either go to Indian Wells, *Kavinish*, once a major Cahuilla community that was about six miles away, or farther into the Coachella Valley. One can also cross a low saddle east of Dead Indian and Cat canyons and in about 10 miles reach the highest shoreline of the ancient Lake Cahuilla, near present-day Lake Cahuilla County Park.

**Other Trails**. An unnamed trail branches off the Dead Indian Palms Trail in Upper Magnesia Springs Canyon and ends in the mouth of that canyon. (Today only short sections of the trail can be found.) Magnesia Springs Canyon contains cacti, mesquite thickets, and a wealth of *Washingtonia filifera* palms. Several springs and seeps, and a series of dry waterfalls and *tinajas* are also found in the canyon.

About one-half mile southeast of the mouth of Dead Indian Canyon is the start of the Palms to Pines Trail (Jaeger 1953) that climbs to Pinyon Flat, paralleling Carrizo Canyon and passing by Black Hill and near another Dos Palmas Spring.

Regarding trails going to Pinyon Flat, Patencio says that they were used to gather pinyon nuts and hunt game:

> They come everywhere to Pinyon Flats, where whole families camped and visited while gathering the Pinyon Pine nuts. These old trails may be brushy by now, and in some places washed away, but I think they could be easily followed. They are not used much more—the game is nearly gone (1943:71).

ACC0006694

The Tahquitz Report: Ethnography and Ethnohistory

On the other side of Deep Canyon from Dead Indian Canyon, a trail follows the Coyote Creek drainage, crossing over the drainage divide and then descending into the Bear Creek drainage. From there one can reach La Quinta, an area in which Cahuilla once lived, and the shores of ancient Lake Cahuilla when the water was high. Along this trail there are many trail shrines, much agave and cholla, pottery sherds and signs of bighorn sheep. Katherine Saubel has given the name of *Isil* to this trail; she also named the trail from La Quinta and the old lake shore to Cactus Springs, the *Tukut* Trail.

These trails, those that branch off the Palm Canyon Trail, the Palms to Pines that climbs out of Deep Canyon and Palm Desert, and the trail that is called the Old Guadalupe, the Torres, and today the *Tukut*, reach Pinyon Flat from the desert floor. The latter trail climbs up from the mouth of Guadalupe Canyon or from La Quinta to Cactus Springs. From there one can follow the Cactus Springs Trail to Pinyon Flat. The Cactus Springs Trail itself links Pinyon Flat with the mouth of Martinez Canyon, passing Horsethief Creek, Cactus and Agua Alta Springs enroute.

ACC0006695

## CAHUILLA SOCIAL ORGANIZATION
### by Lowell John Bean and Sylvia Brakke Vane

The Cahuilla social system was built on marriage. Its moieties, ceremonial reciprocity, and politically autonomous patrilineages have been described by Gifford (1918), Strong (1927) and Bean (1972). Each lineage community had its own territory; some lineages had their own lineage leader (*net*), ceremonial house (*Kishumnawut*) and ceremonial bundle (*maíswut*). For purposes of marriage, descent was traced carefully for five generations and the lineage was exogamous within those generations.

The ceremonial bundle was held in great esteem and handled only by religious specialists. It was "owned" by the *net*, who could use it to enforce his judgments by supernatural means. The bundle was passed from father to son in a direct line of descent. The ceremonial complex (house, bundle, and ceremonial office) constitutes the "most important factor in understanding society in Southern California" (Strong 1929:34).

The clan, comprised of two or more lineages, occupied and owned a specific area and was the largest unit. Economic cooperation, in the sense of sharing hunting and gathering lands, ceremonial reciprocity, and linguistic unity further characterized its internal structure.

The maximum level of social identification among the Cahuilla was the *?ivi?lyu?atum*, a linguistically and culturally defined group. *?ivi?lyu?atum* refers to persons speaking the Cahuilla language and recognizing a commonly shared cultural heritage. There is no indication that the *?ivi?lyu?atum* united for any activity as a single unit prior to white contact, although some extensive organization (confederation of several Cahuilla clans) took place shortly after contact under the leadership of such historic figures as Antonio Garra, Juan Antonio, and Cabezón.

The Cahuilla further divided themselves into two groups (moieties)—the *tuktum* (Wildcats) and the *?istam* (Coyotes). Each person was a member of the moiety of his or her father, and although the moiety had no territorial boundaries, it was a very real social instrument since it regulated marriages and ritual reciprocity. Exogamous marriage rules were very strict, being maintained to the present by some families, although they had been broken down considerably in some groups by the time Strong visited the Cahuilla in 1924-1925.

The moiety was a "fictive" kin group wherein common descent was recognized by the members' referring to one another as *kilyiw*, a term implying genealogical relationship and obligation. The moieties served an economic and ceremonial function at most Cahuilla rituals, at which inter-moiety cooperation was mandatory because certain components of ritual activity were owned by each moiety, and these had to be integrated to complete the performance.

The requirements of marriage and ritual, along with moiety reciprocity, brought groups together frequently, setting a framework for alliances that required social interaction over a long period of time.

The moiety concept was established in the beginning when the universe was classified into one of two mutually exclusive groupings (moieties), Wildcat and Coyote, beings associated with the creators *Mukat* and *Temayawut*, who dichotomized the cosmological realm. Its consequences were immediately related to ecological-subsistence needs. Within the territories of either moiety significantly different ecological patterns occurred—thus the system had economic advantages.

Cahuillas were aware that ritual occasions served as a time when foods and goods would be redistributed against food shortages and allowed those with food resources to bank them by exchanging them for "hard goods." Food distribution across moiety lines was also brought about by marriage rules. Each moiety was a convenient source of wives for the other because each clan was bordered by a clan of the opposite moiety.

### The Clan and the Lineage

The clan was composed of a number of lineages, varying from three to ten. These clans were distinctly different groups. Each group was named, and claimed a common genitor from whom all

ACC0006696

members were descended patrilineally. The clan was a political unit, an economic-corporate unit, and a ceremonial unit.

Seven such clans are identifiable from the ethnographic data, but our research in the mission records show that there were many more villages at the end of the 18th century, constituting an unknown number of clans. There may have been as many as 10 to 20 clans. Each clan was composed of separate, independent, localized lineage units, each with its leader and specific locality, after which the lineage was usually named. The parent lineage of the clan, the *aa?cai* lineage, owned the *maiswut*, the *kishumnawut* and the office of *net*. In some instances more than one lineage within a clan could have these.

When the clan acted as a political or economic unit, the *net* presided over a council of lineage leaders (*netem*). Political cooperation on the clan level was activated on such occasions as when clan territory was being exploited by people from other clans; and economic cooperation, when large communal hunting activities were undertaken. When intraclan conflict concerning land tenure arose, or when there was impending or real disaster, all the political leaders and religious practitioners assembled to combine their knowledge, strength, and supernatural power to deal with the disaster or settle the conflict (this is reported in instances of floods, droughts, earthquakes, and epidemics).

When a large labor force was required to exploit or control food resources by burning food areas, members of several lineages of a clan cooperated as a single unit. When lineages had ceremonies, the clan members contributed food, and performed ceremonial activities, because some lineages had not developed a full complement of the religious roles necessary to conduct the ceremonies.

Each lineage, regardless of its degree of dependence on the parent lineage (clan), was, for the most part, economically independent. Each owned its own territory. Some of the area between lineages was open land and could be used for hunting and gathering by any clan member. Hunting areas were less associated with lineage ownership than those where regularly used plants were present. In oak groves, individual trees and small groves were owned by individual families and inherited patrilineally.

The lineage principle was advantageous in several ways. It defined group membership and the ownership of food-producing areas, so that members of respective lineages were able to maintain day-to-day and season-to-season control over food-producing areas. The careful delineation of groups within geographical areas minimized the possibility of conflict over valuable food resources. It guaranteed that some food-producing areas were exclusively and always available to particular groups of people. Such delineation was sometimes accomplished by marking the boundary. Saturnino Torres reports that people would make a bundle out of arrowweed, or something similar, and tie it with cloth. These were used to mark each family's mesquite bush or its territory for collection (Cheryl Jeffrey, personal communication 1995).

### The *Maiswut*

Each clan, and sometimes each lineage, had a *maiswut*, first created by *Momtakwit*, the first *net* in Cahuilla history. The reeds from which the wrappings were made were acquired at the ocean by *?isily* (Coyote) who served as the first *paxaa?*. Thus, the sacredness of the bundle was rooted by tradition. This was the most important object in Cahuilla life.

It was a reed matting of four or five feet in width, 15 to 20 feet in length, and it enclosed ceremonial objects such as feather ropes, shell beads used in ceremonial exchange, a bone whistle, a curved stick, tobacco, a stone pipe,[78] and other ritual items. Within the bundle a supernatural power (*?amna?a*), suggestive of the creator, which communicated with the net, existed. *?amna?a* was addressed in an esoteric language and regularly fed tobacco.

No important community activity could take place without consulting *?amna?a* about the activity and its purpose in order to be certain that what was planned was correct and safe, or would receive the blessings/power/guidance of *?amna?a*. It was housed in a special place, usually a special room attached

---

[78]The discovery of a fragment of a well worn argillite pipe in a rockshelter in Locus I (see page IX-64), is thus a very significant find, suggesting that a ceremonial bundle may have been cached there.

ACC0006697

Cahuilla Social Organization

to the *kis?amna?a*, or in a secret hiding place such as a dry cave. It was brought out to view only at
religious events.

The *maíswut* served as a symbolic representation of the lineage or clan. It validated Cahuilla life:
religious, political, social, and economic. As a sacred object, it connected the people with the "beginning"
and their creation, the time when all the good things of life came, when food was created, when their
ceremonial and political structures were given to them as well as the territories they occupied, the songs
they sang; and all other things from the past.

In the present world, the *maíswut* supported the adjudicative and administrative roles of the *net*
and *paxaa?*, for they could call upon its powers as a sanctioning device to punish deviant behavior. It
was integral to the economy as well. Its power was used when the community performed its annual rites
of increase, and its possession reaffirmed the right of the people to live in the land whose resources they
exploited.

It was used to control positions such as the *net* or *paxaa?*, or those who through their personal
worth had achieved high status and recognition by their use of supernatural power. It was used to control
the behavior of those in high status positions. If *?amna?a* was offended by an improperly performed
ritual, the ceremonialist was punished. If the *net* or *paxaa?* did not perform their proper function, they
or their family were punished by *?amna?a*.

When Strong visited Palm Springs in 1925, he was told that the *Kauisiktum* clan *maíswut*:

> . . . consists only of the roll of reed matting. Many years ago there were rolled up in this
> bundle eagle feathers and the pelvis of a California grizzly bear. This latter was very
> powerful, and was called *yuuknut* "frightening." It was perforated, and the *paha* would
> whistle on it at this time, a sound that would kill any irreverent or noisy person. The
> bundle and its contents are called "the heart of the house." Now only the bundle is left
> (1929:128).

In addition to the above, the *maíswut* might contain a stone pipe, the most sacred of Cahuilla
objects, and narrow bands of flicker feathers, eagle feather skirts, dance sticks and other ritual materials.
The *maíswut* was the "symbolic center of the clan" (Strong 1929:105).

Eagle feathers, after the bird was killed, were kept in the *maíswut* and were used to decorate
images and, in boys' puberty ceremonies, they wore them in their hair in a forward position (Strong
1929).

## The *Net*

The *net* managed the people in many ways. He was responsible for the correct maintenance of
ritual and the care and maintenance of the ceremonial bundle (*maíswut*) and the ceremonial house
(*kis?amna?a*). The ritual activity kept the environment in proper balance.

The *net* served as an economic executive, determining where and when people would go to gather
foods or hunt game. He knew where all the food gathering places were located and all the place names.
He would instruct people when to gather and had the privilege of first gathering if he so chose. The food
he gathered would be eaten at the ceremonial house. Strong says that he also selected camping places for
each group. He administered first-fruit rites prior to the gathering of acorns, mesquite, and other staples,
and he collected goods that he stored for future ceremonial use, exchanged with other groups, or used for
emergency rations. He was responsible for remembering group boundaries and individual ownership
rights, so that when conflict arose between individual families or within lineages or clans, he could
adjudicate them.

When the *net* felt further community help was needed, he called upon the *paxaa?* and the *puvalam*
(or shamans), who met with him and provided advice.

## The *Paxaa?* (*Paha*)

The *paxaa?* was the ceremonial, administrative, and adjudicating assistant to the *net*. He was an

ACC0006698

integral part of all ceremonial rituals and functions (birth, puberty, first-fruit rites, death and others), and no other person could assume his specifically defined duties, or office (that tended to be hereditary). He participated fully in the economic phases of community life, organizing and leading certain community hunting and gathering activities (usually ceremonially instigated), and gathered and distributed the food throughout the community as needed.

He was a man who inspired respect and fear among the people; a person who would be obeyed without question when he commanded. His power was justified by tradition, as it was Coyote (*?isily*) who served as the first *paxaa?*, and assisted with the funeral ceremonies for the Creator.

Strong was told by *Kauisik* leaders in 1925 that:

> He [the *paha*] saw that each family supplied its quota of food to the "big house" for use in ceremonials, he made all announcements in the village, and he carried the strings of shell money in the elaborate system of exchange that has previously been described. Informants questioned said that the office of *paha* had "been from the beginning." As shown in the Palm Springs creation story, *isil*, the coyote, was the first *paha* helping the creators in making bodies, tending the elder creator, *mūkat*, when he was sick, getting the first *maĩswut*, and making the first images. Since that time there has always been a *paha* (Strong 1929:108).

## The *Takwa*

A different official than that recalled by other groups was reported to exist among the *Kauisik*. Strong says:

> At Palm Springs in the *kauisiktum* clan, and probably at Indian Wells in the *atcitcem* clan, a new official appears, called the *takwa*. The duties of this man are primarily the taking care of food used for clan ceremonials, its preparation, and its division to guests. Likewise he divides all the food, such as mesquite-bean flour, given as presents to the invited clans at the image-burning ceremony. All his family help him in these duties, especially in preparing the food. The desert clans have no such official, but the use of the term *takwac nikul* meaning "he or she is dividing food," commonly employed on the desert, has been mentioned. Palm Springs informants stated that on the death of the *takwa* he was succeeded by his son or his nephew. They also added that the *takwa* had "been from the beginning"[79] (Strong 1929:108).

The term *paha*, Strong says, was apparently borrowed from the Cahuilla neighbors to the west, who used it in reference to an official associated with the *toloache* cult (1929:108).

## The *Haunik*

The *haunik* possessed and performed ceremonial songs utilized at rites of passage and intensification. He was the "song" leader at rites of passage. He knew at least two of the cycles of death ceremonies alone. The *haunik* was a teacher to the young people in his lineage. At puberty ceremonials he taught young people songs associated with their lineage and instructed them in proper adult behavior.

### *Nenewis* Dancers

Integral to most ritual performance, dancing portrayed dramatic persons and events in Cahuilla history and cosmology. The dance performances were complex events that ranged from the swift, elegantly performed eagle dance (simulating an eagle's flight) to ponderously careful and dramatically significant war dances, to emotionally meaningful dances associated with burying images of the dead

---

[79]William Bright, a linguist, has suggested that the term *takwa* is a Hispanicism.

ACC0006699

(*nukil*). These required choreographic talent, stamina, and a sense of mimicry, rhythm, timing and imagination.

## The *Puvalam* (Shamans)

Two other statuses (*puul* and *pa?vu?ul*) fell within a *puvalam*. These were "shamans." Possession of supernatural power was necessary for becoming a member of the powerful and somewhat secret society of *puvalam*. Power was acquired by one of several means—an individual could be born with the power, it could be passed to an individual by another *puul*, or it could be given to him by a spirit being.

The economic activities of these men were critical to a successful life for the community. They were able to "create" food. When there was a scarcity of food or when there was a prediction of scarcity, they brought forth a miniature food-producing tree such as an oak from their hands during a public performance, thereby magically ensuring that the season's acorn crop would be plentiful. This act was described by Victoria Wierick as follows:

> When the "witch man" made acorn trees in his palm, he got hot coals in his hands and he held it there and it came like a weed growing in the ground. It grew that high [about two inches]—this would make food come when there was no food. There are none of them that way any more (Victoria Wierick, personal communication).

The treatment of disease was another responsibility . Medical problems were caused by natural causes such as wounds, snakebites, accidents; "witching" by other *puvalam*; supernaturally in punishment for the infraction of rituals and taboos; soul loss; and malevolency of spirits prior to a death ceremony. The *puul* was also responsible for ensuring that an individual thought to be dead was not simply in a trancelike state. The *puvalam* cured diseases by sucking disease objects from the patient's body and blowing to send away evil. These acts were accompanied by songs and natural methods, such as the use of herbs and massage.

Albeit informally, the *puvalam* played a significant political role. When there was an important political decision, they met with the *net* and *paxaa?* (or *paha)*. When an important man in the community was to be censured, or a legal dispute arose that had repercussions beyond an individual or family level, these men were called upon for their opinion and support. They also acted to punish offenders on behalf of the lineages.

The *puul* was also a diviner who understood signs given by birds, animals, and celestial bodies. He could predict such things as impending illness or certain death. He knew, for instance, that a soul was lost when he saw a falling star, and could proceed to discover whose soul it was and return it to the person before one of several soul-catching beings found it. He also saw impending disaster—a flood, drought, famine, or epidemic, requiring the gathering together of the people and action by the *puvalam* to offset malevolent spirits. By utilizing the combined powers of the *puvalam* and the *maïswut*, disasters were sometimes averted.

*Puvalam* formed an elite group, acting together with the *net* and *paxaa?* as leaders who expressed opinions and made decisions, especially in times of disasters and epidemics. They propitiated *?amna?a* to ensure the community against danger or to assuage anxiety and suffering. They often met in the sweathouse,[80] using it as "a sort of clubhouse." The *net* and *paxaa?* were usually *puvalam*; therefore they controlled the political structure by weaving it into a tightly interacting group, thereby increasing their power over the community. Thus, an association of *puvalam* cut across clan and lineage boundaries to form an interlineage and intersib association of power-oriented persons.

## The *Tinavis*

In sharp contrast to other statuses in Cahuilla society, the *tinavis*, or doctor, utilized no

---

[80]The presence of clay *nukatem* figures in Locus I suggests such a use (see Chapter VIII).

ACC0006700

supernatural power for curing.  A *tinavis* was usually a woman, learning her medical lore from other *tinavislum*.  There was no formal installation in this status, as a person usually learned gradually through experience, becoming known and trusted through time in the community for his or her skill.  Most *tinavislum* were middle-aged or older, and they possessed great knowledge concerning medicinal herbs, the specifics for various  conditions such as childbirth or ailments such as wounds, broken bones, or intestinal discomfort.  The role was economically advantageous.  The practitioner was customarily paid for services in food, baskets, or other goods.  If the *tinavis* did not know how to cure a disease, he or she called upon the services of the *puul*.  There are accounts, however, of a *puul* assigning a *tinavis* to carry out his medical instructions for a patient who might require the services for many days.  It is reported that *tinavislum* were sometimes suspected of using secret magical power "to achieve personal ends;" i.e., of being *nenananis* (Bean 1972:116).

ACC0006701

## WORLD VIEW, RITUAL AND THE ARTS
by Lowell John Bean and Sylvia Brakke Vane

### A Review of the Cahuilla World: A Fundamental Concept

Cahuilla world view "*?iva?a*" was a power or energy source, which was the creative force of a systematic but potentially unstable and unpredictable universe. *?iva?a* was quixotic and all things were subject to unpredictable change. Because of the unpredictable nature of *?iva?a*, intense feelings of apprehension toward the present and future was a realistic orientation to an environment full of real and continual changes.

The presence of power explained unusual talents or events and differences in cultural attainment. Phenomena that contained *?iva?a* (and any could have it) were capable of negative and positive actions. Individuals were prepared to deal with contrasting qualities in all phenomena and since human beings were an integral part of nature and the universe was an interacting system, an ecological ethic existed that assumed any action by, or affecting a part of, the system affected all other parts (Bean 1972).

There were a number of beings in the universe. Some were active in Cahuilla affairs and symbolized the people of the "early times," while others were associated with the control of *?iva?a* (e.g., *takus*, *pakwis*). The *tewlavelem*, or soul spirits, existed in the body of the living and had a separate existence after an individual's death. Then they went to the land of the dead (*telmekis*), east of Cahuilla territory, where lived all *tewlavelem* and the *nukatem* (first people created) who no longer dwelt on earth. Most *tewlavelem* reached *telmekis* after arduous ritual on the part of both the living and themselves. Messages were sometimes passed from *telmekis* to the living. The *tewlavelem* could be directly involved in Cahuilla social life—advising, sanctioning, and aiding those still on earth (Bean 1972).

Cahuilla values were clearly related to coping with mental and economic circumstances. Tradition was authority and the past was the referent for the present and future. Correct behavior and access to power were correlates of one another, and innovative actions were seen as potentially dangerous, but possible. Oral literature was quoted to assess the value or appropriateness of taking action in crisis situations. Old age was a criterion for privilege, power, and honor. The Creator Gods struggled to establish who was the older. *Mukat*, the successful one, demonstrated that older people were more cautious, precise, and orderly, and had more creative power than did the younger people. Elders functioned as repositories of knowledge and lore that fostered adaptation to a diverse and sometimes harsh environment. The aged taught the values and skills necessary for successful adult life and for survival of the young. Older women made baskets, rabbitskin blankets, and nets; ground seeds; and performed other time consuming tasks. They taught young girls the techniques and values of womanhood. The older men manufactured arrowheads, bows, rabbit sticks, and hunting nets. They taught boys the traditional values of the society as well as the intricacies of hunting techniques, which fostered the maximum learning for successful adulthood.

Reciprocity, a necessary value to survive was pervasive. A well-balanced and rigidly enforced system of reciprocal relations operated at every level of society and throughout the universe. Each Cahuilla was taught and encouraged to share possessions, food and capital equipment. It was proper to give and receive, neither action requiring much formal recognition. Failure to reciprocate was a serious breach of behavioral norms, one punished by public sanctions and ridicule. Accompanying reciprocity were fairness and equality. Lineages and clans reciprocated in collecting privileges by invitations to collect and hunt in one another's areas when surpluses were apparent.

Doing things carefully and in an orderly manner and thinking about all the ramifications of one's actions were stressed to everyone. Haste and misplaced sympathy resulted in inappropriate actions in the realities of the world. Power gained in rituals was used to control and eliminate error anticipated in an unpredictable world.

Integrity and dependability in personal relations were expected and were evident in the manner in which information was presented. One's actions were to be as explicit and as direct as possible in order to reduce misunderstandings.

ACC0006702

That secrecy and caution in dealing with knowledge was necessary was repeatedly reflected in Cahuilla oral literature and everyday life. The judicious use of knowledge brought praises and reward; failure could generate severe harm.

## Ritual

Ritual was a constant factor in the life of every Cahuilla individual—always directly ahead or immediately finished. Some were scheduled and routine, others, sporadically and situationally performed. Ritual functioned as an instrument of economic adaptation.

**The *Nukil* and other Rituals for the Dead**. The *nukil* was the elaborate and extensive Cahuilla ritual held annually or biennially during the winter to honor the souls of the dead (*tewlavil*). This week long ceremony honored all members of a lineage who had died since the previous *nukil* ceremony. It was the last in a series of ceremonies that had, as their objective, the propitiation and disposition of the souls and property of the dead, initiated when there were adequate foodstuffs and other valuables to provide for guests, at times numbering several hundred participants, and representing several clans of both moieties, as well as other tribes.

This was followed by a period of mourning when men and women cut their hair. The home and possessions of the dead would have been burned or otherwise destroyed prior to *nukil*, very shortly after a person died; however, it was not until after the conclusion of the *nukil* that family mourning ended and the souls of the dead achieved release from their earthly environs and entered the land of the dead.

These rituals were held at the time of year when regular economic affairs were at a low—the late fall and winter. Once the date was set, every able member of the community was active in preparing for the event. Every family contributed food and goods to the *kishumnawut* and made arrangements for accommodations for the guests.

During the ritual there were opportunities for trading food and manufactured items for goods brought from other communities. Women brought baskets for distribution, trade, or destruction at the burning of the images. Men would prepare and string shell beads, manufacture nets and various other material goods for ceremonial use during the ritual, or for trade. Families put away surplus food that the *net* would collect as the ceremonial time approached.

For months the entire community was involved in planning and preparing for this intense time. Relatives in other lineages and lineage leaders of groups with whom the hosts wished to establish ritual reciprocity were invited to attend the *nukil*. The *net* invited other lineages to attend by sending out strings of shell beads to lineage *nets*. Acceptance of the bead string by the other *nets* consummated a contract guaranteeing the presence and support of their lineage at the ceremony.

During the ritual private exchanges of goods took place, marriages were arranged, personal disputes and lineage enmities were expressed and controlled, and competitive games and gambling activities were held. Whereas the host lineage was responsible for the care and feeding of guests and a final distribution of remaining food and gifts at the end of the ceremonies, both hosts and guests shared the responsibility of ensuring that sufficient food was available to meet everyone's needs.

Upon arrival, guests gave gifts of food and goods, and when they left, they received sizeable gifts in appreciation for their help in properly honoring the dead of the host group. Guests also brought commodities designated for private trade. A significant redistribution of goods was accomplished by gambling.

The redistribution of food and goods provided some safety factors for a lineage. Any group experiencing a serious food shortage could receive foods at *nukil*. Those having extraordinary abundances that might give rise to jealousy or conflict could redistribute their excess with a minimum of embarrassment to other less fortunate lineages, and receive "hard goods" that could be exchanged for food when it was needed.

This function of the *nukil* was manifest in the minds of the people. Cahuillas interviewed by Bean (1972) pointed out that people who had had a poor economic year brought only a little food to a *nukil* ceremony and were given much in return by the host. The amount of the gift given by the guests

ACC0006703

World View, Ritual and the Arts

signified the extent of their need. A specific request for a disproportionate amount of food at the end of the observance was not necessary. The talk of guests allowed the *net* to know the different needs of his guests.

**Eagle Ritual (*Aswitipememiktum*).** Eagle was an especially important being to the Cahuilla, one of the original sacred people created by *Mukat*, who remained in the profane world. Eagle was a representation of the constant life of the lineage. The eagle, said to live forever since the "beginning," allowed himself to be "killed" each year so that the lineage was assured of life after the death of its individual members.

The eagle's flight represented the magical flight of shamans who conducted souls to the land of the dead (*Telmikiš*). Consequently, veneration of the eagle was reflected in ritual costumes and art work, such as baskets and petroglyphs.

The ritual activities began many weeks before the *nukil* ceremony with the location of an eagle's nest high in a mountain crag under a white rock on the top of a peak west of Tahquitz Canyon. The *net* assigned an individual to watch the nest and report when eggs were laid, when they hatched, when the down appeared on the eaglets, and when the eaglets began eating live game. Each of these events was celebrated by a special ritual in the village, and guests from other lineages were sometimes invited. Guests brought gifts of food and goods for the host who reciprocated in kind.

The eagles were owned by the *net*, and when there were young ones, the *net* held a ceremony—feeding the house and talking to the *?amna?a* about the forthcoming capture and contribution to the life of the *Kauisik*. Then the *paxaa?* and others went to capture them. Strong was told by Alejo Patencio that "they would climb up just under the nest and shoot arrows just over it until the young birds became frightened and fluttered out of the nest" (Strong 1929:119).

Those caught were brought to the ceremonial house. The birds were kept, and were fed rabbits and other game that young boys hunted for. When grown, the birds "died" and their feathers were removed after an evening of an "eagle dance" ceremony consisting of a song cycle and dances honoring and simulating the behavior of eagles. After skinning the eagles the skin (*piwic*) was placed in the *maiswat*. These feathers were used to decorate images of the dead and at boys' puberty ceremonies—the boys wearing two eagle feathers in a frontal-forward position. Eagle feathers were also used to make skirts and headdresses for ritual dancers, placed in ceremonial bundles, and used as decorations within the ceremonial house.

At the eagle-killing ceremony, dance costume feathers and ceremonial paraphernalia that were worn were destroyed. Thus treasure goods were refurbished, to be used at subsequent rituals for the exchange of various goods. The ritual also validated an economically reciprocal relationship with other lineages.

By inviting other lineages to its eagle-killing ceremony, the host lineage was given economic resources and, on other occasions, was necessarily invited to rituals performed by the guest lineages. More gifting and exchange would then occur. Rejecting an invitation meant taking the risk of being excluded on future occasions, thereby weakening lineage participation in the general ritual exchange system.

**Rites of Passage.** Rituals confirming the new status of individuals facilitated their adaptation to the ecosystem. They focused on the individual, with the immediate family, the lineage, and collateral and affinal relatives in other lineages as participants. Important rituals were: those celebrating a birth, naming ceremonies (*tculuni'l*), boys' initiation rites (*hemwek'luwil*), girls' initiation ceremonies (*?ewlutni'ily*), marriage celebrations, and public performances announcing changes in adult statuses such as the assumption of the office of *net* or *puvalam*.

When a Cahuilla child was born, mother and child underwent a ceremony lasting several days. They were placed in a pit kept warm by hot stones and sand, and in which various herbs were placed. Such a pit was also used by adult women at the time of menstruation.

When several children approached the age of four or five years, a naming ceremony was held.

V-127

ACC0006704

At the time of the ritual, the family presented gifts to the guests. The entire village participated in these ceremonies, as well as the lineage of the children's mothers.

Boys' initiation ceremonies were held at a time when enough food resources were available to provide for many guests (Strong 1929:174). The boys, in their early teens, were removed to a private place for several days to several weeks and instructed in esoteric matters of lineage history and their obligations toward society. These were dramatized by fasting, food taboos, strenuous physical activities, tests of bravery and resistance to pain, learning dances and songs, observing the drawing of sand paintings symbolizing Cahuilla cosmology, receiving explanations of the cosmology, and undergoing tattooing, ear piercing, and the piercing of the nasal septum.

The boys' initiation ceremony was an occasion to establish the future role of the young men. All their special skills and talents concerning subsistence techniques, dancing, and singing, and their potential as future *puvalam* were evaluated.

The ritual for the girls was associated with their first menstruation. The girls were placed in pits heated with hot stones and sand, as in the parturition rituals for mothers and newborn babies. While they were there, they were given a special diet and were instructed by their grandmothers and by lineage ceremonial leaders, "as to their proper roles as adult women, food producers, and childbearers" (Bean 1972:143). (See Strong 1929, Hooper 1920, and Bean 1972 for further details.)

**First-Fruit Rites**. Rituals were held to ensure plant fertility, control production, and ensure appropriate distribution of plant foods. Consequently, a ritual was held celebrating the commencement of the gathering season for most major foods: agave, mesquite, acorn, pinyon, and so on. When these foods were ready for collecting and preparation, the *net* sent a representative to gather a small amount, which was brought to the *kišumnawut* where the lineage members gathered to eat a ritual portion of food. Each family brought additional food from their winter stores. This lasted three days and nights, and expressed appreciation to the supernatural powers for providing the food, and ensured that the plants would continue to produce food. It also served to ensure that the harvest was regulated.

Supernatural powers would cause anyone collecting food prior to the first-fruit ceremony to sicken or die. Upon completion of the ritual, the *net* declared the gathering season open, and instructed people in the procedural details concerning food collecting.

*Weyčiyail* **Ritual**. By donating sufficient economic resources to the *kišumnawut* the individual could call on *?amna?a* and lineage administrators to aid him or her in some personal way. The individual made gifts to ritual leaders and provided the *kišumnawut* with sufficient food resources to feed a large number of people several meals.

The adaptive mechanisms are obvious—the individual with a surplus was encouraged by the system to share it through the ritual of the *weyčiyail*, while at the same time he or she received community recognition for magnanimity and respect for tradition and the *kišumnawut*. This act further encouraged more productive activity on the part of everyone so that they could sponsor other occasions. Perhaps it assuaged an individual's feelings of guilt for having a surplus of food, hoarding being a serious breach of the normative order.

**Rain Ritual**. Much of Cahuilla ritual was concerned with manipulating the environment through supernatural means. The control of rain was so important to Cahuilla survival that certain *puvalam*, in addition to their regular powers, exercised control over rain. They acted to stop rain or to cause it to arrive at will because they were the agents of spirit beings associated with rain.

There was a specific set of songs for this purpose, and usually a white rock or charmstone was rubbed in association with the rite. In especially dry periods and at other appropriate times the rains would positively affect the future growth of plants. Such songs reflect Cahuilla understanding of the relationship between seasonal patterns of rainfall and the subsequent effect on crops (Bean 1972).

**Rituals of Subsistence—Food-inducing Rituals**. Other rituals played a part in assuring adequate

ACC0006705

World View, Ritual and the Arts

distribution and supply of food resources, e.g., the killing of deer, mountain sheep, or antelope. They were performed at various times during the year.

The deer ceremony was usually held when a young man had killed his first deer, or when a man had killed a deer and wished to thank the supernatural beings, or to honor the *kishumnawut*. As in the funeral rituals, the rite involved singing over the body of the animal in order to enlist the aid of the guardian animal spirit of hooved animals (*pemtemwheha*) so that the animals would cooperate with the hunter.

Prior to a hunt, hunters explained to the spirit of the animal their intent and acknowledged appreciation to the animals for allowing themselves to be killed. The ritual aided the spirit of the animal to enter into the next world, and ensured that the animal's spirit would carry a good report of the hunter's activities to the spiritual guardian.

When the deer (or one of the other large animals) was presented at the *kishumnawut*, food was collected from all families in the village who were then invited to the ceremonial house to take part in the ritual and receive a portion of the deer. During the morning after the ceremony, the butchered deer was distributed to the community at large, so sizeable amounts of meat were distributed.

The rituals provided rewards of social prestige and "power verification" to the successful hunter. Since various rules were in place regulating the hunt, the ritual encouraged ecological balance between man and the biota.

A rabbit hunt in order to acquire large numbers of rabbits and other small rodents for feeding guests at the *nukil* or other ceremonies occurred when rabbit populations were very high. The hunt involved men, women, and children. It was organized and led by the *paxaa?a*, who saw to it that the nets were set up properly, directed the chase, and gave directions concerning the collection and cleaning of the game that was killed. In some instances hundreds of these animals were collected in such an outing.

This effected the regular culling of these and other small animals that might otherwise interfere with the ecological balance of the entire ecosystem. Rabbit hunts were often conducted when fresh greens and seed-producing plants were growing lushly after winter rains. To allow these voracious browsing animals to eat their fill day by day would have reduced the potential food supply of the Cahuilla. The hunt was, therefore, a safety mechanism operating to control overpopulation, thus reducing exploitation of plant life.

This same culling process was used to control overpopulation of a number of other mammals, insects, and perhaps birds. One method was to set fire to mesquite groves or grasslands to flush the animals into the open where they were slaughtered by people surrounding the burning brush. There were indirect benefits to the plant as well (Bean 1972; Lewis 1993; Lawton and Bean 1968; Blackburn and Anderson 1993).

The appearance of insects such as grasshoppers or worms in great numbers, which could destroy plant foods, harnessed the energies of a large number of people for communal gathering of the insect in question. These insects were not only food in themselves, but if not harvested would eat greens and destroy plants that the Cahuilla needed for food. First fruit rituals were held when insect hordes appeared. The proceeds of the harvest were distributed to the community and to any invited guests.

There were taboos on the killing of pregnant game animals, and only under particular circumstances was it permissible to kill predators or scavengers such as coyotes, foxes, wolves, mountain lions, wildcats (bobcats), eagles, and owls. This protection of predators was apparently sound ecology—the decrease in the number of predators in the area in recent years is cited by some ecologists as the cause of a significant and rapid increase of rodents that live on vegetable life. The restrictions seem to have had functional and adaptive values in maintaining ecological balance.

A young hunter was especially beset by ritual restrictions and obligations controlling the distribution of his kill. As has been noted, prior to a marriage he had to give his first large catch to the *kishumnawut* and/or to his future wife's family. After his marriage he usually was allowed to keep game he caught; however, he was still expected to share it with his immediate relatives and other fellow lineage members. Special attention on his part was expected to be given to aged people (Bean 1972).

The constant concern the hunter had regarding the reaction of game animals toward him was also

ACC0006706

reflected in the number and kinds of rites involving the treatment of the heads of game that had been killed. The horns of large game, for instance, were sometimes placed in special piles; rabbit heads were kept by the hunter, so the rabbits could not communicate with other game to warn them of the hunter's approach.

**Bird Dance**. The bird dance was a festive occasion in *Kauisik* life. It was performed at various times and at many religious gatherings, and was connected to ideological commitments. Men and women sang a dramatic song cycle that described various facets of environmental conditions and historic reactions to them by anthropomorphized birds. The songs were performed by men accompanied by the metered beat of rattles. At such times considerable food was prepared at the *kishumnawut* and made available to all participants and observers.

These occasions were times of learning and socialization. The songs recounted stories about risks and difficulties that birds (*nukatem*) and people met in life. They provided object lessons concerning proper behavior and what happened if the people did not act accordingly.

An engaging example concerns birds who kept seeking more pleasant surroundings by ignoring warnings of older and more experienced birds, and consequently found themselves in an area that was indeed rich in food and comfort for a season. However, it turned out to be a dangerous place: freezing weather came, which killed most of the birds. Those who survived learned their lesson and returned to their former homeland, content to adjust to and remain in that land.

*Wexily* **Songs**. *Wexily* songs were sung "against" others, usually specific lineages, to recount the shortcomings of people from another group. They were also sung by individuals to ward off impending disaster, and, perhaps, send its impact to another group. The songs related especially to anxieties occurring at the time of natural or supernatural disasters: earthquakes, droughts, crop failures, torrential rainfalls, and the like. When such events were anticipated or occurred, the disasters were "sent" to the enemy lineage through the singing of these songs (Bean 1972).

**Ritual Congregations**

The most significant sociological feature of southern California Indian people were "ritual congregations," the clans that cooperated with one another in the *nukil* ceremonies. The groups so joined could vary from year to year, so that at any one time there might be many ritual congregations functioning, with memberships overlapping with one another.

They were important social units, because they brought together otherwise independent and autonomous groups for political, economic, ritual, or military purposes. Such alliances could expand, or decrease, or change member units in response to changing environmental circumstances. This recognized the independence of the basic corporate units, but allowed for redistribution of goods and economic resources.

Such redistribution mechanisms prevented economic crises so effectively that severe military tactics were rarely necessary for survival. The groups the *Kauisik* joined in this regard included the Serranos to the northwest, the *Wanakik* Cahuilla of the San Gorgonio Pass, and Cahuillas of the Santa Rosa area and the desert south toward the Salton Sea.

In addition to the lineages within a clan that participated in *nukil* ceremonies, lineages from other clans and tribes could also be invited. Some of these relationships were of long duration, the same ritual partners cooperating year after year. These partnerships were reconfirmed or restated by the exchange of ceremonial beads. At any one time all Cahuilla groups were interlocked with several groups to form such a congregation.

These memberships in the congregation came about because of three rules governing ritual behavior: members of both moieties must be represented in the performance of most rituals; the immediate kin of the personnel celebrated or honored by the ritual must be invited; and gifts must be brought for the guests at the conclusion of the ritual.

Gifting took the form of food products, or manufactured goods and "treasures." The manufactured

ACC0006707

and "treasure" goods could be transformed into food directly through exchange, and were substitutes for the gifts of food when these were not available. Thus, a group possessing a surplus of manufactured goods and "treasures" could transform them into foodstuffs by presenting them as part of the ritual gifting, receiving foodstuffs in return.

Consequently, when a lineage had a surplus of foods, it sent these out to other groups and received hard goods in their place. That group, in turn, sent out hard goods when it was short of foodstuffs, receiving food in their stead (Bean 1972). This had the effect of distributing resources over many miles and between many groups, as a "gift" could be exchanged.

## Functional Aspects of Taboos and Fasting

Fasting was associated with hunting rituals. It provided food for the younger and older members of the society in times of food stress. Such activities as sweating, bathing, fasting, and meditation prepared the hunter for the rigors of the hunt (he was often alone in physically dangerous environments for several days). The rituals called attention to the need for cautious action on the hunter's part and sharpened his attention to the task.

An additional aspect of the rules of hunting was that the hunter carried very little with him, usually only a pouch of *chia* seed or jerky. He was expected to find water along his trail, and to help himself from food caches in the mountains that were available for his use on such occasions. Because he was not burdened down with equipment, he was able to travel more efficiently and carry more game back to the village (Bean 1972).

## Nutritional Aspects of Ritual

Several rituals guaranteed the distribution of animal foods to large numbers of people at times when nutritional needs were likely to be acute. Rappaport (1968:22) noted that:

> It is reasonable to assume that misfortune and emergency are likely to induce into the organisms experiencing them a complex of physiological changes known collectively as stress . . . and . . . that disease, rage, fear, or prolonged anxiety can contribute to this condition, in which appreciable amounts of amino acids are essential for growth and tissue repair since . . . an aspect of stress is increased catabolization of protein with a net loss of nitrogen from the tissues (Rappaport 1968:85-86).

He also observed (1968:85-86) that under conditions of stress there is a breakdown of protein and a net loss of nitrogen from the tissues; high protein diets are, therefore, routinely prescribed for surgical patients and those suffering from contagious diseases. The lack of protein under such circumstances delays healing of wounds, encourages anemia, contributes to the failure of gastrointestinal stomas to function, reduces resistance to infection, decreases resistance to shock, increases hypotension, lowers basal metabolism, contributes to lack of appetite, causes general weakness and mental changes including confusion, lethargy, and depression.

For the *Kauisik* it was in the winter season that ritual activity was most intense. It was at that time that nutritional needs were most acute because fresh plant foods were scarce. During these months stored plant foods provided the bulk of the diet. If the food collections were poor the season before; because of crop failure of mesquite, acorn, or pinyon, there was considerable nutritional and psychological stress. Such shortages could cause conflicts between groups that normally maintained long-range, reciprocal ritual obligations if one or more of the groups were not able to meet their responsibilities.

Even without a food shortage this was a difficult time of year, as colds and pulmonary infections were common, and many people from diverse areas came together for ritual activity, which increased the possibility of spread of contagion. Warfare and raiding, which increased personal injury and psychological stress, were more frequent at this time.

To counterbalance the stress, the need for protein was increased. Plant foods, which were available in stored food such as mesquite meal, each lacked one or more of the needed amino acids, and

ACC0006708

did not provide an adequate diet with respect to protein unless they were combined in such a way that what one lacked, another provided.[81] For this reason, the ritual stress was on meat, and the hunts for rabbit, deer, mountain sheep, and antelope, which were held in conjunction with rituals, provided the high protein diet required to cope with stress. An important function of ritual was the provision of meat protein at times when it was most needed. (See Bean 1972 for a more complete discussion of this topic.)

The massive amounts of food (particularly meat protein) and goods that were provided on ritual occasions are indicated by the number of rituals described. Any given lineage hosted and attended several *nukil* ceremonies each winter, several rites of passage for young children, naming ceremonies, and the like. Each included guests from several lineages. A lineage held rituals that included its own members and some invited guests as often as once a week.

An exchange of foods (especially meats) within a given village were ritually induced perhaps 50 times a year. Exchanges of foods and goods with other villages were induced perhaps a dozen times a year. In each instance a massive distribution of meat protein was divided among large numbers of people.

### The Arts

**Painting and Pigments.** Many occasions in Cahuilla life required the use of painting. Faces and bodies were painted on various occasions. Ritual regalia, rocks, and tools such as bows and arrows, throwing sticks, and pots, and rattles were painted. The considerable use of color symbolism among the Cahuilla and their neighbors is described in Strong (1929) and Levi (1980).

Red paint was made from either the mineral hematite or from red algae scum in springs; white paint was made from the mineral gypsum. The color black was obtained from minerals or from greasewood gum (Drucker 1937:17; Bean field notes).

Red (*tesnat*) appears to have been the most significant color. All the colors are mentioned as symbolically significant in religious and social context, but red is directly associated with the death of *Mukat*, who gifted the people with the mineral hematite when Coyote, one of his early creations, ran with *Mukat's* heart from *Mukat's* funeral pyre. The blood dripping from *Mukat's* heart, materialized as hematite, contained an essence of *Mukat's* power, the power of creation. The mineral deposits each represented drops of the blood that fell at the various places as Coyote ran with the stolen heart. It remained there for the Cahuilla people as a source of *Mukat's* power.

There are several accounts of this important journey in accounts provided by Cahuilla elders; that given to Lucille Hooper is an example:

> During this time, Coyote was on his way for the fire, but kept looking back constantly. Soon he saw the smoke and knew that they were burning Mukat. He ran back as fast as he could. As he drew near, he pushed his way through the crowd, and jumped over several. All of the body had burned, except a small piece of the heart, which is always the last to burn. Coyote jumped for it, and as he landed on it, it splashed blood. He then ran to the mountains. The blood stains can still be seen there (1920:326).

Patencio provides a *Kauisik* account. He says:

> Whenever coyote tired of carrying the heart, he laid it down to rest himself, and wherever he laid it, there the blood left red stains on the ground. These marks remain today. This ground is called good ground. It is used for medicine, for paint, it is used for many things.
> After coyote got over to the end of the world, he ate the heart of his father, and as he ate it, some blood spilled on the ground. This became clear, red paint. The Indians

---

[81]The corn and bean diet that developed in Mexico, for example, provides a diet adequate in protein because the amino acid lacked by corn is supplied by the beans.

ACC0006709

Case 5:13-cv-00883-JGB-SP Document 85-12 Filed 10/21/14 Page 234 of 336 Page ID
#:2472
World View, Ritual and the Arts

paint their faces red in memory of the blood that was spilled from the heart of their father. And for this reason red is the Indians' sacred color (1943:26).

Although there were deposits of red paint within the Cahuilla area, Kroeber (1908:62) reported that one Cahuilla told him that it was also acquired from Arizona, apparently via the Mojave who acquired it from the Walapai to the east.

Accounts of red paint sources are rare. Patencio relates in an anecdote that a culture hero "climbed the hill he called Lincoln Peak, and coming down part way he came to a place of paint and lime. This was used for paint. This place he called *ta vish mo*" (1943:97).

Paint was prepared from the iron oxide hematite by burning it, rubbing it on a flat stone, and mixing it with water (Curtis 1926:20-27). It was not only applied to pottery, implements, bows and arrows, throwing sticks, ceremonial wands, gambling sticks (dice, etc.) and rocks, but was also used on the face and body and in sand paintings.

Red, white, and black paint were used to paint the face and body. It was applied with the fingers. In face painting, dots were commonly used for women, white stripes were used for men. The color black was sometimes used around the eyes in order to protect the eyes from the sun (Drucker 1937:9).

Another occasion for body painting was the ritual associated with the new moon, when children's faces and bodies were painted with gypsum, a white-colored mineral: "The next morning the parents or other relative of the children took them to the water, bathed them, then back before sunrise, and painted their faces and bodies with gypsum. At sunrise a fire was built in front of the house, and the children lay there to sweat" (Curtis 1926:29).

Paints and colored seeds were also used in the construction of sand paintings, about which little is known among the Cahuilla, in contrast to their neighbors, the Luiseño and Kumeyaay (Strong 1929). See Levi (1980) and Hedges (1981). Drucker (1937) reports that they were made by Cahuilla groups he interviewed. The sand paintings represented sky constellations, e.g., the sun, moon, stars, the milky way, the world, animals, birds and snakes. Among the Cupeño, a Cahuilla group, they were closely associated with the Luiseño deity, *Chungichnish*. Regalia is reported to have been buried under the sand paintings among the Cahuilla. The presence of these sand paintings among the Cahuilla of San Gorgonio Pass was possibly due to the recent arrival there of Cupeños and Cahuillas from the Santa Rosa Mountains in the late 19th century. See Strong (1929).

Boys' puberty ceremonies were another set of occasions when paint was used.

**Tattoos.** Tattoos (*chisiyenka*) were provided to men and women. For a girl they were usually done at the time of her second menstruation ceremony before she was removed from the menstrual pit. "It was usually just a spot or a streak. For a few days she was not allowed to walk, but was carried so that the mark on her chin would not fade" (Hooper 1920:347-8).

Vertical lines on the chin were commonly used for women, and radial lines on the cheeks for men. The foreheads of men and women were tattooed, as were men's arms and chests.

A thorn, e.g., mesquite thorn, was used to puncture the skin and the juice of mesquite leaves rubbed into the puncture. This produced a dark, green-like color (Bean field notes).

With rare exceptions traditional tattooing has not been done in this century (Bean field notes).

**Rock Art.** A portion of the rock art within the *Kauisik* project area has already been described by McCarthy in Chapter XIX. Some further notes on this genre are appropriate, especially those provided by *Kauisik* elder Francisco Patencio, who described *Kauisik* concepts about the use of rock art. While notes from others, recorded by J.P. Harrington and David Prescott Barrows (1900), are not directly applicable to the *Kauisik*, they do provide us with additional information on Cahuilla uses and thoughts about the role of rock art.

The Cahuilla of the Palm Springs area seem to have been especially well versed in the use of rock art. The extraordinarily lush panels of rock in the Andreas Canyon area, the many extravagant sites (e.g., mazes) in the west fork of Palm Canyon and the other areas attest to a visual art focus for them. A

ACC0006710

favorable comparison can be made between rock art, painted and incised designs on pottery, hunting tools and body painted designs, sand paintings and superb examples of basket designs.

The most extensive rock art in the Palm Springs area is that found at Andreas Canyon, at a place called *tekic*, a site already documented and reported upon by Hedges (1983).  Strong (1929:100) was told that these were already decorated when the ancestors of the present peoples arrived many centuries ago. This explanation was quite possibly an effort to conceal sacred knowledge, or it may have been a recognition that this rock art was the work (property) of another lineage, e.g., the *paniktum* and therefore inappropriate for comment.

Patencio suggests that rock art indicates such things as trails, boundaries, signs of water and the like.  For example:

> The sign writing of the Indians guided them along the way always to water.  The sign writing is here on the rocks and in the canyons even today (1943:xiii).
>
> In going up Chino Canyon he [*Ca wis ke on ca*] made the sign of the trails. Going hunting to the top of the mountains, he put the marks on the rocks.  Near the top, at the spring, there is a large white rock standing by itself, nearly one thousand feet high. He called that great rock *Tahquitz wayo ne va*, meaning Tahquitz standing.  Over on the top, where the Indian tobacco was gathered, he called that table top of pine trees *Chis hill mo*, meaning twins (1943:96).

In another account Patencio describes rock art in a traditional Serrano area:

> On the South Side of the Twenty-nine Palms Valley, along the rock walls of the canyons are many of the sign painted figures that the Indian people all knew and understood.
>
> At the time when Sungrey, one of the Five Head Men of the Fifth People, settled in the Twenty-nine Palms country, he left his people to go all about.  Along the edges of the rock hills are the signs he made for his people.  Some are paint signs, and some are cut in the rock.  One place, marked Coyote Holes on the map, the rock painting is very plain to see.
>
> The white people call this Coyote Holes, but they are not holes—no. This canyon is small and narrow, with a level sand wash floor.  On entering the canyon there are on the left cliff, very plain to see, but very high, the first signs.  All along the way are the sign marks.  There are many of the snake sign, meaning water.  Some are nearly faded away, but they have lasted their time—lasted as long as the Indians had use for them. The Indian people do not have any use for them any more.
>
> All about this small canyon is the sign of Indian life.  Parts of broken rock, and bits of pottery.  At one mile, perhaps a little longer, the canyon walls close.  The way stops in a circle of bluffs, water-worn.  In wet winters some waste water may make a fall in the end of this canyon, but not for long (1943:102).

In another account Patencio relates the following:

> These water pools in the dry places were put there for ever and always by the head men of the Indian People.  These sign paintings were put there for the benefit of the Indian people passing by.
>
> Now these sign marks are very high in the cliff walls, but when they were first painted by the head men they stood on the ground to do it.  The head men of the Fifth People were not small people—no.  They were among the first created ones.  They were very large men—very tall.  They stood on the ground when they painted the signs for the people.  But the ground is washed away during much time, until it is much lower than

ACC0006711

Case 5:13-cv-00883-JGB-SP Document 85-12 Filed 10/21/14 Page 236 of 336 Page ID
#:2474
World View, Ritual and the Arts

it was when the signs were made. And so does the ground get lower. Always, everywhere, all the time.

All over the country are the sign marks of my people. Many of them we know and understand, but the meaning of most of them is forgotten. They were for the benefit of the Indians of early times. In those days there were no trails, no roads, no ways marked at all. But after, things were different. . . . Then it was that the meaning of the sign marks was forgotten. People no longer depended upon them for the way and water (1943:103).

These comments merge practical benefits and esoteric explanations. They imply territoriality, and validate a primary Cahuilla assumption—that knowledge power is lost over time.

It is well documented throughout southern California that rock art was created in ritual and ceremonial context. The best ethnographically documented of this art form is for the Luiseño and the Kumeyaay. See Strong (1929) and Sparkman (1908). Most rock art specialists relate it to religious matters, e.g., puberty rituals and shamanic or cosmological concepts. It is thought that, despite other explanations, rock art is an expression of supernatural power and sacred knowledge.

David Prescott Barrows was told in the 1890s that rock art was created by the Cahuilla after ritual meetings and that the design of the dancers were relayed onto the rocks. Hand prints, he was told, were those of chiefs. This suggests that the site at Tahquitz may be a place where such activities took place (Barrows 1890-97).

In all Cahuilla areas there is an abundance of rock art. As mentioned above, there is a major site in Andreas Canyon as well as many in the hills, desert and mountains surrounding the project area, including the west fork of Palm Canyon, which contains mazes as well as other figures.

The particular rock art sites at Tahquitz seem best interpreted as places for girls' puberty ceremonies, not so much because of the design elements (the rattlesnake design is most commonly attributed to girls' and/or boys' ceremonies), but because this rock art is in a rather public area of the community. However, since Barrows recounts the making of rock art at "chiefs'" dances, this also would imply a fairly public venue.

Two Cahuilla concepts regarding rock art are necessary to understand it in context:

1) Rocks are often places of power and they are often transformed *nukatem* who chose to stay on this earth after the creator and other *nukatem* transformed to other beings (moon, stars, etc.) (Bean 1972:166-167). Thus, they are often places of residual power, where power can be resourced.

2) Because the red hematite used in the paintings and also on women's pottery is derived from the droppings of the blood of *Mukat's* heart (the creator god) and comes often from the place of "*Mukat's* death" (Painted Canyon), it is symbolically important to the Cahuilla as a reminder of the sacred past and its everyday presence in the Cahuilla world.

Humanoid stick-like figures with emanating rays appear in several Cahuilla rock art sites, e.g., Andreas Canyon area, One Horse Spring and others in the San Jacinto and Santa Rosa Mountains. They are certainly suggestive of supernaturally powerful beings, who flew, did not walk and had no need for legs, e.g., clay figures.

The mazes found in the west fork of Palm Canyon may be migration figures. A similar, well-documented theme is used by the Hopi to suggest migrations. Since Cahuilla oral literature recounts so many migrations, some involving sky figures, it is not unreasonable to suggest that these serve such a purpose.

While there is little direct evidence that sky phenomena exist in Cahuilla rock art, there are certain figures and placements that suggest such is the case. See Hedges (1983, 1989), Jones (1986), Rafter (1986, 1989).

The creation of rocks by sky figures is recorded in the Cahuilla oral literature. They are also recognized as powers left over from the dream time—records of heroic actions by early peoples.

Supporting data from other Cahuilla is provided by J.P. Harrington's Luiseño/Cahuilla consultant, Adam Castillo:

ACC0006712

Ada[m] says the rock paintings were painted by the chiefs, sun, man lighting, epidemic, may be a big rock, big flood, or explained their boundaries, what they picked and what they ate; & where they left their food, did not explain them to the young Indians.  I.G., put the sun & then you have to look east for that thing.  Or put stars mg. to look up in tree to find olla.  Or know where there are lots of deer by the deer painted in petroglyphic facing in a certain way.  The younger lads never understood it well (Harrington field notes).

A particularly dramatic note, again provided by J.P. Harrington, recounts the presence of several rocks and rock paintings at Cahuilla Valley, whose Cahuilla residents married and engaged in ritual reciprocity with *Kauisik* peoples:

*Kostakik* is a stone in Cahuilla Valley, resembling a person cut up the belly.  This side of Soboba is a rock—S's son, Jose, was looking at it.  It represented sun, stars, moon, etc.  A rattlesnake was at the base of the rock guarding it.  A captain there (one who visited here in Highland) was explaining it.  The captain did not know the story.  Z told the captain that K did not know the story either, that he was not willing to lie and did not know the story.  They were going to arrange to go and see the rock.  The captain went alone to see it.  A young Indian there brought a double handful of money to A, begging Z to tell him about the rock and calling Z his uncle, but Z said again that he did not know how to explain it.  At least Z consented to go and see the painting.  One was a woman, erect, holding a baby on her left arm ja'as witakat.  It is a story.  xtotapawqa (tota, rock).  (Questioning did not make this clear.)  sovamaj is a name of that which turned to stone.  One stone has the vulva of a woman—the very same shape and appearance.  On the other side is another painted rock; there is a cave there; a rattlesnake comes out.  It is half a mile on the other side.  They roasted girls there.  There is a rock which they used for pounding up pespibata [tobacco] in.  Farther on they saw deer tracks —deer tracks in the rock—the rock was still soft when the deer made the tracks.  There were arrows there, painted.  The tracks went and returned.  Farther up and on top of the mountain there were piles of rocks and Z told his companions that it was an ancient village of Indians.  There was a rock like a red navel extending upward up the abdomen.  Z explained that there were stars who were three sisters and ascended to heaven.  They used to be dancing back and forth at that place (where the rock was), but later went up to the sky.  Further on there is a cottonwood tree growing on the rock it used to be a person but was transformed.  Farther on they saw some rock Z said that the white ones were white people and that black ones are like us Indians (joke).  Going farther on Z pointed to them a "House of locusts" (casa de chapules), and farther on Z said that he was going to say ha ha and that thereupon jackrabbits would come out of the rock.  The rocks there are really a pile of shell-money (Span. abalorio).  All the above took place in the Cahuilla Valley (Harrington field notes).

**Further work needed**.  Research done on the Tahquitz Canyon project area and on a project on neighboring Andreas Canyon by Ken Hedges, Dan McCarthy and others, along with recent discoveries in other Cahuilla areas, indicates that the Palm Springs traditional tribal area contains major rock art resources.  All of this rock art should be surveyed, recorded, analyzed and compared with rock art in southern California and the southwest.  When possible appropriate archaeological excavations and analysis should be done.  Whenever possible, the rock art should be cleaned, protected and restored to its original condition.

ACC0006713

## MIGRATIONS IN *KAUISIK* ORAL HISTORY

Today, in a climate of increased cultural awareness, when Native American peoples are more rigorously and publicly referring to their own world view it is appropriate to review Cahuilla origins from the point of view of the Cahuilla. The contrast between this world view and that of pre-historians, while different in respect to many matters, nevertheless has "fit," as Wilke (1978) demonstrated so well 17 years ago when he examined the nature of the Cahuilla fish traps, a Cahuilla techno-cultural feature that the Cahuilla had recalled for centuries and many non-Indians had questioned or thought to be unlikely.

Cahuilla oral history, especially that left by *Kauisiktum* leaders, such as Alejo and Francisco Patencio, is more than just a bit similar to that of archaeologists, who have argued for some decades that the "Shoshonean wedge" thesis of A. L. Kroeber explains the entrance of *Takic* speakers into southern California.[82]

The primary purpose of Francisco Patencio's efforts was to record for his people their story, their world view and sacred texts. He may have begun this effort when he and his brother, then the *net* of the *Kauisiktum*,[83] worked with W. D. Strong in 1926, but the material was transcribed and published by Margaret Boynton many years later (Patencio 1943).

### *Kauisik* Origins and Dispersals

According to *Kauisik* oral literature collected by various scholars from various Cahuillas, the *Kauisik, Panyik, Atcitcem,* and others arrived in southern California from the Mohave Desert region. Over time they moved to their present territories. These movements of peoples occurred after the death of *Mukat,* the creator, at a time in Cahuilla history when *Mukat's* creations were still spiritually powerful and malleable beings, able to transform into any form and engage in magical flight. They were apparently formed without legs or arms, but were able to fly. The description provided suggests they were of a form seen in clay figurines and rock paintings, i.e., long, ovoid forms.

According to oral tradition, an early group, the *Mo-moh-pechem* peoples,[84] came into southern California from the "pass," probably referring to Cajon Pass, into the Basin.

> There is the story of the *Mo Moh Pechem* people. We do not know what sort of people they were. We know that they prayed much, and could fly in the air. They lived before one of the 'changes' on earth. The tradition of that 'change' is lost. Today we sing these words with our lips, but in our hearts we do not know what they mean. So many of our songs and stories sung in our fiesta houses have lost much of their meaning because of this. The *Mo Mo Pechem* was a fiesta song, and so was remembered when everything else had passed away. And so it is that after the earth explodes, everything is changed. We cannot know much of it (Patencio 1943:76).

This group figures in two stories recorded by Francisco Patencio, i.e., "Some Of the Early People" (1943:32-34) and "*Esel-I-Hut*" (Patencio 1943:34-36). In these accounts the *Mo-moh-pechem* travel (fly) "from the pass where they lived . . . to San Fernando Mountain" (Patencio 1943:33) and from there to

---

[82]Since Cahuillas would have had no knowledge of A. L. Kroeber's writings, it is remarkable that Cahuilla oral history and Kroeber's thesis are so similar.

[83]Francisco Patencio succeeded his brother, Alejo, as *net* of the *Kauisiktum*.

[84]W. D. Strong refers to an extinct group, the *mūmūkwitcem*, meaning "always sick" (Strong 1929:42). "Near *tûva*, at a place called *ûlicpatciat*, a clan called *mūmūkwitcem* (always sick) lived before Francisco remembers; he was told of them, but they, like the *telakiktum* people, were all dead before he was born" (Strong 1929:49). It is possible that this group is named for the *Mo-moh-pechem*.

ACC0006714

Cucamonga Mountain, San Gorgonio Mountain and finally San Jacinto Mountain. From the summit of San Jacinto they "walk down across the mountain side to Palm Canyon" (Patencio 1943:33). Later after the "people prayed" they "flew again to the end of the Santa Rosa Range" and finally settled in the San Felipe Valley" (Patencio 1943:33-34).

In an unpublished Patencio story the five headmen of the Fifth People (not the same as the five Cahuilla Headmen named later in the same story) arrive and "settle in what is now called San Fernando Valley—Los Angeles, San Gabriel, Azusa, San Antonio, Puente, Corona, in all those places they settled."

This presumably accounts for the *Gabrieleño* people. With these groups were the Cahuilla with their own five headmen, *Tem-mal-tul-nek-esh* (Black Dirt), *Tom-e-yet-me-um* (Sun Grey), *Os-wot-se-e* (Eagle Flower), *Ta-how-tez-ic-nics* (Yellow Body) and *Mul-ga-kik* (House That Has A Metate Stone) (Patencio n.d.).

The Cahuilla settled at *Pa-vo* in Moreno Valley (Patencio n.d.).[85] "Now, in Moreno Valley was the first gathering of a great people. There were many, many people. Many men of great power, head men, medicine men, and great chiefs, were living there" (Patencio 1943:50). Francisco Patencio also records that: "All about the country, at what is now Box Springs, at Elsinore, Riverside, Colton, Corona, at Temecula, everywhere these Indians lived. For many years they lived in these places, but all of the time they were finding out more places where it was good to live" (Patencio n.d.).

This would seem to account for the distribution of the Luiseño and Cahuilla peoples. In time the people living in Moreno Valley dispersed. "Now the five head men who came to Moreno Valley and brought so many people, more people than had ever been together before, began to separate. Some went back to the north again. Some went only twenty or thirty miles. But some went far to the east and to the south—some went so far that they never came back" (Patencio 1943:99).

In another account of migrations, "The Story of the New Stars," Patencio states, "As time passed, some of them [people living in Moreno Valley] went back north again. Some went south, and some went west [Gabrieleño], but the men of the most power came east" (1943:50). Those who came east probably refers to the Cahuilla.

It is not clear whether the *Kauisik* left Moreno Valley before or after the people there dispersed. The people whom Franciso Patencio describes as going only twenty or thirty miles may refer to the *Kauisik*, since they are presently about that distance from Moreno Valley if one crosses the San Jacinto Mountains.

According to Patencio, the culture hero of the *Kauisik*, *Evon-ga-net*, left his people at Moreno and settled at Gilman's Hot Springs (Patencio n.d.). The *Kauisik* (the Fox people) later followed *Evon-ga-net* to Gilman's Hot Springs. "Now after *Evon ga net*, the fox, had laid out portions of the country all about for the different tribes of his people, the Fox Tribe [*Kauisik*] came and settled at a place which was called *Cac clev e* [Gilman's Hot Springs] and is a canyon country about three miles from the Soboba Hot Springs" (Patencio 1943:85-86).

Meanwhile *Evon-ga-net* went exploring and ended his travels by entering a rock on Cabezon Peak (Patencio 1943:54).

> Now, when *Evon ga net* was in Moreno there were many people. . . . He decided that he should explore more country—mark more boundary lines for his new tribes to come. . . . He lined the country in sections for his tribes to come in more generations, and he made the signs where certain tribes of his people were to come (Patencio 1943:52).

## The Arrival of Other Groups in the Coachella Valley

According to Strong's informant, Francisco Patencio, the *Paniktum* were the "first to come to this vicinity" (Strong 1929:100, ftnt.179).

---

[85] *Pa-vo* could be *Paimabit*.

ACC0006715

Migrations in *Kauisik* Oral History

The time of arrival of another group, the *Wahn-ko-chim*, is uncertain. According to C. Hart Merriam's consultants, the *Wahn-ko-chim* settled in upper Palm Canyon between the West Fork and Santa Rosa Mountain, between the Desert Divide and Deep Canyon (Haystack-Asbestos Mountains are the dividing line). Merriam's informants state that this group, now extinct, once owned upper Palm Canyon. Later, according to Francisco Patencio, the *Kauisik* acquired this territory from the *Atcitcem*, who settled at Indian Wells (Strong 1929:100, ftnt.179).

Another migration account cites the San Gorgonio Pass as a travel route from Moreno Valley. At the time when the groups in Moreno Valley dispersed, those following the five (Cahuilla) head men,

> . . . came over to the San Gorgonio Pass. . . . This pass is called by the Indians *Ha much cha vis ba*, which means the place where there were so many people, they closed up our getting through. That was the way the people came into what is now called Coachella Valley. Then the people came to what is now known as Palm Springs. . . . This time there was no water there at all (Patencio 1943:100).

However, in the account of the *Kauisik*'s culture hero, *Ca-wis-ke-on-ca's*, first arrival at Palm Springs and the subsequent arrival of his people, the springs at Palm Springs (Agua Caliente) do exist (Patencio 1943:86).

When the Five Headmen with their groups arrived at Palm Springs, another of the headmen, apparently not one of the five mentioned in the unpublished Patencio story, by the name of *Tu-to-meet*, made the spring, ". . . he took his *whò ya no hut* (staff of power), which he struck in the ground. He twisted it around, and caused the water of a spring come out—now Palm Springs Hot Spring" (Patencio 1943:100).

Another of the Five Headmen, *Tom-e-yet-me-um*, meaning Sun Grey, later gives the spring the power to cure sickness:

> The first Indians that lived at Palm Springs—*Sec he*—did not dare to live near it then, because of the danger that it was alive yet. . . . Now when Sungrey came through this place and made this spring a medicine place to cure himself, and left it to cure sickness in other people for always (Patencio 1943:91, 92).

The people arriving with the five (Cahuilla) Headmen at Palm Springs did not stay there; instead, ". . . the people separated again to different places. Some went up to the Santa Rosa Mountains. Some went to Palm Canyon, some to Seven Palms. But most of the people, led by Sun Grey stopped at Indian Well" (Patencio 1943:101).[86]

Some time after the arrival of the five (Cahuilla) Headmen with their people at Palm Springs, the various groups dispersed to Upper Palm Canyon and Indian Wells. The group led by *Ta-how-tez-ic-nics*, Yellow Body, settled "in the west side of Deep Canyon . . . at the place *Pan-ox-su* which was the name of the tribe," and the group led by *Mul-li-kik*, House That Has A Metate Stone, ". . . at Van De Venter on the Santa Rosa Mountain, and called at that time *San-we-yet*" (Patencio 1943:37).

The Cahuilla culture hero, Eagle Flower, is one of the Five Headmen who with his dog moved from Moreno Valley through the San Gorgonio Pass into the Coachella Valley. He arrived late at Indian Wells, after the people had left that place (Patencio 1943:41-42). In the account given by Francisco Patencio, Eagle Flower falls asleep for thousands of years and is left behind. He arrives at Indian Wells

---

[86]According to Francisco Patencio,

Now the people were settled all about the country in many places, but they all came to the Indian Well, to eat of the fruit of the palm tree. . . The people carried the seed to their homes and palm trees grew from this seed in many places. . . Now the place of the first palm tree was about one and a half miles west of the point of Indian Wells (Point Happy). . . But where the people settled for good was at the east side of the point (Patencio 1943:101).

ACC0006716

after the people have left that place. As recounted by Alejo Patencio, both Eagle Flower and his people apparently arrive at Indian Wells:

> In the beginning these people were created far away, then following their leader they came to a point near kavinic (Indian Wells). Here the leader, aswitsei (eagle flower), went to sleep and slept for one hundred years. Then his dog barked and woke him up. . . . His people had gone while he slept and they were south of kavinic on the desert (Strong 1929:102).

### The Arrival of the *Kauisik* at Palm Springs

The *Kauisik* arrived in Palm Springs with *Ca-wis-ke-on-ca*. In the story of "The Rightful Owners Of Palm Springs" (Patencio 1943:85-89), *Ca-wis-ke-on-aa* arrived in Palm Springs to find another group, the *Mu-na-lem*, who "belonged to what is now called *Ha ve* of Seven Palms" (Patencio 1943:86-87), already living there. The *Kauisik* forced the *Mu-na-lem* to leave Palm Springs and move to Seven Palms to live with their relatives. The *Munalem* who had moved to Seven Palms caused trouble, and the Seven Palms People were exterminated except for the *Kauisik* who had intermarried with the people at Seven Palms. Some of these *Kauisik* from Seven Palms returned there; while others moved to Morongo, Thousand Palms or stayed at Palm Springs.

The route the *Kauisik* took from Gilman's Hot Springs to Palm Springs is unclear—through the Pass or over the mountain as in the story of "The Rightful Owners Of Palm Springs" (Patencio 1943:85-89). In the account given by Alejo Patencio to W. D. Strong, the *Kauisik* moved from Gilman's Hot Springs, *kekliva*, to the mouth of Andreas Canyon and then to Palm Springs. Francisco Patencio notes that "When the people of *Ca wis ke on ca* were living near Soboba Hot Springs, they were using the language of three tribes: the *Yagino* tribe [Kumeyaay], the *Serrano*, and the *Sala San You* [Luiseño] tribe.[87] The heads of these tribes were brothers" (Patencio 1943:86).

In another story, "Some Of The Early Tribes Of Palm Springs," Patencio records what is probably an example of clan lineage segmentation, where the sons of *Ca-wis-ke-on-ca* move from Palm Springs. "Among the sons (descendants) of *Ca wis ke on ca* at Palm Springs lived three brothers. The two younger ones could not get on well with their people, so they moved away by themselves." The second son, *Pi ye now it e esa*, left Palm Springs and moved first to Little Tachevah Canyon (*Chow o hut*), and from there ". . . across Tahquitz among the large rock pile there. . . . There he lived for a long time" (Patencio 1943:90). At a later time he moved to the mouth of Palm Canyon. He was given the lands which compose *Paniktum* territory by his older brother. "He gave him land from what is now Idlewild down to Palm Canyon, through the west side of the Murray Hills; then across to the Little Canyon of one Palm near the beginning of the Andreas Club Road, north on Andreas Canyon" (Patencio 1943:90).

*Pi ye now it e esa* is probably considered a progenitor of the *Paniktum* lineage. The third and youngest son, *Hes-sou-tem-mem*, moved first to Thousand Palms where he "lived with another tribe and raised a large family" (Patencio 1943:90). Subsequently *Hes-sou-tem-mem* moved down valley to *Sawit-ha-push*, probably to Hidden Palms in the Indio Hills.

### Accounts of Other Migrations

*Esel-i-hut* came "through from the north" and traveled to "the Moreno country, and from there . . . to Hemet Point" (Patencio 1943:34). Eventually he went to where the *Mo-moh-pechem* had been living, probably San Felipe Valley or nearby "to another open place on the plain" (Patencio 1943:36). After killing the sky animal, *To-quassto-hot*, *Esel-i-Hut* continued his travels to Imperial Valley and settled there (Patencio 1943:36-37). Sun Grey and his people, after settling first at Indian Wells, later moved

---

[87]The inclusion of the Kumayaay (*Yagino*) is odd since they are not *Takic* language speakers. Except for this inclusion, this description from Francisco Patencio seems to reflect the *Takic* (Shoshonean) wedge described by Kroeber (1925).

ACC0006717

Migrations in *Kauisik* Oral History

south (Patencio 1943:40-41). At a later time Sun Grey's people settled in the Twentynine Palms country (Patencio 1943:102).

The people of Eagle Flower separated after Indian Wells, moving to different places (Patencio 1943:44). Yellow Body, *Ta-how-tez-ic-nics*, and his people first settled in Deep Canyon near Indian Well, but after the rest of the people are killed, Yellow Body, his mother, wife and dog moved first to the top of Santa Rosa Mountain, possibly to Vandeventer Flat, *Sewia*, where his sister had married, then to the Rockhouse Canyon area and finally to Warner's Springs, *Kupa* (Patencio 1943:38,39). At *Kupa* Yellow Body, his mother, wife, and dog enter the spring forever and become beings living in the spring.

ACC0006718

## *KAUISIK* HISTORY
by Sylvia Brakke Vane and Lowell John Bean

### INTRODUCTION: TO 1800

In the preceding sections of this chapter we have described the culture of the *Kauisik* Cahuilla as it operated in what anthropologists call the "ethnographic present," a time before the culture was impacted by outside influences. In the case of California Native American cultures, the term in practice refers to the earliest period remembered by the elders whom anthropologists consulted, and although we should like to think we are speaking of the time before the Spanish arrived to establish missions, we have very few data that go back so far. Most of what we know about Cahuilla culture probably refers to the early and middle years of the 19th century. We have thus far presented a synchronic account of the *Kauisik*, with the clock ostensibly stopped. Now we shall "turn the clock on" and give a diachronic account, or, to state it another way, a history of the *Kauisik* beginning at the time in 1769 when the Spanish arrived to establish Franciscan missions. We have been able to illuminate the period from 1769 to the 1830s in more detail than has previously been possible by analyzing the records left by the Franciscans, who kept a meticulous record of baptisms, marriages, and deaths.

The Spanish had actually visited California on several occasions in the 16th century, leaving behind them European contagious diseases that decimated California populations; the seeds of a number of Old World cultigens, including wheat and wild oats; and perhaps a few Old World ideas. The time was not judged to be right for further Spanish incursions, and Californians were allowed another two centuries to carry on in their traditional ways.

Upon their arrival in California in 1769, accompanied by small military escorts and a band of farmers, craftsmen, and their families, the Franciscans established, in southern California, Missions San Diego, San Luis Rey, San Juan Capistrano, San Gabriel, and San Fernando, and unsuccessfully attempted to establish one among the Quechan on the Colorado River. Other missions were established to the north.

The Cahuilla, unlike their neighbors, the Serrano, Gabrielino, Juaneño, Luiseño, and Kumeyaay, were not brought in large numbers into the missions. Over the next 60 years, however, about five to ten percent of the Cahuillas were baptized in one or another of the missions. At a later period, others were baptized in the churches of the time.

It appears that it was the wives of the Serranos of the San Bernardino and Riverside areas who were the first Cahuillas to enter the missions. The Cahuilla relationship to the Serranos, another Takic-speaking people, who occupied the mountains and the desert north of the Cahuillas, was especially important to the *Kauisik* Cahuilla who occupied not only the project area, but also the area surrounding Agua Caliente, the hot springs around which the modern city of Palm Springs has grown up. The Serrano were even more closely related to the *Wanakik* Cahuilla of San Gorgonio Pass. They also intermarried with the Cahuilla of the desert near the Salton Sink.

As noted in the previous sections of this report, inter-community interaction was mandatory among closely related groups of the traditional cultures of southern California. Some from any one group, especially elite Cahuillas, attended important ceremonies of others, probably more than once a year. They shared communal resources; exchanged goods; enjoyed gifting one another at marriages, births, deaths, and any number of celebrations; and engaged in informal economic activities (Bean 1972).

Thus, when the Serrano, or for that matter Gabrielino, Luiseño, or Kumeyaay, whom Cahuillas had married, entered into the Spanish system, as converts and laborers, some Cahuilla women, wives of men of the other groups, would have gone along and other Cahuillas would soon have followed.

Given these traditional arrangements between the groups, we expect to see Cahuillas follow shortly after Serranos into the new European cultural sphere. They did, but in no way was their commitment as complete or intensive as that of the Serranos. They, like the inland Luiseño and the inland Kumeyaay peoples, maintained their traditional ways and traditional commitments, not only during that time but until

ACC0006719

Introduction: To 1800

well into the American period. The fact that they did so suggests a knowledgeable reluctance on their part, a cautious entry, rather than an ignorance or naiveté because of distance or lack of Spanish contact. The Cahuilla of the desert may also have hesitated to enter what was, to them, an alien coastal environment, since they were more accepting of missionization after the founding of the San Bernardino "*Asistencia*."[88] The Cahuillas' long avoidance of missionization also suggests that the Spanish were for some time not ready to enter the unknown area, especially the desert area.

Some Cahuilla would have known of the establishment of the San Gabriel, San Diego, San Luis Rey, San Juan Capistrano, and San Fernando missions within days of their establishment. They had ample time to observe the advantages and disadvantages of the system. Among the major disadvantages was the fact that the Franciscans took control of baptized Indians' lives, controlling where they lived and what they ate, and directing both their work and their recreation. Perhaps the most objectionable feature of the missions was that unmarried women over the age of puberty were housed in separate quarters that were locked up at night, and were strictly chaperoned during the day. Young men had more freedom, and married couples were allowed their own quarters, but no one was allowed to leave the mission without permission. A major function of the militia at each mission was to hunt down and bring back any baptized Indian who attempted to escape (Borah 1991:12).

The fact that many Indians were unhappy with the results of the Spanish intrusion soon became apparent when Gabrielinos, Kumeyaays, and Baja California Indians began to run away from the missions and take hostile action against the Spaniards. Such events would have been of such significance that news of them could have reached the Cahuilla a few days after of their occurrence.

Under what conditions did Native Americans enter the missions? In times of food shortages due to early cold spells, droughts, and the like, it would be advantageous to go into the missions, finding there new opportunities, and food supplies, new "saleable" skills, prestige, and goods that would be valuable, e.g., weaving, metalworking, herding, agriculture, viticulture, etc. Upon returning home, whether permanently or on a visit, they would come with new assets (clothing, tools) and knowledge, including rudiments of a new and useful language, which may have considerably increased their status, and expanded their economic opportunities and ability to marry well.

Mason (personal communication 1994) has suggested that elites of Indian communities did not go into the mission immediately. Those who were young or of lower rank—men, women, and children—would be the first to go and to take advantage of opportunities there. So would persons who had less access to the resources of an area in times of stress, e.g., in drought periods. In later years elites would be incorporated, e.g., the chiefs of Serrano villages and most of their people were baptized en masse in one day, after Gabriel Moraga and his soldiers quelled a revolt largely involving Serranos (in late 1810). These were quasi-forced conversions.

We know now that the Cahuilla became a part of the Spanish-Hispanic system earlier than has previously been assumed, possibly as early as 1783. In that year a term, similar to the later appellation "Cahuilla," occurs in the mission records. *Caguivaquit por la Agua Caliente el valle de la Siera de San Luis*, a term applied to the Warner's Spring area, home of the Cupeños, is listed as the community or place of residence of a Cahuilla lineage (*kupakik* Cahuilla). Within a few years, people from *Kupa* were well represented in missions.

Our mission record study[89] has revealed more about the western Cahuilla than was previously known to ethnographers. The *Corobonabit* people, in the San Jacinto area, the *Junalmonat* in the Winchester area, and the *Paimabit* (not located, but somewhere near the previous two) were Cahuilla.

---

[88] There has been considerable controversy as to whether this qualified as an "*Asistencia*," but William Mason believes that it does since baptisms were conducted there, and it had consecrated burial grounds.

[89] The baptismal records for Mission San Gabriel were extensively searched for Cahuilla and Serrano baptisms during the course of this study, as were some of those of Mission San Juan Capistrano, and Mission San Fernando. Some research was done on other mission records. This research was carried out by Bean, with the assistance of Ann Cuccia and William Mason. Information derived from this study will be presented in the following pages without further referencing.

ACC0006720

This is indicated by the baptism records, by the signatures on the 1852 treaty of Temecula, and by references by elder Cahuillas to ethnographers John Peabody Harrington, William Duncan Strong, and Lowell John Bean. The evidence seems consistent, without variation. As the records about these people continue to be studied, a new perspective on Cahuilla territoriality and involvement with others is emerging.

The first Serrano was baptized in 1788 from *Guaspet*, and other Serrano baptisms followed, mainly from communities with whom the Cahuilla were not in contact. In 1796, there were the first baptisms from the Serrano community of *Amuscopiabit*. This community in Cajon Pass was one into which some Cahuilla women were married, and thus would have had ceremonial and other interactions with Cahuillas. We can assume that from this time on, as more and more Serranos were baptized, Cahuilla knowledge of the mission system would have intensified. In 1797 we find the first western Cahuilla baptism at Mission San Gabriel, that of the two year old Maria Manuela del Rosario from *Paimabit*. There followed in 1798 the baptisms of Juan de Dukla, an adult man from *Paimabit*, and of Felipe Santiago of *Corobonabit*, a community in the vicinity of present-day Soboba Reservation.

## MISSION SAN GABRIEL BEGINS AN IMPACT: 1800-1809

In 1802, 17 year old Josefa Leonisa from *Corobonabit* was baptized at San Gabriel, perhaps coming to the mission with people from a non-Cahuilla community. There are no other Cahuillas recorded for that year. In 1803 another Cahuilla woman, Vitalicia from *Corobonabit*, was baptized along with her husband Vitalicio and others from the community of *Temecugna*, which was presumably the Luiseño community of Temecula. There is also a record of the baptism of a 60 year old man from *Acataviabit*, which may be a misspelling of *Acatabianga* (a village in the San Gorgonio Pass), in 1804.

One person from the community of *Guaaschna* in what is now Redlands, thought to be Serrano with Cahuilla marriage connections, was baptized in 1807. Three individuals in 1809 and four in 1810 whose mothers came from *Guaaschna* were baptized from other communities.

In March of 1808, six Cahuillas were baptized at San Gabriel from *Topomuna*, a Cahuilla area associated with the San Gorgonio Pass, the term appearing for the first time in the literature of the Cahuilla. It was possibly a clan, perhaps what was later described to Bean as the *Wanakik* clan. The term "*caguilla*" seems at this time to have been applied in the mission baptismal records to the desert-oriented Cahuilla who lived in the southeastern Coachella Valley. Various corporate lineage names appear frequently in the mission records of this period as coming from *Topomuna*.

The use of *Topomuna* in the baptismal records is the only use of it in the literature, with the possible exception of a term "*Nopomuna*" used in 1821 by Juan Arguello, who described the Indians to the east, as the "Cahuillas, Nopomunas, and Artidanes" (Halchidhomas) to a Bancroft scribe. *Nopomuna* was probably a misreading by the scribe of the term *Topomuna*. The term was not recorded by early ethnographers, having apparently passed out of the vocabulary of the Cahuilla and the Spanish by the time the ethnographers came on the scene. It is later noted in the mission records that *Topomuna* is a Cahuilla "group," a significant term because it suggests a confederacy of communities recognized by the Spanish.

It is odd that the term was forgotten, whereas many of the lineage names from the area were remembered in 1957-1958, when Bean interviewed elderly Cahuillas of the *Wanakik* clan. The term is not familiar to those Cahuillas consulted for this project, and may have been a Hispanization incorrectly transcribed and no longer recognizable.

In April, 1809, two Cahuillas from *Corobonabit* were baptized at San Gabriel: a two year old boy, and another boy of unknown age. On November 2, 1809, a boy named Juan Antonio, whose father was from Agua Caliente [Cupa] was baptized. His mother was a Serrano. The parents were at Rancho Nieto (Santa Gertrudis), probably working on the rancho, as were many Cahuillas and their neighbors at the time, whether baptized or not.

Thus far, only a small percentage of thousands of Cahuillas had been baptized, but those that were came from communities that ranged from the San Gorgonio Pass area to Hemet Valley and Warner's

ACC0006721

Mission San Gabriel Begins an Impact: 1800-1809

Valley. The interior desert Cahuillas and most Cahuillas in the Santa Rosa Mountains were apparently not yet represented.

The area east of the San Gorgonio Pass was still not clear for Spanish intrusion, nor were the Spanish pressing westward. Leaders of those communities from which one or more persons had left may have felt threatened to some degree by a possible further loss of people, because such a loss would weaken their labor force, especially during times of food shortages due to drought, when people were most likely to leave. On the other hand, if those who became Christian were considered emissaries for the acquisition of new goods, knowledge and power, quite a different view may have been held.

## THE DECADE OF CAHUILLA BAPTISMS: 1810-1819

By 1810, numerous recently converted Serranos who found that the strict discipline of the priests at Mission San Gabriel was not to their taste had fled to the mountains and deserts inland, sometimes fleeing as far as the Mojave villages on the Colorado River. As time went on, these refugees and inland peoples, apparently feeling that the missions were an ongoing threat to their way of life, began organized attacks on the mission, its ranchos, and its flocks. There were a series of raids on Mission San Gabriel in late 1810. On a raid that took place in October, 1810, a group of Indians stole some horses and cattle from one of the ranchos in the Los Angeles area. This theft induced a general alarm that brought out the militia—five soldiers under the leadership of José María Pico. He sent out forays that recaptured some of the livestock. Reinforcements were sent from other *presidio* companies. San Diego eventually sent eight men. The largest was a group of ten men under the leadership of Gabriel Moraga (Beattie and Beattie 1951:8,9).

The most damaging raid occurred in November, 1810 and involved refugee Christian Indians, allied with non-Christian Cahuillas, Serranos, Mojaves, and Angayabas from the eastern Mojave desert—800 Native Americans in all (Beattie and Beattie 1951:8,9). During this raid, a *vaquero* was killed within about five miles of San Gabriel. The Indians did not, however, hit San Gabriel, as they had heard of a buildup of forces there, but withdrew, taking thousands of sheep and cattle with them (1951:9).

Pico led 14 expeditions against the insurrectionists in 1810. On one of these expeditions, his forces recovered 3,000 stolen sheep (1951:9). In the spring of 1811 the Serranos were getting desperate, sending beads to the Mojave, soliciting their help (Strong 1929). The aftermath of the revolt was catastrophic for the Serrano, of whom roughly two-thirds (about 1,000) were baptized between 1795 and 1820.

The missionaries were not going to allow themselves to be driven out. A series of penetrating raids all over the Serrano area and the San Gorgonio Pass was made from January to June of 1811 by Mission San Gabriel militia. Many Indian men from "rebel" *rancherías* were taken prisoner and sent on to *presidios* at San Diego and Santa Barbara. San Diego could not accommodate them all (Johnston 1969). Wives and children followed. They were induced to accept baptism, and the women's prisoner husbands were in many instances baptized along with the women (Mason, personal communication 1995).

It was not only the "rebel" Serranos from the mountains and Mojave Desert who were brought into the mission after the 1810 rebellion. Whole villages from the Mojave Desert, the mountains, the San Jacinto Valley, and the western approach to San Gorgonio Pass were brought in, suspected of participation in the insurrection. Most were brought, whether they wished or not, into the mission, because they went against the authorities at San Gabriel. A great many of them from the San Jacinto Valley were baptized in the spring of 1811.

Only a few people from the Cahuilla area had been baptized at San Gabriel before 1811, but in that year a considerable number were baptized every day for many days. Whole communities, including their captains, were baptized together: On April 18, 1811, 16 men from *Paimabit*, and their 16 wives were baptized. Their captain was baptized on May 12. Also baptized on April 18 were Gerardo, First Captain of *Corobonabit* (near Soboba) and his wife; Graciano, Second Captain of *Corobonabit*, and his wife. On May 7, the Captain of the Cahuilla village *Acatabianga*, north of Beaumont, and his wife, and

ACC0006722

on May 12, Mariano, Captain of *Paimabit* and his family were baptized.

From January to March, 1811 there were 180 other recorded baptisms, including the following Cahuilla villages:

| | |
|---|---|
| Corobonabit(C)[90] | 34 |
| Cuquina(C) | 1 |
| Irabona(C) | 5 |
| Peatopa(C) | 2 |
| Pimichna(C) | 1 |
| Jababit(?) | 1 |
| Jabana(?) | 1 |
| Pabocoya(S?C?) | 1 |
| Tachicpiat(?) | 1 |
| Tochajana(S/C) | 4 |

Additionally, there were two baptisms from *Tachanga/Topaumena* Ranchería. Eighty of eighty-eight children baptized had been born of Christian Indians. The rest were born to hitherto-unbaptized individuals.

From May to July, 1811 there were recorded Cahuilla baptisms from the following villages:

| | |
|---|---|
| Acatabianga(C) | 5 |
| Corobonabit(C) | 12 |
| Gonopeapa(C) | 2 |
| Goromuya(C?) | 5 |
| Jujuabit(?) | 5 |
| Junalmonat(C) | 9 |
| Paimabit(C) | 4 |
| Peatopa(C) | 1 |
| Pimichna(C | 5 |
| Yrabona(C) | 3 |
| Yytna(C) | 3 |
| Muyniam(C/S?) | 1 |
| Pabiana(?) | 1 |
| Pabocoya(C/S) | 3 |
| Paorbia(C/S) | 3 |
| Tameobit(?) | 1 |
| Tamet(?) | 1 |
| Tochajana(C?) | 1 |
| Tomijaibit(?) | 2 |
| Topipabit(?) | 1 |
| Tusicabit(?) | 5 |

Additionally, there was one baptism listed as *Tochajana/Tachanga Topaumena* Ranchería; and one baptism listed as *Angaayaba/Corobonabit*.[91]

---

[90]"C" stands for Cahuilla here, and "S" for Serrano.

[91]*Angaayaba* is Chemehuevi. This is a Chemehuevi/Cahuilla marriage.

ACC0006723

Other Cahuillas would have known, and have been significantly affected by the virtual or near destruction of the villages of the Serrano and their fellow Cahuillas of *Corobonabit* and *Paimabit*, with whom they intermarried and engaged in rituals and trade. The western Cahuilla were now clearly involved in the mission system.

Serrano populations were seriously reduced by the end of 1811. Survivors may have amalgamated with others, beginning what Gifford called the party system (1918). The community-clan boundaries may well have been redrawn in favor of new boundaries. *Jurupet* was occupied by the Gabrielino and *Corobonabit* by the Luiseño and others.

At *Corobonabit* the sudden baptisms of about 50 individuals between February and July, 1811, constituted a significant portion of a community population. There were very few thereafter—two in 1812; five in 1813, plus one whose mother was from *Corobonabit*; and one from *Corobonabit* in each of the years 1814, 1815, and 1816.

In 1811, of the two people baptized from *Gonopeapa*, at the mouth of Whitewater Canyon, one is listed as that of the son of unbaptized parents from *Yrabona*, yet *Gonopeapa* is also listed in the margin notes; and the other child had a mother from *Gonopeapa*.

The village of *Peatopa*, located in Banning Water Canyon, also in the *Wanakik* area, was represented, in 1811, by three baptisms, including that of a woman whose children, when baptized, were listed as being from *Topaumena* Ranchería, an indication that what was later called *Wanakik* was *Topaumena*.

In March, 1811 four children from a village called *"Tochajana [Topaumena* Ranchería]" were baptized. The mothers of the children, ages 4, 5, and 6, were from the San Gorgonio Pass; one was from *Peatopa*, in the Banning Water Canyon, and the other two were from *Gonopeapa*. It is possible that this lineage was that identified later as *Techana* by Victoria Wierick to Lowell Bean in 1958, (spelled *Tücaxaniktum* by Benedict, and *tetcanaakiktum* by Strong) as the name of the lineage at Snow Creek (Bean and Vane 1981). If that is the case, and if, as Mrs. Wierick indicated, that lineage was of the same moiety as the other lineage of the *Wanakik* clan in that area, it suggests marriages within a moiety. That would be extraordinary, since moiety marriage rules were closely followed until recent times.

Another hypothesis is that Wierick was incorrect, and that the lineage in Snow Creek Canyon actually was part of the Agua Caliente group of lineages—related to the *Kauisiktum* and *Paniktum*. The latter is not supported at this point by any data except Alejo Patencio's claim that Snow Creek was within the *Kauisik* territorial boundary. A contrary claim for boundaries, made by his brother Francisco, does not include them in that lineage. This would suggest that Pedro Chino may have indeed been *Kauisik*, as one Cahuilla elder has indicated.

Clearly, an effective enculturation by various means, e.g., force, cultural disarrangement, new foods, and technological inducement, had been accomplished by the Spanish. Serious resistance to the Spanish from the San Bernardino/Redlands area, the Cajon Pass, the San Bernardino Mountains, and Hemet Valley appeared to be over. With hundreds of Serranos and Cahuilla withdrawn, tribal boundaries must have shifted, probably to the advantage of Luiseños and Gabrielinos. Within the next decade the latter moved eastward along the base of the San Bernardino mountains to *Guaaschna*, while the Luiseños moved into *Corobonabit* and San Jacinto Valley.

The year 1812 was an especially traumatic one for southern California Indians and the Spanish because of an earthquake of extraordinary strength. Missions were damaged, especially Mission San Juan Capistrano. It has been said that the earthquake was of such intensity and magnitude that water courses were changed in some of the spring areas. Mrs. Craft, of the Craft Ranch, reported that an earthquake, probably this one, formed a lot of springs among the *urbita*, which she understood to be sacred. Cahuilla settlement patterns, and those of other southern California Indians, may have changed because of earthquake-related changes in water supply, some places being abandoned, others newly occupied, some used at different seasons, and some used less intensively.

There were about 62 baptisms in 1812 among the Serrano, Cahuilla and Luiseño. Most of those baptized were Serranos, who continued to enter the mission system in large numbers, but there were a few Cahuillas from *Pajanina*, west of San Gorgonio Pass, *Corobonabit*, and *Junalmonat*. In 1813 there were

ACC0006724

five Cahuillas baptized. The many Cahuillas still remaining in the pass and desert were apparently reluctant, or saw no reason, to move toward the mission system. It is probable that news and viewings of hardships were seen and heard about in the inland area, and the fact that Catholic impingements on Cahuilla life styles were threatening them alarmed Cahuillas who were autonomous. They did not need the missions to receive the advantages of Spanish culture. They could get jobs, trade, and gain various advantages in the Los Angeles area without being baptized, much less entering the missions, a condition about which Franciscans throughout California complained about frequently (Milliken 1995, Engelhardt 1908-1915).

The Cahuilla, it seems, were in a "wait and see" mode, and were certainly well aware of the severe impact on themselves and the Serranos of the revolt of 1810. Their future must have been seen as greatly endangered, as relatives were moved away and trade and ritual relations were interrupted.

It was clear that a major military force against the Spanish was not a viable option. Their only real safety now was to maintain distance from, and be very selective regarding Spanish ways. The fact that the Spanish had no immediate interest in the desert region protected them for awhile. That was about to change.

In 1814, two Serranos were baptized from *Guaaschna*, and one in 1815. Nine persons from *Gonopeapa* were also baptized that year, including a child of the Captain.

In local folklore, the *Paniktum* and *Kauisiktum* had their first encounter with the Spanish in Cahuilla territory in the middle of the next decade, but there is a tradition that in 1815, Mission San Gabriel dispatched a train of wooden carts or *carretas* through to Coachella Valley to the salt deposits in the Salton Sink, with an escort of *caballeros*, using Native Americans as guides. Every year thereafter until 1830, when a salt works was established in Redondo Beach, a caravan of *carretas* was presumably sent into the desert for salt (Johnston 1969:127; Guinn 1907-08).

These expeditions would have familiarized the peoples of the Coachella Valley with the use of domesticated European animals, probably oxen, as beasts of burden; with horses; with Spanish clothing and weapons; and with the Spanish language, social system and religion.

The Cahuilla in the Soboba-Hemet area were by now well integrated into the mission system. The western edge of Cahuilla land was just two or three days' journey from Palm Springs. The boundaries of these missionized groups touched or merged with those of the *Kauisiktum* and *Wanakik* in the Santa Rosa Mountains.

The Cahuilla clan now known as Cupeño were being baptized at Mission San Juan Capistrano and Mission San Luis Rey. In 1815, five people from *Kupa* were baptized at Mission San Juan Capistrano; one in 1816, one in 1821, and one in 1824, for a total of eight. At San Luis Rey, some 31 people from *Kupa* were baptized—ten men, 12 women, and 19 children.

The *Asistencia de Pala* was established in 1816 where the present-day Pala Indian Reservation is located. One hundred twenty-four people from *Kupa* in Warner's Valley were baptized there, and an active missionization project was undertaken (Engelhardt 1908-1915).

Several unmarried men from *Kupa* were baptized in 1816, as was one from *Tabacate* (an unidentified place name), and one from *Tuba*, which may be the Cahuilla community of *Tuva* near the Salton Sea. Other unmarried men who were baptized were from *Puatna* and *Tocanonga*.

At this time Cahuillas from the village of *Palpisa*, (a village at Tripp Flats near present-day Bautista) were baptized at San Luis Rey, as were some from a place whose name was similar—*Palpisowit*, in Tahquitz Canyon, a long way indeed from Pala. Baptisms of four people (two children and two women), were also recorded from *Saboba* (Soboba), traditionally a Cahuilla area. During the year a Spanish *entrada* visited the Serranos who remained in the Cajon Pass area, the immediate neighbors to the Cahuilla.

Mission San Luis Rey had baptized Luiseños for the most part, but also some Cupas, Cahuillas and others from the northern part of what is now San Diego County. In 1816, it established an *Asistencia* stock ranch in the San Jacinto Valley. The area apparently was by this time largely depleted of the Cahuillas originally there. Christianized Native Americans, for the most part Luiseños, were sent to take care of the stock, thus intruding into the territory of the peoples of *Corobonabit*, *Paimabit* and

ACC0006725

The Decade of Cahuilla Baptisms: 1810-1819

*Junalmonat*, whose peoples had been in touch with the *Kauisiktum*, *Paniktum*, and other Cahuillas of the Coachella Valley. These groups would have known that for the first time a major Cahuilla territory was lost to them, taken over by Luiseño.

In 1817, fourteen Cahuillas were baptized—four from *Gonopeapa*, two from *Junalmonat*, three from *Cuquina*, one from Agua Caliente (Cupa), two from *Corobonabit*, and one from *Irabona* with a mother from *Gonopeapa*. The San Gabriel baptism records from 1816 to 1820 are incomplete, with the records of 600 baptisms missing. Records remain of the baptism of a Cahuilla from *Cochavipabet* with a mother from *Gonopeapa*, and of another Cahuilla from *Topomuna*. There are also records of the baptism in 1819 of one person from *Apinjaibit* with a mother from *Corobonabit*, one person from *Pimichna*, one person from *Cuquina*, seven individuals from *Gonopeapa*, and one from *Apuimiabit* with a mother from *Gonopeapa*.

Between 1818 and 1823, Antonio Comaduras, military commandant at Tucson, and the officials at Los Angeles occasionally sent mail back and forth between the two commands, using friendly Coco-maricopa Indian runners, who ran along the ancient Indian trading trail that crossed the Coachella valley, traversing Cahuilla territory. It was only a year later that Mission San Gabriel extended its ranches further eastward, and sent Christianized Native Americans to work on these ranches.

San Gabriel had established a cattle ranch at *Guaaschna* (Redlands) known as the San Bernardino Ranch. Many Cahuillas joined that establishment. By this time, the idea of going to coastal areas was a familiar one for many. The Spanish were seen as useful contacts to goods and services. *Guaaschna* was an entry point to the desert. It is not surprising that in 1819 the people there who were in close contact with the people on these ranches, neighboring Cahuillas, some of them baptized, asked Mission San Gabriel to instruct them in agriculture and stock raising. In response, the mission began, in 1819, to make preparations for an *Asistencia* rancho. It eventually grew into the adobe there, conducting baptisms and burials in the 1820s.

After its establishment a ten-mile *zanja* (or water ditch) was dug from Mill Creek to the site by the people at *Guaaschna*—Serrano, Gabrielino, and probably Cahuilla people, who followed a plan made by Pedro Alvarez, a Yaqui from the *pueblo* of Los Angeles. According to tradition, they used the shoulder blades of cattle as shovels (Beattie and Beattie 1951:12-13).

The *Kauisiktum* were very likely there. Word of this undertaking would soon have reached them, and, of course, they may have already known of the use of irrigation ditches to divert water for domestic or agricultural use from their experiences or that of their Cahuilla relatives in missions. We cannot underestimate the extensive contact Cahuillas had as Los Angeles farmhands before 1820. This could have influenced the builders of the Tahquitz ditch a decade later.

Once the *Asistencia* was established, it provided a direct entry point to the desert area. Cahuillas from the San Gorgonio Pass and the desert visited and resided there. The knowledge and advantages of Spanish culture, especially farming and ranching procedures, were now easily available for the desert Cahuilla. They had, however, practiced some agriculture techniques before this time (Bean and Lawton 1973; Lawton and Bean 1968; Chapter XX, this report).

From San Bernardino they could now more easily acquire farm equipment, glassware, metal tools, cloth, and other material items from the Spanish and bring them back to the desert. Cattle and horses were also now available, acquired by either trade, gifting, or theft. Any free ranging cattle or horses near their areas would be used, considered as theirs if they were found within their territory.

A *rancho* was established shortly thereafter in the San Gorgonio Pass in what is now known as Banning Water Canyon (1820), where the Cahuilla community of *Peatopa* was located. This is one of the villages from which Cahuillas had been baptized for over a decade (Bean and Mason 1962:101; Johnston 1969:129).

ACC0006726

### *KAUISIK* TERRITORY VISITED AND DESCRIBED: 1820-1829

**The Eventful Decade**

More than 200 Cahuillas were baptized at Mission San Gabriel during the 1820s. By the end of the decade it appears that most Cahuillas would have had relatives in the missions, and were familiar with the mission system. Because the events of the decade had a bearing on people's being baptized, we shall discuss those events first, and then the baptismal record.

The first crops at the new *Asistencia* were planted in 1820, and Native Americans from all around were invited to observe. It is reported that about a thousand people came to observe and receive instruction in planting within the first month. People from San Gorgonio Pass were among those mentioned as being invited (Beattie and Beattie 1951:13). It is highly likely that the *Paniktum* and *Kauisiktum* from the Palm Springs area were also there. If, indeed, 1000 Cahuilla and Serrano came to the event, it is worthy of note that very few of that number came to be baptized over the new few years.

On the other hand, many Cahuilla from the San Gorgonio Pass and Coachella Valley visited and resided for a time at the *Asistencia* in the years that followed. They farmed there, acquired agricultural seeds, farm tools, metal equipment, glass, arrows, cattle, and horses. Some horses by this time were wild, and were becoming a "game" animal for Native Americans of the area. Cahuillas and Serranos also worked on the *Asistencia*'s ranch that was established in San Gorgonio Pass, with headquarters at the mouth of Banning Water Canyon, where mission *mayordomos* were in charge[92] (Bean and Mason 1962:101; Johnston 1969:129).

By this time some 350 Cahuillas had been baptized, representing some 30-35 Cahuilla lineages in Mission San Gabriel records. Others were probably working in the *pueblo* of Los Angeles. Some were no doubt from the Coachella Valley area, an area into which Romero and Estudillo would travel the next year, a circumstance perhaps explaining their easy reception among the Cahuilla.[93] Children and young adults from these communities had already been living, albeit only for several years, in the mission establishment.

The Hispanic entry into the Coachella Valley was planned in anticipation of a safe travel route to the Southwest that would bypass the formidable Quechans, who wouldn't permit the Spanish to travel through their area. The Halchidhomas, however, who lived just north of the Quechans, were amenable to such an effort and were on friendly and regular trading terms with the Cahuilla, part of a system which linked the Gabrielino, Cahuilla, Halchidhoma, and Pima in amity, just as they lived in a state of enmity with their southern neighbors, the Kumeyaay and the Quechan—a set of enmity-amity alliances being in place.

In 1821 Fathers Payeras and Sánchez, on an exploring expedition to locate possible spots for the location of inland missions, found 200 Native Americans at the San Bernardino ranch, many of whom had been baptized at Mission San Gabriel. These people would have been from the several tribal groups of the area. Father Sánchez reported that there were known to be nine *rancherías* (there were more) in a distance of eight to thirty-three leagues (24 to 100 miles) to the east, containing some 416 people. It would appear that he was referring to the *Wanakik* or *Topomuna* Cahuilla settlements in San Gorgonio Pass (Beattie and Beattie 1951:16). If a thousand Cahuillas came to the *Asistencia* the year before, one can ask why only 200 remained, and why the rest of them were not baptized. Francisco Patencio has given some answers: They were worked too hard at the missions, being expected to work "at one thing all day," (1943:77) and their Indian supervisors were cruel to them.

Patencio's account is a rare Cahuilla reference to this period. He heard his elders speak of the mission period when he was a child, and wrote that the priests were good, but very busy with all they had to attend to. He wrote:

---

[92]Ignacio Alvarado and Bermudez were the *mayordomos* at San Gorgonio (Beattie and Beattie 1951).

[93]Romero does not mention using Cahuilla-speaking guides, but it is likely that he did.

ACC0006727

The Fathers could not learn to speak the language of the Indian tribes, so many of them, so they took the Indians who could learn Spanish the best, to help them. These men were superintendents. They went about everywhere. *Kis-se-an-o,* the Indians called them, which means the first Christian Indians. Even though the Indians were of their own race of people, many of these *Kis-se-an-o* men were hard and cruel to them. It was they who worked the Indians hard, and punished them.

The Indian people are slow to learn different ways. They were not used to working at one thing all day. If they ran away, they were brought back and punished for it. So all the Indians did not go to the missions to live.

The Padres sent the *Kis-se-an-o* out to the Indian tribes to ask the Indians to come to the missions to live. The *Kis-se-an-o* not only asked the parents to send their children to the missions to learn to be Christians, as the Fathers expected them to do, but they stole them. Their parents never saw them any more. Then it was that the Indians left their homes and moved away.

It was for this reason that the Palm Springs Indians were living in the cliffs at the north of Tahquitz Canyon when the Pony Express rider was killed.[94] From this place they could see below. They watched for strangers coming, and hid their children in the caves and cracks of the cliffs. They became like hunted animals searching for a safe place to hide their young. The Indians thought they had learned to suffer, but now they learned it all—there was no more to know. The *Kis-se-an-o* became more and more cruel. They punished and murdered until whole tribes were wiped out. They were only good to their own tribes (1943:77).

The settlement at the mouth of Andreas Canyon may have been safer than those that were further out in the valley. Its proximity to the Palm Canyon trail, which went directly to the mountains, was easily and often traversed by the *Kauisik* Cahuilla visiting the mountain areas and vice versa. There is no confirmation regarding the practice of kidnapping recorded in the San Gabriel mission records. Perhaps the mission officials were unaware of it, or did not wish to leave a record, since their instructions were to baptize only those Indians who wished to become Christian.

The Mexican Revolution in 1821 marked the end of Spanish rule and the beginnings of political changes that would very shortly affect the Indians throughout southern California. There was a state of considerable unrest until 1822. Meanwhile, some Cahuillas moved to the Los Angeles-San Gabriel area, and Gabrielino and Serrano runaways were joining together to steal horses for food or trade to the Colorado River people.

The frontier reached its maximum extent in southern California by the end of the Spanish regime. Aside from a few *ranchos* granted north of Los Angeles (Tejón, San Francisco [Camulos], etc.), which occupied areas already penetrated by San Fernando Mission, the southern frontier stayed pretty much as it was from 1822 to 1846. There may even have been some shrinking of this frontier area in the face of renewed aggression from the Cahuilla about 1835, and from the Kumeyaay in what is now San Diego County, where there was at least a temporary loss of control around *Jamul* circa 1837.

Important innovations had come to the Indians just beyond the fringe. Horses were in general use by some raiders, such as those from the Colorado River. While few possessed guns (even California Mexicans had few guns available), they knew more about how to cope with the effects of guns than at an earlier time. Initial fear of *gente de razon* had to a great extent evaporated with more extensive acquaintance. Routines, layouts, size of herds, numbers of people, all were known through networks involving the Indian employees in *ranchos,* even towns. Any possible vulnerability became known. The advantage lay with the raiders in such cases.

---

[94]The Pony Express rider was killed much later, long after the missions had been secularized. The inclusion of the incident here suggests that the *Kauisik* retreated "to the cliffs" over a considerable period of time.

ACC0006728

The traditional Native American routes from coastal California to the Colorado River went through San Gorgonio Pass, the Coachella Valley, and the Cajon Pass. Runaways from the missions with horses used for riding reached the Colorado River by 1820. Some of them probably travelled via the traditional route through the Coachella Valley, but it appears to have been unknown to the Spanish until a Cocomaricopa leader arrived in San Gabriel in 1822 and told the mission fathers that mail carried over this route would reach Tucson from Mission San Gabriel in 15 to 20 days.

Inspired by this assertion, the Mexican Government appointed Captain José Romero to lead an expedition to the Colorado River in search of an overland route that could bypass the Quechan. The latter had prevented Europeans from contact with California by land since 1781. The diary of José Maria Estudillo, who accompanied the expedition, provides the earliest account of direct encounters between the Spanish and the people of Palm Springs and others in the Coachella Valley (Bean and Mason 1962:8-10).

After a lengthy preparation, an expedition was prepared to cross Cahuilla land to the Colorado River and hence from there to Tucson. The expedition, headed by Captain José Romero, left San Gabriel on December 15, 1823 to explore for a route to the Colorado River. A sergeant, three corporals, 22 cavalrymen, six artillery militiamen, ten auxiliary *"vecinos,"* horses and mules comprised the expeditionary force. They hoped for a supply road between San Gabriel and the *Presidio* of Tucson that would avoid the territories of the Yumas and Mojaves, who refused passage to the Spanish. The Halchidhoma, then in a serious conflict with their neighbors to the north and south, were undoubtedly seeking friendly alliances with the Spanish.

On December 28, 1823, the members of the Romero Expedition, on their way towards Cahuilla land, encountered members of a Cahuilla family on their way to San Gabriel. Most of the Cahuilla, they said, were in the mountains. The expedition continued on its way and arrived at "Agua Caliente," having travelled eight leagues (about 20 miles) beyond *Wanapiapa* (Whitewater Canyon area). The following day they went on:

> Monday. The day dawned a little clear, and the Sierras of the north and west between which we traveled, were all snow-covered.[95]  We left at 9:52 in the morning, because of time it took to warm up the animals, through the same type of country as the day before, en route, southern, and at 2:15 we arrived at the well of the first palms called by the natives Gualoma,[96] and called by ourselves (the well) of the Coyote.
>
> On this day at 11:00 two gentile Indians were seen, and when they were presented they told me they were Coahaguillas, who had already served on the ranchos, and were called Jose, and the other, Vicente.[97]  The latter took me as far as the well, and Jose went to call on his relatives for them to bring us mescal [agave].[98]  They brought nine

---

[95]The Sierras of the north probably refers to the San Bernardino Mountains and the Sierras of the west, the San Jacintos; the area the expedition passed through was, of course, the San Gorgonio Pass.

[96]Gualoma, a place name no longer remembered by today's Cahuilla, is possibly *Kavinish*, now known as Indian Wells, since it is called "the well of the first palm" by the people there, and as described, was characteristic of the Coachella Valley region (Bean and Mason 1962:101; Wilke and Lawton 1975:26). Patencio refers to the home of the first palm, Indian Wells, in the *Kauisiktum* Cahuilla account of the "Settling of the Coachella Valley," in the early times of Cahuilla history when migrations of people were still settling the area (1943:101; see V.II.10).

[97]Spanish names were already being used by the Cahuilla, even those not baptized by 1823.

[98]Since Jose called upon his relatives to give agave to the Romero Expedition people, it is likely that he was from Indian Wells, or Palm Canyon, whichever site they are at. January seems a bit early to be collecting agave. Was this a subterfuge on the part of the Chief to explain why his people were not there? They may have been "hiding" from the Romero expedition fearing that they might harm them in some manner.

ACC0006729

of them and I gave them gifts of beads.[99]

    The well is built by gentiles. It has a depth of about six varas, and reaches a pool of water which is barely sufficient for the people.

    Starting from an opening which is formed in the Sierra Madre of the Californias, begin the rancherias of the Coahahuillas,[100] which is south of Agua Caliente at a distance of about one league [about 2 1/2 miles]. It was cloudy at nightfall, and clear at dawn (Bean and Mason 1962:36).

Descriptions of the Cahuilla in Romero's reports affirm that the Cahuilla at Agua Caliente were already quite familiar and comfortable with the Spanish by 1823. That most of the Palm Springs Cahuilla (probably *Kauisiktum* and *Paniktum*, who were off the normal route of Romero) were in the mountains in December, and that no one was at Agua Caliente suggests that an avoidance of the *Kis-se-an-o* recruiters, of which Patencio wrote, had already begun, or that, since December through January and February is a ceremonial time, many of the *Kauisik* Cahuilla may have been at ceremonies. Fears of European diseases could also have encouraged many Cahuillas to leave. Simply remaining at the settlement in the Tahquitz Canyon, a mile or two from the hot springs, may have been sufficient for the *Kauisik* to remain unnoticed.

The Romero Expedition visited other Cahuilla rancherías, encountering several Cahuilla captains, one identified by Salvador Lopez as *Chiachia* (possibly meaning Chiachum or Mexicans, or referring to seeds of the *Salvia columbariae*), captain at Cabezón and possibly the man known as Cabezón later in the century; *Juamay*, captain at the *Watchiktaminakish* lineage settlement of *Paltuksnish*, at present-day Oasis; *Tujama Abali*, from *Tuavinish* east of Oasis; and the captain from Dos Palmas.

The expedition left some of its exhausted horses and mules at a settlement, probably just west of the present Salton Sea, where tobacco and beads were traded for mescal heads. A horse that drowned in a Cahuilla well was given to the settlement, and happily received. It is evident from the diaries that horse meat was eaten (Bean and Mason 1962:37-40).

That the Cahuilla were traditional enemies of the Quechan, the Hokan speaking neighbors to the south, is confirmed by the fact that Captains *Chiachia* and *Tujama Abali* offered to accompany the expedition to fight the Mojaves and the Quechan, who were their enemies. Romero told them that they had no orders to fight these peoples unless they proved hostile, but that if he encountered them and they wished to fight, he had enough men to overcome them, and if at some time he was ordered to fight, he would tell the Cahuilla so that they could join him. "They showed signs of agreement, and at 3:30 they returned to their rancherias" (Bean and Mason 1962:38). The Halchidhoma, allies of the Cahuilla, were at this time being pressed upon by the Mojave and the Yuma. The Cahuillas probably faced the loss of their trade route to Arizona if their allies should be defeated, a fact that may well have led to their effort to get help from Romero in fighting the Yuma. This episode suggests that the Spanish may have explained that they were on a trip to find a route that would go around Quechan territory; not through— a trip that would have led them through the territory of the Halchidhoma, who were allies of the Cahuilla and Gabrielino.

The expedition, beset by the difficulties of traveling in the desert and ignorance of the trail,[101] and possibly misled by the guide Sebastian, failed in the end to find its way, and it turned back on January 8, 1824. In the vicinity of present-day Thermal, the expedition reached a rancheria where corn, pumpkins,

---

[99]This is the first account of trade beads, probably glass beads, coming to the Cahuilla. However, glass beads would already have been in the area from trading years before.

[100]The name Cahuilla, at this time, apparently referred to the Cahuilla south of San Gorgonio Pass or possibly below Palm Springs, and was apparently a generic name like that of *Topomuna*, which appears to refer to Cahuillas west of *Gonopeapa*. Romero included the Palm Springs peoples as among the Cahuilla.

[101]The trail was indeed the trail that led from Cahuilla territory to that of the Halchidhoma.

ACC0006730

melons, and watermelon were being grown. Here most of the horses and mules the expedition had left were being cared for, although some had been taken to the mountains, where agave for the expedition was being gathered (Bean and Mason 1962:46).

Bean and Lawton (1973) have argued that it is possible that agriculture appeared in this area prior to European contact because these same crops were grown by their Colorado River neighbors. The Cahuilla certainly had knowledge of these domesticates (Lawton and Bean 1968, 1973). The diaries of the Romero Expedition, with their descriptions of the Cahuilla going to the mountains to harvest agave, confirm that in the 1820s the Cahuilla were using a variety of food sources, gained by hunting and gathering, as well as by growing cultivated crops (Bean and Mason 1962). Whatever uses the Cahuilla had for these cultigens, they would have been marginal to the general economy. According to Cahuilla informants, the Cahuilla were using pot irrigation (See Chapter XX).

Romero and various leaders had a conference about the loss of the horses he had left. One can hear the Cahuilla saying, "Why shouldn't we eat them; they have been eating our plants and using our water, and besides, they probably won't come back if they get to the Mojaves, or they'll die of thirst, etc."

Romero feared hostilities and thus retained leaders and their families. It is interesting to note that he was uncomfortable with the Cahuillas this far south, but makes no mention of discomfiture regarding the Cahuilla at Palm Springs. Of course, the loss of so much stock was a serious breach of propriety.

On January 15, 1824 Romero changed camps to the west side, and met a Cahuilla, Juan José. He told Romero three mules had died and nine of the 36 horses were missing, the Indians having used them to help gather mescal.

Many Cahuillas stayed in the hills. Romero left three horses and two pack mules in the care of a leader who promised to bring them to San Bernardino when they had recovered them.

The expedition left the rancheria in the vicinity of Thermal on January 17 at 8 a.m., and

> . . . began to travel through the mezquitales and the rancherias that there are, until the sixth rancheria, where we arrived at 12:00 and finding a little zecate [hay], we rested until 3:00 when we proceeded through mezquitales to the rinconada (narrow valley) where we arrived at 8:00 at night. We found several pools of rain-water and a few little patches of pasture, having traveled only seven leagues during the day . . . . This 'Rinconada' is located to the west, and to the east (are) several rancherias between the mezquitales and the sierras in both directions, which we knew because of the great amount of smoke that went up, and Indians who came to look at us at several points, which we have noticed since our departure from Los Veranitos today.
>
> It is well known that the land the Coahahuilla nation occupies is from Agua Caliente to the Palms and salt flats, over twenty-two leagues. It is large and numerous, although in sterile land.
> January 18
> Sunday. It has not been possible to leave until 3:00 in the afternoon because of the terrible state of the horses, but we finally did, leaving a Corporal with four men to bring up the tired ones little by little. We arrived at the Well of Agua Caliente at 10:00 at night, where there was not any pasture [Palm Springs].
>
> When we were ready to leave this afternoon, some Indians ready to make off with the mares were spotted, so I made them be brought to us and come with us, despite the fact that they came from Rancho San Bernardino. Since we arrived at the well at night, they were able to flee through the crags of the Sierra, under the cover of darkness, and they could not be followed.[102]
> January 19
> Monday. At 10:00 in the morning we left for the point of Bonopiapa [Whitewater

---

[102]This was probably Tahquitz Canyon.

ACC0006731

Case 5:13-cv-00883-JGB-SP Document 85-12 Filed 10/21/14 Page 256 of 336 Page ID #:2494

Canyon], and at a short distance, having found fresh tracks of horses and cattle, we followed them until 6:00 in the afternoon, when we arrived at a little spring at the foot of the sierra. We encountered some cowboys from the Rancho of San Gorgonio who came driving the cattle from the Agua Caliente to the above Rancho (Bean and Mason 1962:47-48).

It is not impossible that the "Rinconada" mentioned in the diary was the "Rincon" just below Andreas Canyon, a well watered area where the *Paniktum* had a settlement. It is south, rather than west, of the Coachella Valley, but the distinction between south and west can be blurred in southern California, where mountain ranges roughly parallel to the coast run east and west rather than north and south. It may have been seven Spanish leagues from the Thermal area, and there may have been six settlements between the vicinities. It would seem unusual for it to take from 3 p.m. to 10 p.m. to go from Rincon to Agua Caliente, a distance of perhaps three to four miles, but with horses in a "terrible state," men not much better off, and an encounter with horse thieves, it may have.

The diary passage is important because it further demonstrates that the Agua Caliente area was well within the mission system in 1823, apparently providing pasture land for the mission herds at this early date. Even at Thermal, some Cahuillas were already moving in and out of Spanish settlements—San Gabriel, Nieto Ranch, Yorba ranch and Los Angeles, etc. There was a Cahuilla, not Christianized, with a Spanish name, "Juan José," who took care of the horses the Spanish had left on their trip eastward, and who was trusted by Romero to carry a message to José Maricopa.

Estudillo's remark about the "Coahahuilla nation" extending from Agua Caliente to the Palms and salt flats (Bean and Mason 1962:104) suggests that the Cahuilla clans occupying the desert area were somewhat confederated at this time, or had a name for their regional area and peoples in it. In the light of Patencio's account of the alliance against the "Wild Cypress Indians" (1971:7-8) this suggests that the phenomena of "great chiefs" that developed later in the century may have been an old one—quite possibly predating European contact.

In much of southern California there were now indications that there were concerted rebellions. There is a report from the Commander of Baja forces regarding a revolt of Indians at Santa Catarina. There were also hostilities at Santa Barbara and San Purisima. Local Mexican authorities thought the trouble linked to the revolts of 1810. Cimarrones and others raided Rancho Nacional and Rancho del Valle. Several were captured and one shepherd was killed (Bean and Mason 1962).

The socio-political arrangements between the Spanish and Indians was somewhat chaotic among the Spanish and Indians to the south. There were attacks on the Baja California frontier. The Kumeyaays raided and captured 140 horses. Arguello's expedition to quell the hostilities found itself at the Colorado River. This trip made it clear to the Mexicans that the best roads to Sonora were from San Diego, not San Gabriel. The establishment of the Romero route was consequently not pursued. This decision left the Cahuilla out of the mainstream of Mexican travel and trade.

No detailed diary of a second expedition to the Colorado River via the San Gorgonio Pass and Coachella Valley, led by Romero late in 1825, has been located, but other materials about Romero and his activities exist. The route taken by Romero in 1823 continued to be used by the Cocomaricopa Indians (Bean and Mason 1962:57-91), and was, of course, also used by the Cahuilla.[103]

It is recalled in Cahuilla oral tradition, and documented by scholars (Cook 1976; Earle and O'Neil 1994), that various European diseases periodically affected southern California Indians. A short while after the Romero Expedition, there was an epidemic, in 1825, probably measles, that killed many Native Americans.[104]

---

[103]One of the Indians mentioned in the Romero diaries, *Patrucho* (probably Patricio), was the great-grandfather of Cahuilla author Ruby Modesto. It was he who held the feast for the *awilem* clan (presumably a *net*). *Patrucho's* ears were cut off because horses, left by Romero with the Indians, were stolen (Bean and Mason 1962).

[104]See James Ohio Pattie on the epidemic, circa 1826 (1962).

ACC0006732

According to author John Bruno Romero, author of *The Botanical Lore of the California Indians* (a southern California Indian apparently of Chumash descent, but a resident in Santa Ana, and a member of the Mission Indian Federation), tribal herb doctors met in Palm Canyon (Palm Springs) to decide how to use their knowledge to treat the disease. "Senior Chief Andres Lucero" of *Wanapiapa*, also called Andres Chino Pablo in the same narrative, pondered after the meeting on various ways to treat fevers effectively and, when a measles epidemic subsequently struck, protected his people by having them gather in a large cave in Chino Canyon and treated them with herbal steam baths (1954:1-4). In Chino Canyon there is a mineral spring customarily used by the Cahuilla, as was *Sec' he* (the hot springs at Palm Springs), for medicinal purposes.

It is not clear who Andres Lucero was. The name "Andres," and the fact that they were in Palm Canyon, suggests that he was a *Paniktum*. Pablo is a name used by *Wanakik* leader and shaman, William Pablo; and Chino is the name of the Cahuilla family also known to have a famous shaman (Pedro Chino) in later years, and a family with whom the *Wanakik* also had intermarried. Andreases and Pablos intermarried as early as the 1840s.

At such a time of crisis, it would be appropriate for the *puvalem* (shaman-doctors) of the Cahuilla groups to meet and share knowledge/power in order to protect their peoples from a new and very debilitating disease. The fact that there was a hot mineral spring at Chino Canyon would further explain the incident, since these springs were considered medically and magically beneficial.[105]

In another passage John Bruno Romero provides another rare example of Cahuilla oral history. *Genio Guana-pia-pa*, a shaman, demonstrated at Mission San Gabriel how to cure the victim of a rattlesnake bite by using *Datura metaloides* (1954:45-46). Later *Genio* appears in the historical record as the one who signed the treaty (at Temecula) negotiated with the Americans in 1852, representing the settlement located at what is now Morongo Indian Reservation. In the mid-19th century it was known as "Genio's settlement." He was the younger brother of the *net* (leader) of the *Wanakik* Cahuillas at the time, Pablo Gabriel, father of William Pablo, later a lieutenant of Cabezón. Pablo Gabriel was married to a *Paniktum* Cahuilla, a sister of the *net* of that lineage, Juan Andreas, whose lineage owned the Andreas Canyon area in Palm Springs.

Cahuillas in the 1820s were living at Nieto ranch and in Los Angeles, as were many from other southern California tribes. Some were baptized at the Plaza Church whose baptismal records show many people from the several tribal groups as far east as Yuma. There Gabrielinos, Cupas, Kumeyaays, Cahuillas from the San Gorgonio Pass, Luiseños, Yokuts, and others. One Cahuilla Cupa was married to a Chumash. Cupas and Cahuillas were also at San Bernardino Rancho.

Cahuillas continued to serve Mexican ranchers. According to a Harrington note, in 1827 the Cahuilla Indians built the adobe church at Yorba Ranch. All of them were non-Christian. A Mexican, Alba Niles (properly, Albañiles, meaning mason or bricklayer), showed them how to make adobe.

John P. Harrington also noted that an Indian woman who died was burned on Yorba Ranch. *Turibio*, another Indian in Harrington's story, was from Cahuilla Valley. Cahuillas were at Yorba Ranch between 1827 and 1829, according to consulting historian Stephen O'Neil (Personal communication 1994).

## Baptisms in the 1820s

Between February and December, 1820, 13 children and one adult from *Topumuna*, and seven adults and one child from *Gonopeapa* were baptized. The fact that *Topomuna* people and *Gonopeapa* people are listed separately suggests they were separate political groups. By December of 1820, Cahuillas from the Coachella Valley desert appear in the baptismal records for the first time. Some of those baptized that month were from *Corobonabit* (San Jacinto area), some from *Peatopa* (San Gorgonio Pass), and several from *Cupa*. Desert Cahuilla lineages represented included *Achacham, Wanchum, Aotatem,*

---

[105]The presence of *Wanakik* people in *Kauisik* territory might be explained by people seeking refuge away from epidemics. The above events could also have happened in a later period of epidemic, such as 1884, 1857 or even the great 1862 epidemic.

ACC0006733

*Guit, Guaguiquitom,* and *Awalem*—all Cahuilla groups remembered as such by those who were consulted in later years by ethnographers such as Gifford, Hooper, Strong, and Bean. Many of those baptized were children, ranging in age from one month to 25 years old. Many of them were less than a year old. Each of these desert groups was living south of Palm Springs.

This increased involvement with the mission system continued into the following year (1821). In addition to those lineages mentioned above, a three year old *Ililsivas* (*Isilsivas*) boy from the Agua Alta area, and several people from *Gualemquin* (possibly from the Palm Springs area) were baptized. Their ages ranged from six months to 66 years old, although most were young children. These were probably the children of Cahuillas who were working for ranchos in the vicinities of San Gabriel, the pueblo of Los Angeles, or San Bernardino.

A child from *Gonopeapa* named Pablo was baptized in 1821, probably the individual known to history as Pablo Gabriel, brother of Quatte Gabriel, one of the Cahuilla leaders who signed the Treaty of Temecula in 1852. The common pattern was for first names of Native Californians in this generation to become the family name of the next generation and then to be kept as family names. This pattern was operative here—Pablo Gabriel's son, William Pablo, was the *Wanakik* leader from the 1880s until his death in the 1930s.

Among others baptized in 1821 was the six month old son of *Pajagna* of *Panacaya* (possibly *Paniktum*), and *Simagaquir* of *Achacham*, a group that lived in Andreas Canyon, and moved at some unknown time to Indian Wells (Patencio 1943). The Colorado Desert was now represented in the mission system.

In 1822, Cahuillas designated as the *Ajuilaichon, Huaguasil, Senyasuig,* and *Tochana* were baptized.

Some 66 Cahuillas were baptized between January and April, 1823. Most were baptized in February, March, and April, the months in which it was convenient for people to travel, since there was less need for them in food collecting and processing at this time. This was the time that Cahuillas spent travelling from one community to another to participate in important rituals, such as *nukil.* Two were baptized in May, one in June, and 16 baptisms between August and December 1823. These were from the communities named *Seule en Topamuna, Gualomoyan* (possibly Palm Springs), *Irabona, Corobonabit, Topamuna, Guaguiguaig, Pabocoya, Urbeatam, Mongianiam* Rancheria (possibly Serrano), *Cuquina, Gonisyaguam,* and *Pimichna.*

It is not unlikely that, even very near the missions, most social rituals were surreptitiously held, despite missionary objection, especially since some gentiles would have been at or near the mission. It is probable that at times of food shortage—and there were food shortages at this time—there were employment opportunities in the coastal area. Thus, visiting the coastal area, or joining the mission establishment, or working for secular Spanish would have been important to survival because with these workers gone, those at home would have more access to what was available. In times of severe food stress those young enough to travel and work would have a greater opportunity to survive. Another sizable group of Cahuillas was baptized in the late fall, after harvest time. Most of these were young adults in their teens to early twenties, and young children.

In 1824, San Gabriel Mission baptized 57 Cahuillas. Thus, 1824 was another significant year for Cahuilla entry into the mission system, perhaps because Romero had recently returned from the desert, and the desert people had had a non-threatening encounter with his expedition. Several new lineages and villages were represented.

In 1825, a year of reputed epidemics in the desert, only 21 Cahuillas came into the San Gabriel mission system through baptism. Several lineages or place names are identified as Cahuilla, some of which we have no ethnographic record, as well as some already represented from the San Gorgonio Pass. These include *Tevenish,* probably a community in the San Gorgonio Pass. Young children and young adults comprised the bulk of these entries. No new *capitans* came in that year.

Jose Lebacho, a Palm Springs Cahuilla, later mentioned in this text as one of the Cahuilla who constructed an irrigation ditch in Tahquitz Canyon in the 1830s and who thought he was "a little over a hundred years old" in 1909, was taken to Mission San Gabriel by his father when he was about 12 years

ACC0006734

old, and left a year later—in the early 1820s—to go to Cabezón's settlement near present-day Indio, which may or may not have been his birthplace (Lebacho 1909). Unfortunately, a search for Jose Lebacho's baptism has yielded no information. Indians frequently adopted new names, and the baptismal name was dropped later in life. That his father took him to the mission confirms other reports that children were brought to the missions by Cahuilla parents, probably so that they could acquire information (equated with power) and bring it back to their people.

Only 11 Cahuillas have been identified in the baptism records for 1826, suggesting that the numbers of Cahuillas becoming involved, albeit minimally, in the mission for 15 or more years, was changing.

In 1827, a 23-year old woman from *Paltewat* was baptized, as were at least seven Cahuillas from *Tochajana, Gaguisyolaquit, Tachanga/Topomuna* Rancheria, *Palteguat* [*Paltewat*], *Gonopeapa, Paimabit*, and Agua Caliente (perhaps Palm Springs, but probably Warner's Hot Springs). The only new community represented in this list was *Paltewat*, meaning "clear water," near present-day Indio (Bean, Vane and Young 1991). Thus far, no significant numbers of persons from any one desert lineage came into the mission. Among the Serrano baptisms was a person from *Apuimiabit* whose mother was from *Gonopeapa*, one from *Cochovipabet* whose mother was from *Gonopeapa*, one from *Apuimiabit* whose mother was from *Cuquina*, and one from *Gojojpiabit*, whose mother was from *Urbeatam*.

Ten Cahuillas, some from the desert, and Serranos with Cahuilla mothers were baptized in 1828. They were baptized in the summer and winter of that year. They came from the communities of *Corobonabit, Selquelquic, Agualamjemquira, Paluaque, Palavisil*, and one from *Gojojpiabit* (a Serrano whose mother was from *Paimabit*); one from *Cochovipabet* (a Serrano whose mother was from *Gonopeapa*); one from *Apiacobit* (near Big Bear) (a Serrano whose mother was from *Guaguiquitom*); and one woman, no village given, whose husband was from *Pumunga*. There was also a person from *Huchubit* (Gabrielino) whose mother was from *Gonopeapa*, one of the few instances recorded of Cahuilla-Gabrielino inter-marriage.

In 1829, 17 Cahuillas and Cahuilla/Serranos from the desert were baptized. One came from the village of *Gebit*, one from *Maromabit* whose mother was from *Urbeatam*, one from the mission whose mother was from *Pasical*, one from *Apuimiabit* whose mother was from *Pabiana*, one from *Zevane* whose mother was from *Palaguasil*, one from *Apuimiabit* whose mother was from *Gonopeapa*, one from *Maromabit* whose mother was from *Tochajana*, and one from *Maromabit* whose mother was from *Jayocopeabit*.

## SECULARIZATION AND ITS IMPACT: 1830-1839

**Baptisms**

The five Serrano/Cahuillas who were baptized in 1830 included one from *Huchubit* whose mother was from *Gonopeapa*, one from *Apuimiabit* whose mother was from *Cuquina*, one from *Apinjaibit* whose mother was from *Corobonabit*, and two from *Cochovipabet* whose mothers were from *Gonopeapa*.

In 1831, Cahuillas were baptized from some dozen Cahuilla rancherías, as were Serrano peoples whose mothers were Cahuilla. There was one baptism from *Ysililbilya* [*Isilsiva*] (Agua Alta). The baby from *Ysililbilya* had gentile parents who were not designated as Cahuilla. Also included were baptisms from *Topomuna, Corobonabit, Husugtileneques, Palaviguet, Alguitamuomque, Ranchería de San Gorgonio, Paorbia* (mother from *Tochajana*), *Guitiguajuait, Paimabit, Mopamillan, Mogiamillan, Jayocopeabit, Topaumena* Ranchería, and *Apuimiabit* (a Serrano whose mother was from *Gonopeapa*).

A few desert Cahuillas were baptized in 1832, including a boy from *Pajanina* whose mother was from the *Achacham* at Indian Wells, a clan who often intermarried with the *Kauisiktum*. Others baptized in 1832 included people from *Naujengail, Tuica* (in the entry recording this baptism, the group name is for the first time spelled "Cahuilla," and not "Caguilla"), *Pachiguel, Pajanina* (mother from *Achacham*), *Paorbia, Aguinguipat* (son of the *Capitan* of *Aguinguipat*), *Caucaumeat*, and *Tochajana*.

ACC0006735

Secularization and Its Impact: 1830-1839

There were several Cahuilla baptisms from *Gonopeapa, Paimabit* and *Corobonabit* in 1833. Unfortunately, the research data base for understanding patterns of Cahuilla entry to the mission in 1833 is non-existent because the place from which baptized individuals came was no longer recorded, very likely an indication of the unsettled conditions of the time. In 1834, the missions were secularized, and although priests stayed on at some missions, there were very few baptisms of individuals identified as Cahuilla recorded after that—in most instances the village of origin were not recorded.

By this time, approximately 600 Cahuillas from as many as 75 lineages, from the baptismal records of their parents, are known to have been baptized at Missions San Gabriel, San Luis Rey, San Juan Capistrano and San Fernando.

**Political Unrest**

After Spanish control of Mexico gave way to the new Mexican Government in the 1820s, the spirit of revolution had increasingly spilled over into the California territory, where the rich mission holdings attracted the attention of people who wanted land. There was increasing political pressure for secularization of these holdings. The general unrest was shared, understood, and used by Native American populations, by whom it was long remembered as a time of trouble and instability.

Many Cahuillas, Christianized and gentile, continued to work for the Mexicans at ranchos and in Los Angeles. Those who had not been baptized were enjoying the advantage of the areas while not committed to the Catholic way of life, although they adopted Spanish names, clothing, tools, language, and agricultural and pastoral skills.

That a significant number of Cahuillas were now linked economically to the Mexican economy was shown by Francisco Alvarado, whose father, Ignacio, was the last *mayordomo* at the San Bernardino *Asistencia* and ranch. The younger Alvarado testified in a court trial later in the century that in the late 1820s about 500 Cahuillas and Serranos, presumably Christianized, worked on the ranch under his father's direction. At this time the San Bernardino Valley was thick with cattle. The large adobe building on the ranch served as a home for the Alvarado family, and as a storage place for wheat grown on the ranch. About 1830 a second adobe building, designed to serve as a church, was begun a mile and a half east of the first building, but was never completed. In the company of young Native Americans Alvarado went wading in the irrigation canal, and hunted rabbits with a bow and arrows (Beattie and Beattie 1951:24-27). Some of these Native Americans are likely to have come from the Agua Caliente area.

The observations of Dr. Thomas Coulter are valuable for the insight they provide into the situation in southern California as a whole in the early 1830s. Coulter, after a tour through the area just prior to the secularization of the missions in 1834, wrote that there were "not under six thousand" non-Indian inhabitants in upper California, their number increasing rapidly, whereas the Indians were decreasing in number, primarily because of the great number of deaths among females." He thought that once the force that held them in the missions were withdrawn, the majority of them would "retire to their relations still living free in the interior" (Coulter 1835):

> The only settled portion of Upper California lies along the coast; the missions being nearly all within one day's journey from it. The only point where a mission has any settlement farther inland is at San Gabriel, where the Rancho of San Bernardino is at the head of the valley, some thirty leagues from the port of San Pedro. This is indeed the only point of either Californias, south of San Francisco, capable of sustaining a large population. The valley is above thirty leagues long, and of considerable breadth to the westward, where it approaches the coast, and joins on either side the plain of San Fernando and San Luis Rey. It is in many places very fertile, and wheat, where it can be irrigated, yields better here than in any other part of the Mexican territories that I have seen. The vine also thrives better, and is beginning to be extensively cultivated. The mission alone has above a hundred and twenty thousand vines immediately about it; and the inhabitants of the Pueblo have many fine vineyards. Here there is room for a great increase of population. The want of a safe port is indeed a great inconvenience; but I

ACC0006736

have no doubt that it will be got over, and that we shall see the Pueblo rise rapidly to the rank of a considerable town. . . .

The great article of produce in Upper California is black-cattle, and their increase has been really prodigious. It is not yet seventy years since their first introduction, to the number of twenty-three head. In 1827 the missions possessed 210,000 branded cattle, and it was supposed not less than 100,000 unbranded. It is found necessary to slaughter not less than 60,000 annually, to keep the stock down to its present standard, which it is supposed it could not much exceed with advantage, until more of the country to the eastward shall have been settled. The young cows usually bear a calf before they are two years old, which, with the rule usually observed not to kill a cow capable of bearing, will account for their rapid increase. Sheep have increased nearly as rapidly, but are as yet of little interest to the trade of the country. I have not heard of any export of wool from California. Sheep are rarely slaughtered for consumption, as their price has been kept up by the priests, either without any definite motive, or what is, I fear, more near the truth, from some mistaken calculation. It is sufficiently strange that where the fattest bullock is worth only eight dollars, and can rarely be sold at all, and where young cows in calf can be bought in droves at about two dollars, and frequently less, a sheep cannot be bought for less than three dollars. This state of things of course cannot last long. The destruction of the missions now in progress will throw into the market a stock of about 200,000 head, which of course must soon fall to its proper value.

The number of the white inhabitants has also increased very rapidly, and I believe is now not under six thousand, though I cannot state their numbers very exactly until I shall have examined the statistical materials which I have collected.

The reverse, however, is the case with the aboriginal inhabitants. They have diminished considerably in number, though, in this case, one would suppose they ought at least not to have lost ground, not having been driven from their homes, as in the United States, nor having had ardent spirits at all within their reach until lately. But they have been compelled to live under a restraint they could not bear, and to labour a little—neither of which they would submit to if they could possibly avoid it. Though the fact is as far as possible dissembled, I believe that a great deal both of force and fraud were used in congregating them together in missions; and the moment that force shall be altogether withdrawn, I have no doubt that the majority of them will return to the woods. Now that the seaboard is pretty much occupied by whites, the Indians will probably retire to their relations still living free in the interior.

It is a very extraordinary fact that their decrease is greatly hastened by the failure of female offspring,—or the much greater number of deaths amongst the females in early youth than among the males,—I have not been able clearly to determine which, though the latter appears the more probable; the fact, however, of there being a much smaller number of women living than of men, is certain. Infanticide, properly so called, is not common, though very frequent recourse is had to the means of producing abortion, chiefly mechanically; but this will not account for the state of things described, as males and females must be supposed in this way to suffer equally. All the missions of Lower California have perished or are perishing from this cause, or at least with this accompanying circumstance; and in Upper California, in almost all the missions, a great many of the men cannot find wives. The mission of San Luis Rey is the only remarkable exception. In it the Indians are stated to be upon the increase, and the women in numbers equal to the men; but my acquaintance with this mission is too limited to enable me to speak of the causes of their momentary escape from what appears to be the inevitable fate of their race in the neighbourhood of white men—a fate from which I fear the Luisenos are not likely to escape. The political reforms now in active operation in California, and of which the first and most important measure is the destruction of the missions, will

ACC0006737

> enable the white inhabitants to acquire possession of the great bulk of the mission lands; and though agreeably to the spirit of the Spanish laws, which certainly were meant to afford the Indians a degree of protection unknown in our old colonies, they may for a long time retain a portion of their ancient possessions, it is but too probable that the combination of their own vices to which they cling, with those of their intruding neighbours, which they very easily acquire, will ensure the ultimate annihilation of a race which exhibits so few traces of moral energy (Coulter 1835:65-68).

The conflicts between Christian and non-Christian Indians was reflected when in October and November, 1834 another revolt against Hispanic authority occurred. At this time, the second adobe building at the *Asistencia*, which contained 14 rooms, was not yet completed, although construction had begun about 1830. Some two hundred non-Christianized Native Americans, reportedly Cahuillas from the mountains and Serranos,[106] are said to have been encouraged by Mexican opportunists José María Híjar and Lieutenant Buenaventura Arauja, attacked the San Bernardino *Asistencia*. They stole the sacred vessels and ornaments from its chapel, along with a quantity of grain, kidnapped a priest who was one of those who went in pursuit, and then moved on, intending to attack Mission San Gabriel. A Mexican military force sent against them put to flight a small band of them, but retreated in the face of the main Native American force, who also turned back thereafter (Beattie and Beattie 1951:30-31).

The kidnapped priest, according to one account, was tried before a "war council," upon whose orders he was whipped, and then released (Beattie and Beattie 1951:30-32). According to another account, there was a battle between the Mexican military force and the Native Americans who had captured the priest at *Wanapiapa* (*Gonopeapa*), the settlement at Whitewater Canyon (Johnston 1969:131). This manifestation of Cahuilla authority is not unlike that observed at other times in Cahuilla history when foreigners or outsiders intruded upon Cahuilla autonomy. The fact that a priest was tried and punished no doubt made the point to the Mexicans that despite a long amicable relationship, Cahuilla autonomy was inviolate.

An indication of Cahuilla involvement with the social unrest is Patencio's account, derived from an oral tradition, of an alliance between mission Fathers and the Indians:

> It was from . . . [the *Asistencia*] that the Fathers helped the Indians to put down the tribe of Wild Cypress Indians, and, later, renegade Indians from every tribe, who with Mexicans were robbing, thieving and murdering.
>
> The name of the Cypress tribe was *Wah-ach-iem* [probably *Wa'ach am*], which means wild cypress, the wild cypress that grew all about there. They lived near the Old San Bernardino Mission. They began coming to the mission from all around, many of them.
>
> Now this tribe had a poison made of weeds and roots that came from the *Ta-ha-chi-pe* Mountains where so many herbs grew. All the people of the tribe had this poison. They made it in different forms. For the hunters they made a special poison, so that no snakes or wild animals could hurt them.
>
> Now this Cypress Tribe, they welcomed everybody that passed by their village, but everyone they welcomed always got sick and died afterwards. The Cypress people were putting poison in their food. This became so bad that *Cho-Cal*, an Indian from Morongo, he was Captain, he made complaints about these Indians.
>
> Then *Se-san*, old Jose Cabazon (not the young son of *Hiv-Baso Cabazon*), brother-in-law of Torro, east of Indian Wells Point, they complained to him.

---

[106]According to Serrano tradition as passed down to Roy Manuel, the Serranos refused to help the Cahuillas until the latter agreed to warn the few Serrano families living at *Guachama*, so that they could leave before the attack (Beattie and Beattie 1951:32, footnote 8).

ACC0006738

The Tahquitz Report: Ethnography and Ethnohistory

The chiefs called a meeting and decided to punish these bad people. They gathered the warriors of Torro and Morongo, men from all tribes everywhere, and they all went to Yucaipa and stayed there that night. From there they warned all relations who had married into the wild Cypress Tribe, also some outside families working there what was about to happen. These people who were warned they all went away that night.

Then in the early morning *Se-San* and his warriors they went and killed all the worst ones. They knew who they were. Some of the Wild Cypress people were so mean that they would pull off the arrow heads and shoot the priests with sticks. They did not want to kill them—only to hurt them.

So, that day the worst ones were killed, and the rest were told to leave the country, which they did (1971:8, 9).

His account is of particular interest because it documents alliances between Cahuillas and the Mexicans, which lasted until well into the 1840s.

This political confederation that was composed of many Cahuilla groups in the Coachella Valley and the San Gorgonio Pass in the 1830s, was apparently led by Cabezón[107] and his son and grandson. It persisted to the late years of the 19th century, and was powerful until 1891, when Indian agent H.N. Rust actively sought the legal prosecution of its leaders. This alliance included the *Kauisiktum*, the *Paniktum*, and other groups in the pass and the desert. Palm Springs Cahuilla leader José Rafael, William Pablo, and Hervasio Cabezón were among the leaders of this group, who effectively argued for Indian rights well into the American period.

In a following passage Patencio described a succeeding period of unrest, in which desperados from some Indian groups used the old trails, and waylaid those who might be carrying hides or other goods to Los Angeles to sell, or returning with money from such sales. "This broke the heart of the old chiefs, who could not control their own people any more" (1971:9).

Despite the political and economic unrest, many Cahuillas continued a fairly peaceful life-style working at ranches, towns or the larger communities of Los Angeles and San Diego, or in their traditional villages. Others reacted in a wary if forceful way to maintain autonomy and authority. The Cahuilla of the San Gorgonio Pass and desert continued to articulate their relationship with the European system carefully, participating productively when it was useful for them, going to the European settlements to acquire goods, cash, and entertainment, and returning to their secure homelands where they could continue their traditional ways.

As they had done traditionally, when groups went out seasonally, they often left older people who couldn't travel, and sometimes children, at their principal communities. This pattern continued well into the 19th century, as they worked during certain seasons before Spanish communities were available to them as resource centers.

By the 1830s many of the Cahuilla were using irrigation farming. The major evidence for this occurring at Palm Springs comes from a letter, written by José Lebacho when he was "a little over a hundred years old," about the digging of an irrigation ditch in Tahquitz canyon. Lebacho's letter reads in part:

I had three children when I started to build the ditch out of Tahquitz Canyon. Another Indian by the name of Lass[108] helped me build the ditch. We had no power to blast the rocks with, so we built around the rocks the best we could, and finally got the water to the Springs. I did not break the rocks with fire and water. Old man Victorito did it about some fifteen or twenty years later, or about the time the Stage Station was

---

[107]The name Cabezón probably derives from a transition of the word *Cabocilla*, intended to mean "Chief of Chiefs."

[108]Lass was the grandparent of Victoria Las, later of Morongo Indian Reservation, who died in 1958.

ACC0006739

built there [i.e., about 1860?]. I had built the ditch out of Tahquitz Canyon some years before the U.S. mail was first carried through there on horse back. The stage station was built about fifteen to twenty years after I had built the Tahquitz ditch. The ditch was built to get good water to drink and to irrigate with . . . . No white man did anything to help me build the ditch . . . . (Lebacho 1909).

It appears that irrigation ditches were also dug in Chino Canyon by the *Kauisiktum*, and in Andreas Canyon by the *Paniktum* Cahuilla. There is a statement from Henry L. Ryan in an 1894 report to Indian Agent Estudillo, descendant of the Estudillo of the Romero Expedition, to the effect that the Native Americans of the Agua Caliente area had "used the waters from Chino, Tahquitz and Andreas Canyons" to irrigate prior to the period of American occupation (Wilke, King and Hammond 1975:52).

During this decade the *Kauisik* were, for the most part, carrying on their traditional lifeways, which would have included proto-agricultural techniques as described by Bean and Lawton (1973), and they probably were making use of some of the technology and some of the plants acquired at the missions.[109] It is also likely that some of the men were taking part in the various military engagements that marked the 1830s.

## THE LAST YEARS OF MEXICAN CONTROL: 1840-1848

A new Cahuilla political leader came to prominence in the early 1840s. This was Juan Antonio, a *Costakik* Cahuilla, a man probably in his early 40s.[110] He was a traditional Cahuilla leader, originally from the Santa Rosa Mountains area, of a Cahuilla group comprising a number of lineages. In 1844 he was engaged by Antonio María Lugo, father of José del Carmen Lugo, in fighting Native Americans who had come across the San Bernardino Mountains from the Mohave Desert to raid the rich cattle ranches in the San Bernardino Valley. Shortly thereafter Juan Antonio and his followers were invited by the Lugos to occupy a portion of the Lugo holdings near a small settlement of non-Christianized Native Americans (Beattie and Beattie 1951:60-62).

From this time on, Cahuilla leaders Juan Antonio and Cabezón, probably the same man who had organized the attack on the "Wild Cypress Indians" in the early 1830s, became well known as the political leaders of large segments of the Cahuilla population. Cabezón's sphere of influence included San Gorgonio Pass, Agua Caliente, and the Coachella Valley. He became political representative and military leader of what had formerly been several independent corporate clans. This political structure—Juan Antonio's leadership of a group of Cahuillas in the south and west of the desert and Cabezón's in the desert—persisted until 1863, when Juan Antonio died in a smallpox epidemic that severely decreased the Cahuilla population. He was succeeded by one of his captains, Manuel Largo. "Old man Cabezón" remained a powerful political leader of what was essentially a confederation until his death in 1883, after which he was succeeded by his son, Hervasio Cabezón. The Cabezóns' sphere of influence apparently included both the *Topomuna* or *Wanakik* people of the San Gorgonio Pass and the Cahuillas of the Coachella Valley, including those in the Palm Springs area. There may have been an overlap of jurisdiction between the two leaders over the Potrero area of San Gorgonio Pass.

In the early 1840s an American, Daniel Sexton, became a man of influence among the Cahuilla. He married the daughter of Chief Solano of *Guachama*, said to have been Cahuilla, and settled in Edgar Canyon to make a living logging the nearby forests. Sexton wrote that there were then 1,500 Cahuilla living in San Gorgonio Pass (Hughes 1938:4; Quimby 1975:5) This is consistent with the fact that about 12 lineages in the Pass were remembered by Victoria Wierick and others in 1959 (Bean field notes).

---

[109] Any techniques used before the arrival of the Spanish, however, left no trace, in the parts of Tahquitz Canyon examined in this study, that could be archaeologically identified (Schaefer, Chapter XX, this report).

[110] He is listed as 65 in the 1860 census of San Bernardino.

ACC0006740

Before 1845 another American, Powell Weaver, whose first name was to be corrupted to "Pauline" by the Americans, and to "Paulino" by his Mexican and Native American neighbors, and Isaac Williams, son-in-law of Antonio Maria Lugo, bought the old San Gorgonio ranch of Mission San Gabriel. Weaver lived in the ranch's adobe headquarters about two miles north of the present-day town of Beaumont (Weaver 1965:1, 3), the home area of the *Ackit Wanakik* Cahuilla (Bean 1960), or *Acatabianga*.

In the early 1840s, the Cahuilla still retained most of their land base and their political autonomy. Portions of the area they lost included much of Hemet and San Jacinto valleys. There were still several thousand of them, and they greatly outnumbered the Mexicans. There were many among them who had been trained at the missions and at the ranches in various skills and crafts, and they were rich in traditional knowledge and power, which maintained the stability of the cultural system even in the face of changes over a quarter century of Hispanic impact. Thousands of cattle, horses, deer, antelopes, mountain sheep, and other game animals grazed on the hills and valleys within hunting distance of most communities, such as Agua Caliente.

In effect, the Cahuilla now had an economic and political system that integrated their traditional system with the opportunities that the European culture provided. They had developed appropriate military and political strategies for maintaining their political autonomy, as well as social, economic and political reciprocal relationships with Europeans. It was a well balanced system without significant problems in the desert area, despite the losses from occasional epidemic diseases. The fact that these lands were not especially useful for the agricultural and cattle raising industries of the Mexicans protected the Cahuilla for a brief time from major European exploitation and allowed time for them to adapt to Hispanic ways, language, economic and political techniques. This way of life continued into the 1850s and succeeded for decades.

Some of the *Kauisik* people may have worked in the warmer months as far away as Cucamonga. Indians carried out the pruning, picking and hoeing. They were used in spring, summer and fall, but went home in the winter, a pattern that continued another 50 years or so. It allowed the Cahuilla to collect the important acorns and other materials that had served as a primary subsistence for so many thousands of years. This would have allowed Indians to be at home during the period from November to January when collecting was important, and when the most important and economically significant rituals were held among most Cahuilla clans (Bean 1972).

By the 1840s many Cahuillas were still working, and had amicable relations with Mexicans. But Indians from the high deserts were disturbing the security of the Mexican ranches. Agustín Janssens provides accounts of these events, which only a few years later involved Cahuillas in a military defense system with the Mexicans—those who had acquired some of the very land that they had lost because of secularization. Janssens reports that at Rancho Jurupa:

> After concluding my work in San Juan Capistrano I went to San Gabriel, where Don Juan Bandini was administrator.
>
> Bandini was developing the Rancho Jurupa, between the Rancho Chino and San Bernardino, I went there with the family of the first wife of Don Juan and with Don José, who wanted to be with his young granddaughters: Josefa (later wife of Pedro C. Carrillo), Arcadia (later wife of Abel Stearns, and who later, in her widowhood, married Col. Baker), and Isidora (who later married Cave Couts).
>
> The ranch was level, valuable, and prosperous. The San Bernardino River flowed through it. There was a rancheria of Cahuillas, who worked on the ranch and who were always having dances. Once could see across the plain all the way to Cucamonga.
>
> Once while I was there we saw a great cloud of dust and soon learned that it was raised by people from New Mexico, accompanied by Indians, driving horses. As these people were strangers, Don José Bandini directed us to hide the things of value, and he and his family went down to the river bed and hid themselves in the brush, some distance from the house. Two of us remained at the house to watch the movements of the strangers. At sunset, dust could be seen on the plain as though they were coming from

ACC0006741

the Rancho de la Puente toward our ranch. They were driving many horses. We had driven our own horses down the river in the direction of Santa Ana del las Yorbas. As soon as it began to be dark, an order was given to find out what direction they were taking. At about ten, the vaqueros returned, saying that they had taken the canon, as though they were going to the valley. With this good news the family returned to the house, for at that season it was very cold in the brush. It was either December 1839 or the early part of the year 1840.[111]

Don Juan Bandini sent a servant to find out about his family. The New Mexicans took three droves of horses from the Rancho de la Puente, two from Chino, and whatever they found en route.

Residents of Los Angeles came out in pursuit but recovered only the stragglers along the road.

The following harvest season of 1840, I worked at the making of wine and brandy.

I knew that the Indians who were working for me were getting drunk, but I couldn't find out where they got the liquor. Finally I discovered that after I loaded the stills and finished stoking the fires, and had retired to my room (out of which ran the water coils of the brandy stills; at that time all coils were underneath), and as I lay down while the stills heated, they spied on me. When all was quiet, they lifted the cover of the still, took out wine, and quickly put the cover back. When I discovered the scheme, chains were put on the stills, and as soon as they were filled, they were padlocked. This gave me some respite for a few days. Later they devised a new strategy, by which neither Bandini nor I could see how they got wine to become drunk. The worst of it was not that they got drunk, but that they became bloated with the enormous amount of wine consumed while still in the fermentation stage. Bandini gave them wine in the morning, at eleven, and in the afternoon, so they wouldn't take it themselves, but it wasn't possible to stop them. At last the riddle was solved. It was noted that they drew the wine from the presses (large depositories of masonry in which the juice of the grapes fermented) in barrels open at the top, hanging from a pole, which the Indians carried, two to each barrel. The one behind walked with a stick as a support. On the return, the one who had before gone first came back in the rear. It was discovered that the stick was of hollow cane, and through it the one in the rear sucked wine until he was full, and then quickly passed the cane to the other on the return.

At the end of 1840 the vintaging was complete. It consisted of 400 barrels of wine and 135 of brandy (Janssens 1953:104-105).[112]

Two comments from Bancroft regarding Indians as laborers acquaint us with more details of Indian labor in this period:

The Amajaves, Cochanes, and Yumas used every year at certain times to bring to Angeles antelope-skins and tirutas—blankets[113] which they wove by hand with great perfection, and which were very durable, in color white and black—made with the wool of the wild sheep once tame (borregos cimarrones), which they chased in Sonora. These tirutas were much sought after by the rancheros, who used them as saddle-cloths. In exchange for them, the Indians took mares and horses. These Indians were led by their

---

[111]These raiders were the so-called *Chauagnosos* of New Mexico, accompanied by Utes.

[112]It is very likely that these are mountain Cahuilla and that the village is Spring *Ranchería*, excavated in 1992 and 1993.

[113]Probably made by pueblos, from whom the Mojaves acquired them.

ACC0006742

capitanes, who were presented by the authorities with horses and cast-off clothing (Bancroft 1883-1886:487).

Regarding salaries, Bancroft reported that salaries were:

> . . . to $10 a month, the mayordomo or overseer $16, a clerk $15; a neophyte carpenter at San Luis Rey was paid $8, who could have got $12 at Sutter's. Nevertheless, the native laborers could not move about from one place to another without a permit; they were paid whatever their masters chose, which were the chief conditions of slavery. Sutter says it was common for both Indians and Hispano-Californians to seize Indian women and children and sell them, and John Chamberlain asserts that while he was living at the Sacramento in 1844-6, it was the custom of Sutter himself to buy and sell Indian girls and boys.
>
> Here, as elsewhere, an Indian laborer in debt to his master could not leave his service until the debt was paid. On quitting service the laborer must get from his late employer a paper showing that he is properly discharged. For refusing to give such a paper, or receiving a servant without it, except in the case of day laborers, the penalty was five dollars. In 1840 Argüello, the prefect of Angeles, directed that owners of ranchos having gentile Indians in their service should send them to the mission to be baptized by the minister. Says Bandini: "The neglect of the supreme government, the indifference of local governors, and the contempt and sinister views of the padres have prevented the advance of the Indians, and reduced them to vice and servility." I find among the archives of San Diego, in 1836, F.M. Alvarado petitioning the authorities in reference to a fine of $75 for whipping an Indian servant, asserting that although forbidden by law it was the custom.
>
> Markoff, speaking of affairs in 1835, says that the Indian laborers were well satisfied with a fathom of black, red, and white glass beads for a season's work. Beads were in great demand among them, and commanded high prices. In addition to the payment of beads, the Indians must be furnished with parched corn unground; not because they would not eat anything else, but because the Spaniards would not allow them to get used to better food, saying that they do not even earn that. The Indians, however, were satisfied with this, and if they wanted a delicacy they caught a field-mouse and roasted it on a stick.
>
> There were, however, many among these Indians who had already become accustomed to living in houses, and acquired a considerable knowledge of domestic labor. To these the Californians either paid a salary, or clothed and fed them at their own table. Whenever an Indian became tired of this most primitive civilization, he was at liberty to return to his native hills (Bancroft 1883-1886:438-439).[114]

Cahuilla leaders Cabezón and Juan Antonio both had keen senses of the political realities—accommodating themselves to what would enable their people to survive. In the fall of 1845, the last Mexican governor sent B.D. Wilson to capture two renegade neophytes from Mission San Gabriel. Wilson, with 60 men, rode through San Gorgonio Pass to Agua Caliente. Here the party met Chief Cabezón, who tried to frighten them off by telling them how dangerous travel through the desert could be, at which point Wilson placed Cabezón under arrest. After considerable talking Cabezón agreed to send a party of his own men after the two neophytes and bring them back dead or alive. Two days later, the party returned and presented Wilson with the heads of the two runaways (Beattie and Beattie 1951:64-65).

---

[114]This is a somewhat exaggerated account.

ACC0006743

The Last Years of Mexican Control: 1840-1848

The San Gorgonio Pass and the Coachella Valley continued to be used as a route to the east during this period, as shown by the fact that the Mexican general Jose Maria Flores, having been defeated by the Americans, fled via this route to the Colorado River and thence to Sonora (Johnston 1969).

## THE U.S.A. TAKES OVER: 1848-1859

In 1848 the Gold Rush was the stimulus for processes that rapidly affected the Indians of southern California. American intruders were soon known to be a threat by many southern California Native Americans, who still far outnumbered them. In 1851, Antonio Garra, *net* of the Cupeño or *Cupakiktum*, a Cahuilla clan at Warner's Ranch, met with other Cahuillas, Kumeyaays, Luiseños, and Quechans and planned to organize Native Americans in the Colorado Desert for a military revolt that would drive the Americans out of California. This was stimulated by a number of changes in American policies that were offensive to them, including a proposal that Native Americans pay taxes (Beattie and Beattie 1951:184-187; Phillips 1975).

Implications of Mexican involvement were suggested. Juan Antonio ended his alliance with the Mexicans at this time and joined the Americans. He also moved from the place near the old mission *Asistencia* to San Gorgonio Pass, near Pauline Weaver's ranch in San Timoteo Canyon. Garra's revolt was put down with the help of Juan Antonio, who was Garra's political rival (Caughey 1952:9; Phillips 1975). Shortly after the revolt, the federal government arranged to have treaties negotiated with the California Native Americans. One such treaty was negotiated at Temecula in 1852, and signed by a number of Cahuillas, including Juan Palsewish, from Agua Caliente (probably Juan, father of Francisco Patencio, a *Kauisik*). In it, there was a provision for a tract 30 miles wide by 40 miles long between San Gorgonio Pass and Warner's Ranch to be set aside for Native Americans, and a promise for various pieces of farming equipment, educational opportunities, and other items. Certain food and other supplies were given to the participants, and possibly two oxen and plows were given to the various settlements (Bean field notes, 1959), but otherwise, nothing came of this treaty. It was never ratified. The promises for a stable land base, education, farming equipment, and the like were never kept, a fact recalled in Cahuilla oral history with considerable bitterness.

As the Americans settled in to occupy, develop, and manage southern California, the Cahuillas became significant, as perhaps never before, to Europeans. They were a formidable presence for the Americans because of their numbers, and their well-organized political systems, with federations led by "great" leaders—Juan Antonio and Cabezón—men already experienced in military and political affairs, especially European. These skills, and the fact that the desert and mountain areas were especially foreign to non-Indians, gave them special advantages—an independent food system, knowledge of the formidable terrain, and acclimatization to the climate.

Difficulties between Native Americans and Euro-Americans in southern California were exacerbated as conflicts over land use became acute. In 1852, B.D. Wilson, the same man who had forced Cabezón to go after the renegades whom Wilson was pursuing into the Colorado Desert, and himself not particularly a strong advocate for Native Americans retaining their traditional possessions, was named by the government as Indian agent. He wrote a report on "The Indians of Southern California in 1852" (Caughey 1952), in effect, the first ethnography of the area. His description of socio-economic conditions is an historic masterpiece.

Wilson estimated that there were 3,000 Cahuillas, the majority of whom were not Christians. Since there were nearly that number in the 1860 census for San Bernardino County alone, and there were others in San Diego County,[115] some living with Mexican and American ranchers, and numerous others in isolated areas not visited by the census takers, the estimate was conservative to an extreme. It is not clear whom he means when he says Cahuilla, but he may have referred mainly to the desert Cahuillas.

---

[115]Riverside County was not formed until 1893. It was given areas from both San Diego and San Bernardino counties.

ACC0006744

The Tahquitz Report: Ethnography and Ethnohistory

He wrote,

> The Cahuillas have not had a head chief, I believe, since the death of one they called "Razon" (White). He died within two or three years past, at an advanced age. They gave him his name, as they told me, from his always acting so much like a white man, in staying at home and tending his fields and flocks [sheep], for he had both. When a young man [1800], he went off to Sonora (under what circumstances, is not known), and returned a farmer—which is all the early history we have of him.[116] He was always a quiet, good, industrious man, and rendered material service to the authorities, in arresting the half-civilized Indian outlaws who have sometimes fled with stolen horses to the mesquit wilds of his settlement. Cabezon, too, is a good old Indian chief, as also another named Juan Bautista (Caughey 1952:10).

The Wilson report confirmed the existence of "head chiefs" (political confederacies) by the 1840s, but it is puzzling that he did not acknowledge Cabezón as such. His report provides useful information about the place that Native Americans were seen to fill in southern California at mid-century. Although the Cahuillas at Palm Springs were not as visible as participants in the system as some, they were, nonetheless, a part of the system he describes. He went on to present a classic description of ethnic discrimination, stereotype, and explanation:

> The Indian laborers and servants are "domesticated"; mix with us daily and hourly; and, with all their faults, appear to be a necessary part of the domestic economy. They are almost the only house or farm servants we have. The San Luiseño is the most sprightly, skillful, and handy; the Cahuilla plodding, but strong, and very useful with instruction and watching.
> . . . custom at best never allows them more than half the wages of [the non-Indian], and, generally, much less than half. The common pay of Indian farm hands is from eight to ten dollars per month; and one dollar per day the highest in the towns—but few pay so much. No white man here, whether American, Sonoranian, or Californian, will work for such wages, nor anything like it [Gold rush inflation].
> . . . . these same Indians built all the houses in the country, and planted all the fields and vineyards. There is hardly any sort of work for which they do not show a good-will.
> Under the Missions, they were masons, carpenters, plasterers, soap-makers, tanners, shoemakers, blacksmiths, millers, bakers, cooks, brick-makers, carters and cart-makers, weavers and spinners, saddlers, shepherds, agriculturalists, horticulturalists, vineros, vaqueros—in a word, filled all the laborious occupations known to civilized society. Their work must have been rudely executed sometimes, it may well be supposed; and they have forgotten much they once knew. But they acquired the rudiments of a practical knowledge which has outlived their good teachers, and contributed much to the little improvement this section of the country has reached in eighteen years.
> . . . . they teach the American, even, how to make an adobe (sun-dried brick), mix the *lodo* (mud mortar), put on the *brea* (pitch) for roof—all these, recondite arts to the new beginner, yet very important to be known, when there are no other building materials. They understand the mysteries of irrigation, the planting season, and the

---

[116]Razón, if born circa 1780, could have gone to Sonora circa 1800-1810, returned circa 1815-1825, married and raised a family in the late 1830s. Juan Razón (Fig Tree John), born circa 1839, could have married in the 1860s (age 20-?), and had three children in the 1870s. We don't know what relationship there was between Razón and Cabezón. If Razón was a man of 80 years, born about 1770, and in Mexico as a young man, he could have brought Mexican farming techniques back with him well before Romero visited the Cahuillas in 1824 (Mason, personal communication 1994).

ACC0006745

harvest. Poor unfortunates! They seldom have farms of their own to till, or a dwelling to shelter them from the rain! (Caughey 1952:20-23).

Wilson, despite his occasionally negative characterizations, was more knowledgeable and enlightened than most. He proposed that a vast territory, including the San Gorgonio Pass and apparently the Coachella Valley, be set aside as an Indian Territory, in order to remove all southern California Indians from the area coveted for American settlement, one of the first proposals to set aside land for Native Americans (1952:32-33).

Once California became a state, agitation for the construction of a railroad that would connect it with the eastern states began, and several expeditions were dispatched to survey possible routes. The survey of a southern route through San Gorgonio Pass to Yuma was undertaken in November, 1853, under the leadership of Lt. R.S. Williamson of the U.S. Army Topographical Engineers. Americans may not have come this route before, but it was a route well known to Indians and Mexican Californians (Johnston 1969). Cahuilla peoples would soon be irreparably linked to a larger world, continually impacted and changed by its voracious expansion into their territory and its missionary zeal to change the peoples within its reach.

Geologist W.P. Blake of the Smithsonian Institution accompanied the Williamson Expedition, and wrote as follows of the springs and the *Kauisiktum*:

After traveling about seven and a half miles over these long and barren slopes, we saw a green spot in the distance, and soon came to two large springs of water rising in the bare plain, not far from the foot of a mountain. One of these springs is warm and forms a pool nearly 30 feet in diameter, and three to four feet deep. The cold spring is not quite so large, and is only 10 feet distance in the other . . . .

This place was evidently a favorite camping ground for Indians. When we arrived, many Indian boys and girls were bathing in the warm spring, and a group of squaws were engaged in cooking a meal for a party returning from a great feast held near Weaver's Ranch [this being November, these people were probably returning from a funeral (*nukil*) ceremony at Juan Antonio's].

A growth of rushes forms a narrow margin of green vegetation around the spring and its outlet. Willows and mesquite bushes grow there also; and I found a young *palm tree* spreading its broad, fanlike leaves among them. The surrounding desert, and this palm tree, gave this scene an oriental aspect . . . (Blake 1856).

The members of this expedition then moved on to Deep Wells (*Kavinish*, a couple of miles away), bypassing Palm Canyon and Andreas Canyon. As the expedition continued eastward, it encountered a Native American who invited the expedition members to share a meal of ground mesquite meal. Cahuilla people in the area were interested in trading melons, squash, corn, and barley for pork, bacon, and various articles that expedition members might have (Blake 1856).

In that same year, 1853, Dr. I. W. Smith bought a third of what had been Mission San Gabriel's San Gorgonio ranch from Powell (Pauline) Weaver, who had fallen out with Juan Antonio after a dispute over water rights. Smith settled down to raise his large family at a place in the hills north of Beaumont he called "The Highlands," near the old Cahuilla village of *Peatopa*. Before the decade was over several other settlers came to the pass area.

Smith planted trees and vines, and raised horses and cattle. At this time the native bunch grass stood thick and high, and bear and antelope were numerous. Smith family records indicate that by then Cabezón "ruled the desert tribes" from Agua Caliente eastward, and Juan Antonio ruled from the "Potrero" (now Morongo) westward. "Cabezón is always for peace and was a check on the warlike Juan Antonio,"

ACC0006746

suggesting that all of the desert groups of Cahuilla were now, since the death of Razón, united under one leader.[117]

Dr. Smith and his son assisted the Blake survey party from the pass to the Colorado River (Smith-Gilman Family n.d.). American institutions and economy were rapidly encroaching upon the Agua Caliente area.

The Americans were anxious not only to build railroads to unite the entire country, but also to know more about the new far western state. The Corps of Topographical Engineers, under the direction of the Secretary of War, undertook to survey and lay it out in townships.

Some time between August 20 and December 21, 1855, I. G. McDonald made the first official survey of the Agua Caliente area, establishing a grid of townships divided into mile square sections. The hot spring, known as *Sec he* by the Cahuilla, was situated within the newly established Section 14, Township 4 South, Range 4 East, San Bernardino Meridian, SBM (henceforth in this report, "Section 14").

Besides the settlement around the hot springs in Section 14, McDonald mapped Indian houses in Section 23, Indian fields between Section 22 and 23—all in Township 4 South and Range 4 East, SBM Township 5 South, Range 4 East, SBM[118] was not surveyed, but McDonald noted crossing over a "springbranch" close to the southwest corner of Section 35 (4 S, R 4 E, SBM). He wrote, "The corner is about 250 links [about 167 feet] northeast of an Indian house. There are several other Indian houses further south." On the map these notes accompany three structures labeled "Indian Houses" (McDonald 1856).

McDonald, in his notes, said there were some eight to ten dwellings, and about 30 old men, women, and children. He surmised that the young men were gathering food, but that they might have been employed at ranches some distance away. The "Palm Canyon" settlement apparently included all dwellings in what would become Section 2 of T 5 S, R 4 E, SBM—both the "Rincon" settlement and the older settlement at the mouth of Andreas Canyon where Captain Andreas lived (McDonald 1856; A. Andreas, personal communication 1983).

McDonald said that there were about 200 inhabitants in the settlement at Agua Caliente. Whether he included Rincon and "Palm Canyon" inhabitants in this estimate is not known, nor do we know if he knew how many people lived on the alluvial fan at Tahquitz Canyon. Other large communities were Cabezón's and those at Malki, Indian Wells, and Agua Dulce. Twenty-two in all were listed. According to McDonald, the estimated Cahuilla population was between 2500 and 3000 in the mid 1850s (1856). It far exceeded the non-Indian population of the area, but it was still probably a low estimate. McDonald mapped several Indian trails in the Agua Caliente area, as well as wagon roads that by the 1850s were replacing foot trails for a considerable portion of Native American travel (1856; Harvey 1962).

Later in that century when reservations were set aside, it was to cause confusion that a number of townships, especially those in the mountains, were left unsurveyed at this time. People could not always be certain of the legal description of the lands they settled on, a fact that settlers who settled on Native American lands used as an excuse for their pre-emption of these holdings.

## The Bradshaw Trail

Plans were going forward to find a route for a railroad to connect California to the rest of the country, but the railroad would take time to build. In the meantime, there was a need for another means of keeping contact, and particularly for carrying the mail. After the railroad survey the San Gorgonio Pass was, so to speak, "discovered," and acknowledged as a major pathway to the Southwest. It would provide a route for stage coaches and wagons to bring people and goods to the Arizona gold mines, and finally railroads and highways. In 1857, a contract was let to carry the mail from Yuma, Arizona to Los Angeles; but the route the mail should take was still to be decided.

---

[117]In one old account Chief Cabezón was called "Jarbassio" (Hervasio/Gervasio) (Hughes 1938:8-10, 107).

[118]Township and Range designations will henceforth be shortened as follows: T 4 S, R 4 E, SBM.

ACC0006747

The U.S.A. Takes Over: 1848-1859

In response to a petition, the County Board of Supervisors appointed a committee under Dr. Isaac Smith to survey a road for a mail stage from San Bernardino through the pass and on to Yuma, a route later used by the Pony Express, the Banning Stage Company and others, but not by the Butterfield Overland Mail, which, apparently deterred by the lack of water sources in the Colorado Desert,[119] chose a route somewhat to the south passing through Warner's Ranch and on through Temecula. Stage stations were the important component of any road—places where both people and horses could get food, water, and rest. On the Smith route through the Coachella Valley, stations were established at the Smith Ranch, at Whitewater, and at Palm Springs. A station master named Carpenter was placed at Whitewater, and William McCoy at Palm Springs. The latter constructed a building of sticks and mostly adobe near the corners of present-day Tahquitz Way, Indian Canyon Drive and Palm Canyon Drive where he had convenient access to the water source represented by the hot springs. He remained there for three years, apparently the first non-Indian resident of Palm Springs (Johnston 1969:105-109).

**Ethnography**

In 1854, Captain Christopher S. Lovell, commander of the U.S. Army Post at Rancho de Jurupa, reported, in accordance with army regulations, on the Indians in his area—in this case, the Cahuilla. He wrote that they numbered 1000 to 1500 men (2/3 of them "warriors fit for field service," 2000 women, and 2000 children (Lovell 1976). Lovell's fairly detailed ethnographic report was perhaps possible because Rancho de Jurupa was owned by Benjamin David (B.D.) Wilson, a man with many years of experience with the Cahuillas and other Indians of the area, and author of "The Indians of Southern California in 1852" (Caughey 1952), from which we have quoted above (see page V-168-169).

> Patencio recalls that:
> When the United States surveyors came to this country, the Indians knew all the survey lines. Some of the Indians went with the surveyors. Mules packed the stakes and grub outfits. The stakes were made of Desert Willow, with figures on them (1943:67).

## DEPOPULATION AND DISPLACEMENT: 1860-1869

As the 1860s commenced, the pressure on Native American land holdings in southern California was still relatively minimal. Except for William McCoy, the stage station keeper, the settlers in the San Gorgonio Pass were the closest to the Agua Caliente area. The Agua Caliente people continued to enjoy earning money by wage labor in various adjoining areas, but could still come home to their own territory, and live their traditional life as they themselves decided. Already a generation or more had become accustomed to seasonal "migrant" labor, and getting income from wage labor to spend at stores such as Gilman's store in Banning.

In the early years of the decade, national attention was focused on the Civil War in the eastern United States. In southern California enough of the settler elite sympathized with the Secessionist cause that military units stationed there paid more attention to the activities of southern sympathizers than to those of Native Americans.

The discovery of gold in the La Paz area by Powell (Pauline) Weaver, just across the Colorado River, also attracted attention. As a result of the war and the gold discovery, there were a great many people who wished to travel between Los Angeles and the Colorado River, and the Smith route through San Gorgonio Pass and the Coachella Valley to Dos Palmas oasis attracted a great deal of attention as a possible route for a wagon road. This was especially true after William D. Bradshaw, having been told by Cabezón where the water holes were, laid out a route from about a mile east of Dos Palmas to La Paz on the Colorado River—the dangerous part of a trip because water sources were so rare. The entire route

---

[119]There was a severe drought in southern California in the late 1850s.

ACC0006748

came to be known as the Bradshaw Trail. After Bradshaw laid out this part of the route, James Grant, later the most important stage line operator over the route, travelled the entire route and placed signs to mark the trail and indicate where water was to be found (Hoyt 1956:5; Johnston 1969). Johnston points out that it is impossible to show in detail exactly where the resulting "road" went: "the route from San Bernardino to La Paz was not one road, but many. Travelers must have picked pretty much their own way and stage lines must often have laid out entirely new roads" (1969:116). Mrs. Crafts in her memoirs said that an actual road was built in 1864, but this may have been only in the vicinity of Colton, which was being settled in the early 1860s (1906).

In about 1863 Jack Summers, a stagecoach driver, arrived at Agua Caliente, replacing William McCoy as station keeper. Summers lived there until 1876, the year the railroads were being built through the desert. In 1869, having declared his intention of becoming a U.S. citizen, he applied for a homestead of 160 acres in what is now downtown Palm Springs. Despite this attempt to lay claim to Indian land, Summers lived for several years in Palm Springs with his wife, working amicably with the Agua Caliente Indians. Patencio described their home:

> Summers and his wife lived in an Adobe Station. It was made of sticks and brush plastered with adobe mud. This adobe was bought from the Indians. It came from the Spring. The last has been taken. There is no more. There was no lumber in those days. The stables for the horses were made like a ramada (upright poles holding a roof of palm leaves or brush). Sticks stuck in the ground close together made the mangers. The corrals were made of different native wood, but generally mesquite trees.
> This station was where the Post Office now stands (1943:60-61).

From this time on there was a steady stream of people coming through the valley—gold seekers and others—and the Agua Caliente were drawn more directly into the social structure and economy of the United States. Juan Antonio and Cabezón were keeping the peace in the area so that travelers were relatively safe, even though Native Americans still far outnumbered non-Indians (Patencio 1971:20-22; Johnston 1977:129-136).

A report by Captain William A. McCleave on his trip with 30 cavalrymen from Company A, First California Volunteers through the Coachella Valley provides us with a description of what it was like to ride through the area early in 1862:[120]

> COLONEL: In compliance with orders dated Camp Carleton, near San Bernardino, Cal., February 10, 1862, I have the honor to submit the following report of the route traveled over by the detachment under my command from Camp Carleton to Fort Yuma, Cal.: . . . . We arrived at Cheatin's [Chapins] ranch, San Gorgonio,[121] at 5:30 pm. Distance marched, thirty miles. From Mr. Cheatin I purchased 1,640 pounds of barley at 1 cent per pound . . . . There is no more barley here for sale. There is little or no grass near this ranch. I was told that there is good grass and water seven miles below in the valley at the foot of the mountains on the right. Wednesday, 12th, at midnight the horses were brought in and fed from the quarts . . . . We started at 1:45 am, keeping down a valley for about eighteen miles, and crossing White [Whitewater] River, turned to the right in

---

[120]The Volunteers apparently travelled over the old Smith survey route (Johnston 1969:130).

[121]"Chapin's Sheep Ranch," just north of present-day Banning, was a station on the Bradshaw Trail that was later known as "Noble's Station," and then "Gilman's Station." It had been part of the San Gorgonio Rancho. It is now the site of a county historical park (Gunther 1984:199-200).

ACC0006749

a southerly direction east of San Gorgonio Mountain,[122] having White River on the left (this is a river without water). After leaving Cheatin's crossed a fine stream (in about five miles) [San Gorgonio River] running from the mountains on the left; it is said to be snow water. We continued on nine miles to Agua Caliente, arriving at 9:45 am. Here we found an Indian settlement with grain growing in the fields. We halted on a stream of good water half a mile below (but very little grass and that salt) until 2 pm, then proceeded to Toro's (an Indian rancheria, Toro being the name of the chief). We reached this camp at 11 pm. Ten miles back passed Point of Rocks (this is a point which extends farther into the bottom than the others). One mile before coming to Point of Rocks found water (brackish) in a large well in the bed of White River. As the horses could not reach it, the men dipped it up in their nose-bags and gave them sufficient. At Toro's found plenty of salt grass and water. Total distance marched today about 55 miles, it being 28 miles from Agua Caliente to Toro's (McCleave 1862).

A subsidiary of the Pony Express had begun carrying mail on a weekly basis over the route through the valley in 1862. The Army provided riders who carried the mail. The riders stopped at various stations, of which Agua Caliente was one, for food and rest. Francisco Patencio recorded the story of the last Pony Express rider, who was killed in late May by an Indian named Andreas from Seven Palms, which, perhaps with Stubbe Canyon, was still occupied by Cahuillas.

> The last Pony Express rider who came through this country was killed by renegade Indians[123]—by two very bad men—Andreas of Seven Palms, and Venturo of Stubby Creek. These two attacked the rider as he was passing Hawk Canyon, now the Araby Tract. This canyon had always been called Hawk Canyon, even since *Evon-ga-net* came through and named every place. But after the murder it was sometimes called Robber Canyon.
> These two men killed the Pony Express rider and took his money, saddle and bridle, and all that he had. His body they left half buried in Hawk Canyon.
> The two men then split up. Andreas went to Gilman's Station . . . . Later they proved that he was the murderer and they hanged him.
> Venturo, the other renegade, went to the Agua Caliente band of Cahuilla Indians, who were living in the mouth of Tahquitz Canyon, among the cliffs.[124] He told them what he had done and they were very angry with him. They were afraid that they would be blamed, if he stayed with them. So, they started to tie him up, but he struggled so much that Saturnino Elario[125] struck him in the head with an axe. Then they went and told the white people that they had a robber.
> The White Men came and shot him full of holes, but that bad man did not die until the next morning.
> Then they went to Hawk Canyon and found the body of the Pony Express rider half buried. They took him away and buried him at Gilman's Station.

---

[122]In the 1857 survey, the engineers mistakenly called San Jacinto Mountain San Gorgonio, and it appears this officer may have done the same.

[123]The man killed was Ross Dickey. The event was covered in the newspapers of the day. Juan Antonio, still living at San Timoteo, assisted the deputy sheriff in capturing Andreas. Cabezon took steps at once to assure the safety of the gold seekers (Johnston 1969:130-131; Los Angeles Star 5/24/1862, 6/7/1862; Semi-Weekly Southern News 6/13/1862, 6/28/1862, 8/15/1862).

[124]This suggests that the *Kauisik* were still living on the debris cone in the early 1860s.

[125]Possibly related to Miguel Saturnino, a well known member of the *Kauisik* band.

ACC0006750

> After this nobody wanted the job of Pony Express Rider. That was the last mail
> carried by a rider through this valley (1971:21-22).

Henry deGroot came through the valley on the way to La Paz a little later in the spring of 1862.
He wrote that they had "some slight troubles" with Indian rancherias that lay along the first hundred miles
from San Bernardino, the party ahead of them having

> . . . managed to get into a scrimmage with these harmless people, who, when we
> came along, were therefore in a very bad humor, little disposed to extend to us the
> hospitality which it had ever before been their wont to extend to strangers.[126]  As for
> my own company, we treated these rancherias not only fairly but liberally, being willing
> to make some amends for the misconduct of our countrymen.
>
> These little settlements known as Cabazon, Agua Caliente, Indian Wells, and Los
> Torros, are stretched along over a space of twenty miles or more. At each there is a
> spring or a small stream of water, which alone makes the spot habitable. At each of these
> places the Indians cultivate a few acres of land, which they plant mostly to wheat, corn,
> squashes, and melons, good crops being raised through recourse to irrigation. They live
> in huts constructed from willow poles filled in with mud; these dwellings are without
> windows or doors, large spaces being left open for exit and entrance.[127]  Fire, except
> a little for cooking, is never required here, this being a land of almost perpetual sunshine,
> in which neither frost nor snow is ever known (DeGroot 1886).

On June 19, 1860, Congress had abolished the Indian Superintendency of California, under which
the state's Indian affairs had been managed by one superintendent. It established instead the Northern and
Southern District agencies (Prucha 1988:49).

As the pressure on Indian lands increased, there was more and more concern that the government
do something, although there was as yet no consensus on what that something should be. The general
conditions of the Cahuillas and their neighbors in 1862 is also described by an Indian agent, who favored
setting aside a reservation on which all California Indians might live, not believing that Indians and
"whites" could live "harmoniously together." He wrote of the Cahuilla and their neighbors:

> I continued my tour of inspection from the Tejon to what is known as the
> Colorado district. This district extends east and west from the Mohave to the Colorado
> river and to the Pacific coast, and southward to the boundary line between California and
> Mexico. Within this extent of country there are at least ten thousand of the most warlike
> and intelligent Indians within the boundaries of this State. They comprise the Santa Inez
> tribe, Venturaneans, San Luisaneans, Cabezons, Coahuilas, Seranos, Coyotes, Chumas,
> Chimehuehuas, Yumas, Mojaves (divided into different small tribes), Kanawamahs, and
> Wallupis. Nearly all of these Indians are by nature agriculturists, and it would require but
> little aid and instruction from the government to render them contented and peaceful
> tillers of the soil, and I desire to call your special attention to the paramount necessity of
> providing some isolated and advantageously situated locality as an Indian reservation for
> this beneficial object. The two races, whites and Indians, cannot live harmoniously
> together, and the only salvation for the latter is complete separation from the former.
>
> My first official visit was made to the Indians living in the vicinity of San
> Bernardino. I found these peaceful and industrious people nearly in a destitute condition.

---

[126]De Groot's comment suggests that public sympathy lay with the Agua Caliente with respect to the killing of Ross Dickey.

[127]De Groot failed to realize that flexible hangings of hide could serve as doors and that winters could be very cold.

ACC0006751

They are, however, quiet and inoffensive, although robbed of the larger portion of the
territory from which they derived their subsistence by the encroachments of the white
race.  In order to relieve their immediate wants, I have made arrangements to take to them
some beans and rice, and it will be also absolutely necessary to give them this fall some
agricultural implements.  The constant development of new mineral regions in that portion
of my department, and the constant influx of white population, renders it imperative that
something should be done for the relief of these tribes.  By making a judicious use of the
government funds placed at my disposal, I shall encourage them to practice and seek in
agriculture the means of subsistence of a more permanent character than those upon which
they have been accustomed to rely.  Some of the Indians of this neighborhood are digging
for gold near San Gorgonia; others of the tribe of José Antonio are engaged in their
annual search for food in the mountains, while the Cabezons and other tribes resident in
the Coahuila valley are engaged in agricultural pursuits at their rancherias.[128]

These rancherias or Indian settlements in the Coahuila valley are called Agua
Caliente, Toros, Cabezon and Martinez.  Agua Caliente, fifty-four miles from San
Bernardino, is so named from the hot sulphur springs found there.  The rancheria
comprises a number of huts occupied by a small tribe of Serranas,[129] about two hundred
souls in all, who cultivate this fertile spot (an *oasis* in the midst of a desert) and raise, by
irrigation, corn, wheat, barley, melons, &c., in abundance.  This is the place where Mr.
Rush Dickey, a resident of San Bernardino, was murdered last May, and also where the
fight occurred between the party of whites who went out there to recover his body and
arrest the murderers, in which skirmish two of the Indians were killed and several others
wounded.  This affair threatened for a while to grow into a serious war, but by the
intervention of Cabezon, the head chief of all the tribes in the valley, and the execution
some time after of one of the murderers in San Bernardino by the whites, and the speedy
arrest and killing of the other (the principal) by his own tribe, the whole matter was
considered settled satisfactorily to all.

The Rancheria de los Toros is thirty-five miles from Agua Caliente.  The Indians
(Coahuilas) at this place are about two hundred and fifty in number.  They cultivate some
one hundred acres of land, growing thereon wheat, barley, corn, melons, and the mezquit.
They are under the direction of the capitan, or chief, José Ignacio, who claims the land
by purchase from the former original proprietor.  The rancheria of Cabezon, the head
chief of all the Indians of the Coahuila valley, is about midway between Toros and
Martinez, being about three miles from either.  The land about his rancheria, or village,
is well cultivated by the families who reside there.

The Rancheria de Martinez, under the control of the chief Martinez, is the largest
of these settlements in point of population and in the number of acres of land under
cultivation.  The productions are similar to those grown at the other settlements in the
valley.  Most of these Indians possess horses, which they use as riding and pack animals.

I should estimate the total population of the Cabezon, or Coahuila valley, at from
eight hundred to one thousand Indians.[130]  They are generally peaceable and industrious;
many of them, when not at work in their own fields, seek employment at San Bernardino,
or at the farms, orchards, and vineyards in the vicinity of that town.  During the "rush"
of miners to the Colorado river, which took place within the month of June, numbers of

---

[128]Cahuillas were occasionally involved in gold mining.  Some, it is recalled, went to La Paz at this time.

[129]He was mistaken; they were Cahuillas.

[130]This was on the eve of the smallpox epidemic that was to reduce their numbers dramatically.

ACC0006752

them travelled thither by the route leading through the Cabezon settlements, and they all speak favorably of the friendly disposition manifested towards them by these Indians. I must also state, from all that I have seen and heard, the whites have conducted themselves extremely well, paying the Indians liberally for all they have had and respecting their rights and property as far as possible (Agency for the Southern District of California 8/30/1862:325-327).

In addition to goldseekers, freighters on their way to La Paz went through the area in 1862. In that same year, David Alexander of Los Angeles formed a company called the Colorado Stage and Express Line and sent coaches over the route. That stage line shut down after a hostler stole $1,200 in gold and stabbed the coachman and the guard to death at Smith's Station (Johnston 1969:134-135). There were still other attempts at establishing routes through these areas that were considered in the following year (See Johnston 1969:129-144).

While it was obvious now to the Cahuilla that their area would be traversed regularly by strangers, it was also clear that services could be sold to the travelers, leading to an industry, for the next 15 years or so, of caring for them, their horses and the like. Thus the Cahuilla became the first "hoteliers" of Palm Springs. Bancroft's 1863 *Guide to the Colorado Mines*, a volume written to attract people to the mines, described Agua Caliente as of 1862. He is cautious not to offend when he says:

Here the Indians, who are Christianized, under their principal chief, Juan Antonio, have a large settlement, and cultivate the land, raising corn, barley, vegetables, &c., all of which they readily sell to the whites, when they happen to have any on hand. They are friendly and well-behaved, as are all the Indians along this part of the route, and if justly dealt with, will not be likely to give any cause for trouble. The proper place to camp here is one mile east of the village, where animals will not disturb the Indians' patches of corn and grain, which are unfenced, and where there is fine water and grass a few hundred yards south of the road. Agua Caliente . . . a large spring of warm sulphur water three or four rods to the left, as we enter the village from the west . . . forms a large pool, of proper depth and temperature for bathing, for which it would be well adapted were the mud cleaned out (Bancroft 1933:8).

A catastrophic epidemic of smallpox struck the Indians of southern California in 1863. The epidemic began in Los Angeles and spread rapidly eastward. Thousands of Indians in southern California died from dread disease. The famous leader, Juan Antonio, was one of them. His populous Cahuilla community at San Timoteo Canyon disappeared as Cahuillas fled the area. It was such a devastating event, and so fearful, that Juan Antonio was not even given proper Cahuilla last rites, as must have been the case with many others at the time.

A man named L. S. Barnes was quoted by Colley as having told a friend, "Charley" Brown, about 1905, of a trip taken through the San Gorgonio Pass in 1863:

The wind always blows through San Gorgonio Pass, but this was the worst windstorm I was ever in. The lashing sand cut into us till it was almost impossible to travel. The mules balked till we tied wet rags over their faces and led them part of the way. Drifting sands covered most of the trail and we couldn't see ten feet ahead. We knew we could easily get lost, but you couldn't stand still, either.

We thought we could reach Agua Caliente by the fourth day. We were all looking forward to fresh drinking water, a bath in the warm springs, and thought perhaps we could buy feed for our mules from the Indians. We fought the wind and sand all day and were pretty well done in when we pulled into the Indian camp, only to find they were having a smallpox epidemic. Why, Charley, their children were dying like flies. They had one hogan where they kept a fire burning continuously and all the sick were crowded

ACC0006753

> into this hot, airtight room. I don't know how any of them came out alive. We didn't even dare to take water there and had to push six miles further on to the Indian Wells at Rancheria.
>
> We pitched our tents under the cottonwoods on a patch of green grass that has sprung up around the seepage from the spring. I tell you, Charley, it looked like a bit of heaven to us. We rested there the next day. Thank God the weather was good after we left Indian Wells, and we made Indio the next evening (Colley 1967:66).

Everywhere the epidemic decreased the Cahuillas' strength, and destroyed them as a well organized and populous society that could effectively threaten the Americans. While the impact of Euro-Americans was inevitable, the damage came faster than it would have otherwise, and, consequently, seriously challenged the remaining leaders—the *nets*, *puls*, and shamans who carried on the traditions—and the younger people who were left.

What this epidemic did to settlement patterns is difficult to reconstruct. W. D. Strong, who studied the Cahuilla in 1926-1927, in an attempt to find out where Cahuillas lived circa 1875, was probably correct in his account. Lineages, already seriously impacted by previous European diseases, apparently lost people not only to the disease, but also to the ensuing dislocation. After family structure was broken up by the death of adults critical to family survival, those who were left would in some instances move to other locations where they had relatives, and allied themselves with their relatives' groups. The pass and desert regions would never be the same again.

We have found no reports by Indian agents for 1864, perhaps because the War Department, under which the various special Indian agents of this period were sent out, was so deeply involved in the Civil War. From 1865 on there survive a number of accounts from Indian agents. The war was still raging when J. Q. A. Stanley made the trip on which he made the following report, which provides a valuable account of the Cahuilla peoples and their neighbors:

> I presume you are already aware that nearly all the Indians in the lower portion of the State (excepting those on the Colorado river) are partially civilized, and were at a time connected with or under the influence of the various missions in this part of the State, and by the breaking up of the missions they became scattered again throughout the mountains, and established their rancherias wherever they could find a small tract of land with sufficient water for irrigation; and as water is not abundant, they have been obliged to occupy many small places to obtain sufficient land for cultivation.
>
> The San Luis Indians are much further advanced in civilization than any other tribe. They have some horses and a few cattle, and they also cultivate more land than the other Indians, and many of them work on the ranches as servants, and also in the vineyards.
>
> The Cohuillas are not nearly as far advanced in civilization.[131] They live further in the mountains and are more scattered; nevertheless they also cultivate small patches of ground, but in a very rude manner, having very few tools to work with. There are several rancherias on and near the eastern slope of the mountains, which are known by the names of their chiefs, and there is quite a large rancheria at a place called Agua Caliente [probably the Agua Caliente on Warner's Ranch], and another at Toras, on the La Pagoras.
>
> I am not aware that the government has ever done anything for any of these Indians, and I do not think they require any assistance, except in farming tools and some seeds, till they can get a start; but they do require protection from a vagabond and desperate set of white men and Mexicans, who go among them to sell whiskey, and

---

[131]Perhaps they would have seemed more "advanced" had Stanley visited before the smallpox epidemic.

ACC0006754

induce them to steal and rob for their benefit; and it is very important that an agent down here should be empowered to call on the military for assistance (when necessary) in the removal or arrest of such parties, as they are generally very desperate characters.

As the planting season is now approaching, a little assistance in the shape of farming tools, and a few hundred pounds of corn, with pumpkin and melon seeds, will do a great amount of good, if judiciously distributed among the various rancherias.

The past season has been a very hard one for the Indians, on account of the drought; they have been obliged to consume even their seed-corn and grain, to keep them from starving, and many more than usual come into the settlements to beg. I am sure a small amount expended at this time would be worth to the Indians more than ten times the same amount after the planting time has passed.

P.S.—Should you conclude to do anything for the Indians down here, I will cheerfully undertake the distribution without remuneration, only asking an allowance for the necessary expenses incurred in doing the same.

Please let me know by return steamer (3/28/1865).

Thus, by 1865 the Cahuillas had been severely damaged not only by smallpox, but also by poverty caused by a combination of drought and the loss of much of their productive lands. In subsequent years, 1866 and 1867, other Indian agents reported on the nature of Cahuilla life. Agents J. Q. A. Stanley, Charles Maltby, W. E. Lovett, and J. B. McIntosh all provided a measure of information about the Cahuilla, important for understanding the Cahuillas at this crucial stage of their history.

Special Indian Agent W. E. Lovett, after a stay in Los Angeles, reported on the conditions of the southern California Indians in general:

The Cohuillas, of San Timoteo, during the existence of the small-pox two or three years ago, fled in dismay, leaving their lands, not with the intention of abandoning them, but from fear of the epidemic. The white settlers near the Indian lands immediately took forcible possession of them, and have positively refused to give them up. It is of the utmost importance that immediate steps be taken to examine fully into this matter, to the end that strict and impartial justice be done in the premises; and if it is found, upon investigation, that the possession of the lands of San Timoteo, in San Bernardino county, belongs to the Cohuilla Indians, it is to be hoped the department will, without delay, put the rightful owners again in the occupancy of their lands, though this should require the military arm of the government. The Cohuillas are only a partially civilized tribe, and they are now roaming through the San Jacinto mountains, without a home or resting-place. It is a matter of wonder they commit so few depredations. They number about nine hundred (1865).

He went on to urge action on the part of the government on several issues, a major problem being non-Indians who were causing problems for some Indians and their "new" rulers. Social and cultural disruption was beginning to be severe:

The white residents in those Indian districts have all, more or less, for the last two years, been in the habit of either selling or giving liquor to Indians, and the State has paid dearly for this, being compelled to spend two hundred thousand dollars per annum, to prosecute, punish, and maintain Indians for the commission of crimes, nearly the whole of which has its origin in the use of liquor. The better class of whites have, however, agreed with me that, in the future, they will not sell or give liquor to Indians. They say they are willing to co-operate with the department in doing away with this delusive element as far as possible. If the department will give this proper attention, very much of the trouble with the Indians can be avoided. It is not to be expected that drunkenness

ACC0006755

among the Indians will altogether cease, but, with the assistance of the well-disposed whites, it can be materially decreased.

In nearly all the rancherias of the Indians are found strolling vagabond whites, who, disloyal to their country, have been teaching the most pernicious doctrines to the mission Indians, cohabiting with their women, fond of intoxicating drinks, and rebels at heart. It is a matter of wonder that the Indians, under their instructions, have committed so few depredations. I issued written orders to the chiefs not to give asylum to or permit this class of whites to demoralize their people any longer by allowing them to remain on their rancherias. I informed them particularly that the government would be displeased with them if they afforded a refuge to secessionists fleeing from justice. The chiefs in every instance informed me that hereafter no white men should be allowed to utter disloyal sentiments in their presence, nor would it be permitted in any of the rancherias, and that henceforth no person disloyal to the government of the United States should have a resting-place with them; furthermore, that those now staying among them should be requested to leave and not return. This work had been commenced when I left, and has, I trust, been well prosecuted by the chiefs.

The wants of the Indians are not great, viewed as an immediate necessity. A proper distribution of some of the soldiers' condemned clothing late in the fall would, I think, be correct. What the Indians need most is proper encouragement, together with a strict supervisory care on the part of the government.

Under the old system of mission priests these Indians were not only self-protecting, but were also a source of revenue. These pious fathers, however, while they exhibited towards them a kindly care for their temporal, as well as spiritual welfare, were nevertheless strict in exacting obedience, and firm in exercising care and authority over them, their property, and their labor, the Indians simply furnishing the manual labor, while the priests furnished exclusively whatever brain-work was necessary. It must be admitted that under the mission system the Indians were far better cared for, and were much happier, more industrious, and less [las]civious[?] than at present. It is not to be expected that we can ever fully return to the old system; partially, however, we can.

I earnestly hope the department will lay before his excellency Governor F.F. Lowe a full statement of the condition and wants of the mission Indians of California, to the end that in the governor's next annual message to the legislature he can suggest such measures for their relief as he, in his judgment, may deem wise and proper.

In my opinion, and in justice to the people of Los Angeles, San Bernardino and San Diego counties, who are at times forced to support large numbers of indigent Indians, it is necessary that a small appropriation should be made by Congress for the exclusive care and protection of the mission Indians of the southern counties of California. Such an appropriation could be most judiciously applied in the purchase and proper distribution of seeds, agricultural implements, and clothing. A small portion of the amount appropriated could be very properly expended in preserving from ruin those first landmarks of Christianity and civilization on the Pacific coast, the mission churches. Nothing would tend more to subdue the evil passions of the Indians than a restoration of those magnificent edifices now crumbling to decay. Many may disagree with me, but I have no hesitation in saying, after observing for twenty-eight years the habits and character of the christianized mission Indians in California and New Mexico, that nothing contributes more to do away with crime among them than the influence of good and holy priests.[132]

---

[132]Lovett's 28 years of experience would place him in a unique situation for observing Indian-European interactions. His "romanticization" of the relationships between missions and Indians precedes by 20 years the romantic notions expressed in the 1880s by Helen Hunt Jackson.

ACC0006756

> The supervisory care of the Indians should be continuous, and sub-agents or special agents should be selected who will faithfully give their whole and undivided attention to supervising the Indians. It will not do simply to make periodical visits, full of promises which generally end in neglect, but promises and pledges should always be fulfilled in letter and spirit . . . (Lovett 1865).

In a related report Special Agent J.Q.A. Stanley described matters at Cupa and other Cahuilla communities:

> Having sent notice to all the Indians in the vicinity that a distribution of seeds, &c., would be made to them on the 4th day of May at Temecula, by request of Mr. Lovett, I proceeded with him to Warner's ranch, where his instructions required him to go. Leaving Mr. Lovett at Warner's ranch, I procured a horse and went over to the Indian village, or rancheria, called Agua Caliente, about four miles distant from the main road, and near the foot of the mountains I found the remains of quite an extensive village, containing several large adobe houses, mostly in ruins, a vineyard of perhaps a thousand grapevines, quite a number of pear and peach trees, and other evidences that a large number of Indians had formerly occupied the place . . . .
>
> On my return from Pala I accompanied Mr. Lovett to San Luis Rey, and returned the next day, (May 3d,) and found the Indians coming in for the distribution. Finding it necessary to supply them with food, I made arrangements with Mr. John Magee to furnish as many beef-cattle as would be necessary to feed them while making the distribution. On the morning of the 4th the Indians began to come in quite numerously, about one hundred of the Cohuillas, with the general, Manuel Largo, coming in a body, and from eight to ten captains of the San Luis Indians, with their delegation from their rancherias, also came in the same day. The general of the San Dieginos, Old Tomas, sent word that he could not be in till next day, at which time he arrived, with a delegation of more than one hundred from that tribe . . . (1865).

The report went on to describe the economic conditions of many of the southern California Indian communities, and to indicate the nature of their mixed economy, since in addition to the agricultural and stock assets listed below each group still maintained considerable traditional economic ways. The data tells us that in this year 1571 Cahuillas were counted, a significantly lower number of people than in 1860, before the smallpox epidemic. If one adds the 800-1000 Cahuilla counted earlier in the desert it brings the total to 2300-2500 Cahuillas counted. Considering that there were some Cahuillas remaining uncounted, and others were working off the reservation, there were still a considerable number, but probably less than half, perhaps less than a third, of the pre-contact population. The report included the following:

### Rancherias present at the Temecula meeting

*Protrero.*——Contains 80 men, 97 women and children, 143 beeves, 145 horses and mares, 16 jacks, 200 sheep, 200 fruit-trees, 1,907 grapevines of many years' growth.

*San Ygnacio.*——15 men, 9 women [24], 6 cows and horses, 50 fruit-trees . . .

*Cohuillas.*——703 men, women, and children, 60 horses, mares, and cows, 200 sheep. Manuel Lurgo [Largo] is the chief of this tribe. They are the Indians spoken of in my report as having been driven off their lands in San Timoteo, San Bernardino county. They are much scattered at present.

*Coyotes.*——80 men, 60 women and children [140], no horses or cattle . . . .

*Laboba.* [Saboba]——These Indians have a complaint against one Ramon Rivas, who has squatted on their lands. They number about 60 men and 70 women [130]. This needs very much a full investigation . . . .

ACC0006757

Depopulation and Displacement: 1860-1869

*San Ysidro.*——62 men, 97 women and children [159], no animals or other property.

*Agua Caliente.* [Warner's Ranch]——73 men, 75 women and children [148], 70 peach trees, 2,240 grapevines, 25 horses, 42 head of cattle.

*San Ysidro.*——40 men, 50 women and children [90], 9 horses, 2 oxen, 15 sheep . . . (1865).

On September 15, 1866, Charles Maltby, reporting on the conditions of Indians for the state, evinced a more pronouncedly unsympathetic attitude than his predecessors toward the southern California Indians, one that was more critical, blaming their conditions on them—making the victims responsible for their fate:

The Indians in this superintendency, not including those on the reservations and the Mission Indians, number in the aggregate 19,300, estimated from the most reliable information obtained. They are to be found in every county, but are the most numerous in the extreme southern and northern portions of the State.

The Cohuillas, Yumas, and Mojaves [Mohaves], numbering 2,600,[133] reside in the south, on and near the Colorado river. They are peaceable and inoffensive, cultivating the soil to some extent, and furnishing wood in quantities to the steamers navigating said river. Their isolated location, peaceable and quiet demeanor towards the citizens, and the mutual advantages derived from furnishing the steamers with wood, suggests the policy that they remain as at present located. They should receive from the government some agricultural implements, for which they have made a request . . . .

How is the Indian to be raised from his degradation and vices, and be brought to participate in and enjoy the influences of Christian civilization? He must be placed in a position away from evil influences and under the control of persons whose example and instruction would teach him to avoid evil habits and embrace good ones.

To effect this desirable and humane object, the Indians must be placed on reservations removed as far as possible from all vicious and demoralizing influences. Agents in charge and employés should, if possible, be men of families, residing on the reservations, where the social habits and domestic comforts of civilization would be a daily example for the Indians, both male and female. The pay of employés should be sufficient to engage men with wives or small families to locate on the reservations. One hundred dollars per month for the service of a man and his wife should be allowed by the government, the man to be employed with the Indians in teaching them and directing them in their labors, and his wife in teaching the Indian women sewing and housewifery, and habits of cleanliness and morality.

Manual labor schools should be established, and placed in charge of a man and his wife of a moral and religious character; then the Indian youth of both sexes should be taught. The first rudiments taught should be labor, industry; when this instruction is properly instituted, moral and intellectual instruction will more easily be inculcated.

I can conceive of no policy, except the foregoing, by which the Indians of this State can be really and permanently benefited; but little can be effected in improving the morals and changing the habits and customs of elder Indians. The young of both sexes, however, receive instructions readily, and with those should the efforts for reformation and moral improvement be applied and directed . . . (9/15/1866).

---

[133]This is a very low estimate.

ACC0006758

The Tahquitz Report: Ethnography and Ethnohistory

Stanley, in March, 1867, reported on a significant infusion of governmental aid to the Cahuilla in January of that year:

> Having completed the distribution of the goods for the Mission and Coahuilla Indians, I have the honor to submit the following report:
>
> After making arrangements for the transportation of the foods to the points of distribution, I received them from Tomlinson & Co. on the 21st of January, 1867, and on the 28th despatched teams with the goods designed for the Indians of Cabeson valley. Two days later, I left Los Angeles, and, taking an interpreter with me, proceeded to Agua Caliente, in Cabeson Valley, and reached that point on the 4th of February.
>
> At Agua Caliente is a small Indian village, containing about 20 families. It is on the main road to La Paz, and is a point at which travellers and teams have to stop, as there is no water for several miles, either way.
>
> This place receives its name from a large spring of quite warm water, but which, when cooled, is very good to drink.
>
> On my arrival, I immediately sent out runners to notify the captains of the different villages to come in and receive, for their people, the goods I had for them.
>
> Many of the Indians being absent from their villages, I was delayed, and could not complete the distribution until the 6th.[134]
>
> I found the task of distribution quite difficult, there being so large a number of villages that it made the amount for each very small. I, however, accomplished the work, and distributed to the captains of 12 villages, with instructions to them to divide the goods among the most needy, and the tools to be used in common.
>
> At Agua Caliente I found the principal chief of the Chemehueves, a tribe that had been living on the west side of the Colorado river, above La Paz.[135]
>
> These Indians having engaged in a war with the Mojaves, (also living on the Colorado river,) were beaten, and after the loss of many of their number were obliged to flee for protection to the Coahuillas, of Cabeson valley, and were living on the mescal plant, and such other food as they could pick up.
>
> I found them very destitute, and very anxious to settle their difficulties with the Mojaves, so that they might return to their homes on the river. I gave them some blankets, a few yards of calico for the women, and a few hoes, and the chief a letter, addressed to Superintendent Dent, asking him to use his influence that they might not be molested. They appeared well satisfied, and promised not to molest or interfere with any one, whites nor Indians, should they be permitted to return to their homes. I found it necessary to furnish something for the Indians to subsist on while assembled, and purchased of Mr. James Waters some beeves for distribution among them . . . .
>
> Without a reservation, nothing can be done to prevent the sale of intoxicating drinks to the Indians, unless a State law could be passed to reach the case.
>
> The Mission Indians, at this time, are very well supplied with provisions, and have sufficient farming tools to answer for two years, and if whiskey sellers could be kept away, they would raise more than enough for their support . . . (Stanley 3/1867).

Stanley reported on the Cahuilla again on August 12, 1867 in his annual report. He noted:

---

[134] The *Kauisik* would have been carrying out their spring food gathering, as well as laboring for ranchers nearby.

[135] Chemehuevis had arrived. Some stayed in southern California, becoming members at several reservations including Agua Caliente and Cabezon.

V-182

ACC0006759

Case 5:13-cv-00883-JGB-SP  Document 85-12  Filed 10/21/14  Page 284 of 336  Page ID
#:2522

During the past year there has been very little change in the condition of the Mission Indians. There being no reservation the Indians are scattered in small villages over the counties of San Bernardino and San Diego, and large numbers of them frequent Los Angeles for the purpose of obtaining work in the vineyards and as house servants.

The use of intoxicating drinks is the great source of trouble amongst them, and for which there is no remedy but putting them on a reservation from which all persons could be excluded except those appointed to superintend them.

The crops of corn, wheat, barley, beans and other articles raised by them this year would be quite sufficient for their support were it not for the rumsellers who infest almost every rancheria, or at a point so near to them that the Indians can obtain their vile liquors at any time by selling them their grain at half its value.

I would once more strongly recommend that the tract of land known as the "ex-mission" of San Antonio de Pala, together with the adjacent mountains known as "Palomar," be set apart and appropriated as a reservation for the Mission Indians. A home would be thus secured to those Indians who are being gradually deprived of their homes by the encroachments of the whites.

I think that any appropriation for these Indians will be unnecessary this year, and very little expense need be incurred on their account.

The tools and farming implements distributed amongst them by your order have been of great service to them, and enabled them to accomplish much more than they otherwise would have done.

The Coahuillas, under "Manuel Largo," have a fine location in the mountains between Temecula and San Bernardino. They have a fine valley that will produce wheat, barley, and the finest vegetables. They are, however, very unsettled, and require frequent looking after and some assistance. I would recommend that they be supplied with seed wheat, barley, corn, and a variety of melon and pumpkin seeds.

Their number, large and small, as well as I can ascertain, is about 600.

The Coahuillas of Cabeson valley have cultivated more land than usual, but they are under little restraint from their chiefs, and many of them are scattered over the country and obtain a living by working on ranches and in vineyards.

They are much addicted to drunkenness, and will do anything to obtain "agua-diente." The road to La Paz on the Colorado river runs through their principal villages, and they get some money (and more whiskey) by furnishing grass and water to teams passing that way.

If they were under the immediate supervision of an energetic agent who could and would direct them, they could produce more than sufficient for all their wants . . . (8/12/1867).

The Cahuillas were apparently still in need of economic assistance the following year. Three settlers of the area, W.H. Smith, John F. Dade, and S.B. Pierce, certified that they had distributed 1500 pounds of beans, 300 pounds of barley, 300 pounds of wheat, 100 pounds of potatoes, and 25 bags of garden feed to the Cahuillas of White Water Station and Agua Caliente in San Bernardino County, and Torres and Martinez in San Diego County.

It was only a few years later that the Cahuillas at Whitewater left that place. According to oral traditions, they left because a great flash flood destroyed the community that was there, but their leaving could very well have been due to another outbreak of smallpox in 1869, an outbreak much ignored by the press at the time because of fear that knowledge of it would impact development in the Los Angeles area. It may have been at this time or earlier that some of the Cahuillas from the *Wanakik* clan, those at Snow Creek, the *Techana* lineage, moved to Palm Springs, and resided where their descendants still do at Agua Caliente. Members of the lineage probably included Miguel Saturnino and José Rafael, who were later voted in as members of the Agua Caliente Band (F. Patencio 1937). This "convergence" or joining

ACC0006760

together of individuals from different unilineages (whether patrilineages or matrilineages) after something has decimated a population is a phenomenon well known to anthropologists. Expanding unilineage populations segment into one or more new lineages; decreasing unilineage populations converge. In southern California, as in other places with similar situations, convergence of lineages and clans was the order of the day in the 19th century. W. D. Strong, encountering the phenomenon in the 1920s at such reservations as Soboba and Pechanga in such advanced form that the original clan and lineage structure was almost impossible to detect, called the resulting social groups "parties." This term would also apply to the Cahuilla, except that in most instances the original social structure of the Cahuilla was at least recalled when Strong did his work.

By the end of the decade, there were still no full time Indian agents in California to report about conditions and recommend solutions, but there were many persons concerned about Indian affairs who suggested that Native Americans be gathered and placed on reservations. The reasons varied.

Non-Indians were coming into southern California in greater numbers and displacing Native Americans from their land whenever possible. Native Americans were at a disadvantage because they had no rights and could not legally protest such takeovers of land. Non-Indians saw Indians as people with little cultural worth; as people to be disenfranchised of traditional rights, not worthy of citizenship; as people, in effect, without rights, utilizing lands more rightfully belonging to themselves, the invaders.

Indian affairs continued to concern the officials of the Superintendency of Indian Affairs. In 1869, B.C. Whiting, Superintendent of Indian Affairs for California, wrote:

> Missouri [Mission] and *Coahuila Indians*[136] have no reservation; the former, about three thousand in number, are scattered over San Bernardino, San Diego, and other counties in the southern part of the State, and the latter, whose number is not less than three thousand, live in the San Jacinto Mountains [Cahuillas]. The condition and wants of these Indians have been frequently brought to the consideration of the department and adverted to in previous annual reports. Nothing, however, has been done for their benefit, further than to send to their country a special agent to oversee them. With a view to ascertain particularly as to their number, location, and disposition, to be brought more immediately under the charge of the department, the superintendent, General McIntosh, was instructed during the past summer to visit them and see where a reservation could be located for their use. In the report of the superintendent, which is among the papers herewith, the opinion is expressed that most of them would be willing to concentrate at some suitable locality and engage in agriculture and pastoral pursuits; others would dislike such an arrangement, as they are doing well, but if the government decides it best they will assent. . . .
>
> In my special report upon the Mission Indians, dated December 6, 1867, and also in my annual report of October 10, 1868, I recommended that certain lands at Pala and San Pasqual, in San Diego County, which had been given to the Indians by the Mexican government, be withdrawn from public sale, surveyed, and set apart as a reservation. I stated that the Indian claims to these lands had never been presented to the board of land commissioners appointed under the act of 1851, to settle private land claims in California, and were consequently disregarded by the settlers, the lands being presumptively a part of the public domain . . . .
>
> It is quite certain that since my last annual report, and since it was known that I contemplated establishing a reservation for the Mission Indians, all the best lands claimed

---

[136]This is one of the few instances where the wording of an agent's report acknowledges that the Cahuilla were not "mission" Indians in the sense that the Luiseño, Gabrielino, Serrano, and Kumeyaay were, only a comparatively small percentage of the Cahuillas having been brought into the missions.

ACC0006761

by the Indians at Pala and San Pasqual,[137] and especially the watering places, have been taken up and occupied by settlers. The immigration has crowded off the Indians, and left thousands without a home. By sharp practice, and under various pretenses, they have also been deprived of their horses, their working oxen, their cows, and stock cattle. Illicit traffic in ardent spirits unquestionably aided in the accomplishment of these wicked robberies.

The two races should be kept separate and apart from each other as much as possible. This can only be done by establishing a permanent reservation for the Indians, and by excluding all white men from it, except such as are employed by the government to take care of them, and such others as have special business with the department. Such an establishment, definitely fixed, would induce the Mission Indians to come in of their own accord, for they are more than anxious to have a home . . . .

It is utterly useless for the government to move in the matter of selecting public lands, or Indian lands for reservation purposes, and then delay action and fondle "red tape" until outside adventurers get the advantage, as they have invariably done heretofore, whenever an attempt has been made to establish a permanent home for the Indians. Our government claims to be more intelligent, more humane and munificent than the Mexican republic, and yet we fail to manage the neophytes as well as they had been managed under Mexican rule. We have permitted our people to plunder and take from them the temporal rewards of Christian virtues bestowed by the Mexican government. ·Not only their lands are taken from them, but also their teams, and other means of gaining a subsistence.

With many of these scattered converts to the Catholic faith, vagabondism alone remains, and even that is shared alike with the oppressed and the oppressors.

In conclusion, I may be permitted to say that, from a careful study of the character and habits of these degenerate children of a once powerful race, and from my knowledge of the aggressive character of the American people, I am irresistibly led to the conclusion that the two races cannot long exist and prosper together. The former must, of necessity, succumb to the latter, and will finally become extinct. While I admit that this result is inevitable, I cannot justify the means by which it is brought about.

There are three distinct modes of disposing of the Indian race in America; each mode has its advocates. The first and perhaps the most popular plan in California is to wage indiscriminate war upon all the dark races, including the Indians, and wipe them out of existence as speedily as possible, and then attempt to justify it upon the exploded doctrine that "might makes right." This might elicit some *eclat* for the Anglo-Saxon race, upon the southern as well as the western portion of the continent; but how will it be with the balance of the world? The second plan is to permit the lowest order of white men to mix freely with the Indians, and to introduce all the demoralizing customs and habits, licentious practices, and loathsome diseases among them that ever cursed a wicked world, and ultimately kill them, soul and body, with a moral and physical leprosy. The third, and it seems to me the most humane and Christian plan of governing and managing them, is to provide suitable reservations, under certain restrictions, excluding all communication with whites, either civil or military, except such government officers, employés, and teachers as have the Indians in charge.

---

[137]In 1865, reservations were established at San Pasqual and Pala. These included enough land that it was intended to move all southern California Indians and some northern California Indians there. The plan met with opposition from not only the Indians whose homelands were set aside, but also those who were expected to move. Although it was favored by some owners of large rancho grants, it was opposed by settlers who wanted the land and by those who were sympathetic to the Indians, including the newspapers of the day. The executive order was cancelled in 1871 (Shipek 1987:34-35).

ACC0006762

If, in some instances, the reservation system has proved a partial failure, it has certainly been more successful in California than in some of the adjoining States and Territories; and when it has not been a perfect success, the fault has been less with the superintendents and agents than with the authorities at Washington . . . (Whiting 1869).

Whiting's poignant outrage concerning the treatment of southern California Indians is followed by the not dissimilar report of J.Q.A. Stanley on September 30, 1869:

The Mission Indians are the remnant of those Indians who were christianized by the Catholic priests who founded the missions in California, and by them were brought into a state of semi-civilization. The Indians were the principal workers in erecting those extensive piles of buildings which, though now in ruins, attest the energy and perseverance of the founders.

The Indians were also taught to work and cultivate the soil, and extensive tracts of land were cultivated by the priests with Indian labor, and the proceeds dealt out to them in regular rations. Upon the secularization of the missions by the Mexican (Spanish) government, the Indians connected with them were turned loose to shift for themselves. Many of them, no doubt, returned to their wild state, but a large portion of them established themselves in small villages or "rancherias" in different parts of Los Angeles, San Diego, and San Bernardino Counties, and maintained themselves by cultivating a little corn or wheat where small patches of irrigable land could be found, and by working as servants on the ranches or in the vineyards. Many of the Mission Indians are living on lands belonging to individuals, and have no claim to the ground they occupy should the owners see fit to demand possession. Others are located on public land where they have been all their lives, but the rapid influx of setlers is fast crowding them out, and they will soon be homeless.

The San Diego Mission Indians number from fifteen hundred to two thousand, old and young, and are nearly all within the county of San Diego. The San Louis Mission Indians are nearly all to be found in Los Angeles County, and number about six hundred men, women, and children. Nearly all these Indians could be gradually brought into a reservation, and in a very short time would become self-sustaining.

The Coahuilas speak a different language, and although partially civilized are distinct from the Mission Indians. A few of them are christianized, but the largest portion retain all their old superstition. They have strong faith in their "medicine men" and a great veneration for the raven and coyote.

They inhabit principally a tract of country about eighty miles east from San Bernardino, and known as the Cabeson Valley, and their villages are on or near the road leading to La Paz, on the Colorado River. The name of the head chief is Cabeson, (or big head.) He is an old man, and the interpreter Martin is really the head-man. There are thirteen villages, each having a captain; but I have found that the captains have very little authority. The country they inhabit is nearly all a desert. There are a few springs, near which the Indians cultivate a little corn, wheat, and barley, but the quantity raised is very limited, and the Indians live principally by what they can obtain from those who travel through their country, and upon the wild seeds and roots they are able to collect.[138] Another branch of this tribe, numbering about four hundred, occupy a tract of country lying in the mountains, about forty miles southeast from San Bernardino, and known as the Coahuila Valley. Their head chief is Manuel Largo. His principal

---

[138]See Strong 1929 for details on Cahuilla groups.

ACC0006763

residence is at Agua Caliente,[139] (warm springs). He has five villages under his
authority. They live principally upon wild seeds, which they gather in the mountains, and
a few of them cultivate a little corn and have a few horses and cattle. Many of the young
men and women visit the towns and settlements, and obtain employment as house
servants, or work on the ranches or in the vineyards.

I am satisfied if they were gathered into a reservation and put under the direction
of a competent person, they would soon become self-sustaining . . . (9/30/1869).

Once again, a reservation was called for, and the poor economic conditions and the decrease in
population were noted. Indians were no longer seen as responsible human beings, but as people who had
to be led, as dependents, helpless and needing the protection and guidance of the U.S. Government.
Intruding non-Indians were grabbing land, and the agents were not given the power to stop them.

J.B. McIntosh, Bvt. Major General, Superintendent of Indian Affairs, who accompanied Stanley
on his 1869 inspection tour, said of the Cahuillas and their neighbors, and his contacts with them:

. . . I immediately sent off a runner to Manuel Cota, who is chief of all the
Indians in that vicinity.[140] Manuel was at Palo [Pala] and did not arrive until about 5
p.m. In talking with him, (whom I found to be quite intelligent,) he expressed the
opinion that whenever the government selected a reservation as a home for the Indians,
he thought that most of them would be willing to be concentrated upon it, and live there
and cultivate the soil, but that many of them would dislike to give up their present
location, where they are doing well, to go upon a reservation. He also said that whatever
the government wanted them to do, they would do, and if it was decided that they should
go upon a reservation, they would do so. That afternoon I made arrangements for saddle-
horses to start early next morning for Palo [Pala], where we arrived about half past seven
a.m. I looked over the valley of Palo very critically. The valley is about one mile in
width by three or four miles in length, running nearly east and west, and is watered by
the head-waters of the San Luis Ray River. In the dry season the river runs to nearly
opposite the old Palo mission and then disappears in the sand. The valley is surrounded
by a high range of mountains about fifteen hundred feet high. A very great deal of the
land is not suitable for cultivation, being very rocky and gravelly. There is, however,
considerable land on the south side of the river which is good, and susceptible of
cultivation. It will raise corn, wheat, barley, and other grains. I should judge there was
between eight hundred and one thousand acres which might be cultivated. There is some
timber in the valley, but not a great deal. Palo lies a little southwest of Temecula, and
is distant about ten miles. At present there are fifty Indians living there. In looking it
all over, I came to the conclusion that Palo was not a suitable place for a reservation to
contain the Mission Indians. So far as I could get correct information, the Mission
Indians comprise the San Luis Rey Indians, who number about six hundred, the San
Diego Indians, who number from twelve hundred to fifteen hundred, and the Coahuila
Indians, who number from fifteen hundred to sixteen hundred. If one-half of these
Indians could be concentrated upon a reservation, the Palo would be too limited, both in
its extent and its available agricultural land for a reservation . . . .

[San Pasqual] There is plenty of clay soil to make adobe houses. There are at
present about one hundred and sixty-two San Diego Indians living in the valley . . . . Just

[139]Warner's Hot Springs. Apparently Largo controlled the Cahuilla area from here to San Jacinto at this time, the same
confederated groups led by Juan Antonio up until 1863. He probably controlled more than five villages.

[140]Cota was not the choice of the Indians, but of the Indian agents, who wanted someone who would cooperate with them.
He was apparently neither Luiseño nor Cahuilla.

ACC0006764

west of this valley, and separated from it by a low range of foot-hills, lies what is called the "Hidden Ranch," owned by Messrs. Wolfskill, who bought it one or two years ago. It contains about twelve thousand or thirteen thousand acres. It is one of the finest situations that I have seen on my trip. If the government could secure that tract of land in connection with San Pasqual Valley, it would make a reservation sufficiently large to take care of all the Indians in southern California. It is fairly timbered, and the soil seems very rich and fertile. I am informed that the valley of San Pasqual is public land. . . .

I then returned to Temecula, and at 3 o'clock p.m., I started for the Coahuila Valley, going by way of Ahuenga, which is on the direct road to Fort Yuma. I stopped at Ahuenga on the night of the 14th instant, and started early on the morning of the 15th instant, and arrived at the Coahuila about noon. Here I had a talk with Manuel Largo, who is considered the head chief of the Coahuila Indians this side of the Cabeson Valley. He expressed a willingness to go on a reservation whenever the government provided one, and said his Indians would go with him. The valley where he and his people are living is on the San Jacinto Mountains, thirty miles nearly due east from Temecula, and forty miles northeast from San Pasqual. There is some fair land there; but the valley is by no means suitable for a reservation. Already there are four white settlers in that valley, and others are seeking to get in (McIntosh 1869).

The pattern for the future was now clearly identified. Indians had no choice about it. They were eventually going to be removed to reservations, where their lives would be controlled by Indian agents appointed by the U.S. Government. Considerable conflict about who, where and when were about to surface. The Indians did not want to leave their homelands; they did not want to live on reservations with peoples from elsewhere, some of whom were traditional enemies; and they were aware that the reservations being proposed were too small for them to pursue their traditional subsistence strategies.

**The Agua Caliente**

What do we know of the Agua Caliente in the 1860s? In the foregoing we have had only occasional glimpses of them.

They were farmers, probably using the fields on what is now Section 15 that showed up on the earliest surveyors' maps. Their plows were fashioned from mesquite wood from which the bark had been stripped and the end burned to make it sharp for the plow point. Each was drawn by a pony with a cinch around its body, rather than a harness. Francisco Patencio as a child sometimes sat on his father's plow to guide the pony while his father held on to the plow. Branches of mesquite wood were used as a harrow. The Palm Springs peoples were growing corn, barley, and wheat as well as the squash, melons, and beans that they had been raising at an earlier time.

At first the women separated the grain from the chaff by whirling it in baskets. Later they could also accomplish the task by leading horses over the grain. The grains were ground and made into mush and bread, or cooked with hot stones in the same ways that native grass seeds had been prepared for eating (Patencio 1943:79). Their cakes were somewhat like a tortilla, and called *sauwish*, the Cahuilla word used today for tortillas.

They had at least one non-Indian family in their midst. Jack Summers served as station keeper at Agua Caliente from the late 1850s until about 1876 (Johnston 1977:119), presumably paying rent to the Indians yearly. On January 16, 1869, he had taken steps to procure the land on which the stage stations stood, as an entry in the San Bernardino Claims Book shows:

State of California, County of San Bernardino, John Summers being duly sworn says, that he has declared his intention to become a citizen of the United States and that he is a resident of the aforesaid County and State, that he has taken possession of and marked out by proper metes and bounds the following described tract of land to wit: Known as the 'Agua Caliente' station situated on the road leading from San Bernardino

ACC0006765

to La Paz, and containing one hundred and sixty acres of land . . . taken up under and by virtue of an Act of the Legislature of this state passed April 20, 1852 . . . (Summers 1/16/1869).

Agua Caliente was not in San Bernardino County, but in San Diego County, and it is doubtful if San Diego County authorities ever heard of Summers' claim; however, it was only the first of many attempts through the years to wrest control of the general Palm Springs area from the Indians (Gunther 1984:5).

A final note for this decade must be made regarding smallpox. While the epidemics of 1862-63 is that which most devastated the Cahuillas, the one in 1869 was also virulent, killing Mexicans and Indians. As a consequence, Chinese were imported for labor. Indians were refusing to go to Los Angeles anymore (Mason, personal communication 1994).

## AGUA CALIENTE RESERVATION ESTABLISHED: 1870-1879

By 1870 Native Americans in the United States had for the most part been subdued and were no longer a threat to the nation as they had been in some areas as late as the 1860s. It is not surprising that at this period a number of "Indian Advocate" organizations became active, and strong enough to wield power on the national scene. The Indian Rights Association and various churches had enough power that when U.S. Grant assumed the presidency, they persuaded him to adopt a policy of appointing Protestant Christian ministers as Indian agents, and to send various special agents out to visit Native American groups and make recommendations for improving their condition. These agents' investigations came none too soon in southern California, where by 1870 Native Americans were being pushed off their land in increasing numbers. Agua Caliente was sufficiently far into the desert to have largely escaped this intrusion, but by the end of the 1870s, it was no longer isolated. The situation had become more serious for their neighbors in the San Gorgonio Pass area. Settlers were claiming any plot of land that had a supply of water—the very plots, of course, that were most valued by the Cahuilla.

General conditions in southern California in 1871 were described by B.C. Whiting, the Superintendent of Indian Affairs for California. The president had just cancelled the Executive Order that had established reservations at Pala and San Pasqual, totalling six townships. Protests from many of the Indians, knowledgeable sympathizers, settlers who wanted the land that had been set aside, and the newspapers of the day had convinced the president to reconsider (Shipek 1987:34-35). Whiting wrote:

Special Agent J.R. Tansy relieved Lieutenant A.P. Green, United States Army, February 28th last, and on the 5th of April following the agency was abandoned, in pursuance of orders from Washington, and the agent disposed of the property and made his final settlement with this office.

Much discontent prevails among the Indians at this (to them) unexpected result. Some trouble has already arisen, and more serious disturbances apprehended hereafter.

There are, according to a census made by Lieutenant Green, 5,056 Indians in the counties of San Diego and San Bernardino, and known as Mission Indians, over whom the Government has for years had a special agent. Of this number 2,556 are living at San Pasqual, Pala, San Luis Rey, Temacula [Temecula], and other rancheros [*rancherias*] in the immediate vicinity of the whites, and the remainder (2,500) in the San Jacinto and San Bernardino Mountains and their eastern slopes. These latter are but partially civilized. Very little can be done for them without a reservation, where they can be directed in agricultural pursuits and other industries of civilized life.

For many years past [since 1851] they have believed that lands would be set apart for their use, and that the valleys of San Pasqual and Pala would be selected for the purpose. The failure of that project leaves them at the mercy of settlers, with whom it

ACC0006766

is a question of time only when they will absorb the lands now occupied by the Indians, and leave them homeless wanderers.

Should the reservation project for these Indians never be revived, the right might be given them to locate upon the unsurveyed lands, and means provided by which they could maintain the possession thereof for themselves and their children without the power to alienate, and the lands so located to revert to the Government when such occupation ceases . . . (1871).

There were, for a time, no agents' reports regarding the Cahuilla, although the local press (San Diego newspapers, especially) commented frequently on Indian affairs, especially those involving Olegario Calac and Manuel Largo. Because of considerable concerns expressed regarding feared conflict between Indians and whites, the Reverend John G. Ames was appointed Special Agent in May, 1873, with instructions to visit and report on the condition of the Indians of southern California. The desert area, despite the years of use as a transportation route by non-Indians with its regular stops and employment of Indians on travel tasks, was still an area little known to Indian Agent Ames:

On the 1st of August I set out to visit the Coahuila Indians. This tribe is divided into two sections one under Cobezon [Cabezón] as chief, living in San Gorgonio Pass, and in the desert beyond; the other, under Manuel Largo, located principally in the San Jacinto and Coahuila Valleys south of the San Jacinto Mountains. The existence of the first-mentioned section of this tribe has seldom, if ever, been recognized in any official report concerning the Indians of southern California.

Proceeding by way of San Bernardino, I visited Mr. M. H. Crafts, residing near San Gorgonio Pass, whose letters to the Indian Office regarding these Indians had been referred to me by the honorable Commissioner. I found Mr. Crafts thoroughly interested in their welfare, and well qualified, through twelve years' acquaintance and friendly intercourse with them, to render me efficient service. He accompanied me in my visit to the desert, where, in our conference with the Indians, I saw in their manifest regard for him how readily their confidence and good-will are awakened by kindly treatment and sympathy.

A messenger was dispatched to summon Cabezon and his captains to meet me at the potrero in the San Gorgonio Pass, on the following Wednesday. Proceeded through the pass as far as Warm Spring Station for the purpose of visiting a rancheria there located, and of ascertaining from actual observation the condition of the desert Indians, returning to the potrero to meet Cabezon according to appointment.[141]

The venerable old man, supposed to be upwards of ninety years of age, arrived about noon of the day designated, at the head of a company of horsemen in single file, heralded by a marshal in uniform, who announced the approach of the chief and captains with much pomp and noise. The company seemed much exhausted from the fatigue of their hot ride through the desert, while the condition of their horses indicated great destitution in the matter of pasturage. Cabezon had the previous day sent an urgent request that meat and flour should be furnished them on their arrival, as they were not able to supply themselves with food at the conference. I could not do otherwise than comply with this request, purchasing the necessary provision of a white settler in the pass. This aged chief is in many respects a remarkable man. He is venerated by all his people, over whom he has long exercised a powerful influence and always in the interest of peace and good-will toward the whites. Even when their rights have been disregarded and their enmity excited, he has withheld them from acts of hostility, persuading them to wait until

---

[141]Warm Springs is Palm Springs. San Gorgonio Pass had long been used as a place for Cahuillas of the desert and the San Jacinto Mountains to meet, since it was a convenient place for all to reach.

ACC0006767

Agua Caliente Reservation Established: 1870-1879

the Government should come to their aid. Through his influence, also, the tribe has been kept from allying itself with the tribes on the Colorado River for the purpose of making war upon the whites. His efforts seem from the first to have been devoted to the preservation of the peace between the two races.

The mind shudders at the contemplation of what would probably have been the results to the inhabitants of San Bernardino County had Cabezon and his tribe assumed a different attitude. More than this, the whites of that section of California have been largely dependent upon those Indians in the care of their farms, much of the labor in all departments of farm-work having been performed by them.[142] Many of the land-owners would have been subject to great inconvenience had not this Indian labor been available. In the mean time the Indians have reaped no permanent advantage from their labors; they have only become demoralized by their contact with the whites.

After resting a while and partaking of some refreshments, Cabezon announced himself ready to proceed with the conference. This took about the same directions as that at Rincon,[143] detailed above.

The Indians dwelt at length upon the encroachments of the whites, depriving them of lands to which they asserted their sole ownership, and driving them back into the desert, where they must soon perish. They were very reluctant to proceed to the consideration of any other question until they should be assured of the restoration of lands wrested from them, or, at least, of the peaceable retention of what they now occupy. They were very much disposed to eject by force one or two trespassers who were just then annoying them, and were induced to defer such action only on my assuring them that their grievances would be made known at Washington, and that I felt confident the Government would protect them in their rights.

They complained also of being overlooked in the distribution of presents, saying they had received only the merest pittance, while other Indians, who were not more deserving than they, had been liberally supplied. To this I replied by assuring them that the Government would endeavor to prevent any unjust discrimination hereafter, and that in any future distribution of goods among Indians of Southern California they should receive their proper share.[144]

They requested that schools might be established among them, and expressed a willingness to co-operate with the Government in any effort it should make for their benefit.

In conclusion, Cabezon said he was growing very old and must soon die, but he wished before he passed away to see his Indians settled upon lands which they could call their own, and where they and their children could live unmolested. At a subsequent interview with Cabezon and a few of his tribe at the residence of Mr. Crafts, the same topics were still further discussed, with the additional request that the Government regard his wish concerning his son, then present, whom he had appointed his successor as chief of the Coahuilas.

---

[142]Crafts was one such employer dependent on Indians and is no doubt responsible for this observation.

[143]Rincon was the village of *paniktum* Cahuilla at the mouth of Andreas Canyon, in present day Section 35, T 4 S, R 4 E, SBM and Section 2, T 5 S, R 4 E, SBM. The wording suggests that the earlier meeting at "Warm Springs" actually took place at Rincon, a reasonable assumption inasmuch as the Andreas people in later years were more often mentioned in connection with Cabezon than the *Kauisik* leaders were. The statement also suggests that Rincon was indeed considered part of the "Warm Springs" community.

[144]This complaint was based on observations many years earlier that Indian groups who were troublesome to the U.S. government appeared to receive assistance regularly, while those who were not received very little.

ACC0006768

The aggregate number of this section of the tribe, as reported by the several captains, is one thousand and eighty, distributed in about twelve rancherias. Most of these rancherias are located in the desert or among the mountains bordering the same, where but limited opportunities for procuring a livelihood are afforded.

At the potrero,[145] however, where the conference was held, there are, I should judge, eight hundred acres of irrigable land. This land has been occupied from time immemorial by these Indians, and has, I was told, been regarded as a kind of retreat for the squaws and the aged of the tribe, whenever they have been driven back from the now more settled portions of San Bernardino County. The potrero has been supposed to be well fortified against American settlers by the situation of their village at its entrance; but within a few months an adventurous white man, coming over the mountain, has taken up his abode in the upper part of their domain, where he constructed a rude dwelling before his presence was known to the villagers. They demanded that he be made to give up to them again their former pasture-grounds, and said they would have expelled him by force, had they not heard of my coming. They, however, reluctantly consented to wait still longer to enable me to present the facts in the case to the Government at Washington (Ames 10/28/1873).

Ames had recommended that five to ten thousand acres in San Bernardino be purchased and set aside for the Cahuilla Indians, especially lands that they were currently occupying, and that any residing on privately owned lands be moved to the lands reserved for them. He further recommended that they be given blankets and clothing, cloth, and farm machinery. Finally, he recommended that a permanent agent sympathetic to them and regarding their "good rather than his own pecuniary gains" be appointed for them (10/28/1873).

The aforementioned Mr. Crafts was well known to the Agua Caliente Indians. Francisco Patencio recalled:

I remember Mr. H. Craft of Crafton. He was an old man, and for a long time he liked the Indians. He gave then work. They came from the desert, the mountains, from everywhere, to work for Mr. Craft. They came so many that they made a big village at his place. All the men, women and children worked in the grapes and peaches. They measured their work by a stick eight feet long, and a shorter one of four feet long. This made a square four by eight feet. The Indians were all paid by that rate—seventy-five cents for a square of peaches, but for grapes, with the bunches laid close, we got twenty-five cents.

As I grew larger we boys worked with the teams. We used walking plows, and planted as many as 500 acres to barley and wheat. We worked every day, even if it rained. We got fifty cents a day and our board. There were ten of us boys working on the place. We did not get paid in money, no. But Mr. Craft had a little store, and every Saturday night he opened the door and paid us in food and clothes. Mr. Craft he never asked us how many days we worked, no. But how much we wanted.

Mr. Craft was a very good man. When he died, he asked for us all to come. It was at his place that I learned many things. First, everyone sowed grain by hand, walking. Then we sowed it by riding a mule, then we sowed it from a wagon. Mr. Craft had about an acre of seedling oranges, and they tasted pretty good, too. It was here as a young boy that I learned to care for orchards, and to prune trees and vines. This has been my best work all through my life. It was not very long that the Craft ranch stayed

---

[145]Portrero Canyon, later known variously as Malki Reservation, Potrero Reservation and Morongo Indian Reservation.

ACC0006769

in the sons' hands. The Indians did not work there any more. Redlands at this time was a sheep camp.

F.E. Brown and J.E. Judson began developing water, making ditches and starting orchards. Then the Indians went from their homes and worked for them. Many springs were developed and for a time ran good water. Then they all dried out (1943:80).

The Palm Springs Indians' involvement in local economic affairs is indicated when a writer, in the *San Bernardino Guardian*, noted that supplies were being brought from Palm Springs to the Twentynine Palms area, and perhaps to a mine in the Eagle Mountains by the Indians:

Here we leave the stage road and branch off to the left, and travel over a desert country 40 miles to the Twentynine Palms. . . .  The Blue Jay ledge can be traced for over four miles . . .

This mine has been bonded to a San Francisco company and will probably be worked by them early in the coming season. The Eagle has not yet been thoroughly prospected as yet. So far the rock looks well, but only assays $17 to the ton—$3 silver and $9 gold. The Valentine, fifteen miles across the valley from the base, has been thoroughly prospected and shows a well-defined ledge 3 ½ feet in width, very rich; some of the croppings having assayed as high as #300 to the ton. All the miners seem to be doing well, and look for a large mining camp to spring up in this section. (Supplies are brought in from the Agua Caliente in the Cougheau [or Coweja] valley by the Indians, who have some fine ranches and now find a profitable market for their products. It is said these mines were originally discovered by the Coweja Indians. Some of them have very fine specimens of gold quartz which they freely exhibit, but are very reticent when questioned as to the locality in which they found it.) Most of the ledges already discovered are well located, easy of access, where good roads can be built with comparative little expense, with fuel and water not very far away. The estimated cost of working the ore is placed at about $14 per ton. The country is not yet half prospected, although there are numbers of men out in every direction, who daily come in with reports of new discoveries, some of them very rich, especially in silver ore. At this season the weather is very cold and disagreeable, which seriously interferes with prospecting parties (Onyx 10/7/1874).

By 1874, the Cahuillas at Morongo were feeling the impact of "squatters" on their traditional lands, a dispute that lasted until 1891. An item in the *San Bernardino Guardian*, on the 25th of July, 1874, carried a message typifying the feelings of the settlers: ". . . the Indians in the Morongo wish to have the Decrevecour brothers removed from the Government ranches, lately taken up by them. We do not believe these Indians have a shadow of right to occupy these lands. The lazy Lo's had better go west" (7/25/1874).[146]

Indian affairs were given some additional attention in 1875. In the fall the Mission Indian Agency was established, apparently with headquarters in Los Angeles. Agent D.A. Dryden was instructed to investigate whether lands could be found to which the Mission Indians of southern California could be removed. Having visited the various areas where the Indians were living, and having searched records and surveys at the Los Angeles land office, and conferred with surveyors in San Diego and San Bernardino counties, he reported that there were no longer sufficient public lands to provide the Indians with the land they needed without encroaching on land already settled.

---

[146]Lo was a pejorative used by some at this time to refer to Indians, the term coming from the phrase, "Lo, the poor Indians."

ACC0006770

The Tahquitz Report: Ethnography and Ethnohistory

Among the few places where there were still public lands, and where the Indians were still in possession of small plots of land were "Potrero Ahena El Mission Morongo"[147] and "the Caliente."[148] In none of the areas he mentioned would there be land enough for more than one third of the Indians, and everywhere they would be in contact with settlers, many of them unscrupulous. Most of the Indians lived on the property of large grant holders, from which they must soon be removed (Dryden 12/7/1875).

As these efforts to establish Indian reservations in southern California proceeded, other momentous events were occurring. Most importantly, the Southern Pacific railroad was coming through the Coachella Valley. Survey and grading gangs reached the San Gorgonio Pass in 1875 (Hughes 1938:15). By May, 1876, the railroad reached Seven Palms, the station nearest Agua Caliente. Many Native Americans were employed in its construction (Hoyt 1948). In early 1875, contracts were let to Colonel Milton Sanders Hall to grade the Southern Pacific's roadbed from the Cucamonga area to Indio, and to deliver railroad ties and the wood needed to fuel locomotives. To get the wood, he had a toll road built from what later became the town of Cabezón to Little Strawberry Valley in the San Jacinto Mountains. This road was "Hall's Grade" (Gunther 1984:219-220).

Hall's operations had a major environmental impact on the forests in this area, which was compounded by the loss of extensive and valuable mesquite groves because of their value for the construction of railroads. The mesquite was a resource highly valued by the Cahuilla, who used its seeds for food, and its wood for fuel and as a building material. Such happenings as this occasioned Chief Cabezón's complaints about the loss of mesquite.

As non-Indians became interested in Palm Springs (Agua Caliente), the ubiquitous problem with water resources and rights became an issue for the Agua Caliente. Frank Vandeventer, after whom the Vandeventer Ranch in the Santa Rosa Mountains was later named, was one of the first Euro-Americans to attempt to divert water from Tahquitz Canyon for non-Indian uses. He came to Palm Springs about 1876 (Locke n.d.:9-13) and made a homestead application for 160 acres, as had Jack Summers earlier.

Locke reports that Vandeventer, who was married to a Yaqui Indian woman, took over the stage station and stocked it with supplies to sell to the Indians and settlers in Palm Springs. His primary interest appears to have been in ranching. In order to get water for his stock he tried to increase the flow of Tahquitz water by dynamiting in the canyon so that he could run cattle in Palm Springs. Vandeventer and his wife had filed for water on Agua Limpia (Millard Creek) on September 28, 1870. They sold the rights to A.B. Decrevecouer on January 20, 1875, and moved to Agua Caliente station. On April 26, 1875 Vandeventer filed for the water rights from "Agua Caliente or Chino Cañon . . . for Farming and Stock purposes, the place of intended use is at Agua Caliente on the San Bernardino and La Paz Road, and about 12 miles S.E. from White Water Station" (Gunther 1984:556-557; San Bernardino County Water Records n.d.).

Indian Agent S.S. Lawson, who defended Palm Springs Indian rights vigorously as the years went on, wrote of Vandeventer that he was the first Palm Springs land grabber. Vandeventer's cattle had damaged the Indian ditch that brought water from Tahquitz to the Indian village, and destroyed Indian gardens, for which Lawson finally arrested him (Lawson 12/26/1878).

By February, 1876 the railroad had reached Whitewater, and a stage line picked up railroad passengers there and took them to Arizona. By May, 1876, the railroad reached Seven Palms, the station nearest Agua Caliente (Hoyt 1948).

Francisco Patencio was one of the many Indians employed to build the railroad, and wrote of the experience:

As a young man I worked laying the railroad through the desert country. There were very few horses at that time, so the railroad did not use them. They had a few oxen

---

[147]Potrero Genio, now Morongo Reservation, named after Genio Gabriel, who signed the 1852 Treaty of Temecula.

[148]Apparently Palm Springs.

V-194

ACC0006771

up on the mountain (San Jacinto) dragging logs, but there was not much timber for the ties. Most of it was brought from other places. The old saw-mill and parts of the skid road are to be seen on the San Jacinto Mountain yet.

A skid road is a road that has to stop at cliffs, where the logs are lowered to another skid, to be hauled by more oxen, and so on to the bottom. The oxen lived between the skids on the road, they did not go down . . . . We did not have horses, mules, or scrapers to help with the work on the railroad—almost nothing to work with (1943:81).

Agua Caliente was bypassed by the railroad, and passengers had to be brought by wagon or other conveyance from what was christened the Palm Springs Station. The effect of the railroad was significant to them and all the other Cahuillas in the Colorado Desert, and had far-reaching consequences for them. For example, Chemehuevis from the Colorado River region came to work on the railroad, married Cahuilla women, and left descendants who now live on the Indian reservations in the valley, with Cabezón and Agua Caliente, of course, having the most Chemehuevi descendants. One prominent Cahuilla family, the Levis, acquired their name from an ancestor whose task in the construction of the railroad involved his using a lever (CSRI field notes 1978-1988).

The railroad provided rapid transportation between the various communities, making it possible for Cahuillas to move about more freely seeking work, visiting relatives, and attending ceremonial events—a very important aspect of Cahuilla culture. Cahuillas, for many years thereafter had special railroad passes and used this free transportation to move back and forth between the desert and San Bernardino.

Aside from its benefits with respect to getting from one place to another, the railroad had a very serious side effect on Native Americans. In the 1860s, to help finance railroad construction, the United States government had granted odd-numbered sections of land to the railroad company, creating a checkerboard pattern of railroad land that extended ten miles on either side of the railroad right-of-way. In a related move, the government set aside Sections 16 and 36 of every township to finance school districts. These set-asides complicated Native American settlement patterns in the San Gorgonio Pass and the Coachella Valley when reservations were established for them, since some sections already occupied by Indian communities or used by them for economically essential pursuits were given to the railroad. A provision that land already occupied was not included in that given the railroad was for the most part ignored when the occupants were Indians.

On May 15, 1876, President Grant, by Executive Order, proclaimed various lands in San Bernardino County, including "Township 4 south, range 4 east, section 14, and the east half of the southeast quarter and northeast quarter of Section 22" of the same township to be "withdrawn from sale and set apart as reservations for the permanent use and occupancy of the Mission Indians in Southern California . . . " (5/15/1876; Kappler 1902:253) (Figure V.3).

This ambiguously worded Executive Order set aside for the Agua Caliente Cahuilla only the section on which the hot springs lay, along with a small settlement with fields to the southwest of the springs on Section 22. Indian advocates and others immediately made protests about this and similar Eecutive Orders made by Grant.

By 1877, conditions among southern California Indians were alarming many. Public opinion polarized. There was a serious need for action on the part of the government and local citizens to resolve the severe social and economic problems that had been allowed to develop over the past 29 years since Americans had taken over California.

S. E. Colburn, U.S. Indian Agent commissioned to report on Indian affairs, provided one of the best descriptions of the background against which the Executive Order of 1877 was issued. He described in his report that year an extraordinarily shocking situation. The Agua Caliente people to some degree fit in his "second class" as defined below:

ACC0006772



**Figure V.3**

Portion of U.S.G.S. topographic map, Palm Springs Quadrangle, showing area set aside for the Indians.
It also shows trails, wagon roads, "hot springs called by the Indians 'Agua Caliente'" in Section 14,
"Indian Houses" in southwest quarter of Section 23, and "Indian Fields" in Sections 22, and 23, T 4 S,
R 4 E, SBM.

ACC0006773

Agua Caliente Reservation Established: 1870-1879

. . . the time I have spent among [the Mission Indians] since my appointment as agent is so short that I can give the Department but few facts concerning these Indians not already to be found in reports and communications on file in your office. For the most part, the information contained in such reports are verified by my observations.

The Mission Indians now number at most but a few thousand. I judge, from what I can learn, that the estimate of 4,000 or 5,000 is fully up to their real numbers. Not much more than a quarter of a century ago they are reported to have been five or six times as numerous. The diseases introduced among them with the white settlement of California, particularly small-pox, which has sometimes swept away entire communities at one visitation, have been the most effective agencies of their destruction. The restrictions upon their customary methods of living, and the limitation of the territory from which they drew their support, have done the rest. The present greatest curse to the race is bad whisky and the unscrupulous venders of it. A continuation for twenty-five years longer of the treatment which they have received in the twenty-five years that are past will so far complete the extermination of the Mission Indians that the only remnant will be found in strolling bands of vagrants and beggars, which will become a pest and nuisance to the white population. On the other hand, it is possible for the Government to preserve from destruction those who yet remain, to train them to habits of complete self-support, and ultimately, perhaps, to fit them for incorporation into the body of American citizenship, well prepared to discharge the duties and bear the burdens of citizens.

The Mission Indians have thus far always supported themselves without aid from the Government, and would not now need much care or attention but for one great and important fact upon which the duty of the Government arises and is established. That fact is, that the lands they have been accustomed to cultivate are nearly all taken from them for white settlements, so that they will all become subject to the whims and interests of their successors in possession. The Government has formerly made and relinquished some excellent reservations of public lands on which they might have been located, and it still retains some small and inadequate reservations of comparatively little use and value. The Government still retains plenty of land which might be set apart for them, but none not occupied or disposed of has water upon it, or it is, in other words, mere desert, whose ultimate reclamation, if at all possible, is at least doubtful, and will be very expensive. In none of the rich valleys which they formerly occupied and cultivated do these Indians now own any land or possess the right to any water. They were long ago driven from the best places, and their last and present places of resort are now threatened, and, it is to be feared, cannot be preserved to them except in a few instances.

The Mission Indians may be divided, with respect to their condition and manner of living, into three classes. The first division may be defined as those who stay on or about the ranches or farms of white men, living by daily labor upon the farms, receiving, when they work, about one dollar per day. Most of the larger ranchmen have about them one or several families, whom they permit to build their slight houses on the corners of the ranch, or on grounds adjoining, and in addition allow the use of water sufficient to irrigate a garden, which such Indians often cultivate. These Indians do most of the ordinary work of the ranches, except when harvest-time, sheep-shearing, or some special season requires the employment of other help. They live more or less comfortably, as the proprietor of the ranch to which they are attached is a humane and just man, or hard-hearted and a cheat. They are not legal tenants; they cannot make legal contracts, or collect their wages by a suit at law, if for no other reason, because they have not the means to prosecute suits. The interests of the ranchman generally dictate treatment at least fair enough to prevent his Indians from moving away from him. This class of

ACC0006774

Indians is pretty large. They have no difficulty in securing enough food and comfortable clothing, and some of them have learned to be thrifty and prudent.[149]

The second class is made of those who live in small communities, cultivating lands they have held for a long time, and have been accustomed to call their own. At each village are gathered as many families as the natural supply of water will make comfortable. They desire above all else to be left in possession of these little villages, which are situated wherever a spring or a small stream of water exists, scattered through a large tract of otherwise desert country. Thus they have a village at Potrero, twenty-five miles from here. Twenty miles in another direction is another village; fifteen miles farther another village, and so on. Till recently all these were on unsurveyed public lands and unclaimed. Now white men have set up claims of more or less valid character upon almost every acre of these lands, and they are liable to be taken away unless there is strong and energetic action taken by the Government. Each Indian family at these villages has a house and cultivates a patch of ground, varying from one acre to four or five. A field of five acres cultivated by one family is rarely found. Fruit trees and well kept vines are not unusual. The Indian men plant their fields in the spring, give them a more or less thrifty cultivation till a season comes when they can get temporary employment on ranches, and then they leave their homes in charge of the squaws and old men, and go out to labor, very much as the young men in Canada flock over to "the States" in haying-time to work for the New England and New York farmers. A much greater number of the Mission Indians were formerly included in this class, and oftentimes the Indians described in the first class owned and cultivated the very lands where they are now only tolerated as day-laborers. They are very much attached to their homes. One Indian that I know has maintained a home in the Potrero, and for many years worked most of the time twenty miles away. He is as little willing to give up his Potrero house and field as any of his neighbors who live there constantly. But now his home is threatened by a land-grabber who wants it for nothing. This second class of Indians are the ones now most especially needing the energetic care of the Government. The land-grabbers are after them, and an agent with seven-leagued boots could scarcely travel from village to village so fast as those Americans who are seeking a few acres of ground with a spring upon it, or moist land where wheat and potatoes grow without irrigation, that may be pre-empted or taken up under the desert-land act. That such lands have been held by Indians and cultivated by Indians counts nothing more than if they had been only homes for grasshoppers and cayotes. This seems to me to be a great and unpardonable vice in the law, that it treats as unoccupied, and subject to pre-emption, lands which have been in fact occupied and cultivated precisely as white men occupy and cultivate, and that, too, for more than one generation of living men. But for that vice of the law, the Mission Indians would now be secure in their old possessions, and where their improvements and water-rights were wanted, they would be bought and paid for instead of taken for nothing in the name of law. I cannot learn at all accurately the number of this class of Indians, but do not suppose they can be more than one-third of all.

The third class is rather small, and includes those that hang upon the outskirts of towns, pass wistfully through the streets, seldom asking for anything, but silently begging with their longing, pathetic eyes. At times, when they can get whisky, the men are besotted brutes, and the women are generally prostitutes, though the family tie is still strong enough to keep squaw and papoose with the husband. With this class are some unmarried women who are prostitutes. This, which I will call the vagrant class, is not so large as I was prepared to find it; and I believe, from observation and from general

---

[149]One dollar per day is a slightly better wage than in the 1850s, thanks to deflation in California between 1850 and 1870.

ACC0006775

report, that vagrancy is not a state into which the Mission Indians naturally or willingly fall. Except in the third class, I believe prostitution is almost or quite unknown, and that the virtue of women is quite as highly esteemed and as much practiced as among the most enlightened peoples. The Government, in treating practically the questions presented by the condition of the Mission Indians, will at first take little account of this third class, since nothing can be done for them till reservations have been provided on which they can be placed, by compulsion, if necessary. In making a permanent arrangement of reservations, however, the number of this class must be taken into consideration.

The desire of these Indians in the second class is to be let alone in the possession of what they now occupy, and without action by Congress the power of the Commissioner of Indian Affairs (CIA), and the President can go no further in their behalf than to secure them in the holdings of these lands in all cases where the law will permit. Each case must be considered and acted upon by itself, and when found necessary they will be so reported for action. A few years ago, the claims of white men to Indian lands were so few that wise and firm executive action might have secured homes for all Indians without aid of Congress; but it is useless in this case to take a gloomy survey of lost opportunities.

The first purpose of the Department is now to secure the Mission Indians permanent homes, with land and water enough, that each one who will go upon a reservation may have to cultivate a piece of ground as large as he may desire. This is nearly all the Government aid that will ever be asked or needed for these Indians; though, this purpose being accomplished, a small annual expenditure will be desirable to instruct rather than aid them in the way of self-support; and the question of assisting in the maintenance of schools may very likely arise. Assuming that the Government is to make the needed reservations, the question of how it shall be done becomes simply a practical business problem to be met in a practical business-like way, just as business men solve the problems and perplexities of their private affairs. How much land do the Indians require? Should they be placed upon one large reservation, or several small ones? Should lands, unoccupied by them at present, be purchased, or should attempts be made to keep them on the lands they now occupy? These and a multitide of similar questions will arise in the practical administration of any law or instructions of the Department looking to the accomplishment of the object in view, and they must all be decided in accord with the general rule that the business must be done so as to secure the best results with the least money. Nearly all these questions will be practical, arising as the business proceeds, and they cannot be raised or answered in advance. Therefore no law of Congress and no instructions from the Indian Office can provide against them, and it thus happens that it is impossible to make explicit and detailed recommendations as the basis of action (Colburn 8/15/1877:34-37).

Colburn went on to argue that the Indians should be granted or given permanent homes with enough land and water so that they could cultivate their lands. He argued eloquently for this point, and concerning the Agua Caliente people and their neighbors at the potrero specifically, he wrote,

For example, I think it may be practical and most advantageous for the Government to insist on retaining for the Indians the Potrero, Henia [Genio], and Agua Caliente, and attempt to gather a large number of Indians upon them. This being under consideration, the practical questions come up to the extent of rights that white squatters have acquired, the cost of extinguishing those rights, the capacity of the Potrero for an increased development of water, the feasibility of carrying the White Water River upon the Caliente reservation and, after all, the cost and prospective success in comparison with a new purchase or some other different proposition. But an agent does not dare to make a specific recommendation, nor can he decide what would be best, for he is dealing with

ACC0006776

nothing but contingencies and hypotheses, and, having the responsibility of dealing with absolute fact, he might discover obstacles to carrying out his theoretical plan that he had never dreamed of.

The economical and satisfactory completion of the work desired by the Department requires, it seems to me, that the plan of operation should be generally outlined, and then the execution of this general scheme and the determination of its details should proceed together. When the Government begins the actual work of securing homes for these Indians, its purpose must be executed through some agency having a wide discretion and considerable power for action directly intrusted to it. For every reason I am led to the conclusion that the object of the Government can best be attained in the following manner, which I respectfully submit to your consideration:

Congress to appropriate a sufficient sum, say not less than one hundred and fifty thousand dollars, for securing permanent reservations for the Mission Indians of California, and assisting them to settle thereon. This amount to be expended by a commission of five persons, of whom four shall be residents of California, the commission to serve without pay except traveling and other expenses. The commission would, no doubt, be appointed by the President, and their power could be as much restricted as Congress and the Department might deem necessary.

The general outline of their work should be defined, but in all matters of detail and actual business they should be left free, and given discretion and power to decide promptly and act finally. If the commission were chosen so as to include four men of wealth and good repute, residents of Southern California, and a fifth member were added, being selected perhaps from among the trusted officers of the Indian Office, having the entire confidence of the Government, the expenditure would no doubt be wisely made, and would be kept free from the taint of jobbery; and I do not believe that large transactions in this business, by or upon the recommendation of ever so honest and conscientious an agent, would be allowed to escape charges of fraud. The commission would visit the different Indian settlements, learn the Indians desires and wants, examine reservations already made, settle questions of disputed rights or provide for their settlement, take measures for increasing and economizing water at such places as they might think judicious; and, by showing the possession of power to do something besides "writing to Washington," they would immediately command confidence and respect, which are now sadly diminished for Government commissions and agents from whose visitations the Indians cannot see that they have derived any benefit.

Martinez lives on lands not yet reserved, which white men are endeavoring to claim. He thinks if I am a "strong" and "true" agent I will give him a "paper" to show those white men and warn them off. If I decline to deceive him with a useless order, or if I give him an order which he finds the white men do not respect, he thinks I an not "strong" and "true," but he will always believe me a mere pretender unless I should be fortunate enough to secure the reservation of the Rincon before white settlers gain legal title to it. The "strength," as the Indian terms it, which no agent has, the commission would possess and use, and would, therefore, accomplish in a short time what I really believe can never be done if every proposition must be referred to Washington before action can be taken upon it. I will add that I am assured there are many men who would be willing to accept service on the commission, men just, honest, and, if not sentimental, at least practical, friends of the Indians.

The most northerly bands of the Mission Indians, I have reason to hope, may be provided for without great expense by a readjustment of reservation limits and some outlay in developing the water supply. What disposition may be made of the more southerly bands I am not yet able to suggest, but as soon as I can obtain the necessary information, by personal visits and otherwise, I shall report as fully as possible what facts

ACC0006777

I obtain and such conclusions as I may have reached. I have not a doubt but such a commission as I have suggested would find a practical and satisfactory method of dealing with them all, and, by an expenditure not greater than I have indicated, secure homes for all.

For the use of the more southerly of the Indians, propositions have been made to sell certain ranches to the Government. Should such a purchase become necessary, I have no doubt the commission, with cash in hand, would save many thousands of dollars over what the same lands could be obtained for by a contingent bargain this year to be executed next. There are many considerations, however, which I think would determine the Government to make several small reservations in place of one large one. The opportunity of securing land enough in one body with sufficient water for all may not arise, and the need of the white settlers to employ Indians, and the benefit of such labor to the Indians, admonishes that the reservations be located with a view to rendering communication between the Indians and those who would employ them not too difficult, for they will not, probably, be able to gain a livelihood entirely upon any reservations that can be made, but must depend to some extent, as heretofore, upon daily labor for a part of each year on the ranches of white farmers, who would also get on badly if deprived of the privilege of employing laborers from among the Indians (8/15/1877).

It was probably Colburn's report that guided President Rutherford B. Hayes to issue another Executive Order on September 29, 1877. Hayes set aside for the Agua Caliente Indians what must have seemed to a president unfamiliar with the desert a great deal of land—enough to support "large numbers of Indians," in accord with Colburn's suggestion:

It is hereby ordered that the following-described lands in California, to wit, all the even-numbered sections, and all the unsurveyed portions of township 4 south, range 4 east, township 4 south, range 5 east, and township 5 south, range 4 east, San Bernardino meridian, excepting sections 16 and 36, and excepting also any tract or tracts the title to which has passed out of the United States Government, be and the same hereby are withdrawn from sale and settlement, and set apart as a reservation for Indian purposes for certain of the Mission Indians (9/29/1877; Kappler 1902:254).

Thus, the area set aside apparently constituted not quite one and a half townships—48 square mile sections, not counting the unsurveyed sections—spread in a checkerboard pattern over an area that reached two and a half miles to the north of the hot springs, nine miles to the east, nine and a half miles to the south, and ten miles to the west. The northernmost townships covered a rectangle stretching twelve miles east and west along the base of the San Jacinto Mountains, and one township extended six miles into the mountains.

However, none of T 5 S, R 4 E, SBM, possibly none of T 4 S, R 5 E, SBM, and only part of T 4 S, R 4 E, SBM had been surveyed by 1877. The present project area lay completely within the area then unsurveyed. Helen Hunt Jackson, in her report on the Mission Indians (1883), and the Mission Indian Commission (1891) both placed Agua Caliente holdings at over 60,000 acres, a figure that included the unsurveyed sections.

According to directives given Indian agents at the time the Executive Orders were issued, lands upon which Native Americans were settled or had improvements were to remain in Native American ownership (Lawson 7/18/1887). Apparently the law was then interpreted as including such lands among those whose title had "passed out of the United States Government."

There were a number of problems with this and other Executive Orders setting aside land for the "Mission Indians." For example, Executive Orders could be countermanded by future Executive Orders—they did not patent the land to the tribes. Secondly, the checkerboard pattern tended to place Native Americans and non-Indians alike on lands to which there was no access without trespassing on

ACC0006778

other people's holdings.

The pattern increased conflicts with neighbors because there were more neighbors. Moreover, it made reservations difficult to develop as profitable land bases. Finally, the statement about land titles that had "passed out of the United States" did not spell out what should happen to land where settlers filed claims as homesteaders, and then failed to live on the land or cultivate it as the law required. The directive that lands on which Native Americans were settled was to be considered as having "passed out of the United States Government" was an interpretation of the Executive Order, but was not spelled out clearly.

It wasn't a year before Colburn's predictions began to be realized, and within the decade the Cahuilla at both Agua Caliente and Rincon made formal protests that the lands they had cultivated and lived upon were being taken away from them.

In 1877 the railroad was finished and Francisco Patencio went to San Bernardino to work as a cowboy.

> I lived with my sister all around Riverside and San Bernardino. San Bernardino was first called El Campo (The camping place). Riverside had one general store and one drug store, and one saloon. San Bernardino was all Jews and Chinamen. There were four or five stores, and four or five saloons. People came on foot and on horseback to town. The rancheros came riding up to the saloons with guns on their hips, and made the bartenders bring them drinks out on the porches. The Chinamen worked at laundry some, but there was not much work to do there (Patencio 1943:80).

S. S. Lawson, the Methodist minister who was Indian Agent in 1878, was pessimistic about conditions at Agua Caliente:

> On the 14th, I visited the Agua Caliente. Here the situation is little better [than at Potrero in San Gorgonio Pass]. On account of the limited supply of water, only a small part of the section of land set apart for them can be cultivated—and even this is claimed in part by a "land grabber" who owns lands on Rail Road land adjoining it. Here I found most of the Indians absent, laboring for ranchmen fifty or sixty miles away. The old men and women were at home in a condition of wretchedness, by reason of destitution, such as I had never seen. Among their number were some helpless on account of age and literally naked [Lawson's emphases]. I found them lying on the ground in their huts, their shoulders and sides being callous from constant contact with the hard earth. They had nothing to eat but a sort of bean, which grows on the desert, and which is pulverized by a mortar and moistened with water.[150] The sight was pitiful in the extreme. And I wished in my heart that the men of this great Government, who have it in their power to provide something better for these unfortunate Mission Indians, could have the opportunity to see what I have witnessed.
>
> I purchased a sack of flour on my return and requested an Indian woman—the only one able to do anything—to feed the others with it. What little land these Indians have, that produces anything, is utterly insufficient to afford them any better living. It would be an act of mercy to remove them at once, if there were any place to put them that promised anything better. On the 15th I went to Toros, thirty miles farther East on the Desert,—visiting on the way a small Rancheria known as "the Rincon" [Andreas Canyon]. The Indians living here are few and destitute—the few acres they can cultivate being inadequate for their support, while little or no labor can be had, with white settlements more than forty miles away (Lawson 12/26/1878).

---

[150]Mesquite beans, here described, were actually very valuable food.

ACC0006779

Agua Caliente Reservation Established: 1870-1879

Lawson may have been seeing what he was prepared to see. It seems odd that the economic situation was as bad as he described it, given that there was some agriculture there, and that the traditional hunting and gathering subsistence strategies were still viable. It is not unlikely that in his desire that the Native Americans of the area adopt an agricultural mode of life that would be more comfortable, from his point of view, he exaggerated conditions. On the other hand, it is not impossible that this was a particularly grim year economically for the people because of a drought or other circumstances.

The Mission Indian Agency was moved from Los Angeles to San Bernardino in 1879, with S. S. Lawson as agent. The move made it easier to for him to keep in touch with the Indians of the Coachella and San Jacinto valleys.

## THE RESERVATION AT RISK: 1880-1889

### The National Scene

On the national scene, there was a shift in public attitudes toward Native Americans about 1880, especially among advocates for Indian causes. In the 1860s and 1870s, some Euro-Americans concerned with bettering and safeguarding Indians from maltreatment favored setting aside public land for Indian reservations, and encouraging Indians to live on them. In the eastern and mid-western United States, treaties after Indian wars had specified the formation of many reservations whose large and seemingly "unused" acreages strongly attracted the attention of land-hungry settlers as public lands available for homesteading became scarce.

Now sentiment grew for "assimilation" of Native Americans instead of separation. This sentiment was reinforced by the theoretical stance of early social scientists such as Lewis Henry Morgan to the effect that "primitive" cultures were inferior. Native Americans, however, were nonetheless perceived as intelligent enough, if educated, to take an equal place among a society dominated by Euro-Americans. It should be noted that Asian-Americans and Afro-Americans were not perceived as intelligent enough (Hoxie 1984:4-81).

Helen Hunt Jackson's *A Century of Dishonor* (1881), written to express her outrage at the forced removal of the Ponca peoples from their homeland in what is now South Dakota to Indian Territory in Oklahoma, aroused the country to the difficulties that Indians were facing as the 1870s drew to a close. Several important organizations that were powerful political influences in the 1880s came into being in Philadelphia in this decade as a result of the same kind of concern. The Women's National Indian Association (WNAI), founded by Mary Lucinda Bonney, and the Indian Rights Association (IRA) founded about the same time (1882) by Herbert Welsh worked together, with the women's group emphasizing education and missionary work, and the IRA seeking political solutions to the Indians' problems.

A Quaker businessman, Albert K. Smiley (one of the founding fathers of Redlands), in 1883 convened the first annual Lake Mohonk Conference of the Friends of the Indian at his hotel on Lake Mohonk near New Paltz, New York. Drawing its membership from other influential groups, the Lake Mohonk Conference was a considerable political force for the rest of the century. The IRA retained a full time investigator, Joseph C. Painter, who travelled widely to troubled reservations and guided legislation through Congress. These people were drawn from the elite of social groups of the United States in the post-Civil War world—white urban members of Protestant churches mostly from the eastern United States. One-fourth of them were women (Mathes 1990:4-16).

The drama of Native American experience at Agua Caliente and the rest of southern California was played out against a backdrop of this national state of mind. Although the federal government went through the motions of seeing to it that justice was done, every one of its branches was influenced by the public sentiment in favor of preparing the Indians to be assimilated: educating them, destroying their traditional culture so that the dominant culture of the time with its strong work ethic and emphasis on Protestant Christianity might be imposed, and replacing traditional leaders, who tended to have authority in the religious as well as the socioeconomic and political fields, with "captains" appointed by Indian agents.

ACC0006780

### The Boom of the 1880s in Southern California

There were still other factors at work in southern California. The railroads needed to sell the land they had been granted in order to raise capital; moreover, having laid their tracks and begun service to southern California, they needed to populate the thousands of acres they were prepared to serve.

Speculators and promoters, some of them con men and swindlers, sang the glories of southern California in the East, the Middle West, and even in Europe, writing of the fertile farmland that would produce crop after crop in a growing season months longer than in other parts of the United States, and of the dry sunny climate and the hot springs so suitable as sites for sanitariums, the newest cure of tuberculosis, which was spreading in epidemic proportions at the time (Lothrop 1993). Population in southern California soared. The railroads provided these people with cheap transportation to California.

Many new settlers wrote back to the people left at home, praising the clear sky, the sunlight, the rich soil, and the opportunities for making it big. Land prices rose precipitously, and speculators made fortunes. It could not last, even in southern California. Late in 1887, land prices and demand for land began to fall. Many of the speculators lost everything. Others were able to hang on to at least some of their holdings by skill or chicanery. Millionaires were no longer being made in a day.

### The Agua Calientes

In 1881, on what the government designated as Palm Springs No. 2 (Warner's Ranch was Palm Springs No. 1), there were reported to be 26 Cahuillas with 14 horses living near the hot springs (Agua Caliente), and 27 more with 13 horses living at Rincon, a recently established village of *Paniktum* people who moved from Andreas Canyon (Lawson 6/29/1881). The people counted were possibly only part of the group who considered it home, since the men, and sometimes women and children, were away working on farms and ranches most of the year. Some probably still lived in Tahquitz Canyon itself.

Most of the people at Agua Caliente proper in 1881 were *Kauisiktum*, but some may not have been. Juana Patencio was still alive, and Juan may have been. Their sons, Alejo, Moreno, Albert, and Francisco were young men. Juan and Juana had been married by a Catholic priest—the *Kauisiks*, like most other Cahuillas, having long since accepted the Catholic faith as a second religion, while still remaining committed to their own that was still very much intact.

In 1881 at age 25 Francisco Patencio married Dolores San-e-va [Saubel] of Los Coyotes at the Catholic church in San Bernardino. Father Stockman performed the service and he and a Sister were the witnesses (Patencio 1943:63).

The people at Rincon were the *Paniktum*, that is, the Andreas family, whose history is chronicled more fully in *Paniktum hemki* (CSRI 1983).

### The Loss of Land and Water

As the decade began, the Agua Caliente people were part of the valley-wide political confederation led by Chief Cabezón, a confederation that included the Cahuilla communities from the San Gorgonio Pass to the desert, as far south as what is now the Torres-Martínez Reservation (approximately seven communities). S. S. Lawson was the Indian agent. He was given authority to appoint "captains" of communities but had as yet, it appears, not appointed a "captain" over the Agua Caliente. From the point of view of the Agua Caliente he erred when he used as his interpreter a Serrano, John Morongo, from the Potrero Reservation, who was not acceptable to Cahuillas for a variety of reasons, in addition to which he was a Presbyterian rather than Catholic.

Needless to say, Cabezón had nothing good to say about Lawson, although in fact Lawson appears to have exerted himself to secure justice for the Indians more than anyone succeeding him during the rest of the decade. For example, he spoke out against the settlers who evicted Indians from their farms, moved in, and filed for the land in the offices of the railroad land agents, pointing out that it meant that the Indian was not "considered by the government as a *man*, although bearing the impress of a common Maker in all respects except as to the color of his skin" (Lawson 8/20/1881:14).

There was an example in Palm Springs in October, 1881. Lawson attended the Los Angeles trial of a non-Indian arrested for "malicious mischief," who had settled on Section 15, T 4 S, R 4 E, SBM, torn

ACC0006781

down the Indian fences around Section 14, and tried to take over the waters of the hot springs. Although this offender "may not go back," another had taken his place. Lawson asked for the authority to prevent the use of the hot springs by the settlers, and suggested that the Southern Pacific Railroad be asked to exchange Section 15 for another (Lawson 10/5/1881). There was no apparent response to this suggestion. It must have been puzzling to Cabezón and others that the agents had great power over Indians, but not over non-Indians.

When reformer Helen Hunt Jackson and her colleague Abbott Kinney came to southern California in 1883 to investigate the conditions of the "Mission Indians" on behalf of the United States Congress, they delegated the task of visiting the Cahuillas of the Coachella Valley to former Indian Agent Captain J.Q.A. Stanley.[151]   Stanley met with Cabezón, several captains, and about a hundred of their people. They complained that Lawson never visited them or took any interest in them, and that he used John Morongo as his interpreter.[152]   Stanley's written report to Jackson, and perhaps her own encounters with Lawson, caused her to undertake a successful letter writing campaign against Lawson that cost him his job (Mathes 1990:48, 64, 65). Thus, it came about that one of the best of southern California's Indian agents was removed from his post and replaced with one who exploited Indians at Agua Caliente, John Guthrie McCallum.

McCallum, a lawyer and politician with Land Register experience (Locke 1990:10-11), ostensibly came to Palm Springs to find a healthful climate for his tubercular son, but used his status as agent, which he held only from 1883 to 1885, to launch a career as land developer and promoter, having recognized very early the potential of the Palm Springs area as a resort and health center.  He quickly joined with other promoters who were already active in the area, and with them took possession of some of the most desirable lands on the reservation, especially those lands with a water supply.

For some years prior to the passage of the Act of Congress setting apart odd sections of land as the property of the Southern Pacific Railroad, the *Kauisiks* and other Indians in the community had gardens, vineyards, and orchards in the vicinity of the hot springs in Section 14.  Pedro Chino, in particular, had a fairly flourishing farm on Section 15, which turned out to be an odd section when the land was surveyed.  As a subsequent investigator noted:

> . . . The laws giving odd sections of land to this R Road protects "bona fide" settlers (Indians and whites) in their right to their homesteads.  The Railroad has always acknowledged these rights.  The law requires such claims by a given time.  The ignorant Indians not knowing of this or the manner of proving it did not file the claims in the given time to secure their rights.  Jno. G. McCallum, the paid Agent of the Government, whose duty it was to watch over and guard the interests of these Indians, and to protect them in their rights, failed to inform the Indians of the requirements of the law, but if general opinion is to be credited, formed a syndicate[153] to deprive the Indians of their homesteads.  McCallum, I am informed, told these Indians that they were on land belonging to the Railroad and must move off.  The syndicate, I am informed, paid these Indians, or several of their head men, *three hundred dollars* to leave, which they did.  The Indians who received no money for their improvements, now complain of gross injustice having been done them.  Had the Indians any right to dispose of, or this syndicate any right to purchase, the Indians' homesteads?  Under these circumstances can the Indians

---

[151]It is ironic that in later years popular historians were fond of talking about Jackson's visit to Palm Springs, and her stay at Palm Springs hotels that did not exist until after her death.

[152]The role of interpreter was essential for proper conversation between Cahuilla leaders and the U.S. government. John Morongo spoke Serrano, Cahuilla (his mother was Cahuilla), and English.

[153]According to Locke, McCallum "found a 'Palm City Land and Water Company' all legally set up and waiting for him to move in" (1990:11-15).

ACC0006782

be returned to their possessions now taken up by the white man?  Agent McCallum is now in possession of one of these homesteads, this section having been purchased by the syndicate.  If it is possible to reinstate the Indians in their rights, it should be done (Heth 11/4/1885).

McCallum, having been sent a copy of some of the charges against him, excused his actions by asserting that the Indians whose land and improvements were taken by settlers had been "generously" paid for their improvements and had had no claim to the lands since they had not filed for them.  He ignored the assertion that he had had a duty to see that they did file (11/2/1885).

McCallum and his associates also diverted Andreas Canyon water from its original channel across Section 2 of T 5 S, R 4 E, SBM by means of a flume to Section 35 of T 4 S, R 4 E, SBM, which they claimed.  This deprived the Rincon Cahuillas of the water they had been using to water their fields for many years.  When challenged, McCallum and his associates claimed they had secured permission of the Indians, and had paid them one hundred and fifty dollars.  Even if this were true, the arrangement was illegal, since the proper authorities in Washington had not given their consent (Preston 2/20/1888).  McCallum was wont to claim that he was the proper authority, but in truth such transactions, as the copious files of the Office of Indian Affairs (OIA) attest, required the consent of the Commissioner of Indian Affairs (CIA).  Section 35 was later sold to B. B. Barney, who projected a planned community entitled "The Garden of Eden" on its acres (Preston 1888).

The Palm City Land and Water Company made down payments to the railroad company on Sections 13, 15, 23, and 25,[154] surrounding the Section 14 hot springs on three sides, and McCallum in 1885 was deeded a 1/5 undivided interest in these holdings, probably for services rendered.  McCallum soon had orchards, vineyards and fields on his 80 acre ranch on Section 15 (Preston 2/20/1888; Locke 1990:11-15).

McCallum persuaded Dr. Welwood Murray and his wife, pioneer settlers at Banning who were as eager as he to exploit an opportunity for profit,[155] to establish a hotel on five acres in Section 15, across from the hot spring, on what is now the corner of Indian Avenue and Tahquitz Canyon Drive, and arranged that they have the use of the hot springs on Section 14 (Ainsworth 1973:68-86; Hughes 1938).  Besides this, McCallum and his associates, acting as The Palm City Land and Water Company, laid out a town site on 153 acres in Section 15.

McCallum's activities having aroused considerable protest from Indian leaders, he was replaced by John S. Ward in 1885.  Although Ward initially submitted reports in which he was critical of McCallum, he failed in the long run to have much effect on McCallum's behavior.  McCallum moved most of his family to Los Angeles, but he kept his ranch in Palm Springs, leaving his son to manage it.  He continued to be as active in Palm Springs as ever.  Los Angeles was by this time a more convenient place from which to conduct his Palm Springs affairs, since he needed to be in touch with banks and other business institutions.

McCallum had also organized the Palm Valley Land Company, and the construction of a ditch that brought water from Whitewater Canyon, located to the northeast, across Coachella Valley to Agua Caliente.  Native Americans did most of the construction.  He took title, while he was Indian agent, to Section 22 in Tahquitz Canyon, a section that belonged to the reservation.  By 1888 the Palm Valley Land and Water Company developed another irrigation system that brought water from Tahquitz and Chino canyons (Preston 2/7/1888).

Another enterprise in which McCallum had interested himself, the Palm Dale Rail Road Company, proposed to build a "motor railroad" from the railroad station at Seven Palms to what was now being called Palm Springs, the right-of-way to cross reservation land (Preston 2/7/1888).

---

[154]Sections numbers used in the text from here on will refer to T 4 S, R 4 E, SBM, unless otherwise noted.

[155]One of the reasons McCallum's career as an agent was so short was that McCallum and Dr. Murray were accused of illegally cutting and selling wood on the Potrero Reservation.

ACC0006783

The Reservation at Risk: 1880-1889

John Ward was in turn replaced in the summer of 1887 by Joseph W. Preston, who likewise issued reports highly critical of McCallum, but came in the end to make decisions that did not uphold the rights of the Indians.

Former Indian Agent S.S. Lawson was one of those who was highly critical of his successors, noting that McCallum had "allowed these men to go there and swindle these poor Indians," and that with respect to Agua Caliente, "a valuable water right" had been secured for "a mere pittance." McCallum, he said, acquired five acres of vineyard planted by the Cahuilla as his reward. Lawson accused McCallum's successor, John S. Ward, of promising to investigate the situation and "if possible drive those sharks out of that locality," but not following through when he became Indian agent (Lawson 7/18/1887).

Ward, by then replaced, defended himself. He denied having alluded to frauds upon Native Americans in any public speech, and claimed that Lawson had "neither the respect nor the confidence of the community in which he lives." He said that his investigation after he became agent showed that McCallum and his associates had bought their lands from the railroad, and had "paid the Indians full cash value of all the improvements which were upon the Rail Road lands" at Agua Caliente, and asserted that he had "attempted to hold the scales of Justice evenly between the Whites and the Indians" (Ward 9/21/1887).

In the summer of 1887 Acting CIA A. B. Upshaw received a copy of a circular, on which the name of a "former Agent" [i.e., McCallum] appeared, offering for sale some sections of lands near the Agua Caliente Indian Reservation, of which two, Sections 19 and 29 in T 4 S, R 5 E, SBM, "are included in the reservation as laid down on the diagrams in this office." Upshaw noted that "It is possible that sections 19 and 29 . . . have been surveyed." He asked that Indian Agent Joseph W. Preston investigate the matter, and the Cahuilla complaints against McCallum. The reservation was supposed to have included any lands unsurveyed in 1877, and T 4 S, R 5 E had not been surveyed when Hayes' Executive Order was issued in 1877 (Upshaw 11/19/1887).

Preston, in a reply, placed most of the onus on the Honorable B. T. Frederick for not naming the "former Agent." He said that Sections 19 and 29 did not appear as parts of the reservation on the maps in his office, but that he would investigate (Preston 11/28/1887). His findings on his subsequent investigative trip included a number of instances of wrongdoing, but do not appear to include any pertaining to Sections 19 and 29.

On February 7, 1888, Preston prepared for the approval of the CIA a document granting a right of way across Sections 1, 12, 24, and 25 of T 4 S, R 5 E, SBM of the reservation to the Palmdale Rail Road Company for $400.00 (2/7/1888). He had discovered on his trip to investigate fraud and other interference with Indian rights that the railroad had surveyed and located a narrow gauge rail line through these sections, with a view toward building the railroad at an early date. He apparently gave no thought to the possibility that the right-of-way might in itself be an interference with Indian rights.

Carrying out his assignment to investigate what had happened during McCallum's tenure as agent, Preston wrote a lengthy report in which he concluded that McCallum had asserted a right to water to which he had no legal claim and had therefore engaged in fraudulent behavior that had been so profitable that he was estimated to be worth $80,000 (Preston 2/20/1888), a considerable fortune in the 1880s if the worth of his real estate was not inflated by the Boom prospects of 1886-88. (He was probably worth much less by 1890.)

With respect to Agua Caliente irrigation water, Preston reported:

> It is understood, indeed, it is a known fact, that he claims and has offered for sale, the water, and the rights thereto, in what is known as West, or Toquito Canon, which is situated on Section 22 (even section [i.e., belonging to the reservation]) in Township 4 South, Range 4 East, of said Reservation, and has offered it for sale,—openly, and publicly—water which the Indians have been using for more than fifty years, and, by the use of which, it can be proven, that corn was irrigated by the Indians, from this water, quite as long ago—or, at least forty years ago. It is said, that his claim is based upon the fact, that the Indians ceased to use the water for more than five years, and, that, in the

ACC0006784

meantime, he, and this same Van Slack [Slyke], made further developments of water therein; and, that they, by prescription, acquired a title to the same,—and, *strange* to say, that he appears to have been doing this, while he was the Indian agent,—at a time when it was his duty to have protected the rights of the government and the Indians,—instead of to have conspired this defeat of rights. He thus has the audacity to publicly assert title to this water, to which, it is believed, he has no sort of right. My idea has been, that he could not acquire prescriptive title against the government, nor, against persons, under disabilities, as the Indians are; and, if he could, a prescriptive title can not originate in fraud; and, become valid, in the same person, or tort feaser; and, the facts point unerringly to fraud on his part. As will be seen from one of the accompanying contracts, I have treated this property as that of the government, and have ignored his title, and, will place the onus upon him of establishing a clean title, if he has it (2/20/1888).

Despite Preston's assertion of McCallum's fraudulent behavior, the legal agreements he negotiated essentially confirmed the rights of McCallum and his associates to water and land, except that the reservation was to have the right to some of the water from the various irrigation systems. Moreover, in Preston's reports there is no acknowledgement that McCallum was the prime mover for the Palm Valley Land Company, or the Palm Dale Rail Road Company. Preston not only signed an agreement that gave Andreas Canyon water to a non-Indian developer, but also another agreement that (1) gave the Palm Valley Water Company a 50 foot wide right-of-way for a water ditch through Sections 3, 10, 15, 13, 26, and 27 of the same township to bring water to land claimed by the company; and (2) gave the company the right to the waters of Tahquitz Canyon and a right-of-way across Sections 22 and 23 and such other sections as necessary to reach their lands. In return the Indians were to have a right to enough water to irrigate 160 acres of Section 14 of the same township on the basis of one inch of water under a four inch pressure to six acres of land, to be delivered to the northwest corner of the Section, this right superseding other rights to Tahquitz water.

Water for another 160 acres on the same basis was to be provided the Indians if they put that much land under cultivation or if the number of Indians increased, if the agent required it of the company, or the company was to pay the government $8000 for the use of the Indians' land instead (Preston 2/7/1888). These contracts needed to be approved by Congress (Preston 4/6/1888). L. M. Holt wrote Congressman W. Vandever asking him to retrieve the contracts from CIA Adkins' office, "draw up a little bill," have it approved by Atkins, and get it through Congress before it adjourned. He said they were using one right-of-way at the time for both the railroad and ditches, and were using the water of one canyon, but could not get the use of the water from the other canyon until the action was taken. He then contrived to remind the congressman that one of the directors of the company had been a member of the Convention that nominated him (Holt 5/2/1888). Those interested in stealing Indian land and water in order to develop Palm Springs were already old hands at putting pressure on Congress.

In 1888 Stephen Bowers, a "naturalist" interested in Indian culture, visited the Coachella Valley. He noted at Torres that there were willow and cottonwood and that there were natural wells, which allowed the Indians at Torres to raise alfalfa, wheat, barley, corn, tomatoes, melons and other products. He noted that fruit ripened earlier there than farther toward the coast. He said nothing of Palm Springs, but noted that there were consumptives in the Salton Sea-Indio area. The area was already being acknowledged as a place to cure consumption, rheumatism, asthma, and the like. Breathing cabinets were used and other medical practices used for whites were described by a Dr. Smith, and in an article by Walter Lindley, M.D.[156] Indian uses of native palms for food were noted.

---

[156]In the article by Walter Lindley, M.D., entitled "Indio—a Palm Forest in the Desert" he describes a palm oasis [probably in Andreas Canyon]:

Four miles from town is an extensive grove of palm trees that are indigenous to this desert. In these forests . . . there are five hundred of these giant palms, standing far enough apart so that they do not lose their

ACC0006785

The Reservation at Risk: 1880-1889

On May 20, 1889, Preston wrote CIA Oberg, warning him that "J. G. McCallum of Los Angeles" had gone to Washington, among other things to "secure from the department some sort of control of the hot spring at Agua Caliente No. 2, in Palm Valley situated on an Indian reservation under my charge." He noted that McCallum, previously "an Indian agent here," had been the subject of a report submitted to Oberg's predecessor, and said that McCallum was "smart, bold, and plausible, and has the reputation with many here of being unscrupulous. I will, however, give no opinion in this place. I have reported facts, which will speak for themselves. Whatever may be my opinion as to what disposition should be made of that water and the lands of that reservation, I do not wish while I am in this place to witness any undue advantage taken in relation to this property, and this constitutes the reason for this letter. I trust that no prejudice or sinister purpose will be attributed to me. I only wish or feel the obligation to put the department upon notice" (5/20/1889).

Congress had been actively concerned about Indian issues throughout the decade. Concerns that large Indian reservations be broken up and the lands allotted as a means not only of freeing land for non-Indian settlement, but also of encouraging the assimilation of the Indians into the general population, had culminated in the General Allotment Act or Dawes Act, passed on February 8, 1887.[157] The passage of this act and later acts that amended it had their major effects on the Agua Calientes in the 20th century. Another Congressional act had a more immediate effect.

### The Act for the Relief of the Mission Indians

After the Jackson-Kinney report was submitted to Congress, an Act for the Relief of Mission Indians, which in effect carried out the suggestions made by Jackson and Kinney, was introduced. The law failed to pass, was submitted in subsequent years and again and again did not pass. That it finally did pass, and brought about great changes for southern California was due to events that McCallum played a part in bringing about.

McCallum had not confined his activities to the Palm Springs area. Even while he was Indian agent, he kept track of "even" sections on Indian reservations on which homesteaders had filed before 1877, Hayes' Executive Order of that year having excluded from the reservation any lands for which "title had passed from the United States" (2/29/1877). When these filings were cancelled because the necessary filing steps had not been taken (e.g., when those who filed failed to live on the land for the requisite five years, or failed to make improvements), McCallum notified individuals who were interested in acquiring land in the area. They then filed on them, on the grounds that the lands had lapsed into eminent domain rather than to the Indian reservations.

---

individuality. When in the midst of them, one feels as though he is surrounded by the giants of the story books of his childhood, and almost expects to see them suddenly walk away . . . almost all of these great palms have been burned around their bases. This has been done by the Indians. Some say that they burn these trees in order to cause the fruit to mature rapidly. The dates from these trees are much sought for by the Indians, and yet they will ruin the trees in order to get this fruit early. Others say they burn the trees believing that the aroma is gratifying and pleasant to the spirits of their departed friends. Whatever the cause, it is a great shame that these beautiful trees should be thus destroyed, and the government should take some steps to protect this unique forest. With little care, this palm grove in the midst of California's great deserts could be made one of the most attractive points in America. There are in this grove a number of little palm trees springing up, and at their first appearance they simulate a blade of grass. An expenditure by the government of a few hundred dollars annually to protect these little sprouting trees and prevent injury to the older ones would soon bring this remarkable place into a state of great beauty (Bowers 1888).

It is now known that the Indians of California used controlled burning to prevent the disastrous fires that would destroy trees (see Lewis 1993; Bean and Saubel 1972).

[157]In H.N. Rust's journal for 1889, he wrote on February 18, 1889: "Barker showed me Preston's letter offering to carry the Dawes Mission Bill through for $ 4,000—$ 2,000.00 cash bottom on final passage. Letter dated April 16, 1889. Dr. Murray told me Feb. 13, 1889 that Col. Preston offered to defend the opposite side in Wash. for $ 400.00 and later for 250.00, and Banning men tried to borrow the money from Dr. Murray."

ACC0006786

The local land office refused to accept the filings, but the General Land Office overruled the local office and accepted them. The decision was later reversed by the CIA, and upheld by the Secretary of the Interior. McCallum, acting as attorney for the "would-be homesteaders" on reservation lands, argued that the filings should be upheld because they were approved by a government official at the time of the filing, the "government official" having been McCallum as Indian agent. Despite the ruling in favor of the Cahuilla by the Secretary of the Interior, the settlers stayed put (Painter 10/5/1887).

In the fall of 1887 protests from C.C. Painter of the Indian Rights Association and others led to the settlers' forced removal by the Army Infantry from Morongo Indian Reservation lands, where the law had been most abused. This removal in turn stimulated a number of law suits and a great public outcry against the government that so much land had been set aside for Native Americans. As a result, Congress passed the Act for the Relief of the Mission Indians, which set up a commission to study the condition of the Mission Indians and to make recommendations regarding lands set aside for them in southern California (Garland 11/30/1887; Hughes 1938:29-30).

## THE MISSION INDIAN COMMISSION AND DROUGHT: 1890-1899

### Introduction

Palm Springs in 1890 was so different than what it has become in the 1990s that it is difficult to envision: a Cahuilla community of some 70 people housed in nine dwellings clustering near the hot springs, which they were allowed to use only certain hours of the day; not more than a dozen homes of non-Indians along a dusty desert road where Indian Canyon Avenue runs now; Mrs. Murray's hotel, and a rustic building over the hot springs where her guests, mostly tubercular, could bathe. The Cahuilla population was much reduced from its original size as a result of Old World diseases, and altered in composition as a result of inclusion in the band of Cahuillas from other areas.

### Leadership

By this time the Agua Calientes had a "captain," elected under supervision of the Indian agent, in addition to their traditional leadership positions, the *net* and the *paha*. The captain for most of the decade was José Rafael, a *Teshana Wanakik* from Snow Creek. Francisco Patencio was voted in to replace him briefly in 1890, but the election was later held invalid on the grounds that two boys too young to vote had voted for him (Rust 2/4/1890, 6/11/1890).

Since Rafael was seemingly an "outsider," his long tenure as captain is puzzling. He may have been an unusually competent man, or perhaps he was one of the few who spoke English, and thus could interact with the English-speaking settlers with some ease. It may not have been a role appropriate for the traditional leader, the *net*, who was probably Alejo Patencio.[158] In the latter part of the decade, Rafael was replaced by Alejo Patencio.[159]

In addition to these leaders, there were shamans active in tribal affairs, quite likely a member of the Patencio family and Pedro Chino. We get only glimpses in the archives of what traditional life still existed. For example, in the spring of 1893, Dr. Murray wrote that the Indians were having a "Pow-Wow," probably referring to a "fiesta" or a "flower decorating" day, an institution that persisted into the 1930s.

---

[158]Oral history suggests that two sisters of the *Kauisik* lineage, presumably older sisters of Alejo and Francisco, managed the ceremonial house until Alejo Patencio was of sufficient age to assume the position of *net*.

[159]Alejo, who apparently held both offices at the time, was referred to as "Elisha" in Office of Indian Affairs correspondence. He was "elected" captain and *net*.

ACC0006787

The Mission Indian Commission and Drought: 1890-1899

### The People

We get information from various sources about which Cahuilla were living at Agua Caliente in the early 1890s. Jose Raphael, Francisco Patencio, Marcos Bellardo [Marcus Belardo], Francisco Auna [Arenas], Alejo Patencio, and Santos Patencio signed a petition on May 5, 1892, saying they had signed a previous petition in 1889 (Raphael et al. 5/8/1892). The same men, plus Francisco Arenas, Lee Arenas, Miguel Saturnino, Martinez Largo, Sal Santiago, Juan Dios, and Bonito Rafael signed one on April 13, 1892 (Rafael et al. 4/13/1892). Lee Arenas, at the time a well-known Indian athlete, and his brother Francisco were originally from Los Coyotes Reservation, apparently merging into the Agua Caliente group.

### Indian Agents

H. N. (for Horatio Nelson) Rust, a man highly recommended by his peers as a man knowledgeable about southern California Indians, was appointed Indian agent in 1889 and served until 1893. He collected Indian artifacts, and seems to have been in Palm Springs often enough on business to have known people there as few agents before or after him did. Like the principal Indian reformers of the day, he had a strong anti-Catholic bias, a handicap for a man dealing with the mostly Catholic Cahuillas. When he visited, he brought with him John Morongo, the Protestant interpreter from the Potrero Reservation, and was scathing in his denunciation of William Pablo, who was one of the captains under Cabezón, the "chief" of the Coachella Valley Cahuilla. Pablo and Cabezón worked closely with the *Paniktum* lineage at Rincon four miles away as well as with the *Kauisiktum* at the hot springs (Rust 1890-1892). Many Indians preferred the appointment of John Brown, Jr. of San Bernardino, e.g., Alejo Patencio, and William Pablo, who was said to represent 15 reservations.

Rust was followed as agent by Estudillo, member of an important Mexican land owner family, and a descendant of José Antonio Estudillo, one of the diarists of the Romero Expedition in the 1860s. Estudillo was appointed in the summer of 1893. He was Catholic, and was very sympathetic and well spoken with regard to southern California Indians, but he rarely came to Palm Springs, and, on occasion, confused the Agua Calientes at Palm Springs with those at Warner's Ranch. Eventually Estudillo became more familiar with his charges. He employed William Pablo as interpreter.

Estudillo was replaced by L. A. Wright in the spring of 1897. Each agent in turn, except for Rust and perhaps Estudillo, was rather poorly informed as to what had gone on before he came, and especially about events more than five or ten years before his tenure. Rust came into office with some idea of previous events because he had been collecting Indian artifacts in the area since the early 1880s.[160]

### Education

A grade school had been opened in Palm Springs in the 1880s. In contrast to communities elsewhere in the state, the Palm Springs Cahuillas attended public school rather than a special reservation school. In this, the checkerboard pattern of the reservation was an advantage. Cahuillas were not shunted off to an isolated community, but lived in close juxtaposition to the rest of the community. Contemporary Cahuillas point out, however, that they were kept separate and not equal. In the 20th century, at least, younger Indian and Mexican students were taught separately, and when well versed in English, moved into a classroom with others. St. Boniface Indian School was begun in Banning, California, shortly after the Perris Indian School was opened, both in the early 1890s. At a later date the latter was moved to Riverside and called the Sherman Institute.

As with other reservations, Cahuilla men and women furnished the labor in the community, met the trains at the station in Seven Palms, dug the irrigation ditches, planted and cultivated fields—their own and those of their neighbors. The women did housework for individuals and at the Murrays' hotel and those that came later. Thus it was fitting that the children went to school side by side with the children

---

[160]See Rust journals at the Huntington Library, San Marino, CA.

ACC0006788

Case 5:13-cv-00883-JGB-SP Document 85-12 Filed 10/21/14 Page 313 of 336 Page ID #:2551

of their non-Indian neighbors. There were not a great many non-Indians in the 1890s. Pearl McCallum McManus remembered a time when she was the only non-Indian child (Ainsworth 1973).

## Material Culture

Although the Cahuillas in Palm Springs had by the 1890s largely adopted the material culture of the dominant society, the traditional craft of basketweaving, at which some Cahuilla women were particularly skilled, was still being carried out. Dolores Patencio, wife of Francisco Patencio, was one of the most famous basketmakers. Cahuilla houses were now rectangular, but were still reminiscent in many ways of traditional houses; religious artifacts were still made; bows and arrows, pottery and various other items were still made and used.

## The Ghost Dance in Palm Springs

In 1891, the water in the Salton Sea began to rise at about the same time that severe storms hit the desert and mountains. Many Cahuillas fled into the high ground of the mountains. There was considerable fright and alarm among the peoples living in the desert area. Many felt that a major flood was about to come, an idea associated with an imminent end of the world prophesied by those who were "preaching" the Ghost Dance movement among the Native Americans in the western United States during the early 1890s.

Predictions regarding the end of the world were exacerbated by the occasional earthquakes that shook the Coachella Valley and environs about this time. One prediction was that the ground would open up, all the people, except those who joined the Ghost Dance movement, would die and a flood would follow. There were unproven accusations that William Pablo, or people close to him at Morongo, were associated with this movement for their own advantage, although no substantiating evidence was elicited when ethnographers inquired some years later (Bean field notes).

## Anthropology

By the 1890s, anthropologists began to take an interest in California Indians and their culture. Stephen Bowers had reported briefly on Cahuillas in the desert in 1888, but it was David Prescott Barrows who began to work with the Cahuillas in the 1890s, and eventually earned a Ph.D. from the University of Chicago, one of the the first Ph.D.s in anthropology granted in the United States (Lawton 1967:ix; Bean 1967). Barrows did not work with the *Kauisiktum* to any great extent, but sometimes referred to Palm Springs, which he called Palm Valley, in his book, *Ethno-Botany of the Coahuilla Indians* (1967).

## The Mission Indian Commission

The U.S. Congress passed "An act for the relief of the Mission Indians in the State of California" on January 12, 1891. CIA T. J. Morgan, instructed to implement the act, chose Charles C. Painter, A. K. Smiley, and Joseph B. Moore as the members of the Mission Indian Commission, and appointed Smiley as its chairman. For this reason, the commission is often referred to as the Smiley Commission.

Despite many difficulties with the commissioners' health, an inadequate budget, and the difficulty of reaching isolated settlements, the members of the commission managed within the year to visit all the southern California reservations, and most of the various non-reservation Indian settlements. Because Smiley and Moore were able to remain in southern California for only a few months in the spring, Painter did most of the work, sometimes with the assistance of attorney Frank D. Lewis.

Although the commission established reservations for a number of scattered Indians who had hitherto been landless, and in many instances made recommendations that improved the situation in one way or another at already established reservations, they took away an enormous acreage of needed land from established reservations such as Morongo and Agua Caliente. Although they were reformers long concerned for Indian rights, Smiley and Painter, in this instance, seem to have been extremely conscientious about the rights of non-Indians, perhaps because they felt that only thus would their recommendations be accepted and implemented.

ACC0006789

All three commissioners visited Palm Springs, meeting separately with the *Kauisiktum* and others living near the hot springs, and with the *Paniktum* in Andreas Canyon (Mathes 1990:112). Their report was completed and sent to the Secretary of the Interior in December, 1891. Acting with considerable dispatch, the U.S. Attorney General, and then President Benjamin Harrison approved the report on December 29, except that Congress would have to approve the purchase and exchange of lands. The President also ordered that a draft of a bill authorizing the purchase or exchange of the lands be prepared (Noble 12/30/1891).

The commission's comments and recommendations with respect to the reservation were as follows:

As now established, this Reservation embraces nearly sixty-one thousand (61,000) acres of land, upon which are settled about seventy Indians. It is such disproportions between Indians and acres that have given rise to much of the adverse criticism of California newspapers against the Reservation system.[161]

The odd sections are claimed by the railroad company, many of the even sections are dreary wastes of Colorado Desert Lands, and many others are rocky, pathless mountain lands. Nearly all of the Indians are settled on Section fourteen (14) in Township four (4) South, Range four (4) East, S. B. M. This is excellent land, and if it had an abundant permanent water supply, no better land could be found in Southern California, for a home. The hot spring is near the west line of this Section, and is used not only for bathing purposes, but the overflow is used for irrigation. The quantity of water, however, is small, and the Indians have depended largely upon water coming from Toquitch Canyon. Fifty years ago, they built a ditch to bring water from the source for their lands. This supply fails for two or three months, nearly every year, and cannot be depended upon. The Indians, too, have had much trouble with white men, who have a settlement on Section fifteen (15).

There are some Indians on Section thirty-four (34), who are on good land. They had a supply of water, coming from Andreas Canon, but some of it has been diverted by white men, of whom the Indians bitterly complain. We have recently made an arrangement, subject to the approval of the Secretary of the Interior, with the Bear Valley Irrigation Company, a very responsible company, by which, for the right of way over the Reservation, and for the rights of these Indians to water in Andreas Canon, they agree to provide for the Indians on Section two (2), Township five (5) South, Range four (4) East, and on Section thirty-four (34), Township four (4) South, Range four (4) East, S. B. M., sufficient water to irrigate one hundred acres upon the basis of one inch to six acres, and water for domestic use. They also agree, for the right of way across the Reservation, and for the surplus water in Toquitch Canyon, to furnish, on the North line of Section fourteen (14), Township four (4) South, Range four (4) east, S. B. M., sufficient water for the domestic use of all the Indians now, or that may hereafter be upon the Reservation. They also agree to furnish sufficient water to irrigate one hundred and sixty acres of land, upon the basis of one inch to six acres, and that when one hundred and sixty acres is under irrigation by the Indians, to furnish them sufficient water for another one hundred and sixty acres, upon the basis of one inch to six acres. This will be a permanent supply and a better supply than the Indians have ever had or could have if left to themselves. The proposition of this Company is transmitted herewith and marked Exhibit C; and we recommend its approval.

There is much more arable land in this Reservation than the Indians need, and more than they can supply with water, without which it has little value. Dr. W. Murray

---

[161] A similar outcry from non-Indians had been raised with respect to what is now the Morongo Indian Reservation (North et al. 1887; Bean and Vane 1991: Morongo).

ACC0006790

and wife have a piece of land,—nearly all the North half (1/2) of Section one (1), Township three (3) South, Range one (1) East, S.B.M.—that we want to make part of the Morongo Reservation. They are willing to exchange it for the East half (1/2) of Section ten (10), Township four (4) South, Range four (4) East, S. B. M., in this Reservation, and we recommend this exchange. His proposition will be found accompanying this report and marked Exhibit D. We most earnestly recommend this exchange, but would have the right of way across section ten (10), now in use by the water company, reserved or secured.

We recommend that the following lands be set aside as a Reservation, to be called *Agua Caliente*, viz: Section twelve (12), fourteen (14), twenty-two (22), twenty-four (24), twenty-six (26) and thirty-four (34), all in Township four (4) South, Range four (4) East, S. B. M. Also, Section two (2), in Township five (5) South, Range four (4) East, S. B. M. [Figure V.4].

We also recommend that all the other lands now in this Reservation as formerly set apart by executive order (except the East half (1/2) of ten (10) which we recommend be exchanged with Dr. Murray and wife) be restored to the public domain.

As we have before suggested, there is a valuable spring on Section fourteen (14), in Township four (4) South, Range four (4) East. Just across the street, Dr. Murray and wife have a small hotel that is used as a health resort. This is seven miles across the dreary desert from a small station on the Southern Pacific Railroad, called Seven Palms. There are no people living there but the station employees; it is about twenty or twenty-five miles to Banning, the first village of any importance. Dr. Murray and wife have had a three years lease of this spring, for which they have paid $500. The Indians are allowed to bathe at reasonable hours. We do not believe the Murrays have realized one-half the rent they have paid from the baths. They desire to renew their lease at one hundred dollars a year, when it expires. Their proposition is transmitted herewith and marked Exhibit E. The whites, as well as the Indians, ought to have such benefit as may come to them from the use of these waters. We recommend that the proposition of the Murrays be accepted, under suitable rules and regulations, that will secure to the Indians, as well as the whites, bathing facilities.

The reservation, as recommended by us, will accommodate at least one hundred Indians more than are now there (Mission Indian Commission 1891:32-36).

The commission's recommendations were a devastating blow to the Agua Calientes. The reservation was cut from its original 61,000 acres, i.e., most of three townships (see page V-201), to seven sections (4,480 acres). This reduction was drastic indeed. In succeeding years the Agua Caliente would repeatedly plea that what was left was totally inadequate for providing them with a livelihood.

A recommendation equally damaging to the best interests of the reservation was that the negotiated agreement with the Bear Valley Water Company for providing water to the Indians be allowed to stand. Did the commissioners not realize that the company was controlled by McCallum? Painter, at least, and probably Smiley as well, was familiar with McCallum's offenses against the Indians. By no stretch of the imagination was the Bear Valley Irrigation Company "a very responsible company."

The Reservation received the patents to its lands on May 18, 1896, except that Section 2, Twp 5 S, R 4 E, SBM, not having been surveyed, was not patented to the Band at that time (CIA 5/18/1896). Of the erstwhile reservation sections returned to the public domain, the even-numbered ones continued to be carried as "set aside for the Indians" in the land office records, a very important turn of events, as it turned out. Most of these were retrieved by the reservation, but not before the turn of the century.

**Tahquitz Canyon Water**

Palm Springs water problems in the 1890s were compounded by a drought that began in 1894, and lasted to the end of the decade and beyond. Even before the drought, the small community of Palm

ACC0006791



**Figure V.4**
Map showing sections set aside as the Agua Caliente Indian Reservation
by the Mission Indian Commission, 1891.

ACC0006792

Case 5:13-cv-00883-JGB-SP Document 85-12 Filed 10/21/14 Page 317 of 336 Page ID #:2555

Springs was repeatedly torn into factions having to do with the acquisition and distribution of water. There was friction not only between Indian and non-Indian, but between non-Indian and non-Indian. Indian Agent Rust was often the focal point of controversy.

Early in this decade Frank D. Lewis, U.S. Special Attorney for the Mission Indians, had investigated the water situation in Palm Springs and reported his findings to Charles Painter of the Mission Indian Commission on June 30, 1891. He pointed out that the Indian ditch from West [Tahquitz] Canyon (Figure V.5) provided only a wavering supply, drying up altogether in the summers. Non-Indians had improved the ditch's carrying capacity and claimed some of the water, but, in reality, this action constituted trespassing and gave the whites no claim whatsoever, as the land was on the Indian reservation at the time.

In the period before the reservation had been established, the Indians had the rights to the water by fact of use, and this right had never been relinquished. It was true, Lewis wrote, that Agent Preston had arranged a contract between the Indians and the non-Indians, through the Palm Valley Water Co., but that contract had never been approved by Congress. Despite this fact, the Palm Valley Water Co. had begun to act on the agreement, taking water from West (Tahquitz) and Chino canyons (see Fig. V.5).

Lewis, a strong advocate of the Indian people, suggested that the ditches the company used be destroyed and that all members of the company be denied access to the Indian reservation. Lewis' suggestion was lost to public view when the Mission Indian Commission did not adopt it (6/30/1891).

A different problem occupied the public's attention in 1892. Agent Rust, allegedly for the benefit of Murray, closed off the Palm Valley Water Company ditch bringing water from Whitewater to Section 14 so that it flowed into the ditch bringing water from Tahquitz, leaving the Indians, they complained, completely without water for domestic or irrigation purposes, whereas Welwood Murray complained that the Indians were getting water from "his" ditch, i.e., from the Tahquitz ditch. Closing off the ditch caused a flood, ruining the Indian's alfalfa fields. A storm of protest arose, especially from the Indians (Rafael et al. 4/13/1892; Gilmour 4/14/1892). Rust accused William Pablo, one of Cabezón's captains, a *Wanakik* Cahuilla, of fomenting it, and ordered José Rafael to open the ditch again.

In the meantime, the OIA was trying to comply with the recommendations of the Mission Indian Commission. It asked the Bear Valley Water Company, from whom it had received a contract proposal, to send a map of its proposed pipelines, ditches, and canals to the CIA (Hotchkiss 6/22/1892), but the Bear Valley Water Company had no maps of this kind. It responded that an engineer had been engaged to make them (6/22/1892). As the maps never arrived in Washington, no further action was taken by the CIA (Morgan 2/11/1893). At the end of 1892 the Bear Valley Water Company withdrew its offer to provide water to the Indians as agreed with the commission because it allegedly had not heard anything further after a December 1, 1891 communication (Bear Valley Irrigation Company 12/28/1892). Attorney Lewis was asked to investigate (Morgan 2/11/1893).

A rush of water because of a cloudburst late in the summer of 1893 destroyed gardens, and damaged the headgates and parts of the irrigation ditches. Indian Agent Estudillo asked for money to hire Indians to repair the damage to the ditches, headgates, and delivery boxes; and the money was promptly allocated (Estudillo 8/22/1893; Browning 9/27/1893).

Commissioner Browning in November advised Estudillo to make sure that no water belonging to the Indians was being diverted from them by the Bear Valley Water Company (11/20/1893). Unfortunately, the Bear Valley Water Company went bankrupt by the summer of 1894, and its stocks were turned over to the Palm Valley Water Company, in which it was a stockholder. Most of the stockholders of the Palm Valley Water Company, in turn, had given up and turned their stock over to McCallum, the dwindling settler population of Palm Springs no longer providing enough demand for water to keep the companies solvent (Henderson 6/30/1894; Painter 7/16/1894).

The severe drought that began in 1894 created a water shortage for the small community. About the first of June, 1994, McCallum closed off the ditch that took Tahquitz water to Section 14. It was reportedly turned on for only two hours in June. Water from the Whitewater ditch had been substituted, but what little there was of that was "unwholesome." The Indian crops were dying for lack of water, and the Indians were in difficult straits. Captain Rafael went to the superintendent of the Palm Valley Water

ACC0006793

The Mission Indian Commission and Drought: 1890-1899



**Figure V.5**
Portion of Palm Springs Quadrangle, U.S.G.S. topographic map, 1891, showing
ditch from Tahquitz (West) Canyon to Section 14, and other features.

ACC0006794

Company to ask why the water supply had been cut off, and was told it was by McCallum's order (Henderson 6/30/1894, 7/10/1894; Painter 7/16/1894).

Painter/having been alerted to the situation (Henderson 6/30/1894), wrote Browning a letter of further explanation:

> McCallum was formerly agent for these Indians; asked for and received some $3000 to make some surveys that he might establish lines for the protection of his wards, discovered that one of the best Indian ranches, with a very old fig orchard, was not on the reservation as set apart, and soon turned up as owner of it. He has been stealing water from the Taquish Cañon ditch, built by the Indians more than 50 years ago since, for several years, has a locked gate on it and takes the water whenever he wants it.
>
> We, the Miss. Ind. Comms. made a contract, which your office has, under which these Indians were to have, independently of this ditch, a supply of water from the Whitewater, for right of way. Last year the Indians had water, and greatly extended their fields. Now their crops and hopes are perishing (7/16/1894).

Painter was wrong. The Mission Indian Commissioners had negotiated (not made) a contract, but it had never been approved by the government.

Painter urged that the commissioner act immediately against this "scoundrel," and enclosed a corroborative letter from Dr. Murray, whom he described as a friend of the Indians who had "seen the truth of McCallum" (Painter 7/16/1894). Murray said the Indians in 1893 had received 27 inches of water from the Bear Valley Water Company, as agreed in the contract negotiated by the Mission Indian Commission, and told how encouraged the Indians had been:

> Never did Indian industry assume a more intelligent and promising aspect—all exerted themselves to the utmost. This is changed. The failure of the Bear V. and the consequent return of the stock to McCallum has placed him again in power. The waters of Taqwich Creek have been entirely diverted by him to water the upper part of his ranch—a small amount of polluted water of the Whitewater has occasionally been turned on, but for four weeks has scarcely reached the Indian settlement—last night but three inches—not enough for drinking.
>
> The captain and a gentleman here accustomed to measure water reports about 70 inches flowing above where it is diverted. Of course the ditch for a mile is dry and absorbent, hence even if turned in again, it would for a time be lost by percolation.
>
> We hold that any diversion of Taquich Creek is *wrong*, that the stream should be at once turned in to the Indian ditches. And for the sake of these poor creatures, we ask your help. It is an outrage.
>
> I understand that there are others in the Palm V. W. Co. who lament this procedure and who are willing to approve the contract made by the B. V. Co. and from their private amounts of water to supply the 27 inches. We have directed them to the agent Estudillo . . . .
>
> Since April all the Indians have been building a very fine and large ditch from the n w corner of Sec 14 down past the Captain's house—(south) and this has all been done for $1.00 per day and has been constructed under my supervision—indeed I have given my entire time since to this—gratuitously—my sole object being to see the Indians have water and in the proper ditch.
>
> But McCallum refuses to allow any water to run in it—says he does not recognize the contract (Murray 6/30/1894).

As the summer progressed, and the situation remained unchanged, the Indians complained to Indian Agent Estudillo, who wrote McCallum several times, at first taking a firm stand but later placating

ACC0006795

The Mission Indian Commission and Drought: 1890-1899

him (7/29/1893, 8/12/1893, 8/18/1893). The reason for his placating are not known, but it is quite probable that McCallum either bribed or in some way threatened him.

The Indians lost their entire crops in 1894 as a result of the lack of water, but their plight was beginning to attract serious attention from the OIA. Special Agent Shelby was assigned to the Agua Caliente water problem. He was not aware that the agreement with the Palm Valley Water Company negotiated by the Mission Indian Commission had never been confirmed by Congress. He said that after its negotiation, at first, the Indians got 70 to 80 inches of water from the Whitewater ditch, to which they had constructed a connecting ditch. The water was allowed to run from 5 p.m. to 7 a.m. For the past three years, however, it had been allowed to run only at night, providing only 20 inches, and for that long the Indians had had no crops.

The Palm Valley Water Co., in the meantime, had appropriated the Tahquitz water, the only available potable drinking water. However, the flow from the Tahquitz spring in Tahquitz Canyon had been dry most of the summer and was not reaching non-Indians or Indians, the year being an excessively dry one. Shelby suggested a reservoir be built 3/4 of a mile from the spring, and that water be piped from the spring to the reservoir, and brought by ditch to their lands. The Indian agent could be placed in control, and might arrange exchanges of this potable water with the non-Indians in return for irrigation water, presumably from the Whitewater ditch (Shelby 10/22/1894).

In early 1895, Browning advised Estudillo to lend his support to Lewis in the matter of the Tahquitz water. As there was no contract made with anyone, Bear Valley, Palm Valley, or McCallum, only the Indians had rights to the Tahquitz waters. Special Agent Shelby had recommended otherwise, but was believed to have been working with false information about a supposed contract made between the Mission Indian Commission and Palm Valley Water Company (Browning 2/23/1895a).

The Indian ditch was completely functional, but useless because McCallum was diverting the water before it ever got to the ditch. Only the United States could give the right to reservation water to a non-reservation person. Browning wanted to know from Lewis the full amount of damage done to the Indians by McCallum, the water companies, and anyone else who had been unlawfully helping themselves (Browning 2/23/1895b).

Lewis, after talking to McCallum, and studying the situation, concluded that the Palm Valley Water Company had been trespasing on the reservation when it took over the West [Tahquitz] Canyon supply and modified the ditch; therefore, the U.S. Government could evict them from the reservation and restore the water to the Indians. Lewis supported the reservoir plan as a way of making the Indian supply sufficient on a year long basis. He recommended that an engineer look into the feasibility of the plan.

Lewis suggested that, in the event the reservoir would not work, the government relinquish all rights to West [Tahquitz] Canyon water, and have the Palm Valley Water Company supply the Indians with 30 miners' inches of water as long as this amount was flowing from West Canyon, and all the water from West Canyon when the flow was less than 30 inches. The Palm Valley Water Company would reserve the right to get half of the Indians' water from Whitewater for whatever reason, and would always supply enough water for domestic uses. This was the same old suggestion that McCallum kept making to Indian agents.

This proposition, originating with McCallum, was the only one, Lewis said, that he had been able to put together. The only other source of water he was able to locate was a continuous supply of 30 inches flowing in Chino Canyon that could be routed to the reservation at the cost of $5000. Lewis recommended that if eviction of Palm Valley Water Company were considered, careful thought should be given to the matter of which person or persons should do the evicting (Lewis 6/18/1895).

CIA Browning and the Secretary of the Interior, who had apparently familiarized themselves with the history of McCallum's doings at Palm Springs, at this point had had enough, and ordered that Estudillo give the Palm Valley Water Company 10 days notice to remove itself from the reservation. If it didn't remove itself, Estudillo was to use the Indian police in a forced removal. He was then to have the Indians take control of the ditches, and get them in working order to supply themselves with water (Browning 7/3/1895, 7/10/1895).

Because McCallum was in the east, the notice to remove was not served on him until December

ACC0006796

4, 1895 (Estudillo 12/11/1895). McCallum, of course, fought back, using as his lawyer, of all persons, Shirley C. Ward, whom the Indian Office had used in the past.   McCallum was still interested in the arrangement he had worked out with Lewis, except that now he was willing to furnish only 27 inches of water, rather than 30.

If this were not accepted, he would proceed to the Superior Court of Riverside County "to quit title to his company's rights in the waters of West Canyon, and to adjudicate all other conflicting property rights between the Indians and his company."   Understanding the department's purpose in forcing McCallum to negotiate a better situation for the Indians, Ward maintained that in the meantime, McCallum would provide the Indians with ample water.  Ward suggested that Estudillo explain to the Department how difficult it would be for him to carry out their orders.  For example, he would have to decide on an amount to which the Indians were entitled—not an easy decision to make.

By taking control of only the parts of the Palm Valley Water Company ditch that crossed the reservation, Estudillo could not easily provide the Indians with water in the place in which it was needed, namely Section 14.  The water would have to be moved across sections owned by McCallum supporters. This left only the option of the "27-inch proposition" or that of going to court (Ward 12/12/1895a).

Ward forwarded the same letter to Lewis, telling him that the most likely outcome of McCallum's suing would be a high lawyer's fee for the Indians and the same water right as they would get from the 27-inch proposition, which was considered enough to irrigate the 160 acres the Indians were thought likely to farm.   Ward suggested that Lewis contact Estudillo if he, like Estudillo, disagreed with this (12/12/1895b).

Estudillo wrote Browning, enclosing Ward's letter, and expressing his approval of the settlement provided by Ward on the grounds that the waters of Tahquitz did no good for the Indians in summer because they dried up.  Estudillo felt that the only problem with this option was ensuring that, if agreed upon, it was "strictly carried out."  He stated that in the event that the Department decided not to accept McCallum's offer, he would suggest the reservoir as the next best solution, since it would place the Indians in full possession of a steady water supply and able to support themselves (12/19/1895).

Negotiations continued through 1895, 1896, and into 1897.  The contract proposed by McCallum was unsatisfactory to the government, and McCallum was unwilling to grant the terms the government wanted.  Estudillo was replaced by L. A. Wright in the spring of 1897.  In August, Wright reported the death of McCallum (8/1897).

In 1899, the Bear Valley Water Company was once again in operation, and once again denying its responsibilities.  Indian Agent L.A. Wright sent a telegram to the CIA that the Bear Valley Water Company had shut off all the water for the Agua Caliente Indians.  He wanted to know if there was a contract that had been approved by the Department of the Interior (7/31/1899).  CIA Jones answered that there was never a contract with the Bear Valley Water Company that was approved by the Department (8/2/1899).

## Andreas Canyon Water

Assigned to assist the Mission Indian Commission in 1891, Frank D. Lewis recommended to Painter that B. B. Barney, the developer of the "Garden of Eden" in Section 35, be told to give the Indians the first 30 inches coming from Andreas Canyon, and in the event that he refused, that the Indian agent remove Barney's flumes, thus cutting him off completely from Indian water (Lewis 6/30/1891). Instead the commission chose to recommend that the Bear Valley Irrigation Company provide irrigation water to the Rincon Indians in return for a right-of-way across the reservation (see Mission Indian Commission 12/19/1891).  As with the Bear Valley's proposal to provide water for Section 14, this proposal came to nothing.

Barney, in 1893, enlarged the Garden of Eden project by adding the southeast quarter of Section 3, T 5 S, R 4 E, SBM to the original acreage (Section 35 of T 4 S, R 4 E, SBM).  The resulting 800 acres constituted an enlarged Garden of Eden.  Barney had had a previous contract with the government to the effect that he was to have a 20 foot right-of-way across Section 2 (T 5 S, R 4 E, SBM) of the reservation, in return for which he was to provide the Cahuilla with sufficient water to irrigate 100 acres, or such part

ACC0006797

The Mission Indian Commission and Drought: 1890-1899

of that as they might have under cultivation (for every six acres under cultivation, they were to have an inch of water). A second agreement, apparently made in 1893, after the first one was abrogated, gave the Cahuilla half the water flowing in the canyon, plus half of the pipeline flow (Wathen 12/15/1931).

Painter supported "Barney's proposition," provided an ample water supply were secured for the Indians who depended on Andreas Canyon water (4/24/1893). In late 1893, Barney was actually taking all the water from the Andreas ditch, despite the fact that he was not farming his acreage (Estudillo 10/31/1893). But Barney's Garden of Eden was in trouble as the fortunes of Palm Springs declined. As the drought came on and worsened, he was forced to give up his dream and retire to Riverside.

In 1899, L.A. Wright sent a letter to the CIA asking if Sec. 2 T 5 S, R 4 E, SBM were included in the Agua Caliente Reservation. There were Indians living on that section who were in need of protection. He said that it was necessary to make this inquiry, for he saw no reason for a "contract with B.B. Barney for water in the Andreas Canyon, unless the land and water was a part of the reservation" (8/14/1899).

The Acting Commissioner replied to Wright and stated that the section in question was a part of the reservation, though it did not have a patent because it had not been surveyed (CIA 8/25/1899).

### Allotments

In July, 1892 a bill allotting lands to the Indians in severalty had been passed by Congress. This bill, its consequences and its controversies, became an issue in Agua Caliente history for many years. Indian Inspector Arthur M. Tinker called the Agua Caliente Cahuilla together to inquire about their thoughts on allotments. Tinker, expecting that passage of the bill meant that land would soon be allotted, warned his listeners not to let "strange Indians" get among them, lest Native Americans not indigenous to the vicinity claim the right to allotments. He promised them an abundance of water, something that astonished the non-Indians present at the meeting, who were stockholders in the water system that irrigated the valley and knew that the water supply was not abundant.

The Indians asked whether or not they would be allowed pasture for their cattle. They were told that they would probably receive satisfactory grazing land. Chino Canyon was requested, especially for grazing horses. Tinker said they might get that canyon, but it was noted that Chino Canyon had long since been settled by a non-Indian and then sold to H. F. Wheaton. The Indians were already being taken advantage of, and were reluctant to have a census taken, as they believed that it might result in more people being added to the rolls (Gilmour 7/9/1892).

The Cahuilla political confederation led by Hervasio [a.k.a. Gervasio] Cabezón, son of the Cabezón who had died in 1883, was strongly opposed to the allotment system. Two of Cabezón's principal lieutenants were Juan Andreas from the Rincon ranchería and William Pablo. Andreas had become captain of the *Paniktum* lineage when his father died. His nephew, William Pablo, son of the *Wanakik* leader Pablo Gabriel and Maria Pablo, a *Paniktum*, and Chief Cabezón's principal lieutenant, resided periodically at Rincon, and at other times at Morongo Indian Reservation.

A major political figure, Pablo was very active throughout southern California, militantly advocating the maintenance of traditional leadership patterns in Native American communities. He was a bitter foe of the allotment system, and managed many times to stop it from being accepted on reservations (Gilmour 1892, 3/14/1892). Pablo was among many Indians who saw the act as a way to disturb traditional land ownership patterns, a way of dividing and conquering the Indian people, and perhaps a first step to the complete alienation of their lands.

Kate Foote and then John Carrere were sent out as allotting agents. The work went slowly because the reservation had to be surveyed before they could allot it, and because it was difficult to see how water for each allotment could be assured. Once the reservation got the patent to its lands in 1896 (Best 5/13/1896), Special Agent Patton, by then the allotment officer, was instructed to proceed with allotment.

In the spring of 1897, Patton reported that the Agua Calientes refused to allow him to allot the reservation unless sufficient water were provided (3/1/1897). Since the CIA could not make any promises about providing water, he told Patton to leave the reservation (CIA 3/11/1897).

ACC0006798

**The Lease of the Springs**

In the minds of Palm Springs' handful of residents, Indian and non-Indian, the most urgent issue in the early 1890s was the renewal of the lease on the hot springs, which was to expire in 1891. The Murrays complained that the $500 they had paid to lease the springs for three years was too much, and, as the Mission Indian Commission had noted, asked to be given a ten year lease for $100 a year (Murray 1891). The Murrays were not the only ones who wanted to lease the springs. Mrs. E. C. Brooks made a spirited attempt to get the lease instead, gaining the support of leading Agua Calientes, apparently because they were annoyed with Murray over the affair of the closed-off ditch that flooded their alfalfa field (Rafael et al. 5/8/1892; Brooks 5/9/1892; Rust 5/19/1892). Allotting Agent H. W. Patton, on the other hand, urged that the lease be given to Dr. C. A. Curl and W. D. Devanna, who offered double the amount that Murray offered (Patton 6/2/1892).

Each set of contenders had friends write in defense of its proposal, and government officials wrote back and forth discussing what the terms of the lease should be. Although the Indians would have to approve the lease, their wishes with respect to Mrs. Brooks were ignored. It was finally decided to give the lease to the Murrays on the grounds that they had the facilities to deal with any guests that might come to Palm Springs to use the springs. It was also decided to lease them the five valuable acres around the spring to make sure that when the reservation was allotted these acres would not be given to any individual Indians (Tinker 7/19/1892; Noble 11/17/1892; Morgan 11/22/1892). The fact that taking five acres of land, on which the Indians had planted their valuable fruit trees, a vineyard, and an alfalfa field, away from the Indians and giving them to the Murrays to use would be grossly unfair and unjust apparently did not occur to the Washington officials who made the decision (Figure V.6).

In December, 1892, Rust reported that the Indians had signed a lease with the Murrays, the contender for the springs that he favored, despite being at odds with them (12/14/1892). But that was not the end of the affair. The Secretary of the Interior received a letter several days later from one of Mrs. Brooks' supporters, saying that Agent Rust had come into town in the afternoon one day, and only at midnight had he gone to Captain Rafael's house and asked him to get the other men out of bed and come to sign the papers. He stated that the Indians were under the impression they had no choice in the matter and did not have the option of not signing the lease. He felt that Mrs. Brooks, who was going to pay more money for the lease and asked for only one acre, should have received the lease (Lee 12/17/1892).

Since the Indians had been tricked in this way into signing a lease that included not only the hot spring, but also the lands they farmed, CIA Morgan declared the lease void and sent another for signing. This one allowed for the lease of the hot springs and no more than two acres of land containing as few Indian improvements as possible. Rust's original request that a five acre piece be set aside for communal use would be adhered to, but the two acres rented to Mrs. Murray would be included in this five acre piece (Morgan 1/14/1893).

The lease was finally approved and took effect in August, 1893. The Murrays' lease fees were prorated accordingly (Browning 2/20/1895).

All through the decade the issue of how the $100 lease fees were to be distributed to the Indians was the subject of correspondence between the Indian agents and their superiors. It appears that the Indians were given a chance to make recommendations on how it was to be spent, but the decision always had to be approved in Washington.

Toward the end of the decade, when the area had fallen on hard times as a result of the long drought, the Murrays reported that their revenue per year had never exceeded $25.00, and asked that their rent be reduced to $50 a year (Wright 3/14/1898). The Indians were so impoverished the summer of 1898 that Wright distributed the rent money to them as individuals in order to provide them temporary relief. He also called on the president of the Palm Valley Water Company to ask that the Indians be given more water. Its president said the Indians had no legal right to any water, that what they had been receiving was due to the "generosity of the company" (Wright 8/17/1898). The next year apparently was no better, and the Murrays had probably again not paid their rent, inasmuch as Wright requested permission to pay the Indians their "rent money" from funds appropriated for transportation, but not used (6/28/1899).

V-222

ACC0006799

The Mission Indian Commission and Drought: 1890-1899



**Figure V.6**
Undated map from papers of H. N. Rust, showing Palm Springs water ditches, ca. 1892.

V-223

ACC0006800

**Pastureland Problems**

One of the most serious results of the Mission Indian Commission recommendations and their implementation was that the Indians lost most of the mountainous parts of the reservation they been using for cattle grazing. Although documents on the Agua Caliente people do not mention cattle raising in the 1860s, 1870s, or 1880s, Native Americans played an important role in the general cattle raising industry over all southern California during this time. They were sought after as cattlemen by ranchers, and many of them had reservation pasturelands on which their own herds grazed. This was undoubtedly as true of the Agua Calientes as of any other Cahuillas.

The first mention of cattle grazing in Palm Canyon is contained in a letter from E. L. Dorn to Indian Agent H. N. Rust to the effect that Captain Rafael wanted authorization to build a fence on the mountains west of the canyon so that the cattle would not escape and go over to the Cahuilla Indian Reservation. Twenty-five or thirty head of his herd had already done so, necessitating a trip there to retrieve them (Dorn 12/29/1892). That Rafael had so large a herd suggests that he was very well off.

Disputes over trespass by livestock were a feature of Palm Springs life, as they were elsewhere, for the rest of the decade. In 1893, for example, Jose Rafael was arrested for horse theft after he took possession of a stray horse that had been eating his crops, and requested that damages be paid in exchange for the horse (Banning Herald 8/10/1893). At other times non-Indians complained about trespass by Indian livestock (Gilmour 5/26/1892; Estudillo 11/27/1896). Neither Indians nor non-Indians were inclined to build their own fencing.

**The Cemetery**

In March 1893, McCallum interfered in the most sacred of Cahuilla affairs. He had long since taken possession of the land around the traditional *Kauisik* cemetery. Now he denied the Indians the right to bury their dead there, claiming that they had trampled his fence during their last death ceremony, that of Jane Patencio (Rust 3/9/1893; Estudillo 7/12/1893). Tensions between Cahuillas and non-Indians became especially acute because of this episode, appropriate disposal of the dead and care for a cemetery being the most important religious duty for all Cahuilla people.

Estudillo asked Browning what he should do about the situation. He understood that McCallum had been fully aware of the spiritually dangerous nature of his action when he bought the land around it (8/12/1893). McCallum's act was an insult and danger of the highest order to Cahuilla people.

Having investigated further, Estudillo felt that the solution was to remove the remains buried in the cemetery to a new place, or at least to begin a new cemetery. McCallum was away, preventing Estudillo from making any headway on the problem (10/16/1893). Acting on Estudillo's proposal, the Indians chose a new site for a cemetery, deciding that the $100 rental money for the springs should be spent on fencing in the new cemetery (10/31/1893). Estudillo sent a drawing of the old cemetery to the CIA, and reported that the problem had been solved (11/8/1893).

It was true that a new cemetery had been chosen, but apparently McCallum did not allow the removal of the bodies from the old cemetery, because three and a half years later, Joe Pete complained to Estudillo that the bodies in the old cemetery were being plowed up. Estudillo told Pete that he could in no way touch the plowers, as the land was privately owned, but suggested that Pete remove the bodies to Indian land (3/15/1897).

**Decade's Conclusion**

The drought and their difficulties damaged the Agua Calientes significantly, causing some to move away for a time to find jobs. Often during the decade letters mention that people are sick and dying. At the end of December, 1897, when Pedro Chino was captain, some concerned literate person (perhaps William Pablo, a relative and colleague of Chino) penned a letter to the CIA or the tribe:

> At a meeting of all our people it was decided to lay these facts before you. We have not been visited for more than one year by our agency doctor. Several of our people are sick and a good many of them have died. We wish to know from you if we cannot

ACC0006801

The Mission Indian Commission and Drought: 1890-1899

call a doctor when like to die.

We have not had any rations for the sick, the aged, or the infirm for many, many months. Our agent has not visited Palm Springs for so long. We write him and tell him our troubles and we ask him to answer us, but his replies contain no satisfaction.

No inspector has come for several years. O, will you help us!

With earnest and suppliant expectancy, Your humble servants,

> Captain Pedro Chino
> Ex-Captain Jose Raffel [sic]
> Judge Alejo Patencio
> Interpreter William Pablo
> Marcus Belardo
> Francisco Arenas
> Saturnino
> Moreno Patencio
> Miguel Saturnino
> Santiago Sal
> Baristo Sal
> Willie Marcos
> Peeco Chino [Pedro Chino]
> Benito Rafael
> Lee Arenas
> Simon Arenas
> Juan Andres [sic] Sick man
> [Andreas]
> Belardo                Old man
> Juana Santiago  Old woman
> Vasilia Jose Antonio " "
> Maria Sisilia            " "
> Ramona Saturnino        Sick woman
> Innes Raffael            Sick woman
> Marta Marcuz  Sick woman
> [Marcus]
> Juana Patencio  Sick woman
> Maria Patencio  Sick woman
> Maria Chino              Sick woman
> John Joseph Andrez [sic]
> [Andreas]

Witnesses: Frank McQuoid, John W. Gregory, S.M. Culver (Chino et al. 12/21/1897).

This letter, in addition to its overt message, tells us something about the degree of literacy of the tribe at the time. All signatures, except those of William Pablo, Miguel Saturnino, Baristo Sal, Willie Marcos, Benito Rafael, Lee Arenas, Simon Arenas, and John Joseph Arenas, are followed by "X his mark." Only the signatures of Baristo Sal and Willie Marcos are obviously written in a different hand than that of the rest of the letter. Those of Lee Arenas and Simon Arenas may be in their own handwriting. Many older adults were still not well versed in the language skills of English, Cahuilla and Spanish still being the principal languages spoken among them.

Wright and the agency physician visited the reservation in response to this letter, and reported that conditions were not at all as they had been led to believe, and that the whole incident had been organized

V-225

ACC0006802

and produced by William Pablo, who had written the petition, signed the names, and then gone to a nearby hotel and gotten the signatures of the "witnesses." The Indians were doing as well if not better than those on other reservations, and were well adjusted to their environment (2/26/1898).

It seems likely that Pablo had written the letter, but probably in response to a real situation. Over a month passed between the time the Indians' letter was written and Wright's visit—time enough for some of the sick to recover; moreover, to say the Agua Calientes were doing as well as those on other reservations was not saying much. This was a time of great hardship on Indian reservations all over southern California, and the government was undoubtedly prejudiced toward Pablo, a "walking delegate and a captain" for Chief Cabezón, a major critic of the government's policies toward Cahuilla Indians.

## A DECADE OF SLOW RECOVERY: 1900-1909

### State of the Reservation

At the turn of the 20th century, Palm Springs was a rural place, whose only connection to the outside world was an unpaved road to the railroad station seven miles away, no industry—farming or otherwise—and seemingly little chance for significant change. It was inhabited by 28 members of the Agua Caliente Band of Cahuilla Indians[162] and somewhat fewer non-Indians. People who arrived by train were often picked up by a wagon sometimes driven by Marcus Pete, a grandson of Pedro Chino.

The devastating drought that began in 1894 continued. Indians all over southern California were suffering, many were starving, and in Palm Springs the extravagant dreams of its early non-Indian settlers seemed doomed to failure. The Palm Valley Water Company was in virtual bankruptcy, its irrigation ditches untended and bringing little water to the village. J. G. McCallum was dead, and in 1901 his son and successor, H. J. McCallum, died as well. The First National Bank of Los Angeles took over its affairs. Special Attorney for the Mission Indians William Collier could find no "legal reason" for the Agua Calientes to get water from the Whitewater ditch when the Tahquitz water failed, except that the ditch passed over land belonging to the reservation. Since the Indians were not putting the land to use except for pasturage, Collier did not consider that a legal reason for them to get water from it (Collier 8/12/1902).

The Cahuillas, among them members of the Arenas, Belardo, Chino, Manuel, Marcus, Miguel, Patencio, Pete, Rafael, Santiago, and Saturnino families, lived in a small settlement on Section 14 near the hot springs. Across the street from the hot springs the Murrays, now nearly 80 years of age, still ran their hotel, paying $100 a year to lease the use of the hot springs from the Cahuillas, and still watering their fruit trees with water illegally drawn from the Tahquitz ditch running through their property.

The Andreas family, members of the *Paniktum* lineage, had by this time moved from Rincon, having given up trying to live there when they lost control of the water in the early 1890s to B. B. Barney. Barney had also given up. He was now an old man, and in serious financial straits after the failure of his ambitious venture in land development. The Andreas family had moved to various places—Morongo and Coachella, for example—where they had kin and access to jobs; some of the Chinos and Patencios were at Morongo. Some had left permanently, others for a short period of time.

By mid-decade the drought eased, and the Agua Caliente began coming back to Palm Springs. By 1909, the inhabitants of the community were listed as 25 Indians and 10-12 whites (Miller 1909).

In the winter of 1908, a 41 year old doctor's wife from Santa Monica suffering from a bad cold came to Palm Springs to stay at the Murrays' hotel. Impressed by the Palm Springs climate and setting, but not by the Murrays' hospitality—on at least one of her visits she was pressed into washing dishes for the overworked Mrs. Murray—she and her husband decided to open a sanitarium/hotel of their own, just across from the Murrays' Palm Springs Hotel. Accordingly, they bought a six room house on a one and

---

[162]Pedro Chino in a letter written 6/10/1902, spoke of the Indians living at Palm Springs as "the remnant not working at Indio for the S.P.R.R.," a statement that probably explains why there were so few at Palm Springs.

Special Attorney Collier spoke of the group living in Palm Springs in 1902 as "four or five families" (8/12/1902).

ACC0006803

three-quarters acre lot at the corner of Main Street (now Palm Canyon Drive) and Spring (now Tahquitz) Street, just south of the Tahquitz ditch. The Coffmans converted an old hay barn into four small screened rooms, and put up a 10 x 12 foot tent house. Here, on the first of December, 1909, they opened the Desert Inn, catering principally to people with pulmonary disease, at first only seven at any one time. The Coffmans would gradually add to their holdings until they owned 35 acres, and their hotel was a world class resort of significant importance to the Agua Caliente Band (Bright 1981:9-15, 25-31).

Although Cahuilla children in general attended the state-funded public school in Palm Springs, Amada Miguel, who was 18 in 1904, and Juana Selso Miguel,[163] who was 14, attended Sherman Institute (Wright 6/30/1904; Chubbuck 5/18/1906).

**The Indian Agency**

Indian Agent L. A. Wright and Special Attorney Collier were the link between the Band and the CIA in Washington, D.C., but neither Wright nor Collier came often to Palm Springs. They managed the long horse and buggy trip into the desert perhaps once a year and sometimes not that often. For example, they investigated the situation with respect to H. J. McCallum's turning off the Tahquitz water supply to the Indian fields in 1900, promised to do something about it, and two years later had not been heard from again, a pattern of neglect not unusual in southern California Indian affairs. The Indians' complaint about not receiving monies owed them from rentals of the hot springs was likewise ignored for the two years (Chino 6/10/1902).[164] In 1903 the Mission-Tule Consolidated Agency, over which Wright and his predecessors in the 1890s had presided, was divided into two agencies, of which the one based at San Jacinto was to serve the Agua Caliente Reservation. Wright, as Superintendent and Special Disbursing Agent, continued to be the person with whom the Band dealt for several more years, albeit rarely.

Wright's relationship with Marcus Belardo, who was captain of the Agua Calientes in 1905, was particularly troubled. Belardo, undoubtedly feeling that Wright should have nothing to do with naming the captain, refused a "captain's commission" that Wright had Francisco Arenas take to him, but was furious when Arenas returned the "commission" to Wright. Belardo's attitude was no doubt related to the conflicts a decade earlier when the Indian Service insisted upon its "right" to select (appoint) leaders of the reservation rather than allowing Indians to select their own leaders.

After that Belardo threatened to cut off Arenas' water, a responsibility of the captain being to manage the distribution of water. Wright thereupon wrote William Pablo (who often acted as an interpreter between Wright and the Agua Caliente people) that he was not to advise the Indians in Palm Springs, that Belardo would get in trouble if he cut off Arenas' water, and that it would do Belardo no good to complain to Mr. Collier in Riverside (4/22/1905).

At the end of 1907, Wright's erstwhile duties were assumed briefly by Anna C. Eagan, who was succeeded two months later by an extraordinary superintendent, Miss Clara True (Chubbuck 12/31/1907), a superintendent whose zeal in identifying problems between Indians and non-Indians and for protecting the rights of the Indians exceeded that of both her predecessors and her successors, and eventually led to her dismissal because she became *persona non grata* to important non-Indians in the region. In addition to her duties as superintendent, she taught the school on Morongo Indian Reservation, this being an era when agency duties fell on reservation school superintendents.

Ironically, in 1908, an assistant farmer was added to the agency staff, to show people who were already sophisticated farmers how to farm. One of his duties was to persuade members of the Agua Caliente Band to move onto Section 35, T 4 S, R 4 E, SBM, now that it had been bought for the reservation. It was thought to be fine farmland, and the Indians would have to use the irrigation water that had been recovered for them in order to maintain their rights to it. Most of the Band, however, were

---

[163]She was enrolled as Juana Saturnino.

[164]Chino's letter is witnessed by Miguel Saturnino, and Lee Arenas is named as the Interpreter.

ACC0006804

reluctant to move so far from Section 14, lest they lose their rights there, and lose contact with the rest of the Band.

## Pastureland

Wright in 1900 had been advised that the lands along and across Palm Canyon, San Andreas Canyon, and "Middle Canyon" had been included by Executive Order in a timber reservation, and a move was said to be on foot to close up the canyon openings so that the Indians could not pasture their cattle there. Wright complained on behalf of the Indians, saying that it was absolutely necessary for the Indians to have access to this pasture for their cattle, and there was no reason they shouldn't, since non-Indians were not prevented from pasturing their stock in the canyons (Collier and Wright 5/10/1900). The superintendent was nonetheless directed to fence off the mouths of the canyons and did so (Collier 8/18/1903). A request in 1903, originating with Marcus Belardo, that Chino Canyon be set aside for the Band as grazing land, resulted in the discovery that the land in question had been set aside for Indian use by Executive Order in 1877. It was still being held in the public domain pending the issuance of patents for all reservations selected by the Mission Indian Commission, and "so far as this Office is concerned, not until it has ceased to be needed for Indian purposes" (CIA 9/11/1903). This was an extremely important discovery that had far-reaching results. The Acting Commissioner wrote Collier that an effort would be made to return it to the Indians (Collier 8/18/1903; CIA 9/11/1903).

## Water and Land

As we have noted above, when the decade began the McCallums were still illegally diverting and using the waters of Tahquitz Canyon. Collier, instructed in early 1901 to investigate, negotiated an agreement on the Tahquitz water rights with H. J. McCallum and his creditor, the First National Bank of Los Angeles, that came to nothing when McCallum died, leaving no one willing to act on the matter in his stead. Tahquitz water, after McCallum's death, was once more claimed by the Indians, but the supply usually dried up in the summer. So did the Whitewater ditch, the other source of water for the little settlement. In the summer of 1902, for example, the Whitewater ditch had brought water to Palm Springs on only two occasions between July 5 and August 12 (Collier 8/12/1902).

At the end of 1902, the Indians, desperate for more water and aggravated by Wright's seven month delay in distributing Murray's $100 lease fee to them, managed to reclaim a water supply for themselves by refusing to renew the Murrays' lease of the hot springs. They intended to build a reservoir on Section 14 to facilitate irrigation (Murray 12/31/1902). The Indians did take over the operation of the the bathhouse, which remained in demand as a health spa. By mid-decade there was a dispute over whether the bathhouse income should be divided among them or used for repair of the facility. One group, led by Captain Marcus Belardo, wanted to use the money for repair of the bathhouse, and an opposing group, probably because there were so few other opportunities to acquire an income, wanted it distributed. Belardo had the keys to the bathhouse, but the funds were held by successive bathhouse attendants. Special Inspector Chubbuck negotiated a compromise whereby the funds held by two of the attendants were distributed, and those held by another, supplemented by money extended by Wright, were to be used for repair (Chubbuck 5/18/1906).

In 1903 the visit to the reservation of George Butler, Superintendent of Irrigation, United States Indian Service, made at the behest of the Commissioner of Indian Affairs, marked the beginning of the Indian Irrigation Service's intervention in the reservation's water problem.

The funding of the Indian Irrigation Service's southern California programs was increased as a result of the public outcry by advocates for Indian rights that followed the Supreme Court's 1901 decision denying the Indians at Warner's Ranch their title to their land, their subsequent eviction, and their resettlement at Pala Reservation. Such advocates as Constance Goddard Du Bois, Charles Lummis, publisher of the magazine *Out West*, the Rev. H. B. Restarick of San Diego, the Rev. William H. Weinland of Morongo Reservation's Moravian Mission, and Charles L. Partridge of Redlands, filled southern California publications with stories of Indian hardship and starvation, and exerted pressure on administrations in Washington, D.C., where the prevailing sentiment was that the Indians should be

ACC0006805

weaned from their traditional ways, the men to be trained in agriculture and other trades, and the women in domestic arts.[165]

Although many southern California Indians were in dire straits, the situation for the Agua Caliente had somewhat improved since 1900. Butler found 10 or 11 families living on Section 14, and raising figs, grapes, melons, beans, and some alfalfa—as much farming as their assured water supply would irrigate. He recognized that in times past the Indians had constructed ditches to use the water from Andreas, Chino, and Tahquitz canyons, and had irrigated lands in Sections 2, 10, and 11 of T 5 S, R 4 E, and Sections 7, 10, 14, 15, 34, and 35 of T 4 S, R 4 E, SBM. Butler, who thought that the waters of all three canyons would be available to the Tribe, recommended further study of the situation (8/22/1903).

The economic situation of the Agua Calientes brought on by the long drought eased when it began to rain in 1903, which was none too soon. By that spring it was so desperate that it had been necessary for Indian Agent Wright to send emergency food supplies to the Agua Caliente (Murray 5/19/1903; Wright 3/17/1903, 4/1/1903). In 1905 and 1906 the rains were again abundant, somewhat improving the Palm Springs economy.

In 1903, a new captain, Pedro Chino, complained about irrigation problems on the reservation. They were called to the attention of the OIA by Mrs. H. L. T. Wolcott, a Massachusetts woman, probably a member of the Women's National Indian Association (WNIA) (Tonner 6/26/1902, 7/2/1902; Chino 6/10/1902). Several years, however, passed before the understaffed Irrigation Service addressed the needs of the Agua Caliente people.

Special Inspector Leo Chubbuck, who was to be involved in irrigation on the Agua Caliente Reservation for many years, was first sent there in 1906. Chubbuck's first proposals for the solution of the reservation's water problems were judged impractical by Wright because Chubbuck had visited at a time when water was abundant and was overly optimistic about the value of Tahquitz Canyon as a source of water (Chubbuck 2/24/1906; Wright 2/26/1906).

Chubbuck in 1906 tried to get Section 7, T 4 S, R 4 E, SBM, a section in Chino Canyon, exchanged for other land by the railroad, but George Wharton James, a well-known "booster," author, and specialist in Indian culture, had been given a nominal lease of the section by the railroad in order to have a possessory right to the water in case the railroad should need it at its Palm Springs station seven miles away. The adjacent Section 6 was already reserved for the use of the Indians. He noted that the Palm Springs station itself was on Section 22, T 3 S, R 4 E, which was not a railroad section, being "reserved for use of Indians" (Chubbuck 5/18/1906). The ultimate failure of the OIA to have Section 7 in Chino Canyon land made a part of the reservation increased the importance of Tahquitz Canyon as a source for water and agricultural, residential, and business development.

In the same report, Chubbuck, perhaps alerted by Collier's 1903 discovery that there were lands not on the reservation that were still held as reserved for the Indians by the federal land office, pointed out that only Sections 12, 14, 22, 24, 26 and 34 of T 4 S, R 4 E, SBM had been patented to the reservation, whereas Section 2, T 5 S, R 4 E, SBM, recommended along with the others as a part of the reservation by the Mission Indian Commission, had not been. It, and the remaining even sections of T 4 S, R 4 E, and the even sections in T 3 S, R 2 E, and T 5 S, R 5 E, SBM, taken away from the reservation by the Mission Indian Commission, all still stood in the books of the U.S. Land Office at Los Angeles as having been withdrawn from public entry for use of Indians by the Executive Order of 1877 (5/18/1906). Special Agent C. E. Kelsey, the following year, found that the even numbered sections in T 4 S, R 5 E SBM were also still reserved for Indian use (1/11/1907). Chubbuck and Kelsey also discovered the same thing about lands taken from other reservations by the Mission Indian Commission. Chubbuck's and Kelsey's discoveries that these lands were still reserved for Indian use led to an Act of

---

[165]Hoxie (1984) perceives a change in the attitude of Indian reformers at the turn of the century from an emphasis on preparing the Indians for assimilation to an emphasis on vocational training, but the change was reflected in the educational goals for the dominant society, as well. In 1880, most American children were considered educated when they finished elementary school. By 1900, not too many were actually going further, but by then the goals of the educational system with respect to "middle class" students were toward the academic and away from the vocational.

ACC0006806

Congress on March 1, 1907 (34 Stats. L. 1042) that returned the lands to the respective reservations, if it could be shown that they had continued to be used by the reservations and were needed. Indian Agent Clara True helped provide the necessary documentation that this was true of Agua Caliente lands (1909), and on January 5, 1911, these lands were returned to the reservation, giving the reservation the even numbered sections it had been granted in 1877, but not the odd ones that had not been surveyed in 1877 (Figure V.7a-c). For the reservation, the return of these lands was one of the most significant events of the first two decades of the twentieth century, but the story of how it came about is rarely told.

Chubbuck also pointed out that much of the water flowing in the Palm Valley Water Company's main ditch was not being used. Holders of the Palm Valley Water Company's stock had assured him "there would be no objection on their part" to the Indians' using the water in the company's abandoned ditch as it ran over their property. He advocated that the ditch be repaired and that the water from Tahquitz Canyon be brought to the northeast corner of Section 22 and divided, one part to be carried to the south part of Section 14 and thence to Section 24, and the other part to be run into the Palm Valley ditch which touched the northeast corner of Section 22, swung into Section 23 and back to run for half a mile in Section 22, and then into Section 26 in its northeast corner and across it. All of these even sections were Agua Caliente land with considerable agricultural potential, but were not being farmed for lack of water (5/18/1906).

Chubbuck also recommended that Barney's property in Andreas Canyon be bought for the reservation, pointing out that it was for sale at $10,000 and could probably be bought for less. He furthermore recommended that the rights of the Palm Valley Water Company be purchased for the reservation, on which he listed in excess of 2000 acres of land that would be very valuable if irrigated.

Chubbuck thus put forth a grandiose vision for the reservation, one with sufficient land and water for many Indians, not just the Agua Caliente people (5/18/1906), thinking that this expanded reservation would support a considerable population if irrigated as he suggested.

Some of Chubbuck's recommendations were not carried out, but their feasibility was seriously investigated, and several were carried out. For example, Barney's holdings, which included a group a group of small frame buildings on Section 35, after considerable negotation were purchased in 1907 for $6000, using funds controlled by Special Agent C. E. Kelsey (Kelsey 1/11/1907), and the long process of repairing and improving the Andreas irrigation system began, so that agriculture could be developed, with the government providing the money and the Indians the labor (Figure V.8).

However, as was often the case on southern California reservations, several of these opportunities to provide an increased economic asset for the Agua Caliente people, who had already lost so much of their original land holdings and rights, were passed up by the Indian Service. Although the assets of the Palm Valley Water Company turned out to be available for $10,000, the system was not bought, this being judged too expensive for the needs of such a small number of Indians. The water rights of the traditional and economically valuable lands of Chino Canyon were filed upon for several years, but the Department of the Interior decided not to continue filing on it, because its staff could not come to any agreement on the advisability of pursuing the question further, and because the cost of bringing the water to the reservation's irrigable lands was thought to be excessive (Code 12/30/1907, 4/14/1908; Larrabee 4/27/1908). Thus was a valuable asset lost.

A patent for Section 2, T 5 S, R 4 E, SBM, covering 628.56 acres, was issued in 1907 (Larrabee 5/23/1907). This is the section that lies at the mouth of Andreas Canyon.

**The Rogers Affair**

Within a year a new water crisis developed. In the fall of 1908 an unscrupulous developer named Ralph Rogers turned off the Indians' water supply from Tahquitz Canyon in order to divert it to Section 23, which he intended to develop. True and her policemen turned the water back where it belonged and stationed an Indian policeman to guard it, but not before Indian crops had been destroyed by lack of water) (Fluison 6/8/1909; Patencio et al. 8/14/1909). It turned out that Rogers and his son, Howard Leslie Rogers, had embarked on an elaborate scheme designed to acquire the Indians' rights to Tahquitz water. Clearly, the federal government's influence in Palm Springs was not deemed threatening.

ACC0006807

A Decade of Slow Recovery: 1900-1909



**Figure V.7a-c. Plats Showing Agua Caliente Reservation as of January 5, 1911**
a) Plat showing Indian Lands in T 4 S, R 4 E, SBM.

ACC0006808



# AGUA CALIENTE RESERVATION

### RIVERSIDE COUNTY, CALIFORNIA.

Executive Order    Sept. 29, 1877

Patented to Band    Jan. 5, 1911

**Figure V.7a-c.  Plats Showing Agua Caliente Reservation as of January 5, 1911**
b) Plat showing Indian Lands in T 4 S, R 5 E, SBM.

V-232

ACC0006809

A Decade of Slow Recovery: 1900-1909



**Figure V.7a-c.  Plats Showing Agua Caliente Reservation as of January 5, 1911**
c) Plat showing Indian Lands in T 5 S, R 4 E, SBM.

V-233

ACC0006810

The Tahquitz Report: Ethnography and Ethnohistory



**Figure V.8. Sketch of Section 35, Showing Irrigation Features, 1908**

V-234

ACC0006811

In late May, 1909, Rogers attempted to run an irrigation ditch across a corner of the reservation, and on June 2, posted a claim to the customary flow of Tahquitz Creek in order to divert it into the southwest quarter of Section 23 for power, domestic use, storage, and irrigation. Rogers, moreover, after laying pipe from Section 7 in Chino Canyon across Reservation Sections 4 and 8, and after the beginning of investigations into his operations, formally filed for the water from Chino Canyon and a right-of-way for the pipe (Amend and Amend 6/10/1909; Johnson 9/2/1909:16-17). Rogers' son filed on Tahquitz water rights (Johnson 9/2/1909:7).

In June, 1909, workmen from the Rogers' company, the Mineral Park Land Company, began to stake out lots on the east half of Section 10 and to dig an extension of the Whitewater ditch to bring water to them. Alert to protect their water rights, the Indians, led by Indian policeman Segundo Chino, brother of Pedro Chino and a member of the Morongo Indian Reservation, pulled out and burned the stakes, and tore out 75 feet of the ditch. Three days later Rogers and his son came upon Segundo Chino and Willie Marcus repairing a bridge that had been washed out by a flood. The son pointed at Chino as the man who pulled up the stakes. Rogers thereupon fired at Chino with a rifle. Chino returned the fire with his revolver. Both Ralph Rogers and his son were arrested and confined for eight hours. The Indian Service, notified by telegram, gave its approval of the Indians' action. The Mineral Park Land Company then brought suit for damages on the grounds that it had bought the tract in question from Welwood Murray (Johnson 9/2/1909).

As was so often the case in southern California when Indians came in conflict with non-Indians, the Indian Service backed down. The Rogers were released from custody, and the Indian Service sent a well-known trouble shooter, Chief Special Officer William E. Johnson, to investigate and negotiate a settlement. Johnson described the Rogers' strategy in a report made the following fall. He reported that Ralph Rogers, who was president of the Pacific Savings Bank of Los Angeles, a bank set up "during a period of a few days in which California technically had no banking law," and therefore one that could evade the banking laws of the time, bought most of the stock of the defunct Palm Valley Water Company from the client of the First National Bank of Los Angeles who owned it, and transferred it to a "dummy," J. McLaughlin, behind whom Rogers operated. Rogers was "at the head of a little coterie of individuals who appear to make a business of resurrecting defunct organizations of this character", and began to assert claims to which the defunct organizations had title, "and then sell out to anybody whom they are able to hold up" (Johnson 9/2/1909). The Agua Calientes were getting an introductory course in the ways of land developers, speculators, and other opportunists—lessons they would need to remember again and again.

Johnson further discovered that Rogers had filed no articles of incorporation for the Mineral Park Land Company in Riverside County, as required by law, and had allegedly turned over to it the land in Section 10 that he personally had contracted to buy from Welwood Murray. He had filed for the Palm Valley Water Company at the office of the Riverside County Assessor a somewhat irregular and inaccurate map of the east side of Section 10, which was used by the assessor to assess the value of the land at $1 per acre, "which land, under the cover of the mythical water rights, the Rogers people have platted in acre lots and are offering them for sale at $500 per lot" (9/2/1909:8-9).

Johnson aptly concluded that the Rogers people were "thieves and grafters," and, in the belief that the matter could be settled by "friendly adjustment" without depriving the Indians of "eighty or ninety thousand dollars worth of water that belongs to them," recommended that the Indian Service stand firm and let the Rogers sue. He noted that he had a little program in mind based on information he did not want to commit to paper (9/2/1909:29-30). What he did was to threaten to close all roads and rights-of-way across Indian land, an action that would have prevented getting Chino Canyon water across Sections 4 and 8, and the development of Rogers' lands on Section 23 (a strategy the OIA and the Agua Calientes found necessary to use again on occasion in later years). Shortly thereafter, Rogers agreed that the Indians might replace the stakes and water ditch (he had previously insisted on a cash settlement for the damage), and waived rights to Tahquitz Canyon water if the rights-of-way and road access were granted (Amend 10/2/1909).

ACC0006812