tered, and offering suggestions that have immeasurably strengthened this book.

Mrs. Nancy Bercovitz took many of the photographs in this volume and was responsible for photographic layout. Her photographs in this work represent only a fraction of many valuable pictorial studies she is making of Cahuilla culture. The Southwest Museum of Los Angeles, the Lowie Museum of the University of California, Berkeley, and Palm Springs Desert Museum have generously assented to use of historical photographs from their files. We are deeply grateful to the American Indian Historical Society for permission to reprint the article on aboriginal agriculture by Harry Lawton and Lowell Bean, which appears as an appendix to this volume, and which was first published in *The Indian Historian.* Editorial suggestions at various stages of manuscript preparation were made by Dr. Hansjakob Seiler, Edna Badger, Jean Marie Taylor, Charles Smith, and Robert Gill. The final manuscript was reviewed by members of the Malki Museum Press editorial board and Oscar Clarke. We are particularly indebted to Harry Lawton for editing the work and guiding it through publication.

Riverside Municipal Museum, its board of directors, museum association, and staff under the direction of Charles Hice made a significant contribution to completion of this book. Originally, the museum offered the authors an opportunity to publish the work and provided some research funds. This aid came at a critical period and is much appreciated. We are also grateful to the Faculty Research Committee, California State University, Hayward, for a grant to carry out field research. Finally, we wish to thank Wenner-Gren Foundation for Anthropological Research and the American Philosophical Society for providing part of the funding for studies of southern California Indians.

The authors recognize that there is currently much interest in native American food plants, especially among young people fascinated with the idea of living in an ecological balance with nature. Some of the plants discussed in this book occur only sparingly in the environment today, and should not be disturbed since widespread collection could result in their extermination. We have tried to alert readers to all plants known to be toxic, but it must be emphasized that all unfamiliar plants should be treated with cautious respect. Readers should remember that the Cahuilla had centuries for experimentation with plants in which to become familiar with their risks and rewards. Some toxic plants were used for food and medicine by the Cahuilla, but they were well acquainted with the

ACC0019210

proper amounts to use or processing methods which reduced toxicity.
The information gathered here is often fragmentary, representing
only a fraction of original Cahuilla plant knowledge. For that rea-
son, readers should recognize that much more knowledge of the
Cahuilla past would be needed to safely use many of the plants
discussed.

*—Lowell John Bean*
*Katherine Siva Saubel*

ACC0019211



THE CAHUILLA AND THEIR NEIGHBORS

ACC0019212

# The Cahuilla Natural Environment

The territory occupied by the Cahuilla is unusual geographically in its great variety of topography, climatic conditions, and biological life zones. These circumstances directly influenced the nature of the plant community upon which the Cahuilla depended for subsistence, and the plant community, in turn, significantly affected development of Cahuilla settlement patterns, social structure, ritual, and philosophy (Bean 1972).

The northern boundary of Cahuilla land is marked by the southern slopes of the San Bernardino range and its smaller extensions to the east, the Little San Bernardinos and the Cottonwood and Eagle ranges, which separate the Mojave Desert from the Colorado Desert. These mountains served as a recognized boundary between the Cahuilla and their northern neighbors, the Serrano Indians. The southern foothills of these mountains and the intervening San Gorgonio Pass, which separates them from the San Jacinto Mountains, were extensively occupied and exploited by the Cahuilla. Towering above the San Gorgonio Pass is Mount San Gorgonio (11,502 feet), the highest peak of the San Bernardino range, and the highest mountain south of the Sierra Nevadas.

South of the Little San Bernardinos and east of the San Gorgonio Pass lies the Colorado Desert. This includes an ancient lake basin, one of the lowest points in the United States, ranging in some areas to 300 feet below sea level. The western edge of this desert is shadowed by the San Jacinto and Santa Rosa Mountains, which receive so much precipitation that they support fine forests and can in no way be considered desert areas. The higher rainfall

9

ACC0019213

near these ranges was reflected in a more intensive use and occupancy by native Californians than in the more easterly and arid sections of the Colorado Desert. From the steep slopes of the San Jacintos, surmounted by Mount San Jacinto (10,786 feet), the desert floor descends sharply in a few brief miles to 300 feet below sea level—one of the swiftest topographical ascents in North America.

The San Jacintos, which lie at a right angle and to the south of the San Bernardinos, provided the principal food-gathering ranges for the Cahuilla. This is an area of relatively high rainfall conducive to rich vegetation. Contiguous to the San Jacintos and running easterly are the somewhat drier Santa Rosa Mountains, which descend abruptly to the floor of the Anza-Borrego Desert on the southeast. This arrangement of desert adjacent to mountains provided the Cahuilla with a contrasting and advantageous variety of life zones. The Cahuilla on the southern slopes, residing in Los Coyotes and Rockhouse canyons, customarily exploited both the desert and mountain terrains as did Indians on the western edge of the Colorado Desert at Palm Springs and Indio. West of the San Jacintos, there are rolling foothills and valleys with plains typical of the San Jacinto Valley. The Cahuilla inhabitants of this area benefited from higher rainfall and a richer, although less varied vegetation than the desert-oriented Cahuilla.

Average daily temperatures within the Cahuilla territory vary from 40°F to 52°F in January and from 75°F to 100°F in July, although there are extreme seasonal variations and temperatures can become very hot in the desert areas during the summer, sometimes reaching as high as 125°F. Judicious selection of village sites took into consideration the possible ranges of temperature so that people were as comfortable as possible throughout the year. Thus villages were usually placed on alluvial fans and at canyon mouths where they received the benefit of warm winter breezes from the desert and cool summer winds coming down the canyons from the mountains.

Rainfall varies radically from one area to another in Cahuilla territory. It ranges from 4 inches or less annually on the desert to 30 inches or more in the mountainous areas. The problem of water supply was solved in drier areas by the hand-dug water wells for which the desert Cahuilla were renowned. In addition, permanent springs and streams which emerged out of the mountain ranges onto the foothills and the alluvial fans helped provide the Cahuilla with sufficient water. Although many of the Cahuilla were desert-

10

ACC0019214

oriented, water does not appear to have been a particularly serious problem, except during extremely dry years.

## BOTANICAL LIFE ZONES

Using the life zone classification of Hall and Grinnell (1919: 37-44), we shall describe the major types of botanical life forms available to the Cahuilla. Even in these zones there is considerable variability in patterns of plant distribution, and life zone models should be viewed as an ideal rather than a real depiction of flora zonation. The actual distribution of plants, although usually fairly consistent with the life-zone model, varies frequently enough so that factors causing such variability should be pointed out. Often plants which are typical of one zone may be found in another because of one or more of the following factors: (1) drainage of cold air from hillslopes, producing warmer thermal belts there; (2) accumulation of such cold air in valley bottoms, producing areas of exceptional coldness; (3) streams carrying cold water that cause higher altitude plants to grow at lower elevations than might be generally expected; (4) evaporation from moist soils, and lingering snow banks that depress temperature in some areas and change the botanical pattern; (5) rocky slopes and outcroppings that tend to be warmer than surrounding areas and thereby cause differences in plant formation; and (6) contrasts in exposure to solar radiation, producing warmer but drier south-facing slopes and cooler but more moisture-retaining north-facing slopes. These factors all work to frustrate any attempt to construct a neat, consistent pattern of Cahuilla vegetation resources. To demonstrate the range of resource variability however, we will present a brief summary of life zones borrowed from Hall and Grinnell's typology as a useful guide for the reader in keeping in mind the types of environment in which various plants grow.

Life zones in Cahuilla territory can be classified into four categories: Lower Sonoran, Upper Sonoran, Transitional, and Canadian-Hudsonian. Each of these zones provided a distinctive Cahuilla food collection potential.

## LOWER SONORAN LIFE ZONE

The Lower Sonoran Life Zone, which ranges from the desert floor to 3,500 feet, lies generally below the pinyon-juniper belt.

11

ACC0019215

This zone is characterized by low rainfall, averaging about 4 inches annually on the desert floor, fine-textured alluvial to sandy or gravelly soils, and xerophytic plant communities. Over the broad desert flats, the creosote bush is the dominant plant, replaced by the saltbush in areas of more saline or alkaline soils. Washes are characterized by desert willow, smoke tree, palo verde, ironwood, and catclaw, and areas with water at or near the surface by California fan palm, mesquite, screwbean, arrowweed, and reeds. Well air-drained slopes, particularly with southern exposures, have higher temperatures on critically cold winter nights and support frost-sensitive plants such as cholla, barrel cactus, ocotillo, century plant, and creosote bush. Higher elevations and north-facing slopes, both with cooler conditions, are the locale of the Mojave yucca, goatnut, and nolina. Thus, even within the Lower Sonoran zone there are distinctive plant communities.

Approximately 60 percent of the land within Cahuilla territory lies inside the Lower Sonoran zone. The authors have tentatively estimated that more than 40 percent of the plant species exploited by the Cahuilla may be found in this biotic region, particularly on alluvial fans. This estimate includes those plants characteristic of other life zones which overlap into the Lower Sonoran zone. The food resource value of plants in this zone was particularly high, because as Aschmann (1959b:43) noted: "Desert plants in general spend far more of their energy on reproduction and so provide far more concentrated nutrients suitable for animal consumption than would the same amount of vegetative matter grown in more favored regions." This is particularly true of annuals, which concentrate on seed reproduction for survival. In contrast, perennials on the desert may produce no seed in low rainfall years.

## UPPER SONORAN LIFE ZONE

The Upper Sonoran Life Zone extends upward to the 5,000-foot level. Summers are usually warm in this zone and winters are cold with rainfall averaging about 15 inches annually. On the desert slopes, pinyon and juniper are the most characteristic species, although there are notable exceptions such as a stand of ribbonwood or red shank at the southern end of Pinyon Flats and a belt of chaparral on the northern slopes of the Santa Rosas. On the western slopes of the San Jacintos and in the foothills of the San Gorgonio Pass, however, chaparral belts are dominant. Although pinyon and juniper

12

ACC0019216

are usually thought of as forming a plant association, juniper actually occurs at a slightly lower elevation and interlaps with pinyon. Other characteristic plants of the Upper Sonoran zone are chamise, ironwood, oak, ocotillo, manzanita, buckthorn, and barrel cactus.

More than 30 percent of the land available to the Cahuilla lay within this life zone. The authors estimate that over 60 percent of the food plant species used by the Cahuilla—including those species which overlap from other zones—may be found in this life zone.

## TRANSITIONAL LIFE ZONE

The Transitional Life Zone ranges from 5,000 to 7,000 feet and sometimes slightly higher. This biotic zone is characterized by relatively cool summers and cold winters with an annual precipitation of 20 to 30 inches. These are the useful forested areas of Cahuilla territory. The forests are coniferous and the yellow pine group is dominant. There are scattered oak groves throughout this life zone, and along streams cottonwood and willow trees are common. In other areas, a chaparral type of vegetation may occur. Abrams (1910:310-312) recorded some fifty plant species typical of this zone. For the Cahuilla, the most important plants were oak (particularly *Quercus kelloggii*), manzanita, and elderberry.

The authors estimate that about 15 percent of the plants utilized by the Cahuilla, including overlapping species more characteristic of other zones, lay within this region. The importance of this zone is magnified, however, by the presence of California black oak, one of the most favored of Cahuilla staples.

## CANADIAN-HUDSONIAN LIFE ZONE

In this zone, which extended from 7,000 feet to the summits of the mountain ranges, there was very little plant life to be exploited by the Cahuilla. Rainfall is heavy in this zone, and during the winters subfreezing temperatures may occur for long periods. During the summer, this area was primarily exploited by hunters in search of large game. Occasionally, the few useful plants that grew at these high elevations were gathered. Among the characteristic trees of this zone is the lodgepole or tamarack pine. This biotic zone comprised about five percent of Cahuilla territory.

Readers interested in a more thorough discussion of the environmental factors affecting Cahuilla subsistence and culture will find such information in *Mukat's People* (Bean 1972).

ACC0019217

# Plants And Cahuilla Culture

Among the Cahuilla plants were not viewed simply as objects which might or might not be useful to man, but as living beings with whom one could communicate and interact. Plants were one of a number of life forms such as rocks, elemental forces, animals, birds, and spirits that could communicate with those who knew how to "listen." Plants play their own anthropomorphic roles in Cahuilla traditional lore and in the epic-length cosmogony and other oral literature. This role of plants was not simply metaphorical or literary, however, since Cahuilla oral literature was considered to be an accurate representation of past events and of a natural reality that was on-going in the present.

Plants were placed on earth by the Creator to serve man, but it was not intended that this should be an exclusive one-way relationship. Man was seen as one of a number of cooperating beings who shared in the workings of a universe that was an interacting system. All parts of this system were reciprocal and man had obligations to the rest of the universe and its creatures. Plants, like any life form, were therefore treated with respect. A person gathering a plant would thank the plant for its use, apologizing in one sense for the harm inflicted on the plant, but also recognizing that it was natural that the plant submit to its predetermined use. In the Cahuilla cosmogony or creation myth, the god *Mukat* decrees that the first fire will be made out of *Ninmaiwit*, the woman who is a palm tree. Her screams of anguish are pitiful, yet the people recog-

15

nize the inexorability of her sacrifice as part of the order of the universe.

Each use of a plant, however, required an acknowledgement of the indebtedness of the user, and this was expressed in rituals associated with such use. These rituals were a recognition that there was a right conduct associated with the use of any life form, and they also helped to ensure regeneration of the life form. One of the fundamental obligations of each user was not to overexploit a plant, so that its survival was endangered. For this reason, when plants were collected, a part of the plant was usually left behind and it was seldom stripped bare. Nor were all plants of one type in any gathering area ever collected; some were always left behind for species propagation.

There were not only rituals accorded to the plant, but there were also rituals that extended beyond the plant as an individual life form to those supernatural agencies responsible for plant fertility. A first-fruit ceremony was therefore held at the beginning of the gathering season for most major foods such as agave, mesquite, acorn, and pinyon. Lineage members of a village gathered at this ceremony to eat a ritual portion of the crop. The ceremony lasted three days and three nights and was held to express appreciation to the supernatural powers for providing a bountiful harvest. The ceremony also ensured that any "sickness" which was put into the food at the time of Creation was exorcised and that the supernatural beings responsible for plant fertility would provide crops in future seasons.


CAHUILLA FOLK TAXONOMY

Cahuilla folk taxonomy was extremely sophisticated, and the names given to plants were very exactly chosen and are often in keeping with modern botanical classifications. Each species of oak and yucca recognized by botanists, for example, is also classified by the Cahuilla. Occasionally, plant families were also recognized: all cacti or members of the family of Cactaceae are encompassed by the Cahuilla term *navtem*. More general categories were also recognized: a number of genera of berry-producing plants, for example, were lumped together under the term *piklyam*. The finiteness of categorization was usually related directly to the importance and extent of plant usage.

Generally, the Cahuilla identified plants by outward appear-

16

ACC0019219

ance, using such criteria as the morphology of plant parts. Whether or not plants had a human use was also important. Non-useful plants were often given a purely descriptive name, such as "hummingbird's tongue" or "wind-pet." Names of useful plants frequently reflected their function. Many plants fell into descriptive categories such as "fuzzy," "thorny," and "waxy" or "non-waxy." Smell was an additional significant criterion in plant classification. Almost every elderly Cahuilla when asked to name a plant regards smell as a primary observation to make before giving an identification.

Cahuilla plant knowledge—even in the fragmentary lore that survives—is so broad and intimate that one wonders how the Cahuilla discovered so many diverse uses for plants. There must have been thousands of experiments over centuries to arrive at so many plant uses. Some hint of this process may be found in a notebook left by the late William Pablo, a *puul* (shaman) who was still keeping empirical records of his plant findings in the early part of this century. New foods and medicinal plants were experimented with cautiously in sparing quantities before being introduced to general use. It was the *puvulam* (shamans) and older women, especially those who were *tingavish* (doctors), who concerned themselves with botanical knowledge and experimentation.

The Cahuilla began learning about introduced plants from the whites soon after contact. They were wary of new products, however, partly because they mistrusted white men and also because many European diseases accompanied white arrival. At the same time, a people so versed in ecology could not resist the challenge of new plants. The new plants were adopted into the Cahuilla culture, but only after careful experimentation. Certain new plants, particularly various cereal grains, appear to have been introduced swiftly, possibly because of their botanical similarity to many familiar native grasses. Other new plants, such as potatoes, tomatoes, and cabbages, appear to have been adopted by the Cahuilla relatively late in the nineteenth century, even though they were grown as staples at the Spanish missions along the coast. One rule-of-thumb in trying out new plants was to observe whether they were eaten by birds and animals. Another rule-of-thumb, recalled by Mrs. Alice Lopez, related to plant color. She remembered, for example, that white-colored berries were usually avoided.

The Cahuilla and Southern Diegueño (including the related Kamia) appear to be the only Indian groups in southern California who possessed native words for certain cultivated plants and a terminology suggesting the existence of concepts related to agricul-

ACC0019220

tural techniques. A comparative study of southern California Indian myths made by Harry Lawton (1967) indicated that crop plants figured only in the myths of these groups. The crop plants predominantly mentioned in Cahuilla myths were those which were part of the aboriginal agricultural complex of certain Colorado River tribes to the east of the Cahuilla. These facts and other circumstantial evidence studied over the past five years suggest that agriculture may have reached the Cahuilla by diffusion from the east prior to Spanish contact. The case for aboriginal agriculture among the Cahuilla is presented in the Appendix.

The pervasiveness of Cahuilla concern with plants is reflected in many ways in their culture. Names for some of the seasons referred to growth stages of plants. Plant names were often used in naming people, particularly girls. Cahuilla lineage names were occasionally suggestive of plant relationships. Many place names gave clues to dominant plants of a locale. The latter usage was frequently functional. When a Cahuilla knew the dominant plant of an area, he was skilled enough as an ecologist to immediately predict or anticipate what other plants and animals might be part of that area's ecosystem.

## PLANTS AND SOCIAL ROLES

Cahuilla custom governing the division of labor provided that the gathering of food plants was generally an activity of women, but not their exclusive province. Since men through hunting often became familiar with locations of the best stands of plants, no actual restrictions were placed on what plants they might collect or process.

In the case of some food plants, such as agave, men were almost the exclusive collectors because of the physical labor involved in gathering. A few major crops such as pinyon, acorn, and mesquite involved the labor of the entire family. Through ritual, men also played a primary role in all plant gathering, since they were responsible for maintaining supernatural support of the ecosystem and indicating when plants were ready to be gathered and who should gather them. Although excluded from many formal rituals and political roles in aboriginal times, women always constituted a powerful informal political force, maintaining a valued position in their husbands' community as well as in their own community of birth.

Most Cahuilla were very familiar with the uses of the majority

18

ACC0019221

of plants, particularly those used for food. Certain people, however, because of their special training, knew more about specific plants than others. Among such people were shamans, doctors, and basket-makers, all of whom had to be intimately acquainted with specialized plant usages.

Cahuilla medical knowledge, more than any other area of plant use, was the province of specialists. *Puvulam* (shamans) and *tingavish* (doctors) made special studies of plant uses, experimented with various treatments, and learned the precise dosages of plant substance required to effect cures. Although some of this knowledge was public, much of it was kept guarded and passed on only to apprentices and friends. Shamans and doctors met frequently and compared curing techniques. At the same time, some specialists kept secret particular remedies.

The shamans occupied a more prominent position in the community than did the doctors. They employed both sacred power and plant remedies in curing as opposed to the doctors who relied on herbal treatments. The differences in status between these two roles have been discussed by Bean (1972). Doctors were usually women renowned for their curing abilities. This role along with basketmaking was one means by which women could acquire unusual stature in a male-dominated culture.

Equipment of shamans and doctors comprised special grinding equipment such as mortars, cutting implements (for surgery), and special pots for cooking medicinal plants. In addition, shamans also employed certain "power-enhanced" objects to cure patients. Mortars and pots of the shamans were frequently endowed with powers emanating from *nukatem* (spiritual guardian beings). Other equipment having power included special rocks and wooden wands to which feathers (usually owl) and sometimes an eagle claw or a raven's wing were attached. Elaborate song and ritual accompanied cures performed by shamans as well as the use of the power-endowed objects in various ways. Among medical treatments employed by shamans were herbal remedies, sweating, massage, prescribed dietary restrictions, and sucking and the laying on of hands.

THE SEASONAL ROUND

Each Cahuilla lineage had a permanent village judiciously located in relation to the natural resources of an area. There was no time when an entire village moved to another location, although

19

ACC0019222

considerable numbers of people within a village might move to other areas at certain times of the year in following the seasonal round of gathering activities. Villages were usually situated in the lower part of the Upper Sonoran Life Zone within the center of the richest food-gathering area. As food ripened in different areas, individuals and groups moved out from the village to harvest the crops. No village was located more than sixteen miles from all of its food-gathering ranges, and approximately 80 percent of all food resources used by a village could be found within five miles. As a consequence, no major population movement was necessary for subsistence.

In the early part of the year from January through February, there was little gathering activity except for agave, which had begun ripening in November. Groups of adult men and young boys left the village for several days to gather and prepare agave. Since there was little fresh food to gather, there was heavy reliance on food stored from the previous year. Game was plentiful, however, since animals had descended to lower elevations where the climate was more agreeable.

With the onset of spring, the desert and hills began exploding with numerous ripening plants. Many green fruits and buds became available within a short walk from the village, often within a few hundred yards and rarely farther than a mile or two. Yucca, wild onion, barrel cactus, tuna cactus, goosefoot, catclaw, and ocotillo were among the many plants harvested for their edible parts from April through May.

With the arrival of summer, botanical resources continued to expand through the months of June and July, and many plants characteristic of the late spring were still available. Staple tree fruits such as the honey mesquite and screwbean were ready for gathering in immense quantities. People living in the Upper Sonoran Life Zone areas such as the San Gorgonio Pass or the foothills bordering the Borrego Desert now moved down into the Lower Sonoran desert floor areas to harvest these crops. These were not movements of entire villages, but a large number of people did participate to ensure rapid gathering of the pods in a quantity that could be stored by the village for as long as a year. In addition, within three or four miles of each village there were abundant foods in the foothills, including manzanita and many other berries, yucca, and various *Opuntia* cactus species. The summer months were perhaps the busiest gathering period of the year, but collecting was mainly carried out by small family groups, usually women.

20

ACC0019223

Through August and September another series of foods became available, and many foods of the late summer could still be gathered. Fall foods included numerous grass seeds, chia, saltbush seeds, pinyon nuts, palm tree fruit, thimbleberry, wild raspberry, wild blackberry, juniper berry, and chokecherry. Many of these food plants were at higher elevations, but they were still within a few hours of each village. Pinyon and juniper trees were often situated ten miles or more from villages, and family groups went to these groves to work as a team, returning home usually within a week with a maximum harvest.

The last important gathering season of the year was in October and early November when the acorn ripened. The acorn harvest was a great occasion for Cahuilla villages. The bulk of each village marched to their oak groves, generally within five or ten miles, and camped to gather acorns. Such collection trips lasted from one to three weeks, and acorns were hauled back to the village by the ton. During this period, a number of mountain berries also matured, including juniper mistletoe and California holly.

By late November gathering slowed down and there was time for a period of winter ceremonials. These religious observances which had been decreed by the creator-god Mukat served many functions, particularly the regeneration of the universe for the year ahead. By late December, the men were again seeking out agave plants and a new seasonal round had begun to replenish the village storehouse.

## CAHUILLA PROPERTY AND OWNERSHIP CONCEPTS

Exploitation of plant resources was closely regulated by the Cahuilla. Not only were ritual restrictions imposed by Cahuilla leaders on who could gather plants and when they could be gathered, but regular "taxes" were levied against those with excessive reserves so that all community needs could be met as they arose. These taxes were regulated both by the ritual system and through regulations surrounding in-laws and marriage relationships (see Bean, 1972).

Another means of controlling the use of the environment was through resource ownership. Families were guaranteed perpetual gathering privileges and thereby economic security through individual ownership of oak trees, mesquite groves, or other plant stands. The extent and type of ownership related to the kind of plant, its

21

ease of access, predictability of a crop, and the amount of food a plant produced.

Oak trees and mesquite which produced regularly and in great quantity were privately owned. Food sources which produced less predictably, such as pinyon, were generally available to various people on a first-come basis. Certain food producing areas, such as canyons with large stands of cacti, were owned by lineages with gathering in such areas regulated by Cahuilla leaders. Each lineage had land in three categories of ownership: (1) land that was privately owned by lineage members; (2) land owned by extended families; and (3) land owned by the lineage in common. In the latter areas, any lineage member could collect plants. Since lineages were also members of larger corporate groups (sibs), there was also land open and available to members of several lineages belonging to a sib.

Conflicts between Cahuilla most commonly occurred as a result of one group trespassing upon another group's property. Theoretically, conflict became necessary only during poor seasons when there were food shortages. Nevertheless, individuals did occasionally trespass on gathering areas of other groups, and punishment or demands for reparation had to be carried out immediately to preserve property rights.

A number of categories of land ownership related to specialties. A shaman might own an area where there was a stand of medicinal plants. Basketmakers owned special areas where plants grew that provided materials for basketmaking. One unusual type of land ownership was the individual ownership of woodpecker-infested trees. Woodpeckers customarily store nuts of various kinds in holes in trees. Such trees could be claimed by the first man who found them and incorporated into his own private collecting area. All privately owned gathering areas were referred to as *kiiwut* or "place you are waiting for."

## TRADING OF PLANT PRODUCTS

Since distribution of plants is directly related to microenvironmental differences in Cahuilla territory, plants were a frequent item of exchange between families in a village, and between families across village, sib, and tribal lines. Cahuilla people customarily traded plant food products with one another and with tribes as far west as Los Angeles, southward to the San Diego area, and as far east as the Colorado River.

Trading between distant tribes was for plant foods or other

22

subsistence resources that were scarce or unavailable in Cahuilla territory. Often trading was conducted for treasured goods such as ritual equipment, jewelry, baskets, obsidian, and other manufactured articles. When a group had a surplus of any perishable product, it invariably sought to exchange it with other groups for non-perishable items. Trade occurred throughout Cahuilla territory and between surrounding tribes on a grand scale within a ritual exchange system that has been described in greater detail in *Mukat's People* (Bean, 1972).

## CAHUILLA BASKETRY

Basketry was such a critical industry in Cahuilla society that it is worth commenting on in some detail. Baskets were involved in almost every aspect of the daily collecting and food processing routine. They were usually made by young girls and very old women. When a girl was very young, she began learning how to make baskets from her grandmother. Women too aged to participate in the plant gathering process were still able to contribute significantly to the culture if they possessed the manual dexterity and keen eyesight necessary for basketmaking. A woman who was adept as a fine craftsman acquired considerable prestige within her community and had an economic advantage over others since she could trade her product for other commodities.

Cahuilla baskets are renowned for their closeness of weave, elaborate designs, and aesthetically pleasing interfacing of natural and dyed colors in design backgrounds. The design elements were never random, but were made up of symbols of significance to the culture or individual basketmaker. Cahuilla basket designs frequently represent spirit beings such as rattlesnake, eagle, or whirlwind. Certain figures associated with the Cahuilla religion (such as owls, coyotes, foxes, and bears) appear never to have been depicted on Cahuilla baskets, however, nor were symbols associated with death and danger. Often economically important plants were depicted on baskets in a highly stylized manner.

Baskets were made for ritual and ceremonial functions as well as for daily household and gathering use. Baskets were used to carry ritual tobacco during ceremonies. They were burned as mortuary offerings at funerals. In addition to ceremonial functions, they were presented as gifts to guests who participated in the many Cahuilla ceremonies. Such gifts testified to a deeply personal rela-

23

ACC0019226

tionship between the giver and receiver, and were usually thereafter viewed as treasure items rather than utilitarian objects. Possession of gift-baskets was an indicator of status and wealth, and such baskets were always translatable into subsistence resources through exchange.

Baskets were maintained in good condition by frequent washing with saponaceous materials. They were repaired by their owners until they were no longer serviceable. Flaring baskets which had become worn in the center could be mounted with various pitches such as pine gum or asphaltum as rims to stone mortars. When a basketmaker died, the baskets that she owned were destroyed. Furthermore, specific idiosyncratic designs which had characterized the work of a basketmaker were discontinued after her death.

Cahuilla basket forms included shallow flaring bowls, large deep baskets, flat plates, small bottleneck-like receptacles, and a woman's cap. The large deep baskets served for carrying and storing plant foods. A number of plants were used to produce dyes for basketry designs, and the colors achieved are often extraordinary in their subtlety and gradation. A reddish color was often obtained by dipping the basketmaking materials into a rusted iron pot in the post-contact period. Another innovation was a black dye made by soaking basket rushes in a solution of walnut hulls. Mrs. Victoria Wierick said that the rushes had to be placed in the dying solution for a predetermined interval or the plant materials would rot. In the case of walnut hull dye, the rushes were kept in the dye solution for a period of two weeks to two months depending upon the shade of color desired. Coffee grounds were another source of black dye in recent times.

For many years, beginning in the late nineteenth century, Cahuilla women contributed significantly to the economy of their people by manufacturing baskets for commercial sale. The industry was widespread throughout southern California, and baskets from the Cahuilla and other tribes of the area were sold throughout the country to museums and collectors as far away as New York City and Philadelphia. This industry resulted in many changes in traditional size, shape, and design of Cahuilla baskets. Entrepreneurs such as George Wharton James and persons interested in Indian rights and welfare, such as Constance Goddard DuBois, publicized and found varying outlets for this cottage industry. New and more elaborate designs were developed. One well-known basket, for example, includes both an ostrich and mother-hubbard skirt design elements. Exotic types of baskets were created to satisfy the new

24

ACC0019227

market demand: fruit baskets for tables, baskets for cannisters, enormously large baskets, and baskets of miniature size, some as small as a thimble.

Today basketmaking among the Cahuilla is virtually extinct. Not only is it difficult to locate the necessary plant materials to make baskets, but the time involved in creating a really fine basket makes its cost prohibitive on today's market. The decline in basket-making can also be traced to the fact that in more recent times Cahuilla women began working off their reservations as domestics or in the fruit industry, and there was no longer an opportunity to learn and perfect the art. At the same time, young girls sent away to schools of the Bureau of Indian Affairs were no longer home at the time when they would have customarily learned the craft. Although there are still a few Cahuilla women who are familiar with the more complex basketmaking methods, most women who possess any knowledge of basketry are familiar with only the most rudimentary techniques.

## CAHUILLA PLANT USE TODAY

Many Cahuilla regret the loss of traditional subsistence patterns, particularly the mixed and well-balanced diet that traditional foods provided. Longevity, mental alertness, and good eyesight are asso-ciated in the minds of many Cahuilla today with their traditional diet. They believe that adopted foods have brought about a general physical weakness, shortened life-span, a tendency to obesity, and a proneness to such diseases as diabetes. Among women, dysmen-orrhea, painful childbirth, and stillbirths are attributed to the new dietary habits.

Although some aboriginal foods are still collected and eaten, particularly at fiestas, decreasing availability of many plants because of environmental changes and the difficulty of gathering have con-tributed to a disappearance of most traditional foods. During the Depression, when the economy of the country so radically affected millions of people, Indians throughout southern California who still remembered the traditional plants were able to turn once again to their use. The knowledge of plant uses is fast fading, however, and it is unlikely that this will ever happen again.

Traditional plant medicines are still utilized to some extent. Some of the older cures are considered to be efficacious in many cases where frequent visits to a non-Indian doctor have failed.

25

Cahuilla remedies are used most frequently today in the healing of sores and swellings resulting from poor circulation of the blood, for ulcers and other intestinal disorders, and for colds and bronchial infections.

There can be little question that traditional Cahuilla foods provided well for these people. There were less fats and carbohydrates in the diet, only natural sugars, and food was generally fresh, retaining its nutritional elements. Processing methods employed by the Cahuilla rarely resulted in a deterioration in food value. Obesity was rarely caused by too much or the wrong type of food. Undoubtedly, the Cahuilla are correct in believing that many of the medical problems associated with modern Cahuilla life are related to changes in their diet.

While it is doubtful that there will ever be any substantial return to the traditional diet, there is greater interest today among Cahuilla young people and other American Indian people in the food plants of the past than at any other time in the past half-century. When Cahuilla speak of their grievances against the white-man, they frequently mention the loss of traditional foods. The fact that many ethnobotanical researchers are increasingly recognizing that the plant knowledge of the American Indian was highly sophisticated and that in recent years the positive contributions of Indians to contemporary medicine have been documented is a source of cultural pride to the Cahuilla as it is to other Indian people of America.

26

ACC0019229



# PLANTS

## used for

# FOOD

SPRING SEASON

Mushroom *(saqapish)*
on cottonwood tree



Pygmy weed
*(Dudleya lanceolata)*

Photos by Nancy Bercovitz

ACC0019230



Nolina  (*Nolina Bigelovii*)

Our Lord's Candle  (*Yucca Whi*

*Photos by Nancy Bercovitz*

ACC0019231



ACC0019232



Fruit of tuna cactus
(*Opuntia megacantha*)



Barrel cactus
(*Echinocactus acanthodes*)

*Photos by Nancy Bercovitz*

158

ACC0019233

## SUMMER SEASON



Prickley pear
(*Opuntia occidentalis*)



Beavertail
(*Opuntia basilaris*)

*Photos by Nancy Bercovitz*

ACC0019234



Mesquite (*Prosopis juliflora*)



Cottonwood mortar
for mesquite beans
at Malki Museum.

160

*Photos by Nancy Bercovii*

ACC0019235



Screwbean
(*Prosopis pubescens*)

*Photo by Nancy Bercovitz*



Mesquite bean granary

*C. C. Pierce Photo Courtesy of*
*Southwest Museum, Los Angeles*

161

ACC0019236

Manzanita berries
(*Arctostaphylos glauca*)





White sage seeds
(*Salvia apiana*)

162

*Photos by Nancy Berce*

ACC0019237

**FALL SEASON**



Pinyon pine
(*Pinus monophylla*)



Pinyon cones: the nuts
have high food value.

ACC0019238



Fruit of California fan palm held by Katherine Saubel.
*Photo by L. J. Bean*



California fan palm *(Washingtonia filifera)*
in Thousand Palm Canyon

*J. S. Chase Photo Courtesy of Palm Springs Desert Museum*

ACC0019239



Juniper berries
(*Juniperus californica*)



Chokecherry (*Prunus virginiana*)

*Photos by Nancy Bercovitz*

165

ACC0019240



Grove of oak trees (*Quercus*)
on Los Coyotes Reservation



Acorns stored in
Cahuilla basket

166

*Photos by Nancy Bercovitz*

ACC0019241



huilla acorn granary



Cahuilla woman filling granary with acorns

*C. C. Pierce Photo Courtesy of Southwest Museum, Los Angeles*

167

ACC0019242

WINTER SEASON



Heart of agave is removed
with hardwood pole

Agave ( *Agave deser*



168



Preparing the heart of agave

Baking agave in the roasting pit



*J. S. Chase Photos Courtesy of Palm Springs Desert Museum*

169

ACC0019244

# PLANTS

## used for

# MEDICINE



Creosote bus
(*Larrea diva*



Calabazilla (*Cucurbita foetidissima*)

*Photos by Nancy Ber*

170

ACC0019245

Buckwheat
(*Eriogonum fasciculatum*)





Yerba santa
(*Eriodictyon trichocalyx*)

171

ACC0019246

Croton
(*Croton californicus*)





White sage
(*Salvia apiana*)

172

ACC0019247



Deerhorn cactus (*Opuntia acanthocarpa*)

ACC0019248

Tobacco
(*Nicotiana glauca*)





# PLANTS

## used for

# RITUALS

Jimsonweed
(*Datura meteloides*)

*Photos by Nancy Bercovitz*

ACC0019249





Elephant tree (*Bursera microphylla*)

Photos by Nancy Bercovitz

175

ACC0019250

# PLANTS
## used for
# MANUFACTURE

OF BASKETS



Deer-grass *(Muhlenbergia rigens)* bundle held by Mariano Saubel



Cahuilla woman weaving basket

*Photo Courtesy of Southwest Museum, Los Angeles*

176

ACC0019251



Katherine Saubel gathers
rush (*Juncus*)

Splitting the reed
in three equal parts

Coiling reed so that
it may be hung to dry

*Photos by Nancy Bercovitz*

177

ACC0019252

Cahuilla baskets
at Malki Museum

*Photos by Nancy Bercovitz*





178

ACC0019253

Mohave yucca
(*Yucca schidigera*)

Fibers were used for
sandals, nets, and bows.





Mohave yucca fiber
was used to make
sandals

*Photo Courtesy of
Southwest Museum*





Cahuilla loom used for weaving
yucca fiber into saddle blankets

*Photo Courtesy of Southwest
Museum, Los Angeles*

179

ACC0019254

## HUNTING TOOLS



Cahuilla archers lined up. Bows were made of mesquite and desert willow; arrows were made of greasewood and arrowweed.

*J. S. Chase Photo Courtesy of*
*Palm Springs Desert Museum*



Throwing sticks used to hunt rabbits and bi
Usually made of ironwood or ribbonwood.

*Palm Springs Desert Museum*

*Photo by Nancy Bercovitz*

180

ACC0019255



# PLANTS
## used for
# DWELLINGS

Ocotillo
(*Fourquieria splendens*)

*Photo by Nancy Bercovitz*



Ocotillo structure

*S. Chase Photo Courtesy of Palm Springs Desert Museum*

181

ACC0019256

California fan palm
(*Washingtonia filifera*)

*Photo by Nancy Bercovitz*





Cahuilla home on Colorado Dese

ACC0019257



Cahuilla family and dwelling
*C. C. Pierce Photo Courtesy of Southwest Museum, Los Angeles*



ncisco Patencio and Palm Springs ceremonial house
*dwin Photo Courtesy of Southwest Museum, Los Angeles*

183



Reconstructed aboriginal Cahuilla village at Palm Springs Desert Museum.

*Photo by Nancy Bercovitz*



Cahuilla ceremonial house at Palm Springs

*Photo Courtesy of Palm Springs Desert Museum*

184

ACC0019259



Cahuilla *kish* {family dwelling} made of tules



*Kish* of Maria Los Angeles at Cahuilla Reservation

*Photo Courtesy of Southwest Museum, Los Angeles*

185

ACC0019260



Ceremonial house made of arrowweed (*Pluchea*)
*William Duncan Strong Photo Courtesy of Lowie Museum, University of California, Berkeley*



Cahuilla Indians threshing in the Cahuilla Valley
*Photo Courtesy of Smithsonian Institution, Office of Anthropology*

ACC0019261

APPENDIX

# A Preliminary Reconstruction Of Aboriginal Agricultural Technology Among The Cahuilla

By Harry W. Lawton and Lowell John Bean

Reprinted from *The Indian Historian*, Vol. 1, No. 5, 1968

## INTRODUCTION

There is general—although not unanimous—agreement among anthropologists, historians, and geographers of the southwest that all indigenous Southern California Indian groups west of the Colorado River were non-agricultural prior to the founding of Spanish missions along the coast from 1769 to 1821, with the probable exception of the Kamia who may have practiced floodwater farming in Imperial Valley and along the New River as far west as the Salton Sea. Almost invariably, whenever agricultural traits or artifacts have been noted in Southern California, such as the use of corn or the employment of gourd rattles among the Cahuilla of Riverside and San Diego counties, they have been attributed to trade with the

ACC0019262

Colorado River tribes. Any case for aboriginal agriculture in Southern California must contend with what has become conventional wisdom. Throughout the literature there is an echo of Father Boscana's (1935:55) statement concerning the Franciscan arrival in Luiseño territory, where ". . . in no part of the province was to be found aught but the common, spontaneous production of the earth."

After establishment of the missions, agriculture is assumed to have filtered inland, finally reaching such unmissionized groups as the Cahuilla, who once they acquired crop seeds from the Spanish and an understanding of the principles of irrigation and other agricultural techniques soon incorporated crop-growing into their culture. In effect, such a conservative view acknowledges rapid acceptance of Mission agricultural technology without taking into account the alternative that similar cultural and ethnic ties should have contributed even more readily to dissemination of agriculture westward from the Colorado River, where floodwater farming was practiced by the Mohave, Maricopa, Cocopa, Yumans, Halchidhoma, Kohuana, and Halyikwamai.

A reexamination of the problems of aboriginal agriculture in Southern California by the authors has indicated there is a strong circumstantial case for its existence among one of the Southern California Indian groups—the Cahuilla. Furthermore, some ethnographic data was found reinforcing the hypothesis of the late Adan E. Treganza (1946) that the Southern Diegueño also possessed agriculture in aboriginal times. The case for aboriginal agriculture among these two groups was recently presented by the authors (Price, 1968). Marginal "kitchen-garden" type agriculture of the sort posited for the Cahuilla and Southern Diegueño may also have existed aboriginally wherever certain environmental conditions permitted among other cultures west of the Colorado River whose subsistence pattern was primarily hunting and gathering. Possible candidates for this "Western Frontier Agricultural Complex" in California are the Cahuilla, Serrano, Chemehuevi, Diegueño, and certain Paiute groups.

This paper is limited to an examination of some of the agricultural practices of the Cahuilla in the historic period. The purpose is not to review the historical and ethnographic evidence suggesting aboriginal agriculture, although some of this material must be cursorily presented for background, but rather to examine the feasibility of aboriginal agriculture. Discussion will center on those agricultural

198

ACC0019263

techniques of the historic period that appear to be distinctly native, and which may provide a foundation for eventual reconstruction of pre-Spanish agriculture among the Cahuilla.

## CONTACT AGRICULTURE AMONG THE CAHUILLA

At the time of Spanish contact, the Cahuilla inhabited the San Gorgonio Pass, the Coachella Valley eastward to the middle of the present Salton Sea, and the San Jacinto and Santa Rosa mountains and adjacent ranges southward to Warner's Pass. The earliest known recorded contacts between the Cahuilla and Spanish occurred during Juan Bautista de Anza's expeditions of 1774-75 and 1775-76 (Bolton, 1930:I-V). Bolton (1930: I, 100) interpreted the lack of mention of crops in the Anza journals as evidence against Cahuilla agriculture. Both westward passages of Anza through mountain Cahuilla territory by way of Coyote Canyon were made in winter, however, when crops could not have been grown. Both of Anza's return trips to the Colorado River were made in the first week of May, prior to what the authors have found to be the normal season for crops in the mountain valleys. Frost is reported as late as May 6 in some of the mountain areas of San Diego County. Alvino Siva, whose father and grandfather planted crops in a swale at Telyi on Los Coyotes Reservations, informed the authors that frost prevented plantings until about the middle of May.

Thus, even if the mountain groups engaged in agriculture, initial contacts of the Spanish with the Cahuilla occurred at seasons of the year both too late and too early for corn and its associated frost-sensitive crops.

The first Spanish contact with desert Cahuilla groups of the Coachella Valley occurred in 1823 when Captain Don José Romero set out from Mission San Gabriel to establish a new route to the Colorado River. Near present-day Thermal, the Indians were found to have sown corn, pumpkins, melons, and watermelons in the month of December (Bean and Mason, 1962:46).

Almost thirty years elapsed before white men again reported on the Coachella Valley. In November, 1853, the Pacific Railroad Survey party under Lt. R. S. Williamson crossed the Colorado Desert. South of Agua Caliente (now Palm Springs), Williamson (1856:46) observed the "remains of an Indian bush-house and the stubble of a barley field." South of Indian Wells, the surveyors were met by Indians anxious to trade corn, melons, squash, and barley (William-

199

son, 1856:98). Near Thermal, Williamson (1856:99) reported that the Indians "appear to have a good store of grain and melons, which they raised in the vicinity." East of the Salton Sink, along San Felipe Creek, the party noted fields where crops had been raised (Williamson, 1856:99).

Crops reported by Williamson were also typical of those being raised by the mountain Cahuilla at this late date. The B. D. Wilson report of 1852 (Caughey, 1952:28) stated that the Cahuilla mountain villages had a "moderate culture of wheat, corn, melons, and pumpkins." Strong (1929:38) interviewed elderly informants born in desert villages as far back as the 1850's, and within their memory ". . . both corn and wheat were raised . . . and doubtless other vegetables such as melons, beans, and squash."

None of the literature on the Cahuilla until the late nineteenth century refers to the Cahuilla growing any crop plants other than those associated with the Colorado River agricultural complex. If Spanish agriculture had influenced the Cahuilla significantly, one might expect that they would have adopted certain frost-tolerant vegetables such as onions, cabbages, and beets at an early date. These vegetables—and staples such as potatoes and tomatoes—were grown in mission gardens and raised as early as 1852 in the nearby San Bernardino Valley (Beattie, 1951:202). Although melons, wheat, and barley are European introductions, they were well integrated into the Colorado River agricultural complex prior to Spanish contact with the Cahuilla (Castetter and Bell, 1951:123, 126, 177).

The Cahuilla appear therefore to have remained relatively conservative in their choice of crop plants until a late date. The crop plants they grew were those of the Colorado River tribes. Such was not true of the more westerly and southerly Indian groups of Southern California, who learned agriculture from the Spanish and continued farming after secularization of the missions. Whipple (1858:28), for example, noted that the mission-trained Indians at Santa Isabel rancheria not only grew maize, melons, wheat, and barley, but also raised grapes, peaches, figs, apricots and pears.

## FEASIBILITY OF ABORIGINAL AGRICULTURE

The primary argument against feasibility of aboriginal agriculture among the Cahuilla is based on the thesis that the growing of crops in the arid Colorado Desert became possible only after introduction of ditch irrigation by the Spanish. The Colorado River tribes east of the Cahuilla relied mostly on floodwater farming.

ACC0019265

On the Colorado Desert, however, there were no native streams for water utilization and a lack of readily procurable surface water (Glendenning, 1951). In the best years, rainfall rarely exceeds seven inches, one inch below the cutoff point for *temporales* agriculture (dry-farming). Average rainfall at Indio is almost exactly three inches. Thus, aboriginal agriculture on the desert might have been helped by occasional rains, but it could never have been dependent upon rainfall. Nevertheless, several geological features compensate for the adverse factors of the environment (Glendenning, 1951:182). Although no streams flow year round, the valley floor is a deep alluvial fill with an underlying aquifer that collects and stores runoff from surrounding mountain ranges. The stratigraphy is such as to create an artesian basin extending from near Indian Wells to the Salton Sea. At various points, faults in impermeable strata occur that during the early historic period allowed water to flow upward in some places, keeping it near the surface. Thus, despite the aridity of the Coachella Valley habitat, it will be shown that neither dry-farming nor conventional ditch irrigation were-absolutely essential to crop-growing in the aboriginal period.

*Water-Utilization Techniques.*—In historic times, at least five natural and artificial water-utilization techniques were employed by the Cahuilla to grow crops. These methods included: (1) dry-farming or *temporales* agriculture, dependent upon rainfall in excess of eight inches annually; (2) conventional irrigation by ditches from wells, springs, streams, and small impoundments; (3) diversion of artesian flow so that it flooded and soaked gardens prior to planting; (4) runoff farming or the exploitation of small rainfall catchment basins with soil-moisture storage capacity; and (5) pot irrigation. Each of these methods is discussed below.

*Dry-Farming.*—Dry-farming was possible only at mountain Cahuilla villages. Rainfall is relied upon to grow wheat in the Cahuilla myth of "Kunvachmal and Tukvachtaha." where the culture hero also shows himself aware of the fact that too much rain soon after sowing washes away crop seed (Hooper, 1920:368-69). Barrows (1900:71; field notes) reported that wheat and barley were raised in the 1890's in the mountains without irrigation, and that snow and frost often ruined crops.

*Conventional Irrigation.*—Diversion of water from streams and springs by ditches and the impoundment of water in canyons with small dams was established among the Cahuilla by the mid-nineteenth century (Caughey, 1952:28). Patencio (1943:56) wrote of a hand-dug ditch in Chino Canyon that was used by the "grand-

201

ACC0019266

fathers and great-grandfathers of the oldest people of our tribe" to divert water to a garden where crops could be cultivated. Other references to diversion ditches and the use of small dams occur in Patencio (1943:57-58) and Barrows (1900:71).

Although such conventional water-regulation methods probably represent a diffusion from the Missions or early Mexican settlers, acquisition of such techniques from Indian groups to the east cannot be totally dismissed. The Yumans sometimes diverted flood-water into swales, the Gila-Pimans had a well-developed canal irrigation system, and the Papago employed canal irrigation from streams aboriginally (Castetter and Bell, 1951:133, 239; Spier 1933:55). Dams were reported on the California side of the Colorado River as early as 1776 (Garcés, 1963:66). Thus, prior to establishment of the missions, there was an opportunity over hundreds of years for the Cahuilla through intermarriage, military alliance with tribes such as the Halchidhoma, and trade with Indian groups to the east to observe and learn about various water-utilization techniques.

Nor can we dismiss the remote chance of independent invention of ditch irrigation and water impoundment by dams. Steward (1929:15, 1938:53) speculated that ditch irrigation of wild seed plots among the Eastern Mono may have occurred to them through the discovery that wild plants grow more prolifically in the swampy low-lands of Owens Valley, although he conceded the possibility of Spanish or American influence. Downs (1964:39-50) showed that environmental manipulation occurred with relative frequency among Great Basin hunting and gathering groups. Even the non-agricultural Washoe diverted streams and ponded water with dams to make fishing easier (Downs, 1966:15). Independent invention of ditches and dams by the Cahuilla might have been an extension of earth-moving skills we know were aboriginal with these people.

Williamson (1856:98) reported that the Cahuilla deepened and enlarged springs. He also observed two springs with raised embankments around them, which he believed the Indians had formed by cleaning out debris and sand. Near Thermal, Williamson (1856:99) found a pool 20 feet or more in diameter at a Cahuilla *rancheria*, which had been "created by an artificial embankment three or four feet high."

Both the Cahuilla and their immediate neighbors to the east, the Kamia, perfected one highly sophisticated water supply technique —the water well. A Cahuilla well reported by Romero (Bean and Mason, 1962:37) in 1823 had a depth of about fifteen feet. These wells were great pits dug into the desert sands with terraced steps

202

ACC0019267

making it possible for a woman with an olla to descend to the narrow hole at the bottom and dip up water.

Thus, earth-moving skills acquired by the Cahuilla in cleaning out springs may have been extended to enlarging springs with artificial embankments and finally evolved into digging wells. It would not appear to be such a great technological leap from this point to conducting water short distances out of the mouths of canyons with rude ditches or trapping canyon waters with earthen dams. As Treganza (1946:171) noted, the basic principle underlying canal irrigation is the concept of water diversion.

*Artesian Flow.*—Glendenning (1951:187) reported that in the late nineteenth century, before white settlers lowered the water table by drilling hundreds of wells in the Coachella Valley, there were many seepy areas in the artesian section. There are reports in the literature indicating that in the early historic period there were marshy areas in parts of the valley created by breakthrough in artesian flow (Bean and Mason, 1962:37; Williamson, 1956:249; Strong, 1929:43-45).

Strong (1929:43-45) found that agricultural plots were cultivated in four Cahuilla villages around 1850, and natural seepage was recalled as the water source for crops at one of these villages. Fields reported by Williamson (1856:105) along San Felipe Creek are also in an area where seepage occurs throughout the year even today (Ruibal, 1959).

The moist soil in the vicinity of springs or places where faults in the impermeable strata had channelled water upward from the underground acquifer could well have provided sufficient moisture in the aboriginal period for growing crops in some desert locations. Gifford (1932) reported an analogous instance of the Southeastern Yavapai growing crops in the moist soil adjacent to a spring. Older Cahuilla, whose grandparents farmed in the Coachella Valley, recall that when they were young there was often sufficient moisture near the surface to plant crops in certain mesquite groves, and that their ancestors sometimes tapped artesian flow that was close to the surface in order to divert the water to agricultural plots prior to planting.

*Runoff Farming.*—Runoff farming is a method of arid-environment agriculture that is ancient and widespread in agricultural history. The essentials of this system are a relatively large natural watershed area which concentrates its rainfall runoff into a small catchment basin, usually amounting to about an acre or less.

Runoff farming was occasionally employed by Indian groups of the southwest in areas where there were few other means of water

203

utilization for agriculture. It has been reported for both the Papago and Pima (Underhill, 1936:6; Ezell, 1961:9, 148).

Runoff farming among the Cahuilla can be deduced as early as 1853 from the Williamson report, which precisely describes the terrain surrounding a Cahuilla barley field. Williamson's (1856:96) description is as follows:

> Several drifts and broad thin layers of blown sand were passed. The accumulations vary in depth from a few inches to fifteen feet; and the surfaces were beautifully smooth and rounded, and generally covered with ripple marks, similar to those produced under water. As we proceeded, we found this sand rising in high drifts, which bounded our vision on the left, while on the right, the base of the mountains was not far distant. A narrow, but nearly level valley was thus formed. The soil appeared to contain a large portion of clay mingled with sand, and several low places, where water had been standing, were covered with a thin coat of fine clay, now cracked and curled up. Near one of the low places, we found the stubble of a barley field. This barley had been raised at the foot of one of the highest sand drifts. The sand was thus found to have a bluish-gray color and to be very compact and hard.

Williamson (1856:249) reported that the thickness of the stubble was such as to indicate a "large yield" of barley. Dr. Walter Reuther of the University of California, Riverside, a specialist on soil and irrigation problems of the Coachella Valley, examined the Williamson data for the authors and termed it an accurate description of topography and soil conditions near Indian Wells. He concluded:

> The barley field was evidently situated in a small natural catchment basin that collected runoff water and permitted the growing of a barley crop. This was evidently an area of perhaps an acre or two with deep soil having a high moisture-holding capacity. There are many such small natural catchment basins in the Coachella Valley where soil might remain relatively moist well into summer. In such basins, the effective annual rainfall may be multiplied several times by moisture supplied from watershed runoff after rains.

Runoff farming is also reported among the Cahuilla at *Telyi* on Los Coyotes Reservation, where Alvino Siva's grandfather planted crops in a moist swale in the late nineteenth century. An instance of runoff farming among the Southern Diegueño has also been reported (Florence Shipek, unpublished).

*Pot Irrigation.*—Mrs. Alice Lopez informed the authors that in the 1890's there was often insufficient water at the village of Toro to grow crops. She and other young girls were sent a considerable distance to bring back water to sprinkle on the vegetables. She said her grandmother stated that in the "old days" ollas would have been used as containers in watering crops.

Among groups to the east of the Cahuilla, pot irrigation has been reported as a sporadic practice among the Mohave, Cheme-

204

huevi, and Maricopa; the Pima and Papago sometimes watered gourds by hand (Castetter and Bell, 1942:172; Castetter and Bell, 1951:40, 143, 172).

The development of well-digging among the desert Cahuilla is suggestive of pot irrigation. Both Barrows (1900:71) and Bowers (1885:5) reported that Cahuilla water wells were used for irrigation, although neither specified how it was accomplished. Pot irrigation would certainly represent a logical solution. Decline of the water table in the Coachella Valley in the late nineteenth century may have made it necessary to use wells only for domestic purposes, thus resulting in a loss of specific recollections by informants.

## PLANTING, CULTIVATION, AND OTHER AGRICULTURAL TECHNIQUES

The Cahuilla planted crops in small patches (Bean and Mason, 1962:46), which is not suggestive of mission row-crop agriculture, but does correlate with Colorado River practices (Castetter and Bell, 1951:151). Edward Kintano of Indio recalled that his grandparents often planted squash and beans in tiny patches adjacent to or beneath clumps of mesquite and arrowweed (Allen, 1968).

The planting stick was employed (Drucker, 1937:11), and harrowing was accomplished with bunches of mesquite (Patencio, 1943: 79). Agricultural plots on the desert were owned and exploited by individual clans (Strong, 1929:40). Women assisted men in planting—as was customary among the Yumans—but men performed weeding and other heavy tasks associated with crop-raising, such as granary building, while women harvested, prepared, and stored the crops (Bean, field notes).

Plantings among the Cahuilla apparently were made at least twice annually. Estudillo reported crops were sown in December of 1823 near Thermal (Bean and Mason, 1962:46). The Cahuilla must have suffered occasional frost losses in January or March in the Coachella Valley, and at times must have had to replant winter sowings. Planting of crops adjacent to or under mesquite or arrowweed clumps probably was carried out as a frost-protection measure. A late summer or early fall planting is indicated by the fact that Williamson (1856:98) was met in mid-November by Indians seeking to trade their crops, including melons which were not subject to lengthy fresh storage.

Crop seeds were stored in ollas for future plantings. Reed (1963:111) reported finding an olla in the 1930's in a cave at Middle

ACC0019270

Willows in Coyote Canyon that was sealed with fibre and rocks and contained watermelon, pumpkin, muskmelon, and sunflower seeds. Treganza (1947:169-170) reported a similar find for the Southern Diegueño, and among the lower Colorado River groups sealed ollas were also used for crop storage (Castetter and Bell, 1951:164).

The Cahuilla followed the practices of the Mohave, Yuma, and Cocopa (Castetter and Bell, 1951:161) in storing both maize and mesquite in large granary baskets of intertwined willow branches. Pumpkins, melons, and squash were cut into strips and dried in the same fashion as among the Colorado River groups for preservation (Castetter and Bell, 1951:112).

The very concept of an agricultural plot on the desert appears to have been viewed in the context of the ecological situation. The late Juan Siva, born in 1875, stated that his grandfather planted crops at the southern edge of Rabbit Peak near Martinez and at Thousand Palms in the Borrego Valley. Siva defined *pawisisual* as "place where you can plant things" (Bean, field notes). The *can* suggests just how difficult it was to find the right planting niche. Moisture was not the only problem, since alkaline soils throughout much of the Coachella Valley precisely delimit the areas capable of cultivation (Glendenning, 1951:83). Drought in some years or shifts in artesian flow may have required the selection of new planting sites. Diminishment of yields through continued cropping also probably forced the Cahuilla to periodically abandon agricultural plots.

In choosing new sites, the Cahuilla may have had a better guide to those perennially moist micro-niches capable of supporting crops than the later Anglo homesteader who could only visually identify areas of obvious alkalinity and whose row-crop form of agriculture would have led him to reject small, fertile areas that would have been favorable to the kitchen-garden farming of a small Cahuilla lineage.

In the Cahuilla creation myth, a blue frog with three stripes down its back is associated with the origin of agriculture as the slayer of the god Mukat from whose body sprouts the first crop plants: tobacco, corn, watermelons, squash, beans, and wheat (Strong, 1929:130-143). Indigenous to the Coachella Valley, there is such a blue frog, *Hyla regilla*, found only where there is year-round moisture. Although the adult frog survives in brackish, saline seepages, salinities above two or three thousand parts per million are lethal to its eggs (Ruibal, 1959:317). Thus, chorusing during mating season occurs only in areas of milder salinity. Since crop tolerances to salinity are lower than *Hyla regilla* eggs, the frog would

206

ACC0019271

not be an infallible indicator of agricultural niches, but it could have been a guide to areas in which crops were most likely to grow without irrigation.

As among various Indian groups to the east, star lore appears to have had some association with agriculture. Mr. Mariano Saubel told the authors that observations of the moon were employed to foretell late frosts. His wife, Mrs. Katherine Saubel, said that the position of Orion determined if it was too late for planting. Patencio (1943:113) reported that growing crops was regulated by the "signs of the sun and moon."

## PROTOAGRICULTURAL MANIPULATIONS

Downs (1966:54) used the term "protoagricultural manipulations" to describe those incipient agricultural techniques among a hunting and gathering people that are designed to increase the supply of wild plant food, improve bearing, or insure the appearance of wild plants in a particular area. All three of these types of environmental manipulations of wild plants can be found among the Cahuilla and their existence may have contributed to the Cahuilla acceptance of agriculture in the aboriginal period.

Medicine men grew and cultivated their own special plots of medicinal herbs and tobacco, tubers were replanted in areas near villages, and grass was periodically fired to increase the wild seed crop (Bean, field notes). Patencio (1943:91-95, 99-102) speaks of native palms being planted at oases by Cahuilla.

Whether fallowing was employed with agricultural crops is not known, but Patencio (1943:69) reported one type of fallowing associated with native plants. Gathering of fruit was sometimes discontinued for one year to "let the ground have more seeds for plants another year."

Some horticultural practices were performed to assist harvesting or improvement of wild plant crops. Mesquite was pruned by breaking and cutting branches to provide easier access to beans (Patencio, 1943:59). Native palms (*Washingtonia filifera*) were fired by the shaman to kill pests and diseases causing damage to the trees and decreased crops (Patencio, 1943:69). Interestingly, this technique was rediscovered in the 1930's by the U.S. Department of Agriculture as an effective means of killing parlatoria date scale and red spider mites (Stickney, Barnes, and Simmons, 1950:8).

207

## THE LAKE CAHUILLA HYPOTHESIS

Forbes (1963:3) has commented upon the ambiguity of the term "aboriginal" if it is viewed as the possession of cultural traits totally indigenous and free from alien influences. Even the native agriculture of the Colorado River tribes fails to qualify under such a definition, since their agriculture itself was acquired by diffusion as were a number of European crop plants that reached them in advance of Spanish contact. Agriculture made its way to the Cahuilla either via diffusion from the Colorado River complex or it was mission-derived. The authors are of the opinion that Cahuilla agricultural traits recorded in the historic period indicate Indian diffusion rather than Spanish introduction. Diffusion may have occurred relatively early or come about prior to Spanish contact with the Cahuilla but soon after Spanish contact with the Colorado River tribes.

In considering the possibility of an early diffusion to the Southern Diegueño, Treganza (1946) suggested a hypothesis that is even better suited to the possible aboriginal origin of agriculture among the Cahuilla. In pre-contact times, after the formation of Lake Cahuilla in the Salton Sink (Coachella and Imperial Valleys), certain Yuman groups are believed to have moved into the area and settled around the lake shore (Rogers, 1938:122). The fresh-water sea, about 85 miles long and 35 miles wide, existed from about 900 to 1500 A.D. When the Colorado River shifted its course into the Gulf of California, the sea began drying up, probably at about 10 feet per year (Aschmann, 1964:244). The disappearance of Lake Cahuilla compelled those tribes of Yumans on the east to move into the mountains of San Diego County, according to Rogers (1938:122). Treganza (1947:170) speculated that the Yuman groups may have practiced agriculture of the floodwater type along overflow channels leading into the sea. They might more easily, however, have practiced agriculture around the shores of the lake. The lake would have produced a water table which would have supplied surface soil moisture by capillary action in irregular areas along the changing shore. This arable land would have been relatively free of salinity. Treganza suggested that knowledge of agriculture, if not its actual practice, may have been transmitted from Lake Cahuilla westward to the Jacumba area and Southern Diegueño.

None of the literature examining Yuman occupation of Lake Cahuilla has yet come to grips with the problem of the Cahuilla occupants of the western portion of the valley. A number of Ca-

208

ACC0019273

huilla myths, however, make mention of the lake and the tribal dislocations that occurred among the Cahuilla as a result of its formation (Strong 1929:87). Assuming that the Yumans practiced agriculture along the lake, transmittal of this knowledge a few miles west to the Cahuilla would seem even more likely than its diffusion over intervening mountain barriers to Jacumba. The Cahuilla might well have emulated the Yumans in planting around the shores of the lake, only to discover later as the lake subsided that there were occasional seepage areas, natural catchment basins, and other favorable micro-niches making it possible to plant crops season after season without conventional irrigation.

## CONCLUSIONS

We have seen that the crucial factors in maintenance of Cahuilla agriculture in the historic period were not one specific feature such as ditch irrigation, but a number of skills indicating an intimate understanding on the part of these people of their rigorous environment and how it might be exploited for crop-growing.

The authors have established that in the historic period water-utilization techniques for agriculture other than those common to the Spanish existed among the Cahuilla. They have shown that these techniques could be found among the Indian groups to the east of the Cahuilla and that the Cahuilla had an opportunity to learn such methods and adapt them to their own environment.

The failure of the Cahuilla to adopt certain cold-hardy European crops that might have endured the Coachella Valley frost season, the frequent similarity of agricultural traits to those of the Colorado River complex, and the fact that their crops remained typical of that complex until late in the nineteenth century suggest the strong commitment of the Cahuilla to their own agricultural system. The absence of significant Mission agricultural elements in the Cahuilla kitchen-garden type of agriculture and the presence of protoagricultural manipulations for wild plants suggests that their agricultural was aboriginal.

## ACKNOWLEDGEMENTS

The authors are indebted to the following persons for information, assistance or advice: Drs. Sylvia Broadbent, Michael Kearney, and Eugene Anderson, all of the Department of Anthropology,

ACC0019274

University of California, Riverside (UCR); Dr. John M. Steadman, professor of English, UCR; Dr. Walter Reuther, professor of horticulture, UCR; Dr. Cyrus McKell, professor of agronomy, UCR; Dr. Rodolfo Ruibal, professor of zoology, UCR; Florence Shipek, San Diego; Thaddeus Allen and Laurie Pappas, California State College, Hayward; and the Faculty Research Committee of California State College, Hayward.

We wish to express our deepest gratitude to those Cahuilla people who were interested in our research and helped provide information on agriculture; Mr. and Mrs. Mariano Saubel, Mrs. Jane K. Penn, and Mr. and Mrs. Williams Holmes, all of Morongo Reservation; Alvino Siva of Beaumont; Mrs. Alice Lopez of Banning; and Mr. Rupert Costo of San Francisco.

ACC0019275

# LITERATURE CITED

AGINSKY, B. W., and E. G. 1955. Selected papers of B. W. and E. G. Aginsky. Printing Unlimited, New York.

ALLEN, THADDEUS W. 1968. Aboriginal agriculture in the Coachella Valley of the Colorado Desert. 13 pp. [Mimeo.]

ANTHONY, FRANCES. 1900. To Palm Canyon. Land of Sunshine 13(4):237-240.

ASCHMANN, HOMER. 1959a. The central desert of Baja California: demography and ecology. Ibero-Americana 42:282 pp.

———— 1959b. The evolution of a wild landscape and its persistence in Southern California. Ann. Assoc. Amer. Geog. 49(3):II, 34-57.

———— 1966. The head of the Colorado delta. Pp. 231-264. In: Eyre, S. R., and G. R. J. Jones. Geography as human ecology. St. Martin's Press, New York.

ATWATER, W. O., and A. P. BRYANT. 1902. The chemical composition of American food materials. U. S. Dept. Agri. Bul. 28.

BALLS, EDWARD K. 1965. Early uses of California plants. California Natural History Guide No. 10. University of California Press, Berkeley and Los Angeles.

BARROWS, DAVID PRESCOTT. n.d. Unpublished field notes on the Cahuilla Indians on file at the Bancroft Library, University of California, Berkeley.

———— 1900. The ethno-botany of the Coahuilla Indians of southern California. University of Chicago Press, Chicago.

BAUMHOFF, MARTIN A. 1963. Ecological determinants of aboriginal California populations. Univ. Calif. Pubs. Amer. Archaeol. Ethnol. 49:155-236.

BEAN, LOWELL JOHN. 1961. The ethnobotanical report sheet. Archaeol. Surv. Ann. Rpt., Univ. Calif., Los Angeles, 1960-61:233-236.

———— 1964. Cultural change in Cahuilla religious and political leadership patterns. Pp. 1-10. In: Beals, Ralph L. (ed.). Cultural change and stability essays in memory of Olive Ruth Barker and George C. Barker. Department of Anthropology, University of California, Los Angeles.

———— 1970. Cahuilla Indian cultural ecology. University Microfilms, Ann Arbor, Michigan. [Doctoral dissertation, University of California, Los Angeles.]

———— 1972. Mukat's people: the Cahuilla Indians of southern California. University of California Press, Berkeley and Los Angeles.

BEAN, LOWELL JOHN, and HARRY W. LAWTON. 1967. A bibliography of the Cahuilla Indians of California. Malki Museum Press, Morongo Indian Reservation, Banning.

211

ACC0019276

BEAN, LOWELL JOHN, and WILLIAM MARVIN MASON. 1962. Diaries & accounts of the Romero expeditions in Arizona and California, 1823-1826. Palm Springs Desert Museum, Palm Springs.

BEAN, LOWELL JOHN, and KATHERINE SIVA SAUBEL. 1961. Cahuilla ethnobotanical notes: the aboriginal uses of oak. Archaeol. Surv. Ann. Rpt., Univ. Calif., Los Angeles, 1960-61:237-245.

——————— 1963. Cahuilla ethnobotanical notes: aboriginal uses of mesquite and screwbean. Archaeol. Surv. Ann. Rpt., Univ. Calif., Los Angeles, 1962-63:51-78.

BEARDSLEY, R. K., et al. 1956. Functional and evolutionary implications of community patterning. In: Wauchope, R. (ed.) Seminars in archaelogy: 1955. Memoir No. 11, Society for American Archaeology, Salt Lake City.

BEATTIE, GEORGE W., and HELEN PRUITT. 1951. Heritage of the valley. San Bernardino's first century. Biobooks, Oakland.

BELL, WILLIS H., and EDWARD F. CASTETTER. 1937. The utilization of mesquite and screwbean by the aborigines in the American Southwest. Ethnobiol. Studies in the Amer. Southwest V. Bul., Biol. Ser., Univ. New Mexico 4(5);3-63.

BENNETT, MELBA. n.d. Ethnographic field notes.

BENSON, LYMAN, and ROBERT A. DARROW. 1944. A manual of southwestern desert trees and shrubs. Univ. Ariz. Bul. 15(2):411 pp.

BLAKE, WILLIAM P. 1953. First wagons across the badlands. Calico Print 9(2):25-27.

BOLTON, HERBERT E. 1907. Spanish explorers in the southern United States, 1528-1543. Charles Scribner's Sons, New York.

——————— 1916. Spanish exploration in the Southwest, 1542-1700. Charles Scribner's Sons, New York.

——————— 1913. Anza's California expeditions. University of California Press, Berkeley and Los Angeles. 5 vol.

BOSCANA, GERONIMO. 1933. Chinigchinich: A revised and annotated version of Father Geronimo Boscana's historical account of beliefs, usages, customs, and extravagancies of the Indians of this Mission of San Juan Capistrano called the Acagchemem tribe. Translated and annotated by J. P. Harrington. Fine Arts Press, Santa Ana.

BOTKIN, C. W. 1940. Pinon nuts as a food crop. New Mexico Agri. Exper. Sta. Bul. 899.

BOWERS, STEPHEN. 1888. The Conchilla Valley and the Cahuilla Indians. Santa Buenaventura.

BRIGHT, WILLIAM. 1967. The Cahuilla language. Pp. xxi-xxix. In: Barrows, David Prescott. The ethno-botany of the Coahuilla Indians of southern California. Malki Museum Press, Morongo Indian Reservation, Banning.

212

ACC0019277

BROWN, JOHN S. 1923. The Salton Sea region, California: A geographic, geologic, and hydrologic reconnaissance with a guide to desert watering places. U. S. Geol. Surv. Water Supply Pap. 497:292 pp.

CAMPA, A. L. 1932. Pinon as an economic and social factor. New Mexico Business Rev. 1:144-147.

CASTANEDA, CARLOS. 1968. The teachings of Don Juan: A Yaqui way of knowledge. University of California Press, Berkeley and Los Angeles.

——————— 1971. A separate reality: Further conversations with Don Juan. Simon and Schuster, New York.

CASTETTER, EDWARD F., and WILLIS H. BELL. 1938. The early utilization and distribution of agave in the American Southwest. Ethnobiol. Studies in the Amer. Southwest VI. Bul., Biol. Ser., Univ. New Mexico 5(4):3-92.

——————— 1941. The utilization of yucca, sotol, and beargrass by the aborigines of the American Southwest. Univ. New Mexico Bul. 372:74 pp.

——————— 1942. Pima and Papago Indian agriculture. Inter-American Studies I. Albuquerque, New Mexico.

——————— 1951. Yuman Indian agriculture: Primitive subsistence on the lower Colorado and Gila Rivers. University of New Mexico Press, Albuquerque.

CAUGHEY, JOHN WALTON. (ed.). 1952. The Indians of southern California in 1852: The B. D. Wilson report and a selection of contemporary comment. Huntington Library, San Marino.

CHASE, J. SMEATON. 1919. California desert trails. Houghton Mifflin Company, New York.

CURTIS, EDWARD S. 1926. The North American Indian. Norwood, Massachusetts. Vol. 15.

DOWNS, JAMES F. 1966. The two worlds of Washoe: An Indian tribe of California and Nevada. Holt, Rinehart, and Winston, Inc., New York.

——————— 1966. The significance of environmental manipulation in the Great Basin cultural development. Pp. 29-56. In: d'Azevedo, Warren L., et al. The current status of anthropological research in the Great Basin: 1964. Desert Research Institute, Technical Report Series, No. 1, Reno, Nevada.

DRUCKER, PHILIP. 1937. Culture element distributions. V. Southern California. Univ. Calif. Pubs. Anthrop. Rec. 1:1-52.

ENGLEHARDT, ZEPHYRIN. 1920. San Diego Mission. James H. Barry Co., San Francisco.

——————— 1927. San Gabriel Mission and the beginnings of Los Angeles. Mission San Gabriel, San Gabriel.

EZELL, PAUL. 1961. The hispanic acculturation of the Gila River Pimas. Mem. Amer. Anthrop. Assn. No. 90, Menasha, Wisconsin.

213

ACC0019278

FORBES, JACK. 1963. Indian horticulture west and northwest of the Colorado River. Jour. West 2:1-14.

FORDE, C. DARYL. 1931. Ethnography of the Yuma Indians. Univ. Calif. Pub. Amer. Archaeol. Ethnol. 28:83-278.

FOSTER, L. 1916. The feeding value of the mesquite bean. New Mexican Farm Courier, Vol. 4, No. 9.

GARCES, FRANCISCO. 1963. A record of travels in Arizona and California, 1775-1776. A new translation by John Galvin. Howell Books, San Francisco.

GARCIA, F. 1917. Mesquite beans for pig feeding. New Mexico Agr. Exper. Sta. Ann. Rept. 28.

GIFFORD, EDWARD W. 1932. The southeastern Yavapai. Univ. Calif. Pubs. Amer. Archaeol. Ethnol. 29:177-252.

GLENDENNING, ROBERT M. 1949. The Coachella Valley, California: Some aspects of agriculture in a desert. Pap. Mich. Acad. Sci., Arts and Letters 35:173-188.

GOLDSCHMIDT, WALTER. 1959. Man's way. A preface to understanding of human society. Henry Holt and Company, Inc. 253 pp.

HALL, H. M. 1902. A botanical survey of the San Jacinto Mountains. Univ. Calif. Pubs. Bot. 1:139.

HALL, H. M. and J. GRINNELL. 1919. Life zone indicators in California. Proc. Calif. Acad. Sci., Ser. 4. 9(2):37-67.

HARDIN, JAMES W., and JAY M. ARENA. 1969. Human poisoning from native and cultivated plants. Duke University Press, Durham.

HARRINGTON, J. P. 1934. A new original version of Boscana's historical account of the San Juan Capistrano Indians of southern California. Smithsonian Miscellaneous Collections, Vol. 92, No. 4.

————— n.d. Unpublished field notes on file at the Smithsonian Institute, Washington, D.C.

HAVARD, VALERY. 1884. The mesquite. Amer. Nat. 18(5):451-459.

————— 1895. The food plants of the North American Indians. Bul. Torrey Bot. Club. 23:33-46.

HAYES, BENJAMIN. 1929. Pioneer notes from the diaries of Judge Benjamin Hayes. Privately printed, Los Angeles.

HEIZER, R. F. and M. A. WHIPPLE. 1957. The California Indians. University of California Press, Berkeley and Los Angeles.

HEIZER, R. F., and HENRY RAPPAPORT. 1962. Identification of *Distichlis* salt. Masterkey 36(4):146-148.

214

ACC0019279

HENDERSON, RANDALL. 1951. Wild palms of the California desert. Desert Magazine, Palm Desert.

HICKS, FREDERICK. 1961. Ecological aspects of aboriginal culture in the western Yuman area. Ph.D. dissertation, University of California, Los Angeles.

HOOPER, LUCILLE. 1920. The Cahuilla Indians. Univ. Calif. Pubs. Amer. Archaeol. Ethnol. 16:316-380.

JAEGER, EDMUND C. 1957. The North American Deserts. Stanford University Press, Palo Alto.

————— 1958. Desert wild flowers. Stanford University Press, Palo Alto.

JAMES, GEORGE WHARTON. 1906. Wonders of the Colorado Desert. Little, Brown & Co., Boston. 2 vol.

KROCHMAL, A., S. PAUR, and P. DUISBERG. 1954. Useful native plants in the American southwestern deserts. Economic Bot. 8(1):3-20.

KROEBER, A. L. 1908. Ethnography of the Cahuilla Indians. Univ. Calif. Pubs. Amer. Archaeol. Ethnol. 6:29-68.

————— 1925. Handbook of the Indians of California. Bureau of American Ethnology, Washington, D.C. Bul. 78: 995 pp.

LAWTON, HARRY W. 1967. The dying god of the Cahuilla: ethnohistoric evidence of a Colorado River-derived agricultural complex in southern California. Graduate seminar paper in English 275A. The Oral Epic, University of California, Riverside.

LAWTON, HARRY W., and LOWELL JOHN BEAN. 1968. A preliminary reconstruction of aboriginal agricultural technology among the Cahuilla. The Indian Historian 1(5):18-24, 29.

LeCONTE, JOHN L. 1855. Account of some volcanic springs in the desert of the Colorado in southern California. Amer. Jour. Sci. Arts 19:1-6.

LEWIN, LOUIS. 1964. Phantastica, narcotics, and stimulating drugs. E. P. Dutton & Company, New York.

MARTINEZ, MAXIMO. 1944. Las plantas medicinales de Mexico. Ediciones Botas, Mexico.

MEIGHAN, CLEMENT. 1959. California cultures and the concept of an archaic stage. Amer. Antiq. 24(3):289-305.

MERRILL, RUTH EARL. 1923. Plants used in basketry by the California Indians. Univ. Calif. Pubs. Amer. Archaeol. Ethnol. 20:215-242.

MORTON, JULIA. 1963. Principal wild food plants of the United States, excluding Alaska and Hawaii. Econ. Bot. 17(4):319-330.

MUNZ, PHILIP A., and DAVID P. KECK. 1968. A California flora. University of California Press, Berkeley and Los Angeles.

215

PALMER, EDWARD. 1871. Food products of the North American Indians. U. S.
Dept. Agr. Rept. *1870*:404-428.

———— 1878. Plants used by the Indians of the United States. Amer. Nat.
*12*:593-606; 646-655.

PATENCIO, FRANCISCO. 1943. Stories and legends of the Palm Springs Indians.
Times-Mirror Press, Los Angeles.

PRICE, JOHN A. 1968. Abstracts: Southwestern Anthropology Association and
Society for California Archaeology, 1969. San Diego. [Mimeo.]

REED, LESTER. 1963. Old time cattlemen and other pioneers of the Anza-
Borrego area. Privately printed, Palm Desert.

ROGERS, MALCOLM. 1938. The aborigines of the desert. Pp. 116-129. *In*:
Jaeger, Edmund C. The California deserts. Stanford University Press,
Palo Alto.

ROMERO, JOHN BRUNO. 1954. The botanical lore of the California Indians
with sidelights on historical incidents in California. Vantage Press, Inc.,
New York.

RUIBAL, RODOLFO. 1959. The ecology of a brackish water population of
*Rana pipiens*. Copeia 1959(4):315-322.

SAUNDERS, CHARLES FRANCIS. 1913. Under the sky in California. McBride,
Nast & Company, New York.

———— 1914. With the flowers and trees in California. Robert M. McBride
& Company, New York.

SOLLMAN, TORALD. 1957. A manual of pharmacology and its applications to
therapeutics and toxicology. W. B. Saunders Company, New York.

SPARKMAN, PHILIP STEDMAN. 1908. The culture of the Luiseño Indians.
Univ. Calif. Pubs. Amer. Archaeol. Ethnol. 8:187-234.

SPENCER, EDWIN ROLLIN. 1949. Just weeds. Charles Scribner's Sons, New
York.

SPENCER, WILLIAM S. 1956. Handbook of biological data. W. B. Saunders
Company, New York.

SPIER, LESLIE. 1933. Yuman tribes of the Colorado River. University of
Chicago Press, Chicago.

STEWARD, JULIAN H. 1929. Irrigation without agriculture. Pap. Mich. Acad.
Sci., Arts and Letters 22:149-156.

———— 1955. The theory of culture change. University of Illinois Press,
Urbana.

———— 1938. Basin-plateau aboriginal socio-political groups. Smithsonian
Inst. Bur. Amer. Ethnol. Bul. *120*:346 pp.

216

STICKNEY, FENNER S., DWIGHT F. BARNES, and PEREZ SIMMONS. 1950. Date palm insects in the United States. U. S. Dept. Agr. Circ. 846.

STRONG, WILLIAM DUNCAN. 1927. An analysis of southwestern society. Amer. Anthrop., n.s., 29:1-6.

———— 1929. Aboriginal society in southern California. Univ. Calif. Pubs. Amer. Archaeol. Ethnol. 26:329 pp.

SUDWORTH, GEORGE B. 1908. Forest trees of the Pacific slope. U. S. Dept. Agri. Forest Service, Washington, D.C.

TREGANZA, ADAN E. 1947. Possibilities of an aboriginal practice of agriculture among the Southern Diegueño. Amer. Antiq. 12:169-173.

UNDERHILL, RUTH. 1936. The autobiography of a Papago woman. Mem. Amer. Anthrop. Assoc. 46.

VEATCH, JOHN A. 1858. Notes of a visit to the "mud volcanoes" in the Colorado Desert in the month of July, 1857. Amer. Jour. Sci. Arts 27: 288-295.

WHIPPLE, A. W. 1855. Report of explorations for a railway route near the thirty-fifth parallel of north latitude from the Mississippi River to the Pacific Ocean, 1853-1854. Vol. III. U. S. Government Printing Office, Washington, D.C.

WHITE, RAYMOND C. 1963. Luiseño social organization. Univ. Calif. Pubs. Amer. Archaeol. Ethnol. 48(2):194 pp.

WILKE, P. J., and DOUGLAS FAIN. 1972. An archaeological cucurbit from Coachella Valley, California. Archaeological Research Unit, Department of Anthropology, University of California, Riverside. 3 pp. [Mimeo.]

WILLEY, GORDON R., and PHILIP PHILLIPS. 1958. Method and theory in American archaeology. University of Chicago Press, Chicago.

WILLIAMSON, LT. R. S. 1856. Report of explorations in California for railroad routes to connect with routes near the 35th and 32d parallels of north latitude. Vol. V. Beverly Tucker, Printer, Washington, D.C.

WOLF, CARL B. 1945. California wild tree crops. Rancho Santa Ana Botanic Garden of the Native Plants of California.

ZIGMOND, MAURICE LOUIS. 1941. Ethnobotanical studies among California and Great Basin Soshoneans. Ph.D. dissertation on file at Yale University.

217

ACC0019282

# *Index of Scientific Names**

*Abronia*
   *A. villosa*, 28
   *A. umbellata*, 28
*Acer macrophyllum*, 29
*Adenostoma*
   *A. fasciculatum*, 29-30, 51, 56, 69
   *A. sparsifolium*, 30-31, 189, 190
*Agave deserti*, 31-36
*Allenrolfea occidentalis*, 36
*Allium*
   *A. biceptrum*, 37
   *A. validum*, 37
*Amaranthus fimbriatus*, 37
*Ambrosia psilostachya*, 37
*Amelanchier pallida*, 38
*Amsinckia*, 188
*Anemopsis californica*, 38-39
*Apiastrum angustifolium*, 39
*Apocynum cannabinum* L. var. *glaberrium*, 39-40
*Arbutus Menziessi*, 40
*Arctostaphylos*
   *A. Adans*, 40-41
   *A. glandulosa*, 40
   *A. glauca*, 40
   *A. pungens*, 40
*Artemisia*
   *A. californica*, 42
   *A. douglasiana*, 42
   *A. dracunculus*, 43
   *A. ludoviciana*, 42-43, 111
   *A. tridentata*, 43
*Arundo Donax*, 102
*Asclepias*
   *A. erosa*, 43-44
   *A. fascicularis*, 43-44
   *A. eriocarpa*, 43-44
   *A. syriaca*, 44
*Astragalus*, 44
*Atriplex*
   *A. californica*, 45
   *A. lentiformes*, 45
   *A. semibacca*, 45
*Avena*
   *A. barbata*, 46
   *A. fatua*, 46

*Baccharis viminea*, 46
*Baeria chrysostoma*, 46
*Beloperone californica*, 47
*Bloomeria crocea*, 47
*Brassica geniculata*, 47
*Brodiaea pulchella*, 47-48
*Bromus tectorum*, 48
*Bursera microphylla*, 48- 49

*Cactaceae*, 49-50, 16, 148, 67-69, 95-97, 148
*Calochortus*
   *C. catalinae*, 50
   *C. concolor*, 50
   *C. flexuosus*, 50
   *C. palmeria*, 50
*Capsella Bursa-pastoris*, 51
*Castilleja foliolosa*, 51
*Ceanothus*, 51
*Centaurium venustum*, 51
*Cercidium floridum*, 52
*Chaenactis glabriuscula*, 52
*Chaetopappa aurea*, 52
*Chenopodium*
   *C. californicum*, 52-53
   *C. Fremontii*, 52-53
   *C. humile*, 52-53
   *C. murale*, 52-53
*Chilopsis linearis*, 53-54
*Chlorogalum pomeridianum*, 54, 191
*Chrysothamnus nauseosus*, 54
*Cirsium*
   *C. Drummondii*, 55
   *C. occidentale*, 55
*Citrullus vulgaris*, 55-56
*Condalia Parryi*, 56
*Conyza canadensis*, 56
*Croton californicus*, 56, 192
*Cucumis melo*, 57
*Cucurbita*
   *C. foetidissima*, 57-58
   *C. moschata*, 58-59
   *C. pepo*, 58
*Cuscuta californica*, 59

*Dalea Emoryi*, 59
*Datura meteloides*, 60-65, 192
*Descurainia pinnata*, 66
*Distichlis spicata* var. *divaricata*, 66
*Dudleya*, 67

*Echinocactus*
   *E. acanthodes*, 67-68, 49
   *E. polycephalus*, 69, 49
*Elymus condensatus*, 69
*Encelia farinosa*, 69
*Epicampes rigens californica*, 89
*Ephedra*
   *E. antisyphilitica*, 70
   *E. californica*, 70
   *E. nevadensis*, 70
   *E. viridus*, 70
*Equisetum*, 70-71

*Page numbers specifically devoted to a plant are given first, and these are followed by more general references.

219

ACC0019283

*Eriodictyon trichocalyx*, 71
*Eriogonum*, 72
*Eriophyllum confertiflorum*, 72
*Erodium*
    *E. cicutarium*, 72-73
    *E. texanum*, 72-73
*Eschscholzia*, 73
*Eucalyptus*, 73
*Euphorbia*
    *E. melanadenia*, 73-74
    *E. polycarpa*, 73-74

*Fourquieria splendens*, 74

*Grindelia squarrosa*, 75
*Guiterrezia microcephalia*, 75

*Haplopappus*
    *H. acradenius*, 75-76
    *H. palmeria*, 75-76
*Helianthus annus*, 76
*Heliotropium curassavicum* var. *oculatum*, 76
*Hemizonia fasciculata*, 77
*Hesperocallis undulata*, 77
*Heteromeles arbutifolia*, 77
*Holodiscus*
    *H. discolor*, 78
    *H. microphyllus*, 78
*Hordeum*
    *H. Stebbinsi*, 78
    *H. vulgare*, 78
*Hydrocotyle*, 79
*Hyptis Emoryi*, 79

*Isomeris arborea*, 79-80

*Juncus*
    *J. acutus* var. *sphaerocarpus*, 80-81
    *J. effusus* var. *pacificus*, 80-81
    *J. Lesenerii*, 80-81
    *J. textilus*, 80-81
    *J. Lesuerii*, 80-81
*Juniperus*
    *J. californica*, 81-82
    *J. occidentalis*, 81-82

*Lagenaria siceraria*, 82-83
*Larrea divaricata*, 83-84
*Lasthenia glabrata*, 84
*Lathyrus laetiflorus*, 84
*Layia*
    *L. glandulosa*, 84-85
    *L. platyglossa*, 85
*Lepidium*
    *L. epitalum*, 85
    *L. nitidum*, 85
*Libocedrus decurrens*, 85-86
*Lotus scoparius*, 87
*Lupinus hirsutissimus*, 87

*Lycium*
    *L. andersonii*, 87
    *L. Fremontii*, 87

*Malva*, 88
*Marrubium vulgare*, 88
*Matricaria matricarioides*, 88
*Medicago hispida*, 88
*Mentzelia*
    *M. albicaulis*, 88-89
    *M. involucrata*, 88-89
    *M. Puberula*, 88-89
    *M. Veatchiana*, 88-89
*Monardella villosa*, 89
*Montia*
    *M. perfoliata*, 89
    *M. spathulata*, 89
*Muhlenbergia rigens*, 89-90, 195

*Nasturtium officinales*, 90
*Nicotiana*
    *N. attenuata*, 90-91
    *N. Bigelovii*, 90-91
    *N. Clevelandii*, 90-91
    *N. glauca*, 90-91
    *N. trigonphylla*, 90-91
*Nolina Bigelovii*, 94

*Oenothera clavaeformis*, 94
*Olneya Tesota*, 94-95
*Opuntia*
    *O. acanthocarpa*, 95, 49
    *O. basilaris*, 95
    *O. Bigelovii*, 96, 49
    *O. megacantha*, 96-97, 49
    *O. occidentalis* var. *megacarpa*, 97, 49
    *O. parryi*, 49
    *O. ramosissima*, 97, 49
*Orobanche ludoviciana* var. *Cooperi*, 97-98

*Paeonia Brownii*, 98
*Palafoxia linearis*, 98
*Panicum Urvilleanum*, 98-99
*Penstemon centranthiafolius*, 99
*Perezia microcephala*, 99
*Perideridia Gairdneri*, 99
*Phaseolus*
    *P. acutifolius*, 100
    *P. vulgaris*, 100
*Phoradendron*
    *P. californicum*, 101
    *P. ligatum*, 101
*Phragmites communis* var. *Berlandieri*, 101, 102, 31
*Pinus*
    *P. attenuata*, 102
    *P. edulis*, 103
    *P. flexilis*, 102
    *P. Lambertiana*, 102

220

*P. monophylla*, 102
*P. Murrayana*, 102
*P. ponderosa*, 102
*P. quadrifolia*, 102
*Platanus racemosa*, 105
*Pluchea sericea*, 105-106
*Populus Fremontii*, 106-107
*Proboscidea altheaefolia*, 107
*Prosopis*
  *P. juliflora* var. *Torreyana*, 107-117
  *P. pubescens*, 118-119, 135
*Prunus*
  *P. andersonii*, 119
  *P. emarginata*, 119
  *P. fasciculata*, 119
  *P. fremontii*, 119
  *P. ilicifolia*, 119
  *P. virginiana* var. *demissa*, 119
*Psoralea macrostachya*, 121
*Pteridium aquilinum* var. *lanuginosum*,
  121

*Quercus*
  *Q. agrifolia*, 123
  *Q. chrysolepis*, 123
  *Q. dumosa*, 123
  *Q. Kellogii*, 123, 13

*Rhamnus*
  *R. californica*, 131
  *R. crocea*, 131
*Rhus*
  *R. diversiloba*, 131
  *R. integrifolia*, 131
  *R. ovata*, 131
  *R. trilobata*, 131, 37
*Ribes*
  *R. malvaceum* var. *viridifolium*, 133
  *R. motigenum*, 133
*Ricinus communis*, 133
*Romneya Coulteri*, 133
*Rosa californica*, 133-34
*Rubus*
  *R. leucodermis*, 134
  *R. parviflorus*, 134
  *R. villosus*, 134
  *R. vitifolius*, 134
  *R. ursinus*, 134
*Rumex hymenosepalus*, 134-135

*Salicornia subterminalis*, 135
*Salix*
  *S. Goodingii*, 135
  *S. nigra*, 135
  *S. Washingtonia*, 135
*Salvia*
  *S. apiana*, 136
  *S. carduacea*, 136
  *S. Columbariae*, 136, 46
  *S. mellifera*, 136
*Sambucus*
  *S. caerula*, 132
  *S. mexicana*, 138
*Satureja Douglasii*, 139
*Scirpus*, 139
*Simmondsia chinensis*, 139-140
*Sisymbrium Irio*, 140
*Solanum*
  *S. Douglasii*, 140
  *S. tuberosa*, 140
*Solidago californica*, 141
*Suaeda*
  *S. diffusa*, 141
  *S. suffracatescens*, 141
  *S. suffrutescens*, 141

*Traxacum californicum*, 141
*Trichostema lanatum*, 141
*Trifolium*, 141-142
*Triticum aestivum*, 142
*Typha latifolia*, 142-143

*Umbellularia californica*, 143
*Urtica holosericea*, 143-144

*Veronica*, 194
*Vitis*
  *V. Girdiana*, 144
  *V. vinifera*, 144

*Washingtonia filifera*, 145-149, 207

*Yucca*
  *Y. baccata*, 150-153
  *Y. brevifolia*, 150-153
  *Y. schidigera*, 150-153
  *Y. Whipplei*, 150-153

*Zea maize*, 153-154

221

ACC0019285

# Index of Common Names

Acorn, 121-131, 16, 18, 21, 31, 49, 107, 117, 120, 148
Agave, 31-36, 18, 20, 49, 148
Amole, 54
Arrowweed, 105-106, 12, 148
Aspen, 106-107

Balm of Heaven, 143
Barley, 78, 199, 200, 201, 204
Barrel Cactus, 67-68, 12, 13, 20
Basketweed, 131-132
Beans, 100, 44, 200, 206
Beaver Tail, 95, 96
Bigleaf Maple, 29
Black Sage, 136-137
Black Willow, 135
Blackberry, Wild, 134, 20
Bladder Pod, 79-80
Blazing-Star, 88-89
Bottle Gourd, 82-83
Box Thorn, 87
Bracken, 121
Brake, 121
Brittle-Bush, 69
Broom Rape, 97-98
Buckhorn Cholla, 95
Buckthorn, 131, 13
Buckwheat, 72
Bulrush, 139
Bur-Clover, 88
Butterfly Tulip, 50

Cabbage, 17, 200
Cacti, 49-50, 16, 67-69, 95-97, 148
Calabazilla, 57-58
California
    Blackberry, 134
    Fan Palm, 145-149, 12
    Goldenrod, 140
    Holly, 77-21
    Juniper, 81-82
    Lilac, 51
    Poppy, 73
    Sagebrush, 42
Canaigre, 134-135
Canchalagua, 51
Candlewood, 74-75
Cane, 69
Canyon Maple, 25
Canyon Oak, 123
Cascara, 131
Castor-Bean, 133
Catclaw, 29, 12, 20
Cat-Tail, 142-143
Cedar, 85-86
Celery
    Common, 39
    Wild, 39

Centaury, 51
Century Plant, 31-36, 12
Chamise, 29, 13
Chaparral, 12, 13, 38, 40, 71, 137
Cheat Grass, 48
Cheese Pumpkin, 58-59
Cheese Weed, 88
Cheese, 88
Chia, 136-138, 20
Chinese Pusly, 76
Chokecherry, 119-120
Cholla, 96, 12
Christmas-Berry, 77
Chuparosa, 47
Clocks, 72-73
Clover, 141-142
Coast Live Oak, 123
Coffee Berry, 131
Common Barley, 78
Common Reed, 101-102
Corn, 153-154, 100, 199, 200
Cottonwood, 106-107, 13
Coyote-Mint, 89
Creosote Bush, 83-84, 12
Croton, 56
Crucillo, 56
Currant, 133
Cushaw Pumpkin, 58-59

Dandelion, 141
Datura, 60-65
Deer-Grass, 89-90
Deer Weed, 87
Desert
    Ironwood, 94, 12, 13
    Isocoma, 75
    Lavender, 79
    Lily, 77
    Mistletoe, 101
    Primrose, 94
    Willow, 53-54, 12
Devil's Claw, 107
Dodder, 59
Downy Cheat, 48

Elder, 148
Elderberry, 138, 13
Elephant Tree, 48-49
Elephant Trunk, 48-49
Eucalyptus, 73
Evening Primrose, 94

Fan Palm, 145-149, 9, 12
Filaree, 72-73
Fleshy-Fruited Yucca, 150, 153
Fruits, Stone, 119-121
    Bitter Cherry, 119

ACC0019286

Desert Almond, 119
Desert Apricot, 119
Desert Peach, 119
Holly-Leaved Cherry, 119-120
Islay, 119
Western Chokecherry, 119-120

Giant Reed, 102
Glasswort, 135
Goatnut, 139-140
Goldfields, 46
Gold Fields, 84
Golden Stars, 47
Goldenrod, California, 140
Gooseberry, 133
Goosefoot, 52-53, 20
Gourd, 82-83, 205
Grape
    Cultivated, 144
    Wild, 144
Greasewood, 29
Gum Plant, 75
Gum Tree, 73

Heliotrope, Wild, 76
Holly, California, 77, 20
Honey Mesquite, 107-117, 20
Horehound, 88
Horse Tail, 70-71
Horseweed, 56
Hyacinth, Wild, 47-48

Incense Cedar, 85-86
Incienso, 69
Indian Corn, 153-154, 100, 199, 200
Indian Hemp, 39-40
Indian Paint-Brush, 51
Indian Potatoes, 50
Indian Silk, 40
Indigo Bush, 59
Iodine Bush, 36
Irish Potato, 140, 17
Ironwood, 94, 12, 13
Isocoma, Desert, 75

Jimson Weed, 60-65
Jojoba, 139-140
Joshua Tree, 150, 153
Juniper, 81, 12, 13, 20, 21, 102
Juniper Mistletoe, 101
Jumping Cholla, 96, 12

Kelp, 190
Kidney Bean, 100

Lavender, Desert, 79
Lemonade Berry, 131-132
Lilac
    Wild, 51
    California, 51
Lily, Desert, 77

Live-Forever, 67
Locoweed, 44
London Rocket, 140
Lupine, 87

Madrone, 40
Madrono, 40
Maize, 153-154, 206
Mallow, 88
Manzanita, 40-41, 13, 20
Maple
    Big Leaf, 29
    Canyon, 29
Mariposa Lily, 50
Marsh Fleabane, 105-106
Marsh Pennywort, 79
Matchweed, 75
Matilija Poppy, 133
Melon, 55-56, 57, 78, 100, 153, 199, 200
Mesquite, 107-117, 12, 18, 20, 49, 129, 145, 148, 203, 206
Mexican Tea, 70
Milkvetch, 44
Milkweed, 43-44
Miners' Lettuce, 89
Miners' Tea, 70
Mistletoe, 101
Mohave Yucca, 150-152
Mormon Tea, 70
Mountain Laurel, 143
Mule-Fat, 46
Mushrooms, 106-107
Muskmelon, 57, 206
Mustard, 47

Nettle, 143-144
Nightshade, 140
Nolina, 94

Oak, 121-131, 13, 16, 20, 92, 145
    California Black Oak, 123
    Canyon Oak, 123
    Coast Live Oak, 123
    Maul Oak, 123
    Scrub Oak, 123, 102
Oat, Wild, 46
Ocotillo, 74-75, 12, 13, 20
Onion, Wild, 37, 20, 142
Our Lord's Candle, 150-153

Palm Tree, 15, 20, 130, 145-149, 207
Palm Tree (fruit), 146, 20, 130
Palo Verde, 52,12
Panic Grass, 98-99
Pea, Wild, 84
Pencil Cactus, 97
Pennyroyal, 89
Peony, Western, 98
Pepper Grass, 66
Peppergrass, 85
Pigweed, 37, 52-53

ACC0019287

Pin Cushion, 52
Pine, 102-105, 12, 13, 18, 20, 100
    Knobcone, 102
    Limber, 102
    Lodgepole, 102, 13
    Pinyon, 102-105, 12, 18, 20, 100
    Ponderosa, 102
    Sugar, 102
    Tamarack, 102, 13
    Yellow, 102
Pineapple Weed, 88
Pinyon, 102-106, 12, 18, 20, 27, 100,
    130
    Nuts, 103-105, 20, 130
Pitches, 104-105
    Pine Gum, 104-105, 69
    Asphaltum, 24, 36, 69
Plane-Tree, 105
Plum, Wild, 56
Poison Oak, 131-132, 41
Poplar, 106-107
Poppy, California, 73, 54
Potato, 140, 17, 200
Prickly-Pear, 97
Primrose, Desert, 94
Pumpkin, 58-59, 153, 199, 206
    Cheese, 58-59
    Cushaw, 58-59
Pygmy Weed, 67

Ragweed, Western, 37
Raspberry, 134
Rattleweed, 44
Reed, 12, 31, 101-102
    Common, 101-102
    Giant, 102
Red Shank, 30-31, 12
Rhubarb, Wild, 134-135
Ribbonwood, 30-31, 12
Ribbon Bush, 30-31
Romero, 141
Rose, Wild, 133-134
Rush, 80-81, 24
Rye Grass, 69

Sage, 136-138
    Black, 136, 137
    Thistle, 136, 137
    White, 136
Sagebrush
    Basin, 43
    California, 42
Saltbush, 45, 20
Salt Grass, 66
Sand-Verbena, Wild, 28
Scapollote, 99
Scarlet Bugler, 99
Scirpus, 139
Scouring-Rush, 70-71
Screwbean, 118-119, 12, 20, 148
Scrub Oak, 102, 123
Sea-Blite, 141

Seep-Weed, 141
Seep-Willow, 46
Service-Berry, 38
Shepherd's Purse, 51
Snakeweed, 75
Soap Plant, 54
Soft-Flag, 142-143
Spanish Bayonet, 150-153
Spanish Needles, 98
Spice Bush, 143
Spurge, 73-74, 199
Squash, 57, 58, 100, 200, 206
Star Tulip, 50
Stone Fruits, 119-121
    Bitter Cherry, 119
    Desert Almond, 119
    Desert Apricot, 119
    Desert Peach, 119
    Holly-Leaved Cherry, 119, 120
    Islay, 119
    Western Chokecherry, 119, 120
Storksbill, 72-73
Strawberry, Wild, 74
Sugar Bush, 131-132
Sumac, 131-132
Sunflower, 76, 206
Sycamore, 105, 148

Tansy-Mustard, 66
Tarweed, 77
Thimbleberry, 134, 20
Thistle, 55
Thistle Sage, 136, 137
Thorn-Apple, 60-65
Toad Plant, 37
Tobacco, 90-94, 42, 207
Tomatoes, 17, 200
Tornillo, 118-119
Toyon, 77
Tule, 81
Tuna Cactus, 96-97, 20, 50, 194

Unicorn Plant, 107

Walnut (hulls), 24
Water-Cress, 90
Watermelon, 55-56, 57, 153, 199, 206
Water-Wally, 46
Western
    Honey Mesquite, 107-117, 20
    Peony, 98
    Ragweed, 37
    Raspberry, 134
Wheat, 142, 59, 200, 201
White Sage, 136
White Tidy Tips, 84-85
Wild
    Blackberry, 20
    Celery, 39
    Grape, 144
    Heliotrope, 76

224

ACC0019288

Hyacinth, 47-48
Lilac, 51
Oat, 46
Onion, 37, 20
Pea, 84
Plum, 56
Rhubarb, 134-135
Raspberry, 20
Rose, 133-134
Sand-Verbena, 28
Squash, 57-58
Strawberry, 74

Willow, 13, 206, 148
   Desert, 53-54, 12
Wire-Grass, 80-81
Wooly Blue-Curls, 141
Wormwood, 42-43, 111

Yerba
   Buena, 139
   Mansa, 38-39
   Santa, 71
   Sapo, 37
Yerbo de pasino, 46
Yucca, 150-153, 16, 20, 49, 145, 148

ACC0019289

# TAB 10

# HEINONLINE

Citation:  1 Benjamin Davis Wilson The Indians of Southern
in 1852 The B.D. Wilson Report and a Selection of
Comment John Walton Caughey ed. i 1952

Content downloaded/printed from
HeinOnline (http://heinonline.org)
Tue Sep 24 13:11:20 2013

-- Your use of this HeinOnline PDF indicates your acceptance
of HeinOnline's Terms and Conditions of the license
agreement available at http://heinonline.org/HOL/License

-- The search text of this PDF is generated from
uncorrected OCR text.

*Huntington Library Publications*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021183

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021184

# THE INDIANS OF

# SOUTHERN CALIFORNIA

# IN 1852

*The* B. D. WILSON *Report*

*and a Selection of Contemporary Comment*

Edited by John Walton Caughey

⊷[ 1952 ]⊷

HUNTINGTON LIBRARY

SAN MARINO, CALIFORNIA

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021185

COPYRIGHT, 1952, BY

THE HENRY E. HUNTINGTON LIBRARY AND ART GALLERY

✻

PRINTED IN THE U. S. A.

THE PLANTIN PRESS, LOS ANGELES

FIRST EDITION

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021186

*TO LO*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021187



Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021188

# CONTENTS

| | Page |
|---|---|
| INTRODUCTION | |
| *Federal Appointee* | ix |
| *The Locale* | xii |
| *Indian Backgrounds* | xviii |
| *State and Federal Policy* | xxii |
| *The Report and its Reception* | xxvi |
| *The First Reservation* | xxxi |
| *Exhuming the Report* | xxxiii |
| THE REPORT | 1 |
| CONTEMPORARY COMMENT | 71 |
| BIBLIOGRAPHY | 153 |

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021189

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021190

# INTRODUCTION

### FEDERAL APPOINTEE

ON OCTOBER 16, 1852, the editors of the Los Angeles *Star* hailed the appointment of a fellow townsman to federal office. "The universal expression of satisfaction...," they said, "is the surest evidence that the appointment is a good and proper one," and they went on to predict that it would assure "permanent peace with all those tribes which have, in times past, been so troublesome to the country."

The office filled was of modest rank: sub-agent for Indian affairs in southern California. The man appointed—Benjamin Davis Wilson—had already stamped himself as a prominent figure in the community.

A native of Tennessee and eight years a trapper and trader in New Mexico, Wilson had come to California in 1841 with the Workman-Rowland party, the first group of settlers from the United States to enter by the southern route. Already familiar with Spanish American customs, he quickly identified himself with the Californians, to whom he soon was "Don Benito." He married Doña Ramona Yorba, acquired land, and turned ranchero. He earned fame as a bear hunter, incidentally affixing the place name Big Bear Lake, and he also showed a special flair for dealing with the Indians.

In 1845 at Cahuenga, when the adherents of Micheltorena and Alvarado lined up to battle for the governorship, Don Benito helped avert bloodshed. After being taken prisoner at the battle of El Chino in 1846, he served again as mediator in

ix

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021191

the resolution of the rebellion of the southern Californians against their American conquerors. In the stirring events of '48, '49, and '50, he and his fellow southern Californians were essentially by-standers. They were little disturbed by the persistence of military government, only moderately aroused by the gold rush, and less inclined than those in the north to exult over statehood. Gold did boom the market for beef and mutton. Wilson engaged in cattle and sheep drives north, his ranch operations became more profitable, and so did his merchant business in Los Angeles.

Thus in 1852, at forty-one, besides being a former mayor of Los Angeles and the county clerk, he was one of the older American residents and a leading merchant and landowner. He can hardly have regarded the post of sub-agent for Indian affairs as a great plum. In reporting his appointment, therefore, the *Star* was probably correct in identifying his reason for accepting the office as "a desire to secure peace and justice to the Indians" and "to render to the government of the United States whatsoever service may be in his power."

On his qualifications for the job there is direct testimony in the form of a thumbnail sketch written a few months later by a close acquaintance, Judge Benjamin Hayes:

"Mr. Wilson," he wrote, "is an old mountaineer, and a gentleman in every sense of the word. He is wealthy and independent—and so does not need this office. His wealth has come to him in a measure suddenly, by the rise of property; after many 'hard knocks' in the Rocky Mountains and here, before, during and since the war. He has been in some little campaigns formerly against portions of these Indians, and knows them, and they know him well. Before his appointment, their Chiefs visiting the City, habitually came to see and talk with him about their business, as much as if he were their

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021192

⇥·[  xi  ]·⇥

Agent. Notoriously he is a favorite with them—no stranger. His good sense, kindness of heart, knowledge of mountain life, familiarity with all the tribes, and reputation for integrity of purpose are difficult to combine in any one else that may be recommended from this quarter."[1]

In the course of the following decades Don Benito went on to higher honors and more substantial rewards. He served on the San Gabriel school board and in the state senate. He was stockholder and director in southern California's earliest oil, telegraph, and railroad companies and participated in several water development projects. He was a leading orchardist, vineyardist, and vintner. Having progressed from stock raising to horticulture, he took up real estate subdividing and promotion. Still later his fame was enhanced by the phenomenal development of the lands he once owned at Riverside, San Marino, Pasadena, and Westwood, by the astronomical observatory and the television transmitters on Mt. Wilson, and by the distinguished careers of a number of his descendants, notably General George S. Patton.

Definitive history probably will record the agricultural and business chapters as the most significant in his life work. Nevertheless, in 1877, when historian Hubert Howe Bancroft asked for a biographical statement, Wilson's one request was that he be remembered as a friend of the Indians and credited with urging their settlement on reservations.[2] The plan alluded to is set forth in detail in the report that comprises the body of this volume.

[1]Benjamin Hayes to Senator David R. Atchison, January 14, 1853, draft, Hayes Scrapbooks, Bancroft Library, XXXIX, 121 (reproduced below, pp. 82-86).
[2]Hubert Howe Bancroft, *History of California* (7 vols., San Francisco, 1884-1890), V, 777.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021193

—◂[   XII   ]▸—

## THE LOCALE

The locale of this report—southern California from the Colorado to the Pacific and from the Mexican border to the southern San Joaquin Valley—is a large area in which all of New England could be contained. Today it has a great variety of proven resources and a population of five or six millions. As of 1852 it was an undeveloped and all but empty land. Its *gente de razón*, in free translation its "civilized inhabitants," numbered hardly more than five or six thousand, or one tenth of one per cent of today's census.

Politically this territory had been organized, somewhat reluctantly, as the southern counties of the newly erected state. The men of San Francisco and the diggings condescendingly referred to it as the Cow Counties. And they were right, not merely in terms of the ranchos with their thousands of head of cattle, which were the sinew of the region, but also in terms of the habits and interests of the people, the general backwardness of the economy, and the primitive character of society. True enough, the talisman of gold had recently shifted the emphasis from hides to beef and was encouraging actual cultivation of the soil. According to the state census of 1852, Los Angeles County, with less than a fiftieth of the state's population, had a quarter of the cattle, a fifth of the horses, and a twentieth of the cultivated acreage.

In a land so thoroughly agricultural, it is something of a paradox to find most of the people living in town. Of course, the Spanish American frontier had stressed agricultural villages rather than single-family farms. Irrigation likewise meant intensive cultivation of compact tracts rather than the tilling of widely scattered fields. And cattle raising on the open range, whatever its other merits, did not call for a large labor force constantly spread out over the entire grazing area. Moreover,

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021194

Case 5:13-cv-00883-JGB-SP   Document 85-14   Filed 10/21/14   Page 95 of 404   Page ID #:2922

especially in the case of the more inland ranchos, the exposure to Indian raids from the wilder hinterland encouraged a clustering in the towns, and the general remoteness of the region probably had similar effect. For these reasons and perhaps others the towns had special importance.

Near each of the old mission sites there was at least a nucleus of settlement, the most flourishing being San Diego, where the colonization of California had started in 1769, and Santa Barbara, which dated from 1786. As of 1852, however, the more populous centers were at San Bernardino, where five hundred Latter-day Saints had recently arrived to establish a Mormon outpost, and in the metropolis of the south, with perhaps two thousand souls assembled in the City of the Angels.

Consisting mainly of single-story adobe buildings straggling out from a central plaza, Los Angeles had the innocent appearance of a little Spanish town. The speech and dress of most of its people and a good fraction of the social practices also reflected the Spanish and Mexican background. On a smaller scale it presented many of the characteristics which American visitors found so striking in Santa Fe.

By 1852, however, Los Angeles' Spanish appearance was somewhat deceiving, for many elements of the local scene had the unmistakable flavor of the United States, or, more distinctively, of the American West. At times the town was boisterous with freighters and muleskinners from the Salt Lake line. Its status as a cow town gave it some of the toughness soon to be associated with Abilene and Dodge City. Its population was also swelled with adventurers from the gold fields and with hard characters who had fled from the vigilantes of San Francisco.

These newcomers, along with the handful of Anglo-Amer-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021195

Case 5:13-cv-00883-JGB-SP   Document 85-14   Filed 10/21/14   Page 96 of 404   Page ID #:2923

icans of longer residence, of whom Wilson is an excellent example, were the culture-bearers of the new civilization. They brought new blood, a new language, new laws, a new basis for land ownership, new social practices, and a new perspective on race relationships. Under their tutelage southern California was in process of transition from Spanish to American ways. More precisely, an aggressive American frontier was being superimposed on an older Spanish frontier that had not had time to run its full course.

Published reminiscences, contemporary letters such as those in the Stearns and Wilson papers at the Huntington Library, and the broken files of the newspapers of the day give a vivid picture of the times. Politically, the southern Californians were full of complaints. They did not like the federal act which unsettled practically all land titles and subjected the claimants to long and expensive litigation. They felt that the national government should do more than it had in the assignment of troops to the region and to improve transportation and mail service. Displeased with statehood because of the dominance of the north and the heavy burden of real estate taxes, they clamored for state division and the erection of a territorial government in the south. Economically the region was thoroughly subservient to San Francisco. The northern part of the state was the sole market for the produce of southern ranchos, farms, and gardens, and the coastal steamers and sailing schooners from San Francisco brought in return the merchandise for local consumers. They also brought whatever news there was of the outside world.

Some of the descriptive items found in these various sources have no very profound significance—for example, the comment on the superabundance of dogs in Los Angeles, a newspaperman's difficulties in collecting accounts, or a passing

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021196

+⟦ XV ⟧+

craze for bear cubs as pets. Others prick out the intercultural factor. In the recreational field, for example, *bailes* (Spanish dances) were the most popular events. One at Abel Stearns' home, on Washington's Birthday in 1853, led to a riot when uninvited guests tried to join in. Six weeks later, at the conclusion of Lent, the *Star* reported "a grand cock-fight...on the Plaza, opposite the Church, made up between Don Pio Pico and Mr. John Powers." Then came a race "between Moore and Brady's horse, John Smith, and Mr. J. Powers' mare, Sarah Jane, for $2,100 a side, which the horse won by about a length. This was decidedly the prettiest race we have seen in the city. After the race a game of 'shinty' was played between a party of twelve Americans against twelve Californians, on the result of which about $1500 was bet. That was fine sport. The men on each side were strong, athletic, nimble fellows, selected expressly for their supposed proficiency in the game, and at the commencement bets were about even...."

On May 14, 1853, the *Star* reported further on the recreational activities of the community, this time running true to the form of the American frontier. "The 'Bar'," it reported, "was out in full force last evening, in commemoration of some event or events to our reporter unknown, and perambulated the streets until a late hour, very kindly preventing the citizens from over indulging themselves in a sort of imaginary luxury called sleep, and setting a fine example to Indians and rowdies generally, which we have no doubt they will be quick enough to imitate. The whole affair ended in a row, in which the only sufferer was our city Marshall, who it is said sustained a dental attack upon the most prominent and one of the most useful and ornamental portions of his face. His adversary, whoever he was, displayed a most anti-epicurean taste."

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021197

Case 5:13-cv-00883-JGB-SP   Document 85-14   Filed 10/21/14   Page 98 of 404   Page ID #:2925

Equally routine as an American frontier item was the *Star*'s scornful comment, December 22, 1855, on a new city ordinance prohibiting the discharge of pistols within the city limits. The council, it said, might as well have outlawed smoking. Who has not fired a pistol in the streets, it asked, and who has been fined for doing it?

With such a volatile and unrestrained population, with knives and guns so plentiful, and with the restraining arm of government imperfectly developed, crimes of violence were all too common. Reminiscence has magnified them to "a murder a day," or "a dead man for breakfast every morning," or to three or four violent deaths per diem, at which rate the Los Angeles population would hardly have lasted the year. Scanning the papers, and bearing in mind that they were weeklies, one does get the impression that almost every issue had a homicide to report. The casual treatment of some of these stories suggests that they had almost ceased to be news. On May 14, 1853, for example, there was a laconic note on an inquest on the body of an Indian found near the zanja with his throat cut. The verdict is described as "the customary one," perhaps in the phraseology elsewhere recorded, "Death by an unknown hand or by a visitation from God."

There were spectacular crimes too. In the summer of 1852 two Americans disappeared after being last seen in the company of a certain Doroteo Savaleta, who had subsequently displayed $500 in American gold. "Travelers are not safe," the *Star* editorialized on July 24, "until a gang of desperadoes, of which Savaleta is but one, is exterminated." "We are indebted," the story continued, "for the above particulars to B. D. Wilson, Esq., who has been actively engaged in endeavoring to ascertain the fate of the two Americans alluded to."

A week later, in a three-column story, the *Star* told of the

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021198

⭢⟦  xvii  ⟧⭠

arrest at Santa Barbara of Savaleta and Jesús Rivas, their return to Los Angeles, trial by a people's court, and prompt execution atop Fort Moore Hill. Although a few months earlier the *Star* had been critical of vigilante justice, it now took lynch law as a matter of course.

The following November popular resentment mounted still higher over the assassination of the debonair and popular Joshua H. Bean. A volunteer tribunal swung into action, laid hold of a number of suspects, put them through a grilling, extracted from one a confession of other crimes, and heard explicit charges that Cipriano Sandoval, San Gabriel shoemaker, was the man who had killed Bean. By the hour set for the executions, three o'clock of a Sunday afternoon, the committee had a third candidate, caught that morning in the act of stabbing a companion. The three were hanged. Five years later, the real murderer of Bean made a death-bed confession which established Sandoval's innocence. A regular court, of course, might have made the same error, but the impetuosity of lynch law puts it in special hazard of mistaking identity or acting upon insufficient evidence.

These are but two of many vigilante executions at Los Angeles in the fifties. Quick and severe though punishment had become, it did not seem to prevent crime. In 1854 the San Francisco *Herald* reported receipt of a letter from an Angeleño who said it was unsafe to go out after dark. The *Herald* had no better cure to suggest than vigilante action such as San Francisco had employed in '51—and would need again in '56—and Los Angeles already had that device going full blast.

A more perspicacious analysis had been offered by the San Francisco *Alta California* on July 23, 1853. "Los Angeles County," it observed, "affording as it does temptation, as well as facilities to murderers and robbers, has long been to Nor-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021199

XVIII

thern California what Texas was formerly to the States—a rendezvous for villains." The phrase "Gone to Los Angeles" never achieved the full flavor, even locally, that had attached to "Gone to Texas," but by all accounts the analogy drawn by the *Alta* was valid.

One other fact is underlined in the primary descriptions of southern California in the early fifties, namely, the size and significance of the Indian element. In this part of the state they were well in the majority and, though far from being the ruling class, they were of substantial importance.

## INDIAN BACKGROUNDS

Earliest reports of the southern California Indians depict an affable, hospitable people, most primitive in skills and possessions, but subsisting comfortably on what the land and the sea offered. To some casual observers the ultra-simplicity looked like miserable poverty. At the other extreme is some more recent anthropological opinion that it was a good life with plenty of food, much leisure, and a great deal of fun.

Taken in hand by the Franciscan missionaries late in the eighteenth century, the Indians near the coast began the arduous process of learning the ways of the white man and adjusting to them. The process was gradual and slow. It included instruction in the religion and language of Spain. It called for changes in dress and deportment. It meant getting used to a different sort of dwelling and to new rules of social relations. It involved learning how to work at various tasks which the Spaniards regarded as useful: at gardening and stock tending, at the so-called mission industries such as soap making and tile making, at the simpler building trades, and in other forms of skilled or semi-skilled labor. Although not the most apt pupils that the New World had offered, these Indians

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021200

⊷[  xix  ]⊶

traveled a long distance along the mission road. They picked
up many elements of Spanish civilization and got to be cul-
turally far removed from the untutored tribesmen of the
mountain and desert interior.

In the thirties, after the older missions had run about six-
ty years and the later ones long enough to have primarily a
mission-born clientele, secularization was suddenly ordered.
True, the aim of the mission program had been to train the
Indians to the point where they could be released from mis-
sion discipline and take their place as full-fledged subjects of
the Spanish monarch. In the thirties no one seriously con-
tended that the Californians had come so far. But there were
men who coveted the mission lands and herds, and it was pos-
sible to argue that the mission system was an anachronism
in the Mexican republic. Abruptly the Indians were turned
loose. A few may have bettered themselves at once. A larger
number went off to the interior and went native or, in more
elaborate expression, reverted to barbarism. Most of the for-
mer mission Indians tarried in the mission area, which after all
was their ancestral home. Ill prepared to manage their own
affairs, they took whatever jobs they could get, and many of
them lapsed into dissipation and debauchery.

In mission days the Indians had become accustomed to
week-end rations of *aguardiente*. In their independent status
the tendency was to place still more emphasis on this custom
and some of them carried it to excess. Drunkenness and fight-
ing, sometimes with fatal result, came to be regular Saturday
night behavior in Los Angeles' Nigger Alley, giving the peace
officers the routine task of locking up sundry drunks, most
of whom were Indians. In court on Monday morning fines
would be assessed, and if, as frequently was the case, the In-
dians could not pay they would be bound out to an employer
to work it off.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021201

✦⊏ XX ⊐✦

This Los Angeles "slave mart" came in for some criticism in its day and for more bitter condemnation by later writers. One may extenuate by pointing out that the benevolent Walter Colton, American alcalde at Monterey, had used the same method, and that week by week the Indian auction involved only a small fraction of the total labor force. Nevertheless, it does betray a callousness about human rights, and of course the real flaw was in encouraging the conditions which produced carousing and drunkenness.

The southern Californians of the fifties were much more concerned about another aspect of the Indian problem, the habit of bands from the Mojave Desert and beyond to cross the mountains and raid the ranchos. These Indians killed a few head of cattle, but primarily they were after horses, which were easier to drive away and sweeter to the taste. Raids of this type had occurred in the Mexican period, and on two such occasions Wilson had led pursuits across the mountains and out upon the desert.

After the American conquest the marauders became bolder. In May, 1849, there was a raid on Rancho Azusa. In June another band swept almost to Los Angeles, picking off a drove of horses with which it headed back toward Cajon Pass. There Abel Stearns and a volunteer crew overtook the raiders and recovered the horses, killing ten of the Indians and losing two of their own number.

In January, 1850, Deputy Sheriff A. P. Hodges mustered forty-seven well-armed men to track down another horse-stealing band. According to Horace Bell, they rode forth bravely, but stopped to fortify themselves with food and drink at every rancho, and on the third day despaired of overtaking their quarry. But according to Judge Benjamin Hayes, "the state ought to pay the expenses of this volunteer expedition,"

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021202

Case 5:13-cv-00883-JGB-SP   Document 85-14   Filed 10/21/14   Page 103 of 404   Page ID
#:2930

and he forwarded the tab to a member of the state legislature,
which was just starting its first session.

A year later raiders from the desert ran off the entire horse
herd from José María Lugo's rancho, some seventy-five head.
This time pursuit was more rapid. The thieves were over-
taken about 100 miles beyond Cajon Pass, but the pursuers
were fifteen against fifty. They found the Indians on the alert
and well armed, and after losing one man in the first fusillade
they were forced to turn back emptyhanded.

Another danger spot was at Four Creeks in the southern
San Joaquin Valley, near present-day Visalia. In 1851 Henry
Dalton and a Captain Dorsey from San Jose lost men and
horses and cattle as they were trailing beeves to the northern
market. The next year a trail herd of 2,000 head of cattle was
run off and several vaqueros were killed. Meanwhile, raids
on the exposed ranchos continued. Indeed, the editor of the
Los Angeles *Star* in 1855, in casting up accounts on losses
from San Diego to San Luis Obispo, put the 1849-53 total at
not less than $300,000 in horses alone.

Whether or not his figure was actuarially sound, these raids
were not merely a nuisance, but a serious threat to the pros-
perity and security of southern California. Furthermore,there
was always the possibility that the condition would get worse.
If the Indians nearer the coast—the central figures in Wilson's
report—should adopt the hostility of those farther inland, the
danger and the damage could be ever so much greater.

In December, 1851, just such an outbreak seemed to be in
the making. Led by Antonio Garrá, of the Warner's Ranch
district, the Indians of the southern mountain area took up
arms, plundered Warner's Ranch, and threatened to kill all
the whites in southern California. The Mormons at San Ber-
nardino hurriedly erected a stockade. Los Angeles sent out a

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021203

✦[ XXII ]✦

posse under Joshua Bean. But it was Juan Antonio, the Ca-
huilla chief, who quelled the uprising. He took Garrá into
custody and turned him over to Bean. At San Diego there
was the formality of a trial and Garrá, still obdurate, was ex-
ecuted. This insurrection had, for the whites, a happy end-
ing, but it was a forceful reminder of the precariousness of
life on this Indian frontier.

## STATE AND FEDERAL POLICY

Since in American practice Indian affairs have been more the
function of the state than of the local unit, it was natural that
the California state government, when it began to operate, in
the winter of 1849-50, should pay some attention to the prob-
lem. To say that the state adopted an Indian policy would ex-
aggerate, but it did set in motion a program that was simple,
direct, and vigorous.

The opinion then current among Californians, most of
whom were not in contact with the southern California In-
dians of the following report, was that destiny had awarded
California to the Americans to develop, that the aborigines
were no asset to the state, and that wherever they interfered
with progress they should be pushed aside. The state pro-
ceeded to implement this opinion by authorizing military
campaigns against Indians alleged to have committed depre-
dations and by accepting the bills for such work as a charge
against the state treasury.

The result was one of the most disgraceful chapters in the
entire history of the state. Armed bands took the field against
the Indians on an almost completely indiscriminate basis. A
whole series of Indian "wars" ensued, though, as Bancroft
sagely observed, there was not a respectable one in the lot.
Instead they featured wholesale butchery and seemed to aim

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021204

⇥[ XXIII ]⇤

at complete liquidation of the Indians. The following oratorical outburst, which Horace Bell intended as hyperbole, is in fact a reasonably accurate statement of the code that then prevailed."We will let those rascally redskins know that they have no longer to deal with the Spaniard or the Mexican, but with the invincible race of American backwoodsmen, which has driven the savage from Plymouth Rock to the Rocky Mountains, and has headed him off here on the western shore of the continent, and will drive him back to meet his kindred fleeing westward, all to be drowned in the great Salt Lake."[3]

The brunt of this attack fell farther north, but there were southern repercussions. There was, for example, a campaign against the Yumas late in 1850. Its occasion was the killing of eleven Colorado River ferrymen, headed by John Glanton. In Los Angeles Glanton and his associates were regarded as cutthroats and robbers and there was no enthusiasm about avenging them. But by recruiting newly arrived emigrants, Joseph R. Morehead got together 125 men, descended on the Yumas, and killed a score of them. The expense account, sometimes cited as the main consequence, ran to $76,588.

Meanwhile, the federal government, normally the main reliance in Indian matters, extended a faltering hand toward California. The distance was great, and the information about the region was none too reliable. Expansion to the Pacific had come suddenly, and the Indian office operated under laws designed for a much smaller West. In part because appointments were political there was a rapid turnover in the personnel assigned to California, and relatively few showed aptitude for the work. The outrageous prices of the gold rush inflation made it difficult to finance the program adequately, and this circumstance led some of the agents into most un

[3] Horace Bell, *Reminiscences of a Ranger* (Los Angeles, 1881), 116.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021205

→[  XXIV  ]→

businesslike dealings. Yet the main handicap probably was that there was a basic disagreement between federal intentions and the wishes of the majority of Californians.

As early as April, 1847, General S. W. Kearny, in his capacity as military governor, appointed Indian agents for three districts: north of San Francisco Bay, the Central Valley, and southern California. Since the problem was not acute the agents did little. The next year Mexico ceded the entire area to the United States in a treaty that came to be interpreted, most unfortunately, as an absolute dispossession of the California Indians. In 1849 a State Department emissary, Thomas Butler King, urged attention to the problem. That same year, under the newly created Department of the Interior, a California Indian agent was appointed, a certain John Wilson, no kin of B. D. He was assigned to "Salt Lake City, California," which turned out not to be in the state after all. At the same time, Adam Johnston was named sub-agent for the Sacramento-San Joaquin Valley. His first report, dated January 31, 1850, dealt with the plight of the former mission Indians and their need for an assignment of land. Then he went to the Central Valley and undertook to do something for the Indians there.

Late in 1850, with a $50,000 appropriation as backing, the Indian Office sent three commissioner-agents to California with specific instructions to negotiate treaties assigning specific tracts to the various California tribes.

Reaching California early in 1851, the three commissioners were soon at work negotiating treaties. At first they worked as a team, going with military escort, supplies, and presents to the eastern margin of the San Joaquin Valley, where on March 19 they concluded a treaty with six tribes or bands of "Mountain and Mercede Indians" and on April 19 with an-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021206

other sixteen tribes or bands. Then they decided to split up, Redick McKee moving into the northern part of the state, O. M. Wozencraft continuing in the middle district, and George W. Barbour taking the south. Within a year they had negotiated eighteen treaties embracing 139 tribes or bands, promising annuities of beef, blankets, and other supplies, and in the aggregate setting aside 7,488,000 acres, or about a fourteenth of the total area of the state, as permanent domicile for these Indians. With insignificant exceptions the lands involved had no white occupants or claimants and were regarded by the commissioners as relatively worthless. Most of the tracts were on the floor of the Central Valley, before long to prove fabulously productive.

The work of the commissioners aroused a great clamor. The Department of the Interior was displeased that on a budget of $50,000 they had purchased and contracted to the tune of $716,394.79. Some claims were paid; others were protested. The eighteen treaties were submitted to the Senate. Deluged with protests from California citizens, mindful of the opposition of the California delegation in the Congress, and influenced no doubt by the thought that much of this land might prove to be gold-bearing, the Senate refused all eighteen treaties. Belatedly, in 1944, the United States Court of Claims awarded some five million dollars as compensation to the California Indians for losses suffered through the nonfulfillment of these treaties. The money was later appropriated and impounded for ultimate use in a manner or manners still to be determined.

It was in this setting of confused plans, in the fall of 1852, that Edward F. Beale came to California as the newly appointed superintendent of Indian affairs. A veteran officer in

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021207

→[ XXVI ]←

the Navy, companion of Kit Carson in the hazardous exploit of going through the Californian lines to get help for Kearny's dragoons after the battle of San Pascual, and courier with the first California gold delivered to the capital in Washington, Beale was a man of parts. He was more intent on achieving tangible benefits for his Indian wards than any of his predecessors had been. It was he who chose Wilson as sub-agent for southern California, and it was at his request that this report on the Indians of the area was written.

### THE REPORT AND ITS RECEPTION

Even the most casual reading of the report discloses a far more polished style than characterizes Wilson's other writings. Since the report survives in the form in which it was printed in 1868 in the Los Angeles *Star*, it is possible of course that the editor at that time regularized the spelling and punctuation and elevated the rhetoric. The differences, however, extend further. The vocabulary is considerably more elaborate and learned than Wilson customarily used, and the periods are often much more oratorical. There also are passages that suggest the legal mind at work and others which would have come more naturally from a devout Roman Catholic. The indications thus are that Wilson had assistance.

An entry under date of January 1, 1853, in Benjamin Hayes' diary makes this much more explicit. "In the afternoon," this entry reads, "finished the map to accompany the report of Indian Agent (Benj. D. Wilson). Mr. Wilson, in this matter, is acting with a spirit of philanthropy most honorable to him. This Report is of date December 26, 1852, prepared by me, at his instance, from information derived from Don Juan Bandini, Hon. J. J. Warner, and Hugo Reid, Esq. One copy for the Superintendent, Lt. E. Beale; with the other, Mr.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021208

⊶⟦ xxvii ⟧⊷

Wilson goes to the Legislature, now in session, to obtain their
co-operation in his plans for the Old Mission Indians."[4]

The phrase, "prepared by me," might signify merely that
Hayes was a one-man committee on style, smoothing the
rough places in Wilson's draft. In the context, however, it
seems to mean much more. Its assertion really is that Hayes
actually composed the report and that he thereby qualifies
as Los Angeles' first ghost writer. Several things about him
point up the possibility that he could have done it.

A Missourian, Hayes set out for California as a forty-niner.
He was so long en route that he did not get to Los Angeles
until early 1850. He began practice of law at once and in the
1852 election was chosen first district judge for southern Cali-
fornia. He continued on the bench through 1864. Along with
the dispensing of justice he combined many other activities.
He was an inveterate correspondent to the newspapers and
often a contributor of editorials. For the whole period of his
residence in southern California, from 1850 to 1877, he kept
a careful meteorological record. He was also a self-appointed
archivist of local history. By personal observation and by
questioning older residents he gathered information about
the region's past and when manuscript or printed materials
came his way he preserved them. He thus was a treasure trove
for Hubert Howe Bancroft when that collector-historian cast
his net in the southern part of the state. Hayes, in fact, turned
over his collection to Bancroft and became his agent in trans-
cribing the official records of Los Angeles. It was with some
bias then, but not with complete inaccuracy, that Bancroft
said of Hayes that, however creditable his career as a jurist,
he "performed for his country, for the world, for posterity, a

[4] Marjorie Tisdale Wolcott, ed., *Pioneer Notes from the Diaries of Judge
Benjamin Hayes*, 1849-1875 (Los Angeles, 1929), 94.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021209

◂[ xxviii ]▸

work beside which sitting upon a judicial bench and deciding cases was no more than catching flies."[5]

As a close personal friend of Wilson's, as a lawyer and a Roman Catholic, by reason of his genuine concern for the Indians, by reason of his penchant for local history and anti-quarianism, and particularly by reason of his well known propensity for writing, Hayes was the logical person for the desk work involved in formulating this long and elaborate report.

If he did ghost write it, an added fillip is given Hayes' enthusiastic endorsement of the document, a fortnight later, in a letter to his old friend, David R. Atchison, United States Senator from Missouri. "Let me beg you," he wrote, "to notice the Report of the Indian agent for this District, Benjamin D. Wilson, Esq. I am acquainted, of my own knowledge, with nearly all the facts stated by him. . . . I have given no little attention to the subject—more I suspect, than any other resident here, unless I except Mr. Wilson."[6]

All of which, however, is not to say that Wilson's name is improperly attached to the report. At the time and ever since, it has been known as his. Hayes' diary makes passing reference to it as Wilson's in the entry for January 5, 1853. Wilson's intimate knowledge of the Indians far transcended Hayes'. He was vitally concerned about their welfare and thoroughly believed in the solution proposed in the report. It may well have been his in conception, and he certainly made it his in execution. Therefore, whether Hayes was editorial consultant or ghost writer, there is an abiding justification for referring to the document as the Wilson report.

In appraising the Indian problem of southern California, the report saw two factors involved. One was the matter of

[5] Hubert Howe Bancroft, *Literary Industries* (San Francisco, 1890), 479.
[6] Hayes to Atchison, January 14, 1853, loc. cit.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021210

guarding against raids upon the ranchos and settlements. The other was to rescue the former mission Indians from the deterioration into which they had been plunged and to help them toward self-sufficiency and greater civic usefulness.

Reviewing recent practices, the report noted that there had been heavy dependence on military campaigns which were strictly punitive, and on the handing out of presents, most generously to the Indians who had caused the most trouble. Both devices had been expensive and neither had proved effective. The interests of the peaceable Indians meanwhile had been almost entirely neglected. Opposed to spasmodic military ventures as extravagant and to indiscriminate present-giving as demoralizing, the report looked elsewhere for a solution. The genius of its proposal was that through one device it would tackle the problem of curbing hostilities and the problem of regenerating the former mission Indians.

The device, the reservation system, was not a Wilsonian invention. The famous program of removing the eastern Indians to a permanent Indian territory west of the Mississippi had employed elements of the scheme. The California treaty-makers of 1851 were also working toward concentrating the Indians on assigned tracts. Beale had endorsed this program before coming to California. His plan involved not merely the assembling of the Indians on these reserves, but also their practical instruction in farming, blacksmithing, and other manual arts. This, in fact, was a feature of United States Indian policy dating back to the nation's first years.

What Wilson was in position to add came from his personal knowledge of the Indians of southern California. The report stressed the progress they had made as neophytes at the missions and their nostalgia for those good old days. On this point it probably exaggerated. But there was confidence that

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021211

⊷[   xxx   ]⊷

life on a constructively programmed reservation could be made attractive and rewarding and that the more practical features of the old mission system could be revived. The missions had been self-supporting, even prosperous. There was no reason why reservations could not do as well. As contrasted to the debits for Indian wars and presents, the funds laid out for reservation development should have the character of investments.

In essence, Wilson's report, besides describing the local Indian scene, amplified the project of establishing reservations and invoked California history of the Spanish period as a justification of the plan. In addition, it could point out that since white settlement was almost entirely confined to the coastal plain and its tributary valleys, the land lay open for the reservation experiment.

Not long after its submission, the report came to the attention of the editors of the Los Angeles *Star*. They noted, on January 15, 1853, that "it suggests a plan for the future government of the Indians, strictly philanthropic, and which, if carried out cannot fail to benefit a people once more than half civilized, but now exhibiting such signs of retrogression and decay as must be deplored by every humane heart."

"The report," the *Star* continued, "contains a vast fund of information, and the publication of it will be an important addition to the cause of science. The views of Mr. Wilson touching the management of the Indians become important at this time, when the whole course of Legislation seems tending toward the extermination of the Indian race. If the government of the United States desires the preservation of the Indians, some system must be adopted similar to that proposed by Mr. Wilson. It could be put into operation here most effectually, for the tribes hereabout have a vivid recollection

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021212

⊷❪   xxxi   ❫⊶

of the 'good old days' of the Missions, and they desire now, more than ever before, the protection and care of their white neighbors."

Benjamin Hayes also endorsed the proposal. To Senator Atchison of Missouri he wrote on January 14, 1853, "This Report ought to be printed by Congress and circulated generally in this State and elsewhere. It presents the true plan for managing these Indians. And the boldness with which he asserts the legal right of the Mission Indians to their property, in the face of the *speculators* in Mission titles, some of them otherwise his bosom friends, might immortalize some men, even of greater ability and in a higher station."

### THE FIRST RESERVATION

Beale, of course, was already persuaded that the program was advisable. Although the treaties that might have permitted a start had been rejected, he proposed a series of military posts which might be used as Indian refuges—reservations in all but title. The association of military post and Indian reservation was not ideal, but it seemed to be the only way to get approval for the latter. Beale's urging of a $500,000 appropriation fell on deaf ears. Early in 1853, however, he went to Washington and on March 3 had the pleasure of seeing Congress authorize as many as five military reservations in California at which Indians might be assembled, with $250,000 appropriated for the purpose.

Returning overland to California, Beale set to work in the early fall of 1853 to get the pilot reservation established. He and Wilson held several parleys with the Indians of the Tejon Pass region. Not all were persuaded to adopt reservation life, but others were brought from as far away as the Mother Lode region, and by the following February Beale could re-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021213

⊣[  XXXII  ]⊢

port 2,500 Indians in the mission-like community over which he presided. They had planted 2,000 acres in wheat, 500 in barley, and 150 in corn, and were at work on ditches to irrigate and enclose their fields. The first crop was reported at 42,000 bushels of wheat and 10,000 of barley. According to Beale's glowing description, the Tejon, or Sebastian, reservation was such a success that other groups of Indians were eager to move in and enjoy the same privileges. He hoped to enlarge the Tejon and to develop other sites.

In the summer of 1854, however, Beale was suddenly removed from office. There were charges that his financial accounts were not in order and insinuations, subsequently disproved, that he had been guilty of peculations. His immediate successor continued the Tejon reservation and established others in northern California. He in turn was charged with misuse of funds, apparently on valid grounds. Other superintendents followed in rapid succession, few of them as much interested in the welfare of the Indians as in turning a profit, and under their control the reservations steadily worsened. Before long it was evident that the fine results that Wilson had envisioned and that Beale found almost within his grasp were not going to be achieved.

As early as 1858 J. Ross Browne was ready to condemn the system out of hand. Commissioned to inspect the Indian work in California, he visited the Mendocino reservation and submitted an adverse report. His findings were also made public in 1861 in an ironic, trenchant, mordant paper for *Harper's Magazine*. He defined the reservation as a place "where a very large amount of money was annually expended in feeding white men and starving Indians" and "where a gratifying scene might be witnessed, at no remote period, of big and little Diggers holding forth from every stump in support of

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

┤[   xxxiii   ]├

the presiding administration." Referring specifically to California he concluded that in a brief period of six years the Indians had been nearly destroyed by the generosity of government. They were suffering, he said, for "the great cause of civilization, which, in the natural course of things, must exterminate Indians."

Throughout California Indian numbers rapidly declined. In the south, the area they occupied dwindled to a small fraction of the vast estate described by Wilson in 1852. Where they retained occupancy of a small tract, more often than not it was with imperfect title. At the turn of the century, with increasing white pressure for their lands, the southern California tribesmen needed a new champion in Charles F. Lummis and his Sequoyah League to assure them even a modicum of justice.

In general American practice, however, the reservation system caught on. It became the key device for federal administration of Indian affairs.

### EXHUMING THE REPORT

After the first flurry of attention from Beale, Hayes, and the editors of the *Star*, Wilson's report fell into the limbo of things forgotten. In 1868 it was rescued temporarily through publication in ten installments in the Los Angeles *Star*, July 18-September 19. A complete run of the *Star* has not been preserved, but the Bancroft Library file includes these particular issues, and Benjamin Hayes' busy scissors also clipped it for his scrapbooks, later consigned to the Bancroft collection. A number of modern researchers have cited the serialized report, but it is a safe supposition that very few persons have read it through since the time of its newspaper appearance.

At the time of that printing, on August 1, 1868, an editorial

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021215

-·[   XXXIV   ]·-

in the *Star* opined that the document was interesting, not only as it concerned "the aboriginal races of Southern California," but more especially "in a historical point of view, as showing the condition of the country in the early days treated of."

At this much later date other elements of value can be seen. For example, the report sheds much light on the qualities and character of B. D. Wilson. He was one of the more appealing of the American pioneers, significant in his own right, and something of a type in southern California's period of transition from Spanish to American ways. The report is a contribution toward the biography of Wilson that someday will be written, and perhaps toward that of Benjamin Hayes.

In mid-twentieth century, too, a more responsive note can be counted on for the analysis of the region's Indians, their past experiences, their problems, and the proffered solution. The document will be recognized as having value both to those whose interest is in the Indian as an anthropological specimen and to those whose primary concern is in the study of American Indian policy.

Nevertheless, the chief reason for turning to the report today may be, as it was in 1868, its usefulness "in a historical point of view, as showing the condition of the country in the early days treated of."

Here the document is allowed to speak for itself, with only a minimum of editorial annotation. To it is added a group of comments on Indian affairs in southern California in the period of the report. They have been gleaned from the early press and from other fugitive sources. Some relate to Indian behavior in Los Angeles, some to hostilities committed, some to the reservation system, some to Wilson's report. They illustrate further the problems to which his report was addressed and suggest what its effects were and what they might have been.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021216

# THE INDIANS OF SOUTHERN CALIFORNIA IN 1852

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021217



Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021218

# THE REPORT

S IR: IN COMPLIANCE with your request, of date 19th ult., I proceed to give you my views upon the policy most proper to be adopted by the General Government towards the Southern Indians of California. Of them I can speak more confidently than of those in other parts of the State. With suitable modifications, the same policy may be found applicable to all.

At present, I must necessarily confine myself to the Indians living on the borders of, or within the district of country embracing the counties of Tulare (in part), Santa Barbara, Los Angeles, and San Diego;[7] and, particularly, to that portion of them who have been for a great many years in more immediate contact with the influences of civilization.

The Indians thus deserving particular notice are the Tulareños, Cahuillas, San Luiseños, and Dieguiños.[8] All of these were attached to the Missions, more or less.

[7] By process of division these counties have multiplied and now comprise Tulare, Kings, Ínyo, Kern, Santa Barbara, Ventura, Los Angeles, San Bernardino, Orange, Riverside, San Diego, and Imperial. See Owen C. Coy, *California County Boundaries: A Study of the Division of the State into Counties and the Subsequent Changes in Their Boundaries* (Berkeley, 1923).

[8] Scientific designation of these groups is more complex. See Alfred L. Kroeber, *Handbook of the Indians of California* (Washington, 1925). Wilson's Tulareños would seem to be partly southern Yokuts and partly of the Serrano division of the Shoshoneans. Some of his Cahuillas were also Serranos, and his Luiseños include the Gabrielino. The original inhabitants of the Santa Barbara-Ventura area were Chumash.

I

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021219

The Yumas and Mojaves, who also belong to this district, were never much under mission influence—if at all, as nations—but must be noticed before I conclude. There are no other tribes of much importance, in the present connection.

These six nations (so to call them) inhabit a territory between latitudes 32° 30′ and 35° (or thereabouts,) with an area of about 45,000 square miles. Two-thirds of it is mountain and desert, and not one-half of the rest offers any very strong inducements to attract a dense white population of agriculturists. There are the advantages neither of wood nor of soil and water to tempt American settlers in large numbers farther than sixty or seventy miles from the ocean, even in the most favored county of Los Angeles. Beyond that limit—with the southern line of the State, the rivers Colorado and Mohave, and a line drawn from the last-mentioned river to the Four Creeks (in Tulare county) for its southern, eastern, and northern boundaries—the Government might provide all these Indians with a permanent home.

In such a location under a just system, there is no reason to apprehend an undue pressure of white population upon them, either from the east or the west—at all events, not during the present century.[9]

This is a vital point gained for them, and it removes at the outset one of the principal difficulties which the Government has elsewhere encountered in dealing with Indians. I place it here in the foreground, and have, indeed, expressed myself too cautiously in reference to a territory which needs but a

[9] Superficially it appears that Wilson grossly underestimated the population increase in store for this section of California. Irrigation, mining, mountain and desert resorts, and a network of rail and highway transportation routes have given this region an importance that he did not foresee, but its population is still sparse. As of 1900 there had been very little settlement of this interior region.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021220

⇥[ 3 ]⇤

glance to know its desolation, compared with the pleasant vales and fertile plains so many of them enjoyed only a few years gone by, along the more level coast.

There, through a distance of 300 miles from San Diego to Santa Ynes, nine parent Missions, and twice as many subordinate establishments were founded, beginning in 1769 and flourished until about 1834, at this date having some fifteen thousand of these people under their protection,[10] and pursuing a successful course of tuition in the arts of civilized life and the duties of morality and religion. In the fall of the Missions—accomplished by private cupidity and political ambition, which too often have wielded the destinies of the poor aborigines—philanthropy laments the failure of one of the grandest experiments ever made for the elevation of this unfortunate race.

It is now the province of our own Government to check the downward career of these children of the Missions, and put them anew in the broad road they followed to happiness, and convey to their brethren who never yet have felt them a taste of the comforts and blessings of civilization. If some one of its various plans of a wise beneficence can be here adapted to their capacity and condition, and the character, pursuits, and prospects of the neighboring white population, of which I entertain no doubt, we may look for the most glorious results, at a day not so remote as to discourage the present exertions of all good men.

There are some general facts proper to be stated in regard to each nation, before venturing upon any specific recom-

[10] The southern missions were the more populous, but 15,000 neophytes is the total for all California in 1834. Hubert Howe Bancroft, *History of California* (7 vols., San Francisco, 1884-1890), III, 356; Sherburne F. Cook, *The Conflict between the California Indian and White Civilization*, I (Berkeley, 1943), 12.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021221

⊣[  4  ]⊢

mendations for their management; and strong features of resemblance between them, in their actual condition, which must be carefully kept in view, when we come to judge of the feasibility of such recommendations. I will give the result of my limited experience with them, or of reliable information, with a desire to do them strict justice, and a hope that I may contribute somewhat to their future advancement.

The late Hugo Reid, Esq., a resident here of twenty years, an accomplished scholar, and whose opportunities of knowing the Indians perhaps exceeded those of any other person in the State, wrote some valuable notes and essays upon the languages of the Indians, their ancient customs, and connection with the missions.[11] In his death they have lost a zealous friend, who might have been eminently useful to them at this time. He was of opinion (and so it is generally thought in the country) that the Indians of the South are much more civilized than those in the north, and require an entirely different management.

## I. TULAREÑOS

The Tulareños live in the mountain wilderness of the Four Creeks, Porsiuncula (or Kern's or Current) river[12] and the Tejon, and wander thence towards the headwaters of the Mo-

---

[11] Hugo Reid came to California in 1832. He married Victoria, a daughter of a Gabrielino chief, settled near San Gabriel, and became a prominent citizen in this area. To the Los Angeles *Star*, beginning with the issue of February 21, 1852, he contributed a series of letters on the Indians of Los Angeles County. Several times reprinted, they are most conveniently available in a separate volume edited by Arthur M. Ellis (Los Angeles, 1926), and as an appendix to Susanna Bryant Dakin, *A Scotch Paisano: Hugo Reid's Life in California*, 1832-1852, *Derived from His Correspondence* (Berkeley, 1939).

[12] Kern River, so named after Edward M. Kern of the Frémont expedition, who almost drowned in it, had been christened Río de San Felipe

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021222

⊷[ 5 ]⊷

jave and the neighborhood of the Cahuillas. Their present common name belongs to the Spanish and Mexican times, and is derived from the word *tulare* (a swamp with flags). They were formerly attached to the Missions of Santa Ynes, Santa Barbara, La Purissima, and San Buenaventura, in Santa Barbara county, and San Fernando, in Los Angeles county. They are all of one family: there is very little difference in the languages spoken by the several rancherias (villages).

According to the State census, just completed, there remain 606 Indians "domesticated" in Santa Barbara county—males, 324; females 282; males and females over twenty-one years of age, 364; all, probably, claiming affiliation with the Tulareños. From the same source, we learn that in Tulare county there are 5,800 domesticated Indians (males), and females, 2,600—over twenty-one years of age, 3,787; under twenty-one years, 4,613—the white inhabitants of this county numbering only 174.

They speak the Santa Ynes tongue. In all, 2,000 might be brought at first within the plan I will propose hereafter—to be divided into two pueblos (towns).

There is but one "Mexican claim" upon their land—at the Tejon, of Messrs. Ignacio del Valle and Jose Antonio Aguirre, to eleven square leagues;[13] at least, I have no knowledge of any other.

From the Mohave to the Tejon the distance is about 130 miles; from Los Angeles, 90; from Santa Barbara (say) 70. From the Tejon to Porsiuncula river, 25 miles; and thence to the Four Creeks, 75 miles.

by Father Garcés in 1776 and relabeled Porciúncula by Father Zalvidea in 1806. A better known Porciúncula is the Los Angeles River.

[13] Helen S. Giffen and Arthur Woodward, *The Story of El Tejon* (Los Angeles, 1942).

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021223

With greater natural resources than the Cahuillas, San Luiseños, and Dieguiños, yet they often descend upon the ranchos (farms) of Los Angeles and Santa Barbara, carrying back droves of horses, chiefly for food. Sometimes they are caught and shot, or hung, on the spot, as happened in last July to one of their *capitanes* (chiefs); but the same night his men drove off all the horses of a valuable rancho, and in fact, entirely ruined it, for it is not easy to repair the loss of sixty or a hundred horses fit to drive cattle (the loss, I believe, on that occasion). The people suffer severely from this quarter, in the loss of all kinds of stock; and without redress, as these mountain fastnesses almost defy pursuit.[14]

The main southern emigrant route to the San Joaquin passes through this nation; and it is the principal thoroughfare of our rancheros and the upper country drovers during a great part of the year.[15] Their exposure to depredations, in their passage, and even to massacre, is familiar to the Government, in some events of the past two years. In one instance, a citizen of this county, who had been compelled to make an unusual delay at or near the Four Creeks, had a thousand head of cattle taken by the Indians, all of which he lost.[16] It must be understood, however, that they were then excited to a temporary outbreak—fatal to too many citizens! by Indians

[14] For accounts of such depredations see pages 90-97, 146 of this work; Hayes Scrapbooks, Bancroft Library; Robert G. Cleland, *The Cattle on a Thousand Hills* (San Marino, 1941), 90-97; George William Beattie and Helen Pruitt Beattie, *Heritage of the Valley* (Pasadena, 1939), *passim*.

[15] The real basis of southern California prosperity in this period was the delivery of beef to San Francisco and the diggings. One route led through Tejon Pass and the San Joaquin Valley, another by Santa Barbara and the Salinas Valley.

[16] Presumably a trail herd belonging to Henry Dalton. Its loss is described in Lewis Granger to Abel Stearns, Los Angeles, February 4, 1851, Stearns Papers, Huntington Library.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021224

+[ 7 ]+

who had fled from the north in consequence of the wars there waged against them by the State Government. With the exception of their frequent forays into the farming country of our lower coast and an occasional restiveness they show along the emigrant and traveled route, they get along peacefully of late.

But these are serious evils, and prove that they demand strict attention, and a respectable military force stationed somewhere between the Tejon and Four Creeks, to keep them in order; even if it be thought that they cannot yet participate in plans that would be expedient with the other nations, an opinion to which I cannot assent.

Under judicious treatment, they will not exhibit fewer of the better qualities of human nature than their neighbors whether Cahuillas, San Luiseños, or Dieguiños.

## II. CAHUILLAS

The Cahuillas[17] are a little to the north of the San Luiseños, occupying the mountain ridges and intervening valleys to the east and southeast of Mount San Bernardino, down toward the Mojave river and the desert that borders the river Colorado—the nation of the Mojaves living between them and these rivers. I am unable, just now, to give the number and names of all their villages. San Gorgonio, San Jacinto, Coyote, are among those best known, though others even nearer the desert, are more populous. Agua Caliente was latterly a mixture of Cahuillas and San Luiseños—the connecting link between the two nations, as San Ysidro is considered to be between the former and the Dieguiños. The last chief (proper)

[17] On the Cahuillas, in addition to Kroeber's *Handbook*, see David P. Barrows, *The Ethno-Botany of the Coahuilla Indians of Southern California* (Chicago, 1900).

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021225

8

of Agua Caliente, named Antonio Garra, is said to have been a Yuma by birth, educated at the Mission of San Luis Rey, for he could read and write. His appearance was not that of a Yuma, but there would be nothing strange in finding him "a man of power" among the Cahuillas or San Luiseños. The village of San Felipe, about fifteen miles from Agua Caliente, and always recognized as one of the Dieguiño nation, still claims to be closely related to, or a branch of, the Yumas; it uses, however, the Dieguiño language.[18] Agua Caliente, on the whole, may rather be considered as out of the domain of the Cahuillas, since its chief was shot and the village destroyed, about a year ago. I will speak of it, in another connection, hereafter, as it is of some consequence to these Indians.

The Cahuilla chiefs, and many of the people, speak Spanish. Many still claim to be "Christians;" the majority of them are not, while the reverse is the case with the San Luiseños and Dieguiños. A great part of the *neophytes* of San Gabriel, the wealthiest of the Missions, were Cahuillas. Their name means "master," in our language, or, as some of them render it, "the great nation." Their entire number now scarcely exceeds 3,000 souls.

San Gabriel Mission possessed a valuable establishment on the present rancho of San Bernardino,[19] the ruined walls of which, and rows of lofty cottonwoods, with the olives, and traces of zanjas and fields, remain to attest the noble plans which the Fathers formed for the benefit of this people. A large number of them had been gathered here between the years 1825 and 1834. In the latter year it was destroyed by the unconverted, and the last tie severed that bound them to

[18] The Yuman and Dieguiño languages belong to the same family.

[19] Established as an *asistencia* in 1819. Beattie, *Heritage of the Valley*, 12-36.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021226

their spiritual conquerors. In the end it might have proved the golden chain of charity, drawing them to a loftier sphere of moral and intellectual existence.

Sometime afterwards, Juan Antonio (whose soubriquet is "General") removed to and kept his village on this rancho, until its purchase last year by a Mormon settlement.[20] He then went fifteen miles further back into the mountains, to San Gorgonio, another old dependency of San Gabriel, leaving the Mormons in quiet possession of almost a principality capable of sustaining a working population of 50,000 souls. They employ and cultivate the kindliest relations with all the Indians, and I am happy to state, never permit ardent spirits to be sold or given to them.

At San Gorgonio the Indians are brought into contact with Mr. Pauline Weaver,[21] who claims to have a Mexican title, but, notoriously, without any regular, written grant. The heirs of José Antonio Estudillo claim the rancho of San Jacinto, the site of another of their villages. The first claims three square leagues; the last eleven square leagues, more or less.[22] Both were minor Mission establishments. They are about eighty miles from the city of Los Angeles. In Mt. San Bernardino there is a single mill-site, claimed by Mr. Luis Vignes,[23] as lessee of the Mexican Government for five years, I believe; now occupied in his name by Mr. Daniel Sexton.[24]

[20] On the Mormons at San Bernardino consult Hallock F. Raup, *San Bernardino, California: Settlement and Growth of a Pass-Site City* (Berkeley, 1940), and Beattie, *Heritage of the Valley*, 170-310.

[21] A mountaineer, guide, and prospector of some fame. He and Isaac Williams had petitioned the Mexican authorities in 1845 for title to this former mission rancho. Beattie, *Heritage of the Valley*, 58, 68.

[22] Approximately 13,000 and 50,000 acres.

[23] Vignes is better known as a pioneer vintner. His mill gave the name to Mill Creek Canyon.

[24] A Californian since 1841.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021227

→[ 10 ]←

The Cahuillas have not had a head-chief, I believe, since the death of the one they called "Razon" (White). He died within two or three years past, at an advanced age. They gave him his name, as they told me, from his always acting so much like a white man, in staying at home and tending his fields and flocks, for he had both. When a young man, he went off to Sonora (under what circumstances, is not known), and returned a farmer—which is all the early history we have of him. He was always a quiet, good, industrious man, and rendered material service to the authorities, in arresting the half-civilized Indian outlaws who have sometimes fled with stolen horses to the mesquit wilds of his village. Cabezon, too, is a good old Indian chief, as also another named Juan Bautista.

Juan Antonio, however, has a more conspicuous figure among them, by a sort of iron energy which he often displays, and is better known to the whites. A passing comment upon some of his acts may not be out of place, as they touch the present subject.

In the summer of 1851, the local authorities deemed it expedient to conciliate him with a hundred dollars' worth of cloth, hats, and handkerchiefs—not beads—paid for out of the County Treasury. This present seems to have been the winding up of the following incident. A while before, he had killed eleven Americans, who were accused of robbing the aforesaid rancho of San Bernardino, where he then had his village. He claimed to be justified by an order of a Justice of the Peace, one of the proprietors of the rancho, whose house, it was alleged, the Americans were rifling at the time of the Indian attack.[25] A perfect uproar ensued in the county, and

[25] For description of Juan Antonio's campaign against John Irving and his gang of San Francisco and Sydney outlaws, as well as the subsequent repercussions, see Beattie, *Heritage of the Valley*, 84-89; *History of San Bernardino County* (San Francisco, Wallace W. Elliott and Company,

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021228

⊶[ 11 ]⊷

the Indians fled to the mountains, not, however, without offering battle to a company of fifty volunteers then stationed near the scene, who were equally anxious to punish the massacre of their countrymen in this unauthorized manner. The exertions of their commanding officer, the late Major General J. H. Bean, restrained them (not without difficulty), and thus prevented a general war, which must have proved for a time disastrous to the settlements.

Such a precedent is too dangerous for repetition. Doubtless, the Indians thought they were only acting in obedience to the authorities, it having been the custom, in the Mexican times, to employ them in services of this kind; and, I have reason to believe, something like it has been done recently in killing two Sonoranians, undoubtedly horse thieves. The necessity for correcting their ideas on this subject, is evident. I mean, of course, that they ought never to be allowed to meddle with the punishment of whites for public offences.

Juan Antonio gained a less perilous celebrity, in the winter of 1851, for his successful strategem in capturing the Antonio Garra before mentioned, and putting an end to his conspiracy for the general massacre of the American inhabitants along the coast.[26] This gave rise to a treaty of peace.[27] Permit me to

1883), 77-79; Los Angeles *Star*, June 7, 1851, and November 20, 1851, Hayes, Scrapbooks, XXXVIII, Bancroft Library.

[26] Antonio Garrá, chief of the Cahuillas at Warner's Ranch, plotted a general Indian uprising which alarmed all southern California. San Diego mustered every able-bodied man in an emergency army, the Mormons at San Bernardino stockaded themselves, and Los Angeles put in the field a ranger company under Joshua H. Bean. It was Juan Antonio, however, who went down with twenty-five of his warriors and arrested Garrá. See Beattie, *Heritage of the Valley*, 184-89; Los Angeles *Star*, January 17, 1852, Hayes Scrapbooks, XXXVIII.

[27] A treaty of peace, amity, and friendship, executed by General J. H. Bean, and reported in the Los Angeles *Star*, January 3, 1852.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021229

**12**

observe that this document means something or nothing—in the latter case, is worse than idle. The Indians, in their own unsophisticated logic, have ascribed *some* effect to it. On the part of the State, it is at least a *guarantee of their title* to a very large territory.

Like a "treaty" made since,[28] purporting to be with a larger number of the same and other Indians, and aiming at a wider scope of operations (and not yet fulfilled), it may have given them the most erroneous notions of themselves, and of their true relations to the people and the Government. Vanity may do them awhile, but anon they will clamor for the promised *beef!* Seriously, there should be no tampering with these, nor any Indians, by promises of high sound, that cannot be executed to the letter. This last mentioned appears to have been hurried through in a spirit of wild speculation, wholly regardless of the interests either of the Government or the Indians.

These very "treaties" and some of the incidents alluded to above, furnish weighty reasons for infusing a new vigor into the national policy in this quarter, that shall go right to the root of the evil under which whites and Indians alike are now suffering.

[It may not be improper here to digress from the main object of the report, to insert a note which we find attached to the manuscript as an appendix, referring to a letter of the late Hugo Reid:][29]

[28] Negotiated by O. M. Wozencraft, one of the federal Indian commissioners, with the Cahuillas, and the Indians of Agua Caliente, Temecula, and elsewhere. It set up an Indian territory about thirty miles by forty, between San Gorgonio and Warner's Ranch. Along with some seventeen other treaties with California Indians this one failed of ratification in the United States Senate. For the text see 32 Cong., 1 sess., *Message from the President of the United States, Communicating Eighteen Treaties Made with the Indians of California.*

[29] Note by the editor of the *Star.*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021230

⊷[ 13 ]⊶

Soon after the settlement of San Antonio, the establishment of San Gabriel was determined on, and missionaries with soldiers were dispatched from San Diego for that purpose. The following is the miraculous account given of this expedition by Father Palou:

"On the 10th of August, the Father Friar Pedro Cambon, and Father Angel Somera, guarded by ten soldiers, with the muleteers and beasts requisite to carry the necessaries, set out from San Diego, and traveled northerly by the same route as the former expedition for Monterey had gone. After proceeding about forty leagues, they arrived at the river Temblores; and while they were in the act of examining the ground in order to fix a proper place for the mission, a multitude of Indians, all armed and headed by two captains, presented themselves, setting up horrid yells, and seeming determined to oppose the establishment of the mission. The Fathers, fearing that war would ensue, took out a piece of cloth with the image of our Lady de los Dolores, and held it up to the view of the barbarians. This was no sooner done than the whole were quiet, being subdued by the sight of this most precious image; and throwing on the ground their bows and arrows, the two captains came running with great haste to lay the beads which they brought about their necks at the feet of the sovereign queen, as a proof of their entire regard; manifesting at the same time that they wished to be at peace with us. They then informed the whole of the neighborhood of what had taken place; and the people in large numbers, men, women, and children, soon came to see the holy virgin, bringing food, which they put before her, thinking she required to eat, as others. In this manner the gentiles of the mission of San Gabriel were so entirely changed that they frequented the establishment without reserve, and hardly knew how much to

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021231

14

manifest their pleasure that the Spaniards had come to settle
in their country. Under these favorable auspices, the Fathers
proceeded to found the mission with the accustomed cere-
monies, and celebrated the first mass under a tree on the na-
tivity of the Virgin, the eighth of September, 1771." [30]

Mr. Reid's view of the conversion at San Gabriel is "as re-
lated by the old Indians." Even in the mountains, and far on
the sandy deserts of California, I have observed Indians cross
themselves and appear to say their prayers at night, when they
could not know that the eye of man was upon them. How far
their theological knowledge goes, it is difficult to tell. The
simple Fathers seem to have thought that there was a pro-
found philosophy, and nearly all of religion, in that sublime
idea, "Love God"—"*Amará Dios.*"

There may have been a degree of force used with some re-
fractory village, but if we are to understand the text to mean
that this was general, the "old Indians," who gave Mr. Reid
his information have a very different version from that of his-
torical narratives left to us.

The second San Diego mission was destroyed, and one of
the Fathers killed, by the wild Indians, in 1775, instigated
by two renegade neophytes. The Viceroy only seconded the
wishes of the founder (Junipero Serra) when he ordered the
ringleaders to be released without punishment, and the In-
dians to be treated with even greater kindness and condescen-
sion; this being the most proper way "to pacificate their minds
and reduce the neighboring gentiles." [31] The good Junipero
ascribed it all to their want of knowledge and "*el influjo del*

[30] Translated from Francisco Palou, *Relación histórica de la vida y
apostólicas tareas del venerable padre fray Junípero Serra* (Mexico, 1787),
130–31.
[31] This quotation and those that follow are from Palou, *Relación his-
tórica.*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021232

→[ 15 ]→

*infernal enemigo.*" It was re-founded about two years after-
wards, with the aid of twelve soldiers, "to the great pleasure
of the Indians, the neophytes working with much joy," etc.
There seems to have been this charge of "force" among some
of the wild rancherias, because sixty had been baptized in a
single day.

The same year (1777) with ten soldiers and a corporal, and
neophytes from San Gabriel, Junipero built up San Juan
Capistrano. "As an interpreter from San Gabriel enabled him
at once to explain his object in coming to live among them,
which was to teach them the road to heaven, make them Chris-
tians that they might be saved, etc., so well did they under-
stand and become impressed, that the natives here instantly
began to ask for baptism; whilst those of the other missions
molested the Fathers for something to eat and other presents,
these of San Juan Capistrano molested them for baptism, of
their own accord lengthening out the hours of instruction."

An image of the Virgin—not the musket—first moved the
Gabrielenos! And they were "so changed by the sight of it,
that, in their frequent visits to the Fathers, they did not know
how to prove their content that the latter had become neigh-
bors on their lands; the gentiles cut the greater part of the
wood for and helped to build the houses, whence the Fathers
hoped for a happy result, and that from that moment they
would not refuse the sweet yoke of the evangelical law." There
were only sixteen soldiers here. The rash act of one of them
disturbed this harmony for awhile, but the efforts of the Fa-
thers "with all suavity to draw to them" the Indians, soon
banished the memory of the soldier's wrong, and they "be-
gan to present their children for baptism."

In 1784 this mission had 1,019 converts, San Diego 1,060,
and San Juan 472; and all the missions, at the same date (Au-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021233

→[ 16 ]←

gust 28th) had 5,080, and on the last day of said year, 6,736. I quote from the "Life of Father Junipero Serra," [32] published at Mexico, 1787, which is full of touching passages illustrative of the mild and inoffensive character of the aboriginal Californians, and not less of the unaffected piety of the adventurous missionaries who sought honestly, all will admit, even if they did not completely effect, their conversion. San Diego, San Juan, and San Gabriel, in 1784, had a majority of all the neophytes. San Buenaventura was then just founded, with perhaps a hundred neophytes; the rest of the southern missions were established afterwards. It was the boast of the eulogists of Junipero, that he left at his death, in the last mentioned year, after fifteen years of labor, six settlements of Spaniards established in California,[33] and nine purely of native neophytes.

### III. SAN LUISEÑOS AND DIEGUIÑOS

For the purposes of this report, the San Luiseños and Dieguiños may be considered as one nation, understanding and speaking habitually each other's language, having both been more generally christianized than the other nations and more intimately connected with the whites. They are a large majority of the laborers, mechanics, and servants of San Diego and Los Angeles counties. Obviously, their present distinctive names are derived from their respective missions, namely San Luis Rey and San Diego. Nearly all speak the Spanish language, and some of the chiefs read and write it. The two na-

[32] A want ad for this volume, by "a gentleman who is preparing a history of California from the earliest date," ran for several months in the latter part of 1852 in the Los Angeles *Star*.

[33] The presidios of San Diego, Santa Barbara, Monterey, and San Francisco, and the pueblos of San Jose and Los Angeles.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021234

←[  17  ]→

tions together are estimated at 5,000 souls, a majority of whom are within the limits of this State.

The villages of the San Luiseños are in a section of country adjacent to the Cahuillas, between forty and seventy miles in the mountainous interior from San Diego; they are known as Las Floras, Santa Margarita, San Luis Rey Mission, Wahoma, Pala, Temecula, Alhuanga (two villages), La Joya, Potrero, and Bruno's and Pedro's villages within five or six miles of Agua Caliente; they are all in San Diego county.

The villages of the Dieguiños, wherever they live separately, are a little further to the south. Indeed, under this appellation, they extend a hundred miles into Lower California, in about an equal state of civilization, and thence are scattered through the Tecate Valley, over the entire desert on the west side of New River. Far on the east side, among the dreary sandhills that form the barrier there [are] the wilder Yumas. Until very lately the Dieguiños have suffered much from the hostility of a populous and warlike village called Yacum, near the mouth of the river Colorado. They are thought to be diminishing in numbers more rapidly than the other nations.

Their villages (known to me) are San Dieguito (about 20 souls), San Diego Mission (20), San Pasqual (75), Camajal (two villages, 100), Santa Ysabel (100), San Jose (100), Matahuay (75), Lorenzo (30), San Felipe (100), Cajon (40), Cuyamaca (50), Valle de los Viejos (50). These numbers are given from information believed to be correct.

Pablo Assis, Chief of Temecula, claims one and a half leagues at that place, under a written grant; and a claim to the rancho of Temecula is preferred by Mr. Louis Vignes. Eight other of their village sites are claimed by different persons—San Jose, if I mistake not, by two opposite "claims,"

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021235

18

that of Mr. J. J. Warner, and Portilla, amounting to four square leagues. The claim of Mr. Vignes, at Temecula, amounts to eight square leagues. Agua Caliente is also claimed by Mr. J. J. Warner.

From the city of Los Angeles to Temecula is 80 miles; thence to Agua Caliente, 35 miles.

The languages of the Dieguiños and Yumas bear a strong analogy to each other, if, indeed, they are not one and the same language. The opinion of Don Juan Bandini, whose opportunities of knowing them have been ample, is that their language is the same.

### GENERAL OBSERVATIONS

Associated with the Cahuillas may sometimes be found the Serranos; and the Indians of San Juan Capistrano with the San Luiseños. I am not prepared to say that the two former are not the same people, to all intents and purposes, at this day. Mr. Reid has located the Serranos along the upper waters of the Santa Ana river, and between the Los Angeles county Indians (whom he calls Gabrielinos) and the Cahuillas. Some of the Serrano women are good seamstresses. The Indians of San Juan—the finest of the south in appearance, temper, and intellect—are now nearly extinct, from intermarriage with the Spaniards and other more usual causes of Indian decay. Very few of the Gabrielinos are to be met with here now. "A few," says Mr. Reid, "are to be found at San Fernando, San Gabriel, and Los Angeles. Those in service on ranchos are a mere handful. You will find at present more of them in the county of Monterey than in this, excluding the three places named above. Death has been busy among them for years past, and very few more are wanting, to extinguish the lamp which God lighted. The Indians from the

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021236

⊶[  19  ]⊷

northwest coast killed great numbers, years ago, on the islands" (San Clemente and Santa Catalina).[34]

The three or four prominent nations that remain, as above described, have different languages and a different physical appearance, in some respects. How far the Cahuilla and San Luiseño tongues resemble each other, is a subject worthy of investigation; and Mr. Reid would no doubt have thrown much light upon it, if he had lived to carry out his inquiries. The Tulareños, Cahuillas, and San Luiseños are universally understood to have distinct original languages; but their common knowledge of the Spanish tongue forms their usual means of communication. The use of the last has tended to make them forget the original language. Individuals of the same nation, as a habit, talk with each other in Spanish, seemingly, in preference to the native tongue; often, of course, it must be from necessity, in the poverty of the native tongue, or having forgotten it.

"The languages of San Luis Rey and San Juan Capistrano bear a strong analogy." I quote a manuscript of Mr. Reid's, which I am kindly permitted to use."When we come to San Buenaventura, Santa Barbara, San Ynes, and La Purissima, we find not only a distinct language, but a strongly marked difference in their color and physical appearance, the southern Indians being red, while the others here mentioned are a very dark hue, stronger set in their limbs, although less powerful and very diminutive in stature. Some of the young Indian girls about San Gabriel and San Fernando are of a pleasing countenance, well-formed features, and, in many cases, of a light complexion, which is not caused by admixture of blood. Females to the north are of coarse features, and even

[34] *The Indians of Los Angeles County*, ed. Arthur M. Ellis, 67-68.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021237

blacker than the men. I have been acquainted with the lodges up and down the coast for years and never recollect of seeing a fair skinned female, without the blood had been mixed. This has arisen, no doubt, from their living principally on the sea-coast. Arriving as high as Monterey, we again find the Indians of the same color and appearance as those in Los Angeles and San Diego, but with another distinct language. In the San Gabriel language there is a total absence of 'l'—it abounds in the Santa Ynes." [35]

In Santa Barbara, Los Angeles, and San Diego counties, there are nearly 7,000 Indians, excluding the Yumas and Mojaves, and few petty tribes. Not half as many as the neophytes alone left by the Mission! Still, more than half of those we have are the survivors of the Missions.

That they are corrupt, and becoming more so every day, no candid man can dispute. They do not always find better examples to imitate now than they saw in the past generation of whites; for the latter have not improved in the social virtues as fast as the Indians have declined. What marvel that eighteen years of neglect, misrule, oppression, slavery, and injustice, and every opportunity and temptation to gratify their natural vices withal, should have given them a fatal tendency downward to the very lowest degradation!

Not to dwell further upon whatever differences a people so situated may have in appearance or language, let us follow up, rather, the circumstances and analogies that may lead them to accommodate themselves to some common system of Governmental benevolence.

These will more fully appear from a view of the actual condition in which we find them, as domesticated laborers and

[35] For other writings by the same author see the Reid Manuscripts, Los Angeles County Museum.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021238

→⟦  21  ⟧←

servants, as land proprietors, or in their mountain villages—
in their individual and national capacity. I am not certain that
the word "domesticated" does not apply to all of them, with
a certain degree of propriety; certainly, it may be so applied
to the great mass of the Dieguiños, San Luiseños, Cahuillas,
and of the Tulareños coming within the scope of my objects
in the present report.

### THE LABORERS AND SERVANTS

The Indian laborers and servants are "domesticated;" mix
with us daily and hourly; and, with all their faults, appear to
be a necessary part of the domestic economy. They are almost
the only house or farm servants we have. The San Luiseño is
the most sprightly, skillful, and handy; the Cahuilla plodding,
but strong, and very useful with instruction and watching.

When at work, they will do without ardent spirits, but *must*
have it on Saturday night and Sunday. Very little of the money
earned during the week goes for meat and bread—their chief
want with it is for drink and cards.[36] They are universal gam-
blers, and inveterately addicted to the vice; consequently,
their clothing continually changes hands. Yet, I have met with
some who do not drink, and have an aspiration to decency.
Some, again, are idle and vagabonds; but I have rarely found
them unwilling to work, when well paid.

If it be true that they cannot do half the work a white man
can, 'tis equally true that custom at best never allows them
more than half the wages of the latter, and, generally, much
less than half. The common pay of Indian farm hands is from
eight to ten dollars per month; and one dollar per day the

[36] The week-end craving for strong drink had been acquired since the
coming of the whites; the addiction to gambling dated back to the days
before the Spaniards. Kroeber, *Handbook*, 846-50.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021239

⊶[ 22 ]⊷

highest in the towns—but few pay so much. No white man here, whether American, Sonoranian, or Californian, will work for such wages, nor anything like it.

That better wages merely would make the Indian here a better man, is doubtful. With more money, he would only pursue his evil tastes to greater excess. When their weekly *juegos* (plays) were restrained by the magistrates, and only allowed at distant intervals they were much better off; and then, too, liquor shops were not so common. In some streets of this little city, almost every other house is a grog-shop for Indians. They have, indeed, become sadly deteriorated, within the last two years; and it may be long, very long, before a sound public opinion will speak like the potent voice of the Mission Fathers.

But, let us remember, these same Indians built all the houses in the country, and planted all the fields and vineyards. There is hardly any sort of ordinary work for which they do not show a good-will.

Under the Missions, they were masons, carpenters, plasterers, soap-makers, tanners, shoemakers, blacksmiths, millers, bakers, cooks, brick-makers, carters and cart-makers, weavers and spinners, saddlers, shepherds, agriculturists, horticulturists, viñeros, vaqueros—in a word, filled all the laborious occupations known to civilized society. Their work must have been rudely executed sometimes, it may well be supposed; and they have forgotten much they once knew. But they acquired the rudiments of a practical knowledge which has outlived their good teachers, and contributed much to the little improvement this section of country has reached in eighteen years.

They are inferior only to the American in bodily strength, and might soon rank with the best Californian and Sonoran-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021240

→[ 23 ]←

ian in all the arts necessary to their physical comfort. They
teach the American, even, how to make an adobe (sun-dried
brick), mix the *lodo* (mud mortar), put on the *brea* (pitch) for
roof—all these, recondite arts to the new beginner, yet very
important to be known,when there are no other building ma-
terials.They understand the mysteries of irrigation, the plant-
ing season, and the harvest. Poor unfortunates! they seldom
have farms of their own to till, or a dwelling to shelter them
from the rain!

Such is the laborer and servant, of no matter what nation.
A spendthrift, but willing to work, if paid; never a beggar,
save when old age or infirmity has overtaken him; humble,
without servility; skilled in a great many useful things; yet
full of vices, I am afraid, because he has so few encourage-
ments to virtue. He always adheres to the truth, cost what it
may; still, many are petty thieves.

The women have not forgotten their needlework, as may
be noticed at any time; they dress in the common Spanish style
of this country, and always make their own garments. Like
the men, they are much addicted to intemperance; hearty,
good humored creatures, yet with a great aversion to regular
work. I refer to those about the towns.

As a general thing, the women are quick to learn the vari-
ous household duties. There are striking examples of Indian
women, married to foreigners and native Californians, exem-
plary wives and mothers.

### IV. A HASTY GLANCE AT THE LAND PROPRIETORS

At the close of the late Mexican war, some of the old Mission
Indians remained in possession of tracts of land, which they
had held for a long time by occupancy and license of the Fa-
thers, or under written grants from the Mexican Government.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021241

24

Some have since sold out, for trivial considerations—others have been elbowed off by white neighbors; so that, in the settled and settling parts of the country, there are not now fifty Indian land proprietors. They are awaiting the adjudication of the Commissioners of Land Titles. A league is the largest tract any of them claim; in general, their tracts do not exceed fifty or a hundred acres.

Many of them are good citizens, in all respects, except the right to vote and be witnesses in the State courts, where others than their own race are concerned. They are anxious to hold on to their little homesteads, and resist all offers to buy as steadily as they can. How long their limited shrewdness can match the over-reaching cupidity that ever assails them, is difficult to say. They lack thrift and prudent management, and are strongly inclining to dissolute habits; though they plant regularly from year to year. Some have a small stock of horses, cows, and sheep.

A better crop and more commodious hut—perhaps, a table and chair or two—may distinguish them from the denizens of the mountain village. Everything else is quite after the Indian fashion. Still, with these, and the right to land, and honest conduct, they have made a broad step towards civilization.

Were they in villages, and had they *there* the powerful hand of Government to guide and protect them, their example might do some good; as it is, they serve in no way to benefit their race, while there is too much danger that, with all their bright promise, they may be drawn themselves in the vortex that swallows up the hopes of their brethren who hire out on the farms or crowd around the cities.

They now have a little capital, which might be turned to account by a faithful trustee or true guardian. Speculation, lawsuits, fraud, and force will soon wring it from their open hands, in all probability.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021242

→[ 25 ]←

To the Missions they can never go again, with hope of finding a home. The successors of the Fathers are there, for a priest is stationed at all except two, I believe. Any Sunday, a few Indians may still be seen near the altar, summoned by the chimes that once pealed over a smiling multitude gathered for worship, or the harmless diversions wherein their happy hours passed away. These are all, and they seem serious and reverent at the church. The rest linger there in their straggling huts of brush or tule, trying to get a meagre subsistence out of the small patches not yet taken up by the whites—ill-clothed, in filth and wretchedness, without food half the year, save what is stolen. If there be "savages" among these southern Indians, a Mission is now the place to seek them, where riot and debauchery reign supreme. This is notorious to good citizens who have settled around them, but the violence of the reckless and unprincipled bids defiance to restraint, at present. I am not certain that some of the Indians do not preserve a sort of vague belief that these immense buildings, to our eye greatly dilapidated and fast going to ruin, yet, with their rude repairs, ample enough for their accommodation, are ultimately to be restored to them. It is no exaggeration to repeat that the Indians lurking about the Missions, with an occasional exception, are the worst in the country, morally speaking; and the sooner they are removed, the better for all concerned.

Within the last two years, the Indians have had a very perceptible tendency towards returning permanently to a mountain life, in spite of its forbidding aspect.[37]

They began by deserting the larger ranchos for the freer

[37] A contributor to the Los Angeles *Star*, in August, 1852, complained that the federal policy of making presents to the Indians through their tribal leaders accelerated this tendency and had "led to the abandonment of the ranchos and pueblos by the Indians almost entirely," thereby depriving town and country of valuable laborers. See pp. 75-77 of this work.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021243

⊶⟦ 26 ⟧⊷

indulgences of the city and the grog-shops at the Missions, where they could have their famous and favorite *juegos*. The complaint had been universal on this subject. Many have thus become habitual drinkers, who used to be content with their allowances upon the ranchos—for custom has always allowed them ardent spirits, from which lamentable practice not even the Missions can be excepted. Yet the wonder is, with some, how these Indians have become such drunkards! The laws of nature have had their course, as usual, and the Indian is paying the penalty exacted of all who violate them.

Unfitted—many of them—for hard work, by drinking and their games, (they have been known to die from the violent exertions required by some of these,)[38] ashamed or afraid to go back to their old *amos* (masters), uncared for by strangers, in some way taught to dislike *los Americanos*, and restive under all the neglect they suffer; having caught the idea that they are free, (three years ago they were practically slaves,) with none to teach them the true hopes and duties of freemen, and finding, with the long experiment, that American freedom does not profit them—some such motives, I suppose, may drive them to enjoy the old and kindred associations of their tribe, where they are sure to meet a warm friendship and a hospitality generous in its extremest poverty. Hospitality I know to be one of their virtues.

On the other hand, as the young men of the mountains grow up, the cravings of hunger, or a love of novelty, carry them to the towns in quest of employment, or to gratify curiosity. They soon fall into the bad ways of their "Christian"

[38] Their all-night sessions at *peon*, the guessing game, were doubtless hard on the constitution, but physical breakdown and death from over-exertion stemmed rather from the violence of their variant of shinny and the ball game, a cross country race in which each contestant kicked along a small ball.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021244

⊶[ 27 ]⊷

relations, and return a little worse for the visit. If they have chanced, in their "rounds," to have met with the marshal and jailor, or their Indian "deputies," (alcaldes, in common parlance,) they could have fared better anywhere else in the wide world; and well may they return disgusted with their prospects in civilized life, if they are capable of thinking at all. The Indian has a quick sense of injustice; he can comprehend it when it is plain and very brutal. He can never see why he is sold out to service an indefinite period for intemperance, while the white man goes unpunished for the same thing, and the very richest, or best men, to his eye, are such as tempt him to drink, and sometimes will pay him for his labor in no other way. I am speaking now frankly of abuses which actually exist—not the fair result of the State law, which is a pretty good one, in regard to this point, but cannot be enforced, for the simple reason that the Indians themselves are not allowed to be witnesses as to breaches of it, except for or against each other.

The abuses of the law have been cruel and injurious to the Indian, in every country, and at all times; how nearly fatal to him in California!

Let us follow them, then, to

### THE MOUNTAIN VILLAGES.

The best of them, much as they have mixed with the whites, or may know of labor and property, yet love to visit and revisit the rancherias. Tradition preserves a remembrance of things they delight to tell of; Christianity has been far from extinguishing their ancient superstitions and customs. Let a "Christian" set his mind upon seeing his *parientes* (relations) at Temecula or San Gorgonio, no friendship, nor work undone, nor reasonable sum of money, will keep him with you.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021245

. +[ 28 ]+

In the wilder mountain villages they lead pretty much the same course of life their fathers did eighty years ago, when the Spanish soldier first trampled their grass fields and flower beds. On the coast, however, the supply of food must have been more plentiful, as the sea afforded so many varieties of fish; but since, they have learned to cultivate wheat.

Their present country may be described as a series of low mountain ridges, a few peaks covered with snow in winter, having numerous valleys, generally small but very fertile, which little streams irrigate, that do not run far before they lose themselves in the sand. In the valleys they have their villages. Sometimes all their water is from isolated springs that do not run, or from holes dug in the sand. A great portion of such a country produces no vegetation at all. Other parts give their favorite mezquite bean and acorn, the pine nut, tuna (fruit of cactus), maguey, mescal, berries and seeds of grass and herbs, all of which, with a moderate culture of wheat, corn, melons, and pumpkins, and various small animals, form their staple food. The Cahuillas are not fond of bear meat, and have no deer to hunt; the Dieguiños and San Luiseños have no bear, but hunt the deer and antelope, the former abounding upon their hills and vales. They manufacture very useful blankets, a kind of urn to hold water and keep it cool in summer (called *olla*), a sweat-cloth for the saddle, from the maguey fibre, called a *coco*, etc.[39]

Such is the country, and such the actual resources, of these four nations, in their wilder state. Yet, in this dreary wilderness, God gave them land enough for their comfortable subsistence. But, of that presently. In bad seasons, as things now stand, they are often half starved. They are prodigal, too, by

[39] Compare with Barrows' description of their material culture in *The Ethno-Botany of the Coahuilla Indians*. Aboriginally they did no planting and had no animal husbandry.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021246

＋[  29  ]＋

nature and by custom. At their annual feast, which always takes place soon after harvest, I have seen them dancing around a large fire, in honor of a deceased relation, and end the ceremony by throwing into the flames their entire stock of provisions and clothing. I have reason to believe that their imprudence and want of forethought frequently lead to death by starvation, especially in cases of sickness.

Juan Antonio frequently calls home his followers; and at any time, such is the subordination among them, all, except the old and sick, would permanently leave the settlements, upon a summons from their respective chiefs. I should, also, include the land proprietors in the exception, and some others who may have a peculiar devotion to certain families. And the same, I believe, may be said safely of the chiefs of villages belonging to other nations.

The present chiefs, in general, understand their affairs very well, and appear to be keenly alive to the good of their people. They often come to the towns—to this city, at any rate—and inflict some punishment in particular cases, the merits of which are left to be "best known to themselves." They exercise a sort of patriarchal supervision over the domesticated, as well as the wilder classes of the nation. I do not wish to convey the idea that they have any regular government, or system of law, or rational grades of punishment, much less that they indulge in very refined distinctions as to guilt. Murder and witchcraft (when it results fatally!) are punished with death. And it is probable, if the local authorities here should ask it, as a favor, the chiefs would shoot, hang, or bury alive (for this they do sometimes) any notorious horse-thief or cattle-stealer.[40] The popular influence ought to be very strong,

[40] Indian chiefs not uncommonly were willing to punish culprits or to surrender them for punishment. See pages 96-97 of this work.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021247

on the other hand, if we may credit the excuse given by An-
tonio Garra for his attack on Warner's house in 1851; namely,
that "he did not want to make the attack then, but his people
forced him to go, and he followed." The people have been
known to punish by a prompt exercise of authority; and 'tis
certain, that considerable respect is always paid to them.

The chiefs of the Cahuillas, San Luiseños, and Dieguiños
have shown a commendable spirit in restraining their people
from cattle-stealing in Los Angeles and San Diego counties.
Thefts of this kind are not as common as might be expected
from their necessities and the opportunities they would have
for concealment. The crime is common, indeed; but it is no-
torious to every cattle owner that these Indians have in it lit-
tle "act or part," compared with a certain class of the settled
population.[41] Yet it does occur, occasionally, among the In-
dians, with all their indisposition to provoke a war with the
whites; and will occur, so long as the present equivocal and
unjust relations continue to exist between them, and this kind
of property ranges over an area of 1,000 square miles, un-
guarded and with an utter impossibility of being guarded.
The temptation is too great for a hungry Indian.

### THE MOUNTAIN VILLAGES.

Radically, even the Tulareños, a portion of whom commit
greater depredations, are not disposed, as a people, to hostil-
ity towards the whites. Individual acts of robbery, however,
are apt to recoil upon the whole nation; and rightly enough,
when their chiefs refuse to surrender the wrong-doers. But
the Tulareños, like the others, always do this upon demand;

[41] The news reports of the period support this contention, placing far
more blame upon white marauders, Sonoran, Californian, and Ameri-
can, and upon Indian raiders from more distant tribes.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021248

→[ 31 ]←

as happened not many months since, in the delivery of two murderers (Indians) by a chief from the vicinity of Tejon. Another illustration this of an idea I wish always to be kept in mind, touching all these Mission Indians; namely, that they have a common spirit of amity for the whites, and that their general inclination is not for war. They want peace with the whites.

Between the Tulareños and the others, there is very little intercourse; but, likewise, no existing enmity. The Cahuillas, who are the nearest, are separated from the former by a waste of barren ridges, at a distance of eighty miles or more. Of all these nations it may be said, notwithstanding a little coolness now and then, an individual broil, or even a sudden temporary outbreak between two or more rancherias, nothing happens among them that may be likened at all to a state of war, or to that fixed and lasting jealousy and inveterate hatred ever renewing the strife, as between the Sioux and Chippewas, for example, or the former and the Pawnees.[42]

Their national plays and festivals, gaming, drinking, wandering from place to place, and visiting relatives—these are their principal excitements, not war. They are at peace with one another.

This must be esteemed a very important feature in their relations. It augurs well for any efforts the Government may resolve to make towards their farther amelioration. It may be a powerful motive to that end, since it proves how easily, under the extremest goadings of neglect and injury, and in the final effort of despair and want, they might all be combined against our scattered settlements.

The Yumas, too, and the Mojaves—so far as we have any information of them—are friendly with these nations. There

[42] An observation fully substantiated. See Kroeber, *Handbook*, passim.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021249

is hardly any room for doubt that the former were in perfect concert with Antonio Garra, in his insurrection before mentioned. And having spoken of this event once more, I ought to say that it grew immediately out of the collection of the State taxes from the San Luiseños and Cahuillas, in part; they were also misled by their confidential advisers, unintentionally on the part of the latter, I am willing to believe. It was an extraordinary measure to have taxed Indians at all, in their present condition, who can so much better receive than give.

I have aimed neither to exaggerate nor underrate the qualities of these nations. Viewed as a mass, whether in their individual or their national capacity, they exhibit in common the traits which are always looked to as the groundwork of a rapid civilization.

They are devoted neither to war nor the chase; they have learned to labor for subsistence; they have acquired the idea of separate property in land; they possess a considerable skill in the useful arts; they are at peace among themselves, and friendly to the whites—docile and tractable, and accustomed to subjection.

Had they come into the hands of the American Government when they left the Missions, who can doubt that they would now be the equals, at least, of the Choctaws and Cherokees? If they cannot be made to advance as rapidly, then is all history a fable, and philanthropy an empty dream.

A plan for their benefit may be considered under two heads: first, their territory; second, their management.

### TERRITORY.

I would propose for the western line of the Indian Territory (the other lines having been mentioned already,) a line drawn from the eastern boundary of Santa Isabela Rancho, or its

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021250

+[ 33 ]+

neighborhood, direct to the northeastern corner of the La-
guna Rancho (thereby including Temecula and Agua Cali-
ente); thence along the northern boundary of Laguna, so as
to include the San Jacinto Rancho and the tract commonly
known by the name of San Gorgonio—the whole distance
(say) 100 miles; thence in a direct course, (say) 120 miles, to
the Tejon, including the rancho of that name; thence (say)
100 miles, to the Four Creeks; the rest of this line to be com-
pleted by running due south (say) 40 miles, from Santa Isa-
bela to the boundary line between Mexico and the United
States. It would have to be remembered that through this ter-
ritory pass the main routes of travel and emigration, one of
which, along the Tejon and Four Creeks, has been mentioned.
Another leads from Los Angeles, by the Mormon settlement
of San Bernardino, Cajon Pass, and Mojave River, to Salt
Lake and New Mexico;[43] another from Los Angeles, by Te-
mecula and Agua Caliente, (intersecting here the main road
from San Diego) to New River and the mouth of the Gila.[44]
There is a more southern, nearer, and better route[45] from San
Diego to the mouth of the Gila, going for the most part im-
mediately along the boundary between the United States and
Mexico. These are all good wagon roads, or can be made so;
and the country from the Mojave to the Four Creeks and San
Joaquin is passable with wagons on one route.

[43] The trail from Salt Lake was outlined by Jedediah Smith as early as
1826 and began to have important traffic in 1849. Traders used the New
Mexico route in 1829 and emigrants in 1841. See Joseph J. Hill, "The
Old Spanish Trail," *Hispanic American Historical Review*, IV (1922),
444-73; William L. Manly, *Death Valley in '49* (San Jose, 1894); John
Walton Caughey, "Southwest from Salt Lake in 1849," *Pacific Histori-
cal Review*, VI (1937), 143-64.
[44] Subsequently employed by the overland stages.
[45] Shorter, but not better.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021251

→⟦ 34 ⟧←

The respective limits of the nations could be defined as conveniently as counties are elsewhere—indeed, there are natural and obvious boundaries—and the Indians would all readily acquiesce in any common sense arrangement. Mount San Bernardino being of importance to the settlers, on account of its pine timber, the northern boundary of the Cahuillas might be placed to the south and east of it, instead of to the north; in such case, the main western line of the Indian Territory, as first set forth above, would be entirely north of Mount San Bernardino and the Cajon Pass, leaving the space of (say) 100 miles between the Cahuillas and Tulareños, wholly unoccupied by any of these Indians, and giving the white inhabitants pine to last them a thousand year, (and there is little else of value in the entire stretch of country thus thrown open). It would free the emigrant route in that direction from the visits of these Indians, unless with license, which is a circumstance strongly favoring this change of the line. Within this broad belt rove the Pah-Utahs, often entering the settlements through the Cajon Pass, to stay awhile feeding on cattle and carry off horses back to their sand-hills. They can be provided for hereafter.

Let this Territory be subdivided into the requisite number of Indian Reserves, distinguished by the names of the nations; the lands to be reserved from sale or private entry, or occupation by others than the Indians, until Congress shall otherwise order, *with their consent*.

If the Federal Government believes that it has the power to legislate with[in] the limits of this State over such a territory and people, let the power be exercised with a firmer hand than it has ever been, and in the full spirit of "the greatest amount of good to the largest number."

The United States District Court ought to be held in the

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021252

⊶⊏  35  ⊐⊶

City of Los Angeles, with a term at San Diego and Santa Barbara; and hence, it may be necessary to make this a separate Judicial District—a measure for which many other sound reasons might be urged, as, for example, its extent and remoteness from San Francisco or Monterey, its rapidly increasing commercial importance, its contiguity to the Mexican territories of Lower California and Sonora, etc.

There will be harpies ever seeking, for a little filthy lucre, to prey upon the body and soul of the Indian, trespass on his lands and fields, cut his timber, create discord and disobedience. Let stringent laws be made for the punishment of trespassers, the sale or introduction of ardent spirits, or trading within said limits—such laws as can be enforced; and, if possible, let the punishments be more summary and prompt than they have been in other territories. These things must be well regulated; and, as it strikes me, agents would have to be invested with considerable discretionary power.

There should be *corporal* punishment for some offences, for instance, selling ardent spirits to Indians within the territory.

Viewing the Indians somewhat in the condition of minors and wards under the guardianship of the Government, we should not rest content with so beautiful a theory, nor treat it as a theory, but act upon it in earnest, even as the parent for his child. I have no sympathy for the white man who would violate a single right of the simple Indian; and the laws should be so framed as to mete out to him, in all such cases, exemplary punishment.

How the Government will be able to adjust the coming "crisis" on the great plains, and reconcile the two extremes of American civilization and Indian barbarism, is a problem that can be solved as well another day. Certain it is, that *here*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021253

‣[ 36 ]‣

the Government has reached the *ultima thule* of political speculation, and something more is necessary—it is a question that brooks neither weakness nor delay. The Nebraska Territory was a magnificent conception—it may yet be realized. The principles of eternal justice have barriers for the white not less than for the red man. A government as just as the American, should proclaim and sanction them by its policy. Fortunately for the red man here, nature comes to our help, in a manner that renders any other policy—impossible!

Not a thousand acres of all the territory proposed are now occupied by cattle or crops of white men. Only three white men are actually resident upon any part of it. No great while ago, it had many a fair garden planted by Indian care—nay, still has them; and the feet of fifteen thousand of that race still tread its rocks and leave their traces on its sands.

I have mentioned the "Mexican claims" to portions of it, as Tejon, San Gorgonio, San Jacinto, Temecula, and Agua Caliente. If they amount to valid titles, they ought to be respected. I presume that they can be quieted for a reasonable sum—much more easily than "Indian title" to them can be "extinguished." But, be the sum largely beyond their real value to the present claimants, I regard it as of the last importance to the Indians, the Government, and adjoining white population, to secure these five situations for the permanent location of the Indians; not a fugitive, equivocal, and uncertain "right of occupancy," but a real and stable property, a home and homestead forever.

At this moment they may be said truly to be mere wastes, so far as the hand of man has anything to do with them. The interests of the claimants appear to direct them elsewhere. The Indians glean their fruitful surface for a few months' subsistence, but their energy needs to be guided by more enlight-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021254

⊷〔 37 〕⊶

ened hands than their own. They need the American Government for a little while. All these points once had minor establishments of the missions. They are still the choicest seats of Indian villages.

They are the only places where the different nations could be colonized and established in large numbers, with sufficient land for cultivation. San Gorgonio and San Jacinto each has more than 2,000 acres capable of raising barley and wheat, without irrigation; and sufficient water, husbanded as the Missions taught Indians to manage this matter, to supply in abundance beans, pumpkins, and the other crops Indians are familiar with, or can soon be made so. The beautiful valley of Temecula—the granary of San Luis Rey Mission—presents an agricultural area of three times this capacity; and Agua Caliente and the Tejon are not inferior, perhaps superior to Temecula. In the direction of the Tejon, but rather out of the line proposed, there are other good selections that can be made. The Cahuillas can raise 100,000 bushels of wheat or barley annually, at San Jacinto or San Gorgonio. Temecula and Agua Caliente would yield $300,000 worth of like produce every year for the San Luiseños and Dieguiños. Equal resources would reward the Tulareños at the Tejon. They do not need annuities. Nature has these in ample store, with their mere rights of property secured, and a judicious management. At Agua Caliente, Coyote, and other places, they still have producing vineyards; and at others, orchards; all planted by themselves for the Missions. At Coyote the grape ripens two months sooner than nearer the coast—at Los Angeles, for instance. All these valleys are fine for every species of fruit, as well as for vegetables and small grain. They are well enough timbered for ordinary farming purposes, and as to water, what I have said of San Gorgonio will apply to

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021255

→⟦ 38 ⟧←

the rest. There is abundant grass for stock, with wild oats. I have no reason to believe that there is gold or silver in an amount sufficient to justify any of the mining enterprises characteristic of the northern part of the State. There are no other minerals important to be noticed here. The Mohave river offers one other point, in this direction, where a considerable body of Indians might be concentrated and well sustained; and its upper waters might serve for the Cahuillas, in part. The lesser valleys and rivulets might still be made auxiliary to the supply of these people, in like manner as under the Missions—only entrusted to the care of the more trustworthy Indians, and always kept under the commons system. But upon the locations I have attempted to describe should be concentrated and established the mass of the several nations.

### THE MILITARY POSTS,

if I may be permitted to make the suggestion which has, probably, been anticipated in the proper quarter, should be at the Four Creeks (or its neighborhood), on the Mohave river, and at the junction of the rivers Gila and Colorado; the first and third, of 100 men each; for the second, a small number would suffice. The distance is about thirty miles to the Mohave from the Cajon Pass, where it enters the valley of San Bernardino. If half a troop of dragoons were stationed here, and half on the Mohave—say, sixty men in all—and a due disposition made respecting the nations now particularly under our notice, the county of Los Angeles would be spared the incursions of Utahs and Pah-Utahs, which have followed every full moon, until within very few months. As many troops are not necessary now as were two and three years ago, because this part of the country is rapidly settling up with a population able, in part, and always willing, to defend them-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021256

⊷⟦ 39 ⟧⊶

selves. I do not believe that soldiers ought to be kept in the midst of the Indians of whom we are speaking here, save when absolutely necessary to enforce the laws in the extreme cases an Agent might be placed in sometimes. In common practice, he would possess control enough over them, from the fact of his ability to summon troops from a post so near as the Mohave or Cajon Pass, or from a garrison which, I suppose, would always be maintained, of necessity, somewhere in San Diego county—at the rancho of Santa Ysabella, Mission of San Luis Rey, or in the town itself of San Diego. The distance from the Cajon Pass to San Gorgonio is 30 miles; to Temecula, 50 miles, to Agua Caliente, 85 miles. A post on the Mohave river would also serve to take care of the Mohave nation, and watch the passage to the Four Creeks, from the direction of the Great Salt Lake; while that on Porsiuncula river, or the Four Creeks, would fully protect San Luis Obispo, Santa Barbara, and Tulare counties. I may be excused if I add that all the expence of 250 soldiers thus occupied for a couple of years, would not equal the losses which Los Angeles county alone has sustained from Indian depredations in the same length of time—from wild Indians, I mean—to say nothing of the immense losses of the other counties, and of individual travelers and emigrants, besides the sacrifice of numerous valuable lives. Nor should their expences be weighed at all in the balance with the incomparable advantages to be gained and dangers to be avoided by bettering the condition of these Indians whom they would thus protect in the quiet pursuits of industry. If the Indian is to lay down the bow and arrow, he must have some guarantee that it will not be taken up by his natural enemy, and used against him. These troops are an indispensable part of the undertaking we expect to enter into; and a kind and munificent government cannot com-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021257

⊷[  40  ]⊶

plain of the comparatively trifling cost of their support on this frontier.

I have said that the Indians can never go back to the Missions; nor is it necessary that they should go back. United States troops are occupying San Diego and San Luis Rey; San Fernando, Santa Barbara, and Santa Ynes are under leases, soon to expire; but it is understood, after a [nominal] two months' notice to the Indians, all of them were sold, somewhere about the end of 1845 and June, 1846. The alleged purchasers, or most of them, are now urging their claims before the Commissioners of Land Titles. There are, also, alleged creditors against the Missions, as against San Gabriel, for example. The rich plains of the one last mentioned, with its vineyards, orchards, and olive groves, are covered with preemption claims of white settlers. A fragment of each, with its church, is in possession of a resident priest. I am credibly informed that the Mexican Government remains indebted to the Missions between one and two millions of dollars for supplies furnished the Presidios (garrisons) between 1810 and 1837, the date of their final destruction, in a pecuniary point of view.

If the Indians have a just right to these Missions, or any legal interest in them, it ought to be disposed of, and the proceeds applied to their use; or in such case, if the Missions shall be given up to settlement, like other public land, which seems to be their destiny, situated as they are in the heart of the coast country, an equivalent can be provided for the Indians in the new locations resigned to them by the Government. On the latter supposition, the Government may be more readily reconciled to the cost of quieting claims, removal, establishment, etc.

The value of the Missions, at the date of their seculariza-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021258

→[  41  ]←

tion in 1834, taking cattle and other personal property into account, could not have been less than (say) $5,000,000. Extend the calculation to land, and it would be almost beyond appreciation. From that date to June (or July), 1846, vineyards, orchards, buildings, all included, they could not have depreciated to less than (say) one million. What a magnificient annuity fund, or capital of bank stock! That so much property should have passed from the hands of the Mission Indians, in the short space of six months, without any known agency of theirs, is an event calculated to leave an impression upon the minds of reflecting men, long after the actors in such a wholesale confiscation shall be forgotten. I well remember the surprise manifested when a knowledge of these sales first became public, which has not subsided to the present day. The proper judicial tribunals will decide upon the question of their legality. What we want for the Indians is a system of measures, immediately to be carried into effect; not the "glorious uncertainties" of a protracted litigation in their behalf, even with the reasonable assurance of gaining them all these splendid structures they have reared, but which in any event, must pass into other hands.[46]

There are many well-meaning men, I know, who favor the idea of restoring them to the Missions, as places wedded to their affections and where they would be more sure to prosper, as in former days. A knowledge of the country forbids the idea: the measure is impracticable. And the sympathy which wastes itself on the impracticable, where the poor Indian is concerned, proves his worst enemy.

[46] Under the operation of the California Land Act of 1851 land titles throughout California were beclouded with uncertainty, glorious or otherwise, and were to continue so for many years. Bancroft, *History of California*, VI, 529-81; Caughey, *California*, 363-78.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021259

+[ 42 ]+

I would scarcely discharge my duty to them, if I failed, in this connection, to advert to certain laws which bear strongly on their rights, at least as they strike my humble judgment.

There is a qualified recognition of some of their rights, even by the law of the State of California, passed April 22d, 1850, section second, as follows:

"Persons and proprietors of lands on which Indians are residing, shall permit such Indians peaceably to reside on such lands, unmolested in the pursuit of their usual avocations for the maintenance of themselves and families; provided, the white person, or proprietor, in possession of such lands may apply to a Justice of the Peace in the township where the Indians reside, to set off to such Indians a certain amount of land, and on such application, the Justice of the Peace shall set off a sufficient amount of land for the necessary wants of such Indians, including the site of their village or residence, if they so prefer it; and in no case shall such selection be made to the prejudice of such Indians, nor shall they be forced to abandon their homes or villages where they have resided for a number of years, and either party feeling themselves aggrieved, can appeal to the County Court from the decision of the Justice; and then [when?] divided, a record shall be made of the lands so set off in the court so dividing them, and the Indians shall be permitted to remain thereon until otherwise provided for."

No such division of lands has been made among the Indians—at least, to my knowledge. The practical efficacy of the State law may be judged of from the fact that the Indians I am speaking of "reside" in a "township" equal to Rhode Island and Delaware put together, without a Justice of the Peace nearer than thirty miles, in general, nor likely to be nearer within the next hundred years. And what do they or can they

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021260

→[ 43 ]←

know of "appeals" and County Courts? Or, if they did know, who would plead their cause?

On the same day, a law was passed repealing "all laws now in force in this State, except such as have been passed or adopted by Legislature," but without affecting any "rights acquired, contracts made, or suits pending, nor any constitutional laws or acts of Congress, or any of the stipulations contained in the treaty of peace between the United States and Mexico, ratified at Queretaro, the 30th of May, 1848."

It was a generous provision of the Spanish law which declared: "After distributing among the Indians whatever they may justly want to cultivate, sow, and raise cattle, confirming to them what they now hold, and granting what they may want besides, all the remaining land may be reserved to us [the King], clear of any incumbrance, for the purpose of being given as rewards, or disposed of according to our pleasure." (White's Land Laws, vol. 2, p. 52.) Lands could never be granted, without notice to the Indians. (Ib., p. 95.) The old permits of settlement to retired soldiers in California will be found with the clause, "without prejudice to the Indians." Nor could the subjected Indians be deprived of their lands, as the law declares: "Whereas, the Indians would sooner and more willingly be reduced into settlements, if they were allowed to retain the lands and improvements which they possess in the districts from which they shall remove; we command that no alteration be made therein, and that the same be left to them, to be owned as before, in order that they may continue to cultivate them and dispose of their produce" (Ib., p. 59).

There can be no doubt, then, that under the Spanish laws, these Indians of whom we treat have a right to their villages and pasture lands, to the extent of their wants, "as their com-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

44

mon property, by a perpetual right of possession;" in the words of the Supreme Court of the United States, "a possession considered with reference to Indian habits and modes of life; and the hunting grounds of the tribes were as much in their actual occupation as the cleared fields of the whites." (9 Peters' U. S. Reports, p. 711.) Theirs, indeed, is the only real occupation or cultivation all those fine tracts we have spoken of ever had; and the whole will be just "sufficient for the necessary wants of such Indians," in the language of the State law, whose spirit only imitates the beneficient principles which pervaded all the laws of the Indies, where this unhappy race were concerned.

Turn again to the Missions.

No past mal-administration of those laws can be suffered to destroy their true intent, while the victims of mal-administration live to complain, and all the rewards of wrong have not been consumed. Of all that noble estate earned by the Indians through half a century of toil, a little is left. 'Tis not now "natural rights" I speak of, nor merely possessory, but "rights acquired and contracts made," to quote the State law again—acquired and made when the laws of the Indies had force here, never assailed by any laws or executive acts till 1834 or 1846, (and impregnable to all these,) shielded not only by the laws of California, but, before, by the Constitution of the United States, and which, in virtue of the treaty of peace, can safely be entrusted to the justice and wisdom of the Federal Judiciary.

If the Fathers were ever more, in the laws, than trustees or guardians of their neophytes, I am unable to see it. If the neophytes ever had other legal relation to them than of wards, it must have been of slaves. A certain oblique or inconsiderate way of viewing history, might lead some persons hastily

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021262

→⟨ 45 ⟩←

to such a supposition. Admit the *fact* of slavery, if you please; no idea, in respect to the neophytes, would be more abhorrent to the *law*. The Indians of California never were slaves, by virtue of any law. Let the laws and their connection with the Missions speak for them, in as brief a recapitulation as I can possibly embrace the opinions which I wish to convey.

Their right of occupancy does not date back only eighty-two years ago, to the appearance of the Fathers among them —an event which their old men and women still describe in their own simple style. "When the Indians come to us," says the founder of all these Missions, "we give them food and clothing; so, soon we shall gain their confidence, and be able to teach them to discern good from evil." When the Fathers and the soldiers failed of supplies and nearly famished, the Indians gathered the wild seeds to feed them. When the former became stronger and more numerous, the neophytes supported them from the mission produce. And, from the beginning to the end, the Indians paid all the expenses of the government. Under the laws of the Indies, they adopted the discipline of the Fathers, and nearly all were subjugated to the faith. At any rate, so the all-confident Fathers proclaimed it, and we cannot doubt their sincerity, even if we may their judgment. The Indians became "reduced," in the expressive language of the laws.

Can we believe that, through all, day and night, and in every lesson, the natives did not hear of those laws made by the good and kind Spanish monarchs? No! The Fathers must have preached them as often as any other truth, to inspire their disciples with a hope equal to their constant labor. Their submission was the result of many things combined, but I seem to see in it inducements and promises—considerations, would not be an unapt expression—such as never have existed

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021263

⊷⟦ 46 ⟧↩

between American rulers and an Indian tribe. Call it—law! Call it—force! These were its sanctions, instruments of its execution. But the whole wears more the aspect of solemn treaty—rather an almost infinite series of treaties—binding forever the faith of the Spanish crown, and not less its republican successors.

Religion, "pure and undefiled," would seem to have been its basis. If we may credit the laws and instructions, certain actual benefits and the substantial blessings temporal which all covet were to be the price—and who will say they could be an equivalent?—of the life of toil to which the savages bound themselves and posterity. There is but one impulse of human nature capable of sustaining them: self-interest! And how hopefully each generation must have struggled on in that weary race! Not *all* "a spiritual conquest," "a civilized and rational life!"—but "mission pueblos," "to become cities, and houses of adobe or of stone and morter"—"a garden, where the Indian shall sow some seeds and herbs and plant trees"— "thus holding them with constancy to the place." More than all the rest: "common lands" and "individual concessions to such Indians as may most dedicate themselves to agriculture and the raising of cattle: for," continue these instructions, August 17, 1773, to the commandant of San Diego and Monterey, "having property of their own, the love of it will cause them to plant themselves more firmly." Fond illusion! Tribe after tribe it drew to the sacred portals. Carried down through a weary length of years! To this hour cherished by many a dark-skinned child of the mountains! Never, perchance, inscribed on parchment—yet written indelibly upon the Indian's heart!

Never was a more solemn treaty ratified before heaven. Never before, or since, was a contract so shamelessly violated.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021264

⊶⟦ 47 ⟧⊷

Long ago the Indians did their part to fulfil it. The venerable Fathers left no stain upon their good faith. To have snatched away the cup brimful for fruition, is the reproach of other men, whose acts—as the wrong is not yet *all* consummated—will be judged by a Government from which "vested rights" will receive due protection.

No unbending prescription has hallowed the wrong. The true history of the Missions, when it shall be written, will not authorize the assertion that the Indians "abandoned" them, and so incurred a forfeiture of their legal rights, or placed themselves out of the power of the authorities to comply with their duties under the laws. The authorities—God knows!—always had power enough; and the world knows it. Here, at least, these Indians have "property," as well as "occupancy."

From the first, portions of the natives repulsed the kind approaches of the Fathers, it is true. They clung tenaciously to their mountain villages. There, reunited at length with neophytes and their descendants, they maintain an organized existence as political societies—of an inferior grade, indeed, but quite as distinct and substantial as is observable in many other tribes under the jurisdiction of the United States. Do what he may, and wander where he will for a time, there is no other resting-place at last for the neophyte but at the fires of his tribe. This state of things impartial history will attribute to the secularization of the Missions, in the manner it was effected, and the multitude of irregular and illegal acts consequent upon that unfortunate measure. For none can doubt that then the Indians were ripe for the last achievements in that experiment of which they had borne the burden so many years. Common tradition, even now, whether among Indians or whites, tells of the beauty, order, and comfort with which everything went on at a Mission: the charming simplicity and

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021265

⊀[ 48 ]↞

decorum of the Indians; their industry, honesty, and intelligence. It was a Manchester or Lowell, on a small scale. It may be, the Fathers became too fond of the pleasures and importance which wealth and power bring with them. They gave no signs of corruption, however, in their dealings with their people. They must have had too little confidence in the white community around them; and, perchance, foresaw the storm ahead, and fancied they alone could brave and shield their "little ones" from its rage. To me it seems, had they put on at once the energy of the Jesuits, and, like those valiant priests in Lower California, resisting power and avarice with an iron front, moulded their little communities to the shape which the ancient laws designed, all would have been saved. They might have done this in 1830, or before. The blow once struck, they had ample time to repent their weakness; and all who succeeded them, to deplore its consequences.[47]

I have treated their rights with candor, if not well. Less I could not have said in justice to myself, as a representative of their interests, which appeal so strongly to the attention of the Government.

I now proceed to offer some recommendations for their management.

### MANAGEMENT.

Upon the whole, I wish to see preserved the principal machinery which has been adopted for the government of the other more advanced tribes. A sub-agent, farmer, blacksmith, and carpenter would be necessary for each town, there being eight towns in all, with those of the Mojaves and Yumas; an inter-

[47] There are less glowing descriptions of life at the missions; for example, in Bancroft's and Chapman's histories of California and in Carey McWilliams, *Southern California Country* (New York, 1946).

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021266

✢[  49  ]✢

preter and teacher, likewise, for each town. The duties of such officers are well specified in the existing regulations, it being understood that some of these regulations do not apply here, (and such can be readily distinguished).

Would it not be better to commence teaching with the Spanish language, under the present circumstances? I incline to think it would, but possibly not, as they are to be reared to the uses of American civilization, with which its language is closely identified. They have a great capacity for learning languages—perhaps I have mentioned this before.

For teachers, at first, and for a long time, we should have to depend on the religious or benevolent societies: this would be the best, if they can be induced to embark promptly in this great task.

Their religious affairs, of course, should be left to the different Christian denominations, showing equal favor to all.

Good farmers and interpreters, as well as many minor officials requisite for these nations, can be found here in each of the nations, or among those of Indian descent.

Sub-agents and master carpenters and blacksmiths, and, indeed, all persons employed among the nations, should be men of families; this ought to be almost a *sine qua non*. Salaries would be raised proportionately.

The schools should be conducted on some uniform plan, in its main features to be regulated by law. Religion, I hope, will not be without its faithful ministers; but, to avoid all difficulties ensuing upon a possible difference of theological tenets, the schools should be confined to studies not of a sectarian character. Every other facility ought to be extended to the ministers of the gospel, in their efforts for the regeneration of this race. It is a fine field for their labors. If I do not completely mistake the character of these Indians, they will

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021267

⊷[ 50 ]⊶

yield themselves to instruction more readily than almost any other tribe in the Union. Experience, however, satisfies me that the schools ought to be regulated by law, and not the discretion of each society—some simple and practical law. Attendance on school certain hours and days in the week, the kinds of punishments or rewards, branches to be taught, etc., might be subjects of regulation. Parents should be compelled to send their children to school, under some penalty; this there may seldom be occasion to inflict.

Manual labor schools, perhaps, are desirable; but of this I am not certain. Boys will be withdrawn from school very often, to assist their parents on the farm, in the garden or workshop—those of the larger size, particularly. Labor and study will thus conflict even more than is advisable. Rather let them be pushed on with their studies for a year or two.

There are *Indian women* capable of teaching the girls plain needlework, washing and ironing, and a various household knowledge. These should be kept in employ on salaries, a few in each town. This will encourage them, and they may be among the most efficient civilizers.

Their common government, religion, and education being disposed of, let us observe rather more in detail the other necessary points in their management.

They ought to be required absolutely to reside on their respective territories or reserves, and not to leave unless with license from the sub-agents, upon reasons fixed by law, or in cases of necessity, to be judged of by the sub-agents. Any laws intended for their benefit must keep in view to some extent, the character and wants of the neighboring white population. Some of these Indians would, probably, still wish to bind themselves as servants in families, as before; they ought to be permitted to leave the Territory for this purpose; why

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021268

⊷[ 51 ]↠

might not the contract of hiring be required to be made before the sub-agent, not to exceed a year without renewal? "Madrinas," (Godmothers), here agreeably to Spanish usage, have a great taste for keeping Indian children till they become of age or marry; there are many orphans whom their parents have left to the possession and care of particular friends, and others for whom the Probate Court has appointed guardians (so-called). Others would hang about the towns as vagabonds, and ought to be removed to a place where they can be controlled, and have motives to be better. Fugitives from the State laws would fly to the Territory, and *vice versa*. White men would hover on the border of the Territory, to trade with Indians, etc. A *State law* should prohibit, like that of Missouri, all trading with Indians, *in the counties here mentioned*, and outside of the Territory or Reserves, for provisions, clothing, horses, cattle, indeed any personal property—at least there should be a temporary law of this trade. A good State law would be necessary for many other purposes connected with this plan; the present State law is clearly inadequate to the exigencies of these Indians.

### PRESENT STATE LAW.

We may fairly presume that the State law now in force was not intended to be permanent. In addition to the provision above quoted touching lands, it extends the civil and criminal laws of the State over all Indians within its limits; prohibits their punishment, except by justices of the peace, with a jury (if required); subjects them to fine or whipping, not to exceed 25 lashes for stealing; gives the Indians power to require the chiefs and influential men of any village to apprehend, and bring before the justices any Indian charged or suspected of an offence; and "if any tribe or village refuse or

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021269

+[ 52 ]+

neglect to obey the laws, the justice of the peace may punish the guilty chiefs or principle men by reprimand or fine, or otherwise reasonably chastise them." If convicted, Indians may be hired out to pay the fine and costs for a time fixed by the justice. A white man is finable for "abducting an Indian from his home, or compelling him to work against his will," and for selling or giving him intoxicating liquors (except in sickness)—and, for the last offence may be imprisoned not less than five days. Contracts for hiring must be in writing made before a justice of the peace. In like manner a minor Indian child may be bound out by parents or friends till the age of 18, if a male, and a female till 15, these being their ages of majority. For vagrancy—"loitering and strolling about, or frequenting public places where liquors are sold, begging, or leading an immoral or profligate course of life," he is hired out at public auction, a term not longer than four months, to be subject to the law regulating guardians and minors, unless he can give bail for good behavior for twelve months; the proceeds of his hire, after deducting certain expenses, to be paid to his family, if he have one, if not, like fines to be paid into the county treasury. The only additional remedial provision is one making it "the duty of justices of the peace, in their respective townships, as well as all other peace officers in this State, to instruct the Indians in their neighborhood in the laws which relate to them, giving them such advice as they may deem necessary!"

*All* punishment. *No* reform!

### TOWNS.

There ought to be at least one principal town, or *pueblo* on each of the reserves. I think, however, that the Tulareños and Cahuillas might manage their resources to better advan-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021270

⇥[ 53 ]⇤

tage, each being divided into towns. In round numbers, then, those that can be immediately provided for may be distributed as follows: 1st, Four Creeks, (Tulareños,) 1,000; 2d. Tejon, (same,) 1,000; 3d, San Gorgonio, (Cahuillas,) 1,500; 4th, San Jacinto, (same,) 1,500; 5th, Temecula, (San Luiseños,) 1,000; 6th, Agua Caliente, (Dieguiños) 1,000; 7th, Mouth of Gila, (Yumas,) 1,000; 8th, Upper Colorado, (Mohaves,) 1,000. For the present the two last may be excluded from view, as they require some peculiar arrangements in their behalf. The distance from one town to another is as follows, viz: From Four Creeks to Tejon, say 100 miles; thence to San Gorgonio, 130; thence to San Jacinto, say 12; thence to Temecula, say 15; thence to Agua Caliente, 35 miles; that is by the usual routes.

The body of the people should have their houses and residences in the towns. The sites of these and the manner of building them are matters which a people can determine after they become settled, have raised a crop, and have time to look about them. They should be built as compactly as health will admit of, and let the "laws of the Indies," and some other Spanish laws, suggest a part of the regulations, if better ones cannot be devised in these days of progress. For the present, the rude architecture of the Indians would answer. Let us "hasten slowly" in some things.

### IMMEDIATE SUPPORT.

One thousand head of cattle, with their own natural resources, would amply support them for six months. These can be delivered and slaughtered at the sites mentioned for $30,000. They would need, also, at the beginning, a small supply of common clothing—blankets, hats, calico, and brown cotton sheeting; farming and mechanical implements, and some

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021271

⊶⟦  54  ⟧⊶

work animals, mules or oxen. A physician and some medicines are among the earliest requisites towards a moral reform, which must not forget the physical. First and last, they would be taught that on their own physical exertions they must rely for subsistence, and that all these measures were only designed as a helping hand towards that end. Afterwards, they could not only support themselves, but defray all the expenses of their officers, if proper to do so. They have done more than this before, and can do it again. The Missions, doubtless, taught this lesson, from father to son. Stern necessity has since indelibly impressed it upon their minds. They will not be apt to retain false ideas on the subject of self-dependence.

## COMMON LANDS.

The land of each Town should be held common until such time as it may be deemed expedient to dispose of it otherwise, and should be cultivated by the whole of the people who are not assigned to other pursuits.

There should be hours of labor, rest, and amusement, not entirely losing sight of their olden-time sports, and new ones may be invented.

The division of labor among the different classes, planting, sowing, irrigation and cultivation, harvest, building, fencing, care of stock, and various other things of their economy, can only be judged of by competent men on the spot. They should be left to the rules which a discreet agent may frame under the approbation of the proper department.

It will not excite surprise that such a proposition should be made, when known that within 30 miles of one of these proposed communities, a settlement of 500 Mormons hold their land in community, build splendid mills, cut long roads up steep mountains, cultivate common wheat fields of 2,000

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021272

→[ 55 ]←

acres enclosed, by the joint labor of the whole people, and enjoy harmony, content, and prosperity withal.[48] Good neighbors to the Indians, and a model for them! With few exceptions, the Mormons are congregated in a small town, built a year or so ago, for defence against some of the same Indians. In another year, perhaps, agreeably to American usage and necessity, the former will each live upon his separate farm, and till it according to his taste or sense of his interests. But, would this policy be advisable for the Indians—at this time? For the great mass of them it would not, I think.

### INDIVIDUAL CONCESSIONS.

There are many objections to allowing them to live dispersed, in this, their first stage of improvement. It interferes too much with education, and deprives them measurably of instruction in religion; takes them from under the eye of their officers and influence of good examples, exposes them to the practices of evil-disposed persons who may be lurking about the territory, and otherwise puts them in the way of temptation, and tends to weaken the tie of a common *public interest* which requires to be sustained by more than ordinary means where different villages are thus to be amalgamated, as it were, under a common system.

Moreover, the locations here suggested for them, are not suitable for their dispersion in small farms, to any great number—nor do I believe that the Missions were, in general. They would be sufficient for men content to be half-starved through the year. Their full resources could not thus be developed. San Gorgonio, for example, would not support a hundred small farmers, seeking to satisfy the wants of civilization; while, under a common cultivation, and a systematic

[48] The reference, of course, is to San Bernardino.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021273

→[ 56 ]←

and economical appropriation of the water for irrigation, it will amply support three thousand souls, and more.[49]

The few "land proprietors," and the overseers and hands of the minor establishments would not be excepted from this rule, though the former would consent to remove to the reserves, on no other condition, probably; and might be permitted at once to own small separate tracts. But, it would be better to make a different arrangement with them; the superior skill they have in agriculture qualifies them to be the instructors and managers of the rest, in various employments that might be found for them. There is a very common practice here, of farming, even with Americans, who wish to save fencing, for instance, that suggests equitable provisions among the Indians by which a species of separate property may be preserved, with common fields, zanjas, &c. With, or without, separate farms, they should long be required to have their habitations within the town limits—a necessary requirement for police purposes.

In the course of time "individual concessions" might be made to such Indians as "may most dedicate themselves to agriculture and the raising of cattle," being just rewards of their proficiency, and strong incentives to emulation among the rest, and consequent improvement. They are not ready for this measure now.


COMMON STOCK—COMPULSORY LABOR.

I am not sure that I can recommend *a restraint* to be put upon them, different in principle from that which has been exercised towards other tribes of the United States, in remarkable cases. If mine would be greater in degree, it is the result of

[49] This is cogent appraisal of the problems of efficient land utilization in the southern California environment.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021274

⊣[ 57 ]⊢

my observation of the character of these particular nations, and the circumstances that surround them. They require a vigilance, as much for their own protection as to prevent them from doing wrong to the other inhabitants. And the country they would live in, and the climate, at once inculcate and favor their concentration in large bodies, not less than the necessity they will feel to have a fixed and watchful government.

Their wastefulness furnishes a sufficient reason for requiring most of their productions—all their wheat and corn, for instance, to be kept in a common stock, and to be dealt out to them by certain rules, in daily, or tri-weekly rations. Otherwise, no amount of provisions would last them through the year, until by long habit they shall have reformed in this respect.

An immemorial law of the Pimos, and one secret of their success in agriculture beyond their neighbors, compels every able-bodied man to work a certain number of days in the week. No better regulation could be devised for these nations, fixing also, a limited number of working hours every day (except Sunday). It is the same they were accustomed to under the Missions. In some civilized agricultural and mechanical districts, custom and the exactions of capital, fix this matter with an oppression much more severe on the individual man, than can be felt by these Indians, under their genial sun, and on a soil yielding as much as most other countries, with half the labor. Let it be the "*six*-hour system!" if you will.

These two rules—a common-stock and compulsory labor —are absolutely indispensable to their welfare, at the incipiency of any plan. Thus far, the Government would lead them back to the Mission system. All the balance will tend to reform and mould it to suit our own institutions.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021275

⊶[ 58 ]⊷

CODE OF LAWS.

Such communities as are here proposed to be created—or rather, re-organized—will need a plain and simple code of laws and "ordinances" adapted to their genius and pursuits, to be changed according to the state of their progress. Unlike the wild tribes, they are prepared for this step. They have a very correct notion of right and wrong; value life and property; are familiar with the idea of "alcalde" (Magistrate); like speedy accusation and trial; are used to obedience.

They are easily governed. Fines may do for some—*corporal* punishment will be best to restrain others; it may be tolerated for a year or two yet, in California,"at the discretion of the Court;" nor should rewards be forgotten.

Their local code, whatever it may be, ought to be administered by officers, either Indians or of Indian descent, as far as possible. I am not prepared to say that they can safely be their own legislators, for the first year or two. I do not believe they would desire to be; but, on the contrary, would be glad to adopt in all things the advice of the Government.

Stealing and personal trespasses would be the offences commonly committed; these should be punished on the spot, their chiefs being the "justices of the peace," (for the present), with appeal to the sub-agent; nor would it be inadvisable to accustom them to trial by jury. Murder would be tried and punished differently. The agent and sub-agents must have the power, in some cases, to punish summarily as for disobedience of their lawful orders. One guard against the abuse of power would be, to require a report of all such cases, under oath, to the proper department.

In questions of property between them, the sub-agent may constitute a tribunal, of the nature of courts of conciliation in Mexico, formerly in use here, and very well adapted to the

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021276

→[ 59 ]←

understanding of these Indians, as they were to that of the
common run of "whites," six years ago, whose most import-
ant disputes were settled often in this way. The appeal from
such a court consists simply in the declaration, "I do not
agree;" in such case, it being the duty of the sub-agent to
transfer the cause to the agent, when the amount should ex-
ceed (say) $20; provided that sub-agents, or agents should
report to the proper department, briefly, the facts of all such
cases; as well as a short statement of all criminal cases dis-
posed of. Such a report might be made to the district attorney
of the United States.

It is not important to retain the present distinctions of
chiefs. The desire of power and place may be as well grati-
fied by the substitution of other analagous offers of more civ-
ilized life, such as justices of the peace and sheriff. These ap-
pointments should emanate from the superintendent or agent,
and depend upon good behavior. They are accustomed to this
mode of filling even the office of chief, and sometimes pride
themselves on it, as an evidence of their standing with the
whites. Gen. Kearney appointed Antonio Garra to be chief,
and "breveted" Juan Antonio a "general;" and the Mexican
authorities did so as a regular practice.

These Indians can be trained to self-government in a short
time; still, the elective franchise is not the most material thing,
just now, for their happiness. But, let them be governed with
the least possible violence to their personal independence and
freedom; and so that, in all measures, they may be able to
discover the strict justice of the government.

Such is a rude sketch of a plan which, I believe, would pro-
mote the happiness of the Mission Indians, and which, or
something tending to that end, I fervently hope, may be soon
matured and finally established by the wisdom of our law-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021277

✦[ 60 ]✦

givers. If duly weighed, the more serious objections to it will be found to have been answered, at one place or another, in the course of the foregoing remarks; and where such objections have not been met directly, and in [explicit] terms, or if new ones may suggest themselves to a cautious reader, all the facts necessary for the solution of his doubts, I trust, may have been sufficiently laid before him.

One word I will add: Considered in their relation to agriculture, in this part of California, these Indians are the only farmers living here, besides the Americans who have come into the country since the war, and a very few who were here before. The California "Spaniard," (so to speak) loves his fiery steed—not the plough. Many such a *ranchero*, rich in cattle and "goodly acres," by the ten thousand, must go to his Indian neighbor hard by on the rancho, if he would dine to-day on his maize or *frijole!* This remark is made, subject only to isolated exceptions, and as authorizing a general inference much more favorable to the Indian than my incidental description of him, merely as a farm-laborer; for, in a multitude of instances on the numerous ranchos, even where he neither owns land, nor claims more than a casual occupancy, he is more than a *peon* (servant). A very independent and useful producer is the Mission Indian, in such case, whose house and furniture need no insurance, but without whom a *rancho* would eat much less bread and vegetables! That agriculture must be at a low ebb, under such circumstances, may well be inferred. For all that, let us organize, cherish, and improve it, even in the hardy hands we find it, restoring to them their just rights, wherein rejoicing they may push on to the bright goal which American civilization points out to them.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021278

+[ 61 ]+

## YUMAS.

The Yumas range from New river to the Colorado, and through the country between the latter river and the Gila, but, may be said to inhabit the bottom lands of the Colorado, near the junction of the Gila and the Colorado. Here the first missionaries found them about the year 1776-7, and made two establishments which were soon destroyed. They were formed on a plan different from the Missions above spoken of,[50] in this, that the Fathers cared only for spiritual matters, leaving the Indians, after they were baptized, to live in their *rancherias* and support themselves as before, among the unconverted. Eight soldiers, and as many settlers with their families, formed *pueblos.*"As the Fathers had no presents to make to them," says the old narrative,[51] "the reduction of the Indians was difficult; still they frequented the pueblos to traffic with the soldiers and settlers.Through this intercourse and the aid of a good interpreter, the Fathers succeeded in baptising a few; and, as these did not live in the pueblos, but in their rancherias with the Gentiles, having the same freedom and customs, they very seldom came near the Mission to say their prayers. The Fathers were thus under the necessity of hunting them up through the rancherias and staying some days with them to say the catechism, teach them a little, and attract them to mass on holy days, all of which gave much labor and molestation to the Fathers. Add to this, the resentment of the Gentiles at seeing the grass and other herbage consumed by the horses and cattle of the soldiers and settlers, so that they were deprived of the seeds which before sup-

---

[50] This experimental deviation from the regular mission system is described in Charles E. Chapman, *A History of California, The Spanish Period* (New York, 1921), 330-42.

[51] Palou, *Relación histórica.*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021279

→[ 62 ]←

ported most of them. They saw at the same time that the set-
tlers had appropriated the small parcel of available land, and
that they could no longer sow there, as before, their corn,
beans, squashes, and water-melons."

If the Fathers did little for the Indians, they seem to have
been successful with the soldiers and settlers, for, continues
the narrative, "fearfull of some ill to happen from such In-
dians in the manner they talked, the Fathers applied them-
selves to keep the settlers and soldiers prepared for death * *
so that they seemed more like monasteries than pueblos."
One Sunday just after the last mass, an immense number of
Indians fell upon both settlements at the same moment, and
but one man escaped death or captivity. Not a great while aft-
erwards the captives were delivered up to an expedition sent
against the Indians. I should not omit the beautiful vision of
angels clad in white robes, with burning torches and chant-
ing an unknown tongue and strain, that, according to the his-
tory, for many nights after moved in procession round and
round the scene of martyrdom, giving joy to the captives, but
striking such terror into the minds of the Indians, that they
abandoned their lands and fled some eight leagues down the
river!

This tragedy put a stop to the design which had been formed
of establishing the new missions of California upon the plan
of those on the Colorado. Two of the existing missions of
Santa Barbara county were immediately afterwards founded,
with the happy results we have seen upon the Indians.

The recent military operations against the Yumas[52] have
doubtless made the Government fully acquainted with their
character, customs and resources; though, it must be con-
fessed, a state of war does not afford the best opportunity to

[52] The Morehead expedition; see p. xxiii.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021280

+[ 63 ]+

judge national character, whether Indian or civilized. In respect to the Indian, too, we are very apt to overlook the causes which drive him to war. Had the Yumas received no provocation in the spring and summer of 1850 from reckless white men—I allude to the circumstances attending the death of John Glanton—there is little probability that the heavy expenses of those military operations would have been incurred. The State expedition that followed the massacre of Glanton's party, however well meant, made none but the most unfavorable impression upon them, in respect to the American character for bravery or our national power. Let it be considered, also, that they have no doubt been greatly vitiated, and misled in relation to Americans, by the corrupt and worthless set of Sonoranians who have been passing through their country, within the last four years to and from the gold mines of California. Under proper management, I believe, the Yumas will be found nearly, if not quite as tractable as the nations already spoken of. To think of a Yuma in the light of a Sioux, or Camanche, where war is concerned, would be one of the strongest contrasts that could be presented. Now, when at last they have come to know the power of our Government, they are better prepared to receive the next and best manifestation of its virtues, in some efficient plan for their improvement.

The Yumas are large, well-formed, sprightly, and intelligent in their appearance; are inveterate gamblers, like most of these Indians; still tolerate polygamy, but their women have a reputation for chastity. A climate of perpetual summer does not call for much clothing; and, as there is very little rain, a house of brush thrown over a few poles answers every want. What was true of their agriculture in 1776 is still true, except that they have added wheat to their products. "They

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021281

⊷⟦ 64 ⟧⊶

depend in a great measure upon the cultivation of the soil, for their support," says Russell Sackett, Esq., who spent a considerable time among them, "and although their cultivation is of the rudest kind, receiving little or no attention after the planting, yet their crops mature with an astonishing growth. Their planting season is usually in the month of July, after the waters of the Colorado begin to fall. They then seek those portions of the bottom lands that have been overflowed during the high water, and put in the crop. These lands retain the moisture after having been once flooded, a sufficient length of time to produce a crop without any further irrigation. The crops cultivated principally are corn, beans, peas, squashes, and melons, all of which they raise with very little labor. Wheat also does well there. It was put in about the first of January, and ripened about the first of June."

The distance from Los Angeles city to the mouth of the Gila is 280 miles; from San Diego about 2— miles, and somewhat less by the more southern route. The Colorado river is navigable by steamboats from the gulf to the mouth of the Gila, and in the season of high water, which is from May to September, a boat drawing eight feet of water would usually find no difficulty in ascending far above the mouth of the Gila; and the Gila itself, at some seasons can be ascended by steamboats of light draught, such as are seen on the Ohio and Missouri waters, even to the villages of the Pimos (a distance of 190 miles by land from the mouth of the Gila.) A further quotation from Mr. Sackett is worth[y] of attention, and reliable:

"The soil of the bottom lands along the Colorado and Gila rivers is exceedingly rich, and the climate in that section of the country is not surpassed in its salubrity by any in the world. * * Above the confluence of the Colorado and the Gila, the former river runs for some distance very nearly south. At

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021282

⊶[ 65 ]⊷

this confluence it makes an angle and runs thence for a few miles, due west. The tract of land lying within this angle, commencing fifteen or twenty miles below, reaching from the river back to the mountains, contains an area of thirty or forty square miles, and is all susceptible of cultivation. But, in order to cultivate to any great extent, the land must be irrigated, and that will be attended with considerable expense, as the water must be taken out several miles above to get it on these bottom lands, as for damming the Colorado, I hold that it is impracticable. The tract of country lying between the Colorado and Gila is also excellent land, and may be as easily cultivated and irrigated as that lying west of the Colorado. The timber along the river, although abundant, is of poor quality, being none other than the cottonwood, willow and mezquit."

All observers concur in opinion, that the soil and climate are admirably fitted to the cultivation of cotton, rice, sugar, sweet potatoes, and nearly all the tropical fruits. They possess natural resources of fruit, fish, and aquatic fowl, more abundantly than any of the other nations here spoken of, in addition to a soil capable of yielding them all necessaries of life, under the most indolent cultivation. With an active industry inspired by the paternal counsels, and guided by the hand of an enlightened government, they may be able at no distant day, to raise themselves to a comfortable independence, if not to a high degree of prosperity and wealth. In their vicinity they have a striking example for their own emulation, and not less to encourage our government, in the quiet, industrious and comparatively happy condition of the Pimos of Sonora.

I have already stated that their language is the same as that of the Dieguiños; and, all other things considered, it does seem to me that Yuma and Dieguiño are not so foreign in na-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021283

→[ 66 ]←

ture and habits, as to forbid the application of the same system of civilization to both of them.

The settlement of American citizens on the Colorado, in sufficient number to interfere seriously with the operations of such a system, is too remote a contingency for present consideration.

The Yumas may number 3,000 souls.

The Mohaves, of an equal number, (conjecturally), occupy the country north of the Yumas, and east and south-east of the Cahuillas. All the information we have of them leads me to believe that they would be more easily managed than even the Yumas. Their habits and natural resources for subsistence, are pretty much the same as those of the Cahuillas in the mountain villages; except that they cultivate the land to a greater extent, raising much wheat.

A formal visit to those nations would be very useful towards perfecting a plan for Congress at once to make a small appropriation for defraying the necessary expenses of presents, etc.

A word or two in conclusion.

Nowhere else in the United States is there a people once more than half-civilized that betray such signs of retrogradation as do most of those we have been contemplating. With the aborigines whom the vivifying principles of American civilization thus far have touched at all, the word is onward! Knowledge is perceptibly on the increase among them, if they know less than the Californian. It is always improvement, even if they gain a little skill in the arts each year, beyond the acquirements of the proceeding one, and that skill yet inferior to the Californians'. But *here* we have the other side of the Indian portraiture: To say the least, all is stationary. The worst is a palpable tendency to utter demoralization and ruin.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021284

*[ 67 ]*

None will say that they do not deserve a better fate. None here but see and lament their sad condition, and feel the urgent necessity for an immediate change.

The question is, *what shall be the remedy?*

For, longer delay clearly would not be just nor reasonable, nor consistent with any of the maxims which have heretofore guided the American government in its conduct towards the Indians.

There were not wanting patriots who deplored and condemned the secularization of the Missions, at the time and in the manner it took place. Others would have retrieved its disastrous sequel of malversion and destruction, if the power had rested in their hands. Let the innumerable petty revolutions of those days account for a part of the wrong suffered to be done to a people then undoubtedly semi-civilized. Charity may throw her veil over all the rest—all, I mean, that lies beyond the reach of remedial justice.

At the close of the late war, a thousand extraordinary causes disarmed the energy of the Federal Government, so that only now it begins to be felt in California.

It is not strange that the State government, driven in its infancy to expenditures on the scale of an old empire almost, and busy the three years past with the perplexed affairs of its white population—and having very narrow sources of revenue withal—should not have impressed the salutary influences of a wise legislation upon the southern Indians, at a distance of six hundred miles from its capital, whose members were unknown and character completely misconceived. Nor can it be imagined that the people of this State have ever desired, or will desire to put upon its treasury the burden of governing these Indians, and a hundred thousand more within its borders.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021285

68

Still less will they covet the greater burden and cost of an attempt to exterminate such a multitude of tribes, many of them savage and warlike, whose means and mode of life, though very meagre and very miserable, enable them to sustain an almost endless resistance. After all, the experiment of extermination inevitably resolves itself into the better one of preservation and government, and, having wasted much blood and treasure, we are compelled to do at last, what it were always more discreet, as well as more humane and just, to do at the beginning.

An illustration occurs to me not without its lesson. Two little expeditions made in the South since the spring of 1850 —one against the Yumas, the other against Antonio Garra— cost the people of California at least $150,000. Will any one believe that their results have been commensurate with what the same sum would have effected, if differently applied among the same southern Indians? I have no hesitation in saying that such a sum would have put in operation and maintained three years, on the plan above proposed, the whole six Indian towns, and left them now flourishing and far on the road of progress!

Humanity, not war is the true policy for them. This is the voice of all experience.

The hardships of their case may well claim the cooperation of the State authorities in the manner already indicated, but can only be provided for fully out of the munificence of the Union.

Five years more of indifference on the part of the Federal Government, added to the eighteen of neglect and injury now endured, is more than enough to fill up the cup of misery and complete their destruction. Happily, the Government has not so much to contend with, as it had a short time since.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021286

→[ 69 ]←

Soldiers adhere to their duty. The extravagance of the "gold mania" is fast disappearing, and more rational ideas of the price of labor prevail. Good men will serve for fairer salaries. The Indians themselves, and their country are well understood. There are, or ought to be, no "over-ruling circumstances" now to counteract the benign designs of the Government.

Meanwhile, the temper of the American people displays no less the warm benevolence that has kindled up so many enterprises in behalf of this race, and, I firmly believe, will be loth to confess itself unequal to the task which, under Spanish auspices, came so near glorious accomplishment.

I have the honor to be your obedient servant.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021287



Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021288

# CONTEMPORARY COMMENT

THE FIRST *impulse was to arrange the following statements under such headings as "The Indians of Los Angeles and vicinity," "Marauders from the desert," "Wilson and his report," and "Beale and the reservation at Tejon." In real life these various aspects were not so neatly packaged, but were interrelated and intermingled, as they are, for that matter, in several of the individual comments. It seemed wiser, therefore, to use a chronological arrangement, through which, it is hoped, the several topical factors can still be discerned.*

\*

REDICK McKEE, GEORGE W. BARBOUR, AND
OLIVER M. WOZENCRAFT, *Indian Commissioners for California,*
TO LUKE LEA, *Commissioner of Indian Affairs*

*Camp Barlow, California, May* 15, 1851

...The Indians we have met here are generally a hale, healthy, good looking people, not inferior to their red brethren in the southwestern States; and, from having among them many who in early life were attached to the old missions of this country, have already some knowledge of letters, of stock-raising, and agriculture. We think they will, therefore, make rapid improvement when schools, &c., shall be established among them.

We have found by experience that the best way to keep these Indians of California quiet and peaceable is to give them plenty of food. With beef occasionally, and a little flour to mix with the pulverized acorn, making their favorite *panoli*, nothing can induce them to quarrel with the whites....

[*Report of the Commissioner of Indian Affairs,* 1851, p. 485.]

71

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021289

⊹[ 72 ]⊹

## GEORGE W. BARBOUR TO LUKE LEA

*San Francisco, July* 28, 1851

... Immediately after concluding the treaty on King's river I despatched runners to the tribes north of Kearn river, desiring them to meet me on the Cahwia river, at a place designated, some thirty-five or forty miles distant from our camp on King's river. As soon as provisions arrived from Stockton (distant about one hundred and eighty miles) for the troops, we moved on to the place appointed on the Cahwia river; on my arrival there, I found delegations had already arrived on the ground from some five or six tribes, and others were expected. . . . I found them willing to treat . . . and on the 13th of May the treaty was formally signed, &c.

The country given up by these tribes, or some of them, embraces some of the best lands in California, being a portion of what is known in this part of the State as the "Four creek country." The country given to them is generally inferior, but has a sufficiency of good soil, water, &c., to answer all their purposes for all time to come. After agreeing upon the terms of the treaty, but before it had been drawn up and signed, I despatched runners to the other tribes north of Kearn river, and desired them to meet me on Paint creek, at a point designated, about forty miles south from our camp, on the Cahwia. By forced marches, we reached the place designated on the evening of the 1st of June. . . . Those tribes number about two thousand. . . . I found them more intelligent, more athletic, and better qualified for either peace or war, than any Indians I have seen in California. They were a terror to the Spaniards, being greatly their superiors in war; they have great influence over the neighboring tribes, and until very recently have been at war with the Cahwia and other tribes inhabiting the "Four creek" country. On the 3d of June I concluded a treaty with them. . . .

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021290

✢[ 73 ]✢

Having treated with all the tribes between the Sierra Ne-
vada and the "coast range" north of Kearn river, and learning
that there were several tribes near the terminus of the Tulare
valley, and south of Kearn river, I immediately despatched
runners to them, requesting them to meet me at the Texan
(Tahone) Pass, about seventy-five miles distant from Paint
creek. I reached the Pass, at the southern extremity of the
Tulare valley, on the night of the 6th; on the 7th the chiefs
and captains of eleven tribes or bands, with the most of their
people, came in; and on the 10th, I concluded a treaty with
them, which was formally signed, &c.; a copy of which I also
enclose herewith to you. This treaty embraced the last of the
tribes in the San Joaquin and Tulare valleys, from the Stan-
islaus river north to the Los Angelos south, including the
whole country from the top of the Sierra Nevada to the coast,
embracing a district of country from four to five hundred miles
in length, and from one hundred and fifty to two hundred in
width.

The tribes included in the last treaty were mostly small
bands, mere remnants of tribes once large and powerful; but,
what with the drafts made upon them by the Spanish mis-
sions, (several of which are located just across the mountains,
within the immediate vicinity,) for laborers, and the almost
exterminating wars that, from time to time, have been carried
on among themselves, together with the ravages of disease *in-
tentionally* [53] spread among them by the Spaniards who feared
them, they have, in some instances, been almost annihiliated.
The Uvas, once among the most powerful tribes in the valley,
have been, by such means, reduced to a mere handful, and
do not now number more than twenty persons; and among
the Texans [Tejons], I met with an *old man*, the last of his
tribe, at one time a large and powerful tribe, but war and

[53] An unwarranted accusation.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021291

pestilence had done their work, and *he alone* was left to prove that such a tribe had once existed....

[*Report of the Commissioner of Indian Affairs*, 1851, pp. 493-98.]

\*

### INDIANS AND AGUA[R]DIENTE

An examination took place on Tuesday last, before Justice Burrill, of four Indians, charged with stealing a barrel of agua-diente and a cloak, the property of Mr. Keller. The Indians confessed the theft and were sentenced to be whipped, twenty-five lashes each, and to pay the expenses of the prosecution.

[Los Angeles *Star*, July 17, 1852.]

\*

### FROM THE TULARE VALLEY

A party of men who have been prospecting through the Tulare Valley, arrived in town yesterday. They report that at the Four Creeks they found the Indians very insolent, but had no serious trouble with them. There were some eight white men living about the Four Creeks, and forming a settlement for farming purposes. Several days after our informants left the Four Creeks, some Indians came into their camp and reported that the eight white men above alluded to had been all killed by the Tulare Indians. An attempt was made to return and ascertain the truth of the report, but the guides (friendly Indians) who evidently placed confidence in the statement, declined conducting them back, and the party came on to this city. We give the story as we heard it, but if there is truth in it, we shall learn more in the course of a few days.

[Los Angles *Star*, July 17, 1852.]

\*

Recent information from the Tulare Valley leads us to believe that the whites at the Four Creeks have destroyed several rancherias in that vicinity, and that the rumor of the Indians

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021292

⊣[ 75 ]⊢

having murdered eight white men there, as published last
week, was premature.

[Los Angeles *Star*, July 24, 1852.]

*

CALIFORNIA INDIANS

The light that has been thrown upon the history of the Indians
of Los Angeles county, in the interesting letters [by Hugo
Reid] published in a series in the *Star*, must have a practical
tendency to ameliorate their condition. No doubt every phil-
anthropist, upon the perusal of those letters has asked, if noth-
ing can be done for the prospective and permanent welfare
of this unfortunate race. In taking up this subject, I hope to
suggest such measures as will secure the prospective good of
the Indians of this Southern part of California.

I regard the policy pursued by Agents of the General Gov-
ernment towards our Indians as being at war with the inter-
ests of the people and of the Indians themselves. That policy
has crazed the heads of the leaders of the different tribes, in-
duced pride, self-importance and clan-ships, which had al-
most ceased to exist; and had broken in upon the former or-
der of things. It has led to the abandonment of the ranchos
and pueblos by the Indians almost entirely, each petty chief
calling in the straggling members of his tribe from fields of
labor, to swell his own importance by a show of numbers.
Such is the case with the Cahuillas and their chief, Juan An-
tonio, and other tribes. The policy referred to, by affording
sufficient provisions to the Indians to live upon without work,
has created a grand "fiesta"; and the Indian servants have
generally left their employers to gather to the festival; and
idleness and consequent crime and outrage will be the result.
Indian leaders are rising in their own importance and that of
their people; tribes which had almost ceased to exist are be-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021293

76

ing collected together from all the neighboring ranchos and pueblos, and by concentration becoming more formidable. The very feeding of them by the government, without the necessity of work, has become the most potent cause of their being daily rendered more formidable.

The lands which have been set apart to them favor the return of the Indian servants scattered over the country, to nationality separate, independent and superior to our State laws. Already have complaints arisen as to these lands, which are every day increasing, and will ultimately lead to collision and bloodshed. Before the arrival of the government agents, such a thing as property in lands had not entered the minds of our California Indians. To be sure, some few instances existed of Indians quite civilized, whose claims to, and cultivation of lands, were respected; but these were rare. Now, the idea having been implanted in the minds of the Indians, they will pertenaciously cling to the grants which have been laid out and given to their tribes.

Such have been a few of the mistakes and injuries inflicted upon us. If Government was aware of the true state of things, the policy already begun would undoubtedly be changed.

The State of California has, from the first, treated the Indians as citizens, not sufficiently enlightened to have all the privileges of the citizens, to wit: in regard to the elective franchise, and giving evidence against their white neighbors; but in all other respects, and to all intents and purposes, citizens. The idea of them as distinct tribes or petty nationalities, within the territory of the State, did not occur to the framers of our Constitution and Legislature, for the facts were all contrary to such hypothesis. All Indians within our territory were required to render implicit obedience to our laws and respect to our officers, and were guaranteed the protection of the same.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021294

⊸[ 77 ]⊸

Nor had the Indians any idea of a government among themselves that was not in direct subjection to our government and laws. These facts are fully sustained by the Constitution, the Statute concerning the government and protection of Indians, passed April 22d, 1850, and by the uniform obedience of the Indians, in all judicial proceedings under said laws up to the present time. To show the policy of our State towards the Indians, we quote from the statute:

"1. Justices of the Peace shall have jursidiction *in all cases* of complaints by, for, or against Indians in their respective townships in this State.

"2. Persons and proprietors of lands on which Indians are residing, shall permit such Indians peaceably to reside on such lands, unmolested in the pursuit of their usual avocations for the maintenance of themselves and families, &c.

"3. Any person having, or hereafter obtaining a minor Indian, male or female, from the parent or relation of such Indian minor, and wishing to keep it, such person shall go before a Justice of the Peace, in his township, [who] shall give such person a certificate, authorizing him or her to have the care, custody, control and earnings of such a minor, until he or she obtain the age of majority."

In the next section the guardian is bound to clothe, feed, and properly treat such minor.                              PHILO.

(To be continued.) [54]

[Los Angeles *Star*, August 14, 1852.]

\*

E. F. BEALE TO B. D. WILSON

*San Francisco, October* 8, 1852

Enclosed I send you a commission as one of the Indian Agents for the State of California.

[54] The August 21 issue, which presumably had the second installment of this paper, has not been preserved.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021295

78

You will see by the enclosed extracts from the letters of the Comr. of Indn. Affs. that your Salary will commence from the execution of your Bond & oath of office.

Immediately on the fulfilment of these obligations you will transmit the bond to this office for approval and transmission to Washington.

It is impossible at this distance to direct your movements, and I therefore defer giving you instructions, until a personal interview and a visit to the Southern tribes puts me in possession [of] a full knowledge of our affairs in that part of the State.

(P. S.) You will execute the enclosed bond in the Penal sum of $5000. with two or more securities whose sufficiency must be attested by a United States Judge or District Attorney.

[Wilson Papers, Huntington Library.]

\*

A. C. RUSSELL TO B. D. WILSON

*San Francisco, October* 15 [1852]

… It gives me pleasure to congratulate you on your appointment to the Indian Agency. I bespeak a place on your "staff" the first trip you make to the mountains. …

[Wilson Papers, Huntington Library.]

\*

THE NEW INDIAN COMMISSIONER

The universal expression of satisfaction at the appointment of Mr. Benj. D. Wilson to the office of Indian Commissioner is the surest evidence that the appointment is a good and proper one. Mr. Wilson is thoroughly acquainted with the Indian character, and has visited most, if not all, the tribes within one hundred miles of this point. In occasions of difficulty between themselves he is always looked to as a medi-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021296

╼[ 79 ]╾

ator, and scarcely a week passes that does not bring some of the chiefs to his residence, invoking his aid and protection. Mr. Wilson accepts the office as much from a desire to secure peace and justice to the Indians, as from a disposition to render to the government of the United States whatsoever service may be in his power. We regard the appointment as securing permanent peace with all those tribes which have, in times past, been so troublesome to this country.

[Los Angeles *Star*, October 16, 1852.]

\*

### THE TULARES

Two of the chiefs of the Tulare Indians have been in town during the past week, endeavoring to seek redress for some alleged aggressions committed by their white neighbors. They say that some white people have encroached upon their grounds near the Four Creeks and have taken prisoners several of their children. Mr. Wilson, to whom their complaints were made, dismissed them with the promise that he would look into the matter and would use his endeavors to see them righted.

[Los Angeles *Star*, October 16, 1852.]

\*

### JURUPA

An indian boy named Felipe Valdez, was brought before Luis Robideux, the Justice of the Peace at Jurupa, on the 13th inst. charged with stealing $40, a pistol and a bottle of whiskey. He confessed the charge, and was thereupon sentenced by the Justice to receive thirteen lashes. The sentence was duly carried into effect.

[Los Angeles *Star*, October 30, 1852.]

\*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021297

80

## LO, THE POOR INDIAN

When the Indian Appropriation Bill was before Congress last session, the House of Representatives cut down from 120,000 to 20,000 dollars, an appropriation which the Senate had adopted for protecting the Indians in California. A committee of conference was chosen between the Senate and House, of which Mr. Gwin of California, was chairman. Mr. Gwin, in making his report to the Senate, said:

"I must be permitted to express the mortification which I experienced at the ignorance displayed by those who represented the House on this committee, of the subject matter of our discussions—an ignorance that I fear, if permitted to rule the proceedings of that House, will prove disastrous to the best interests of the State I in part represent here." Mr. Gwin said farther, in speaking of the necessity of making provision for the protection of the California Indians:

"*We have taken their acorns, grasshoppers, fisheries, and hunting grounds from them.* The ponds where the wild fowl assembled in the winter, offering them for the time an abundant supply of food, is now the mining and agricultural region of our citizens. The Indian must perish from cold and hunger if this Government does not interpose to save him. From his hunting-ground we export an annual average of $60,000,000 in gold, and the revenue paid to the Treasury, from one port in California, exceeds $3,000,000 annually; and yet the miserable pittance of 120,000 to feed and protect these original inhabitants of the country, is refused and cut down to 20,000 dollars, by the grossly unjust policy adopted by the other House. If this is to be the policy of this Government towards this people, it will form a dark page in our history, if it does not bring the vengeance of heaven upon us as a nation."

[Los Angeles *Star*, October 30, 1852.]

\*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021298

⊣[ 81 ]⊢

### B. D. WILSON TO [E. F. BEALE]

*San Francisco, November* 11, 1852

In reply to your communication bearing the same date of this, upon Examining the Invoice of Indian goods sent to you by the Govt. for presents to the Indians in California, first the Greater part of the goods are intirely useless such as the Indians do not use Consequently not worth moveing from San Francisco the other part say the cloths shawls & calicos though not the articles wanted may answer some purpose & I must say that my conviction is that the purchase was a bad one what our Indians want is something to eat, & ware such as common Blankets brown domestic &c but the principal with the Indians is something to Eat as in our climate clothing is a secondary consideration with the Indians.

[Signed draft, Wilson Papers, Huntington Library.]

\*

### E. F. BEALE TO B. D. WILSON

*San Francisco, November* 22, 1852

You will assist this office, by giving me your opinion, as to the Section of Indian country most needing protection, and also as to the best means of shielding the Los Angeles district from Indian depredations.

[Wilson Papers, Huntington Library.]

\*

### B. D. WILSON TO E. F. BEALE

*San Francisco, November* 22, 1852

In reply to your request Respecting Indian affairs. In the Southern portion of this State we consider the Indians commonly called the four creek Indians of the first Importance for the reasons as follows these Indian ocupy a central position in the Southern district of this State & consiquently they Exercise a great influence over the other detached tribes liv-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021299

*[ 82 ]*

ing more Immeadeately upon our frontiers those Indians of the four creeks is the strong hold of all the San Joaquin Valey as well as the other mountain tribes living adjacently to them. Though we have a large number of Indians commonly called the Cahuilla Indians & San Luis Indians living upon our South Eastern borders still these Indian are Easily managed as they always have had & necessarily must have a great intercourse with our Inhabitants & are more disposed to be friendly. We have a large number Indians liveing upon the *rio Colorado* these Indians do little or no mischief in our State. they are a great annoyance to the Imigration and the travilling community.

[Wilson Papers, Huntington Library.]

\*

BENJAMIN HAYES TO
SENATOR DAVID R. ATCHISON OF MISSOURI

[*Los Angeles*] *January* 14, 1853

At this time I wish to say a word or two touching on Indian Affairs. Let me beg you to notice the Report of the Indian agent for this District, Benjamin D. Wilson, Esq. I am acquainted, of my own knowledge, with nearly all the facts stated by him concerning the character of these Indians, the country they live in, their troubles for the last three years and the causes of them. I have travelled over a great part of their country and camped in it. My opportunities have been various and constant for observing them. And I have given no little attention to the subject—more I suspect, than any other resident here, unless I except Mr. Wilson.

A man who has never mixed with these Indians, can have no idea of the utter difference between them and those of the Great Plains—whose character for the chase and war has so long baffled the benevolent designs of the Government. This

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021300

→[ 83 ]←

Report ought to be printed by Congress and circulated generally in this State and elsewhere. It presents the true plan for managing these Indians. And the boldness with which he asserts the legal right of the Mission Indians to their property, in the face of the *speculators* in Mission titles, some of them otherwise his bosom friends, might immortalize some men, even of greater ability and in a higher station.

I am partly induced to write this letter—without his knowledge (for I shall not show it to him) by having heard this evening, that some half dozen worthy men who suppose the whole weight and responsibility of the different officers here is upon their shoulders, think of getting up a sort of recommendation of Don *Antonio F. Coronel*, for this office. I know him intimately, respect him, and would do any thing reasonable to advance his interests. He has been assessor of this county, is rather popular, clever and sprightly, has been active as a Democrat in the two political elections we have had here as yet—supported *me* warmly. But, I cannot conscientiously favor him for this responsible post. He is a Mexican by birth, but has been in California some years; he is not a "native Californian." So that his appointment would be no extrordinary complement to the "native Californians" (as they are called.) They might be flattered by something of the kind, for the matter of "nine days" or so; if any letters from here assert differently, I assure you, it's mere *stuff*.

I know the "Californians" well. And all of them who would not associate with the idea of an Indian Agent the sole prospect of *dividing out the Indians by force to work on the ranchos*, would infinitely prefer some competent American to one of their own number, under present circumstances.

Candidly, this office ought to be filled by an American, or somebody who can speak English. This seems to be a *sine*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021301

*84*

*qua non.* They are to be reared to the uses of American Civil-
ization which cannot be easily separated from the language
in which it expresses itself. Mr. Coronel does not write, read,
or speak English. It is no desparagement of his other quali-
ties, to say, frankly, that he has not that degree of *moral cour-
age* requisite for an Indian agent in California. There is an
absolute necessity of having men here, of iron firmness, to
execute the laws, without respect to local caprices, or inter-
ests, or prejudices. I do not believe the Indian intercourse
laws can be enforced here, by any but an American against
Americans (of whom there may be plenty to violate them.)
This is a daily experience, in judicial and other proceedings.
Generally speaking, a "Californian" will not accept an office
to which any similar responsibility is attached. You could not
get one, for example, to run for Sheriff or constable—not be-
cause he could not be elected; but for the reason, that he na-
turally shuns civil positions of difficulty or danger.

Besides, if you have such an Agent, all your sub-agents,
must be of the same class. Americans will not be under the
control of such an Agent. They will either resign, or they will
control him; which, I suppose is not the spirit of the law. The
last would be the result invariably, and any system whatso-
ever become full of abuses. I should tremble for the poor In-
dian subjected to them.

Moreover, grave questions are agitated in relation to the
rights of these Indians—and of many white persons—under
the old law in force here concerning the Missions, etc. The
men who took part in public transactions from 1834 to July,
1846, in California, might be good witnesses, in regard to
them, but I will ask in sober earnest, would they be the best
judges, or would they make the proper representatives of the
rights and interests of others, which their own acts as legis-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021302

-•[  85  ]•-

lators or otherwise, whether of omission or commission, may
have directly affected?

The condition of the Indians during the period referred to,
is a black page of history. I believe, Mr. Coronel then was
never more than *Alcalde*. But it is readily seen, the Govern-
ment needs men without even that connection with so unfor-
tunate an epoch of Indian misrule, oppression, and injustice.
There is more in this objection than I can conveniently put
to paper.

Mr. Wilson is an old mountaineer, and a gentleman in ev-
ery sense of the word. He is wealthy and independent—and
so does not need this office. His wealth has come to him in a
measure suddenly, by the rise of property; after many "hard
knocks" in the Rocky Mountains and here, before, during and
since the war. He has been in some little campaigns formerly
against portions of these Indians, and knows them, and they
know him well. Before his appointment, their Chiefs visiting
the City, habitually came to see and talk with him about their
business, as much as if he were their Agent. Notoriously he
is a favorite with them—no stranger. His good sense, kind-
ness of heart, knowledge of mountain life, familiarity with all
the tribes, and reputation for integrity of purpose, are diffi-
cult to combine in any one else that may be recommended
from this quarter. He reminds me a good deal of old Maj.
Cummings, of Westport, Mo.

It would be good policy to keep him in this office, at any
rate until some efficient plan is put in operation for the bene-
fit of these Indians: the difficulty of making any plan work
well is at the beginning. A removal ought not to be made pre-
maturely, or hastily.

There are many men watching these Indians—some Dem-
ocrats (so-called) among them—but to make them the prey

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021303

⊣[ 86 ]⊢

of a grand *speculation*. Think, for instance, of "beef cattle" at $75 per head—when they can be furnished slaughtered at any point you want them, where the Indians live, at $30 per head—and this, with a princely profit. Let care be taken, by inquiry into the position of men, lest such may not be one of the principal objects of some recommendations from here for the appointment of Agent.

A receiving agent lately gave a receipt for 1000 head of cattle. I am credibly informed, the Indians deny the receipt of more than 300 head. This was under one of the rejected treaties.

In one of his speeches Mr. Gwin has shown admirably how much California has been injured at Washington, by this extravagance and by unnecessary expenditures.[55]

[Draft, Hayes Scrapbooks, Bancroft Library, XXXIX, 121.]

\*

### INDIAN MATTERS

We have been permitted to examine the report of B. D. Wilson, Esq., Indian Commissioner for the Southern District of California, upon the condition of the Indians coming particularly under his supervision. Besides the statistical and other valuable information contained in the report, it suggests a plan for the future government of the Indians, strictly philanthropic, and which, if carried out, cannot fail to benefit a people once more than half civilized, but now exhibiting such signs of retrogression and decay as must be deplored by every humane heart.

[55] A further extract from Hayes' letter to Atchison, January 14, 1853, is preserved in his diary:

"After considering the report of Mr. Wilson, if the President thinks a man of such sentiments ought to be removed, let it be done. But I do trust the utmost caution will be observed in choosing his successor. He claims to be a Whig. One of a rather mild stamp, as he strikes my eye, and not very dangerous to Democracy. A man is not apt to be much of

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021304

+[ 87 ]+

After giving a sketch of each tribe, their habits, customs, etc., at present and also under the Mission system, Mr. Wilson recommends the following plan for their management:

It is proposed that the lands within the following boundaries be reserved for the use of the different Indian tribes now inhabiting those regions: A line drawn from the eastern boundary of Santa Isabel direct to the N. E. corner of the Laguna rancho, (thereby including Temecula and Agua Caliente,) thence along the northern boundary of Laguna, so as to include the San Jacinto rancho and the tract commonly known as San Gorgonio—the whole distance, say 100 miles; thence in a direct course 80 miles to the Tejon, (including the rancho of that name;) thence 100 miles to the Four Creeks; the remainder of the boundary to be completed by running a line due south, say 40 miles, from Santa Isabel to the boundary between Mexico and the United States. The respective limits of this boundary could be defined as conveniently as counties are elsewhere. Not one thousand acres of this territory are now occupied by the cattle or crops of white men, and only two white men now reside upon any part of it. The Mexican claims can be quieted for a reasonable sum, and more easily than the Indian title can be extinguished. At the present time these lands are mere wastes, as far as the hand of man has anything to do with them.

Mr. Wilson recommends one principal town or pueblo at

a politician who has not been in 'the States' for nineteen years, and has been roughing it all that time in mountains and deserts. I assure you that there are not a dozen of the six hundred Democrats in this county who really desire any change in this office, believing that it is now in experienced and faithful hands. If I had time, I might back these suggestions with the concurrent signatures of nearly all the people of Southern California."

[*Pioneer Notes* (Los Angeles, 1929), 97.]

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021305

each reserve. There would be eight towns, one at each of the following places: At the Four Creeks, the Tulareños, about 1000 Indians; at the Tejon, Tulareños, 1000; San Gorgonio, Cahuillas, 1500; San Jacinto, Cahuillas, 1500; Temecula, San Luiseños, 1000; Agua Calientes, Diegueños, 1000; Mouth of Gila, Yumas, 1000; and on the Upper Colorado, Mohaves, 1000. The establishment of towns at the Gila and Colorado might be delayed for some time and until the working of the system should prove to be advantageous.

It is estimated that 1000 head of cattle, with their own natural resources, would be sufficient to support them six months; the cattle could be delivered slaughtered, at the villages, for $30,000. Then too, they would require a small supply of clothing, blankets, &c. After the first six months, they would not only support themselves, but have a surplus. They have done this before, and would do it again. The productions should be kept common stock, and dealt to them in daily or tri-weekly rations—The lands of each town should also be held as common lands, until it became expedient to dispose otherwise; individual concessions might be made to the more industrious.

The immediate control of the affairs of each village would be entrusted to an agent appointed specially for the purpose. The agent could give permission to some of the Indians to bind themselves out to the rancheros for a term not to exceed one year, but as a general thing the Indians would be required to reside in their respective territories. A blacksmith, carpenter, and farmer should be employed for each village, to teach the Indians agriculture and the mechanic arts; and schools for the instruction of the young should be established upon some uniform system. It is thought the expense of carrying into successful operation the mode of government suggested by

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021306

⊸[  89  ]⊷

Mr. Wilson, will not exceed the cost of one of the numerous expeditions which have been undertaken against the Indians since the organization of our state government.

The report contains a vast fund of information, and the publication of it will be an important addition to the cause of science. The views of Mr. Wilson touching the management of the Indians become important at this time, when the whole course of Legislation seems tending towards the extermination of the Indian race. If the government of the U. States desires the preservation of the Indians, some system must be adopted similar to that proposed by Mr. Wilson. It could be put in operation here most effectually, for the various tribes hereabout have a vivid recollection of the "good old days" of the Missions, and they desire now, more than ever before, the protection and care of their white neighbors.

[Los Angeles *Star*, January 15, 1853 (clipping in Hayes Scrapbooks, XXXVIII: 121).]

*

## PRAISEWORTHY

The wretched, worthless wo-begone Indians who, as regularly as Sunday comes around, occupy our city prison on charges varying from drunkenness to stealing, making disturbances in the streets, stabbing, &c., were last Monday employed by the city authorities in the healthful and benevolent occupation of clearing away the rubbish which has been accumulating for a long time in the streets, and the result of their labors is certainly an improvement in the general aspect of affairs. The plan adopted seems to be [an] admirable one, and it is to be hoped it will be continued. If Indians *will* get drunk and kick up a row, why let them work it out. If white men do the same, why—"let 'em rip."

[Editorial, Los Angeles *Star*, February 12, 1853.]

*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021307

### JUSTIN McKINSTRY TO BENJAMIN HAYES

*San Diego, February 25, 1853*

I have not the pleasure of a personal acquaintance with B. D. Wilson Esq, Indian Agent resident in your city, but have written to him Soliciting his Kind assistance and co-operation in my endeavors to prepare for publication a Memoir of the Missions & Indians of this State. Will you do me the favor to call upon him and endeavor to induce his assistance. If so I will take it as a very great personal favor. We have nothing new. Old town is dying of ennui.

P. S. During the past year a series of articles on the Indians by Hugo Reid, I am told appeared in the Star. Will you be kind enough to procure & send copies to me?

[Wilson Papers, Huntington Library.]

\*

### RUMORS FROM SAN GORGONIO

Frequent rumors reach our city from San Gorgonio, that the Indians are deprived of the use of the water, by Mr. Weaver, and that in consequence they are unable to sow their grain. We hope the rumors may not prove true; for the acts complained of are outrages which may provoke retaliation. The law expressly provides that the Indians shall retain uninterrupted possession of lands they may have occupied for a series of years. Moreover, these Indians are Juan Antonio's Cahuillas, with whom Gen. Bean formed a treaty, pledging the faith of the State that they should not be molested so long as they observed its terms. Thus, to deprive them of any of their former privileges would be a violation of both the law and the treaty, and may lead to serious difficulties. We hope Mr. Weaver appreciates the importance of maintaining inviolate the pledged faith of the State with these Indians, and the dangers he may incur by provoking them to hostilities.

[Los Angeles *Star*, February 26, 1853.]

\*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021308

→[ 91 ]←

### HORSES STOLEN AND RECOVERED

We have a rumor, the truth of which is well attested, that a few days since, a band of Pah-Utahs stole two bands of horses, from the rancho of Ignacio Palomares. They were pursued and the horses retaken except five, which the Indians had killed for food. The Pah-Utahs are wild Indians of the Desert. They are expert thieves, and are under no control of our government. This band of Indians are said to be, at present, in the San Fernando Valley.

[Los Angeles *Star*, February 26, 1853.]

*

### B. D. WILSON TO BENJAMIN HAYES

*Los Angeles, February* 27, 1853

My official Duties at present require my presents in los Angeles County as I have Several appointments made to see the different Captains of the different tribes north & south of this City. I am also apprised of the necessity of the presence of some authorized person among Indian Villages of San Diego County who might be of Great Service at this time Especially giving them some tools & other little presents to facilitate there planting &c. They being no sub-agents appointed as yet for these two counties and it not being in my power for the reasons given above to visit San Diego for some time to come am feeling anxious that nothing Shall remain undone that comes under my Jurisdiction and being informed that you on your official Duty leave in a few days for that place and as I Know of no person in whom I have more implicit confidence than yourself and that you have as much or more acquaintance than almost any other person with these Indians —I hereby appoint you to act as Sub-Agent during your stay in San Diego County and request & hope you will visit all the villiges in your power & make such distributions among the

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021309

⊷⟦  92  ⟧⊶

Indian as in your judgment may be done with limited me[ans] that I am prepared to give to you for that purpose (Three hundred dollars) Hoping you will be so kind as to report on your return all the information relative to the Indians that comes under your observation during your absence

[Draft, Wilson Papers, Huntington Library.]

*

In our last number we reported certain thefts of horses made by the wild Indians, but we did not mention a large number of horses and broken mules stolen at the same time from Don Julian [Isaac] Williams without a one being recovered, and a considerable number from Don Ignacio Palomares, of which, although most were retaken, the rest were lost by the arrows of the Indians.

A few days later, they stole from Don Juan Ávila eight horses that were tied near [Williams'] house on the ranch, and with these they ran off one hundred and fifty animals, and, although these were recovered, many were lost in the same manner as with Palomares' horses. On Friday of last week they stole a herd of more than a hundred horses from Don J. Serrano and the next day about fifty saddle horses from Don Juan Ávila.

As soon as he had the news, Don Juan Fo[r]ster gathered a force of thirty men from among the neighboring rancheros and set off in pursuit of the Indian raiders. Following their trail by the horses which the Indians left killed by their arrows, they entered the range of Santiago, [but] because of nightfall lost the trail. On this account they decided to go to the northern side of the range and wait for the Indians to come out. At dawn Fo[r]ster's party joined that of Don Juan Ávila and José Sepulveda, which had been pursuing the earlier raid-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021310

+[ 93 ]+

ers for a week. Together the parties formed a force of about fifty men. They proceeded to take the most active measures for another six days. But notwithstanding these efforts, they could not find a sign of the last band of robbers, due to the fact that the Indians had discovered a new route different from the usual ones.

After this time lost, the neglect of their affairs, the leaving of their families exposed to the risk of another attack by the savages, and having lost hope of getting revenge, they returned home to wait until the Indians should come back for the few horses they had left and perhaps to kill them and their families.

We call this to the attention of our representatives in order that in the ways and means which they consider convenient it may be made clear that the Indians who despoil this county are distant tribes, not the peaceful Indians who are in our vicinity. It is very sad that after the payment of enormous taxes our lives and properties are not secure.

[*La Estrella*, April 2, 1853.[56]]

*

### THE INDIANS AGAIN

We last week published two communications on the subject of the recent thieving incursions of the Pah Utahs in this county; one from Mr. Wilson, the Government agent, the other from a gentleman who has suffered by the loss of stock, giving an account of the stealing of a cavallada of horses from Col. Williams.[57] This week, also, reports have been every day brought into town of continued robberies, but so vague and indefinite are most of them, that we do not care to publish all

[56] Translated from the Spanish section of the Los Angeles *Star*. The story is based on information from Isaac Williams.

[57] The preceding number for March 26 has not been preserved, but see the preceding item.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021311

the details. We all know this, however, that the depredations of the Indians are a great annoyance to our farmers; that they are fast draining the wealth of the county in more respects than one, not only in the amount of stock stolen, but the insecurity which is felt by all is a great hindrance to successful farming and grazing operations, and occasions an additional expense in the care of the animals. We have suffered a long time from this source, during which we have had several "Indian Wars," the result of each of which has been a vast addition to the debt of our already deeply involved States; several "straw" treaties, which amount to nothing at all, unless, indeed, they serve to keep the fires of discord continually kindled by the examples which they furnish each party of the treachery and unfaithfulness of the other, and a feeling of insecurity and want of confidence in any Government or State force, to afford protection or redress. Military stations we have, to be sure, but the troops are all infantry, and of course of about as much use as a padlock without a key. Of the amount of *negative* good they accomplish we cannot judge, but we know the positive benefit which they afford is just none at all.

In view of these facts, and our present situation, we confess that, however unprecedented or bold it may appear to some, the plan proposed by Mr. Wilson, seems to us to be the only one by which we can better our condition; and it is so feasible, and can be accomplished with so little expense, that we should like to see it carried into effect at once. We are informed that the Indians who make these forays are but about one hundred in number, and that a detachment of from ten to fifteen only, come in at a time. They inhabit a place to the north of the Tejon Pass, about six days journey from this city. A party of fifty to seventy five men could easily proceed to their camp,

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021312

give them a whipping—one too, that they would remember
—and get back again in two or three weeks.

Now that the proposition has been broached, it remains
for those interested to carry it into effect. The rancheros and
farmers are the ones who suffer. Let them turn out as strong
as possible, and should they lack in numbers, we doubt not
plenty of men could be found to assist them, were they fur-
nished with animals; and a blow can be struck, the effects of
which will be salutary and lasting.

[Los Angeles *Star*, April 2, 1853.]

*

### RAPE

Juan, an Indian, was cited before Justice Dryden on Thurs-
day, on a charge of rape committed on the person of a Cali-
fornia woman, named Juana Ivarra. The woman testified that
she was returning to the rancho de Arollo Seco, her home,
on the 18th ult., and that when a short distance from town,
the Indian came up with her, and after almost completely di-
vesting her of her clothing, rudely assaulted and finally vio-
lated her person. The accused was committed to jail, there to
await the action of the Grand Jury upon the same. The Grand
Jury meets on the 4th inst.

[Los Angeles *Star*, April 2, 1853.]

*

### INDIAN VISIT

About 100 Indians from San Luis Rey honored our city with
a visit yesterday. They came for the purpose of paying their
respects to the Indian Agent, (Indians always have an eye to
business) and to collect some presents. In accordance with the
authority vested in him, Mr. Wilson distributed some agricul-
tural implements among them, the receipt of which seemed
to give them infinite satisfaction.

[Los Angeles *Star*, April 2, 1853.]

*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021313

## FRED BUEL TO B. D. WILSON

*San Francisco, April* 23, 1853

...I see that Wozencraft and McKee are being hauled over the coals by Lt. Beale. I hope the agent at the South will be continued in office and save the country from being cheated and the indians from abuse....

[Wilson Papers, Huntington Library.]

✱

### INDIAN DEPREDATIONS

Editors of the Star:—Indian depredation, so common in this Southern portion of our State, is a matter of such frequency and importance, that any light upon the subject to the community would no doubt be of interest. About a month ago, when the Indians from the Tejon were here on a visit, I made all the inquiry possible to get information relative to the supposed horse thiefs. They then told me that they knew the Indians that annoyed us so much. I asked them to make a visit to those Indians, as they said they were friendly with each other, which they promised to do. On the second of this month, one of those captains came in to advise me of the result of these visits, which was as follows:

These horse thieves inhabit the region of country bounded on the north by Owen's Lake, and on the head branches of Kerne river, about three days' travel from the Tejon, in a northeasterly direction. They are a small tribe, not supposed to number over fifty warriors. The captains of these thiefes told the Tejon Indians that the parties which steal horses, are headed by two renegade Indians, who have each about seven or eight young men that follow them, and that these two divide their time so as one can come every new moon; and that they always take animals. They kill a large portion of them, and sell the balance to Indians living north [of] Owen's lake. They also sell to the American emigrants, for blankets, &c.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021314

⊷[  97  ]⊶

The Tejon Indians assure me that the captains of these thieves, are opposed to these indians' stealing; and are, as they believe, disposed to give up the principal thieves for punishment. And the Tejon Indians have now promised to go, in a large body, on another visit, and try to capture the thieves. They say if they fail that they would like to join a party of Americans and go and take them. They say by going by the Tejon that they will go as guides, and that there is good grass and water every night. That these Indians are easy of access, and can be easily captured by a small party. That the way they have usually been pursued, down the Mojave river, is much farther and a bad country, neither water nor grass, and on that route, they always manage to elude their pursuers.

I am satisfied that the above statement is about correct; and I am also satisfied that any treaty made with these Indians, without their first feeling our power, would be of no avail.— How easy for those interested to make up a party and pay them a visit, and convince them that they can no longer steal with impunity.                                    B.D.W.

[Los Angeles *Star*, May 7, 1853.]

*

### BETTER TIMES

There were fewer drunken Indians seen about the streets last Saturday than is usual on that day, and in consequence it passed off without the noise and brawling which are apt to characterize our Sabbaths. The credit of this change for the better is due to our new City Marshal, Mr. Beard, who, since his election has been untiring in his efforts to preserve order and discharge all the duties which his office imposes upon him. He has been particularly "down" upon that portion of our community who make their living by selling liquor to the Indians, and we hope he will continue in his exertions to bring all such to an account. If he can succeed in removing this

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021315

98

fruitful source of trouble and disgrace, he will richly deserve
the thanks of the community.

[Editorial, Los Angeles *Star*, May 14, 1853.]

\*

### BY FORCE OF HABIT

Juan Gonzalis was brought before Justice Dryden last Tues-
day, on a charge of selling intoxicating liquor to Indians, and
was allowed to depart after a short conference with his honor,
by a fine of twenty dollars and costs—in all $41. His excuse
was that he had "got into the habit of doing it." Our new City
Marshal has kindly volunteered to assist in breaking him of
the "habit," for which Mr. Gonzalis should be, and doubt-
less is, duly grateful.

During the whole week our vigilant District Attorney has
been very active in prosecuting cases of the above class. A.W.
Timms was fined $20 and costs for selling liquor to Indians,
and Peter Collins for a like offence was mulched in the same
amount:—all, before Judge Burrell. Alexander Ramon was
complained of on two separate charges of same nature, on
each of which he was convicted and fined $20 and costs.
Eugene Agaia was also called upon to fork over $20 and costs
for furnishing Indians the wherewith to get drunk, which
amount Judge Dryden received from him on behalf of the
county. To Mr. Beard belongs the credit of bringing these
offenders to an account, and to Attorney Dimmick that of
their earnest and successful prosecution.

Now if Mr. Beard will only overhaul some of the larger es-
tablishments, a great deal of whose support is derived from
the same business, and break them up, every good citizen will
be loud in his praise.

[Editorial, Los Angeles *Star*, May 14, 1853.]

\*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021316

+[ 99 ]+

## INDIAN AFFAIRS

Lt. Beale, the Superintendent of Indian affairs in this State, is on his way hither, and may be expected to arrive sometime during the present month, via Walker's Pass. From the law concerning Indian reservations we make the following extract:

"That the President of the United States is authorized to make five military reservations from the public domain in the State of California, or the territories of Utah and N. Mexico bounding on said State, for Indian purposes. Provided that such reservations shall not contain more than 25,000 acres. That such reservations shall not be made upon any lands inhabited by citizens of California, and the sum of $250,000 is hereby appropriated to defray the expense of subsisting the Indians in California, and removing them to said reservations for protection."

The reservations in the Southern part of the State will be selected upon the arrival of Mr. Beale—the immediate agency in connection with the details of the management being entrusted to B. D. Wilson, Esq., of this city. A synopsis of Mr. Wilson's plan for the government of the Indians was published in this paper last winter, and if it is carried out will ensure the welfare of the Indians and the security of the whites living upon our frontiers.

[Los Angeles *Star*, June 4, 1853.]

\*

#### F. E. KERLIN TO B. D. WILSON

*San Francisco, June 11, 1853*

I wrote you a letter a few days since telling you I would send you some blanks.

With regard to your accounts, it will be necessary for you to be very particular about your vouchers, stating in them the reasons for purchaseing everything, or the reasons for trav-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021317

‑‑[ 100 ]‑‑

elling &c. and take vouchers for all moneys you have spent. I enclose to you a blank, for Property Return, should you have any property belonging to the Government. Every article however trifling that is in the vouchers must be accounted for, on this blank. Where any is lost, or broken account for it as so, giving (if possible) a certificate from some disinterested person to that effect. For anything given to the Indians, also send a certificate if possible, and return it as issued to such & such Indians. It is necessary to be very careful of this Return. The next is the Account Current, which you know how to fix. The next, and last is the Abstract of disbursements which is merely an enumeration of the Vouchers. I believe this is all I have to tell you excepting that you are only accountable for $2500. the rest paid you was for Salary & we have your voucher's. If you come up yourself when you send your accounts, and wish any assistance I will give you any in my power with much pleasure.

This is a *Private* letter *not official.*
[Wilson Papers, Huntington Library.]

\*

SHOOTING

An Indian suspected of having furnished tools to a prisoner in order to aid his escape, was shot by the jailor Mr. Whitehorne, through the head and leg, yesterday afternoon. The Indian lives, and may recover, the ball having glanced round the skull. We presume there will be a legal investigation of the transaction.

[Los Angeles *Star*, June 18, 1853.]

\*

FOUND DEAD

An Indian, named Bacilio, was found dead near the zanja at the upper end of town, this morning. Justice Dryden and a

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021318

→[ 101 ]→

jury sat on the body: verdict, "death from intoxication, or the visitation of God." Bacilio was a Christian Indian and was confessed by the reverend padre, yesterday afternoon.

[Los Angeles *Star*, June 18, 1853.]

\*

Hon. J. J. Warner, of San Diego, sends us the following:

On Thursday evening, June 9, about seven o'clock, four men, supposed to be Sonoreños, having with them about forty head of horses, arrived at the rancho of Andres Ibarra, about twenty miles from San Luis Rey, and without provocation fired upon the family, wounding one person in the leg. They then tied three men who were living at the rancho, and after plundering the house of wearing apparel and some money, started off for San Marco, where they killed two bullocks. The following day they were pursued by a party from San Diego until dark, when, being unable to follow the trail, the pursuit was abandoned. Messages were sent to several Indian tribes directing them to capture the marauders. It is supposed that the robbers have gone to the mountains about San Marco to dry their beef. Eight horses were stolen from Santa Margarita on Wednesday one of which was found tied out between Ibarra's and San Marco.

[Los Angeles *Star*, June 18, 1853.]

\*

### FEROCIOUS

On Thursday last, an Indian attacked an old gentleman named Valdez, inflicting a severe wound with a knife upon the head. Valdez retreated toward the house of Hon. Stephen C. Foster, warding off with his blanket many blows which the Indian struck at him. Mr. Foster and his servant seized and disarmed the Indian, and handed him over to the authorities. He made desperate resistance, striking with his knife at Mr.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021319

Foster, who would without doubt have been wounded had it not been for the timely interference of his servant.

[Los Angeles *Star*, June 18, 1853.]

\*

Lieut. Beale, Indian Superintendent in California, has started for the Pacific from St. Louis.[58] The St. Louis *Democrat* says:

He will travel the route indicated by Fremont and Leroux—the Cansar route to the Huerrino, through the Pass El Sangre de Christo, into the head valley of the del Norte, and the Puerto Pass from the valley of San Luis to the waters of the great Colorado of the West, and thence to California by Las Vegas de Santa Clara and Walker's Pass. Superintendent Beale is not employed upon any survey for a road, but merely takes this route as his line of travel in returning to his Superintendency, and finds the greater charm in it because some part of the route is new and its practicability disputed. Col. Benton goes with him to the frontier of Kansas to speak to the people of the Western counties at that place, on the Great Railway project.

[Los Angeles *Star*, June 18, 1853.]

\*

LEWIS A. FRANKLIN, *Justice of the Peace*, TO B. D. WILSON

*San Diego, August 5, 1853*

I send you the accompanying document, as from your position officially, and publicly (as Captn of Rangers) I am led to believe you are in position to see justice done to the Injured Indian, and may prevent not alone, any personal resentment

[58] On Beale's journey the principal source is Gwinn Harris Heap, *Central Route to the Pacific…in* 1853 (Philadelphia, 1854). "We obtained fresh horses," runs the description of the last stretch of the trip, "and a gallop of thirty-five miles through a rich and settled country brought us to the city of Los Angeles, where every kindness and attention was shown to us by Mr. Wilson, Indian Agent, and his accomplished lady" (p. 111).

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

+[ 103 ]+

but that engendered hatred between the race of Indians and
de razon, which has too frequently been the cause of blood-
shed. The men reputed to have committed this gross outrage
live in your county, and the only reason that I have not issued
a writ of arrest is that I have not had time to have the girl and
boy before me under examination so as to constitute a legal
charge. So soon however as this can be done all that the Law
permits of my doing shall be promptly complied with, ad in-
terim I solicit your investigation into the affair and the same
will always be gratefully reciprocated by

[Wilson Papers, Huntington Library.]

*

CAVE J. COUTS, *Subagent, San Diego County*, TO B. D. WILSON

*Guajomito Rancho, August* 15, 1853

In compliance with your verbal instructions, I have the honor
to inform you that, according to the best information I can get,
after diligent inquiries, the number of Indians in the County,
exclusive of those beyond the Rancho San Jacinto & on the
Colorado, cannot be far from *Three Thousand-five hundred*.

Those between San Jacinto, or that region of the County,
and the Colorado, you have the better means of judging. But
I might safely put the whole number in the County at 5,000
*Souls*.

[Wilson Papers, Huntington Library.]

*

CAVE J. COUTS TO B. D. WILSON

*Guajomito Rancho, August* 15, 1853

Several of the old Indians here, those who were principals
among the Indians in the construction of the magnificent old
mission, have asked me "if they could not live in the building
until such time as the Govt. may want to use it," or "during
the rainy season."

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021321

→[ 104 ]→

There are a number of these old Indians, with families, who have been sufficiently civilized at the Misn., to command considerable respect with the whites who know them well.

Andres, Pedro, Antonio, Samuel, and others in the immediate vicinity of the building, probably all of whom you know, and treated with great consideration by that portion of our citizens who know them well, for their industry and care, in managing their gardens & little stock. They spent their best days laboring in this building, and as it is unoccupied (except by three soldiers detached from a company at S. Diego) I cannot see but that their request is *very reasonable.*

Their only object seems to be, to live there during the "rainy season," and evince every disposition to leave as soon as notified. In the spring they move off to their garden spots, and there remain under their temporary sheds until their crops are gathered.

If this should meet your approbation, I have no doubt but that upon your application at *Washington*, it would be readily granted.

P. S. The Vineyard difficulty at the Portrero, has been settled.

[Wilson Papers, Huntington Library.]

\*

JOEL H. BROOKS TO B. D. WILSON

*Tejon, August* 20, 1853

We have just received a letter from the four creeks written by the county clerk and sent by an indian, informing us that they have taken up Samuel Lago and examined him before a justice's court on a charge of theft with an attempt to Murder. the charges against him were Sustained by testimony Sufficient to induce the Magistrate to commit him for a hearing before the court of Sessions.

Lago was the leader of the party who attempted to commit

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021322

a robbery on the Tajone indians a few days ago by stealing their horses, and were deterred by my timely interference.

The indian runer who brought the letter from the four creeks, States that the Same party on their way up killed an indian and woonded an other Somewheres on Tulare River, this newes he learned on his way to this place, and States that the citizens of Woodvill had not heared of this up to the time of his leaving their.

I Shall Start to the county Seat day after tomorow for the purpose of enquiring into the matter and if they have murdered any indians, I Shall take the necessary Stepps to have them arrested, In the mean time I Shall appear on the part of the State, and in behalf of the indians Against Lago.

I Supose that the way Lago came to be taken up was on account of our Sending up a runer to inform them of what had occured here and the result was that he arrived at Woodville before them and they Succeeded in taking up Lago and getting the two Stolen horses, which are now in the hands of the Sheriff, and will be delivered to their proper owners, on application made by us.

P. S. As I Sent down a Sketch of this affair to Mr. Louis [John A. Lewis] Editor of the Star, you will please Show him this.

[Wilson Papers, Huntington Library.]

*

E. F. BEALE TO GEORGE W. MANYPENNY,
*Commissioner of Indian Affairs*

*Los Angeles, August 22, 1853*

... My instructions render it imperative that I should abolish the present agencies, and I shall therefore issue the requisite notice to Mr. Wilson at once, though I shall be obliged to employ him in some other capacity, as it is impossible to dis-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021323

⊣[ 106 ]⊢

pense with his services at present. He is perfectly indifferent as to holding office—a gentleman of great wealth and high standing here—and would only consent to serve from a sincere desire to benefit this portion of the country, in which a long residence has made his influence with the Indians extremely great. I would add also that he never sought the position of agent, but was appointed by the last administration without ever knowing it until I sent him his commission. I shall employ him as temporary assistant to superintend the removal of Indians and to aid in locating reservations, his knowledge of the country being perfect, and to use his paramount influence to induce the Indians to remove in peace. Mr. Wilson will only consent to give his assistance in any capacity for a short time, not to exceed next spring. . . .

[*Report of the Commissioner of Indian Affairs*, 1853, p. 468.]

\*

### B. D. WILSON TO E. F. BEALE

*Los Angeles, August* 28, 1853

I have in my possession your official communication bearing date 22nd Inst. in which you inform me that the Indian Agencies are abolished. but that you require my services as an assistant agent to aid you in effecting your arrangements with the Indians in this portion of the State; which I acept and I am at your service to perform any duty you command in the above service.

I will prepare my accounts immedeatily and forward them to your office at San Francisco.

[Wilson Papers, Huntington Library.]

\*

### ARRIVAL OF LIEUT. BEALE.

Lieut. Beale, Superintendent of Indian Affairs, arrived in Los Angeles on the 27th ult., himself and company all being in fine health. They left Westport, Missouri, on 15th June,

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021324

+[  107  ]+

but lost 18 days, in consequence of having upset a canoe, with their arms and equipment, in crossing Grand river, a branch of the Colorado. This accident compelled them to delay at that point, until a new supply could be got from Fort Massachusetts, New Mexico,—a distance back of 400 miles, which Mr. Heath accomplished and returned in 18 days. They traveled with pack mules altogether, having no other provisions than pinole and pemican, and wild game with which their hunter supplied them plentifully every day!

From Fort Massachusetts, they took the route described by Leroux in a statement quoted at length by Col. Benton in a recent letter, and which our readers are referred to: the distance from the Fort to Los Angeles being 1077 miles. Lt. Beale describes it as abounding the whole way, to within 150 miles of Los Angeles, with wood, water, and the most luxuriant pasturage—an easy wagon road, and perfectly practicable for the proposed railroad. They had no guide, who might have enabled them to cut off much of the distance. The distance from Fort Massachusetts to Westport, or Independence, is about 750 miles. They had no trouble with Indians.

On Wednesday last, the Lieut.'s company—nine in all—with B. D. Wilson, Esq., Indian agent for southern California, started for San Francisco, by the Tejon, Tulare Valley, etc., intending to visit the Indians on the route; they expect to return in about a month, to complete the necessary arrangements for establishing a Reserve for the Indians of Los Angeles and San Diego counties, either at San Luis Rey Mission, or Temecula. Too much praise cannot be given to Lt. Beale, for the energy and perseverance which he has shown in conducting his little expedition, so successfully, to its destination—occupying in all only fifty travelling days. We trust fervently, that now we are to have a complete change for the better, in the aspect of Indian affairs for California, which

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021325

-+[ 108 ]+-

must take place if the efforts of the government and its agents meet with a proper sympathy and consideration, from the people of this state.

[Los Angeles *Star*, September 3, 1853.]

\*

### B. D. WILSON TO MRS. WILSON

*Tejon, September 4, 1853*

We have been at this place two days & we have all been perfectly well I feel great anxiety about your health and if it was not for so much anxiety about you I should enjoy my trip well as we find the weather Exceedingly pleasant and plenty of game. Indian all very quite. We have about 50 men camped here all of the serveying party looking out a a rail Road route for the Great Pacific R Road among the party of Serveyors I find Lt. Stoneman of the Army who will leave here tomorrow, for Los Angeles I have told him to call & see you. he is an old acquaintance of mine and very much of a Gentleman. I write you these few lines by some Indians who Mr. Beales sends in for his mules & some provisions you will see Mr. Sanford & have Mr. B. letter sent to Andrew Sublettes as it asked Mr. Sublette to deliver to the Indian the mules immediately as we wish their return as soon as posible we will remain here Six days yet to wait the return of the mules from Los Angeles and in the mean time we have sent out to call in all the bordering tribes and to have a *big Indian talk* with them. Mr. Beale will make this place a reserve for the Indians and a beautiful place it is for that perpose when we get through making the necessary arrangements here for the Indians then we shall make a force march for Stockton and San Francisco from which place I will immediately come to Los Angeles. You will send me ½ dozen shirt, three pair drawers I find I will need more clothing than I expected as we find so many people here

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021326

we have to dress often it would be best to buy the clothing at
some store. Send me a pair of pants. . . .

[Wilson Papers, Huntington Library.]

\*

### B. D. WILSON TO W. B. T. SANFORD

*Tejon, September 4, 1853*

We have arrived here perfectfuly safe had a fine trip find ev-
ery thing well Indians quite Mr. Beale will make a reserve
here at this place being the only place suitable in all this part
of the country I suppose we will have a fight with the pre-
tended owners Dn Ygnacio del Valle and old Aguire of San
Diego but it cant be avoided we will remain here about 8 days
to have a big talk here and consiquently have to wait for the
junta of the Indians but when we leave here we will travel
post haste for San Francisco from where I will return home
immediately.

   We found here a party of about 50 men the Serveying party
of which the bearer of this belonged Mr. Beale has Drawn on
you for some suplies please honor Mr. Williamson the sur-
veyor desires to get a 1000$ in cash on his Draft of deposit at
San Francisco I have promised him that you will do it for
him you can use any money of mine you may have on hand
as they need or will probaly need some things before they get
through their work in the lower country I think to accomodate
them with this money will probably help you in commercial
matters so have have said to them that you would do it with-
out charge should you get the Draft and have no use for it
send it up by the next steamer and I will bring the money
down when I come. write me by the Indians who goes for the
mules that Beale left.

   in the night and in haste

[Wilson Papers, Huntington Library.]

\*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021327

–•[  110  ]•–

### STAMPEDE OF INDIANS

Our worthy Marshal and his energetic assistant last Sunday opened the ponderous gates of the prison and locked up twenty five Indians, all supposed to be drunk; but he no sooner had turned his back than, crash! went the door, and the Indians scattered in every direction, up every street in town. Jack swore, and the Marshal, utterly confounded at the impossibility of heading off so many fugitives, stood solemnly silent, and when the last fugitive had disappeared, gave utterance to a sigh and wended his way homeward.

[Los Angeles *Star*, September 17, 1853.]

*

### INDIAN AFFAIRS

E. F. Beale, Superintendent of Indian Affairs for the State of California, and Benjamin D. Wilson, Indian Agent for the Southern District, arrived in this city from Stockton yesterday morning. Messrs. Beale and Wilson were in Tejon Valley two weeks, during which time couriers were dispatched to every part of the surrounding country to acquaint the tribes in that region of the fact of Mr. Beale's presence, and calling upon them to assemble, that he might declare to them the intentions of the U. S. government in relation to their affairs. On the 12th of September the chiefs and delegates of tribes had gathered to the number of 1,045, when a Council was held. Mr. Beale addressed the Indians through Mr. Wilson, who translated his remarks into Spanish, which language is understood by many of the chiefs.

Mr. Beale first spoke to the Indians of his arrival amongst them, and informed them of some of the causes of his delay. He told them that he was glad to see that they were so extensively engaged as they were in the cultivation of the land, and spoke of the immense advantage that would accrue to them

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021328

⊶[  111  ]⊶

from a practice of agricultural pursuits. The object of his coming, he said was to do them good, that he was their friend, and desired to see them all happy, and intended to assist them with every means at his command to become so. The principal means proposed to them was the establishment of the reserves, upon which they were to live, and where they would be free from the encroachments of the white man. For this purpose it was necessary to collect them together, and that they should unite cordially in the furtherance of such measures as he should introduce among them for their benefit. He explained to them the difference between the proposed Indian reserve establishments and the Missions of California, with whose former history they were acquainted. In the Missions they had been required to labor for the benefit of the government and the church; on their reserves they would be laboring for themselves. The whites were encroaching upon them from every quarter, and would continue to do so until their establishments were in operation, when all their rights would be respected. The method of labor was not intended to be burdensome, but would be adapted to their physical capacity. A system of rewards and punishments was to be arranged by themselves for their own government and protection. Their captains and head men were to be chosen by themselves.

Mr. Beale spoke to them of the folly of family feuds and jealousies so common among Indian tribes; while mingling with the whites they could never rise to an equal station with them; but among themselves a firm feeling of friendship and equality could exist. He explained to them that, under no circumstances, could he possibly derive any individual benefit from their labor, but that he was the chief among them and should labor to promote their interests. Their organization

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021329

+[ 112 ]+

upon the reserves would be beneficial, not alone to themselves, but they would be building up pleasant homes for their children, where they could live in peace and happiness, reaping the benefits of the labors of the present generation. Here they could build up a city and educate their children for future usefulness.

Mr. Beale informed them that until they should have so far advanced as to be able to support themselves by their labor, assistance would be rendered them by the government, and that they need be under no apprehension of suffering from want. Hunting and fishing were to be allowed them, and although for the present their property and crops were to be as common stock, the ultimate intention was to allow a piece of land to each family.

As there probably were among them many Christian Indians who had been in the missions, provision should be made for their spiritual wants. The padres, he explained to them, however, were not to be allowed any control over temporal affairs.

The alternative was offered them of acquiescence in the will of the Government, or extermination by disease and mixture with the white race. The Council continued two days, at the end of which time the tribes agreed to accept the propositions of the Government made to them by Mr. Beale. Ploughs and other agricultural implements, as well as some stock, are to be furnished them, when they will commence moving on to the lands designated as their reserves.

The thorough knowledge of the Indians of California possessed by Mr. Wilson, and the great influence he has over them, were sources of great assistance to Mr. Beale in this negotiation. Mr. Wilson vouched to the Indians for the good intentions of the Government on the present occasion, and

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021330

⊶[  113  ]⊷

assured them that although previous failures had been made, all Mr. Beale's promises should now be fulfilled.

Mr. Beale was obliged to leave the Four Creeks without holding his contemplated Council with the Indians there, in consequence of business which required his immediate attention in San Francisco. We congratulate Mr. Beale, and are sure all our citizens will join us in the congratulations, upon the success which has thus far attended his labors.

[San Francisco *Alta California*, September 22, 1853.]

*

... It has become a question whether these unfortunate people [the California Indians] shall be exterminated as soon as possible, or remain in their present degraded, defenceless, and hopeless condition, or become the subject of judicious and just care on the part of the General Government, and be elevated in the scale of humanity to the position of a civilized and self-dependent people. The first proposition is too revolting to all sense of justice and common humanity to be entertained by a virtuous and Christian public; the second is too nearly allied to the first to be decided upon as a system of policy.... The third alternative is demanded by a consideration of national justice to the Indians, and a regard for the interest of the State....

The plan ... is simple, economical, and calculated to impart the greatest moral, intellectual and physical benefits to the Indians that they are capable of receiving.... The Superintendent purposes commencing his operations with the Indians in the southern part of the Tulare plains; the reservation to be located in the vicinity of Tejon. The tribes in that region, with some of whom Mr. Beale recently held an official "talk," have a natural taste for agricultural pursuits, which they practice now to some extent....

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021331

-‹[ 114 ]›-

The advantages of this plan are obvious and great; indeed, it is impossible to devise any other that would so effectually protect the whites from the predatory incursions of the Indians, or shield the Indians against the injustice and oppression of the whites....

A system that is so simple, so practicable, and leading to results so beneficial to both races, and so honorable to the American name, will surely command the support and cooperation of the people of California, as well as of the General Government.

[Editorial, San Francisco *Alta California*, September 22, 1853.]

*

E. F. BEALE TO GEORGE W. MANYPENNY

*San Francisco, September* 30, 1853

In pursuance of the intention which I communicated to you in my letter of the 26th ultimo, I left Los Angeles on the 30th, and arrived at the Tejon pass on the 2d instant.

I found the Indians in that quarter quietly engaged in farming, but anxious to know the intentions of the government towards them. Mr. Edwards, whom I had employed as farming agent, had been unable to assure them of anything permanent in relation to their affairs. He had, however, with great tact, and with the assistance of Mr. Alexander Godey, by travelling from tribe to tribe and talking constantly with them, succeeded in preventing any outbreak, or disturbance in the San Joaquin valley. I immediately collected together the headmen and chiefs, and deputations from every quarter of the mountains and plains lying between the "Four Rivers" and that point, a distance of about one hundred and fifteen miles in length by about the same in breadth.

With these Indians I held council for two days, explaining to them the intentions of the government in relation to their

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021332

⊸[ 115 ]↦

future support. After long deliberation and much talk among the headmen and chiefs, they agreed to accept the terms I had offered them, which were as follows:

The government should commence with a system of farming and instruction, which would enable them in a few years to support themselves by the produce of their own labor.

That for this purpose the government would furnish them with seed of all kinds, and with provisions sufficient to enable them to live until the produce of their own labor should be sufficient to support them. I pointed out to them the impossibility of their remaining any longer a barrier to the rapid settlement of the State, and of the necessity which existed that they should leave their old homes in the mountains, and settle at some other point where the government would be able to watch over and protect them from the whites, as well as the whites from them. I pointed out to them, also, the difference between themselves and those who had embraced this new mode of life, as farmers, at the Tejon, and endeavored to make them sensible of the difference between a certain and reliable means of support by the produce of their own labor, and the exceedingly precarious one of dependence upon the spontaneous productions of the soil; and that even this mode of existence, precarious as it is, was becoming still more uncertain by the rapid increase of our white population. To all this I had no difficulty in bringing them to assent. A difficulty, however, arose here, which it was very hard to overcome. This was their disinclination to leave their old homes and hunting grounds and to settle so far away from them; and I found it utterly impossible to overcome this difficulty until I had promised them that the reserve selected for them should be somewhere in the vicinity of the place where that conference was held. On my promising this, they consented unanimously

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021333

⊣[ 116 ]⊢

to my proposition; and I have no doubt that they are all, by this time, on the spot awaiting my return.

Before I determined, however, upon locating the reserve at that point, I called upon Lieutenants Stoneman, Parke, and Williamson, of the United States army, who had been surveying the country carefully with a view to the location of the proposed Atlantic and Pacific railroad, to know whether, in their opinion, there was any other point north as far as the Sacramento river where an Indian reservation containing the requisites of good land, wood, and water, and also sufficiently accessible to admit of the establishment of a military post, existed within their knowledge. The reply of these gentlemen, coinciding as it did with my own knowledge of the country, and with the views of Mr. Wilson, late Indian agent, on whose experience I placed great reliance, determined me in the selection of that point as one of the reservations authorized by the act of Congress. . . .

[*Report of the Commissioner of Indian Affairs*, 1853, pp. 469-72.]

\*

### B. D. WILSON TO E. F. BEALE

*Los Angeles, October* 4, 1853

I arrived here last night I found my family all well. I Sent for Andrew Sublette Early this morning he has been in and seen me about the contract of delivery of the grain at the Texon I have talked the matter over with A. and he thinks that he ought to have for the wheat 22cts. pr. bb, and 20 for the barley delivered at the Texon, the price seems high but I dont believe a man can make wages at lower prices I have parcially agreed with him at the above but I told him I would not consider the contract closed definitely until the Boat returned so I could hear your opinion on the prices he is willing for Young to be his partner & wishes for him to come

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021334

Case 5:13-cv-00883-JGB-SP   Document 85-14   Filed 10/21/14   Page 235 of 404   Page ID #:3062

down immediately Should Young and yourself think well of the arrangement it would be to Andrews & Youngs advantage to get in San Francisco the use of as much money at the start as would enable them to start here without borrowing as money here is worth at the lowest 5 pr ct pr month it will not be posible for them to buy Grain Enough here to Supply the contract at the texon consequently they will have to ship from San Francisco the greater portion especially the wheat. Wheat here is worth from 6 to 7 cents now & probably will raise in a short time now it may be that 100,000 lbs of wheat is more than you may want at the Texon reflect on it and should you think less would do advise me.

I hope you will be here soon the Indians are very anxious to see you there was a large delegation from red River (the Colorado) the other day but left before I got home but I believe intend to return in a short time I feel certain you should come to this quiet place in order that you might recover from the perplixities of San Francisco. I know that politicians and other hum-bugs have nearly Distracted you ere this I send Fred the box of Grapes and a box of pears though I have no doubt but he will divide with you all. Fred must divide with Mr. Sanders & Branham and I will send him another box in a few days.

I have been quite unwell since my departure from San Francisco and I have a light fever on me at this time so if this letter is not very interesting I hope you will Excuse it.

[Draft, Wilson Papers, Huntington Library.]

\*

B. D. WILSON TO CAVE J. COUTS

*Los Angeles, October* 6, 1853

Sir. Yours bearing date on the 2nd present has been duly rcd. As I am sick and not able to write you lengthly I will merely

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021335

118

say to you that I have just returnd from the north where I have been on an Indian tour with Mr. Beale the Suppnt. I left him (Mr. B.) in San Francisco he told me he would be here by the 15 Inst. without fail and then we would take a travel through the Southern Indians and make arrangements to Settle the Indians permanently. So please let things remain as they are until Mr. Beale arrives then I have no doubt but you will have us at your place

[Wilson Papers, Huntington Library.]

*

### E. F. BEALE TO B. D. WILSON

*[San Francisco] October* 15, 1853

You will please contract for the delivery, on the Indian Reservation, at the Texon, of five hundred head of cattle.

[Wilson Papers, Huntington Library.]

*

### E. F. BEALE TO B. D. WILSON

*San Francisco, October* 17, 1853

With the bearer you will receive Seven Indians. I am sending them to the reservation on the Tejon & wish you to forward them by the first train which leaves with Andrew Sublettes wheat.

Please be attentive to Mr. Blackstone who accompanies them & get them off as soon as possible.

[Wilson Papers, Huntington Library.]

*

### INDIANS FOR THE RESERVE

A deputation of young men from the tribes about Grass Valley arrived on Saturday evening by the Sacramento boat. They will leave for Los Angeles in the first boat and go thence to the reserve set apart for them. They will remain upon the reserve a short time, travel over a considerable portion of it,

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021336

⊶[  119  ]⊷

and then come back to report to their tribes. If their report be favorable, it is probable that all the tribes will move down to the reservation this spring. The Indians are distrustful but it is hoped that they will have confidence in Lieut. Beale, who has taken hold of the duties of his office with a proper energy and feeling for the unfortunate Indians. Nearly all the whites living near the Indians are anxious for their removal, except a few selfish traders who profit by the ignorance and vices of the red men.

[San Francisco *Alta California*, October 17, 1853.]

*

*Los Angeles, October 25, 1853*

We arrived safely in the *Los Angeles* after stopping at all the intermediate ports, if ports they can be called, for not a point which I saw between San Francisco and San Pedro can have a safe harbor, and consequently they cannot be places of much importance in a commercial view. The climate of this place is delightful, and at some day Los Angeles will be a favorite resort for invalids. The white-washed adobe walls have a very rude appearance, but the march of improvements is steady and certain....

That indefatigable officer, Lieut. Beale, is already moving in his department. A deputation of young Indians from Nevada county, arrived here last Sunday in charge of Capt. Nathaniel Blackstone, destined for their new home at Tejon Pass. The Indians in this vicinity are very degraded, and murders are of frequent occurrence among them. A large portion of their sins lies at the door of those traders who seek an unholy profit by selling intoxicating liquors to the poor red man. Lieut. Beale is expected to be here shortly, and it is hoped he will try, and succeed, to put a stop to this wicked traffic.     POTOMAC

[San Francisco *Alta California*, November 1, 1853.]

*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021337

–•[   120   ]•–

### B. D. WILSON TO E. F. BEALE

*Los Angeles, November* 8, 1853

In accordance with your order bearing date of 16 last month I have made arrangements with Messrs. Sanford & Reed to deliver 200 head of large beef Cattle at the Tejon Reserve for which I have agreed to pay Sixty dollars per head this being the best arrangement I could make for large cattle such as they are to deliver. Mr. Reed says there may be a few over 200, but I have told him I had no doubt you would take them.

Hoping the above will prove satisfactory. . . .

[Signed copy, Wilson Papers, Huntington Library.]

\*

### H. B. EDWARDS TO B. D. WILSON

*Los Angeles, November* 15, 1853

When I saw you this morning I neglected to mention that Mr. Beale had requested Godey to drive up some goats, which he purchased from you when in Los Angeles. You will, of course, know the number. I know nothing about the transaction.

Mr. Beale will settle with you for them when he comes down.

[Wilson Papers, Huntington Library.]

\*

Lt. Beale is still at the Tejon. It will be seen by an advertisement in another place, that emigrants and travellers may not make the Tejon a point at which to procure supplies of provisions, etc. The supplies lodged at that place are intended for government uses and not for the travelling public. This intelligence may be of importance to persons expecting to replenish their stock of provisions on the road.

[Los Angeles *Star*, December 3, 1853.]

\*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021338

-◦[ 121 ]◦-

## FROM THE COLORADO

Maj. Harvey, Special Indian Agent, who went to the Colorado about a month since, for the purpose of reporting upon the number and condition of the Indians in that region and selecting a site for a Reserve, returned to town this week. He has selected a reserve to the north of the Fort, and has made preparations for erecting a house for his own use. Major H. estimates the number of Yumas who will be brought under his supervision, at from 6000 to 7000; and it is probable that the Mohaves will be added to that number. At present every thing is quiet, though every day shows the necessity of convincing these Indians of the power and unity of our government.

[Los Angeles *Star*, December 3, 1853.]

*

## INDIAN ARRESTS

It has long been a practice with the Indians of this city, to get drunk on Saturday night. Their ambition seems to be to earn sufficient money, through the week, to treat themselves handsomely at the close of it. In this they only follow the white examples; and like white men they are often noisy about the streets.

It has also been a practice, with the City Marshal and his associates, to spend the Sabbath in arresting and imprisoning Indians supposed to be drunk, until Monday morning, when they are taken before the Mayor and discharged on paying a bill of two dollars and a half each, one dollar of which is the fee of the Marshal. Sometimes of a Monday morn we have seen the Marshal marching in procession with twenty or twenty five of these poor people; and truly, it is a brave sight.

Now we have no heart to do the Marshal the slightest prejudice, but this leading off of Indians and locking them up at night, for the purpose of taking away their paltry dollars,

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021339

→⟦ 122 ⟧←

seems to us a questionable act; especially as they are seldom quarrelsome; and, more especially, as, unlike some white men whom the Marshal is too discreet to arrest; they do not, when drunk, brandish knives and pistols through the streets, threatening the safety of quiet citizens. We shall rejoice if the decision of Judge Hayes, declaring the practice unlawful, has the effect to put a wholesome check upon it; for there are other subjects, far more worthy the attention of the Marshal, upon whom he can exercise the duties of his office.

[Los Angeles *Star*, December 3, 1853.]

\*

### INDIAN PUNISHMENT

Last Sunday week at the mission of San Gabriel, the Indians got drunk and some of them quarrelled. One of them, named Jose, retired to the bushes where he lay till night, when he rose up, took an axe and smote one Salvador on the head, so that he died the following Thursday. The Indians after consultation, resolved that they would punish the murderer according to law; and they hung him by the neck until he was dead.

[Los Angeles *Star*, December 3, 1853.]

\*

### E. F. BEALE TO B. D. WILSON

*Tejon, January* 9, 1854

In the party of Lieut. Williamson Top. Eng. U. S. Army there was a blacksmith, and should you be able to find him I wish you would employ him for me. I am paying One hundred and twenty five dollars pr. month, but should you not be able to hire him at that price, offer him one hundred and fifty as he is a good workman and I need his services at this Post, he can come out with Thompson's pack train. If you can not get him I do not wish any other

[Wilson Papers, Huntington Library.]

\*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021340

⊣⟦ 123 ⟧⊢

### E. F. BEALE TO GEORGE W. MANYPENNY

*Tejon, February* 8, 1854

Being about to return to San Francisco on official business, I have the honor to report progress at this place. Since my last, I have completed our wheat-field, and the whole two thousand acres is now covered with the coming crop, and presents a beautiful prospect of the plenty which will reward our labor when we shall have gathered its grain. I am now planting barley, of which I shall sow five hundred acres; after which, a hundred and fifty acres of corn will complete the heavy part of my work for this season.

This, you will remember, is exclusive of the separate portion which I plant for each tribe, and which, I informed you, is to be placed at their entire disposal, while the large crops I have mentioned will be served out in regular and sufficient rations.

It is impossible to do justice to the docility and energy which these poor people possess. They work not only without murmur or complaint, but with the most cheerful alacrity; and as the fruits of their labor begin to show themselves in the immense field, now covered with its verdant promise of future plenty, they look at it in amazement, and with delight.

You must perceive in the fact that I have punished a few lazy ones with proper but not severe correction, a proof of the discipline which is here maintained by a moral force which is exerted over their minds by the majority, and that this influence could and would never have been exerted but for the confidence they feel in what I have told them, that all this work is to benefit themselves, and not the government.This, then, is the first great point gained, viz. An established confidence in their own minds that the government really desires

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021341

their good, and not to exterminate them, as malicious and reckless white men have informed them.

If this had not been done, you will perceive it would be impossible for me to control, with the dozen white employes I have here, some twenty-five hundred Indians. So perfect is the discipline, that not even one of them ever leaves his work for a single day without permission, or returns without reporting his arrival.

You must not suppose I have merely brought the ploughs here, and the grain and all the stores which my returns show, and given them to the Indians, telling them to go to work. On the contrary, I have toiled from an hour before daylight until dark with the few hired white men I have employed, and showed them how to manage the instruments put into their hands. It has been a labor of excessive toil, only compensated by the aptitude of the scholars, and cheered by the most pre-eminent success. I have endeavored to transplant here a system and regularity, acquired by eighteen years' experience in the strict school of naval discipline; and I have not been unsuccessful, as the results show. My Indians are divided into different working parties. Those who plough and harrow, seventy-five in number, go to the field after harnessing, in regular order; those who ditch have their work laid out—each one so much, according to the nature of the soil; and so on through every department of work which happens at the time to be necessary. Their dinner meals are cooked and eaten in the field; breakfast and supper at the village. Their tasks are never made laborious, so that an hour before sundown their work is always finished.

I have clothed them coarsely, but comfortably, and on Sunday (work having ceased on Saturday at noon) they seem as happy as it is possible to conceive. To that day I have en-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021342

⊸[   125   ]↦

couraged them to look as one of pleasure, and for this purpose have instituted among them our own games, in which I have requested and encouraged my white employes to take part; so that on every Sunday we have sometimes two or three hundred playing at bandy and ball with those who during the week are their overseers and instructors in manual labor.

In fact, so happy are my people, that that which I never thought possible has come to pass, and my feelings for this poor race, which at first were merely those of compassion, are rapidly changing into a deep interest in their welfare, and in many instances to a personal attachment.

I have no military force here, and require none; my door has neither been locked nor barred night or day, and yet my feeling of security is as great as though I were surrounded by an armed guard.

Among other labors executed here, I have by a ditch six feet in width by eight in depth, and running for a distance of nine miles, connected two streams and thrown them completely around the immense field in which I have sown my grain, putting the certainty of my crops beyond peradventure, by giving me the power to irrigate the entire field with comparatively little labor.

On the first of next May I shall further elaborate my system, by choosing six among the chiefs most intelligent, and forming them, with myself to preside, into a council to decide upon certain laws for our interior government, and also on what shall be done with our surplus produce, which must be very great. This council will meet on the first of every month to discuss matters of interest to our reserve, to look constantly to our future welfare and prospects, as well as to fix appropriate punishments and settle whatever may need arrangement among us. Thus, by degrees, I hope to raise these people to

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021343

believe that God has not created them to live and die as the wolves and beasts of their mountains. Already some faint and indistinct notion that such may be the case appears to have struck their sight; but as yet it is vague and distant, like the first uncertain glimpse of a distant light-house. Constantly, they say to me, "We have been asleep a long time. We are just beginning to awake, but our eyes are not yet wide open."

The extending influence of this policy is already felt. But a few days since, the chief who controls almost the entire race of valley Indians, and hitherto considered as beyond reclaiming, visited me with some fifty of his tribe. He came to stay a day; he remained a fortnight. When he left me he said, "I came here to laugh at your work, and to take back some of my people who were with you. I go away with peace in my heart; and if not another Indian of the valley comes, I will make my home with you. In two months I shall return with my people." Should this promise be kept, he will bring with him not less than five thousand Indians; and these, sir, will have been removed without force and without expense, and, above all, without entailing on our government the bitter disgrace of punishing Indians because they do not willingly abandon the homes of their childhood and the graves of their sires.

Their ingenuity is carried into every branch of manufacture. I have seen one of them, a lame boy, carefully unravel a piece of worsted saddle-girth, and in three months after, with instruments made by his own hands, produce the garters I enclose you. They were intended as a present to myself, and to be used to tie the leather leggins necessary here to protect the limbs in riding through a thorny undergrowth in hunting game. Much as I value them, I cheerfully resign the gift to you, as a proof of what they are capable. I have watched this boy day after day with patient toil improving his imperfect

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021344

⊶⟦ 127 ⟧⊶

implements, and working until he has produced that which I send you. It may be considered by the department a small matter, but with me it has enlarged significance; and I repeat that such ingenuity, (for this is but one instance in many I could mention,) and such constancy in labor, deserve and should receive the fostering care of a government which possesses in its treasury so many unappropriated millions.

[*Report of the Commissioner of Indian Affairs*, 1854, pp. 506-508.]

\*

### H. B. EDWARDS TO B. D. WILSON

*San Francisco, March* 18, 1854

Your letter enclosing Thompson's receipt, has been received, and I feel much indebted for the trouble you have had in the matter.

I don't consider it at all necessary to purchase any more wheat, if Bishop has already finished sowing it, as there is probably a sufficient quantity there now to last until the crop comes on, if used sparingly. If, however, Thompson has purchased, it makes no difference.

The order from Alexander & Baning was presented and promptly paid.

I will send by Adams & Co's Express, to your order, a draft for two thousand dollars which you will please hand to Thompson. I expect to go down by the next Steamer, by which time I hope the work will be finished. It is impossible for me to leave San Francisco for any length of time, otherwise I would go in the "Fremont" today. I hope the present draft will be sufficient to keep things straight until I can get down myself.

San francisco is totally devoid of news. Politicians are all busy with the Senatorial question, and merchants working hard to keep their heads above water, in which several have failed to succeed.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021345

⊸[ 128 ]⊷

Present my kindist regards to Mrs. Wilson and the children, & believe me.

P. S. I am sorry to trouble you again about this business, but I was uncertain where Thompson would be, and determined to impose again upon your good nature, with a promise to sin no more hereafter.

[Wilson Papers, Huntington Library.]

*

### SAMUEL R. DUMMER TO B. D. WILSON

*Tejon, April* 4, 1854

I have been requested by Mr. Edwards to forward to you for him a statement of the number of lbs. of Wheat and Barley received here from Mr. James Thompson, and enclosed I have sent you the same which you will please forward to him.

I wish you would let me have a few strawberry plants for Mrs. Beale's garden: I have given directions to White Elliott that in case you can spare any to take care of them without giving you any trouble.

My sheep and their *descendants* are doing well; I have reserved 80 Rams as these (Chihuahua) sheep are much larger than the ordinary California breeds;—these rams are now four months old and in a few months will be fit for breeding purposes, and should you think proper to give me, say four or five hundred ewes I will put in the 80 rams and take care of the ewes and their increase for any length of time you may designate for half their increase.

Our crops begin to look well, and every thing connected with the Reservation is going on properly and with spirit. Remember me to Mrs. Wilson and your children

[Wilson Papers, Huntington Library.]

*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021346

✦[ 129 ]✦

SAMUEL R. DUMMER TO H. B. EDWARDS

*Tejon, April* 4, 1854

With this I send you the amount of Wheat and Barley received at this Post up to this date, which is, Ninety two thousand eight hundred and eighty five lbs. of Wheat, and ninety five thousand seven hundred and fifty five lbs. of Barley.

Mr. Bishop has directed me to say to you that we will need the balance of the Wheat for the subsistence of the Indians and he thinks you had better purchase it at once and forward it here. Mr. B. and all hands send their respects to you.

ENDORSEMENT BY B. D. WILSON

*Los Angeles, April* 12, 1854

Mr. Thompson requested me to say to you that if you wished to send the grain to San Pedro that he would sent it out to the Texon at once he says you should send good bags for to pack the grain in.

P. S. Godey has not come yet. I hear he is on the road.

[Wilson Papers, Huntington Library.]

✳

H. B. EDWARDS TO B. D. WILSON

*San Francisco, April* 26, 1854

I send by the Steamer "Southerner" ten thousand (10000) of wheat the quantity I believe to be deficient in order to make up the one hundred thousand pounds.

Please ask Thompson to send me by the return of this Steamer the receipts from the Texon, for the barley and wheat for which I settled with him, viz: one hundred thousand pounds of the former and ninety thousand of the latter. It is necessary I should have them.

I also send per Adams Co. to your order, one thousand (1000) dollars, five hundred of which you will please forward

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021347

to Bishop by the first opportunity, and the remainder retain in your possession subject to his order, or give such portion of it to Godey as may be necessary to defray any Expenses he may incur in carrying out Mr. Beale's orders.

You will also receive some rose cuttings, which were given to me by a friend of mine here. He says, however, that he has but little idea they will grow, the season now being too far advanced to plant such things. He has promised to let me know when the proper time arrives, and then give me a greater variety which I will place at Mrs. Wilson's disposal.

The receipt from Adams Co. for that money you will find enclosed, as well as some letters which you will oblige me by forwarding to the Texon, when an opportunity offers.

Present my kindest regards to Mrs. Wilson and believe me,

[Wilson Papers, Huntington Library.]

*

### AFRIVAL OF COL. NORRIS

Col. Norris arrived in town this week from the desert by way of Turner's Pass, having completed his contract for surveying the government lands. He brings us favorable intelligence from the Tejon....

At the Tejon, after a month of very warm and dry weather, a rain, accompanied with thunder, lightening, hail and snow, on the mountains, and severe cold, had put a very improving face upon all things. The crops look well, and promise great abundance.

There are some twelve hundred Indians at the reservation. The Colonel reports every thing well and prosperous, and gives much praise to Lieutenant Beale and his employees for their energy and perseverance in their labors.

[Los Angeles *Star*, May 6, 1854.]

*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021348

→[ 131 ]←

CAVE J. COUTS TO B. D. WILSON

*Guajomito, May 7, 1854*

Manuelito, Captain of the San Luis Rey Indians, has called to request a letter to you, asking for the delivery of one of his Indians (named Mateo) who run away from here about six weeks since and is now in San Gabriel—said to be with a Don George, (an American) who promised to let Manuelito have him in case pursuit was made.

Mateo was pursued as far as San Juan, when they heard of his passing Los Angeles, and returned. Manuelito was willing to let him alone as he had left here; but it appears that the Indians in the mountains have held a council and requested their Captain to send after him.

He, Mateo, is lame in one leg, a very intelligent indian (can read & write), and their charges against him are for stealing & murder (as a *witch* or echisero). He has been pardoned by these Indians seven times, and they appear very anxious for you to aid them in getting him.

P. S. You have probably noticed a card published in the *Star*, purporting to be from the citizens of Sta. Ysabel, respecting the removal of *Tomas*, and appointment of *Lazzaro* over the Dieguinos Indians.

1′ Lazarro was not appointed. *Panto*, at the request of the rancheros (except Sta. Ysabel) was appointed in place of Tomas, for various reasons.

2° I have been able to find *no one* who knows more than two or three of the names to the paper. They may be *strangers* in the employ of the quartermaster (Br. Maj. Justin McKinstry).

3d The whole matter resulted from a *personal* matter, between a notorious *public money handler*, called *Br. Maj. Justin McKinstry* a qm. in San Diego, & myself, previous to my leaving the army—when he proved himself a *liar*, *slander*, & *coward*, & was so *proclaimed*.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021349

⊣[ 132 ]⊢

4ʹ This notorious public money handler, calls himself the owner of Sta. Ysabel.

[Wilson Papers, Huntington Library.]

\*

CAVE J. COUTS TO B. D. WILSON

[*Guajomito*] *May* 7, 1854

There has been a hard attempt made by the rascal alluded to, to have me removed thinking that his position as a Qur. master in the *U. S. Army*, would be sufficient with *Beale* to Crush any humble Citizen.

I only sought the appt. of the *San Luis Indians*, and never meddled with the Dieguinos until the most prominent Rancherros in their midst Call twice, *requesting the removal of Tomas & appt. of Panto*.

The publications that you may see on the subject, be assured are from him (Br. Maj. McKinstry) or his *hired bullies*.

*Beale* arrived in San Diego a short time since, and, as I understand, was prevailed upon by the rascal to reappoint old Tomas. I made as brief a statement of the facts to him as I could, advising him that Tomas could not act as Capt. of the Indians so long as I remained the Sub-Agent—any orders that he might wish, to communicate to the Inds. thro' me would be promptly attended to. The matter, I judge, will shortly be maad up by Beale dispensing with my services.

My only object, as you know, was to regulate the San Luis Indians. They are well regulated, and if it was not for this man's attempt to have me relieved, would now, or probably sooner, have asked to be relieved.

If you should see Beale shortly, please suggest that he see a few of the Citizens of this county (not quarter masters employees) and ascertain from them the Course of the Sub. Indn. agent.

[Wilson Papers, Huntington Library.]

\*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021350

⊷❲ 133 ❳⊶

## CAVE J. COUTS TO B. D. WILSON

*Guajomito, June 5, 1854*

The enclosed letter to Beale, I leave open that you may see it. I care not a straw for his removing me; but am a little annoyed at his sending me word that he removes me on account of an old difficulty of five years standing with the notorious *handler of public funds.* What did this have to do with *Indian affairs?*

From the acquaintance & knowledge I have of Beale, thought him above medling in any such operations.

If you have any influence with Beale, try and get some *Citizen* of the county appointed in place of Capt. Burton.

On account of the sparce population of this county, the *army* has been riding it, *rough shod,* since the formation of the state constitution. This I shall kick against as long as I have fingers & toes.

N. B. I shall continue to act as sub agent until *officially informed* or until Capt. Burton, or some one else, shows me that they have the appointment, *officially.*

[Wilson Papers, Huntington Library.]

\*

## THE TEJON RESERVATION—SUPERINTENDENT BEALE

The peculiar adaptation of the Tejon to its present uses cannot but be acknowledged by every one who will visit it. It lies in a corner of the world, far away from civilization, and defying the approach of settlements on any side. It is off from the line of travel, and the only resources of its people are in the soil and wild game. South and East it is bounded by almost impassable mountains; on the North is a strip of arid desert, extending to the Tules; on its extreme West passes the wagon trail from the Canada de las Uvas. The Tejon Pass, which is in the extreme east corner, is only a single trail, through a narrow defile, broken by precipitous and difficult hills. It is

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021351

→[ 134 ]←

so cut off from the world that travellers must go out of their
way to approach it. It is so far from markets, and so difficult
of access, that it could be of little value for any other purpose,
except it be as a grazing rancho. It is about twenty miles across
the head of the valley, and the Reservation embraces 50,000
acres. The soil is rich, and abundantly supplied with water
and timber. Indeed, one can have little idea of its capacities,
without close examination. We rode a distance of probably
twenty-five miles around its borders. Little green vallies ex-
tend into the Sierras, supplied with clear spring water, and
belts of oak timber. In these vallies are located the *rancherias*,
out of sight of the general observer, where the Indians culti-
vate their acres, and take as much pride in keeping them clean
and free from weeds as any other class of farmers. All classes
work, from the oldest to the youngest. Juan Viejo claimed ex-
emption on account of being Chief; but when told it was ne-
cessary for the old men to set the example of industry to the
young, he replied, "It is good," and went cheerfully to the field.

Considering the short time since Lieutenant Beale arrived
at the Tejon, and the obstacles he has overcome, the amount
of labor performed is almost miraculous. At first the Indians
were shy and awkward—fearful that tricks were about to be
practiced on them, as had been done by former Indian Agents.
All the implements had to be transported over an almost im-
passable road. Yet in spite of these difficulties, the Tejon, once
a barren waste, roamed over by bear and deer and antelopes,
and a few poor Indians, has become a blooming field and gar-
den. All these results have been produced since the first day
of November last, when the first ground was broken by the
plow. Previous to this the Indians resident had raised small
crops of corn and melons, by stirring up the earth, and drop-
ping the seed to take care of itself; but their crops were never

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021352

+[ 135 ]+

sufficient; and in seasons of drought, they lived upon roots, nuts, venison, and fish taken from the lake. The mountains abound in bears and deer, and the plains are alive with antelope....

It is to be hoped that the Government may not be so short-sighted nor so unwise, as to withhold the small amount of money necessary to complete the plan of colonization; and that the office of Superintendent may never be put into the political market, thus jeopardizing the redemption of the Indians from the temptations of the white man and from barbarism. The Superintendent should live among them; understand their habits; and show them, by the interest he takes in their labors that the Government is in earnest in its efforts to redeem and protect them. The work is but just begun; yet the results are marvellous. And these results are attributable to the confidence which the Indians feel in the men who direct their labors, and in their constant presence with them.

Mr. Beale is a man of untiring energy, and is entirely and unselfishly devoted to the work. Let him have a fair trial, and he will make the miserable wild Indians of California the happiest people in the State. He is a young man, and, of course, is ambitious; but his ambition lies in a road which few have the capacity or taste to travel, and therefore, though he may be closely watched, there are none who ought to envy him his success. In the revolutions of party and the desire to reward favorites, he may be replaced. For the good cause in which he is engaged, and for the sake of degraded humanity, we hope the day of his displacement is far off. But should the evil time come, when his office shall descent into the vortex of politics, we trust the Government will insist that his successor be fitted for the post, that he reside upon the Reservations and follow out the system already so auspiciously commenced and which

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021353

is admirably suited to the character and associations of the California Indians.

[Los Angeles *Star*, June 24, 1854.]

*

F. E. KERLIN TO B. D. WILSON

*Tejon, July* 16, 1854

I send the Indian boy down with letters, and wish him to wait until some news comes from San Francisco.

The Indians, are very much displeased at the idea of Mr. Beale leaving them, and I think they will give "Uncle Sam," a great deal of trouble if some steps are not taken with them. Dummer wishes me to give his kind regards to yourself and Mrs. Wilson.

Bishop left here yesterday to bring back one hundred Indians, who left for Owens Lake on the 14th Inst.

With many regards to Mrs. Wilson

Please request Harry or Mr. Sanford to settle the boys stable, and board bill, & give him bustamente, for the road.

[Wilson Papers, Huntington Library.]

*

THOMAS J. HENLEY, *Superintendent of Indian Affairs in California*, TO GEORGE W. MANYPENNY

*San Francisco, August* 28, 1854

Since entering upon my official duties on the 26th ultimo, in accordance with my instructions of June 2, 1854, I have visited the Indian reservation at Tejon, (the only reservation at which, as yet, any Indians have been collected,) and have taken possession and supervision of the public property, schedules of which will accompany my report at the expiration of the quarter.

I could not ascertain the precise number of Indians belonging to the Tejon reservation, as many of them were in the

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021354

✦[ 137 ]✦

mountains, upon an excursion which a portion usually take at this season of the year, to collect grass-seeds and berries which they find there in great abundance, and of which they are very fond. I fix the number, however, according to the best information I could obtain, at severn hundred, who acknowledge the authority of seventeen chiefs. These Indians many of them speak the Spanish language, having learned it during their intercourse with the Mexicans, and at the "Catholic Missions,"where some of them have been previously employed, and where they acquired some knowledge of agriculture previous to the settlement of California by the people of the United States.

The plan of subsisting the Indians by their own labor in the cultivation of the soil, I presume was suggested by the success which has attended the efforts of the Catholic priests in applying Indian labor to the erection of the mission buildings, and to the cultivation of their vineyards and grounds. . . .

The grand features of the [reservation] plan can,with proper and judicious management, be made partially if not entirely successful.The Indians in the southern and central portions of the State are willing to labor, and many are anxious to avail themselves of the privilege of settling upon the reservations. I do not, therefore, hesitate to give it as my opinion that the plan of removing them to suitable reservations, requiring them to labor, and issuing to them only such articles of food and clothing from time to time as will supply their immediate wants, is the only method that can be adopted calculated to do permanent good to the Indians in California. To distribute to them beef, blankets, or clothing, in their present locations, would result in more injury than in causing them to become indolent, and to cease effort to provide the necessary support for themselves. To remove them be-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021355

+[ 138 ]+

yond the limits of the State, or into the high mountain region, without providing for their support, would be worse and more cruel than immediate extermination. The Indians upon the west, unlike those east of the Rocky mountains, have never lived by the chase. Their support has been chiefly derived from the fish of our numerous streams, the acorns and grass-seeds of our valleys, and the roots and berries of the mountains. By the encroachment of the white man they have been driven from their habitations, and their means of living entirely cut off. There seems then to be no alternative which humanity would sanction but to provide them with the necessary tools and implements, and suitable instruction to enable them to obtain a support by their own labor on your lands reserved for that purpose.

The reservation at the Tejon, considering its interior location, difficulty of access, and the delays and trouble which always attend new enterprises, has probably been conducted with considerable energy, and so far as I could judge, the labor has been well performed. The wheat crop is a good one, and may be considered as entirely successful. The barley, having been sown late, was not a full crop. The corn suffered from drought, was not irrigated, and was also deficient in quantity. The raising of vegetables has been almost entirely neglected. The land now in cultivation, about fifteen hundred acres, is enclosed by a ditch; but it is not adequate to the protection of the crop, and some portion of it has this year been destroyed by the stock. There are upon the reservation one old adobe building used as a residence for the persons employed upon the farm, and one new adobe intended for the residence of the superintendent. There are also a sufficient number of corrals for taking care of the stock.

The Indians are not as yet provided with any houses, and

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021356

→⟦ 139 ⟧←

are living in such habitations as they are accustomed to in their wild state....

The Indians, on my arrival at the reservation, were quite anxious to learn if any change had taken place in the intention of the government towards them; and, on assembling in council, it appeared that they had decided objection to the Indian interpreter, and also to the two men in whose charge they had been placed by my predecessor. This objection being removed, I met with no other difficulty; and after several conversations, I left them well satisfied and contented, with an unqualified promise to obey all the orders of those in whose charge I left them. The chiefs, at their own request, have been permitted to exercise police authority over their respective tribes, and are held responsible for the proper quota of labor from each tribe. The labor is divided among the chiefs, according to the number in each tribe; the making of adobes to one, laying them in the building to a second, threshing wheat, &c., to a third, hauling grain from the field to a fourth, &c., &c. In this way the work progresses in perfect order, and all seem pleased at their participation in it.

The location of the reservation is, in my judgment, a good one—the best that could have been made. The soil is good, and well adapted to the cultivation of such products as are necessary for Indian subsistence. There is an abundance of oak timber at a convenient distance, and plenty of red-wood and pine in the mountains, at accessible points within fifteen miles. The lake within the limits of the reservation affords an abundant supply of fish of a good quality. Game is plenty, and a hunter, at ordinary wages, will furnish meat as cheaply as the beef that is now issued to the Indians. It is remote from the present settlements of our citizens, and will not, I think, for a long time to come, be a barrier even to the progressive and

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021357

⊶[ 140 ]⊷

laudable spirit of our people in the settlement of new and remote portions of our Territory.

If the Indians are to be allowed any resting-place within the limits of the State, no attention, in my opinion, ought to be given to any clamor that might be raised against this location, as tending to embarrass the settlement and prosperity of the State....

The above-named tribes [the Kern River Indians, Posa Creek Indians, Tulare River Indians, the Four Creeks, the Y-Mithes, and Cowiahs, the King River, the San Joaquin, and the Fresno River Indians], numbering about three thousand souls, reside at an average distance of two hundred miles from the Tejon reservation. Their removal will not be expensive, and can be accomplished as speedily as the advances of the settlements, the interests of the government, or humanity to the Indians, will require.

The crops which will be planted this winter will in all probability be abundant for the support of those referred to, and all the other tribes within reach of the reservation; and in the course of next year a large number may easily be added to those now enjoying the benefits of the reservation....

[*Report of the Commissioner of Indian Affairs*, 1854, pp. 508-13.]

*

[ALONZO RIDLEY] TO THOMAS J. HENLEY

*Sebastian Military Reserve, September 22, 1854*

... In the spring of 1850, an American named French settled in this valley, and built one of the adobe houses now in use on the reservation. His business was taking care of stock on shares; but in 1851, on account of Indian disturbances at the Four Creeks, and other outbreaks, he left the place. In May, 1852, Alonzo Ridley and David McKenzie came here for the purpose of trading with the Indians. After trading a short

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021358

time, they left for about two months, and returning, took up their permanent residence. At the time of their first visit, and when they commenced their settlement, there were about three hundred Indians living here. They were called the Tejon Indians, and belonged to this valley. Their customs were, feasting and travelling a great deal, *though they had then corn and wheat fields the same as at the present*, except as regards quantity. They were very peaceable, and never committed any depredations on the whites. They were very improvident, and their liberality was unbounded. The mountain Indians, those in the immediate vicinity of the valley, from intermarriage with the Tejon Indians, have become one family. Many of them are what are called Mission Indians, having lived on the Spanish missions in time gone by. Some of them speak the Spanish language very well, and their conversation with the whites is held in this language. From what was taught them at the missions, they were enabled to plant and raise grain before the Americans came among them. When the old Spanish missions were secularized, these Indians were thrown back upon their former resources, though with the advantage of some knowledge of agriculture. On the opening of this reservation, this knowledge was practically displayed.

During the first year of the residence of Messrs. Ridley and McKenzie, the Indians were continually talking about the Americans, and expecting the agents and presents from our government so lavishly promised by Colonel Barbour in 1851. They had heard, also, that their treaties had not been ratified by our government, and grew discontented. Numerous tales were in circulation among them to the effect that the Americans intended killing them all, and for that reason they were anxious to commence killing first. The position of the Americans, at times, was by no means pleasant.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

Mr. Beale, the former superintendent of Indian affairs, first visited the valley in August or September, 1853, one year since, for the purpose of selecting a reservation for the Indians. At that time, the number of Indians actually residing here was about three hundred and fifty. When he had determined on making this a reservation, he held a council with the Indians for that purpose, and his intentions were well received. Active operations were commenced about November. During the month, about twenty Indians from the Frezo [the Fresno] were brought in; they remained about one month, when they stole and ran away with eight horses on the reserve. From the Sacramento, or the north, seven were brought in under charge of a Mr. Storm. They also left in a short time, with the exception of a little boy named Lelo, now with Mr. Beale. From the Four Creeks there never have been over five or six at one time, and they did not remain. In the first six months on the reserve, the number of the Indians was increased to about six hundred, embracing all the Tejon tribes, and the tribes with which they were connected, who really belonged here, (with the exception of Juan's tribe of Lake Indians, numbering twenty-four men and their families,) and a few from the San Joaquin, Joaquin's tribe of twenty men from Kern river; which last were *sent off* by Mr. Beale's overseer, on hearing of Mr. Beale's removal. So that the Indians who have been actual residents, and now remain here, with the exception of Juan's and Joaquin's tribes, are none others but those actually belonging to this valley. According to all the information I can give on the subject, eight hundred Indians, great and small, old and young, is the highest number I have heard estimated, or can be proven to have been here *at any one time* since the commencement of the reserve.

[*Report of the Commissioner of Indian Affairs*, 1854, pp. 514-15.]

*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021360

⊣[ 143 ]⊢

### E. F. BEALE TO B. D. WILSON

*San Francisco, October 14, 1854*

This will introduce my friend Mr. J. Ross Brown[e], for whom
I bespeak your cordial reception at Los Angeles.

I beg you will render him every assistance in your power,
and endeavor to make his visit to your city agreeable.

Mr. Brown may require information on a variety of sub-
jects and I have referred him to you as one whose position has
placed it in his power to afford him all that he requires.

[Wilson Papers, Huntington Library.]

\*

### F. E. KERLIN TO B. D. WILSON

*Washington, D. C., March 7, 1855*

I am very happy to inform you that all our accounts have
passed, and after all the attempts to injure Mr. Beales repu-
tation they have been unable to justify any of the slanderous
assertions put forward. I had intended writing to you before,
this winter, but both Mr. Beale and myself were under the
impression that you would be home, or rather in this coun-
try, before a letter could reach you, and you must blame your-
self, for our not writing. I have been endeavoring to get your
accounts up, and examined for some time and I think that in
a week I will be able to effect a settlement for you; they are
bound to pass, if anything will,—at any rate I will not leave
anything undone to get them done at once: for although it is
a matter of no importance pecuniarily to you, it will be no
doubt more agreeable to have them all closed. Grayson the
Clerk who will examine them is a clever person, and has prom-
ised me to go to work on them in a day or two.

Mr. Beale desires me to remember him most kindly to Mrs.
W. & yourself....

I hear that the Tejon is going to the dogs, as fast as negli-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021361

gence will let it. I am sorry for the Indians, but it is no more than was to be expected from that rotten politician Henley— who is the most contemptible fellow in California....

How is old Dummer getting on? I understand he has left the employ of Henley. Remember me to him when you see him....

[Wilson Papers, Huntington Library.]

*

### LOS ANGELES SENATOR

We learn from Los Angeles, that the people of that county, native Californian and American, have united in urging Mr. Benj. D. Wilson to become a candidate for the State Senate, and that, after strong solicitation, he has consented. It is only when the people become sick and tired of office-seeking politicians, and demand to be represented by A MAN, that such men as Mr. Wilson are found in legislative bodies. To them office is no honor; on the contrary, they bestow respectability and honor upon the offices they are called upon to fill. Mr. Wilson has resided in the state about fifteen years, and is [so] thoroughly acquainted with the wants of the people, that he needs must become a useful member of the Legislature. Honest and fearless, he will be perfectly independent of all cliques and factions—a Senator that not only his own immediate constituents, but the people of the whole State, may be proud of.

[San Francisco *Alta California*, July 30, 1855.]

*

### E. F. BEALE TO B. D. WILSON

*San Francisco, August* 29, 1855

I had hoped to hear from you by the last two Steamers but have been disappointed. I suppose you have been busy electioneering, and I sincerely hope successfully so.

From the last reports your election seems very certain,

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021362

⊣[ 145 ]⊢

though in such slippery matters as politics nothing is certain. Do let us hear from you soon, as we are all anxious to know how you get on....

Lewis tells me he has sent you Col: Bentons *last letter*. I *do not wish* it published in your papers for two reasons. I understand an investigation of Indian affairs in your district has been ordered, and to publish the letter of Col Benton would look like an attempt to prejudice Col: Henley, and I fear he has quite enough to answer for without that. So don't let it be republished in your papers....

[Wilson Papers, Huntington Library.]

\*

## LOS ANGELES SENATOR

Benj. D. Wilson, Independent Whig, is elected to the Senate from the district composed of Los Angeles, San Bernardino and San Diego. Although the Democratic ticket has a large majority in these counties, yet Mr. Wilson's personal popularity was such as to carry him far ahead of his competitor in the race for Senatorial honors. Mr. Wilson is an old resident of California (about fifteen years, we believe); and in the county of Los Angeles, where he has lived during that period, he has filled many important offices. In 1852, he was appointed by Mr. Fillmore one of the Indian Commissioners for this State, and in connection with that office he did a vast deal to ameliorate the condition of the Indians. An honester, purer-minded man never received Legislative honors in California or any other State.

[San Francisco *Alta California*, September 12, 1855.]

\*

How many thousands of horses were stolen in the years '50 '51 '52 '53 from the Ranches of San Ysabel, Santa Margarita, Los Flores, El Tamuel, San Jasinto, Agua Caliente and nu-

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021363

-•[ 146 ]•-

merous other ranches in San Diego County? Who that has
lived in this county, for the past five years, does not recollect
the magnificent droves of horses stolen from San Bernardino,
San Jose, El Chino, El Rincon, Santa Ana, El Neguil, the
Verdugos, Tajunga, San Fernando, Cahuenga and every other
exposed Rancho in this county? We well recollect of hearing
of the robberies committed on the San Buenaventura and
Santa Clara Rivers, in the county of Santa Barbara, the ac-
tual capture and spoilation of the Mission of San Buenaven-
tura by the Indians, while Santa Ynez, Santa Rosa, Lompoc,
Los Alamos and other exposed Ranchos in the same county
were actually stripped of all their horses. The same Indians
who would enter this county through Walkers pass to rob,
would add novelty to their depredations, by descending
through the pass of Buenavista into the exposed county of
San Luis Obispo, and would leave only the saddle horses that
were tied at the doors of the Rancheros. We are confident we
are under the mark, when we estimate the loss of the southern
counties, for the five years previous to the establishment of
the Tejon Reserve, arising from the depredations of the In-
dians upon horses alone at 300,000 dollars, and when we add
the loss of horned cattle, the insecurity of person and prop-
erty, and the abandonment of the frontier settlements, this
estimate is insignificant in comparison to the material and al-
most fatal check to the prosperity of these counties.

In the fall of 1853 the Sebastian Reservation was estab-
lished and in three months thereafter Indians robberies had
ceased. Since that time we do not believe that the wild In-
dians tribes have robbed a single hoof of stock of any kind.
The Mission of San Fernando whose owners suffered in the
four years previous to the establishment of Reserve, a loss of
between four or five thousand head of horses, now brands in

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021364

security their yet numerous stock. The Ranchos of San Fran-
cisco and Capuntos, from which had been driven all their
horses to pasture in the vicinity of this city, pastured last
spring upwards of seven hundred horses, while San Caye-
tano, Tin and La Liebre, formerly with out a single horse or
beef now have their thousand head upon their thousand hills.
Now, safely through the Tejon into the Tulare Valley, and
right in to Stockton, the peaceable cattle drover in security
passes with his herds, where in '52, two cattle drovers alone
lost near two thousand head by a whole sale robbery of the In-
dians, who also attacked and murdered in their houses, at the
Four Creeks six or eight Americans.

[Los Angeles *Star*, October 20, 1855, quoted in R. G. Cleland, *The
Cattle on a Thousand Hills*, 2d ed., 68-69.]

*

### JOHN B. WELLER TO B. D. WILSON

*Washington, D. C., January* 17, 1856

I recd. a letter from you in relation to the Sebastian Reserve
some weeks since which owing to severe illness has been neg-
lected.

There is no disposition whatever on the part of the Com.
Indian affairs to abandon that reserve. Although it has not
been as prosperous as was desirable so far as Collecting the
Indians is Concerned, yet it has given peace & security to our
people in that region and it would certainly be very unwise
to abandon it. Knowing as I do the importance of that reser-
vation to the protection of the people of Los Angeles, San
Bernardino & San Diego I can never Consent to its removal.

As I am still ill & write with difficulty you will excuse this
short note.

[Wilson Papers, Huntington Library.]

*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021365

*⸢ 148 ⸥*

JOHN M. BRIGHT TO ————

*Kern River* [n. d.]

I take this opportunity to inform you that we are all well at present, but not doing as well as we might. Times are squally here.—The Indians have broke out on the Four Creeks, and driven off a great many cattle. They have stolen three or four hundred head of horses from Santa Barbara, and carried them up into the mountains on Tule River. The miners on Kern River have quit work and forted up. There have been two fights on Four Creeks, and the Americans were whipped both times. An Express came in from Kern River this morning. They expect to be attacked in a day or two.

The settlers have all gathered into my house.—We hardly know what to do. I think you had better come up and get your cattle and take them to a more safe place. I am sure that all the stock in this valley will be stolen in a few days. Uncle Davy Smith is going to start for Los Angeles in the morning with a letter from the miners at Kern River to the Sheriff at Los Angeles, to raise a company to come to their assistance. If you come up, I want you to bring me five or six pounds of lead.

[Los Angeles *Star*, May 10, 1856, quoted in R. G. Cleland, *The Cattle on a Thousand Hills*, 2d ed., 69.]

\*

Amount of grains &c., raised on Tejon Reserve, A. D. 1856, ending June 30

| Wheat | 475 | acres |
|---|---|---|
| Barley | 290 | " |
| Potatoes | 6 | " |
| Corn | 156 | " |
| Vineyard | 1 | " |
| Peas | 2 | " |
| Beans | 4½ | " |

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021366

→[  149  ]→

| | | |
|---|---|---|
| Melons | 2½ | acres |
| Onions | ½ | " |
| Pea nuts | ¼ | " |
| Tomatoes | ¼ | " |
| Cabbages | ½ | " |
| General Garden | 3 | " |
| Fruit trees | 600 | |

*[Report of the Commissioner of Indian Affairs, 1856, p. 249.]*

\*

CAVE J. COUTS TO THOMAS J. HENLEY

*[Guajomito] July* 7, 1856

The inhabited portion of this county [San Diego] is infested
with two tribes of Indians known as the *San Luisenians,* and
Dieguinos, according to the mission to which they respec-
tively belonged, and number about 2,500 each. The San Lu-
isenians exist in the northern part of the county, and, from
the coast east, include the principal chain of mountains. These
Indians are probably more advanced than any pertaining to
your superintendency, and require but little attention with
*proper management.* They understand the cultivation of the
soil, and are the main dependence of our rancherios for va-
queros. They live comfortably in rancheros of tule (some few
in adobes,) on what they gather from their wheat and barley
fields, gardens, acorns and *cattle stealing.* Many of them can
read and write. The Dieguinos, although reared in an adjoin-
ing mission, are far inferior to the San Luisenians. They lack
nothing of that laziness and indolence proverbial to all Indian
tribes, and live principally by cattle stealing, and on acorns.
They are in the southern part of that county, and extend from
the coast to the desert, where they naturally blend with the
Yumas, with whom they are on very friendly terms.

*[Report of the Commissioner of Indian Affairs, 1856, p. 240.]*

\*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021367

→[ 150 ]←

## JOHN RAINS TO THOMAS J. HENLEY

*Temecula, July 24, 1856*

Of the San Luis Rey Indians, there are in all belonging to this between twenty-five and twenty-eight hundred; they live in nineteen different rancherias, having a captain and alcalde in each, and one headman over all. They are Christians; raised to work; all cultivate more or less; all are good horsemen, and make good servants; very fond of liquor, easily managed when sober, but great fools when drinking. This year their crops have failed, owing to the want of water. There are some of them in a starving condition, and are obliged to steal to maintain themselves and families. The country of the San Luis Rey Indians, is joined by the country of the Cowela [Cahuilla] and Diegena Indians. They are about six thousand, all told.

[*Report of the Commissioner of Indian Affairs*, 1856, p. 243.]

\*

## THOMAS J. HENLEY TO COMMISSIONER G. W. MANYPENNY

*San Francisco, September 4, 1856*

...In regard to the system of colonizing and subsisting Indians on reservations, I have only to say that it has so far succeeded entirely beyond my expectations, and is, in my judgment, the only system that can be of any real benefit to the Indians. It enables the government to withdraw them from the contaminating influences of an unrestrained intercourse with the whites, and gives an opportunity to provide for them just such, and no more, assistance than their wants from time to time may actually require....

[*Report of the Commissioner of Indian Affairs*, 1856, pp. 236-46.]

\*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021368

## THE INDIANS OF SOUTHERN CALIFORNIA

For a couple of weeks back we have been publishing portions of a very interesting paper upon the condition of the Indians of Southern California. It is a report made out by Mr. Wilson, in the year 1852, addressed to Lieut. Beale, at that time Indian Agent for the State of California. The information contained in this document is not only interesting as it concerns the aboriginal races of Southern California, but it is highly important in a historical point of view, as showing the condition of the country in the early days treated of.

This report was transmitted at the time to the authorities at Washington, and was the foundation for the recommendations made by the Agent for the establishment of the Tejon Reservation, and the building of the military post at Fort Tejon. The reservation system was recommended by the author; but the military post was an afterthought, and as we take it, was as little contemplated by him, as it was useful or necessary to carry out the designes of the reservation plan.

We reprint the document for its intrinsic value, and not for any bearing it may have had on the system pursued by Government in its treatment of the Indians. It is well worth preserving, and will be found very useful to a full understanding of the early history of this portion of the State. It suggests a melancholy reflection upon the destiny of the red man, when one contemplates the scattered remnants of what were once numerous nations.

The report will be continued through several more numbers of the STAR.

[Editorial, Los Angeles *Star*, August 1, 1868.]

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021369



Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021370

# BIBLIOGRAPHY

BIOGRAPHICAL DATA on Benjamin Davis Wilson are contained in the collected correspondence of many of his contemporaries, but particularly in the Wilson Papers in the Huntington Library. For his early career the basic document is his "Observations on Early Days in California and New Mexico," a dictation for Hubert Howe Bancroft in 1877, MS, Bancroft Library, and available in Robert G. Cleland, *Pathfinders* (Los Angeles, 1929), 371-416, and, with annotations by Arthur Woodward, in Historical Society of Southern California, *Annual Publication for* 1934, pp. 74-150. A review and appraisal of his career may be found in John Walton Caughey, "Don Benito Wilson, an Average Southern Californian," *Huntington Library Quarterly*, II (1939), 285-300. See also Melbourne F. Aitken, "Benjamin D. Wilson, Southern California Pioneer" (M. A. thesis, U.C.L.A., 1948).

On southern California in the fifties the chief accumulations of information are in manuscript sources such as the Stearns Papers and the Wilson Papers in the Huntington Library, in the broken files of the early newspapers, and in Benjamin Hayes' Scrapbooks, now a part of the Bancroft Library. Horace Bell's *Reminiscences of a Ranger* (Los Angeles, 1881) and *On the Old West Coast* (New York, 1930) give a free-flowing, colored, and uninhibited account of early Los Angeles as he saw it. Harris Newmark's *Sixty Years in Southern California* (Boston, 1930), combining recollections with gleanings from the newspaper files, is more of a grab-bag, but an anecdotal introduction to the period. Two recent monographs are most useful. William B. Rice, *The Los Angeles Star*, 1851-1864 (Berkeley, 1947), charts the beginnings of journalism in Los Angeles and in the process accurately mirrors southern California life. Robert G. Cleland, *The Cattle on a Thousand Hills* (San Marino, 1941; rev. ed., 1951), is even more effective as a social history of southern California in the period of transition to American ways. For the San Bernardino district an important supplement is George William Beattie and Helen Pruitt Beattie, *Heritage of the Valley* (Pasadena, 1939).

Alfred L. Kroeber, *Handbook of the Indians of California* (Washington, 1925), contains authoritative information on almost all phases of southern California Indian culture. An older work of much interest because of the author's success in grasping the spirit of the Indians is Stephen

153

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021371

Powers, *The Indian Tribes* (Washington, 1877). David P. Barrows, *The Ethno-Botany of the Coahuilla Indians of Southern California* (Chicago, 1900), describes the Indians of the interior. Gerónimo Boscana, *Chinigchinich*, in various printings, of which the most convenient is the one annotated by Mark R. Harrington (Santa Ana, 1933), is a Franciscan's description of the Luiseño and Gabrielino. Hugo Reid's letters on the Indians of Los Angeles County, serialized in the Los Angeles *Star* in 1852, shortly before Wilson's report was written, were put into book form by Arthur Ellis (Los Angeles, 1926) and reproduced in Susanna Bryant Dakin, *Scotch Paisano* (Berkeley, 1939). Several studies by Sherburne F. Cook of the factors in population decline among the California Indians were published in *Ibero-Americana* (Berkeley, 1937-1943).

Zephyrin Engelhardt, *The Missions and Missionaries of California* (4 vols., San Francisco, 1908-1915), and the same author's volumes on individual missions have information on almost every phase of mission activities. More summary accounts are available in such works as Charles E. Chapman, *A History of California, The Spanish Period* (New York, 1921), and John Walton Caughey, *California* (New York, 1940). For analysis of the mission purpose see Herbert E. Bolton, "The Mission as a Frontier Institution in Spanish America," in his *Wider Horizons in American History* (New York, 1939).

The effects of American Indian policy as brought to bear in California are evaluated in Hubert Howe Bancroft, *History of California* (7 vols., San Francisco, 1884-1890), VII, 474-95, and in Caughey, *California*, 379-91. For a more detailed discussion see William H. Ellison, "The Federal Indian Policy in California, 1846-1860," *Mississippi Valley Historical Review*, IX (1922), 37-67; "The California Indian Frontier," *Grizzly Bear*, March 1922; and "Rejection of California Indian Treaties," *ibid.*, May-July, 1925. The California problem is discussed in relation to that of the West in general in Alban W. Hoopes, *Indian Affairs and Their Administration, with Special Reference to the Far West*, 1849-1860 (Philadelphia, 1932), and Edward Everett Dale, *The Indians of the Southwest* (Norman, 1949). For Edward F. Beale and the reservation experiment at Tejon see Helen S. Giffen and Arthur Woodward, *The Story of El Tejon* (Los Angeles, 1942), and Stephen Bonsal, *Edward Fitzgerald Beale: A Pioneer in the Path of Empire* (New York, 1912).

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

ACC0021372

# TAB 11

# PEOPLE OF THE MAGIC WATERS



The
Cahuilla Indians
of Palm Springs

# JOHN R. BRUMGARDT
# LARRY L. BOWLES

55

1r

ACC0002177

# PEOPLE OF THE MAGIC WATERS

## The Cahuilla Indians of Palm Springs



## JOHN R. BRUMGARDT
## LARRY L. BOWLES

Illustrated by Dorothy M. Bowles

An ETC Publication

UNIVERSITY OF
COLORADO
JUN 0 8 2012
LAW LIBRARY

ACC0002178

*Library of Congress Cataloging in Publication Data*

Brumgardt, John R.
  People of the Magic Waters.

  Includes index.
  1. Cahuilla Indians. I. Bowles, Larry L.,
1936-    joint author. II. Title.
E99.C155B77970'.004'97   78-16023
ISBN 0-88280-159-7

No part of this publication may be reproduced or trans-
mitted in any form or by any means, electronic or
mechanical, including photocopy, recording, or any
information storage and retrieval system now known or
yet to be invented, without permission in writing from
the publisher, except by a reviewer who wishes to quote
brief passages in connection with a review for inclusion
in a magazine, periodical, newspaper, or broadcast.

Copyright © 2007 by John R. Brumgardt
and Larry L. Bowles

Published by ETC Publications
Palm Springs
California 92262

*All rights reserved*

*Printed in the United States of America*

ACC0002179

# CONTENTS

FOREWORD ....................................... iv

I.   Children of Nature ................................ 1

II.  The Beginnings of Life ........................... 9

III. Wildcat People, Coyote People ............. 21

IV.  Spirits of Life and Death ...................... 34

V.   Rituals of Agua Caliente....................... 42

VI.  Foods from the Land ......................... 58

VII. Handicrafts for Survival......................... 77

VIII. When the White Man Came .................. 90

IX.  Salvation from the Springs .................... 98

     BIBLIOGRAPHY ............................... 109

     INDEX ............................................. 115



ACC0002180

Editor's Note

# *An Historical Update*

The authors of this book, one an archeologist and the other an historian, collaborated on this fascinating study of the Agua Caliente Band of Cahuilla Indians of Palm Springs, California. This little gem of a book relies on the personal testimony of tribal elders, as well as many other sources, in chronicling the cultural history and spiritual legacy of the band.

Centuries ago the ancestors of this tribe found their way to this warm and beautiful valley. They developed complex communities in the hidden canyons tucked into the sides of the towering mountains on the valley's edge.

In historic times, since first contacted by Europeans, the Agua Caliente Band was known to be industrious and creative, with a reputation for independence, integrity and peace. They believed this beautiful land of their ancestors would be theirs forever to live in splendid isolation.

All that changed in 1876, when the firm hand of the United States government fell upon the Agua Caliente lands. While the administration of Ulysses S. Grant deeded in trust 52,000 acres to the tribe to be used as a "homeland," it also gave away to the Southern Pacific Railroad huge sections of Cahuilla land adjacent to their tracks.

ACC0002181

The Agua Caliente Band of Cahuilla Indians has endured in spite of "manifest destiny," however, and today their surviving members are a prosperous, generous, and integral part of the cultural, social and economic life of Palm Springs. The tribe is a "ward" of the federal government and their lands are held in trust within the Bureau of Indian Affairs. Essentially, as a federally recognized tribe, the Agua Caliente Band has governmental authority over its lands and people. Granted full U.S. citizenship in the last century, they are for the most part in control of their destiny.

Under the leadership of Tribal Chairman Richard M. Milanovich, who has served in that position since 1986, the band has entered into a new prosperity which has seen the purchase of the Spa Hotel (site of the famed hot springs) and the building of the Spa Resort Casino and Agua Caliente Casino. More than 2000 jobs have been created for the community at large and the revenue generated by these new tribal developments has ushered in a period of self-sufficiency and prosperity for tribal members through education, cultural preservation, housing and health care programs.

For more information on the Agua Caliente Band today, please visit their website at www.aguacaliente.org.

ACC0002182

# FOREWORD

This volume is intended to serve as a basic introduction to the history of the Palm Springs—or, Agua Caliente—Indians. The chapters which comprise the work attempt to consider Cahuilla civilization in this area ranging from religion to food resources. Because it is a broad overview of the subject, persons interested in learning more about specific subjects must refer to the more specialized studies that exist concerning the culture of the Cahuilla Indians. Further information may also be obtained from the Agua Caliente Tribal Council, the Palm Springs Historical Society, Desert Museum, Malki Museum, and the Riverside Municipal Museum.

We have chosen, for the sake of readability, to omit the use of footnotes or other formal citations to denote the sources upon which portions of this study are based. Instead, whenever conveniently possible, these have been mentioned in the course of the text. Great appreciation is due to the scholars, living and dead, from whose labors much information has been derived. These include Katherine Siva Saubel, Lowell John Bean, William Duncan Strong, Lucille Hooper, Prescott Barrows, Harry James, and others whose works appear in the selected bibliography at the end of this volume.

We should like to express our gratitude to those individuals who have assisted us in the development of this book. Anthony Andreas, Agua Caliente tribal historian, read the initial manuscript and made several suggestions which greatly improved it. We are indebted to him not only for advice and valuable historical

iv

ACC0002183

information, but for his gracious donation of time in assisting us. Mrs. Alice Lopez, wife of the last Cahuilla fire-eater (Salvador Lopez), was generous in providing information concerning the magical properties of the hot springs and the activities of the Agua Caliente "witch men" and Issac Eastvold provided excellent assistance concerning the significance of Cahuilla rock art. Special thanks are also due the archival staff at the Federal Records Center, Laguna Niguel, California, who kindly made the Agua Caliente Indian Reservation records available for our research.

The Agua Caliente Indians are one among several Cahuilla Indian groups in this region, and these form just one element of the greater Native American civilization complex of Southern California and the southwestern United States. A great deal of literature is available for reading in this regard. The bibliography included in this study, however, pertains principally to the Cahuilla Indians. To the authors of the works listed we extend our most sincere thanks.

John R. Brumgardt
Larry L. Bowles





ACC0002185

Chapter One

# CHILDREN OF NATURE

The lands of the Cahuilla Indians of Southern California reach from San Bernardino Peak on the north to Borrego Springs on the south, and from the San Jacinto plains and Palomar Mountain on the west to somewhere east of the Orocopia Mountains. That portion around the modern city of Palm Springs provided a distinct challenge to its early Indian inhabitants. Upon seeing this region for the first time one is struck by the impression that it is a forbidding place. The rugged, angular mountains drop sharply down to the sandy desert floor, their massive, irregular stony surfaces and the apparently barren wasteland presenting the portrait of an intimidating, inhospitable place. Mount San Jacinto towers 10,831 feet above the Palm Springs area, while a few miles away the Coachella Valley slopes gradually southward to the Salton Sink. When dry, the bottom of the Sink is 275 feet below sea level.

But although the terrain at first appears to be uninhabitable by man, a person upon closer examination notices the wide variety of desert vegetation in the area and the several deep canyons which lead from the sands into the high mountains. These canyons, one soon realizes, provide natural trails ascending from the lowlands to the valleys and flats in the mountains high above. Could it be, he might conjecture, that these plant resources and the natural connection between mountains and desert might facilitate human habitation?

1

ACC0002186

And this would be his first step in beginning to understand the relationship of the Cahuilla Indians of Palm Springs (or, Agua Caliente Indians) to the surrounding environment.

Indian villages near what is now Palm Springs were often situated in the nearby canyons in order to take advantage of downslope airflow to keep them cool in summer, and upcanyon flow to keep them as warm as possible during the wintertime. The desert floor was also used as a living location—primarily, during the winter months—but the canyons afforded protection the year around. From these locations they ventured forth to utilize the plant and animal foods of the desert and follow the natural trails into the San Jacinto Mountains to obtain foods of various kinds and pursue their seasonal hunting activities.

Francisco Patencio, an old leader of the Palm Springs Indians who died in 1947 at the age of nearly one hundred years, recounts in his *Stories and Legends of the Palm Springs Indians* that these trails "were everywhere. They led up all the canyons." For the men, they served as avenues for hunting, often leading into the San Jacinto foothills or up into the mountains themselves. One trail led from Chino Canyon to San Jacinto Peak; another, from Palm Canyon to the Santa Rosa Mountains; one, from Tahquitz Canyon into the San Jacintos; and another, from Andreas Canyon to San Jacinto Peak. Along these trails men and women gathered wild fruits and other foods, visited, hunted, and pursued their daily tasks of survival.

The Agua Caliente Indians, therefore, carefully chose their living locations to take advantage of what protection was provided by the natural surroundings and also to facilitate their travel between the desert and the

2

ACC0002187

adjacent mountains. This was an intelligent adaptation of man to his environment. Temperatures around Palm Springs range from a recorded low of $18^0$ Farenheit to a high of $122^0$, and the problem of adjusting to this widely-varying situation was assisted in prehistoric times by settling villages whenever possible in canyons to obtain the natural protection they provided. Francisco Patencio recalls Chino Canyon, his birthplace, as a good location, where he and his people enjoyed the reliable water of bubbling springs and gardens for growing food. This area, he notes, had many trees and much shade to relieve the burden of the desert heat.

J. Smeaton Chase, who traveled extensively throughout the California deserts in the early 1900s, visited several canyons near Palm Springs during his journeys and spent many days in each, examining the plant and animal life as well as the remains of bygone Indian civilizations. In his book, *California Desert Trails* (1919), Chase remarked at length concerning these locations, and it is obvious that he was greatly impressed by their serenity and beauty. Little wonder, then, that the Palm Springs Indians chose such places to make their homes.

It was during the midwinter season when Chase established his one-tent camp in Chino Canyon, named after Pedro Chino, an important Agua Caliente medicine man. This area Chase described as "a great rift opening on the northwestern arm of the desert" directly below Mount San Jacinto. It being a wet winter, with rain falling frequently, the traveler was soon treated to the ethereal sight of snow-clad mountains on the edge of a sun drenched desert. At such times, he noted, it was "high luxury" to relax in a natural bubbling pool of hot mineral water and observe the "startling effect" of

3

ACC0002188

waiving green palm trees against the backdrop of snow covered mountains.

Moving on to Andreas Canyon, also named for a leader of the local Indians, Chase camped in a small cavern once used by the native inhabitants as a dwelling. Here he discovered an upright stone with grooves worn into it by the smoothing of ancient arrow shafts, and another which had been used for polishing obsidian arrow points.

Near the cave was a large slab of rock filled with shallow circular depressions, in which former generations of Indian women had ground acorn and mesquite meal, and near this Chase unearthed deer horn awls and ornaments of shell and clay. Here, as at Chino Canyon, he noted the remarkable coming together of desert and coast vegetation, and the sudden separation of fertile soil, creeks and wild grape vines from the dry desert sands. These canyons, as well as Tahquitz Canyon—which he described as an imposing gash in the mountain wall"—were sources of inspiration for Chase. These, the places where the Indians of the area once located their homes and villages, were therefore beautiful as well as functional—a dual quality which the Native Americans sought when possible to include in every aspect of life.

Villages, as noted above, were established also with careful consideration regarding available sources of food and water. The Indians took full advantage of the diverse nature of the land in which they lived. Living areas were situated near the center of the resources their territory provided. The rugged land and vast changes of elevation in short distances when ascending the mountain trails, provided each village with a wide range of food resources from the San Jacinto Mountains and the desert floor.

4

ACC0002189

The often torturous, rugged desert lowlands contained a diversity of plant and animal life distinctly different from that found in the upper areas, and the Cahuilla Indians therefore knew and used a great variety of materials for their basic needs–food, clothing, medicine, ritual commodities, houses, and tools. These were available, because of the close proximity of desert and mountains, within a relatively small area.

Water supplies depended for the most part upon rain and snowfall in the mountains, in addition to the flow of local springs below. Spring flow was fairly dependable but might be affected by natural phenomena such as earthquakes, which might increase, decrease, or destroy a particular water source. Francisco Patencio, describing the results of an earthquake expérienced during his childhood, recounts that mountains split, Tahquitz Creek went dry and only ran during the winter, while other streams that had provided water the year around were altered. On the other hand, waters sprang up in previously dry places. Such an unsettling situation, then, might arise at any time–a fact with which the Indians had constantly to deal.

If natural phenomena affected the presence of spring water, seasonal and locational variation also made unpredictable the amount of water available from rainfall. Rain might, for example, fall in one place while just a few miles away–or even in the next canyon–none might be present. At times the skies remained clear, refusing to soothe the thirsty land with needed moisture. At others, the rainfall might be spotty. And if this provided a challenge to Indian survival, so also did the periodic deluge of waters from the heavens which created raging floods that often destroyed entire villages

5

ACC0002190

in the canyons. Earthquakes damaged water supplies and endangered the lives of the Native Americans, while the ever-present threat of fire during the warm seasons often resulted in the destruction of thousands of acres of vegetation and valuable food plants. But perhaps one of the most dangerous direct threats to the Indians, considering that they chose whenever possible to make their homes in canyons, was the flash flood. While drought produced the specter of starvation, heavy rains made possible the sudden, often deadly, onrush of roaring walls of water.

J. Smeaton Chase experienced just such a flash flood in Andreas Canyon in the early 1900s. About midday one Saturday, he recounts, a gentle rain began. Enjoying the afternoon in the canyon, camped about six or eight feet above the burbling creek that flowed through it, Chase felt a sense of placid serenity. Gradually, however, the rain increased its intensity, until by dark it had become a heavy downpour. Feeling concern, but no fear, Chase checked the water level of the creek before turning in, noting that it had risen a few inches but expecting no danger of any kind. So having smoked a pleasant pipe and checked his horse, he went to his tent and was soon asleep.

How mistaken Chase was! For, not long after he had retired, his tent collapsed, its rain-soaked canvas pulling the support stakes from the dampened earth. Awakened, he noticed that "the sound of rushing water was oddly close." Pushing away the wet canvas, he put out a foot and, to his surprise, found it immersed in cold, swirling water. The creek had overflowed its banks and "was making a clean breach through my quarters." Barely saving his tethered horse, Kaweah, Chase fled to higher ground and took refuge in a small cave. He was

6

ACC0002191

lucky to be alive. The waters of the swollen streamflood now rushed headlong down the canyon, carrying away large boulders and trees. Even full-grown sycamores were swept away "as the water tore away the earth like a terrier at a rat hole." In all, it was an awesome, frightening experience.

The challenges to survival of the Palm Springs Indians, then, were numerous. Fire, flood, earthquake, drought-- these and other natural phenomena presented persistent challenges to the natives. From the skies came life-giving rain, nurturing food resources and water supplies, while the desert and mountains provided plants and animals which supplied the Indians' many needs. But also from the skies came the relentless heat which complicated the problems of drought, as well as the showers which turned gentle creeks into raging torrents. Nature, therefore, was both friend and foe. The environment was basically benevolent but could also prove perilous, consistently challenging the Indians' quest for survival and sharpening their ability to adapt to ceaselessly-changing circumstances.



7

ACC0002192



ACC0002193

Chapter Two

# THE BEGINNINGS
# OF LIFE

To the Indians of Palm Springs all nature was connected in a single harmonious whole. Man was not master of the earth, as the white man insisted. Instead, the Native Americans saw themselves as part of a cooperative system in which all elements, from men to animals to plants, existed and interacted for the greater good. The Indian did not conceive himself as dominating the earth or the lower creatures, but felt protective towards them and was careful not to waste or destroy the plant and animal life with which he coexisted. Unlike the white man, who believed that he stood above nature, the Indian was part of it. Respecting other forms of life, he sought to conserve and use them wisely, sympathetically. And this view of himself was founded not simply upon a basic need to adapt to the environment and preserve food resources. It was, in addition, derived from the religious traditions of his people--which, he believed, descended from the beginnings of the world.

The Cahuilla religious system was no simplistic primitive fable, but a complex set of beliefs and attitudes. The story of the world's creation was an intricate drama which was centuries old. That which appears here was actually derived from a lengthy series of ancient religious songs handed down from one generation to the next. Through oral tradition and careful teaching of the young, the creation story was preserved through the years and

9

ACC0002194

was fundamental to the beliefs of successive generations.

In the beginning, according to its teachings, there was nothing but darkness, a dense and timeless blackness in which nothing existed. The Agua Caliente Indians referred to this as the "two nights." One was the fundamental male principle; the other, female. At some time, each issued forms something like lightning, which passed through the void and came together, by chance, on rare occasion. The first time they joined, two substances, which resembled the white of an egg, were produced. These lay side by side in the depth of darkness, suspended as if by the web of a spider, but eventually disappeared. Again they were produced and again they disappeared. This was called the miscarriage of the darkness, and was repeated several time.

At last, however, the substances remained, hanging by each other in the void. As they developed they assumed the shape of two large eggs, and when they hatched the first people were born. These were *Mukat* (Mo-cot) and *Tamaioit* (Tem-ma-ya-wit). Twins, they were grown men at birth. But although they could speak and communicate with each other, they could see nothing, for all was darkness still.

At first Mukat and Tamaioit sat in the black space. All they experienced was a humming noise–the song of their mother, the darkness. Although they were brothers, they called each other "my man," and argued from the outset regarding who was the eldest. Each desired this honor, for the older one would have superiority. From the beginning, then, there was no harmony between the two. Instead, there was strong competition. Mukat declared that he had been born first, for he had heard the darkness' song at birth; but Tamaioit claimed that he had experienced the humming at the same time, and so the question remained unsettled.

10

ACC0002195

Contention between the brothers continued to grow. Deciding to create, Mukat produced the first tobacco, while Tamaioit invented the pipe, giving it two names– man and woman. They filled the pipe with tobacco and drew on the stem with their mouths to produce fire and smoke. Still arguing as to which was the eldest, they created the four directions–north, south, east, and west– and the earth. Since the earth failed to hold together around its foundation stone, they caused great black and white spiders to weave webs throughout and around it, thereby making it steady.

Now the earth, once created by Mukat and Tamaioit, began to grow very rapidly and refused to hold still, weaving erratically about in all directions. The brothers created two winds, a whirlwind and a cyclone, to help smooth and level it, but this proved futile and the earth still continued to dash sharply about in the throes of growth. Finally Mukat and Tamaioit decided to turn up the edges of the world and create the oceans, the weight of which finally held the earth still. Since the water could not escape over the world's raised edges, the problem was solved and the earth came to be as we know it today.

Creating the animals and plants of the ocean, Mukat and Tamaioit next turned their attention to the creatures of the earth. Soothed by the humming and singing of their parents, the two nights, the brothers rested and smoked tobacco to refresh themselves after their labors. Then they created the dog, the coyote, and the owl; and, from the clay of the earth, they began to make people.

Mukat worked slowly during the creation process, carefully planning and fashioning the people he made, but Tamaioit worked very quickly and carelessly, trying to be the first to finish. Having completed their people, the brothers were curious to see what they looked like.

11

ACC0002196

However, they could not examine their creations because of the darkness.

Needing light, they blew stars from their mouths into the sky, but these provided so little light that they could not see well enough. Trying to produce more light, they put their mouths together and blew out the sun. This provided sufficient light but would not hold still. It danced around the sky in all directions; and, try though they might, Mukat and Tamaioit could not grasp it and hold it in place. Consequently, it sank into the earth, but came up the following morning. Each night it descended back into the earth but rose and shed its light during the day, establishing the pattern which it still continues to follow.

From the light of the sun Mukat and Tamaioit could see the people which they had fashioned. Tamaioit's creations were awkward and ill-proportioned. Each had two faces, one on the front and one on the back, and their bodies were misshapen. Their hands and feet were webbed, like those of a duck, and they were hideous in comparison with those of Mukat, who looked like people today.



12

ACC0002197

Tamaioit argued that his people were beautiful, could look both ways at once, and were better than Mukat's creations. So the brothers quarrelled angrily, each declaring that his work was the best, and finally Tamaioit cried heatedly that he would go to the place from which he had come and take with him all that both together had created.

Mukat, hearing Tamaioit's threat, was enraged and declared that his brother could take only those things which he alone had produced. Tamaioit reacted to this by returning to the darkness with his creations and then trying to destroy the world, the sky, and all the creatures. He created a terrible series of earthquakes, fire, lightning, and tremblings in his anger, while Mukat tried to protect the earth and his creations. This great battle caused the smooth earth to become cracked and pitted, with jutting mountains and an uneven surface, but finally Mukat prevailed and Tamaioit submitted to his superior power.

When all had become quiet once more, the only people remaining on earth were those which Mukat had made. But now, as they looked about, they saw that they were not all of one color. In the darkness Mukat had made them from clay of several different hues–white, black, yellow, and red. The white people were disappointed that they had no color and so left Mukat, as did the yellow and black people. These went to other parts of the earth.

Mukat, seeing that all his people appeared to be leaving him, speedily grasped the red men and kept them with him. But even with these people problems arose; for, although of one color, the red men had no common language. Instead, each person spoke in a tongue different from that of the others. This, of course, disturbed Mukat, for he could not understand them, nor

13

ACC0002198

they each other. Listening carefully for a familiar sound, he finally heard the words of one man who spoke the Cahuilla language. Since this was Mukat's own tongue he named this man the ancestor of the Cahuilla people. And so the Cahuilla language was chosen by the creator himself.

Following the departure of Tamaioit into the outer darkness, Mukat lived with his people and the animals he had made. Animals at that time could speak and understand like anyone else. All lived with Mukat in a great house and the world was at peace. Sickness and death existed, however, for Mukat foresaw that these were necessary to keep the earth from becoming too crowded. Tamaioit had argued against Mukat on this matter, maintaining that no illness should be allowed and that people, upon growing old, should be permitted to go into the water and become young again. Mukat's wisdom prevailed, however, and he provided both doctors (or, shamans) to help the sick recover and Telmikish, a place to the east where spirits of the dead might go after departing this life.

Telmikish was entered through a gate, beyond which two mountains continually moved apart and together. Once a spirit passed Montakwet, the never-dying guardian of the gate, it encountered these hills. If the spirit had been good during life, they separated to let him through. But if the spirit had been evil, they crushed it and it became a rock, a bat, or some other low thing.

One of Mukat's most beautiful creations was Man-el, the moon maiden, a lovely young woman popular with all the people and animals. Each morning she took the young people, boys and girls, to the water and taught them many games, songs, and things necessary for wise living. She was their sister, friend, and teacher, and was

14

ACC0002199

beloved by all. From her the people learned about marriage, the raising of children, the things they must know to pass by Montakwet at the gate to Telmikish, and about the two basic categories of people, Coyote and Wildcat, with which all persons were identified. Every day was a new experience with Man-el, and little could the people know that she would become the reason for their alienation from Mukat, the creator.

At the end of each day the merry group would return from the place of the water to Mukat's house, all laughing and dancing. The only animal not to accompany them on their daily outing was Rattlesnake, who chose instead to remain lazily curled up in the sun at home. Rattlesnake was very large, had no teeth or poison, and was the object of sport among the people. They made fun of him and danced on his flat head. This made him feel both sorry and resentful, for he had no means of protecting himself.

Appealing to Mukat for help, Rattlesnake was given two cactus thorns for his mouth, in order to sting those who bothered him. These, however, did little good, and finally Mukat placed two hairs from his beard in the snake's mouth and made him poisonous. This he did without telling the people, or warning them about Rattlesnake's new and dangerous power, and trouble soon resulted. To-va-vish-niks-chum-al-mi-ik (or To), who was always the first to arrive and tease Rattlesnake, returned one day from the water place and began to torment the serpent. He leaped on the lowly animal, as usual, but this time received a mortal bite. The people were shocked and tried to kill Rattlesnake, but he escaped under the rocks and never thereafter came back to live with them.

15

ACC0002200

The death of To was a great sorrow for everyone and
they naturally blamed Mukat for the tragedy, knowing
that it was he who had given Rattlesnake teeth and
poison. They grew resentful towards their creator and
this feeling grew to hostility as Mukat began to notice
the beauty of Man-el and made repeated advances
towards her, desiring her as his wife. This, despite the
fact that he was her father. One night he covered the
people with a deep sleep and troubled the defenseless
maiden greatly, causing her to recognize that she must
leave forever. Saying farewell to her brothers and sisters,
who were in anguish to see her go, she went up into the
sky. Thereafter, the happiness which had always prevailed
was ruined, for Mukat had caused the death of To and
now the departure of Man-el. Never would the tranquility
which had heretofore existed be known, and Mukat
caused the people further difficulties through his
increasingly questionable actions.

Although he taught the people many useful things,
such as how to make bows and arrows, even this was
damaging, for now they had weapons with which to kill
each other. Indeed, in using them for the first time, they
were told by Mukat to line up on two sides and shoot at
each other. This resulted in many deaths. And, though
Mukat tried to soothe them by saying that the dead would
return to life, they soon saw that only the spirit would
continue to live, but that this would go to Telmikish and
not come back to the world of the living. The creator,
then, had now accomplished the third serious act which
caused the people to determine that they must get rid of
him. It was not long before they devised a plan to do
this.

While they were at the water during the day, where
Man-el had taught them to play, the people discussed the

16

ACC0002201

matter of killing Mukat. The creator seemed always to be lying down in his house, never venturing about the earth, and this gave them ample privacy to form their plans. Still, it was a difficult decision and they took a great while to settle the issue. Finally, however, Ta-va-wit, the woodpecker, advised them to bewitch Mukat and this they decided to do.

Returning to the great house one night, the people told Lizard to keep watch on Mukat after they had fallen asleep, for he alone was not afraid to do this. Keeping his vigil faithfully, Lizard saw that Mukat, once the people were asleep, arose and lit a pipe, blowing smoke to the north, west, south, and over the people, causing them to sleep soundly. He blew the smoke over them three times to complete the spell. Then, grasping his ceremonial staff, he left the house and went to the edge of the ocean to defecate. He expelled excrement three times, which caused  great sound like thunder in the water, and then returned to the house. The next morning all the creatures arose, danced, and went to the water pool, where Lizard informed them of what he had observed. Once they heard this their plan was set--they would bewitch Mukat with his own excrement.

Water Skipper was selected to initiate this plan. That night he went to the ocean and tried to stay below the place where Mukat sat, in order to catch some of the excrement. The waves, however, washed him away. Other water creatures tried to accomplish the task, but each was equally unsuccessful. Finally, Frog agreed to make an attempt, and this time the plan worked.

Sitting at the bottom of the ocean Frog awaited Mukat, who came during the middle of the night, and caught up his excrement before it reached the bottom. Not hearing the usual rumbling sounds in the water, Mukat realized

17

ACC0002202

that something was amiss. And this awareness was reinforced by a growing feeling of sickness–for Frog's actions had bewitched him. Not knowing what was wrong, but feeling too weak to do more than probe the ocean bottom with his staff–which only scratched Frog's back and gave Mukat no indication of his presence–he returned home, trembling and becoming increasingly ill.

The next morning, at the water place, Frog told the people what he had done. They and all those Mukat had created were glad to hear the news and conspired not to help their father get well. Soon Mukat became so sick that he could not care for himself, and appealed for assistance. Coyote tried to help, but he was the only one. The sow bugs, dragon flies, water snake, red racer, and king snake pretended to be concerned; but they, like everyone else, wanted Mukat to die. According to Mukat's directions, the North, West, and South winds came, but they only blew dust and grit, filling Mukat's eyes and ears with sand. Had the creator been kind to his people, they might have continued to hold him in reverence, but now they were determined to kill the troublesome god-man.

The antagonism of the people towards Mukat was increased when Crow and Hawk, sent by the creator to obtain long-tailed desert rats (pa-e-wet) and army worms (pe-e-whe-em), found that these were good sources of food–a fact which Mukat had kept hidden from his children. This only reinforced their hostility towards him and he consequently received no help at all from them. Becoming progressively weaker, unaided by his alienated creatures, the one-time conqueror of Tamaioit, now a burden to the beings he had fashioned, withered in body and died unmourned.

18

ACC0002203

Before passing away Mukat, anticipating death, had instructed the people regarding how to dispose of his body. This set the pattern for funeral practices among the Agua Caliente Indians. They should, he ordered, dig a pit, gather a great deal of wood, take a palm tree and build a large fire to cremate the remains. Palm Tree, who was a young girl, was horrified at the thought of being burned, but Mukat was determined that his directions should be carried out. The people, he said, should take a stick and twist it in a hole in the side of Palm Tree to start the flames. Thus Mukat taught his people how to make fire. Like most of his blessings, however, this one had another side—Palm Tree must suffer and die.

Mukat's concern for Palm Tree, as for the rest of his people, was far less than for himself. Fearful that Coyote would eat his dead body, he made the people promise to send him on a quest for Rockfire and Sunfire as soon as death occurred. They were to keep secret from Coyote the fact that they already knew another means of starting fire. This they did, burning Mukat's body, as he had directed, after Coyote's departure.

Bear dug the grave, Mountain and Desert Quail gathered wood for the fire, and Fly twisted the stick into Palm Tree to produce fire. The flames had consumed all of Mukat's body, except the heart, by the time Coyote returned from his long journey. Feeling betrayed by his brothers and fulfilling Mukat's fears, Coyote leaped over the people, who tried to restrain him, dashed into the funeral fire and snatched the unburned heart of Mukat. Avoiding capture and running away to the east, he ate the creator's heart. This made him immediately ill, and he has ever since been emaciated, with protruding ribs. The body of Mukat, however, was finally gone, and now the people prepared to face the uncertain world which their creator had made.

19

ACC0002204



ACC0002205

Chapter Three

# WILDCAT PEOPLE, COYOTE PEOPLE

The Cahuilla Indians of Southern California comprised a large, particular group among the Native American inhabitants of the region. They were related culturally and linguistically and had a common overall identity. The Cahuilla were members of the Shoshonean language group, and were spread over a large area of more than two thousand square miles. They did not form a single tribe, however. Instead, they were separated into at least seven or more major groups, each one consisting of several small, independent communities.

For convenience in referring to the general living locations of the separate bands, anthropologists have traditionally grouped them into three major categories: Mountain Cahuilla; Pass Cahuilla; and Desert Cahuilla. The first included those Indians inhabiting the large territory of the San Jacinto and Santa Rosa mountain ranges. The second–with which the Palm Springs Indians have usually been classified–made their home in the general vicinity of the San Gorgonio Pass. And the third, the Desert Cahuilla, lived on the Colorado Desert in the region south of the San Gorgonio Pass. These categories are too broad for accurate identification of particular Native American bands, but they have been useful in locating them geographically.

21

ACC0002206

All of the Cahuilla Indians, regardless of living location, were divided by custom into two specific groups, the names of which were said to have been given by Man-el, the moon maiden, shortly after the creation of mankind. These two large categories were called *moieties*. One was the "tuktum," or "wildcat" moiety, while the other was called the "istam," or "coyote" group. The division of the Cahuilla people in this manner supposedly related back to Mukat and Tamaioit, the twin creators of the world. One half of the people, the "wildcat" moiety, belonged to Mukat, while the other half, the "coyote" group, belonged to Tamaioit.

The moiety relationship of a person's father determined that of the child. If for example, the father was a "coyote" person the child would also be identified with that moiety. It made no difference where one lived, or to which specific band of the Cahuilla people he belonged. The moiety relationship transcended geographical location and represented instead a large kinship group.

The moiety was an essential element of Cahuilla civilization, for it determined marriage relationships and was important in ritual ceremonies. Intermoiety cooperation was necessary for the proper performance of most Indian rituals; and, as these were a basic part of everyday life, the importance of the moieties was paramount. Because the Cahuilla Indians were exogamous–that is, since a person could only marry another of a different kinship group–a "coyote" man must marry a "wildcat" girl, and vice-versa. Neither could marry someone of the same moiety, for this was considered as marrying into one's own family and was strictly prohibited.

22

ACC0002207

Three clans lived in the area around what is now the modern city of Palm Springs. These were the *paniktum* ("daybreak people"), who lived in Andreas Canyon; the *atcitcem* ("good people"), whose territory was located near present-day Indian Wells; and the *kauisiktum* ("fox," or "rock" people), whose lands surrounded those of the paniktum clan. The latter were reportedly the first to make their home in this area. There seems to have been no political connection among the three groups, but they were related ceremonially and intermarriage among them was common. The paniktum and kauisiktum clans were of the "wildcat" moiety while the atcitcem clan was a "coyote" group.

Each clan had as its leader and ceremonial head an individual known as the *net*. This man lived in the large ceremonial dance house and kept under his care the *maiswut*, or sacred bundle, which was the central feature of the community's ritual life. According to Cahuilla tradition, the maiswut descended from the beginning of creation and was therefore an object of great respect.

The "sacred bundle" was a large roll of reed matting, more than a yard wide and about twenty feet long, in which were kept such revered items as the pelvis of a grizzly bear--thought to be powerful magic--and a bundle of eagle feathers. This was known as "the heart" of the ceremonial dance house and was believed to contain supernatural powers. It was consequently kept in a special room within the house or hidden in a secret place elsewhere. The net did not own the maiswut but was entrusted with its care. His was an extremely important position, for not only did he dwell in the sacred house, he also preserved the very object which was fundamental to the clan's ceremonial traditions.

23

ACC0002208

The net had many responsibilities. He presided at all ceremonies, determined the time when these should take place, cared for the ceremonial shell money, and was responsible for collecting and arranging all food used during festive occasions. Only he and his immediate family could handle the maiswut, and it was he who told the people when the proper time had arrived for gathering food crops. Serving as judge in disputes between individuals, the net chose places for the clan to camp and performed other functions of leadership. The office of the net was traditionally hereditary, passing from father to the eldest son, although in practice the most able son was the person to whom the office was normally given.

The net was assisted in his ceremonial duties by the *paha*, another official whose office was traditionally passed on to the eldest or most capable son. The first paha was believed to be Coyote, for it was he who had assisted Mukat in creating people, and thus the position of the leader's chief assistant was said to have been initiated. The paha kept order at all ceremonies, made certain that all preparations were carefully completed, and assisted the net in his other duties.

While the net and the paha were the two primary officials among the Agua Caliente Indians, there were other clan officers whose role in everyday life was quite important. One of these was the *takwa*, whose principal duties consisted of having responsibility for preparing and distributing food among invited guests during ceremonial occasions. He was also tasked with giving gifts of food to those neighboring clan members who attended his group's rituals.

Although they were not technically clan officials, the *shamans*, or "puvalem," were of central importance to

24

ACC0002209

the life of the Cahuilla. Among a particular group there might be one or several of these. The Indians called them "witch men" and in the white man's terms they were "witch doctors." They aided in political decisions, cured diseases, searched nature for signs from the spirit world, and performed many other functions. Each was a specialist and used his talents for a specific purpose.

Shamans were believed to possess supernatural powers, given in the beginning by Mukat, which could be obtained by one of several means. An old shaman might recognize a young boy's potential and pass his power on to him; a child might be born with the necessary power; or it might be given to him by a spirit.

In ancient times it was mandatory that anyone receiving the "call" to be a shaman should put aside his personal wishes and serve the people. This practice, indeed, remained in force into the 1800s; and if an individual "received the call," as in a dream, but did not wish to be a shaman, it was imperative that he keep his experience to himself in order to avoid being shunned or compelled to enter this role. Francisco Patencio, for example, records in his *Stories and Legends of the Palm Springs Indians* that he "used to get the messages" to become a shaman when only a small boy. "But," he remarks, concerning this call and the power it might have meant, "I never told, and I never used it." Had he related his experience to the people, his life would doubtless have been far different. Becoming a shaman, therefore, was something one might carefully avoid, but it was not something he could decide personally to do. Spirit forces alone could, ultimately, determine this.

Although one might be handed power from another shaman, the Cahuilla Indians generally believed that a "witch man" was destined for his role at birth. A youth,

25

ACC0002210

when around the age of six or seven, might be struck by spells of illness. At this time he would be attended by a shaman who would recognize his patient's destiny. At the age of about eighteen the youth would receive a vision during the night, telling him of the powers he was to have, how to use them, and instructing him to declare this and dance before his assembled clan. This he would do for three night in the ceremonial house, an action which announced that he was chosen to be a shaman. Thereafter he began his practice, his powers increasing as he grew older, and followed the ways of the shaman to the end of his life.

Once installed as a shaman, the chosen one had to continually demonstrate his powers. Assisted by a guardian spirit, he used his magic to help assure the clan a consistent supply of food, control the rain and weather, and cure diseases and afflictions by "sucking out" the evil causes with his mouth and blowing them away. He assisted unofficially in clan ceremonies, helped keep ghosts and evil spirits from harming the people, and gave aid to the net when important political decisions were to be made.

Each shaman was a specialist, using his powers for the most part to achieve a single end. Some cured illness, some had responsibility for assuring the health of flowers or fruit, while others might be empowered to assure the supply of mesquite beans or other food resources. It was the shaman, for example, who set fire to palm trees to rid them of harmful insects, thereby assisting their survival and productivity. But while most shamans were benevolent, many used their powers to harm the people. One never knew, remarks Francisco Patencio, about the intentions of a shaman. In his opinion, it was wise to keep a watchful eye on them all, for "The better doctor a

26

ACC0002211

medicine man was sometimes, the meaner he could be." So the role of the shaman could be varied. Involved in both practical and religious matters, he was a revered, honored, but also suspected figure.

An individual who had personal knowledge of the shamans' power was Alice Lopez. Lopez was treated twice as a young woman by Pedro Chino, reportedly the most powerful of all the Agua Caliente "witch men." Chino, she relates, cured her of ills when no other treatment succeeded. In one instance, suffering from head pains, bleeding from the nose, and an inability to retain food, she went to Chino's residence for aid. He "sucked" the ills from various places on her body and gave her a potion of herbs to drink. The day after this treatment, Lopez began to improve and quickly recovered in full.

Chino, she says, was not only a powerful healer, but could perform many other remarkable feats. His magic was particularly powerful with regard to hunting animals. When in the foothills in pursuit of deer, he would stay awake during the night singing "deer songs"—special songs to insure a successful hunt. The next day, wearing



27

ACC0002212

a deerskin disguise, complete with a deer's head to cover his own, he would mimic a deer's movements and move ever closer to the wary animals. He was usually so successful, says Lopez, that he could often kill two and sometimes three deer.

Lopez's experience with shamans was not limited to Chino; for her husband, Salvador Lopez, was also a shaman with remarkable powers. Having the magic to heal and cure, he was also the last of the Desert Cahuilla shamans to have the ability to eat fire.

According to Alice Lopez, her husband first learned of his powers in a dream, as a young man. A spirit informed him of the things he would be able to do. Awaking and building a small fire, he proceeded to place live coals in his mouth. And, as he later recalled, "it worked"—there was no pain, no injury. Subsequently, according to custom, he danced before his people in the tribal dance house to announce his new position and abilities. At that time, he demonstrated that he could do what no Agua Caliente or Desert Cahuilla "witch man" has since had the power to endure—eat fire. As he once explained it, this feat was in fact quite simple: All one had to do, through intense mental concentration, was make his body as hot as the coals he consumed. Lopez, Chino, and others like them were gifted by spirit forces with powers which were in many instances astounding. Little wonder, then, that they held a place of special importance among their people.

Another individual necessary for the life of the clan was the "hauinik," or *singer*, who was carefully versed in the ceremonial songs of the Cahuilla and assisted the net in keeping strong the traditions of the clan. The position of singer was a voluntary one, and was filled by individuals with interest and aptitude for paying careful

28

ACC0002213

attention to the old people and learning the various customs and songs of the group.

These, then, were the primary officials and functionaries among the Cahuilla Indians of Palm Springs. Their activities covered several aspects of life, from political to religious to social and medical, and were essential to the welfare of the clan. And holding all these efforts and people together was the custom and tradition of tribal *law*. This determined personal and official relationships, created safeguards for the economic welfare of the group, and cemented the individual members of the clan to the greater social body.

Oral tradition and memory was the basis of Cahuilla law, being embodied in myths, customs, and songs. If one acted in what today is called illegal fashion, he was said to be "going against the song." Traditions were believed to have been given to the people by Mukat and also to have arisen in the past to meet certain social needs. Anyone breaking the law, then, was defying not only the clan and its members, but the wisdom of one's ancestors and the power of the supernatural as well.

Offenses against the clan, tradition, and other individuals was not taken lightly. If, for example, one committed an antisocial act, he would be expected to fall ill or suffer misfortune in his daily activities--this was the punishment meted out from the spirit world. Among members of the clan, he might be ridiculed, ostracized, or physically punished.

Physical punishment was often a serious matter. An offender, depending upon the degree of his crime, might be whipped, "witched" by the shaman, banished, or even killed. Most commonly, however, one was held up to public ridicule, and humiliation was employed to compel his conformity to social norms. Physical punishment was

29

ACC0002214

usually relied upon only in extreme situations, such as in the case of an evil shaman. But by no means was antisocial activity lightly allowed. Since society was considered a single whole, any crime against one member was by extension a crime against the entire clan which destroyed the mutual harmony needed for social and physical survival. Thus, for example, murder removed an important member of a family unit; gathering food before the proper time diminished the supply available for all; and failure to abide by accepted custom was detrimental to group traditions. Society could not allow misdeeds to go unnoticed or unpunished, for to do so would endanger the well being of the entire community.

The basis of Cahuilla society, like that of any general community, was the *family*. This was an important unit not only for social and procreative purposes, but also for economic reasons, and helped to strengthen the ties of mutual interest which helped the civilization survive.

The father was the head of the individual family unit and his moiety identity determined that of his children. If a man's son-in-law came to his house to live, the father-in-law remained the dominant force. Sex, however, was not the only factor involved in determining authority. Age was also of central importance. Reverence for the wisdom of the elderly stemmed from the Cahuilla creation. Mukat and Tamaioit, the Indians observed, had argued constantly as to who was the eldest, for years and experience were considered highly important.

When a man and woman married, each had to be of a different moiety, and neither could marry anyone to whose family his own had been related within the last five generations. This prevented genetic difficulties arising

30

ACC0002215

from "inbreeding"–such as so often occurred within the royal families of Europe–and also extended the ties of relationship among various clans.

Since mutual economic assistance among family members and their clans was an important part of Cahuilla existence, these marriage customs had significant value for the Indian self-help tradition. So did the religious and political implications of such expanded ties. Most of the Cahuilla clans in the nearby San Gorgonio Pass area, for example, were of the coyote moiety, and intermarriage with the wildcat society at Palm Springs extended the relations of the latter group over a very broad area. This, by extension, broadened the relationship ties of the Palm Springs coyote clans as well. In this way, a broadly formed relationship system evolved among the Cahuilla Indians.

Marriages were usually planned by a man's parents. It was they who chose a suitable wife for him, taking gifts of food and other things to the woman's parents and announcing that they wished her to be their son's bride. This practice, however, did not ignore the feelings of the chosen woman. If her parents were agreeable to the match, they customarily asked her consent before finalizing the arrangement. If she opposed the idea, the process normally stopped at that point. But if the woman was willing she went with the man's parents to his clan's ceremonial house, where a feast was prepared to celebrate the occasion. The woman's parents and clan members were usually invited to participate, as were members of the man's group.

Following the feast, the newly joined couple was counselled by an elderly man who told them of their mutual responsibilities and of their duties as members of the clan. After this was done, the two were considered

31

ACC0002216

man and wife, and normally went to the home of the man's parents to dwell.

Because of the importance of the union to the clans involved in the marriage, divorce was rare. If, however, the marriage proved unsatisfactory, the woman was allowed to return to her parents and the gifts which had been exchanged were returned. The real consummation of a union was the birth of a child. But marriages in any case were not lightly permitted to fall apart, since they created an extensive clan interrelationship among the couples's kin and social groups. Even if one partner died, this relationship was continued if possible. A woman might marry her dead husband's brother or close relative, and so maintain the kinship bond which had been originally established.

Thus did the society of the Agua Caliente Indians function, from clan leadership to ritual direction to the individual family. All parts of the society were considered integral elements of the entire community in a mutual service arrangement. The needs of the people, the dictates of their religious beliefs, the bonds of tradition and custom, and the necessity of community harmony and survival were thereby satisfied, and the perpetuation of the Indian people facilitated.



32

ACC0002217

ACC0002218

Chapter Four

# SPIRITS OF LIFE AND
# DEATH

The Palm Springs Indians believed that the universe contained a wide variety of beings, spirits, and forces with which mankind coexisted and must continually deal. Humans, ghosts, spirits, and gods dwelled together in a close, complex manner, and the lives of men were directly affected by the inhabitants of the spirit world. Spirits appeared in many forms, whether in the shape of departed ancestors or such things as mirages, colors, and rainbows. The *nukatem* were spirits of people whom Mukat and Tamaioit had created in the beginning.

The most visible and dreaded member of the nukatem was *Tahquitz* (Tawquish). When he appeared, the Indians believed that evil would soon befall them or that someone was about to die. It was he who caused many of the Indians' everyday problems also, such as placing tannin in acorns, causing illness and discomfort, and making food animals leave the area. But Tahquitz was much more than a constant nuisance—he was a major figure whose very name inspired fear.

The story of Tahquitz, one of the most prominent of Indian legends, is told with different details among the entire range of Cahuilla people. Tahquitz was originally one of Mukat's favorite creations, and to him the creator gave many supernatural powers. This was done in the

34

ACC0002219

expectation that Tahquitz would use them to help his people. And, for a time, he was an honored and respected member of the Cahuilla. Gradually, however, he grew to be an evil individual and used his powers for harm rather  than good. As a result, he was forced to leave.

Declaring that he would have vengeance on the people, Tahquitz went away into the San Jacinto Mountains and made his home in a large, dark cave. From here he ventured forth to steal and kill, capturing and consuming the souls of men. He was a dreaded figure among the Indians and, into this century, many were afraid to speak his name. To do so, they feared, would attract the evil one to them. Tahquitz could take many forms, but the usual appearance he assumed was that of an old man, a blue flame, or a meteor blazing across the nighttime heavens. The latter, naturally, came to be recognized as an omen of death among the Indians.

Harry James, in his volume entitled *The Cahuilla Indians*, relates the following story regarding one of Tahquitz's outrages upon the people of Palm Springs. Spying a lovely Agua Caliente girl bathing in the waters of Tahquitz Canyon, the evil god felt an overwhelming desire for her. Despite her screams of terror, he captured the maiden and returned to his mountain cave. There he kept the poor wretch for several years. He fed her on the souls of those he had killed and caused her constant misery. Seeing her continual unhappiness did not bother Tahquitz for a long time, but finally he decided to set the girl free. This he did, with the admonition that she must not tell her people what had occurred for at least three years. Receiving her promise to comply with this condition, he returned her to the place where he had first seized her.

35

ACC0002220

Upon returning home the girl was welcomed by her people, who were eager to know what had befallen her. Remembering Tahquitz's warning, however, she at first refused to tell, despite continually being questioned. But finally she could resist no longer. Breaking down under the strain, she promised to tell the people about her experience in secret, and asked them to construct a great house where this could be done without Tahquitz learning of it. The people, anxious to know her story, built the house quickly and then all assembled to hear the much awaited tale.

The young girl, frightened and distraught, related to them all that had happened and appealed for their pity and sympathy. But when the people learned that she had been Tahquitz's wife, and had eaten the souls of their brothers, they were appalled and would not come near her. Heartbroken and alone, she returned to her house and fell asleep. She knew that she had broken her promise to Tahquitz, which caused her great fear, and was also desperate now that her people would have nothing to do with her. But her earthly sufferings were nothing compared to those which awaited her. For, that night, Tahquitz's warning came true, and in his power she died.

This version of the Tahquitz legend is complemented by those of other Cahuilla clans, one of which relates that Tahquitz, stealing a young Cahuilla girl, was pursued by the maiden's lover into the San Jacinto Mountains. There the two fought a great battle, but in the end Tahquitz won and sealed the two unfortunate victims in his cave beneath a great rock. This has since been known to the Indians as Tahquitz Rock, and as Lily Rock to subsequent white settlers. Located high in the mountains, on Tahquitz Peak, it is clearly visible from the modern town of Idylwild.

36

ACC0002221

Tahquitz's depredations were not limited to ancient times, for he is still believed to be active, seeking out the souls of men to feed his gluttonous appetite. Flashing across the sky as a meteor, or appearing as an old man on lonely mountain trails, he causes earthquake-like rumblings in the San Jacinto Mountains, and on clear days the sound of thunder indicates that he has ventured forth to again cause evil for mankind.

*Whirlwind* was also an evil, dangerous force. Like Tahquitz, he, too, traveled about the countryside capturing human souls, as did *Tenauka*, seen in the actions of the wind, and *Tematsuwet*, who bolted through the daylight sky as a flashing silver spirit. The messenger of death, whom Mukat had created to prevent overpopulation of the earth, was *Mûut*, who often assumed the shape of an owl. Even the hooting of an owl was understood by the Indians to be a portent of death, and Muut was seen by them as both a blessing and a bringer of sadness.

*Yavi*, the north wind, caused the land to become dry, while *Paakniwat*, who lived in springs and controlled the watering places, was appealed to by the Indians for use of the water. To *Pemtexweva*, the guardian spirit of hooved animals, such as mountain sheep, deer, and antelope, they expressed hopes and thanks for a successful hunt. Appearing in the form of a white deer, he could be either a benevolent or restrictive force, as could *Rain*, who might at will either make things grow or cause the land to become dry and barren.

As Lowell Bean has pointed out in his study, *Mukat's People*, these and other spirit forces, existing from the beginning, constantly involved themselves in the everyday life of the Palm Springs Indians. Past and present, natural and supernatural, were therefore

37

ACC0002222

connected. Life remained a single, continuous whole, unbroken by the passage of time. The forces were both good and evil, and were regarded by the Indians as having direct control or influence over the activities of mankind. Tahquitz and Tenauka, for example, stole the spirits of men and caused death and disease. But they also blessed some of the people with the power to heal and so had a duel influence. The Indians held the spiritual world in strict reverence and did not fail to appeal to the appropriate force when some benefit was desired, such as rain, a good food crop, or a successful deer hunt.

The human spirit, like those above, was believed by the Agua Caliente Indians to be immortal. They called it the *tewlavil*. Although this existed in the body, it did not die with the individual, but had a continuing life in the afterworld. Also, one's spirit could leave his body at certain times prior to death. When one dreamed deeply, for example, the Indians believed that his spirit actually departed the physical shell and went elsewhere. This was also true, they thought, when one was in a trance. Sleeping persons were therefore awakened only with care, for it was believed that they might die or become extremely sick if the spirit was unable to return at once to the body. Should one see his soul in a dream, in the form of such things as an owl or falling star, it was considered a prediction of death soon to come. Special ceremonies were often held when this occurred, in order to avert the possibility of the person dying.

When an individual passed away his soul was believed to leave the body and remain in a wandering state until the funeral ceremonies were completed and the body was cremated. During this period the spirit was free to roam about, and often showed itself to living persons in various ways. It might become visible and appear as the

38

ACC0002223

person had during life, or it might enter into dreams, thoughts, or become an odor or cold breeze. It could communicate with the living and took care to do so if the funeral activities were not properly performed, or if its earthly property was not customarily destroyed. The Indians believed that one's property, when burned or destroyed, could be used by the spirit in the afterlife, and so the spirit was rightly indignant if his people kept what belonged to him.

The spirit, following death, continued to participate in the life of his people. Even after entering Telmikish, the land of the dead, spirits watched over the living, sometimes aiding them and sometimes causing difficulties when they failed to follow group traditions or customs.

*Telmikish* existed far to the east, at a place determined by Mukat soon after the creation. Here dwelled the souls of the dead and also the nukatem who no longer remained on earth. When one died he did not as a matter of course enter this place. Instead, if he had lived a wicked life, he might be forced forever to wander about, homeless. The soul's entry into Telmikish could be assisted by ritual ceremonies performed by the living, and this was one of the most important reasons why the Indians had such elaborate rites for the dead.

Approaching the gates of Telmikish the spirit encountered *Montakwet*, guardian of the entrance, who never died. Montakwet examined each spirit to determine if he had lived a good life, been generous, obeyed tribal traditions, been respectful to the old people, and the like. He also put the spirit to several tests, one of which was making several different figures in the game known as "cat's cradle." If the spirit had paid attention to clan customs during life, he would know

39

ACC0002224

these things, for they had been taught to the people in the beginning by Man-el, before her departure for the sky.

After passing by Montakwet and the moving mountains which assisted him in protecting the afterworld from unclean spirits, the soul entered Telmikish and encountered those of his acquaintance who had died before him. All knew and recognized each other, just as in life. Indeed, spirits in Telmikish who became lonesome for a friend still living might cause him to experience early death in order that he could join them sooner. On the other hand, if the inhabitants of the afterworld did not want an individual in their company, or if a man had died suddenly and they were not prepared to receive him, they might send him back to the world of the living. If this occurred, the man could not tell what had happened to him until three years had passed. To mention his experience before that time would cause certain death and doom the soul to be crushed between the moving mountains at the entrance to Telmikish.



40

ACC0002225





ACC0002226

Chapter Five

# RITUALS OF AGUA
# CALIENTE

Ritual ceremony was a vital facet of Indian life and
related to almost every kind of activity, from the search
for food to the naming of children. Although it seems
that the Palm Springs Cahuilla had fewer rituals than
their brothers, ceremony was still a vitally important part
of their way of life. It gave dignity, meaning, and spiritual
significance to the basic functions of living and promoted
order and continuity within the Indian system. The
performance of rituals was also essential to group
organization and solidarity, for it created a mutual
commitment between individuals and the greater social
body, and generated a unity of identity and purpose
among the Native Americans. This prompted positive
social interaction, responsibility, and helped the
community to survive.

One of the most important and frequent ritual
ceremonies was that concerning persons who had
recently died. At Palm Springs, the name given to this
was "*tcutni'l*," which means *burning the body*. The
death of an individual brought about an elaborate series
of events which elicited gifts and sympathy not only from
the local band but also from leaders of nearby clans. All
nets who heard of the death would send shell money, or
"napanaa," to the net of the deceased, while relatives
and neighbors of the vicinity would come to the ceremony,

42

also bearing gifts for the net. As William Duncan Strong points out, in *Aboriginal Society in Southern California*, the body was cremated in a large fire and the dead person's house and possessions were also burned. The practice of destroying one's belongings lasted in some instances into the present century. If the departed was a woman, the Indians would locate the ollas, filled with water or food, which she had hidden for her family, and break them. Hence all worldly property was disposed of in order that the dead person might still be able to use it in the afterlife.

Within a month after the deceased had been cremated, a ceremony called "tcipini'l," or *covering the tracks of the dead*, was held in the tribal dance house. Those groups who had sent gifts at the time of the funeral, nearby clans, and relatives were invited to share in the ceremony. Pieces of shrubbery, animal skins, or in later times bolts of cloth, were dragged by women of the dead person's clan around the floor of the dance house to "erase the tracks" of the deceased and thereby prevent the return of the soul. During the night those in attendance sang songs to honor the departed and assist his entry into Telmikish, while in the early morning hours, shortly after midnight, the family of the deceased distributed gifts of food, cloth, and other things among the guests. If any personal possessions of the dead person still remained, they were burned at this time. Then the guests, who had fulfilled their obligations, were able to depart for their homes.

But despite the fact that the body had been burned, personal possessions destroyed, funeral ceremonies completed, and the tracks of the dead erased, ritual for the dead was not totally complete. There still remained the large, elaborate procedure known as the *nukil*, a

43

ACC0002228

week-long ceremony usually held in February at Palm Springs, which finalized the funeral activity, released souls from their earthly existence, and honored all those who had died since the last nukil.

This activity was normally held once each year, although in more recent times it was reserved for once every two years. The activities did not relate only to funerary matters, but involved a great deal of social and economic interchange. At this time, with many groups gathered at one location, marriages were arranged, goods were bought and sold, games and gambling went on, and personal or tribal disputes were settled. Thus the nukil was important not only as a religious ritual, but also as a central element of interrelationship among the Indian groups of the surrounding area.

Preparations for the nukil actually began immediately after the "covering of the tracks," for it was at that time that the net instructed the family of the deceased to prepare for the upcoming events, the exact time of which he would later announce. Subsequently, he directed the paha, his ceremonial assistant, to ask all the local Indians to bring baskets of food to the dance house, where ceremonies were held, in order that enough might be available for the large numbers of invited guests. A few weeks before the ceremony was to take place, the paha invited all the clans in the area to attend the activities and announced the time at which they would commence. Once the date was known, the activities of the village were directed towards preparing entertainment, food, and accomodations for the guests, as well as items for sale or trade.

William Duncan Strong attended a nukil ceremony at Palm Springs during the week of February 2-8, 1925, and recorded his experiences in *Aboriginal Society in*

44

ACC0002229

*Southern California.* For seven days and nights the ritual ceremonies and attendant activities continued, while a large scale rabbit and deer hunt added excitement to the gathering and provided additional food for the people. Songs were sung in the dance house, recounting the death and burning of Mukat, Coyote's theft and consumption of his heart, and other related matters. This singing was performed not only by members of the local clan, but also by visiting guests from other areas, who joined to assist the honored dead in their journey to Telmikish. Night after night the singing went on, halting only so people could rest during the day.

The first several days of the ceremony were reserved for the song cycle and attendant activities. During this time, wood and grass effigies, representing those who had died, were being made. These were dressed, sometimes rather elaborately, in order that they might resemble the deceased persons as closely as possible.

On the morning of the last day these images were assembled, and the net prayed over them and chanted the songs supposedly used during the first mourning ritual for Mukat. Gifts of food, treasure, and other items were distributed among the guests by members of the host clan, showing thanks for the guests' assistance in the ceremony, and then the final act of the nukil was performed. The images of the dead were carried around the dance house, followed by women "wiping out their tracks," and then carried away and solemnly burned. Once this was accomplished, shell money was distributed among the visiting leaders and the ceremony was finished. The dead, forced to remain on earth in a spiritual state until this time, were now freed to enter the afterlife forever.

45

The ritual for the dead continued into the twentieth century and, with other rituals, attracted the widespread interest of white citizens throughout California. The Indian agents of the Palms Springs Reservation were continually asked for information concerning these events and maintained a steady correspondence in this regard. Copies of their letters, in addition to other documents relating to the Agua Caliente Indians, are located in the files of the Bureau of Indian Affairs at the Federal Records Center, Laguna Niguel, California. The following–which demonstrates to some degree that the writer may not have fully understood the significance of some of the Indian activities–is a copy of a description of ritual ceremonies at Palm Springs, written in 1939:

### FIESTAS AND CEREMONIALS HELD BY CAHUILLA INDIANS OF AGUA CALIENTE (PALM SPRINGS) RESERVATION

*Memorial Fiesta and Ceremonial* – held bi-annually, usually in month of February

These ceremonies are in honor and memory of deceased members of the tribe. They are not held for the deceased until two years after death. Life size effigies are made of the dead persons to be honored to as nearly depict as is possible the deceased. The effigies are usually made of a wooden frame construction and clothed in the customary wearing apparel of the Indians. The faces are oftentimes made of wax to secure as close a facial resemblance as possible.

46

ACC0002231

The entire ceremonial lasts seven days, starting on a Monday morning and running both night and day. It is held in the fiesta or round house, with feasting, singing, chanting and wailing usual to all Indian tribes. The effigies are kept hidden in the round house until the fourth or fifth day, when they are brought into the center of the room. An interesting part of the ceremony following is the throwing of money, baskets and other goods by relatives of the deceased onto the heads of the effigies, while certain of the Indians are dancing them around the room. Then the members of various outside tribes who are invited may step in and help themselves to the money or articles that have been donated. The idea of this is to show self-sacrifice by the relatives in honor of the deceased. No local tribal members may accept any of such gifts. At sunrise Sunday morning, the effigies are taken to the Indian cemetery and burned on top of the grave of the deceased, where chanting and wailing continue until the effigies have been entirely consumed by flames. The religious significance to this is probably connected to the custom in days gone by, when tribes burned their dead on a high platform, together with their possessions. This would transmit the deceased Indian and his possessions to the 'Happy Hunting Ground' via the smoke.

During the first three nights of the ceremonial, an interesting practice is made which shows the friendly and brotherly feeling between all Indians. The lights in the fiesta house are extinguished for a time each night and the Indians from outside tribes who are invited exchange beads and other relics with local tribal members, passing them back and forth to each other in the darkness.

The public is not allowed the first three days of this ceremonial, but they are invited for the remaining days.

47

ACC0002232

No fee is charged, but no pictures are permitted to be taken. This rule against taking pictures is also enforced at all other fiestas and ceremonials at this reservation.

The same letter by the Indian Agent went on to describe other ceremonies which were in vogue by 1939:

*Decoration Day Ceremonial* – held annually - over May 30

Purpose of this ceremonial is to commemorate the deceased. It lasts three days, beginning May 29th, followed by singing and chanting of religious songs the entire night. The next day the graves in the cemetery are cleaned, and candles are lit on them, which are kept burning all night.

The public is generally invited to this ceremonial and there is no fee.

*Thanksgiving Fiesta* – held annually - over Thanksgiving Day in November.

Purpose of this fiesta is to show thanks for all of God's gifts, the same as the white man's custom. It is wholly a fiesta of joy, given over to feasting, singing and chanting for three days and nights. The public is generally invited and there is no fee.

*Christmas and New Years Fiesta* – held annually on these dates.

This is a festival of rejoicing, and is another instance of the Indians adopting the white man's holidays. There is feasting, followed by singing, chanting and dancing. On these two dates, which are considered together, for one

48

ACC0002233

fiesta, the singing of 'bird songs' is a feature. These songs are supposed to represent the happiness and contentment of the birds in their migrating season, and are intended to convey the joyous spirits of the birds to the Indians. The public is generally invited and there is no fee.

*Ceremonial for the Dead* – held after the death of a tribal member for Indian living on reservation.

Purpose is to consecrate the spirit of the deceased. The ceremony consists of singing and chanting religious songs over the body all night long before burial the next day. These songs represent the entire life of the deceased person, revealing his faults and virtues, and whole manner of living.

This is a sacred ceremony, and though outsiders are not usually denied admittance, the tribe prefers it to be private. No fee is charged.

The *exchange of shell money* was an important part of many of the Palm Springs ritual ceremonies, and commenced at an early date. Shell money consisted of small round seashells, their centers pierced, strung together in varying numbers. That used by the Agua Caliente Indians, according to William Duncan Strong's informants, came from the island of Santa Catalina. It was carried to the mainland on rafts made of tule and came to Palm Springs through trade with the Gabrieleño and Serrano Indians. Strings of shell beads were called "witcu," while the shell money itself bore the name of "hissavel," or "muketem." Shell money was presented as a gift to leaders of clans invited to the image-burning ceremony, while the guests, upon receiving the invitation, would send a similar piece of money to the

49

ACC0002234

host clan. The money was therefore constantly being exchanged and was never hoarded by a single group.

Another vital facet of Palm Springs ritual life pertained to life, rather than death, like those discussed above. This was the *adolescence ceremony* for boys and girls. Upon reaching puberty, Cahuilla boys were gathered together in the dance house and taught a series of traditional songs and chants–those sung by their own clan as well as those of their enemies. The paha had charge of this process and kept the youngsters under strict control. They were not allowed to leave the dance house without permission or otherwise interrupt the ceremonies, for it was believed necessary for tribal custom and their own welfare that they learn these things well.

Learning the songs of one's own clan enabled a youth to enter the affairs of his group in more meaningful fashion and was essential to his becoming a part of the life of the community. Learning the enemy songs was demanded in order that one might help break the power of his opponents. This process was called the "wek'luil," and involved the assistance of a mature male relative in teaching the songs to each boy. This activity went on for about a week. During the day the older men would take the boys individually to an isolated location so each would be alone to concentrate on learning the songs. At night they returned to the dance house where the boys were each directed to sing specific songs–this tested how well they had learned their lessons.

The boys' adolescence ceremony in its entirety lasted for several days and could be held only when enough food was available to accommodate the large number of people who attended the initiation rites. The boys were taught not only the clan and enemy songs, but also the

50

ACC0002235

history of their lineage and the things they were expected to do as members of the society. Fasting, the learning of dances, tests of bravery, exposure to pain, and other ritual exercises were involved in the exhaustive process. At this time the older men observed the boys with great scrutiny, for it was during these activities that they judged their talents, aptitudes, and probable value to the group. A three-day ceremony climaxed the training period, during which members of the boys' lineages attended and gifts were exchanged.

The exchange of gifts was an important feature in all the ceremonies of the Palm Springs Indians. This was not merely a courteous procedure, but was important in the survival of the Indian groups. As Lowell Bean has pointed out, in *Mukat's People*, this exchange process allowed for the more equitable distribution of food supplies among clans in a given area, thus helping to assure that none would go wanting. Since gift-giving was reciprocal in practice, a host clan or lineage supplying its guests with gifts could expect the same favor in return at some later time. If one group was in special need the host lineage supplied it gifts in proportion to that need. This process, then, helped assure that no group would suffer while another enjoyed an abundance beyond its needs.

The *girls' adolescence ceremony* occurred at the same time that the boys were undergoing their initiation rituals. The entry into womanhood took place just after the girls' first menses, normally in their early teen years, and was called "hemeuluniwe." Inside the dance house a large pit was dug for each girl, and a fire was built therein. When heated, the pit was cleaned out and partially filled with grass. The girl was then placed in the pit and covered with grass and warm sand. She remained there for almost a week and was allowed to leave the position

51

ACC0002236

only during those times when the pit was reheated. Here, during the day, while the boys were outside learning the clan and enemy songs, the girls, fed on a special diet, were taught the traditions of the clan and their appropriate roles in the Indian society.

Both boys and girls wore "hunger belts," made of braided grass, during their adolescence rituals. The boys were given only water to drink during the trial period, and nothing to eat, while the girls drank a potion made of bitter herbs and were forbidden to eat anything which contained salt. On the final morning of the adolescence ceremony, after they had learned the necessary songs and other things, both boys and girls were permitted to bathe. Following this, they were adorned with painted dots of white, red, and black over their arms and faces, in accordance with the Indian custom. Girls were then considered available for marriage, while boys became responsible members of the clan.

Apparently associated with the puberty ceremonies was the creation of *pictographs*–or, rock paintings. Many of these can still be seen in the various canyons around Palm Springs. They were of widely differing design, and were red, black, or white in color. The paint seems to have been made by mixing limonite (white), magnetite or charcoal (black), or hematite (red) with either rendered animal fat or the albumen from bird eggs. This, when applied to a rock coated with mineral deposits from centuries of evaporated raindrops, produced a lasting stain, and many pictographs have consequently survived until the present.

Pictographs represent an ancient Indian art form of profound abstract significance. Although their precise meaning remains unclear, it seems logical to theorize that they contain elements of deep religious significance

52

ACC0002237

in many cases. Among the neighboring Luiseño, Diegueño, and Cupeño Indians these paintings had relationship to the puberty ceremonies of both boys and girls. For the Palm Springs natives, this was probably also true; and it is likely that the pictographs related to other religious rites as well. Details concerning their full significance, however, remain unknown. Pictographs are various in form. Shapes which seem to occur most often in the Palm Springs area are parallel vertical bars, anthropomorphic (man-like) figures, trident forms, concentric circles, and maze-like patterns. Unfortunately, pictographs, as well as other remaining vestiges of ancient Indian culture, have been frequently defaced by vandals and other individuals who fail to realize their intense historical and cultural value. Nevertheless, enough still exist to suggest that artistic, aesthetic, and religious endeavor was a fundamental aspect of Indian life.

The *naming of children* followed the adolescence ceremony. Unlike the white man, who named his offspring at birth, the Cahuilla Indians bestowed no name on a child until he reached the age of about six. This was a formal process, and took place in the village ceremonial house before all the members of the clan. A child's name was chosen by an older male relative and was usually that of a deceased ancestor. Not until the name was announced during the ceremony was the child given a precise identity. Sometimes an individual received two different names, one of which was kept secret and the other made public. This was done because the Indians believed that an enemy might bewitch a person by using his name. Thus, the real name would be kept secret and any use by an opponent of the public name for evil purposes would bring no harm.

53

ACC0002238

Another ceremony, somewhat akin to that of the girls'
adolescence ritual, was that related to *childbirth*. Like
all other ceremonies, this, too included the exchange of
presents, invitation of all members of the mother's lineage
to be present, and the hosting of large numbers of guests
by the village. The ceremony lasted for several days and
was  supported with food and goods by the husband, his
family, and the mother's relatives. Soon after birth, both
mother and child were given potions made with special
herbs and the mother was allowed to consume only a
restricted diet. Guests brought gifts for the newborn's
family and received goods and food in return.

While the adolescence, death, naming, and childbirth
ceremonies manifested the importance of individuals to
the rest of the clan, the *eagle killing ceremony*
("aswitpimekniktem") celebrated the continued survival
of the group and the eternal life of its members. The
eagle was of central significance to all of the Cahuilla
Indians, including those of Palm Springs. They believed
that he was one of the original sacred beings, created by
Mukat, and that he was immortal. But although
supernatural, he "allowed" himself to be "killed" in
ceremony so that the people would be assured of an
afterlife through sacrifice.

This ritual took place several weeks before the nukil
ceremony and depended at times upon the availability
of an eagle to sacrifice. Each clan regarded as its own a
particular eagle, over whose nest they kept a steady
watch. The net would direct someone to keep a vigil on
the nest, see when the eagle laid its eggs, and observe
when the young eaglets hatched. These and other
developments, such as the appearance of down on the

54

ACC0002239

small birds and their initial ability to eat live game, were occasions for ritual festivities in the village.

When the young eagles were fairly well grown, and just before they were able to fly, the net would direct the paha and a chosen group of assistants to climb to the nest and capture them. This party would approach the nest and fire arrows around it so the birds would panic and leave their place of safety. At this time they were captured, carefully tied up, and returned to the net's house in the village. Here they were placed in a cage, fed, and cared for. Boys of the group hunted rabbits for them to eat, and this went on until the eagles had grown all their feather and become adult birds. When they had reached this stage, the killing ceremony was held.

This was not a large affair, and was therefore attended by only one other Indian clan. At night the people sat in the ceremonial house, sang eagle songs, and performed other relevant ceremonies. Then it was time for the eagle to "die." This, of course, was no natural process, but resulted from squeezing the bird, progressively more tightly, until its lungs and heart were compressed and it succumbed. According to Alice Lopez, who learned the story from her mother, the assembled people would then weep and mourn, as if one of their own number had died, and place items of value around the dead bird. Thereafter, the carcass was skinned and its feathers plucked and used to decorate the images of the dead. The feathers, like the eagles from which they had come, were the sole property of the group and were never given away to another clan.

Another ritual practice involved the *distribution of game.* An unmarried youth would take the game he had killed to the village ceremonial house, for it was forbidden that he should eat it himself. When he obtained his first

55

deer, his mother and father took the animal to the ceremonial house together with other food, and this was shared by other members of the clan. Not until a man was married, with a child, could he take the game he killed to his own abode. And, if he was living with his wife's family, he must give the game to his father-in-law. In this manner, persons of the clan who would not otherwise have means of obtaining food were kept as well supplied as the others. If food was scarce, all went hungry or received assistance. At such times ceremonial gifts from other clans were particularly welcome. Through such self-help and mutual assistance did the Indian community survive.

There were several other rituals in the life of the Palm Springs Cahuilla. These concerned aspects of everyday existence ranging from the group to the individual. A person, for example, might sponsor a ritual and host sufficient guests to aid him in interpreting a certain dream, or the clan might generate a series of ceremonies designed to bring rain to the dry land. Ritual activities were performed to cure illnesses, make successful a coming animal hunt, and affect many other facets of life. In short, ritual and ceremony were basic to the life of the Agua Caliente Indians, serving to strengthen the relationships of the people to one another, maintain the religious beliefs of the group, and help perpetuate the life and culture of the clan.



56

ACC0002241



ACC0002242

Chapter Six

# FOODS FROM THE LAND

When the white man first became familiar with the Palm Springs area, he regarded the land as an arid, barren place, incapable of supporting human life to any extent. Using Agua Caliente–so named by the Mexicans–for many years only as a watering place and waystation to points in California and Arizona, he surveyed the desert surroundings with some apprehension and little appreciation. How, he may have wondered, could the Indians of the region survive in so hot, rugged, and inhospitable a place? Water, of course, was present, but food seemed practically unavailable. As a result, the Palm Springs Indians were left to their ancestral abode for many years, while the white man moved into other locations in California which seemed more promising and profitable.

These early impressions of white visitors to Agua Caliente were based in general ignorance of the wealth of food resources available from the desert and mountains. To the Indians, who knew and made good use of the land, there was an abundance of food present almost throughout the year, a normally plentiful supply for the native inhabitants of the region. The plants and animals of the desert, combined with those of the nearby San Jacinto Mountains and foothills, provided food resources of high nutritive value, and it was upon these that the local Cahuilla depended for their livelihood.

58

ACC0002243

Food gathering was a year long process which involved
every member of the group. Men and boys hunted game,
for meat, and often assisted the women in their daily
task of harvesting and preparing available plant foods.
Food gathering tools were few and simple. Sinew-backed
bows, with sinew strings, were used for hunting large
game, such as deer, while wooden bows with plant fiber
strings, throwing sticks, and slings were employed to kill
smaller animals. A variety of stone and wooden utensils
were devised to help harvest and prepare plant foods,
and these are mentioned below.

The gathering of seeds was fundamental to the Cahuilla
food supply. Wearing a basket-like hat, around the front
of which a strap fitted to support a net, and carrying
basket that hung across the back and shoulders, a woman
would carry a flat basket and "seed fan" in her hands.
Using these tools, she would beat the stalks and leaves
of particular desert plants, catching their nutritious seeds
in the flat basket and transporting the accumulated
harvest in her pack basket. Seed fans, made of sumac
or willow stems and resembling a small racquet, were
highly important, for they made possible the collection
of many edible seeds that were virtually impossible to
obtain by hand. These and other plant products such as
wild plums from nearby foothills, cactus and acorns from
the mountain highlands, and mesquite beans from the
desert were used as food. In all, the mountains and desert
provided a varied and often abundant supply of food for
the Palm Springs Indians.

Meat was normally cooked over a fire, while plant
foods were prepared by certain time-tested methods.
These consisted for the most part of drying, roasting,
steaming (in pits), grinding, crushing, leaching, and

59

ACC0002245

boiling. Upon being gathered and processed they were either consumed or stored in basket granaries or clay ollas. Thus the Indian community had food available for immediate and future needs.

Obtaining sufficient food supplies necessitated on the part of the natives an intimate knowledge of which plants were edible, when they were in season, the habits of animals used as food, and the proper methods of preparation and storage. The usages of centuries assured that the Indian inhabitants of the area would be able to efficiently garner from the environment the available supplies of food. As a consequence, they successfully survived in a location which the early white visitors considered basically uninhabitable. The variety of plants used was impressive and, for thorough consideration, requires a far more lengthy discussion than is intended here. For those interested in a comprehensive account, Lowell John Bean and Katherine Siva Saubel have written *Temalpakh: Cahuilla Indian Knowledge and Usage of Plants*. This highly-readable volume is the foremost work of its kind currently available.

Different plant foods, of course, became available at different times, and knowledge of seasonal growth patterns enabled the Indians to obtain maximum quantities of a particular food item. Harvest activity commenced in the springtime, usually in April, when the stalks of the agave and yucca budded out. From this time onward, until late fall, foodstuffs were continually available. Seed plants, such as chia, were ready for the seed fan gathering process by May or June, wild plums were available in June and July, mesquite and elderberries were present in August, and the pine nuts and acorns were ready from August through November.

61

ACC0002246

From spring to fall, then, foods were obtainable. Only during the winter months were food supplies limited. During this period the Indians depended in large measure upon the quantities which they had previously prepared and stored.

*Drying* was a fundamental part of the food preparation process. Everything that was stored was dried first. Some items, such as seeds, were already dry. Others, such as plum pits and cactus fruit, were dried in the sun; while some, such as the stalks of the yucca, were roasted and then dried. As David Prescott Barrows points out, in *The Ethno-Botany of the Coahilla Indians of Southern California*, "almost everything is dried, crushed into meal and boiled into a mush (atole)." Lack of proper drying, of course, would result in rot and subsequent loss of necessary food, and the Indians took care to see that nothing was wasted. Correct preparation, therefore, was a matter of vital concern.

*Roasting* and *steaming* were also important processes. The roots of some plants and also the stalks of the agave and yucca were roasted in pits lined with hot rocks and heated with long-lasting coals. Some varieties of cactus were cooked in depressions filled with fire-heated stones. Moist sand was used to cover them so that, instead of being roasted, whey were steamed until ready to eat.

The *agave*, mentioned above, was an important food resource. Three sections of the plant–flower, leaves, and stalk–were edible. Flowers were dried in the sun and preserved for future use. These might be stored for several years and still retain their nutritive value. The leaves and stalks of the agave were roasted in pits and then made into cakes and dried in the sun. These, too,

62

ACC0002247

were stored away; and, like the flowers, might be preserved for a long period of time.

Like the agave, the *yucca* was an important plant for the Palm Springs Cahuilla. Flower stalks and blossoms were used as food. The stalk was roasted in a rock-lined pit and, thereafter, dried, ground, and formed into small cakes. According to Bean and Saubel, they were also at times cut into pieces and cooked like squash. The yucca blossoms were boiled and then dried in the sun. Dried yucca, like dried agave, was often mixed with water to form a sweet drink.

*Leaching* was another fundamental procedure, and was very necessary in the case of food plants with high or bitter acid content. It was employed, for example, to remove the bitterness from foods such as acorns and plum pits. The seeds, acorns, or pits were first ground into a fine meal. Next, the meal was placed in either a depression in the sand or a shallow basket, lined with sand. Water was then poured slowly over and through the meal. As it drained away it took with it the bitter taste as well as, in the case of acorns, the tannic acid. By using this technique the Agua Caliente Indians were able to make use of food items not otherwise palatable or edible. In adapting to their environment, they intelligently applied whatever methods were necessary to obtain food from the land. This provided them with a basically nutritious diet.

*Boiling* was still another basic process. Indeed, of all plant foods, virtually everything found its way to the boiling pot. Seeds, acorns, cactus, cactus fruit, and other items, having been leached, dried, and ground, were usually boiled and transformed into a bland but

63

ACC0002248

nutritious mush. This might be consumed immediately, formed into cakes, or dried once more and stored away.

Aside from heat or water treatments associated with the preceding methods, *grinding* and *crushing* were commonly applied to the majority of plant food products. According to A.L. Kroeber, in his *Handbook of the Indians of California*, "it is clear that a few well developed processes were applied to the limits of applicability, rather than that the best possible method was independently devised for each product of nature... Thus grinding and drying stand out among the Cahuilla." Virtually all seeds were processed by grinding or crushing. For this, two basic tools were used. These were the mortar and metate.

The *metate* was usually made from a thin slab of fine-grained rock about thirty by twenty inches in size. This was normally placed so that one end was higher than the other. At the lower end a flat basket was placed to catch the ground flour. Seeds, such as those of the chia and sage, were placed on the metate and crushed with a *mano*. This was a roundish stone with a flat bottom, shaped somewhat like a cylinder, which was grasped with both hands. The mano was rubbed against the seeds on the metate, converting them to flour. A woman would kneel down, facing the raised end of the metate, and place a small amount of seed on its surface. Then she would grind the seed with a mano. The flour would fall away into the basket at the lower end of the metate, and that which stuck to the grinding surface was swept into the basket by means of a small fiber brush.

Whereas metates were used to prepare fine seeds, *mortars* were employed to crush large or pulpy seeds, such as acorns and plum pits. In fact, the two instruments were often used in association with each

64

ACC0002249



ACC0002250

other, the mortar being employed to do initial crushing while the metate was utilized to complete the grinding process. There were two kinds of mortars, *bedrock* and *portable*. A portable mortar was made from a nearly round boulder about a foot in diameter. The Indians would flatten the underside of the stone slightly and create a shallow depression on the top by pounding it with another rock. A cone-shaped basket, with the bottom removed to fit the mortar hole, was attached with a gum-like substance to the rim of the depression and used to contain pieces of seed which flew about during the crushing process. Eventually the hole would become worn so deeply that use of the basket was not necessary.

The stone used to crush the seeds in the mortar was called a *pestle*. This was normally cone-shaped, easily held with both hands, and had a rounded striking surface. Used with a pounding rather than a grinding motion, its heavy impact was required to crush the types of seeds prepared in the mortar.

Bedrock mortars were simply mortars worked into the surface of a large slab of rock. Customarily, they are found together with flat bedrock metates. These, characterized by a polished surface developed by years of rubbing with the mano, are commonly referred to as "slicks." The stones upon which these appear are normally quite large, enough so in many cases as to allow several women to kneel and crush their food items. Bedrock mortars, such as those located at the mouth of Andreas Canyon (on the Agua Caliente Reservation), appear not to have been used with a basket hopper, like the portable mortars. This was because any flying seed particles would land on the extensive rock surface and could be easily retrieved.

66

ACC0002251

Seeds and other dried foods were stored in basket like *granaries*. These were placed on top of high rocks, or perched on elevated platforms made of poles, in order to keep the food out of reach of rodents and other pests. Granaries were made of long, thin, flexible branches of whatever appropriate plant material was immediately available. Leaves and all were loosely twisted into a rope about four inches in diameter, and this was then coiled into a basket. The coils were sewn in place by a technique called "coiling" and thus the basket was constructed. A typical granary stood about three feet high and was almost that wide. It had a flat bottom with a rounded top, in the center of which was a small opening used for filling and emptying the granary. This opening was covered with either a flat rock or a basket to protect the contents.

Some dried foods were also stored in *ollas*. Ollas, containers made of fired clay, were typically roundish in form with a small opening at the top. Filled with seeds, or sometimes with water, they were used as storage containers inside the native huts. They were also used by individual Indians to store foodstuffs in a variety of places. In the sandy alluvial fans of the desert flats grew such plants as the cactus, fan palm, and mesquite. The *mesquite* provided beans approximately four to seven inches long, and a good crop would cover the ground beneath the low-growing trees. By April the blossoms would appear, by midsummer the trees would be laden with green pods, and by July or August the pods were dry and ready to be gathered.

67

ACC0002252

The Indians collected from the mesquite at each of these three stages. The blossoms were roasted in a pit lined with heated stones. Then they were squeezed into balls, ready for eating. Those prepared for storage were placed in an olla and later boiled and eaten or used to make mesquite tea.

Mesquite pods were collected by each member of the family, and this activity was usually a large scale community effort. Large numbers of Indians normally camped together in the groves during harvest time, creating tunnels and rooms among the branches of the trees for ease of access. Green mesquite pods were either crushed in mortars or dried in the sun for future use. The dried pods, pulpy, sweet, and nutritious, were either stored in basket granaries or pounded in mortars to make meal. Mesquite meal was placed in an earthen container and thoroughly soaked with water, then allowed to stand and harden. The moistening process instigated light fermentation, which improved the taste of the mesquite. Once soaked, the meal was shaped into balls or cakes, then dried and stored. When needed, pieces were broken from the cakes and either eaten dry, boiled into mush, or mixed with water to form a refreshing beverage.

Mesquite provided a basic element of the Indian diet and the success of a crop was a matter of strong community concern. Shamans were careful to arrange proper ceremonies to assure rainfall in the spring and dry weather during harvest time. There was also a first-fruit rite especially related to the mesquite. Some beans from the new crop would be collected, then prepared and eaten in the ceremonial house. Only then—when a successful harvest was assured— could the people go and gather the mesquite beans. The mesquite was so

68

ACC0002253

important, indeed, that each group owned a particular part of certain groves. Boundaries were well known, and poaching could lead to outright war. Assuring one's food supply was necessary for survival, and ownership of a mesquite grove was a serious matter to infringe upon.

Another important source of food for the Palm Springs Indians was the *fan palm*, a tree native to the surrounding area. This provided not only a basically dependable supply of food, but was also used for building material and fiber. The fruit, which was eaten fresh or dried in the sun and stored, was gathered from late June to early November. Although mostly seed, the small date of the fan palm had a sweet flesh, much like the present domestic date. Clusters of dates were detached from the tree by use of a long willow pole with a notch in the contact end. When dried, the entire date–flesh and seed– was ground into a fine flour, mixed with other meal, boiled and eaten as mush.

Like the mesquite, sections of palm groves and some individual palm trees were owned by particular groups and families. It was considered a great offense for one to enter another's groves and pick dates from the trees. The principle of ownership derived from the importance of the fan palm as a food resource, building material, and useful fiber–all necessary elements in the survival of the local Indians.

The *acorn*, like the mesquite and fan palm, was another essential element of the Indian food supply. The annual crop was fairly dependable and relatively large, compared with other food sources. Because they contained significant amounts of protein, fats, and carbohydrates, acorns were a valuable nutritional item. And, if a crop failed because of such problems as insect damage, the entire Indian population might face a severe food crisis.

69

ACC0002254

The Cahuilla Indians of Palm Springs had direct access to acorns from the San Jacinto Mountains, but they seem in addition to have traded some of their abundant mesquite beans for acorns gathered by the inhabitants of the San Gorgonio Pass region. There were four particular species of acorn: Black Oak (preferred); Coast Live Oak; Scrub Oak; and Canyon Oak. Acorns ripened during a two to three week period in October or November, and gathering them was a large scale family and community activity.

The collection and preparation process was basically as follows. Hunters kept a watchful eye on the acorn crop as it developed; and, when it was ready for harvest, they returned to the village and informed the leaders. Then, every member of the village who was physically able would go to the mountains and foothills to collect the acorns. This was a festive occasion as well as a work period. Long distances were traveled and heavy loads carried, but the harvest season was short and food was abundantly available. Upon arriving in the acorn groves, the men would climb the trees and knock the acorns from the branches. These were collected by the women and children, waiting below. They were then cracked and dried, a process performed by the women. During this time the men would hunt deer and other animals found in the area at the time, such as woodrats, quail, and squirrels. Thus the acorn harvest resulted also in the obtaining of necessary meat and skin supplies.

Acorns, once dried, were carried back down to the village. As most acorn crops were fairly large, this usually meant several trips to and from the mountains. Once below, the acorns were stored in granaries and processed when needed.

To prepare the acorn for eating, the women pounded

70

ACC0002255

the nuts in mortars and leached the meal with water to remove the tannic acid. Some of this meal was then dried and, when needed, reground and cooked. The leached meal was cooked with boiling water and stirred continually, until it began to thicken. When in this condition it was allowed to jell into a custard-like mush. One cup of acorn meal produced about two cups of mush.

Another method of preparation was to mix the acorn meal with water, form a pancake-like shape, and roast this in hot coals. Thus the acorn was obtained and used. But it was important not only as a staple food item. Acorns were also used to bait traps, for juggling, and as ornaments on necklaces. Valuable as an essential source of food, they therefore had other functional uses as well.

While the mesquite, cactus, fan palm, and acorn provided a generally reliable food resource, many other plant foods were used when they were available. The *chaparral*, for example, which covers the base of the San Jacinto Mountains, produces millions of seeds each year. Edible and nutritious, these were collected by Indians with a seed fan and either eaten or stored for later use. Seeds of all kinds were kept as insurance against low food supplies. According to Francisco Patencio, "In stormy weather, when no one could go away hunting, they used the seed, which the mothers always kept sealed away in ollas."

*Seeds* stood as a basic element of the Indian diet for several reasons. Many had a fairly high protein content easy to obtain. Some of the more commonly used seed plants were the golden yarrow, goosefoot, peppergrass, manzanita, sage, wormwood, wild squash, sunflower, ocotillo, and wild buckwheat.

71

ACC0002256

*Sage* was easy to acquire and four varieties–white, black, thistle, and chia–existed within the Cahuilla territory. Seeds of the chia, black sage, and thistle sage have a nutty flavor, while the white sage has a very strong taste. The last was commonly used as a flavoring along with other seeds in a mush. The other three were used for flavoring purposes, but were more commonly cooked into a mush by themselves.

Of the four types of sage, chia was the best known as a nourishing food source. Because only a small amount– as little, it is said, as a teaspoonful–was sufficient to keep a person going all day, it was used as trail food, parched and mixed in historic times with wheat flour. Chia was also valuable in another way, for when mixed with alkaline water it was said to partially neutralize the harmful qualities and make the water drinkable. It has been noted, too, that if one placed a chia seed in the corner of each eye before going to sleep at night, the dust and other pollutants acquired during the day would be attracted to it. In the morning, the seed and adhering matter was easily removed from the eye, and ocular hygiene was thereby assisted.

The chia plant was found near the mountains in considerable quantities. Although it might require extensive labor to collect useable amounts of the tiny seeds, their value was worth the effort. By early summer the Indians had customarily filled their storage ollas with chia and had in hand a nutritious food supply.

*Roots* and *tubers* were also found in the Indian diet. These were eaten raw or baked in a stone-lined pit, covered with leaves (for moisture) and hot ashes. Such baking took from twelve to twenty-four hours. One of the first recorded descriptions of the Cahuilla diet comes from Pedro Font, a Spanish priest who accompanied

72

ACC0002257

Juan Bautista de Anza during his trek from Sonora to San Francisco Bay in 1775-1776.

Font, describing the eating habits of Cahuillas in derogatory terms, noted that "Their food consists of tasteless roots, grass, seeds, and scrubby mescal." Little did the critical cleric realize the intrinsic food value of these plants and the centuries of usage involved in creating a source of nutrition for a civilization of which he had no knowledge.

Some of the most popular roots used by the Indians were those of the mariposa lily, desert lily, tule (bulrush), and cattail. Tule and cattail were found only in moist places and the pollen from these plants was also used as food. Generally the roots were collected when young and tender, and roasted (steamed) in stone-lined pits.

*Greens* were also eaten when available. They held a place of special interest for the Indians because they were considered a delicacy. They were most abundant, of course, near water. And those harvested included such plants as wild celery, milkweed, wild buckwheat, peppergrass, tarweed, dandelions, pigweed, and clover.

*Berries*, too, were collected whenever they could be obtained. Currants, strawberries, raspberries, elderberries, service-berries (juneberries), and juniper berries were among those used. One of the most favored was the elderberry, which ripened in July or August. During berry season entire families would collect the fruit and sometimes live entirely upon a berry diet. Berries were thus eaten fresh, and those left over were sun dried for later use.

Other *fruits* were also eaten fresh or dried, and the pits (seeds) were dried and ground into flour. Desert apricots were collected, as were chokeberries, holly leaf cherries,

73

ACC0002258

and plums, which grew in the well-watered mountain canyons and in the higher elevations. The pits were broken open and the kernels were extracted. These were ground in the mortar, leached with water, and boiled into mush.

The fruit of the manzanita was well liked and was gathered, when available, with great enthusiasm. It was either eaten raw or dried and pounded into flour. Early in the season, when the berries were only slightly red, the Indians occasionally soaked some–crushed or whole–in water to make a cooling beverage. Although popular, the manzanita berry did not appear regularly, for the crop was erratic and varied from year to year.

Another well liked but undependable food item was the *pinyon*, a type of pine nut. Midsummer and late August were the two collecting times, and the entire family turned out to the mountains to help in the gathering process. In midsummer the pine cones were green and must be pulled or beaten down from the trees. Placed in a pack basket, they were carried to a central location, piled on a heap of brush and roasted. This dried the pine pitch and loosened the nuts inside the cones. In modern times the cones were split open with a hatchet and the nuts were shaken out. But before the hatchet came into use the roasted cones seem to have been crushed in mortars and the nuts sorted out from the pieces of shell.

During the August harvest, cones were again gathered from the tree. Gathering them at the correct moment was extremely important at this season. For, if the now mature cones were allowed to ripen on the tree, they would open and the pine nuts would fall to the ground, where they would be consumed by birds and animals. It was essential, therefore, that the cones must be gathered

74

ACC0002259

while still closed. This done, they were gathered and roasted. The roasting caused them to open and the nuts were shaken out. This last process was usually accomplished by striking the end of the cone with a heavy rock.

Pinyon were prepared for eating by parching. This made the hull brittle and also cooked out some of the oil, making the nuts more palatable. A mano was then rolled over the nuts to crack the shells, and the edible portion was recovered. These were eaten whole or ground into flour. During the gathering time a family might collect several hundred pounds of pinyon and carry them back down to their desert home, thereby supplementing their supply of available food.

In addition to prepared foods, beverages, such as that made from the manzanita berry, were part of the Indian diet. Ocotillo blossoms were soaked in water to make a refreshing drink, as were mesquite beans, sumac berries, and lemonade berries. These drinks might be either hot or cold. So the Cahuilla Indians employed knowledge and intelligence to make edible and useful a wide variety of plants found throughout their environment, in addition to devising means for harvesting meat supplies from the animals and fowl of their lands. To the white man, this area might appear to be essentially barren. But to the Indian, who knew it intimately and understood the nature of which he was a part, the land was a generally reliable provider of food both for good nutrition and survival.



75

ACC0002260



ACC0002261

# Chapter Seven

# HANDCRAFTS FOR SURVIVAL

The Palm Springs Indians were adept in a number of crafts which pertained to the needs of everyday life. These included the making of utensils, storage containers, houses, clothing, and hunting implements. Centuries of experience created knowledge of what was necessary and the means to provide it. Life pursuits were therefore functional, but they had artistic overtones as well.

*Pottery*, of course, was a basic need. This was usually made by the older women, who gathered their clay from either the mountains or the desert. Desert clay was finer, contained less gravel, was easier to work with, and was therefore preferred. After the clay was collected in chunks and taken back to the village, it was ground on a metate and the larger rocks and pebbles were removed. Pieces of pottery found by archaeologists show that "temper," in the form of crushed granite or potsherds, was added to the clay to help control shrinkage when the new pot dried and also to provide spaces to allow water vapor to escape during firing. Temper and clay were mixed dry, and water was then added until the mixture formed a dough-like consistency.

Pots were formed by a process called "coiling' and shaped with a wooden paddle and a smooth stone, or "anvil." To begin, a woman took a ball of clay and

77

ACC0002262

flattened it into the shape of a pancake. A saucerlike support–often the bottom of a broken olla–– was used to contain this piece while coils of clay were added to it, to form the pot.  Balls of clay were rolled between the hands until they were elongated into a thick, sausage-like shape. Each was next thinned and further lengthened by rolling on a board or the bottom of a basket. At this point the roll was placed on the inside edge of the clay "pancake" and coiled into a circular shape. Thumb and fingers then squeezed and slightly flattened the coil–this process was repeated as each coil was added. Next, a polished stone anvil was held on the inside of the form while a wooden paddle was used to gently pat the outside of the developing pot. This helped to further flatten the coils, bond them together, and prevent the formation of air pockets in the seams.

The clay and tools were kept wet during this stage of manufacture. When the damp clay pot was shaped into its general form, it was allowed to dry for a short period, after which the paddle and anvil were again employed to  compress, thin, and stretch the clay into its finished form. It was then allowed to dry.

After drying to what might be called a leather-hard state–that is, when it was still just slightly moist–the pot was smoothed on the outside by rubbing with the anvil stone. It was then dried in the sun for a few days. If decoration was desired, a design of dots and lines would be applied. A black mineral earth was sometimes used for this purpose, but more commonly employed was a type of clay which turned red when fired.

A shallow pit was used for firing the finished pot. Mesquite bark–or, in historic times, cow manure–was used to produce a slow burning but hot fire which would bring the pot to a glowing red heat. The firing was

78

ACC0002263

finished in a day, but the pots were occasionally left in the pit overnight. Pots were used for a variety of purposes, such as cooking, storing foods, and holding water. Even after being fired the pots were still somewhat porous. In the case of a water jar, the water was thus allowed to slowly seep through the container and evaporate on the outside, producing a natural cooling of the jar and its contents. Pottery, then, was not only an art–it was a craft necessary to the routine life of the Palm Springs Indians.

*Basketry* was also an important and functional art. Baskets were used for numerous purposes, including carrying gathered seeds, food storage, leaching, hats, and gifts. In general pragmatic terms, they were used much as the white man uses the bag, box, and cabinet. Two basic manufacturing techniques were employed in basket making. These were (1) coiling and (2) twining.



79

ACC0002264

Materials used were juncus, a reed-like plant which grew in moist places, palm fiber, long stems of grass, sumac stems, and willow stems. Twining produced a basket the component strands of which were separated by small gaps. Such baskets were therefore used to contain relatively large pieces of food. Coiling, on the other hand, produced a tightly-constructed basket which might hold such minute items as seed or ground meal. Because tight containers were highly desirable, coiling was the most common method of basket making.

*Woodworking* was also a practical art employed by the Indians to provide numerous useful items. Axes, adzes, chisels, and gouges appear to have been unknown among them, so more primitive but nevertheless efficient methods were devised to work wood. Fire is said to have been used to cut large logs into short sections. Some archaeological remains indicate that wood was split to obtain thin sections for making such tools as the pottery paddle, throwing stick, and even hunting bows, which were half round. Wood was shaved or shaped with the use of a sharpened stone, while pumice was used like sandpaper to refine and smooth wooden items.

*Stonework* was also pursued to provide necessary implements. Through skillful use of a hammerstone, employed with a quick, loose-wristed flick of the hand, common stones were turned into such useful items as arrow points, knives, scrapers, choppers, and woodworking tools. Materials used in this process included agate, obsidian, basalt, quartz, quartzite, common opal, and others. Smaller stone items were also produced through use of a pressure tool made from bone or antler. One end of the tool was ground to a chisel shape. This was then placed on the stone–usually flint–

80

ACC0002265

and pressure was directed downward with a twisting motion until a small piece of stone (or, "flake") was pushed off. This process was repeated until the desired shape and edge was obtained.

*Fiber* and *cordage*, and the items made from them, were also basic elements of the Indians' functional needs. Fibers were obtained from a number of plants and twisted into strings and rope. The most commonly used plants were the yucca, agave, and the common reed. Milkweed and Indian Hemp were also used, although, because they grew in less abundance than the other plants, not so extensively. Fibrous material was also obtained from mesquite bark and the inner bark of the willow and cottonwood, but this was not often twisted into cordage. Palm leaves, being fibrous, were sometimes plaited or made into coarse baskets; and, because it was flexible enough to bend into a very small circle, palm fiber was sometimes used in the starting coil of a basket.

Yucca and agave were prepared by soaking the leaves until the outside of the leaf and the pulpy part were gone, leaving only the fibers. These were then buried in sand, to whiten them. Next, a handful of fibers was combed out with the fingers, the ends moistened with saliva, and twisted into a cord on the bare thigh. Common reed, found around springs and water sources, was also soaked, but only until the bark came off. The fibers were extracted by scraping. These were yellowish, soft, and silky, whereas the fibers of the agave and yucca were more coarse. Milkweed and Indian hemp both produced a silky strong fiber. This was extracted by collecting the stems and crushing them until the fibers were loosened from the bark. Of all these plants, the reed produced the strongest fiber and was therefore much used by the Indians.

81

ACC0002266

Most cords formed from fibers were two-ply–that is, they contained two twisted strands of fiber. Cordage found wide usage in nets for carrying, rabbit nets, sack-like nets, baby cradle nets, sandals, bowstrings, and slings. It was also twisted together with long strips of rabbit skin to make ropes which were then woven into blankets and capes, for use in cold weather. Such coverings were normally the only clothing worn by men except for the sandals which they used on long trips. Women also used the rabbit skin robe during cold weather, but more commonly wore a two-piece skirt. The back half of this was usually made from mesquite bark, which had been rubbed until soft, or the inner bark of the willow tree. The front half of the skirt was often made of a heavy fringe of cords made from one of the softer fibers. Since mesquite bark was quite soft, it found frequent use not only in clothing for women, but also as a diaper material for infants.

Small brooms, used to clean mortars and metates, were made from agave or yucca fiber. Cordage from the agave and reed were quite strong and stood up well under continual usage. David Prescott Barrows, in his *Ethno-Botany of the Coahuilla Indians of Southern California*, notes that bowstrings from such fibers sometimes lasted for years and that women often carried loads weighing up to 150 pounds in nets made from the same material.

Tendons from deer, mountain sheep, and antelope were used to make a fiber-sinew. These animals have a long tendon on each side of the backbone and also in the legs. These were collected, dried, and pounded. Pounding broke the tendons down into very fine thread-like strands. Bowstrings were made of sinew, and arrowheads and feathers were bound to the arrow shaft

82

ACC0002267

with strips of this material. The strips were moistened in the mouth, wrapped around the feather or point, and smoothed down. It was not necessary to tie the strings because the sinew, once wetted, adhered to itself as it dried.

*Hunting implements* were also produced through Indian expertise in the manufacturing crafts. *Arrows* for hunting large game were made with a cane shaft, a hardwood foreshaft, and a stone point. Three feathers were used to stabilize the arrow's flight. These were attached to the arrow with sinew. The foreshaft was inserted into the hollow cane and sometimes held in with asphaltum or a vegetable gum. The end of the cane was usually wrapped with sinew, to strengthen it. Stone points were attached with both asphaltum and a sinew binding. Arrows for hunting small game, such as rabbits, usually had just a sharpened point on the foreshaft and often had only two feathers.

*Bows* were of two types--the (1) "self bow," which was a simple stave of wood, and the (2) "backed bow," which was wood strengthened by application of a layer of sinew to the back. This sinew backing was quite elastic and produced a bow far more powerful than one made of plain wood. It was applied in long strips to the bow with an animal hide glue. Francisco Patencio refers to producing such a glue by cooking a deer's head until soft. A three-ply string of sinew was used to produce the strongest bows.

Mesquite was the preferred wood for the backed bow, while willow and even palm fronds were used for self bows. Willow bows were normally between 3 1/2 to 4 1/2 feet long, and 1 1/2 to 2 1/2 inches wide at the center. The backed bows seem to have been only about three feet

83

ACC0002268

long, much like those used by the natives of the Great
Basin, to the north.

The shape of the willow bow was something like a
capital "D" with the ends curving sharply toward the
bowstring. This curve was set in the wood and may have
been produced in either of two ways. The Kamia Indians,
just to the south of the Cahuilla, produced the curve by
tying green wood into the "D" shape and drying it in the
sun. The Mohave Indians, to the north and east, produced
the shape by wrapping the ends of the dry bow with wet
willow bark and thrusting them, alternately, into hot
ashes. When the wood became hot, the ends were
pressed against the ground and held in position until
they cooled. This produced a permanent curve in the
wood. During the hunt, the bow was carried in the hand
while arrows might either be carried in a skin quiver,
thrown over the shoulder, or grasped in the same hand
which held the bow. Bows were drawn by Indian hunters
with three fingers on the string, with the arrow resting
between the first and second fingers.

Hunting was the chief occupation of the men. A man
was often referred to in terms of his ability as a hunter.
Skill in this pursuit was, after all, basic to the survival of
the clan. In search of game, hunters from the Palm
Springs area ranged far into the high mountains for deer
and mountain sheep, and stalked the lower slopes in
pursuit of antelope. Since such activity was strenuous,
older men could not participate. However, they helped
to bolster the community food supply by hunting smaller
animals and setting traps.

In addition to bows and arrows, the *throwing stick*
and *throwing club* were essential items. The first, made
of hardwood, was shaped like a crescent, or a sickle, and
was about three inches wide. Even the earliest travelers

84

ACC0002269

through Cahuilla territory, such as Juan Bautista de Anza in 1775-1776, marveled at the Indians' skill with this weapon. According to Anza's diary, they could "throw it from a long distance, and...not one of these animals at which the heathen threw these sticks was missed." The throwing stick was employed to break the legs of the animal or stun it, so that it could be easily captured. The club was used in much the same fashion. It was made from the root and trunk of the chamise, and was thrown with accuracy at distances ranging up to fifty yards.

In big game hunting a disguise was often worn by hunters to assist them in getting close to the animals. This was a dried deer head with the skin still attached. The head fitted over the hunter's head, like a hat, and the skin covered the rest of his body. He would mimic a deer's movements and work his way closer to the animal he was after. The skillful hunter also knew how to make sounds to call the animals to him. Or, he might wait in ambush along a trail or at a water hole. Antelope were sometimes run down by several hunters, working in relay fashion and trailing the animal until it fell, exhausted.

Small animals and birds, such as rabbit, quail, doves, and wood rats, were often captured by use of nets, snares, and pits, in addition to the bow, arrow, and club. One ingenious trap used by the Indians was a net bag, set in a runway in such manner that a rabbit would run into it and become hopelessly entangled. Driving animals into an area from which they could not escape was also a common hunting method.

In addition to pottery, basket making, and hunting crafts, *fire making* was another skill both useful and necessary for the Indians of Palm Springs. Fire was made most commonly with a fire drill, of which there were three parts–a hearth, made from a palm frond; a drill,

85



ACC0002271

made from the seed cluster stem of the palm; and tinder, which was any material that burned easily.

The hearth had a rounded depression near one of its edges. A notch was cut from the edge of the frond into the middle of the depression. The hearth was then placed in the depression and twirled between the hands with a downward pressure, producing a dust between the drill and hearth which fell through the notch into the tinder. As the spinning continued, the friction between drill and hearth produced heat, and the dust falling through the notch eventually began to smoke and glow. When the dust became hot enough, the hearth and tinder were picked up and gently blown upon until the tinder caught fire. This was then used to light the larger fire.

The entire fire making process was said to take less than three minutes. Observations among the Apache Indians, who used the same technique, indicate that the time might range from only eight to forty-seven seconds. But although the time was short, the Indians tried to make the fire process more convenient whenever possible. Accordingly, Francisco Patencio records that coals were often carried in small ollas, covered with ashes, so that a fire would not have to be started anew. Slow-burning woods were also prized, as they kept a fire from one day to the next and made it readily available.

The building of *houses* was another skill which made the Indians life more comfortable and provided necessary protection from the elements. Caves, fronted with brush, served as shelters in the canyons at times, but in the lowlands structures had to be provided. Most Indian houses were rectangular in form and averaged in size from about fifteen to twenty feet in length, with a width of about the same distance. Some habitations, of

87

ACC0002272

course, were simply small brush shelters, but the larger structures provided a much better living space. Thatched roofs of whatever was at hand–palm fronds, arroweed, willow, tule, or other shrubbery–were supported by stout, forked posts set in the earth, and corner and frame posts. Roofs were slightly peaked and had a hole in the top to allow smoke to escape. Some houses had simple brush siding, while others had such siding plastered over with mud or banked with sand for additional strength and protection.

The largest structure in any village was the ceremonial house, usually circular in shape, with a diameter of around fifty feet. Centrally located, this was the house of the net, and here was kept the sacred ceremonial bundle. With an attached cooking area and outside location, this was the scene of political meetings, curing rituals, recreational activities, and other ceremonial events important to the life of the clan. The interior was separated into living space, sacred sanctuary (where the ceremonial bundle was kept), and dance floor for ceremonial dances.

Another structure of the Indian village was the sweat house. This was used mostly by adult males who came to enjoy the therapeutic comfort of the intense interior heat. The high temperature was provided by fire-heated stones brought from outside to a special location inside the structure. Sweat baths were both pleasurable and healthful, and served the Native Americans in much the same fashion as sauna baths soothe modern citizens. Because this structure was used by the men of the tribe, it functioned not only as a health center, but also as a place where matters of concern to the male population were discussed.

The Palm Springs Indians, therefore, were adept in a

88

ACC0002273

number of crafts and activities which helped them in their quest for survival and in managing their daily affairs. Living in a challenging environment, they made use of what nature offered to make their lives more healthy, secure, and comfortable. Pottery, basketry, house building, fibers, arrows, cordage, fire, bows, throwing sticks and other pursuits and implements were fundamental to the routine aspects of living. Functional and ornamental artistry were involved in these various endeavors as utility, time, and personal inclination directed. The Agua Caliente Indians, employing the products of nature for their particular needs, were highly creative in the skills and crafts which converted the elements and creatures of the earth into items necessary for survival, as well as the intelligence and sensitivity to make their existence more pleasant and meaningful.



89

ACC0002274

Chapter Eight

# WHEN THE WHITE MAN CAME

The ways of the Palm Springs Indians remained basically the same over a period of several centuries. Food was gathered, earthquakes and floods endured, customs followed, children born, and traditions kept for the most part intact. The everyday life of the local Cahuilla was therefore much the same by the late eighteenth century as it had been hundreds of years before. This was not because the Indians were backward or unable to change. On the contrary, it was because their way of life was both successful and satisfactory under the circumstances in which they existed. It was, to be sure, often difficult; but the Indians had so well adapted to their desert environment that it was once estimated that their numbers by the year 1700 totalled about 2,500. So, with no real reason to alter their traditional lifestyle, the Indians continued in their patterns of belief and survival, interacting with the natural surroundings of which they were so intimate a part, remaining an ornament rather than a detriment to the land.

Change, however, became inevitable once the culture and presence of the white man entered the lives of the Indians. The first recorded contact of Cahuilla groups with the Spaniards–the first European people,

90

ACC0002275

apparently, to enter this region—was made in 1774. Juan Bautista de Anza, attempting to establish a viable overland route from Sonora to Monterey, encountered several Indians in Coyote Canyon (southern Riverside County) and elsewhere along the way. His route took him on a northwesterly course past the present towns of San Jacinto, Moreno, Edgemont, Riverside, and Pedley. The Spaniards did not go near the Palm Springs area at that time, but word of their presence undoubtedly passed that way via the natives' verbal grapevine.

During the period in which Spain claimed California (until 1822) there was little contact between Europeans and the Palm Springs Indians. The establishment of missions from Monterey to San Diego did not have direct effect on the natives of the inland regions, for the Spaniards were not much interested in this desert land, which they considered principally wasteland. And the Cahuilla, using their weapons mainly for hunting rather than warfare, posed no threat to the Europeans. Hence, they were left alone. Whereas many California Indians became "Mission Indians," under the control of the mission fathers, those at Agua Caliente cannot rightly be called by that term, although this was generally applied to all California natives as time progressed.

Contact with white men increased following the Mexican takeover of California in 1822. Just when this intercourse commenced is not certain, but one of the earliest recorded instances took place in 1824, when a Mexican military expedition led by Captain José Romero passed through the site of present Palm Springs, known to the Mexicans as "Agua Caliente" (hot water). It is clear from the name that the place was familiar to Romero and his soldiers before their arrival; and, in addition, they anticipated reaching the area in order to

91

ACC0002276

obtain some badly-needed water.

The diary of Lieutenant José Maria Estudillo, written during this journey, records the sighting of many Indians along the way, an occurrence which neither excited nor provoked fear among the travelers. They were apparently used to the natives and knew that they were not hostile. It was well known, wrote Estudillo, that the land of the "Cohahuilla nation" occupied a large area, covering more than twenty-two leagues. However, he remarked, it was all "sterile land." This last notation was representive of the reason why the white man at first gave little attention to the apparently desolate area.

The expedition arrived at "the Well of Agua Caliente" about ten o'clock on the evening of January 18, noting that "there was not any pasture." Some Indians, said Estudillo, who claimed to be from the Rancho San Bernardino (more than fifty miles to the northwest), tried to steal some horses. The Mexicans attempted to capture them, but they escaped through the craggy mountain surroundings in the blackness of the night.

Although contact between the natives of Agua Caliente and the lords of California was by no means extensive, interaction between Indian and white man was more frequent during the Mexican period (1822-1848) than during that of Spanish supremacy. The accounts of the Romero expedition, for example, tell us several significant things. First, the Mexicans visited Agua Caliente as a routine stop in their desert travels–thus, white-Indian contact was more or less common by this point. Second, the Mexicans were well aware of the peaceful nature of the local Indians, indicating that each group felt relatively comfortable with the other (or, at least, that each realized its comparative strength). Third, one of the main reasons that the Palm Springs area was

92

not desirable for missions or rancho–like those, say, at Santa Barbara or San Diego–was the seemingly barren nature of the landscape. And, fourth, the Indians were apparently in contact with other groups of natives whose experience with Mexican government and culture was more direct.

The alleged horse thieves referred to by Estudillo may indeed have been from the Rancho San Bernardino. Or, perhaps, they might have come from nearby Rancho San Gorgonio (the site of the modern town of Banning). In any case, this implies Agua Caliente contact with Indians well under the influence of Mexican dominance and also the Christian religion. And that this was so is further indicated by Estudillo's mention that, shortly after departing the Palm Springs area on January 19, 1824, the party "encountered some cowboys" who were driving cattle from Agua Caliente to the San Gorgonio Rancho. It is clear, then, that by the 1820's the Indians at Agua Caliente were coming ever closer in touch with the culture and religion of the white man. And this marked the beginning of the end for their traditional way of life.

As time went on, direct and indirect contact with the Mexicans and occasional American inhabitants of California gradually increased, and this cultural co-mingling had significant effect in the long run upon the lifestyle of the Palm Springs Indians. Francisco Patencio recounts the progressive coming together of Indian and white civilization, and points out that, although there was no Catholic mission in the immediate vicinity of Palm Springs, the hands of the priests reached out even into the desert.

The Mission fathers, he recalls, attempted at all times to be kind to the California Indians, despite legends and stories to the contrary. However, even these benevolent

93

ACC0002278

intentions helped break down the cultural homogeneity of the Cahuilla people and extended difficulty into the lands of the Agua Caliente. Since most of the priests could not speak the Indian tongue, they tutored Indian neophytes in Spanish and sent them to spread the Christian religion and Spanish language among their brothers. Many of these converted Indians, whom Patencio refers to as "Kis-se-an-o," were quite ruthless towards their own people. They worked the mission Indians relentlessly, like the black slave drivers of the Old South, and punished runaways without mercy. They kidnapped Indian children and took them to the missions to be converted and raised in the European culture by the priests, who often assumed that their parents had sent them willingly.

Thus, even the good intentions of the Christian fathers brought misfortune to the Indians, and the Native Americans began to distrust the white man and be wary of him. For this reason, says Patencio, the Palm Springs Indians took to living in the cliffs to the north of Tahquitz Canyon. From here they could observe the land below, watch for approaching strangers, and hide their children in the caves and other secret places among the cliffs. They became, in Patencio's terms, "like hunted animals searching for a safe place to hide their young." The Indians, he says, had once thought that they knew all about suffering, "but now they learned it all—there was no more to know." The natives naturally resented this forced change of lifestyle and the apparent threat from the white man. As Patencio remarks, the priests and landholders could come to California, remain for but a short time, and then move on. But the Indians, whose land and culture they had permanently altered, had nowhere else to go. They must remain and endure.

94

ACC0002279

If contact with the Mexicans caused cultural shock for the Indians, this was increased and expanded after the United States obtained California in 1848, at the close of the Mexican War, by the Treaty of Guadalupe Hildago. The Americans, many of whom were already in California, were an aggressive, relentless people whose activity and development in the area would from the beginning outstrip that of their Spanish and Mexican predecessors. By 1848 such persons as Isaac Williams and Paulino Weaver, claimants to the Rancho San Gorgonio, the most distant of Mission San Gabriel's cattle ranches, were active in Southern California. Hence, from the outset of American control, Anglos were in the nearby vicinity of the Palm Springs Indians, and doubtless were in frequent contact with them both as neighbors and as passers-by.

By 1862 the discovery of gold along the Colorado River brought American seekers-of-fortune from Southern California across the desert to the mining fields of Arizona. William Bradshaw, a former soldier with John C. Fremont and later a prospector, established a route from San Bernardino to Ehrenburg for miners to follow. This, significantly, was an old Indian trail. It led travelers to Bradshaw's toll ferry, located in the vicinity of the modern town of Blythe, on the Colorado River. The "Bradshaw Trail" became the primary route of travel from Los Angeles, San Bernardino, and points north to Arizona during the 1860's and early 1870's. Waystations were constructed along the entire way for stagecoaches and travelers to make their weary, dusty, thirsty journey over it. These stops were naturally located at convenient water sources. Agua Caliente, therefore, became a regular halt along the Bradshaw Trail.

95

ACC0002280

Hank Brown constructed the first stage station there, paying the Indians for water and also the land needed for the station and corral. Brown apparently dealt fairly with the Native Americans, for Francisco Patencio records that they found "no fault" at any time in working with him. But the first white man to actually make his home at Agua Caliente was Jack Summers. He served as agent for the stage line and rented a twelve acre parcel of land from the Indians in what is now downtown Palm Springs.

Summers occupied an adobe home with his wife. The adobe was purchased from the Indians, as was all the food which Summers consumed. Men like Brown and Summers treated the Indians fairly, paying them for the land they occupied and the water they used. They also hired local Indians to farm the land, perform routine tasks, and gather galleta grass to feed the horses. Patencio recalls that the Indians would leave home early in the morning to gather grass and not return until late in the day, receiving cash payment for their efforts. So initial contact with the Americans was not economically harmful to the Indians. Still, progressive intercourse between the two cultures helped to continue the breakdown of Indian isolation and cultural integrity.

As the white population increased in the region, Indians worked as laborers and at other occupations to earn money. Gone was their dependence only upon nature–and diminishing, too, was their traditional socio-economic pattern. Now they gradually came to adopt many of the white man's ways, became enmeshed in his social framework, and became part of a new life pattern. They worked for Americans in the greater surrounding region, doing laundry, working as farm hands, operating ranch machinery, and otherwise becoming involved in the wage-labor cycle and the American economic

96

ACC0002281

structure. The old days were past, and the old ways were in the process of inevitable change.



*Bathhouse 1910*

97

ACC0002282

Chapter Nine

# SALVATION FROM THE SPRINGS

Between 1880 and 1900 recognition of California's desert and mountain lands as havens for tourists and health seekers swept America. The hot springs of the lowlands and the clear mountain air of the San Jacinto Mountains attracted citizens from across the nation. And so, by the late-1800's, viewing the commercial potential of a land once considered fit only for snakes and lizards, American investors began to turn their eyes towards the lands of the Agua Caliente Indians.

The principal attractions at the time were dry desert air and the hot water springs. These waters were located at the site of the present SPA Hotel. The Indians had used the springs for centuries, and in 1853 surveyors for the United States government recorded their view of Indians bathing in them.

The natives attributed magical powers to these waters, and Francisco Patencio records the legend of their supernatural origin in his *Stories and Legends of the Palm Springs Indians.* According to Patencio, the first Indians to live near Palm Springs were afraid to live near the waters, believing that they were "alive." They heard strange sounds—of animals and people—coming from the spring "if something was going to happen to them." A

98

ACC0002283

huge blue frog, weighing nearly one hundred pounds, lived in the spring, as did a snake and other spirit creatures. This was a place of powerful magic. Whenever the Indian people wished to bathe in the spring, they first offered food and prayers in the ceremonial house to make sure that nothing would happen to them.

The spring was believed to be part of an underground system whereby all hot springs in the region were connected. Magic like that of the Palm Springs waters was also attributed to the other hot springs by Indians living near them. In this manner, there was not only an assumed physical link among the pertinent Indian groups, but a similar belief system as well.

Alice Lopez relates that, as a young girl, she was afraid to go near the waters at Palm Springs. Pedro Chino informed her that a large snake inhabited the waters, as did "water babies." These were spirit beings who would cry, like human infants, when something unfortunate was about to happen–"they *knew*," says Lopez. So the hot mineral waters of Palm Springs contained magical properties in the eyes of the Agua Caliente natives and the other Indians of the surrounding region. As time went on the white man saw magic in the bubbling waters, also, but magic of a different sort–profit from tourists' dollars.

The 1880s saw the beginning of active Anglo development in the Palm Springs area. Guthrie McCallum, of Los Angeles, purchased land from the Southern Pacific Railroad there and commenced experimentation with vegetable and fruit crops, while B.B. Barney, of Riverside, bought some acreage from McCallum and established the Garden of Eden Company. The primary necessity in any enterprise, of course, was water, and this central factor was destined

99

ACC0002284

to cause continued difficulties between whites and Indians at Palm Springs.

Since the Agua Caliente Indian Reservation had been officially established by the federal government in 1877, local Indians had a legal basis for complaints against use of their water in what they considered to be any unjust fashion. Their anger was prompted by Barney when he built a large flume, which extended across almost a mile of Indian land, and diverted water from Andreas Canyon to his own lands. Barney claimed that he had purchased both land and water rights from the Indians, but the natives declared that he had not. Since their principal water supply came from Andreas and Tahquitz Canyons, it was necessary for them to protect their rights. In the end, the waters were turned back to the Indians, but not before the decreased flow had affected the productivity of much of their agricultural activity. This was only one of numerous instances which, over the course of several years, convinced the Indians that the white man was constantly trying to take advantage of them and steal their precious water.

During the 1880s the activities of Helen Hunt Jackson brought official and public notice to the sad plight of the California Indians; and her novel, *Ramona*, which concerned some of the natives of what would become Riverside County, provoked widespread indignation at the treatment many received. First published in 1884, this book complemented her report of 1883 to the federal government in which she graphically described the deplorable lot of the several "mission Indian" groups, including those at Palm Springs. Jackson did not visit Agua Caliente personally; but on the basis of reports from the Indian agent there, she stated that these people were "wretchedly poor, and need help perhaps more than any others in Southern California."

100

ACC0002285

Partially as a consequence of concern aroused by persons such as Jackson, and partly as a result of recognition of continually mounting Indian problems, a Mission Indian Commission was established by the federal government in 1890 to adjust Indian land boundaries, secure Indian land titles, and settle disputes between whites and Native Americans. This resulted in a more formal definition of reservation boundaries, and on January 12, 1891, the Agua Caliente Reservation was established in final form by the Mission Indian Relief Act. The total land area was slightly more than 31,000 acres. Because odd numbered sections of land had been awarded by the government to the Southern Pacific Railroad, to induce rail development in the west, even-numbered sections were given to the Indians. This accounts for the present "checkerboard" pattern of Indian landholdings. The lands were held by the federal government as a "trust" for the Indians, with the provision that the Secretary of the Interior might allot specific parcels to individual Indians once the Agua Caliente group had proven itself capable of self-management. Considering that the Indians had been taking care of themselves for centuries prior to the arrival of the white man, this provision was not accepted as necessarily benevolent. However, it did remove Indian lands from the state tax rolls, and this was certainly helpful.

Despite efforts to protect their interests, Indians in the Palm Springs area continued to face constant problems. And, as usual, these often related to water. Welwood Murray opened the first resort hotel in Palm Springs in 1886 and almost immediately came into conflict with the Indians concerning the use of the hot springs and irrigation water. This lasted for several years. Two

101

ACC0002286

leaders of the Agua Calientes, Pedro Chino and Francisco Patencio, expressed displeasure in 1911 when the federal government constructed a ditch from Tahquitz Canyon along the western edge of Palm Springs to areas cultivated by the Indians, saying that much of the water would be taken by the whites. And this, as they feared, occurred. Although one Adrian Maxwell had been sent from Washington to teach the Indians farming and also to protect their water rights, Indian Agent William Sullivan, in Banning, found it necessary to repeatedly admonish him for failing to carry out his duties. Writing in one instance, he remarked, "I wish to say that although we are white people and may prefer white folks and all that, we are working for the government and for the interest of these Indians and I want you to insist on a strict compliance with the provisions of the contract" concerning water rights.

Water, always of major importance, was of particular concern after the turn of the twentieth century because the Palm Springs area experienced a drought of ten to eleven years and the flow from Tahquitz Canyon was greatly reduced. It is to the credit of Agent Sullivan that he sought to protect Indian rights to the badly-needed water supply. Again charging Maxwell in 1912 with giving more water to whites than was legal, he noted that the Indians were highly "indignant" at such actions and told Pedro Chino to "see that your people use *every* bit of the water you are getting night and day, so that the white people will not take it away from you." The Indians took this advice, and finally succeeded in getting a court ruling that they should have the first forty inches of water from Tahquitz Canyon.

If water problems caused continued difficulties between the whites and Indians, so did other matters.

102

ACC0002287

The conflicts, indeed, were so long standing and complex that harmony was out of the question. In 1897 Indian Agent Francisco Estudillo remarked that "I only wonder that the Indians are one half as good as they are, since the whites set them such an example," while a subsequent observer noted that "It's pretty hard to erase from their memories the treatment they got...They remember that the white man once said, "The only good Indian is a dead one." And if the Indians felt hostility at the way they were treated, they often had a good cause.

The legal arrangements which surrounded the Agua Caliente lands and people were many, and confused the course of simple everyday matters. In 1898, for example, the Indian agent had to write to Washington D.C., to obtain permission to have a school piano tuned. In 1910 William Sullivan was astounded to learn that more than two hundred dollars, which the Indians had earned by selling stray cattle rounded up on their reservation, was appropriated by the federal government and placed in the general fund labeled "Indian Moneys, Proceeds of Labor, Mission Indians." It was not permitted to remain in the hands of the people who had actually earned it. Yet the Indians had counted on this money, which they had raised themselves, on their own lands, to purchase alfalfa seed wherewith to plant fields that they had already prepared. Sullivan submitted a formal protest, declaring that the Indians would hotly resent this and would "feel that they were unjustly deprived of the benefit of their labor." His predictions proved correct.

The problem of the cattle money came at a time when the Indians still remembered the loss of more than three hundred dollars accumulated from charging small fees for bathing in the hot springs under their control. Never formally accounted for by the superintendent, it was

103

ACC0002288

subsequently lost to the Indians. Needing these funds to build a new bath house, they became "sullen, ugly and unmanageable." Such difficulties, said Sullivan, "and the almost constant troubled state of affairs because of the water rights there will make these Indians difficult to handle." Little wonder that he concluded by saying that "The anger with which the Indians of these reservations have come to regard the white people in general, which was most unwisely fostered and encouraged by former officials at this agency, has made my task here a most trying one."

So relations between Indians and whites were quite bitter for a time, a logical result of dubious activities by Indian agents and white settlers. And further trouble was to ensue over the matter of land allotments. Despite the provisions of the Mission Indian Relief Act, the Secretary of the Interior hesitated to grant individual parcels to members of the Agua Caliente band, even going so far as to ignore a congressional directive of 1917 to do so. Delay seemed to be the rule with regard to Indian land claims. By 1927, reviewing the applications of Palm Springs natives for allotments, the Interior Department still refused to approve any of the requests. Seeing that this procedure would cause them only continued difficulty in procuring allotments, the Indians took legal action to secure their rights..

This process began in 1941 when Lee Arenas, of the Agua Caliente group, appealed to the courts to obtain his allotment. After the plea was heard by the United States Supreme Court (Lee Arenas vs. United States), the Federal District Court in Los Angeles ruled in 1948 that Arenas must be awarded the allotment. And, in February, 1949, the Secretary of the Interior approved an allotment schedule for all members of the Agua Caliente band.

104

ACC0002289

This new schedule provided that an Indian might choose as his parcel predetermined acreage from town lots, irrigable land, and dry land. This, on the surface, seemed fair. However, land values were so varied by 1949 that the allotment of one Indian might have much higher value than that of another. In consequence, efforts were made to arrange allotments so that the respective values would be as equal as possible. Various equalization bills were drawn up, conferences were held with the Agua Calientes, and congressional hearings were held. Finally, having been approved by both houses of Congress and signed by President Dwight D. Eisenhower, the Equalization Law was settled upon in 1959.

Two types of land are now held by the Palm Springs Indians—tribal lands, held in common under trust by the federal government, and individual allotments, held directly by specific members of the Agua Caliente band. For years, restrictions upon control of Indian lands prevented long-term leases, but these were eventually permitted. This facilitated the personal income of local Indian landholders and permitted the commercial development of Palm Springs. Indian lands, still held technically in trust by the government, are not subject to state property taxes. If an individual wishes to sell his property, he must first obtain a fee patent from the government. This places the land on the state tax rolls and opens it for public sale. Unlike most Indian groups in America, the Agua Calientes control lands of exceedingly high value. If the century-long conflict with the white man caused the Indians grief and hardship, the development of Palm Springs as a major southwestern resort has assured their financial future.

105

ACC0002290

Visitors swarmed to Palm Springs by the 1930s to tour Tahquitz, Andreas, and other canyons, and to visit the legendary hot springs. Here the Indians had a small bath house and provided all relevant services. Inquiries from around the nation flowed to the office of the Agua Caliente Indian agent regarding the properties of the waters, prices, hotel rooms, and the like. "Please kindly let me know about your hot spring," wrote one woman from Hollywood, California, in 1939, "what is it sulphur or mud? Also please let me know about rooms, and about board!?" Agents and assistants responded, answering specific inquiries and providing publicity for the reservation.

The springs, with a high mineral content, said one reply, bubbled "up from great depths through quicksand, which washes from the body immediately upon emerging. The baths are known to be beneficial in arthritis conditions, skin disorders, overweight conditions, general nervous disorders, etc. There are four private bath rooms, which are kept in clean and sanitary condition by an Indian attendant." The price of visiting the bath house in 1939 was fifty cents, and an Indian masseur was in attendance. Another letter, written in 1941, assured a prospective patron that the springs flowed rapidly, assuring a change of water every ten to fifteen minutes. The flow rate was reported at sixty gallons per minute, the waters had a temperature of $104^0$, and the "chemical qualities of the water," said the agent, "served as a disinfectant and provide thorough purification." In addition to the virtues of the springs, the letter went on, Palm Springs was a quiet, restful, unassuming place, perfect for relaxation. Many patrons, indeed, felt so comfortable there that they drove from their hotels to the springs in bathrobes and slippers.

106

ACC0002291

Charging for use of the baths, in addition to massages and the use of towels, the Indians were able to bring in a constant (though not heavy) flow of money. Collectors at the bath house during the late 1930s and early 1940s included such persons as Clem Segundo, Alex Nicholson, Flora Patencio, Frank Lario, and Joe Patencio. Bath house records in the Federal Records Center, Laguna Niguel, California, show that $16.50 was collected on March 31, 1937; $15.10 was received on April 28, 1938; and $10.30 was the collection on October 30, 1940. Receipts for the month of March, 1940, amounted to $1014.80, while $209.20 was collected during October of that year.

Income from the baths was supplemented by that received from tourist fees in the various picturesque canyons (an activity still pursued today). Palm Canyon tolls for March 30, 1937, amounted to $39.00, on the basis of $.10 per pedestrian and $.25 per vehicle. 3469 vehicles entered Palm Canyon in December, 1939, while the total in March, 1940, was 6993. "Rained most of the day," noted collector John Andreas on March 31, 1940. Still, the canyon attracted 287 vehicles, 403 pedestrians, and two horseback riders. Indeed, the beauty of the canyons was at times profitable for the Indians. Palm Canyon, for example, brought in $2663.85 during the month of March, 1940.

In 1981 there were approximately 175 enrolled members of the Agua Caliente band. Tribal matters are handled by a tribal council, the five members of which are chosen every other year for terms of two years. This assures both continuity and change within the leadership ranks.

So the Agua Caliente Indians have changed greatly since their ancient days as rulers of the Palm Springs

107

ACC0002292

area. Hunting trips to the San Jacinto Mountains and mesquite groves of the desert have been replaced by visits to the supermarket; clothing comes from the department store rather than the animals and plants of the region; and relations with the white man have reached a better equilibrium. But if the sustenance of the early Palm Springs Indians came from the land, so also does that of their present-day descendants. It is ownership of the tribal and allotment lands in Palm Springs which has assured the survival of the Agua Calientes as a distinct and vital group, just as their able use thereof provided their livelihood centuries ago. Once compelled to continually adapt to the changing ways of nature, the Palm Springs Indians were subsequently forced to adapt to the conditions created by white society. This they have done, successfully maintaining their heritage and identity, conforming where necessary while preserving the dignity of their ancestral forefathers. Their once-despised land is now regarded as highly valuable, and they have adjusted their use thereof to assure continued survival in the complex and changing circumstances of modern times.



108

ACC0002293

# BIBLIOGRAPHY

Books and articles concerning the Cahuilla Indians of Southern California are numerous. The sources listed below are the works from which information for this volume was primarily derived. Of great assistance were oral interviews with Alice Lopez and Anthony Andreas, concerning Cahuilla history and religion, and Isaac Eastvold, regarding Indian rock art. The Agua Caliente Indian Reservation records in the Bureau of Indian Affairs archives, at the Federal Records Center, Laguna Niguel, California, were also useful.

Agua Caliente Band of Mission Indians. *Progress Report, 1962*. Palm Springs, 1962.

American Association of University Women, Palm Springs Branch. *Heritage Tales of Coachella Valley*. Palm Springs, 1976.

Balls, Edward K. *Early Uses of California Plants*. Berkeley, Los Angeles, London, 1962.

Barrows, David Prescott. *The Ethno-Botany of the Coahuilla Indians of Southern California*. Chicago, 1900.

Bean, Lowell John. *Mukat's People: The Cahuilla Indians of Southern California. 1972*; Berkeley, 1974.

109

ACC0002294

---------, and Lawton, Harry. *A Bibliography of the Cahuilla Indians of Southern California.* Banning, California, 1967.

---------, and Lawton, Harry. *The Cahuilla Indians of Southern California.* Banning, California, 1965.

---------, and Mason, William Marvin. *Diaries and Accounts of the Romero Expeditions in Arizona and California, 1823-1826.* Palm Springs, 1962.

---------, and Saubel, Katherine Siva. *Temalpakh: Cahuilla Indian Knowledge and Usage of Plants.* Banning, California, 1972.

Bolton, Herbert Eugene. *Font's Complete Diary: A Chronicle of the Founding of San Francisco.* Berkeley, 1930.

Bourne, A. Ross. "Some Major Aspects of the Historical Development of Palm Springs Between 1880 and 1938. And in Addition a Continuation of the Historical Changes in the Indian Land Problem and Four Cultural Institutions Until 1948." Unpublished M.A. thesis, Occidental College, June, 1953.

Brumgardt, John R. *From Sonora to San Francisco Bay: The Expeditions of Juan Bautista de Anza, 1774-1776.* Riverside, California, 1976.

Campbell, Elizabeth W. Crozer. *An Archaeological Survey of the Twenty Nine Palms Region.* Los Angeles, 1931.

ACC0002295

Caughey, John. *Indians of Southern California in 1852*. San Marino California, 1952.

Chase, J. Smeaton. *California Desert Trails*. Boston and New York, 1919.

Gould, R. A. "Aboriginal California Burial and Cremation Practices." University of California Archaeological Survey Report, Vol. 60, 1963.

Hardin, James W., and Arena, Jay M. *Human Poisoning from Native and Cultured Plants*. Durham, North Carolina, 1974.

Heizer, R. F. "Alexander S. Taylor's Map of California Indian Tribes, 1864." *California Historical Society Quarterly*, XLI, No. 1 (March, 1962), 1-28.

----------, "The California Indians: Archaeology, Varieties of Culture, Arts of Life." *California Historical Society Quarterly*, XLI, No. 1 (March 1962), 1-28.

----------, and Whipple, M. A. *The California Indians: A Source Book*. 2nd Edition. Berkeley, Los Angeles, London, 1971.

Hooper, Lucille. *The Cahuilla Indians*. University of California Publications in American Archaeology and Ethnology, Vol. 16, No. 6, 1920.

Hough, Walter. *Fire-Making Apparatus in the U.S. National Museum*. Report of the National Museum, 1888.

111

ACC0002296

Jackson, Helen Hunt. *Report on the Condition and Needs of the Mission Indians.* 1883.

James, G. F. "The Legend of Tahquitch and Algoot." *Journal of American Folklore,* XVI (1903),153-159.

James, George Wharton. *Wonders of the Colorado Desert.* 2 Vols., Boston, 1907.

James, Harry C. *The Cahuilla Indians.* Los Angeles, 1960.

Johnston, Francis J. *The Bradshaw Trail: Narrative and Notes.* Riverside, California, 1977.

Kroeber, A.L. *The Ethnography of the Cahuilla Indians.* University of California Publications in American Archaeology and Ethnology, Vol. 8, No. 2, 1908.

---------, *Handbook of the Indians of California.* Washington D.C., Smithsonian Institution, Bureau of American Ethnology Bulletin, Vol 78, 1925.

---------, *The Religion of the Indians of California.* University of California Publications in American Archaeology and Ethnology, Vol. 4, No. 6, 1907.

Merriam, C. H. *Studies of California Indians.* Berkeley, Los Angeles, 1962.

Mewhinney, H. *A Manual for Neanderthals.* Austin, Texas, 1970.

112

ACC0002297

Patencio, Francisco. *Stories and Legends of the Palm Springs Indians.* Los Angeles, 1943.

Ringwald, George. "Indians, White Men and Long Water Feud." *Daily Enterprise* (Riverside, California), October 21, 1957.

---------, "Red Tape Was Always Factor in Indian Affairs." *Daily Enterprise* (Riverside, California), October 23, 1957.

---------, "Section 14 Big Bottleneck in Palm Springs Growth." *Daily Enterprise* (Riverside, California), October 25, 1957.

---------, Troubled Course of Indian Lands Has Long History." *Daily Enterprise* (Riverside, California), October 24, 1957.

---------, White Man's Sixth Sense Failed at Palm Springs." *Daily Enterprise* (Riverside, California), October 20, 1957.

Shumway, Nina Paul. *Your Desert and Mine.* Palm Springs, 1979.

Strong, William Duncan. *Aboriginal Society in Southern California 1929;* Banning, California, 1972.

Sweet, Muriel. *Common Edible and Useful Plants of the West.* Healdsburg, California, 1962.

113

ACC0002298

Ward, Jack W. "The Cahuilla: A Historical Cultural Source Study of a Southern California People." Unpublished B.A. thesis, University of California, Riverside, June, 1958.



114

ACC0002299

# INDEX

## A

Agua Caliente (Palm Springs) - origin of name of, 58, 91, 92; reservation, 100 (1877), 101 (1891)
Allotments, 101, 104-5, 108
Andreas Canyon, 4, 6, 23, 66, 100, 106
Andreas, John, 107
Anza, Juan Bautista de, 72, 85, 91
Arenas, Lee, 104

## B

Barney, B. B., 99, 100
Barrows, David Prescott, 62, 82
Basketry, 67, 79-80
Bean, Lowell J., 37, 51, 61, 63
Borrego Springs, 1
Bradshaw Trail, 95
Bradshaw, William D., 95
Brown, Hank, 96

## C

Cahuilla Indians, 1, 5, 14, 21 (Major groups), 22,23,25, 28 29, 30, 31, 34, 35, 36, 42, 44, 50, 53, 54, 58, 64, 71, 72, 75, 84, 85, 90, 91, 92, 93, 94
Ceremonies, net responsible for, 24; death, 42-8, 49; modern, 48-9; exchange of shell money, 42, 49-50; exchange of gifts, 51; adolescence, boys', 50-1,52, 53; adolescence, girls', 51-2, 53; childbirth, 54; eagle-

ACC0002300

killing, 54-5; distribution of game, 55-6; mesquite, first fruit rite, 68; ceremonial house, 87

Chase, J. Smeaton, 3, 4, 6

Chino Canyon, 3, 4

Chino, Pedro, 3, 27, 28, 99, 102

Clothing, 82

Coachella Valley, 1

Colorado Desert, 21

Colorado River, 95

Coyote, 11, 18, 19, 24 (first paha), 25, 45; moiety, 15, 22, 23, 31

Coyote Canyon, 91

**E**

Eagle, significance of, 54

Earth, creation of, 11, 13

Eisenhower, Dwight D., 105

Equalization Law (1959), 105

Estudillo, Francisco, 103

Estudillo, Jose Maria, 92, 93

**F**

Fiber (cordage), 64, 81-3

Firemaking, 85-6

Flash Floods, 5, 6-7

Font, Pedro, 72-3

Foods, acorns, 59, 61, 63, 69, 70, 71; agave & yucca, 61, 62, 63; berries, 73; chia, 61, 71, 72; Fan Palm, 69; greens, 73; manzanita, 74; mesquite beans, 59, 61, 67, 68; pine nuts, 61, 74, 75; roots & tubers, 72, 73; small seeds, 71; wild palms, 59, 61, 62, 63, 73

Food Preparation, boiling, 63; drying, 62; grinding, 63, 64; leaching, 63, 70; roasting & steaming, 62

116

ACC0002301

Food Storage, granaries, 66, 67; ollas, 67
Fremont, John C., 95
Frog, 17-18, 99

**G**

Garden of Eden Company, 99
Gifts, exchange of, 51
Guadalupe, Hildago, treaty of, 95

**H**

Houses (structures), 86-7
Hunting, bow & arrow, 59, 82, 83, 84; deer disguise,
   85; slings, 59; throwing stick, 59, 84, 85
Hunting implements, given by Mukat, 16; 80, 82-5

**I**

Indians, Apache, 86; Cupeño, 53; Dieguieño, 53;
   Gabrielino, 49; Kamia, 84; Luiseño, 53; Mohave, 84;
   Serrano, 49

**J**

Jackson, Helen Hunt, 100, 101
James, Harry, 35

**K**

Kroeber, A. L., 64-3

**L**

Lario, Frank, 107
Lee Arenas vs. United States, 104
Lizard, 17

117

ACC0002302

Lopez, Alice, 27, 28, 55, 99
Lopez, Salvador, 28

**M**

McCallum, Guthrie, 99
Man-el (Moon Maiden), 14-15, 16, 22, 40
Manos, use of, 64, 66, 75
Maxwell, Adrian, 102
Mesquite, use of beans, 59, 61, 67, 68; use of black and wood, 78, 81, 82, 83
Metate, use of, 64, 66, 77
Mexicans, 58, 91, 92, 93, 94, 95
Mission Indian Commission (1890), 101
Mission Relief Act, 101, 104
Missions, San Diego, 91, 93; Monterey, 91; Santa Barbara, 93; San Gabriel, 95; effects on Indians, 93-4
Moieties, 22, 30-1
Montakwet (guardian of afterworld), 14,15, 39-40
Mortars, use of, 4, 64, 66, 68, 70, 73, 74
Mountains, Orocopia, 1; Palomar, 1; San Jacinto, 1, 3, 4, 21, 35-6, 37, 58, 69, 71, 98, 108; Santa Rosa, 21
Mukat (creator god), birth of, 10, 11-14; gives Rattlesnake poison, 15; people conspire to kill, 16-18;-initiates funeral rites, 19; 22, 24, 29, 30, 34, 39, 45, 54 (also see Tamaioit)
Murray, Welwood, 101
Muut (death messenger), 37

**N**

Net (clan leader), 23-4, 28, 42, 43, 44, 54, 55, 87
Nicholson, Alex, 107
Nukatem (spirits), 34

ACC0002303

## O

Owl, 11, 37, 38

## P

Paakniwat (water spirit), 37
Paha (clan official), 24, 44, 50, 55
Palm Canyon, 107
Palm Springs (city, area of), 1, 3, 23, 52, 91, 93, 96,
    98, 99, 100, 101, 102, 106, 108
Palm Springs Indians (Cahuilla), clan leaders, 23-9;
    concept of nature, 9; creation story, 9-14; death, ideas
    concerning, customs, 22, 30-2, 44; major clans, 23;
    family, 30; social control 29-30; spirit forces, 34-40;
    funeral customs, 19, 38-9, 42-8, 49; food resources
    and preparation, 58-75; hunting, 45-70, 84-5; rituals,
    42-56, 68, 87; crafts, 77-88; effects of missions on,
    91, 93-4; contact with Mexicans, 92-93; American
    intrusion, 93, 95-96; conflicts with whites, 99-105;
    modern landholding, 105; tribal government, 107
Patencio, Flora, 107
Patencio, Francisco, 2, 3, 5, 25, 26, 71, 83, 86, 93,
    94, 96, 98, 102
Patencio, Joe, 107
Pemtexweva (guardian spirit of animals), 37
People, creation of, 11-14
Pestle, use of, 66
Pictographs, 52-3
Pottery, 67, 77-9

## R

Rain (spirit), 37
Ranchos, San Bernardino, 92, 93; San Gorgonio, 93, 95

ACC0002304

Rattlesnake, obtains poison, 15, 16
Riverside County, 91, 100
Romero, Jose, 91, 92

## S

Sacred Bundle (maiswut), 23, 24, 87
Salton Sink, 1
San Bernardino Peak, 1
San Francisco Bay, 73
San Gorgonio Pass, 21, 31, 70
San Jacinto, town of, 91; Plains, 1; Mount, 1, 3;
    Mountains, 4, 21, 35, 36, 37, 58, 69, 71, 98, 108
Saubel, Katherine Siva, 61, 63
Segundo, Clem, 107
Shaman ("witch men"), 14, 24-7, 29, 30, 68
Shell Money, 24, 42, 45, 49-50
Singer ("hauinik"), 28-9
Southern Pacific Railroad, 99, 101
Spaniards, 72, 85, 90-1, 92, 95
Springs, drinking water, 5; hot water, 3, 98-9, 101, 103,
    106-7; irrigation, 99-100, 101-2, 103
Stonework, 80-1
Strong, William Duncan, 43, 44, 49
Sullivan, William, 102, 103, 104
Summers, Jack, 96

## T

Tahquitz, Canyon, 4, 35, 94, 100, 102, 106; Creek, 5;
    Rock (Lily Rock), 36; Peak, 36; Cahuilla god, 34-7,
    38
Tamaioit (creator god), birth of, 10, 11-13, 14, 18, 22,
    30, 34 (also see Mukat)
Takwa (clan official), 24

120

ACC0002305

Ta-va-wit (woodpecker), 17
Telmikish (land of the dead), 14, 15, 16, 39-40, 43, 45
Tematsuwet (evil spirit), 37
Tunauka (wind spirit), 37, 38
Tewlavil (human spirit), 38
To, 15-16
Tourism, 98, 99, 106-7
Towns (areas), Banning, 93, 102; Blythe, 95; Edgemont,
    91; Ehrenburg, 95; Hollywood, 106; Idyllwild, 39; Los
    Angeles, 95, 99, 104; Monterey, 91; Moreno, 91;
    Pedley, 91; Riverside, 91, 99; San Bernardino, 95; San
    Diego, 91, 93; San Jacinto, 91; Santa Barbara, 93

**W**

Water, conflicts over, 99-102
"Water Babies" (spirits), 99
Weaver, Paulino, 95
Whirlwind (evil spirit), 37
Wildcat moiety, 15, 22, 23, 31
Williams, Isaac, 95
Woodworking, 80

**Y**

Yavi (north wind), 37



121

ACC0002306

E 99 .C155 B78 1981r
Brumgardt, John R
People of the magic waters :
the Cahuilla Indians of Palr
Springs
U. Colo. Law

ACC0002307