to Commissioner John F. Collier, "we do object to their constantly harassing our citizenry and levying tribute on our tourists and visitors, upon whose good will not only our own but the livelihood of these Indians depends." The solution, they insisted, was for the government to take "immediate control of the Indian situation, that the status of these Indians and their relations to us and our visitors be definitely established."[82] Government control, the frustrated Chamber of Commerce believed, would rationalize the collection process, curtail possible fee hikes, and improve access both to the spring and to its administrators.

The Mission Indian Agency was itself growing frustrated with the Cahuilla; increased wealth, experience and influence had encouraged them to seek a level of independence that did not fit into existing ideas about Indian autonomy, Commissioner John Collier's Indian New Deal notwithstanding. In December of 1935 Superintendent Dady had asked the tribe to bring order to the handling of tribal affairs. He believed that the existing tribal council -- whom he felt was unduly influenced by Indian rights activists Purl Willis and Adam Castillo -- had not been elected properly and that its composition was altered at whim by a small handful of people. Accordingly, he scheduled an election for December 18th, and advised the Cahuilla to elect "capable, honest men or women" "who will handle your valuable canyons and the tribal bathhouse funds honestly and fairly, and make regular reports to you, *sending a copy of the report each month for file in this office.*" He advocated an equal per capita distribution of income, and admonished the tribe that careful record-keeping and majority consent for tribal expenditures should become a regular practice. In this way he hoped both to alleviate the complaints about missing funds and to curtail improper expenditures (such as travel fees for Willis).[83]

Although these suggestions were reasonable to a certain degree, the tribe correctly understood that they were as much (or perhaps more) in Superintendent Dady's interest as in their own. By this time Dady's initial dislike of Purl Willis (stemming from the latter's

ACC0004029

attempts early in Dady's tenure to publicly embarrass the new Superintendent) had developed into a full-blown, nearly irrational hatred. Thus any tribal council that was willing to listen to Willis' advice was by definition unsuitable; since the traditional leadership was both supportive of Willis and popular among the majority of the band members, effectively no elected council could gain Dady's approval.

There were other additional problems with the Superintendent's recommendations. Being by this time quite wary of the ulterior motives of their white neighbors and Dady himself, the tribe was understandably reluctant to allow the Agency full knowledge of their income and expenditures. Dady's advice didn't fully solve internal problems either. Neither improvements in record-keeping nor changes in distribution of income addressed the problem of real discrepancies among tribal members relative to land use and personal income which lay at the heart of the pro-allotment faction's dissatisfaction. The end result was that few, if any, of these suggestions were acted upon to Dady's satisfaction.

By the end of 1936, the tensions between and within the Agua Caliente band, their white neighbors, and the Mission Indian Agency had increased to the breaking point. Superintendent Dady found himself pressured by both Cahuilla and the Palm Springs business community to take responsibility for what Attorney Sloan (and his clients) characterized as a group of "full-blood, old, ignorant Indians" under the malign influence of Purl Willis.[84] As the local Superintendent for the Indian Agency, Dady was held responsible for the reservation by whites and for protecting Indian interests by the Cahuilla and their supporters. Not surprisingly, Dady was frustrated that he lacked direct authority commensurate with these responsibilities; accordingly, he began to make plans to rectify the situation.[85] On January 1, 1937, he seized control of all tribal affairs on the reservation and placed them under the management of Special Agent Harold H. Quackenbush.[86]

Quackenbush and Dady immediately plunged into the minutiae of day-to-day management. Every detail, down to the color and quantities of bathhouse tickets, was discussed at length in official correspondence with the home Office in Washington, D.C. Dady requested the creation and filling of a Field Clerk position to handle the collections on the reservation, advising that the new clerk be "experienced in drawing up leases, a capable typist, and a man experienced with dealing with the public."[87] Four "Assistant (Indian)" positions for the collection of fees were created.[88] (It is perhaps appropriate that two of the Cahuilla who filled the potentially most contentious positions, those of bathhouse attendant and canyon toll attendant -- Anthony Joseph Andreas and his father John Joseph Andreas, respectively -- belonged to a lineage that had held itself aloof from the dispute between the springs-based families and the pro-allotment newcomers.[89]) A new fee schedule was drawn up, the rates being "the same as those charged by the Indians before they attempted to increase certain of the charges some weeks ago." According to the schedule, it would cost 50¢ to bathe, and 50¢ to rent a towel.[90] A roll of 10,000 magenta tickets was purchased to use at the bathhouse, and 4 dozen bath mats were ordered.[91] Although these seem like minor accomplishments, Dady clearly felt that the rationalization of the bathhouse monies and their distribution was an important step in what he cosily called "our program at Palm Springs."[92]

The white community of Palm Springs was also pleased with this turn of events. Scarcely two weeks into the new administration, the editors of *The Desert Sun* were celebrating the improvements. "The bath house is now also operated by the government," they proclaimed.

> It has been thoroughly cleaned and will be kept clean under strict government regulations. Extensive improvements of the bath house are contemplated. Mr. Quackenbush stated yesterday that the hot sulphur springs can be developed into a great asset for the Indians, and therefore improvements will be made in order to increase revenues.[93]

ACC0004031

Over the next three years Quackenbush continued to make adjustments in his administration of the reservation and hot springs. A new rate schedule for the bathhouse -- 50¢ for bathing, 10¢ for towels -- was presented to and approved by the tribe (though it is unclear which members granted this approval).[94] Cards advertising the bathhouse and spring were printed.[95] Arrangements were made with the Southern California Gas Company to provide the bathhouse with domestic gas.[96] A $10 per month per capita disbursement of tribal funds was arranged. Quackenbush even extended the bathhouse hours to 10 p.m. in an effort to further increase income.[97] Elsewhere he similarly boosted the canyons, cracked down on illicit or questionable reservation businesses, and promoted Indians as a tourist attraction. (He became so involved in the creation of one "All Indian Fiesta" in the spring of 1937 that he was mistakenly addressed as "Chief Quackenbush" by one confused correspondent.[98])

Despite these contributions, and the clear approval of his actions by the Palm Springs business community, Quackenbush's reign was plagued with significant problems. Not least of these, the Cahuilla often resented his high-handed approach to their affairs and his tendency to favor the interests of the Palm Springs business community over those of his supposed charges. As fifteen members of the band (apparently belonging to or allied with the "traditionalist" faction) explained, they had set the rates for the bathhouse and the canyons "after carefully considering all the objections and false propaganda which has been put out." Despite the complaints of the Palm Springs business community, they continued, the increase in rates had not discouraged the tourists who willingly paid the new fees. Writing to Quackenbush in February of 1938, they remarked that

> It would seem fair to expect you to cooperate with us, instead of openly accusing us of "VICTIMIZING" the tourists who come to Palm Springs. We are fair and reasonable in all our dealings with our visiting neighbors. It is you and the crowd who are having such a large hand in running our reservation affairs, who are giving out this false propaganda.[99]

ACC0004032

This pro-business stance typified the MIA's belief that in order to increase Cahuilla opportunities the growth of the community should be promoted. As we have seen in previous chapters, this perspective was slow in coming, but it had found full development by the 1930s. Indeed, the MIA's early reluctance to see local growth as the key to Cahuilla prosperity had almost completely reversed itself by the middle of the decade.

Agency promotion of local business interests found particularly egregious expression in Quackenbush's persecution of Willis and the Cahuilla who supported him. Tacitly condoned, if not explicitly approved, by Superintendent Dady, Quackenbush's efforts to see them convicted on conspiracy charges eventually brought down the wrath of Commissioner of Indian Affairs John Collier himself. Requesting information on what he called (using uncharacteristically blunt language) "the apparent determination of Quackenbush, with Dady's passive or active consent, to do just what he damn please, regardless of Office instructions," Collier complained that "The thing is getting too flagrant."[100]  Eventually Quackenbush's actions became too difficult to defend, despite his popularity with the white community, and he was transferred to Carson Valley, Nevada. (Although the authors of the Tahquitz Report imply that Quackenbush was removed for being a loose cannon, the fact that the editors of the *Desert Sun* -- who generally liked and supported Quackenbush -- described his transfer as a promotion suggests that the actual picture is more complex.)[101]

Ironically, it was a measure of Quackenbush's effectiveness in rationalizing the administration of the reservation that, following his transferral, it was considered feasible to allow the Cahuilla to once again govern themselves. Being deprived yet again of control over the springs, particularly during such a potentially lucrative period (Quackenbush reported that he had collected $51,275.01 from tribal sources during his two-and-a-half year tenure[102]), had heightened the band's awareness that literally business

ACC0004033

could not continue as usual. The traditional leadership was reluctantly forced to acknowledge that new perspectives, based on a more individualistic, entrepreneurial mode, were now held by Cahuilla as well as by whites. Acceding to the inevitable, the Cahuilla incorporated as an official band under the 1934 Indian Reorganization Act on June 22, 1939, and began to set up a system of regular meetings and elections of committees to handle tribal affairs.

## The Steam Clears

In the complex web of these events we can trace the gradual enmeshing of three strands — Cahuilla, white settlers, and the federal government. Like the various canyons, the hot spring Agua Caliente can be seen as a knot, a focal point, around which these strands tangled and entwined.

The Cahuilla strand was the oldest of the three, and most firmly tied to the springs; yet as the arrival of the newcomers threatened to sever that connection, its loops and twists out of necessity became more complex. For white settlers, the question was how to graft their strand to the new ecoscape. Still trailing streamers back to ecoscapes created in other places by other people, they found the process of weaving themselves into the existing pattern was a slow one. As they did so, the patterns of the new ecoscape were ineluctably changed. The federal government, appearing in the form of the MIA, was not as enmeshed as the other two; as a result of this looseness, it was able to give structure and form to the emergent ecoscape in a way that the others could not. Yet as the patterns became more complex, more solid, this role became increasingly redundant. As the ecoscape web was woven ever more tightly from within, federal strands would come to lie on the exterior. In order to influence the pattern after this point, Agency employees would have to sever their ties to distant ecoscapes and enter fully into the local network. This they would not, or could not, do.

ACC0004034

For the Cahuilla, the springs were intricately bound up with their own history. The man who brought the Cahuilla the hot spring had also brought them to Palm Valley. Bathing in these pools reaffirmed their faith in the teachings of Menyil, even as it soothed and amused them. The gurgling of the springs reminded them of the power of the spirit world, and of the power of earthquakes and water in a desert ecosystem. The springs offered water in time of drought and healing in time of sickness. Green corn ears found floating in the springs, miles from any such plantings, confirmed their connections to other bands. The palms and other vegetation, carefully brought to the springs, provided food, shade, and materials for clothing and tools. Even the mosquitoes and other insects that lived in the water had a role; their powers could be tapped to retrieve bodies stolen by spirits and perform other magical tasks.[103]

Over time the Cahuilla learned of additional powers of the spring. Most importantly, it could bring wealth. Tourists and residents eager to experience the amusing diversions of the spring or wanting to bathe in its healing waters proved willing to pay money to do so. In some years, the Cahuilla were able to tap into this source of income directly, charging a fee to bathers wishing to use their bathhouse. In other years, when compelled to take a less active engagement in the running of the baths, they derived their income through rental monies. Although they continued to protect the spring, and to bathe in it regularly, its centrality in Cahuilla life in the 1930s was of a much different character than it had been before the arrival of white settlers in the 1880s.

The hot spring offered the means to improve other water sources and benefit the tribe in other ways. In good years, the spring monies offered a relatively steady source of funds for a number of improvement projects, such as the bathhouse reservoir and the bathhouse itself. The Cahuilla built fences, improved their water systems, and sometimes made payments to individual band members with these funds.

ACC0004035

Yet the spring could bring disagreement and strife as well. As it grew increasingly valuable as a source of tribal funding, the Cahuilla disagreed about how to distribute those funds, and for what purpose. Divisions within the band found expression in the specific locus of the hot spring, but spoke of larger divisions. Their efforts to overcome these divisions and present a united front to those who challenged their autonomy taught the Cahuilla important lessons about their new ecoscape and how to survive successfully within it. This may have been the most powerful offering they received from Agua Caliente.

The white settlers had already learned many of these later lessons. Like the Cahuilla, they believed that the springs had been created for use; this resource lacked only the guiding hand of humankind to bring it to its full potential. The early bathhouse the Cahuilla had built was seen as a useful start, but soon proved inadequate. Better bathhouses, with showers, separate facilities and towels, were what was needed. Proper use of the springs, it was believed, depended on the excision of all untidiness and unpredictability from the springs.

Tourists could be amused by the queer gurglings and behavior of the spring once they had learned to predict them; until that time, these geothermal quirks were at best the cause of embarrassment and at worst terrifying. Mosquitoes – and unruly Cahuilla – were not seen as essential aspects of the spring experience, but as distractions or worse. The spring remained "mysterious" to whites, for they did not need to understand it in the same ways that the Cahuilla did; indeed, they were happy to capitalize on the mysteries of the spring. In the context of the booming resort community that developed after the 1910s, it was the Cahuilla who had to rethink their handling of the springs. If they did not, it was clear, there were many others waiting to assume the task for them.

The Bureau of Indian Affairs agreed with the settlers that the springs were a resource that needed to be brought to its full potential. Accordingly, it sought knowledge of

ACC0004036

the springs and the community to facilitate this process. Recognizing that its distance was both an asset and a disadvantage, it sought proxies for this task. BIA assessment of these proxies depended not only on knowledge of the springs but of the ecoscape in which they existed. When the community was small, and the Cahuilla considered unfit to serve such an important role, choosing a proxy was merely a matter of choosing the best of limited possibilities. As the community grew, and the Cahuilla became more adept at managing the spring in a "proper" manner, the BIA's task became more difficult.

In order to understand the local ecoscape -- and thus pick the most suitable local tool for realizing the spring's potential -- the Office had to know the web of social connections on a more intimate basis. As soon as this occurred, however, its authority as a neutral, objective arbiter -- that is, one able to fairly choose from a myriad of competing claims -- was severely compromised. One option was for it to assume responsibility for reservation management itself -- which it did in 1937 -- but this only brought it deeper into the web, jeopardizing the objectivity upon which its authority rested.

Ultimately it was a combination of long association and willingness to adapt that brought the bathhouse and spring back into Cahuilla hands in 1939. Having learned to manage the springs in a manner equal to that of any white competitors, their knowledge of and claims to the spring made them the most logical choice. The Bureau of Indian Affairs relinquished its hold. The white residents were forced to admit that the Cahuilla had successfully learned to beat them at their own game. But this is not a simple story of winners and losers. By negotiating with their neighbors, both Cahuilla and whites recognized their rivals' and allies' place in their shared ecoscape, and cut the umbilical cord that linked them to the Bureau of Indian Affairs. The government would continue to influence the ecoscape, but Palm Springs and the Agua Caliente Indian Reservation had by 1939 become integral parts of an autonomous and mature local network. To a large degree, it

ACC0004037

has remained such to this day, despite the development of other links to the wider West and to the world beyond.

ACC0004038

Notes

1        William P. Blake, *Report of a Geological Reconnaissance in California: Made in
Connection with the Expedition to Survey Routes in California, to Connect with the
Surveys of Routes for a Railroad from the Mississippi River to the Pacific Ocean, under the
Command of Lieut. R. S. Williamson, Corps Top. Eng'rs, in 1853.* (New York: H. Baillière,
1858), p. 94-95.  Francisco Patencio, *Stories and Legends of the Palm Springs Indians.* (Los
Angeles: Times-Mirror, 1943), pp. 94-95. Joseph W. Preston, U. S. Indian Agent, to J[ohn]
D[eWitt] C[linton] Atkins, Commissioner of Indian Affairs. February 20, 1888.

2        *Stories and Legends,*  p. 100-101; story continues with other groups, including one led
by Sungrey, moving on to other places. Of Sungrey's group, one of the head men became the
palm tree Moul.

3        *Stories and Legends,* p. 91-94.

4        Lowell John Bean, *Mukat's People: The Cahuilla Indians of Southern California.*
(Los Angeles: University of California Press, 1974), p. 81.  Menyil also appears in some
accounts as Man-el.

5        *Stories and Legends,* pp. 7-8.  See also William Duncan Strong, *Aboriginal Society
in Southern California.* (Berkeley:  UC Press, 1929; Morongo Indian Reservation, Banning,
Calif.: Malki Museum Press, 1972), p. 136, and Lucile Hooper, "The Cahuilla Indians."
(*American Anthropology & Ethnology* 16:6  (April 10, 1920):  315-80; Ramona, Calif.:
Ballena Press, 1972), p. 322.  Also Harry C. James, *The Cahuilla Indians.*  (Banning, Calif.:
Malki Museum Press, 1960; 1969; 1985), p. 75, 76.

6        Blake, *Report of a Geological Reconnaissance in California,* p. 94-95.  According to
Francisco Patencio, the palms had been planted there by the Cahuilla.

7        Blake, *Report of a Geological Reconnaissance in California,* p. 94-95.

8        Gerald A. Waring, "Springs of California." No. 338.  (Washington, D. C.:
Government Printing Office, 1915).  See pgs. 40, 393: "At Palm Springs, at the southern base
of San Jacinto Peak, a rise of thermal water tends to confirm the topographic evidence that
faulting has taken place in this vicinity.  The water, which has a temperature of about
100°, is used for bathing, and there is a small health resort here on the edge of the desert.
These are the same springs that were formerly known as Aguas Calientes (hot waters), and
the following partial analysis of the water was early made:
[Analyst, Oscar Loew.  Wheeler report (1876).  Constituents are in parts per million.}
Temperature     38°C (100°F)
Properties of reaction:

| Primary salinity | 77 |
| Secondary salinity | 0 |
| Tertiary salinity | 0 |
| Primary alkalinity | 23 |
| Secondary alkalinity | Trace. |
| Tertiary alkalinity | ? |

| Constituents | By weight. | Reacting values. |
|---|---|---|
| Sodium (Na) | 158 | 6.87 |
| Lithium (Li) | Trace. | Trace. |
| Calcium (Ca) | Trace. | Trace. |
| Magnesium (Mg) | Trace. | Trace. |
| Sulphate (SO4) | Trace. | Trace. |
| Chloride (Cl) | 188 | 5.30 |
| Carbonate (CO3) | 47 | 1.57 |
| Silica (SiO2) | Trace. | Trace. |
| Hydrogen sulphide (H2S) | Trace. | Trace." |

Waring also tersely noted the role the springs played in the local ecoscape on p. 387: "Owner Agua Caliente Indian Reservation; Location 6 miles south of Palm Springs Station; Elevation 500 feet; Number of springs 2; Temperature °100; Approximate yield °3; Development or use, 1908-1910, Bathing."

9     John S. Brown, "The Salton Sea Region, California: A Geographic, Geologic, and Hydrologic Reconnaissance with a Guide to Desert Watering Places." No. 497. (Washington, D.C.: Government Printing Office, 1923), p. 198. This description was accompanied by photograph captioned "A. Bathhouse at Palm Springs. To the right is a clump of wild palms denoting the original Agua Caliente Spring. Photograph by United States Indian Service." There was also a table breaking down the data generated from the samples taken included on pgs. 281 and 283: "No. 38. Palm Springs. Sec. 14 T4S R4E. Coachella Valley area. owned by the Agua Caliente Indian Reservation. Other uses include Health resort (medicinal -- bathing); irrigation. Sample collected Dec. 19, 1917. Analyzed by M. D. Foster and A. T. Geiger. ...Results of analysis (quantities in parts per million): Determined quantities: 54 Silica (SiO2); .24 Iron (Fe); 1.7 Calcium (Ca); .39 Magnesium (Mg); 72 Sodium and potassium (Na+K); 6 40 Carbonate radicle (CO3); 28 Bicarbonate radicle (HCO3); 39 Sulphate radicle (SO4); 23 Chloride radicle (Cl); Trace Nitrate radicle (NO3); 2.1 Organic and volatile matter; 243. Total dissolved solids at 180°C. Computed quantities: 6 Total hardness as CaCO3; 60 Scale-forming ingredients; 190 Forming ingredients; 14 Alkali coefficient (inches). Classification: Moderate Mineral content; Na-CO3 Chemical character; Fair Quality for boiler use; Good Quality for domestic use; Fair Quality for irrigation."

It is not entirely clear why Brown perceived the two springs as a single spring, unless the bathhouse obscured the distinction between them that had been more readily visible to earlier observers.

10    Joseph W. Preston, U. S. Indian Agent, to J[ohn] D[eWitt] C[linton] Atkins, Commissioner of Indian Affairs. February 20, 1888.

11    Advertisement in Elizabeth W. Richards, ...*A Look into Palm Springs' Past*. Presented by Santa Fe Savings and Loan Association on the occasion of the opening of their new Palm Springs Building, 300 S. Palm Canyon Dr., Palm Springs, California. (Palm Springs: Santa Fe Savings and Loan Association, 196?), p. 2, from *San Bernardino Weekly Times* October 29, 1887.

12    "Palm Springs: An Attractive Winter Resort for Tourists and Invalids. The Oasis of the Desert. Via Southern Pacific Railroad. Welwood Murray, Prop." [ca. 1910?] There are two editions of this booklet; the description of the springs is largely identical. See also "Palm Springs Health Resort: The Oasis of the Desert. '"Climate is Fate": Sheltered, Sunny, Sanitary, Scenic: Palm Springs.' Established 1886 by Welwood Murray, Elizabeth Murray, Proprietors." [1910s?]

13    "Palm Springs Hotel." *Citrograph*. (Redlands, Calif.) 9:23 (December 19, 1891).

14    "The Palm Springs Sale: An Unprecedented Success — All the Land Sold at Good Prices." *Citrograph*. (Redlands, Calif.) 1:17 (November 6, 1887).

15    Edmund Mitchell, "Winter at Palm Springs." *Sunset Magazine*. (n.d.): 351-53.

16    George Wharton James, *Traveler's Hand Book to Southern California*. (Pasadena, Calif.: 1904), p. 123.

17    James, George Wharton. *Traveler's Hand Book to Southern California*. (Pasadena, Calif.: 1904), p. 292.

18    George Wharton James. *Wonders of the Colorado Desert*. pp. 287-289.

19    Mitchell, "Winter at Palm Springs."

20    "Palm Springs: The Oasis of Delight." (Hugh Evans & Company, Inc. n.d.).

21    Joseph W. Preston, U. S. Indian Agent, to J[ohn] D[eWitt] C[linton] Atkins, Commissioner of Indian Affairs. February 20, 1888; R. E. Harrington, *Souvenirs of the Palm Springs Area*. (Simi, Calif.: Peg Wilson, 1962), p. 11.

22    Joseph W. Preston, U. S. Indian Agent, to J[ohn] D[eWitt] C[linton] Atkins, Commissioner of Indian Affairs. February 20, 1888.

23    Arthur W. Tinker, U. S. Indian Inspector, to Secretary of the Interior. July 19, 1892. Also attached is contract between Joseph W. Preston, U.S. Indian Agent, and Elizabeth E.

Murray. May 30, 1889. Also statement of agreement signed by Captain Jose Raphael, Elihu Potintro, Manuel Deus, Francisco Potentro, Markus, Dillardi, Francisco Anno, Moren Potonto, Santos Potentio, and Juan Adios. June 28, 1889.

24    Richards, ...*A Look into Palm Springs' Past*, p. 10.

25    Richard D. W. Lee to Commissioner of Indian Affairs. October 7, 1891; Welwood Murray and Eliza[beth] E. Murray to Commissioners [Albert K.] Smiley, [Joseph B.] Moore, and [Charles C.] Painter. n. d. [c. 1891]

26    Horatio Nelson Rust, U. S. Indian Agent, to Thomas Jefferson Morgan, Commissioner of Indian Affairs. February 18, 1892; Horatio N[elson] Rust, U. S. Indian Agent, to T[homas] J[efferson] Morgan, Commissioner of Indian Affairs. February 18, 1892.

27    Charles C. Painter to T[homas] J[efferson] Morgan, Commissioner of Indian Affairs. March 4, 1892.

28    Captain Jose Raphael, Francisco Patencio, Marcos Bellardo, Moreno Patencio, Aiejo Patencio, and Santos Patencio to John W. Noble, Secretary of the Interior. May 8, 1892.

A second group of Cahuilla "now resident at Agua Caliente reservation Palm Valley, San Diego Co., California but who were not parties to lease of spring in 1889," concurred that Mrs. Brooks was more desirable than Elizabeth Murray as a potential lessee. Petition of Martinez Largo, Saturnino, Manuelito Largo, Benito Rafel, Lee Arenas, and Miguel Saturnino to John W. Noble, Secretary of the Interior. May 8, 1892.

Yet another party tossed their hat into the springs in June, but as no further correspondence or even mention is made of the would-be lessees, Devanna and Curl, it is reasonable to assume that they were not considered serious contenders, despite the endorsement they received from H. W. Patton of Banning, who wrote that "If they get the lease I feel satisfied that the Springs will be put in excellent repair suitable buildings erected, and that a large tourist hotel will be built there. These are magnificent hot sand springs and their medicinal qualities are rated by the medical fraternity very highly, in that portion of California. Were they put in proper shape and suitable accommodations provided, I am satisfied that they would prove a veritable Mecca for invalids." H. W. Patton to Commissioner of Indian Affairs. June 2, 1892.

29    Mrs. Ella C. Brooks to John W. Noble, Secretary of the Interior. May 9, 1892.

30    John Hamilton Gilmour to [Thomas Jefferson] Morgan, Commissioner of Indian Affairs. May 18, 1892.

31    John Hamilton Gilmour to [Thomas Jefferson] Morgan, Commissioner of Indian Affairs. May 18, 1892. Gilmour argued that the Cahuilla had been induced to sign by the

Captain, who had "a relative in Mrs. Brooks' employ" and thus had a personal interest in promoting her cause.

32    Horatio N[elson] Rust, U. S. Indian Agent, to Commissioner of Indian Affairs.  May 19, 1892.

Other commentators paid scant attention to the activities or wishes of the Cahuilla, except when they annoyed white patrons while bathing.  Instead these observers emphasized the unsuitability of Brooks, the contributions the Murrays had made to the community, and the unfairness of refusing renewal.  Some supporters, like Mrs. Madge Morris Wagner, poured forth a veritable torrent of prose in the Murrays' defense.  In one typical passage, she explained that

> When he and his good wife came to this place five years ago it was -- as is yet, all the surrounding desert -- a waste of barren, glaring sand, the apotheosis of desolation.  He has builded [sic] and planted trees and vines and fruit and flowers; has fought naked-handed with Nature and won from her an oasis of beauty in the desert; he has spent thousands of dollars upon it, and has demonstrated what can be done with this useless desolate desert.

Mrs. Madge Morris Wagner, to Commissioner of Indian Affairs.  May 31, 1892.  (Wagner must have been impressed with her own eloquence, for these phrases, with but minor changes, found their way into several of her letters.  See Mrs. Madge Morris Wagner, to Judge James Gibson.  May 31, 1892; Madge Morris Wagner, to Senator Bowers.  May 31, 1892.)

33    Arthur W. Tinker, U. S. Indian Inspector, to Secretary of the Interior.  July 19, 1892.  Also attached is contract between Joseph W. Preston, U. S. Indian Agent, and Elizabeth E. Murray.  May 30, 1889.  Also statement of agreement signed by Captain Jose Raphael, Elihu Potintro, Manuel Deus, Francisco Potentro, Markus, Dillardi, Francisco Anno, Moren Potonto, Santos Potentio, and Juan Adios.  June 28, 1889, pp. 1-2.

34    Arthur W. Tinker, U. S. Indian Inspector, to Secretary of the Interior.  July 19, 1892.

35    Arthur W. Tinker, U. S. Indian Inspector, to Secretary of the Interior.  July 19, 1892.  Also attached is contract between Joseph W. Preston, U. S. Indian Agent, and Elizabeth E. Murray.  May 30, 1889.  Also statement of agreement signed by Captain Jose Raphael, Elihu Potintro, Manuel Deus, Francisco Potentro, Markus, Dillardi, Francisco Anno, Moren Potonto, Santos Potentio, and Juan Adios.  June 28, 1889, pp. 2, 4, 5.

36    Arthur W. Tinker, U. S. Indian Inspector, to Secretary of the Interior.  July 19, 1892.  Also attached is contract between Joseph W. Preston, U. S. Indian Agent, and Elizabeth E. Murray.  May 30, 1889.  Also statement of agreement signed by Captain Jose Raphael, et al.  June 28, 1889, pp. 2-3.

ACC0004043

37      Elizabeth E[rskine] Murray to T[homas] J[efferson] Morgan, Commissioner of Indian
Affairs. October 19, 1892.

38      E[lizabeth] E[rskine] Murray to [Albert K.] Smiley. October 20, 1892. Albert K.
Smiley, U. S. Board of Indian Commissioners, to Commissioner of Indian Affairs. October
28, 1892; John W. Noble, [Secretary of the Interior], to Commissioner of Indian Affairs.
November 17, 1892.

39      Agreement. Between Captain Jose Rafel and Elizabeth E[rskine] Murray. December
10, 1892.

40      Horatio N[elson] Rust, U. S. Indian Agent, to Commissioner of Indian Affairs.
December 14, 1892. In a separate letter, dated the same day, Rust commented, "I would also
suggest that inasmuch as these Indians receive their lands in severalty, I cannot see why
they should be a party to the lease since they have no title to the springs and the five acres
adjoining." Horatio N[elson Rust], U. S. Indian Agent, to T[homas] J[efferson] Morgan,
Commissioner of Indian Affairs. December 14, 1892.

41      Horatio N[elson] Rust, U. S. Indian Agent, to Commissioner of Indian Affairs.
December 14, 1892.

42      Richard D. W. Lee to J. W. Noble, Secretary of the Interior. December 17, 1892. Lee
also protested that the Murrays' bid to pay $100 per year for the springs and 5 acres was
less reasonable than Brooks' of $166.66 per year for springs and 1 acre. This, of course, did
not take into account the other factors such as the Murrays' comparatively long residence
and their hotel.

43      Testimony of John Morongo, Chief of Policy at Mission Agency. December 18, 1892.

44      Jose Rafel, Captain of Palm Springs Indians, to Commissioner of Indian Affairs.
December 19, 1892.

45      Horatio N[elson] Rust, U. S. Indian Agent, to T[homas] J[efferson] Morgan,
Commissioner of Indian Affairs. February 8, 1893.

46      Horatio N[elson] Rust, U. S. Indian Agent, to T[homas] J[efferson] Morgan,
Commissioner of Indian Affairs. February 8, 1893.

47      Acceptance of lease, signed by Captain Jose Raphael. December 19, 1892.
Accompanied by authorization signed by Francisco Patencio, Santos Patencio, Miguel
Saturnino, Saturna, Francisco Arena, Allejo, Mareno Palntio, Marcus Balliadidi, Manutita,
Santiag Sal, and Martin Largo.

48      Welwood Murray to H[oratio] N[elson] Rust. February 23, 1893.

49      Welwood Murray to H[oratio] N[elson] Rust. March 4, 1893.

50      Horatio N[elson] Rust, U. S. Indian Agent, to Commissioner of Indian Affairs.
March 9, 1893.

51      Acting Secretary to Commissioner of Indian Affairs. July 19, 1893.

52      Francisco Estudillo, U.S. Indian Agent, to D. M. Browning, Commissioner of Indian
Affairs. August 12, 1893.

53      Francisco Estudillo, U.S. Indian Agent, to Commissioner of Indian Affairs. October
16, 1893; Francisco Estudillo, U.S. Indian Agent, to Commissioner of Indian Affairs. October
31, 1893. The "lost" rental money was not forgotten, however. A year and a half later,
when things had settled down, Mrs. Murray wrote to Agent Estudillo, requesting a refund of
$83.35, which he recommended approving. See Francisco Estudillo, U.S. Indian Agent, to
Commissioner of Indian Affairs. February 9, 1895.

54      [Horatio Nelson] Rust, "Major Rust on San Jacinto Mt." *The Pasadena Daily News*,
(July 19, 1898), in RU 1234, *Personal Articles* (1874-1905), p. 108, Horatio Nelson Rust
Collection, Huntington Library; "A Natural Conservatory," *Sunset Magazine*, (August
1898): 63; Dr. Welwood Murray, "Palm Springs," *Sunset Magazine*, (October 1898): 107;
William B. May, "Chronicles of a Highway: El Nuevo Camino Real," *Sunset Magazine*,
(November 1898): 3-6.

55      Eliz[abeth] Erskine Murray, by Welwood Murray, to L. A. Wright, U. S. Indian
Agent. March 2, 1898.

56      L. A. Wright, U. S. Indian Agent, to Commissioner of Indian Affairs. March 14,
1898.

57      L. A. Wright, U. S. Indian Agent, to Commissioner of Indian Affairs. August 17,
1898.

58      Captain Pedero [Pedro] Chino [by Lee Arenas, Interpreter, witnessed by Miguel
Saturnino]. June 10, 1902.

59      Exhibit D, Testimony of Jose Lebacho. August 23, 1909; Levi Chubbuck, Special
Inspector, to Secretary of the Interior. May 18, 1906.

60      Welwood Murray to A. C. Tonner, Acting Commissioner of Indian Affairs. December
31, 1902.

61      Welwood Murray to A. C. Tonner, Acting Commissioner of Indian Affairs. December
31, 1902.

62      Welwood Murray to A. C. Tonner, Acting Commissioner of Indian Affairs. May 19,
1903.

63      Levi Chubbuck, Special Inspector, to Secretary of the Interior. May 18, 1906.

ACC0004045

64      Levi Chubbuck, Special Inspector, to Secretary of the Interior. May 18, 1906. This is summarized as well in The Tahquitz Report, p. v-228.

65      Francisco Patencio, Pedro Chino, Francisco Arenas, Alejo Patencio, and Moreno Patencio, to the President of the United States of North America. May 27, 1914.

66      Richards, p. 9, on the closing of the hotel; E[dmund] M[itchell] to Charles L. Davis [C. L. Ellis?], Supervisor of Indian Service. March 9, 1910, on the question of Murray's title to the cold spring; Welwood and Elizabeth Murray to Edmund Mitchell. March 18, 1910, on the question of the cold spring and on Indian control of the hot spring; C[harles] R. Olberg, Acting Chief Engineer, to W[illiam] H. Code, Chief Engineer, U. S. Indian Service. February 13, 1911.

67      *Rider's California: A Guide-Book for Travelers with 28 maps and plans.* (New York: The Macmillan Company, 1925; London: George Allen & Unwin, Ltd., 1925); C. C. Pierce, "No. 9614, Palm Springs -- Indian Bath House." [c. 1910s-1930s] Pierce #4761; C. C. Pierce, "No. 9620, Palm Springs -- The Bath House owned by the Indians." [c. 1910s-1930s] Pierce #4767; *Palm Springs: The Oasis of Delight.* Compliments of Hugh Evans & Company (Incorporated), Formerly Evans-Lee Corporation. c. 1920s-1930s; "C-1034-Natural Mineral Hot Springs" [postcard c. 1930s]. Color transparency by Ray Foster, Kodachrome Reproduction by Mike Roberts Studios, Berkeley, California; Don Admiral, *Desert of the Palms.* (El Centro, Calif.: The Desert Magazine, 1938), p. 22.

68      John W. Dady, Superintendent, to Commissioner of Indian Affairs. September 13, 1933.

69      John W. Dady, Superintendent, to Commissioner of Indian Affairs. October 26, 1934.

70      [Charles L. Ellis?] to Cha[rle]s H. Burke. June 11, 1928; [Charles L. Ellis], District Superintendent in Charge, to Commissioner of Indian Affairs. January 10, 1929.

71      [Charles L. Ellis], District Superintendent in Charge, to Commissioner of Indian Affairs. January 10, 1929; "The springs with 10 acres of ground located in the extreme southwest corner of the $NW^1/_4$ Section 14, should be reserved and not allotted," wrote Indian Irrigation Service Supervising Engineer Clotts in 1923. "It is probable that the entire $NW^1/_4$ Section 14 should be reserved for townsite purposes and later sold for the benefit of the band." Herbert V. Clotts, Supervising Engineer, to Commissioner of Indian Affairs. February 7, 1923. In 1927, two leasing proposals were made by Mr. B. L. Frank, manager of the Ambassador Hotel in Los Angeles, and by John L. Hinkle, and rejected. C[harles] L. Ellis, District Superintendent in Charge, to Commissioner of Indian Affairs. July 12, 1927. Box 137, Letters to the CIA, May 1925-June 1944, Mission Indian Agency,

ACC0004046

Record Group 75, National Archives, Laguna Nigel, Calif.; [Charles L. Ellis], District
Superintendent in Charge, to Commissioner of Indian Affairs. August 8, 1927.

72    See *Hearing on S. 1424, and S. 2589*, pp. 212, 215-216.

73    [Charles L. Ellis], District Superintendent in Charge, to Commissioner of Indian
Affairs. January 10, 1929. *The Tahquitz Report*, p. v-257 on Cahuilla support for and
protests against the airport; p. v-265 on traditional tribal handling of income.

74    C[harles] L. Ellis, District Superintendent in Charge, to Commissioner of Indian
Affairs. June 26, 1930.

75    See *Hearing on S. 1424, and S. 2589*, pp. 212, 215-216.

76    See C[harles] L. Ellis, District Superintendent in Charge, to Commissioner of Indian
Affairs. June 26, 1930.

77    See the Tahquitz Report, pp. v-258-278, for general discussion of the allotment
dispute and events in the 1930s. See *Hearing on S. 1424, and S. 2589* for more specific
testimony on the allotment issue.

78    *The Desert Sun*, 8:40 (May 10, 1935), 9:7 (September 20, 1935), 9:8 (September 27,
1935), 9:12 (October 25, 1935), 9:14 (November 8, 1935), 9:19 (December 13, 1935), 9:26
(January 1, 1936), 9:27 (February 7, 1936), 9:30 (February 28, 1936); John Collier,
Commissioner of Indian Affairs, to [John W.] Dady, Superintendent. February 17, 1936;
Adam Castillo to Sam Collins, Congressman. February 17, 1936, in *Hearing on S. 1424, and
S. 2589*, pp. 87-88. [John W.] Dady, Superintendent, to Commissioner of Indian Affairs.
February 20, 1936.

79    "Indians Watch that Hot Water Isn't Lost," *The Desert Sun* 9:30 (February 28, 1936),
p. 1.

80    It is also possible that memories of this "interference" resulted in the Cahuilla
subsequently being barred from attaching to the sewer system (according to Purl Willis).
See Willis's testimony in *Hearing on S. 1424, and S. 2589*, p. 189.

81    Francisco Patencio et al [Francisco Patencio, Moreno Patencio, Joe Patencio, Augusta
Patencio, Celia Patencio, Matilla Patencio Welmas, Lee Arenas, Della Nicholson, Willie
Marcus, Baristo Sol, Pedro Chino, Miguel Saturnino, Albert Patencio, Florida A. Patencio,
and Virginia Patencio Siva] to H[arold] H. Quackenbush, Special Officer. February 17,
1938.

82    Earl Coffman et al [Earl Coffman, Indian Affairs Committee; Frank H. Bennet,
president of the Palm Springs Chamber of Commerce; Francis F. Crocker, president of the
Junior Palm Springs Chamber of Commerce; Charles F. Morrison, president of the Palm

ACC0004047

Springs Property Owners Association; Harold Hicks, president of the Palm Springs Realty Board; Henry Hoagland, president of the Desert Riders; Warren B. Pinney, chairman of the Palm Springs Sanitary Board; George B. Roberson, president of the Palm Springs Police Protection District; and Alvah F. Hicks of the Palm Springs Fire Commission] to John F. Collier. November 5, 1936, in *Hearing on S. 1424, and S. 2589*, pp. 54-55.

83      John W. Dady, Superintendent, to All Adult Members of the Palm Springs Reservation. December 12, 1935, in *Hearing on S. 1424, and S. 2589*, pp. 54-55. Italics mine. Purl Willis and Adam Castillo were heavily involved in the activities of the Mission Indian Federation, an Indian rights organization, during this period and encouraged various bands to assert their autonomy, often in direct opposition to Office of Indian Affairs plans.

83      *Hearing on S. 1424, and S. 2589*, p. 151-152.

84      *Palm Springs Band of Mission Indians: Hearing Before the Committee on Indian Affairs 1936-1937, Seventy-Fifth Congress, First Session, on S. 1424, and S. 2589.* (Washington, D. C.: United States Government Printing Office, 1937), p. 170.

85      John W. Dady, Superintendent, to John [F.] Collier, Commissioner of Indian Affairs. December 15, 1936.

86      "Federal Government Takes Charge of Palm Springs Indian Reservation." *The Desert Sun.* 10:23 (January 8 to January 15, 1937), p. 1, 6. Tahquitz Report, v-271.

87      John W. Dady, Superintendent, to Commissioner of Indian Affairs. January 5, 1937.

88      John W. Dady, Superintendent, to Commissioner of Indian Affairs. January 5, 1937b.

89      See "Federal Government Takes Charge of Palm Springs Indian Reservation." *The Desert Sun.* 10:23 (January 8 to January 15, 1937), p. 6.

90      John W. Dady, Superintendent, to Commissioner of Indian Affairs. January 12, 1937.

91      John W. Dady, Superintendent, to Commissioner of Indian Affairs. January 22, 1937; John W. Dady, Superintendent, to Federal Prison Industries, Inc. January 26, 1937.

92      John W. Dady, Superintendent, to Commissioner of Indian Affairs. January 12, 1937.

93      "Federal Government Takes Charge of Palm Springs Indian Reservation." *The Desert Sun.* 10:23 (January 8 to January 15, 1937), p. 1, 6.

94      John W. Dady, Superintendent, to Commissioner of Indian Affairs. March 2, 1938.

95      John W. Dady, Superintendent, to Commissioner of Indian Affairs. May 12, 1939; John W. Dady, Superintendent, to Commissioner of Indian Affairs. June 22, 1939.

96      John W. Dady, Superintendent, to General Accounting Office. January 6, 1938.

97      Tahquitz Report, v-274.

98      Carl Barkow, "Sun Spots," *The Desert Sun.* 10:38 (April 23 to April 30, 1937), p. 1.

ACC0004048

99      Francisco Patencio et al [Francisco Patencio, Moreno Patencio, Joe Patencio, Augusta
Patencio, Celia Patencio, Matilla Patencio Welmas, Lee Arenas, Della Nicholson, Willie
Marcus, Baristo Sol, Pedro Chino, Miguel Saturnino, Albert Patencio, Florida A. Patencio,
and Virginia Patencio Siva] to H[arold] H. Quackenbush, Special Officer. February 17,
1938.

100     [John F. Collier], Commissioner, to James Stewart. February 16, 1938.

101     See the Tahquitz Report, v-273-278, and "Tribal Management of Local Indians Is
Approved," *The Desert Sun* (June 30-July 7, 1939).

102     "Tribal Management of Local Indians Is Approved," *The Desert Sun* (June 30-July 7,
1939).

103     Patencio, *Stories and Legends*, p. 91-94.

ACC0004049

# Chapter 7

## Conclusion

At the end of the day, the sun sets and the temperature begins to drop. The evening winds build, then subside. The sweet, resinous scent of desert plants hangs heavy in the still air. The hawks, roadrunners, and ground squirrels have returned to their nests and dens. Gangly, slab-sided coyotes trot with renewed vigor in the cooling air. Small mammals emerge from their burrows to hunt seeds and insects. Some fall victim to the coyotes, others to the little desert owls that share the twilight sky with crepuscular bats. Over it all a rising moon casts a pale light and creates crisp-edged shadows. While the sun-warmed rocks slowly release their stored heat, let us reflect on how this desert's ecoscape has emerged and evolved.

Many events and groups shaped the evolution of the Palm Valley ecoscape from the Cahuilla ecoscape of the mid-1800s to one that combined white and indigenous patterns after the 1930s. The role of the federal government in forming the spatial and social framework of the nascent ecoscape was critical and pervasive. Yet while the government provided the lines along which future evolution would occur, it was the Cahuilla and their white neighbors who would fill in the interstices. The Cahuilla, creators in large part of the region's pre-contact ecoscape, saw familiar ecosystems altered and social patterns grow more complicated after 1884 as increasing numbers of newcomers settled down to stay. These newcomers, meanwhile, endeavored to cope with the presence of people believed inferior to themselves yet also knowledgeable about this new and unfamiliar ecosystem. During the initial formative process, occurring between the late 1880s and 1910s, the federal government bridged the gaps between hopes and experience, supplying both groups with information about the contents and processes of the emerging ecoscape. In subsequent years, beginning in the late 1910s and early 1920s, the role of the government declined as the

ACC0004050

Cahuilla and whites both grew more comfortable with the new ecoscape they were creating together, and the government's ability to negotiate this complex terrain was eclipsed by their own by the close of 1939.

Between 1877 and 1939 the ecoscape of this desert region underwent profound change. In the 1870s the coming of the Southern Pacific Railroad and the creation of the Agua Caliente Indian Reservation imposed a new matrix on the region's ecoscape, altering socio-spatial relationships and introducing new species, practices, and concepts. This imposition severed some connections within the Cahuilla ecoscape even as it provided a framework along which subsequent ones would be formed.

The federal government had a large hand in the creation of the nascent Anglo-Cahuilla ecoscape. Government planners devised the grid system in the 1780s; government surveyors brought it to the region. The existing Hispano-Cahuilla ecoscape was divided into even and odd sections by an abstract grid without local antecedents. Government survey teams in the 1850s assessed the paths the railroad might follow, almost literally laying the groundwork for the Southern Pacific Railroad; the government's decision to subsidize the railroads with land-grant packages in the 1860s and 1870s opened the odd-numbered sections up to white settlement. Presidents Ulysses S. Grant and Rutherford B. Hayes reserved the unsurveyed, unclaimed and even-numbered ones for the Cahuilla in 1876 and 1877. By literally delineating the spatial relations between Cahuilla and white settlers, the government gave shape to the ecoscape's future evolution.

The Cahuilla practice of locating dwellings and agricultural sites according to the geophysical and vegetative terrain was compromised by the reservation-grid system. We saw this in the induced removal in 1884 of Pedro Chino from his holdings on what had suddenly become railroad land. Similarly, lineage-based patterns of land allocation were altered as dwindling numbers -- resulting in part from smallpox fatalities in the mid-1800s -- forced small family remnants into more sustainable, multi-lineage bands. Abruptly some

ACC0004051

square sections of land became off-limits while others were deemed appropriate for habitation irrespective of the actual carrying capacity of the ecosystem. While within their assigned sections the older Cahuilla patterns of land distribution persisted initially, by the end of the 1930s even the reservation lands had been carved into geometric patterns of straight lines and right angles.

Simultaneously, as spatial arrangements were restructured, social relationships were altered by the arrival of white speculators, settlers, and government agents. In the early 1880s the initial numbers of these newcomers were small. Even allowing for the decimation of Cahuilla populations by smallpox and other forerunners of occupation, the newcomers did not at this time greatly outnumber the Cahuilla who remained in the region. Prior contact between non-Indians and the Cahuilla of the upper Coachella Valley had largely taken place on the Cahuillas' own terms; the remoteness of the region and the ignorance of visitors of the local ecoscape had ensured the Cahuilla the upper hand in such encounters. What the Cahuilla did not anticipate was that this time many of these "visitors" had come to stay.

The Cahuilla could not choose which aspects of the newcomers' travelling kit of ideas, practices, and new species -- remnants of the arrivals' former ecoscapes -- they would have to integrate into the local ecoscape. The Cahuilla understanding of their ecoscape as an interconnected web encouraged them to attempt incorporating some of these new elements, yet they were unprepared for the magnitude of that task. Nor did they immediately comprehend the extent to which the newcomers would try to control this process themselves.

These newcomers, meanwhile, brought a sense of hubris along with the pieces of their former ecoscapes. Informed by the concept "nature," which emphasized the separation and subordination of ecosystems from and by human cartographies, they naively supposed that they could easily recreate familiar patterns in an unfamiliar place. Thus

ACC0004052

settlers like Burleigh B. Barney assumed that the desert ecosystem could be forced to support a tropical Garden of Eden. They assumed that the ecosystem would take their new grafts without a hitch, and they assumed that the Cahuilla would quietly accede to these alterations. The reality proved a bit more complex. The Cahuilla had a considerable stake in maintaining the indigenous ecoscape, which to them was the familiar one. The local desert ecosystem was not as malleable or forgiving of error as others might have been. The newcomers' reliance on the idea of a separate, subordinate "nature" discouraged ready perception of the ways in which cartographies and ecosystems interacted, making it difficult to make the necessary adaptations to the new ecoscape. Their struggles serve to remind us to be wary of facile divisions of reality into polarized categories such as "nature," and highlight the need to develop historical frameworks that allow us to both critique such divisions and avoid reinscribing them in our own work. Hopefully this examination has established the viability of the ecoscape as one such approach.

The newcomers did recognize that their knowledge of the local ecosystem was not as thorough as it could be; the Cahuilla similarly recognized that they needed to know more about these newcomers' practices and expectations. Thus white settlers and visitors clutched at the straws offered by guidebooks and hard-won daily experience, while the Cahuilla struggled to make sense of the new system of laws and informal protocol that would eventually render much of their older knowledge superfluous. (White knowledge of Cahuilla cartographies and Cahuilla understanding the ecosystems the newcomers were trying to recreate were also important, but received less attention.) In their efforts to make sense of the emerging ecoscape, both whites and Cahuilla sought and needed assistance. Enter the federal government and its agents.

The government did more than lay the spatial groundwork described above. Possessed of a wider perspective, greater capital, and a systematic approach to garnering and distributing information, the government was a valuable resource. For the struggling

ACC0004053

parties enmeshed in the daily effort of shaping and cohabiting within an evolving ecoscape, it served as an arbiter of disputes and a storehouse of knowledge. During the bitter struggles for survival in the drought years of 1894–1903 agents of the Bureau of Indian Affairs and its subsidiary organizations, the Mission Indian Agency and the Indian Irrigation Service, walked a tightrope between the white settlers, whom they better understood, and the Cahuilla, for whose welfare they were considered responsible. They balanced the need for local information with that for reasoned objectivity, finding that efforts to procure the former often compromised their ability to preserve the latter. Indeed, the short tenure of most Indian Agents and their distance from Palm Springs helped maintain this balance; the experiences of individual Agents, such as John Guthrie McCallum and Horatio Nelson Rust, who became enmeshed in local disputes and found their objectivity compromised confirm its fragility.

In subsequent decades these general patterns remained in place, with each group testing out and developing the roles available to them within the solidifying frameworks of the ecoscape. The 1900s and 1910s were a period of recuperation and consolidation after the stresses of the drought years. At this time the Cahuilla and the white settlers reassessed their positions in the strengthening web of the ecoscape. The federal government, represented by the Superintendent of the Mission Indian Agency and by members of the Indian Irrigation Service, worked to correct the mistakes made in earlier years. These people sought both to ease the cause of tensions – as by improving the water systems of Tahquitz and Andreas Canyons – and to regulate the lines of debate and dispute through a series of contracts and projects. New lines – both real and metaphoric – were laid, while old ones were repaired or discarded. As they prepared for the winter floods that poured off Mount San Jacinto in wet years, they were also building social catch-basins to accommodate the floods of winter visitors that would accompany them.

ACC0004054

Such preparations were badly needed when the resort community began to come into its own in the 1920s. Increasing numbers of tourists made the question of control all the more vital. While day-to-day survival was no longer at stake, the development of a lucrative, booming economy based on tourism had added new risks and rewards. The increased value of tribal assets to the tourist trade placed considerable pressure on the Cahuilla. The band found itself divided between traditionalists who had remained in the area and those who returned when the situation had improved; some of the later, like the Andreases of Andreas Canyon, were returning to their former territory, while others, like the Pierces who sued for allotment in the 1930s, hoped to partake of the region's new bounty. These later arrivals, being on the periphery of the tribe's network in the Palm Valley ecoscape, favored new methods of gaining access to tribal assets over traditional ones based on family and personal contacts. They brought with them greater experience with white cartographies, elements of which had been added to their own. These internal tensions added further complications as the Cahuilla strove to comprehend and manage the volatile opportunities that the changing situation offered and the demands that it imposed.

Meanwhile, tensions between the Cahuilla and their white neighbors intensified from the 1920s through the 1930s. Themselves divided over the question of growth, the white community too had a stake in the tribe's assets, especially the palm canyons and the bathhouse. Rather like a person watching over the shoulder of someone trying to do a difficult task, particularly when that person believes him- or herself better suited for the job, the business interests of Palm Springs grew frustrated with Cahuilla management and wished to run things themselves. In this they sought the support of the federal government. They believed that the Mission Indian Agency, having the best interests of the Cahuilla in mind, would surely see that it was best for Cahuilla assets to be managed efficiently by experienced (white) managers. While the white community meant to offer

ACC0004055

themselves as suitable candidates for the task, the Agency chose to appoint its own representatives instead.

This intervention helped solidify the patterns that would inform the ecoscape up to and including the present day. MIA management of the reservation in 1937-1939 under Special Agent Harold H. Quackenbush demonstrated to the Cahuilla how they could run their affairs with success while at the same time whetting their desire to retake the reins. Frustration with the Agency's way of running things -- despite initial optimism -- demonstrated to the Palm Springs community that there was no quick fix. They would need to learn how to negotiate for, rather than demand, what they wanted. Finally, the Agency take-over demonstrated clearly that the federal government could no longer serve the same role it had in the past. The growing complexity of the region's ecoscape meant that, in order to keep on top of things, the government needed to have someone involved in the dynamics of the ecoscape on a daily basis. This requirement made it difficult, if not impossible, for that person to remain objective and neutral in local debates. Realizing that it was no longer possible to maintain the delicate balance between objectivity and knowledge, the MIA began slowly to extricate itself.

The decision of the town of Palm Springs to incorporate in March 1938, and of the Cahuilla to incorporate the following spring as an official band under the Indian Reorganization Act of 1934 reflected both groups' new awareness of the situation. While internal disputes had not been dissolved, no longer could they permitted to distract attention from necessary negotiations. Nor could disagreements between groups to be allowed to flare up as they had in the past. Awareness that the federal government could no longer effectively resolve such antagonisms made the need to develop their own solutions clear. Incorporation reflected the fact that both Cahuilla and whites had established places in their shared ecoscape, and come to recognize that a web of relationships inextricably bound them to each other and their shared ecosystem.

ACC0004056

This is not to say that there were no subsequent disagreements, or that everything always proceeded smoothly. But the trails along which communication, negotiation, and disagreement traveled had been established. These formed an important part of the patterns of the ecoscape, patterns which persist even today. Arguably, such patterns would be difficult to see if one did not attempt to compare and contrast and combine multiple perspectives; doing so not only serves to reduce the bias inherent in any one type of source material, but encourages us to consider what happens when groups with different cartographies encounter each other. Given that we inhabit a multicultural society with a multicultural past, it seems reasonable to expect that such encounters -- perhaps viewed using the ecoscape as a framework -- will continue to be considered worthy of study. Similarly, we ought to expect an increased amount of attention given to the connections between belief, practice, and ecosystems; arguably our very survival as a species is at stake. To my mind, the ecoscape offers an elegant way to combine both projects, as I hope this study has demonstrated; at the very least it does provide a framework for thinking about the patterns that developed in Palm Valley between 1877 and 1939.

## Wider Implications

These patterns not only have temporal echoes in the present, but spatial ones in the past. Writ small in the history of Palm Valley were the larger processes by which the ecoscape of the American West itself evolved. By examining the evolution of a local ecoscape, one is able to explore those processes in greater detail than might otherwise be possible. The small scale and intensity of conflict and change in the Palm Springs ecoscape render the lines of development in a chiaroscuro of historical change, much as the actions of wind and water on rock are revealed more clearly in desert regions than in more fertile ecoscapes. Much like the careful examination of a single stone can tell an observer things that the study of an entire mountain only hints at, Palm Springs complicates as well as confirms our understanding of the history of the American West.

ACC0004057

Even the most cursory overview confirms the connections and parallels between the evolution of the Palm Valley ecoscape and the development of the American West. The arrival of the Southern Pacific Railroad in Palm Valley paralleled the process by which federal subsidy of American railroad companies in the 1860s "opened up" the West. The struggles of the Bureau of Indian Affairs to manage the Palm Canyons is suggestive of similar struggles to create and manage Yellowstone, Yosemite, and the other national parks, efforts which resulted in the creation of the National Park Service in 1916 and the drafting of the bill that established the Palm Canyon National Monument. The impact tourism had on Palm Springs echoes the imprint it was making on the wider West; indeed, the chronology of western tourism after the Civil War finds a close match in the chronology of its effects on the Palm Valley ecoscape. Originally following the railroads and emphasizing the aesthetic appreciation of an American sublime, western tourism blossomed in the 1910s and 1920s with the proliferation of the private automobile. Similarly, the community of Palm Springs drew on railroad traffic and consumptive tourists for its daily bread in the 1880s and 1890s, but was later transformed into the winter resort it still remains by the sweeping flocks of sun-seeking automobile tourists in the 1920s. The processes by which white settlers came to understand and appreciate their desert ecoscape evoke the larger ones by which Americans came to terms with their Western territories. Initially viewing the region as a barren wasteland on the edge of their irrigated fields, local whites came to appreciate the subtle beauties of the local desert in much the same way that Americans generally learned to appreciate the unique aesthetic of southwestern ecoscapes. The activities of the Indian Irrigation Service in Palm Springs and on the Agua Caliente Indian Reservation in creating irrigation systems and devising water-rights arrangements echo the larger alterations wrought in arid-land ecosystems throughout the West, which resulted in massive structures like the Hoover and Grand Coulee dams, and complex water-use contracts like the Colorado River Compact. The interventions of the

ACC0004058

BIA in the often acrimonious disputes between whites and Cahuilla partake of the larger issues involved in Indian removal, reservation management, allotment and the citizenship and autonomy of indigenous peoples. Meanwhile even the relatively mild experience of the Cahuilla hints at the pressures and dynamics of acculturation experienced by other indigenous communities which faced the trauma of genocide, grieved over the forced removal of children, and mourned the loss of ancestral territories and familiar modes of life. While it is important to keep the particulars of the Palm Valley ecoscape in mind, we should be cognizant that it did not evolve in isolation, despite its spatial remoteness. In its cartographies, and in the species and peoples imported to the region, we can find the ties that bind this small, local ecoscape to the web of a much larger whole.

Railroad development was crucial to the "opening" of the West. Subsidized by a system of land grants from the federal government, and often following lines surveyed by government surveyors, companies such as the Southern Pacific, the Atchison, Topeka and Santa Fe, and the Central Pacific extended their rails across the West. Fare wares between companies made it possible for settlers to travel along these lines at affordable rates, and enabled small (and large) producers to ship their goods quickly to large urban areas in the West, in the East, and beyond. This encouraged development along the tracks and within the railroad sections, reinforcing the abstract spatial grid laid out by the surveyors. For travelers, the West itself was framed by the railroads, their experiences with its peoples and ecosystems confined to a series of narrow strips abutting the tracks. In Palm Springs, the railroad and the sale of its land brought white settlers to the area for the first time in large numbers. It made it possible for them to export fruits and vegetables to cities like Los Angeles and San Francisco, while importing tourists and speculators and canned food. The Southern Pacific even offered a megaphone to enhance boosters' exhortations with its organ, *Sunset* magazine. Without the railroads, both Palm Springs and the wider West would have developed at a much slower pace.[1]

ACC0004059

But the railroads were there, and did enable the rapid growth of Western communities, including Palm Springs. In addition to settlers, the railroad, and later the automobile and the airplane, brought tourists eager to see the wonders of the West. As visitors flocked to the national parks and monuments around the country -- particularly in the West -- the federal government responded by creating the National Park Service in 1916. Its efforts to promote, protect and police the parks were paralleled by those of the Mission Indian Agency relative to the palm canyons of the Agua Caliente Indian Reservation. Here, as throughout the West, we can see the problems associated with overcrowding and the interest of local businesses in the opportunities presented. So too can we see the debate over the control of federal land reenacted in miniature. The Cahuilla refusal to give consent for the creation of a national monument in the canyons suggests the paradoxical stance of Westerners toward the federal government; federal assistance was appreciated (even demanded) while federal interference was resented. We can also sense the faint echoes of disputes that did not happen, as in Yosemite, where the indigenous claimants were no longer around to protest white actions in the valley.[2]

The popularity of the canyons in the 1920s was an indication of how Americans had come to embrace the West by this time. As Anne Farrar Hyde and others have noted, the process by which Americans developed cartographies of the Western ecoscapes was not always a straightforward one. While some ecoscapes of the West were easily reconciled with existing assumptions and expectations, most required a more concerted effort. And some ecoscapes, particularly those incorporating arid ecosystems, were initially seen as literally incomprehensible. Adaptation involved not only understanding of foreign ecosystems, but the people who inhabited them. Again, a few groups fit easily into existing categories, but for the majority the fit was only superficial. In Palm Springs, the more familiar elements, such as birds, mountains and "oriental" palm forests, were easy to appreciate and accept. Others, such as the cholla, rattlesnake, and the heat of summer,

ACC0004060

were not. The Cahuilla, for whites, seemed initially to fit tidily into their assumptions about "civilized" Indians, being apparently peaceful, superstitious, and somewhat childlike; they would learn the hard way that the Cahuilla were a people at least as canny and as resourceful as themselves. In the greater West, as well as in Palm Springs, Americans gradually learned the hard lesson that being able to shoehorn something into a preconceived category (such as "nature") does not necessarily mean that one understands or is able to control it.[3]

Development would have been slower without the government's assistance in the creation of a vast array of irrigation projects throughout the West; so too in Palm Valley. Donald Worster, Marc Reisner, Donald Pisani, Norris Hundley, Jr., and others have documented the extensive projects undertaken by the Army Corps of Engineers, the Civilian Conservation Corps, and the Bureau of Reclamation in this period. These government agencies, sometimes collaborating, but usually competing, harnessed a multitude of Western watersheds, from the Colorado to the Columbia to the San Francisco delta.[4] As Indian Irrigation Service Chief Engineer William H. Code noted, commenting on the failure to develop the Whitewater to its full potential, "It is an enterprise which I am surprised has not been taken up ere this, since ordinarily an inch of water in California has as little chance of escape as the proverbial 'lamb in a slaughter house.'"[5] Such developments were the product of an alliance of capital, expertise and power, suggests Worster. The picture of government irrigation at Palm Springs both corroborates and complicates this interpretation. What it suggests is that Worster's argument is best applied to larger organizations than small. Certainly, it appears that the IIS, if they had the funds available, would have loved to put its expertise to the challenge of developing the region's water systems. As one of several subsidiary "pigmy services" -- as Commissioner John Collier disparagingly described them -- within the Bureau of Indian Affairs, the IIS had to share funding with a host of other programs aimed at improving conditions on the

ACC0004061

reservations.[6]  Elsewhere, this balked ambition might have resulted in the Service throwing themselves into the money-filled arms of local business.  However, in Palm Valley, two factors stood in the way of such an elopement.[7]

One factor was the very personal character of Agency work in the area.  In a community as small as Palm Valley was initially, disagreements that might play out along organizational lines elsewhere tended to take on the character of personal disputes. Nearly all of the government observers who commented on the place noted the continual, pervasive factionalism that pitted whites against Cahuilla, Cahuilla against Cahuilla, and whites against whites.  This contentious atmosphere meant that in order to do one's job effectively, it was often best to stay aloof when possible, and to focus on the task at hand when it was not.  Even those observers who managed to walk this line could find themselves frustrated when required to get the disputants to agree on a matter of mutual concern.  In this environment, any desire to seek out cooperative arrangements was quickly squelched.

On a less personal note, the very raison d'être of the Indian Irrigation Service worked against such collaboration.  After all, the Indian Irrigation Service was just that: the *Indian* Irrigation Service.  As such it had a duty to defend indigenous water claims, usually by developing such resources for use on the reservation.  If its indigenous "clients" were in fierce competition with local businesses and settlers for water, the actions of local business were often seen as more a hindrance than a help.  This does not mean that Service personnel did not sympathize with the plight of water-thirsty farmers, entrepreneurs and hoteliers; indeed, when they could find a way to protect indigenous interests while helping local whites, they did so.  When they could not, indigenous interests were given priority.

However, it should be noted that indigenous wishes and indigenous interests were not always -- indeed, not usually -- considered compatible by the agents of the Bureau of Indian Affairs.  Reservation management, particularly in the last decades of the 19th

ACC0004062

century, was decidedly paternal. Native Americans were believed to be incapable of correctly determining their own needs and of fulfilling them without guidance. Even "more civilized" Amerindian groups, including the Cahuilla, were deemed in need of education and assistance in assimilating to white ways. Sometimes this took particularly egregious form, as when children were taken from their families in order to inculcate them with white values, creating a generation caught between cultures. More often, it took the form of a pervasive and invasive paternalism on the part of BIA officials. While sometimes this brought indigenous peoples material assistance and support in their disputes with white neighbors, it also encouraged feelings of resentment or fostered an attitude of hopeless apathy. Political savvy developed through years of defending their rights in the absence of remote, ill-informed government officials, and clout brought by the value of their holdings enabled the Cahuilla to challenge such interference. Yet the fact that they were still made to "knuckle under" again and again despite these assets suggests the weight and persistence of federal intervention in indigenous affairs.

The low carrying capacity of arid Western ecosystems, the value of resources like water and mineral ores, and assumptions of incompetence and superiority relative to indigenous peoples and white Americans, were not elements limited to Palm Valley. Nor were the difficulties inherent in forcing smaller indigenous ecoscapes to integrate with a larger, foreign one. In places like Arizona and New Mexico, the Bureau of Indian Affairs wrestled with the problems that accompanied the evolution of indigenous ecoscapes into blended Anglo-Indian ones. Poverty, alcoholism and a profound despair were often the fruits of this forced integration; paternalism, "Americanization" programs, and micromanagement by government agents were typical responses. On many levels, the history of the Agua Caliente Cahuilla suggests a more fortunate picture. Yet this band's relative prosperity serves to highlight the profundity of the evolution taking place throughout the West; that the Agua Caliente Cahuilla faced the same issues of autonomy,

ACC0004063

control, and adaptation to new peoples and new systems of thought as less fortunate groups strongly suggests that a deeper transformation was involved. Larger tensions involved in the integration of indigenous and white ecoscapes informed and were paralleled by smaller, even personal, struggles arising out similar integrations occurring on the local level.[8]

Whether one looks at federal involvement, the conflict arising from the forced integration of diverse ecoscapes, or the development of new perspectives, one is reminded that no local history, however focused, can be entirely divorced from the larger forces that inform it. Nor, for that matter, can large-scale trends be isolated from the smaller ones from which they are comprised. Palm Springs, by being both part of a larger Western ecoscape, and a distinct ecoscape in its own right, confirms the history told of the larger region while reminding us that the West, though arguably a distinctive feature in the national terrain, is not a monolith. It is important not to obscure the unique features of local ecoscapes like Palm Valley, and not to see them as a mere miniatures of a larger pattern; it is equally important to understand how regional, national or even global processes play out in such microcosms. It is, after all, on the small stage that people actually live.

### Variations on a Theme

The patterns of the Palm Springs ecoscape of the 1930s speak not only to a larger geographic area, but to a larger temporal one. The dynamics of the earlier ecoscape continue to inform those of Palm Springs today. Each of the areas discussed -- Palm, Andreas and Tahquitz Canyons, and Agua Caliente -- still resonates along the web of the modern Palm Springs ecoscape. The tonal quality of those reverberations evokes earlier vibrations, while reflecting the fine-tuning that has occurred in subsequent decades.[9]

Palm Canyon is much as it was, both physically and in the impact it has on tourists visiting the region. The Cahuilla continue to maintain a toll gate at the entrance, and note the canyons' place in Cahuilla history in a glossy brochure illustrated with photographs of

ACC0004064

palm groves. The road in, though now paved, is still challenging to motorists. There is still a Trading Post on Hermit's Bench where guidebooks, palm-frond walking sticks, Indian handiwork, and various local histories may be purchased; it is the latest incarnation of an institution that survived even a total consumption by fire in the 1940s. Tourists from throughout the world flock to Palm Canyon in order to walk among the palms and frolic in the creek; a diverse array of accents and languages can be heard in one afternoon. Their numbers are still cause for caution; the canyon is carefully monitored to discourage vandalism and littering. The danger of fire is still worrisome, despite the subsequent vindication of Cahuilla fire practices. Film companies now find it easier to film "Araby" on location, but their earlier works can still be viewed, now stored on video, laser disc, and DVD. And the legislation for the creation of a Palm Canyon National Monument is still on the books, held in a state of suspended animation until the unlikely day when the Agua Caliente band decides to give their approval to the project.

The role of Andreas Canyon in the ecoscape has shifted somewhat; no longer does its primary value rest with its year-round waters, though a water system is still in place. Instead, it functions in a complementary role to that of Palm Canyon as a place for sightseers and picnickers. This role, foreshadowed in the 1920s and 1930s by the picnics held by the Desert Riders equestrian club and the promotion of the canyon as a site of ancient Indian artifacts, has long superseded those anticipated by the engineers and scientists of the federal government. A similar shift has occurred in Tahquitz Canyon's placement in the ecoscape. The importance of its waters already diminishing in the 1930s, the region became more valued for its falls, the Desert Play, and its place in local "Indian" legends. Once the playground of residents and site of a scene in the famous film "Lost Horizon," Tahquitz Canyon is now closed to the public. Its fatally beautiful falls and cliffs have been declared an ecologically sensitive area.

ACC0004065

Though still an important resource to the Cahuilla, the hot spring would be unrecognizable to the people of the region's early years. A vast spa and casino has formed around it -- the latest incarnation of the former "Indian Bathhouse." The presence of the casino on reservation land is a reminder that differences between reservation and non-reservation businesses persist. Now, however, though some protest the inequity of the Cahuilla being allowed to run a casino, others laud the endeavor as a tourist draw and a benefit to the local economy. The question of sanitation has ceased to be the intense concern that it was in the 1920s and 1930s. Indeed, much of the reservation is not immediately identifiable as such; only discreet signs indicate where the city leaves off and the reservation begins. Undeveloped areas can still be seen on reservation sections; they are uninhabited and suggest an air of abandonment rather than the disorder that so distressed earlier white observers.

In addition to these patterns swirling about key foci in the ecoscape, it is important to remember the larger patterns of the ecoscape as a whole. After all, Section 14 was irrigated with the waters of Tahquitz Canyon; Andreas Canyon was one of the canyons considered for protection in Palm Canyon National Monument; and the hot springs were, like those canyons, one of the region's key attractions. Much the same could ultimately be said for the people involved; the small size of the community ensured that, at least in the early years, everyone knew, had dealings with, or was even related to the other members of the community. Even the federal government, represented by local Agents, had a personal face in the critical years of the ecoscape's development.

While much diminished, connections between the region and the federal government persist. Once dependent on the favors of senators and representatives, Palm Springs has since produced a Congressman of its own, Sonny Bono. Tourism continues to play an important role in Palm Springs' economy; the success of numerous hotels, motels, and convention centers attest to that. The canyons continue to be a draw, along with the still

ACC0004066

pleasant winter weather, though smog has diminished the once-legendary clarity and purity of local air. As suggested by the construction of the Spa-Casino, the Cahuilla as a group have become a potent force in the affairs of the region. Indeed, they are famed as the wealthiest tribe in the United States, though this wealth is not distributed equally among the band's members, reminding us of the factionalism of the 1920s and 1930s. Water disputes are not what they were; as Palm Springs has reduced its dependence on local sources, turning instead to the Colorado River and underground aquifers, water disputes take place on a much larger, often more abstract scale. Rather than concerning the relatively paltry acreage of a handful of parties, these disputes now engage much greater regions, such as the Imperial Valley or Southern California more generally, or even entire networks of states, such as those involved in the Colorado Compact. Yet they are no less heated for all that. Despite the changes inevitable in an ecoscape that continues to evolve, evolution since the 1930s has followed patterns laid down in its first six decades.

Epilogue

While the mature ecoscape's cartographies have proven flexible enough to withstand the vagaries of time, less certain is the resilience of the physical terrain. Groups that were once incomprehensible to each other now employ the same tactics against and in cooperation with each other, and capital and technology have reworked much of the ecosystem into a thriving community, but they have not changed the underlying truth. The region was, and still is, a desert surrounded by mountains. It remains arid, with limited local water resources. Ultimately, the cartographies of the ecoscape must (re)acknowledge these aspects of the ecosystem. Until they do, the region will remain vulnerable to any changes that cut off its lifelines from the outside, lifelines that temporarily bridge the gap between what is perceived and desired, and what is.

As I drive back to the settled coastal areas of Southern California, the sun is setting beyond the mountains. The vast bulk of San Jacinto is the first to block out the sun, casting

ACC0004067

its huge shadow over Palm Springs and Agua Caliente. The evening air smells of sage and dust, and the gentle tick-tick-tick of cooling engines and water sprinklers evokes a mood of quiet contemplation away from the main tourist strip.

Rounding each curve on the Palms-to-Pines Highway, eyes straining in the dimming light, I am reminded of the region's former remoteness and isolation. Coming through the mountains, the way is full of twists and bends; the route up from the Salton Sea involves hot desert traverses; while the San Gorgonio Pass is plagued with winds.

Heading west in the twilight, it seems sometimes as if I am chasing the sunset, trying to keep the last glimmering rays in sight. And so it is with Palm Springs today, still struggling with the limitations imposed by a desert ecosystem. Caught in a cool, arid twilight, shadowed by mountains, the region hopes to forestall the coming of the desert night.

ACC0004068

Notes

1  Richard White, *"It's Your Misfortune and None of My Own": A History of the American West.* (Norman: University of Oklahoma Press, 1991); *The Oxford History of the American West.* eds. Clyde A. Milner II, Carol A. O'Connor and Martha A. Sandweiss. (New York: Oxford University Press, 1994); Anne Farrar Hyde, *An American Vision: Far Western Landscape and National Culture, 1820-1920.* (New York: New York University Press, 1990).

2  William Cronon, "Landscapes of Abundance and Scarcity," pp. 628-31, in *The Oxford History of the American West.* pp. 603-37. See also Carlos A. Schwantes, "Wage Earners and Wealth Makers," pp. 457-58 on wartime booms and tourism, also in *The Oxford History of the American West,* pp. 431-467.

3  White, *"It's Your Misfortune"*; White, *The Organic Machine.* (New York: Hill and Wang, 1995); *The Oxford History of the American West*; Hyde, *An American Vision*; and Patricia Nelson Limerick, *The Legacy of Conquest: The Unbroken Past of the American West.* (New York: W. W. Norton and Co., 1987).

4  Worster, *Rivers of Empire*; Norris Hundley Jr., *The Great Thirst: Californians and Water, 1770s-1990s.* (Los Angeles: University of California Press, 1992); Donald J. Piasani *From the Family Farm to Agribusiness: The Irrigation Crusade in California and the West, 1850-1931.* (Berkeley; Los Angeles: University of California Press, 1984); Marc Reisner, *Cadillac Desert: The American West and Its Disappearing Water.* (New York: Viking, 1986).

5  W[illiam] H. Code, Chief Engineer, to Secretary of the Interior. December 14, 1906, p. 7.

6  *Palm Springs Band of Mission Indians Hearing before the Committee on Indian Affairs, 1936-1937, Seventy-Fifth Congress, First Session, on S. 1424, and S. 2589.* (Washington, D. C.: Government Printing Office, 1937), p. 69.

7  White, *"It's Your Misfortune"*; White, *The Organic Machine; The Oxford History of the American West*; Norris Hundley, Jr. *The Great Thirst: Californians and Water, 1770s-1990s.* (Los Angeles: University of California Press, 1992); Donald Worster, *Rivers of Empire: Water, Aridity, and the Growth of the American West.* (New York: Oxford University Press, 1985), especially "The Redemption of California," pp. 96-111; Worster, *Under Western Skies: Nature and History in the American West.* (New York: Oxford University Press, 1992), especially "Hydraulic Society in California," pp. 53-63.

8  White, *"It's Your Misfortune"*; White, *The Roots of Dependency: Subsistence, Environment, and Social Change among the Choctaws, Pawnees, and Navajos* (Lincoln: University of Nebraska Press, 1983); White, *The Middle Ground: Indians, Empires, and*

ACC0004069

Republics in the Great Lakes Region, 1650-1815. (New York: Cambridge University Press, 1991); *The Oxford History of the American West*. Indeed, many of the Agents transferred to the Riverside agency either had, or later would, serve their tour of duty at other reservations in the West, such as Pine Ridge, South Dakota, where the notorious Wounded Knee massacre occurred in 1890, and the American Indian Movement occupation would take place in 1973.

9       For overview of Palm Springs history after 1940, see Lowell John Bean and Sylvia Brakke Vane's "*Kauisik* History," being Section V of *Archaeological, Ethnographic, and Ethnohistoric Investigations at Tahquitz Canyon, Palm Springs, California* (Menlo Park, Calif.: Cultural Systems Research, Inc., 1995), pp. v-281-307.

ACC0004070

# Bibliography

## Books

### Primary Sources

Admiral, Don. *Desert of the Palms.* (El Centro, Calif.: The Desert Magazine, 1938).

Barrows, David Prescott. *Ethno-Botany of the Coahuilla Indians.* (1888; Banning, Calif.: Malki Museum Press, 1977).

Bowers, Stephen. *A Remarkable Valley and an Interesting Tribe of Indians* (San Buenaventura, Calif., 1888).

Chase, J[ames] Smeaton. *California Desert Trails, with Illustrations from Photographs by the Author and an Appendix of Plants. Also Hints on Desert Traveling.* (Boston and New York: Houghton Mifflin Company, 1919).

_____. *Our Araby: Palm Springs and the Garden of the Sun. Illustrated from Photographs by the Author: with a Descriptive list of Desert Plants, etc. and Hints to Desert Motorists: also A New Map of the Region by the U.S. Geological Survey.* (Pasadena, Cal.: Star-News Publishing Company, 1920); *Our Araby: Palm Springs and the Garden of the Sun. New Edition, Revised and Enlarged.* (New York: J. J. Little & Ives Company, 1923).

Curtis, Edward S. *The North American Indian.* (Norwood, Mass.: 1926).

Darlow, A. and Harry Brook. *The Rand-McNally Guide to California via "The Overland Route" with Map and Illustrations.* (1900; Chicago and New York: Rand, McNally & Company, 1903).

*Federal Concern about Conditions of California Indians 1853 to 1913: Eight Documents.* Robert F. Heizer, ed. (Socorro, New Mexico: Ballena Press, 1979).

*The History of San Bernardino and Riverside Counties, with Selected Biography of Actors and Witnesses of the Period of Growth and Achievement.* John Brown, Jr., and James Boyd, eds. (The Western Historical Association, 1922).

James, George Wharton. *The Indians' Secrets of Health, Or, What the White Race May Learn from the Indian.* (Pasadena, Calif.: The Radiant Life Press, 1917).

_____. *The Wonders of the Colorado Desert (Southern California): Its Rivers and Its Mountains, Its Canyons and Its Springs, Its Life and Its History, Pictured and Described.* Two vols. (1906; Boston : Little, Brown, 1907).

_____. *Traveler's Hand Book to Southern California.* (Pasadena, Calif.: George Wharton James, 1904).

Kroeber, A[lfred] L[ouis]. *Handbook of the Indians of California.* (Washington, D.C.: Government Printing Office, 1925). *Smithsonian Institution Bureau of American Ethnology,* Bulletin 78.

310

ACC0004071

311

Mason, William, and James Carling. with Bee Nicoll, illustrator. *Where Shall We Go? A Guide to the Desert.* (Typeset by The Chaffey Co., Inc., Palm Springs; Printed by Wolfer Printing Co., Inc., Los Angeles, May 1939).

Miner, Frederick Roland. *The Outdoor Southland of California.* (Los Angeles: Times-Mirror Press, 1923).

Patencio, Francisco. *Desert Hours with Chief Patencio.* (Palm Springs Desert Museum, 1971).

_____. *Stories and Legends of the Palm Springs Indians.* (Los Angeles: Times-Mirror, 1943).

Price, M. F. *The Colorado Desert as a Sanitarium.* (Sacramento: A. J. Johnston, Superintendent State Printing, 1896).

*Rider's California: A Guide-Book for Travelers with 28 maps and plans.* (New York: The Macmillan Company, 1925; London: George Allen & Unwin, Ltd., 1925).

Saunders, Charles Francis. *Carl Eytel, Artist of the Colorado Desert, California.* (Pasadena, Calif.: August 25, 1926).

_____. *The Southern Sierras of California.* (Boston and New York: Houghton Mifflin Company, 1923).

_____. *Under the Sky in California.* Illustrated from Photographs mainly by C. F. and E. H. Saunders. (1913, 1919, 1926; New York: Robert M. McBride & Co., 1926).

_____. *With the Flowers and Trees in California.* (New York: Robert M. McBride & Company, 1923).

Shinn, G. Hazen. *Shoshonean Days: Recollections of a Residence of Five Years Among the Indians of Southern California 1885-1889.* (Glendale, Calif.: The Arthur H. Clark Company, 1941; Special printing for the author).

*Some Last Century Accounts of the Indians of Southern California.* Robert F. Heizer, ed. (Ramona, Calif.: Ballena Press, 1976.)

Southwestern Home Telephone Company. *Telephone Directory, Riverside County Exchanges, Banning, Beaumont, Elsinore, Hemet, Murrietta, Palm Springs, Perris, San Jacinto, Temecula, California.* (Southwestern Home Telephone Company, 1930, 1931, 1932, 1933, 1935, 1936, 1937, 1938, 1939). Huntington Library, Rare Book Stacks, #448340.

Strong, William Duncan. *Aboriginal Society in Southern California.* (Berkeley: University of California Press, 1929; Morongo Indian Reservation, Banning, Calif.: Malki Museum Press, 1972).

Taber, Cornelia. *California and Her Indian Children.* (San Jose, Calif.: The Northern California Indian Association, 1911).

ACC0004072

Van Dyke, Theodore S. *Southern California: Its Valleys, Hills, and Streams; Its Animals, Birds, and Fishes; Its Gardens, Farms, and Climate.* (New York: Fords, Howard, & Hulbert, 1886).

## Secondary Sources

Ainsworth, Ed[ward]. *Golden Checkerboard.* (Palm Desert, Calif.: Desert-Southwest, Inc., 1965).

Ainsworth, Katherine. *The McCallum Saga: The Story of the Founding of Palm Springs.* (Palm Springs, Calif.: Palm Springs Desert Museum, 1973).

Baur, John E. *The Health Seekers of Southern California, 1870-1900.* (San Marino, Calif.: The Huntington Library, 1959).

Bean, Lowell John, and Katherine Siva Saubel. *Temalpakh (From the Earth): Cahuilla Indian Knowledge and Usage of Plants.* (Banning, Calif.: Malki Museum Press, 1972).

_____. Sylvia Brakke Vane, and Jackson Young. *The Cahuilla and the Santa Rosa Mountain Region: Places and their Native American Association.* (Riverside, Calif.: Bureau of Land Management, 1981).

_____. Sylvia Brakke Vane, and Jackson Young. *The Cahuilla Landscape: The Santa Rosa and San Jacinto Mountains.* (Menlo Park, Calif.: Ballena Press, 1991).

_____. *Mukat's People: The Cahuilla Indians of Southern California.* (1972; Berkeley and Los Angeles: University of California Press, 1974).

Beck, Warren A. and Ynez D. Haase. *Historical Atlas of the American West.* (Norman, Okla.: University of Oklahoma Press, 1989).

*Before the Wilderness: Environmental Management by Native Californians.* Thomas C. Blackburn and Kat Anderson, eds. (Menlo Park, Calif.: Ballena Press, 1993).

Belasco, Warren James. *Americans on the Road.* (Cambridge, Mass.: The MIT Press, 1979).

Bogert, Frank M. *Palm Springs: First Hundred Years. A Photographic History.* (Palm Springs, Calif.: Palm Springs Heritage Associates, 1987).

Brian F. Mooney Associates. *Cahuilla Ethnohistory and Land Use in Section 14. A Cultural Resources Survey for the Agua Caliente Gaming Facility, Palm Springs, California.* (San Diego and Palm Springs, Calif: Brian F. Mooney Associates, 1994).

Bright, Marjorie B. *Nellie's Boardinghouse: A Dual Biography of Nellie Coffman and Palm Springs.* (Palm Springs, Calif.: ETC Publications, 1981).

Brumgardt, John R., and Larry L. Bowles. *People of the Magic Waters: The Cahuilla Indians of Palm Springs.* (Palm Springs, Calif.: ETC Publications, 1981).

ACC0004073

Coachella Valley County Water District. *Coachella Valley's Golden Years, revised edition. The Early History of the Coachella Valley County Water District and Stories about the Discovery and Development of This Section of the Colorado Desert.* (Indio, Calif.: Desert Printing, Co., Inc., 1968).

Coachella Valley County Water District, Board of Directors. *History of the Coachella Valley County Water District,* (Indio, Calif.: Desert Printing Co., Inc., 1978).

*The Commissioners of Indian Affairs, 1824-1977.* Kvasnicka, Robert M. and Herman J. Viola, eds. (Lincoln: University of Nebraska Press, 1979).

Cornell, Stephen. *The Return of the Native: American Indian Political Resurgence.* (New York: Oxford University Press, 1988).

Cowles, Raymond B., in collaboration with Elna S. Bakker. *Desert Journal: Reflections of a Naturalist.* (Berkeley: University of California Press, 1977).

Cronon, William. *Changes in the Land: Indians, Colonists, and the Ecology of New England.* (New York: Hill and Wang, 1983).

_____. *Nature's Metropolis: Chicago and the Great West.* (New York: W. W. Norton & Co., 1991).

Cultural Systems Research, Inc. *A Cultural Resource Survey and Assessment of the Shadowrock Project Area, Chino Canyon, Palm Springs, California.* (Menlo Park and Palm Springs, Calif.: Cultural Resource Systems and Brian F. Mooney Associates, January 1992).

_____. *Archaeological, Ethnographic, and Ethnohistoric Investigations at Tahquitz Canyon, Palm Springs, California.* [The Tahquitz Report]. (Menlo Park, Calif.: Cultural Systems Research, Inc., November 1995).

_____. *Cultural Resource Study: Archaeology/Ethnography Canyon Development Project, Palm Springs, California, Central Riverside County, California May 22, 1991.* (Menlo Park, Calif: Cultural Resource Systems, Inc., May 22, 1991).

_____. *Paniktum Hemki: A Study of Cahuilla Cultural Resources in Andreas and Murray Canyons.* (Cultural Systems Research, Inc., 1983).

Deverell, William. *Railroad Crossing: Californians and the Railroad, 1850-1910.* (Los Angeles: University of California Press, 1994).

Evernden, Neil. *The Social Creation of Nature.* (Baltimore: Johns Hopkins University Press, 1992).

Forbes, Jack D. *Native Americans of California and Nevada.* (Healdsburg, Calif.: Naturegraph Publishers, 1969).

Gunther, Jane Davies. *Riverside County, California, Place Names: Their Origins and Their Stories.* (Riverside, Calif.: J. D. Gunther, 1984).

ACC0004074

*Handbook of North American Indians, Volume 8:  California*.  Robert F. Heizer, ed.
(Washington, D.C.:  Smithsonian Institution, 1978).

Haraway, Donna.  *Simians, Cyborgs, and Women:  The Reinvention of Nature*.  (New York:
Routledge, 1991).

Harrington, R. E.  *Souvenirs of the Palm Springs Area*.  (Simi, Calif.:  Peg Wilson, 1962).

*The Holy Bible, Revised Standard Version, Containing the Old and New Testaments*.
(1962; New York:  Meridian, 1974).

Hundley, Norris Jr.  *The Great Thirst:  Californians and Water, 1770s-1990s*.  (Los Angeles:
University of California Press, 1992).

Hurtado, Albert L.  *Indian Survival on the California Frontier*. (New Haven:  Yale
University Press, 1988).

Hyde, Anne Farrar.  *An American Vision:  Far Western Landscape and National Culture,
1820-1920*.  (New York:  New York University Press, 1990).

Jackson, Curtis E. and Marcia J. Galli.  *A History of the Bureau of Indian Affairs and Its
Activities Among Indians*.  (San Francisco:  R & E Research Associates, Inc., Robert
D. Reed & Adam S. Eterovich, publishers, 1977).

Jackson, John Brinckerhoff.  *Discovering the Vernacular Landscape*.  (New Haven: Yale
University Press, 1984).

Jackson, Kenneth T.  *Crabgrass Frontier:  The Suburbanization of the United States*. (New
York:  Oxford University Press, 1985).

Jaeger, Edmund C.  *Desert Wild Flowers*.  (Stanford, Calif.:  Stanford University Press,
1950).

_____.  *Desert Wildlife*.  (Stanford, Calif.:  Stanford University Press, 1961).

_____.  *The California Deserts:  A Visitor's Handbook*.  (Stanford, Calif.:  Stanford
University Press, 1948).

James, Harry C.  *The Cahuilla Indians*.  (Banning, Calif.: Malki Museum Press, 1960; 1969;
1985).

Jensen, Thomas A.  *Palm Springs, California:  Its Evolution and Functions*.  (Dissertation:
University of California, Los Angeles, 1954).

Knoblauch, H. C., E. M. Law, W. P. Meyer, et al.  *State Agricultural Experiment Stations:
A History of Research Policy and Procedure*.  Misc. Publication No. 904, USDA.
(Washington, D.C.:  U.S. Government Printing Office, May 1962).

Kolodny, Annette.  *The Land Before Her:  Fantasy and Experience of the American
Frontiers, 1630-1860*. (Chapel Hill:  University of North Carolina Press, 1984).

ACC0004075

_____. *The Lay of the Land: Metaphor as Experience and History in American Life and Letters.* (Chapel Hill: University of North Carolina Press, 1975).

LaFuze, Pauliena B. *Saga of the San Bernardinos.* (San Bernardino County Museum Association, 1971).

*Landscapes: Selected Writings of J. B. Jackson.* Ervin H. Zube, ed. (The University of Massachusetts Press, 1970).

Latour, Bruno. *We Have Never Been Modern.* trans. Catherine Porter. (Cambridge: Harvard University Press, 1993).

Limerick, Patricia Nelson. *The Legacy of Conquest: The Unbroken Past of the American West.* (New York: W. W. Norton and Co., 1987).

Lynch, Kevin. *What Time Is This Place?* (Cambridge: The MIT Press, 1972).

MacMahon, James A. *Deserts: The Audubon Society Nature Guides Series.* (New York: Alfred A. Knopf, Inc., 1985).

*The Making of the American Landscape.* Michael P. Conzen, ed. (Boston: Unwin Hyman, 1990).

Malki Museum. *The Cahuilla Indians of Southern California, Their History and Culture.* Malki Museum Brochure No. 1. (Banning, Calif.: Malki Museum Press, 1965).

McEvoy, Arthur F. *The Fisherman's Problem: Ecology and Law in the California Fisheries, 1850-1980.* (New York: Cambridge University Press, 1986).

Merchant, Carolyn. *Ecological Revolutions: Nature, Gender, and Science in New England.* (Chapel Hill: University of North Carolina Press, 1989).

_____. *The Death of Nature: Women, Ecology, and the Scientific Revolution.* (San Francisco: Harper and Row, 1980).

Modesto, Ruby, and Guy Mount. *Not for Innocent Ears: Spiritual Traditions of a Desert Cahuilla Medicine Woman.* (Riverside, Calif.: Rubidoux Printing Company, 1980).

*The New Encyclopedia of the American West.* Howard R. Lamar, ed. (New Haven: Yale University Press, 1998).

*The New Universal Family Encyclopedia.* Stephen P. Elliot, and Alan Issacs, eds. (Random House, 1985).

*The Oxford History of the American West.* Clyde A. Milner II, Carol A. O'Connor and Martha A. Sandweiss, eds. (New York: Oxford University Press, 1994).

*Palm Springs History Handbook.* Nancy Robinson, ed. (Palm Springs: Palm Springs Public Library, 1992).

ACC0004076

Pattison, William D. *Beginnings of the American Rectangular Land Survey System, 1784-1800.* (1957, 1964, 1970; New York: Arno Press (A New York Times Company), 1979).

Pepper, Choral. *Guidebook to the Colorado Desert of California, Including Palm Springs, Salton Sea, Indio, and the Colorado River.* (Los Angeles: The Ward Ritchie Press, 1972).

Phillips, George Harwood. *Chiefs and Challengers: Indian Resistance and Cooperation in Southern California* (Berkeley; Los Angeles: University of California Press, 1975).

_____. *Indians and Intruders in Central California, 1769-1849.* (Norman, Okla.: University of Oklahoma Press, 1993).

Pisani, Donald J. *From the Family Farm to Agribusiness: The Irrigation Crusade in California and the West, 1850-1931.* (Berkeley; Los Angeles: University of California Press, 1984).

*Plotters and Patterns of American Land Surveying: A Collection of Articles from the Archives of the American Congress on Surveying and Mapping.* Roy Minnick, ed. (Rancho Cordova, Calif.: Landmark Enterprises, 1985).

Pomeroy, Earl. *In Search of the Golden West: The Tourist in Western America.* (New York: Alfred A. Knopf, 1957).

Pourade, Richard F. *Anza Conquers the Desert: The Anza Expeditions from Mexico to California and the Founding of San Francisco, 1774 to 1776.* (San Diego: Union-Tribune Publishing Company, 1971).

Presley, Sally. *Facts and Legends: The Village of Palm Springs.* (Palm Springs, Calif.: Celebrity Publishers, 1996, 2nd ed.).

Pyne, Stephen J. *Burning Bush: A Fire History of Australia.* (New York: Henry Holt and Company, 1991).

_____. *Fire in America: A Cultural History of Wildland and Rural Fire.* (Princeton: Princeton University Press, 1982).

Reifsnyder, William E. *Weathering the Wilderness: The Sierra Club Guide to Practical Meteorology.* (San Francisco: Sierra Club Books, 1980).

Reisner, Marc. *Cadillac Desert: The American West and Its Disappearing Water.* (New York: Viking, 1986).

Reps, John W. *Cities of the American West: A History of Frontier Urban Planning.* (Princeton: Princeton University Press, 1979).

Richards, Elizabeth W. *...A Look into Palm Springs' Past.* (Palm Springs: Santa Fe Federal Savings and Loan Association, 196?).

Ringwald, George. *The Agua Caliente Indians and Their Guardians: Selections from Pulitzer Prize Winning Entry for Meritorious Service.* (Riverside, Calif.: Press-Enterprise, 1967-68).

Robinson, John W. and Bruce D. Risher. *The San Jacintos: The Mountain Country from Banning to Borrego Valley.* (Arcadia, Calif.: Big Santa Anita Historical Society, 1993).

Sahlins, Marshall. *Culture and Practical Reason.* (Chicago: The University of Chicago Press, 1976).

Salley, Harold E. *History of California Post Offices, 1849-1976: Includes Branches and Stations, Navy Numbered Branches, Highway and Railway Post Offices.* (Spring Valley, Calif.: Heartland Printing and Publishing Co., 1977).

Saubel, Katherine Siva, and Pamela Munro. *Chem'ivillu' (Let's Speak Cahuilla).* (Los Angeles: American Indian Studies Center, University of California, Los Angeles, 1981).

_____. and Anne Galloway. *I'isniyatam (Designs): A Cahuilla Word Book.* (Banning, Calif.: Malki Museum Press, 1977).

_____. *Artifacts and the American Past.* (Nashville, Tenn.: American Association for State and Local History, 1980).

Schlereth, Thomas J. *Cultural History and Material Culture: Everyday Life, Landscapes, Museums.* (Ann Arbor, Mich.: UMI Research Press, 1990).

*Seismicity of the United States, 1568-1989 (Revised).* U.S. Geological Survey Professional Paper 1527.

Sharp, Robert P. *Southern California: K/H Geology Field Guide Series.* (Dubuque, Iowa: Kendall/Hunt Publishing Co., 1976).

Spirn, Anne Whiston. *The Granite Garden: Urban Nature and Human Design.* (New York: Basic Books, Inc., 1984).

Starr, Kevin. *Americans and the California Dream, 1850-1915.* (New York: Oxford University Press, 1973).

Stegner, Wallace. *Beyond the Hundredth Meridian: John Wesley Powell and the Second Opening of the West.* (1953; 1954; New York: Penguin Books, 1992).

Stewart, George R. *Names on the Land: The Classic Story of American Placenaming.* (San Francisco: Lexikos, 1982. 4th edition).

Stilgoe, John R. *Common Landscape of America, 1580 to 1845.* (New Haven: Yale University Press, 1982).

Stuart, Paul. *The Indian Office: Growth and Development of an American Institution, 1865-1900.* (1978; Ann Arbor, Mich.: University Microfilms International, 1979).

ACC0004078

*Time and the American Indian.* Calvin Martin, ed. (New York: Oxford University Press, 1987).

Trimm, Louise. *The California Coordinate Sytem: Its Growth and Application.* (Sacramento: State Department of Public Works, Division of Highways, Right of Way Engineering, 1966, 1971).

True, Alfred Charles. *A History of Agricultural Experimentation and Research in the United States 1607-1925, Including a History of the United States Department of Agriculture.* Misc. Publication No. 251, USDA. (Washington, D.C.: U.S. Government Printing Office, 1937).

Uzes, Francois D. *Chaining the Land: A History of Surveying in California.* (Sacramento, Calif.: Landmark Enterprises, 1977).

Von Till Warren, Elizabeth, and Ralph J. Roske. *Cultural Resources of the California Desert, 1776-1980: Historic Trails and Wagon Roads.* (Riverside: Bureau of Land Management, California Desert Office, 1981).

Walton, John. *Western Times and Water Wars: State, Culture and Rebellion in California.* (Los Angeles: University of California Press, 1992).

WESTEC Services, Inc. [Dennis Gallegos et al.] *Cultural Resources Inventory of the Central Mojave and Colorado Desert Regions, California.* (San Diego, Calif.: WESTEC Services, Inc., 1980).

White, C. Albert. *A History of the Rectangular Survey System.* (1983; Washington, D.C.: U.S. Government Printing Office, 1991).

White, Richard. *"It's Your Misfortune and None of My Own": A History of the American West.* (Norman, OK: University of Oklahoma Press, 1991).

_____. *The Middle Ground: Indians, Empires, and Republics in the Great Lakes Region, 1650-1815.* (New York: Cambridge University Press, 1991).

_____. *The Organic Machine.* (New York: Hill and Wang, 1995).

_____. *The Roots of Dependency: Subsistence, Environment, and Social Change among the Choctaws, Pawnees, and Navajos.* (Lincoln: University of Nebraska Press, 1983).

Wild, Peter. *George Wharton James.* Western Writers Series No. 93. (Boise, Idaho: Boise State University Press, 1990).

Wilke, Philip J., Harry W. Lawton, Thomas F. King, and Stephen Hammond. *The Cahuilla Indians of the Colorado Desert: Ethnohistory and Prehistory.* (Ramona, Calif.: Ballena Press, 1975).

Worster, Donald. *An Unsettled Country: Changing Landscapes of the American West.* (Albuquerque: University of New Mexico Press, 1994).

ACC0004079

_____. *Rivers of Empire:  Water, Aridity, and the Growth of the American West.*  (New York: Oxford University Press, 1985).

_____. *Under Western Skies:  Nature and History in the American West.*  (New York: Oxford University Press, 1992).

Young, James R[ussell].  *An Inventory of the Mission Indian Agency Records.  American Indian Treaties Publications Series, No. 3, 1976.* (Los Angeles:  American Indian Studies Center, University of California, 1976).

Zukin, Sharon.  *Landscapes of Power: from Detroit to Disney World.*  (Berkeley : University of California Press, 1991).

## Articles

### Primary Sources

"*California Desert Trails.*"  [book review]  *Sierra Club Bulletin*  (January 1920):  110-11.

"California Names - A Gazetteer."  Chapter V.  *Westways*  31:6  (June 1931):  24-27.

"The Californian Desert Basin."  *Overland Monthly*  15:1  (July 1875):  17-23.

"The Colorado Desert."  *Overland Monthly*  10:1  (January 1873):  44-50.

"Death Claims Village Indian Moreno Patencio."  March 6, 1936.  Source unknown.  Palm Springs Historical Society.

"Federal Government Takes Charge of Palm Springs Indian Reservation."  *The Desert Sun* 10:23 (January 8 to January 15, 1937):  1, 6.

"Indians Watch that Hot Water Isn't Lost."  *The Desert Sun* 9:30  (February 28, 1936):  1.

"National Park Notes."  *Sierra Club Bulletin*  11:3:  320-26.

"National Park Notes."  *Sierra Club Bulletin*  (January 1922):  212-18.

"A Natural Conservatory."  *Sunset Magazine*  (August 1898):  63.

"The Palm Springs Sale:  An Unprecedented Success -- All the Land Sold at Good Prices."  *Citrograph*  (Redlands, Calif.)  1:17  (November 6, 1887).

"Southern Section Notes:  From Pine Trees to Palm Groves," in "Notes and Correspondence," William E. Colby, ed.  *Sierra Club Bulletin*  10:1 (January 1918):  332-34;

"Tribal Management of Local Indians Is Approved."  *The Desert Sun* (June 30-July 7, 1939).

"Westways' "Trip of the Month":  Pines to Palms Highway."  *Westways* 30:4  (April 1939):  20.

Anthony, Frances.  "At Indian Well."  *The Land of Sunshine* 14:2  (February 1901):  121-25.

ACC0004080

_____. "Below Sea-Level." *The Land of Sunshine* 15:1 (July 1901): 22-26.

_____. "To Palm Cañon." *The Land of Sunshine* 13:4 (September - October 1900): 235-40.

Backus, W. H. "The Rattlesnake and Its Venom." *Out West* 18:6 (June 1903): 691-96.

Barkow, Carl. "Sun Spots." *The Desert Sun* 10:38 (April 23 to April 30, 1937)· 1.

Barrows, David P[rescott]. "The Desert of the Colorado on a Dry Trail." *The Land of Sunshine* 13:5 (November 1900): 312-22.

_____. "Homes on Mountain and Desert." *The Land of Sunshine* 5:3 (August 1896): 106-108.

Bogert, Charles M. "The Desert Yields the Boa Constrictor's Cousin." *Westways* 24:12 (December 1932): 13.

_____. "Gecko: The Squeaking Saurian." *Touring Topics* 26:3 (March 1934): 15.

_____. "The Toad that Spits Blood." *Westways* 26:7 (July 1934): 28, 37.

Braunton, Ernest "Palm Springs Before the Dudes Came." *Westways* 26:11 (November 1934): 20-21; 37-38.

Chase, Ralph Arthur. "San Jacinto, Southern California's Noblest Mountain." *Sierra Club Bulletin* 11:4 (1923): 348-56.

Clyde, Norman. "Over the Crests of Southland Urban Mountains: The Chronicle of a Mountaineer's Jaunt Along the Summits of the Peaks that Encircle Metropolitan Southern California." *Touring Topics* 24:4 (April 1932): 10-21; 45-48.

Fitch, George Hamlin. "Where the Date Palm Grows." *The Land of Sunshine* 13:3 (August 1900): 135-42.

Gilmour, John Hamilton. "Coahuilla Indians: Their Artistic Sense Well Developed: Peculiarities of the Desert Dwellers," San Francisco *Chronicle*, February 21, 1892, in *Some Last Century Accounts of the Indians of Southern California,* Robert F. Heizer, ed. (Ramona, Calif.: Ballena Press, 1976), pp. 1-4.

_____. "A Day's Mid-Winter Mountain Climbing." *Sunset Magazine* (August 1900): 169-73.

_____. "Indian Politicians," San Francisco *Chronicle,* May 15, 1892., in *Some Last Century Accounts of the Indians of Southern California,* ed. Heizer, (Ramona, Calif.: Ballena Press, 1976), p. 10.

Hilton, John W. "The Desert Tree of Life." *Westways* 28:4 (April 1936): 13.

_____. "The Ways of the Desert Turtle." *Westways* 27:3 (March 1934): 23; 36; 38.

Hoag, John Edwin "Adventures in Herpetology: A Scientific Snake Charmer Destroys Some Prevalent Myths About "Dangerous" Reptiles." *Touring Topics* 19:4 (April 1927): 14-17; 36-37.

Hooper, Lucile. "The Cahuilla Indians." (*American Anthropology & Ethnology* 16:6 (April 10, 1920): 315-80; Ramona, Calif.: Ballena Press, 1972).

Ketcham, Walter E. "Bright-Eyed Dipodomys: Intimate Facts about the Strange Life of the Desert Kangaroo Rat, Which Is, Curiously, Neither "Kangaroo" nor "Rat."" *Touring Topics* 25:1 (January 1933): 24-25; 36.

Kroeber, A[lfred] L[ouis]. "Basket Designs of the Mission Indians of California." *Anthropological Papers of the American Museum of Natural History* 20:2 (New York: 1922).

_____. "Ethnography of the Cahuilla Indians." *American Archaeology and Ethnology* 8:2 (June 20, 1908): 29-68.

L., C. F. "A New Indian Policy." *The Land of Sunshine* 15:6 (December 1901): 457-64.

Lindley, Walter, M. D. "Indio -- a Palm Forest in the Desert," in Stephen Bowers, *A Remarkable Valley and an Interesting Tribe of Indians.* (San Buenaventura, Calif., 1888).

May, William B. "Chronicles of a Highway: El Nuevo Camino Real," *Sunset Magazine* (November 1898): 3-6.

McAdie, Alexander, United States Weather Bureau. "The Los Angeles Rain-Making." *Sunset Magazine* (October 1905): 575-77.

Mitchell, Edmund. "The Palms of the Colorado Desert." illustrated with photos copyrighted 1903 by C. C. Pierce & Co.

Mosauer, Walter. "Sense and Nonsense about the Sidewinder." *Westways* 27:3 (March 1935): ?; 33.

Murray, Dr. Welwood. "Palm Springs," *Sunset Magazine* (October 1898): 107.

Patencio, Alejo. "Migration Legend." in William Duncan Strong, *Aboriginal Society in Southern California.* (Berkeley: University of California Press, 1929; Morongo Indian Reservation, Banning, Calif.: Malki Museum Press, 1972), pp. 100-101.

Patencio, Alejo. "Palm Springs Cahuilla Creation Myth," translated by Jolian Norte, February 1925, as recorded in William Duncan Strong, *Aboriginal Society in Southern California.* Berkeley: University of California Press, 1929; Morongo Indian Reservation, Banning, Calif.: Malki Museum Press, 1972), pp. 130-143.

Pratt, Helen S. "Desert Birds Are Different!" *Westways* 28:2 (February 1936): 20-21.

Price, William Wightman. "A Glimpse of the Desert." *The Overland Monthly*, 2nd series. 19:109 (January 1892): 73-77.

Rust, [Horatio Nelson]. "Major Rust on San Jacinto Mt." *The Pasadena Daily News*, (July 19, 1898), in RU 1234, *Personal Articles* (1874-1905), p. 108, Horatio Nelson Rust Collection, Huntington Library.

Sabin, Edwin L. "The Mission Indians - As They Were, and Are: How the California Aborigine, Almost Annihilated, By Civilization, Still Survives." *Touring Topics* 23:7 (July 1931): 12-17; 37-38.

"Southern Section Notes: From Pine Trees to Palm Groves." in "Notes and Correspondence," William E. Colby, ed. *Sierra Club Bulletin* 10:1 (January 1918): 332-34.

Thorp, Raymond W. "Black Widow: Ebony Queen of Death." *Westways* 26:10 (October 1934): 14-15; 36.

_____. "More Deadly than the Male." *Westways* 27:2 (February 1935): 14-15; 37-38.

Tinsley, Henry C. "Camels in the Colorado Desert." *The Land of Sunshine* 6:4 (March, 1897): 148-50.

Von Blon, John L. "Dates of Lucent Amber Shout the Bold Suns of Sudan." *Westways* 26:4 (April 1934): 16-18; 37.

Wall, Edward. "Whence Came the Palm." *Overland Monthly* 43:1 (January 1904): 8-10.

Ward, William V. "Son of the Sun: A Strange Interlude in the Life of a Southern California Desert Turtle." *Touring Topics* 23:12 (December 1931): 26-27; 43.

Wright, Will A. "The Erratic Rattler." *The Land of Sunshine* 13:4 (September - October 1900): 254-57.

### Secondary Sources

Abbott, Carl. "Chapter Thirteen: The Federal Presence," in *The Oxford History of the American West*. Clyde A. Milner II, Carol A. O'Connor, and Martha A. Sandweiss, eds. (New York: Oxford University Press, 1994), pp. 469-500.

Bean, Lowell John. "Cahuilla," in *Handbook of North American Indians, Volume 8: California*. Robert F. Heizer, ed. (Washington, D.C.: Smithsonian Institution, 1978), pp. 575-587.

Bean, Lowell John, and Sylvia Brakke Vane. "*Kauisik* History," in *Archaeological, Ethnographic, and Ethnohistoric Investigations at Tahquitz Canyon, Palm Springs, California* (Menlo Park, Calif.: Cultural Systems Research, Inc., 1995) pp. v-281-307.

Coclanis, Peter A. "Nature's Metropolis - Chicago and the Great West." *Reviews In American History* 20:1 (March1992): 14-20.

Cronon, William. "Landscapes of Abundance and Scarcity," in *The Oxford History of the American West*. Clyde A. Milner II, Carol A. O'Connor, and Martha A. Sandweiss, eds. (New York: Oxford University Press, 1994), pp. 603-37.

ACC0004083

_____. "Modes of Prophecy and Production: Placing Nature in History." *Journal of American History* 76:4 (March 1990): 1122-1131.

_____. "Response." *Environmental History* 1:1 (January 1996): 47-55.

_____. "The Trouble with Wilderness: or, Getting Back to the Wrong Nature." *Environmental History* 1:1 (January 1996): 7-28.

_____. "The Uses of Environmental History." *Environmental History Review* 17:3 (Fall 1993): 1-22.

DeMallie, Raymond J. "'These Have No Ears': Narrative and the Ethnohistorical Method." *Ethnohistory* 40:4 (Fall 1993): 515-38.

Fogelson, Raymond D. "The Ethnohistory of Events and Nonevents." *Ethnohistory* 36:2 (Spring 1989): 133-47.

Johnson, Hildegard Binder. "Towards a National Landscape," in *The Making of the American Landscape*, Michael P. Conzen, ed. (Boston: Unwin Hyman, 1990), pp. 127-45.

Schwantes, Carlos A. "Wage Earners and Wealth Makers," in *The Oxford History of the American West*. Clyde A. Milner II, Carol A. O'Connor, and Martha A. Sandweiss, eds. (New York: Oxford University Press, 1994), pp. 431-467.

Sherow, James. "*Uncommon Ground: Toward Reinventing Nature*." [book review] *Western Historical Quarterly* 27:3 (Autumn 1996): 373-74.

Staub, Michael E. "(Re)Collecting the Past: Writing Native American Speech." *American Quarterly* 43:3 (September 1991): 425-56.

White, Richard. "American Environmental History: The Development of a New Historical Field." *Pacific Historical Review* 54 (August 1985): 297-335.

Worster, Donald. "History as Natural History: An Essay on Theory and Method" *Pacific Historical Review* 53:1 (February 1984): 1-19.

_____. "New West, True West: Interpreting the Region's History." *Western Historical Quarterly* 18 (April 1987): 141-56.

## Periodicals

*Citrograph*. (Los Angeles: California Citrograph Pub. Co.).

*The Desert Sun*. (1934-1937).

*The Land of Sunshine* – continues as *Out West*.

*Los Angeles Times*.

*Out West*.

ACC0004084

*The Overland Monthly* -- second series.

*The Overland Monthly* -- first series.

*The Pasadena Daily News.*

*Riverside Press and Horticulturalist.*

*San Bernardino Weekly Times.*

*San Francisco Chronicle.*

*Sierra Club Bulletin.*

*Sunset Magazine.*

*Touring Topics* -- continues as *Westways.*

*Westways.*

## Advertisements and Brochures

"Palm Springs Hotel." *Citrograph.* (Redlands, Calif.) 9:23 (December 19, 1891).

Advertisement in *San Bernardino Weekly Times* (October 29, 1887) in Elizabeth W. Richards, *...A Look into Palm Springs' Past.* (Palm Springs: Santa Fe Federal Savings and Loan Association, 196?), p. 2.

*Deep Well Guest Ranch Adjoining Palm Springs, California.* Ephemera, Huntington Library.

The Desert Inn, the Oasis, El Mirador and Deep Well Guest Ranch. *Palm Springs, California.* (1929).

Hugh Evans & Company. *Palm Springs: The Oasis of Delight.* (Hugh Evans and Company, c. 1920s.) Ephemera, Huntington Library.

Murray, Welwood. *Palm Springs Health Resort: The Oasis of the Desert. "Climate Is Fate": Sheltered, Sunny, Sanitary, Scenic: Palm Springs.* (Welwood Murray and Elizabeth Murray, c. 1910). Ephemera, Huntington Library.

Murray, Welwood. *Palm Springs: An Attractive Winter Resort for Tourists and Invalids. The Oasis of the Desert.* (Welwood Murray and Elizabeth Murray, c. 1910). Ephemera, Huntington Library.

*Palm Springs Area Yearbook.* (1953).

*Palm Springs, California: California's Most Picturesque Oasis.* (January 1929). Ephemera, Huntington Library.

ACC0004085

Riverside County Chamber of Commerce. *Riverside County: It's Hotels and Resorts.* (Court House, Riverside, Calif.: Riverside Chamber of Commerce, c. 1920). Ephemera, Huntington Library.

*The Sands of Time.* (Palm Springs, Calif.: The Desert Inn, c. 1930).

The Desert Inn. "The Desert Inn, Palm Springs, California." Color advertisement, in Riverside County Chamber of Commerce, *Riverside County: It's [sic] Hotels and Resorts.* Ephemera, Huntington Library.

## Government Reports

Annual Report of Bureau of Plant Industry. February 12, 1938. Record Group 54, National Archives, Washington, D.C.

Blake, William P. *Report of a Geological Reconnaissance in California: Made in Connection with the Expedition to Survey Routes in California, to Connect with the Surveys of Routes for a Railroad from the Mississippi River to the Pacific Ocean, under the Command of Lieut. R. S. Williamson, Corps Top. Eng'rs, in 1853.* (New York: H. Baillière, 1858).

Brown, A. W., and Theodore VanderMeer. *Book "C": Field Notes of the Re-Survey of a Portion of the East Boundaries of Ts. 3 and 4 S., R. 2E., the South Boundary of T. 3 S., R. 3 E., the West Boundary of T. 4 S., R 4 E., and Survey and Resurvey of a Portion of the Subdivisions of T. 4 S., R. 3 E., of the San Bernardino Meridian, in the State of California,* 1917-1929. Field Notes Packet, Record Group 75, National Archives, Laguna Nigel, Calif.

Brown, John S. *Routes to Desert Watering Places in the Salton Sea Region, California.* United States Geological Survey Water Supply Paper 490-A. (Washington, D.C.: Government Printing Office, 1920).

_____. *The Salton Sea Region, California: A Geographic, Geologic, and Hydrographic Reconnaissance with a Guide to Desert Watering Places.* United States Geological Survey Water Supply Paper 497. (Washington, D.C.: Government Printing Office, 1923).

Caudle, Marvin, and Carl R. Caudle. *"H": Field Notes of the Resurvey of the 1st Standard Parallel South; Through Ranges 3 and 4 East, of the San Bernardino Meridian, in the State of California.* 1903. Field Notes Packet, Record Group 75, National Archives, Laguna Nigel, Calif.

Engle, C. A., Supervising Engineer. Annual Report. 1934. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Joy, Francis E., and John L. Warboys. *Book A: Field Notes of the Resurvey of a Portion of the S. and E. Boundaries, Resurvey of a Portion of the Subdivisions, Survey of Subdivision-of-Section Lines in Secs. 10, 12, 22, 24, 26 and 35, Survey of Tracts 37 to 43, Inclusive, and Survey of Lots 1s to 6a and 7 to 62, Inclusive, in Sec. 14, T. 4 S., R. 4 E. (Agua Caliente Indian Reservation) of the San Bernardino Meridian, in the State of California,* 1923-1926. Field Notes Packet, Record Group 75, National Archives, Laguna Nigel, Calif.

ACC0004086

Kelsey, C. E. "Report of Special Agent for California Indians." in *Federal Concern about Conditions of California Indians 1853 to 1913: Eight Documents.* Robert F. Heizer, ed. (Socorro, New Mexico: Ballena Press, 1979), pp. 123-50.

Mendenhall, Walter C. *Some Desert Watering Places in Southeastern California and Southwestern Nevada.* United States Geological Survey Water Supply Paper 224. (Washington, D.C.: Government Printing Office, 1909).

Minto, William. *Field Notes of the Subdivision Lines of Township 4 South Range 4 East San Bernardino Meridian.* 1885. Field Notes Packet, Record Group 75, National Archives, Laguna Nigel, Calif.

Olberg, C[harles] R, Supervising Engineer. Annual Report. 1909. (July 20, 1909). District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Supervising Engineer. Annual Report. 1911. (July 22, 1911). District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Superintendent of Irrigation. Annual Report, Southern California Reservations. 1912. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Superintendent of Irrigation. Annual Report, Southern California Reservations. 1913. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Supervising Engineer. Annual Report. June 1914. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Supervising Engineer. Annual Report. 1915. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Supervising Engineer. Annual Report. 1916. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Supervising Engineer. Annual Report. 1917. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Pearson, George W. *Field Notes of the Exterior Lines of Township 4 South Range 4 East San Bernardino Base and Meridian,* (1893). Field Notes Packet, Record Group 75, National Archives, Laguna Nigel, Calif.

_____. *Field Notes of the Subdivision Lines of Township 4 South Range 4 East San Bernardino Base and Meridian, California.* (1893). Field Notes Packet, Record Group 75, National Archives, Laguna Nigel, Calif.

Riverside County Deed Books: #164, pp. 168-72; #196, pp. 193-96; #226, p. 253; #276, p. 96.

Riverside County Water Claims Book #1, p. 335.

San Diego County Deed Books: #92, pp. 347-48; #99 pp. 357, 358-59; #103, pp. 90-99, 158.

ACC0004087

State of California, Department of Public Works, Division of Water Rights. *Whitewater River Adjudication Proceedings: Order Determining and Establishing the Several Rights by Appropriation to the Use of the Waters of the Whitewater River Stream System, San Bernardino and Riverside Counties, California.* (April 23, 1928).

Thompson, David G. *Routes to Desert Watering Places in the Mohave Desert Region, California.* United States Geological Survey Water Supply Paper 490-B. (Washington, D.C.: Government Printing Office, 1921).

United States Congress. House of Representatives. *A Bill Authorizing the Secretary of the Interior to Dedicate and Set apart as a National Monument Certain Lands in Riverside County, California.* H. R. 7598, 67th Cong., 1st sess., July 6, 1921. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

United States Congress. House of Representatives. House Committee on Indian Affairs. *Hearings Before a Subcommittee of the Committee on Indian Affairs, House of Representatives.* 67th Cong., 2nd sess., April 28 and 29, 1922. Part. 2. (Washington, D.C.: Government Printing Office, 1922).

United States Congress. House of Representatives. *National Monument in Riverside County, Calif.* H. R. Report No. 546, 67th Cong., 2nd sess., January 6, 1922. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

United States Congress. Senate. Senate Committee on Indian Affairs. *Palm Springs Band of Mission Indians Hearing before the Committee on Indian Affairs, 1936-1937, Seventy-Fifth Congress, First Session, on S. 1424, a Bill to Repeal that Provision in the Act of March 2, 1927 (39 Stat. L. 976), Directing the Making of Allotments to Indians of the Mission Indian Reservations, Calif., and S. 2589, a Bill to Authorize the Sale of Part of the Lands Belonging to the Palm Springs or Agua Caliente Band of Mission Indians, and for Other Purposes.* 75th Cong., 1st sess, 1936-1937. (Washington, D.C.: Government Printing Office, 1937).

United States Department of the Interior. Bureau of Land Management. "United States Public Land Survey System, 1785-1985: Bicentennial." *Your Public Lands* 35.2 (Spring 1986): entire.

United States Department of the Interior. Census Office. *Report on Indians Taxed and Indians Not Taxed in the United States (Except Alaska). Eleventh Census: 1890.* (Washington, D.C.: Government Printing Office, 1894).

United States Department of the Interior. *General Land Office and Bureau of Land Management. Restoration of Lost or Obliterated Corners and Subdivision of Sections 1883-1974 Containing the Original Circular and Six Revisions: A Supplement to the the Manual of Surveying Instructions, Containing a Discussion of Practices Followed by the Bureau of Land Management, Prepared Especially for the Information and Guidance of County and Local Surveyors.* (Sacramento: Carben Surveying Reprints, 1977).

United States Department of the Interior. General Land Office. *Manual of Instructions for the Survey of the Mineral Lands of the United States.* (Washington, D.C.: Government Printing Office, 1909).

ACC0004088

United States Department of the Interior. General Land Office. *Manual of Surveying Instructions for the Survey of Public Lands of the United States and Private Land Claims.* (Washington, D.C.: Government Printing Office, Jan. 1, 1902).

United States Department of the Interior. General Land Office. *Manual of Surveying Instructions for the Survey of the Public Lands of the United States and Private Land Claims.* (Washington, D.C.: Government Printing Office, June 30, 1894).

United States Department of the Interior. Office of Indian Affairs. *Routes to Indian Agencies and Schools, with Their Post-Office and Telegraphic Addresses and Nearest Railroad Stations.* (Washington, D.C.: Government Printing Office, 1910).

United States Secretary of the Interior, H. M. Teller. *Circular Issued March 3, 1884, by the Secretary of the Interior, Furnishing Information as to the Usually Traveled Routes to the U.S. Indian Agencies.* (Washington, D.C.: Government Printing Office, March 3, 1884).

Unlabeled, undated document setting down provisions relative to the establishment of a Palm Canyon National Monument. Palm Springs Historical Society.

Waring, Gerald B. *Springs of California.* United States Geological Survey Water Supply Paper 338. (Washington, D.C.: Government Printing Office, 1915).

Wathen, A. L., Supervising Engineer. Annual Report. 1932. Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

## Correspondence

"Petition Submitted by the Agua Caliente (Palm Springs) Band of Mission Indians in California on April 15, 1939, as approved and agreed to by the Commissioner of Indian Affairs and the Secretary of the Interior on June 2, 1939, and by the Band on June 22, 1939." June 22, 1939. Palm Springs Historical Society.

Acting Secretary to Commissioner of Indian Affairs. July 19, 1893. File #1893-26702, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Acting Secretary, to Commissioner of Indian Affairs. September 21, 1893. Box 20, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Agreement. 1901. 1909 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Allen, B. F., Forest Superintendent, to Commissioner of the General Land Office. June 29, 1900. File #1900-35189 Special Case 31, Record Group 75, National Archives, Washington, D.C.

Amend, W. A., for Amend and Amend, to William E. Johnson, Chief Special Officer. October 2, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

ACC0004089

Amend, W. A., for Amend and Amend, to F[rancis] E[llington] Leupp, Commissioner of Indian Affairs. June 10, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Arrennas [Arenas], Francisco. Statement. August 17, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Ballinger, R. A., Secretary of the Interior, to W[illiam] H. Code, Chief Inspector of Irrigation. February 6, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Barney, B[urleigh] B., to [W. W.] Bowers. August 24, 1893. File #1893-36845, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____. to W[illiam] H. Code, Chief Engineer. June 14, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

_____. to Commissioner of Indian Affairs. March 18, 1893. File #1893-10623, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____. to Hoke Smith, Secretary of the Interior. August 21, 1893. File #1893-33397, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____. and Caroline M. Barney. Deed. March 22, 1907. File #1907-31606, Special Case 190, Record Group 75, National Archives, Washington, D.C.

_____. President of the Garden of Eden. Contract. Witnessed by Joseph W. Preston, U.S. Indian Agent for the Mission Indians, California. February 16, 1888. File #1888-5497, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____. President, and W[illia]m Igleheart, Secretary, for the Garden of Eden Company, Burleigh B. Barney for himself, and Joseph W. Preston, U.S. Indian Agent, for the Mission Indians, California. Right of Way Contract. February 16, 1888. File #1888-5497, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____. and L. A. Wright, Superintendent and General Disbursing Agent of the Government, and village members Miguel Saturnino, Amado Miguel, Baristo Sal, Ramon Manuel, Albert S. Patencio, Simon Arenas, Marcus Belardo, Pedro Chino, and Alijo Patencio. Agreement. February 19, 1906. File #1906-98721, Special Case 31, Record Group 75, National Archives, Washington, D.C.

B[auer], O[wen] W., Instrumentman, to Chris Botticher, Foreman. February 26, 1916. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives – Pacific Northwest Region, Seattle, Washington.

ACC0004090

————, Instrumentman, to J[ames] E. Jenkins, Superintendent Malki Indian Agency. May 24, 1916. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

————, Assistant Engineer, to H. F. Makosky, Foreman. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

————, Instrumentman, to Adrian I. Maxwell, Farmer. March 1, 1916. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

[Bear Valley Water Company] to [Office of Indian Affairs]. December 28, 1892. File #1893-2490, Special Case 190, Record Group 75, National Archives, Washington, D.C.

Beel, R. O., Acting Commissioner, to Horatio N[elson] Rust, U.S. Indian Agent. May 2, 1892. Palm Springs Historical Society.

Belardo, Marcus. Statement. August 14, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Black, Samuel N., to President of the United States. September 30, 1886. File #1886-26777, Special Case 31, Record Group 75, National Archives, Washington, D.C.

————, to President of the United States. September 30, 1886. File #1886-27653, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Brooks, Mrs. Ella C., to John W. Noble, Secretary of the Interior. May 9, 1892. File #1892-18663, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Browning, D[aniel] M., Commissioner of Indian Affairs, to Francisco Estudillo, U.S. Indian Agent. February 1, 1896. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

————, Commissioner of Indian Affairs, to Secretary of the Interior. July 3, 1895. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

Bush, Tenie T., to John G. Carlisle. March 25, 1893. File #1893-12784, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Cammerer, Arno[ld] B., Acting Director of the National Park Service, to C[harles] L. Ellis, Superintendent. March 15, 1923. File 115, "Hunting and Fishing on Indian Reservations in California," Central Classified Files 1920-1953, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

Campbell, Henry C. Campbell, President, and Henry Clay Miller, Secretary, of the Palm Valley Land Company, and Joseph W. Preston, U.S. Indian Agent for the Mission Indians of California. Contract. February 7, 1888. Special Case 31, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, President and Henry Clay Miller, Secretary, of the Palm Dale Rail Road Company, and Joseph W. Preston, U.S. Indian Agent for the Mission Indians of California. Contract. February 7, 1888. (Henry C. Campbell, Arthur R. Briggs, Frank M. Butler, Orson C. Miller, Lovell White testify to status of Campbell and Miller.) Box 18, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, President, and Henry Clay Miller, Secretary, for the Palm Dale Rail Road Company, and Joseph W. Preston, for the United States. Right of Way Contract. February 7, 1888. Box 18, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Castillo, Adam, to Sam Collins, Congressman. February 17, 1936. in *Palm Springs Band of Mission Indians: Hearing Before the Committee on Indian Affairs 1936-1937, Seventy-Fifth Congress, First Session, on S. 1424, A Bill to Repeal That Provision in the Act of March 2, 1917 (39 Stat. L. 976), Directing the Making of Allotments to Indians of the Mission Indian Reservations, Calif. and S. 2589, A Bill to Authorize the Sale of Part of the Lands Belonging to the Palm Springs or Agua Caliente Band of Mission Indians, and for Other Purposes, October 24, 1935, April 6, 1936, July 6, 29, and August 16, 1937.* Printed for the Use of the Committee on Indian Affairs. (Washington, D.C.: United States Government Printing Office, 1937), pp. 87-88.

Chino, Pedero [Pedro], Captain. Lee Arenas, Interpreter, witnessed by Miguel Saturnino. June 10, 1902. File #1902-36466, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____. Statement. August 14, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Chubbuck, Levi, Special Inspector, to William H. Code, U.S. Indian Inspector. March 28, 1906. 1908 folder, Box 72, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Special Inspector, to W[illiam] H. Code, Indian Inspector. April 4, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

_____, Special Inspector, to W[illiam] H. Code, Chief Engineer. December 31, 1907. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Special Inspector, to Secretary of the Interior. February 24, 1906. File #1906-98721, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, Special Inspector, to Secretary of the Interior. May 18, 1906. File #1906-44557, pecial Case 190, Record Group 75, National Archives, Washington, D.C.



_____, Special Inspector, to Secretary of the Interior. May 18, 1906. File #1906-112753, Special Case 190, Record Group 75, National Archives, Washington, D.C.

Clotts, Herbert V. [March 1928]. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to [Charles Henry Burke], Commissioner of Indian Affairs. February 7, 1923. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C. Also in Box 867, Project Case Files, 1938-1946, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, National Archives, Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to [Charles Henry Burke], Commissioner of Indian Affairs. May 6, 1924. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Supervising Engineer, to [Charles Henry Burke], Commissioner of Indian Affairs. October 3, 1924. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to [Charles Henry Burke], Commissioner of Indian Affairs. February 19, 1925. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to [Charles Henry Burke], Commissioner of Indian Affairs. May 5, 1927. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to C[harles] L. Ellis, Supervisor in Charge. July 14, 1922. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to C[harles] L. Ellis, Special Supervisor in Charge of Indian Reservations. August 21, 1922. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to C[harles] L. Ellis, Superintendent.  October 11, 1923.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to C[harles] L. Ellis.  April 7, 1924.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to C[harles] L. Ellis, Superintendent.  May 3, 1927.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to C[harles] L. Ellis, Superintendent.  February 20, 1928.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Superintendent of Irrigation, to J[ames] E. Jenkins, Superintendent Malki Indian Agency.  April 16, 1918.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to J[ames] E. Jenkins, Superintendent.  December 23, 1918.  Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.  Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to A[ustin] G. McManus.  March 13, 1928.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Superintendent of Irrigation, to W[illiam] M. Reed, Chief Engineer.  October 15, 1918.  Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.  Also located in Folder 9068, Agua Caliente (Palm Springs), Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

ACC0004094

_____, Supervising Engineer, to W[illiam] M. Reed, Chief Engineer. December 9, 1918.
Entry 653, Irrigation Division, Record Group 75, National Archives, Washington,
D.C. Also located in Folder 9068, Agua Caliente (Palm Springs), Box 867, Project
Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San
Francisco, California, Record Group 75, Portland Area Office of the Bureau of
Indian Affairs, National Archives - Pacific Northwest Region, Seattle,
Washington.

_____, Supervising Engineer, to W[illiam] M. Reed, Chief Engineer. December 23, 1918.
Entry 653, Irrigation Division, Record Group 75, National Archives, Washington,
D.C.

_____, to W[illiam] M. Reed, Chief Engineer. November 3, 1919. 1918 folder, Box 73,
Entry 653, Irrigation Division, Record Group 75, National Archives, Washington,
D.C. Also located in Folder 3, 1915-1936 (2 of 2), Box 867, Project Case Files, 1938-
46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California,
Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National
Archives - Pacific Northwest Region, Seattle, Washington.

_____, to W[illiam] M. Reed, Chief Engineer. November 26, 1919. Entry 653, Irrigation
Division, Record Group 75, National Archives, Washington, D.C.

_____, Acting Superintendent of Irrigation, to [Cato Sells], Commissioner of Indian
Affairs. January 7, 1918. Box 867, Project Case Files, 1938-46, Mission Jurisdiction,
Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland
Area Office of the Bureau of Indian Affairs, National Archives - Pacific
Northwest Region, Seattle, Washington.

_____, Acting Superintendent of Irrigation, to [Cato Sells], Commissioner of Indian
Affairs. January 24, 1918. Box 867, Project Case Files, 1938-46, Mission Jurisdiction,
Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland
Area Office of the Bureau of Indian Affairs, National Archives - Pacific
Northwest Region, Seattle, Washington.

_____, Superintendent of Irrigation, to [Cato Sells], Commissioner of Indian Affairs.
April 1, 1918. Entry 653, Irrigation Division, Record Group 75, National Archives,
Washington, D.C.

_____, Supervising Engineer, to [Cato Sells], Commissioner of Indian Affairs. June 5, 1918.
Entry 653, Irrigation Division, Record Group 75, National Archives, Washington,
D.C.

_____, Supervising Engineer, to John Sutherland, Foreman. April 5, 1928. Box 867, Project
Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San
Francisco, California, Record Group 75, Portland Area Office of the Bureau of
Indian Affairs, National Archives - Pacific Northwest Region, Seattle,
Washington.

ACC0004095

_____, Supervising Engineer, to H. E. Wadsworth, Special Allotting Agent. November 16, 1922. Box 867, Project Case Files, 1938–46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, and H. W. Palmer, Special Disbursing Agent. Annual Report. Volume I. 1924. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Supervising Engineer, and H. W. Palmer, Special Disbursing Agent. Annual Report. 1926. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Supervising Engineer, and H. W. Palmer, Special Disbursing Agent. Annual Report. 1927. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Supervising Engineer, and H. W. Palmer, Special Disbursing Agent. Annual Report. 1928. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Code, W[illiam] H., Chief Engineer, to C. R. Cawthon. December 30, 1907. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to C. R. Cawthon. September 14, 1910. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to [Dr.] Hamilton Forline. July 29, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to Dr. Hamilton Forline. August 27, 1910. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to A. I. McCormick, U.S. Attorney. November 11, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to George Elwood [Welwood] Murray. February 4, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to Welwood Murray. August 27, 1910. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to C[harles] R. Olberg, Superintendent of Irrigation. October 27, 1910. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938–46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Chief Engineer, to C[harles] R. Olberg, Acting Chief Engineer. January 4, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Chief Engineer, to C[harles] R. Olberg, Superintendent of Irrigation. February 4, 1911. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Chief Engineer, to C[harles] R. Olberg, Acting Chief Engineer. February 8, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to C[harles] R. Olberg, Acting Chief Engineer. February 18, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to L. Salter. May 13, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to Secretary of the Interior. June 13, 1906. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to Secretary of the Interior. September 4, 1906. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to Secretary of the Interior. November 17, 1906. 1911 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to Secretary of the Interior. December 14, 1906. File #1906-112753, Special Case 190, Record Group 75, National Archives, Washington, D.C. Also filed, without photographs, in 1906 folder, Box 72, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Chief Engineer, to Secretary of the Interior. June 15, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

_____, Chief Engineer, to Secretary of the Interior. December 30, 1907. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

ACC0004097

_____, Chief Engineer, to Secretary of the Interior. April 14, 1908. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Chief Engineer, to Secretary of the Interior. September 1, 1908. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Chief Engineer, to Secretary of the Interior. November 7, 1908. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to Secretary of the Interior. February 2, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Engineer, to Secretary of the Interior. October 25, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Inspector of Irrigation, and unnamed party of the second part. Blank agreement. c. 191-? Box 72, 1894, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Coffman, Earl, et al [Earl Coffman, Frank H. Bennet, Francis F. Crocker, Charles F. Morrison, Harold Hicks, Henry Hoagland, Warren B. Pinney, George B. Roberson, and Alvah F. Hicks, to John F. Collier. November 5, 1936. in *Palm Springs Band of Mission Indians: Hearing Before the Committee on Indian Affairs 1936-1937, Seventy-Fifth Congress, First Session, on S. 1424,and S. 2589 October 24, 1935, April 6, 1936, July 6, 29, and August 16, 1937.* Printed for the Use of the Committee on Indian Affairs. (Washington, D.C.: United States Government Printing Office, 1937), pp. 54-55.

Coffman, H. L., to W[illiam] S. [T.] Sullivan, Superintendent at Malki Indian Reservation. August 25, 1910. Palm Springs Historical Society.

Coggeshall, C. T., Superintendent of Malki School, to [Cato Sells], Commissioner of Indian Affairs. March 5, 1914. File #13505-1914-916, Malki School, Record Group 75, National Archives, Washington, D.C.

_____, to [Cato Sells], Commissioner of Indian Affairs. Report. April 28, 1914. File #49174-1914-916, Malki School, Record Group 75, National Archives, Washington, D.C.

Collier, John [F.], Commissioner of Indian Affairs, to [John W.] Dady, Superintendent. February 17, 1936, Box 23, 143-143.1, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Commissioner, to James Stewart. February 16, 1938. File #155-133-33247, Part III, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, Washington, D.C.

ACC0004098

338

_____, Commissioner of Indian Affairs, and Arno[ld] B. Cammerer, Director, National
Park Service. "Memorandum to the Secretary of the Interior." May 2, 1938.
Approved by Acting Secretary E. K. Burlew, May 11, 1938. Palm Springs Historical
Society.

Collier, W[illia]m, Special Attorney for Mission Indians, to Captain Marcos Belaro [Marcus
Belardo]. April 7, 1904. Box 72, 1894, Entry 653, Irrigation Division, Record Group
75, National Archives, Washington, D.C.

_____, Special Attorney of the Mission Indians of Southern California, to Henry M. Hoyt,
Acting Attorney General. August 12, 1902. File #1902-50907, Special Case 31,
Record Group 75, National Archives, Washington, D.C. Also located in Box 867,
Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San
Francisco, California, Record Group 75, Portland Area Office, National Archives -
Pacific Northwest Region, Seattle, Washington.

_____, Special Attorney for the Mission Indians, and L. A. Wright, Indian Agent, to
Commissioner of Indian Affairs. May 10, 1900. File #1900-23823, Special Case 31,
Record Group 75, National Archives, Washington, D.C.

Connell, R. S., Special Agent, to [Francis Ellington Leupp], Commissioner of Indian Affairs.
March 12, 1908. Entry 653, Irrigation Division, Record Group 75, National
Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46,
Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California,
Record Group 75, Portland Area Office, National Archives - Pacific Northwest
Region, Seattle, Washington.

_____, Special Agent, to [Francis Ellington Leupp], Commissioner of Indian Affairs.
March 24, 1908. Entry 653, Irrigation Division, Record Group 75, National
Archives, Washington, D.C.

Dady, John W., Superintendent, to All Adult Members of the Palm Springs Reservation.
December 12, 1935, in *Palm Springs Band of Mission Indians: Hearing Before the
Committee on Indian Affairs 1936-1937, Seventy-Fifth Congress, First Session, on S.
1424, and S. 2589, October 24, 1935, April 6, 1936, July 6, 29, and August 16, 1937.*
Printed for the Use of the Committee on Indian Affairs. (Washington, D.C.:
United States Government Printing Office, 1937), pp. 54-55.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. July 27, 1933.
Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group
75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. September
13, 1933. Letters to the Commissioner of Indian Affairs, Mission Indian Agency,
Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. March 1,
1934. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record
Group 75, National Archives, Laguna Nigel, Calif.

ACC0004099

339

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. July 25, 1934. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. October 26, 1934. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. February 20, 1936. 143.1-147, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to John [F.] Collier, Commissioner of Indian Affairs. December 15, 1936. 143.1-147, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. January 5, 1937. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. January 5, 1937b. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. January 12, 1937. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. January 13, 1939. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. January 22, 1937. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. March 16, 1937. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. April 8, 1937. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs. March 2, 1938. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

ACC0004100

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs.  May 12, 1939. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.;

_____, Superintendent, to [John F. Collier], Commissioner of Indian Affairs.  June 22, 1939. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to Federal Prison Industries, Inc.  January 26, 1937.  Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to General Accounting Office.  January 6, 1938.  Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to D. E. Murphy.  June 20, 1940.  File 143.1, "Telegrams, Outgoing 1936-1943," Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.  May 19, 1932.  Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

Davis, A[lonzo] E., to C[harles] R. Olberg, Superintendent of Irrigation.  On the same sheet is letter by Pearl MacCallum [McCallum] to [Charles R.] Olberg.  March 21, 1913. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, to Clara D. True, Indian Agent.  March 22, 1909.  1910 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, to Clara D. True, Indian Agent.  April 5, 1909.  1910 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, to [Clara D.] True.  n.d.  1910 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, and Welwood Murray, Lavinia F. Crocker, Mary C. McKenzie, Pearl Mac Callum [McCallum] and Emily Mac Callum [McCallum], to Clara D. True, Agent for the Palm Springs Indians.  March 18, 1909.  1910 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, and Welwood Murray, Lavinia F. Crocker, Mary C. McKenzie, Pearl Mac Callum [McCallum], Emily Mac Callum [McCallum], and John W. Ross.  n. d.  1910 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Davis, Cha[rle]s L., Supervisor, to Office of the Chief Engineer.  March 18, 1909.  Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

ACC0004101

Dixon, Jordan, to [Herbert V.] Clotts. November 25, 1917. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, to Superintendent, Morongo Indian Reservation. September 27, 1917. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Dorn, E[dward] L., to [Thomas Jefferson Morgan], Commissioner of Indian Affairs. December 17, 1892. File #1892-45619, Special Case 190, Record Group 75, National Archives, Washington, D.C.

_____, to H[oratio] N[elson] Rust. January 6, 1892. Palm Springs Historical Society.

_____, to H[oratio] N[elson] Rust, U.S. Indian Agent. December 29, 1892. Palm Springs Historical Society.

Draft right of way contract, unsigned. 1893. File #1893-36845, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Egan, Anna H., Superintendent and Special Disbursing Agent, to W[illia]m H. Code, Chief Engineer. December 7, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

Ellis, C[harles] L., Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. May 3, 1925. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. June 2, 1925. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. July 6, 1925. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. August 13, 1925. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. September 18, 1925. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. October 7, 1925. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

ACC0004102

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. February 2, 1926. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. May 15, 1926. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. July 14, 1926. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. December 13, 1926. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. April 25, 1927. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. June 21, 1927. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. July 1, 1927. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, District Superintendent in Charge, to [Charles Henry Burke], Commissioner of Indian Affairs. July 12, 1927. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, District Superintendent in Charge, to [Charles Henry Burke], Commissioner of Indian Affairs. August 8, 1927. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. March 9, 1928. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, to Cha[rle]s H[enry] Burke. June 11, 1928. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. January 3, 1929. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, District Superintendent in Charge, to [Charles Henry Burke], Commissioner of Indian Affairs. January 10, 1929. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

ACC0004103

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. February 28, 1929. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles Henry Burke], Commissioner of Indian Affairs. July 23, 1929. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to A[rno] C. [B.] Cammerer, Acting Director, National Park Service. March 8, 1923. File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to Arno B. Cammerer. March 23, 1923. File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Special Supervisor in Charge, to H[erbert] V. Clotts, Supervising Engineer. July 12, 1922. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Special Supervisor in Charge, to H[erbert] V. Clotts, Supervising Engineer. August 17, 1922. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Superintendent, to H[erbert] V. Clotts, Supervising Engineer. June 6, 1924. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Superintendent, to John B. Fisher, Business Manager for Cecil B. DeMille. March 8, 1923. File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to Elizabeth Green. March 14, 1923. File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to J. H. Lasky. March 31, 1923. File 115, Central Classified FilesMission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to Elwood Lloyd. March 8, 1923. File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

ACC0004104

_____, Superintendent, to E. B. Meritt, Assistant Commissioner, March 8, 1923.  File 115,
Central Classified Files Mission Indian Agency, Record Group 75, National
Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.
January 1, 1930.  Letters to the Commissioner of Indian Affairs, Mission Indian
Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.  June
12, 1930.  Letters to the Commissioner of Indian Affairs, Mission Indian Agency,
Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.  June
12, 1930.  File 115, Central Classified Files Mission Indian Agency, Record Group 75,
National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.  June
26, 1930.  Letters to the Commissioner of Indian Affairs, Mission Indian Agency,
Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs, July
30, 1930.  Letters to the Commissioner of Indian Affairs, Mission Indian Agency,
Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.
September 10, 1930. Letters to the Commissioner of Indian Affairs, Mission Indian
Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.
November 4, 1930.  Letters to the Commissioner of Indian Affairs, Mission Indian
Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.  June
22, 1931.  Letters to the Commissioner of Indian Affairs, Mission Indian Agency,
Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.  July
13, 1931.  Letters to the Commissioner of Indian Affairs, Mission Indian Agency,
Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.
August 25, 1931.  Letters to the Commissioner of Indian Affairs, Mission Indian
Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.  April
11, 1932.  Letters to the Commissioner of Indian Affairs, Mission Indian Agency,
Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs.  July
21, 1932.  Letters to the Commissioner of Indian Affairs, Mission Indian Agency,
Record Group 75, National Archives, Laguna Nigel, Calif.

ACC0004105

_____, Superintendent, to [Charles James Rhoads], Commissioner of Indian Affairs. September 3, 1932. Letters to the Commissioner of Indian Affairs, Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

_____, Superintendent, to H. C. Updegraf. August 28, 1923. File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

Engle, C. A., Supervising Engineer, to A. Heber Winder, Attorney at Law. April 25, 1933. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer, to Whom It May Concern [Nellie N. Coffman, Cornelia B. White, Lavina F. Crocker, Pearl McCallum McManus, Isabel White Chase, Charlie [Charles] Gabriel] May 11, 1933. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Supervising Engineer. Notice of Petition to Change Point of Diversion and Place of Use of Water. April 25, 1933. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Estudillo, Francisco, U.S. Indian Agent, to D[aniel] M. Browning, Commissioner of Indian Affairs. August 12, 1893. File #1893-31160, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to D[aniel] M. Browning, Commissioner of Indian Affairs. September 12, 1893. File #1893-34930, Special Case 190, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to [Daniel M. Browning], Commissioner of Indian Affairs. October 16, 1893. File #1893-39503, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to [Daniel M. Browning], Commissioner of Indian Affairs. October 31, 1893. File #1893-41471, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to [Daniel M. Browning], Commissioner of Indian Affairs. February 9, 1895. File #1895-7315, Special Case 31, Record Group 75, National Archives, Washington, D.C.

ACC0004106



346

_____, U.S. Indian Agent, to [Daniel M. Browning], Commissioner of Indian Affairs. December 19, 1895. File #1895-51478, Special Case 31, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, U.S. Indian Agent, to [Daniel M. Browning], Commissioner of Indian Affairs. November 27, 1896. File #1896-45347, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Evans, S. C., Mayor [of Riverside?] and Chairman Special Chamber of Commerce Committee on Indian Afairs, to John B. Haas. May 3, 1923. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Fisher, John B., to C[harles] L. Ellis, Superintendent. April 5, 1923. File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

Floyd, R. A., Project Manager, to Charles W. Petit, Assistant Regional Conservator. October 18, 1938. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Forline, Hamilton, to W[illiam] H. Code. July 12, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, to W[illam] H. Code. July 28, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, to W[illiam] H. Code. July 14, 1910. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, to W[illiam] H. Code. August 29, 1910. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Fortier, E. C., Supervising Engineer, to A. L. Wathen, Director of Irrigation. March 11, 1939. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Francis, John Jr., Chief, Education Division. Memorandum. March 30, 1914. Box 867, Project Case Files, 1938-1946, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, National Archives, Pacific Northwest Region, Seattle, Washington.

Gilmour, John Hamilton, to [Thomas Jefferson Morgan], Commissioner of Indian Affairs. April 14, 1892. File #1892-14823, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, to [Thomas Jefferson] Morgan, Commissioner of Indian Affairs. May 18, 1892. File #1892-19249, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, to the Indian Agent. May 26, 18?? Palm Springs Historical Society.

Goodcell, Henry, to W. E. Hill, Assistant U.S. Engineer. May 21, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Green, Elizabeth, to C[harles] L. Ellis, Superintendent. March 3, 1923. File 115, Central Classified FilesMission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

Hamaker, W. N., to Board of Directors, Palm Valley Water Company. July 31, 1902. File #1906-112753, Special Case 190, Record Group 75, National Archives, Washington, D.C. Also filed in Box 72, 1894, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Confidential Clerk, to Levi Chubbuck, Special Inspector. May 8, 1906. File #1906-112753, Special Case 190, Record Group 75, National Archives, Washington, D.C.

Henderson, W[illia]m R., to [Daniel M. Browning], Commissioner of Indian Affairs. June 27, 1894. File #1894-26807, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, to Cha[rle]s C. Painter, Secretary, Indian Rights Association. June 30, 1894. File #1894-26787, Special Case 31, Record Group 75, National Archives, Washington, D.C. Also located in Agua Caliente Tribal Archives, Palm Springs, California.

_____, to Cha[rle]s C. Painter. July 10, 1894. File #1894-27975, Special Case 31, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, to. Cha[rle]s C. Painter. August 29, 1894. File #1894-38029, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Hoffman, P. [T.], Superintendent, to H[erbert] V. Clotts. December 29, 1921. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Indian Business Committee (Albert S. Patencio, Ramon Manuel, Frank Patencio, and Amado Miguel) to the Ben Wilson Film Producing Company. Permit. January 26, 1923. File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

Jenkins, J[ames] E., Superintendent of Malki School, to the Indian [sic] of Agua Caliente.
Notice.   May 27, 1918.   File #1092-1918-912, Malki School, Record Group 75,
National Archives, Washington, D.C.

_____, Superintendent Malki Agency.  Proposal to Lease Hot Springs.  December 15, 1916.
Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6
and 7, San Francisco, California, Record Group 75, Portland Area Office of the
Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle,
Washington.

_____, Superintendent, to C[harles] R. Olberg, Superintendent, U.S. Irrigation Service.
July 27, 1916.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation
District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area
Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest
Region, Seattle, Washington.

_____, Superintendent, to [Cato Sells], Commissioner of Indian Affairs.  September 29,
1917.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District
#5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the
Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle,
Washington.

_____, Superintendent of Malki School, to [Cato Sells], Commissioner of Indian Affairs.
June 28, 1918.   File #1092-1918-912, Malki School, Record Group 75, National
Archives, Washington, D.C.

_____, Superintendent, to U.S. Indian Service.  July 9, 1917.  Box 867, Project Case Files,
1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco,
California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs,
National Archives - Pacific Northwest Region, Seattle, Washington.

Johnson, A. F., Farmer, to C[harles] L. Ellis, District Superintendent in Charge.  March 29,
1927.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District
#5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the
Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle,
Washington.

Johnson, William E., Chief Indian Officer, to W[illiam] H. Code.  September 7, 1909.  Entry
653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Chief Special Officer, to W[illiam] H. Code, Chief Engineer.  October 4, 1909.
Entry 653, Irrigation Division, Record Group 75, National Archives, Washington,
D.C.

_____, Chief Special Officer to Commissioner of Indian Affairs.  September 2, 1909.  Entry
653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.
Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation
District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area
Office, National Archives - Pacific Northwest Region, Seattle, Washington.

Jones, W[illiam] A., Commissioner of Indian Affairs, to Secretary of the Interior. September 5, 1902. File #1902-50907, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Kelsey, C[harles] E., Special Agent for the California Indians, to W[illiam] H. Code, Chief Engineer. January 11, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

_____, Special Agent for California Indians, to Charles R. Olberg. November 6, 1908. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

Largo, Martinez, and Saturnino, Manuelito Largo, Benito Rafel, Lee Arenas, and Miguel Saturnino to John W. Noble, Secretary of the Interior. Petition. May 8, 1892. File #1892-29542, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Larrabee, C. F., Acting Commissioner, to William H. Code, U.S. Indian Inspector. November 27, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

_____, Acting Commissioner of Indian Affairs, to W[illiam] H. Code, Chief Engineer. August 7, 1908. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Acting Commissioner, to William H. Code, Chief Engineer. October 20, 1908. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Acting Commissioner, to Secretary of the Interior. June 2, 1906. File #1906-112753, Special Case 190, Record Group 75, National Archives. Washington, D.C.

Lawson, S. S., to Secretary of the Interior. July 18, 1887. File #1887-19614, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Lebacho, Jose. Statement. August 23, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Lee, Richard D. W., to [Thomas Jefferson Morgan], Commissioner of Indian Affairs. October 7, 1891. File #1891-36154, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, to J[ohn] W. Noble, Secretary of the Interior. December 17, 1892. File #1892-46058, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Leupp, F[rancis] E[llington], Commissioner of Indian Affairs, to W[illiam] H. Code, Chief Engineer. November 27, 1908. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

ACC0004110

350

_____, Commissioner of Indian Affairs, to Secretary of the Interior. August 28, 1906. Box 72, 1894, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Lewis, Frank D., Special Assistant U.S. Attorney for Mission Indians, to [Daniel M. Browning], Commissioner of Indian Affairs. January 13, 1893. File #1893-2490, Special Case 190, Record Group 75, National Archives, Washington, D.C.

_____, Special Assistant United States Attorney for Mission Indians, to [Daniel M. Browning], Commissioner of Indian Affairs. March 21, 1893. File #1893-11146, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, Special U.S. Attorney for Mission Indians, to [Daniel M. Browning], Commissioner of Indian Affairs. June 18, 1895. File #1895-26355, Special Case 31, Record Group 75, National Archives, Washington, D.C. Also located in FBox 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Special United States Attorney for Mission Indians, to [Daniel M. Browning], Commissioner of Indian Affairs. December 31, 1895. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

Lyman, Clarence A., to John Collier, Commissioner of Indian Affairs. April 20, 1934. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Maloney, William J., to C[harles] L. Ellis, Superintendent. April 26, 1923. File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

Marcus, William, Tribal Spokesman, to John W. Dady, Superintendent. January 8, 1936. Reproduced in *Palm Springs Band of Mission Indians Hearing before the Committee on Indian Affairs, 1936-1937, Seventy-Fifth Congress, First Session, on S. 1424, and S. 2589* (Washington, D.C.: Government Printing Office, 1937), p. 87.

_____, Spokesman for Tribal Committee, to Harold L. Ickes, Secretary of the Interior. October 6, 1936. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Spokesman, to Harold L. Ickes, Secretary of the Interior. October 29, 1936. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

ACC0004111

351

Mason, S. C., Arboriculturalist, to Walter T. Swingle. Report. 1908. Box 57, General
Correspondence, E.1, Record Group 75, National Archives, Washington, D.C..

Maxwell, A[drian] l., Farmer, to Owen W. Bower [Bauer], Instrumentman. February 25,
1915. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District
#5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the
Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle,
Washington.

_____, Farmer, to Owen W. Bauer, Instrumentman. January 22, 1916. Box 867, Project Case
Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco,
California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs,
National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Farmer, to [O. W.] Bauer. February 3, 1916. Box 867, Project Case Files, 1938-46,
Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California,
Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National
Archives - Pacific Northwest Region, Seattle, Washington.

_____, Farmer, to Owen W. Bauer, Instrumentman. July 31, 1916. Box 867, Project Case
Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco,
California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs,
National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Farmer, to Owen W. Bauer, Instrumentman. November 6, 1916. Box 867, Project
Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San
Francisco, California, Record Group 75, Portland Area Office of the Bureau of
Indian Affairs, National Archives - Pacific Northwest Region, Seattle,
Washington.

_____, Farmer, to C[harles] R. Olberg, Superintendent of Irrigation. September 7, 1912.
Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6
and 7, San Francisco, California, Record Group 75, Portland Area Office, National
Archives - Pacific Northwest Region, Seattle, Washington.

_____, Farmer, U.S. Indian Service, to C[harles] R. Olberg, Superintendent of Irrigation.
February 9, 1913. Box 867, Project Case Files, 1938-1946, Mission Jurisdiction,
Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, National
Archives, Pacific Northwest Region, Seattle, Washington.

_____, Farmer, to C[harles] R. Olberg, Superintendent of Irrigation. April 3, 1914. Box
867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7,
San Francisco, California, Record Group 75, Portland Area Office of the Bureau of
Indian Affairs, National Archives - Pacific Northwest Region, Seattle,
Washington.

_____, Farmer, to C[harles] R. Olberg, Superintendent of Irrigation, U.S. Indian Service.
July 7, 1914. Box 867, Project Case Files, 1938-1946, Mission Jurisdiction, Irrigation
District #5, 6 and 7, San Francisco, California, Record Group 75, National Archives,
Pacific Northwest Region, Seattle, Washington.

ACC0004112

352

_____ Farmer, to C[harles] R. Olberg, Superintendent of Irrigation. July 28, 1914. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____ to C[harles] R. Olberg, Supervising Engineer. August 7, 1914. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____ Farmer, to [Charles R. Olberg], Superintendent of Irrigation. January 27, 1916. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____ Farmer, to [Charles R. Olberg], Superintendent of Irrigation. February 4, 1916. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____ Farmer, to C[harles] R. Olberg. February 15, 1916. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____ Farmer, to C[harles] R. Olberg, Superintendent of Irrigation. May 15, 1916. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

McCallum, J[ohn] G[uthrie], to General H. Heath, November 2, 1885. File #1885-26515, Special Case 31, Record Group 75, National Archives, Washington, D.C.

McManus, Pearl M[cCallum], to C. A. Engle, Supervising Engineer. March 20, 1933. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____ to C. A. Engle, Supervising Engineer. April 3, 1933. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____ to [C. A.] Engle. May 6, 1933. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

ACC0004113

Memorandum. March 1923. File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

Memorandum. November 7, 1923. File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

Meritt, E. B., Assistant Commissioner of Indian Affairs, to C. T. Coggeshall, Superintendent of Malki School. February 14, 1914. File #13505-1914-916, Malki School, Record Group 75, National Archives, Washington, D.C.

M[itchell], E[dmund], to Mr. Blanchard. March 9, 1910. Palm Springs Historical Society.

_____ to Dr. [Earl] Coffman. March 9, 1910. Palm Springs Historical Society.

_____ to Charles L. Davis, Supervisor of Indian Service. March 9, 1910. Palm Springs Historical Society.

_____ to [Carl] Eytel. March 9, 1910. Palm Springs Historical Society.

_____ to Mrs. [Emily Freeman] McCallum. March 9, 1910. Palm Springs Historical Society.

_____ to Welwood Murray. March 9, 1910. Palm Springs Historical Society.

_____ to Mr. Rogers. March 9, 1910. Palm Springs Historical Society.

Morgan, T[homas] J[efferson], Commissioner of Indian Affairs, to A[lbert] K. Smiley, Joseph B. Morse, and Professor C[harles] C. Painter. January 31, 1891. File #1891-46165, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Morongo, John, Chief of Police at Mission Agency. Testimony. December 18, 1892. File #1893-26702, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Murray, Elizabeth E[rskine], to T[homas] J[efferson] Morgan, Commissioner of Indian Affairs. October 19, 1892. File #1892-38400, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____ by Welwood Murray, to L. A. Wright, U.S. Indian Agent. March 2, 1898. File #1898-12880, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____ to [Albert K.] Smiley. October 20, 1892. File #1892-38998, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Murray, Welwood and Elizabeth Murray to Edmund Mitchell. March 18, 1910. Palm Springs Historical Society.

_____ and Eliza[beth] E. Murray to Commissioners [Albert K.] Smiley, [Joseph B.] Moore, and [Charles C.] Painter. n. d. [c. 1891] File #1892-29542, Special Case 31, Record Group 75, National Archives, Washington, D.C.

ACC0004114

354

_____, to John Charlton. April 189[3?]. Palm Springs Historical Society.

_____, to W[illiam] H. Code, Chief Engineer. August 31, 1910. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives – Pacific Northwest Region, Seattle, Washington.

_____, to Professor Charles C. Painter, Secretary, U.S. Indian Commission. November 19, 1891. File #1891-46165, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, to Cha[rle]s C. Painter. June 30, 1894. File #1894-26787, Special Case 31, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives – Pacific Northwest Region, Seattle, Washington.

_____, to [Horatio Nelson] Rust, U.S. Indian Agent. November 19, 1889. Palm Springs Historical Society.

_____, to H[oratio] N[elson] Rust, U.S. Indian Agent. November 22, 1889. Palm Springs Historical Society.

_____, to H[oratio] N[elson] Rust. February 23, 1893. Palm Springs Historical Society.

_____, to H[oratio] N[elson] Rust. March 2, 1893. Palm Springs Historical Society.

_____, to H[oratio] N[elson] Rust. March 4, 1893. Palm Springs Historical Society.

_____, to A. C. Tonner, Acting Commissioner of Indian Affairs. December 31, 1902. File #1903-723, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, to A. C. Tonner, Acting Commissioner of Indian Affairs. May 19, 1903. File #1903-32480, Special Case 190, Record Group 75, National Archives, Washington, D.C.

Olberg, C[harles] R., Superintendent of Irrigation, Acting Chief Engineer, to W[illiam] H. Code, Chief Engineer. December 2, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

_____, Superintendent of Irrigation, to W[illiam] H. Code, Chief Engineer. December 10, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

_____, Superintendent of Irrigation, to W[illiam] H. Code, Chief Engineer. July 15, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C. Also copy in Palm Springs Historical Society.

_____, Superintendent of Irrigation, to W[illiam] H. Code, Chief Engineer. February 14, 1910. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

ACC0004115

_____, Acting Chief Engineer, to W[illiam] H. Code, Chief Engineer. December 13, 1910. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Acting Chief Engineer, to W[illiam] H. Code, Chief Engineer. December 17, 1910. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Acting Chief Engineer, to W[illiam] H. Code, Chief Engineer. January 7, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Acting Chief Engineer, to W[illiam] H. Code, Chief Engineer. January 18, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Superintendent of Irrigation, to W[illiam] H. Code, Chief Engineer. January 26, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives – Pacific Northwest Region, Seattle, Washington.

_____, Acting Chief Engineer, to W[illiam] H. Code, Chief Engineer. February 1, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Acting Chief Engineer, to W[illiam] H. Code, Chief Engineer. February 13, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives – Pacific Northwest Region, Seattle, Washington.

_____, Acting Chief Engineer, to W[illiam] H. Code, Chief Engineer. February 16, 1911. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Superintendent of Irrigation, to Commissioner of Indian Affairs. May 4, 1914. Box 867, Project Case Files, 1938-1946, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, National Archives, Pacific Northwest Region, Seattle, Washington.

_____, Superintendent of Irrigation, Acting Chief Engineer, to Anna C. Egan, Superintendent. December 9, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

_____, Superintendent of Irrigation, to J[ames] E. Jenkins, Superintendent, Malki Agency. June 2, 1916. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives – Pacific Northwest Region, Seattle, Washington.

Painter, C[harles] C., to D[aniel] M. Browning, Commissioner of Indian Affairs. July 16, 1894. File #1894-26787, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, to T[homas] J[efferson] Morgan, Commissioner of Indian Affairs. March 4, 1892. File #1892-8510, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Palm Valley Water Company and Pedro Chino, Captain, L. A. Wright, Agent, et al. Blank, unsigned agreement. 1901. Box 72, 1894, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Palmer, H. K., Assistant Engineer, to Herbert V. Clotts, Supervising Engineer. November 25, 1919. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C. Also copy located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Engineer, to C[harles] L. Ellis, Superintendent in Charge, Mission Indian Agency. May 19, 1922. Box 867, Project Case Files, 1938-1946, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, National Archives, Pacific Northwest Region, Seattle, Washington.

_____, Engineer, to C[harles] L. Ellis, Superintendent. June 7, 1924. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Engineer, to C[harles] L. Ellis, Superintendent. June 9, 1924. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Engineer, to C[harles] L. Ellis, Superintendent. January 13, 1925. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Engineer, to P. T. Hoffman, Superintendent. December 16, 1920. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Engineer. Memorandum and Estimate of Development of Tahquitz and Andreas Creeks. February 20, 1925. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

ACC0004117



_____, Junior Engineer, to C[harles] R. Olberg, Superintendent of Irrigation.  December 8, 1910.  Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Parsons, Thomas M., and Welwood Murray and his wife Eliz[abeth] Erskine Murray, and the United States.  Indenture covering the sale of the N/2 Section 1, T3S, R1E.  File #1892-25488, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Patencio, Albert, on behalf of the Agua Caliente (Palm Springs) Band of Mission Indians, to John W. Dady, Superintendent. November 23, 1935.  Reproduced in *Palm Springs Band of Mission Indians Hearing before the Committee on Indian Affairs, 1936-1937, Seventy-Fifth Congress, First Session, on S. 1424, and S. 2589,* (Washington, D.C.: Government Printing Office, 1937), p. 82.

Patencio, Francisco. Statement.  August 14, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, and Marcus Belardo, Pedro Chino, Francisco Arrennas [Arenas], Jose Rafael, Marcus Patencio, Pico Manuel, and Baristo Sal.  August 14, 1909.  Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, and Pedro Chino, Francisco Arenas, Alejo Patencio, and Moreno Patencio, to the President of the United States of North America.  May 27, 1914.  Palm Springs Historical Society.

_____, and Pedro Chino, Francisco Arenas, Alejo Patencio, Moreno Patencio, Albert Patencio, Pico Manuel, Simon Arenas, Baristo Sal and Thomas Segundo, to the President of the United States.  May 27, 1914.  Palm Springs Historical Society.

_____, and Segundo Chino, Marcus Belardo, Pedro Chino, and Marino [Moreno] Patencio.  August 14, 1909.  1909 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, et al [Francisco Patencio, Moreno Patencio, Joe Patencio, Augusta Patencio, Celia Patencio, Matilda Patencio Welmas, Lee Arenas, Della Nicholson, Willie Marcus, Baristo Sol, Pedro Chino, Miguel Saturnino, Albert Patencio, Florida A. Patencio, and Virginia Patencio Siva] to H[arold] H. Quackenbush, Special Officer.  February 17, 1938.  File #155-1933-33247, Part III, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, Washington, D.C.

_____, and Joe Rafael.  Statement.  n.d. [circa August 1909]  1909 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Patton, H. W., to Commissioner of Indian Affairs.  June 2, 1892.  File #1893-19900, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Pinney, Guy, City Clerk of the City of Palm Springs, California.  Copy of Resolution of August 9, 1938.  August 10, 1938.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

ACC0004118

Preston, Joseph W., U.S. Indian Agent, to J[ohn] D[eWitt] C[linton] Atkins, Commissioner of Indian Affairs.  November 28, 1887.  File #1887-32207, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to John D[eWitt] C[linton] Atkins, Commissio:    of Indian Affairs.  February 20, 1888.  Box 18, Special Case 31, Record (      ?  , National Archives, Washington, D.C.

_____, U.S. Indian Agent, to John D[eWitt] C[linton] Atkins, Commissioner of Indian Affairs.  May 7, 1888.  File #1888-13006, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, and Elizabeth E. Murray.  Contract.  May 30, 1889.  File #1892-27259, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Rafael, Joe.  Statement.  August 14, 1909.  Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Raphael, Captain Jose.  Acceptance of Lease.  December 19, 1892.  Accompanied by authorization signed by Francisco Patencio, Santos Patencio, Miguel Saturnino, Saturna, Francisco Arena, Allejo, Mareno Palntio, Marcus Balliadidi, Manutita, Santiag Sal, and Martin Largo.  File #1893-26702, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, Captain of Palm Springs Indians, to [Thomas Jefferson Morgan], Commissioner of Indian Affairs.  December 19, 1892.  File #1892-45651, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, and Elihu Potintro[Patencio], Manuel Deus [Dios], Francisco Potentro [Patencio], Markus [Marcus], Dillardi, Francisco Anno, Moren Potonto [Morena Patencio], Santos Potentio [Patencio], and Juan Adios.  Statement of Agreement.  June 28, 1889.  File #1892-27259, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, and Francisco Patencio, Marcos Bellardo, Moreno Patencio, Alejo Patencio, and Santos Patencio to John W. Noble, Secretary of the Interior.  May 8, 1892.  File #1892-18663, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, and Elizabeth E[rskine] Murray.  Agreement.  December 10, 1892.  File #1893-26702, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Reed, W[illia]m [H.]  Memorandum.  August 8, 1921.  Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Robinson, H. F., Superintendent of Irrigation, to W[illiam] H. Code, Chief Engineer.  June 29, 1907.  Entry 653, Irrigation Division, Record Group 75, Washington, D.C.  Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

Rogers, Howard Leslie. Notice. June 2, 1909. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Rogers, Ralph, to W[illia]m H. Code. September 25, 1908. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Rust, Horatio Nelson, U.S. Indian Agent, to Thomas Jefferson Morgan, Commissioner of Indian Affairs. February 18, 1892. File #1892-8146, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to T[homas] J[efferson] Morgan, Commissioner of Indian Affairs. February 18, 1892b. File #1892-8147, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to [Thomas Jefferson Morgan], Commissioner of Indian Affairs. May 19, 1892. File #1892-19549, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to T[homas] J[efferson] Morgan, Commissioner of Indian Affairs. December 14, 1892. File #1892-45139, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to [Thomas Jefferson Morgan], Commissioner of Indian Affairs. December 14, 1892. File #1893-26702, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to T[homas] J[efferson] Morgan, Commissioner of Indian Affairs. February 8, 1893. File #1893-26702, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to [Thomas Jefferson Morgan], Commissioner of Indian Affairs. March 9, 1893. File #1893-26702, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Ryan, Henry L., to Francisco Estudillo, U.S. Indian Agent. January 16, 1894. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Ryder, John S., Foreman, to John W. Dady, Superintendent. December 19, 1936. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Segundo, Clemente. "Statement of Clem Segundo" in *Senate Committee on Indian Affairs. Palm Springs Band of Mission Indians Hearing before the Committee on Indian Affairs, 1936-1937, Seventy-Fifth Congress, First Session, on S. 1424, and S. 2589,* (Washington, D.C.: Government Printing Office, 1937), p. 31.

Shelby, M. D., Special Indian Agent, to Commissioner of Indian Affairs. File #1894-42054, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Smiley, Albert K., U.S. Board of Indian Commissioners, to Commissioner of Indian Affairs. October 28, 1892. John W. Noble, [Secretary of the Interior], to Commissioner of Indian Affairs. November 17, 1892. Both in File #1892-38400, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Smith, Hoke, Secretary of the Interior, to Commissioner of Indian Affairs. July 8, 1895. File #1895-28120, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Sullivan, William T., Superintendent and S[pecial] D[isbursing] A[gent]. Request for Funds. August 11, 1910. 1909 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Superintendent, to W[illiam] H. Code, Chief Engineer. November 14, 1910. Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Superintendent of Irrigation to Commissioner of Indian Affairs. May 25, 1915. Palm Springs Historical Society.

Sutherland, John, Foreman, to A. L. Wathen, Engineer. February 23, 1928. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Swingle, Walter T., Physiologist in Charge, to W[illia]m H. Code, Chief Irrigation Engineer. April 18, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

_____, to Charles L. Davis. February 4, 1914. File #13302-1914-916, Malki School, Record Group 75, National Archives, Washington, D.C.

_____, to Cato Sells, Commissioner of Indian Affairs. March 2, 1914. File #13302-1914-916, Malki School, Record Group 75, National Archives, Washington, D.C.

Taggart, Grant I., Supervisor, General Land Office, to B. F. Allen, Superintendent, General Land Office. July 1, 1900. File #1900-35189, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Tinker, Arthur W., U.S. Indian Inspector, to Secretary of the Interior. July 19, 1892. File #1892-27259, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Trenam, M. R., Assistant Engineer, to C. A. Engle, Supervising Engineer. March 12, 1933. Box 867. Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

True, Clara D., to W[illiam] H. Code, Chief Engineer. March 26, 1909. 1910 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

ACC0004121

_____, to [William H.] Code.  April 14, 1909.  1910 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Superintendent and Special Disbursing Agent, to A[lonzo] E. Davis.  March 26, 1909.  1910 folder, Box 73, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

Truesdell, John F., Chief Field Council, to [John F. Collier], Commissioner of Indian Affairs.  June 9, 1933.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Superintendent of Irrigation, to C[harles] L. Ellis, Superintendent.  December 8, 1928.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Chief Field Council.  Memorandum for Mrs. Pearl McC[allum] McManus.  June 14, 1933.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Updegraf, H. C. to "Charles Allis" [Charles L. Ellis, Superintendent].  August 27, 1923.  File 115, Central Classified Files Mission Indian Agency, Record Group 75, National Archives, Laguna Nigel, Calif.

Wadsworth, [Henry E.], to [Herbert V.] Clotts, Engineer.  May 11, 1920.  Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Wagner, [Mrs.] Madge Morris, to Senator Bowers.  May 31, 1892.  File #1892-29542, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, to Francisco Estudillo.  April 30, 1893.  Palm Springs Historical Society.

_____, to Judge James Gibson.  May 31, 1892.  File #1892-29542, Box 20, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, to [Thomas Jefferson Morgan], Commissioner of Indian Affairs.  May 31, 1892.  File #1892-20852, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Ward, John S., U.S. Indian Agent, to John D[eWitt] C[linton] Atkins, Commissioner of Indian Affairs.  May 13, 1887.  File #1887-13193, Special Case 31, Record Group 75, National Archives, Washington, D.C.

ACC0004122



_____, U.S. Indian Agent, to J[ohn] D[eWitt] C[linton] Atkins, Commissioner of Indian Affairs. September 2, 1887. Box 18, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Ward, Shirley C., to Francisco Estudillo, U.S. Indian Agent. December 12, 1895. File #1895-51478, Special Case 31, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

Wathen, A. L., Supervising Engineer, to Director of Irrigation. December 15, 1931. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Engineer, to C[harles] L. Ellis, District Superintendent. February 18, 1928. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____. Memorandum for file - Palm Springs. [April 11, 1927] Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, to Mr. [John F.] Truesdell. Memorandum. July 2, 1928. Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office of the Bureau of Indian Affairs, National Archives - Pacific Northwest Region, Seattle, Washington.

Williams, Henry L., Vice-President, and Fred E. Hotchkiss, Secretary, for the Bear Valley Irrigation Company, to Albert K. Smiley, J[oseph] B. Moore, and C[harles] C. Painter. December 1, 1891. File #1891-46165, Special Case 31, Record Group 75, National Archives, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

Wilson, Geo[rge] W., to W[illiam] H. Code. October 23, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

Wright, L. A., Superintendent and Special Disbursing Agent, to W[illiam] H. Code, Chief Engineer. September 3, 1906. Box 72, 1894, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Superintendent and Special Disbursing Agent, to W[illiam] H. Code, Chief Engineer. September 6, 1906. Box 72, 1894, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

ACC0004123

_____, Superintendent and Special Disbursing Agent, to W[illiam] H. Code, Chief Engineer. November 6, 1906. Box 72, 1894, Entry 653, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

_____, Superintendent and Special Disbursing Agent, to W[illiam] H. Code, Chief Engineer. January 2, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

_____, to W[illiam] H. Code, Chief Engineer. October 9, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C. Also located in Box 867, Project Case Files, 1938-46, Mission Jurisdiction, Irrigation District #5, 6 and 7, San Francisco, California, Record Group 75, Portland Area Office, National Archives - Pacific Northwest Region, Seattle, Washington.

_____, Superintendent and Special Disbursing Agent, to W[illiam] H. Code, Chief Engineer. October 16, 1907. Entry 653, Irrigation Division, Record Group 75, Washington, D.C.

_____, U.S. Indian Agent, to [William A. Jones], Commissioner of Indian Affairs. March 14, 1898. File #1898-12880, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, U.S. Indian Agent, to [William A. Jones], Commissioner of Indian Affairs. August 17, 1898. File #1898-38696, Special Case 31, Record Group 75, National Archives, Washington, D.C.

_____, Superintendent and Special Disbursing Agent, to [Francis Ellington Leupp], Commissioner of Indian Affairs. March 25, 1907. File #1907-31606, Special Case 190, Record Group 75, National Archives, Washington, D.C.

## Maps and Other Visual Materials

### Maps

Automobile Club of Southern California. *Road Map of Riverside County*. n. d. Ephemera, Huntington Library.

*Automobile Road Map of Riverside County, California*. n. d. Ephemera, Huntington Library.

Bauer, O[wen] W. *Map of Land Tracts to be Transferred to the Department of Agriculture [Garden of Eden]*. March 1918. #8566, Central Map Files, Record Group 75, National Archives II, College Park, Maryland.

Blake, William P. *Geological Map of a Part of the State of California*. (c. 1853). Huntington Library.

_____. *Geological Map of the Country between San Diego and the Colorado River, California*. (1853). Huntington Library.

Chubbuck, Levi. *Map of Agua Caliente Indian Reservation*. (February 4, 1906). File #1906-98721, Record Group 75, Special Case 31, National Archives, D.C.

Code, W[illiam] H. *Map Showing Agua Caliente Reservation California Also Properties of Palm Valley Water Co. and B. B. Barney.* (1906). File #1906-112753, Record Group 75, Special Case 190, National Archives, D.C.

Davidson, J. F ^ *Map Showing Pipe Lines in Secs 11 and 14, T 5 S, R 4 E, SBM of the Agua C*^*i* ⸱ *:dianRes, Located for A. C. Lovekin.* (January-February 1921). Map #9/23, Central Map Files, Record Group 75, National Archives II, College Park, Maryland.

*The Garden of Eden.* plat map. #87-01-35, Palm Springs Historical Society. A cropped copy appears in Bogert, *Palm Springs: First Hundred Years,* (Palm Springs, Calif.: Palm Springs Heritage Associates, 1987), pg. 68.

Gleaves, J. M. *San Jacinto Forest Reserve, California.* (1901). California 93, Record Group 49, National Archives II, College Park, Maryland.

Goode, R. U. *California (Riverside County) San Jacinto Quadrangle.* (December 1913). Huntington Library.

_____. *California (Riverside County) San Jacinto Quadrangle.* (September 1901). Huntington Library.

Graham, D. D. *Agua Caliente Indian Reservation Showing Buildings, Cultivated Fields, Pipe Lines and Adjacent Property Belonging to the Whites, Palm Springs California.* (1908). Map #5072, Central Map Files, Record Group 75, National Archives II, College Park, Maryland.

Hincks, H. W. *Sketch of a Portion of the Agua Caliente Indian Reservation Showing Approximate Contours and Area of Best Soil.* (July 1908). 1909 folder, Box 73, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

*How to Reach Palm Springs.* (1929). In *Palm Springs, California.* [guide put out by hotels in 1929]. Goodman Collection, University of California, San Diego, Special Collections.

*Lower California.* n. d. map on paper or parchment. Map #324-49, Record Group 77, National Archives II, College Park, Maryland.

*Map A.* [Garden of Eden tract]. (1907). Map on tracing linen. File #1907-31606, Special Case 190, Record Group 75, National Archives, D.C.

*Map of Agua Caliente Indian Reservation.* n.d. Box 23, Special Case 31, Record Group 75, National Archives, Washington, D.C.

*Map of Palm Springs and Palm Valley Colony Lands* with attached advertisement. (1887). Bancroft Library Map Collection.

*Map of Palm Springs Area.* (1888). Tracing linen. File #1888-5497, Special Case 31, Record Group 75, National Archives, D.C.

*Map of Palm Springs.* n. d. plat map. Map 432, San Diego County Recorder's Office.

ACC0004125

*Map of Palm Valley Colony Lands, property of the Palm Valley Land and Water Company.* (1887). plat map. San Diego County Recorder's Office.

*Map of Palm Valley Land Company's Colony Lands.* (1888). plat map. Map 510, San Diego County Recorder's Office.

*Map of Palmdale.* (1888). plat map. Map 525, San Diego County Recorder's Office.

*Map Showing Agua Caliente Reservations [sic] California.* Also Properties of Palm Valley Water Co. and B. B. Barney." Accompanying report of December 14, 1906. Code, Chief Engineer. File #1906-12753, Special Case 190, Record Group 75, National Archives, Washington, D.C.

*Map Showing Riverside County, California.* n. d. Ephemera, Huntington Library.

"A Map Showing 30 Wildflowers and Where They Can Be Found." *Westways* 27.3 (March 1935): 20-21; 34.

*Map showing 3000 Acres Palm Valley Land.* (1887). plat map. Bancroft Library.

Miller, Hellen Cooke. *Desert of the Palms of Southern California.* (1937), in Don Admiral, *Desert of the Palms.* (El Centro, Calif.: The Desert Magazine, 1938).

Nicoll, Bee. *Trip 1: Tahquitz, Andreas and Palm Canyons.* (1939), in William Mason and James Carling, *Where Shall We Go? A Guide to the Desert.* (Typeset by The Chaffey Co., Inc., Palm Springs; Printed by Wolfer Printing Co., Inc., Los Angeles, May 1939), p. 2.

*Palm Springs and Vicinity.* n. d. Map on paper. File #307.2-1928-30955, Central Classified Files, Record Group 75, Mission, National Archives, D.C.

Palm Springs Chamber of Commerce. *Map of Palm Springs, California, "America's Desert Resort."* (c. 1920).

*Pipe Line, Garden of Eden, Agua Caliente Indian Reservation, California,* in Annual Report, 1911. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

*Pipe Line, Garden of Eden, Agua Caliente Indian Reservation, California.* (c. 1918). Record Group 75, Irrigation Division, Entry 653, National Archives, D.C.

*Plan of Palm City.* plat map. n.d. Map 625, San Diego County Recorder's Office.

*Plat of Palm Springs, California, Showing Location of Concrete Pipe Line and Stone Cement Ditch,* in Annual Report, 1911. District 4, Entry 655, Irrigation Division, Record Group 75, National Archives, Washington, D.C.

*Plat Showing Line of Flume Across Sec. 2, T 5 S, R 4 E, SBM, California.* (1893). blue line print. Central Map Files, CA-52, Record Group 75c, National Archives II, College Park, Maryland. Traced copy also located in File #1893-36845, Special Case 31, Record Group 75, National Archives, D.C.

ACC0004126

*Road Map of Riverside County.* n. d. Ephemera, Huntington Library.

Rust, Horatio N[elson]. "Diagram of Indian Cemetery at Palm Springs." (1893). File
#1893-42542, Record Group 75, Special Case 31, National Archives, D.C.

_____. Untitled sketch map. (February 18, 1892). File #1892-8147, Record Group 75,
Special Case 31, National Archives, D.C.

Seismological Society of America. *Fault Map of the State of California.* (1922). Map
#183631, Huntington Library.

Surveyor General of California. *Township No. IV South Range No. IV East of the San
Bernardino Meridian.* (February 29, 1856). Plats Folder 4, Calif. (19), Record Group
75, Land Division (A), National Archives II, College Park, Maryland.

Thompson, Dilbert. *Sketch of a Portion of South-Eastern California, Showing Depressed
Area of the Colorado Desert.* (1876). Map #488-124, Record Group 77, National
Archives II, College Park, Maryland.

Thompson, G., under George M. Wheeler. *Diversion of the Colorado River for Purposes of
Irrigation.* (1875). Map #488-122, Record Group 77b, National Archives II, College
Park, Maryland.

Topp, T. M. *Reservation for Mission Indians, Township 4 & 5 South, Range 4 East, SBM, San
Diego Co., California.* (1891). blue-line print. Central Map Files, Calif.-66,
Record Group 75c, National Archives II, College Park, Maryland. Traced copy in
File #1895, Box 21, Record Group 75, Special Case 31, National Archives, D.C.

Untitled map showing location of hot springs, streets, and structures in Palm Springs.
(1893). File #1893-26702, Record Group 75, Special Case 31, National Archives,
D.C.

Untitled map showing the Palm Springs, Garden of Eden region, with cultivated areas
colored in green. (1921). Plat map. Record Group 75, Irrigation Division, Entry 655,
National Archives, D.C.

Untitled map showing the Palm Springs, Garden of Eden region, with cultivated areas
colored in green. (1922). Plat map. Record Group 75, Irrigation Division, Entry 655,
National Archives, D.C.

Untitled map showing the Palm Springs, Garden of Eden region, with cultivated areas
colored in green. (1923). Plat map. Record Group 75, Irrigation Division, Entry 655,
National Archives, D.C.

Untitled map showing the Palm Springs, Garden of Eden region, with cultivated areas
colored in green. (1924). Plat map. Record Group 75, Irrigation Division, Entry 655,
National Archives, D.C.

ACC0004127

Untitled map. "This Diagram drawn for the use of the Palm Valley Land Co. and the Palm Dale R. R. Co. and not for Rincon or Garden of Eden Co." Attached to letter of Joseph W. Preston, U.S. Indian Agent, to John D[eWitt] C[linton] Atkins, Commissioner of Indian Affairs. February 20, 1888. Box 18, Special Case 31, Record Group 75, National Archives, Washington, D.C.

Untitled map. [A cartoon map of Southern California showing route and distances to the Deep Well Guest Ranch.] n. d. Ephemera, Huntington Library.

Untitled map. [An aerial view-style map of Southern California from Los Angeles south, with Palm Springs highlighted.] n. d. Ephemera, Huntington Library.

Wathen, A. L., H[erbert] V. Clotts, and C. A. Engle. *Southern California Indian Reservations.* (1934). File # 301-1934-54554, Central Classified Files, Record Group 75, Mission, National Archives, D.C.

Willson's and Co. *Indexed Sectional Map of Southern California.* n.d. Huntington Library.

Wright, L. A. Untitled sketch map. File #1907-31606, Special Case 190, Record Group 75, National Archives, Washington, D.C.

## Photographs

Brown, J. S. "Prospector and burros* packed for desert trip." (1918). J. S. Brown #32, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "Seven Palms" spring * 2 1/2 miles E. Palm Springs." (1917). J. S. Brown #29, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "Two examples of reliable signs on desert roads." (1917). J. S. Brown #27, Riverside County, California, USGS Photographic Library, Denver, Colorado.

"C-1034- Natural Mineral Hot Springs." (c. 1930s). postcard. Color transparency by Ray Foster, Kodachrome Reproduction by Mike Roberts Studios, Berkeley, California. Ephemera, Huntington Library,.

Chase, J[ames] Smeaton."To Mr. Jaeger, by J. Smeaton Chase, early 1900s." [Abandoned cars of the Palmdale Railroad.] (c. 1900). b&w photograph. #86-23-18, Palm Springs Historical Society.

Clotts, Herbert V. "Agua Caliente. Andreas Canyon Dam." (1919). b&w photograph, 5" x 7". Annual Report, 1919, vol. I, Record Group 75, Irrigation Division, District 4, National Archives, D.C.

Code, W[illiam] H. "Chino Canyon Looking Down Over Rocky Slope From a Point 1/2 Mile Below Cienaga on Sec. 7." (December 14, 1906). b&w photograph, 3" x 5". File #1906-112753, Special Case 190, Record Group 75, National Archives, D.C.

_____. "Showing Approx. 1200 Inches of Water in Whitewater River on October 16 - 06." (October 16, 1906). b&w photograph, 3" x 5". File #1906-112753, Record Group 75, Special Case 190, National Archives, D.C.

368

_____. "Showing Gorgonia [sic[ Pass Across Which Water From Point "C" Must Be Properly Conveyed to Stone Ditch." (December 14, 1906). b&w photograph, 3" x 5". File #1906-112753, Special Case 190, Record Group 75, National Archives, D.C.

_____. "Showing Rocky Nature of Slope in Chino Canyon." (December 14, 1906). b&w photograph, 3" x 5". File #1906-112753, Special Case 190, Record Group 75, National Archives, D.C.

_____. "Showing Section of Cobble Stone Ditch in Good Repair." (December 14, 1906). b&w photograph, 3" x 5". File #1906-112753, Special Case 190, Record Group 75, National Archives, D.C.

_____. "Showing Washed Out Section of Stone Ditch." (December 14, 1906). b&w photograph, 3" x 5". File #1906-112753, Special Case 190, Record Group 75, National Archives, D.C.

Cregar, Richard B. "These are all first prize Cahuilla Indian Baskets awarded at Inter-Tribal Ceremonial in 1936." (1936). b&w photograph, 3" x 5". File #155-1933-33247, part III, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, D.C.

"Dr. Welwood Murray in Palm Canyon, 1886." (1886). b&w photograph, 8" x 10". Album 7, p. 10, Papers of Horatio Nelson Rust, Huntington Library.

"The Desert Play." b&w photograph. in *Palm Springs, California*. (1929), p. 15. Goodman Collection, University of California, San Diego, Special Collections.

Ellis, Charles L. "Burnt Palms." (May 24, 1923). b&w photograph, 4" x 6". File #124-122-34908, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, D.C.

_____. "In Sec 14 of Palm Canyon, Result of Fire July 1922." (July 1922). b&w photograph, 3" x 5". File #124-122-34908, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, D.C.

_____. "Palms (unburnt) in Palm Canyon, Calif." (May 5, 1923). b&w photograph, 3" x 5". File #124-122-34908, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, D.C.

_____. "Scene in Palm Canyon." (May 24, 1923). b&w photograph, 3" x 5". File #124-122-34908, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, D.C.

Eytel, Carl. "9615. Palm Springs Canyon - by Carl Eytel. Abt. 1898." (c. 1898). Pierce #4762. b&w photograph, 24.5 x. 19cm horiz. Huntington Library.

"The Garden of Eden, 1888." (c. 1888). b&w photograph. #86-02-91, Palm Springs Historical Society.

"The Garden of Eden, 1888." (c. 1888). b&w photograph. #86-02-92, Palm Springs Historical Society.



"The Garden of Eden, 1888." (c. 1888). b&w photograph. #86-02-??, Palm Springs Historical Society.

Kew, W. S. W. "San Jacinto Mountain from near Whitewater." (1923). photograph. Kew, W. S. W. #95, San Bernardino County, California, USGS Photographic Library, Denver, Colorado.

Mendenhall, W[alter] C. "Contact of slopes along fault line, N. E. of San Jacinto." (c. 1905). photograph. Mendenhall, W. C. 653, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "Effect of sand-blast erosion near Palm Springs." (c. 1906) photograph. Mendenhall, W. C. 645, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "Effect of sand-blast erosion near Palm Springs." (c. 1906) photograph. Mendenhall, W. C. 646, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "Effect of sand-blast erosion near Palm Springs." (c. 1906) photograph. Mendenhall, W. C. 647, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "Effect of sand-blast erosion near Palm Springs." (c. 1906). photograph. Mendenhall, W. C. 648, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "Effect of sand-blast erosion near Palm Springs." (c. 1906). photograph. Mendenhall, W. C. 649, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "Fault line, base San Jacinto Range." (c. 1905). photograph. Mendenhall, W. C. 654, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "Fault line, northeast of San Jacinto." (c. 1906). photograph. Mendenhall, W. C. 652, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "Faults scarp in upper San Jacinto valley." (c. 1904). photograph. Mendenhall, W. C. 435, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "San Jacinto and Tahquitz peaks from Park Hill. (c. 1904). photograph. Mendenhall, W. C. 434, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "Sand drifting across desert road, north of Indio." (c. 1906). photograph. Mendenhall, W. C. 616, Riverside County, California, USGS Photographic Library, Denver, Colorado.

_____. "South slope of mountains north of San Jacinto." (c. 1904). photograph. Mendenhall, W. C. #433, Riverside County, California, USGS Photographic Library, Denver, Colorado.

ACC0004130

_____. "Upper end of San Jacinto Valley, from Park Hill." (c. 1904). photograph. Mendenhall, W. C. #436, Riverside County, California, USGS Photographic Library, Denver, Colorado.

"Nature Man - Palm Springs, Cal." n. d. b&w postcard, 4" x 6". Huntington Library.

Olberg, C[harles] R. "Agua Caliente Reservation. Bath House." 1917. b&w photograph, 4" x 6". in Annual Report. (1917). District 4, Irrigation Division, Record Group 75, National Archives, D C

_____. "Agua Caliente Reservation. Young Apricot Orchard." 1917. b&w photograph, 4" x 6". in Annual Report. (1917). District 4, Irrigation Division, Record Group 75, National Archives, D.C.

_____. "Agua Caliente Reservation. Young Grape-Fruit Orchard (Garden of Eden Project)." (1915). b&w photograph, 4" x 6". in Annual Report. 1915. District 4, Irrigation Division, Record Group 75, National Archives, D.C.

_____. "Agua Caliente Reservation. Young Grape-Fruit Orchard (Garden of Eden Project)." (1915). b&w photograph, 4" x 6". in Annual Report. 1915. District 4, Irrigation Division, Record Group 75, National Archives, D.C.

_____. "Building Stone Ditch. Palm Springs Project. Agua Caliente Reservation." (1911). b&w photograph, 5" x 7". in Annual Report. 1911. District 4, Irrigation Division, Record Group 75, National Archives, D.C.

_____. "Diversion Dam. Garden of Eden Project. Agua Caliente Reservation." 1911. b&w photograph, 5" x 7". in Annual Report. (1911). District 4, Irrigation Division, Record Group 75, National Archives, D.C.

_____. "Indian Cement Pipe Factory - "Garden of Eden"." (1909). b&w photograph, 5" x 7". in Annual Report. 1909. District 4, Irrigation Division, Record Group 75, National Archives, D.C.

_____. "Intake to Pipe Line. Palm Springs Project. Agua Caliente Reservation." (1911). b&w photograph, 5" x 7". in Annual Report. 1911. District 4, Irrigation Division, Record Group 75, National Archives, D.C.

_____. "Intake to Stone Ditch. Palm Springs Project. Agua Caliente Reservation.". (1911). b&w photograph, 5" x 7". in Annual Report. 1911. District 4, Irrigation Division, Record Group 75, National Archives, D.C.

_____. "Pipe Yard, Garden of Eden Project, Agua Caliente Reservation." (1911). b&w photograph, 5" x 7". in Annual Report. 1911. District 4, Irrigation Division, Record Group 75, National Archives, D.C.

"Palm Springs Ditch - Not Diverted - in Tahquitz Cañon about 15 sec. ft." (June 27, 1907). b&w photograph. Entry 653, Irrigation Division, Record Group 75, National Archives, D.C.

ACC0004131

"Palm Springs Ditch - Waste Water from Ditch, About 9 sec. ft." (June 27, 1907).  b&w photograph.  Entry 653, Irrigation Division, Record Group 75, National Archives, D.C.

"Palm Springs Ditch - Water at Head of Ditch Proper, 9.23 sec. ft." (June 27, 1907).  b&w photograph.  Entry 653, Irrigation Division, Record Group 75, National Archives, D.C.

"Palm Springs Ditch - Water Entering Reservation, 40.7 sec ft." (June 27, 1907).  b&w photograph.  Entry 653, Irrigation Division, Record Group 75, National Archives, D.C.

Palm Valley Land Company, *The Land of Afternoon*. (c. 1880s).  A collection of b&w photo postcards.  UCSD Special Collections.

Palm Valley Land Company's ditch-digging crew. n. d.  b&w photograph. #93-26-23, Palm Springs Historical Society.

"Palm Valley, looking westward towards Palm Springs." n. d.  b&w photograph. #86-05-113, Palm Springs Historical Society.

Pierce, C. C.  "Andreas Canyon - Palm Springs, Calif." n. d. b&w photograph, 24 x 19cm. Pierce #4750, Huntington Library.

_____.  "Cave Dwelling of Cahuilla Indians.  In Palm Canyon."  (1904).  b&w photograph, 24.5 x 19cm.  Pierce #4727, Huntington Library.

_____.  "Cemetery at Palm Springs." n. d.  b&w photograph, 24 x 17cm.  Pierce #4760, Huntington Library.

_____.  "Dates from Fan Palm.  Palm Springs.  Wild Palm of the Canyon." n. d.  b&w photograph, 19.5 x 24cm.  Pierce #4729, Huntington Library.

_____.  "Front of Original Palm Springs Hotel, Owned by Dr. Murray." n. d.  b&w photograph, 24 x 19.5 cm. Pierce #4769, Huntington Library.

_____.  "Fruit on Fan Palm from Palm Springs." (1904).  b&w photograph, 19.5 x 24cm. Pierce #4728, Huntington Library.

_____.  "Indian Cave Dwelling, Palm Canyon." (1904).  b&w photograph, 20 x 24cm. Pierce #4724, Huntington Library.

_____.  "Mesquite Bean - Food for Indians and Cattle, Hogs, Horses, & Sheep." n. d. b&w photograph, 15.5 x 20cm.  Pierce #4721, Huntington Library.

_____.  "The Old Sea Line of the Salton Sea Basin from a Point 71 ft. below Sea Level." n. d. b&w photograph, 24.5 x 19.5cm.  Pierce #4743, Huntington Library.

_____.  "Overland Travelers at Palm Springs." (1898).  b&w photograph, 24 x 19cm. Pierce #4772, Huntington Library.

_____. "Palm Canyon." n. d. b&w photograph, 19 x 24cm. Pierce #4723, Huntington Library.

_____. "Palm Springs -- In Murray Canyon." (1904). b&w photograph, 19.5 x 25cm. Pierce #4726, Huntington Library.

_____. "Palm Springs -- Indian Bath House." n. d. b&w photograph, 24.5 x 19.5cm. Pierce #4761, Huntington Library.

_____. "Palm Springs. The Bath House Owned by the Indians." n. d. b&w photograph, 24.5 x 19.5cm. Pierce #4767, Huntington Library.

_____. "The Palm Springs. Owned by the Indians." n. d. b&w photograph, 24 x 19.5cm. Pierce #4768, Huntington Library.

_____. "Plam [sic] Springs Canyon." n. d. b&w photograph, 16.5 x 26.5cm. Pierce #4755, Huntington Library.

_____. "Palm Springs Canyon." n. d. b&w photograph, 26 x 16.5 cm. Pierce #4757, Huntington Library.

_____. "Palm Springs Canyon." n. d. b&w photograph, 17 x 26cm. Pierce #4758, Huntington Library.

_____. "Palm Springs Canyon -- The Water Trail." n. d. b&w photograph, 16.5 x 25.5cm. Pierce #4756, Huntington Library.

_____. "Palm Springs Indians at Home." vb&w photograph, 24.5 x 19.5cm. Pierce #4765, Huntington Library.

_____. "Palm Springs Main Street Looking South About 1915." (c. 1915). b&w photograph, 24.5 x 20cm. Pierce #4766, Huntington Library.

_____. "Palms in Chuckwalla Canyon." (c. 1904). b&w photograph, 24.5 x 20cm . Pierce #4739, Huntington Library.

_____. "Palms in Chucawalla Canyon." (c. 1904). b&w photograph, 24.5 x 19.5cm . Pierce #4740, Huntington Library,.

_____. "Palms in Chuckawalla Canyon." (1904). b&w photograph, 19.5 x 24.5cm. Pierce #4741, Huntington Library.

_____. "Palms of the Desert N. E. of Palm Springs." (1904). b&w photograph, 24.5 x 20cm. Pierce #4735, Huntington Library.

_____. "Palms on the Colorado Desert - N. E. of Palm Springs." n. d. b&w photograph, 24.5 x 19.5cm. Pierce #4736, Huntington Library.

_____. "Ranch to the East of Palm Springs." n. d. b&w photograph, 27 x 18cm. Pierce #4759, Huntington Library.

ACC0004133

_____. "Sea Line of Prehistoric Salton Sea East of Palm Springs." n. d. b&w photograph, 24.5 x 19.5cm. Pierce #4742, Huntington Library.

_____. "Sentinal - Andreas Canyon - Palm Springs." (1904). b&w photograph, 19.5 x 24.5cm . Pierce #4725, Huntington Library.

_____. "Smoke Tree - Palm Springs." n. d. b&w photograph, 24.5 x 19.5. Pierce #4754, Huntington Library.

_____. "South Side. Dr. Murray's Palm Springs Hotel." n. d. b&w photograph, 24 x 19.5cm. Pierce #4770, Huntington Library.

Pierce, C. C. "Thousand Palm Canyon - N. E. of Palm Springs." n. d. b&w photograph, 24.5 x 19.5cm. Pierce #4737, Huntington Library.

Pierce, C. C. "Thousand Palm Canyon - N. E. of Palm Springs." n. d. b&w photograph, 24.5 x 19.5cm. Pierce #4738, Huntington Library.

Pierce, C. C. "A Use for the Palm Leaf - Palm House - Palm Springs." n. d. b&w photograph, 24 x 19.5cm Pierce #4734, Huntington Library.

"Surveyors at Mount San Jacinto." (c. 1930s). b&w photograph. in Pourade, *The Rising Tide* vol. 6 (1967), p. 203. University of California, San Diego, Special Collections.

"View of Andreas Canyon." n.d. b&w photograph. #86-05-60, Palm Springs Historical Society.

"View of the San Jacinto Range." (April 1898). b&w photograph. #86-14-57, Palm Springs Historical Society.

W. W. Lockwood Photo. "Palm Springs, Cal. No. 274." n.d. Palm Springs Historical Society.

Whitewater River before "diversion into the stone lined ditch." (1 of 2) n.d. b&w photograph. #92-05-235, Palm Springs Historical Society.

Whitewater River before "diversion into the stone lined ditch." (2 of 2) n.d. b&w photograph, #92-05-236, Palm Springs Historical Society

Willard, Stephen. "Entrance to Palm Canyon." (1929). b&w photograph. in *Palm Springs, California*. (1929), p. 15. Goodman Collection, University of California, San Diego, Special Collections.

_____. "Tahquitz Canyon Waterfall." (1929). b&w photograph. in *Palm Springs, California*. (1929), p. 11. Goodman Collection, University of California, San Diego, Special Collections.

Williams, Grace. Untitled photograph of a brick or cinder-block bungalow with tile roof and veranda. (February 12, 1938). b&w photograph, 3" x5". File # 155-1937-74284, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, D.C.

ACC0004134

374

_____. Untitled photograph of shacks and tents (1 of 2).  (February 12, 1938).  b&w photograph, 3" x5".  File # 155-1937-74284, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, D.C.

_____. Untitled photograph of shacks and tents (2 of 2).  (February 12, 1938).  b&w photograph, 3" x5".  File # 155-1937-74284, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, D.C.

_____. Untitled photograph of wooden building surrounded by large creosote bushes near Palm Springs.  (December 14, 1937).  b&w photograph, 3" x 5".  File #155-1937-74284, Central Classified Files, Mission Indian Agency, Record Group 75, National Archives, D.C.

### Other Visual Media

Cremer, Jill.  "Diagram showing a generalized subduction zone."  in John W. Robinson and Bruce D. Fisher, *The San Jacintos:  The Mountain Country from Banning to Borrego Valley.*  (Arcadia, Calif.:  Big Santa Anita Historical Society, 1993), p. 6.

Eytel, Carl.  "A Lone Palm in Andreas Canyon."  Pen & ink sketch in  George Wharton James, *The Wonders of the Colorado Desert (Southern California):  Its Rivers and Its Mountains, Its Canyons and Its Springs, Its Life and Its History, Pictured and Described.*  Two vols.  (1906; Boston : Little, Brown, 1907), p. 36.

*Prickly Pears.*  Video interviews of Palm Springs residents.  Palm Springs Public Library.

### Miscellaneous

"Notes about the Segundos (Clemente and Juan (John))."  Palm Springs Historical Society.

Andreas, Anthony Jr., former Tribal Historian of the Agua Caliente Cahuilla.  Telephone interview.  March 12, 1994.

Hayes, President Rutherford B.  Executive Order of September 29, 1877.  Record Group 75, National Archives, Washington, D.C.

Paul, W. E.  Untitled Manuscript.  1914.  W. E. Paul Collection, Special Collections Department, Rivera Library, University of California, Riverside.

ACC0004135

IMAGE EVALUATION
TEST TARGET (QA-3)



150mm

6"

APPLIED IMAGE, Inc
1653 East Main Street
Rochester, NY 14609 USA
Phone: 716/482-0300
Fax: 716/288-5989

© 1993, Applied Image, Inc., All Rights Reserved

ACC0004136

TAB 14



Temal Wakhish: A Desert Cahuilla Village
Author(s): RICHARD LANDO and RUBY E. MODESTO
Source: *The Journal of California Anthropology*, Vol. 4, No. 1 (SUMMER 1977), pp. 95–112
Published by: Malki Museum, Inc.
Stable URL: http://www.jstor.org/stable/25748336
Accessed: 26/08/2013 16:14

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*Malki Museum, Inc.* is collaborating with JSTOR to digitize, preserve and extend access to *The Journal of
California Anthropology.*

http://www.jstor.org

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-001

# Temal Wakhish:

# A Desert Cahuilla Village

RICHARD LANDO
RUBY E. MODESTO

*EDITOR'S NOTE: Mrs. Ruby E. Modesto is the granddaughter of Francisco Nombre, one of William Duncan Strong's principal Desert Cahuilla informants. A fluent Cahuilla speaker and ceremonial practitioner, Mrs. Modesto is a member of the A'wilem 'dog' clan, who has worked with both ethnographers and archaeologists in helping preserve the culture of her people. Information provided directly by Mrs. Modesto is so credited in this text.*

**A**N environmental impact survey of property on the Riverside County Airport at Thermal, California, has recently revealed the remains of a major Desert Cahuilla village. Instead of the ethnographic summary drawn from published sources which usually accompanies environmental impact reports, it was decided to undertake an ethnohistorical investigation of the site.[1] This paper represents a collaboration between the authors aimed at providing a brief ethnography of the village of *Temal Wakhish* on the Thermal Airport property. (For an explanation of English and Cahuilla placenames in the Coachella Valley, see Table 1.) The data presented here were obtained from a review of ethnographic sources, the junior author's extensive knowledge of oral history of the village and the surrounding area, and as the result of a walkover survey of the site.

We hope this paper will demonstrate the value of collaboration between Native Americans and anthropologists. Archaeologists sometimes pass up a potentially valuable source of data in interpreting the archaeological record by ignoring living Native Americans. Ethnohistorical investigations of the sort presented here not only permit more detailed inferences in interpreting archaeological remains, but also preserve important ethnographic data that might otherwise be lost. Such a collaboration may also reduce the mistrust many Native Americans have for the motives behind archaeological research and environmental impact surveys. As Mrs. Modesto puts it:

> Archaeologists dig things up and don't tell people anything and carry them away sometimes. This is the reason people don't want archaeologists to come to the reservations. They don't want them because they don't tell the people anything. They just come and dig. I think they could get along much better. Probably there are still many people yet that know the old history and they could talk to the archaeologists. That way the archaeologists could get to know the Indian better. I have myself seen desecrated graves, bones scattered everywhere, and this is terrible; a sacrilege. If the archaeologists would only come and speak to the people it would be better.

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-002

Table 1

PLACENAMES IN THE COACHELLA VALLEY
(See Fig. 2)

| Modern | Mrs. Modesto* | Barrows (1900)** | Strong (1929) |
|---|---|---|---|
| Torres | Maulma 'among the palms' | no mention | Maualmii (p. 52) (no translation given) |
| Martinez | Soqui Menyily (soqui 'deer', menyily 'Lady Moon' [figure in creation myth]) | So-kut Men-yil (p. 33) (sugat 'deer', menily 'moon') | Sokul-Menyil (p. 44 map) (no translation given) |
| Thermal | Telmuva 'dark resin or sap from mesquite tree' | no mention | (?) Tuikitiumhemki (p. 54) "halfway between Thermal and Mecca", Awel Pitcava (p. 54) "three miles east of Thermal" |
| Cabezon Reservation (near Mecca) | Palsetish 'settled water', (pal 'water', setish 'settled') | Pal Se-ta (p. 33) (pal 'water', setaxat 'salty') | Palsetahui (p. 55) ('salt water') |
| Indio | Pallewat 'discovered water' (pal 'water', (ewat 'discovered') | Pal te-wat (p. 33) (pal 'water', (ewat 'pine tree') | Pallewat (p. 56) ("water found") |
| Agua Dulce | Pa'aknyiwet Heki (pa'aknyiwet 'water baby' [mythological figure inhabiting springs], heki 'home')*** | To-va (p. 34) (Tuva, no translation given) | Tuva (p. 49) (no translation given) |
| Alamo | Avasily Hilwineva'a 'where the willow stood' (avasily 'willow', hilwineva'a, 'where [it] stood')*** | La-wil-van (p. 33) (lavalvanat 'cottonwood') | Palpunivikitum hemki (p. 50) ("water circling over, living at, territory" ("two miles east of Alamo") |
| La Mesa | Temal Wakhish (temal 'earth', wakhish 'dry') | Temal-wa-hish (p. 33) (eemal 'earth', wakhish 'dry') | Illcutaloñi (p. 52; see text of present article for discussion) |
| Indian Wells | Palkavinish (pal 'water' kavinish 'well') | Ka-vi-nish (p. 34) (no translation) | Kavinic (p. 53) (no translation) |

* Mrs. Modesto's dialect, Desert Cahuilla, is not in all respects the same as that used by Bright or others.

** Items in parentheses are in Bright's (1967) orthography based on Mountain Cahuilla dialect obtained from Mrs. Katherine Siva Saubel.

*** Strong (p. 24) places Awisilhiwiniva 'the willow tree' ¾ mile east of the Martinez Reservation, which would be near Martinez Canyon. Mrs. Modesto registered some confusion over the names for Alamo and Martinez Canyon. One was named Lavahwenet Hilwineva'a (lavahwenet 'cottonwood tree', hilwineva'a 'where [it] stood'), and the other was named Avasily Hilwineva'a (avasily 'willow tree', hilwineva'a 'where [it] stood'). It is possible that Alamo was 'where the Cottonwood Stood'.

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

## THE VILLAGE SITE

The site designated CA-Riv-148 encompasses the western half of Section 20, Township 6 South, Range 8 East, USGS Indio 7.5' Quadrangle. This site is almost certainly part of a larger village complex that included part of Section 19 and possibly also part of the adjacent Section 29. The cultural history of this locality must also include discussion of nearby Section 18, labelled as the Augustine Indian Reservation.

The village site in the area of Sections 19 and 20 was commonly known by the Spanish name of La Mesa. In his description of Cahuilla village locations, David Prescott Barrows (1900:33) noted: "Southward and in the very center of the plain [of the Coachella Valley] is La Mesa, hidden in the mesquite and with splendid, typically dug wells." The Cahuilla name for La Mesa is disputed by two classic sources which discuss the Desert Cahuilla, Barrows (1900) and Strong (1929). Barrows (1900:33) gave the Cahuilla name of La Mesa as ". . . *Temal-wa-hish* ('the dry ground', a name often used by the mountain Indians for the desert in general). . . ." This orthography was corrected by Bright (1967: xxviii) in his essay on the Cahuilla language to read *Temal Wakhish* 'dry earth'. Strong (1929: 52) gave another name for the village at La Mesa and made reference to Barrows (1900) also:

> At La Mesa, to the west of the highway was a village named *Iltcuñaloñi.* This was its later name, its original name being *kelewutkwiikwinut* (Wood Hanging Down).

To this Strong appended the following footnote:

> Barrows' *Temalwahish* (Dry Earth), which he gives as the village at La Mesa, was said to be a dry brushy area one mile south where the La Mesa people hunted rabbits.

The disagreement between Strong and

Barrows over the placename for the Thermal Airport site can best be settled by information from the U.S. Land Office township plat for Township 6 South, Range 8 East, San Bernardino Meridian (1856) and the surveyors' field notes of the exterior lines and subdivisions of the same area.[2]

Mrs. Modesto identified the name of the village in the area of site CA-Riv-148 as *Temal Wakhish* 'dry earth' (*temal* 'earth', *wakhish* 'dry'). This corresponds exactly to Barrows' name for the village, especially to Bright's corrected orthography. The description of the village as being hidden in mesquite and having typically dug Indian wells is corroborated by the previously mentioned U.S. Land Office map and surveyors' field notes (Fig. 1). The map itself shows an Indian *ranchería* in the NE corner of the SE¼ of Section 19, bordering on Section 20, and also shows an Indian well in the SE corner of the NE¼ of Section 19. Furthermore, the surveyors' field notes accompanying the 1856 map describe two Indian trails running east-to-west through Section 19, as well as dense mesquite in Sections 20, 29, 30, and 31, and scattered mesquite in Section 19 (U.S. Land Office 1856). The surveyors' field notes reported arrowweed and sage brush (probably saltbrush [*Atriplex*]) vegetation, especially in Section 19.

The description given by Barrows of the village of *Temal-wa-hish* is corroborated by the surveyors' report. The *ranchería* was observed and recorded by the surveyors as occurring in dense mesquite brush and having a well nearby. Furthermore, the presence of two Indian trails running east-to-west through Sections 19 and 20 provided further indication of habitation and use. Bean (1972:75) reported that Cahuilla villages were "connected by a complicated but well-defined trail complex making movement from village to village relatively easy; these trails also connected the villages to hunting and gathering areas." The trails in Section 19 may have been visiting trails leading to the Indian *ranchería* on the eastern

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-004

98          THE JOURNAL OF CALIFORNIA ANTHROPOLOGY



**Fig. 1.** Location of *Temal Wakhish* in Section 19, Township 6 South, Range 8 East, SBM. Adapted from original plat of Johr. LaCroze, 1856.

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-005

Case 5:13-cv-00883-JGB-SP   Document 85-17   Filed 10/21/14   Page 115 of 181   Page ID #:3717



Fig. 2   Historic settlements in the Coachella Valley. Copyright © 1976 by P. J. Wilke.

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-006

Case 5:13-cv-00883-JGB-SP   Document 85-17   Filed 10/21/14   Page 116 of 181   Page ID #:3718

limit of the map in the NW corner of Section 25 (see Fig. 1).

Bean's descriptions of the nature of Desert Cahuilla villages would indicate that the area of Sections 19 and 20 was well suited to a typical and extensive village site:

> A third arrangement was adopted in the desert areas where houses and other buildings were grouped around a spring in a two- to three-square mile area, the houses some thirty to sixty feet apart.
> In the eastern desert a slightly different pattern occurred. Here the villages were located at the lower end of alluvial fans where a sufficiently high water table enabled the Cahuilla to dig shallow wells to reach a dependable water supply and also to be near the large clumps of mesquite [Bean 1972:71, 74].

As indicated above, the area around Sections 19 and 20 had dense mesquite when observed by the U.S. Land Office surveyors. The second requirement mentioned by Bean, a sufficiently high water table, was also met:

> The quality of the land in this township is mostly first rate, with the exception of sections 32 & 33 . . . Good water can be obtained anywhere in this township at the depth of 10 or 12 feet [U.S. Land Office 1856].

Section 18 was also inhabited, although the chronology of occupation cannot be determined with any certainty, nor the village site to which any of the ethnographers of the Cahuilla were referring when they spoke of La Mesa. Mrs. Modesto related an event which sheds light on the chronology of occupation of the area, as well as the disagreement between Strong and Barrows about placenames.

At some point around the turn of the century, the water table rose and the ground around the village of *Temal Wakhish* became swampy. The people who lived there moved to Section 18 from the area of CA-Riv-148 and the village noted in Section 19. Mrs. Modesto said that the site ceased to be known as *Temal*

*Wakhish* and became known as *Pavasish* 'damp' or 'wet'. What may also be significant in determining the location of *Temal Wakhish* is the space of time between the field researches of Barrows and Strong. Barrows' contact with the Cahuilla began in 1891, and his field research was undertaken as early as 1895. His manuscript, *The Ethno-botany of the Coahuilla Indians,* was accepted as a Ph.D. dissertation in 1897, and Barrows himself noted that fieldwork undertaken immediately afterward made it necessary to revise the work before publication (Lawton 1967:vi; Barrows 1900:4). Therefore, Barrows probably made his brief observation of La Mesa, known to him in Cahuilla as *Temal-wa-hish,* between 1895 and 1899. William Duncan Strong conducted his field research in 1924-25 (Strong 1929:2). As already reported, Strong indicated that Barrows' site of *Temal Wakhish* was an area where the inhabitants of La Mesa hunted rabbits. He also described it as one mile south of the village of *Iltcuñaloñi.* Between the period of Barrows' and Strong's fieldwork, the Salton Sea was formed (1905-07), which could have caused the water table in the surrounding area to rise. The surveyors' report accompanying the township plat of the area in 1856 indicated that the water table at that time was only 10-12 feet below the surface. Any major change in the water table would probably have altered the nature of the land significantly. The move from Sections 19 and 20 to Section 18 probably occurred between the period in which Barrows worked and that in which Strong made his observations.

Mrs. Modesto did not recognize either of Strong's placenames for La Mesa. The name *Iltcuñaloñi* was completely unfamiliar. She indicated that if the older name of the village given by Strong (1929:53) were correct, it could not be *Kelewutkwiikwinut* 'wood hanging down', but would have to be *Kelawat Wiwaywinet* (same meaning). She agreed that *Kelawat Wiwaywinet* could have been the name of one of the small extended family or

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-007

Case 5:13-cv-00883-JGB-SP   Document 85-17   Filed 10/21/14   Page 117 of 181   Page ID #:3719

minimal lineage settlements within the larger village territory. Strong reported that the area of *Temal Wakhish* was one mile to the south of the village of *Iltcuñaloñi*. This would locate *Iltcuñaloñi* in the middle of Section 18 if *Temal Wakhish* were situated in Sections 19 and 20.

As already noted, the physiographic description of Section 19 in 1856 corresponds to Barrows' brief description of *Temal Wakhish*. Section 18 was not reported to have such dense mesquite as the sections farther south and no well was noted (U.S. Land Office 1856). The vegetation in Section 18 could have changed radically in the 40 or more years between the time surveyors John La Croze and Henry Washington made their field notes and observations and the time that Barrows observed the village. The move itself was certainly final. Mrs. Modesto reported that when the move took place the ceremonial house in the village site in Sections 19 and 20 was burned and a new one erected in Section 18. Despite the move, the inhabitants of Section 18 continued to exploit the former village site in Sections 19 and 20 for hunting and gathering. Strong (1929:52) noted that the inhabitants of *Iltcuñaloñi* used the site of *Temal Wakhish* for hunting rabbits. This was in accordance with the ethnographically recorded Cahuilla custom: "When a village was moved to a new location, the people continued to claim ownership and exploit the biotic resources of their former land for a considerable time" (Bean 1972:71).

The lineages that lived at *Temal Wakhish* were correctly reported by Strong. Those listed by Strong (1929:53) as living at La Mesa, whether using his village name of *Iltcuñaloñi* or *Temal Wakhish*, were the *Sewahilem* and the *Telkiktum*. Mrs. Modesto corroborated Strong and indicated that the lineages resident at *Temal Wakhish* specifically were the *Sewaxilyem* and the *Telkiktem*. She also said that the *Nonkhayem* lived in the area. Strong (1929:53) noted that the *Nonhaiam* moved to La Mesa at "a comparatively late date" from Indian Wells to the northwest of La Mesa.

At the time of Strong's fieldwork, there was only one member of the *Telkiktem* lineage resident at La Mesa, while there were six families of the *Sawaxilyem* lineage in the village. Mrs. Modesto also reported that there were three other lineages in the area, the *Aykunikiktem,* the *Alymukatem,* and the *Wakaykiktem.*

For ease of reference, the various lineages are arranged according to moiety affiliation in Table 2.

Since Mrs. Modesto's information corroborates Strong, it is most probable that the two lineages living at *Temal Wakhish* were the *Sewaxilyem* and the *Telkiktem*. Strong indicated that the *net*, or ceremonial chief of the village, was of the *Sewaxilyem* lineage, which would imply that they were the owners of the ceremonial house. The single member of the *Telkiktem* lineage at Strong's village at La Mesa was acting as the *paha*, or assistant to the *net*. Strong was not certain whether this was an old custom or not. Usually the *net* and *paha* were of the same lineage, and each lineage had its own ceremonial house and functioned as a discrete ceremonial unit. Occasionally two or more lineages would split the ceremonial offices and cooperate as one ceremonial unit. Strong noted that the *Nonhaiam* had been under another *net* at their former home at Indian Wells but appointed their own *net* and became an independent ceremonial unit when they moved to La Mesa. Before acculturation and depopulation took their toll of the Cahuilla, it is probable that the *Telkiktem* had their own ceremonial house and formed an independent ceremonial unit.

As indicated in Table 2, the majority of the lineages in the area were of the wildcat moiety, and it is possible that lineages came together along moiety lines for social functions. At one point, Mrs. Modesto referred to the Augustine people as the "*Tuktum* [wildcat] bunch":

> They used to come here and we used to dance birds [*Wikikmalem* 'bird songs', a

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-008

Case 5:13-cv-00883-JGB-SP   Document 85-17   Filed 10/21/14   Page 118 of 181   Page ID #:3720

## Table 2

### LINEAGES IN THE AREA OF *TEMAL WAKHISH*

#### (Refer to Strong 1929)

##### Wildcat Moiety (*Tuktum*)

1. *Telkiktem* (no translation). Recorded by Strong as *telkiktum*, lived at *Temal Wakhish*.

2. *Wakaykiktem* 'heron', recorded by Strong as the *Wakaikiktum* 'night heron', at *Mauulmii*, near Torro. Mrs. Modesto gives *Maulma* 'among the palms' as the placename for Torres Reservation. Mrs. Modesto notes that several lineages moved to the reservation in the early 1900's.

3. *Nonkhayem* 'quarrelsome' (?). Strong indicates that the *Nonhaiam* were of the coyote moiety. He gives no translation of their name. They were resident at *Temal Wakhish*.

4. *Aykunikiktem* 'curve people', i.e., people who live around the bend. Not listed by Strong. Lived at *Mechewel* (?).

##### Coyote Moiety (*Istam*)

1. *Sewaxilyem* (no translation). Recorded by Strong as *Sewahilem* 'mesquite that is not sweet'. Lived at La Mesa. Mrs. Modesto referred to them as the *Torronakhvichem* 'people of Torres', as they moved there sometime after the village of La Mesa was abandoned.

2. *Alymukatem* 'dead turtle', not recorded by Strong. Lived at *Mechewel* (?).

---

non-ceremonial song cycle sung for social dancing and festive occasions.] Not very long ago in the 1940's. They were the *Tuktum* bunch, and they used to come to our reservation here [Martinez], right here on these grounds. We used to dance all night every Saturday.

Mrs. Modesto indicated that the "Augustine people" married the "Torres bunch,"

which would also corroborate Strong. Those to whom she referred as the "Augustine people" were the *Telkiktem*, and the "Torres bunch" were the *Sewaxilyem*. Strong reported that there was intermarriage between the two lineages (1929:53). Mrs. Modesto said that the *Telkiktem* also married some of the "Alamo bunch." Strong lists no lineages at or near Alamo that were not of the wildcat moiety, which would have made marriage between the Alamo lineages and the *Telkiktem* impossible. However, Strong's (1929:41) placename for the area is *Palpunivikiktum Hemki,* which is the home of the lineage he designated *Palpunivikiktum* and two others, all of the wildcat moiety. Mrs. Modesto's placename for the area near Alamo is *Avasily Hilwineva'a* 'where the willow stood' (see Table 1), a village name unreported by Strong for Alamo, which would indicate that at some time lineages of the coyote moiety probably lived in the area of Alamo and may have intermarried with the *Telkiktem* lineage.

Ceremonial occasions brought together a number of associated lineages. In this sense, the people of the valley floor were *ikwanit* 'bound together':

> *Ikwanit* is bound together, meaning that all of the people were bound together. For instance, if there is happiness or grief we were all together, we went together, and grieved with the people. You were bound in with this. If something happened (at *Temal Wakhish* for instance) the *net* [ceremonial leader] came over here to tell the others, and they went over there; they were bound in grief.

This kind of ceremonial cooperation was most common among geographically associated lineages. All of the people of Torres, Martinez, Cabezon, Thermal, Alamo, etc., would have been *ikwanit* with each other. The people of Agua Dulce, however, were *ikwanit* with the groups in the Santa Rosa Mountains, rather than with the people of the valley, since Agua Dulce was the farthest south of the

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-009

Case 5:13-cv-00883-JGB-SP   Document 85-17   Filed 10/21/14   Page 119 of 181   Page ID #:3721

Coachella Valley villages and quite a distance from most of the *ikwanitem* 'those who are bound together' occupying the valley itself. For the *nukil*, the great image burning ceremony when the deceased of the village were honored, however, all of the lineages of the Valley and Palm Springs were invited and runners might be sent as far as Banning to invite guests.

## CULTURAL FACTORS INFLUENCING THE NATURE OF ARCHAEOLOGICAL REMAINS

The settlement pattern described here as typical in the Coachella Valley conforms to that described by Bean (1972), Barrows (1900), and others. Each individual extended family generally built its own cluster of houses together so that a patriarch and his married sons or a group of brothers lived together. These settlements were separated from the others but were always near a water source. Each lineage in the area that functioned as a separate ceremonial unit also had its ceremonial house and dance enclosure as well. The extended families invited widows or other people without family connections to live with them. Each lineage also generally had its own sweathouse. If such a pattern were true for *Temal Wakhish*, the site was probably much larger than observed in the field survey. Bean (1972:71, 76) reported that Desert Cahuilla village sites often were two to three square miles in extent. He also noted that one estimate allows for 75 people per lineage. With at least two, and possibly three, lineages, if the *Nonkhayem* are included, *Temal Wakhish* was no doubt a populous village site in aboriginal and early historic times.

Besides observations in the surveyors' field notes that people resided in the area as early as 1856, observation during the field survey of cremation burials indicated residence that probably predates 1877. Mrs. Modesto said that the first Moravian missionary entered the Coachella Valley at about that time and per-

suaded the Cahuillla to stop cremating their dead. From then on, they buried the dead. Cremations and the customs attendant upon them would have had an influence on the composition of household groupings and the growth of the site and movement of population within it.

Houses themselves were not permanent structures. Barrows (1900:38) reported that houses were seldom inhabited more than two successive years without being dismantled and reconstructed on a site a few yards away. Furthermore, the property of the deceased was always burned, including his house, after the body was cremated, and the settlement was relocated. Because of these factors, individual extended family settlements would have moved slowly over the site as houses were relocated because of deaths or the need to construct new ones. New houses were also erected for the newly married. The ceremonial house at *Puichkiva*, Francisco Nombre's village, was burned and relocated five times in three generations because of deaths in the family. Mrs. Modesto also said that there was a cultural emphasis on producing many children, which undoubtedly influenced the growth of extended family settlements over time:

> The more family you had, oh, the more honored you were, you were somebody. And they married, and maybe they had their houses built around you too. And that way they [the settlements] were bigger around. There you were, the grandfather with all of you around.

Cremation of the dead also had an impact on archaeological remains found in the site. Mrs. Modesto noted that there was usually a single area where the dead were cremated. However, if an individual asked to be cremated at death in a specific spot, his wishes were honored. Her detailed description of the ceremony indicates not only the social significance of death in bringing lineages together, but explains something about the surface

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-010

104                    THE JOURNAL OF CALIFORNIA ANTHROPOLOGY

remains found in conjunction with cremations:

> *Takhchutwet*, or *mechutwet*, it means the one that burns them. My great-grandfather was a *takhchutwet*. I was told about this, I didn't see it, but I was told about it by my grandfather. He saw it and told me about it. For instance, you are dying, you are an Indian and you are dying. You are lying in bed, you're dying, and they know for sure you are going to die . . . maybe not that very minute, but you are going to die, they know it. You're going . . . you're sinking. They tell the neighboring people around here [*Soqut Menyily* on the Torres-Martinez Reservation] and then the Augustines [people from *Temal Wakhish*] that you are sinking. So they come in their grief to be with your people—the singers, they come, each one of them, they all come to console the bereaved, your relatives. And they start singing—they sing. Like a group from Augustine would come and sing on you while you were lying there, all night. They would sing on you all night. If you're still breathing by the time the sun comes up, alright, they stop singing their songs and another group sings while you're still there—during the daytime. They feed them there—just like at a wake, they're there. And they sing all that day, and you're still alive. And another group sings. You might die when the *Maulma* people [people from Torres] are singing on you, you breathe your last. Alright. And my great-grandfather, in the meantime, he knows you're going to go, and he goes and gets his shovel. It's a shovel made out of ironwood. It isn't a beautiful shovel like you have with these modern shovels, but it's just a little . . . *ukhu ish yakhwil* [indicating something scoop-shaped with both hands ] . . . like that he says. A little indentation like a shovel or scoop with a long handle. He goes over there, and he digs a hole about so deep [approximately one and one-half feet], maybe deeper if the ground is soft. And then he starts to put the wood in there. That's the hard part. He has to use all the woods of the ceremonial song. There are different woods in this song:

> *Iv'ilmane kwanim, iv'ilmane kwanim* . . . 'this will eat you'; he's talking about the body;
> *Kelawat . . . kelawat* means wood . . . *hayuklawat* . . . that's the name of one [kind of] wood;
> *tapaqlawat, tapaqlawat* . . . that's the name of another kind of wood;
> *mumu'klawat, mumu'klawat;*
> *pa'kumawat, pa'kumawat;*
> *avika', avika';*
> *kelawat uulviswet, kelawat uulviswet;*
> *kelawat qalwiswet, kelawat qalwiswet.*

> These are all the [kinds of] woods that would eat [the body]. And he had to find all these woods. You don't just dump a bunch of arrowweed or a bunch of mesquite in the hole. You have to have those woods in the hole, and then you have to have some more over here, a pile of it. You have that all ready and as soon as that person stops breathing, the *takhchutwet* [ceremonial cremator] has a net, a real long one made, and he puts the body in there, brings it to that place, and puts it down there. And they come and they sing right by it. And then he burns the body. It burns and burns and burns and burns. He used to tell me, my grandfather did, that the last piece to burn was the heart. It's the last thing. It's hard to burn. They have to poke it and turn it around and this and that. After they burn they throw the rest of the wood on you until you come to nothing . . . ashes. And then, of course, they'll throw their *olla* on you and break *ollas* on you or something—throw the *muqyawtem* [beads] on you. It all depends on what Indian you were, you know, high rank and you'll have *muqyawtem* on you. That's why you'll find some burnt *muqyawtem* on the graves. Some in their grief would just tear them apart, just throw them, scatter them. That's how you find white beads in the sites too.

Mrs. Modesto's description explains much

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-011

Case 5:13-cv-00883-JGB-SP   Document 85-17   Filed 10/21/14   Page 121 of 181   Page ID #:3723

of what is found in surface remains of cremation burials. The shallowness of the grave in which the body was burned would permit the burial to rapidly be exposed by soil movement due to wind or water. The custom of destroying *ollas* and other property at the end of the cremation would also explain the high frequency of sherds and other artifacts in the area of cremation burials. Her statement about rank might allow inferences of differential status depending on the type of grave goods found in association with the burial.

## GATHERING ACTIVITIES

As earlier writers have noted, the Cahuilla made extensive use of the plant and animal resources in their environment. This section centers specifically on plant resources available to and utilized by the people of the Coachella Valley. Much has been written on the importance of mesquite (*Prosopis glandulosa* var. *torreyana*) and screwbean (*P. pubescens*) to the Desert Cahuilla (Bean and Saubel 1963, 1972: 107-117). Recounted here first is Mrs. Modesto's information specifically about the use of mesquite and screwbean in the Coachella Valley.

As the vegetation reports from the surveyors' notes indicate, the area around *Temal Wakhish* had vast groves of mesquite at one time. Mrs. Modesto remembered that there were "forests of mesquite" on the valley floor, but that they had mostly been cut down. The gathering area claimed by the people of *Temal Wakhish* must have been several square miles in extent. Mrs. Modesto recalled that the area of claimed mesquite trees for her grandfather's settlement in the 1920's was two to three miles in diameter. Boundaries existed and were determined by individual mesquite trees. *Pe'hiwinet pen pe'hiwinet pen pe'pika* 'that one there and that one there and those over there' was an expression defining the mesquite- gathering boundary of a single lineage. Within the gathering territory, each family had individual trees which were theirs exclusively. Mrs.

Modesto stated that her grandmother, Amelia Nombre, had 25 or 30 trees of her own within the *A'wilem* territory which produced the sweetest beans. People always deferred to her as the eldest of the lineage and wife of the *net*. The mesquite did not produce abundantly from year to year, and if an individual's crop failed in one year, neighbors would invite the person to pick from their own. Gathering rights were guarded, and Mrs. Modesto reported that if intruders were found in another person's territory, it could result in fights between the women. Mesquite groves were not tended in any way. Older trees might be cut so that the sap, which was collected, would run. The sap was made into a medicinal wash for the eyes.

Mesquite beans were pounded while still green and a drink could be made of them, or the beans were dried and pounded into mesquite meal (Bean 1972:109). Mrs. Modesto remembered:

> We ate early then, and we would go out to pick mesquite. I'd pull the limb down while my grandmother was picking the mesquite, or she would pull the limb down while I picked the mesquite, the lower down beans. We always went to certain mesquite trees, the ones she said were hers. We'd work at picking and, ah, we'd take them home to dry. They're kind of damp, some of them, when they're fresh. That's another thing, she'd get some of the fresh ones. She'd say, "let's pick this fresh yet." Pound them, she'd pound them, and then make a drink out of them. "*Menyikish pishpakhatem,*" she'd say, 'we're going to drink *menyikish* [mesquite bean]'. The fresh juice is creamy some way and that is delicious. Especially if the mesquite is fresh.

Mrs. Modesto emphasized that in taking plant resources the women apologized to the plants for gathering them and explained the needs of the people. Medicinal plants were taken only in as great a quantity as required, and an effort was made not to kill the entire

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-012

Case 5:13-cv-00883-JGB-SP   Document 85-17   Filed 10/21/14   Page 122 of 181   Page ID #:3724

plant. The following words might be said while gathering mesquite or screwbean:

> *Ne pishkal* 'I have come' *henyekawish* 'to gather' *etu'i* 'your fruit'. *Penwenik* 'I will store' *pa'ipa* '[for] later on' *peshkwa'iktem* 'something to eat'. *Metewet* 'Plentiful' *etu'i* 'your fruit' *tawpakhichi* 'this year'. *'Amna'a* 'God' *hiwkal* 'lives'; *alawa* 'thank you'.

Mrs. Modesto did not report any regular trading relationships for the exchange of staple foods. Strong (1929:40) noted that a number of the desert lineages originated in the Santa Rosa Mountains and maintained gathering rights to acorns and pinyon pine nuts there. The *Sewaxilyem* lineage at *Temal Wakhish* had "gathering territories around the village, and up in the mountains to the west where they went in the spring" (Strong 1929:53). Mrs. Modesto spoke of the custom of never visiting other families empty-handed, and when people came from the mountains for ceremonial visiting or other occasions, they often brought roasted agave or pinyon nuts. "Grandma used to give them mesquite bean powder in return—the cakes—and oh, they treasured that up in the hills because they didn't have any up there."

The desert people also utilized the other two staple foods of the Cahuilla, acorns (*Quercus*) and pinyon (*Pinus*). Families or lineages would make seasonal trips to their gathering territories in the Santa Rosa Mountains. Mrs. Modesto reported that the trips to get acorns and pinyon would last as long as two weeks. While the women gathered the plant foods, the men hunted deer. Both the dried meat and the gathered plant foods were carried down from the mountains in burden baskets.

Besides these staple foods, the people of the Coachella Valley utilized many other seed foods. Mrs. Modesto reported that among the most common seed foods were *huat* and *isal pa'nengve*. *Huat* was a species of glasswort (*Salicornia*), according to Bean and Saubel

(1972:135), available from June to October. It commonly grew in alkali sinks or on the salt flats of the valley floor. *Isal pa'nengve* is not identified in any source, and Mrs. Modesto did not know the English gloss for the term. She described the plant as follows:

> And then there is another . . . a kind of flower that has seeds in it. I don't know what you call them in English. They'd take that seed and use a *takish* [mano] to mash them. They'd make a paste and eat it; that was good. *Isal pa'nengve*—they grow about this high [6 in.] and then the flower grows like this [bending down] and the meadowlark used to build his nest under them.

Paloverde (*Cercidium floridum*) seeds, *u'uwet hepush*, were taken both dry and green. Bean and Saubel (1972:52) reported that the beans were available in July and August. Mrs. Modesto said that the seed pods would be opened while they were still green and the seeds eaten "like peas in a pod." After the seed pods were dry, the seed was pounded into a flour. The barrel cactus (*Ferocactus acanthodes*) also provided both fresh food and seeds. Bean and Saubel (1972:67) noted that the barrel cactus buds were gathered before blossoming and parboiled and eaten fresh or dried for later use. Mrs. Modesto said that the buds were gathered in spring and prepared as described above. In this century, some people began canning the buds like domesticated vegetables. What is not reported by published sources is the fact that the barrel cactus also provided a seed food. Mrs. Modesto said that *kupash hepush* 'barrel cactus seeds' were taken from buttons left after the blossoms had dropped off. The small black seeds were ground with a mano and "had a nut-like flavor." The seeds of the California fan palm (*Washingtonia filifera*) were also eaten. They grew in abundance at *Maulma* 'among the palms' (Torres). The seeds were difficult to crack, but good to eat. *Pasal*, or chia (*Salvia columbariae*), was not particularly abundant in the desert. People liked it, and it was

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-013

Case 5:13-cv-00883-JGB-SP   Document 85-17   Filed 10/21/14   Page 123 of 181   Page ID #:3725

gathered from places where it grew in the foothills and added to other seed flours as a flavoring, rather than being eaten as a staple. Mrs. Modesto said her grandmother liked to add chia to *pa'chisal* 'wild oats'. Bean and Saubel (1972:46, 142) reported that *pachesal* was the Cahuilla name for wheat which is mentioned in myths and also reported as being grown in the early historic period. It was ground into a flour and mixed with the flour of wild seeds, such as chia, to form a staple mush. They also noted that the wild oat, an introduced plant, was also gathered, parched, and made into a seed flour, but they gave no Cahuilla name for it. Mrs. Modesto consistently glossed *pa'chisal* as 'wild oats' and recalled a gathering song concerning it:

This is talking to the bug, two kinds, though; they eat the *pa'chisal* and stuff like that:

*En meknan kuai kavi'* (4X)
I will kill you *kavi'* [type of insect]

*Pa'chisal ne ki'iway pishne hengyukal*
Wild oats I am waiting for; I am guarding (watching over)

*En meknan kuai ti'al* (4X)
I will kill you *ti'al* [type of insect]

*Pa'chisal ne ki'iway pishne hengyukal*

That's it. I've seen *kavi'* in the arrowweed. They're a grey bug about that long [1 in. or less] and have a ridged back. They're grey and have a nose like an anteater. I have *pa'chisal*, you know that's wild oats, and I'm watching them carefully, waiting for them to ripen. *Pa'chisal ne ki'iway* 'wild oats', *ne ki'iway* 'I'm waiting for it'. *Pishne hengyukal* 'I am watching over'. I am jealously guarding something. You're waiting for the oats to ripen and you don't want those things to come and eat the oats so you kill them. You sing this while you gather the oats and you're looking for bugs, you're looking for *kavi'* or *ti'al*, and if you see them, you smash them.

This song is of interest because it indicates that the Cahuilla practiced selective environmental manipulation in protecting stands of wild food from pests. Mrs. Modesto's grandmother also picked corn silk worms from the growing corn to protect it.

Mrs. Modesto's grandmother also planted a number of wild plants in her irrigated garden at Martinez. She specifically remembers that her grandmother grew chia and one of the necessary grasses for basket making, deer grass (*Muhlenbergia rigens*), called in Cahuilla *suulem*. The materials for basket making did not normally grow on the valley floor, and the women had to go to the washes and canyons in the foothills where there was sufficient water for the plants to grow. Basket making was made difficult with the advent of cattle herding in the mountain canyons, since the cattle trampled the plants underfoot or ate them. Mrs. Modesto mentioned that selling baskets to the early White settlers in the valley was one of the few economic activities open to Cahuilla women.

The possibility of aboriginal agriculture among the Cahuilla has been discussed by a number of authors.[3] In the retelling of the Palm Springs creation myth in William Duncan Strong's *Aboriginal Society in Southern California* (1929), a number of cultigens are mentioned as growing from the cremation ashes of the creator Mukat. We can neither settle the question of aboriginal agriculture, nor discuss it at length in the space available. Mrs. Modesto reported that irrigation was carried out by hand at the original settlement of *Puichkiva*, the water being carried in containers from the step well. The cultigens common in Francisco Nombre's garden were those mentioned in the creation myth. Mrs. Modesto asserted that the practice of agriculture was of some antiquity among the Cahuilla and that the plants were received directly from Mukat. Tobacco was also cultivated. The tobacco "belonged to the ceremonial house" and care of it was the responsibility of the *net* 'ceremonial leader'.

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-014

Case 5:13-cv-00883-JGB-SP   Document 85-17   Filed 10/21/14   Page 124 of 181   Page ID #:3726

**Table 3**

## COMPARISON OF CROPS MENTIONED IN
## DESERT VERSIONS OF THE CREATION MYTH

| Palm Springs Creation Myth (Strong 1929:142) | A'wilem Lineage Creation Myth (Mrs. Modesto) |
|---|---|
| Tobacco—grew from Mukat's heart; to be smoked in the big house to drive away evil spirits. | *pivat*—'tobacco'—Mukat's breath; intended as an offering to *'Amna'a* to accompany prayers. ['Amna'a = 'Supreme Spirit']. |
| Yellow squash—grew from Mukat's stomach. | *nyashlyam* 'pumpkin'—grew from Mukat's stomach. |
| Watermelon—grew from the pupils of Mukat's eyes. | *estu'ish* 'watermelon'—grew from Mukat's head. |
| Corn—grew from Mukat's teeth. | *loti* [Sp.] 'corn'—grew from Mukat's teeth. *loti tam'a* 'corn teeth' from Mukat. |
| Beans—grew from Mukat's semen. | *tevinmalyem* 'beans'—grew from Mukat's ear lobes. |
| Wheat—Mukat's lice eggs. | ————————— |
| ————————— | *chakal* 'squash' ("green like summer squash")—grew from the flared part of Mukat's nostrils. |
| ————————— | *awaktem* 'black-eyed peas'—grew from Mukat's eyes. |

There are some interesting correspondences and differences between the cultigens mentioned in the Palm Springs creation myth, those parts of Mukat's body from which they grew, and cultigens mentioned in the creation myth of the *A'wilem* lineage (Table 3).

Each of these cultigens is mentioned in the song cycle known as *henek mu've*, which tells the story of the death of the creator Mukat. The songs tell about each plant, how it will grow, and how it should be used and cared for. Mrs. Modesto paraphrased part of the song cycle:

When I die you cremate me, he [Mukat] says, don't be afraid of it. From my ashes will grow . . . he told them that something will come out of the ground like that . . . he said it will grow tall, and the ear will come out . . . something will grow out of it, he said, and watch it, let it grow, keep watering it, and it will come, white things will come out. Those are my teeth, he said, you eat them and save some seed to grow more later on. Those are my teeth, that's what you will eat to live. Eat some and save some, and grow some more, that for you, he said. For generations to come keep on saving them and plant them.

Some of the cultigens mentioned in the creation myth were introduced by the Spanish from the Old World, but it is significant that their use in the Cahuilla agricultural complex is sufficiently old to have been included in the version of the creation myth learned by Mrs. Modesto and in the version told Strong more than fifty years ago. Of special interest is the mention in the song of Mukat's instructions to the people to save seed for planting and to water the corn, as well as Mrs. Modesto's own memory of pot irrigation. Pot irrigation would

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-015

Case 5:13-cv-00883-JGB-SP Document 85-17 Filed 10/21/14 Page 125 of 181 Page ID #:3727

have allowed the maintenance of modest gardens in Cahuilla settlements in the Coachella Valley without an elaborate system of ditch irrigation. Only the step wells, which were the primary source of water for villages in the desert, would have been needed for crop-growing. What percentage of the diet may have been derived from agriculture in pre-contact times cannot be determined. However, the practice of agriculture among the Cahuilla appears to have been sufficiently established to add new cultigens (such as wheat and water-melon) as they were introduced after European contact, and ancient enough to incorporate these new cultigens into the oral literature of the Cahuilla.

In the spring, a number of greens were eaten. Mrs. Modesto said that people ate dandelion (*Taraxacum*) leaves and a number of other greens at that time. The bottom parts of the tule (*Scirpus*), called *pa'ulem* in Cahuilla, were edible and could be eaten the year round. Trips were made to the mountains to gather, roast, and eat agave (*Agave deserti*). The ocotillo (*Fouquieria splendens*), *utushem* in Cahuilla, was gathered for firewood or the thorny stalks were used to make garden fences. The blossoms of the ocotillo were prepared as a vegetable. Mushrooms were also eaten. Bean and Saubel (1972:106) gave two Cahuilla names for mushrooms, *saqapish* and *yulal*, fungi that grew on cottonwood and oak. Mrs. Modesto said mushrooms were called *tivilyem*, and were only available in the rainy season. The *tivilyem* mushroom looked like mushrooms available in stores today and grew under the mesquite after a rain. The *saqapish* mentioned by Bean and Saubel was a pinkish wood fungus which grew on cottonwood trees and was good eating if obtained while young.

## HUNTING ACTIVITIES

The major game animals available to the Cahuilla of the Coachella Valley were the deer and mountain sheep. The deer (*Odocoileus hemionus*) was known in Cahuilla as *soqut*, or figuratively as *qawish ku'a* 'mountain's head-lice'. The mountain sheep (*Ovis canadensis*) was called *pa'at*. The deer and mountain sheep provided the major source of storable protein and were the subject of concentrated hunting. Bean (1972:57) reported that mule deer could be found in fall, summer, and spring in open forested areas and meadows of the mountains, and in the chaparral canyons in winter. The people of the valley hunted deer both in the Little San Bernardino Mountains to the northeast and the Santa Rosa Mountains to the west. Mrs. Modesto recalled that at certain seasons before the installation of modern irrigation canals the deer used to cross the valley floor.

Deer hunting required a certain amount of ceremonialism and preparation. The men refrained from contact with women for three days before hunting and went through a series of sweat bath purifications with medicinal herbs to remove the human scent. A ceremonial song cycle called simply "the deer songs" was sung in the sweathouse describing the movements of the deer and asking for good luck in hunting. Dressing the kill and drying and preparing the meat was women's work. Women did not accompany men on hunting trips. In order to maintain avoidance of women, hunters would set smoky fires next to a kill to signal to the women where it was, and then continue to hunt. Meat from deer or mountain sheep was cut into thin slices and hung on strings to dry in the sun. It might be parboiled first and perhaps salted. When it was ready for eating, it was stored in the *ikat*, or net bags. Deer hunting occurred throughout the year, whenever meat was needed, but was intensively carried on during seasonal trips to the mountains to gather pinyon nuts or acorns.

Small game was hunted on the valley floor. Rabbits abounded in the valley and were hunted in a variety of ways. Bean (1972:59) mentioned communal hunts using nets whenever a great deal of game was needed in preparation for a ceremony. Mrs. Modesto

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-016

Case 5:13-cv-00883-JGB-SP   Document 85-17   Filed 10/21/14   Page 126 of 181   Page ID #:3728

remembered only individuals hunting, using the bow and arrow or the rabbit stick, called *vukiva'al*. The rabbit stick, carved like an Australian boomerang from a hard wood such as desert ironwood (*Olneya tesota*), was accurate at distances up to 50 feet in the hands of a skillful hunter. A hunter might go out in the early morning and fast until he had returned with a sufficient kill. The rabbits were given to women for skinning and cooking. They were stewed or roasted and could also be dried and stored like deer meat. Sometimes the rabbits were cooked whole. Mrs. Modesto's grandfather would

> . . . select one rabbit. The rest my grandmother cooked for stews. The coals of the fire were always burning there on the ground, and he'd throw it there, fur and all; he never took the entrails out or anything, he just threw it on there. The ears would get all singed. He'd cook it and turn it over and over. It cooked that way, and after a while he took it out of the coals with a stick. He'd take it out and knock the ashes off of it and peel the skin back and there would be beautiful white meat. And then he'd take his fingers and open the stomach up. All of the entrails were dried up, they'd burn or something, I guess, steamed up. He'd take them out, take the liver out and stuff like that, and he'd eat it. That was his meal for the whole day when he went hunting.

Both *tavut* 'cottontail' (*Sylvilagus*) and *su'ish* 'jackrabbit' (*Lepus*) were mentioned.

Another small animal that was commonly taken was the *qawal* 'wood rat' (*Neotoma*). Children hunted it with small bows and arrows for practice in archery or it was taken in other ways. When mesquite trees were burned, children searched the larger limbs for the carcasses of wood rats trapped in their holes and cooked by the fire. These were considered a delicacy. A small rodent called *sisil* 'ground squirrel' (*Citellus*) was also hunted with bow and arrow or taken with noose traps built near their burrows.

Children hunted *qaxal* (California quail, *Lophortyx californica*) with bows and arrows in the mesquite groves. People also went up into the hills to hunt chuckawalla lizards, called *chakhwal*. One of the defensive strategies of the chuckawalla was to wedge itself into a crevice in the rocks and puff up its body so that it could not be dislodged. The Cahuilla hunter pierced its eye with an arrow, which deflated it, making it possible to capture it. They were commonly roasted.

Bean (1972:62) mentioned a number of insects and larvae that were commonly eaten by the Cahuilla. His report that a worm "called *piyatem*—possibly an army worm—was a favorite treat of the Cahuilla" is corroborated by Mrs. Modesto. She remembered that her grandmother went out in the spring towards the hills, and they would gather these worms, killing them by pinching off the heads. The worms were roasted on a *comal* (Sp.) 'griddle' and either eaten immediately or stored. Sometimes they were parched over hot coals, which dried them out and allowed them to be stored longer without turning rancid. Grasshoppers, locusts, and cicadas were also roasted and eaten. They were also stored for future use like prepared meat in small net bags. Another type of worm or caterpillar called *ewinchem* was taken in November or December. It was found among the roots of the saltbush (*Atriplex lentiformis*?) and was a pinkish insect larva approximately two to three inches long. This larva was prepared like army worms and also parched or sun dried for storage.

## FURTHER NOTES ON FOOD PREPARATION

The Cahuilla commonly prepared their major plant staples as gruel or cake, whether *wiwish* 'acorn mush' or *menyikish* 'mesquite bean mush or gruel'. The gruel was eaten plain, and meat for the meal, if there was any, was prepared as a condiment and eaten separately. As the Cahuilla adapted to White food habits, they mixed traditional food items from gathered foods with purchased staples and garden

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-017

produce. Mrs. Modesto remembers a typical meal of the 1920's might be *sawish* 'flour tortillas' for breakfast with jerked meat cooked with tomatoes, onions, and beans. The typical evening meal might be black-eyed peas, *wilypa' sawish* 'fry bread', and a rabbit stew cooked with onions and chiles. Other traditional plant and animal foods described above were also eaten in season.

## SOURCE OF CLAY
## FOR POTTERY MAKING

Materials for one of the other important feminine economic activities, pottery making, were also not available on the valley floor. Women would go to a place in the Mecca Hills to the east of the valley called *Qawish Yulish* 'clay mountain' to obtain clay. When viewed from the valley floor, these hills appear red, especially at sunset or sunrise. According to the creation myth of the *A'wilem* clan, when Coyote stole the heart of the creator Mukat from the cremation pit, he ran to the Mecca Hills to eat it. That is why those hills are stained red.

*  *  *  *  *

The data presented here provide a clearer picture of some aspects of aboriginal and post-contact Cahuilla life in a single village than most of the previous literature that deals with the Coachella Valley. This paper is only a beginning, since more detailed information about the Desert Cahuilla can still be obtained. We hope we have demonstrated that understanding the ethnographic past can be useful in interpreting the archaeological record of an area, particularly in providing information on remains such as cremation burials, or the movement of house locations in a village site. More such studies need to be undertaken in this time of rapidly increasing contract archaeology and a fading generation of older Native Americans who are still knowledgeable about the history of their people. During our collaboration, Mrs. Modesto recalled the words of her grandfather to the pioneer

Cahuilla ethnographer William Duncan Strong:

> My grandfather, Francisco Nombre, told Strong . . . he was talking to him at that time years ago when he was here [1924-25] . . . "This is wrong that the Indian didn't want to talk to the white man. After I am dead and gone, all that I tell you here, all these words will be written. These are my words and what I am saying is the truth. I want this written down so that others that come later on can read this."

*University of California, Riverside*

*Torres-Martinez Indian Reservation*

*Thermal*

## NOTES

1. An earlier version of this paper appeared as Appendix I of "An Archaeological and Ethnographic Evaluation of the Thermal Airport Property," ARU Project No. 209. We are indebted to the Archaeological Research Unit, University of California, Riverside, and N. Nelson Leonard, Chief Archaeologist, for making this research possible and for funding, encouragement, and permission to make these findings available to a wider audience.

2. We are indebted to Opal Slone, U. S. Department of the Interior, Bureau of Land Management, Sacramento, for providing us with access to notes and maps. Her continued interest and support in California anthropological research is sincerely appreciated.

3. See especially Lawton and Bean (1968), and Lawton (1974), and Wilke and Lawton (1975), and papers cited in these works.

## REFERENCES

Barrows, David Prescott
    1900 The Ethno-Botany of the Coahuilla Indians of Southern California. Chicago: University of Chicago Press. (Reprinted 1967, 1977, Banning, California: Malki Museum Press.)

Bean, Lowell J.
    1972 Mukat's People: The Cahuilla Indians of

This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-018

Southern California. Berkeley: University of California Press.

Bean, Lowell John, and Katherine Siva Saubel
1963 Cahuilla Ethnobotanical Notes: The Aboriginal Uses of the Mesquite and Screwbean. Los Angeles: University of California Archaeological Survey Annual Report 1962-63:51-78.

1972 Temalpakh: Cahuilla Indian Knowledge and Usage of Plants. Banning California: Malki Museum Press.

Bright, William O.
1967 The Cahuilla Language. *In* David Prescott Barrows, The Ethno-Botany of the Coahuilla Indians of Southern California, pp. xxi-xxix. Banning, California: Malki Museum Press.

Lawton, Harry W.
1967 Introduction. *In* David Prescott Barrows, The Ethno-Botany of the Coahuilla Indians of Southern California, pp. v-x. Banning, California: Malki Museum Press.

1974 Agricultural Motifs in Southern California Indian Mythology. Journal of California Anthropology 1:55-79.

Lawton, Harry W., and Lowell John Bean
1968 A Preliminary Reconstruction of Aboriginal Agricultural Technology among the Cahuilla. The Indian Historian 1(5): 18-24, 29.

Strong, William Duncan
1929 Aboriginal Society in Southern California. University of California Publications in American Archaeology and Ethnology 26.

U.S. Geological Survey
1956 7.5" Series Topographic Maps, Indio and Valerie Quadrangles. Photo-revised 1972. Washington.

U.S. Land Office
1856 Field Notes and Plat for Township 6 South, Range 8 East, San Bernardino Meridian, by Henry Washington and John La Croze. On file at U.S. Department of the Interior, Bureau of Land Management, Public Survey Records Office, Sacramento.

Wilke, Philip J., and Harry W. Lawton
1975 Early Observations on the Cultural Geography of Coachella Valley. Ramona, California: Ballena Press Anthropological Papers 3:9-43.



This content downloaded from 140.147.236.213 on Mon, 26 Aug 2013 16:14:14 PM
All use subject to JSTOR Terms and Conditions

CVWD 1169-019

TAB 15



# Coachella Valley Archaeological Society

## OCCASIONAL PAPERS NOS. 1 & 2

●

### Observations on the Cahuilla Indians— Past and Present

### A Brief History of Water in the Coachella Valley

**May · 2007**

ACC0001987

ACC0001988



# Coachella Valley Archaeological Society

## OCCASIONAL PAPERS NOS. 1 & 2

●

**Observations on the Cahuilla Indians—
Past and Present**
Harry M. Quinn

**A Brief History of Water in the Coachella Valley:**

**U.S. Indian Service Irrigation Projects
in the Palm Springs Area**
Robert C. Tyler

**Cahuilla Walk-in Wells**
Harry M. Quinn

**Ground Water in the Coachella Valley—
Past and Present**
Harry M. Quinn

**May · 2007**

ACC0001989

Published by
Coachella Valley Archaeological Society
P.O. Box 2344
Palm Springs, CA 92263
760.773.2277


Occasional Papers No. 1
January 1997 ... Revised January 2002
Occasional Papers No. 2
January 1998
Occasional Papers Nos. 1 & 2 (Combined)
May 2007


All photos and illustrations courtesy of the author(s)
unless stated otherwise

The Coachella Valley Archaeological Society (CVAS) is an avocational organization established to promote the understanding and preservation of the prehistory and history of the Coachella Valley, California, and adjacent mountain areas.

CVAS invites the submittal of contributions dealing with the prehistory and history of the local area. Topics dealing with ethnographic and archaeological data, historic investigations, and similar approaches are welcomed.

Please address any submittals, membership inquiries or publication orders to CVAS, P.O. Box 2344, Palm Springs, CA 92263.

Permission to quote material from this publication is granted if credit is given.

ACC0001990

# Contents

## Occasional Papers No. 1

## Observations on the Cahuilla Indians—Past and Present
by Harry M. Quinn

The Cahuilla and Their Seismically Active Homeland .................................... 3

Possible Sources of Natural Materials Used by the Cahuilla Indians
    Living in the Pinyon Flats Area, Riverside County, California .......................... 5

Early Cahuilla Indians of the Rockhouse Valley and
    Santa Rosa Indian Reservation ..................................................... 15
    Photo: Rockhouse Ruins ......................................................... 16

The Torres-Martinez Indian Reservation and its Historic Buildings........................ 19
    Photo: Martinez Indian School .................................................... 20
    Photo: Martinez Indian Agency.................................................... 21
Ancient Lake Cahuilla and the Fish Traps ............................................. 22
    Ancient Lake Cahuilla ........................................................... 22
    The Fish Traps ................................................................. 23
    Photo: One of the Stone Weirs at the Fish Traps ................................... 24
    Figure No. 1 - Site Location Map with Current Directions & Pumice ................... 27
    Figure No. 2 - Sheltered Areas Containing Sand Bars & Fish Traps .................... 28
Some Early Cahuilla Indian Trails in and Around the Santa Rosa
    Mountain Area, Riverside County, California...................................... 31
    Index Map ..................................................................... 36

Mr. Wilson Howell and His Ribbonwood Mountain Home ............................... 37

Cahuilla or Luiseño? Luiseño Rock Art Sites Near the Town of Idyllwild,
    Riverside County, California ...................................................... 41
    Figure 1 - Black Mountain Rock Art Site ........................................... 46

ACC0001991

## Occasional Papers No. 2

## A Brief History of Water in the Coachella Valley

## U.S. Indian Service Irrigation Projects in the Palm Springs Area
### by Robert C. Tyler

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
Goals of the Irrigation Projects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Irrigation and Irritation in Palm Springs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
The Garden of Eden (Andreas Canyon) Project . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
    Photo: Manufacturing Cement Pipe on "Garden of Eden" Property (Circa 1911). . . . . . . . . . . 53
    Photo: Digging Ditch for Pipe from Diversion Dam at Andreas Canyon (Circa 1911) . . . . . . . 54
    Photo: Forms in Place for Diversion Dam at Andreas Canyon (Circa 1911) . . . . . . . . . . . . . . 55
    Photo: Finished Diversion Dam at Andreas Canyon (Circa 1912) . . . . . . . . . . . . . . . . . . . . . . 55
The Tahquitz Project . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
    Photo: Indian Service Engineers at Tahquitz Falls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
    Photo: Diversion Dam in Tahquitz Canyon ... Beginning of Tahquitz Ditch . . . . . . . . . . . . . . 58
    Photo: Looking East from Tahquitz Canyon (Circa 1912). . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
    Photo: Looking North ... Digging Ditch for Cement Pipe to Tahquitz Ditch (Circa 1912) . . . . 59
    Photo: Pond at Beginning of Stone-Lined Ditch (Circa 1912) . . . . . . . . . . . . . . . . . . . . . . . . . 60
    Photo: Dipping Water from Completed Ditch (Circa 1920) . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
    Photo: McCallum Groves (Circa 1890) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
Some Questions and Answers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
Acknowledgments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

## Cahuilla Walk-in Wells
### by Harry M. Quinn

Cahuilla Walk-in Wells . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
References/Reading List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
    Photo: Cahuilla Walk-in Well at Toro. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

## Ground Water in the Coachella Valley—Past and Present
### by Harry M. Quinn

Ground Water in the Coachella Valley—Past and Present . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

**About the Authors**

**Order Form**

COACHELLA VALLEY ARCHAEOLOGICAL SOCIETY

OCCASIONAL PAPERS NO. 1

# Observations on the
# Cahuilla Indians—
# Past and Present

by Harry M. Quinn
Geologist/Archaeologist

ACC0001993

ACC0001994

# THE CAHUILLA AND THEIR
## SEISMICALLY ACTIVE HOMELAND

The Cahuilla Indians occupied a unique geographic portion of Southern California. Their homeland, which included the Coachella Valley, Banning Pass, San Jacinto Mountains, and Santa Rosa Mountains, had its approximate northern and eastern boundaries along the San Andreas Fault System. Their western and southern boundaries were nearly coincidental with the San Jacinto Fault System. These two fault systems have historically been among the most active fault systems in Southern California, and no doubt were very active during the late pre-historic time as well.

Many of the Cahuilla village sites were indirectly positioned by these two fault systems and their subsidiary faults. Large villages required good year-round water sources, and many of the major springs were found along portions of these fault systems. Strong seismic activity can cause major changes in spring location; some existing springs may dry up, while at the same time new springs may be created. Such a change in water sources could create the need to move entire villages from their locations near a dried-up spring to an area near a newly-created spring, possibly some miles distant.

I have one first-hand account of a spring drying up from seismic activity. When Mr. Clarence Contreras was a young boy, he had gone with his parents to visit the Lugo family. The Lugos had a two room adobe house that was located near the western edge of the Cahuilla Indian Reservation, not far from Cahuilla Creek. Mrs. Lugo had taken a bucket and headed out to their nearby spring for water. As she was approaching the spring, an earthquake occurred. She threw the bucket and began yelling *"El Diablo, El Diablo."* Later, when they went over to the spring, it was found to be dry. As Clarence remembers, it was some fifteen years before this spring ran a usable stream of water again. Clarence thought he was about seven or eight years old when this happened, so it would appear that this event was related to the 6.4 Hemet-San Jacinto earthquake of 1918.

Sand boils are phenomena that occur in sandy areas with shallow ground water when such areas are shaken by an earthquake. The saturated sands lose their cohesion, and are forced to the surface like toothpaste being squeezed from a tube. Since ground shaking during a major, or catastrophic, earthquake can create sand boils in areas with clean sand and shallow ground water, this phenomenon may have helped the Desert Cahuilla to locate some of their famous walk-in wells. A check of the recorded well locations indicates that many of them were located in areas that are geologically and hydrologically correct for the creation of sand boils.

In addition to controlling potential water sources, the high seismic activity probably had a lot of other effects on the Cahuilla's life style. While their homes (*"kish"*) may not have used wood large enough to kill many people when they were shaken apart by earthquakes, they certainly contained materials large enough to cause serious injury. The Cahuilla people living in the canyons and mountain areas depended heavily on rock shelters for their homes. These people probably suffered the most during violent ground shaking, as many of the boulders forming these rock shelters weighed tons. When these rocks shifted, tons of material would be set in motion, and no doubt some deaths and major injuries resulted from such movement. Such movement probably had undesirable effects on many of the ollas that were cached in rocky areas for later use.

3

ACC0001995

Seiching is an oscillation wave action set up in a large body of water, such as a lake, that acts much the same way as water in a bath tub. When the water is forced to one end, it comes back the other way as a large wave, somewhat like a small tsunami (tidal wave). During the times that Ancient Lake Cahuilla occupied the Salton Sink area, seiches could easily have been developed by seismic activity along the San Andreas and San Jacinto Faults. Such seiches could have had catastrophic results on Cahuilla villages located near the lake shore, especially those located near the northern and southern ends of the lake.

Camps and villages located near the base of steep slopes, such as those in some of the large canyons or along the mountain front, were probably at times subjected to rock falls and/or rock slides during intense ground shaking. The standard *kish* would have offered little protection from such events.

The geographic region occupied by the Cahuilla should have been subjected to common seismic activity, which could become very intense at times. During periods of intense seismic activity, the every-day life style of the Cahuilla must have been greatly altered. All the Cahuilla could do was pick up the pieces (shards, that is) and start over, as they had no State or Federal aid (FEMA) to count on.

4

ACC0001996

# POSSIBLE SOURCES OF NATURAL MATERIALS USED BY THE CAHUILLA INDIANS LIVING IN THE PINYON FLATS AREA RIVERSIDE COUNTY, CALIFORNIA

Many natural materials were used by the local Cahuilla Indians, and some of these had to be imported into the Pinyon Flats area by the Indians who lived there. Following is a listing of some of the local materials used, as well as the materials imported and the potential source areas from which the imported materials may have been obtained. While far from complete, it is hoped that by doing this, a better understanding of who used the area and where they came from can be developed.

## I.   **OBSIDIAN**:

Flakes, chips and artifacts of obsidian are known from the Pinyon Flats area. Most of these are of a 'hydrated' type obsidian; however, a few are of a 'non-hydrated' variety. There is no known local source for obsidian in the Pinyon Flats area. Martha L. Peters (1976) included 'fused shale' in her listing of California obsidian sources. Fused shale is a glassy material formed when deposits of hydrocarbon-rich shales catch fire and burn in situ. Fused shale is commonly found in Tertiary age rocks in Ventura County and was commonly used by the Chumash Indians as a basic resource. This material closely resembles the hydrated obsidian from Obsidian Butte, near the south end of the Salton Sea.

The three nearest obsidian sources to the Pinyon Flats area listed by Peters (1976) are:

A.   Obsidian (hydrated type) from Obsidian Butte near the southeast shore of the Salton Sea, Imperial County, California.

B.   Fused shale from deposits along the Santa Clara River and some of its tributaries near the town of Fillmore, Ventura County, California.

C.   Obsidian (non-hydrated type) from the Coso Hot Springs area near the Coso Mountains, Inyo County, California.

Other potential sources for obsidian (non-hydrated type) include the obsidian nodule and Apache Tear localities near the towns of Bagdad and Ludlow, San Bernardino County, California. These obsidian nodules and Apache Tears have been found in section 16 of Township 6 North, Range 11 East and sections 3 and 4 of Township 7 North, Range 7 East, San Bernardino Base & Meridian.

## OBSIDIAN REFERENCES

Brown, Allan, and Stark, 1972, p. 95.

Freeman, T. A., 1992, p. 10.

5

Gilreath, Amy J. and Hildebrandt, William R., 1996, pp. 1 and 3-5.

Steese, Collis, H., 1952, p. 52.

Strong, Mary F., 1966, pp. 57-60.

II. **STEATITE**:

Some fragments and artifacts made of steatite, or steatite-like material, are known from the Pinyon Flats area. There are no known sources of steatite in the Pinyon Flats area; however, there are some local outcrops of serpentine. Peters (1976) does not include talc, serpentine, or soapstone with her listings of steatite sources. The three nearest steatite sources to the Pinyon Flats area listed by Peters (1976) are:

A. Steatite deposits on Santa Catalina Island near Little Springs and Pots Valley, Los Angeles County, California. Santa Catalina Island steatite deposits probably produced the bulk of the steatite used by the Southern California Indians.

B. Steatite deposits along the northeast side of Jacumba Valley, San Diego County, California.

C. Steatite deposits in Santiago Canyon about fifteen miles south of Buena Vista Lake, Kern County, California.

Other potential sources of steatite-like materials include serpentine deposits in section 30 of Township 5 South, Range 1 West (Near Murrieta) and sections 32 and 35 of Township 6 South, Range 5 East (At Pinyon Flats), Riverside County, California. Additional sources might include some soapstone schist deposits in section 8, Township 5 North, Range 13 West (Near Sleepy Valley) and some scattered soapstone deposits reported along the northern San Gabriel Mountains, Los Angeles County, California. Some of the talc deposits in the Death Valley area and along the foothills of the Sierra Nevada Mountains may have also supplied soft, carving materials to the Pinyon Flats area.

## STEATITE REFERENCES

Brown, Allan and Stark, 1972, pp. 14 and 167.

Calzia, et. al, 1988, p. D6 and Plate 1.

Freeman, T. A., 1992, p. 10.

III. **BASALT**:

Artifacts made from both a vesicular variety and a dense variety of basalt are known from the Pinyon Flats area. There are no known local sources of basalt in the Pinyon Flats area. The nearest basalt sources found appear to include:

6

ACC0001998

A. Basalt outcrops and basalt clasts in alluvial deposits over north of the Painted Hill area, Riverside County, California.

B. Basalt outcrops and basalt clasts in alluvial deposits over near Yucca Valley/Twentynine Palms and in the Joshua Tree National Monument, San Bernardino and Riverside Counties, California.

C. Basalt outcrops in the Amboy and Pisgah crater areas, San Bernardino County, California.

D. Basalt outcrops and basalt clasts near the Blythe area, Riverside County, California.

## BASALT REFERENCES

Noller, Jay S., 1986, pp. 1-7.

Proctor, Richard J., 1968, pp. 14 and 22-25.

## IV. **PUMICE**:

Artifacts made from pumice are known from the Pinyon Flats area. These pumice artifacts commonly exhibit wear patterns that indicate they were used as abrading tools. There are no known local sources of pumice in the Pinyon Flats area. Some nearby sources include the following:

A. Pumice Hill near the southern end of the Salton Sea, Imperial County, California. This area would have been under water and not available during times when the Salton Sink contained fresh water lakes.

B. The eastern shoreline of past lakes in the Salton Sink (i.e., Ancient Lake Cahuilla), Imperial and Riverside Counties, California.

C. The Coso Mountains, Inyo County, California.

D. The Bishop area, Inyo County, California.

## PUMICE REFERENCES

Brown, Allan, and Stark, 1972, p. 95

## V. **FINE-GRAINED FELSITIC MATERIAL**:

Chips, flakes and chipped artifacts of fine grained 'felsitic' material are known from the Pinyon Flats area. There are also some pieces that exhibit flattened surface shaped by grinding. The term, fine grained 'felsitic' rocks, as used herein, include rhyolites, dacites, andesites and/or aplite dike materials. No local sources for this felsitic material are known in the Pinyon Flats area. Some nearby sources for this material include the following:

7

ACC0001999

A.  The nearest felsitic material appears to be the Truckhaven Rhyolite (now called Wonderstone) outcrops west of the Salton Sea, near the town of Truckhaven, about five miles south of Travertine Point. The Truckhaven Rhyolite was mapped and named by Diblee, Jr. (1954) as "a lense of varicolored felsitic rock that was extruded along an adjacent east-west fault." Subsequent mapping by Weismeyer (1968) found the Truckhaven Rhyolite to be silicified sediments present adjacent to a fault zone and not an igneous rhyolite intrusion. The fact that it is an altered sediment (silicified shales, sandstones, and minor conglomerates) and not a volcanic rock, makes the Truckhaven Rhyolite easily distinguishable from other volcanic rocks in the area. Detrital grains and relic depositional patterns can be found in thin sections of this material and can even be distinguished in hand specimens of some of the coarser material. This is the most common felsitic material to be found in the Pinyon Flats area.

B.  Another close potential source is the Dos Palmas Rhyolite northeast of the Salton Sea and north of Dos Palmas Spring.

C.  A third potential source is Alverson Andesite in the western foothills of Coyote Wells Valley, in the Coyote and Fish Creek Mountains area. This material is listed as a dark brown basic andesite. The outcrops are shown to consist of andesite lavas, breccias, and tuffs.

D.  Andesite and rhyolite dikes are reported to be present in the Orocopia Mountain area.

E.  Aplite dike material suitable for flaking tools can be found in the Joshua Tree National Monument area and at sites south of Desert Center. Some quarry sites are reported to be present in the aplite dikes on "Alligator Ridge," just south of the town of Desert Center. Aplite dikes are present in the Pinyon Flats area, as well as scattered throughout the Peninsular Ranges and Transverse Ranges; however, most of these that have been examined by the writer do not appear suitable for tool making. With the large number of aplite dikes available, it is highly likely that there are others, possibly even in the Pinyon Flats area, that are suitable for making tools.

## FELSITIC MATERIAL REFERENCES

Crowell, John C., 1975, pp. 106-108.

Dibblee, Jr., T. W., 1954, pp. 23-25.

Weismeyer, Jr., Albert L., 1968, pp. 12 and 30-34.

## VI.  **QUARTZ AND QUARTZ-RELATED MATERIALS**:

Numerous flakes and chips of quartz and quartz-related material, as well as some artifacts, are known from the Pinyon Flats area. The milky (white) quartz variety appears to be the most common of these materials to have been used, and it was probably derived from local sources.

8

A.  **QUARTZ**:

Flakes, chips, and artifacts of milky quartz, clear quartz, rose quartz, and even a few pieces of rutilated or tourmalinated quartz are known from the Pinyon area.  The closest potential sources of this material are as follows:

1.  Milky (white) quartz can be found locally in quartz veins and quartz-feldspar pegmatites.  It is also commonly found in scattered veins and pegmatites throughout the granitic rocks that make up the bulk of the Peninsular Ranges and the Transverse Ranges.

2.  Rose (pink) quartz can also be found locally in with the milky quartz from the same sources described above.

3.  Clear (crystal) quartz can be obtained locally from pegmatites up on Santa Rosa Mountain.  Quartz crystal can also be found in the Thomas Mountain, Cahuilla Mountain, and Idyllwild area of the San Jacinto Mountains.  Additional source areas include the San Bernardino Mountains, Lakeview Mountains, Tule Mountain area, Ash Hill area near the town of Ludlow, the Crystal Hill area near the town of Quartzite in Arizona, and at pegmatite localities in San Diego County.

4.  The source of the rutilated/tourmalinated quartz has not been found, but it probably comes from the San Diego County area.  No artifacts made of this material are known from the area; however, a few chips and flakes of this material have been present.

B.  **CHALCEDONY**:

Chips, flakes and artifacts of chalcedony are known from the Pinyon Flats area.  There is no known local source for this material in the Pinyon area.  Potential sources close to the area include the following:

1.  The nearest potential source for chalcedony would be the Truckhaven Rhyolite area where it occurs as a fracture filling material and as replacement beds.  Some of the replacement material contains relic reeds and marsh grasses.

2.  The next nearest potential source for chalcedony seems to be in the Chocolate Mountain area, southwest of Hayfield.

3.  Additional sources of chalcedony could be from the Little Chuckwalla Mountains, the Mule Mountains and the Palo Verde Mountains.  Chalcedony is also reported to be present in the Turtle Mountains, Barren Mountains, Cargo Muchacho Mountains, Bristol Mountains, Cady Mountains, and in the Ash Hills near Ludlow.

9

ACC0002001

## C.  **AGATE**:

Chips, flakes and artifacts of agate are known from the Pinyon Flats area. No local sources for this agate are known. Potential sources for agate include the following:

1. The nearest potential source for agate appears to be in the Chocolate Mountains, south of Hayfield.

2. Additional sources of agate could be from the Little Chuckwalla Mountains, Mule Mountains, Palo Verde Mountains, Barron Mountains, Cargo Muchacho Mountains, Cady Mountains, and the Chemahuevi Wash area near Needles.

## D.  **AGATIZED WOOD (PETRIFIED WOOD)**:

Chips and flakes of what appear to be agatized wood are known from the Pinyon Pines area. This material is rare, and no local source is known. The nearest potential sources found for agatized wood are the Sacramento Mountains, Providence Mountains, and the Hackberry Wash area east of the Providence Mountains.

## E.  **JASPER**:

Flakes, chips and artifacts of red and/or yellow jasper are known from the Pinyon Flats area. A single outcrop, consisting of a three to six inch thick seam of a yellow to yellowish-brown jasper-like material was found in the meta-sedimentary rocks on the northwest flank of Santa Rosa Mountain about the early 1970s. No definite quarry activity was observed at this site, and the site has not been visited since. No other local sources of jasper material are known, but some others might exist elsewhere within the meta-sedimentary rocks. There appear to be no close sites for jasper. The closest locations found were the Castle Dome area in Arizona, the Earp Badlands area east of Vidal, the area north of Barstow, the Cady Mountain area, the Bristol Mountain area, and the Turtle Mountain area. A yellow jasper can be found at Taumco, near Glamis (Mr. Daniel Bohan, personal communique).

**REFERENCES FOR QUARTZ AND
QUARTZ-RELATED MATERIAL**

Brown, Allan, and Stark, 1972, 200 pages.

Freeman, 1992, p. 10.

Peters, Martha L., 1976, p. 241.

Strong, Mary J., 1966, 81 pages.

10

## VII. **SLATE**:

Chips, flakes and artifacts made from a slate material are among the most common material found in the Pinyon Flats area. The dark grey to black slate appears to be the most common material used in making of arrow points. Even a few tools, like knives and scrapers, have been made from this material. It is probably from local sources, as this same type of slate crops out along the north side of Santa Rosa Mountain and in the Palm Canyon area. Since these outcrops of slate are in the same band of meta-sedimentary rocks that trend up along Palm Canyon across the north side of Santa Rosa Mountain, and then southward to the Anza-Borrego area, there are probably a number of local source areas where slate was present.

## VIII. **QUARTZITE**:

Chips, flakes and artifacts made of quartzite are known from the Pinyon Flats area. Quartzite may have been derived locally, as it is present in the same band of meta-sedimentary rocks in which the slate occurs. Other sources of quartzite include the San Bernardino Mountains, the Marble Mountains area, and the McCoy Mountain area. The most common artifacts made from quartzite are knives and scrapers.

## IX. **PINE PITCH**:

One olla that had a crack near the mouth and was repaired with pine pitch is known to have come from the Pinyon Flats area. There have also been some pottery shards that exhibit evidence of attempted repair with pine pitch. The pine pitch was no doubt obtained locally, as the Pinyon Flats area appears to have been used primarily for pine nut gathering.

## X. **ASPHALT**:

An olla that had been repaired with asphalt is known to have come from the Pinyon flats area. There are no local sources for asphalt known. Potential sources of asphalt include the following:

A. A reported seep down in the Split Mountain area. The actual location of this seep, if it even exists, has not been found.

B. Natural seeps along the Whittier Fault, Puente Hills area of Los Angeles and Orange Counties.

C. Natural seeps in the Newport Beach area, Orange County.

D. The La Brea Tar Pit area, Los Angeles County.

E. The Santa Barbara Coastal area, Ventura and Santa Barbara Counties.

F. Natural seeps in the Buena Vista Lake/McKittrick area, Kern County.

G. Tar globules that collected along the rocky beaches in the Palos Verdes Hills area, Los Angeles County.

11

ACC0002003

## XI. **CLAY**:

The pottery found in the Pinyon Flats area appears to be made from two major types of clays, residual and sedimentary. The most common type of ceramics found in the Pinyon Flats area is made from residual type clays that were probably obtained locally. This clay tends to make pottery that is thick, coarse grained and red to reddish-brown after firing. Residual clays can be found around springs, in low areas in the streams and canyons, and in areas of developed colluvium/alluvium. One nearby site reported to have supplied this type of clay is in the Bull Canyon area.

Residual clay is a terra cotta type of clay. Of interest is the fact that the Luiseño Indians, who occupied the Elsinore/Temescal Canyon area, were not known for their pottery making. The Elsinore/Temescal Canyon area contained one of the largest deposits of residual (terra cotta) clay to be found in Southern California. This area has provided clay for brick, tile, and pipe for over one hundred years. In comparison, the residual clay deposits in the Santa Rosa/San Jacinto Mountain area are very small and localized and have never been commercially developed.

No known sources of sedimentary clays have been found in the Pinyon Flats area. This type of clay is commonly associated with old dry lake beds (playas). Sedimentary clays tend to produce pottery that is thinner, finer grained, and buff to light grey after firing. The best sources for this type of clay appear to be in the Salton Sink area. Good deposits of sedimentary clay can be found in the Salton City and Fish Creek Wash areas. It is important to note that these two areas, as well as any other clay sources within the lower portion of the Salton Sink, would not have been available during the times when the Sink was occupied by fresh water lakes, such as Ancient Lake Cahuilla. Additional sedimentary clay sources can be found along the Whitewater River, in the Thousand Palms Canyon area, and in the Mecca Hills area. These latter three locations would not have been affected by lakes filling the Salton Sink.

## XII. **SHELL MATERIAL**:

Beads and pendants made from shell material are known from the Pinyon Flats area. Much of this material cannot be identified as to its genus, let alone species. Thus, most of the material cannot be given a definite source.

1.  Abalone shell, probably from the Pacific Ocean. This material is rare. Abalone (*Haliotis* sp.) are shown to be found along the coast of Australia, the Pacific Coast of North America and the coast of Japan. They are commonly found in intertidal and subtidal habitats along the Southern California coast (Allen, 1969, p. 55).

2.  *Olivella* sp. shell material, from the Pacific Ocean. They consist of both disc beads and whole shell beads. The few whole shell beads appear to be made from *Olivella biplicata*, with some that may be *O. baetica*. *Olivella* sp. is found on sandy-mud substrate, commonly south of Point Conception (Allen, 1969, pp. 65 & 66).

3.  Clam shell material, probably from the Pacific Ocean or possibly the Gulf of California. These have been mainly in the form of disc beads, so identification is nearly impossible. A couple of larger shell fragments are also known from the area, but they were not identifiable.

12

ACC0002004

# REFERENCES

Allen, Richard K., 1969, *Common Intertidal Invertebrates of Southern California*: Peek Publications, 170 pages.

Anonymous, 1966, "Mineral Resources of California": *California Division of Mines and Geology (CDMG) Bulletin 191*, 450 pages, 1 plate.

Bailey, Thomas L. and Jahns, Richard H., 1954, "Geology of the Transverse Range Province, Southern California": in Jahns, J. H. (editor), "Geology of Southern California": *CDMG Bulletin 170*, Volume 1, Text, pp. 83-106.

Bohan, Daniel M., 1991, Personal Communique: Notes on File.

Brown, Arthur R., 1981, "Structural History of the Metamorphic, Granitic and Cataclastic Rocks in the Southeastern San Jacinto Mountains": in Brown, A. R. and Ruff, R. W. (editors), *Geology of the San Jacinto Mountains: South Coast Geological Society, Annual Field Trip Guidebook Number 9*, pp. 100-138.

Brown, V., Allan, D. and Stark, J., 1972, *Rocks and Minerals of California*: Naturegraph Publishers, 200 pages.

Calzia, J. P., Madden-McGuire, D. J., Oliver, H. W. and Schreiner, R. A., 1988, "17 Mineral Resources of the Santa Rosa Mountains Wilderness Study Area, Riverside County, California": *USGS Bulletin 10-D*, 14 pages, 1 Plate.

Crowell, John C., 1975, "Geologic Sketch of the Orocopia Mountains, Southeastern California": in Crowell, J. C. (editor), "San Andreas Fault in Southern California": *CDMG Special Report 118*, pp. 99-110.

Dibblee, Jr., T. W., 1954, "Geology of the Imperial Valley Region, California": in Jahns, Richard H., "Geology of Southern California": *CDMG Bulletin 170*, Volume 1, Text, pp. 21-28.

Freeman, T. A., 1992, "Prehistoric Rockhounds in California - A Look at Southern California's Earliest Rock Collectors": *Indian Artifact Magazine*, Volume 11-2, pp. 10-12 & 57.

Gilreath, Amy J. and Hildebrandt, William R., 1996, "Archaeological Investigations Within the Coso Volcanic Field," *Society for California Archaeology Newsletter*, Vol. 30, Number 3, pp. 1 and 3-5.

Gunther, G. and Gunther, J., 1971, *Favorite Field Trips For Los Angeles Gem Hunters by Tepee Rock Shop*: Tepee Rock Shop, 27 pages.

Hodgson, Susan F., 1987, "Onshore Oil and Gas Seeps in California": *DOG Publication No. TR26*, 97 pages.

Jahns, Richard H., 1954, "Geology of the Peninsular Range Province, Southern California and Baja California": in Jahns, R. H., "Geology of Southern California": *CDMG Bulletin 170*, Volume 1, Text, pp. 29-52.

13

Keen, A. Myra, 1963, *Marine Molluscan Genera of Western North America - An Illustrated Key*: Stanford University Press, 126 pages.

Morris, Percy A., 1966, *A Field Guide to Shells of the Pacific Coast and Hawaii - Including Shells of the Gulf of California*: Houghton Mifflin Co., 297 pages.

Murdoch, J. and Webb, R. W, 1956, "Minerals of California": *California Division of Mines Bulletin 173*, 452 pages.

Noller, Jay S., 1986, "Mojave Desert Xenolith Suites: Malapai Hill and Dish Hill Field Trip Roadlog": in Ehlig, Perry L. (Compiler), 1986, *Guidebook, Southern California Fieldtrips*, Cordilleran Section, The Geological Society of America.

Parcel, Jr., Rodney F., 1981, "Structure and Petrology of the Santa Rosa Shear Zone in the Pinyon Flats Area Riverside County, California": in Brown, A. R. and Ruff, R. W. (editors), "Geology of the San Jacinto Mountains": *South Coast Geological Society, Annual Field Trip Guidebook Number 9*, pp. 139-150.

Parker, Ronald B., 1963, "Recent Volcanism at Amboy Crater, San Bernardino County, California": *CDMG Special Report 76*, 23 pages, 1 plate.

Peters, Martha L., 1976, "California Gemstones: Gems and Indians": *Lapidary Journal*, April issue, pp. 238-249.

Proctor, Richard J., 1968, "Geology of the Desert Hot Springs-Upper Coachella Valley Area, California": *CDMG Special Report 94*, 50 pages, 1 Plate.

Quinn, Harry M., 1992, *An Introduction to the Geology, Hydrogeology, Economic Potential and Geologic Features of the Santa Rosa Wilderness Area and Santa Rosa Mountain National Scenic Area, Riverside County, California*: unpublished manuscript, in file.

Rogers, John J. W., 1961, "Igneous and Metamorphic Rocks of the Western Portion of Joshua Tree National Monument, Riverside and San Bernardino Counties, California": *CDMG Special Report 68*, 26 pages, 1 plate.

Rogers, Thomas H. (Compiler), 1965, *Geologic Map of California - Santa Ana Sheet*: California Division of Mines and Geology, scale 1:250,000.

Steese, Collis H., 1952, *Illustrated Guide Imperial and Coachella Valleys*: Stanford University Press, 90 pages.

Strong, Mary J., 1966, *Desert Gem Trails - A Field Guide to the Gems and Minerals of the Mojave & Colorado Deserts*: 81 pages.

Weismeyer, Jr., Albert L., 1968, *Geology of the Northern Portions of the Seventeen Palms and Fonts Point Quadrangles, Imperial and San Diego Counties, California*: Unpublished Masters Thesis, University of Southern California, 63 pages, 6 figures.

14

ACC0002006

# EARLY CAHUILLA INDIANS OF THE ROCKHOUSE VALLEY AND SANTA ROSA INDIAN RESERVATION

Around the mid-1840s, much of the Mountain Cahuilla Territory was apparently abandoned. This abandonment resulted when the *Capitan* of the San Jacinto Mission District, Chief Juan Antonio, moved the five Mountain Cahuilla Lineages that he controlled out of the Santa Rosa Mountain/Coyote Canyon/Anza Valley Region to the Riverside/San Bernardino Area to work for the Lugo families (Phillips, 1975), who at that time had three large Mexican land grants in the area. The Rockhouse Valley was apparently also one of the areas vacated during this time.

Major smallpox and measle epidemics struck the Southern California Indian population during 1862–1863. The smallpox epidemic apparently cost Chief Juan Antonio and many of his followers their lives (Phillips, 1975). In an attempt to avoid these epidemics, which many of the Indians blamed on contaminated Army blankets that were given to them, many of the Indian families fled into isolated areas. We know from a traveler's account that the Desert Cahuilla Village at Martinez was experiencing an epidemic of measles when he visited there in August of 1862 (Hoyt, 1990).

As a boy, I had the opportunity to talk with Art Guanche about some of his family history. I have since lost the notes that I took and can now only recall portions of those conversations. To help fill in the many gaps that I had in my memory of events, Clarence Contreras suggested that I contact Hank Lichtwald, as he had been one of Art's hunting companions. In letters and telephone conversations with Hank Lichtwald, he indicated that Art Guanche had related the following information to him: members of the Desert Cahuilla obtained permission from the Mountain Cahuilla to move into some of their unused territory during this time of epidemics. Art also thought that some additional Desert Cahuilla families had moved into the Mountain Cahuilla area when the Colorado River flooded out their village sites in the Salton Sea Basin in 1905–1906. Among the Desert Cahuilla that moved into the Rockhouse Valley area to avoid the epidemics was Art's grandfather, Nicolas Guanche.

Three Cahuilla family names, Torte, Guanche and Andreas, have been found for the early occupation of the area. Two additional names, Costo and Doro, have also been indicated as other Cahuilla families that might have settled in the Rockhouse Valley area around this same time. Manuel Torte became known as the "Chief of Rockhouse Valley." His family and the Andreas family settled in the Rockhouse Valley area proper. They are the ones who constructed at least two of the rock houses that are still present as ruins there in the valley. Manuel Torte and his wife had two daughters (Keyteria and Zenobia) and three sons (Julian, Celestino and Calistro). Calistro Tortes (Torte) was born near Hidden Spring, which is in the lower part of Rockhouse Canyon. Calistro and his wife, Bisalia (sp.?), adopted a son, George Tortes, who still lives on the Santa Rosa Reservation. The name Torte was apparently changed to Tortes, but it is not clear when or why this name change occurred.

Calistro Tortes once described to Lester Reed the rock structure that had been his father's (Manual Torte) and a nearby structure that had been the home of the Andreas family (Reed, 1977). Any record of which ruins he was describing have not yet been found. There are three rockhouse ruins in the Rockhouse Valley area proper, all with about the same floor plan. These ruins were made of local rock, rectangular in shape, about eight feet by ten feet in size and about three feet high. No mention of who built the third rockhouse was found in Mr. Reed's writings.

15

ACC0002007



*Rockhouse Ruins ... Courtesy of CVAS*

Hank Lichtwald and Art Guanche were hunting companions who hunted in the Buck Ridge/Rockhouse Valley region. They also worked together for the State Department of Fish and Game developing one of the springs in the Nicolas Canyon area as a watering hole for wildlife. During their trips into this area, Art showed Hank the ruins of his grandfather's (Nicolas Guanche) home. He also pointed out the canal that Nicolas had dug in order to get water over to his fields. The channel took water from a spring in Nicolas Canyon over to a reservoir that had been constructed above the field areas. Art showed Hank an area over near the ruins where his ancestors are buried. The Nicolas Guanche ruins are along the rim of Rockhouse Valley, some distance from where the other ruins are found. There are at least two ruins there, one rectangular and one circular (Reed, 1977). Nicolas Canyon and Nicolas Spring are named after Nicolas Guanche and not a "Nicolas Swartz" as reported in some earlier publications. Nicolas was considered to be a very rugged individual who traversed much of the countryside on foot or on the mule that he commonly rode. Nicolas and his wife, Marihilda, had two sons (Augustine and Ignacio) and two daughters (Lupe and Marguerite).

Nicolas Guanche also lived for a time at the Old Santa Rosa Village, which according to Art was used mainly during the summer months. Nicolas Guanche worked for Manuel Arnaiz, a cattle rancher who homesteaded in the Kenworthy Valley area during the 1890s. According to Art Guanche, his grandfather obtained some apple trees from Manuel Arnaiz and used them to plant the apple orchard that can still be found over near Old Santa Rosa Village. Hank Lichtwald also indicated that there is an Indian burial ground near this apple orchard, which was associated with the families while they were living at Old Santa Rosa Village.

16

ACC0002008

The Santa Rosa Indian Reservation, as established in 1907 (Eargle, Jr., 1986), did not include all of the original Rockhouse Valley Village sites, but did include the Old Santa Rosa Village site. Nicolas Guanche was living on the reservation when, as a small boy, Clarence Contreras met him. Nicolas worked for Clarence's dad, and Clarence believed that he died around 1921.

Ignacio Guanche, one of Nicolas' sons, went to school at the Sherman Institute in Riverside, California, and was considered to be a very talented musician, playing both the violin and guitar, and a first-rate cowhand. Ignacio married Louisa Escallier (daughter of Hypolite Escallier and sister of Zanner Escallier, the Riverside County Tax Assessor) from the Temecula area. They had two sons (Art and Joe) and one daughter (Esther). After Ignacio died in 1923, Louisa moved the family to the Soboba Reservation so the children could go to school and she could work in the Indian Hospital. Louisa Guanche moved her family back to the Santa Rosa Reservation prior to the closing of the Indian Hospital at the Soboba Reservation. Esther Guanche married Steve Modesto, and they later moved to the Soboba Indian reservation. Steve Modesto was Art's hunting companion prior to his being shot and killed by an assailant when he opened the front door of a home down there. Joe Guanche married Barbara Silvas, sister of George Tortes' wife, Rosemary Silvas, and they also moved to the Soboba Reservation. I was told that Lupe Guanche married Frank Alberas (sp.?), and that they continued to live on the Santa Rosa Reservation.

There were three rockhouse ruins in Rockhouse Valley proper, and since two of the ruins have been confirmed as having belonged to the Torte (Tortes) and Andreas families, the third probably belonged to either the Costo or Doro family. Since the Guanche family ruins are located away from the three ruins in Rockhouse Valley proper, it is likely that other families settled in the surrounding areas as well.

Pat Cassero told Hank Lichtwald about a winter camp that his family had on a small flat east of Hidden Spring. While not in the Rockhouse Valley proper, this is not very far away from the rockhouse ruins. Mr. Cassero told him that this winter site had a good clay deposit nearby, and the family made ollas during their stay there. This was apparently only a winter camp, as the family spent most of the year in the Anza Valley area. This information was related to Hank Lichtwald some 35 years ago, when Pat Cassero was already in his 70s.

I am deeply indebted to the shared knowledge of Clarence Contreras and Hank Lichtwald, for without their help this history would not be known. As a boy staying over in the Pinyon Pines area, I had the opportunity to talk with Art Guanche, Wilson Howell, Jim Wellman and Frank Steele about some of the Santa Rosa Mountain regions' earlier times. This included conversations with Art Guanche about some of his family history. This paper represents my best recollection of those conversations.

*NOTE: While the notes and records that I have obtained refer to the family name "Doro," many people have indicated that this name is more likely to have been "Toro" or "Duro."*

17

ACC0002009

# REFERENCES

Eargle, Jr., Dolan H., 1986, *The Earth Is Our Mother - A Guide to the Indians of California, Their Locales and Historic Sites*: Trees Company Press.

Hoyt, Franklin, 1990, *The Periscope*: Coachella Valley Historical Society, Reprint of a 1948 Masters Thesis.

Phillips, George H., 1975, *Chiefs and Challengers - Indian Resistance and Cooperation in Southern California*: University of California Press.

Quinn, Harry M., 1991–1993, Unpublished Notes and Tape Recordings of Interviews with Clarence Contreras: In File.

Quinn, Harry M., 1992–1993, Unpublished Letters and Notes of Telephone Interviews with Hank Lichtwald: In File.

Reed, Lester, 1977, *Old Time Cattlemen and Other Pioneers of the Anza-Borrego Area*: Hungry Eye Books.

18

ACC0002010

# THE TORRES-MARTINEZ INDIAN RESERVATION
## AND ITS HISTORIC BUILDINGS

Records show that between 1875 and 1877, reservations were established for the Cahuilla people. Four reservations were set aside in the Coachella Valley for the local Desert Cahuilla Indians. These include the Augustine, Cabazon, Torres and Martinez Reservations, with the federal Indian Agent headquarters at Martinez. The Torres reservation was established by Executive Order of Ulysses S. Grant on May 15, 1876 for members of the Desert Cahuilla who lived there. The name was later changed to Torres-Martinez Indian Reservation, probably in the 1891 *Act for the Relief of Mission Indians*. The Torres-Martinez Reservation was shown to contain about 24,882 acres in 1979, with approximately 6,500 acres of that under the present Salton Sea.

The reservations were not well protected by law, so many non-Indian settlers who wanted to use reservation land for themselves sued the government. Since descriptions of the reservation boundaries were often vague in the Executive Orders signed by Grant, and because Indians at that time had no civil rights, it became relatively easy for the settlers to take away much of the land. By the early 1880s, many of the Southern California Indians were being pushed off their lands. On January 12, 1891, Congress passed the *Act for the Relief of Mission Indians*, which formally established reservations for the Indians of Southern California. It is estimated that the Cahuilla Indians were left with only about two-thirds of the lands that they had originally been given.

The present Martinez Reservation was the actual site, or very near the site, of an older Indian Village called *Puichekiva*, or Road Runner's House. This was probably the most important Desert Cahuilla village to be found in the Coachella Valley. The village consisted of a number of family dwellings and two ceremonial houses. One of the ceremonial houses was apparently ceremonially burned in 1958; and the other, the last of the Cahuilla ceremonial houses, was ceremonially burned in April of 1989. Water for the village came from numerous Indian wells hand dug to depths of between 15 and 20 feet. Water was hauled out of the bottom of these wells by hand in clay pots, and later with metal and/or wooden containers.

Martinez was a stop on the old Bradshaw Trail. An account of a traveler arriving there in 1862 points out that the weather was hot and that the village was in the midst of an epidemic of measles. The village dwellings are reported to have been about five feet high and constructed with stout posts covered with thatched boughs and coarse grass. They were piling the infant corpses, with clothing and various other things, in some of the huts and then setting them afire. This would indicate that cremation was still practiced by these Desert Cahuilla in 1862.

According to letters written by a Mr. L. A. Wright, the Secretary of the Interior authorized construction of the Martinez School on December 8, 1906, and the school was completed on August 12, 1907. He notes that a residence building was also constructed immediately north of the new school. This house became known as the Teacher's Cottage. None of Mr. Wright's correspondence, or any other information yet found, mentions when the Agency Office was built. However, since the Indian Agency for the original three reservations was at Martinez, the Agency Office may pre-date the school. Mr. Wright was the federal agency's principal representative for all Riverside County reservations in 1906–1907.

19

ACC0002011

The present site contains three structures constructed by the Bureau of Indian Affairs (BIA). They are believed to be the oldest Indian Agency buildings still standing in California. The BIA buildings include the school, the two-room agency office and the Indian Agent's quarters (or possibly the teacher's quarters). The site was declared a Historical Site by the Riverside County Historical Commission in 1970. Through the efforts of the tribe, the buildings and the site were placed on the National Register of Historic Places on May 17, 1973.

Apparently the Indians of the Torres-Martinez Reservation have been unable to secure adequate funding to restore the site. Even though the site may contain the oldest Indian Agency buildings in California, has been designated a Historical Site by Riverside County, and has been placed on the National Register of Historic Places, no funding for their restoration has been provided by the Federal Government, State of California or the County of Riverside.



*Martinez Indian School ... Courtesy of J. Denning*

20

ACC0002012



*Martinez Indian Agency ... Courtesy of J. Denning*

## REFERENCES

Anonymous, 1974, "Torres-Martinez Res. Restores Historic Site, Much Support Shown": *National Newspaper of Indian America, Coachella Valley Historical Society Archives #1601.*

Hoyt, Franklin, 1948, "History of the Coachella Valley": Masters Thesis at the University of Southern California; printed 1990 in *The Periscope* by the Coachella Valley Historical Society, pp. 28-32.

James, Harry C., 1960, *The Cahuilla Indians*: Western Lore Press, pp. 38-39 and 162-163.

Jennings, Bill, 1969–1970, "Save Old Martinez effort is under way": *Daily Enterprise*, Coachella Valley Historical Society Archives #537.

Nordland, Ole J. (Compiler), 1978, *Coachella Valley's Golden Years - History of the Coachella Valley County Water District*: Coachella Valley County Water District, pp. 14 and 110-113.

Strong, William D., 1929, *Aboriginal Society in Southern California*: reprinted 1972 by Malki Museum Press, pp. 43-49.

21

ACC0002013

# ANCIENT LAKE CAHUILLA
# AND THE FISH TRAPS

## INTRODUCTION

Many ancient lakes have occupied the Salton Sink area during the past two to three million years. During the late Miocene (c. 5.4 million years ago) through early Pliocene (c. 4.4 million years ago), the Salton Sink was a northern extension of the Gulf of California. By about the late Pliocene, the Colorado River developed a delta at its mouth large enough to cut the Salton Sink off from the gulf. The Salton Sink area has apparently remained separated from the gulf ever since.

The Salton Sink area has been the location of a number of large fresh water lakes since being cut off from the gulf. Most of these lakes have resulted from the shifting of the Colorado River. When the river flowed south off of the delta directly into the gulf, the Salton Sink area contained only small playas and salt marshes that developed when runoff from the surrounding mountains settled in low areas. However, when the river's course shifted northerly off of the delta, directly into the sink, a large fresh water lake would form. If the northern flow lasted long enough, the lake would fill to a level that would be determined by the spill point into the Gulf of California. This level would then be retained until the river shifted to the south again. If the level remained at a set elevation long enough, a beach line would develop.

When the river shifted away from the sink area, the large fresh water lake would begin to dry up because of the high evaporation rate common to this desert region. This would result in the formation of a small, or group of small saline lakes or salt marshes. In early historic times, small saline lakes and surrounding salt marshes occupied the lower portion of the Salton Sink up until 1905 when the Colorado River broke through to form the present day Salton Sea. The Salton Sea is able to maintain its presence, and even rise at times, because of the excess water brought in from the Colorado River for irrigation.

## ANCIENT LAKE CAHUILLA

What has been commonly called Lake Cahuilla was the last of the large fresh water lakes to occupy the Salton Sink area (de Stanley, 1966; Balch and Balch, 1974). This lake appears to have had a high water level of around 42 feet above mean sea level. The lake is believed to have remained at a full level until the river shifted around 500 years ago (Wilke and Lawton, 1975; Brown, 1985). Littlefield (1966) indicates that the lake was present until about 300 years ago. Dr. Tom Rockwell (1995) places the last high stand at between 1660 and 1680 A.D., based on Carbon-14 dating of peat found along the old shoreline. The high water level was maintained long enough to develop beach ridges in the alluvial fans and to cut small notched shoreline into the bedrock areas along the northwestern shore. Much of this old beach line can still be seen today.

Ancient Lake Cahuilla was probably not large enough to have been affected by large tides, like those of oceanic areas. This lake, however, was no doubt affected by winds in much the same way that the Salton Sea is today. Some paleo-wind directions can be postulated from 1) the distribution of pumice along the old shorelines, 2) the build up of local sand bar beach areas, and 3) the development of local tufa-covered bedrock areas along portions of the old shoreline.

22

1)  **Pumice**:  Large amounts of pumice were present along the eastern shorelines north of the town of Niland, California (Figure No. 1).  During the early and middle 1950s, my family and I gathered pumice from this area when we camped at the old hot mineral well near Frink Spring.  This pumice had a source at the volcanic fields near the southern end of the present day Salton Sea (Figure No. 1).  Its distribution would indicate a southwest-to-northeast prevailing wind direction or could result from a lake current pattern that would have been south along the west shore and north along the east shore (Figure No. 1).  Such a lake current pattern could have been developed by a paleo-wind direction of northwest-to-southeast, very similar to that found in the Salton Sea area today.

2)  **Sandy Beaches**:  Two large sandy beaches, or sand bars, are present along the northwestern shoreline area (Figure No. 2).  Both of these sandy beaches developed in an east-west direction at a nearly right angle change in the shoreline.  In both cases, they occupy the southern leg of the right angle bend (Figure No. 2).  The development of these sandy areas could have resulted from a near shore southerly flowing current.

3)  **Travertine**:  Travertine, a variety of calcium carbonate, is known to be deposited in areas where waters experience a loss of carbon dioxide, coupled with high evaporation rates and increased saturation levels (Chesterman and Kleinhampl, 1991).  Tufa, or porous travertine, is a variety of calcium carbonate commonly deposited along lake shorelines and/or by hot springs.  Tufa forms in crusty layers and is known to form rather rapidly in some hot spring areas (Chesterman and Kleinhampl, 1991).  The tufa deposits present at rocky points along the northwestern shoreline could have resulted from strong winds blowing from northwest-to-southeast.  If the winds were strong enough to push the lake waters to the south, thus lowering the lake levels in the north, these rocky point areas would have been exposed and subject to wave action.  The wave action at these point areas would have created a spray above the wave level, and this spray would experience a loss of carbon dioxide, coupled with a high evaporation rate, algal growth and an increased saturation level.  When the wind subsided and the lake level returned to normal, these tufa deposits would be covered by water and protected from weathering.  These tufa deposits would only have been exposed during the time when more tufa was being deposited.  Areas above the lake level would have been exposed to weathering all of the time.  Tufa was probably deposited above the normal lake level, but the constant weathering in this area removed it faster than it could be maintained.

## THE FISH TRAPS

The Fish Traps are located about eight miles south of the City of Indio and approximately two miles west of the town of Valarie Jean (Figure No. 1).  These Fish Traps consist of a series of rectangular-shaped stone weirs constructed along the old lake shores (Balch and Balch, 1974).  The stone weirs are constructed in a continuous line and share common side walls.  Like the sand bar beaches to the northwest and southeast, the Fish Traps occupy the southern limb of a nearly right angle bend in the shoreline (Figure No. 2).  This location would have been protected during storms rising out of the northwest when open portions of the lake would have been rather choppy.  The calm areas, or coves, would have been logical places for fish to congregate during such storms.

During the early stages of a strong wind out of the northwest, water would potentially have been piled up along the north-facing shores in the protected areas.  As the wind continued to blow, the lake waters would be pushed to the southern end of the lake causing a drop in water levels at the northern

23

ACC0002015

end of the lake. If fish were seeking calm waters in the area of the Fish Traps during a storm, they could easily enter the stone weirs when the waters rose and then be trapped when the water level fell.

There are a series of four main levels of nearly parallel stone weirs, with each level having a 6 to 8 foot difference in elevation. There is the possibility of some isolated stone weirs above the four main levels and some hollowed out areas below them. The evaporation rate for the present Salton Sea is estimated to be about 6 to 8 feet a year (de Stanley, 1966). Littlefield (1966) shows the average annual evaporation rate between 1948 and 1962 to have been around 5.8 feet. If one assumes the same evaporation rate for Lake Cahuilla, then these Fish Traps, or stone weirs, may have served their purpose only once per tier. The weirs appear to have been constructed by removing stones to produce a basin and then using the removed stones to construct the walls around the basin. By this presumed construction method, the exposed row of tiers would not have to be destroyed to build the new ones. The upper levels of Fish Traps do not appear to have been destroyed as the lake level dropped, supporting the above construction method.

The uppermost main tier of stone weirs is approximately eighty feet below the high water shoreline of Lake Cahuilla. The lower tier is some twenty feet below that. This means that a substantial amount of water had evaporated from the lake prior to the construction and use of the Fish Traps. The water in the lake may have even been brackish by the time it had dropped to the level at the Fish Traps.



*One of the Stone Weirs at the Fish Traps ... Courtesy of CVAS*

24

ACC0002016

There is an old aerial photo of the fish traps hanging on the wall of the Valarie Jean Date Shop. As indicated on the photo, it was taken by Mr. Dewey Moore from an altitude of about 2,200 feet, but no date is included. The photo shows three distinct sets of stone lined pits. The upper series are larger, fewer in number and more squared in shape than the lower two. The second series consists of more, but smaller pits than the upper ones. The lower series has the most pits, but they are the smallest of the group. There are 14 well-defined shorelines above the upper tier of fish traps and 5 to 7 poorly-defined shorelines above that. If each of the shorelines represents one year's evaporation, then the first set of Fish Traps was constructed about 19 to 21 years after the lake began to subside. I would like to thank the owners of the Valarie Jean Date Shop for allowing me to use the information from their photo.

One fish that is known to be able to tolerate brackish to salt water is the mullet. The mullet is a salt water fish that migrated from the Gulf of California into the Salton Sea by way of the Colorado River when the river broke through in 1905–1906 (de Stanley, 1966).

The area below the lower set of main stone weirs begins to flatten out and contains few rocks. There are a few cusp-shaped depressions scooped out of the soil below the lower main tier of stone weirs and just above the flat area. These depressions might have been associated with a last attempt to trap fish in this area. The flat area below the cusps is presently being farmed and would have probably been a muddy "Tidal Flat" when the lake level dropped. The position of the Fish Traps would indicate that the area was not suitable for trapping fish when the lake was full and fresh and was not usable after the water level dropped below the rocky shoreline. This drop in water level may have also made the water too saline for the type of fish being trapped.

Based on some of the ethnographic information available on the Desert Cahuilla Indians (Bean, 1975; Bean, Vane and Young, 1991; Hooper, 1920; Kroeber, 1908; Strong, 1929), the Indians wintered on the desert floor and collected food crops in the mountains during the summer. If the same patterns of life were practiced long ago when the lake was there, the Fish Traps should have been constructed during the winter months. This would have been when the evaporation was at its lowest and the local mountain runoff was at its peak, which would have permitted the lake level to have remained rather constant. When the summer season came and the people were away gathering food, the high evaporation would cause the lake level to drop. This drop in water level would have required a new set of traps to be constructed for the next winter season of fishing. The present Salton Sea usually reaches its high point in April and its low point in October (de Stanley, 1966).

A different time for using the Fish Traps can be postulated from information available on the present Salton Sea. In the Salton Sea today, biologists report that during August and September the bottom waters become deficient in dissolved oxygen. This dissolved oxygen deficiency produces a condition that forces the Corvina to seek depths of less than twenty feet (de Stanley, 1966). During this same period, there has been a reported heavy die-off of Gulf Croaker (de Stanley, 1966). If a similar bottom water condition existed in Lake Cahuilla after it dropped down to the Fish Trap level and not before such a drop, then fish would have been driven into shallow water during this time. This condition would have only lasted a couple of months, presumably August and September. This short duration for fish in shallow water could explain why the Fish Traps were not moved down as the water dropped.

25

ACC0002017

Eugene Shepard (1965) examined the stone features and concluded that they were the remains of a large Pueblo, which he called, "Fish Trap Pueblo." He described the apartment row as having six levels at the northern end and dwindling down to two rows at the southern end. He surmised that the rock walls were once coated with poles and mud, and that cottonwood beams had been used to support the roofs. He further correlated the nearby petroglyphs with pueblo clan symbols found elsewhere in the west.

B. E. McCown (1956 & 1964) examined the stone weirs and concluded that there was a good chance that they were "Fish Traps." He advocated a theory that the fish were drawn into the traps by food (bait) being placed in the pits. After being trapped in the pits, he also thought that the Indians may have used astringent plants to force the fish to the surface.

Regardless of which fishing scenario is considered, the Fish Traps appear to have been only used for a short duration, probably about four to six years. A short-term use of the Fish Traps is further indicated by the lack of any well worn trails between the traps and known habitation sites. No indication of any habitation site in the immediate area of the Fish Traps has been observed by the author or found in any reports. A number of well-defined trails can still be found that connected habitation sites in the desert with food gathering sites in the mountains. These trails were probably used on an annual basis for a century or more. If the indicated short-term use of the Fish Traps is correct, then this time of a "fishing culture" had only a limited impact on the life style of the local Indians who used them.

26

ACC0002018



Not to Scale

Site Location Map with
Current Directions & Pumice
Harry M. Quinn
Figure No. 1

27

ACC0002019



Sheltered Areas Containing
Sand Bars & Fish Traps
Harry M. Quinn
Figure No. 2

ACC0002020

# REFERENCES

Anonymous, 1986, *Map of the Salton Sea* (with soundings): Triumph Press, Inc., Los Angeles.

Balch, A. R. and Balch J. W., 1974, *Ancient Lake Cahuilla's Fish Trappers*: Published by the Balch's, 92 pages.

Bean, L. J. (Editor), 1975, *The Cahuilla Indians of the Colorado Desert: Ethnohistory and Prehistory*: Ballena Press, 73 pages.

Bean, L. J., Vane, S. B., and Young, J., 1991, *The Cahuilla Landscape - The Santa Rosa and San Jacinto Mountains*: Ballena Press, 116 pages.

Brown, James T.,1985, *Harvest of the Sun - An Illustrated History of Riverside County*: Windsor Publications, pp. 20-22.

Chesterman, C. W. and Kleinhampl, F. J., 1991, "Travertine Hot Springs, Mono County, California": *California Geology*, Volume 44, Number 8, pp. 171-182.

de Stanley, M., 1966, *The Salton Sea Yesterday and Today*: Triumph Press, Inc., Los Angeles, 128 pages.

Hooper, L., 1920, "The Cahuilla Indians": *University of California Publications in American Archaeology and Ethnology*, Volume 16, Number 6, pp. 315-380; Reprinted 1978 by Malki Museum Press.

Kroeber, A. L., 1908, "Ethnography of the Cahuilla Indians": *University of California Publications in American Archaeology and Ethnology*, Volume 8, Number 2, pp. 29-68; Reprinted 1978 by Malki Museum Press.

Littlefield, W. M., 1966, "Hydrology and Physiography of the Salton Sea, California": *U.S. Geological Survey Hydrologic Investigation Atlas* HA-222, 1 plate.

McCown, Benjamin E., 1956, "The Indio 'Fish Traps' Re-Examined": *The Masterkey*, p. 133.

McCown, Benjamin E., 1964, "The Indio 'Fish-Traps' Re-Examined": in McCown, B. E., 1964, "Collected Papers of Benjamin Ernest McCowan": *Archaeological Survey Association of Southern California Paper Number Six*, pp. 97-98.

Rockwell, Tom, 1995, Notes from lecture given at the Coachella Valley Archaeological Society (CVAS) meeting on March 17, 1995, on file.

Shepard, Eugene, 1965, "Fish Trap Pueblo": *Pacific Coast Archaeological Society QUARTERLY*, Vol. 1, No. 1, January, pp. 15 and 16.

ACC0002021

Strong, W. D., 1929, "Aboriginal Society in Southern California": *University of California Publications in American Archaeology and Ethnology*, Volume 26, pp. 36-86; Reprinted 1972 by Malki Museum Press.

Valarie Jean Date Shop, 1992, Photo of "Fish Traps" by Mr. Dewey Moore.

Wilke, Philip J. and Lawton, Harry W., 1975, "Early Observations on the Cultural Geography of Coachella Valley: in Bean, Lowell John (Editor), 1975, *The Cahuilla Indians of the Colorado Desert – Part 1: Ethnohistory and Prehistory*: Ballena Press Anthropological Paper Number 3, pp. 9-12.

30

ACC0002022

# SOME EARLY CAHUILLA INDIAN TRAILS
# IN AND AROUND THE SANTA ROSA MOUNTAIN AREA,
# RIVERSIDE COUNTY, CALIFORNIA

## INTRODUCTION

The principal area of this trail study is a Pinyon/Juniper covered flat cut by some broad to steep-walled dry washes. The area is bounded on the south by the crest of Santa Rosa Mountain, to the west by Palm Canyon, on the north by Asbestos Mountain and Black Hill, and to the east by Deep Canyon. The area, which is known as Pinyon Flats, now contains five subdivisions; these include 1) Pinyon Pines (Nightingale), 2) Palm Springs Alpine Village, 3) Pinyon Crest, 4) Spring Crest, and 5) Royal Carrizo.

The study area is in Riverside County and consists of over 20,000 acres of land located within Townships 6 and 7 South, Ranges 4 and 5 East; San Bernardino Base & Meridian (SBB&M). This study began about 1947, and is still continuing. It has had the help of a number of local residents, most of whom are no longer living. These people include Ernie Arnaiz, Karl Bennis, Val Bixby, Clarence Contreras, Elmer E. Dunn, Art Guanche, Wilson Howell, Jack Miller, Arthur Nightingale, Frank Steele, and Jim Wellman. Many of the early residents, some of whom are not listed, would show me the things they found while out hiking, prospecting, gathering firewood and/or collecting rocks ... and usually let me know where they were found.

## LOCAL TRAIL SYSTEMS

Evidence for three old Indian trails into the Pinyon Flats area from the Palm Canyon area has been found. One trail came up Potrero Canyon from Palm Canyon to Horse Potrero Spring, and another came up Palm Canyon to Horse Potrero Canyon and then to Horse Potrero Spring. From Horse Potrero Spring the trails branched out, with one branch heading up the north side of Asbestos Mountain, another heading over toward Dead Indian Canyon and a third heading around the west end of Asbestos Mountain, past what has been referred to as "Tub Spring," to Asbestos Spring. The main trail from Palm Springs to Vanderventer Flat continued up Palm Canyon past Omstott Creek, but at Omstott Creek another trail branched off and went up along the creek to Pinyon Flats. A little farther up, another trail branched off and went up the ridge to Ribbonwood, now Spring Crest. There were additional trails branching off to the west from the main Palm Canyon trail before it reached Vanderventer Flat, the site of the present Santa Rosa Indian Reservation. My grandfather, father and I did little work on the trail systems that went west from Palm Canyon. There are some additional trails leading into the Pinyon Flats area from this Palm Canyon trail that are yet to be verified and recorded.

Evidence for two old Indian trails into the Pinyon Flats area from the Palm Desert area has been found. One of these trails came up along Dead Indian Creek to Carrizo Creek, and then up along Carrizo Creek to Dos Palmas Spring. From here the trail split, with one branch going through the gap between Sugarloaf and Asbestos Mountain, and another going around the east side of Sugarloaf and then to Pinyon Flats. A second trail came up Dead Indian Canyon past Carrizo Creek to Grapevine Creek, and then up along Grapevine Creek to the east end of Asbestos Mountain. Near

31

ACC0002023

the palm oasis in Grapevine Canyon, the trail appears to have split, with one branch going to Dos Palmas Spring and the other going around the east end of Asbestos Mountain to Pinyon Flats. The main Dead Indian Canyon trail appears to have continued to the Potrero Spring area, with one branch going up the north side of Asbestos Mountain. There appears to have been a trail from Asbestos Spring to the top of Asbestos Mountain. This trail probably linked up with the two trails that came up the north side of the mountain and made up an additional route into the Pinyon Flats area.

There is evidence for a single trail into the Pinyon Flats area from the Little Pinyon/Pinyon Alto Flats area. This trail appears to have split into numerous trail systems in the Little Pinyon Flats area. One trail went toward Rockhouse Canyon, another went up the east end of Santa Rosa Mountain, a third went down Martinez Canyon, one branch went over the ridge and down Agua Alta Canyon, and another went up through the saddle between Sheep and Martinez Mountains and down along Bear Creek to La Quinta. An additional trail appears to have run along Guadalupe Creek from the saddle down to the Toro area. There seems to have been another trail from the desert up along Toro Canyon and over to the trail in Agua Alta Canyon.

There is evidence for at least one well-used trail from the Vanderventer Flat area to the Pinyon Flats area. The main trail came in along the northwest flank of Santa Rosa Mountain from the northern portion of Vanderventer Flat, now the Santa Rosa Indian Reservation, past Gabalon (later called Ribbonwood and now Spring Crest), into the Omstott Creek area of Pinyon Flats. At "Gabalon," three other trails joined this apparent major east-west trail. One of these trails came up over the northwest end of Santa Rosa Mountain from the southern portion of Vanderventer Flat, another came down the north face of Santa Rosa Mountain from the Stump Spring area, and a third one came up from the main Palm Canyon trail.

Evidence for another trail was found up on Santa Rosa Mountain. This trail appeared to run from the Virgin Spring area, west to the Mountain Home Spring area and then down the west end of Santa Rosa Mountain to the Vanderventer Flat area. There were apparently trails branching off of this trail in the Stump Spring area, with one going down the north face to the Ribbonwood area and one going over the ridge and down the south flank to Old Santa Rosa Village. Evidence for some additional trails down the north face of Santa Rosa Mountain has been found, but trail locations are still in doubt.

Portions of another trail were found in the Magnesia Spring Canyon area. Indications of a trail were followed up Magnesia Spring Canyon past the spring and falls area. Additional evidence for an old trail was found in the Palm Canyon area that ran up Dry Wash toward the upper end of Magnesia Spring Canyon. Although not followed all the way through, it appears that these two trail segments linked up to form a trail from the present Rancho Mirage area up Magnesia Spring Canyon, then to Dry Wash and finally ending up in the lower Palm Canyon area.

Based on the trail network that has been mapped for the Pinyon Flats area, the area was most heavily exploited by Pass Cahuilla Indians from the Palm Springs, Palm Desert, and Indian Wells areas. Additional exploitation of the Pinyon Flats area was made by the Desert Cahuilla Indians from the Torres Martinez-La Quinta area. Some use of the Pinyon Flats area by the Mountain Cahuilla Indians is also indicated. In addition to food gathering, the Pinyon Flats area may have also served as a trading, or "Indian Swap Meet," area. Additional trails into the Pinyon Flats area are no doubt

32

present, as some sketchy evidence for other trails has been found. Much more work still needs to be done on these trails systems.

## OTHER TRAIL SYSTEMS

The above local trail information was reviewed by Mr. Clarence Contreras, a local resident and old time cowboy who was herding cattle in the area during the late 1920s and 1930s. He recalled many of these old Indian trails being used to move cattle into and out of the Pinyon Flats area. He was able to confirm most of the above-mentioned trails. He was also able to add the following information about some of the trail systems as they continued outside of the Pinyon Flats area. The following trail information is mainly from conversations and interviews with Mr. Contreras.

Trails extended westward from the main Palm Canyon trail that went up Andreas Canyon, Murray Canyon, West Fork Canyon, Oak Canyon, Live Oak Canyon, and Bull Canyon. The Bull Canyon/Penrod trail turned off above "Bee Rock" and went up the west side of the canyon to the north end of Vanderventer Flat and then over to Kenworthy Valley, now called Garner Valley. This trail came out by the old Arnaiz family homestead and was used by them to move their cattle to winter pasture in the Pinyon Flats area. Another trail branched off by Hidden Falls and went west up past Live Oak Spring, then up behind the north flank of Butterfly Mountain to the Tripp Meadows area and finally over to the Garner Valley area.

There was a trail from Palm Canyon that ran east up Dutch Charly Canyon to the "Tub Spring" area. Here it apparently tied into the trail from Horse Potrero Spring to Asbestos Spring. My dad and I found portions of an old trail in the upper end of Dutch Charly Canyon near what Clarence referred to as "Tub Spring," but never returned to follow it down toward Palm Canyon. This was one of our suspected, but never verified, trails.

The main Palm Canyon trail continued up onto Vanderventer Flat, the Present Santa Rosa Indian Reservation. Near the site of the church on the reservation, an area that used to be a bog, the trail split. The west branch went to Sulphur Spring, and the east branch went around the southeast end of Santa Rosa Mountain to the "Old Santa Rosa Village" site. Just past Sulphur Spring, the west branch split again, with one branch heading west into Burnt Valley and another going south into Horse Canyon. The Horse Canyon trail continued down to "Turkey Track," the place where Horse Canyon, Nance Canyon and Tule Canyon come together to form Coyote Canyon, and then on down Coyote Canyon. A little over half way down Horse Canyon, another trail headed off to the west toward Terwilliger. Near Terwilliger, the trail split again with one branch heading south to Iron Spring in upper Tule Canyon and the other west into Durasno Valley. The Iron Spring branch went to Cooper Cienega and finally into Chihuahua Valley. The Durasno Valley branch headed into Tule Valley, over to Parks Valley (now Lake Riverside), then down through Wilson Valley to Reed Valley, then over to the head of Lewis Valley. At about the same location that the west trail branched off toward Terwilliger was another trail that went east toward White Wash and then into the Rockhouse Canyon Area.

The old Horsethief/Martinez Canyon trail (sometimes called the Cactus Spring Trail) had a branch that continued up Martinez Canyon and over the ridge into Rockhouse Canyon. Near the Rockhouse Village site, the old trail split with one branch going over to "Old Santa Rosa Village" and the other

33

ACC0002025

continuing down the canyon to Hidden Spring. At Hidden Spring, the trail split with one fork going down the canyon to Clark Dry Lake area and the other going up the bank to the west and over "Gueyette Flats" (now referred to as Jackass Flat) and up Dry Wash toward White Wash and finally into Horse Canyon. Near the upper part of "Gueyette Flats," another trail branched off and went over the ridge to Middle Willows area in Coyote Canyon. From Middle Willows, trails extended up the canyon toward Alder (Elder) Creek and down the canyon past "Monkey Hill" into Collins Valley. From this trail down the canyon, another trail turned off west of "Olla Rocks Ridge" that went over into One Thousand Palms Canyon. From Collins Valley there were trails up through Indian Canyon, Sheep Canyon and Cougar Canyon that went over into upper Palm Canyon (Borrego's Palm Canyon). From upper Palm Canyon there was a very steep trail that led into the "San Ignacio Indian Reservation."

The lower Rockhouse Canyon trail forked again just below Dry Creek, near the sharp bend. One branch went over the ridge into Box Canyon and then down to Coyote Canyon, entering just below Collins Valley. The other branch continued on down Rockhouse Canyon to the Clark Dry Lake area. The Clark Dry Lake branch may have gone east to Five Palm Oasis and then to the Salton Sea area. There was another trail from Rockhouse Canyon to Old Santa Rosa Village by way of "Star Valley." This trail went from Hidden Spring up over "Gueyette Flats" and then turned north off of that trail and went up through "Star Valley" and across Buck Ridge to Old Santa Rosa Village.

Mr. Contreras referred to another trail that went up the east end of Santa Rosa Mountain from Martinez Canyon past "Onion Spring" to the Stump Spring area. From the Stump Spring area, there was another trail that went south over the ridge and down to the site of Old Santa Rosa Village. This was probably an extension of the trail my father and I followed from the Virgin Spring area over toward the Mountain Home Spring area.

Another trail went up Alder Canyon (Elder Canyon on some maps) past the old Val Bixby Homestead and then into the Lost Valley area. At Lost Valley, the trail split with one branch heading into Chihuahua Valley and one going over into Cañada Agua Caliente Canyon and then down to Warner Springs. This trail intersected the old trail from Middle Willows to Turkey Track near the north end of Fig Tree Valley. There was a separate branch directly over past Mangular Spring to the Middle Willows area. The main Coyote Canyon trail went from Turkey Track down past Parks Valley, Fig Tree Valley, Alder Creek, Middle Willows, Collins Valley and out into the Borrego Valley. This main Coyote Canyon trail was probably the trail followed by Juan Bautista de Anza in 1774 and 1775.

There were some additional trails from the Anza Valley area into the Chihuahua Valley area, as the Bergman Family used to range cattle over in the Lost Valley/Chihuahua Valley area from their homestead west of Anza. The Bergmans used some of these old existing trails to drive their cattle from one area to another.

Mr. Contreras worked for Mr. George Morse when he had under lease and/or ownership most of the mountainous area from Ryan Field on the west to Lake Hemet on the east and the San Jacinto Valley on the north to the Anza Valley/Sage Area on the south. Many of the old Indian trails north of Anza were used to move cattle from one area to another. One of the trails used was referred to as "The Poison Oak Trail." This trail ran from near the prison camp (the old Bragg McDaniel Homestead) in Bautista Canyon to Juan Diego Flats. Another trail, called the Hixon Trail, ran north

34

from Reed Valley to Bautista Canyon. The Hixon Trail met up with the Rouse Hill Trail in Bautista Canyon. The Rouse Hill Trail ran up to the Pinto Mountain and Milky Spring areas. An additional trail, the Cholla Valley Trail, ran northwestward along Cholla Creek and ended up near what is now State Street and Newport Road in the Diamond Valley area. From Reed Valley there were additional trails to Juan Diego Flats and into the Hemet and Diamond Valley areas. There appears to have been a trail down Bautista Canyon, as well. The Bautista Canyon Trail ran from the Anza Valley north to the Valley Vista area of the San Jacinto Valley and was probably the trail used by Juan Bautista de Anza in 1774 and 1775.

The above-described trail network appears to have linked together regions occupied by the Pass Cahuilla, Desert Cahuilla, Mountain Cahuilla, Kumeyaay (Digueño), Cupeño, and Luiseño Indians. This trail network no doubt connected with other trail networks that linked the California Coastal region to the west with the Colorado River region on the east and the Mojave Desert region on the north with the Baja California region to the south.

Mr. Contreras could also remember the site of Ribbonwood, now Spring Crest, having been referred to as an Indian rancheria called *Gabelon* (Spanish for "hawk"). After the Indians left in the late 1800s, a corral was built near one of the springs, and the area was then commonly referred to as "Brush Corral." That Corral was probably built in the 1890s. Mr. Wilson Howell obtained the land in the late 1920s or early 1930s and built his dream home of Ribbonwood there. The site of "Gabelon Rancheria" was apparently located in the general area of the present service station. The Santa Rosa Indian Reservation was established in 1907. This reservation contains approximately 11,093 acres. The Gabelon Rancheria was apparently abandoned some years before this reservation was established. The reservation lands are a combination of Federal land and purchased private property. The purchased private property included the old Vanderventer Homestead at Vanderventer Flat. Mr. Contreras commented that he never heard his grandfather, Mr. Manual Arnaiz, ever mention encountering any Indians, other than those working for him, in the Pinyon Flats area after he arrived there around 1890.

## TRAIL MARKERS

As recently as the late 1940s through the late 1950s, many of the trails and trail segments could still be followed. Along these trails would be found broken pottery and stone trail markers. Some of these stone trail markers can still be found along with some occasional pottery fragments, even though the trails are now completely overgrown.

The stone trail markers appear to be present as three major types. The most common type is just a smaller rock placed on a larger rock. The next most common marker is a small rock placed on a larger rock that has been placed on yet a larger rock. The top rock on this stacked marker is near the center so as to form a pyramid-like structure. The third type is like the second one, with a small rock placed on a larger rock that has been in turn placed on a larger rock. In the third case, however, the top small rock is placed at one end of the next smaller rock to form a duck-shaped marker. Most of the multi-rock markers consist of two smaller rocks placed on a boulder, but a few have been found that have two smaller rocks placed on just a large cobble. This later type is usually found away from areas with boulders. Only a couple of markers have been found that have more than three rocks involved in their construction, and these may not have been of Indian origin. I believe that each of

35

ACC0002027

these trail marker types had a distinct meaning, but to date I have been unable to assign any set meaning to them.

My contact with many of the early residents helped me to find and follow many of these old Indian trails. People like Ernie Arnaiz, Elmer E. Dunn, Art Guanche, Wilson Howell, Jack Miller, Arthur Nightingale, Frank Steele, and Jim Wellman were all willing to help my efforts as a boy to remember history by telling stories and showing me things in the field.  In addition, I owe a great deal of thanks to Mr. Clarence Contreras and his wife, Marie (Taylor) Contreras, for sharing their earlier memories about the Anza/Santa Rosa Mountain Area with me.  Clarence first visited the Pinyon Flats area while herding cattle back in 1927.

### INDEX MAP SHOWING THE APPROXIMATE AREA
### IN WHICH THE TRAILS WERE LOCATED



Abbreviations: SBM, San Bernardino Mtns.; LSBM, Little San Bernardino Mtns.; DHS, Desert Hot Springs; IH, Indio Hills; MSJ, Mt. San Jacinto; SJM, San Jacinto Mtns.; PS, Palm Springs; PD, Palm Desert; I, Indio; MH, Mecca Hills; OM, Orcopia Mtns.; CM, Chocolate Mtns.; SJV, San Jacinto Valley; TP, Toro Peak; SRM, Santa Rosa Mtns.; CV, Coachella Valley; SS, Salton Sea; WHS, Warner Hot Springs; WV, Warner Valley; BS, Borrego Springs.

36

ACC0002028

# MR. WILSON HOWELL
## AND HIS RIBBONWOOD MOUNTAIN HOME

A major Indian trail ran from the Palm Springs area up Palm Canyon to the Vanderventer Flat area. This trail had a number of other trails branching off of it. Most of the branching trails went up side canyons; however, one branched off near what has been called "Bee Rock" and went up a ridge to Ribbonwood, now called Spring Crest. Mr. Howell probably first visited the Ribbonwood area by coming up the Martinez Canyon trail to the Cactus Spring trail and then across the south end of Pinyon Flats to the site. However, it was the Palm Canyon trail and the branch up the ridge that he used when he decided to move up to the area (personal communique from Mr. Howell). The trail sequence led to a series of permanent springs, one of which Mr. Howell tapped as a water source for his small log cabin and series of brush ramadas out near the highway. Mr. Wilson Howell probably used the unfinished road bed for Highway 74 to actually move up and established his Ribbonwood retreat. He originally had some other cabins at the site, one of which Mr. Stanley Ragsdale's family would occasionally rent from him (personal communique from Mr. Stanley Ragsdale). The other cabins were lost to a fire that started over toward Bull Canyon and burned over much of Santa Rosa Mountain. When I can remember the area, he had only the one log cabin, the ramadas, and an old stone fireplace left over from one of the burned cabins that was used as a picnic area. Mr. Howell made use of some of the other springs for watering his garden.

Mr. Clarence Contreras recalls the site of Ribbonwood as having been referred to by the old timers as an early Indian Rancheria called *Gabelon*, which is Spanish for "hawk" (personal communique). After the Indian rancho had been abandoned, and prior to Mr. Howell's obtaining the property, local ranchers erected a brush corral in a flat area near one of the springs. This corral was probably built in the late 1890s, and the spring used to water the cattle was probably the spring used by Mr. Howell for his cabin. The area was then commonly referred to as "Brush Corral" and was used as a stop-over point during cattle roundups from the Pinyon Flats area (personal communique from Mr. Contreras). Mr. Contreras does not recall Wilson Howell's being there in 1927 when he passed through the area on a cattle drive from the desert to Anza. He does, however, remember Wilson charging him and his fellow cowhand, Mr. Elmer Browning, 10 cents for a cup of hot Sanka in 1934.
Ribbonwood was not only on the upper end of a Palm Canyon side trail, but was also on an east-west Indian trail running from Vanderventer flat over to the Pinyon Flats area. At Pinyon Flats, this trail connected with other trails, including the Cactus Spring, Potrero Canyon, and Carrizo Canyon trails. This trail network was apparently still in use into the early 1940s for cattle roundups. Some of the trails were used in the late 1920s to early 1930s by rangers going from the Coachella Valley area up to their ranger stations at Vanderventer Flat (now the Santa Rosa Indian Reservation), Kenworthy, and Idyllwild (personal communique from Mr. Clarence Contreras, Ms. Kathy Kerby and her sister, Charolette, whose uncle, Mr. George Lyon, was one of the rangers). Mr. Lyon had been a good friend of Mr. Howell.

There is sketchy evidence for two additional Indian trails heading south from the Ribbonwood area. One of these trails appears to have gone southwest over the ridge to the southern portion of Vanderventer Flat. The other seems to have trended southeast past Wilson's garden and then up toward the Stump Spring area on Santa Rosa Mountain.

37

Portions of the east-west trail were later made into a wagon road that connected Vanderventer Flat with the asbestos mines in the Pinyon Flats area. This road served the Pinyon Ranch and ended back by Asbestos Spring. Some portions of this old road can still be found, but these segments are overgrown by moderate to thick growths of brush. Portions of the old wagon road were later developed into what is now Highway 74, the Palms to Pine Highway. According to Mr. Contreras, this highway was officially opened on July 4, 1932.

Mr. Howell had a number of metates and manos that he found while developing his Ribbonwood site. He had also found a number of pottery fragments, or shards, but never mentioned finding any complete ollas in the area. His garden area to the east-southeast of his home, was also an old Indian campsite. Mr. Howell was a vegetarian and preferred to raise his own organically grown fruit and vegetables. The garden he developed was able to supply his needs, as well as produce some for others and even some to sell. While clearing the area for his garden, he found some bedrock mortars and a number of manos, metates, and broken pottery. The garden area also produced a couple of unshaped pestles.

His garden area was originally enclosed by a six foot high fence made from a combination of barbed and woven wire. This fence was not very successful at keeping out the deer when they wanted to munch on his vegetables, fruit, or fruit trees. The garden was later fenced by an eight foot fence made from camouflage wire netting that he obtained from government surplus after World War II. This camouflage wire netting was the type used to hide large guns and equipment during the war. Mr. Howell also obtained other government surplus materials, including aircraft joysticks, metal tubing, and various lengths of rubber hose. Mr. Sid Diamond, Ms. Louise Teagarden, and various members of the Caldwell and Quinn families helped Mr. Howell put in and/or maintain a waterline from an upper spring down to the garden. This line was fed from a spring some distance up the canyon from the main spring and reservoir that normally served the garden. This reservoir doubled as a swimming hole during the summer months. The waterline was made by connecting the rubber hose segments together with the metal tubes and cut off hollow joysticks. This pressure line allowed Mr. Howell to install overhead sprinklers in his garden, which in turn allowed for more efficient watering. The hose connections were put together with twisted wire clamps, which would periodically come loose. This would mean a trip up the hill to find and repair the break.

A number of pottery fragments were found scattered along the pipeline route. I remember on one occasion finding enough pieces to reconstruct about two-thirds of a small (approximately .9 inch diameter) food bowl. Mr. Howell use to keep the partial bowl on his mantle. Mr. Howell gave me a large neck piece of a painted olla that he had found years earlier in Martinez Canyon.

Among the things grown in his garden were sunflowers. Some of these were over two feet in diameter. The sunflower seeds were a mainstay in his vegetarian diet. During the winter months he would carefully pull some of the seeds from the sunflowers, leaving the remaining seeds to form geometric designs. These designer sunflowers were one of the knick-knack items that he sold in his store.

38

Mr. Howell told me that he had been a turkey rancher back east, in upstate New York, I recall, and that he had to come west for his health. Wilson also had some dealings with the Wright Brothers of aeronautical fame. He moved to the desert and lived down there for awhile before finding his dream home up on the mountain. He also told me about his trips up Martinez Canyon while looking for his dream spot. Ms. Kathy Kerby was able to tell me where Mr. Howell had lived on Jackson Street, just south of Indio. She thought he lived there with a sister, Mrs. Josephine Carter, who Kathy thought might still be living in a rest home somewhere in the Indio area. Mr. Robert Tyler's family believed that Mr. Howell lived with his mother next door to Mrs. Carter, and that she was only a very close friend of the family. Mr. Tyler learned that Mrs. Carter had been living in a rest home in Indio, but had recently passed away.

I remember Mr. Howell's old green pickup truck that had part of the floorboards missing and only portions of the fenders remaining. I recall being able to watch the road through the holes in the floorboard when I would go with him to deliver fruit and vegetables to Dr. Kolish's place in Garner Valley and/or Mr. Poorman's place in Burnt Valley to collect oak leaf mold and mulch. It was Mr. Howell who taught me the basics of organic gardening and the importance of check dams for ground water recharge. Wilson had a whole series of rock and/or brush check dams over on his property. These were used to slow up the runoff and build up sandy areas so that water would soak in. The Ribbonwood area always had an ample supply of water while Mr. Howell occupied it, but now that there is no one to build or maintain the check dams, it will be interesting to see what happens to the ground water there.

Mr. Howell tried to greet everyone who stopped by his place. He usually wore a felt hat, and I can still remember his habit of tipping the hat and saying "How Do" to just about every woman who happened to stop by his Ribbonwood store or picnic area. Wilson was a real conservationist, and the only animal I ever saw him kill was a rattlesnake that almost bit him while he was working at one of his compost bins. He sent me back to the truck while he and Mr. Sid Diamond killed the snake. He did let me help him dispose of the snake in one of his worm bins.

Once, while returning from Burnt Valley with a load of oak leaves, we spotted a small fire along Highway 74 about a mile west of the entrance into the Santa Rosa Indian Reservation. I think this was in 1956, but I'm not positive of the date. We stopped and were able to put the fire out with the shovels we had with us. However, while we were putting that one out, another one had started down the road back of us, and it was too large for us to do anything about. The nearest telephone would have been Anza or Kenworthy Station, both of which were on the other side of the fire. Wilson said to get back in the truck, and he then drove over to the Indian Reservation to warn them about the fire. We met a sheriff's car near the entrance to the Reservation on our way out and were told that the fire had been reported, so we headed back to Ribbonwood to unload the truck. The smoke from the fire was apparently spotted by one of the fire lookouts, and the firefighters were able to stop it without any major damage. Mr. Howell told me later that a fire bug had set up a number of incendiary devices along the highway and that one of these had started the fires. They apparently found one of the devices still intact where it had failed to work.

Mr. Howell lived in a small two-room log cabin. The main room made up about two-thirds of the cabin and a small storage room on the east end, the other one-third of the cabin. The cabin was at the end of a dirt road that went south past the brush ramadas he had along the south side of the

39

ACC0002031

highway. One large brush ramada had served as Wilson's store, where he sold cold drinks, post cards, fruit, vegetables and some knick-knacks. This large ramada burned down, and he never rebuilt it. He did continue to sell things from his other smaller ramadas.

Mr. Howell also had some picnic areas up above and behind the ramadas. There were two skunks that roamed around the areas who loved to get into people's picnic food. These skunks never bothered Wilson, who could pick them up and gently toss them out of the way. Neither of the skunks had been deodorized, so one day when a picnicker swatted one of them off of a table it took him by surprise. It also made the picnic site unusable for some time. However, the skunks remained as a part of the local population.

Mr. Howell lived in the main room of the cabin, and Ms. Louise Teagarden used the smaller storage room when she was there. Both rooms had exterior doors, and though there was a connecting door between the rooms, it was usually blocked on one side or the other by boxes or furniture. It would have seldom served as an emergency exit from either room. Louise was a nurse or nurse's helper from the Whittier area who would come up and help Mr. Howell with chores, but spent much of her time out hiking around the countryside. She was a loner and would take her sleeping bag, back pack (containing some dried fruit, zweback toast, nuts and candy bars) and a one quart canteen and be gone for a week to two weeks at a time. She really knew the countryside in all directions from Ribbonwood. Occasionally she would stop by our cabin at Pinyon Flats on her way back to Ribbonwood from one of her outings. Only once can I remember her accepting a ride back to Wilson's, as her usual method was to stop by for a drink, rarely something to eat, and then she would continue her hike back. She never carried much water, so she had plotted numerous springs and seeps on a set of USGS topographic maps. These water sources had never been printed on any maps that I know of. This was an interesting set of maps, but I do not know what became of them.

Ms. Louise Teagarden went into Hemet to shop for Mr. Howell and herself back in December of 1959. She never returned to Ribbonwood, and the vehicle she was driving was later found up by the Gold Shot Mine. Mr. Howell told me that he thought she had left on her own accord, as she had apparently placed the radiator cap on the driver's seat, like he had taught her and my grandfather to do when they had drained the radiator. Her remains were found in Palm Canyon in the spring of 1991. When I read about the find in *The Desert Sun*, I knew it had to be Louise. I called the Riverside Sheriff's Department in Palm Desert to report who I thought it was, but I only received the run-around. I later found out that Mrs. Alice Townsend had received the same treatment when she heard about the find and called the Sheriff's Department in Palm Desert, probably the same day that I did. Two days later one of the retired sheriff's officers from the case confirmed that the remains were those of Ms. Louise Teagarden, and they accepted his opinion.

40

ACC0002032

# CAHUILLA OR LUISEÑO?
## LUISEÑO ROCK ART SITES NEAR THE TOWN OF IDYLLWILD, RIVERSIDE COUNTY, CALIFORNIA

## INTRODUCTION

Four pictograph sites near the town of Idyllwild in Riverside County, California, were examined and photographed. Three of the sites, Black Mountain, Strawberry Creek, and County Park, exhibit style and elements commonly found at Luiseño pictograph sites south of the City of Hemet. They also exhibit style and element similarities among each other. The Saunders Meadow site does not resemble any of the other three sites, either in style or elements. Only the Black Mountain site will be discussed in this paper for its style and elements.

## THE BLACK MOUNTAIN SITE

The Black Mountain site is located at an elevation of about 6,960 feet above mean sea level in the southwest quarter of section 14, Township 4 South, Range 2 East, San Bernardino Base and Meridian. The main panel is on a boulder face that trends North 5 degrees East and dips 45 to 50 degrees overturned to the east. A "Nested Hand" or "Bear Paw" design is located on the same rock, but to the right (south) of the main panel. The boulder face at this point trends about North 15 degrees West and dips 55 degrees overturned to the east. The entire panel is done in red paint and basically faces to the west. At an elevation of around 6,960 feet, this is the highest rock art site that I know of in Riverside County, and possibly the Southern California area.

There is a large flat-topped boulder about a hundred yards South 80 degrees West of the rock art panel. The top of this boulder contains a number of depressions that resemble bedrock mortars. However, most, if not all, of these depressions are rough, rather than smooth, and appear to be natural rather than man made. Similar depressions can be found in the tops and even on the sides of other boulders in the area and appear in abundance down on a ridge called "Metate Flat." These depressions appear to result from natural weathering rather than from Indian occupation; however, they would make good starts for mortars, or in some cases even metates.

There is a well-developed rock shelter about 150 feet east of the boulder containing the rock art. This shelter can be entered from two sides and has an arched ceiling. No rock art has been observed in this rock shelter; however, the ceiling appears to have been smoke blackened and possibly in recent times. There are some possible pits, or cupules, on a flat rock surface below and to the right (south) of the main panel. This area, which is below the "Nested Hand" or "Bear Paw" design, has been used recently by campers to build a fire on. I have not been equipped on any of my visits to this site to clean off this rock shelf and actually check it for grinding features and/or cupules.

The main panel is a Full-Bordered Type design (Quinn, 1978a and 1978b) that is made up of four different elements. The horizontal components are composed of two elements, a "Wavey Line" and a "Double Diamond Chain." The vertical components are made up of three elements, a "Nested V Chain," a "Double Diamond Chain" and a "Double Dot Chain." There is a single "Nested Hand" or "Bear Paw" element off to the right (south) of the main panel.

41

ACC0002033

## ELEMENT ANALYSIS

**HORIZONTAL ELEMENTS:**

1.  **"Wavey Line":**



This element occurs twice in the panel, both times as a horizontal element. The element forms the top line of the main panel and is present as a single element to the left (north) of the main panel (Figure No. 1). In the main panel it is 194 cm. long, overlaps the same element to the left (north) by 4 cm, and is separated from it by a 2 cm. gap. The "Wavey Line" on the left is 117 cm long.

This element has been seen at a number of Luiseño sites in the Diamond Valley area (Personal observations; Quinn, Shirar and Wheeling, 1976) and is reported from a number of other Luiseño sites (Steward, 1929; Heizer and Clewlow, Jr., 1973; True, Meighan and Crew, 1974; Smith and Turner, 1975). This element was also observed at a Mountain Cahuilla rock art site in the Hemet (now Garner) Valley area (Quinn, 1978a and 1981). The "Wavey Line" appears to be present at the Strawberry Creek and County Park sites.

2. **"Double Diamond Chain":**



ACC0002034

The "Double Diamond Chain" element occurs twice in the panel, once as the panel's bottom
horizontal element and once as the central vertical element in the main panel (Figure No. 1). As the
basal horizontal element in the main panel, it is made up of 21 "double diamonds" and is 99 cm. long.

This element has been seen at rock art sites in the Diamond Valley area (Personal observations;
Quinn, Shirar and Wheeling, 1976) and is reported from other Luiseño rock art sites (Steward, 1929;
Heizer and Clewlow, Jr., 1973; Smith and Turner, 1975).  A variation of this element was observed
at a Mountain Cahuilla rock art site near Bergman's Museum (Quinn, 1978a).  It is also present at the
Strawberry Creek and County Park sites.

**VERTICAL ELEMENTS:**

## 1. "Nested V Chain":



The "Nested V Chain" element occurs only once in the panel.  It forms the left (south) side of the
main panel and consists of 11 Vs nested one inside the other to form a chain-like design (Figure
No. 1).  The chain is 33 cm. long and extends down from a point 113 cm. right (south) of the left
(north) end of the "Wavey Line."  The bottom of the chain intersects the "Double Diamond Chain"
25 cm. to the right of its north end.

This element is present at the County Park and Strawberry Creek sites, as well as at a Luiseño site
near Radec, California (Personal observation), at a site near Murrieta (Keller and McCarthy, 1989)
and at the site of Molpa in San Diego County (True, Meighan, and Crew, 1974).  It was not found
at any of the Mountain Cahuilla rock art sites studied (Quinn, 1978a).

## 2. "Double Diamond Chain":



43

ACC0002035

The "Double Diamond Chain" occurs twice in the panel, once as the central vertical element and once as the basal horizontal element, as described earlier (Figure No. 1). The element consists of 10 "Double Diamonds" that form a chain 35.5 cm. long that extends down from a point 136 cm. to the right of the north end of the "Wavey Line." The bottom of this chain intersects the other "Double Diamond Chain" 55 cm. to the right of its north end. Other locations for this element type have been described earlier.

### 3. "Double Dot Chain":



The "Double Dot Chain" occurs only once in this panel, where it forms the right side vertical element of the panel (Figure No. 1). This element consists of 20 paired dots that form a chain 35 cm. long. It extends down from a point 158 cm. right of the north end of the "Wavey Line" and the bottom of this element intersects the basal "Double Diamond Chain" 76 cm to the right of its north end.

This element has been found at Luiseño rock art sites in the Hemet area (Personal observations), the Perris area (Steward, 1929; Heizer and Clewlow, Jr., 1975; O'Connell, Wilke, King, and Mix, 1974; Smith and Turner, 1975), and the Murrieta area (Keller and McCarthy, 1989). It is also present at the County Park and Strawberry Creek Sites.

<u>OTHER:</u>

### 1. "Nested Hand" or "Bear Paw":



The "Nested Hand" or "Bear Paw" element occurs only once at this site and it is located as a single element 16 cm. up and 40 cm. to the right (south) of the right end of the "Wavey Line" element in the main panel. The palm portion of the "hand" is 8 cm long and is done around an inclusion in the rock. The total element is 7 cm. wide and 14 cm. long.

This element has been found at a couple of Luiseño rock art sites south of Hemet, at one Mountain Cahuilla site in Hemet (now Garner) Valley and at two Pass Cahuilla sites near Palm Springs (Personal observations).

44

ACC0002036

## DISCUSSION

No published record of the Black Mountain Rock Art Site has been found. The County Park (Riv-18) and Strawberry Creek (Riv-24) sites are shown in Steward (1929) and Heizer and Clewlow, Jr. (1973).

The Black Mountain Site, as well as the County Park Site and Strawberry Creek Site, is a Full Bordered Design type (Quinn, 1978a and 1978b). In the Full Bordered Design, the vertical elements are bounded both top and bottom by horizontal elements. The Full Bordered Designs are common to Luiseño rock art sites in the Hemet and Perris areas of the San Jacinto Valley (Personal observations). This type of design, as well as the contained elements, fit well with the descriptions of the rock paintings associated with the Luiseño "Girl's Coming of Age Ceremony" (Dubois, 1908; Kroeber, 1925; Strong, 1929). Campbell Grant (1967) figures the Strawberry Creek Site as being a typical rock painting associated with the Luiseño "Girl's Puberty Ceremony." No Full Bordered Designs were found at any Mountain Cahuilla sites (Quinn, 1978a) or Pass Cahuilla site reports or at any Cahuilla sites yet examined (Personal observations).

A review of the USGS Topographic maps (Banning, Hemet, Idyllwild, and Palm Springs Quadrangles), Scale 1:62,500, shows that the major drainage from the Idyllwild area, such as Indian Creek, North Fork of the San Jacinto River, and Strawberry Creek, flow into the San Jacinto Valley. The San Jacinto Valley is shown to have been occupied by the Luiseño Indians (Kroeber, 1925; Strong, 1929). It is likely that during Spring and Summer hunting and gathering activities, the Luiseño Indians followed the major drainages up from the San Jacinto Valley into the Idyllwild area. These drainages would provide direct access into the area, and the access would be less steep than most routes into the same area from the pass or desert side of the San Jacinto Mountains.

The use of these drainages by Indians from the Soboba Reservation in the 1870s is documented in notes by Shasta Tripp (Reed, 1967, p. 110) when he settled near the site of present day Valle Vista. The Indians were seen taking their pack animals along to carry back the acorns gathered from Strawberry Valley, now called Idyllwild. He noted, "At that time there were no roads up that side of the San Jacinto Mountains, so the acorns were transported over an old Indian trail, that white man has no knowledge of how many centuries it may have been in use."

## CONCLUSIONS

The Black Mountain Rock Art Site near the town of Idyllwild exhibits both style and element similarities to rock art sites found near Luiseño occupied village sites in the Hemet and Perris areas of the San Jacinto Valley. Based on the rock art style and elements, the panel appears to have been related to the rock painting portion of the "Girl's Coming of Age Ceremony." This rock art style, Full Bordered Designs, can not be shown from any known Mountain or Pass Cahuilla rock art site visited or found in the literature. It is suggested by the Black Mountain Rock Art Site, as well as the County Park Site and Strawberry Creek Site, that the Idyllwild area of the San Jacinto Mountains was originally occupied by members of the Luiseño Indian group rather than by members of the Cahuilla Indian group.

45

ACC0002037



BLACK MOUNTAIN ROCK ART SITE

Left Side of Panel

Main Panel

(Traced from Photographs)

Figure 1

ACC0002038