NOTE:

Since the original publication of these occasional papers, Mrs. Katherine Siva Saubel pointed out that the Cahuilla have names for many areas within the Idyllwild region, and that it was originally Cahuilla territory. She further indicated that the Idyllwild region may have been occupied by the Luiseño after the arrival of the Spanish. Three of the rock art sites examined in the region have characteristics of Luiseño rock art panels commonly assigned to the Luiseño Girls Coming of Age Ceremony (Dubois, 1908; Kroeber, 1925; Strong, 1929). White (1963) indicates that the diffusion of the Chungichnish religion inland from the California coast probably took place after the founding of the Mission San Luis Rey in 1798. If this is correct, this may place a beginning date on much of the Luiseño rock art as being in the very late 1700s, or more likely very early 1800s. The ethnographic data would indicate that by the 1850s, the Chungichnish-related ceremonies were on the decline, and by the late 1800s were considered to be gone altogether. If the rock painting portion of the Girl's Coming of Age Ceremony was a part of the Chungichnish religion, then much of the rock art present in portions of western Riverside County (that which appears to relate to this ceremony) probably dates from between the early-to-middle 1800s.

This could mean that most of the rock art found in the Idyllwild region is less than 200 years old. Such an age would be compatible with the preservation state commonly associated with these rock art panels. Many of these unprotected sites have faded over the past 30 years that I have been going to view them, supporting the idea that many of these sites may not be over 200 years old. This could also fit with what Mrs. Saubel said about the occupation of this area.

ACC0002039

# REFERENCES

Dubois, Constance G., 1908, "The Religion of the Luiseño Indians of Southern California": *University of California Publications in American Archaeology and Ethnology*, Volume 8, Number 3, pp. 69-186, plates 16-19.

Grant, Campbell, 1967, *Rock Art of the American Indian*: Promontory Press.

Heizer, R. F. and Clewlow, Jr., C. W., 1973, *Prehistoric Rock Art of California*: 2 Volume Set; Ballena Press.

Keller, J. S. and McCarthy, D. F., 1989, "Data Recovery at the Cole Canyon Site (CA-RIV-1139) Riverside County, California": *Pacific Coast Archaeological Society Quarterly*, Volume 25, Number 1, pp. 16-20.

Kroeber, A. L., 1925, "Handbook of the Indians of California": *Bureau of American Ethnography Bulletin 25*; reprinted 1976 by Dover Publishing, Inc.

O'Connell, J. F., Wilke, P. J., King, T. F. and Mix, C. L., 1974, *Perris Reservoir Archaeology - Late Prehistoric Demographic Change in Southeastern California*: State of California - Resources Agency, Department of Parks and Recreation.

Quinn, Harry M., 1978a, *Some Mountain Cahuilla Rock Art Sites in Southern California*: Unpublished Term Paper for X499 Class at UCLA.

_____ 1978b, "A Classification of Pictograph Types in Southern California": *The Master-key*, Volume 52 Number 4, pp. 143-146.

_____ 1981, "Two Unusual Mountain Cahuilla Rock Art Sites in Riverside County, California": in Bock (Editor), *American Indian Rock Art*, Volume VI, pp. 118-129.

Quinn, H. M., Shirar, L and Wheeling, M. E., 1976, *The Avery Canyon Pictograph Site, Riverside County, California*: Unpublished Term Paper for X420D Class at UCLA.

Reed, Lester, 1967, *OLD-TIMERS of Southeastern California*: Citrograph Printing Co., p. 10.

Smith, G. A. and Turner, W. G., 1975, *Indian Rock Art of Southern California*: San Bernardino County Museum Association.

Steward, Julian H., 1929, *Petroglyphs of California and Adjoining States*: University of California Publications in American Archaeology and Ethnology, Volume 24, Number 2.

Strong, William D., 1929, "Aboriginal Society in Southern California": *University of California Publications in American Archaeology and Ethnology*, Volume 26, Number 1; Reprinted 1972 by Malki Museum Press.

True, D. L., Meighan, C. W. and Crew, H., 1974, "Archaeological Investigation at Molpa, San Diego County, California": *University of California Publications in Anthropology*, Volume 11.

White, Raymond C., 1963, Luiseño Social Organization: University of California Publications in American Archaeology and Ethnology, Volume 48, Number 2, pp. 91-194, 2 figures in text.

ACC0002040

COACHELLA VALLEY ARCHAEOLOGICAL SOCIETY

OCCASIONAL PAPERS NO. 2

# A Brief History of Water in the Coachella Valley

U. S. Indian Service Irrigation Projects
in the Palm Springs Area
by Robert C. Tyler

Cahuilla Walk-in Wells
by Harry M. Quinn

Ground Water in the Coachella Valley—
Past and Present
by Harry M. Quinn

ACC0002041

ACC0002042

# U.S. INDIAN SERVICE IRRIGATION PROJECTS
# IN THE PALM SPRINGS AREA
## by Robert C. Tyler

## Introduction

The California gold rush of 1849 started a massive influx of miners and fortune-seekers to the newly acquired U.S. Territory. With statehood in 1850, California was well on its way to becoming America's promised land. The lure of mineral wealth, a growing economy, and rich farmland for homesteading brought thousands to California. During these early years, little consideration was given to the state's indigenous population. In 1884 with the publication of Helen Hunt Jackson's book, *Ramona*, a period of increased awareness of the sad plight of California's native peoples began. Before the coming of the Europeans, the Indian economy consisted of farming, hunting and collecting of wild foods. Each village relied on its surrounding lands as a source of food and materials. Tribal lands were held collectively, and boundaries between groups were well known. Under Spanish rule, many of the tribal lands were included in large land grants but remained largely unaffected. However, after California became a U.S. Territory, large pieces of these land grants, including tribal lands, were deeded to the Southern Pacific Railroad Co. or sold to American settlers and businessmen. Since the concept of individual exclusive land ownership was unknown to these native groups, it was not understood that a village occupied for hundreds of years could be purchased by outsiders, thereby enabling the new landowner to force them from their ancestral lands.

Although there were several early attempts in Congress to establish Indian reservations in California, protests from settlers prevented any of these bills from being passed. In 1875 by executive order, President Ulysses S. Grant established nine small Indian reservations in Southern California, including the Agua Caliente, Cahuilla, and Morongo reservations. The following year, six additional reservations were added, and enlargements were made to the Morongo and Agua Caliente reservations. Although badly needed, these early reservations had a number of serious problems. They were not surveyed, there was no federal supervision, and native peoples had no legal rights under California law. Settlers continued to encroach on Indian lands, and in many cases took over control of water sources. With a rising number of lawsuits by Native Americans and concerned citizens groups, the government sought to pass legislation to correct some of the shortcomings of the reservation system.

In 1891 President Benjamin Harrison signed *"An Act for the Relief of the Mission Indians."* A three-man committee was formed to study the problems of native groups and to recommend changes and additions to the reservation system. The so called "Smiley Commission," made up of philanthropist Albert K. Smiley, Indian rights advocate C. C. Painter, and businessman Joseph Moore, made a series of detailed studies of native groups in Southern California. From these studies the committee recommended that between 30 and 33 new reservations be established, that a detailed survey be made of each reservation, that water rights be established for each reservation, and that where feasible, land be developed for farming or raising livestock. Water development projects would be built and government agents would be provided to teach Indians improved methods of farming. In keeping with the Daws Act, after 25 years the lands were to be allotted to individual tribal members.

51

ACC0002043

## Goals of the Irrigation Projects

Surveys were carried out to evaluate each reservation's agricultural potential. Water rights were established for each reservation. Where practical, water sources and arable lands adjacent to reservations were acquired. An excerpt from the Smiley report reads: "*In Southern California the water supply is an important matter. Its use can be greatly economized by the adoption of method and system in the laying out and the construction of the reservoirs and irrigating ditches. The Indians are good ditchers and have great skill in the building of irrigating ditches, but they do not possess the technical knowledge that will enable them to plan a system of irrigation that shall provide for an economical use of water by so many families as will need it in some of the reservations proposed by us, and so we recommend that there be employed a competent water engineer to plan systems of irrigation for them.*" The next step in the process was to improve the irrigation systems and to provide the reservations with government farmers to teach the Indians improved methods of farming and irrigation.

## Irrigation and Irritation in Palm Springs

Surrounded by desert, the village of Agua Caliente (Palm Springs) has been blessed with an abundance of water. Hot mineral springs bubble up from a splinter of the Palm Canyon fault, reaching the surface at a temperature of about 110 degrees. Several large canyons provide an abundant seasonal flow of fresh water from the mountains to the south and west. The waters of Palm Springs have long attracted visitors to the area and with them, problems began. In November of 1887, only three years after the first white settler J. G. McCallum arrived, Joseph Preston, then Indian agent for the Mission Indians of California, investigated a report of trespass on Palm Springs Indian lands. Preston subsequently reported that water from Andreas Canyon, used by the Cahuilla from time immemorial, had been diverted from its original channel by a flume and taken 3/4 of a mile across the reservation onto lands of the Garden of Eden Co.

Meanwhile back at the hot spring, the situation was no better. Problems were erupting between the Cahuilla and their first lessee. In 1886 Dr. Wellwood Murray opened the town's first hotel and sanitarium. With his hotel located across the street from the mineral hot spring, Dr. Murray negotiated a lease for its use by his guests. The terms of the lease soon became a lengthy source of irritation and misunderstanding for both Dr. Murray and the Cahuilla. The responsibility to find an equitable solution to the various controversies fell to the Indian Service. In an effort to stem the tide of complaints by both sides, the Indian Service proposed a series of projects to ease the water problems.

52

ACC0002044

## The Garden of Eden (Andreas Canyon) Project

In the early 1880s, B. B. Barney of Riverside, California, purchased land from J. G. McCallum to establish the Garden of Eden Co., a large housing development to be built on a biblical theme. Indian agent Joseph Preston investigating charges of trespass, found that a flume had been built to carry water from Andreas Canyon to the site of the proposed project. When questioned about the flume, Mr. Barney claimed that he had bought water rights from the Indians along with the land. Later, agent Preston stated that the Garden of Eden Co. had agreed to pay the Indians $75 for the right of way across Indian lands. He proposed that the Company furnish the Indians with water from the flume. Nevertheless, the development was never built.



*Manufacturing Cement Pipe on "Garden of Eden" Property (Circa 1911)*

In 1907 the Barney property was purchased by the government for the benefit of the Agua Caliente Indians. Mr. Barney sold the government his 600 acres of land, as well as all his interests in the water from Andreas Creek for the sum of $6,000. The ranch consisted of Section 35, together with the low water flow of Andreas Creek. In addition, an eight-inch pipe of riveted sheet steel about a mile in length was included in the purchase. This pipe was installed in 1893 to conduct water from the canyon down the steep talus slope to Section 36.

Because the land crossed by the pipe was agriculturally worthless, it was decided to construct an extension of concrete pipe to irrigate a tract of arable land in Section 26. In 1909, 1,720 feet of 10" pipe was laid.

53

ACC0002045

During 1911, a small concrete diversion dam was constructed in Andreas Canyon at the head of the steel pipe, and during that year and subsequent years, the pipeline was extended 13,040 feet farther, using 12" and 10" concrete pipe with one short 8" lateral.



*Digging Ditch for Pipe from Diversion Dam at Andreas Canyon (Circa 1911)*

ACC0002046



*Forms in Place for Diversion Dam at Andreas Canyon (Circa 1911)*



*Finished Diversion Dam at Andreas Canyon (Circa 1912)*

55

ACC0002047

## The Tahquitz Project

The earliest record of a ditch bringing water from Tahquitz Creek to the village of Agua Caliente, was one constructed about 1830 by local Cahuilla. This early canal was built in the same approximate location as the later Tahquitz Ditch. From the time that settlers began to build houses and farms near Tahquitz Creek, various seasonal ditches were dug to divert water for irrigation. These ditches were poorly constructed, and no effort was made to consult the Indians about the use of their water.



*Indian Service Engineers at Tahquitz Falls*
*(Photo Courtesy of Palm Springs Historical Society)*

56

ACC0002048

A letter from the Indian Service office in Los Angeles to the Commissioner of Indian Affairs, dated May 25, 1915 stated, "*It is not difficult to understand that, in this mad rush for land and water, the rights of the Indians must have been frequently disregarded and gross injustice may even been done at times. The setting aside of the Agua Caliente Reservation at an early date probably saved these people from being forced out all together.*" The first irrigation work undertaken by the government at Palm Springs is believed to have been the construction of cobble-stone ditches at Tahquitz and Andreas Canyons in 1906. Although it was generally conceded that the Indians were entitled to 40 miner's inches* of the low flow of the water of Tahquitz Creek, owing to seepage and evaporation losses in these early ditches, it was seldom that any water reached the reservation during low season.

Before anything could be accomplished to improve the water supply to the reservation, it was necessary to establish the rights of the several water users. Accordingly, a contract was drawn up setting forth the respective rights of the Cahuilla and white settlers and the division of the water belonging to the settlers among their several owners. Under the terms of this contract, the settlers agreed to the division as set forth in consideration of the improvements to be made in the ditch, from which they would receive benefits, as well as the Cahuilla. As stated in the contract, the first 40 California miner's inches* of the low water flow of Tahquitz Creek belonged to the Cahuilla, the second 40 inches to the settlers, and the balance of the flow was divided on the basis of two-thirds to the Cahuilla and one third to the settlers.

A small diversion dam was constructed in the old irrigation channel, thus effecting quite a saving in the length of conduit. The diversion dam was provided with a weir, leaf trap and head-gate. From the head-gate, a pipeline 2,870 feet in length leads northward across the rough slope to the head of the stone lined ditch. This pipeline consists of concrete pipe of 14", 12" and 10" diameter having a capacity five second feet. The stone-lined ditch is 4344 feet in length and has a trapezoidal section, with 1.5 feet bottom width and a depth of 1.5 to 2.0 feet. Its capacity is ten second feet (10 feet per second). This excess of capacity of the ditch over the pipeline permits the turning of water from the old irrigation ditch directly into the head of the ditch during periods of high water. Several checks and turnouts were provided along the line of the ditch, each with an individual weir so that an accurate check could be kept on the quantity of water supplied to irrigators. The end of the ditch was a reservoir near the hot spring just inside the boundary of Section 14 near the Agua Caliente Village.

* See #4 on p. 63 for definition of miner's inches.

ACC0002049



*Diversion Dam in Tahquitz Canyon ... Beginning of Tahquitz Ditch*

ACC0002050



*Looking East from Tahquitz Canyon*
*(Circa 1912)*



*Looking North*
*Digging Ditch for Cement Pipe to Tahquitz Ditch*
*(Circa 1912)*

59

ACC0002051



*Pond at Beginning of Stone-Lined Ditch (Circa 1912)*
*Photo Courtesy of Palm Springs Historical Society*



*Dipping Water from Completed Ditch (Circa 1920)*
*Photo Courtesy of Palm Springs Historical Society*

60

ACC0002052

## Conclusion

With the coming of Europeans, particularly American settlers, the Cahuilla were no longer able to support themselves by their traditional methods of hunting and gathering. To survive, the Cahuilla had to rely chiefly on farming and cattle ranching, both as a means of providing food for themselves and as a way of gaining needed income through sales of excess crops and beef. This change forced the Cahuilla to be more reliant on the land surrounding their villages. Culturally, the Cahuilla were impacted by the loss of their hunting and gathering traditions because many of their ceremonies—particularly coming-of-age ceremonies—dealt with hunting and gathering. The Indian Service irrigation projects were successful in providing the Cahuilla in Palm Springs with a more reliable source of irrigation water, thereby enabling them to farm and raise cattle more effectively. Prior to these irrigation projects, the Cahuilla often worked as farm laborers and ranch hands, but had little opportunity to farm or ranch for themselves. With additional land and water provided by the Smiley Commission, the Cahuilla at last had a chance to farm and raise cattle for themselves. In addition, establishment of water rights did a great deal to stem the tide of encroachment on reservation lands and served to stabilize reservation life.

Just how successful these irrigation projects proved to be depends on whose account you read. In a letter from the Cahuilla Tribe to the President of the United States, the Cahuilla complained that since the Tahquitz ditch first crossed property owned by White settlers, they weren't getting as much water as agreed to. Since the ditch ended in a reservoir next to the bath house on section 14, the Cahuilla were at the end of the line; therefore, anything that fell into the ditch floated down to their reservoir—including dead animals, garbage, etc. There was also a problem with sand plugging the pipes. I have found letters reminding property owners to clean out their section of the ditch. Again, since the Cahuilla were at the end of the line, they were the ones most seriously affected. On the other hand, the Tahquitz ditch and Andreas Canyon projects were far more successful than previous attempts at supplying water. A government report dated 1917 states that the Cahuilla had begun to make extensive use of improving irrigation facilities, growing crops of potatoes, melons, apricots, figs citrus fruit and alfalfa.



*McCallum Groves ... Photo Courtesy of Palm Springs Historical Society*

Shown here is a photo circa 1890 of the original Mc-Callum groves of oranges, grapes, apricots and alfalfa.

61

ACC0002053

## Some Questions and Answers

**#1: Why did the Indian Service go through all the trouble of building a ditch which stretched from Tahquitz Canyon to the center of Palm Springs? Why didn't they just dig wells? Didn't they know that there is a lot of water below the surface?**

Although the Indian Service could have dug a well, the ditch was an excellent "low tech" solution to their irrigation problem. There was a lot of water in Tahquitz Creek; the water was of excellent quality and usually ran year around. Since the ditch was gravity flow, no expensive pumps were required. Palm Springs didn't have electricity until 1923; therefore, a pump would have required fuel shipped by railroad and wagon. Also, the Cahuilla were familiar with irrigation ditches and, therefore, would have had few difficulties in operating the gates, etc.

**#2: Where did Palm Springs residents get their water before the Tahquitz Ditch was constructed?**

Originally the Cahuilla used water from Andreas and Tahquitz creeks. In the 1880s the Palm Dale Water Co. constructed a ditch which led out of Whitewater Canyon south through Palm Springs. There were also ditches and a pipe which led north from Andreas Canyon. Early maps of the Palm Springs area seem to indicate that there were many seasonal ditches which appeared and changed from year to year. Certainly the early ditches were constructed by the Cahuilla to irrigate their crops. Some of the later ditches may have been constructed by the Cahuilla, as well.

**#3: Did the Cahuilla farm and use irrigation?**

Yes, the Cahuilla were successful farmers for many centuries. The Smiley Commission Report describes the Cahuilla as *"excellent ditchers."* In a letter from the Cahuilla tribe to the President of the United States, the Cahuilla stated *"If we have water we don't need anyone to teach us how to plant and raise products. We have always raised our own food. The Indian is by nature a farmer. Give us water and we can spare the government the expense of a farmer on our reservation."* From old maps and early accounts, it appears that the Cahuilla cultivated and farmed plots of land near creeks. Seasonal floods washed down rich top soil which provided fertile ground for crops. Land was cultivated, crops were planted, and ditches were dug to provide irrigation.

62

ACC0002054

**#4:   The contract between the Indian Service and the white settlers of Palm Springs called for the first 40 "California miner's inches" to go to the Cahuilla and the second 40 California miner's inches to go to the white settlers. What is a California miner's inch and how much water is 40 miner's inches?**

A California miner's inch was a convenient measurement used for determining the amount of flow in a small stream.  Originally it was determined by damming the stream with a special board which had an adjustable slot one inch high.  The sliding adjustment could then be opened to allow water to flow through until the normal flow of the stream was reached; the opening could then be measured in inches to give the number of miner's inches.  This was never an exact measurement, but could be used for rough calculations. One California miner's inch is about 9 gallons per minute.  Fifty miners' inches is about 1 cubic foot per second, or 1 cfs.  Forty California miners' inches is about 360 gallons per minute.

**#5:   How long was the Tahquitz Ditch used?**

About 10 years—from 1914 to 1924.

## References

Burgess, Larry E., 1988, "Commission to the Mission Indians 1891," *SBCMA*, Spring, 1988.

Council of the Cahuilla Tribe of Indians, Palm Springs, Ca., 1914 Letter to the President of the United States of North America concerning water problems in Palm Springs.  Pacific Northwest Regional National Archives, Seattle, Washington, p. 3.

Ringwald, George B., "The Agua Caliente Story," Riverside *Daily Enterprise*, October 1957.

U.S. Indian Service Irrigation Dept., 1911 Agreement with land owners for use of water from Tahuitz (sic) Ditch in Palm Springs, Pacific Northwest Regional National Archives, Seattle, Washington, pp. 2-4.

U.S. Indian Service Irrigation Dept., 1915 Report on water supply at Palm Springs, Pacific Northwest Regional National Archives, Seattle, Washington, p. 2.

U.S. Indian Service Irrigation Dept., 1915 Report on Palm Springs water projects, Pacific Northwest Regional National Archives, Seattle, Washington, pp. 7-11.

## Acknowledgments

The author is indebted to the following persons for their assistance: My cousin, **Donald Makosky**, who was kind enough to give me several photo albums containing many pictures of Indian Service Projects, and **Dr. Lowell J. Bean** of Palm Springs, who advised me as to the locations of C. R. Olberg's various files on government irrigation projects.

63

# CAHUILLA WALK-IN WELLS
## by Harry M. Quinn

The Desert Cahuilla walk-in wells were hand dug and appear to have been a distinctive invention of this native group. The wells were said to have been hand dug by Desert Cahuilla women as sources of domestic water so that some of their villages could be located out in the sandy desert areas. The walk-in wells appear to have been somewhat key-shaped from an aerial view. These wells had sloping sides, were conical to funnel shaped, were 10 to 30 feet deep, and had access provided by a set of sloping steps cut in from one side or a notched pole (ladder) that extended from above the surface of the well to the bottom. Water had to be dipped from the well and placed into ollas or buckets and then hand carried back up to the desert floor for use, unless the water was just being used for drinking by the person entering the well. While these wells offered a permanent supply of water, the water entered these wells at a relatively slow rate (Williamson, pp. 95-96 and Hoyt, pp. 18, 19, and 28). Based on the seepage rates indicated by travelers, it could take hours just to water a team of horses (Hoyt, p. 28).

One of the more noted Desert Cahuilla hand dug walk-in wells was located in the Whitewater River bed just north of Point Happy. The well was located in what is now the city of Indian Wells, a city that took its name from this well (Hamilton, p. 15). Mr. Williamson (p. 96) referred to the site as Deep Well, or *'Pozo hondo,'* and described the well near Point Happy as follows:

> *"It was at the base of a high sand-drift, and about twenty-five feet deep, but contained little water. It was wide at the top, but became smaller towards the bottom, being a funnel-shaped depression. The water was obtained by means of steps cut in the sides of the pit, the clay having hardened by drying so as to be like stone. This excavation appeared to have been made by the hands of Indians, for there were no marks of implements, and the clay that had been removed appeared to have been taken out while very moist and plastic. It is probable that it has been gradually formed, a little clay taken out every season, or as often as the water failed or became very low. The soil for the whole depth of the well consisted entirely of fine, bluish clay, with a little sand. The surface of the ground was nearly level and floor-like, and extended from the base of the sand-drift to the mountain, intersecting the rocky ridges with a sharp and well-defined junction, like that formed by a sheet of water, or ice on a frozen lake. The opening of the well was shaded by several mezquite (sic) trees, as shown in the sketch."*

This Desert Cahuilla walk-in well was replaced by the County of Riverside with a public well in 1870. The new well was a vertical shaft with a wooden top frame where water could be drawn up by a bucket suspended on the end of a rope. The site was along the Bradshaw Trail, which ran from San Bernardino to the goldfields of Arizona (Hamilton, p. 15 and Ross). Both of these wells furnished water to the stage stop that was located there (Jennings, p. 62). The flood of 1916 wiped out the old Indian well, and the flood of 1927 apparently wiped out the County well (Nordland, pp. 20 and 38). According to Nordland (p. 20), the flood of 1927 lowered the river bed near Point Happy by eight feet. Without the Indian walk-in wells at Deep Well and Martinez, the portion of the stage route over the Bradshaw Trail that crossed the lower Coachella Valley may never have been successful.

ACC0002056

While there were a number of Indian walk-in wells reported to have been present in the lower Coachella Valley area during the late 1800s, none of them appear to have survived until 1909. Mendenhall published a detailed account of watering places throughout the Coachella Valley and adjacent regions, but makes no mention of any of the Indian wells. The Title Insurance and Trust Company has in its collection a rare photograph taken in 1902 showing a walk-in well at the Torres Indian Reservation. This photo has been reproduced on p. 37 by Nordland and on p. 62 by Jennings.

Strong (p. 43) noted that the Desert Cahuilla villages were located by the presence of water and proximity to food-gathering areas. Williamson (pp. 95 and 98) noted that the wells were commonly shaded by mesquite trees. Since mesquite trees need to have their roots in water, they will only grow where there is shallow ground water present or around springs. Such a symbiotic relationship may have been a real plus for the Desert Cahuilla, as the mesquite groves out on the desert floor could show them where to dig the walk-in wells, and at the same time offer them a nearby annual food source.

According to Gray, the wells were dug with shovels carved from mesquite wood, and digging sticks and baskets were used to carry out the clay and sand. The carved, wooden shovels were approximately three feet long. Seven water sources between the present towns of Indian Wells and Mecca were definitely identified as wells (Wilke and Lawton, p. 30). Because of the abundant mesquite reported to have been growing in the valley during the middle 1950s, it is doubtful that any of the early travelers through this area ever saw all of the Cahuilla hand-dug wells that were actually located there.

Many of the Desert Cahuilla walk-in wells were located in areas that are today shown on the Riverside County Geologic Hazards maps to be liquefaction prone areas (Quinn, p. 1). In order to be considered as liquefaction prone areas, they must be composed mainly of clean sand and be located in areas where ground water is twenty feet or less below the ground surface levels. A common feature produced in liquefaction prone areas during strong earthquakes is a sand boil. Sand boils may have also been used by the Desert Cahuilla to help locate areas of shallow groundwater and position their walk-in wells (op. cit.).

Native Indian groups dug out springs to enhance water flow and water storage, including the Desert Cahuilla (Williamson, p. 98). Many groups dug canals to channel water from springs, streams, and rivers to needed areas, mainly for agricultural purposes. The hand dug walk-in wells used by the Desert Cahuilla appear to be a distinct individual cultural trait in North America. With the possible exception of some Western Chemehuevi or Eastern Kawaiisu living in the area near the base of the Sierra Nevada Range west of Ridgecrest, California, I have not found any information showing that other Indian tribes living in North America dug artificial wells to obtain domestic water to support nearby villages. While there are signs at a small community (Indian Wells) west of Ridgecrest telling about the local Indian wells (personal observation), these wells may have been more related to spring enhancement than actual constructed artificial wells. Based on my record searching, and up to the time of this writing, the Desert Cahuilla appeared to have been the only Indians in North America reported to have dug domestic water wells prior to the arrival of the Europeans. However, since the writing of this article, at least two hand-dug wells have been discovered at Organ Pipe Cactus National Monument and at the Barry M. Goldwater Air Force Range in Arizona. These wells were associated with relics from the Hohokam culture.

65

ACC0002057

## REFERENCES/READING LIST

Gray, George E., 1873, On the Depression of the Colorado Basin: California Academy of Sciences, Proceedings Volume 4, pp. 228-230: in Wilke, Philip J. And Lawton, Harry W., 1975, p. 30.

Hamilton, Ted, 1988, *Highway 111 - A History*: Unpublished report, pp. 14-16.

Hoyt, Franklin, 1948, History of the Coachella Valley: Master's Thesis at the University of Southern California reprinted in *The Periscope* by the Coachella Valley Historical Society, 1990, pp. 18, 19, and 28.

Jennings, Bill (Editorial Chairman), 1993, Riverside County *LANDMARKS*: Riverside County Historical Commission Press, pp. 62 and 63.

Mendenhall, W. C., 1909, Some Desert Watering Places in Southeastern California and Southwestern Nevada: Reprinted 1983 as "320 Desert Watering Places in Southeastern California and Southwestern Nevada" by Nevada Publications, p. 79, and enclosed map.

Nordland, Ole J. (Editor), 1978, *Coachella Valley's Golden Years*: Desert Printing Co., Inc., Revised Edition, pp. 20, 37, 38, and 115.

Quinn, Harry M., 1997, The Cahuilla and Their Seismically Active Homeland: *in* Coachella Valley Archaeological Society Occasional Papers No. 1 - Observations on the Cahuilla Indians ... Past and Present, p. 1.

Ross, Delmer G., 1992, Gold Road to La Paz - An Interpretive Guide to the Bradshaw Trail: Tales of the Mojave Road Publishing Company, 304 pages.

Strong, William Duncan, 1929, *Aboriginal Society in Southern California*: Reprinted 1972 by Malki Museum Press, pp. 38, 43, and 52.

Wilke, Philip J. and Lawton, Harry W., 1975, "Early Observations on the Cultural Geography of Coachella Valley," The Cahuilla Indians of the Colorado Desert: Ethnohistory and Prehistory, Edited by Dr. Lowell John Bean, Ballena Press, *Anthropological Papers No. 3*, p. 30.

Williamson, R. S., 1854, REPORTS OF EXPLORATION AND SURVEYS to ASCERTAIN THE MOST PRACTICABLE AND ECONOMICAL ROUTE FOR A RAILROAD from the MISSISSIPPI RIVER TO THE PACIFIC OCEAN made under the direction of the secretary of war, in 1853-4, ACCORDING TO THE ACTS OF CONGRESS OF MARCH 3, 1853, MAY 31, 1854, AND AUGUST 5, 1854 - VOLUME V: Reprinted in *The Periscope* by the Coachella Valley Historical Society, 1986, pp. 95-98.

ACC0002058



*Cahuilla Walk-in Well at Toro*
*(Photo Courtesy of Palm Springs Historical Society)*

67

ACC0002059

# GROUND WATER IN THE COACHELLA VALLEY—
## PAST AND PRESENT
### by Harry M. Quinn

The Coachella Valley sedimentary basin has been filled with coarse sediments derived from the adjacent highland and finer grained sediments deposited on the valley floor, away from the highlands by wind, streams, and lakes. The coarse-grained sediments have developed some good quality aquifers for ground water storage and production. The finer grained sediments have developed some aquitards (low permeable rocks or soils), or barriers to water movement. The interfingering of the coarse and fine sediments has helped to set the stage for the development of confined, or pressured, ground water zones beneath the valley floor. These confined ground water zones produced flowing artesian water wells in many portions of the lower valley. The availability of cheap land, when coupled with this abundance of fresh water that did not have to be pumped, led to the early development of the Coachella Valley as an agricultural province (Mendenhall, 1909). Much of this ground water is of high quality and usable for drinking water.

The presence of the finer grained sediments in the central and lower portions of the valley has helped to preserve the deeper fresh ground water zones that developed beneath the valley. These finer grained sediments, such as clay and silt deposited by the many old freshwater lakes that have filled the lower portion of the Salton Trough, do not readily transmit water. These shallow clay and silt zones form aquitards that have prevented the saline and contaminated surface waters from migrating down to the deeper usable fresh ground water zones. These shallow silt and clay zones are the basic reason that one can find fresh ground water under portions of the Salton Sea. It was within these shallow perched ground water zones that the Cahuilla Indian hand dug wells found their water.

Recharge of the usable deeper ground water zones is basically confined to the outcropping coarser grained sediments associated with the alluvial fans along the mountain front, especially in the upper alluvial fan areas. Because of their stratigraphic location, these coarse (permeable) sediments are rather continuous vertically and extend laterally out into and under the finer grained impermeable sediments that fill much of the central portion of the valley.

Most of the ground water being removed from below the valley floor today can be considered to be "fossil water"; that is, it accumulated there during or before Pleistocene time when our local climate was much wetter than it is today. Because of this fact, it was realized early on that the ground water within the Coachella Valley would not be naturally recharged as fast as it was being removed. To help resolve this problem, a recharge area was established in the upper Whitewater River area, just north of Palm Springs. This recharge area is operated by the Desert Water Agency, and thanks to an exchange agreement with the Metropolitan Water District, is now fed by water from the Colorado River Aqueduct, as well as by local water sources. The results of this ground water basin recharge system are presented in a publication by Reichard and Meadows (1992).

Like surface water, ground water flows from high areas to low areas because of the pull of gravity. Ground water, however, moves at much slower rates than does surface water. While surface water flow may be measured in feet per minute or miles per hour, ground water flow is often measured in

ACC0002060

fractions of an inch per day. Because of this slow movement of ground water, the recharge water being placed in the upper portion of the Coachella Valley does not appear to have yet reached to lower end of the valley. In an attempt to slow the drop in the lower end of the valley's ground water table, studies are under way to find and develop appropriate recharge facilities in the lower end of the valley.

In a further attempt to preserve the ground water found in the Coachella Valley, Colorado River water was brought in to be used for agricultural purposes. The project was started in 1934, but had to be placed on hold during World War II. Construction of the canal was completed in 1948, and the first water was delivered in March of 1949 (Anonymous, 1991). The water travels approximately 160 miles from the Imperial Dam near Yuma, to Lake Cahuilla, just south of Indio. As more of the river water became available for agricultural use, more of the valley's higher quality ground water was conserved for domestic uses. This better quality water is presently used mainly for domestic purposes. However, many of the new drip irrigation systems being installed today work better with the local ground water than they do with the Colorado River water. This is due primarily to the higher dissolved "salt" content in the Colorado River water, which can precipitate out and plug the drip holes.

Additional attempts are now under way to conserve the valley's ground water. One of these includes the re-use of water through waste water treatment facilities, mainly sewage reclamation plants. The reclamation of waste water began about 1968 and has now increased to where the two main treatment facilities, the Palm Desert Regional Wastewater Reclamation Plant on Cook Street and the Mid-Valley Wastewater Reclamation Plant near Thermal, will soon have the capacity to treat approximately 40 million gallons of effluent a day. Additional waste water treatment is conducted by the Desert Water Agency. Every gallon of treated sewage water used is basically a gallon of ground water saved. This treated water is being used to irrigate golf courses and green belt areas. This use serves to further free up the ground water for domestic use. One basic problem has become apparent, however: with the increased use of treated wastewater, more wastewater is produced during the winter months when the residential population increases, than in the summer months when the water is really needed most.

Water conservation methods, including the increased use of treated waste water and improved recharge facilities, are going to be a must for the Coachella Valley's future. Without such conservation methods, the Coachella Valley could be hampered severely in future planned growth and development. It could also put a dent in the valley's important agricultural industry.

One has only to look at the Antelope Valley area to see what can happen when the emphasis is placed mainly on removing ground water and not replacing it. This basin that was primarily filled by "fossil water" and was not being naturally recharged by present climatic conditions. Like a soft drink with numerous straws stuck in it, it will soon go dry if the liquid is not being continuously refilled while the patrons are sucking on the straws.

The declining ground water levels in the Coachella Valley do not appear to have reached critical levels yet, but now is the time for strategic planning to see that they do not reach such levels. Hopefully, the present ground water planning will find ways to slow, or even halt, the declining ground water levels in the Coachella Valley before critical levels are ever reached.

69

ACC0002061

# REFERENCES

Anonymous, 1964, Coachella Valley Investigation: California Department of Water Resources Bulletin 108, 145 pages plus plates.

Anonymous, 1978, Hydrologic Unit Map - 1978, State of California: U. S. Geological Survey Hydrologic Unit Map - 1978 State of California.

Anonymous, 1984, Water Quality Control Plan Colorado River Basin Region: State Water Resources Control Board, California Regional Water Quality Control Board, Colorado River Basin Region

Anonymous, 1991, Water and the Coachella Valley: Coachella Valley Water District Pamphlet, 28 pages.

Davis, S. N. and DeWiest, R. J. M., 1966, Hydrogeology: J. Wiley & Sons, 447 pages.

Dibblee, Jr., T. W., 1954, Geology of the Imperial Valley Region, California: in Jahns, R. H. (Editor), Geology of Southern California: CDMG Bulletin 170, Chapter 2, pp. 21-28.

Dutcher, L. C. and Bader, J. S., 1963, Geology and Hydrology of Agua Caliente Spring Palm Springs, California: USGS Water-Supply Paper 1605, 43 pages and 2 plates.

Littlefield, W. M., 1966, Hydrology and Physiography of the Salton Sea, California: USGS Hydrologic Investigations Atlas HA-222.

Mendenhall, Walter C., 1909, Ground Waters of the Indio Region, California With a Sketch of the Colorado Desert: USGS Water-Supply Paper 225, 56 pages plus 2 maps.

Mendenhall, Walter C., 1909, Some Desert Watering Places in Southeastern California and Southwestern Nevada: USGS Water-Supply Paper 224, reprinted 1983 by Nevada Publications,

Reichard, Eric G. and Meadows, J. Kevin, 1992, Evaluation of a Ground-Water Flow and Transport Model of the Upper Coachella Valley, California: USGS Water-Resources Investigations Report 91-4142.

Slade, Richard C., 1981, Hydrogeologic Conditions in the Mission Creek Subbasin Upper Coachella Valley, California: in Brown, A. R. and Ruff, Robert W., 1981, Geology of the San Jacinto Mountains: South Coast Geological Society Annual Field Trip Guidebook Number 9, pp. 151-163.

Weismeyer, Jr., Albert L., 1967, A Geologic and Hydrologic Investigation of the Frink Spring-Hot Mineral Spa Areas, Imperial and Riverside Counties, California: Term Paper for Ground Water 525 L, University of Southern California, 17 pages plus field notes.

ACC0002062

# About the Authors

**HARRY M. QUINN** was born in Long Beach, California, and grew up in the Lomita area of Southern California. He became interested in archaeology while a student at Narbonne High School. His interest was encouraged by Dr. Edwin F. Walker, a staff member at the Southwest Museum, and Mr. Ernest E. Garcelon, a private collector in Harbor City, California. Harry and his father, Mr. Russell C. Quinn, engaged in site investigations and excavations with the Archaeological Survey Association of Southern California from 1953 until 1955. Thanks to Dr. Walker's interest in a young boy, Harry has maintained a membership in the Southwest Museum since 1953.

Harry obtained an Associate of Arts degree from Los Angeles Harbor College in 1962. While going to school there, he was the assistant curator of the school's Archaeological Collection. He then went on to receive a Bachelor of Science degree in Geology from Long Beach State College in 1964 and a Master of Science degree in Geology from the University of Southern California in 1968.

In 1966, while still working on his thesis, Harry went to work as an Exploration Geologist for Texaco, Inc. He spent a lot of his time doing Geologic Field Mapping in Alaska and Nevada. Materials observed during these geologic field activities rekindled his interest in archaeology. With the encouragement of his wife, Terry, he went to night school at the University of California at Los Angeles and obtained a Certificate in Archaeology in 1978.

Harry wishes to thank his wife, Terry, for her help, patience and understanding during the writing of these articles.

**ROBERT C. TYLER** was born in Indio, California, grew up in the Coachella Valley, and is a graduate of the College of the Desert and California State University, Fullerton. Bob's family has lived in the Coachella Valley since 1908. As a young man, Bob became aware of local history and archaeology in 1957 when his grandfather took him for a tour of the Augustine Reservation, south of the town of Coachella, where he showed him a Cahuilla hand-dug well and several archaeological sites. Bob grew up hearing stories of the local Cahuilla and has attended Cahuilla Fiestas at the Torres-Martinez Reservation.

Bob's interest in the history of the U.S. Indian Service came about after hearing his great-uncle, Frank Makosky, tell stories of working on government water projects in California and Arizona. Bob's great-grandfather, Herman Makosky, and great-uncle, Frank Makosky, both worked as engineers for the U.S. Indian Service Irrigation Division under superintendent C. R. Olberg. Several years ago, Bob was given an old photo album which had belonged to his great-grandfather, and included pictures of many local Indian Service irrigation projects. Bob's paper actually started out as a family story, but rapidly grew into a local history project. Many of the photographs in this paper were taken during the construction of various irrigation projects and were included with progress reports sent to both Mr. Olberg's office in Los Angeles, as well as The Department of the Interior in Washington, D. C. Herman Makosky was the foreman on most of the local projects and is included in many of the photos. Bob was able to locate some of the original reports which once accompanied the photos. Much of the Indian Service information is now stored in the U.S. National Archives in Laguna Niguel, California, and Seattle, Washington.

ACC0002063

ACC0002064

## CVAS Occasional Papers Order Form

**Occasional Papers Nos. 1 & 2 • May, 2007 (Originally printed 1997 & 1998)**
**Featuring Authors Harry M. Quinn and Robert C. Tyler**
Observations on the Cahuilla Indians—Past and Present
A Brief History of Water in the Coachella Valley

**Occasional Papers No. 3 • January, 2005**
**Featuring Authors Steven Estrada, Stephen O'Neill and Harry M. Quinn**
Cahuilla Basketry, Desert Cahuilla Village Site, Mauulmii, Pocket Gopher,
Coachella Valley Obsidian Sources, Wonderstone, Palm Canyon and Santa Rosa
Mountain Slates, *Olivella* Swainson, Pre-ceramic Period Sites of the Coachella
Valley, Radiocarbon Chronology for the Coachella Valley

Please send me _____ issues of Occasional Papers Nos. 1 & 2 (combined)
Please send me _____ issues of Occasional Papers No. 3

☐ $15 (CVAS Members)   ☐ $20 (Non-Members)
☐ $13 For Resale (10 or more): Seller's Resale Permit No: _____

I am enclosing a subtotal of                                    $ _____
+ $3.50 shipping and handling per issue, OR + $9 for bulk orders  $ _____
Total                                                           $ _____

Please make checks payable to CVAS.  Send orders to: CVAS, P.O. Box 2344, Palm Springs, CA 92263.

Mailing Instructions: _____
_____
_____

☐ Please also send a copy of your latest CVAS Newsletter.

### Information About CVAS

The Coachella Valley Archaeological Society (CVAS) is a non profit, avocational group open to all those interested in the archaeology, anthropology, and history of the desert regions of Southern California.  Our activities include monthly meetings, a monthly newsletter, lectures, field trips, educational outreach, and efforts to help protect and preserve the rapidly diminishing archaeological resources of the area.  If you would like to receive a copy of our latest Newsletter, please check the box shown above.  To join CVAS, please complete the following form.

### To Join CVAS

☐ Yes, I would like to support CVAS          Date _____

Name _____          Spouse _____

Address _____

City _____          State _____ ZIP _____

Phone ( _____ ) _____

☐ REGULAR ($25)          ☐ STUDENT ($15)          ☐ FAMILY ($40)
☐ INSTITUTION ($50)      ☐ SPONSOR ($100)         ☐ LIFETIME ($250)
☐ DONATION $ _____     (Membership dues and donations are tax deductible!)

**Please make checks payable to CVAS and mail to CVAS, P.O. Box 2344, Palm Springs, CA 92263**

ACC0002065

ACC0002066

# TAB 16



THE ROMERO EXPEDITIONS 1823-1826

ROMERO — ESTUDILLO (1823 - 1824)
ROMERO EXPEDITION (1823)
ROMERO EXPEDITION (CONJECTURAL) 1825 - 1826

ACC0025055

# DIARIES & ACCOUNTS

## OF THE

## ROMERO EXPEDITIONS

ACC0025056

BY LOWELL JOHN BEAN

AND WILLIAM MARVIN MASON

*with a foreword by*

DR. CLARENCE E. SMITH

———————

PUBLISHED FOR THE

PALM SPRINGS DESERT MUSEUM

PALM SPRINGS, CALIFORNIA

BY THE WARD RITCHIE PRESS

LOS ANGELES, CALIFORNIA

ACC0025057



# DIARIES & ACCOUNTS
# OF THE
# ROMERO EXPEDITIONS
# IN ARIZONA
# AND CALIFORNIA



## 1823-1826

UNIVERSITY OF UTAH LIBRARIES

ACC0025058

COPYRIGHT 1962
BY THE PALM SPRINGS DESERT MUSEUM
*Library of Congress Catalog Card Number 63-14763*
*Printed in the United States of America*
*by Anderson, Ritchie & Simon*
*Designed by Ward Ritchie*

ACC0025059

FOR

GEORGE   WILLIAM   BEATTIE

*Historian and Educator*

**523012**

ACC0025060

We wish to acknowledge our
indebtedness to
COACHELLA VALLEY
SAVINGS & LOAN ASSOCIATION
Palm Springs, California
and Indio, California
For helping to make possible the publication of this
volume by its generous financial support

ACC0025061

# Acknowledgements

FOR SEVERAL SEASONS *the Board of Directors of the Palm Springs Desert Museum has expanded museum interests. Part of this expansion program is devoted to the acquisition, collection and presentation of materials concerned with the Cahuilla Indians, who were the first inhabitants of the Palm Springs area. This program was consistent with the principle motif of the Museum which is the study of the Desert environment. Now man's place in the desert milieu takes its proper place within Museum interests.*

*In June, of this year, financial arrangements were completed for the instigation of this program, and a curatorship was created to implement the program. The program had been outlined by Hilton H. MacCabe, who as a member of the Board of Trustees for the Museum and chairman of the Indian Room Committee had emphasized that a part of the program would be concerned with the acquisition, analysis and presentation of such materials.*

*In July, the authors began a search of archival sources in various institutions in California. Success was immediate. Many interesting documents were located and abstracted, among them, the diaries and accounts which are presented here. This volume then is the first of what will be a series of ethnographic and historic studies relevant to the Southern California desert area.*

*We are happy to acknowledge the following persons and institutions who have been of significant assistance in the preparation of this account. Without the kind help which has been provided the authors from all quarters, we could not possibly have acquired the data and prepared the manuscript in so complete a form in so short a time, nor would it be so attractive a presentation.*

*Dr. Clarence E. Smith, Director of the Palm Springs Desert Museum, has been encouraging since the beginning of our work. He has generously provided museum time and facilities so that we could accomplish our task.*

vii

ACC0025062

*Mr. Ward Ritchie has graciously provided time and advice to the authors concerning format and publication problems. We are particularly pleased that he has consented to design our volume.*

*Dr. George Hammond, Director of the Bancroft Library, has kindly allowed us to utilize documents concerning the Romero expeditions from the Bancroft Library. Mrs. Linda Shin of the Bancroft Library ably assisted the authors in searching for materials.*

*Dr. Paul Ezell, of the San Diego State College, has been most kind in discussing our problems with us and has in addition provided unpublished manuscripts which have enhanced our body of data. His permission to use archival materials gathered by himself in Mexico have been of major importance to this volume.*

*Dr. Manuel Servin, of the University of Southern California, has discussed our publication with us and was helpful in advice and encouragement.*

*Mr. Frank Johnston, of Banning, California, has aided us in mapping the expedition and pointing out valuable sources of information which he has acquired during his research on the San Gorgonio Pass and Colorado Desert region.*

*Mr. Leslie Bliss and Miss Haydée Noya of the Huntington Library, most graciously led us to the George W. Beattie Collection, housed at that institution. This collection was useful in cross checking numerous references.*

*Mr. Andrew Philips, Mr. Paul de Falla, Mr. Causewell Foster, Miss Michelle Gilbert, Mr. Keneth LeFleur, Miss Marjorie Torres, Mrs. Lyle Whitcomb Smith and Mrs. Lorna Little have been of assistance in the preparation of the manuscript.*

*Mr. Salvador Lopez, of Banning, California, who is a Cahuilla Indian, has been of assistance in Cahuilla matters.*

*Finally, the authors should like to express their appreciation for the continued encouragement they have received from their mentors in the Departments of Anthropology and Latin American Studies at the University of California at Los Angeles, without whose patience and pedegogy this would never have begun.*

viii

ACC0025063

# Preface

THE STORY OF THE ROMERO EXPEDITIONS actually began long before Romero himself entered the scene. Events within Sonora Baja and Alta California had already set in action processes which led to his task. Jose Romero, the individual, remains an enigma in California and Arizona history. We have been unable even to locate his place of birth and death. Neither he nor his expeditions have been extensively referred to, although in his time, his exploits earned for him the military rank of Lieutenant Colonel and his personal fame was lauded in the press of Mexico City.

However, the acquisition of the diaries and accounts which form the basis for this work, some of which are presented here for the first time, provide us with considerable information concerning his activities in the southwest from 1822 until 1826, when Romero apparently vanishes once more from the spotlight of southwestern history.

Geographically the activities of these journeys cover a wide circular area beginning in Arizpe, Sonora, encompassing the Gila River region and northwesterly to the Mojave Indian area north of Parker, southwest to San Gabriel; then south to San Diego and Santa Catalina in Baja California and east from there to the Colorado River and the Yuma Road again to Arizpe. Certain areas were surveyed for the first time by nonindigenous peoples.

The first accounts of these journeys begin in a fragment of a diary written by Father Felix Caballero, in 1823. Caballero, along with an Indian vaquero and a gentile Indian, explored the area between Santa Catalina and the Colorado River, up into Tucson, where he met Romero, who was ordered to accompany the Father back to Santa Catalina with a detachment of soldiers. Unfortunately we have only located a fragment of the Caballero journey, but the return journey with Romero was well documented. We present a translation of the diary in full.

ix

ACC0025064

Upon arriving at Santa Catalina, Romero journeyed north visiting San Diego, San Gabriel and Monterey, after which he returned to San Gabriel where he prepared for another expedition which took him west. He visited the San Bernardino Rancho, the San Gorgonio Rancho, Palm Springs (Agua Caliente), Coachella Valley and then proceeded northeast where he lost his way and was forced to return to San Gabriel. The diary of this phase of his activities was written by Jose Maria Estudillo and provides several significant historical and ethnographic firsts for Southern California. After a long wait in San Gabriel and Los Angeles, Romero embarked upon a second trip through the Colorado desert. No diary of this expedition has been located but we know from other accounts that the motive of the trip, to locate the Cocomaricopa Trail from Southern California to Tucson, was successful.

For Southern California and Arizona the years encompassed in these journeys are almost a void in historical accounts. Beattie (1933), is a notable exception to this statement. He compiled and presented a large body of information concerning these activities, but his was a singular effort, which was hampered by a lack of documents which have since been uncovered. Two pages were devoted by Bancroft (1886) to the same journeys, and he had even less than did Beattie. Richman (1922) discussed the expeditions briefly, and others have occasionally mentioned them with reference to other matters. (Ezell, 1957, 1961, Pourade, 1961.)

Historically, the contribution of these reports is indeed significant. The precise route of early penetrations of the Colorado Desert area is fixed, and the concern for an inland route from Sonora to California is emphasized. The date of the opening of the Sonoran route to California is pushed back by several years. Migration began as early as 1827, largely as a result of the Romero expeditions. We also know the route which Romero took from California to Tucson. Furthermore, we see that Jose Figueroa, a future governor of California, visited the Gila and Colorado tribes in part to insure the safe return of Romero and in part to cement treaty obligations which had been made in 1825

x

ACC0025065

among the tribes. Mexican establishments in the interior of California are described, such as San Bernardino, Yucaipa and San Gorgonio, and the Mexican frontier is pushed west at least as far as Palm Springs, California. Furthermore an attempt to establish a settlement in the Imperial Valley in 1826 is noted, verifying what had previously been only an oral reference to this unknown place.

Ethnographically the accounts provide us with information concerning the southwest, at a time when such records are indeed scarce. The quantity of tribes noticed is quite large. Paipai, Cocopa, Yuma, Gila River Pima, Cocomaricopa, Halchidum, Cahuilla, Gabrieleno and Luiseno are encountered. Other tribes are mentioned in reference to expedition activities—the Mojave, Apache and the Yaqui. These notes give us information concerning Indian-Mexican relations throughout the area, tribal location at specific years, intertribal belligerency and alliances, trade routes, tribal boundaries and population estimates, in short, data of an early period for which memory no longer holds.

Our presentation of these accounts will be done partly in narrative form and partly in the form of direct translations. Each section will be followed by a series of notes bringing into focus the historic and ethnographic circumstances relevant to the discussion.

xi

ACC0025066

# Table of Contents

|  | PAGE |
|---|---|
| FOREWORD—*by Dr. Clarence E. Smith* | xv |
| i. *The Importance of a Sonora-California Land Route* | 3 |
| ii. *The Caballero-Romero Expeditions* | 11 |
| iii. *The Romero-Estudillo Expeditions* | 29 |
| iv. *An Enlisted Man Recalls the Expedition* | 53 |
| v. *Delay in Los Angeles* | 57 |
| vi. *Figueroa on the Colorado* | 73 |
| vii. *Success and Aftermath* | 81 |
| NOTES | 92 |
| BIBLIOGRAPHY | 114 |

ACC0025067

# List of Illustrations

FACING PAGE

An Indian well at Torres Reservation                    30

Agave deserti                                          31

A desert water hole                                    46

The home of Fig Tree John                              47

ACC0025068

# Foreword

IN 1769 WHEN SPAIN undertook the establishment of missionary and defensive outposts in California and sent expeditions by sea, and by land up the peninsula of Lower California, a sequence of activities was begun which led, a half-century later, to the events chronicled in the diaries presented in this volume.

Rivera, Crespi, Portola, Serra—these are the men whose labors laid the foundations for a Mexican California; but the structure to arise on those foundations could not be erected with dependence upon a distant sea base for supplies and support. An overland route tying the Californias to Mexico was an urgent necessity.

The overland route came into being with the completion, early in 1774, of the magnificent first march of Juan Bautista de Anza. His second, and even greater, expedition confirmed the route, and California had its tie with Mexico.

But the threat which had impelled Spain in 1769 to undertake colonization of the Pacific Coast became even greater. The Russian outposts in the Aleutians and Alaska had, by shortly after the turn of the century, sent tentacles southward. A Fort was manned by men of the Czar just north of San Francisco; and Russian hunters were taking sea otters around the Farallones west of the Golden Gate.

There was salt in this wound; the Yuma Indians, through whose land the Anza trail passed, were actively hostile. This route was dangerous and unreliable. A new road, bypassing the Yuma, was advisable for the continued link to California. Such a road existed, at least as a foot trail, and had been used for years even as a mail route between Southern California and the Mexican centers in Arizona; but it was known, apparently, only to the Indians.

So now, in mid-December of 1823, Captain Don Jose Romero, whose diary of the journey made from Tucson to Baja California earlier in the year appears as the first part of this volume, set

xv

out to find and establish the needed new road. With Lieut. Jose
Maria Estudillo, of the Presidio of San Diego, and a party of 40
men and a large herd of horses, guided by an Indian who
claimed to know the trail, Romero left San Gabriel, traversed
the Pass of San Gorgonio between the ranges of the San Ber-
nardino and San Jacinto Mountains, and entered the Colorado
Desert. It was an abortive expedition. Only a half-day's jour-
ney from the  Colorado River the party turned back, lost, ex-
hausted and dehydrated.

A second expedition under Romero followed essentially the
same route, and succeeded in opening a road which proved to
be not as good as the Yuma road, so it was abandoned when
hostilities with the Yuma came to an end.

The accounts of the first expedition (diaries 2, 3 and 4), aside
from their intrinsic interest as documents of human behavior,
are of considerable importance historically and ethnograph-
ically.

To most of those interested in the past of our desert, "history"
began only in 1853 when the party under Lieut. Williamson
("Nothing is known of the country. I have never heard of a
white man who has penetrated it"), surveying for the most
feasible railroad route to the southern coastal plains from the
east, "discovered" the great San Gorgonio Pass and looked out
over the broad trough of the Coachella-Imperial valleys. Mem-
bers of this party, including Geologist William Blake who gave
his name to the vanished sea which once filled the lower part of
the trough—where now is the Salton Sea—were the "first"
white men to visit the villages of the Cahuilla adjacent to the
springs of Agua Caliente (now Palm Springs).

Some students, casual or inspired, have ferretted out vague
references to Spanish ranchos in the Pass, of an earlier date
than 1853; or to the tenuously told but immensely romantic
"Jornadas para Sal" made by ox-drawn carrettas from *El
Pueblo de nuestra Señora la Reina de los Angeles* to the salt de-
posits in the vast sink of the Colorado Desert. But these refer-
ences are pretty much private property; they never have been

xvi

ACC0025070

drawn together, formalized and presented as a coherent part of the desert's history.

The diaries do not take us back to the beginnings, but they provide a solid date, earlier than any other, from which to sometime go back a little further.

Perhaps of greater significance than the adding of a few decades to the history of an area are the notes which change our ideas or increase our knowledge of the aboriginal conditions of that area.

These chronicles show us that the Cahuilla Indians of the Pass and Desert region had earlier contact with Spanish influences than had been believed; that those Indians were not unknown to the Fathers at San Gabriel; that they were recognized as a powerful and important people by the Spanish, and by other Indians as far away as those at Los Angeles and San Diego. The diaries help us, by deepening our time perception, to place the Cahuilla in more proper perspective vis-a-vis the other inhabitants, white and Indian, of Southern California and Arizona.

With this volume, the Palm Springs Desert Museum inaugurates a program of publication of research, in which will be combined the efforts of several disciplines (in this instance, ethnology and history), toward the end of adding to and clarifying knowledge of the phenomena of Man in the Desert.

DR. C. E. SMITH, *Director*

*Palm Springs Desert Museum*
*Palm Springs, California*
*August 18, 1962*

xvii

ACC0025071

# DIARIES & ACCOUNTS

## OF THE

## ROMERO EXPEDITIONS

ACC0025072

# I

## The Importance of
## a Sonora-California Land Route

THE OVERLAND ROUTE *from Sonora to California which was established by Colonel Juan Bautista De Anza in 1774-75 was of considerable significance in colonizing California. Despite its short career as a link between the two provinces, colonization of the province was accelerated and simplified because of this advantage. Use of this trail was dependent upon the relationship with the Yuma Indians on the Colorado River; and when the Yumas rebelled in 1781, destroying the two settlements placed there by the Spanish and killing the inhabitants, the route was abandoned for more than forty years.*

*Before 1775 not more than twenty families of* gente de razón *(civilized persons) had been transported to California. Four families had been sent by sea from the port of San Blas to San Diego in March, 1774; and ten families left Villa Sinaloa in 1773 for San Blas by land, then by sea to Loreto, Baja California, where they marched up the peninsula to San Diego, arriving there in September, 1774. Perhaps as many as four or five families left their homes in Baja California and settled in Alta California in 1775, but there were no other colonists who settled in California prior to Anza's expedition. There were in addition to these few families several unmarried soldiers, artisans, and muleteers, some of whom married California Indian women who had recently been converted to Christianity.[1] (Mason 1961 ms.; Rowland, 1951, passim.) The peninsula of Baja California had contributed a number of soldiers and a handful of colonists; its population of* gente de razón *was also*

3

ACC0025073

*not very large. Sonora and Sinaloa were next in proximity to
California, and had a relatively large population of gente de
razón, but the trip from Sonora and Sinaloa to California took
several months, and shipping persons by this sea route was
costly, time-consuming, burdensome and only a limited amount
of ships were available for the purpose. Anza's Expedition in
1776 across the Colorado proved that as many as 200 or more
persons could be brought in from Mexico at one time, and more
than 300 colonists were brought over the Anza Route in the five
years it was open. A survey of the California census of 1790 re-
veals that 35% to 50% of California's colonists were brought
over the Anza Trail. (The overland route, then, had begun to
populate California with sufficient people to insure its growth
throughout the Spanish period.) If colonization had been re-
stricted to travel by sea, the results would have been less satis-
factory. At the time of the Yuma rebellion and the subsequent
closing of the Anza route in 1781, a little had been accom-
plished toward populating the province with civilized people.*

   *A large-scale importation of livestock over the Anza route
was probably as important to California as the importation of
Hispanic peoples. A few cattle and horses had been brought up
from Baja California by 1776 to provide food and transportation
for the small military force in the province, but no large cattle
or horse herds existed before the overland route to Sonora was
established by Anza. Herds existing in private hands were ac-
quired after 1781, when the cattle brought with the Rivera ex-
pedition, which utilized the Anza route, were distributed to
military veterans of early California who had come in the short
years from 1769-72 with Portolá, Fages and others.[2] Importa-
tions of cattle or horses were no longer necessary after 1781,
and the large herds of cattle which made California known to
the commercial world after 1820 had developed from these
stocks. There is little doubt that the Yuma revolt of 1781 held
the growth of California's population and economy to a mini-
mum but enough had been brought in during these earlier years
to insure a ready supply of cattle and people. By the end of
Spanish rule in 1822 the total population exclusive of Califor-*

ACC0025074

nia Indians was no more than 3,500 persons. Immigration from other parts of Mexico had been impeded by the relative inaccessibility of California, and the province remained one of the most isolated in the viceroyalty of Mexico, being accessible only by sea for more than 40 years.

Spain had consistently rejected foreign trade in order to hold her precious gold and silver bullion. Hence money sent to California in military payrolls eventually returned to Mexico: (a) the supplies sent to the presidio warehouses were bought by the soldiers and the money remitted to Mexico; and (b) money spent by the presidios for food raised at the pueblos eventually returned to the government when the inhabitants of pueblos bought imported necessities from the presidios. In this simple economic circle the only expense to Spain was the shipping and cost of supplies.

As a result of the War for Independence in Mexico, no money or supplies were sent to California after 1811 and a series of rebellions in Mexico from 1810 through 1821 prevented the Government from sending help to California; therefore a period of economic stress followed. Soldiers went unpaid, and there were few supplies in the warehouses. A period of general scarcity began which lasted for more than a decade. The missions were outside secular control as far as their economic responsibilities were concerned, and the Government of California disposed that the missions should supply the presidios with supplies during this emergency. Cloth and other items that could be made by the Indians at these missions were sent to aid the soldiers stationed at the presidios and missions. Foreign ships provided another source of supply for California although the practice was strictly illegal according to Spanish mercantile policy. When the shortage of clothing and other manufactured items became acute, however, even the government of California was obliged to condone commercial intercourse with foreigners. From 1817 until 1821, and the end of the Spanish regime in California, trade with Russians, Americans, Englishmen, and others was practiced. Shoes, cloth, knives, buttons, and a variety of other articles were traded for hides and tallow. Cattle prod-

5

ACC0025075

ucts were an exportable commodity which California could offer to other areas and were items which lessened their transportation problems since they would be exported in the form of tallow and hides. Attempts at economic enterprise had failed when the hemp industry which provided an export from California to Mexico was brought to a halt after the 1810 rebellion. As long as chaos existed in Mexico there was little hope of trade from California to the "Mainland" and in the absence of the yearly payroll and supplies sent to the province in former years, commercial activity of some sort was vital to its well being. With the cessation of hostilities in Mexico by 1821, the future of California could be seriously reconsidered. But the absence of money in the treasury of the newly independent nation prevented the resumption of the old subsidy system. Indeed, the expanding population would have required a considerable increase of the former budget and augmentation of the number of soldiers permitted to serve in the presidios.

The concept of a land contact with Mexico had never been altogether abandoned. Two governors who were outstanding during the late eighteenth century in California, Pedro Fages (governor from 1783 to 1791) and Diego de Borica (1793 to 1799), had recommended that trade and colonization between New Mexico and California would benefit both provinces. Nor was the Yuma-Anza Route to Sonora forgotten. The names of Fages, Anza, Rivera, etc., were recalled, as well as the route they took and the data concerning it, when the attempts to reuse the same trail were undertaken in 1824-1825. (D.S.P. Vol. I) The attitude of the Yuma Indians, of course, was of great consideration in such plans.

Between 1780 and 1820 the Pacific Coast of North America had been opened up to trade with several nations. Russia, the United States, and Great Britain had established trading posts between Alaska and California during this period, and their sea commerce with California was more active than that of Spain's after 1815. Consequently, the exclusive contact by sea from San Blas to California could conceivably be threatened at any time by a potential enemy, whether California was a

6

ACC0025076

part of the Spanish Colonial Empire or a part of an independent Mexico.[3] This vulnerability of California to attack was demonstrated by the Bouchard expedition of 1818, in which the provincial capital of Monterey was taken and the California coast was raided at several points. A similar mishap occurred shortly after Mexico became independent from Spain when Loreto was taken by Cochraine, ostensibly because Mexico was part of the Spanish Empire, although it had become independent a few months before the raid took place in 1822.[4] These two events strengthened the desire for a land-route from Mexico to California. Additional troops sent to California by sea in response to Bouchard's invasion arrived in 1819, some 200 in number. If any foreign power were to halt Mexico's communication with California by intercepting the ships, California would be totally isolated and vulnerable. Such external factors undoubtedly played a part in the attempts to establish communication with Sonora, yet certain reasons seem to have been economic.

Interest in California's inland regions was further stimulated by an event which occurred in 1819. A party of Mojave Indians arrived at Ventura mission in order to trade with the Mexicans and the Indians on the coast. When they arrived they were put under guard at the mission, and a struggle ensued in which two soldiers and some of the Mojave Indians were killed. The rest of the Mojave band fled, and in order to prevent such recurrences, it was suggested that a "vigia" or look-out post be established in order to give advance notice of Indians coming from the Colorado River region. In September of 1819 a Mojave raid through Cajon pass, perhaps instigated by the Ventura incident, stripped the country between San Gabriel mission and the Pass, stealing cattle and attacking rancherias and even threatening the mission itself. In response to this raid Lieutenant Gabriel Moraga was sent in pursuit of the Indians, taking with him some of the newly-arrived Mazatlan soldiers, 15 in number, and 35 cavalrymen. Moraga went through the Cajon Pass and into the Mojave Desert, but was unable to reach the Colorado River and the rancherias of the Mojaves because of lack of water and

7

scarcity of pasturage for the horses. The expedition returned without achieving its purposes, but the desert region had been penetrated and explored. (Bancroft, 1885, v. 2 passim.)

A possible outgrowth of this raid by the Mojaves was a petition on the part of the Indians in the San Bernardino area for a mission; this was undertaken in 1819 with the establishment of a rancho there. (Beattie 1951, 17; Bancroft, 1885, Vol. II; Payeras Report, 1822.) Perhaps the Indians of that region wished to place themselves under Spanish protection, for after the September Mojave attack, the Indians of San Bernardino were aware of their danger.

Dispatches beginning in 1820, further set the historical background for the Romero expeditions. The Indian difficulties which had been severe for so many years, and which had come to a critical stage in 1819 difficulties at Ventura, continued throughout California. On April 8, 1820, Lt. Jose Maria Estudillo, acting commandant of the presidio of San Diego, notified Governor Sola at Monterey that runaway Indians from the Mission San Diego and the Mission San Miguel in Baja California, in conjunction with gentile Indians from the mountain country, were seizing cattle and mules in raids extending from the San Diego presidio as far north as the valley of the Santa Ana River. (Beattie 1933:54.)

Horses for riding were being sold on the Colorado River, and Indian marauders had even attacked the ranchos of the missions, killing shepherds there and carrying off the women. (Beattie, 1933:34)

In 1821, a far reaching event occurred at San Gabriel when a chief of the Cocomaricopas appeared, having come from a rancheria called "Avitucupaiba," six days journey from Tucson. A Cahuilla Indian had told him of Spanish settlements at San Diego where he would obtain cotton and beads. Apparently as a response to Spanish inquiry he informed them at San Gabriel that it would take fifteen to twenty days to get a letter to Tucson from San Gabriel.[5] (P.S.P., Vol. XX, 285.) Meanwhile the concern for expansion of the hispanic frontier led the Emperor Iturbide, who had assumed political control in Mexico, to send

8

the Reverend Agustín Fernández de San Vicente, a canon of Durango, to inspect California in order to ascertain the extent of foreign activities in California, and the loyalty of the Californians. Fernández along with Father Mariano Payeras, president of the California missions, inspected the Russian settlements at Fort Ross on Bodega Bay. Other foreign activities impressed them sufficiently so that an inland route from California to Sonora was deemed a necessity. The Reverend Fernández then instructed Father Felix Caballero, who was at that time in charge of the Mission San Miguel and Santa Catalina in Baja California, to explore a route to Tucson which would cross the Colorado River near its mouth, as a first step in reestablishing an inland route to Sonora. This was a route apparently suggested by the former Governor Arrillaga of Baja California (Beattie, 1933:34) and had the potential value of by-passing the still hostile Yuma tribes.

In this same year, 1822, San Bernardino was recognized by the administrators of San Gabriel as a point of departure for a route to Tucson, no doubt because of the previous appearance of José Cocomaricopa at San Gabriel. In a report prepared for Fernández, the padres mention San Bernardino as being on the route to the Colorado and add that it was an advantageous location for reaching more tribes which could be converted to Christianity. (Beattie, 1932:35) The first recorded use of the Cocomaricopa route occurred in May of 1822, when oaths of allegiance were submitted by California officials to the new administration in Mexico. A copy of the oath was carried by José Cocomaricopa via this route.

Iturbide's Minister of Relations shortly thereafter requested Governor Sola[6] to offer suggestions for expediting communication from Mexico City to California. It was doubtless under the pressure of this letter that Sola inquired of Captain José Romero, a cavalry captain in command of the presidio of Tucson, regarding the distance of the Colorado river from that point. He commanded that Romero take steps toward the immediate transmission of mail by that route. (Beattie, 1933:56) As a result of this inquiry Lt. Col. Antonio Narbona, Civil Governor

9

*of Sonora, ordered Captain Romero in September of 1822 to set out for Alta California by way of the lower Colorado with a force of sixty men to investigate the possibility of a mail route. Although the expedition was delayed in starting it is significant that at this time both Mexico and California officialdom were agitating for explorations which would reopen an inland route from California to Sonora.*

10

ACC0025080

# II

## The Caballero-Romero Expeditions

---

ACTING UPON HIS ORDER *of the past months Father Felix Caballero,*[1] *who was at the Mission of Santa Catalina,*[2] *prepared and began his trip toward Tucson. A damaged fragment of the diary of this trip has been located and we are able to recount in part, at least, his journey and observations.*[3]

*Felix Caballero left the Mission of Santa Catalina on April 14th in 1823, accompanied by two Indians. They took with them 30 head of cattle and 12 mares intended as gifts for the Colorado gentiles, one mule-load of rations and mounts for the padre and the two Indians. On the first day they left at 6:00 in the morning in an easterly direction, descending the Sierra Madre*[4] *at 1:00 in the afternoon. At 3:00 they arrived at a canyon, having traveled five leagues. On the following day, April 15th, they awakened at 5:00 in the morning and counted the cattle and horses. Since none were missing they left at 6:00 a.m. traveling eastward. At 8:00 they finally left the Sierra Madre behind, and by noon had entered another smaller sierra, probably the Sierra de la Palmita, which ran from north to south, and was very rugged. After some difficulty with the animals in descending a pass through this little range, they arrived on the Colorado flood-plain at 6:00 in the evening, and camped at a salt well by 8:00.*

*At 11:00 a.m. on the 16th they left moving eastward and at 2:00 in the afternoon came to the point of the sierra called "Quifagua" perhaps the northern spur of the Sierra Pinta. By 6:00 in the evening Caballero and his two Indians had reached the Colorado, where the Quamaya*[5] *Indians were apparently*

ACC0025081

*awaiting their arrival. They were greeted by the Captain of the rancheria on the river, who accepted the gift of cattle and horses, and offered to drive them to a corral which had been prepared in anticipation of his arrival. The mares were divided the next day between the captains of the different rancherias, and some cattle were killed for the people to eat. Throughout the day the Indian captains discussed various matters with the padre, and on April 18th, accompanied by some Indians on horseback, he was taken along to where the Indians were harvesting seeds. Padre Felix took this occasion to impress upon the Indians "the advantages of Christianity and the prospects of Heaven," and told them the "Great Captain" of Mexico, (Iturbide the Emperor) wished to establish presidios and missions in the area. The Indians seemed to welcome the news and offered to escort the padre to Sonora so he could write to the Great Captain and obtain such benefits for them. They hoped that he would tell him they did the Padre no harm, that they wished for missions and protection from the Yumas, who did damage to them. As on the previous day the Indians gave Caballero food supplies, such as dried fish, mesquite and pinole, for his journey. He estimated the Indians numbered about 4,000 persons.[6]*

*The following morning, the 19th, at 8:00, Caballero left with his group accompanied by many Indians along the banks of the river and proceeded northeast. He was shown lands which were under cultivation, and a mesa suitable as a site for a mission and presidio.[7] At 4:00 in the afternoon they reached the last rancheria of this nation on the north. The captain Quamay told the padre that far away to the north lay hostile peoples.[8]*

*On April 20th, Captain Quamay informed Caballero that the animals required rest, and he would choose some men to continue on the journey to Sonora. It was proposed they would leave the river the following day and travel east.*

*On the 21st they left at 7:00 in the morning, escorted by eleven of the bravest and strongest men Quamay had at his disposal, six on horseback and five on foot. They continued east through some troublesome sand-dunes, searching for a lagoon called Jailxquoac.[9] After finding the lagoon they left at 6:00*

12

ACC0025082

*and traveled through more sand-dunes. They came to a halt
at midnight and camped near a sierra.*

*The next day, the 22nd, they left at 6:00 in the morning, en-
route to the east. At 7:00 they arrived at the mountains, noted
the night before, (probably the Tinajas Altas) and crossed some
easy passes. At 8:00 the trail of the Yumas to the Mission of
Caborca was encountered and by 2:00 in the afternoon they had
made a turn, and inclined now northward for six leagues,
whereupon they arrived at the Tinajas Cojuat.[10]*

*On the morning of the 23rd Caballero proceeded northeast,
passed another Sierra and came onto another plain. At 10:00
they arrived at the Gila River, and after refreshing themselves
continued along the same route. That afternoon they crossed
the Gila River to the north side, and continued traveling until
6:00 that night.*

*On April 24th they left early, going in a northeasterly direc-
tion and at 9:00 in the morning reached the country of the Jal-
chedumes.[11] The captain and all his people greeted the party,
and Captain Quamay returned their greetings. All the Indians
were enthusiastic about having the priest visit them, but asked
Padre Felix to uncover his head so that they could see if he were
indeed a priest, probably to see if he had a tonsure. They were
soon reassured on this point.*

*Unfortunately the diary is incomplete after this page but
the Romero diary indicates that Padre Caballero proceeded
along the Gila River to the Cocomaricopa territory and then cut
off at Gila Bend, taking a more direct route, where he touched
the Pima country on the Gila once more. By the end of May
he had reached Arizpe[12] and made a report about the new route
and what he had seen. After a short time there, he went north
to the Tucson presidio where he joined the commander of the
Tucson Garrison, Brevet Captain José Romero who would escort
Caballero back to Baja California with a corporal and nine
soldiers. Romero was told to keep a diary, confer with Indians
about the possibilities of Indians carrying mail to and from
Mexico and watch for points suitable for military garrisons.
(Caballero, 1832)*

13

*On June 8, 1823 they left. The Romero diary follows:*

Diary kept by Brevet Captain Don José Romero of the expedition he conducted by way of the Colorado River to the provinces of the Californias, under orders of the Military Commander of the Provinces of Sonora, Lieutenant Colonel Don Antonio Narbona, in accord with an order of May 24, 1823; with a party of one corporal and nine men, in which letter his departure from the Presidio of Tucson was arranged for with said party, accompanying the Dominican Priest Father Felix Caballero, missionary of the missions of San Miguel and Santa Catalina Mártir, in Baja California. This padre left from Santa Catalina on a reconnaissance for the opening of a road by the mentioned river for a mode of communication by land with Sonora; in consequence of an order of the Commissioner of the Regency for the Californias, Don Agustín Fernández de San Vicente; and we begin it on the present date. This diary is a copy of the original.

---

### June 8
At 7:00 in the morning we left enroute to the northwest and at 10:00 we halted at Los Pontos.[13] Distance:        *(Leagues 1)*

### June 9
At 2:00 in the afternoon we started enroute to the northwest. At 8:00 in the evening we passed Picacho Aquitum. At 9:00 we halted on a plain near the Picacho.[14] Distance:    *(Leagues 13)*

### June 10
At 4:00 we left enroute to the northwest. At 12:00 we reached the Gila River. We halted at a place with tall grass.[15] Distance:
*(Leagues 10)*

### June 11
Today I decided to rest the horses, so we did not travel.

### June 12
At 7:00 in the morning we left enroute to the northwest. At

14

ACC0025084

9:00 we reached the first pueblo of the Pimas, and at 10:00 the second. At 11:00 the captain governor of the Pimas came to meet us, then led us to the third pueblo and his residence. On our arrival there were many Pimas present. Distance:

*(Leagues 4)*

Having come to a halt, I gave them thanks for the friendly reception that they gave Padre Felix Caballero on his previous arrival. I urged them to make arrangements for religious instruction and the arts of civilization. I told them that the new independent government would provide all the means necessary for this purpose. The governor and all the Pimas gave manifestations of rejoicing and said that this is good, we have desired this for a long time; so this afternoon you will remain with us.

### June 13

At 7:00 in the morning we left going to the west; at 8:00 we passed through the fourth pueblo, and through the dry bed of the Gila River to the north side. On the north bank a very large ramada had been built in anticipation of our arrival. Many Cocomaricopas with their three principal captains were there. Distance:

*(Leagues 1)*

Captain José, who carries mail from California, captain Cocosipara, and captain Jacurran stopped by at the ramada. I thanked them for the friendly reception which they had given Padre Felix Caballero on his previous arrival. I exhorted them by saying that if it were agreeable with them, I would supply them means necessary for religious instruction and learning the arts of civilization. I told them that the Great Captain of Mexico wished that the mails should come and go by those routes, and he wished to open the road for communication between the provinces. The captains and all of the people gave manifestations of rejoicing, and said yes, that was what they had wished for a long time. I told them that I brought instructions from the Commander at Arizpe, Don Antonio Narbona to ask them if in case all mails which should come from Mexico

15

for Monterey and those that should return from there to Mexico, could they carry them through swifty as they had on other occasions. The three captains, after some consultation, replied that they could not, because in order to carry the mail it would be necessary to take along many warriors, as they had done on other occasions through the Yuma and Mojave nations, which are their enemies; with the result that they could not comply with the request swiftly and consistently.

The padre and I urged them to make peace with all those nations. In this matter they were very reluctant. They excused themselves by saying that they were willing, but the other nations did not wish such. They told us of many difficulties awaiting us, since there were many Yumas along the road we were about to take, which we would meet. We evaded their objections with prudence. I told them there was nothing to worry about, that if the Yumas met us I would talk peace with them. If they would not accept it, and if they should make war against me, with the help of God I would overcome them and make them acquainted with the superiority of my weapons and the valor of my soldiers. They concurred, and said it was good, but they said that they would accompany us down the Gila River, entering all their rancherías; they would go slowly so we should have patience with them, for they do this because they are fond of us,—the padre and I, and my soldiers. The padre and I agreed to what they asked of us.

### June 14

At 8:00 in the morning we left, accompanied by many Coco-maricopas, enroute to the northwest. At 10:00 we halted, having crossed the river to the southern side at a dry place.[16] Distance: *(Leagues 3)*

At 3:00 in the afternoon we went in a northeast (?) route, and at 6:00 we halted. Distance: *(Leagues 2)*

### June 15

Today at 6:00 in the morning the captains told us that all the

16

ACC0025086

people would go to gather sahuaros in order to refresh them-
selves, and that they would not travel.

#### June 16

At 6:00 in the morning we started enroute to the northwest.
At 8:00 we halted at Hueso Parado.[17] Distance:      *(Leagues 2)*

At 3:00 in the afternoon we left on a northwest route. At 6:00
we halted in some little hills. Distance:      *(Leagues 4)*

#### June 17

At 8:00 in the morning we began enroute to the northwest. At
11:00 we halted at the junction of the rivers Gila and Salado.[18]
Distance:      *(Leagues 3)*

At 3:00 in the afternoon we left enroute to the west. At 6:00
we halted. Distance:      *(Leagues 3)*

#### June 18

At 4:00 in the morning we left enroute to the west. At 8:00
we halted. Distance:      *(Leagues 2)*

At 5:00 in the afternoon we left enroute to the south. At 7:00 we
came to a halt. Distance:      *(Leagues 2)*

#### June 19

At 5:00 in the morning we left enroute to the south. At 8:00
we halted and did not travel all day. Distance:      *(Leagues 2)*

#### June 20

At 4:00 in the morning we left enroute south. At 7:00 we
halted. Distance:      *(Leagues 3)*

At 5:00 in the afternoon we left enroute to the south, and at 7:00
we came to a halt. Distance:      *(Leagues 2)*

17

ACC0025087

### June 21

At 5:00 in the morning we left enroute south and at 7:00 we came to a halt. Distance:                                (*Leagues 2*)

At 3:00 in the afternoon we left enroute to the south, and at 5:00 we arrived at the house of the old Cocomaricopa governor. Distance:                                              (*Leagues 2*)

It should be noted that since the 16th of June we have traveled along the bank of the river because the Indians accompanied us, for when the padre went alone toward Tucson, he traveled in a straight line away from the river. For this reason the route traveled now is different, and the road is twice as long. Having halted at the house of the old Cocomaricopa governor, I thanked them for the good reception that they gave padre Felix Caballero on his previous trip through here. I told them that the Great Captain of Mexico now wished to populate his land, that he loved them greatly, that he wanted the mail to go through their territory, and that he wished them to receive religious instruction and to learn the arts of civilization. The governor replied that this was good; "Now you know we are good at heart. I am old now. I shall not live to see that which you talk about, but my sons and all of my people have been well counseled by me. Now you will rest here, and tomorrow all the people will go for sahuaros so you will be refreshed."

### June 22

The padre and I agreed to what they asked of us, and so we did not travel today.

### June 23

At 3:00 in the morning we left enroute west, inclining toward the south, and at 11:00 we came to a halt. Distance:                 (*Leagues 3*)

At 5:00 in the afternoon we went enroute between west and south, and at 7:00 we halted. Distance:              (*Leagues 2*)

ACC0025088

### June 24

At 8:00 in the morning we left enroute southwest, crossing a small sierra through an easy pass at 9:00. At 11:00 we arrived at the Gila River and forded it to the north side, where we halted. Distance: *(Leagues 3)*

At 4:00 in the afternoon we left enroute to the southwest, passing a rocky mesa. At 7:00 we came to a halt. Distance: *(Leagues 3)*

### June 25

At 6:00 in the morning we left enroute to the southwest. At 9:00 we halted at the place called Agua Caliente. Distance: *(Leagues 3)*

At 4:00 in the afternoon we left enroute to the southwest. At 7:00 we halted. Distance: *(Leagues 4)*

### June 26

Today at this place the gentile Cocomaricopa captains said to us, "Now you can travel faster, for we will stay here to hunt hawks, and we will go back with our families, for if we go further on, the Yumas will meet us and will want to fight with us, and we will want to fight with them, but you do not wish to." And so they were going by the route the padre took. The padre and I thanked them for accompanying us and we told them that it was well for them to remain, for we did not wish to fight with any nation, but wished for peace with all. At 8:00 in the morning we left, the padre with his two vaqueros, and I with my detachment of ten men, enroute to the southwest, and at 11:00 we halted. Distance: *(Leagues 3)*

At 3:00 in the afternoon we left enroute to the southwest. At 5:00 we passed the Hill of San Pascual. At 7:00 we forded the Gila River to the south side. Distance: *(Leagues 6)*

### June 27

At 3:00 in the afternoon we left the Gila River for Cojuat. We

19

went enroute to the southwest and at 7:00 we arrived at the sierra called Cojuat. Distance: *(Leagues 8)*

At 8:00 that night we continued the march on the same route. At 12:00 we crossed the last sierras that there are east of the Colorado River through some easy passes and wide openings. According to conjecture these are the mountains called the Tinaja Alta. We looked at the road that the Yumas have made to Caborca, that the padre had informed some soldiers about the route from Santa Catalina to Caborca during his trip. We did not take this route because the gentiles who guided us were afraid they might meet the Yumas, their enemies, and they did not wish to expose themselves or the padre to danger.

### June 28

At 2:00 in the morning we halted, having come out upon a plain. At 4:00 in the morning we left enroute to the west, crossing the sand dunes and sandy areas. At 11:00 we reached a lagoon called Yxlgqua.[19] Distance: *(Leagues 12)*

### June 29

At 2:00 in the morning we left enroute to the south, inclining a little to the west. At 10:00 we halted, having arrived at the Colorado. We found it very high. Distance: *(Leagues 14)*

Many Indians began to arrive—Cajuines and Quamayas. They brought pechita, which was powdered, and balls of pechita and pinole, for we had used up all the food we had, and we were suffering from want. At 3:00 in the afternoon several captains came and led us to the first ranchería. Distance: *(Leagues 1)*

Many gentiles came together, and all offered us fish and pinole which they had. At 6:00 in the evening Captain Quamaya arrived. He greeted the padre, myself, and the troop. He spoke persuasively to all the Indians and said to them that although they had never before seen soldiers from Sonora, it is enough that they have come with their friend the padre. All the Indians

**20**

ACC0025090

gave signs of rejoicing. The soldiers gave some fruit for zapetas,
with which they were very pleased. All the rest of the afternoon
and the early part of the evening, all of the Indians were about,
and very joyful. By 9:00 at night all was quiet.

### June 30

At 6:00 in the morning we left enroute to the south. After
awhile we reached a large river which watered its banks. Cap-
tain Quamaya directed us to unsaddle and unload. After this
was done, he ordered his men to take the baggage and the ani-
mals one by one. When this was done, the Indians helped us to
cross over the water, which had a width of 100 varas and a depth
of two varas in places. After completing this, the padre, myself,
and the soldiers gave presents of some fruit to those Indians who
had helped us and worked for us. We continued the march, go-
ing in several directions, for Captain Quamaya was taking us
through all of the rancherías, where they gave us food, and with
much abundance. He led us to a very wide mesa (the same one
cited by the padre on the 19th of April on his trip). It was very
suitable for the establishment of a presidio and a pueblo, with
good proportions nearby. Captain Quamaya said, "Now observe
this mesa. I have laid out for the padre much land for the pre-
sidio and for the mission. Nearby is land for planting and much
grass for the animals. The water never floods this point, al-
though the river becomes very high." To me, and to the troop,
what Quamaya said was pleasing. We continued the march on
a southerly route, fording on horseback several branches of
water with which the river irrigates its banks. At 3:00 in the
afternoon we arrived at the ranchería of Quamaya.
Distance:                                            *(Leagues 4)*

Throughout the afternoon the Indians did not stop coming
to see the padre, myself, and the troop. They asked the padre
how things had been with him, and he told them that in Sonora
they had treated him well. They rejoiced greatly and said that
they also would treat the party well, because we came with the
padre. That night all the captains met. The padre and I asked

**21**

ACC0025091

them if when we wished to cross the river perhaps they could
help us across. All gladly said that they would make rafts of
reeds, and then they could transport us well, and also the ani-
mals, without any difficulty.

### July 1

Today, when Captain Quamaya and the other captains called
their people together, they went out to cut mesquite bark, and
with this they made out of several branches, four rafts. At 4:00
in the afternoon Captain Quamaya came to us with the rest of
them and told us that the rafts were now made—two for our
party to use in crossing, and two for the baggage. He said that
early in the morning they would take us across, but now they
wished to know whether, when our party got to return to our
homeland, we would return through here or not, for beyond
here there are warlike people. He said, "Now you know us, and
our heart; so tell us whether we may expect you." I consulted
with the padre and he told me that it was all right, that I could
return that way. We told them that when we returned, we
would bring 30 head of cattle, and I told them to build a corral.
The padre would rent it from them as a house-site, and I would
continue my march to my country. All were most happy, and
did not stop repeating again and again that they were friends.
This night many Indians remained with me, the captains stayed
with the padre, and other Indians remained with the soldiers,
with such a display of confidence and satisfaction, without
bows, quivers, clubs, or any other weapons, so that it seemed
as though they had been raised among us.

### July 2

At 6:00 in the morning we left enroute to the south and arrived
at the point of crossing. Distance:                    *(Leagues 2)*

Now that the rafts were ready, the padre and I, along with the
soldiers, embarked on two rafts, and the equipment was loaded
on the others. At 9:00 in the morning the Indians started off

22

with the horses first, then the two baggage rafts, and immediately after them, our own. In the middle of the river (which had a width of about half a league) the Indians tethered the horses and the rafts with the baggage, and those who guided our rafts left us alone in the river in such a way that if it had not been for the gentile Cota, who never left us, and for two soldiers who jumped into the water in order to help Cota steer the rafts, we would have perished. After having been carried downstream more than half a league by the current, with a thousand efforts we came out on this side of the river, with two guns and three lances lost in the water. We were all naked and barefoot, having only our guns and cartridge-boxes, for in order to keep from wetting our clothes we had loaded them on the rafts with the baggage. Seeing ourselves thus, without food, on foot, and barefoot, naked, without resources or help, at 12:00 we began to travel. At 7:00 we reached a ranchería in which there were relatives of the gentile Cota, where we abated our hunger with a broth of mesquite beans and other seeds which these poor gentiles gave us. By 8:00 at night we continued our march, traveling all night.

### July 3

At 4:00 we reached Pozo Salado, where we found gentile relatives of Cota.[20] Distance:                              (Leagues 8)

At 5:00 in the afternoon we continued the journey, and finding some soldiers and myself giving out on our feet, I decided that two soldiers, along with the padre and the gentile Cota, should go on ahead to Mission Santa Catalina in search of help animals, and sustenance, and there I camped.
Distance:                                            (Leagues 3)

### July 4

At 4:00 in the morning we left, without water, until 8:00 that night, when we camped in a pass of the sierra which looks upon Agua Caliente. Distance:                      (Leagues 4)

ACC0025093

*July 5*

At 4:00 in the morning we traveled toward Agua Caliente, without any resources. At 9:00 we met two gentiles who were sent by the padre with a little water. Because of the great heat we halted on the reverse slope of the pass in that sierra. About 11:00, another Indian arrived with two clay jars of water, a little mescal, meat, and two animals with saddles. At 3:00 in the afternoon we continued to travel; and at 8:00 that night we joined the padre at Agua Caliente.[21] Distance:     *(Leagues 5)*

*July 6*

At 3:00 in the afternoon we set out for Mission Santa Catalina where we arrived at 7:00 without incident.
Distance:                                                *(Leagues 5)*

*July 7*

Today I informed the Military Commander of my Province of Sonora by special messenger of all that had happened to me on my journey.

*July 8, 9*

The troop rested.

*July 10*

We marched toward Mission San Miguel, enroute to the east. We halted that night at 9:00 in the place called Sangre de Cristo. Distance:                                   *(Leagues 9)*

*July 11*

At 5:00 in the morning we continued on the same route, and at 5:00 in the afternoon we halted at the rancho of San Marcos. Distance:                                   *(Leagues 18)*

*July 12*

At 9:00 in the morning we left on the same route, and at 7:00 we arrived at Mission San Miguel. Distance:     *(Leagues 13)*
*Mission San Miguel, July 13, 1823*

JOSE ROMERO
*(Rubric)*

24

ACC0025094

Upon their arrival in Santa Catalina, Romero had "complied with the first part of Narbona's instructions in that he had learned of conditions along the proposed mail line to Tucson." He reported at that time to Governor Arguello, Sola's successor, that "The road from Tucson is short . . . . it can be covered in ten or eleven days; but there is the obstacle of the Colorado River, for from the month of May to that of August it remains in flood; and furthermore, the Indian nation that robbed us is there . . . according to my instruction, it only remains for me to see the road by which the Cocomaricopas travel." Romero also reported his experiences to Governor Narbona, sending him a copy of the expedition diary which was ordered to be published in the newspapers of the Capital, causing Romero to become a celebrity. (Beattie, 1933:59.)

Meanwhile the Romero-Caballero trip was a cause of concern back in Tucson. The governor of California received a note from Antonio Comanduras[22] dated September 22, 1823, exhibiting concern over the welfare of the expedition. Comanduras recounted that the expedition had left Tucson, as ordered, but since that time the "Ymas" nation had given positive news that their Yuma enemies had killed everyone in the party. Since they had had no word at Tucson concerning the whereabouts of the expedition, they inquired if news were available as to whether they had been killed, captured or ransomed. If any of these were the case Comanduras requested permission to set forth in order to punish the Yumas. (D.S.P. vol. 1.) While this report may have been an exaggerated account of the potentially fatal hoax played upon the party by the Quamayas, it may indicate that the act of cutting these foreigners adrift had been well circulated through Indian channels of communication. It is entirely plausible to suggest that had it not been for the respect held for Father Caballero by the Colorado peoples their fate may have been worse.

The results of these expeditions were several. Personal advantages came to Caballero and Romero since both were recommended by higher authority for commendation. For Romero it led shortly thereafter to a Lieutenant Colonelcy, similar to that

25

ACC0025095

conferred on Anza a half century before for his successful explorations. For the long sought overland route it meant that a route near the mouth of the Colorado was not dependable; and that the Cocomaricopa route must be explored as the next alternative to the Anza Trail. (Beattie, 1933:61.)

Romero and his superiors were keenly distressed by the behavior of the Indians on the Colorado and plans were immediately set in action because of them. Romero himself had recommended punishment of the Indians for their deceitful behavior. He was particularly disturbed that they had made appearances of peace and apparently planned to deceive him. (N.L.N., Alamon to Narbona, 1823.)

Narbona, who had received Romero's reports, complained to the government of Mexico that undue confidence had been placed in the friendliness of the Indians at the mouth of the Colorado because they had treated Father Caballero well on his first trip through their country. Since the route provided considerable advantage to the Mexicans he suggested that he along with 159 men, march among the tribes which were between Sonora and the Californias. He proposed that he could gather data concerning population of the Indian nations in that area, record customs and indicate the lands which they occupied. He intended also to estimate the condition and usefulness of those lands, record possible mineral deposits, map rivers and points which were favorable for military establishments. He also hoped to impress upon the aggressive Indian nations the "wickedness" of their past deed. Narbona was concerned that this act should not go unpunished since he felt that absence of punishment would lead to other such offenses. Narbona ended his request for this movement with a reminder to Alaman[28] that he could acquire information concerning commercial products in the area reconnoitered which might make for profitable commercial activity. (N.L.N., Alaman to Narbona, 1823.)

Narbona was authorized to undertake the venture he had outlined. His instructions are interesting since they apparently indicate that this was for practical purposes still unexplored

26

ACC0025096

country despite more than 100 years of Spanish interest in the area. Also, the instructions seem to point out the principal motives of the expedition and indicate a continuing concern by the central authorities for the establishment of a wider area of hispanization.

Motives for the expedition were outlined. Friendly relations were to be established with the Indians along the route, even though some had been deceitful with regard to Romero and Caballero. Principally, they were to explore and closely examine it noting if it might serve as a route between the Presidio of Tucson and California. Suitable sites for presidios which could protect the road were to be noted and commercial possibilities of the route outlined. With the establishment of presidios it was to be borne in mind that propagation of the faith was to be considered, and sites should be chosen which were accessible so that "gentiles" could easily be gathered together to receive religious instruction, and learn the rudiments of civilization so that by distributing the lands among them, as well as among the soldiers of the post, pueblos could be formed, and therefore be partially self sufficient.

In addition to the above concerns, they were to make scientific and commercial notes. For example, the course, volume, and aptitude for navigation of rivers with sites for shipbuilding, taking lumber potential into consideration, were to be recorded. Furthermore, "In order to know the nature of the land, its minerals and productions there shall be gathered specimens three or four inches square of all rocks that appear different from one another, indicating by references placed on them, where they had been gathered, whether they have been taken out of the mountains or from around about, whether they were from the total mass of the mountain, or are found in veins, with the directions of the veins being noted." The same was to be done with soils and sands, all of which were to be sent to the government.

Botanical specimens also were to be gathered, as many as appeared different from one another. The root, flower, fruit, or a branch was to be collected as was available and instructions

27

were given concerning preservation. Similarly detailed instructions were presented concerning faunal finds, with attention being given to possibilities for fur traders.

Ethnographic data was requested concerning the aboriginal uses of the various products collected, and physical types of the peoples encountered were to be noted, collecting skeletal remains when possible. Hair type was to be noted, measures of stature, notes on armament and specific data where the indigenous peoples acquired their weapons and munitions; and finally they were directed to visit, if possible, the ruins of Casa Grande in order to examine the mines said to exist there. (N.L.N. Alamán to Narbona.)

Narbona was removed from command before the expedition could be prepared although José Figueroa made a journey with similar instructions, in 1825. (Almada, 1952:278.)

28

ACC0025098

# III

## The Romero-Estudillo Expeditions

*Romero sent a report of his expedition across the Colorado to Governor Arguello while he was at San Miguel. Arguello then ordered Captain Ruiz of San Diego to give Romero all the help necessary so that Romero could travel from San Diego Monterey. Arguello wanted to discuss Romero's future plans. Arguello agreed to allow thirty horses and four mules for the expedition through the San Gorgonio Pass.*

*Governor Arguello ordered that the missions give Romero 30 horses and four mules. San Gabriel was responsible for furnishing what was needed and asked for, as quickly as possible. The "nation" Arguello said would pay the expense which would be charged to the "habilitacion." (D.S.P., v. 1.)*

*On Nov. 11, Romero heard from the Governor in response to a communication that Romero had sent the previous week. The Mission at San Barbara was ordered to help with preparation for the journey, and San Fernando Mission was to donate its cannon. Arguello said, "The necessary mules and horses have been asked for from the mission. You probably already have the provisions ready, and horses enough for the success of the expedition as the commanders of Santa Barbara and San Diego are to help you in every way possible. Each presidio shall furnish 12 cavalrymen and three artillerymen, and as you say there are several vecinos who wish to go along, I will permit you to choose those whom you wish from the volunteers, or to pick others of your choice. (C.D.R.)*

29

ACC0025099

*The Estudillo diary of the Romero Expedition follows:*

Diary which I, Lieutenant Don José María Estudillo, write in consequence of an order from the Governor, Superior Political and Military chief of New California, Captain Don Luis Arguello; with the route which I take, departing and returning from the Mission of San Gabriel, until the Colorado River is crossed by the Brevet Captain of Sonora Don José Romero, commissioned by the military commandant of his province for the opening of a road and communication from that province to this one.

*November 19, 1823*
At 5:00 in the afternoon I received the order dated the 11th of this month, to accompany the Brevet Captain of Sonora Don José Romero until he crosses the Colorado River; and to return with a sergeant, three corporals, and twenty cavalrymen, six artillery militiamen, and ten auxiliary vecinos.

*November 24*
I left the Presidio of San Diego with two corporals and eight soldiers at 7:00 in the morning and arrived at the mission of San Luis Rey at 4:30 in the afternoon.

*November 25*
I left with the party for the paraje of Las Flores[1] at 10:00 in the morning and arrived at 4:00 in the afternoon.

*November 26*
I left Las Flores at 8:00 in the morning and arrived at the Mission of San Juan Capistrano at 4:30 in the afternoon.

*November 27*
I left San Juan Capistrano at 7:00 in the morning and at 8:00 at night I arrived at the Mission of San Gabriel, which is the rendezvous point for the expedition.

On the moment of my arrival I talked with Captain Romero about the necessary rations. He told me that he had asked for a quintal of bread per man, half of a fanega of pinole, and six

30



*An Indian well at Torres Reservation. It was a well such as this that Estudillo described. Photograph by C. C. Pierce.*

ACC0025101



*Agave deserti. This famous desert plant was used as a trade item by the Cahuilla Indians when they met the Romero Expedition. It was a common food plant of the Colorado desert peoples.*

ACC0025102

cattle in jerky, and that they had begun to be prepared. From this I learned of the delay we had to undergo in order to depart. We are finishing the preparation of the bread.[2]

The Sergeant of the Santa Barbara Company, Dámaso Rodríguez,[3] introduced himself to me with a corporal, ten cavalrymen, and three artillery militiamen.

### December

The 20 quintales of biscuits, 25 fanegas of pinole, and the cattle in jerky were not finished until the 13th of this month.

### December 14

Sunday. We celebrated mass said by the reverend Father Gerónimo Boscana,[4] minister of the Mission of San Juan Capistrano, which we asked him to say. I reviewed the entire troop and the vecinos, supplying them with ammunition. I ordered the supply-train to leave, for which the Mission of San Gabriel gave 43 mules with 25 harnesses. They began to harness and load them, with plenty of difficulty, at 4:00 in the afternoon. The militiaman Juan Ontiveros[5] was hurt by a kick from a mule, and he was revived with vinegar. The supply train left to sleep at the enclosure at 5:30 in the afternoon, in charge of Corporal Hilario Machado.[6]

At 6:30, two soldiers of those who were with the herd returned, bringing one of their members, Joaquín Rodríguez,[7] incapacitated from a kick in the pit of the stomach by a pack-mule. He was attended to, and was revived by 8:00.

### December 15

Monday. The soldier Joaquín Rodríguez awoke unable to go on the expedition, and in his place León Rosas[8] of this guard (at San Gabriel) left in his place. At 9:00 in the morning I undertook the departure with Captain Don José Romero enroute to the east. At 11:30 we went on to the place designated as the overnight camp, called San José,[9] still moving east, where we arrived at 3:30 in the afternoon.                  *(Leagues 8)*

31

ACC0025103

This place called San José is a little pass which the sierra forms from east to west as an opening of about two leagues, and on the road in the middle of it is a swamp which has sufficient water, and a runoff in small quantity for about a quarter of a league. In a year of plentiful rainfall it may be more. The whole road is without grazing for the animals.

At 5:00 in the afternoon the horses and the herd arrived, and upon unloading, the pack-mule carrying the two boxes of extra ammunition with a thousand cartridges was missing. Corporal Vicente Valencia[10] left immediately with five men in search of it.

*December 16*

Tuesday. Having finished loading at 9:00 in the morning, I dispatched Corporal Hilario Machado with a soldier in search of Corporal Vicente Valencia and his companions in order to help look for the box of cartridges and the ammunition. I left a militiaman at this place with some animals so they could change mounts. We left taking an east-by-northeast route for the sierra, through arid land without any pasture, until 3:30 in the afternoon when we arrived at the Arroyo of Cucamonga and we came to a halt.                                   *(Leagues 6)*

This spot is found at the foot of the sierra which forms a white peak. It has a swamp from where the arroyo leaves, which they call San Antonio, and the place, Cucamonga.[11] Its flow divides in two courses which give enough water, and which resumes at a distance of half a league. There is fair pasture for a small number of horses. All the land is rocky and full of obstructions.

*December 17*

Wednesday. At 5:00 in the morning the horses were rounded up, and at 8:30 we left on a southeast course for the plain which forms this "olla." At 10:45 we entered the chaparral country, to cross it going south. At 12:00 we left it, and we went northwest to the Rancho of San Bernardino, where we arrived at 5:00 in the afternoon.                                   *(Leagues 9)*

32

ACC0025104

This rancho is situated near the entrance to the canyon. Toward the sierra is a lovely plain. To the northwest is the opening in the sierra which gives the Mojaves their entry-point to cross the sierra and to leave it. Lieutenant Don Gabriel Moraga took that road, although he could not reach the Mojave country because he was unable to find any water, and because of sandy regions.

The route today is all full of obstructions and bushes, with some loose stones in places. The chaparral stretch is quite wide, and would be from east to west about 14 leagues, and from north to south 5, 4, 3 and 2 leagues respectively, until it ends in the middle of the plain.

Today at 7:00 in the morning a mule gave Sergeant Dámaso Rodríguez a kick in the knee.

I have heard no news from those who are searching for the ammunition.

On my arrival at the Rancho of San Bernardino, I met Captain Don Pablo de la Portilla, who told me he had come to see Don José Romero about withdrawal from the province.

### December 18

Thursday. The horses in service were inspected, and not having sufficient pasture, I ordered that they should be sent to the canyons of the Rancho of Yucaipa.[12]

I have no news about those who are searching for the ammunition.

### December 19

Friday. Captain Portilla left for San Diego, and the horses left for Yucaipa.

At 3:00 in the afternoon Corporal Valencia arrived with two soldiers dispatched by Corporal Hilario Machado, with the news that the mule with the two boxes of ammunition had not been found, despite his having made a thorough search aided by the cowboys of the mission lent by the padres, through the great willow-grove and the ranchos. He continued searching with them for that mule-load.

At 4:00 in the afternoon, I dispatched a cowboy with a letter

33

ACC0025105

for the padres to send me two boxes of powder, two "chifles," and asked them to make two "abujas"[13] for a cannon. I also ordered Corporal Machado that if by the 22nd of December the mule was not found, to come back on the 23rd, asking the corporal of the guard for 500 cartridges for muskets, because we could no longer delay the departure.

### December 20
Saturday. The arms of the troop were inspected, and Captain Romero sent his herd of mares to Yucaipa.

### December 21
Sunday.

### December 22
Monday. Without interest.

### December 23
Tuesday. I sent for the horses to be brought tomorrow in order to leave on the 25th.

### December 24
Wednesday. At 4:30 in the afternoon the horses arrived.

The rations were distributed. The troop of Sonora was given three loads of pinole, three loads of biscuits, and two portions of meat. To the cavalrymen and the rest, one arroba of bread, two almudes[14] of pinole, and half of an arroba of meat, leaving nine and a half loads of pinole with the majordomo Juan Higuera[15] because of the lack of pack-animals.

### December 25
Thursday. At 1:00 in the morning Corporal Hilario Machado arrived with those who accompanied him in search of the ammunition which they did not find, and bringing that which I ordered. They left Militiaman Justo Morillo[16] sick in San Gabriel, bringing in his place the cavalryman Isidro Guillén,[17] because there was no militiaman in the pueblo, according to what Sergeant Guillermo Cota[18] said.

34

The Indian Salvador, a neophyte of the Mission of San Juan Capistrano, introduced himself at this Rancho of San Bernardino.

Eleven years ago he fled from the mission, and went as far as Arizpe, from where he was sent back by way of Loreto about four years ago. He said that he had learned of my journey to the Colorado River and that he wished to accompany me along with another named Pedro Celestino. I accepted, and at 9:15 in the morning we left San Bernardino, enroute to the east. At 10:30 the corporal in charge of the herd informed me that the auxiliary vecino Máximo Reyes[19] had left, saying that he was going to the pueblo (Los Angeles). I immediately sent two soldiers to pursue him, and they returned with him later, saying that when he got back to the herd, he (Reyes) was already coming back with it. Reyes himself, of whom it was true about what he had said, for his companions had heard him, stated that he had gone on an errand. Since he had returned voluntarily and came quite willingly, I did not believe he was capable of deserting.

At 1:00 in the afternoon we arrived at the second rancho, named Yucaipa. It is five leagues from San Bernardino. At 3:00 I was told again that Reyes had left, and had been missing for some time. I did not order his pursuit because the horse-herd was delayed. We continued, following the same route east until 5:00 in the afternoon, when we arrived at the last rancho, called San Gorgonio, and in the vernacular, Piatopa.[20]   *(Leagues 10)*

The terrain covered today is full of obstructions, and rocky. The mountains are bare of large trees, and all is without pasture. At the entrance to the canyon of the northern mountains where the corrals for the cattle are, and where there is a small Indian house, there is a dry arroyo. It has a little water in small pools, but such a small amount that the horses didn't drink. Twenty-eight horses that couldn't continue were left at this rancho.

### *December 26*

Friday. Because a large number of horses and mules were missing, we could not leave until they appeared at 10:30 in the

ACC0025107

morning. We went to the east until 1:00 in the afternoon, when we went northeast to the end of the mountains. At 4:30 we arrived at the opening of the canyon, called by the gentiles Bonopiape[21] which runs north and south. It has water in abundance, and inside at a distance of one league, we found pasture and came to a halt.                                        (*Leagues 10*)

### December 27

Saturday. Because the horses and mules were very weak, in order to strengthen them, not having pasture and water until Agua Caliente, it was resolved to rest today.

### December 28

Sunday. At 8:30 in the morning we left Bonopiape, and as the canyon cut off where we entered, we took a southern route, through sandy and very rocky country, the land covered with plants called gobernadora, choyas, funeras, biznaga, mesquite, mesquitillos and others, and without pasture for the animals.[22] At 9:30 an Indian was sighted by the scouts, and presented, he came with his wife, another woman, and a child; and he told me through the interpreter that he was a Cohahahuilla[23] and that he was going to San Gabriel. Most of his companions were in the mountains, for they had known of our coming for several days. We continued our march, and at 3:00 in the afternoon we arrived at Agua Caliente.[24] Distance:                    (*Leagues 8*)

### December 29

Monday. The day dawned a little clear, and the sierras of the north and west between which we traveled, were all snow-covered. We left at 9:52 in the morning, because of the time it took to warm up the animals, through the same type of country as the day before, enroute south, and at 2:15 we arrived at the well of the first palms, called by the natives Gauloma, and called by ourselves (the well) of the Coyote.[25]

On this day at 11:00 two gentile Indians were seen, and when they were presented they told me they were Cohahaguillas, who had already served on the ranchos, and were still called

36

José, and the other, Vicente. The latter took me as far as the well, and José went to call on his relatives for them to bring us mescal. They brought nine of them, and I gave them gifts of beads.

The well is built by the gentiles. It has a depth of about six varas, and reaches a pool of water which is barely sufficient for the people.

Starting from an opening which is formed in the Sierra Madre of the Californias, begin the rancherias of the Cohahuillas, which is south of Agua Caliente at a distance of about one league. It was cloudy at night fall, and clear at dawn.

### December 30

Tuesday. A mare and a horse with the Avila brand belonging to Captain Romero were missed, and it was supposed that they would take the route to home.[26]

At 8:00 in the morning we left, moving south guided by the gentile Vicente. At 10:50 we arrived at the first rancheria of the Cohahaguillas, called palm waters, and its Captain, Chihachia. At 3:15 in the afternoon we came upon another rancheria of the same nation, its captain, Juamay. At 4:15 at that of Tutuma Abali, and at 5:30, the swamp of the Palms.[27] Distance:

*(Leagues 14)*

The ground covered today is full of mounds and vegetated with Gobernadora, choyas, etc., and rocky until the environs of the first Cohahuillas, where everything is closed in with mesquitales, all the canyon in which the Indians live, to the opening which the palms make, whose swamp has quite a deep well. The circumference is covered with tules and the grazing is alkaline, very scanty for the animals.

Four mules and one horse were left on the trail, very tired and worn out because they had been among the mesquitales. In order that the gentiles not be allowed to make use of them, they were killed. All the horses and mules are in quite bad shape with nothing to eat or drink since Agua Caliente. For this reason, necessity obliges us to spend two or three days in this spot, although with all caution.

37

ACC0025109

### December 31

Wednesday. At 9:30 in the morning the Cohahuilla Captains
Chiachia and Tujama Abali arrived with mescal heads which
they presented to me, and I reciprocated with tobacco and
beads. Because some of the animals we had were incapacitated
and could not continue, I proposed to leave them with the
Indians until we returned, and they gladly accepted. I asked
them to come early on Friday to receive them. They offered to
accompany me with armed men to fight against the Yumas,
their enemies, and against the Mojaves. I told them I had no
order to fight them from the Great Captain who commanded
me, unless the gentiles by force wish to do so; and if I encoun-
tered the Yumas and Mojaves and if they wished to fight, I
had many men to overcome them all. If someday the Great
Captain ordered me to go, however, I would inform them, and
they could go. They showed signs of agreement, and at 3:30 in
the afternoon they returned to their rancherias.

### January 1, 1824

Thursday. Several Cahahaguilla Gentiles arrived, and since a
horse which could not be gotten out and had drowned in the
well, it was given to them. They quartered it and carried it with
them very happily at 4:00 in the afternoon, when they left.[28]

### January 2

Friday. We left at 8:45 in the morning enroute north; the Coha-
huilla Captains had not come for the animals. We went through
a great saltbed and pools of alkali which is in the plain of the
Palms, to its end, a distance of three leagues, whereupon we
took a southeast route to the end of the Sierra of San Gabriel,
which ends in the great plain which lies to the east. At 5:00 in
the afternoon we halted with the horses and mules very tired
in front of the opening which this Sierra forms in a canyon.
We must enter it in order to cross the end of the mountains ac-
cording to our guide, Salvador.[29] Distance:          *(Leagues 7)*
   Corporal Hilario Machado, in charge of the herd today, ar-
rived and told me that as he was about to leave, the Cohahuilla

38

ACC0025110

Captain Tujama Abali arrived, and he gave him five horses in my name, which he sent to his rancheria.

The situation of the place in which we have halted is that of two swamps, the distance between one and another being about half a league, surrounded by tules, and a little bit of pasture, bush and alkali. With hoes which I brought from the Rancho of San Bernardino, it has been necessary to make ditches, letting the animals drink.

In the saltbed as well as in the region of alkaline pools and the rest of the land we have covered today, many loose pumice-stones of various sizes were found.

At 7:00 at night it began to rain, and it continued quite heavily until 3:30 in the morning of the 3rd, when it abated.

### January 3

Saturday. It dawned with very cloudy weather, raining lightly. We were told that there is no water or pasture until the Colorado River, two days distant on the road, according to the gentile Indians and the guide Salvador. We determined to halt today in order to revive the mules and a horse which on the afternoon before they left exhausted in a salt bed, and which returned with them at 2:00 in the afternoon.

The Sergeant informed me that four soldiers of Santa Barbara were already on foot.

At 5:00 a southwest wind began to blow, and at 9:00 at night it began to rain very hard, lasting until 6:30 in the morning.

### January 4

Sunday. The rain slackened and ceased by 8:00. We all awoke wet, as was the equipment of the troops. For this reason the departure was delayed today.

At 2:00 in the afternoon a Cohahuilla captain arrived, named according to what he told me, Cumma. Necessity obliges us to entrust in his care at his rancheria 36 horses, 4 mules, and 4 harnesses, until the return trip, because they could not continue on any longer, as they were tired and lame. He offered to do so, and in the morning would come with his people to get them

39

and take them away, for in this place they were not secure, because the Yumas came this far. He left with gifts at 4:00.

At 8:00 at night a very cold north wind began, and it cleared the horizon.

### January 5

Monday. At dawn all the sierras of the north and west were covered with snow, to the first cut in the sierra of San Gabriel.

At 8:00 in the morning five gentiles arrived, and with them the one named Juan José, sent by Captain Cumma to receive the animals which I entrusted to him yesterday, in order to take them to their rancheria. He himself did not come, because he is ill with fatigue. We handed over thirty-six horses, five mules, and four harnesses to them.[30] At 10:00 in the morning we took our leave enroute north, going around the swamp to take the pass and opening of the canyon of the sierra in which the one of San Gabriel ends, in order to skirt it. All of the land is alkaline and has pools of alkaline water, with Matorral, and scattered with pumice-stone. This ended at 12:30, after traveling three leagues, and we entered the opening of the canyon, following the same northern route until 5:00 in the afternoon. We then took a northeast route, now obscured by very rocky mesas, and several canyons which we crossed with plenty of trouble, until 9:00 when we halted in one of them, without water, wood, or pasture. For this reason it was given the name of "Vale of Tears." Distance since entering eight leagues; and since the departure:                                   *(Leagues 11)*

Four horses and one mule have been left on the trail, tired and lame.

We have noticed, since entering the canyon, several paths and trails of the Indians, on foot and on horseback, some from east to west, and others from north to south; with others which go to the mountains, some with fresh tracks a few days old, and the bones of horses which they have eaten.

At the entrance of the canyon, two leagues along, at the foot of the sierra on the west side, next to a great peak, we had the joy to encounter a little pool of water with which to fill the

40

ACC0025112

drinking jugs which were full of alkali, but there was none for the animals.[31]

### January 6

Tuesday. We left at 7:45 in the morning, enroute east through the same rocks, canyons, and rocky mesas as the trail of the night before, doing so today with much work and delay. At 12:50 we went north for four leagues. At 2:30 in the afternoon we again went east for two leagues, and at 5:00 we halted at the entrance of a canyon which went north. At the entrance we found a little well made by hand, with very little water for the men, which we called San Pascual.

Distance this day:                                    *(Leagues 8)*

Three tired horses have been left on the trail and a mule belonging to the troops. The plants that grow in the soil at the entrance of the canyon are Palo Adán, Palo Fierro, Uña de gato, Choyas, Gobernadora, Mesquitillo, Tuna, and some clumps of yerba de venado on the edges of the arroyos.

At the well of San Pascual we found signs of basket-making by the Indian women on several occasions, bones of horses and pieces of ollas. There are also several bones on the trail traveled today. Today at 11:00 in the morning, from the mesa, we began to pick out at a great distance landmarks which must be in Sonora. All are content, judging the river to be near.[32]

### January 7

Wednesday. At 8:30 in the morning we went east through the same canyon which forms the dry arroyo, very rocky for one and one-quarter leagues, in which we took a northern route through dry arroyos, and several very rocky mesas, which the guide Salvador said were necessary to go through in order to go around several hills which were to the east, in sight of the great plain. At 5:00 in the afternoon we arrived at a very long portal on the same route north, very rocky and with only an Indian footpath, having left several horse-paths and foot-paths behind. We found that we were mistaken in our choice, and that the path we should have taken was above. The guide Salvador,

41

who as I have said introduced himself in San Bernardino, began to waver, and perhaps this was from maliciousness; and that some soldiers said they knew the sierra madre to the west at some distance to be the same one to which Lieutenant Moraga arrived in search of the Mojaves and had to return. The Sonorans, from the configuration of the sierra seen to the east, said we were close to them and to the Apaches called Tontos, friends of the Mojaves for which reasons and because the guide Salvador had declared or confessed to the Sergeant and others who accompanied him while guiding, that he did not know where he was, and that he had gone on only to find the river, we went back from the pass one league to situate ourselves in sight of and at the entrance of another to the east. Distance today:

*(Leagues 12)*

Since the Sergeant and some of the troops suspected Salvador of having malice and contact with the gentiles, I ordered both him and his companion Celestino to be secured.

Having consulted with Captain Romero at 8:00 at night, concerning the condition in which we found ourselves, and upon what we must do, the two of us agreed that is was necessary to climb the pass to the east which we had in sight, following the trail it has on horseback, whose tracks we had seen from east to west, and from west to east, although some are days old, believing that we would soon come upon the Colorado River.

At 11:00 that night the entire troop presented itself to Captain Romero and had him take note of the state that they were in, the losses they had sustained on the trip thus far, and in case we did find the river the next day or the day after, I had to return with my troops. They (the Sonorans) being left alone, and not being more than eleven men were to expose themselves to be victims, whether from want in traveling through unknown lands, or from the gentiles. They wished to return to the point of departure, to make the return trip on a known trail with the trips of Don Pablo de la Portilla. Having communicated this to me, as well as the condition of the horses who had not had water for three days, nor eaten except for dry branches which they found, it was judged impossible to continue. We

42

ACC0025114

resolved to return to where we had come from, and in order to do so, and to revive the pack-mules, Romero at once distributed a box of crockery, two jugs of oil, and other heavy items, to those who wished to carry them, leaving only the clothing, and the troops with their provisions, which are now low.[33]

### January 8

Thursday. The day dawned, and some of the horses which Corporal Rosario Aguilar[34] and ten men were guarding were missing along with all of the mules. They left in pursuit with more troops and returned at 8:00. We left at 10:00 on the return trip on the road we had taken the day before; and because several soldiers were now on foot, Captain Romero lent some of the wild mares to them, which they took. At 6:00 in the afternoon we arrived at the little well of San Pascual, where with the personal work of all hands and the digging of small wells we were able after all night to give a cup of water the next day to the animals we were using as mounts and beasts of burden.[35]

Today at the time to leave the well, the Sergeant in company with the auxiliary vecino Cayetano Varelas,[36] checked the pass which we had in view to the east taking my excellent telescope, which has a range of twenty-two leagues. They returned at 1:00 in the afternoon and told me that they had seen no river in the plain.

Three horses and two mules were left on the road, stretched out on the ground.

### January 9

Friday. At dawn many mares, horses, and all of the mules were missing, and they had taken the road we had to follow. Corporal Hilario Aguilar[37] (Machado?) left immediately in pursuit, with orders to return only with the mules in order to carry the supplies; and having found a few of the pack-mules, he sent them back, continuing on ahead. Considering that the animals hadn't eaten or drunk in five days, we decided to leave with whatever cargo and animals possible, and that the Sergeant be

43

left with the rest and nineteen men with a tethered mule, taking care of the mules they were to bring.

At 11:00 in the morning we left the little well of San Pascual and at 12:30 it began to get cloudy, with a south wind. At 2:00 in the afternoon it began to rain, which obliged us to stop in the middle of the plain or rocky mesa. It lasted until 11:00 that night, when a north wind began that cleared the horizon. Despite the fact that this rain fell, the animals were unable to drink because of the ground or mesa of rocky gravel on sand and clay and we were left in the same want. Neither could the men drink.

### January 10

Saturday. After the sun came up, we left at 9:00 in the morning, and at 6:30 in the afternoon we arrived at the mouth of the canyon which is the entrance to the pass, where we found the soldier of Sonora, Tiznado. He was one of those who had left with Machado (see above, "Aguilar"), bringing several mares, three horses, and three mules, and he sent them for us to guard at this point, while he followed the trail of the rest, who were headed west.

### January 11

Sunday. We resolved to wait for the sergeant and Corporal Machado, because of having found among the rocks some water which was trapped. We took it for drinking, and to dampen the mounts and draft-animals. Captain Romero sent the mares through the canyon so that they could go to the swamp.

At 9:00 some animals were seen on the hills to the west, and were recognized to be mares. They were sent along the same road as the others.

At 1:00 in the afternoon the south wind began, and it became cloudy. At 2:00 the soldier Isidro Guillén arrived with seven horses and several mares which Corporal Machado had overtaken, and he sent word that he was coming this morning with thirty-six pack and riding mules to the spot where the Sergeant was waiting to bring him.

44

At 10:00 in the morning the vecino Juan Higuera asked permission to go and obtain water from that which we had found in pools on the 5th, because he considered it nearer, and a better road than that found here. He returned at 1:00 with the pleasing news that having arrived at some cliffs which were in view, forming a canyon, he saw the tracks of some horses. He entered into it, and going farther in, he saw signs of water. Further in he found a great pool of water, sufficient for the animals; and the bones of a horse that had been killed a few days before. I sent Corporal Aguilar with four men to reconnoiter it and give water to the newly-arrived ones. They returned at 5:30, saying that there was enough.

It began to rain at 5:00 in the afternoon and lasted until 4:00 in the morning.[38]

### January 12

Monday. It dawned clear, and we stayed in the place until 3:00 in the afternoon, when we went on to the discovered canyon, leaving a note on a stick in the middle of the road for the sergeant, telling him to cross. We arrived at 4:30 and found the spring which had sufficient water to give the animals some, ten at a time.[39] There was no pasture, and it was rocky. By now all the horses are disabled and lame, and without food, and because of this, several soldiers are riding on unbroken mares.

### January 13

Tuesday. At dawn there was a very stiff north wind, which was cold because all the mountains were covered with snow. The need to care for the animals obliged us to leave the canyon, leaving a second note to the Sergeant, telling him of the water and of our crossing to the the first swamp, which we did at 9:30, arriving in its vicinity at 2:30 in the afternoon, which is a rancheria of the Cohahaguillas.

At 8:00 that night the Sergeant arrived with the supplies and mares which he found on the road, all in terrible condition and unable to travel, five horses and two mules having died.

45

ACC0025117

### January 14

Wednesday. The terrible state in which we found ourselves regarding the horses obliged us to give them some rest today, although we are short of provisions.

Today at 11:00 a Cohahaguilla Indian arrived and told me that they were caring for the animals that we had left in the rancherias.

I ordered a Captain to come along, who with his family and part of his people had come to gather zacate, whereupon the guide Salvador told the Sergeant that the Cahahaguillas had bad feelings against us; therefore I detained them with their families, which I made them bring, without giving them a chance to do mischief.[40]

### January 15

Thursday. It was cloudy at dawn. Helped by the mares in carrying supplies and in providing mounts for some of the soldiers, we left at 9:30 in the morning, guided by one of the detained Indians (I freed the "Capitanejo"). We left for the rancherias of the Cohahaguillas, and we arrived at the place named by the troops "Los Veranitos," because of finding on the trip out that they had sown some patches of corn, pumpkins, melons, and watermelon.[41] We arrived here at 5:30 in the afternoon.

Before arriving we discovered an Indian on horseback, and in the great Mezquital which begins here we came upon him, and it was the gentile named Juan José, who was there caring for the horses we had left. He told me that three mules from the mission had died, and nine horses were missing of the thirty-six we had left, which the Indians had taken to gather mescal.

Three horses and a mule belonging to the vecinos were left on the road today.

I did not find in this rancheria the news I expected and the Indian Juan José was ordered to bring the mules and call the Captains. He brought the mules and said that the Captains were in the sierra.

46

ACC0025118



*A desert water hole in the Colorado desert. Photograph by James Smeaton Chase.*

ACC0025119



*The home of the famous Cahuilla Indian, Fig Tree John. The Romero
Expedition stopped at this spot. Photograph by James Smeaton Chase
taken about 1917.*

ACC0025120

### January 16

Friday. As soon as the sun came up, the horses were counted
and it was found that five horses and two mules were missing,
which were believed to have been robbed during the night by
the gentiles, and placed within the Mezquital in order to eat
them, for they esteem their flesh more than they do beef. Be-
cause we had water and pasture, although scanty and alkaline,
necessity obliges us to give rest to the mules.

At 8:00 in the morning seven gentiles arrived, and they gave
me eleven mescal heads, for which I compensated with beads.
I asked them about the Captains I already knew, and they told
me that they were in the sierra, looking for mescal to give us.
I noted in their stammering speech this was not true, and that
they must be afraid to come because of the many missing mares.

Captain Romero spoke with the gentile named Juan José,
with the idea that he could carry letters and bring an answer
from José Cocomaricopa, offering him a good reward. He of-
fered to do so, and was given a mare for food, which he killed
and carried home. The Captains have not appeared all day.[42]

### January 17

Saturday. At 8:00 in the morning, when we were about to
leave, the gentile Juan José appeared suddenly with two other
Indians, to whom Captain Romero entrusted with letters.

One who said he was a Captain also arrived, and finding our-
selves with three horses and two pack-mules so tired and lame
that we had decided to abandon them, we turned them over to
his care, and when they were able to travel, he would bring
them to San Bernardino, where he would be rewarded with
grain. He promised to do so.

At the above-mentioned hour we began to travel through
the mezquitales and the rancherias that there are, until the
sixth rancheria, where we arrived at 12:00 and finding a little
zacate, we rested until 3:00 when we proceeded through mez-
quitales to the rinconada (narrow valley) where we arrived
at 8:00 at night. We found several pools of rain-water and a few
little patches of pasture, having traveled only seven leagues

47

during the day. Five mules belonging to the mission have died, and three belonging to troops and vecinos, with seven horses.

This "Rinconada" is located to the west, and to the east (are) several rancherias between the mezquitales and the sierras in both directions, which we knew because of the great amount of smoke which went up, and Indians who came out to look at us at several points, which we have noticed since our departure from Los Veranitos today.

It is well known that the land the Cohahuilla nation occupies is from Agua Caliente to the Palms and salt flats, over twenty-two leagues. It is large and numerous, although in sterile land.[43]

### January 18

Sunday. It has not been possible to leave until 3:00 in the afternoon because of the terrible state of the horses, but we finally did, leaving a Corporal with four men to bring up the tired ones little by little. We arrived at the Well of Agua Caliente at 10:00 at night, where there was not any pasture.

When we were ready to leave this afternoon, some Indians ready to make off with the mares were spotted, so I made them be brought to us and come with us, despite the fact that they said they came from Rancho San Bernardino. Since we arrived at the well at night, they were able to flee through the crags of the sierra, under cover of darkness, and they could not be followed.

### January 19

Monday. At 10:00 in the morning we left for the point of Bonopiapa, and at a short distance, having found fresh tracks of horses and cattle, we followed them until 6:00 in the afternoon, when we arrived at a little spring at the foot of the sierra. We encountered some cowboys from the Rancho of San Gorgonio who came driving the cattle from Agua Caliente to the above Rancho. Immediately they killed two cattle for the troop, and with two of the Indians themselves, I sent half of a beef to those who followed with the worn-out horses, and to those who for the same reason were left behind in the march.

48

We left eight horses and five mules on the trail who were unable to follow.[44]

### January 20

Tuesday. At 10:00 in the morning we left for the Rancho of San Gorgonio. At 11:00 it began to rain fairly hard. We arrived at 1:00 in the afternoon, the rain lasting until 2:00.

At the point of Bonopiape, I left a Corporal with six men to receive the tired horses which I left behind. That which is left of what came with me is *de facto*, one mule and two horses.

At 5:00 in the afternoon it began to rain heavily, with a south wind, and it lasted all night.

### January 21

Wednesday. It was raining at dawn and all the sierras were snow-covered. It cleared at 8:00. At 9:00 the vecino Francisco Rubio[45] arrived with news from Corporal Machado that he had halted at the little well, and that he could not come on because of the fatigue of the horses and the bad weather. Because of waiting for that Corporal, I have not been able to leave.

At 6:00 in the afternoon it again became cloudy, and at 7:00 it began to rain, lasting until 4:00 in the morning on the next day.

### January 22

Thursday. The horizon was cloudy at dawn. The Sergeant told me that the vecino Juan Higuera had been missing since the first watch.

At 5:00 in the afternoon Corporal Hilario Machado arrived with the worn-out horses, eight horses and two mules were left on the way, having died naturally. At this hour it began to rain and it lasted all night until 7:00 in the morning.

### January 23

Friday. The weather cleared, and the sun came out. The troops began to dry their clothes and riding equipment.

I sent the vecino Tomas Talamantes to the Rancho of San Bernardino with an order to the Majordomo Juan Jose Higuera

49

ACC0025123

to have ready by Sunday two fanegas of pinole for the troops, and an arroba of flour.[46]

### January 24

Saturday. Captain Romero having resolved to send his horses and mares through San Jacinto near this place to pasture them, I was obliged to leave fourteen harnesses and loads with seven mules at San Gorgonio in the hands of the man in charge there, Juan Bermudez.[47]

Having left Corporal Vicente Valencia with six men to follow along with the worn-out horses, at 10:00 in the morning we left San Gorgonio. At 5:00 in the afternoon we arrived at the Rancho of Yucaipa.

### January 25

Sunday. We left at 9:30 in the morning, and at 12:30 we arrived at the Rancho of San Bernardino. In the afternoon I dispatched a cowboy to San Gabriel asking for help for me from the Reverend Padres, and I am obliged to give a rest to the troops and horses for three or four days.

### January 26

Monday. I dispatched the auxiliary vecinos. All this day and tonight there has been a strong north wind, so that it has not even been possible to leave the house.

### January 27

Tuesday. The troops left at 8:00 in the morning for the Zanja of Agua Caliente to wash themselves, and returned with the Sergeant at 5:00 in the afternoon.

The Cowboy I sent to San Gabriel has returned.[48]

### January 28

Wednesday. I sent the militiamen to San Gabriel with the little cannon so that they could go on little by little with their tired mules.

At 3:00 in the afternoon, Corporal Vicente Valencia arrived

50

ACC0025124

with the exhausted mules, having left on the road six dead
horses, belonging to the troops and vecinos.

*January 29*

Thursday. Since the road I took from San Gabriel was quite
rocky and had little pasture, I decided to go now through Santa
Ana and El Puente. I left San Bernardino at 9:00 in the morn-
ing, en route to the west, and at 5:00 in the afternoon we arrived
at the corral which they call that of Bermudez, on the edge of
the Arroyo. It is eight leagues away. One mule and three horses
were left dead in the countryside.

*January 30*

Friday. We left at 7:30 in the morning enroute northwest, and
at 4:45 in the afternoon we halted in the canyon which is called
la Brea, seven leagues away. One horse died.[49]

*January 31*

Saturday. At 7:30 in the morning we left, enroute north. At
10:00 we arrived at El Puente, and at 6:30 in the afternoon, at
the mission of San Gabriel, a distance of eight leagues; the point
of departure, and so, having brought this log up to date, I send
this Diary to the Sr. Governor, and Superior political and mili-
tary chief of this province Captain D. Luis Arguello. Three
horses died.

José M. Estudillo

NOTE: In this diary a total of 75 horses and 35 mules have died or been
lost, the latter belonging to the mission of San Gabriel or to the troops.
Also, since I have arrived, I have been told that three horses have died,
and more (deaths) are awaited.

Estudillo

51

ACC0025125

# IV

## An Enlisted Man Recalls the Expedition: An Informal Account of the 1823-24 Expedition by Rafael Gonzalez[1]

IN THE YEAR 1823, about December, eight or ten men left the Presidio of Santa Barbara, commanded by Sergeant Damaso Antonio Rodriguez. As many others set out from San Diego, commanded by Lieutenant Jose Estudillo, who was in charge of the expedition. There were also some vecinos from Los Angeles and some militiamen from Santa Barbara.

Our destination was the Colorado River, and the reason for the expedition was as follows: A missionary from Baja, California named Felix, a man who, as they told me, was old, took it into his head to go to the Colorado River. The gentiles there received him with much respect. The padre was able to cross to the other side of the river, and from there proceeded on ahead, but I don't know which route. After being there awhile, the government ordered Captain Jose Romero to conduct the padre from the Colorado River over to here. Then from here (California), the force that was to escort the Captain back to the other side was selected. But already a year, or perhaps less, had passed since he had gone from the mission of San Fernando de Velicata, Baja, California, to San Francisco in Alta California.[2]

I went in the expedition after Christmas Eve (in that year of 1823). The men left from San Gabriel for their journey. Myself and others were ordered to proceed on ahead (of the expedition) with the horse-herd. At the end of January we returned because the horses were in bad shape from lack of food and water.

53

ACC0025126

Lieutenant Estudillo proved himself to be a crazy man and a drunk. Several times he would come out in the early dawn in his shirt sleeves to talk with the sentinel when it was extremely cold. He carried a keg of brandy with him, and he consumed its contents with great rapidity. The poor men who had been on guard during the third watch, that is, from 2:00 A.M. on, would lie down to catch a little sleep, whereupon Senor Estudillo would desire a chat with the sentinel; and when it was least expected, he would shout "Sergeant!" and order the men to get up and make breakfast early in order to leave—depriving the poor soldiers of rest without necessity.

The custom I had always known when we went out with Second Lieutenant Gabriel Moraga, or with some of our Sergeants, was to take care of our horses with much diligence so that they would not become injured. Not so with Senor Estudillo. He would call to Corporal Hilario Machado and say, "Corporal Hilario, how far is it to water?" If the Corporal said eight or ten leagues, Estudillo would order the Corporal in charge of the herd, "To that place or Heaven," as if it were no concern of his if the horses went to the devil.

On one occasion (on the journey toward the Colorado) when we arrived at a very small spring, there was not enough water for the horses nor for ourselves. Senor Estudillo ordered a guard placed in sight of the spring in order to have all the water for himself and his two orderlies. We had to dig in a dry arroyo, and we were able to find a little water, which we gave to our animals in little bowls—of course it was an insufficient amount for the thirst they had.[3]

On another occasion, we arrived at a dry arroyo. Most of the men and all of the horses were thirsty. I did not suffer because, as my stepfather, Vicente Valenzuela,[4] had been a veteran soldier in Baja California, he counseled me never to carry my keg dry (or empty) from San Gabriel on south. Taking his advice, I always carried the keg full of water which he himself had given me. It contained about two or three gallons. All my companions esteemed it, and had given it the name of "Jaime"

54

(James), and it served them all when we had to cross immense distances where there was no water.

Arriving at the dry arroyo, we stopped there for the night. The following day we continued onward, and we arrived late at another arroyo which was also dry. We had no idea where we could obtain water. My keg had not one drop left. That night the troop from Tucson which was going with us (one corporal and ten soldiers with Captain Romero) presented themselves to their Captain, complaining that because of Senor Estudillo's poor judgement they had lost several animals, and it was probable that they would lose all of them. That troop was poor when it arrived in California, but its personnel had set to work, and sometimes by earning with work, or other times through gifts, they had collected some 300 animals which they were taking with them, and naturally, as persons accustomed to long expeditions where they were exposed to pain and misery, they cared well for their animals—very different from those of us from California, who since we had many horses, and seldom went on expeditions of more than six or eight days, we drove them hard, even more so when an insane man such as Estudillo commanded us.[5]

Those of the Presidio of Tucson were complaining, then, to Captain Romero, and I overheard their complaint. Romero also carried a trunkfull of crockery, which was a great inconvenience.

I was very thirsty, and a companion called me to eat dinner, but I told him I didn't want to, because I was so thirsty. He then answered me, "Don't worry, eat, and I'll take you where there is water. I know where it is." So I ate, and the companion, Nazario Quijada,[6] took me to where the water was. He had gone on ahead that afternoon and in the wash of an arroyo he saw a little pool. It happened that before we arrived an old man from Los Angeles named (Cayetano) Varelas, who also knew of the little pool, gave his horse a drink from it; but I was so thirsty that I was obliged to drink that water which had been muddied by the horse.

55

ACC0025128

Romero called his orderly and ordered him to open the box that had the pitchers, plates, and the rest of the things that he carried, some bought and others given (to him) in California. He ordered the soldier to throw these things onto the sand, and he himself threw several things.[7] At the same time he promised his soldiers that from tomorrow on they would march back, news that made me exceedingly happy, because I was very weary and tired of that very long and painful journey. I gave the news to my companions, which also made them very happy. On the following day we began the march back, continuing on to San Gabriel, where each section of the force left for its destination. Captain Romero and his men remained in San Gabriel.

We arrived here (in Santa Barbara) in the beginning of February, 1824, and within six or eight days at the most occurred the uprising of the Indians in the missions of Santa Inez and La Purisima on a Saturday, and those of Santa Barbara on the next day.

56

ACC0025129

# V

## Delay in Los Angeles

WHILE ROMERO AND ESTUDILLO *were still in the desert, Governor Arguello sent word to Romero that Estudillo was to return immediately. He said, "The news has caused me regret. You left on December 15th, after everything was ready by November 25 as you asked me, and you were to prepare provisions at San Gabriel, which was doubtlessly the reason for the delay. This province is in difficulties by the lack of troops, and as I am informed of the delay you wish to make in transit because of the large number of horses you take along, I cannot do otherwise but to take this resolution. If you wish to return (with Estudillo) I can send the Mazatlan troops with you later, or whatever you wish." (D.S.P. p. 82)*

*At the same time Arguello informed Ruiz at San Diego of his decision and asked him to "think of a better return route for those of San Diego who were in the Romero party; that they might return by it. If those of the Santa Barbara troop can come via San Gabriel under Sgt. Damaso, then yours may come by a more direct route. Romero has been slowed by the many horses that he took along." (D.S.P. p. 237) Unfortunately, no information has been forthcoming explaining what specific news had caused Arguello regret.*

*On January 31, 1824, after Romero and Estudillo had returned to San Gabriel, Father Sanchez, disappointed that the route had not been successfully penetrated, said, "We have learned that the expeditionary military force commanded by Don Jose Maria Estudillo combined with the party of Captain Don Jose Romero has arrived at San Gorgonio in its retreat*

ACC0025130

*along the road to the Colorado by way of Guachna (Guachama
rancheria), otherwise known as San Bernardino; that after hav-
ing travelled by unknown roads, badly fed, the animals scat-
tered or almost all lost, some of the men on foot and others half
mounted; after having at the end of a month used up all the
provisions, they were able to return to San Bernardino where
they now are. Ah Senor! What an expense. May it be for the
Glory of God!" (Beattie 1933:61)*

Arguello was also concerned about the expense. In a com-
munication addressed to Romero on February 16, he said,
"*Yours of Feb. 2 informs me of the return of the expedition
which I gave, composed of 40 men under Lieut. Estudillo, well-
armed, and too-heavily supplied, despite the poverty of this
province, which were to accompany you as far as the Colorado
River. From what Lieut. Estudillo has informed me, I have
been saddened to a great degree, because of the loss of so many
horses, the discomforts of the soldiers, and great expense, with-
out the success I had hoped. Regarding what you told me con-
cerning costs and payment, I'll see what can be done about the
losses of San Gabriel, the troops, and vecinos.*" (D.R. v. 1, p. 83)

Romero was less concerned with the cost of the expedition but
was negative about the future usefulness of the route. He said,
"*no other roads are more suitable than the ancient ones ex-
plored by the engineers Miguel Costanso, Jose Maria Arguello,
Juan Bautista de Anza, Fernando Ruiz (Rivera?), Felipe de
Neve and Pedro Fages.*" The Cocomaricopa road was in his opin-
ion "*good only as a foot road, fit only for Indians and such from
the Cahuilla area to Sonora.*" The route was decidedly not suit-
able for cavalry and supply trains. (Beattie 1933)

Estudillo was also concerned that two men (Reyes and Hi-
guera) had deserted. He asked for their subsequent arrest by the
alcalde of Los Angeles, so that their punishment would serve as
an example and warning for others who might consider break-
ing military discipline.

The reason these two men deserted may have been because
they felt no obligation toward the army. A recent controversy
between civil and military authority in Los Angeles could have

58

ACC0025131

*encouraged them to feel that the military had no jurisdiction over civilians. A conflict between the alcalde of Los Angeles, Manuel Gutierrez,[1] and Governor Luis Arguello[2] was one of the major occurrences in 1823.*

*Prior to 1823, the managing of civilian affairs had been directly or indirectly in the hands of the military authority. A chain of command had been instituted between the governor and the pueblo, resulting in the close control of the pueblo by the governor and the commander of the presidio in whose jurisdiction the pueblo was situated. In the case of Los Angeles, the governor expressed his wishes concerning the pueblo to the commander of Santa Barbara, and the latter relayed these messages to the military attache in the pueblo, who was called a comisionado. This position was filled by a corporal in the earlier years of the pueblo, and later by a sergeant. The comisionado was not merely a liaison for the military, but also had several responsibilities, such as those of police chief, corporal of the guard, and Indian agent. Although the alcalde and regidores, or councilmen, had some jurisdiction and authority, they were responsible to the comisionado in many matters. This system had been officially instituted in 1787, after informally functioning for some time.*

*In 1822, the office of comisionado was temporarily abolished and that authority was handed over to the alcalde. According to Alcalde Gutierrez, he was responsible only to the deputation of California for his orders, not the governor. When Governor Arguello attempted to place Guillermo Cota again as comisionado in Los Angeles, he met opposition from Alcalde Gutierrez and the diputado for Los Angeles, Cristobal Palomares.[3] After much vitriolic correspondence from Arguello, Manuel Gutierrez seems to have become more tractable. Cota was to have jurisdiction over the retired soldiers, artillery militiamen, and garrison in Los Angeles. By implication, Gutierrez was in charge of all vecinos who were not in these categories. In reality, however, perhaps less than half of the adult male population of Los Angeles was neither retired soldiers nor militiamen. The latter group had been set up in the pueblo about 1806, consisting of*

59

ACC0025132

those who were not members of the army. *Every Sunday the
milicianos were instructed by a regular artilleryman from San
Diego who was stationed at Los Angeles or San Gabriel for that
purpose. The militia was subject to call at any time, and had
served on earlier occasions, such as the Bouchard crisis of 1818.*

The vecinos of Los Angeles, therefore, were not affiliated
with either the army or the militia. It is possible that Reyes and
Higuera felt they were being disadvantaged by the military
authority, in view of the recent controversy between the alcalde
and the governor. In the case of Higuera, who deserted after the
expedition had returned to the fringe of Mexican authority, a
more logical reason may be seen. Perhaps he felt that he had
been imposed upon long enough, and he desired to return to
his wife and children. Reyes, on the other hand, apparently
wished to have nothing to do with the journey. He deserted at
the outset. Both men had served in the army and were acquaint-
ed with military justice. As civilians, however, they may pos-
sibly have thought themselves exempt from punishment by the
army. Estudillo seems to bear this feeling out, since he wrote
the alcalde to punish the two deserters. In 1824 the alcalde was
not Manuel Gutierrez, but Encarnacion Urquidez. The latter
may have had a different attitude toward this controversy.
(Mason 1961 ms)

News had arrived about the same time from Urrea[4] at
Arizpe. He described his attempt to meet Romero. Although
he was not able to make the journey, he arranged with friendly
Halchedumes and Cocomaricopas to meet Romero on the "road
the Indians have opened to San Gabriel." Urrea's trip had been
cancelled because hostilities between the allied Cocomaricopa
and Halchedumes and their enemies the Yumas had broken out.
(Beattie 1933) Thus contemporaneous attempts from the east
and the west had failed to establish the new route.

Communication problems being difficult at this time, Ro-
mero's whereabouts remained obscure to authorities in Sonora,
and shortly after his arrival in San Gabriel letters of inquiry
arrived. Scarcely ten days after his return ten Halchedums ac-
companied by nine Halchedum women, who were described

60

as "allies of Romero's province," arrived with the letters from Sonora's governor dated the preceding August, asking about Romero's fate. Tucson authorities received word from Romero that he had arrived in Santa Catalina but the Indians had retained these letters for some time. The news had only recently reached Tucson. The sudden arrival of these Indians must have been a shock to Romero; they had traveled the very route which he was seeking. They informed him that he had taken the wrong path, but that if he had taken a southern route on his last day's travel he could have reached the river by sunset of that day. Romero was encouraged by this new information. He announced that he planned to return to Tucson over the Cocomaricopa route accompanied by eighty men of the Mazatlan[5] company which Ruiz had recently sent to Santa Barbara to help with the Indian troubles in that area.

By the 5th of April Romero was impatient to leave on his second journey. Although he requested permission to leave in February apparently he was refused. The authorities felt he could not be spared. His small force was needed because of Indian troubles occurring in the north. Again he was delayed. The Padres and the "ayuntamiento" prevailed upon him to stay, and some citizens offered to accompany him if he would delay his trip one more time.

Indian attacks continued intermittently through the spring and summer of that year. On June 21, 1824, attacks were reported on the Baja California frontier. Fifteen people were killed, including the "Cabecilla" Fidelis.[6] Rancho Nacional[7] near San Diego was also attacked. A house was set afire, an Indian killed and a garrison from San Diego stationed at the Rancho was kept on the alert throughout the night. A week after the report of these troubles near San Diego, Urrea, in Arizpe, addressed a letter to Arguello, stating that the Cocomaricopas who were allies of the Mexicans were taking risks on their long trips in service of the Mexican government. He suggested that it would be well to reward them suitably for their hardships, as they are quite useful. Urrea requested that Romero return via Loreto, believing that the trek across the deserts would invite

61

ACC0025134

*attack from the Indians. This meant that Romero would have to march from San Gabriel to Loreto and then take a boat from Loreto to Guaymas. Then he would march from Guaymas to Tucson. Urrea held Romero responsible, to "God and Nation," for any trip taken other than this route.*

*The citizenry from San Diego to Santa Barbara was concerned about Indian dangers, and Romero finally agreed to remain. Governor Arguello also was loath to weaken his forces by allowing Romero to leave.*

*Shortly thereafter, on April 15th, Jose Cocomaricopa arrived at San Gabriel with four of his men carrying letters from Tucson. He had volunteered to bring news to Romero and to guide him back to Tucson. Jose urged immediate action because of the imminent annual rising of the Colorado River which would make the journey difficult. Romero immediately contacted Arguello but received the following negative reply: "Yours of April 17th received regarding the arrival of Jose Cocomaricopa at San Gabriel with four men of his nation, and of your projected departure with him or the Jalchidumes. I cannot agree to this because of conditions in this province. I was very displeased to hear what you said regarding the commander of San Diego, and I shall do what is necessary about it. Today I'm writing the Commanding General of your province about all this, and I hope things have changed, and troops of this province will be able to accompany you to the passage (of the River), for if anything should happen to you, I'd be held responsible. Also, I'm asking if the Commanding General can send troops to the river in order to meet you there and escort you back." (D.R. p. 86)*

*Several months later conditions on the frontier were still disturbed. In July, near San Diego, gentile Indians raided in the area and stole 140 horses. Santiago[8] Arguello, a younger brother of the Governor, left in pursuit with 24 soldiers from the presidio of San Diego. They left on the 11th of the month and arrived at the Colorado three days later. They did not catch the Indians, but they did talk to Indians enroute (Beattie 1933:62). Just which route was taken is not known. They may have gone by the old Anza trail via San Felipe creek, or they may have*

ACC0025135

*discovered the Vallecito-Carrizo route. Young Arguello's rapid journey to the Colorado was not forgotten, however, and probably influenced Romero's subsequent decisions. Although Arguello failed to catch the horsethieves, he was able to report some accomplishment when he returned on July 24th. It was apparent that a more southerly route was the most convenient way to the Colorado, although there remained the problem of the intractable disposition of the Yuma tribes of the lower Colorado.*[9]

*Despite Arguello's seeming support of Romero's plan and his request to Urrea, Romero was ordered to remain in San Gabriel. A solution to the problem of transportation over the Guaymas route was suggested by Urrea. A dispatch dated September 23 from Arguello to Romero is enlightening on the two issues which stood in the way of Romero's trip: Indian revolts and Urrea's insistence on a return via Loreto. It is interesting to note that although Indian revolts at Santa Barbara and Santa Ines had been quelled in June, Arguello is still concerned about potential Indian difficulties.*[10] *In writing to Romero he said, "The Commandante General of Sonora, Don Mariano Urrea, on June 2 said the following: 'On Aug. 17, 1823, from San Diego, Romero wrote about his arrival at that point, and on the following day he was marching to the capital, as you had called on him to confer about his expedition and aid his return. Not having heard about Romero's whereabouts nor about his little party, I'd like some information as to where he is, and have him return as soon as possible via Baja California, leaving from Loreto via Guaymas. To make the expedition by way of the Colorado River would be dangerous, even if he were aided by you as far as the Colorado. The sending of a force from here to the Colorado would be impossible because of the poor condition of the mounts, clothing, etc., rendering the soldiers useless. Romero should return as I've indicated'. And in a private letter he says the following: 'My beloved nephew, I'm worried about the whereabouts of Romero; despite the fact that I've written him through some Cocomaricopas; despite the risks involved in going through the center of the Yuma nation, I've had no answer.*

63

ACC0025136

*Have him return by sea, for we can send no troops, as they are in miserable shape. It is better to return by way of Loreto. My troops are in very bad condition, besides, the Indians in this region are very restless, and they should see troops ready in order to halt any ideas, for which I would be held responsible'. I've heard that the American frigate "Mentor" is at San Diego. This ship should be headed for Mazatlan. I feel that you should go immediately to speak with the captain about taking you and your men, and in eight to ten days you'll be in your own province, saving the time it would take to go by any other route, saving costs which would be incurred, etc. You should advise me by extraordinary mail from San Diego, should you do so. This is the answer to yours of Sept. 15, for your guidance. Because of what happened at Santa Inez, Purisima, and Santa Barbara, I am unable even to send vecinos, much less troops. Going by way of the Colorado is out of the question. I can furnish neither supplies nor troops; besides, Urrea does not wish you to go by that route".* (D.R. p. 86, 89)

In September, Romero was still visiting in San Gabriel, waiting for the Indian guides to return. This delay, and the fact that pasturage for his horses was getting low, increased his desire to be accompanied by troops as far as the river. From there, "There is no problem as the Indians there are allies near the river". (N.L.N.)

In October Romero again wrote that he did not want to go by sea. Fortunately for his cause, a grain boat to Guaymas had been recently wrecked, and he was able to point out that it would be dangerous to make the trip in "canoes",[11] and it was now too late to go with the frigate "Mentor".

On October 12, 1824, Arguello wrote Romero again. He said, "I'm sorry but if anything should happen to my province while my troops are absent with you, and after you have been ordered to leave via Loreto, the fault would be entirely mine. If Jose Cocomaricopa does not come you should leave by way of Loreto". Later in October the Indian leader arrived with 26 of his men, bringing letters for Romero from Tucson. (D.S.P. v. 1, p. 59)[12]

ACC0025137

*It wasn't until December, however, that Arguello finally gave Romero permission to leave with Jose Cocomaricopa. (D.R. p. 80) His reason was that the Indians had been pacified. He apparently referred to the activities of Figueroa on the Gila River and the announcement that a treaty of peace had been arranged between the Yuma, Cocomaricopa, and Pima nations. Indian affairs in Alta California now seemed quiet. Yet just below the border the Indians of San Miguel were giving trouble. Francisco Maria Ruiz was ordered to run them down and kill them, because "united as they are with cimarrones of San Diego and other missions, they will continue to cause notable damage." It was announced that the ten soldiers who fought with Fidelis came out very well; of the fifteen Indians they fought, they killed fourteen, all of them Christians. The gentiles of their party did not go into action, neither did the auxiliary the padre (probably Felix Caballero) of Santa Catarina brought. Nevertheless, a party of about forty attacked a rancho in San Diego district a few days later and burned the house. (D.R. p. 164)*

*In the first month of 1825 Romero still didn't have the equipment and supplies to execute his expedition although he was now free to accompany Jose Cocomaricopa, who was once again at San Gabriel, to Sonora via the Cocomaricopa trail. (D.S.P. v. 1, p. 60)*

*Romero immediately arranged for the trip and on February 26, 1825, reported to Echeandia that Sgt. Damaso Tobar,[13] 24 Mazatlan soldiers and a drummer had arrived at San Gabriel from Santa Barbara. He had expected more men, but one had been thrown from a horse, another had decided to remain in Santa Barbara in order to marry and a third had become sick there. They brought 2,000 cartridges, 200 flints, three pack mules and two saddle mules. (D.S.P. v. 1, p. 64)*

*Apparently there remained some conflict concerning Romero's route because on March 1, Romero wrote to Arguello concerning the Guaymas route. He pointed out that there was no passage from Loreto to Guaymas; the only available passage was from Loreto to Mazatlan which would involve a long march*

65

ACC0025138

overland of 400 or 500 leagues. This would be a considerably longer route than the Cocomaricopa trail. However, Romero continued to wait, and in June, another incident occurred which was to have some bearing on the future of the Sonora-California Road. There were some Indian attacks just south of San Diego on the Baja California frontier and at the Rancho Nacional, now known as National City, and Rancho del Valle. At Rancho del Valle a shepherd and a boy were killed and some women captured. Lt. Juan Ibarra[14] of the San Diego Presidio pursued them with fifteen men but he did not find the Indians. (D.S.P. v. 1)

Ruiz wanted to immediately set out with a force of forty or fifty men to pursue them to the Colorado. But there is no indication that he left. (D.S.P. v. 1, p. 74)

The raids on cattle were apparently endangering the economic well being of Rancho Nacional. Arguello ordered de la Guerra on July 23, 1825, to send the cattle owed for "diezmos" by the pueblos and rancherias in his jurisdiction to San Diego's Rancho Nacional, "because of loads of provisions and because of the death of some cattle." The same message was sent to the alcalde of Los Angeles who was ordered to make a list of those who owed "diezmos." (D.S.P. v. 1, p. 69-74)

Romero waited for another six months before he wrote to Governor Arguello again. On July 18, 1825, he said it would be inconvenient to take the Cocomaricopas back by the Loreto route and that he would like to leave as soon as possible by the Cocomaricopa route. He pointed out to Arguello that Father Zalvidea of San Gabriel had complained that the soldiers had cost the Mission a great deal in supplies. Romero suggested that expenses incurred during the past two years should be assumed by the government in its Sonoran accounts. Therefore a settlement of accounts could be made to the hard-pressed mission. It is significant that in this communication Romero said that no horses would be taken along. Perhaps this was due to the earlier complaints concerning horses. He did, however, request more saddle mules in order to provide transportation for the eighty Mazatlan men which he anticipated would go with him. Ap-

66

ACC0025139

*parently, final permission for him to leave on the overland route
was assumed.*

*Throughout August correspondence was exchanged between
San Gabriel, Monterey and San Diego regarding these matters.
On August 16, Romero was formally ordered to proceed to the
Colorado River and to come back with the Mazatlan troops.
Echeandia immediately ordered that Romero was to be helped
"to the utmost in his Colorado venture, along with Captain Por-
tilla and his men. Since San Gabriel has carried the burden of
Romero and his men for so long, all missions from San Diego
to Purisima shall supply galleta and pinole, dried meat, etc.
for the entire trip, sending it all to San Gabriel." The reason for
the new enthusiasm would appear to be Figueroa's appearance
on the Gila River, since word was received from him that Jose
Cocomaricopa would arrive once again in San Gabriel by Sep-
tember in order to guide Romero. (D.R. p. 335, 402)*

*It was stated in August, that if the pack mules were not pro-
vided the men would be too tired to function when they ar-
rived, indicating perhaps that Romero and his superiors were
anticipating the possibility of an unfriendly reception on the
Colorado River. (D.S.P. v. 1, p. 72)*

*This time, there were hopes of establishing some sort of a fort
or garrison along the way, possibly at San Gorgonio Pass. An
able mason was found, named Vicente Villa,[15] who had done
work on mission buildings and had had some experience in his
trade. Villa requested certain conditions concerning his work
on the projected fort. He had to have a plan drawn up for him
to follow, ten additional Indians, among them masons and car-
penters from the Purisima and San Gabriel missions, supplies
to please the gentiles in order to obtain more workers, and some
clothes for himself. He was content with his salary and stated
that he had done work on churches previously. (D.S.P. v. 1, p.
80)*

*Other members of the expedition continued to arrive. Lt.
Ibarra with additional men and ammunition (1600 cartridges
and 200 flints) were now under Romero's command. Lt. Pa-
checo, an engineer, arrived on the 22nd of November with the*

67

ACC0025140

*expected Matzatlan troops which had been sent by Fabregat.*[16]
*Jose Cocomaricopa, who had apparently returned to Sonora, arrived once again at San Bernardino carrying dispatches from Figueroa. Although Romero's arrangements were not completed he announced that he intended to leave for San Gorgonio where Pacheco would construct his building. After the building was finished Romero would proceed to the river where he would meet with Figueroa, who was situated at the site of the former mission there.*[17] *(D.S.P. v. 1 p. 80-85)*

*The communication which Jose Cocomaricopa had brought was concerned with more than the proposed meeting. More important was the news that the Yumas were now at peace. Figueroa urged Romero to leave within one week or to send word to him. If he wasn't able to take the Mazatlan company he could return to Sonora with Figueroa's men. If anything unusual happened Romero was to send one of Jose's men to tell Figueroa. Figueroa felt that the Yumas were anxious to be friendly "but it is not wise to place too much confidence in them." Figueroa wanted to know when Romero would leave San Gabriel and the approximate time he would arrive at the Colorado River. This news meant that the older route to the south was open, and that the building of a fort might not be necessary. The fort construction would certainly delay his meeting with Figueroa, who had urged immediate action. He suggested that since Pacheco was already committed to the route he should come with Romero and return to San Diego via the southern route. Pacheco was on record in agreeing with Romero that the San Gorgonio route was not satisfactory. He felt that the winters were too severe there for troops to remain, which was somewhat exaggerated, and that the outpost would have little use considering the expenditure of men to maintain it.*

*Nevertheless, Pacheco, in order to comply with his order, requested 50 neophytes as construction workers, in addition to a mason and his particular needs. These Indians would be under military privilege. He was content, he said, that "the more idle" ones from San Juan Capistrano and the Los Angeles area be sent. The administrators at San Gabriel were loath,*

68

ACC0025141

*however, to see their investment in this prospective new road endangered. Father Sanchez wrote that the expedition was ready to leave, that supplies were abundant in San Bernardino and that the road was good. For several years they had hoped to continue mission influence further into the desert area by a road from San Gabriel to San Bernardino and past San Gorgonio Rancho. (D.S.P. v. 1 p. 80-90)*

*On November 13, Echeandia wrote to Father Sanchez and once again asked the Mission San Gabriel to help finance a Romero expedition. Sanchez was ordered to acquire provisions for the expedition and have 150 mules ready. On the same day Romero was informed that saddle mules would be prepared for him and de la Guerra ordered the Mazatlan troops to leave for San Gabriel. Portilla, their leader, was also ordered to march to San Gabriel and place himself at Romero's disposal. On the 15th, Sanchez was ordered by Echeandia to provide 10 peones to Romero for constructing the road and was informed that Romero had been instructed "on the expedition he is to make, which will open communications between Baja and Alta California." On the same day Romero was informed from the same source that Corporal Villa would be the supervisor of the works and would receive a salary of 13 pesos monthly. This salary was later changed to 18 pesos. On the 19th Pacheco was ordered to go to San Gabriel and join Romero and make "an itinerary in which you will perfectly describe the road to the Colorado River, constructing also at the paraje called San Gorgonio the little 'reducto' which you have in a diseno, and the works you will opportunely order, or whatever circumstances demand with the division with which you march. Padre Sanchez will help with all types of supplies." Later, on the 24th, Pacheco's orders were expanded. He was told "to go to the river (the Colorado) and reconnoiter with the civil 'Zapadores' necessary, and establish relations with the gentiles on the way and communicate everything."*

*Echeandia, aware of Figueroa's presence, apparently wished the expedition to hurry, and on the 24th he urged Father Sanchez to help Romero be on the march in 30 or 40 hours. The*

69

ACC0025142

other missions, he pledged, would replace his expenses. (D.S.P. p. 351-5)

On November 25th, Romero reported that he intended to leave on the 28th with 12 men, including one Julian Valdez who arrived with Jose Cocomaricopa. It would seem that Figueroa had sent a soldier along to learn the route and serve as a guide for Romero on the way to the Colorado River. Including the Ibarra men, the expedition was to consist of 34 men.

Jose Cocomaricopa meanwhile had been agitating for a quick departure, but Romero was still delayed; this time he waited for shipments of cloth from the San Fernando and San Diego Missions. Another minor problem occurred when Corporal Villa announced to Lt. Pacheco that he did not want to go all the way to the Colorado—but only as far as San Gorgonio since he was in bad health, and not a young enough man for such a long journey. The lack of provisions available caused the cancellation of Portilla's cooperation. He was ordered to suspend his march to San Gabriel on November 26. (D.S.P. p. 92, D.R. p. 351-5)

On the 28th Romero left for San Bernardino with men and provisions—although provisions were not satisfactory, for Romero complained that the food was bad, and the horses were in poor condition.

On the same day that Romero left for San Bernardino, Echeandia was planning another route. He sent Sgt. Pico and four soldiers to San Bernardino as letter couriers, and wrote to Figueroa that he was trying to get to the former presidio of Purisima Concepcion in order to see if communications might be established between Sonora and California without going through San Gabriel. Apparently the remarks of Romero, Pacheco, and others were finally being considered seriously. It now remained only for the return of part of Romero's troops via the old Yuma route for the trail to be re-established.

On the second of December Romero was still at San Bernardino. On the fourth Romero complained that once Jose and his men were given horses they had left him without saying a word. Romero said that he had treated them well, but they ran away

70

*anyway. (D.S.P. v. 1 p. 91) On the fifth Romero was ordered to release the excess Indians he had in his service or indemnify Padre Sanchez the expenses incurred by their absence (D.R. p. 357); Juan Ibarra and Padre Sanchez were further ordered to provide aid and obey Romero's instructions. No reason is given for the return of the excess Indians nor why they were now considered in excess. It is possible, however, that plans for constructing the fort at San Gorgonio were abandoned, therefore requiring less workers on the expedition.*

71

ACC0025144

# VI

## Figueroa on the Colorado[1]

WHILE ROMERO HAD BEEN WAITING *in San Gabriel, activities
in Sonora occurred which were to be related to Romero's jour-
ney. In June, Urrea was informed by Alaman, Minister of War,
that in April and March, twenty three Gila River Pimas (gen-
tiles) appeared in Arizpe, asking that "there be appointed to
them in those (their) communities, parish priests who shall
catechize and instruct them in the arts and agriculture, which
they have desired for many years and which was offered them
in the year 1795 by the Reverend Fathers Bringas and Llorenti,
who visited them." The Indians had asked the General Com-
mandant in the preceding February to fulfill it and "now pre-
sented themselves to ratify it." It was pointed out that "these
gentiles are very devoted to husbandry, and despite the fact that
they lack tools and stock they harvest in very fertile lands
wheat, maize, beans and cotton, although in small quantity.
They make India goods blankets of the latter with which they
dress themselves, and with their surplus they trade, as well as
with some baskets which they make of a shrub called catsclaw,
and with the skins of deer in the hunting of which they also
occupy themselves. These natives, allied with the Cocomari-
copas, make war against the Yumas and the Pinal Apaches.
From their pacification results the considerable advantage of
opening communication between the state of Sonora and the
territories of California. With such objectives, taking advan-
tage of the opportunity the aforementioned General Command-
ant has worked toward establishing an enduring peace and
alliance between these nations, which was already current*

73

ACC0025145

among the Gila Pimas, Cocomaricopas and the Yumas, and there lacked only the meeting of the principal chiefs for the purpose of agreement on the terms which would be most convenient to them, to which end they had already designated the date and time of meeting."

Immediate establishment of missions was requested, furnishing necessary clerics who would be most apt for instruction concerning religion, "beginnings of civilization, and the encouragement of arts and agriculture. It appears that these nations are beginning to become civilized." Military security necessary for this proposal was also requested.

In August, Figueroa replied that it was not immediately possible to comply with the request. None of the principal chiefs had yet shown up at the proposed conference of peace in Arizpe, where the differences between the Cocomaricopas and Pimas on the one hand, and the Yumas on the other, were to be resolved. There was such a conference in 1825, but hostilities between the Yumas and the others were resumed later in the year. Figueroa accordingly planned an expedition to the Colorado River as a means of determining the attitude of the Yumas personally, and incidentally to escort Romero back from California.

In August, 1825, Figueroa wrote that arrangements were being made to provide religious instruction to the settlements of the Gila Pimas "which they have solicited." He said, "Although I have solicited the meeting of the principal subchiefs of those nations, in order to celebrate the treaties of peace which are proposed, and to get the Gila Pimas to ratify their protestations of submission to our government and Religion, I have achieved nothing as of the present date, nor do I know what detains them. I have courted the subchief of the Cocomaricopas with the greatest ardor to inform myself about him as the principal agent of this affair and as a friend who could be counted on for the expedition of Lt. Col. Don Jose Romero, but neither have I succeeded in seeing him because of illness according to what the Commandant of the Fort of Tucson, through whom I solicited him, informed me."

74

ACC0025146

Figueroa assured his excellency that the friendliness of the Gila Pimas, Cocomaricopas and Yumas could be counted on, because for many years they had lived in peace without menacing our frontier. "They are of a peaceful character and most inclined to live in fellowship. However, the enterprise of persuading them to live in friendliness, and to cultivate the soil and the arts is a big project which requires all the protection of the supreme government in order to guide, or rather lead by the hand, those unfortunate beings from the state of barbarism in which they live to that of civilization. Education is the first step and single step to better the lot of these men for it is necessary to reform the present generation in order that one which follows may know and enjoy the advantages of social man . . . nothing is to be hoped for in the way of betterment from the adults and it is necessary to content oneself with only keeping them obedient. But in order not to over extend myself I reserve for a more opportune occasion the informing of your excellency as to what I believe convenient for the subjection and cultivation of those unhappy beings.

"I will supply as much assistance as lies within my authority for the establishment of and security of the missions as soon as the clerics who are to serve there are appointed."

Figueroa also proposed covering some points with troops from those which are available "and which it is easy to remove from the forts . . . in which they are not at the present necessary." He announced his plan to reconnoiter the terrain and possessions of the Colorado River area and the wild Indians for the security of the mission, "should be combined the opening of the road to Upper California, to the end of maintaining without risk the regular communication with that territory." He had no illusions of its being easy. "I foresee great obstacles to be overcome, and although I will omit no work or risk to realize it, I desire that Your Excellency comprehend this truth."

In a communication dated September 5, Figueroa indicated that he received instructions concerning his expedition to the Colorado River and that the treaty of peace which was being arranged with the Yumas, Gila Pima and the Cocomaricopa

75

ACC0025147

*Indians would proceed. He said, "Since I passed through I have urged the meeting of the Indian subchiefs of the gentiles in order to celebrate their peace treaty. . . . On the 2nd day of the current month there presented himself to me in this Capital (in that city) the subchief of the Cocomaricopas, Jose Gavilan,[2] who informs me of those nations already having celebrated among themselves the peace they have proposed with the ceremonies to which they are accustomed in similar cases, and that there is much progress in that which has to do with the Republic. This last is with respect to the Yumas who are the most rebellious, and in the present day have openly and freely offered peace and obedience to our government. In order to guarantee their promise by means of treaty, I have convened them for an interview, the results of which I will give you an account.*

*"The advances are owing to the good inclination and zeal of the subchief Jose Gavilan who while being as uncivilized as the rest of the men, is very much given to the sentiments of humanity and sobriety of behavior. He has worked for a long time to induce his compatriots to place themselves under the protection of our government and he is very much devoted to the work of cultivating the soil and to the people who unite themselves under his leadership. He distributes to them whatever goods and provisions he acquires through his industry and labor. While being an enemy of the Yumas he ignores the injuries which they have done him and he has worked incessantly to make them his friends and the friends of our Republic, courting them, to that end, by giving with his own goods. In short, he has done good service for the Republic in this business, and he is worthy of the consideration of the Government of which he shows himself supremely gratified by the distinction made him with the assignation of twenty-five pesos monthly. He has asked of me and I have granted him four payments in advance in order to invest them in goods with which to court the Yumas. I ordered that in addition there should be made for him a suit of clothes. I gave him a musket and I paid his expenses. He will set out on a return journey the seventh of this month to prepare*

76

*the people with whom he should assist me, and is to carry a
packet of letters for Romero.*

*"I anticipate great benefits among the gentiles through the
mediation of this, and when I am completely satisfied of his
good services I shall tell Your Excellency of the military rank
which can be conferred upon him, but for now the name of the
subchief by which he is known suffices him. I shall exert myself
as heretofore in persuading them and convincing them of the
great advantages which will result to them from our friendship
and (from) submission to the government of the Republic, for
by this means and that of good treatment I do not doubt the per-
suasion of these and of others to the obedience of the govern-
ment and to living in fellowship.*

*"For the 15th day of next October I have ordered that the
troops be assembled in the Fort of Tucson, which is the one pene-
trated furthest into the interior of the country, and leaving the
necessary garrison in this one, Fronteras, Altar, and Santa
Cruz,[3] which are the ones most hazardous, with the rest of the
troops. I shall set out upon the expedition from that point. I
shall take care to take men practised and versed in dealing with
those Indians, some clerics who shall explain to them the Evan-
gelical Spirit, and some swimmers in order to ascertain the
depth and fords of the rivers. I have gathered together what-
ever means I have thought convenient for the great task."*

*On October 26 Figueroa left Tucson with 400 men and ar-
rived on the Gila on the 28th at a place called Tesotal[4] where
there was enough water to make camp. Sufficient water for
horses and troops had been scarce until that point. On the 30th
he came to the first of the pueblos of the River and the troops
rested on the 31st. He continued marching. On the 1st of No-
vember until the fourth when he arrived at (this place) he
awaited there for the arrival of two Cocomaricopa women who
had been sent as emissaries to the Yumas. They were asked to
acquire information concerning Yuma intentions of peace. He
felt that knowing their state of mind was necessary before
continuing his march to the Colorado 25 to 30 leagues distant,*

77

where he intended to await Romero. Figueroa anticipated Romero's arrival through information received from Cocomaricopa messengers who had crossed the river with great difficulty "because of fear of the Yumas" of whom he states "it is still necessary to consider as enemies."

On the fourth of November the troop encountered a severe hailstorm. Figueroa reported hail stones approximating the size of pigeon's eggs fell, which delayed the march. The division came on that day through a plain where there were a few small trees "which we noted were of no use and continued on until 6:30 in the evening."

He ended his report by stating that a full account would be filed after his return to Tucson, by means of a diary he was then carrying.

On December 12, 1825, Romero wrote to Figueroa telling him of his progress to date. He wrote from a site called the Wells of Guadalupe which was three days from the Colorado.

On November 19, 1825, Figueroa reported that rumors had come to him that the Yaqui Indians were in a state of unrest. Apparently he sent a letter to Echeandia on November 21 (Probably the day he left the Colorado River) asking that 150 men from the California garrisons be sent to the Colorado River in order to help control the Yuma situation. This would release his own men to help quell the Yaqui revolt while still keeping a Mexican garrison at the Colorado River. Within three days he received a reply from San Diego—probably via horse, considering the rapidity of the reply. This would testify that the San Diego-Yuma land route continued to be known and used.

On November 29th Figueroa wrote another report which provides data for his proposed meeting with Romero, and on Mexican-Yuma relations. "As I've told you I left on the 26th of October and after a few delays arrived at the Rio Colorado on the 16th of November at 11 a.m. at the place which they call the embarcadero, a place contiguous to that of the presidio and missions which these gentiles destroyed. At this place I have found about 4,000 Indians who were prepared to attack me should I approach them, for they had been notified of my com-

78

*ing. Despite this I sent two persons who crossed the river to the other side and I called upon the principal of them who is called Cargo Muchachos and prevailed upon him to come to this spot. I was able to persuade (them) to protestations of friendship so they crossed the river which was quite high, in order to speak with them and he came with a multitude of his company. I gave him the best proof of friendship. I talked peace—about civilization and other objects of interest to him. . . . I gave him some gifts. . . . I instilled confidence . . . and I demanded proof of his adhesion to us, sending dispatches for Romero to the Colorado with him. He gladly accepted this charge and told me repeatedly that he would go from their river to Romero and would help in everyway possible so he would not be offended by the rest of the gentiles which are enemies."*

Figueroa, however, was apparently in some doubt concerning the reliability of the Yumas. He reported in the same letter that *"Jose Cocomaricopa left with other dispatches and 20 men who would follow him to aid Romero cross the river."* Figueroa continued, *"I stayed camped on the river until the 17th and 18th and would have gone on or waited for Romero if the interior convulsions of this state (Sonora) had not come to my attention—but the uncertainty which I found myself in and the anger with the rising of the Yaquis—I decided to go back on the 19th on which day I received word which confirmed my suspicions"*. . . *"and I made the march as fast as possible leaving at El Pajonal (Agua Caliente) a party of 25 men who would await Romero. . . . Despite the bad state of horses, and the long march I was able to arrive today at the presidio (Tucson) having lost a day and on some days traveling 18 leagues with no more happenings than that of . . . leaving some horses and tired mules on the road . . . and the loss of a Cocomaricopa killed by the Apaches on the other side of the Gila, where he was traveling with others of the mail where he was surprised. Upon arriving here I had the sorrow of finding the excesses committed by the Yaquis . . . those things don't give me time to give a detailed account."*

Four months later a dispatch arrived in Echeandia's hands

79

ACC0025151

which summarizes the results of Figueroa's expedition among the Yaqui and further difficulties he found. He noted that he had recently been ill and was still not feeling well, so he hadn't been writing lately. When he arrived at the Colorado River he had intended to wait for the letter of Echeandia and for the arrival of Lt. Col. Romero but the sudden rebellion of the Yaquis forced him to return on double marches, leaving all his plans without effect. He "faced the rebels, made them fearful and obliged them to give up some of the plunder." He placed a respectable detachment among them, then pursued the chiefs and thieves who were hidden in the "monte." At the time Figueroa was writing, it looked as if the Yaquis wished to renew the struggle, although he had taken some measures to frighten them, should they do so. On the whole, all was going well; and the Apaches who had committed a few robberies and murders were to be shortly punished. (D.S.P. B.M. p. 170)

80

ACC0025152

# VII

## Success and Aftermath

WHEN ROMERO LEFT *San Bernardino he proceeded presumably on the same route as his earlier journey until some point in the desert where he found the trail to Sonora. Although the Cocomaricopa had left him in San Bernardino it is possible that he utilized the services of Figueroa's emissary, Julian Valdez, as a guide to the Colorado. It is also possible that a Cahuilla Indian helped, since Cahuillas are mentioned as returning with Pacheco to San Diego.*

*While Romero was on his way through the Colorado Desert, Figueroa's emissary from the Yuma Nation, Cargo Muchachos,[1] arrived in San Diego along with Ibarra. Their trip had taken five days. Echeandia immediately sent word to Figueroa that correspondence between San Diego and Tucson could be established (D.R. p. 90). The next news of Ibarra is that he is in San Gabriel awaiting Portilla before leaving on the expedition, presumably to meet Romero. Indian guides upon whom he planned did not arrive (D.R. p. 91).*

*On December 12th Romero wrote to Figueroa from a place called "the Wells of Guadalupe," which was three days from the Colorado River, probably somewhere in the Cahuilla area. He reported his leaving San Gabriel on November 28th with 14 of his own men and 14 of Lt. Ibarra's men, although Ibarra himself had remained behind. He complained to Figueroa that his horses were in bad condition, thus causing considerable delay. It had not been possible to travel faster without throwing the cargo "which they carried on the road and losing all the horses and supplies; therefore it had been necessary to travel*

81

slowly." He sent his dispatch by four Indians who were "of a tribe allied with Jose's people," possibly Cahuilla, perhaps Pimas or Halchedoms. The Indians had informed Romero that he was within four or five days of the Colorado River and six to eight days from Pajonal. His message "would have been sooner in coming had not the horses been in bad shape," but since they were, he had no idea what time he would arrive and therefore he did not trouble to inform Figueroa.

He then informed Echeandia, probably through Pico and his men, that Pacheco was returning to San Diego after their arrival on the Colorado River. He would take some Cahuilla Indians with him from a site called "La Grulla."[2] (D.S.P., v. 1, p. 94) Pacheco had had to leave some worn-out mules on the way but otherwise his trip appeared uneventful.

The expedition marched eighteen days before reaching the Colorado. They arrived on December 15, some days earlier than they had expected, "whereupon seeing that the few mules and horses they were bringing were exhausted, they decided to give them two days rest, not crossing until then." On the nineteenth they made balsa rafts to float the mule packs and cargo across. A few soldiers crossed at a time. Romero was not going to allow another river "piratage" to occur. He said "not all could go across because it was necessary not to divide them in order to assure that the horses and equipment would be safe, as the Indians were watching for a chance to take the horses. Beforehand they offered to be at peace with us and at war with the Yumas; and bringing a captain of the latter—they remained at peace." This may have been an emissary of Cargo Muchachos whom Figueroa had sent to meet Romero. They crossed somewhere on the upper Colorado, perhaps near Arroyo Seco (D.S.P. v. 1, p. 93). They received news on the 20th that Figueroa had already left the Colorado River because of the Yaqui revolt. Once across the Colorado the expedition split up. Romero and the Sonorans moved on to Agua Caliente, where Figueroa's small detachment awaited them, while Pacheco and his men went back by way of the San Diego route. He followed the Colorado River south, and "went more than 40 leagues by the

82

ACC0025154

banks of the Colorado River through the nation of the fearsome
Cahuillas"[3] (P.S.P. Sac. p. 148) and turned west at Punta Con-
cepcion, as he had been ordered, towards San Diego.

Ten days later, (December 30, 1825), Pacheco reported from
a place he called Laguna Chapala, a site probably at Mesquite
Lake, near the present-day cities of Brawley and Westmoreland.
The Emory survey of 1848 noted a lake called Big Laguna,
which may be the same place. (Emory 1848).

Pacheco was thoroughly convinced that the San Gorgonio-
Cocomaricopa route was less attractive than the older Yuma-
San Diego route. He reported his feelings, and instead of con-
structing a fort in San Gorgonio, he proceeded to construct a
building at Laguna Chapala, some 115 miles from San Diego or
Punta Concepcion (which, is not clear in the dispatch). The
Chapala construction was to be finished in one month. The route
from San Diego to Punta Concepcion in his opinion could now
be easily crossed. This is probably the first attempt at settle-
ment in Imperial Valley by non-Indians.

Pacheco's confidence, however, was soon to be shaken by the
Indians. The Mexicans would still have to answer to Indian
feelings on the subject.

By February, Echeandia was able to announce to the Minister
of War that Pacheco had returned and that "Mail with Sonora
will be tried and if successful, remit orders for California." Pa-
checo was warmly congratulated for his feat (S.P. Sac. p. 418).

The Indians of the desert, however, had other ideas concern-
ing the permanence of the route. Sometime in the spring, prob-
ably about April 1st, 1826, Chapala was attacked, and Indians
who were allied with Mexicans were having conflicts with
those who were hostile. Authorities in San Diego received their
first intimation that their new route was again in danger when
a dispatch came from Ignacio Delgado,[4] who reported (D.S.P.
I. p. 137) that "the three Captains and Chiefs Guaripe, Haluco,
and Cajaguaca with 15 of their men (from Vallecito)[5] arrived
to propose friendship and commerce in seeds to the Captain of
San Felipe, who after accepting the proposals, told them that
the next day he would tell his people. With this they retired to

83

their camp, offering to come the next day; but the Captain of San Felipe sent listeners that night, who heard them say that they had already deceived the Captain, and on the following day they would kill him. With this news he hid his people. At their coming they heard alarms, and they arrived at last, asking them for shirts, breechclouts, etc., telling them that if they wished to be friends, then pay them. Without the knowledge of the three Captains, he made a sign to his men, and those of San Felipe began killing the three Captains and 15 of their men. They brought 36 ears, which they did not hand over, because they are going to celebrate with them in a dance. They did hand over three lances and a bayonet which they had from the men of Mazatlan that they killed. Lastly, the Captain of San Felipe asks for meat, etc." (D.S.P. v. 1, p. 138-9). The bayonet and lances may have come from the three soldiers killed at Chapala. Indians to the east of the Santa Ysabel outposts were unfriendly, and the overland route was again endangered.

Apparently the Indians as far south as San Felipe were within the Mexican and Mission political orbit, while those east of them were still gentiles or hostile to the new order. The outpost at Santa Ysabel may have been a good investment for extending Spanish-Mexican influence inland.

Ibarra was called upon in April to penetrate the area and to investigate the situation. On one expedition he killed 44 gentiles including their capitancillo, for which he and his men were commended by the Governor for their valor (D.R. 155). Bancroft mentions two fights at this time in which Ibarra killed 18 Indians in one and 20 Indians in another, taking ears as trophies which were sent to the commanding general.[6] It would appear that by June matters were once again settled in the desert between San Diego and the Colorado River. Pacheco reported from Santa Ysabel on June 12 of an exploratory expedition past Santa Ysabel to the Colorado River. He said, (D.S.P. v. 1, p. 139) about his march to the Colorado River (this dispatch has no beginning), ". . . and horses, including with these precautions that of having warned the Indians that at night none should approach the camp where the troops were, so that the sentinel

84

ACC0025156

*might not shoot someone. As a matter of fact none appeared
there all night, but despite all this, in the beginning of the night,
at a good long distance, an Indian called to his family which had
not yet appeared, telling them to come home and not to be afraid
of the soldiers, who would do nothing to them. At the answer
the Indian had from his family, the said soldiers became exceed-
ingly excited, showing the greatest timidity ever seen, and even
wished to take measures which neither the situation nor the cir-
cumstances permitted. Observing all this it was necessary to
avail myself of all the authority invested in me, with which I
was able to calm them somewhat. The following day, which
was the 7th, I continued my march to the Colorado River, where
I arrived at 5:00 in the afternoon on the same day, encountering
the Indians in the terms of pacification in which they were
when I was on the river. I thereupon situated myself where it
was convenient, taking all security possible, and not belittling
in my imagination the feelings of the troops the night before.
Night fell, and I told the Indian General that he should tell his
people to retire to their homes, and not emerge until daybreak,
so none should be about at night where the troops were, so that
no incident might arise. They retired, although somewhat late.
As soon as they left, an easily discerned cowardice took hold of
the soldiers, which came to such an extreme that some said to
their companions that as soon as the Indians arrived it was in-
dispensable for them to drive the horses and begin to flee. Those
who had their horses unsaddled, and even those who were al-
ready mounted, now approached Corporal Marron, who was
one of those who did not show fear, asking him to tell me we
should flee; the Indians were going to kill us. This corporal, on
seeing the insistence of these men, resolved to tell me what they
had said to him, and my answer was the following: That this
was not the first occasion that I had been in that place; that I
saw not one thing to make me move, and they should be in-
formed that my honor and that of the Nation were very sacred,
and they would be sacrificed rather than decamp from that
point, even if I knew they were probably to attack me. At dawn
of that day, which was the 8th, all the capitancillos arrived with*

85

some Indians following, to the excitement of the troops.[7] But I noted no sinister look about them, in fact all to the contrary, for they appeared contented at my arrival. I tried to stay two or three days with them to inspire confidence in them, but all that which I've told made me desist from my plan, conclude my affairs with the Captain and retire, which I did on the same day, between nine and ten . . . ."

The importance of keeping some sort of a post between San Diego and the Colorado River was realized by Echeandia, the Governor of California during the period that a mail route was projected overland to Sonora. Although it has never been suggested by historians, the reason Echeandia made his residence in San Diego during his term in office could have been his concern with the Yuma route. Certainly it would be a more plausible one than the ones given . . . namely, that he preferred the climate and the women of San Diego to those of Monterey. As long as he was governor the mail route was a serious project, or at least until Mexico's fears of international designs were reduced, and the threat of Spanish reconquest were dissipated. By 1828 Spain's attitude was one of resignation to the loss of her American possessions. The urgent need which had existed in 1822 for rapid communication with Mexico was no longer a pressing matter, although the overland journey from Sonora to California was being made by various private persons.

Echeandia was able to take advantage of the Yuma crossing for a mail route within a few days after Romero had crossed the Colorado and returned to Tucson. The refusal of the padres, who had been born in Spain, to swear allegiance to the Mexican Republic in 1825 was a cause of anxiety to the Governor, and he sent a letter to Jose Figueroa concerning the affair. The man who volunteered to deliver the letter was a most remarkable person, and one of the more controversial men in California at that time. This was Vicente Gomez, nicknamed "El Capador," who had terrorized the district between Mexico City and Puebla with his guerilla band, killing several Spaniards during the Mexican struggle for independence prior to 1821. Since Gomez was evidently not in accord with the conciliatory mood

86

ACC0025158

of the Iturbide regime regarding Spaniards resident in Mexico, he continued to terrorize them. He is said to have castrated, tortured, and maimed a number of persons during his career as a guerilla chieftain. After his capture he was sentenced to exile in California and arrived there in 1825. Probably the rising resentment of the Mexicans against the Spaniards after the fall of Iturbide curbed a more severe punishment. Among the exploits attributed to him were the sewing of a man into a sack of green rawhide and exposing it until the hide shrank in the sun and crushed him. He also suffocated a priest in a trunk because the padre had heard that Gomez was delighted by the sight of blood; whereupon Gomez sought to prove to him that this was not true.

Probably in order to leave California, Vicente Gomez agreed to act as Echeandia's courier to Sonora. He had a close call when in the Yuma country, but managed to reach Arizpe safely. Hardy reports having seen Gomez at Baviacora, Sonora, in February or March of 1826.[8] This may indicate that the trip had been made in January of 1826. Just how frequently the route was used in this fashion, or how effective it was is not certain, but in 1829 Echeandia was complaining that the overland mail-route agreed upon in 1828 was not yet established.

The land route's economic possibilities have already been discussed. The prospect of sending horses overland to Sonora was an attractive alternative to destroying the unbroken horses in matanzas during the occasional dry cycles in California. Overgrazing could be thus checked, and a profit could have proceeded from such an attempt. When Mexico first achieved independence, the prospect appeared bright for trade between provinces and with foreign nations. There but remained the task of establishing protection along the projected route from California to Sonora. To place an outpost on the Colorado was the obvious solution, but this venture would have required money. Capital was one element Mexico lacked at this time. Her large army cost the nation a great deal, and the means of obtaining revenue were not considerable at the time of independence. One of the few sources was the customs revenue. Sug-

ACC0025159

gestions of diverting part of the California force to the Colorado went unheeded, partly because any effort there would involve building new establishments and creating new debts. Another reason, of course, was the flurry of political instability in California brought about by the Solis revolt of 1829[9] which, although it was of short duration, indicated the need for troops in the territory itself. Sonora was completely unable to render any sort of aid to a Colorado military post after 1825. The Yaqui troubles of 1825-26 were unresolved, for there had been nothing more than what amounted to a truce in the struggle. Apache depredations had been resumed when the state was unable to continue the supplies for the "tame" Apaches who had settled around the northern presidios. The dole was discontinued because of financial strain, and the Apache raids again became Sonora's primary concern by 1832, coupled with a resumption of the Yaqui rebellion that same year. Clearly, nothing could be done by Sonora. At a time when a frontier on the Gila River seemed within the grasp of Mexico, internal and external Indian pressures convulsed that state, and the Gila Pimas' request for presidios and missionaries went unanswered. As a result of the decree expelling Spaniards who refused to swear allegiance to the Mexican Republic, several missionaries had been deported. It is not certain that there would have been a sufficient number of priests for new establishments on the Gila or the Colorado.

The land route came to have a different use after 1832. Several Sonoran refugees left their state, discouraged by the ravages of the Indian wars. As early as 1827 Sonorans began using the route through Yuma into California. A party which had come via Altar and Caborca arrived at San Luis Rey Mission in that year. The journey took only 13 days, therefore it is probable that these Sonorans went by way of Sonoita, then across the desert to the Gila River and the Colorado. They brought letters from the commander of Altar Presidio and the padre of Caborca Mission. Both asked for horses that they presumed were running wild in California, to be had for the asking. It is possible that Romero and his men, upon returning to Sonora, had

88

ACC0025160

painted a glowing picture of California as a pastoral paradise.
In a letter written by an unknown person to Jose de la Guerra,
commandant of Santa Barbara, the writer appears to be amused
by the credulous Sonorans, who obviously think that they are
to obtain Californian horses for little or nothing. Probably the
Californians felt differently about the matter (de la Guerra,
Doc. Hist. Cal.; Prudhomme Collection).

Communications were coming through regularly after this
time. It is very likely that the Indians directly on the route be-
tween the Colorado and San Diego were, for a time at least,
broken in spirit and leadership. The several raids during 1826
had killed a considerable body of fighting men east of Santa
Ysabel and San Felipe, as well as several leaders or capitanci-
llos. The Yumas were now at peace, so the area between the Col-
orado River and that of San Felipe was "cleared" of trouble.
News reached San Diego regularly throughout 1827, 1828, and
1829. News of Hardy at the mouth of the Colorado was known
in San Diego shortly after his arrival (D.R. p. 57), and scouts
were sent to investigate. The priests felt sufficiently safe so that
the troops were no longer wanted at the Mission Santa Ysabel
(D.R. p. 76). Although their attitude to the troops may have
been that they caused trouble with Indians, as so often hap-
pened, it may also have been related to the political difficulties
of the time, nevertheless this would not eliminate the inference
that they did not feel sufficiently safe to be without a regular
garrison. Following March of 1827 the escort was retired from
Santa Ysabel. (D.R. p. 76).

The frontier remained quiet throughout 1828. James Pattie
and his party found their way to Santa Caterina in November
(D.R. p. 204) and Echeandia reported that vecinos were coming
to the coast from the Colorado River carrying passports from
presidio commanders of Tucson and Altar "or from Alcaldes
who are unknown here . . . and with no other security than it is
known they carry passports and are therefore trustworthy men.
They should somehow be identified by a filiacion (description)
on the passport plus special marks on the passports, as it has
already been resolved for those going from California to Sono-

89

*ra" (D.R. v. 1, p. 199). The route was now travelled often
enough so that extra security measures had to be taken. Pass-
ports were taken and sent back to Sonora to be checked. Pre-
sumably, fear of political agitators or bandits prompted this
move.*

*In April Echeandia was sufficiently sure of the new route
that he asked for a bi-monthly mail service between San Diego
and Altar across the Colorado River, and on May 6, a law was
passed which directed the establishment of a frontier garrison
or company among the gentiles at the mouth of the Colorado
River, to be done by the government of Baja California, in order
to facilitate communication by that route (D.R. 218).*

*Lack of troops and funds, Indian depredations on the Baja
California frontier, and the Solis revolt of 1829 prevented any
action on the part of California for the establishment of Colo-
rado outposts.*

*Prior to 1830 the overland route from Sonora was used by im-
migrants who hoped to settle in the comparatively lush country
offered by California. Traders utilized the route also. Padre
Sanchez of San Gabriel related in 1830 that four traders had
been killed by Indians while asleep enroute to California the
previous year. This event had reduced the traffic from Sonora
to California because of the fear of similar Indian activity. It is
remarkable that such small groups attempted to use such a dan-
gerous trail. Sanchez and others proposed that some of the Cali-
fornia troops be used to garrison the crossing at the Colorado.*

*In the census of Los Angeles for 1836 there are about 100
persons listed from Sonora. A handful were elderly persons who
had come in the days of Anza and Rivera, and a few came by
sea in 1832, but the majority must have come by land in the
period 1827-1835. Perhaps as many as 60 immigrants used the
overland road to California before settling in Los Angeles in
1836. There may have been a few more Sonorans scattered
throughout California, at San Diego and San Luis Rey, or at
Monterey, but most were probably to be found at Los Angeles,
still the metropolis of California in 1836, and therefore the most
desirable place for immigrants to settle. In that year there were*

90

ACC0025162

over 1,000 gente de razón *living in the pueblo itself, with a total of at least 1,650 for the pueblo and the surrounding ranchos. No recent Sonoran arrivals are listed in the Santa Barbara census of 1834, although some appear in the records later in the decade.*

*As there were about 5,000 gente de razón in California circa 1835, the influx of about 100 Sonorans was not significant outside Los Angeles. A few Sonorans continued to trickle into California prior to the American conquest, but the Sonoran migration did not reach impressive proportions until the discovery of gold in 1848-1849. Their numbers have been estimated at more than 20,000 using the trail in the first decade after the discovery of gold, although several Sonorans went back and forth from Sonora to California, making two or three trips during the period (McWilliams, 1946). Many Yaqui miners used the route, and the famous Yaqui leader, Jose Maria Leyva Cajeme, is said to have made the trip as a boy in company with his father (Mason, 1958 ms.). Romero's work in developing land contact between Mexico and California did not have the expected effect of protecting California from foreign conquest, nor did it greatly stimulate trade between California and Sonora. It did help to open California to a flood of Sonoran immigration shortly after the discovery of gold. Romero's and Figueroa's trail had been kept open and used by Sonorans for twenty years, but its greatest significance was to the Sonoran miners during the 1850's. Though the Sonorans would have doubtlessly come in search of gold in any case, the presence of a well-used and commonly known road must have been an encouragement to the first Sonoran gold-seekers who made their way to the mines.*

91

ACC0025163

# Notes

### NOTES ON CHAPTER I

[1]After the arrival of the first Rivera Expedition at San Diego in 1774, the population of *Gente De Razon* in California probably did not exceed 200 persons. About ten men, women, and children came to California by sea in March, 1774, and the Rivera Expedition followed a few months later with about fifty men, women, and children. Prior to the arrival of these colonists there had been fifty cavalry men from Loreto Presidio, 25 Catalan infantrymen, plus a few muleteers, carpenters, blacksmiths, other artisans, and some Baja California Indian vaqueros, workers, etc. Some of the Catalan soldiers and cavalrymen had married California Indian girls in 1773 and 1774. In 1775 the Verdugo family and possibly other families, the wives of soldiers who had come to California earlier, etc., moved into California from Baja California. By bringing in more than 200 colonists, Anza may have roughly doubled the *Gente De Razon*, or civilized population in California. (Bancroft, 1886, v. 1, Rowland, 1951, S.E.V.R.)

[2]The first three grants for pasture-lands in California were made to Juan Jose Dominguez, Jose Maria Verdugo, and Manuel Nieto, in 1784. Shortly thereafter Francisco Reyes received such a permit in the same general area as the above ranchos, which were all near Los Angeles. All of the above men had been soldiers in the early years of California's occupation, 1769-1772. (Bancroft, 1886, v. 1, Rowland, 1951)

[3]"All three regions, New Mexico, Arizona and California, were self-supporting and what trade they were allowed to carry on was with New Spain. It was not until foreigners were able to trade, legally or illegally, at Santa Fe or in Southern California seaports, that enough new kinds of goods would be exchanged and demanded to justify commerce through Arizona's feeble little settlements." Wyllys, 1950)

[4]The disturbing news concerning the intentions of the Holy Alliance, now committed to the restoration of Spain's lost colonies, must have had some effect in Mexico. Russia was the most powerful member of the alliance, and Fort Ross was a Russian base on the Mexican frontier. Should military pressure be exerted by Russia and her allies, communication with California by land would be desirable from a military standpoint. The efforts of the Holy Alliance also prompted British Minister Canning to block them, and was a major reason for the American reaction to this threat which led to the Monroe Doctrine in 1823. The founding of Solano Mission in 1823 (later Sonoma) was apparently a Mexican effort to block Russian expansion to San Francisco Bay.

[5]Santiago Arguello, on February 28, 1821, took a statement from Jose Cocomaricopa at San Gabriel in which Jose said that his rancherias were on the other side of the Colorado River (east side). His rancheria was called Avitucapaiba, and fur-

ACC0025164

ther along was the Yuma nation (down river). His rancheria had 120 men and the nation was called Chiduma and Cocomaricopa. It had two captains and he was the great captain of the nation. Leaving from his rancheria it took six days to get to the first presidio which is Tucson, and from the rancheria Amat Cucupa, three days which is very large for it would have one and one half leagues in length. Many gente de razon, he said, came there to trade. A Cahuilla told him that the San Diego area existed, and he was going there for cotton and beads. In 15 to 20 days he could carry letters to Tucson and he himself would bring the answers. (P.S.P. p. 293)

On March 8, 1821, Governor Sola in writing to the Father or Prefect said, "Two Indians of the Yuma nation are at San Gabriel. One is called "General of the Cocomaricopa Nation." They arrived with passports from the Presidio of Tubac, Arispe, and other places, and they are recommended as friends. They come to trade with local Indians, but I have deemed it convenient to deny them entry to this realm in order to avoid another disaster such as that of San Buenaventura." (S.P.P. p. 380).

On March 24, 1821 another communication arrived for Sola written by Jose Maria Estudillo from San Diego indicating that the Cocomaricopas had given information to him. He said that because of the arrival of the Cocomaricopas and cattle thefts he had ascertained the location and distances of the "barbarous nations." They were as follows: Cocomaricopas, Papagaos, Xalchidumes, and Fagues (or Jagues). There were other rancherias established on both sides of the Colorado "united to defend themselves militarily against the Yumas, Mohaves, and Apaches —their constant enemies."

Entering the Colorado River towards San Gabriel there is a seven day journey to San Antonio; nine leagues to San Jose, fifteen leagues to San Sebastian, twenty-six leagues to Jesus Maria because of bad water and pasture, ten to twelve leagues to the Well of Happiness (Pozo de la Alegria), eight leagues to the sand dunes (meganos). From there the river was near. (P.S.P. p. 290)

[6]In May two communications from Governor Sola demonstrated the concern over foreign attacks. Sola had heard about Lord Cochrane's attack at Cabo San Lucas in February. They took the brig San Francisco Xavier, alias el Alcion, which was enroute from Baja California to San Blas, sacked the missions of Todos Santos and San Jose, then proceeded on to Loreto, where after looting the town they took the jewels and pearls adorning the image of Our Lady. Sola asked to be informed as to the best means of establishing communications with Tucson via the Colorado River. "Under the circumstances it is very necessary," he said. (S.P.P.S. p. 46)

## NOTES ON CHAPTER II

[1]Father Felix Caballero was president of the Dominican missions in Baja California. A decade before the Romero Expeditions Caballero had been the secretary to the Dominican president. In 1823, after Canon Fernandez had advised the establishment of a route via the lower Colorado, Padre Felix was chosen to be the pathfinder of such a route. The choice seems to have been a wise one. Caballero was in charge of two missions: San Miguel and Santa Catarina, both in the northern part

93

ACC0025165

of Baja California. The latter mission was nearest to the mouth of the Colorado, and it is probable that there were some Cocopa Indians at his mission. Pattie tells of having found a Spanish-speaking native of the Colorado delta who had learned the language at Santa Catarina. Padre Caballero was evidently held in high esteem by both the gentile Indians and the neophytes. One of the Indians who accompanied Caballero to Tucson was a gentile named Cota. He was a native of the region near the mouth of the Colorado River, and therefore acquainted with the route as far as the river. Caballero founded the last mission in the Californias, that of Guadalupe, in 1833.

Agustin Janssens mentions Padre Felix and describes him as a hard-working man who was well-liked by the Indians. A gentile chief named Jatiñil often came to aid the Padre in one project or another. According to Janssens, Caballero's dream was to establish missions on the Colorado, and it was with this goal in mind that the Padre took a trip to Mexico City in 1840 to obtain missionaries and supplies. He died on the way to Mexico at San Ignacio, Baja California, in the same year.

Despite the setback which occurred when Caballero and Captain Romero crossed the Colorado in July of 1823, the Indians at the mouth of the Colorado maintained contact with Padre Caballero in later years. Hardy says in 1826 that the priest of Santa Catarina sent an Indian to the delta in order to find out what Hardy was doing there and if he needed any assistance. (Janssens 1953, Pattie 1961, Hardy 1829.)

[2]Santa Catarina was a Dominican mission on the slopes of the Sierra de Juarez, founded in 1796. Its location was about ten miles east of the settlement of El Alamo, Baja California.

[3]The diary of Padre Felix Caballero as presented here is but a damaged fragment: one leaf, written on both sides, it was located in the Estudillo collection of the Bancroft Library. There is nothing on the page to indicate the authorship or the year it was written. Certain clues, however, show that it is the diary in question. The date of departure is the same—April 14th. The name of Quamay appears in Romero's account as Quamaya, and there is a striking similarity in the route taken by the returning party.

Some of the information presented below is conjectural, for some of the two pages has been torn off. The upper and lower corners are missing; therefore it is difficult to read. An attempt has been made to present a readable account until the diary terminates with Padre Caballero's arrival at the country of the "Gila Jalchidunes," which may correspond to the branch of the Halchedum known as the Kaveltcadom. From what has been gleaned through Romero's diary on the return trip, it may be assumed that Caballero followed the Gila as far as Gila bend, then left the river on the more direct route across to the Gila Pima villages, which were also visited by him according to Romero. It is not certain how much time it took for him to reach Tucson, but later Romero notes that the Padre's journey was more rapid than his own, because the former took a longer route by following the Gila around the Bend, and spent much time in the Pima and Cocomaricopa villages discussing alliance with Mexico, reception of missionaries, and incidental problems. By the end of May Caballero had arrived in Arizpe, the capital of Sonora and Sinaloa, which together were known as the state of Occidente until their subsequent division.

94

ACC0025166

[4]The Sierra Madre mentioned by Caballero is the same as the present day Sierra de Juarez. Its present name honors Benito Juarez, president of Mexico from 1857 to 1872.

[5]Caballero refers here to Cocopa Indians. When Hardy was at the mouth of the Colorado he met a Spanish-speaking Indian from Santa Catarina who said he was sent by the padre there to see what they wished and what they needed. As this was in 1826, Felix Caballero was probably still operating the establishment. On page 372, Hardy offers this bit of interesting information: "I understand Comayo to mean in the Axua language, 'Great Captain' and Yahmayo, 'Son of the Captain.'" It is possible that Caballero's Quamay is the same as Hardy's Comayo. According to all indications, Caballero and later Caballero with Romero crossed very near the mouth of the river. Hardy also quotes the Yuma answer to Spanish efforts to establish control over them about 25 years before his visit. The Yumas stated that they were perfectly happy the way things were, and they had no desire to become weak, addicted to liquor, etc. Hardy was using a Yuma interpreter he had picked up in Sonora for the purpose, but the Indians brought interpreters of their own aboard his ship.

In February or March of 1826, Hardy met the infamous Vicente Gomez at Baviacora. Gomez had just completed a tough mail-trip from San Diego to Arizpe. Bancroft has a lot to say about Gomez and his career in Mexico. This indicates that Romero was no sooner back from California, than the mail-route was being used, certainly as early as February, 1826, and perhaps earlier. (Hardy 1829, Bancroft 1886)

[6]Cocopa population was estimated considerably less in 1775 when Garces passed through the area and suggested the Cocopa were 3,000 in number. In 1907 Hodge estimated 800 Cocopas were still living in Colorado Valley. The difference between Garces' and Caballero's estimates may be just differences in judgment or they may represent real population differences. Since the Colorado area populations were very fluid, settlements moved radically over short periods of time, a difference in one estimate might reflect on this. They were first contacted by Alarcon in 1540 and later by Onate in 1604, Kino in 1701, Garces in 1775-6, Caballero and Romero in 1823, Hardy in 1826, and Heintzelman in 1857. (Hodge 1907:318.)

It is quite possible that the interest shown by the Cocopa in establishing a Mexican out-post at this spot was to protect their northern boundary from their traditional enemies, the Yuma Indians.

[7]This site, located on higher ground, may have been the same as that of Colonia Lerdo which was founded several years later.

[8]This would undoubtedly include the Yumas who were known to regularly war against the Cocopa. In contrast, the Maricopas and Pima Indians to the east were allied with the Cocopa. It is through this alliance structure that Caballero and later Romero travel. (Gifford 1933:299-300.)

[9]This lagoon is probably the same as Laguna Prieta, located in the Sonoran Desert about 20 miles southeast of San Luis, Sonora.

[10]Sierra Cojuat may be the Copper Mountains, north of Coyote Peak. Cojuat is a Gila settlement mentioned by Manje and others. Its site is probably just west of Wellton and possibly indicates the Yuma frontier. (Ezell 1961)

95

ACC0025167

[11]It is likely that Romero refers here to the Opas or Cocomaricopas rather than the Halchedums of the Colorado River. They were linguistically related and may have been classified with their northern relations on the basis of linguistic similarity. A discussion of this relation is available in Ezell, ms, and Ezell 1961.

[12]Arizpe was founded as a mission for the Opata Indians by Jesuit missionaries in 1648. In 1779 Teodoro de Croix, as commander of the newly-created Provincias Internas (Interior Provinces), designated Arizpe as his capital. The census of 1790 gave Arizpe a population of 7,622. This figure may include the district around the city, as well as the city itself. When the capital of the Provincias Internas was shifted to Chihuahua in later years, Arizpe remained the capital for the Provincias del Occidente (the Western Provinces—Sonora and Sinaloa). Arizpe was capital of the Provincia de Occidente for a short time after the independence of Mexico from Spain.

[13]Los Pontos is located approximately two and one half miles northwest of the Tucson Presidio site.

[14]This is the same as Picacho Peak.

[15]"Pajonal." A place with tall grass.

[16]This site is probably a short distance north of Bapchule, on the Gila River.

[17]Huseo Parado is roughly halfway between Bapcule and Komatke.

[18]This is the Salt River Junction.

[19]This lagoon is probably Laguna Prieta.

[20]Pozo Salado was visited by Caballero on his first journey; it may be at the south end of Laguna Salado.

[21]There is an Agua Caliente about ten miles east of Santa Catarina, also an Arroyo de Agua Caliente running north into the desert.

[22]Antonio Comanduras (or Comanduran, as he is also called) was second in command at Tucson Presidio. He commanded the garrison during Romero's absence in California. (D.S.P.)

[23]Lucas Alaman was one of the earlier leaders in the Mexican Republic, although as a royalist he was scarcely in sympathy with republican institutions. During the first years of the Mexican Republic he was Minister of War, and in this capacity he directed General Figueroa to explore the Gila-Colorado region. Alaman was interested in developing industry in Mexico and he was a patron of the arts and sciences. Though a conservative in the extreme, he later recommended Figueroa as governor of California, despite the fact that the latter was a liberal and an adherent of Guerrero, the liberal leader. Alaman apparently realized that Figueroa was a capable person, and although a liberal, discreet enough to be of service to Alaman's faction.

Lucas Alaman is credited with having been the manipulator of Santa Ana during the latter's rather uncertain career as Mexico's leader in the conservative camp. Alaman's death in 1853 deprived Santa Ana of his advice, and this loss has been said to have caused Santa Ana's downfall in 1855. Additional credit for Santa Ana's removal may go to Alvarez, Juarez, and others of the younger liberal generation, however. (Bancroft 1886, v: V:635.)

96

ACC0025168

## NOTES ON CHAPTER III

[1]A limited amount of information is now available because of field and archival research concerning what is known as the "Las Flores Rancho site," in northern San Diego county. According to historical records and informants Las Flores Canyon and its neighbor Las Pulgas canyon, were locations for coastal Luiseno village sites. It is not clear however, if there were two independent rancherias or whether there were two sites occupied by one group seasonally. The sites are respectively ½ mile to several miles from the coast.

This sea coast site area was chosen by the Spanish mission San Luis Rey, as a cattle ranch in the early 1800's and was maintained as such (along with a resident priest) until the secularization period (1834) when it was established by civil authorities as an experimental Indian Pueblo. That is, an independent economic community which would hold land in group ownership for so long as the group desired.

The land was later incorporated into the large land holdings of Pio Pico through private manipulation of Pico and the pueblo inhabitants who were "encouraged" by their "leader" Manuelito, "head of all the San Luiseno Indians."

Some Indians remained at the site well after this period but the bulk of the community was moved to a site (unrecorded until now) north of the rancheria of Temecula, where they remained until the formal institution of the reservation system. (Bean, 1960, ms.)

Las Flores was a regular stopping place for travelers going between San Diego and Los Angeles throughout the Spanish, Mexican and early American periods.

[2]A *quintal* is approximately 100 lbs. A *fanega* is approximately 55½ liters (dry measure). *Pinole* is a flour of toasted corn which mixed with water and sugar, is a very refreshing drink. *Sesena* is jerked beef.

[3]Damaso Rodriguez was a native of Monterey, possibly the son of Antonio Rodriguez and Loreta de la Vega. In 1818 he came to Santa Barbara from the Monterey Company, and was promoted to the rank of sergeant by 1821. In 1831 he was promoted to lieutenant, and was later transferred to the San Francisco Company in 1833. (Bancroft, 1886, v. 5, p. 700)

[4]Geronimo Boscana was born May 23, 1776, at the country town of Llumayor on the island of Mallorca off the coast of eastern Spain. He was sent as a missionary to Mexico and later to Alta California. He was a missionary at San Juan Capistrano from 1812 to 1826, and died at San Gabriel in 1831. He was the author of valuable ethnographic document on the Luiseno Indians entitled "Historical Account of the San Juan Capistrano Indians of southern California." (Harrington 1934, 1-2)

[5]Juan Pacifico Ontiveros was born in 1795 at Los Angeles, the son of Patricio Ontiveros and Maria Antonia Rodriguez. His father was a member of the San Diego Company who had come with his parents in the Rivera Expedition of 1781, and his mother was the daughter of Los Angeles pobladores Pablo Rodriguez and Maria Rosalia Noriega, who had come in the same expedition. In 1825 he married Martina Osuna, the daughter of Jose Maria Osuna and Maria Antonia Cota. Later he acquired a rancho near Santa Ana named San Juan Cajon de Santa Ana, which was confirmed in a grant by Governor Alvarado in 1837. The present-day commu-

97

ACC0025169

nities of Anaheim, Fullerton, and others are now located on portions of this rancho. Ontiveros died in 1877. (San Gabriel Mission records; Robinson 1956)

[6]Hilario Machado was born in 1783 at Santa Barbara, the son of Manuel Machado and Maria de la Luz Valenzuela. They had come to California in the Rivera Expedition of 1781. He joined the San Diego Company about 1803, where he was a corporal by 1812. In 1816 he married Maria Antonia Pollorena, the daughter of Pedro Pollorena and Rosalia Ochoa, at Los Angeles, and he was retired in 1824. He and his family appear on the census of Los Angeles for 1836, when he was living north of the Plaza on what is now Main Street. He died in 1852. (Padron, Los Angeles, 1836). (S.G.M.R., P.C.M.R., S.B.M.R.)

[7]This is possibly the son of Damaso Rodriguez.

[8]Leon Rosas was born in 1791 at San Juan Capistrano. He was the son of Carlos Rosas, a soldier of San Diego Company, and Maria Dolores, a neophyte Indian girl of San Gabriel. Leon Rosas enlisted in the San Diego Company by about 1810, and in the same year he married Geronima Feliz, the daughter of Anastacio Feliz and Gertrudis Valenzuela. Rosas served at San Juan Capistrano mission and at San Luis Rey mission. He was at the latter post in 1823, when called on to serve in the Romero Expedition. Leon Rosas died about 1830 in San Diego. (S.D.M.R., S.G.M.R., San Juan Capistrano, Libros de mission.)

[9]San Jose is a site southwest of San Dimas and north of Puente; "El Paraje de San Jose." This may be Walnut Creek.

[10]Vicente Valencia was born in 1786 at San Buenaventura Mission. He was the son of Juan Ignacio Valencia and Rita Zamora; both came in the Rivera Expedition of 1781 to California. Juan Ignacio Valencia had been a member of Anza's first expedition in 1774-1775, for which he received extra pay after 1788. After returning to Sonora for about five years, he came back to California with a wife. She was the widow of Andres Bermudez and the mother of Juan Hilario Bermudez.

Vicente Valencia enlisted in the Santa Barbara Company about 1803, and usually served at the presidio from that year until about 1815, when he was in the mission garrisons. He had served briefly at San Fernando in 1808. Valencia married Margarita Valenzuela at Santa Barbara in 1806. She was the daughter of Manuel Valenzuela and Concepcion Armenta, who were also members of Rivera's 1781 Expedition. At the time of their marriage, Vicente was 19 and Margarita was 14.

By 1821 Valencia had been promoted to corporal and was in charge of the Purisima garrison. He was sindico of Santa Barbara in 1827, but in 1828 he was arrested because of disloyal statements concerning adherence to the Mexican Republic. Cristobal Palomares was the accuser, and Bernardo Higuera was a witness. Nothing was done to Valencia, for according to Higuera both men had been drinking prior to an argument. He did serve some months pending trial. Valencia and his wife appear in the 1834 census of Santa Barbara, along with several children. He was made sindico again in 1839 at Santa Barbara. (S.B.M.R.; Bancroft 1886; Temple 1931; Ventura, Libros de mision, Bancroft Library.)

[11]Cucamonga was the site of an Indian village. In 1776 Garces at the invitation of the Indians there visited the village. Father Zalvidea from San Gabriel visited

98

ACC0025170

the same village in 1806. He refers to the village as Guapiana and locates it on the San Antonio Creek.

In 1811 the first recorded use of the name Cucamonga appears in the San Gabriel Mission records. The occasion marked the baptism of four Indians from that location. In 1819 Gabriel Moraga stopped at Cucamonga on his way to fight the Mohaves. Apparently the location was a cattle rancho of the San Gabriel Mission and later became part of the Cucamonga Rancho which was granted to Tiburcio Tapia (Beattie 1951)

[12]Francisco Dumetz first visited the site of San Bernardino in 1809 and casual relations continued with the San Gabriel Mission and the Indians until 1819. In 1819 the Rancho was established at the Indian rancheria of Guachama at the request and with the approval of the Indians. Agriculture was started in 1821. It was reported than 2,000 Indians from various rancherias had come for instruction in farming methods. An adobe building was constructed, along with storage facilities for crops, a home for the fathers and a temporary chapel. Nursery stock such as olives and fruit trees, grape vines and vegetables were brought from San Gabriel. (Haenzel 1960)

The Canyon "toward the sierra" is probably San Timoteo Canyon. The "opening in the sierra" is probably Cajon Pass.

Lt. Moraga stopped at San Bernardino in 1819 enroute to pursue Mohaves. The spot was remembered probably because some of the men with Romero were also with Moraga when he was there.

Portilla's visit to San Bernardino was possibly in order to arrange for his Mazatlan soldiers to accompany Romero back to Sonora.

Yucaipa valley has been surveyed archeologically and extensive Indian remains have been found. A Serrano Indian rancheria existed in that area and probably provided converts for the San Bernardino Rancho. Glass beads of mid-nineteenth century origin were found in Yucaipa Valley, possibly like those which Romero used for trade items on this journey.

[13]*Chifles* are priming horns. *Abujas* are firing pins.

[14]An *arroba* is 25 pounds. An *almud* is about 5 liters.

[15]Juan Jose Higuera, the mayordomo of San Bernardino Rancho, was probably the son of Joaquin Higuera and Teresa Cota. He was born in 1787 at Santa Barbara, where his father was a soldier. His mother was a sister of Guillermo Cota. There is some confusion regarding Juan Higuera in the Estudillo diary, since there appear to have been two persons by that name who are mentioned in the diary. One was the mayordomo of San Bernardino, and the other was a vecino of Los Angeles who accompanied Romero and Estudillo. It is not probable that they were the same person. The Juan Higuera who was mayordomo died in Los Angeles in 1849, aged 62. He had never married.

The other Juan Higuera was the son of Joaquin Higuera and Beatriz Cota, born at Loreto about 1777. His father was probably a relative of the other Joaquin Higuera. Beatriz Cota was a sister of Teresa Cota, noted above. He joined the Santa Barbara Company in 1798, and later married Marta Salazar, daughter of Jose Pedro Loreto Salazar and Gregoria Espinosa, and step-daughter of Mariano Verdugo. Since he was a vecino of Los Angeles in 1823, this Juan Higuera was probably the one who accompanied the expedition. He was the discoverer of Canyon

99

ACC0025171

Springs, which probably saved many of the horses on the journey back through the desert. Unfortunately, he deserted when the party returned to San Gorgonio Rancho, which may have caused him some difficulty despite his contribution to the expedition's welfare. Juan Higuera, the husband of Marta Salazar, died at Los Angeles in 1826. (S.G.M.R.; Plaza Church records; Padron de San Diego, 1790.)

[16]Justo Morillo was born at Loreto, Baja California, about 1783, and came to California around 1810. He appears in an artillery militia-list for San Diego, dated January 1st, 1820, and he was stationed at San Gabriel. He was an inhabitant of Nieto's Rancho Santa Gertrudis in 1820, where he was married to Cleofe Nieto, the daughter of Jose Antonio Nieto and Catarina Ruiz. Justo Morillo may have been a relative of Francisco Xavier Morillo, who came to California about the same time. The Morillo family lived at Los Nietos Rancho, also called Santa Gertrudis, and the Morillos may have been related to the Nieto family. The original owner of the Rancho, Manuel Nieto, was married to Teresa Morillo. In the 1836 census of Los Angeles Justo Morillo is shown still living with his wife at the Las Bolsas Rancho, a part of the Nieto Rancho. (S.G.M.R.; Los Angeles Padron, 1936.)

[17]Isidro Guillen was born about 1800 at Loreto, Baja California. His parents were Miguel Antonio Guillen and Eulalia Perez. Shortly after his birth his parents moved to San Diego, where his father served as a soldier by 1802. His mother was a noted figure at San Gabriel during the 1870's because of her great age. She was reputed to have lived well over 100 years.

Isidro Guillen joined the San Diego Company and was later transferred to the Santa Barbara Company. He became a sergeant at Santa Barbara, and the 1834 census of that place indicated he was still unmarried. In 1839 he was promoted to the rank of alferez, and shortly after that year he moved to northern California. Guillen was living at San Jose from 1840 until the Gold-Rush, when his brother-in-law Michael White saw him there about 1850. White says that Guillen died in 1864 at Purisima. (Bancroft, 1886, v. III, p. 771; Santa Barbara Padron of 1834; S.G.M.R. White, 1956.)

[18]Guillermo Cota was born about 1769 at Loreto, the son of Roque de Cota and Juana Verdugo. In 1778 he came with his parents to California, where his father served in the San Diego Company. Guillermo joined the Santa Barbara Company in December of 1790, but by 1793 he was once more in Los Angeles. In 1794 he married Manuela Lisaldi at Los Angeles; she was the daughter of Pedro Lisaldi and Tomasa Lopez. Cota seems to have been released from the army for a time, perhaps between 1793 and 1799, whereupon he re-enlisted. He served at San Fernando Mission, later becoming corporal of the guard there. His wife died during an epidemic in 1803, and he remarried in 1805 to Manuela Nieto, the daughter of Manuel Nieto and Teresa Morillo. After serving as corporal of San Fernando from 1806 to 1810, he became *comisionado* of Los Angeles in the latter year, taking the place of Francisco Xavier Alvarado. As *comisionado*, or police-chief, he held the rank of sergeant. For ten years he held this post, with a few months' interruption in 1818. In 1820 Anastacio Carrillo was put in as a replacement when Cota retired. When Carrillo requested transfer back to San Fernando in 1823, Cota was again made *comisionado*, with jurisdiction over the retired soldiers, militiamen, and town garrison. He remained in this capacity until 1826, when he was elected alcalde. Both he and his wife died in 1844, when Cota was about 75 years old.

ACC0025172

(Bancroft 1886, v. II; P.C.R.; S.G.M.R.; Los Angeles Padron of 1790, Mason, ms. 1961.)

[19]Maximo Reyes was born at Los Angeles in 1793, and was the son of Juan Francisco Reyes and Maria Luisa del Carmen Dominguez. His father had come to California by 1771, and became a soldier in the Monterey Company. Some years later Francisco Reyes acquired the San Fernando Valley as a rancho, perhaps as early as 1786. He relinquished the rancho to San Fernando Mission, which was established at his rancho in 1797. Reyes lived at Los Angeles for much of the time between 1787 and his death in 1809. He had served as alcalde of the pueblo from 1793 to 1795, when his young son Maximo was born. Maximo Reyes' career was not the equal of his father's. About 1810 he joined the San Diego Company and married Feliciana Valdez, the daughter of Francisco Valdez and Josefa Leyva, at San Diego in 1816. Maximo Reyes served in the army until about 1822, when he returned to Los Angeles. Possibly as the result of his desertion from the Romero Expedition he was listed as a "vago" (vagrant, wrongdoer) in a Los Angeles list of 1825. By 1833 Reyes and his family had returned to San Diego. (S.G.M.R.; Rowland, 1951; S.D.M.R.)

[20]This site would appear to be the aboriginal village location of Pisata, or what is now known as Banning Water Canyon. It was one of the village-lineage locations of the Wanikik Cahuilla. (Bean 1960)

[21]Bonopiapa was probably the location known as Wanapiapa, the lineage village site of the Wanikik Cahuilla. Baptismal records occur from this location as early as 1809 at the Mission San Gabriel. (S.G.M.R.; Bean 1960)

[22]The following identifications are suggested for these plants: Gobernadora is Larrea divaricata; Cholla is Opuntia bigelovii; Funera is Yucca mohavensis; Biznaga is Echinocactus cylindraceus; Mesquite is Prosopis juliflora; and Mesquitillo is Prosopis pubescens.

[23]This is one of the earliest recordings of the term "Cahuilla," the derivation of which is unknown. Since it is applied only to Indians beyond the San Gorgonio Pass area it may have been a political designation for which there is no longer any remembered record. (Bean field notes 1959-60.)

[24]This is one of the many hot spring locations in southern California and is the present location of the City of Palm Springs. This is the first known record of non-Indians passing this site although by inference it may be suggested that the site was known earlier.

The Cahuilla name for the springs was "sexhi"; the spring was used for medicinal purposes. The earliest known date until now for this site was 1853 when Williamson described the place in detail. (Patencio 1944; Williamson 1853).

[25]Gualoma is probably Palm Canyon which is just south of the present city of Palm Springs. The name is not remembered by Cahuillas today, and we estimate its locality by description and by the distance from the springs previously mentioned.

[26]Indian wells was the site of the A-a-chum Cahuilla, and was a boundary marker for various Cahuilla groups. The area was heavily grown with mesquite and other valuable plants, thus accounting for the presence of many rancherias in the area. The Cahuilla name for the area was "Kavinish." (Bean field notes, 1959-60.)

101

ACC0025173

Beads, possibly like those traded at this time, have been found near this site by Douglas Fain of Indio in a Cahuilla cremation site. They are of various shapes and colors; blue, red, and white, green, round, square, and octagonal in shape.

Cattle carrying the Avila brand, which Romero had with him, may have belonged to Anastacio and Antonio Ignacio Avila from the rancho Gutierrez at San Pedro.

Acquiring mescal from the Indians seems common. This food source was probably used to supplement the diet of the troops.

[27]The following suggestion were offered by Salvador Lopez, a Cahuilla informant. *"Chiachia"* means something hot. He was the "net." He suggests the village as Cabeson from which Chiachia came. He further suggested that the famous Chief Cabeson of southern California history was a son of Chiachia.

*Juamay*, Mr. Lopez says, means "white." He was from Oasis, called in Cahuilla "Paltuksnish." His lineage was Watciktaminakish.

Tutumi Abali, he suggests, is from the other side of Oasis, which is a site called Tuavinish. Its meaning he says is "lined against the hills."

*Cumma*, he suggests, means "to give." He further says that there was a village at Dos Palmas but Lopez does not remember the name of the lineage that lived there. Lopez suggests that he was called Cumma because of a mistake in communication. The Mexicans misunderstood his request for gifts as his personal name.

[28]This is the first recorded incidence of tobacco trade between the Cahuilla and the Mexicans. The incidence of horse eating recorded in these diaries coincides with other sources. Horse meat was commonly used as food, being considered a delicacy.

[29]The "plain of the palms" is possibly the northern area of Salton Sea.

[30]The area of two swamps is probably Dos Palmas, a known Indian site. The mention of Yumas probably refers to occasional Yuma raids rather than inferring an actual Yuma boundary or a common use pattern by them of the area.

[31]The pass and opening mentioned is probably Big Salt Wash. The "Vale of Tears" is probably in the Salton Creek area between the Orocopias and the Chuckawallas.

[32]The well of San Pascual is near what is now Desert Center in the Palen Pass area.

The plants mentioned are as follows:

Una de Gato is *Acacia greggii.*
Choyas are *Opuntia bigelovii.*
Palo Fierro is *Olneya tesota.*
Gobernadora is *Larreya divaricata.*
Mesquitillo is *Prosopis pubescens.*
Tuna is *Opuntia tuna.*
Yerba de venado is deer weed.

The indication of Indian occupancy at San Pasqual provides a further question to Cahuilla ethnography. If these remains are Cahuilla, which seems likely, it establishes an eastern boundary consistent with the estimate given by A. L.

102

ACC0025174

Kroeber. The indications of horse bones would suggest that the Indians in this area were already accustomed to the use of horses for riding and food, which agrees with earlier statements in the diary.

The soldiers have mistaken the hills to the east with the hills of Sonora.

[33]The Gonzales account of the expedition provides another account of this incident. *Lozas* are crockery pieces, and the *botijas* were being carried for olive oil, a common cooking item of the time.

[34]Rosario Aguilar came from Loreto to San Diego before 1808, bringing his wife, Lorenza Morillo. He became a corporal in 1823. After being retired from the army in 1827 he was mayordomo of San Diego Mission for a time, in 1838. Later he moved to San Juan Capistrano about 1841 and died there in 1847. (Bancroft v. II, p. 688; S.D.M.R.)

[35]Cayetano Varelas was born at San Luis Obispo in 1781, and was the son of Casimiro Varelas and Ana Pinto, members of the Anza Expedition of 1776. Cayetano Varelas joined the San Diego Company in 1798, two or three years after his parents had moved from Baja California to Los Angeles. They had been in charge of Rosario Mission from 1794-1795, where Casimiro Varelas was mayordomo. After serving about ten years in the army, Cayetano Varelas returned to Los Angeles where he married Hilaria Avila in 1811. She was the daughter of Cornelio Avila and Isabel Urquidez, and also the widow of Joaquin Armenta. Hilaria bore Cayetano Varelas several children before her death in 1821, and the most famous one was Servulo Varelas. He inherited Cayetano's love of political disturbances, and both father and son were involved in the factional disputes between northern and southern California. Servulo's most dramatic role came during the time of the first American occupation in Los Angeles. In the summer of 1846, he took prominent part in the expulsion of the American garrison from Los Angeles.

Cayetano Varelas was one of the earlier settlers on the east side of the Los Angeles River. He and others moved to the Paredon Blanco area during the 1830's, inhabiting what is now the vicinity of Boyle Heights. He died in 1862 at Los Angeles. His great-grandson was Senator Reginaldo del Valle. (P.C.R., Rosario, B.C., M.R., Bancroft v. 5, 1886.)

[36]Estudillo confused the names of two corporals Hilario Machado and Rosario Aguilar. He probably meant Machado.

[37]Since no other mention of Mexican occupation is here, it would seem reasonable to assume these horse tracks were left by Indians who had acquired horses, possibly members of the San Gabriel Neophyte colony, or Cahuillas. The Expedition is in the area of Canyon Springs.

[38]Leaving a message in such a manner, in a virtual wilderness, attests to the clear pattern of this trail and perhaps to the confidence and familiarity that the Mexicans had with the Indians at this time.

[39]It would seem that the Cahuilla were keeping rather close track of the expedition while it was in their areas. The gathering of *zacate* or reeds was an annual activity necessary so that the women and men could make baskets, shelters, etc. The incident of holding Indians hostages seems to have been a typical practice with Spaniards in California. This is the first recorded incident of its use this far

103

ACC0025175

east. Considering the welcome reception they had received thus far it causes wonder that they found it necessary.

[40]This recording of agricultural crops such as corn, pumpkins, melons and watermelon, may suggest that agriculture among these desert Indians is older than has previously been thought.

[41]The interesting observation by Estudillo concerning agriculture was made in the Coachella Valley at a site called by the soldiers "Los Veranitos" where it was found that the Cahuillas were growing corn, pumpkins, and beans. "Veranitos" means "little summers," and it is probably a reference to the normal season of these crops, for they came upon the little gardens in December and January. Here in the Coachella Valley, probably in the vicinity of Thermal, was a bit of summer in mid-winter. It definitely establishes the Cahuillas as an agricultural people at an earlier date than previously believed. The crops grown there could have been obtained from the agricultural Halchedum of the Colorado River, as the latter had been practicing agriculture for many years. It is possible that the farming done by the Cahuilla could be an indication of San Gabriel's influence on the desert tribes, but the crops mentioned were the early staples of the Colorado River peoples. Wheat and barley were introduced to the Yumas before Anza's attempt to settle that region, probably as trade items from tribes already under Spanish influence. The Yumas were growing such European cereals some time before Anza's first visit in 1774. Romero sent a communication to Narbona from this spot, via a Cahuilla messenger, in which he recounted briefly his experiences to date. He announced in this letter his intention to return to San Gabriel and that he hoped to join with Portilla, whose Mazatlan soldiers were in San Diego. They hoped to leave the following April. He said, "And I hope that you put forth your respects so that you may agitate the coming of Jose Cocomaricopa that we might have him to guide us in our return to our province, and in case he does not come I shall still make the trip with said Captain whether it be down river through the nations where they robbed us or through the trail which the old expeditions went. But if this Captain (Portilla) feels otherwise I may not return except with the Indian Cocomaricopa with his people. For these trails are very scarce of water. In this land there have been three dry years and all the horses are dying of hunger, and this is the cause of our having taken so long on the trail and having to retire to reinforce our horses." (Romero to Narbona January 16, 1824)

[42]The Captain's agreement to take animals to San Bernardino further attests to the closeness of the desert Cahuilla relations with the Mexican culture. Estudillo's suggestion that the "Cahahuillas" nation occupies the territory from Agua Caliente to the plains and salt flats—over 22 leagues, may indicate that the Indians below Palm Springs are considered outside of Spanish control while the Cahuillas who extended as far as San Bernardino, but who were apparently Christianized, were considered politically separate. There is no ethnographic indication that the Indians below Palm Springs were a single political, linguistic, or cultural unit. Rather it is felt that there were a number of independent and autonomous groups occupying the desert area, while the area of Palm Springs was the location of another group, and the San Gorgonio Pass area still another separate group. (Bean, field-notes, 1959-61)

[43]The presence of cowboys from the San Gorgonio Rancho explains in part the

104

ACC0025176

ready reception the Mexicans received in the Palm Springs area and below. The Indians from Palm Springs customarily married into families from the San Gorgonio pass. A tradition of being culture-change leaders has persisted until recent days. The pass Indians (Wanikik Cahuilla) have usually led in innovations borrowed from the contacting cultures. Here it is with cattle husbandry, later it was in regard to agriculture.

[44]Francisco Rubio was born in 1805 at Los Angeles, the son of Mateo Rubio and Vicenta Mora. His father had been born in Belgium and came to serve in the San Diego Company by 1777. His mother was a neophyte Indian woman of San Miguel, Baja California. Francisco Rubio was briefly a member of the San Diego Company, from about 1822 until September, 1823, when he was discharged as "incorrigible." He was placed in the Monterey Company about 1825, where in 1828 he was tried and executed for the rape and murder of an eight-year-old girl and the killing of her five-year-old brother. Many Monterey residents believed Rubio innocent, however. (Bancroft v. 3, 1886, S.G.M.R.; S.D.M.R.)

[45]Tomas Talamantes was the son of Felipe Talamantes and Ildefonsa Avila, born about 1781 at San Vicente, Baja California. The Talamantes family came to California about 1793. While living with his parents, Tomas Talamantes lived in Los Angeles, Santa Barbara, San Diego, and Nieto's Rancho. The family eventually settled at Los Angeles, where they acquired an interest in Ballona Rancho along with the Machado family, in 1819. In 1818, Talamantes married Petronila Olivas, the daughter of Juan Olivas and Juana Ontiveros. He and his descendants retained a portion of Ballona Rancho well into the present century. (S.B.M.R.; S.G.M.R.; S.D.M.R.; Prudhomme Coll.)

[46]Juan Hilario Bermudez was born about 1775 at the Presidio of Terrenate, in Sonora. His parents were Andres Bermudez and Maria Rita Zamora. While still a child, Bermudez accompanied his mother and stepfather, Juan Ignacio Valencia to California in the Rivera Expedition of 1781. He enlisted in the Santa Barbara Company before 1798, and transferred to the San Diego Company about ten years later. At Santa Barbara in 1799 he married Ana Maria Lugo, daughter of Manuel Ignacio Lugo and Rita Gertrudis Sanchez. They, too, were members of Rivera's 1781 Expedition.

Bermudez was discharged because of sickness in 1805, but he seems to have again joined the army soon after recuperation. He served as a guard in the San Gabriel Mission garrison during the period of difficulty with the Mojave raiders, 1819-1821; and about that time he was discharged. He became an employee of San Gabriel Mission, and it was in this capacity that he was at San Gorgonio Rancho. Juan Bermudez was killed in a fall from a horse in 1828, while still an employee of San Gabriel. (Estudillo, Doc. Hist. Cal. v. II, pt. II, prov. Rec. v. II, page 104 S.B.M.R., Santa Barbara Padron of 1790 S.B.M.R.)

[47]The *Zanja* was completed in 1820 by Guachama Indians under the direction of Pedro Alvarez. It was started at Mill Creek ten miles east of the rancheria and it brought water to the agricultural fields of the rancho. (Beattie 1939: 13).

[48]Estudillo followed the Santa Ana River past Puente, then moved north to San Gabriel. The Puente referred to here is southeast of the present community.

[49]La Brea Canyon is in the vicinity of the town of Brea.

105

ACC0025177

## NOTES ON CHAPTER IV

[1]Jose Rafael Marcelo Gerardo Gonzales y Quintero was baptized at Santa Barbara on February 20th, 1797. His parents were Rafael Gerardo Gonzales and Tomasa Quintero. His father had been one of the early arrivals in California, having come as a soldier in 1771. His mother had come to California as a child accompanied by her parents, Luis Quintero and Petra Rubio, who as members of the Rivera Expedition of 1781 had come to California as pobladores of Los Angeles. Tomasa Quintero married Rafael Gonzalez, senior, in 1785 at Mission San Buenaventura. Shortly before the birth of Rafael the younger in 1797, his father died, allegedly poisoned by Indians. In 1798 his mother was remarried to a widower named Vicente Valenzuela.

In 1816 Gonzales enlisted in the Santa Barbara company and served as a soldier until 1827. On October 18th, 1825, he married Maria Antonia Guevara at Santa Barbara. She was the daughter of Ignacio Guevara and Maria Loreta Cota. Rafael Gonzales served as alcalde of Santa Barbara from 1829 until 1832; and again in 1835 and 1845. He was mayordomo of San Buenaventura Mission from 1838 until 1842. In 1837 he was one of the grantees of Rancho Rio de Santa Clara o la Colonia, in company with his brother-in-law Valentin Cota and other members of the Gonzales family. This rancho was located near Ventura.

Gonzales was interviewed in 1878 by one of H. H. Bancroft's assistants, when he gave this narrative of the Romero Expedition. Although he was 81 years old and the events he recounted had happened about 55 years before, Gonzales' memory was remarkably good. There is much correlation between the Estudillo diary and the Gonzales account. The rather harsh criticism Gonzales has for Estudillo's leadership may not be wholly merited, however. The diary that Lieutenant Estudillo kept does not seem to have been unduly affected by the author's fondness for brandy. Although there are a few unclear passages in it, this is more probably the result of contemporary style rather than from intemperance. (Bancroft 1886, v. 2, S.B.M.R.)

[2]Gonzales is apparently unclear as to the events leading up to the expedition to the Colorado. It is probable that he obtained his information through hearsay and attached little importance to it.

[3]This is probably a reference to the arrival at the well of San Pascual on January 8th, 1824. Estudillo describes a similar series of events in his diary on that date.

[4]Vicente Valenzuela came to California about 1792 or 1793 and served at first in the San Diego Company, then in the Santa Barbara Company. He had served on the Baja California frontier prior to that time. Valenzuela was a native of Santa Cruz del Mayo in Sonora, near the mouth of the Mayo River. He was the only father Gonzales had ever known, for he married Tomasa when Rafael Gonzales was only about 19 months old. Valenzuela and his wife Tomasa were still living in 1834, when they were enumerated in the Santa Barbara census of that year. (Santa Barbara, Libros de Mision, Santa Barbara *Padron* of 1834, S.D.M.R.)

[5]The ownership of the 376 horses taken along on the expedition is clarified here by Gonzales. He further notes the difference between Sonoran and Californian methods in caring for the horses, which suggests that the horses were more highly prized by the Sonorans.

ACC0025178

[6]Nazario Quijada was born in 1794 at Santa Barbara. He was the son of Vicente Quijada and Josefa Villavincencio. Both parents had come in the Rivera Expedition of 1781. Nazario Quijada appears in the Santa Barbara census of 1834, and he was still unmarried. (Santa Barbara, Libros de Mision, Santa Barbara *Padron*, 1834.)

[7]These events correspond closely with what Estudillo has to say in his diary for January 7th, 1824.

## NOTES ON CHAPTER V

[1]Manuel Gutierrez was from the province of Santander in Spain, probably from a community near the Cantabrian Mountains called Santillana. He seems to have come to California at a fairly early date, probably not long after 1780. Gutierrez was an employee of the mission of San Buenaventura by 1785, serving there as mayordomo. By 1800 he had moved to Los Angeles, where he was possibly engaging in commercial activity. He was the mayordomo of San Pedro Rancho, held by Juan Jose Dominguez. When the latter died in 1809, Gutierrez obtained a life estate in the rancho. The title was to revert to Dominguez' nephew and heir Cristobal upon the death of Gutierrez. He had several cattle on the rancho and was probably one of the wealthier men of Los Angeles.

To confuse the matter somewhat, there was another person in Los Angeles named Manuel Gutierrez, and he was from the same part of Spain as the former. The second Manuel Gutierrez was very possibly a relative of the elder Gutierrez, perhaps a nephew. Gutierrez the younger came to Los Angeles around 1822, perhaps to live with his wealthy relative during the unstable period following the wars for independence in Mexico. Since the older man seems to have been living at San Pedro Rancho, it is more likely that the younger man was the one who served as alcalde of Los Angeles in 1823. Neither Gutierrez married, and both died in California without legal heirs. The younger man died about 1838, and appears to have willed his house to the family of Juan Moreno, his *compadre*. The elder Gutierrez died in 1840 and was buried within the Plaza Church.

[2]Luis Antonio Arguello was born at San Francisco in 1784, the son of Jose Dario Arguello and Maria Ignacia Moraga. His father was commander of San Francisco Presidio and acting governor of California in 1814 to 1815; later governor of Baja California. Luis Antonio Arguello became a cadet at San Francisco in 1799, was promoted to alferez in 1800, and to lieutenant in 1806. He married Rafaela Sal in 1807. She was the daughter of Lieutenant Hermenegildo Sal and Josefa Amezquita. After her death in 1814 he married Soledad Ortega, the daughter of Jose Maria Ortega and Francisca Lopez, in 1819 at Santa Barbara. Like his father, Luis Arguello was one of California's governors, from 1822 until 1825. He died in San Francisco in 1830.

[3]Jose Cristobal Palomares was born at the Real de Canelos in Durango, Mexico, about the year 1770. He was the son of Jose Palomares and Juana Pascuala, and came to California as a young man before 1790, where he joined the Santa Barbara Company. He was a sergeant of the Santa Barbara Company by 1806, and later a settler in Los Angeles in 1810. From 1822 to 1824 he was a member of the *diputacion*, which was California's Assembly to elect a representative and a governor.

107

ACC0025179

Palomares married Maria Bendita Saez, the daughter of Justo Nazario Saez and Micaela Sotelo. In 1831 Jose Cristobal Palomares died at Los Angeles.

[4]Mariano Urrea served for a brief period as "comandante militar" of Sonora, until replaced by General Jose Figueroa in 1825.

[5]The Presidio of Mazatlan had its beginnings in the late sixteenth century, when a small defense-post was established on what is now known as the Rio del Presidio, at or near the present town of Villa Union. During the 1570's a family named Hernandez was settled there in order to protect traveling traders and miners from raiding Indians in the region. In the early seventeenth century there were four or five families living at what was later called "Mazatlan de los Mulatos" or Mazatlan of the Mulattoes. The Mulattoes living there were still to guard the region in later years, but as the Indian danger had lessened, they were now detailed to watch for pirates in the Bay of Mazatlan. Dutch and English pirates occasionally frequented this area.

Detachments were sent from this outpost to aid against the Indians threatening Nayarit in the early eighteenth century, and some Mazatlan soldiers were sent to help against the Yaqui-Mayo rebellion in 1740. In 1760, Bishop Tamaron noted that there were some 966 Mulattoes living at Mazatlan de los Mulatos, making their living by raising cattle, fishing, and growing corn. Galvez visited Mazatlan in 1767, and made several recommendations for the conduct of the presidio.

Late in 1810, when Jose Maria Gonzales Hermosillo was attempting to liberate Sonora and Sinaloa from Spanish control, the garrison of Mazatlan joined in the effort with him. When Hermosillo was defeated at the Piaxtla River early in 1811 and abandoned the province, however, the Mazatlan soldiers surrendered to the Spanish. For a time it appears that they were incorporated with the troops from Rosario. By 1819, the Mazatlan Presidio again existed as a separate unit, and a detachment from the presidio was sent to California as the result of the Bouchard raid. It consisted of 100 men, which were divided into two units roughly equal in number, one for Santa Barbara and the other for San Diego. Most of the men sent to California stayed for at least seven years.

In 1828 the name of Mazatlan de los Mulatos was changed to that of Villa Union, the name it has retained to the present day. (Mason 1960 ms.)

[6]Judging from the title of "cabecilla," Fidelis was probably some sort of chieftain or subchief. He and his band of fifteen men were rebel neophytes from San Miguel Mission, so-called "cimarrones." Despite this defeat the gentile allies of Fidelis burned the ranch-house of the López brothers a few days later.

[7]Rancho Nacional was a grazing-area set aside for cattle which supplied meat for the presidio of San Diego. Originally the name had been Rancho del Rey, or Ranch of the King, but the republican and imperial regimes found an alternative title. Counterparts of this system existed for the other presidios at one time or another, such as that of Monterey at Salinas. San Diego's grazing-ground had been set aside by Governor Pedro Fages by 1785. A guard of four soldiers was kept there to prevent theft or straying of stock.

The location of this rancho was about seven or eight miles south of the presidio, at what is now called National City, which obtained its name from the ranch. In 1845 the rancho was granted to Juan Forster by governor Pio Pico, Forster's brother-in-law.

108

ACC0025180

[8]Santiago Arguello was the son of Jose Darie Arguello and Maria Ignacia Moraga, born at Monterey in 1791. In 1805 he joined the army as a cadet, since his father was a captain. He served at San Francisco, Santa Barbara, and San Diego, and was promoted to alferez, or second lieutenant, by 1817. While he was at San Diego he made the venture to the Colorado. He married Pilar Ortega, the daughter of Jose Maria Ortega and Francisca Lopez in 1810. From 1827 to 1831 Arguello was lieutenant of San Diego Company, and was promoted to captain of that presidio in 1831. He served until 1835, and was elected alcalde of San Diego in 1836. He obtained Tijuana Rancho in 1829, and Trabuco Rancho in 1841. Arguello died in 1862 at his rancho of Tijuana.

[9]August 20, 1825 Arguello to Ruiz:

"Concerning the horse thefts and murders at S. Diego and S. Luis Rey. 40 to 50 men are needed on the "abrigadero" of the Colorado River. Continued vigilance on the part of the corporal and 6 soldiers you have placed on the road they take, is needed. The lack of mounts and provisions is a factor in not providing, as should be done, adequate mounts and supplies. Nearby missions should have pinole and dried meat prepared as supplies for 15 or 20 days, as much for the corporal and 6 soldiers at the entry-and-exit points, as for a troop of up to 25 men, if necessary, for quick auxiliary in pursuit. The tranquility of the Indians, Christian and gentiles, is necessary. Those who resist must be punished for the honor of our arms." (D.S.P. v. 1, p. 261)

[10]On February 21st, 1824, the Indians of Santa Inez revolted against the garrison of soldiers placed there as security for the padres. The flogging of an Indian for some misdeed was the incident which triggered this rebellion, although it may have been planned in advance. Purisima Mission joined in the revolt on the same day. The insurgent neophytes abandoned Santa Inez and retired to Purisima, where they succeeded in forcing the garrison to abandon the mission. This rebellion seems to have been directed against the soldiers rather than the missionaries. The dependence of the soldiers on the Indians for food, clothing, and other articles produced by the missions was a cause of complaint on the part of both padres and Indians. Santa Barbara followed the example of the other neophytes and rebelled shortly after receiving news of the insurrection. Troops dispatched from Monterey put down the revolt at Purisima, and Santa Barbara was pacified at length by soldiers from the presidios of Santa Barbara and San Diego. The fear in southern California was general, as it was expected that the Indians of Ventura and San Gabriel would join in the uprising. After occupying Purisima and Santa Barbara missions, detachments of soldiers were sent into the Tulares to capture the fugitives who had fled from the missions into the interior. The neophytes were found in the area of Tejon Pass, a parley resulted in the submission of the Indians, and they returned to their missions. By June of 1824 the rebellion had ended. Several Indians had been killed by the Mexican forces, and some of the latter had been killed by the Indians. (Bancroft v. 2, 1886)

Romero's departure was understandably delayed as the result of this insurrection, which was one of the most violent in the history of the California missions. In view of the expected threat to San Gabriel, his troop of ten men was a welcome addition to the regular mission guard, particularly since extra troops were unavailable during the crisis.

109

ACC0025181

[11]Although the Gulf of California is noted as a rough body of water, Yaqui Indians frequently sailed across the Gulf from Loreto to Guaymas, a distance of 140 miles. These Yaqui "canoas" were visiting in Baja California during 1805, according to Governor Arrillaga. The Indians would come to trade, dive for pearls, or to transport goods across the Gulf. (Mason 1958 ms.)

[12]Two undated letters further demonstrate circumstances surrounding Romero's difficulties:

Arguello wrote to the Governor of Baja California that he lacked confidence in the Cocomaricopas but that Romero did not. He (Arguello) said, "Their demeanor around the presidio is one thing; out in the open country it may be another. Romero hopes to use their aid in driving horses to Sonora. Although they have promised to take letters immediately to Sonora, sometimes it has taken them from four to five months, if they deliver it at all, which they sometimes do not. As an example, a Cahahaguilla which Romero sent from the last palms ("Las Ultimas Palmas"), offering to carry the letter to Captain Jose, so the latter could carry it to Tucson, and within five days. After some months he brought them (?) and took them to Romero himself. Jose Cocomaricopa returned, and I wrote you in April which he promised to deliver in a few days, but nothing has been heard. The two otter-skins you asked for over that route I'll send via Mazatlan instead. There will be some delay, as the hunting season of otter is over." (D.R. p. 170)

Arguello in a letter to Urrea said that the uprising of the Channel Indians had prompted him to leave Romero at San Gabriel as auxiliary to the guard there, "since the Indians of that mission are warlike and front on several gentile tribes; and with the Cahahaguilla Nation, which belongs to those of the Colorado River. His withdrawal at present is impossible. Your troops are ill-supplied, as are mine. We haven't received supplies (situados) in 15 years, nor have we gotten a musket or a carbine in 18 years. Had it not been for the missions, and one or two boats a year to trade supplies for tallow and hides, the troops would have been discharged years ago, in order for them to make a living. The reason Romero wishes to go by land is because of the horses he has collected." (D.R. v. 1 p. 173)

[13]Damaso Tobar was a sergeant of the Mazatlan Company who came with the original group in 1819 to California. He is mentioned as a sergeant by 1821. Tobar was stationed at Santa Barbara for many years, but he appears in the 1844 census of Los Angeles. He was still unmarried, aged 57. (Bancroft 1886, v. 2:575 Northrup 1960)

[14]Lieutenant Juan Maria Ibarra came to California along with the Mazatlan Company in 1819. He was stationed at San Diego from 1821 to 1830, and later became commander of Santa Barbara Presidio. He is listed as such on the Santa Barbara Census of 1834. In 1836 he returned to Mazatlan, where he had a wife, after and absence of 17 years. (Bancroft 1886: v. 4 p. 68)

[15]Vicente Ferrer Villa was born about 1775 at Tubac, Arizona. His parents were Jose Villa and Maria Paula Martinez. In 1796 he married Josefa Sinova, daughter of Francisco Sinova and Gertrudis Bojorquez, at San Gabriel. About this same year Villa joined the Santa Barbara Company. He served as a corporal at Purisima and Ventura, retiring to Los Angeles. After the death of his first wife, Villa married Rita Valdez at San Gabriel in 1808. She was the daughter of Eugenio Valdez

110

ACC0025182

and Sebastiana Quintero, who had been members of the Rivera Expedition of 1781. In 1828 Villa received the rancho known as Rodeo de las Aguas, and he died the same year. His widow, Rita Valdez, held the rancho for several years after his death. It later became Beverly Hills. (P.C.R., Robinson, 1939, S.B.M.R., S.S.M.R., Temple, 1931)

[16]Narciso Fabregat came to California as a lieutenant in the Mazatlan Squadron in 1819. He was a widower from the Villa of Areno del Mar, which was in Cataluna, Spain.

Shortly after arriving in California, Fabregat was chosen to accompany Lieutenant Gabriel Moraga's 35 cavalrymen with 15 of his own Mazatlan soldiers in pursuit of the Mojave Indians, November 1819, to January, 1820. Fabregat and about 45 of the Mazatlan soldiers were stationed at Santa Barbara for several years. In 1823 he married Maria del Pilar Higuera, daughter of Joaquin Higuera and Beatriz Cota, and sister to the Juan Higuera who went along as a vecino in the Romero-Estudillo expedition.

Fabregat served as a lieutenant of Santa Barbara until 1833, when he retired and became a merchant there. Both he and his wife appear on the census of Santa Barbara for 1834. Bancroft states that he may have been killed by bandits around 1848, although he appears in the 1850 census of Santa Barbara. (Bancroft 1886, v. III p. 733, P.S.P. Ben Mil v. 46 p. 12)

[17]Site of Purisima Concepcion mission. The Mission of Purisima Concepcion was founded in 1780 on the Colorado, across from the present town of Yuma. It was destroyed in the Yuma uprising of 1781, in which Fernando de Rivera y Moncada was killed and the Anza route was closed.


## NOTES ON CHAPTER VI

[1]The references used in this chapter unless specifically cited are from a collection of dispatches lent to the authors by Dr. Paul Ezell of San Diego State College. They were acquired by him from the National Archives, Mexico City, Mexico. Dr. Ezell is the author of the recent monograph, "The Hispanic Acculturation of the Gila River Pimas." Many of the circumstances mentioned in these letters are more fully discussed in that work.

[2]This is probably Jose Cocomaricopa.

[3]Fronteras was Sonora's first presidio, established about 1690. In the previous decade a small detachment had been kept on the Opata-Apache frontier in response to the growing danger from the Apaches subsequent to the New Mexico revolt of 1680. A fixed garrison was placed at Santa Rosa de Corodeguachi about 1690, and was moved about in the vicinity during the following century. Prior to 1680 Sonora's defense had been entrusted to local militia and the garrison at Villa Sinaloa, the latter point being about 400 miles south of Fronteras. The garrison consisted of about 25 men in 1729, 50 men by 1740 and was increased to 100 men before 1790.

Altar was founded in 1752, as the result of the Pima insurrection of 1750-52. (Ezell: 1960) At first consisting of about 50 men, it was also increased to 100 men by 1790. The discovery of the nearby mines at Cieneguilla about 1770 greatly in-

111

ACC0025183

creased the population of gente de razon in the area, reducing the threat of Seri and Pima raids. The garrison was retained, however and aided against the Apaches whenever needed.

Santa Cruz was established by 1765 at a further means of coping with the increasing Apache threat. The location was changed more than once in the latter 18th century, and it was also called Terrenate, perhaps a different spot, although it is occasionally referred to as Santa Cruz de Terrenate. The garrison was on the same footing as the above presidios.

In addition to the three above presidios on the Apache-Seri frontier, there were also the Presidios of Tucson, S. Carlos de Buenavista and Pitic. The former was also on the Apache defense perimeter, while the latter two were more in the interior. Pitic guarded against the Seris; Buenavista was on the Yaqui river as internal security. There were also three presidios garrisoned by Indians—Tubac, with a Pima detachment, Bacoachi and Bavispe, with Opata garrisons. The last three presidios were established on the Apache frontier during the 1780's. Tubac's Pima garrison had formerly been at S. Rafael de Buenavista but was shifted by 1800.

The strengthening of the frontier line in Sonora during the 1770's and 1780's had enabled the Spanish to curb the Apache raids and initiate the offensive against the Indians to the extent that many Apaches surrendered and settled around the presidios during the 1790's. (Mason ms. 1958)

[4]The Tesotal was the arid region near Gila Bend. As Figueroa appears to have been west of Gila Bend, the Tesotal region may have been more extensive than the Bend area.

## NOTES ON CHAPTER VII

[1]It is likely that the mountain range (Cargo Muchachos) northwest of Yuma is named after this Yuma chief.

[2]"La Grulla" means "crane." The location is not known.

[3]Locating the Cahuillas along the Colorado River for forty leagues seems contrary to known ethnograhic data. It is possible that they have confused the Cahuilla with the Halchedum, who were allies of the Cahuilla. Possibly Chemehueui Indians were there. Since their language is quite similar to Cahuilla, they may have been confused with the latter.

[4]Delgado came to California in 1819. He was an alferez of the Mazatlan Company at Santa Barbara (Brandes, 1959: 223).

[5]This letter is subtitled, "War between the Jagui and those of San Felipe." Jagui was the name of the Indians at Vallecito (Swanton, 1952: 488).

[6]The taking of ears as war trophies, which is mentioned several times in these accounts, appears to be unknown in the ethnographic literature and may have been a device instituted by the Mexicans or Spanish so that evidence of death could be ascertained in wars as described above.

Juana Machado gives a version of these events: "Very soon after their arrival (I do not recall whether or not it was in the same year of 1825 or at the beginning of 1826), Senor Echeandia left with the Sub-lieutenant Pacheco, and a force of cav-

112

ACC0025184

alry to go to the Colorado River to found a pueblo on the edge of a lake to which they gave the name Laguna de Chapala. My husband was in this expedition. Nothing happened. They found the Indians at peace and regulated, as they let it be understood, to help in the work, by virtue of the remuneration which was promised them.

"All being arranged, Echeandia returned with part of the force leaving there a little detachment. Very shortly came the news that the Indians had risen and then Don Romualdo Pacheco left for that place with twenty-five men.

"They were incorporated with the detachment and together they attacked the Indians. My husband also was with the second expedition. They had difficult fights with the Indians and about six of our men perished, and various others who were brought to the presidio were wounded by arrows. The projected re-establishment was forever abandoned" (Brandes, 1959: 208).

The names of three soldiers and a neophyte appear in the *Libros de mision* of San Diego (ms. B.L.) on April 6, 1826 (p. 96). They may have been the soldiers killed at Chapala. They were Martin Arangure, soldier of the Mazatlan Squadron, native of the presidio of San Diego, married; Juan Jose Banuelas, soldier of the same squadron, married; Vicente Galindo, soldier of the same squadron, single; and Francisco Exapa, neophyte, married.

[7]The timidity of these soldiers may be accounted for on two counts: they did not know at this time who had killed the Mazatlan soldiers at Chapala, and some of these men were related to members of the colony which had been attacked in 1781 by the Yumas, whose territory they are now in.

[8]A letter dated October 5, 1827, from Echeandia to Lt. Juan Ibarra indicates the sad end of Gomez: "Go at once to the detachment of San Vicente (Baja) to form a summary concerning Alferez Jose Maria Ramirez for having killed Vicente Gomez. Say to him in a casual tone, 'Why did you kill him, compadre?', the cause being, 'segun chismes de Ramirez a Echeandia sobre la persona de Gomez quien habia dicho a aquel que se avergonzaba de tomar una cuarta y azotarlo'. If in 48 hours you can determine some sort of malice, take command of the Fronteras; if not, leave things as they are." (D.R. p. 147).

[9]A letter dated November 27, 1829, from Echeandia to the Minister of War provides an indication of conditions at this time. Regarding the Solis revolt, he asks for at least 50 men from Sonora via the Colorado River, which is 100 leagues or a little more from Altar to San Diego, to have them bring some supplies for him. He cites the law of May 8, 1828, as having created a mail-service over that route, which would be much better for communications; nevertheless, it had not yet been installed (D.R. p. 56).

113

ACC0025185