Case 5:13-cv-00883-JGB-SP   Document 85-19   Filed 10/21/14   Page 1 of 73   Page ID #:3944

# BIBLIOGRAPHY

Almada, Francisco, *Diccionario de Biografía, Historia y Geografía Sonorenses*, Chihuahua, Mexico, 1952.

Bancroft, Hubert H., *History of California*, vs. 1-7.

————, *History of Mexico*.

————, *Arizona and New Mexico*.

————, *Native Races*.

————, *California Pastoral*.

Bean, Lowell John, "Field Notes," 1959-60.

————, "Las Flores: Rancheria and Pueblo," ms., 1960.

Beattie, George William, "Development of Travel between Southern Arizona as it Related to the San Bernardino Valley," *Historical Society of Southern California Annual Publications*, 1925.

————, *Heritage of the Valley*, Oakland, California, 1951.

————, "Reopening of the Anza Road," *Pacific Historical Review*, March 1933.

————, "San Bernardino before the Americans Came," *California Historical Quarterly*, June 1933.

————, "San Bernardino Valley in the Spanish Period," *Historical Society of Southern California Annual Publications*, 1923.

*Benecia Military Records*, ms., Bancroft Library. Cited as B.M.R.

Brandes, Raymond S., (editor), "Times Gone By in Alta California by Juana Machado," *The Historical Society of Southern California Quarterly*, September 1959.

Caballero, Jose de, "Estadistica del estado libre de Sonora y Sinaloa," Mazatlan, 1825, ms. Bancroft Library.

Curtis, Edward S., *The North American Indian*, Cambridge, Mass., 1926.

de la Guerra, *Documentos Para la Historia de California*, ms., Bancroft Library.

*Departmental Records*, ms., Bancroft Library. Cited as D.R.

*Departmental State Papers*, ms., Bancroft Library. Cited as D.S.P.

Emory, William H., *Notes of a Military Reconnaissance . . . .*, Exec. Doc. 41, Washington, D.C.; Wendel and Van Benthuysen, printers, 1848.

Espasa-Calpe, Hijos de, *Enciclopedia Universal Ilustrada*, Madrid, 1924.

ACC0025186

Estudillo, Jose Maria, *"Diary which I, Lieutenant D. Jose Maria Estudillo make . . . . from the Mission of San Gabriel until the Colorado River is crossed . . . . ,"* (November 19, 1823 to January 31, 1824), ms., Bancroft Library.

Engelhardt, Rev. Zephyrin, O.F.M., *Missions and Missionaries,* 4 Volumes, 1929-30.

————, *Mission San Diego,* 1920.

————, *Mission San Luis Rey,* 1921.

————, *Mission San Gabriel,* 1927.

————, *Mission San Juan Capistrano,* 1922.

Ezell, Paul, *Collection, Figueroa Papers.*

————, "The Hispanic Acculturation of the Gila River Pimas," *Memoir 90, The American Anthropological Association,* v. 63, No. 5, Part 2, October 1961.

Gifford, E. W., *The Cocopa,* University of California Publications in American Archeology and Ethnology, v. 31, No. 5, pp. 257-334, 1933.

Gonzales, Rafael, *Experiencias de un soldado,* ms., Bancroft Library.

Haenszel, Arda M., "The San Bernardino Assistencia during the Mission Period," *Quarterly of the San Bernardino County Museum Association,* v. 7, No. 3, 1960.

Hardy, Robert W. H., *Travels in the Interior of Mexico, London,* 1829.

Harrington, John P., *A New Original Version of Boscana's Historical Account of the San Juan Capistrano Indians of Southern California,* Smithsonian Miscellaneous Collection, Washington, D.C., 1934.

Hodge, Frederick Webb, (editor), *Handbook of American Indians, North Mexico,* Bureau of American Ethnology Bulletin 30, Washington, 1907.

Jannssens, Don Agustin, *The Life and Adventures in California of Don Agustin Jannssens 1834-1856,* (edited by William H. Ellison and Francis Price), The Huntington Library, San Marino, California, 1953.

Layne, J. Gregg, (editor), "Los Angeles Padron of 1836," *Historical Society of Southern California Quarterly,* June 1936.

*Los Angeles Padron of 1790, Eldridge Papers,* ms., Bancroft Library.

McWilliams, Carey, *Southern California Country,* 1946.

Mason, William Marvin, "Apuntes Sobre el Presidio de Mazatlan de los Mulatos," ms., 1960.

————, "The Indian Policy of the Spanish in Sonora," ms., 1958.

————, "Los Angeles under Spain," ms. 1961.

115

ACC0025187

*Newberry Library Narbona Papers.* Cited as N. L. N.

Northrup, Marie, (editor), "Los Angeles Padron of 1844," *Historical Society of Southern California Quarterly*, March 1960.

————, "San Diego Padron of 1790," *Historical Society of Southern California Quarterly*, December 1959.

Patencio, Francisco, *Tales and Legends of the Palm Springs Indians*, Los Angeles, 1944.

Pattie, James O., *The Personal Narrative of James O. Pattie*, Keystone Western Americana, New York, 1962.

*Plaza Church Records*, ms., Plaza Church, Los Angeles. Cited as P.C.R.

*Provincial State Papers*, ms., Bancroft Library. Cited as P.S.P.

*Provincial State Papers, Sacramento*, ms., Bancroft Library. Cited as P.S.P. Sac.

*Prudhomme Collection*, ms., Los Angeles County Museum.

Robinson, W.W., *Ranchos Become Cities*, Los Angeles, 1939.

————, *Spanish and Mexican Ranchos of Orange County*, Los Angeles, 1956.

Romero, Jose, *Diary kept by Brevet Captain Jose Romero of the Expedition he conducted by way of the Colorado River to the Provinces of the Californias* . . . . (June 8, 1823 to July 13, 1823).

————, *Letter to Narbona*, January 16, 1824.

Rosario, Baja California, Mission Records.

Rowland, Leon, *Los Fundadores*, Fresno, California, 1951.

*San Buenaventura, Libros de Mision*, ms., Bancroft Library.

*San Diego, Libros de Mision*, ms., Bancroft Library.

*San Diego Mission Records*, ms., Serra Museum. Cited as S.D.M.R.

*San Gabriel Mission Records*, ms., Los Angeles Public Library; copy of manuscript in possession of Wm. M. Mason. Cited as S.G.M.R.

*San Juan Capistrano, Libros de Mision*, ms., Bancroft Library.

*San Luis Obispo, Libros de Mision*, ms., Bancroft Library.

*Santa Barbara, Libros de Mision*, ms., Bancroft Library.

*Santa Barbara Padron of 1834, Eldridge Papers*, ms., Bancroft Library.

Smythe, William E., *History of San Diego 1542-1908*, San Diego, 19—.

116

ACC0025188

*State Papers, Sacramento,* ms., Bancroft Library. Cited as S.P.Sac.

Swanton, John R., *The Indian Tribes of North America,* Smithsonian Institution Bureau of Ethnology Bulletin 145, Washington, D.C., 1952.

Temple, Thomas Workman II, "Soldiers and Settlers of the Rivera Expedition of 1781, *"Historical Society of Southern California Annual Publications,* 1931.

*Ventura, Libros de Mision,* ms., Bancroft Library.

Villa, Eduardo W., *Compendio de Historia del Estada de Sonora,* Mexico, D.F., 1937.

White, Michael, *California All the Way Back to 1828,* Los Angeles, 1956.

Williamson, R. S., "Reports of Explorations and Survey for a Railroad Route from the Mississippi River to the Pacific Ocean" in Vol. 4, *Report on the Colorado Desert,* 1853.

Wyllys, Rufus, *Arizona: the History of a Frontier State,* Phoenix, Arizona, 1950.

ACC0025189

TAB 17

43D CONGRESS, }    HOUSE OF REPRESENTATIVES.    { Ex. Doc.
1st *Session.* }                               { No. 91.

## MISSION INDIANS OF SOUTHERN CALIFORNIA.

# LETTER

FROM

# THE SECRETARY OF THE INTERIOR,

TRANSMITTING

*A report of the special agent appointed to visit the Mission Indians of Southern California, and recommending an appropriation for the said Indians.*

JANUARY 2  1874.—Referred to the Committee on Appropriations and ordered to be printed.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., January 24, 1874.*

SIR: I have the honor to present, herewith, for the consideration of Congress, a communication, dated the 22d instant, from the Commissioner of Indian Affairs, and accompanying reports of Rev. J. G. Ames, who was appointed, in May, 1873, a special agent to visit the Mission Indians of Southern California, whose condition at that time seemed to require the attention of the Government.

The investigation of the situation of these Indians disclosed a peculiar state of facts in connection with their history and present circumstances, and the reports of the special agent show that this once prosperous and contented people, who had made very successful progress in civilization, are now indigent and homeless wanderers; who have been dispossessed of their lands by white settlers, and made outcasts, dependent upon charity and the meager wages that their labor yields.

The reports referred to are full of information touching the condition and wants of this interesting people, for whose relief it is desirable that provision be made.

The establishment of an agency for these Indians, the reservation or purchase of lands for their occupancy, and that they be supplied with clothing and agricultural implements, are recommended by the Commissioner of Indian Affairs and the special agent, and for these objects it is estimated that the sum of $150,000 will be necessary.

Without reference to the expenditure which the propositions in behalf of these Indians involve, I will remark that their uniform friendly disposition and conduct entitle them to the generous consideration of

ACC-HRA000122

2       MISSION INDIANS OF SOUTHERN CALIFORNIA.

the Government and that their present "wretched condition" as reported to this Department, imperatively calls for some legislation for their immediate relief.

Very respectfully, your obedient servant,

B. R. COWAN,
*Acting Secretary.*

The SPEAKER *House of Representatives.*

———

DEPARTMENT OF THE INTERIOR,
OFFICE INDIAN AFFAIRS,
*Washington, D. C., January 22, 1874.*

SIR: In view of the fact that the condition of the Mission Indians of Southern California demanded the serious attention of the Government, it was determined to appoint a special agent to visit said Indians, and report in relation thereto. Accordingly, Rev. J. G. Ames was appointed by the Department, under date of the 6th of May last, and proceeded to the locality of said Indians, under instructions from this office dated the 26th of May last.

A copy of the report of Special Agent Ames, dated the 28th October last, together with a copy of a supplemental report, dated the 8th instant, are respectfully submitted herewith.

It will be observed from said report that these Indians, numbering about 5,000 souls, who, in former times, especially when under the Mexican government, were prosperous and well advanced in civilization, are now outcasts from their former homes, which have been appropriated by white settlers, and that they are wanderers among the towns, depending upon the charity of the whites and such employment as they may be able to obtain, for which they receive little or no compensation, and that their condition in general is wretched.

I concur with Special Agent Ames that they deserve generous treatment because of their fidelity to the Government, standing, as some of them have done, as a defense to the settlers of Southern California, against the fiercer tribes of Arizona, with whom they have steadily refused to unite for purposes of plunder, and that they ought not to suffer, in comparison with others of their race, in consequence of their more peaceable conduct and disposition; and further, that the Government has been very remiss heretofore in the case of the Mission Indians.

I also concur with Special Agent Ames that an agency should be established for them, and that prompt steps be taken to secure lands for their occupancy, either by purchase or selection from the public domain, if suitable lands can be found therein, and that a quantity of clothing and agricultural implements be furnished them at as early a date as possible. For these purposes the sum of $150,000 will be required.

I therefore respectfully recommend that Congress be requested to make the necessary appropriation, and afford the required legislation for the establishment of an agency for said Indians, that this Department may be enabled to properly care for them as other Indians are cared for by the Government.

E. P. SMITH,
*Commissioner.*

The Hon. SECRETARY OF THE INTERIOR.

ACC-HRA000123

MISSION INDIANS OF SOUTHERN CALIFORNIA.    3

WASHINGTON, D. C., *January* 8, 1874.

SIR : Permit me once more to call the attention of the Indian Office to the condition and wants of the so-called Mission Indians, of Southern California, and to urge the importance of as speedy a consideration of their case as is practicable. The cold and wet season has now arrived, when they most need clothing, and when they require implements and seed for the cultivation and sowing of their lands, if they are to provide their own subsistence the coming year. It will be too late for them to do this if these articles are not supplied before the cessation of the spring rains. Delay in this matter will necessarily forbid the growing of crops the coming summer, and may involve these Indians in great destitution.

I regard, however, the early settlement of the question of their permanent location as of the chiefest importance, so far as their general and lasting interests are concerned. They may, to be sure, cultivate the lands upon which they are now settled, if provision is made to this end by the Government, but if the policy which has heretofore been pursued is to continue, they are liable at any time to be driven from their homes by white settlers, and to have whatever improvements they may have made wrested from them. It is evident that under such circumstances they will be very little disposed to make the best use of opportunities that may be given them. The settlement of this land question cannot, in my judgment, be much longer delayed without largely increasing the difficulties of the situation, and probably provoking acts of hostility on the part of the Indians. They will necessarily regard prolonged delay in this matter as indicating indifference to their claims and rights, now that their grievances and petitions have been officially laid before the Government, and will be disposed to resist further encroachments on the part of the settlers by force, if not protected by law.

These Indians number in the aggregate about four thousand, (4,000,) and are found chiefly in San Diego and San Bernardino Counties. They live in scattered rancherias among the mountains and in the desert, where they frequently cultivate small patches of ground, which afford a partial but precarious support. Many of them speak the Spanish language, and are in some degree familiar with and disposed to agricultural pursuits. In general they are much superior, in point of civilization, to the great body of Indians with whom the Government has to deal.

They are the remnants of tribes, once powerful, that were brought under the supervision of the Catholic mission established along the coast of California about a century ago. Abundant provision was made for their support under the Spanish government. Under the Mexican government they were admitted, I believe, to the privileges of citizenship, and enjoyed the usufruct of large sections of land, and in some instances held lands in fee-simple. By the treaty of Guadalupe Hidalgo, of 1848, under which they became subject to the jurisdiction of the United States, they, in common with others, were guaranteed the continued enjoyment of their rights. They complain that this provision of the treaty has not been observed, but that they have been treated as having no rights worthy of being respected either by settlers or by the Government. They are, in fact, less favorably situated, so far as the acknowledgment of any claims for protection and support is concerned, than are most of the more wild and savage tribes, for whom the Government has shown itself ready to make costly provision. They have been obliged gradually to relinquish the lands available for agriculture, and to retire to the mountains and the desert, and no compensation has been made them for lands thus relinquished, either by the Government or by private individuals. Their assumed title to the land has been utterly disregarded by settlers who have been permitted, with the consent and authority of the Government, to drive them from their homes, while their protests and petitions have been unheeded.

Very little money has ever been expended for the supply of their wants, and none for the purpose of keeping them in subjection, as they have always remained faithful in their allegiance to the Government and maintained a peaceable attitude toward the settlers.

Taking their past history and their present circumstances into consideration, it seems to me the Government cannot longer exhibit indifference to their claims, nor delay making such provision for their future well-being as the exigencies of their condition demand.

From what I have been able to learn by personal inquiry when in California, last summer, and by correspondence since my return, I am of the opinion that by the expenditure of one hundred and fifty thousand dollars ($150,000) in the purchase of lands and improvements they can be adequately provided for. This amount appropriated in their behalf will suffice to locate them upon good agricultural land, from which they will be able to gain their own support with little or no further expense to the Government other than that involved in the continuance of the agency having charge of them. Even if it required double this sum to accomplish the object, I think its expenditure would prove, in the end, an economical measure. Any disturbance of the friendly relations which have heretofore subsisted between the two races would very soon involve the Government in loss far beyond this amount. I think there is good-

ACC-HRA000124

**4**     MISSION INDIANS OF SOUTHERN CALIFORNIA.

reason for apprehending such a result unless some such measure as I suggest is adopted at an early day.

If further argument or information is needed to induce the Government to take immediate action in this matter, I would respectfully refer to my report concerning the Mission Indians, under date of October 28, 1873.

I have the honor to be, very respectfully, yours,

JOHN G. AMES,
*Late Special Agent to the Mission Indians.*

Hon. E. P. SMITH,
*Commissioner of Indian Affairs, Washington, D. C.*

---

*Report of Special Agent John G. Ames, in regard to the condition of the Mission Indians of California, with recommendations.*

WASHINGTON, D. C., *October 28, 1873.*

SIR: I have the honor to submit the following report touching the "number, location, and condition of the so-called Mission Indians of Southern California," with such recommendations in their behalf as seem best adapted to meet the exigencies of their situation.

In accordance with your instructions, I proceeded in May last to Southern California, where, on the 1st of June, I fixed the headquarters of the agency at Los Angeles. At this point I was detained several weeks, in consequence of the severe illness of a member of my family. This detention, however, was rather favorable than otherwise to the investigation upon which I was about to enter. It gave me the opportunity of learning the views of many of the citizens of Los Angeles and vicinity concerning the Mission Indian question, of acquainting myself with many facts in regard to the past history and management of these Indians, tending to throw light upon their present condition, and of advising with those whom I found best informed upon the subject as to what was best to be done with and for them. It gave me, also, the opportunity of learning, from the officers of the land-office at Los Angeles, so far as the records of that office indicate, the status of land in Southern California, which will aid materially in the solution of this question. I will say in this connection that I found the sentiment of the people of Los Angeles for the most part friendly to the Indians, and in favor of the Government doing something without delay in their behalf. There is a general feeling among those who give any attention to the subject that action in the premises has already been too long neglected, increasing the grievances of which the Indians complain, and making it ever more difficult to remedy the evils to which they are subject.

During my stay at Los Angeles I had several conferences with Indians of the San Luis Rey tribe; the first on June 12, with certain Indians living in Los Angeles, who expressed their gratification that the attention of the Government was at length directed to them, and their hope that they might soon be secure in the enjoyment of their rights. They desired especially that their title to lands now occupied by them should be so confirmed that they could not be driven from them by white men, and thought if this were done the Indians could easily take care of themselves.

Information having been communicated to the Indians living at Pala and vicinity that an agent of the Government had reached Los Angeles was in a few days visited by Olegario, actual chief of the large majority of the San Luis Rey tribe, though not recognized as such by the late superintendent of Indian affairs for California. Olegario was accompanied by ten of his captains. With these Indians I had protracted interviews on the 23d of June and on the 3d and 5th of July. They had come to lay their grievances before me and to ask the speedy interposition of the Government in their behalf.

The burden of their complaint was to the effect that they had been gradually driven from the lands which they or their fathers once occupied, the title to which they thought justly belonged to them, until at the present time but little available land remained to them; that white men were in many cases endeavoring to take from them the lands upon which they are living, and by the cultivation of which they gain a partial support; that they were frequently annoyed by the settlers interfering with water upon which they depended for irrigation, corraling their stock, and subjecting them to fine for the same, or taking it from them altogether, threatening them with violence, and in other ways invading what they believe to be their rights; that in disposing of lands the agents of the Government have never recognized the possessory rights of the Indians, and that in consequence they have been, and are still, obliged to abandon lands which they have held in immemorial possession, and to remove from

ACC-HRA000125

places to which they are specially attached, as the home and the burial-ground of their ancestors, and this without any provision being made for them elsewhere.

They desired the Government to interfere to prevent this being done hereafter, and to secure them in the possession of the lands now occupied by them. If this was done they could readily support themselves, and were willing to do so, without aid from the Government, except in the matter of farming implements and seed and clothing for the supply of their immediate wants.

They urged, furthermore, as a special grievance, that their right to elect their own chief had been interfered with by the late superintendent, and that the Government recognizes as chief an Indian who was repudiated by nearly all the tribe, against whom they protested at the time of his appointment, two years ago, and whose authority they had since disregarded. They wished a new election ordered, that the tribe might choose its own chief and be no longer even nominally subject to one to whom so few owed allegiance.

In reply I assured them of the sincere desire of the Government to secure their rights and promote their interests, and of its intention to do whatever might be found practicable in this direction; that I had been sent out by the Government to hear their story, to examine carefully into their condition and recommend such measures as seemed under the circumstances most desirable; that I should, as soon as possible, visit them in their homes and see with my own eyes how they were situated, so that I might be better able to advise in their behalf.

It was a matter of special gratification to me that at the conference with Olegario and his captains, held July 3, General B. R. Cowen, the Assistant Secretary of the Interior, was present to listen to their story and to give them wise counsel. General Cowen expressed himself as particularly pleased with their appearance, and hopeful of their future if they were to be regarded as specimens of the Mission Indians.

TOUR OF INVESTIGATION.

On July 7 I started on a tour of investigation among the Indian settlements of the San Luis Rey tribe, accompanied by Mr. L. E. Sleigh, who, with the approval of the Indian Office, had been appointed clerk of this agency, and by Mr. Louis Wartenberg as interpreter.

We reached San Juan Capistrano the next day, where we called upon Rev. Jos. Mutt of the Roman Catholic Church, whom we found much interested in the Indians of that locality and in possession of information of interest in regard to the pueblo lands adjacent to the mission property. He showed us copies of record matter obtained at great trouble and expense from the archives at San Francisco, from which it appears that the pueblo of San Juan Capistrano was in the year 1841 actually subdivided by the Mexican authorities among the inhabitants, the Indians sharing with the Mexicans in this distribution.

If the claim of the Indians residing there, of whom there are about forty souls, can be established, as Rev. Mr. Mutt believes, the problem as far as they are concerned will be easily solved.

On the 11th we proceeded to San Luis Rey, where are to be found half a dozen families of Indians living upon land in dispute between them and one John Somers. The condition of these Indians, as well as the facts in the case of this dispute, are ably set before the Department by the late superintendent, C. B. Whiting, in a special report under date of May 19, 1873, to which reference is respectfully made.

On the 12th we proceeded thence to the city of San Diego, remaining there until the following Monday evening for the purpose of conferring with some of the citizens of the place as to the condition of the Indians of the country and the course best to be pursued by the Government to better their condition. A diversity of opinion prevails, but all agree that the disputes between the Indians and Americans involving titles to land should be speedily settled.

Reaching Pawai on Monday evening, I was there detained by illness two days, but sent Mr. Sleigh and the interpreter forward to visit certain Indian villages with the understanding that we should meet at Pala, the headquarters of the San Luis Rey tribe. Mr. Sleigh's report of his detour is here inserted:

"LOS ANGELES, CAL., *July* 31, 1873.

"DEAR SIR: I have the honor to submit the following report of my visit to the Indian villages of San Pasqual, Santa Ysabel, and Agua Caliente, in the county of San Diego, State of California.

"I reached San Pasqual on the 15th instant, from Pawai, where you were yourself detained. I proceeded at once to the house of Panto Lion, captain of the village, and requested him to summon his people together on the following morning for a conference, at the same time explaining to him that we had been sent by the Government at Washington to inquire into their condition and to ascertain if anything could be done by the Government to aid them.

ACC-HRA000126

"The villagers began to assemble early.  At the appointed hour the captain rose, and in a short speech in the Indian language, which seemed to be both eloquent and well appreciated, gave his hearers to understand the errand upon which I visited them.  A lively interest was manifested by every one.  They complained of the encroachments of their American neighbors upon their land, and pointed to a house near by, built by one of the more adventurous of his class, who claimed to have pre-empted the land upon which the larger part of the village lies.  On calling upon the man afterward, I found that such was really the case, and that he had actually paid the price of the land to the register of the land-office of this district, and was daily expecting the patent from Washington.  He owned it was hard to wrest from these well-disposed and industrious creatures the homes they had built up.  ' But,' said he, ' if I had not done it somebody else would, for all agree that the Indian has no right to public lands.'  These Indians further complain that settlers take advantage of them in every way possible; employ them to work and insist on paying them in trifles that are of no account to them ; ' dock ' them for imaginary neglect, or fail entirely to pay them ; take up their stock on the slightest pretext and make exorbitant charges for damages and detention of the stock seized.  They are in many cases unable to redeem it.  They have therefore little encouragement to work or to raise stock.  Nor do they care to plant fruit-trees or grape-vines as long as land  thus improved may be taken from them, as has been the case in very many instances.  Among the little homes included in the pre-emption claim above referred to are those adorned with trees and vines.  Instead of feeling secure and happy in the possession of what little is left to them, they are continually filled with anxiety.  They claim that they ought to be allowed to remain where their forefathers have lived for so long, and that they should be protected by law in the peaceful possession of the homes that have been handed down to them.

"I asked how they would like for their children to go to school, learn to speak the English language, and to live more like white people.  It would be very nice, they replied, but it would do them little good if they could not have their homes protected.

"I asked them how they would like to be moved to some place where they could be better protected, have ground of their own secured to them, and more comfortable homes.  The answer was, ' Our fathers lived and died here, and we would rather live here than at any other place.'

"In conclusion I assured them that I should report what I had learned about them, and that I had little doubt but that the Government at Washington would be able to do something to better their condition, charging them at the same time to strive, as I felt they had been doing, to keep the peace among themselves and with the whites.

"I proceeded thence by the most direct route to Santa Ysabel rancheria.  On reaching that place, I found the captain, Augustine, absent ; sent a messenger for him, and also one for the chief of the Diegenes, Pablo Pene, who lives in a neighboring rancheria.  There are about one hundred and twenty-five souls at Santa Ysabel.  They occupy the finest valley of the ranch of the same name, on one side of which are about twenty adobe houses for winter-quarters, while on the other side, near their fields of grain, are as many brush-houses, now occupied.  At the time that I reached the village, men, women, and children were scattered over the fields harvesting their grain.  Some were reaping, some thrashing, some grinding, while near the houses women were making it into bread for immediate use.  It was altogether an interesting picture to look upon.

"The chief and captain arrived during the night, and as soon as possible in the morning I sought a conference with them in relation to the condition and wants of their people.  I was glad to find them exempt from many of the annoyances of which the Indians of San Pasqual complain.  The land which they occupy is claimed under a grant from the Mexican government by private parties, who have hesitated to undertake to eject the Indians for fear of violence on their part in resisting, as they (the Indians) dispute any ownership more sacred than their own, and insist that they should not be disturbed in their possession.

"I reached Agua Caliente on the 17th instant.  From a notched stick given me by the captain of the village, José Maria Moro, it appears that there are one hundred and sixty-eight Indians at that place.  The land upon which they live has been understood to be of the public domain, until a recent survey of Warner's ranch betrayed the fact that it was included within the boundary of said ranch.  The owners of the ranch threaten to drive them away, and settlers have interfered with their water-privileges, and annoy them in many ways.  On the whole they have little to encourage them, and begin to feel that the white man is their enemy.

"My talk with the Indians of Santa Ysabel and Agua Caliente was substantially the same as at San Pasqual.  They look to the Government to relieve them of the difficulties under which they now labor.  They are peaceably disposed, and for the most part industrious, and deserve better treatment than they get.

"At San Pasqual and Agua Caliente I was called upon by white settlers, the majority of whom had no good word for their dusky neighbors.  ' They are thieves ; they are treacherous ; they are vagabonds.'  It was urged that they should be taken to some one of the Territories and surrounded by soldiers to keep them at home, or to some

ACC-HRA000127

island in the sea. I found, however, little in my journey to confirm such opinions, but was glad to note many indications of thrift. I could but wonder, indeed, that they are as reliable, honest, and peaceable as I found them to be. The sentiments entertained by very many white men in Southern California toward the Indians are well illustrated in the conclusion to which the proprietor of a small ranch near Temecula came in presenting the subject to me from his stand-point. It is well to mention that a family of Indians has occupied one corner of his ranch 'from time immemorial.' His wise and humane (?) conclusion was that the owners of large ranches should not drive 'their Indians' away, but should keep them to work for them, and set apart certain portions of the ranch for them. 'There is worthless land enough upon every ranch,' he said, 'for Indians to live on.'

"The Indians of San Pasqual and Santa Ysabel belong to the Diegenes tribe, with Pable Pene chief, while those of Agua Caliente are Coahuila Indians, under the chiefship of Manuel Largo. The two tribes speak different dialects; a few in either tribe can speak the Spanish language, but I found none able to converse in English. The aggregate number of the Diegenes is estimated at one thousand, distributed in about fifteen rancherias, which are situated in the central and southern portions of the county of San Diego.

"All of which I have the honor to submit.

"LUTHER E. SLEIGH.

. "Rev. JOHN G. AMES,
    "*Special Agent Mission Indians.*"

Proceeding by way of San Pasqual and Bear Valley, for the purpose of examining the country with reference to a reservation, I reached Pala on the 18th, where, on the next day, I had interviews with José Antonio Sal, chief, and with Manuelita Cota, ex-chief of the tribe; also visited the flourishing Palma rancheria on the Palma grant, reaching Rincon, the residence of Olegario, whom most of the tribe acknowledge as chief, the same evening. Here I was rejoined by Mr. Sleigh on the 20th.

It being Sunday, we held in the evening a religious service, which was attended by most of the Indians of the rancheria, who gave respectful attention to the words addressed to them. At their special request this service was concluded with the recital of a portion of the liturgy of the Catholic Church, one of their own number leading and the rest responding.

Visiting the potrero, near by, on the next day, I found an Indian family of unusual interest, because of their greater intelligence and generally recognized superiority among the tribe. The head of the family was absent, but his wife, "Margarita," known far and wide among the Indians, seemed quite competent to take the management of affairs in his absence. This Indian woman claims a half league of land which was granted by the Mexican government to her grandmother, and which she now holds by her mother's will in trust for the heirs of the same. The rancheria upon this land is composed chiefly of these heirs, who derive from the land a comfortable subsistence.

Returning to Rincon, I had the good fortune to witness in the evening one of the traditional dances in which the Indians take so much delight. It was conducted in an orderly manner, nor was it carried to excess, and could hardly be regarded by any as other than a safe and commendable amusement for them.

On the 21st, at this place, a conference was held with the San Luis Rey Indians. Runners had been sent out to inform those living in the different rancherias, and a large number had come together eager to hear the news from Washington. This tribe takes its title from the Mission of that name. It is farther advanced in civilization than any other tribe of the so-called Mission Indians. They have the reputation of being industrious, and for the most part peaceable, and but for the difficulties they labor under, in consequence of the unsettled condition of land matters and the disregard of their rights by the settlers, would be self-sustaining and make reliable citizens.

At present they are in trouble about their chief, as indicated at the conference at Los Angeles. A large majority prefer Olegario, and if an election were held now he would doubtless be chosen. He is intelligent above the average, peaceably disposed toward the whites, capable of controlling his Indians—for he is virtually chief, notwithstanding the action of the late superintendent—and is at the same time an enthusiastic defender of his people and disposed to take advanced grounds on questions of their rights. A more competent man altogether cannot be found in the tribe.

Manuelita Cota and Francisco Magla, ex-chiefs, and José Antonio Sal, chief, were also present at the conference. We were obliged to employ two interpreters, in order that all could be made to understand what we had to say. I began by reading my letter of instruction, and explained the same to them. Much satisfaction was expressed at the prospect of relief from the Government at Washington.

They complained that they were subjected to many indignities from white neighbors who covet the lands occupied by them; that the water they had long depended upon for irrigation had been turned out of its course, rendering their lands useless. Lands that they have supposed to belong to them have, on various pretexts, been wrested from

ACC-HRA000128

them. They feel that the Government should protect them from injustice in such matters. They also expressed a desire that schools should be established among them, so that their children may learn to speak the English language and live more like Americans.

I explained to them, at length, the law in relation to the Government and grant lands upon which they live; also, the laws of the State relative to the care of stock, and trespass by the same.

In regard to the election of a chief, about which intense feeling prevails, I told them I would refer the question to the Government for instructions, as I had no authority to order an election at present.

In conclusion, addressing Olegario and his captains, and then José Antonio Sal and his captains, I charged them to see that the peace be kept and the rights of everybody's property respected; that there should be no strife among themselves, but that all should work together for the common good.

The aggregate number of the San Luis Rey tribe, as reported by the several captains, is nine hundred and seventy-five. These are distributed in ten rancherias, scattered over the northwestern portions of San Diego County and located some upon Government and some upon grant lands.

On the whole the conference resulted satisfactorily. The Indians expressed themselves as willing and anxious to live at peace with the settlers, and ready to wait patiently, yet longer, for the Government to take such action as will secure them in the enjoyment of their rights. They preferred many requests, most of which are implied in the recommendations which are to follow.

Leaving Rincon we rode over the mountains to Temecula, where is an Indian village, and from thence returned to Los Angeles.

On the 1st of August I set out to visit the Coahuila Indians. This tribe is divided into two sections, one under Cobezon as chief, living in San Gorgonio Pass, and in the desert beyond; the other, under Manuel Largo, located principally in the San Jacinto and Coahuila Valleys south of the San Jacinto Mountains. The existence of the first-mentioned section of this tribe has seldom, if ever, been recognized in any official report concerning the Indians of Southern California.

Proceeding by way of San Bernardino, I visited Mr. M. H. Crafts, residing near San Gorgonio Pass, whose letters to the Indian Office in regard to these Indians had been referred to me by the honorable Commissioner. I found Mr. Crafts thoroughly interested in their welfare, and well qualified, through twelve years' acquaintance and friendly intercourse with them, to render me efficient service. He accompanied me in my visit to the desert, where, in our conference with the Indians, I saw in their manifest regard for him how readily their confidence and good-will are awakened by kindly treatment and sympathy.

A messenger was dispatched to summon Cabezon and his captains to meet me at the potrero in the San Gorgonio Pass, on the following Wednesday. Proceeded through the pass as far as Warm Spring Station for the purpose of visiting a rancheria there located, and of ascertaining from actual observation the condition of the desert Indians, returning to the potrero to meet Cabezon according to appointment.

The venerable old man, supposed to be upwards of ninety years of age, arrived about noon of the day designated, at the head of a company of horsemen in single file, heralded by a marshal in uniform, who announced the approach of the chief and captains with much pomp and noise. The company seemed much exhausted from the fatigue of their hot ride through the desert, while the condition of their horses indicated great destitution in the matter of pasturage. Cabezon had the previous day sent an urgent request that meat and flour should be furnished them on their arrival, as they were not able to supply themselves with food at the conference. I could not do otherwise than comply with this request, purchasing the necessary provision of a white settler in the pass. This aged chief is in many respects a remarkable man. He is venerated by all his people, over whom he has long exercised a powerful influence and always in the interest of peace and good-will toward the whites. Even when their rights have been disregarded and their enmity excited, he has withheld them from acts of hostility, persuading them to wait until the Government should come to their aid. Through his influence, also, the tribe has been kept from allying itself with the tribes on the Colorado River for the purpose of making war upon the whites. His efforts seem from the first to have been devoted to the preservation of the peace between the two races.

The mind shudders at the contemplation of what would probably have been the results to the inhabitants of San Bernardino County had Cabezon and his tribe assumed a different attitude. More than this, the whites of that section of California have been largely dependent upon these Indians in the care of their farms, much of the labor in all departments of farm-work being performed by them. Many of the land-owners would have been subject to great inconvenience had not this Indian labor been available. In the mean time the Indians have reaped no permanent advantage

ACC-HRA000129

from their labors; they have only become demoralized by their contact with the whites.

After resting a while and partaking of some refreshments, Cabezon announced himself ready to proceed with the conference. This took about the same direction as that at Rincon, detailed above.

The Indians dwelt at length upon the encroachments of the whites, depriving them of lands to which they asserted their sole ownership, and driving them back into the desert, where they must soon perish. They were very reluctant to proceed to the consideration of any other questions until they should be assured of the restoration of lands wrested from them, or, at least, of the peaceable retention of what they now occupy. They were very much disposed to eject by force one or two trespassers who were just then annoying them, and were induced to defer such action only on my assuring them that their grievances would be made known at Washington, and that I felt confident the Government would protect them in their rights.

They complained also of being overlooked in the distribution of presents, saying they had received only the merest pittance, while other Indians, who were not more deserving than they, had been liberally supplied. To this I replied by assuring them that the Government would endeavor to prevent any unjust discrimination hereafter, and that in any future distribution of goods among the Indians of Southern C alifornia they should receive their proper share.

They requested that schools might be established among them, and expressed a willingness to co-operate with the Government in any effort it should make for their benefit.

In conclusion, Cabezon said he was growing very old and must soon die, but he wished before he passed away to see his Indians settled upon lands which they could call their own, and where they and their children could live unmolested. At a subsequent interview with Cabezon and a few of his tribe at the residence of Mr. Crafts, the same topics were still further discussed, with the additional request that the Government regard his wish concerning his son, then present, whom he had appointed his successor as chief of the Coahuilas.

The aggregate number of this section of the tribe, as reported by the several captains, is one thousand and eighty, distributed in about twelve rancherias. Most of these rancherias are located in the desert or among the mountains bordering the same, where but limited opportunities for procuring a livelihood are afforded.

At the potrero, however, where the conference was held, there are, I should judge, eight hundred acres of irrigable land. This land has been occupied from time immemorial by these Indians, and has, I was told, been regarded as a kind of retreat for the squaws and the aged of the tribe, whenever they have been driven back from the now more settled portions of San Bernardino County. The potrero has been supposed to be well fortified against American settlers by the situation of their village at its entrance; but within a few months an adventurous white man, coming over the mountain, has taken up his abode in the upper part of their domain, where he constructed a rude dwelling before his presence was known to the villagers. They demanded that he be made to give up to them again their former pasture-grounds, and said they would have expelled him by force, had they not heard of my coming. They, however, reluctantly consented to wait still longer to enable me to present the facts in the case to the Government at Washington.

We proceeded thence by way of San Bernardino and Riverside, the nearest available route, to visit that portion of the tribe which recognizes Manuel Largo as chief, residing principally in the San Jacinto and Coahuila Valleys. I found the Indians of San Jacinto involved in the usual difficulties with the whites. This rancheria is located partly upon a grant, and in close proximity to the principal spring of water in the valley. Bitter disputes have sprung up between the two races, which threatened at one time to result in acts of violence. The whites accuse the Indians of running off and killing their stock. This, I have no doubt, is sometimes done, though by no means to the extent alleged.

The Indians on the other hand accuse the whites of driving them from their lands and of wresting from them their homes, in violation of every principle of justice, protesting their unwillingness to submit longer to such treatment, and their purpose to take matters into their own hands unless the whites desist from their encroachments or the Government protects them in their rights.

Those living in the Coahuila Valley are more isolated and so less subject to annoyance from settlers. They have, however, driven off one or two whites who have attempted to squat upon their lands, and declare their intention to pursue the same course in the future if like attempts are made.

This section of the Coahuila tribe is less peaceably disposed—more inclined to resort to force in the maintenance of what they believe to be their rights—than any other Mission Indians. They have, during the past summer, been very much excited by the presence among them of the United States marshal, who came for the purpose of arresting certain parties accused of stealing stock. The state of feeling is such that I

10          MISSION INDIANS OF SOUTHERN CALIFORNIA.

deem it very important that adequate measures be taken to preserve the peace and to secure the rights of both parties at the earliest practicable moment.

A conference was held with Manuel Largo and his principal captains, in the Coahuila Valley. This conference, in its main features, so clearly resembled those already held, that I deem it unnecessary to give a detailed account of it.

The Indians under Manuel Largo, who was appointed chief by the late Superintendent Whiting, number, as reported by their captains, eight hundred and fifty-seven. They own more stock and are less given to agriculture than their fellow Indians; this is owing, in part, to the fact that much of their land is situated at such an elevation that grain or vegetables cannot be grown because of frost.

Returning to Los Angeles we proceeded thence to San Diego for the purpose of examining into the condition of Indians residing in the southern part of San Diego County. Having heard that there were quite a number in the vicinity of Julian, a mining town situated some seventy miles in the interior, we visited that locality. Julian is a resort to which many Indians flock for the purpose of procuring liquor, or for purposes still more reprehensible. No Indian village, however, is located there, nor could I learn of more than two or three rancherias along the southern border of the county. It was impracticable to hold any conference with them from their being so much scattered. Their condition very closely resembles that of the other Diegenes above referred to in Mr. Sleigh's report. Quite a number of this tribe are always to be found in the neighborhood of San Diego, and always in a demoralized state. The facilities which towns afford for vicious and debasing indulgences prove to no class more disastrous than to the Indians.

My tour of investigation among the Mission Indians has made me more hopeful than I had anticipated in regard to their future, provided the Government is ready to do what ought to be done for their relief.

In connection with many characteristics which belong to them in common with the rest of their race, they exhibit others more closely allying them to the whites, of which efficient use may be made in efforts which the Government shall undertake in their behalf. Their contact with the whites, while in many respects it has wrought harm, has in others operated to their advantage, especially as it will facilitate their future acquisition of the arts of civilized life. While they complain of the manner in which they have been treated by the whites, I discovered very little of the spirit of revenge among them. So far from this, I think no other race would have borne so patiently and with so little effort at retaliation the indignities and wrongs to which they have been subject. They are generally indolent, which, under the circumstances, is not a matter of surprise. I believe, however, they can be persuaded to labor if those inducements are presented to them that are most influential with other men. They are thriftless and wasteful, but there have been, in their case, small encouragements toward the cultivation of better habits. They take little thought of the morrow, satisfied if their present necessities are supplied. This fault, however, can be gradually remedied by establishing among them that individual relation to property which subsists among the whites, and by fostering a desire for its acquisition.

The sanctity of the marital relation is sometimes disregarded by them, but the law of chastity is most frequently violated through the persuasions of corrupt white men, who look upon the Indian as the defenseless victim of their lusts. The evils resulting from this are so serious as to demand the enactment of the most stringent laws tending to the suppression of this vice. Guilty white men should be made to feel severely the consequences of their acts. The infliction of punishment will operate more efficiently than any effort to keep the two races separate.

The worst habit on the whole, in its results, to which they are addicted is intemperance. This works fearful demoralization among them. The law forbidding the sale of liquor to Indians is violated with impunity. Notice has seldom been taken of such violation by those charged with the execution of the laws, partly because there has been no agent to interest himself in the matter, and partly because public sentiment has too often regarded the Indian as lawful prey even for whisky-sellers. Very unsatisfactory results have for the most part followed attempts to secure conviction under the law. The attention of the Government is earnestly called to this subject. It is probable that some change in the law itself, or in the provisions for its execution, may be made by which it shall be rendered more efficient in the suppression of this evil.

As for other evils incident to their situation, and other faults of character, these, I think, can, in large measure, be gradually remedied by the judicious management and good example of the agent who shall be put in charge of them, and of his subordinates, and especially by bringing them under the wholesome influence of law—both State and national—whose protection and restraint will serve to promote order and peace, to check individual license and self-will, and to foster a spirit of subordination and a just regard for each other's rights. I deem it of great importance that these Indians should be treated as standing in the same relation to the laws of the land as white men, and should be taught that violations of law would subject them to punishment by the civil authorities.

ACC-HRA000131

MISSION INDIANS OF SOUTHERN CALIFORNIA.    11

### THE RELATION OF THE MISSION INDIANS TO THE UNITED STATES GOVERNMENT.

The Mission Indians became subject to the jurisdiction of the United States Government in virtue of the treaty of Guadalupe Hidalgo. By its stipulations they were to occupy a relation to this Government analogous to that sustained by them to the government of Mexico, and were to be protected in the enjoyment of the rights appertaining to this relation. I shall not here enter upon the discussion of the question of their citizenship under the Mexican Republic. This question has been recently discussed in a report of the late superintendent, Mr. Whiting, bearing date May 19, 1873, to which attention is herewith called. In this report Mr. Whiting asserts the fact that they were recognized as citizens by the government of Mexico and as entitled to the privilege of voting. In accordance with this view it has been decided by the United States court for the Territory of New Mexico, that the Indians within the territory acquired by the United States from Mexico are, by virtue of the provisions of the eighth article of the treaty of Guadalupe Hidalgo of 1848, citizens of the United States. If this position is well taken it would seem that, on their becoming subject to the jurisdiction of the United States, they could not justly be denied all the special rights of citizenship, or be treated as the Government has been accustomed to treat the wild and uncivilized tribes with whom it has had principally to deal. As a matter of fact, however, they have never been recognized as citizens by our Government, nor as entitled to any rights which a citizen is bound to respect.

They occupy an anomalous position. No treaty has ever been made with them by which they could be recognized as *imperium in imperio*. They have never assumed a hostile attitude toward the Government or the settlers, requiring the employment of force for their control. They never urged their claims upon the attention of the Government until recently, when it has become evident to them that they will soon be deprived of everything they had thought their own unless the Government interfere to prevent it.

They maintain their tribal relationship and self-government only in a modified form, holding themselves amenable to the laws of the United States and of the State of California. Tribal bonds are becoming gradually weaker, and at no distant day it is probable they may be readily persuaded to dissolve this relationship altogether. It would not, in my view, be wise to attempt this dissolution at present. Nor would it be wise to admit them as a whole to the privileges of the franchise, unless justice requires this—unless it can be clearly shown that this right was guaranteed by the treaty of Guadalupe Hidalgo. It is very desirable, however, that they should be admitted to all the rights of citizenship as soon as practicable, and that they should as far as possible be encouraged and helped to fit themselves for the intelligent exercise of these rights. There are a few who are already well qualified and ready to become citizens, and who are willing, if necessary to this end, to renounce all tribal jurisdiction.

Three Indians at least have recently made application to be registered as citizens in Los Angeles County. Their petition was refused by the clerk of the county court, acting under the advice of the district attorney, on the sole ground of their being Indians. They then referred the matter, through their attorney, C. N. Wilson, esq., to the United States commissioner at Los Angeles, asking him to take such action in the premises as would fully test their rights in this regard under the Constitution. He refused to have anything to do with the case, further than to transmit the affidavits of the Indians to the district attorney at San Francisco. Here the matter rests for the present, with little prospect that anything in their interest will be done by the officers of justice, to whom they have made appeal. Should this claim continue to be disregarded, the attention of the Government will again be called to their case, in the hope that some provision will be made, if not already existing, by which they, and such as they, can readily secure their recognition as citizens of the United States.

I deem it important that whatever hinders this should, so far as possible, be removed, and that in the management of these Indians the Government should always keep in view their incorporation with the body-politic at the earliest practicable moment.

### THE RELATION OF THE MISSION INDIANS TO THE LANDS.

It will be observed one claim which these Indians urge with much feeling is their right and title to the lands upon which they and their fathers have lived from time immemorial. They assert their former ownership of all this country, and say that no purchase of any portion of it by white men has ever been made. Much of it, however, has been forcibly taken from them without their consent. They ask that this be no longer permitted, and that the Government secure them in the possession of the few acres now occupied by them.

However valid this claim might have been under the Spanish government, and with whatever show of justice it may now be urged, it has, I take it, no real validity in law as applied to lands in general. Since the acquisition of this territory the United States

ACC-HRA000132

have never acknowledged any Indian title to the land. With other tribes treaties have been entered into, with a view to the extinguishment of their title, involving often large expenditures of the public money. As regards these Indians, however, a committee of the United States Senate, to whom the matter was referred, reported that no such treaty was necessary; "that the United States, acquiring possession of the territory from Mexico, succeeded to its rights in the soil; and as that government regarded itself as the absolute and unqualified owner of it, and held that the Indian had no usufructuary or other rights therein which were to be in any manner respected, they, the United States, were under no obligations to treat with the Indians occupying the same for the extinguishment of their title."

In accordance with this view, the assumed Indian title has always been disregarded by the land-officers of the Government in this district and by settlers. As expressed by the present register of the land-office, the location of an Indian family or families on land upon which a white man desires to settle is, in law, no more a bar to such settlement than would be the presence of a stray sheep or cow. And so, like sheep or cattle, they have been too often driven from their homes and their cultivated fields, the Government, through its officers, refusing to hear their protests, as though in equity as well as in law they had no rights in the least deserving consideration. Such, however, having been, and still being, the theory and practice of the Government, I cannot think it possible that it will now turn a deaf ear to the complaints and to the petitions of these Indians. Every consideration of justice and humanity, and a regard for their continued peace and good will, unite to urge the Government to make immediate provision for the few that remain of these once populous tribes, to secure them in the enjoyment of their rights and in the possession of homes which they can truly call their own.

The question of the equitable title of the Mission Indians to lands in California is discussed in the report of Superintendent Whiting, above alluded to, to which attention is again called.

The policy of the Spanish, and subsequently of the Mexican government, was to intrust the care of the Indians to the priests of the Catholic Church. These priests were authorized to establish missions wherever required, and to gather the Indians of the vicinity into communities about the missions. Lands to the amount of from four to eleven leagues were assigned for the use of each mission. The success which attended the efforts of these missionaries is attested by the interesting, and in some cases remarkable, ruins of the mission buildings erected by the Indians under their supervision, by the degree of civilization to which the Indians were raised through their influence and instruction, by the fact that at some of these missions as many as five thousand Indians were gathered; that upon the lands of the mission as many as seventy-five thousand head of cattle were kept, besides large flocks of sheep and other stock, while corn and other articles of food were grown sufficient for their support.

I am led to believe that it was the design of the Spanish government to erect these missions into pueblos, and to distribute the lands among the Indians, giving to each family a certain number of acres as soon as they were sufficiently civilized to warrant such a step. This distribution of lands, however, was never made under the Spanish rule, and, so far as I am informed, in only one instance under the Mexican rule. I refer to the mission lands of San Juan Capistrano, which, according to documents now in the archives at San Francisco, were so distributed by order of the Mexican government. Upon some of these lands Indian families are still living, claiming possession, and justly, I think, in virtue of this action.

A large portion of these mission lands is now included in grants claimed to have been made previous to the cession of this country to the United States. Nearly all the rest has been taken up under the pre-emption and homestead laws, so that of the many leagues once set apart for the special benefit of these Indians, and designed as their perpetual possession, not one now remains to them.

Many Indians are at present living upon grants which have been confirmed by the United States. Whether they are entitled to remain there and to enjoy the use of the land, or are to be regarded as trespassers, is a question which must soon be decided.

I have been frequently told that whenever grants were made under the Mexican government the right of any Indians then located upon the grant to a continual residence thereon was reserved, and the grantee was forbidden to eject or disturb them. I have not been able to verify this assertion. The Indians have assumed its correctness, and many of the grant owners have hitherto seemed to acquiesce; at least they have suffered the Indians to remain and enjoy the use often of the best portion of the grant, that, namely, whose proximity to streams or springs of water makes it available for agricultural purposes. The time will soon come, however, when they will demand, and, I think on general principles, with justice, the removal of these Indians. But, irrespective of such demand, the interest of the Indians will, in my view, be best promoted by removing them from grant-lands at the earliest practicable moment, and settling them upon lands to which the Government can give them title, and where all improvements shall redound to their own and their children's benefit.

ACC-HRA000133

MISSION INDIANS OF SOUTHERN CALIFORNIA.            13

## MEASURES OF RELIEF DISCUSSED.

In view of these facts to which attention has now been called; in view especially of the peaceable and friendly attitude which they have always maintained toward the Government; of the general indifference with which their interests have been hitherto regarded by the Government; of the supposed injustice and wrong of which they believe themselves to be the subjects; of their helplessness in the presence of an increasing immigration, which, with the sanction of the law, is driving them from their homes, and seizing, without remuneration, upon possessions which they claim as their own; of the extremity to which they are reduced, now that nearly all the land available for their use has been taken up, an appeal is made to the Government that it will at length interpose its offices in their behalf, and take such action as will secure them in the undisturbed enjoyment of their rights and in the possession of homes which settlers shall not be permitted to take from them. When this appeal is made to an administration which has signalized itself by the just and humane policy it has adopted toward the Indians, I cannot think that it will be in vain. If other arguments or voices are needed to induce action on the part of the Government in this matter, I would refer to the reports of former agents who have had to do with the Mission Indians, nearly all of whom have earnestly recommended that provision should be made for them without needless delay.

What can be done?

Many suggestions have been made looking to a solution of this perplexing question. Some urge the policy of declaring them citizens, and then letting them take their chances with white men in securing lands under the homestead act. To say nothing, however, of their general want of qualification for citizenship, nor of the improbability of their soon attempting to avail themselves of the provisions of this act, there is little or no land in Southern California from which they could gain a livelihood open to them. Almost all the land fit for agricultural purposes has been taken up by settlers, or is claimed under Mexican grants. The case would probably be very different were all spurious grant-claims disallowed, and the boundaries of all genuine claims accurately defined, and the owners compelled to observe these limits. The Government would undoubtedly then find itself to be the possessor of many thousands of acres now claimed by private parties. There might then be good land enough for the Indians and to spare. There is not now. And to adopt the policy suggested would be only prejudicial to the Indians' true interests.

Some advise that they be let alone, and left as heretofore to take care of themselves, a policy which has already borne poisonous fruit, and which would result in the still greater demoralization of both Indians and whites, to say nothing of the bitter and hostile feelings which such a course would engender among the former. It is not improbable that even the Mission Indians might then be provoked to acts of hostility, insane as such conduct might appear to us.

Others recommend that they be removed to a distance from their present location, and be established on a reservation to be set apart for them either in Arizona or in some part of California remote from white settlements, where there will be least liability of trouble between them and settlers. This course is advised by the press of San Diego, and would without doubt be satisfactory to a large portion of the white population of San Diego County. The arguments advanced in its support are chiefly to the effect that the area of agricultural lands in San Diego County is so limited that it ought all to be reserved for white men; that the presence of the Indian operates, and will continue to operate, as a hinderance to the development of the resources of the country, and that only increasing demoralization can be expected from the continued contact of the Indians with the whites.

This would certainly be a simple solution of the problem if it were practicable and just, neither of which can I think it to be.

The recommendation does not contemplate, except in a most indirect way, the welfare of the Indian. It ignores all rights he may be supposed to have in the land he now occupies, and disregards any preference he may cherish in regard to his future location. It is suggested simply by a desire that that section of country may be rid of a population regarded by many as an obstacle in the way of their own prosperity, requiring for their support some portion of the good land whose possession is coveted for white settlers. It would, if undertaken, be a purely arbitrary measure, and could only be executed by force, as the Indians would not voluntarily relinquish their present homes to be transferred to some distant and unknown region.

Nor am I disposed to think that their being permitted to remain in the country and to occupy arable lands will retard agricultural development. On the contrary, I believe that if subject to judicious oversight and direction, and made secure in the possession of lands, such lands would soon yield under their management as large returns as would result if they were in the hands of white men. I see no reason to doubt but that in a few years many of them would become skillful farmers, whose peaceful labors would tend to increase from year to year the aggregate wealth of the community. But even if this were altogether doubtful, I think the dictates of justice and wisdom would forbid the approval of the plan above suggested on the part of the Government

ACC-HRA000134

14 MISSION INDIANS OF SOUTHERN CALIFORNIA.

MEASURES OF RELIEF RECOMMENDED.

It remains for me to indicate the measures that commend themselves to my judgment as most judicious in the premises.

I recommend—

*In regard to the San Luis Rey Indians*—That, wherever they are now found located upon Government lands, such lands be set aside for their use, to the amount of not exceeding forty acres to every head of a family and to every unmarried adult male Indian; that for such of the tribe as are now settled upon land owned by private parties, the unappropriated land in Pala and the adjacent township 9 south, ranges 1 and 2 west, San Bernardino meridian, be reserved to be distributed in portions not to exceed forty acres to each head of a family and to each unmarried adult male Indian. The undivided portion to be held in common for purposes of pasturage. These townships formed a part of the reservation set apart for the Mission Indians in A. D. 1870, but subsequently restored to the public domain.

Pala is the site of one of the old Catholic mission churches, and a place to which many of the Indians are still attached. Some of the best lands of these townships have been taken by settlers, but there remains enough, I think, to provide adequately for such of the tribe as are not otherwise provided for. There is water in the San Luis Rey River, which flows through the valley, sufficient for purposes of irrigation if the Indians be properly located and the water equitably distributed. Considerable expense will attend such distribution, as the water must be conducted long distances in ditches in order to be available for any large extent of territory. The land, however, cannot otherwise be made productive, and I think the result will justify all necessary expenditure.

The Indians who own lands in their own rights should be strongly urged to retain them in their position and to transmit them to posterity.

Concerning the question of the chieftainship of this tribe above referred to, I recommend that a new election be allowed, as the large majority desire, to be held at such time as the agent deems best, with the distinct understanding that if any portion of the tribe should object to being put under the chief then elected, they would be held as exempt from his jurisdiction on the condition of their renouncing their tribal relation and registering themselves as citizens of the United States.

I advise this course the more readily from a persuasion that if any avail themselves of this provision it will be a few of the more intelligent of the tribe.

*In regard to the Dieyenes*—I recommend that townships 12 south, range 1 north and 1 east, and 13 south, range 1 north and 1 east, San Bernardino meridian, be set aside as a reservation for their use. This will involve an expenditure of several thousand dollars in the purchase of improvements made by settlers, which improvements, however, would then redound to the benefit of the Indians.

These townships constituted a part of the reservation above alluded to, and include lands by far the most available in San Diego County for the purposes in view. I regard it as most unfortunate that the order designating Pala and San Pasqual as an Indian reservation was ever revoked, and am convinced that this step would never have been taken had not utterly false representations been made to the authorities in Washington.

The expense and difficulty of satisfactorily settling this Mission Indian question have, in my judgment, been very much increased by such action.

If it be deemed inexpedient by the Department to purchase the improvements referred to above, I then suggest that the lands of these townships, not already taken up, be withdrawn from sale and reserved for these Indians.

The only alternative provision that presents itself to my mind is the purchase of some private grant. This would be attended with large expense, and in my view no grant-lands can be found which will meet the requirements of the case as fully as the San Pasqual Valley, included in the townships above mentioned. For further testimony concerning Pala and San Pasqual, I would respectfully refer to reports as follows, viz: Special report of B. C. Whiting, superintendent for California, under date of December 6, 1867, and special report of General J. B. McIntosh, superintendent for California, under date of August 25, 1869.

*For the Coahuila Indians*—I recommend the purchase of from five thousand to ten thousand acres of land in San Bernardino County, upon which the now scattered members of the tribe might be located. Available land can, I think, be found near the base of the San Bernardino Mountains, which can be secured at a not unreasonable rate. Should this be regarded as impracticable, I then recommend that the Government lands upon which these Indians are now living be reserved for their use, viz, the Coahuila Valley, in San Diego County; the potrero, near San Gorgonio Pass, San Bernardino County, and such other smaller portions of land as they now occupy and cultivate, and that such of the tribe as are now settled upon lands owned by private parties be removed to said reserved lands. If this course be adopted all white settlers upon these lands should at once be required to vacate them.

ACC-HRA000135

The chief objections to this policy are, first, that it will leave the tribe very much scattered, and greatly hinder the cultivation of such knowledge and habits as will tend to render them intelligent and useful citizens of the republic; and, secondly, the fact that the Coahuila Valley is not available for agricultural purposes, being subject to frost every month of the year, and that the lands bordering the desert beyond the San Gorgonio Pass afford but an insufficient and precarious subsistence.

In regard to the settlement of Indians upon reserved lands, I think it very important that, while the grazing lands may be held in common, the agricultural lands should be distributed in clearly-defined portions among the individual families of the tribe, and that each family should be held responsible for the cultivation of its assigned portions. I suggest furthermore that each family be assured of the possession of all the proceeds of the lands thus cultivated, and the ultimate possession in fee-simple of the land itself, provided they continue to reside upon and to improve it for the space of twelve years.

It is for many reasons very desirable to break up the communistic customs which have prevailed among them, and to cultivate, as far as possible, a sense and pride of ownership and an ambition for the accumulation of property.

The Government should give the Indians clearly to understand that they must support themselves after such provision shall have been made for them as their present necessities require. I see no reason for thinking that they will not do this if they shall be made secure in the possession of land, and shall be put under judicious supervision. I should decidedly oppose the issuing of rations, or any other action which would lead them to suppose that they would be taken care of without effort on their part, but should encourage the idea that they would fare best who were most industrious. The Indians assert their willingness to labor, and say they neither intend nor wish to be a burden to the Government.

I feel confident that, if the opportunities above suggested are afforded them, they will themselves soon defray all the expenses of the agency charged with their care. More than this, I cherish the hope that they will at no distant day become prosperous and independent agricultural communities.

Some may think it would be better to locate all the Mission Indians on a single reservation, and for many reasons this would be preferable. The great difficulty, however, in finding a sufficiently large tract of land suited for the purposes of a reservation is a very serious obstacle to such a course. This difficulty arises not from any lack of unoccupied land, of which there are large areas in Southern California, but from lack of well-watered land. Water is an absolutely indispensable requisite for an Indian settlement, large or small. It would be worse than folly to attempt to locate them on land destitute of water, and that in sufficient quantity for the purposes of irrigation, if crops cannot be grown without irrigation. Moreover, I think their progress toward civilization and citizenship will be best promoted by the tribes being separately located, while the expense incurred will not be largely increased thereby.

In the plan above suggested another difficulty is obviated, viz, that of persuading the Indians to remove to a distance from the places they now occupy. They prefer, as is natural, to be left where they are, and will doubtless object in some instances to moving to any reservation. I think, however, there will, for the most part, be a readiness to comply with the wishes of the Government, if it shall be seen that the Government is disposed to regard their wishes in locating them as near as possible to the places to which from association they are attached, and also in keeping the tribes distinct from each other.

Should it be found practicable thus to locate these Indians, I would earnestly recommend that schools be established among them as soon as possible, regarding it as very much to be desired that the children should learn to speak the English language, and be taught at least the rudiments of education. It was one of their special requests that this should be done, showing some appreciation of the advantages which education gives, and of the changed circumstances under which their children are to live.

I furthermore recommend that for the supply of their present wants there be provided—

*For the San Luis Rey Indians:*

| | | |
|---|---|---|
| 150 blankets. | 1,000 yards of calico. | 10 plows. |
| 100 suits of clothes. | 1,000 yards of muslin. | 10 sets of plow-harness. |
| 100 hats. | 500 yards of jean. | 50 hoes. |
| 100 pairs of shoes. | 250 yards of flannel. | 10 spades. |
| 100 pairs of socks. | 250 handkerchiefs. | 20 shovels. |

*For the Digenes:*

| | | |
|---|---|---|
| 150 blankets, | 1,000 yards of calico. | 10 plows. |
| 100 suits of clothes. | 1,000 yards of muslin. | 10 sets of plow-harness. |
| 100 hats. | 500 yards of jean. | 10 spades. |
| 100 pairs of shoes. | 250 yards of flannel. | 50 hoes. |
| 100 pairs of socks. | 250 handkerchiefs. | 20 shovels. |

ACC-HRA000136

16          MISSION INDIANS OF SOUTHERN CALIFORNIA.

*For the Coahuilas :*

| | | |
|---|---|---|
| 300 blankets. | 1,500 yards of calico. | 10 plows. |
| 200 suits of clothes. | 1,500 yards of muslin. | 10 sets plow-harness. |
| 200 hats. | 1,000 yards of jean. | 50 hoes. |
| 200 pair of shoes. | 500 handkerchiefs. | 20 spades. |
| 200 pair of socks. | 500 yards of flannel. | 20 shovels. |

Also for each tribe a sufficient amount of grain and seed for sowing and planting the coming year.

Such present provision being made for them, it is my hope that very little aid of this kind will be required in the future.

The adoption of the policy above suggested will necessitate the appointment of a permanent agent for these Indians. Upon his practical wisdom, honesty, and fidelity, the results of this effort in their behalf will largely depend. If the effort be judiciously prosecuted under the direction of an agent who is fully in sympathy with the Indians, and who regards their good rather than his own pecuniary gains, I cannot but feel that it will greatly redound to the credit of the Government, and to the increasing welfare of these, its wards, who now appeal to it for aid and protection.

In conclusion I beg to say that these recommendations are submitted the more confidently, whatever expenditure their adoption may involve, from the conviction that the Government has been very remiss in its care of the Mission Indians hitherto ; that their claims and their rights have been already too long disregarded ; that they deserve generous treatment because of their fidelity to the Government ; standing, as some of them have done, as a defense to the settlers of Southern California, against the fiercer tribes of Arizona, with whom they have steadily refused to unite for purposes of plunder, that they ought not to suffer in comparison with others of their race, in consequence of their more peaceable conduct and disposition ; and finally, that nothing less will suffice as a satisfactory and adequate provision in their behalf.

In the hope that these recommendations will meet with your hearty approval, and whatever legislation may be necessary to enable the Department to carry them into execution may be readily secured,

I have the honor to be, very respectfully, your obedient servant,

JOHN G. AMES,
*Special Agent.*

Hon. E. P. SMITH,
  *Commissioner of Indian Affairs, Washington, D. C.*

ACC-HRA000137

TAB 18

# ANNUAL REPORT

OF THE

# COMMISSIONER OF INDIAN AFFAIRS

TO THE

## SECRETARY OF THE INTERIOR

FOR

## THE YEAR 1875.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1875.

ACC-HRA000173

## REPORTS OF AGENTS IN CALIFORNIA.    223

HOLLISTER, CAL., *June* 30, 1875.

SIR; I have the honor to report that I entered upon the duties of my agency on the 25th of May, 1875. In accordance with instructions received from you, I went to my field of operations, arriving at Los Angelos June 5, and remained there two or three days; conferred with Ex-Agent Stanley, and Tansey and other citizens; arrived at San Bernardino June 9; remained in the town and vicinity about one week. I found there several hundred Indians, men and women, of the Coahuilla tribe. Some of the men are engaged in work for the farmers; the women in washing and menial service in the town; but all are being sadly demoralized through drunkenness and prostitution in their contact with the lower and degraded class of white men. Their condition is sad, indeed. At San Barnardino I secured the services of Mr. George H. Crafts as interpreter, and the use of his wagon and team. We visited the principal Indian villages and settlements, from the borders of the desert in the eastern part of San Bernardino County to San Diego. I held conferences with the leading chiefs and captains of Morongo, Potrero, San Gorgono, Temecula, Pala, Rincon, San Pasqual, Santa Isabel, &c. Concerning the history of these interesting people, I need add nothing more to the report of Hon. Commissioner Wetmore, and as to the manner of their different tribes, their location, and other particulars, I need add nothing to the very thorough and accurate report, of Rev. J. G. Ames a former commissioner. I shall confine myself to the present urgent wants of this people and to recommendations as to the best means of meeting those wants.

I may first remark, in general, that I find them a much more numerous, civilized, and industrious people than I had supposed; properly provided for, their future is hopeful. Their relation to the Government, and the white population now pressing in upon them, is a sad commentary upon the Christian civilization of the age in its modes of dealing with the weak and defenseless. If citizens, their rights as such have been entirely overlooked and trampled upon; if wards of the Government, they have been most sadly neglected, left at the mercy and in the power of the citizens who are settling around and among them. While some treat them humanely, yet the too prevailing sentiment is that they have no rights which a white man is bound to respect, while the general testimony is that they are singularly loyal to the Government, honest, peaceable, inoffensive, and patient under wrongs. Among all the dependent wards of the Government there are none so much needing or deserving her speedy and fostering care; and to relieve them from their present deplorable condition will be a truly humane and Christian work.

To properly accomplish the work of this agency three important questions must be considered: First, the physical, moral, and home interest of about five thousand Indians, the dependent and hitherto neglected wards of the Government; second, the land interests of grant-holders, upon whose lands many of the Indians are located—the interests of settlers who are locating upon public lands long time held in possession by these Indians and claimed by them as their own. These interests are all-important, and, unfortunately, at present in serious conflict. The Indians, by virtue of long possession inherited from their ancestors, very naturally feel that their rights are being invaded and their lands wrested from them. Grant-holders regard the Indians as troublesome incumbrances upon their lands, and are anxious to have them removed, while the settlers are crowding in to make homes upon the lands to which they consider the Indians have no title, notwithstanding they are in actual possession. The adjustment of these interests has been too long neglected, but cannot be much longer without very serious consequences, and any adjustment left to the parties interested must result in disadvantage and disaster to the Indians, the weakest party. The one pressing want of these people now is land, on which they can cultivate their gardens, herd their stock, and feel secure in the possession of their homes. At every place I have visited, their homes are being invaded by settlers with their stock. In one settlement, Morongo, in San Bernardino County, the people have all been driven off at the point of the revolver. Everywhere the sad complaint is that their gardens are being invaded and their pastures consumed by the stock of settlers; the water turned away from their ditches to irrigate the gardens of those trespassing upon their lands; and they have no redress. And I know from observation that their complaints are but too true. This state of things cannot continue much longer without disastrous consequences. Either these helpless, non-resisting people will be driven from their lands as homeless wanderers, or will be exasperated to violent deeds of self-defense. Then we know what will follow. I cannot exaggerate the urgency of this case. Something must be done soon, or at least reliable assurances must be given that the Government will adjust difficulties. What can be done? In my judgment, it is no use to spend any more money or time in sending commissioners or agents to talk; Indians and settlers alike say they have had enough of this, and I feel I do not want to go again among that people without authority to do, or at least propose, something in the way of a speedy and safe settlement of these grave difficulties.

First may be considered the plan of a general reservation as a home for all the people. But, from all the facts in the case, in my judgment this is wholly impracticable. There is no body of lands in South California suitable for such reservation which could now be secured without great expense to the Government. The valleys of San Pasqual and Pala, in San Diego County, which were once set apart for a reservation would afford good homes for a large part of the people, *and ought to be restored to them.* The abolishment of this reservation four

ACC-HRA000174

years ago was secured by interested parties, through a shameful perversion and falsification of the real facts of the case at that time, and the Indians yet remaining in these valleys are being shamefully imposed upon by the settlers; but these lands would not be sufficient. But the chief difficulty in the way of a general reservation is that the Indians themselves are universally opposed to such a disposition. I could get but one expression from them on this point—most decided opposition. They are made up of the remnants of different tribes, speaking different languages, and do not want to live together. They are very strong in their claim and their attachment to their old homes. They could be put on a reservation only by force. Their universal plea is, "All we ask of the Government is sincerity and protection in our lands and homes, and we will take care of ourselves."

I feel encouraged that the first step has been taken already in the practical settlement of this difficult matter. In an interview with Mr. Wheeler, the surveyor of San Diego County, I learned that the order and instructions for the survey of these Indian occupations have been received from the Department, and that he was to enter at once upon the work. I trust a similar order has reached the surveyor of San Bernardino County. This is the first step in the right direction. I venture to recommend, as soon as these surveys are completed, certain townships, including the principal Indian settlements, be selected and set apart for exclusive Indian occupation; the Government to hold the lands, the Indians simply to occupy and be protected in their homes and all their rights as wards of the Government. There are so many of these settlements or occupations scattered all over these counties, that it would not be at all practicable to put them in possession of all the lands which they at present hold. Besides being thus left scattered about, their condition would be in no way bettered, nor could anything be done for their future improvement. But by giving possession on lands, including the larger and principal populations, these more scattered and straggling bands, left to the tender mercies of settlers and grant-holders, would soon be compelled to come within their own proper bounds in order to find homes at all. In selecting these lands, if you are willing to trust to my judgment, I will take the responsibility of the task. But I would recommend that a commission be appointed of two or three reliable citizens of each county, including the county surveyor, to assist me in that work. This would give better satisfaction to all concerned. But in my judgment the vital point in this whole matter is to secure the exclusive Indian occupation of these lands; hence I earnestly recommend a modification of the plan proposed by Commissioner E. C. Wetmore, viz, "to let the preemptions of the whites go on." If white settlers are permitted to remain on these lands set apart for Indian occupation, I cannot see that anything whatever can be gained in the settlement of these difficulties. If these pre-emptions are allowed to go on, most surely all these conflicts and difficulties will go on. What these people want, and what they ought to have, is just enough tillable land for their gardens and range for their stock. The Government should own and hold the lands, protecting them in all their rights of exclusive possession, so long as they occupy. To secure this, I recommend that the same commission appointed to select these lands be authorized to carefully estimate the value of all improvements of settlers and lands of grant-holders falling within these townships or sections selected for Indian occupation. Let them be paid a just remuneration for such lands and improvements, and vacate the lands selected. This can be done at no great expense to the Government, to the satisfaction of all, and all these conflicts ended forever. The action of this commission, of course, to be submitted to you and subject to your approval. I am sure this is the most practicable and efficient way of satisfactorily settling this complicated question. Its advantages are manifold.

1st. It will involve less expense to the Government than any other plan. Most of these larger Indian settlements are on public lands. The permanent improvements of settlers are of a cheap kind, which will cost but little.

2d. It will meet all just claims of grant-holders and settlers, so they need have no cause of complaint.

3d. It will meet the present and future wants of these Indians, by giving them exclusive and free possession of these lands. The Government still holding the title, they will feel secure in their homes, and can neither barter away their lands, nor be cheated out of them. They will be encouraged to build comfortable houses, improve their acres, and surround themselves with home comforts. The smaller scattered and straggling bands will be compelled to come onto their own lands. The sale of intoxicating liquors can be prohibited within the limits of the occupations, thus saving them largely from this terrible scourge, to which they are now everywhere exposed. Schools can be established among them, for which they are very anxious. Vigorous police regulations can be enforced in all the surrounding towns and cities, thus breaking up the vagrancy into which they have fallen. Their women could be taken from the streets and compelled to remain at their own homes, thus saving them from the vile prostitution into which they have been led by degraded white men in all these towns. Their men who engage in labor to earn wages can continue to do so, and farmers who depend upon such labor need not be deprived of it; only some means should be used to secure just payment of wages, out of which they are too often wronged. I am well satisfied that with these arrangements these people can in good time be made comfortable and happy, and will take care of themselves with comparatively little expense to the Government. They will need occasional help in the way of cheap agricultural

ACC-HRA000175

implements, seed, &c., and occasional distributions of blankets and warm clothing during the winter, especially for the old people.

Such are some of the desirable results I hope to see realized from the simple plan I venture to recommend.

All of which is respectfully submitted.

Waiting your further instructions, I remain your respectful and obedient servant,

D. A. DRYDEN,
*United States Special Agent.*

Hon. COMMISSIONER INDIAN AFFAIRS,
*Washington, D. C.*

Under a later date, Agent Dryden reports as follows:

In my communication of about one month ago I informed you of threatening difficulties with the Temecula Indians in San Diego County, in consequence of an effort of the owners of the Temecula rancho to eject them from lands which they have long occupied. On arriving here, on the 24th instant, I learned that the owners of said land had purchased from the fifteenth judicial district court of California a writ of ejectment empowering the sheriff of San Diego County to remove these Indians from off said rancho, and that he had commenced ejecting them on the 20th instant. Accordingly, I now find some three hundred of these Indians thrust out of their homes, and in a destitute and deplorable condition; also much exasperated and threatening hostilities.

OFFICE UNITED STATES INDIAN AGENCY,
*Round Valley Reservation, Mendocino County, California,*
*September 1, 1875.*

SIR: In compliance with the regulations of the Indian Department, I have the honor to submit the following as my third annual report as agent of this reservation. From a very carefully-taken census, we have, as near as we can possibly ascertain the number of Indians by tribes, now on this reservation 1,144, divided as follows:

| | Males under 5 years. | Males between 5 and 30. | Males over 30. | Males, total. | Females under 5 years. | Females between 5 and 18. | Females over 18. | Females, total. | Grand total. |
|---|---|---|---|---|---|---|---|---|---|
| Potter Valley Indians | 16 | 18 | 108 | 149 | 10 | 6 | 149 | 165 | 307 |
| Ukie Indians | 6 | 11 | 72 | 89 | 12 | 7 | 87 | 106 | 195 |
| Pitt River Indians | 3 | 2 | 24 | 29 | 1 | 5 | 30 | 36 | 65 |
| Red Wood Indians | 5 | 1 | 33 | 39 | 1 | 1 | 55 | 57 | 96 |
| Wylackie Indians | 2 | 7 | 62 | 71 | 13 | 7 | 81 | 101 | 172 |
| Concow | 5 | 8 | 58 | 71 | 4 | 8 | 66 | 78 | 149 |
| Little Lake | 2 | 10 | 58 | 70 | 4 | 7 | 79 | 90 | 160 |
| Total | 39 | 57 | 415 | 511 | 45 | 41 | 547 | 633 | 1,144 |

There are quite a number working on farms and engaged as herdsmen in this valley, also in the mountains near by, making in this vicinity not less than 1,200 Indians depending more or less on this reservation. The people of Healdsburgh, Sonoma County, and vicinity sent to me, and, through me, to the Commissioner of Indian Affairs, a very urgent petition requesting the removal of the Indians of that section to this reservation, but I have not as yet received any official orders concerning them. They should certainly be brought here as soon as possible.

The people of Lake County, including many of the most prominent men, petitioned to have the Indians there removed to this reservation, and I was officially authorized to remove them; but before I could possibly carry the order into effect it was revoked, greatly to the regret of the people of Lake County. The Indians near Ukiah, Mendocino County, and on Stoney Creek, Colusa County, have the same claims to the protection, care, education, homes, and training for usefulness and preparation for self-support as do any others. Indians who are running at large are becoming more and more degraded and dispirited, and are rapidly passing away without a home on earth or hope of heaven. In their case it seems literally true— "no man cares for my soul."

FARMING.

The estimated productions of the farm and garden are as follows: Wheat, 8,500 bushels; barley, 1,400 bushels; oats, 1,000 bushels; beans, 50 bushels; carrots, 400 bushels; corn,

15 IND

ACC-HRA000176

TAB 19



California D. 148

U. S. INDIAN SERVICE.

Mission Indian Agency,

Los Angeles Cal

March 27 1876

S. S. Lawson

U. S. Indian Agent.

SUBJECT.

Concerning public lands
to be set apart for Mission
Indians in San Bernardino
County Cal &c Thompson

See report to Comm'r May 11, 1876

Registered,

8/32

ACC0011221

# Mission Indian Agency,

Los Angeles, Cal March 27 1876

Sir

Recently I sent you a sectional list of public lands in San Bernardino County Cal. to be withdrawn from entry by Executive Order for the benefit of the Mission Indians in said County. I have just recieved from Mr. Perris the Surveyor another statement which he thinks to be more full and correct than the one first furnished. It is herewith enclosed for your consideration. If action has not already been taken on the statement previously sent it will be best to make the enclosed the basis of Executive Order. It is Very important that lands should be secured to these Indians in San Bernardino County - as they will be nothing benefited by the lands already set apart in San Diego County. The belong to a different tribe and will soon be landless unless the lands they now occupy can be secured to them

Very respectfully your
Obt Servt

Hon Commissioner
Indian Affairs
Washington
D.C.

d H Egan
U S agt Miss Indians

ACC0011222



# FRED. T. PERRIS,

## Civil Engineer and United States Mineral Surveyor,

San Bernardino, Cal. *Mch 16th* 1876

*Dryden Esq*

*Indian Agent*

*Dear Sir*

After my return home it occured
to me, that one or two sections in Cahuenga Valley
on which are Indian Villages, were omitted from your
list, because they were not "Cahuenga" or Soros. In
order to make sure of the matter I send you a
full list, so that you can include those villages
if you desire to do so. A Comparison of this with
the list you have will will show whether they
were omitted.

"Potrero"   N S R 1 E, supposed to be Sec 36  Unsurveyed land

"Mission"   "   "   "   3 E   "   "   12, 13 and 14  Unsurveyed land

"Agua Caliente"  E ½ of S. E ¼ and N. E ¼ of Sec 23, also all of Sec
14. T. 4 S. R. 4 E.

"Soros"   T. 7 S. R. 7 E, Sec. 2

"Village"   "   "   "   8 E.   "   16

"Cahuenga"   "   "   "   9 E.   "   6

ACC0011223



Village      T. 5. S. R. 8 6.   Sec 19
Village        "  "  "  "  30.      "  24.
       To the best of my recollection the above embraces
all the Indians in Cahyas & Cohuilla Valley. A
few families congregate at a water hole, and these
constitute the Villages in the above fild.
       I am about to start for the Colorado river in
a few days, but will be here by the time you
receive a reply from Washington.
                              Respectfully Yours
                              Fred T Ferris
                         U. S. Ret. & H County Surveyor

# TAB 20



California D. 768.

**U. S. INDIAN SERVICE.**

Mission Indiana Agency,

Los Angeles Cal

May 18th ... 187 ..

L A Dryden

U. S. Indian Agent.

**SUBJECT.**

Statement of facts or

report concerning survey

of lands for Mission

Indians —

**ACTION.**

File

Registered,

ACC0011225

## Mission Indian Agency,

Los Angeles, Cal May 17th 1876

Sir.

I deem it a duty to report to you certain facts in connection with the present aspect of affairs in this agency. In previous correspondence with Hon E.P. Smith former Commissioner in reference to setting apart certain unoccupied public lands for the use of these Indians. I gave it as my judgment that there was not sufficient of such lands to meet the wants of these Indians; and that such adjustment would not at all secure a settlement of the grave and perplexing difficulties existing between these Indians and the settlers and Ranch owners — I am now more than ever satisfied that it will not only not adjust the diff question but will increase and complicate the difficulties during the last three weeks I have spent most of the time in the Indian settlements at Pala, Potrero, Rincon, Gapich, Sajoya, Capitan, Granda etc with Mr. Wheeler who is now making surveys of these reserved lands. Every where the Indians are much dissatisfied. They insist that these lands are not sufficient for their gardens, fields, and Range for their stock. They complain that we are giving all the best lands of their old home steads to the settlers and Ranch holders and putting them off with the

ACC0011226

2 worthless fragments. And I must say there is but too much truth in this. It is but too true that the holders of large grants and the settlers have taken all the best of the lands hitherto held and occupied by these Indians. In some instances as at Pala. settlers have located and filed their claims of 160 acres in the very heart of their Gardens, and the few hundred acres left for the Indians are but the worthless fragments. At Temecula the Indians were last fall ejected from their homes and as yet there are no lands open to them. The lands set apart are all already occupied by the Indians and their stock on them. So there is not room for one half the Indians who ought to be provided for. This is the sad fact. So that while the lands thus secured are better than nothing; yet it will not settle the question. At least half of the Indians who have already and soon will be crowded of the lands they have always held and cultivated are left unprovided for. and exasperated with the conviction that they have been unjustly robbed of their lands and homes.

Another source of confused and exasperating diffi= culty arises from the Constant trespass of stock. These lands occupied by Indians lie contiguous to and interlocked with the lands of Grant holders and settlers. The Indians stock get onto their lands. and the stock and sheep of settlers devour the pasture of Indians. So there are constant altercations in which the Indians being the weaker generally have the worst of it.

ACC0011227

9/ Again Since it is understood that lands have been set apart for the Indians, Grant holders and settlers are the more disposed to crowd them off the lands they claim and which the Indians have hitherto occupied thus the tendency will be to crowd the two thousand and more Indians in San Diego County and all their stock onto these small reservations of public lands. This will be a great hardship and injustice and will lead to serious trouble As these Indians are becoming greatly exasperated over what they consider an unjust. and wholesale robbery and spoliation of their homes and lands. They are remarkably tenacious of their right to these homes and lands which they have so long held. Thus you see these lands secured are better than nothing, but at best will secure no real or permanent settlement or adjustment. of the question. The difficulties to be over come are radical, while the remedy is but partial and superficial. Had this step been taken two or three years ago. before these lands were taken up by settlers and Grant holders it could have met the case, as sufficient land could have been secured but now it can not. without either buying off settlers or by purchase or lease securing a large tract of land as a reservation for their people and

ACC0011228

4 their stock. And should the present Con=
gress adjourn without making appropri=
ation for this purpose. I fear there will be
serious trouble. And I don't see how it will
be possible for me to adjust the perplexing
difficulties which meet me on every hand.
Were I assured no such appropriation would
be made I should feel compelled to give up a
position which involves so much responsibility
and per perplexing difficulties and so little
means or power to meet them. My relation is
specially embarrassing and unsatisfactory with these
people. My sympathies are with them. I know they are
cruelly wronged. They come to me constantly with
troubles and appeals which I have no power to relieve.
You can rely on this as a statement of facts only a
very feeble indication of the real situation.
Enclosed I send you an article from the San Diego
Union which is a fair and correct statement of the case.
Is there any hope of anything more being done?

Very Respectfully your
Obedient Servant
L. A. Dryden
U. S. Ind. Agent

Hon. Commissioner
Indian Affairs
Washington
D. C.

ACC0011229

# THE DAILY UNION.

## The Mission Indians.

ACC0011230

ACC0011231

# THE DAILY UNION.

CITY AND COUNTY OFFICIAL PRESS.

**Wednesday, : : : : May 17, 1876.**

## The Mission Indians.

Since the excitement growing out of the removal of the Indians from the Temecula Rancho in September last, little has been said on the Mission Indian question. The Agent for these Indians, Rev. D. A. Dryden, has been actively at work ever since that time, and we are satisfied that he has done all that man can do under the circumstances. He has made himself personally familiar with the situation and wants of the Indians, and has given the authorities at Washington the fullest information on the subject. Some time ago the President made an order reserving certain public lands for the use of the Indian occupants, and lately Mr Dryden has been in the field with M. G. Wheeler, Deputy U. S. Surveyor, who is now surveying the tracts so reserved. When Mr. Dryden visited the city the other day we had some conversation with him relative to the Indian question, and we have obtained from him some information which fully confirms our previous opinion, that the reservation of public lands above referred to is but a *partial* and quite an inadequate step in the direction of a permanent adjustment of the Mission Indian problem. So far as it goes, the reservation of these lands will be beneficial: but it does not go far enough: it only provides for a small number of the Indians; while the majority remain in the same precarious, unsettled situation that they have occupied for several years past. Nearly everywhere the Indians express dissatisfaction with the reservation made for them, saying (as Mr. Dryden tells us) that "all the best lands are held by the white settlers and that the Indians are receiving only the worthless fragments." And it cannot be doubted that there is a great deal of truth in the complaint. The reservations cannot disturb locations already made by white settlers; and of course these locations always embrace the best lands. So that it will be easily seen that, save in localities where white settlement has not yet begun, the Government finds very little good land to give the Indians. At Temecula the Indians who were ejected last Fall remain still unprovided for; and that trouble—the most serious that has yet arisen—is to-day just as far from adjustment as ever. The outbreak that was *threatened* among these Indians last September, may become an actual thing if another Winter opens upon them in their homeless condition. And in other sections of the county the same

California. That appropriation ought to be made *now*—before Congress adjourns this Summer—so that the Indians can be located ere the Winter opens. We seriously assure the California members that it will be wise economy to act at once.

ACC-HRA000227

unprovided for; and that trouble—the most serious that has yet visited us—is to-day just as far from adjustment as ever. The outbreak that was *threatened* among these Indians last September, may become an actual thing if another Winter opens upon them in their homeless condition. And in other sections of the county the same state of affairs grows more and more pressing every day. The fact is, the Mission Indian problem cannot be solved by any *partial* methods; makeshifts will not meet the necessities of the case. These necessities are deep-seated and radical, as was conclusively and very clearly shown in the able report of Mr. Charles A. Wetmore nearly two years ago. The Mission Indians must be provided by the Government with permanent homes, the title to which should be held in trust for them, so that it cannot be alienated, and can only revert to the Government when the Indian occupation ceases. Now, a reservation of tracts of public land provides only for the Indians at present in occupancy of such lands; and this provision, as we have shown, is in most cases inadequate, because white settlers have already made their locations upon the very best portions of these tracts. We do not want the Government to disturb the white settlers; that would retard the development of the county and work hardship to the people. Nor can the Government confiscate private property for public use. It can indeed condemn such property upon payment of its proper valuation, but not otherwise; and it is questionable if such condemnation would, save in a very few cases, be good policy. Moreover, very large numbers of the Mission Indians are now living upon Mexican grants, from which they are liable to be ejected, as in the Temecula case, at any day. No provision at all is made for these Indians. It is clear that something more must be done, and done immediately, if this question is to have a peaceable and equitable settlement. It is worse than folly to imagine that the reservations now made can meet any of the real difficulties of the situation. We repeat, these reservations are of themselves inadequate to the wants of the small number of Indians living upon them. It will be impossible to crowd the two thousand and more Indians of this county upon these limited tracts. The attempt to increase the number upon any of these reservations would be the signal for very serious trouble. There is but one way to permanently and equitably deal with this question, and that is the purchase or lease by the Government of lands sufficient in capacity for the occupancy of all the Indians not provided for by the reservations that are now being surveyed. It must come to this sooner or later; and postponement means trouble, —trouble that will probably cost the Government one hundred dollars for every one that would have to be expended now. At the risk of being denounced as promoting a "job" (as we were denounced by certain witless San Francisco editors last year) we repeat now what we said then: It is the duty of Congress to make an appropriation sufficient to provide permanent homes for the Mission Indians of Southern

TAB 21

76

California I 644

Dept. Interior
July 13. 76

Discontinuance of
Special Agency for the
Mission Indians in
California, and direc-
tions respecting the
same

See letter to Dryden
July 13, 1876.
Agency discontinued
from July 31, 1876
M

ACC-HRA000233

W.M.
25

*Department of the Interior.*

*Washington, July 12, 1876.*

Sir:

In compliance with your recom-
mendation of the 11th instant, the Special
Agency for the Mission Indians in
California, will be discontinued from
and after the 31st instant.

You will please so inform the
Special Agent in charge, Mr. D. A.
Dryden, and you will also take such
measures as are proper and necessary
to secure to the Government the
public money and property which may
be in his possession on the date of
discontinuance,

Very

ACC-HRA000234

Very respectfully &c

Chas. T. Gorham

Acting Secretary.

The Commr.

of Indian Affairs,

ACC-HRA000235

TAB 22

No

406

I am in receipt of your letter by Department reference, dated 5 inst. in which for reasons stated, you ask that a new Agent be appointed in place of Harrison Fuller at the Senhi Agency, Idaho. In reply you are advised that C. H. Stowers? of Whitewater, Wisconsin, was appointed on the 12th inst. to succeed Mr. Fuller, and has been telegraphed to make preparation, as expeditiously as possible, to leave for his post of duty.

Div.
Idaho
Stevens.

The other matters in your communication will receive due consideration.

J. Q. Smith.

July 17. 1877.

C. P. Hoover & Co.
No. 1043. 9th St. City.
Gentlemen:

I am in receipt of five letters from you, two under date of June the 21st, one of July 10", and two of July the 11th 1877, respecting the claims of the heirs of Wm. McIntosh, the heir of Bryant Ward, and Mrs. Annie Bobdridge and Jane Ward heir of Owen Plunfell, for reservation under Cherokee treaties of July 8. 1814 and Feby 27th 1819.

Land
Union
R. 311. 170
" 316. 177
" 319.
Young

The claims purported to be forwarded with your letters of the above dates, to establish the title of your clients to reservations under said treaties have not been received at this Office, and you are notified to file the same, and upon the production of proof, proper action will be taken in the premises.

It does not appear from your letters who your clients are who claims to be heirs of Wm. McIntosh and Bryant Ward.

J. Q. Smith.

July 17. 1877.

390
413

J. G. Colburn
U.S. Indian Agent
Present.

Sir,

Having been designated by the Honorable the Secretary of the Interior as U.S. Indian Agent for the Mission Indians in Southern California, you are herewith furnished with instructions to guide you in the execution of the duties thereby devolving upon you. Questions will doubtless arise in your administration of affairs to which these instructions will not be applicable.

ACC-HRA000238

407

If your own judgment does not suggest some feasible plan of settlement you will submit to this office a statement of the matter in question, when special instructions thereon will be given you.

You will find the Mission Indians scattered mainly through San Diego and San Bernadino Counties, some cultivating lands which they have occupied for generations, but to which they have no title, others located on small tracts which have recently set apart for their benefit by Executive order, and a large number wandering among the settlements as homeless vagrants, of whom a portion have within two years been ejected by civil process from lands which up to that time they had considered their own. From all information in possession of this Office it appears that so long as these Indians have been in possession of lands they have supported themselves in comparative comfort, independent of any Government aid, whatever, and that the only assistance which they require is to be protected from encroachment and injustice on the part of White settlers, and to be put in secure possession of lands suitable for cultivation. To render assistance in these two directions, and these only is the sole purpose of the Office in appointing an Agent for the Mission Indians.

In establishing this Agency the usual objects viz: to feed, cloth, furnish stock and implements and provide employés to instruct the Indians are not contemplated. The danger of thereby producing improvidence and dependence would render it inadvisable while want of funds renders it impracticable to attempt any thing of the kind.

To secure for these Indians lands for permanent occupation, two methods have been proposed: 1st to set apart for their use such suitable public lands as are not yet taken up. 2nd to obtain a reservation large enough to accommodate all the Indians left unprovided for by the 1st method upon recommendation of your predecessor several small tracts aggregating about 68,000 acres were by Executive orders of Dec. 27" 1846, and May 15" 1877, set apart for Indian occupation. Of these about 5,000 acres were reserved to the public domain by Executive order of May 3" 1877, some of them having been already entered by settlers and others being State lands. Copies of the Executive orders above referred to are furnished you herewith. Of the lands thus withdrawn have been recently surveyed and tracing of the plate are enclosed herewith for your information. You will notice that the Surveyor has run two sets of lines, one in accordance with the Executive order, and the other to define the area which the best interests of the Indians require should be set apart. The changes of boundary thus proposed have not yet been proposed have not yet been made. You will in your journeys among the different "rancherias" give this matter special attention and report

ACC-HRA000239

as to its admissibility and feasibility. It will also be your duty to
select with great care and thoroughness a tract suitable in character
and extent to furnish a home upon which Mission Indians for whom
public lands cannot be found may support themselves by farming, the
same to be purchased or to be rented with privilege of purchase at
reasonable rates.

The great difficulty and delay which will doubtless
be experienced in securing from Congress an appropriation sufficient
to purchase the tract when selected as well as the large expense involved
make it imperative that strenuous efforts should be made at the earliest
possible day to have withdrawn from sale every available foot of vacant
arable land. To accomplish this will be your first duty. All
tracts thus found not included in those already set apart by Ex.
order should be promptly reported to this office and carefully des-
cribed, that Ex. order covering the same may be at once obtained.
If the tracts selected are upon surveyed lands you will describe
by legal subdivisions; if upon unsurveyed lands, describe the
location by some prominent natural object, or such other designa-
tion as will enable us to locate it upon the maps, and define the
limits by natural boundaries as far as possible. Before reporting
them to this Office they should be revised by search at the local
land offices to satisfy yourself that they have not previously
been entered, selected, or filed for. Sections 16 and 36 being that
lands cannot be withdrawn.

Several instances of intrusion by whites upon the
lands already set apart by Ex. order have been reported to this
office and should receive your early attention. In such cases,
which come under Section 2147 of Revised Stats, the intruders
should receive Official notification from you to leave. In case
of refusal the civil authorities should be called on to assist you
in making the removal. If the authorities decline and you deem
it inexpedient to attempt their removal by an Indian posse report
the matter forthwith to this office and steps will be taken by the
Department under section 2148 Revised Stats. to bring the matter
before the U.S. Court of that District.

In all your plans and efforts for these Indians, you
will bear in mind, that but a small and inadequate amount of
funds can be used for their benefit, and that your traveling and
incidental expenses must not exceed $1,000 during the current
fiscal year.

Should you be in the vicinity of San Gabriel
it will be well for you to call upon Genl. Stoneman with whom
some official correspondence has been had in regard to the

ACC-HRA000240

409

Div.  Mission Indians, and from whom you may derive valuable
California  information.
                                                    J. Q. Smith

                                                    July 17. 1877

John B. Clark.
  Present.
    Sir:
        In the claim of Rudolph Inminger for $2.193. in which you
appear as Attorney, additional testimony; as to the actual number of
horses lost, and as to the property carried away and the value thereof,
is desired.
        The fact of the depredation at the time alleged seems to be
established, but the testimony, except that of claimant's wife, is too
general, in fact it does not attempt to set forth the number of horses
stolen, the kind of property carried away, or to set a value upon
either.
        It is claimed that the loss sustained is $2.193. but beyond
the allegations of claimant and the testimony of his wife there
is nothing to show that the loss was so great.
        Witnesses Chase and Moloche both testify to living in the
neighborhood of claimant, and say they went in pursuit of the
Indians on the next day after the robbery, that they returned to
claimant's house on the following day, that they saw that the house
had been robbed &c &c. but they fail to give any value to the prop-
erty stolen or to number the horses driven away.
        The testimony which will cover the points named is desired
and when received the claim will be further considered.
                                                    J. Q. Smith.

Div.
Cheyenne
Redway

                                                    [illegible] 18. 1877
4.03
435    D.N. Marston
       U.S. Indian Agent
       Muskogee. Ind. Terr.
       Sir:
           Your communication of the 6th of [illegible] inst., [illegible]
port of the complaint of certain Shawnee Indians, is received.
       In the case of John Deshane the records either show either
that he had, before his death, sold all of his land, (or otherwise orig-
inally) excepting fifty acres, and that (Almeda Deshane, her
herself, and James Urken food and Eliza Flint, minors (by which)

ACC-HRA000241

TAB 23

# ANNUAL REPORT

OF THE

# COMMISSIONER OF INDIAN AFFAIRS

TO THE

## SECRETARY OF THE INTERIOR

FOR THE

## YEAR 1877.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1877.

ACC-HRA000242

REPORTS OF AGENTS IN CALIFORNIA. 35

ance, and much of success and satisfaction. I have met with firm support and bitter oppo-
sition. I have found just and true friends, and malicious enemies. My course and system
at San Carlos have been both praised and blamed, lauded and censured. I have neither
sought the one nor avoided the other, and when my worthy successor shall have relieved me
from the last responsibility connected with that agency, I shall rest content. As agent for
the San Carlos Indians I have sought to do my duty well. I claim nothing more than *duty
well done*. Had I done less I would have been unworthy of my position and trust. What-
ever may be the feelings of others, I am to-day proud of my work and record at San Carlos,
and with extreme satisfaction I shall transfer to my trusty successor one of the most impor-
tant positions on the Pacific slope.

I shall ever feel indebted to Mr. M. A. Sweeney for his faithful services throughout my ad-
ministration.

Very respectfully, your obedient servant,

JOHN P. CLUM,
*Late United States Indian Agent.*

The COMMISSIONER OF INDIAN AFFAIRS.

---

HOOPA VALLEY INDIAN AGENCY, CALIFORNIA,
*August* 24, 1877.

SIR: In compliance with circular-letter dated Office of Indian Affairs, Washington, D. C.,
July 10, 1877, I have the honor to report that the late agent, J. L. Broaddus, was relieved
May 9, 1877, and the reservation turned over to me in compliance with letter of instruc-
tions from E. C. Watkins, United States Indian inspector.

The reservation was and is now in a most dilapidated condition. The grist-mill has been
allowed to fall to pieces, and is useless. The saw-mill is much out of order. The fences
are greatly out of repair. Houses have fallen down for want of attention and repair. The
stock, consisting of horses, mules, and cattle, have been taken to Round Valley; such farm-
ing implements and tools as were not taken there were sold to citizens at a mere nominal
sum, viz, hay from 50 cents to $1.50 per ton, while the contract for the military post is $44
per ton; wagons, thrashing-machines, reapers, mowers, &c., in like proportion.

There are on the reservation about 427 Indians, as follows: men, 131; women, 167;
children, 129. The Redwood Indians, numbering about 40, left the reservation some time
ago, in consequence of the report that they were to be taken to Round Valley. The captain
of the band informed me, a few days since, that they intended returning this fall.

There are about 800 or 900 acres of good wheat-land, yet not an acre under cultivation;
also a large amount of fine grazing-land. I have no doubt but that this reservation could
be made self-sustaining in a very few years; it would be now, had it been properly man-
aged. The Indians are peaceable and well-disposed, and many of them are industrious and
willing to work. They complain bitterly about their stock and farming-implements being
taken away and sold to white men. I think if the stock is returned, and farming-implements
and grain supplied, we will be able to get in a good fall crop; this will have to be done at
once to insure success.

I recommend that Congress be asked for a liberal appropriation, that the reservation be
improved and placed in a good state of cultivation, farming-implements be supplied, the
buildings, mills, &c., be put in proper condition, and then with proper management I have
no doubt of its being a success.

I regret exceedingly that I cannot give a more favorable report; but can attribute its dis-
mantled and dilapidated condition to no other cause than misrepresentation, mismanagement,
and inefficiency of the agents who have been in charge for the past six years.

Very respectfully, your obedient servant,

RICH. C. PARKER,
*Captain Twelfth Infantry, Acting Indian Agent.*

The COMMISSIONER OF INDIAN AFFAIRS.

---

SAN BERNARDINO, CAL., *August* 15, 1877.

SIR: In submitting to you a report upon the condition and wants of the *Mission* Indians
of California, and in making some suggestions with respect to the manner in which the
Government may best fulfill what I understand to be its intention of placing them perma-
nently in possession of lands which they may cultivate as their own, I desire to say that the
time I have spent among them since my appointment as agent is so short that I can give
the Department but few facts concerning these Indians not already to be found in reports
and communications on file in your office. For the most part, the information contained in
such reports are verified by my observation.

ACC-HRA000243

The Mission Indians now number at most but a few thousand. I judge, from what I can learn, that the estimate of 4,000 or 5,000 is fully up to their real numbers. Not much more than a quarter of a century ago they are reported to have been five or six times as numerous. The diseases introduced among them with the white settlement of California, particularly small-pox, which has sometimes swept away entire communities at one visitation, have been the most effective agencies of their destruction. The restrictions upon their customary methods of living, and the limitation of the territory from which they drew their support, have done the rest. The present greatest curse to the race is bad whisky and the unscrupulous venders of it. A continuation for twenty-five years longer of the treatment which they have received in the twenty-five years that are past will so far complete the extermination of the Mission Indians that the only remnant will be found in strolling bands of vagrants and beggars, which will become a pest and nuisance to the white population. On the other hand, it is possible for the Government to preserve from destruction those who yet remain, to train them to habits of complete self-support, and ultimately, perhaps, to fit them for incorporation into the body of American citizenship, well prepared to discharge the duties and bear the burdens of citizens.

The Mission Indians have thus far always supported themselves without aid from the Government, and would not now need much care or attention but for one great and important fact upon which the duty of the Government arises and is established. That fact is, that the lands they have been accustomed to cultivate are nearly all taken from them for white settlements, so that they all become subject to the whims and interests of their successors in possession. The Government has formerly made and relinquished some excellent reservations of public lands on which they might have been located, and it still retains some small and inadequate reservations of comparatively little use and value. The Government still retains plenty of land which might be set apart for them, but none not occupied or disposed of has water upon it, or it is, in other words, mere desert, whose ultimate reclamation, if at all possible, is at least doubtful, and will be very expensive. In none of the rich valleys which they formerly occupied and cultivated do these Indians now own any land or possess the right to any water. They were long ago driven from the best places, and their last and present places of resort are now threatened, and, it is to be feared, cannot be preserved to them except in a few instances.

The Mission Indians may be divided, with respect to their condition and manner of living, into three classes. The first division may be defined as those who stay on or about the ranches or farms of white men, living by daily labor upon the farms, receiving, when they work, about one dollar per day. Most of the larger ranchmen have about them one or several families, whom they permit to build their slight houses on the corners of the ranch, or on grounds adjoining, and in addition allow the use of water sufficient to irrigate a garden, which such Indians often cultivate. These Indians do most of the ordinary work of the ranches, except when harvest-time, sheep-shearing, or some special season requires the employment of other help. They live more or less comfortably, as the proprietor of the ranch to which they are attached is a humane and just man, or hard-hearted and a cheat. They are not legal tenants; they cannot make legal contracts, or collect their wages by a suit at law, if for no other reason, because they have not the means to prosecute suits. The interests of the ranchman generally dictate treatment at least fair enough to prevent his Indians from moving away from him. This class of Indians is pretty large. They have no difficulty in securing enough food and comfortable clothing, and some of them have learned to be thrifty and prudent.

The second class is made of those who live in small communities, cultivating lands they have held for a long time and have been accustomed to call their own. At each village are gathered as many families as the natural supply of water will make comfortable. They desire above all else to be left in possession of these little villages, which are situated wherever a spring or small stream of water exists, scattered through a large tract of otherwise desert country. Thus they have a village at Potrero, twenty-five miles from here. Twenty miles in another direction is another village; fifteen miles farther another village, and so on. Till recently all these places were on unsurveyed public lands, and unclaimed. Now white men have set up claims of more or less valid character upon almost every acre of these lands, and they are liable to be taken away unless there is prompt and energetic action by the Government. Each Indian family at these villages has a house and cultivates a patch of ground, varying from one acre to four or five. A field of five acres cultivated by one family is rarely found. Fruit-trees and well-kept vines are not unusual. The Indian men plant their fields in the spring, give them a more or less thrifty cultivation till a season comes when they can get temporary employment on ranches, and then they leave their homes in charge of the squaws and old men, and go out to labor, very much as the young men in Canada flock over into "the States" in haying-time to work for the New England and New York farmers. A much greater number of the Mission Indians were formerly included in this class, and oftentimes the Indians described in the first class owned and cultivated the very lands where they are now only tolerated as day-laborers. They are very much attached to their homes. One Indian that I know has maintained a home in the Potrero, and for many years worked most of the time twenty miles away. He is as little willing to give up his Potrero house and field as any of his neighbors who live there con-

stantly. But now his home is threatened by a land-grabber who wants it for nothing. This second class of Indians are the ones now most especially needing the energetic care of the Government. The land-grabbers are after them, and an agent with seven-leagued boots could scarcely travel from village to village so fast as those Americans who are seeking a few acres of ground with a spring upon it, or moist lands where wheat and potatoes grow without irrigation, that may be pre-empted or taken up under the desert-land act. That such lands have been held by Indians and cultivated for nothing more than if they had been only homes for grasshoppers and cayotes. This seems to me a great and unpardonable vice in the law, that it treats as unoccupied, and subject to pre-emption, lands which have been in fact occupied and cultivated precisely as white men occupy and cultivate, and that, too, for more than one generation of living men. But for that vice of the law the Mission Indians would now be secure in their old possessions, and where their improvements and water-rights were wanted they would be bought and paid for instead of taken f r nothing in the name of law. I cannot learn at all accurately the number of this class of Indians, but do not suppose they can be more than one-third of all.

The third class is rather small, and includes those that hang upon the outskirts of towns, pass wistfully through the streets, seldom asking for anything, but silently begging with their longing, pathetic eyes. At times, when they can get whisky, the men are besotted brutes, and the women are generally prostitutes, though the family tie is still strong enough to keep squaw and papoose with the husband. With this class are some unmarried women who are prostitutes. This, which I will call the vagrant class, is not so large as I was prepared to find it; and I believe, from observation and from general report, that vagrancy is not a state into which the Mission Indians naturally or willingly fall. Except in the third class, I believe prostitution is almost or quite unknown, and that the virtue of women is quite as highly esteemed and as much practiced as among the most enlightened peoples. The Government, in treating practically the questions presented by the condition of the Mission Indians, will at first take little account of this third class, since nothing can be done for them till reservations have been provided on which they can be placed, by compulsion, if necessary. In making a permanent arrangement of reservations, however, the number of this class must be taken into consideration.

The desire of all these Indians in the second class is to be let alone in possession of what they now occupy, and without action by Congress the power of the Commissioner of Indian Affairs and the President can go no further in their behalf than to secure them in the holding of these lands in all cases where the law will permit. Each case must be considered and acted upon by itself, and when found necessary they will be so reported for action. A few years ago the claims of white men to Indian lands were so few that wise and firm executive action might have secured homes for all the Indians without aid of Congress; but it is useless in this case to take a gloomy survey of lost opportunities.

The first purpose of the Department is now to secure the Mission Indians permanent homes, with land and water enough, that each one who will go upon a reservation may have to cultivate a piece of ground as large as he may desire. This is nearly all the Government aid that will ever be asked or needed for these Indians; though, this purpose being accomplished, a small annual expenditure will be desirable to instruct rather than aid them in the way of self-support; and the question of assisting in the maintenance of schools may very likely arise. Assuming that the Government is to make the needed reservations, the question of how it shall be done becomes simply a practical business problem to be met in a practical business-like way, just as business men solve the problems and perplexities of their private affairs. How much land do the Indians require? Should they be placed upon one large reservation, or several small ones? Should lands, unoccupied by them at present, be purchased, or should attempts be made to keep them on the lands they now occupy? These and a multitude of similar questions will arise in the practical administration of any law or instructions of the Department looking to the accomplishment of the object in view, and they must all be decided in accord with the general rule that the business must be done so as to secure the best results with the least money. Nearly all these questions will be practical, arising as the business proceeds, and they cannot be raised or answered in advance. Therefore no law of Congress and no instructions from the Indian Office can provide against them, and it thus happens that it is impossible to make explicit and detailed recommendations as the basis of action.

For example, I think it may be practical and most advantageous for the Government to insist on retaining for the Indians the Potrero, Henia and Agua Caliente, and attempt to gather a large number of Indians upon them. This being under consideration, the practical questions come up as to the extent of rights that white squatters have acquired, the cost of extinguishing those rights, the capacity of the Potrero for an increased development of water, the feasibility of carrying the White Water River upon the Caliente reservation, and, after all, the cost and prospective success in comparison with a new purchase or some other different proposition. But an agent does not dare to make a specific recommendation, nor can he decide what would be best, for he is dealing with nothing but contingencies and hypotheses, and, having the responsibility of dealing with absolute facts, he might discover obstacles to carrying out his theoretical plan that he had never dreamed of.

The economical and satisfactory completion of the work desired by the Department requires,

ACC-HRA000245

it seems to me, that the plan of operation should be generally outlined, and then the execution of this general scheme and the determination of its details should proceed together. When the Government begins the actual work of securing homes for these Indians, its purpose must be executed through some agency having a wide discretion and considerable power for action directly intrusted to it. For every reason I am led to the conclusion that the object of the Government can best be attained in the following manner, which I respectfully submit to your consideration:

Congress to appropriate a sufficient sum, say not less than one hundred and fifty thousand dollars, for securing permanent reservations for the Mission Indians of California, and assisting them to settle thereon. This amount to be expended by a commission of five persons, of whom four shall be residents of California, the commission to serve without pay except traveling and other expenses. The commission would, no doubt, be appointed by the President, and their power could be as much restricted as Congress and the Department might deem necessary.

The general outline of their work should be defined, but in all matters of detail and actual business they should be left free, and given discretion and power to decide promptly and act finally. If the commission were chosen so as to include four men of wealth and good repute, residents of Southern California, and a fifth member were added, being selected perhaps from among the trusted officers of the Indian Office, having the entire confidence of the Government, the expenditure would no doubt be wisely made, and would be kept free from the taint of jobbery; and I do not believe that large transactions in this business, by or upon the recommendation of ever so honest and conscientious an agent, would be allowed to escape charges of fraud. The commission would visit the different Indian settlements, learn the Indians' desires and wants, examine reservations already made, settle questions of disputed rights or provide for their settlement, take measures for increasing and economizing water at such places as they might think judicious; and, by showing the possession of power to do something besides "writing to Washington," they would immediately command confidence and respect, which are now sadly diminished for Government commissions and agents from whose visitations the Indians cannot see that they have derived any benefit.

Martinez lives on lands not yet reserved, which white men are endeavoring to claim. He thinks if I am a "strong" and "true" agent I will give him a "paper" to show these white men and warn them off. If I decline to deceive him with a useless order, or if I give him an order which he finds the white men do not respect, he thinks I am not "strong" and "true," but he will always believe me a mere pretender unless I should be fortunate enough to secure the reservation of the Rincon before white settlers gain legal title to it. The "strength," as the Indian terms it, which no agent has, the commission would possess and use, and would, therefore, accomplish in a short time what I really believe can never be done if every proposition must be referred to Washington before action can be taken upon it. I will add that I am assured there are many men who would be willing to accept service on the commission, men just, honest, and, if not sentimental, at least practical, friends of the Indians.

The most northerly bands of the Mission Indians, I have reason to hope, may be provided for without great expense by a readjustment of reservation limits and some outlay in developing the water supply. What disposition may be made of the more southerly bands I am not yet able to suggest, but as soon as I can obtain the necessary information, by personal visits and otherwise, I shall report as fully as possible what facts I obtain and such conclusions as I may have reached. I have not a doubt but such a commission as I have suggested would find a practical and satisfactory method of dealing with them all, and, by an expenditure not greater than I have indicated, secure homes for all.

For the use of the more southerly of the Indians, propositions have been made to sell certain ranches to the Government. Should such a purchase become necessary, I have no doubt the commission, with cash in hand, would save many thousands of dollars over what the same lands could be obtained for by a contingent bargain this year to be executed next. There are many considerations, however, which I think would determine the Government to make several small reservations in place of one large one. The opportunity of securing land enough in one body with sufficient water for all may not arise, and the need of the white settlers to employ Indians, and the benefit of such labor to the Indians, admonishes that the reservations be located with a view to rendering communication between the Indians and those who would employ them not too difficult, for they will not, probably, be able to gain a livelihood entirely upon any reservations that can be made, but must depend to some extent, as heretofore, upon daily labor for a part of each year on the ranches of white farmers, who would also get on badly if deprived of the privilege of employing laborers from among the Indians.

Very respectfully, your obedient servant,

J. E. COLBURN,
*United States Indian Agent.*

The COMMISSIONER OF INDIAN AFFAIRS.

ACC-HRA000246

TAB 24

San Bernardino, Cal.

Aug. 24, 1877.

Hon. J. Q. Smith,
    Comr of Indian Affairs,

Sir:—

I have the honor to call to your attention the need of adding to certain reservations heretofore made for the Mission Indians, by setting apart contiguous Public lands, which, for some cause were omitted in designating the reservations already reserved.

The "Agua Caliente" and "Rincon" situated near the San Jacinto Mountain, about twelve miles from the Eastern end of San Gorgonio pass, properly constitute one Indian reservation, & should have been set apart together. The Agua Caliente is a warm spring which issues from a muddy basin about twenty-five feet across, from which flows a very small stream of water, sufficient in quantity to irrigate a dozen acres of land, & perhaps, if well economized a little more. Its tempera-
        -ture

ACC0010137

Cahuilla. It is also said to contain some mineral, probably iron, soda, & Sulphur in solution. Its location is on Section 14 of Township 4 South Range 4 East. Which Section, with about three eighths of No. 22. comprises the present Reservation. On a corner of Sec. 22, there is a little water at some seasons of the year, while snow remains on the Mountains above, but it fails during a part of the year, & the Indians only succeed in raising a few things by very early planting. To the East of Sec. 14, is Sec. 13. of which the West half lies between the reservation & the Mountain.

The "Rincon" lies about four or five miles almost directly South of the Spring, in the angle made between two Spurs of the San Jacinto Mountains Nearly as I have represented in the rough sketch below.



Sands

World of San Gorgonio Pass

Desert

San Jacinto Peak    Sands    Agua Caliente

Rincon

N

The water above the rocky, mountainous cañon, is mostly sinks, before it reaches arable soil; but several families live in the cañon & cultivate as much ground as they can get water for irrigating. Altogether, on the Agua Caliente & Rincon, about twenty families find homes. The Rincon should be added to the Reservation with all the sections of land, & fractional sections included between it and Caliente, & bounded by the spurs of mountains running northward & south of each from Rincon, and by a line drawn from the point of one spur to the point of the other. Said tract is partly unsurveyed, or is no longer marked so that the sections can be positively designated, but the following probably include all that need be reserved. Township 4 S. 4 E. Secs. 1, 2, 10, 11, 12, 13, 14, 15, 22, 23, 24, 25, 26, 27, 34, 35. Town. 4 S. 5 E. Secs. 7, 17, 18, 19, 20, 28, 29, 30, 31, 32. Town. 5 S. 4 E. Secs. 1, 2, 3, 10, 11, 12, 13, 14, & 15.

This seems to be a large Reservation but it is by no means so, since none of it is fit for pasturage, and none can be cultivated except the few acres that [red]

ered at the Cañon & at the spring.

I recommend the reservation of the whole because there are a thousand acres more or less that could be cultivated if water could be brought upon it.

In a general report which I design to make hereafter, I shall state the possible means of watering this reservation, and placing upon it a large number of Indians at less cost than purchasing a body of land from private parties. White men have already taken notice of the advantages of the Rincon, and therefore I would respectfully urge a compliance with the earnest wishes of its present inhabitants, that it be reserved.

No private claim will be disturbed by this reservation, so far as my opportunities for information have made known. A white man has squatted on the edge of R.S., only a few yards from the spring, and keeps a little shop for trade. He has so little & says he is only waiting to see if the Government abandons the Reservation, in which case he will file a claim for the spring. His "improvements" are a board house that

(may

have cost a hundred dollars, or a little more. The Indians report that he brings whiskey in barrels & sells it to them, & there is little doubt that he obtains in that way, all the money brought home by the Indians when they go "inside" to work for the whites.

His place should be included in the reservation, so that the Government could look after his trade. He cannot get a drop of water even to drink without trespassing on the Reservation. He has no right established, either legal or equitable.

The nearest white family is twelve miles, or nearly, in the Mouth of the San Gorgonio Pass, & no settlement can be made on any place nearer the proposed reservation.

Your obdt. servant

J. E. Colburn,

U.S. Indian Agent

ACC0001141



California M 690

J. C. Colburn,
San Bernardino Cal.
Aug. 24, 1877

Calls attention to med
of adding certain lands
to mission Reserve.

Bell

See report to Sec'y

Sept 7, 1877.

San Bernardino Cal.
Aug. 24, 1877.

Hon J. Q. Smith
Commr of Indian Affairs.

Sir:—

I have the honor to call to your attention the need of adding to certain reservations heretofore made for the Mission Indians by setting apart contiguous Public Lands which for some cause were omitted in designating the sections already reserved.

The "Agua Caliente" and Rincon situated near the San Jacinto mountain, about twelve miles from the eastern end of San Gorgonio Pass, properly constitute one Indian reservation and should have been set apart together. The Agua Caliente is a warm Spring which rises from a muddy basin about twenty five feet across from

ACC0011233

2



which flows a very small stream
of water sufficient in quantity to
irrigate a few acres of herself, and
perhaps if well economized a little
more. Its temperature is reported
to be about 100 degrees Fahrenheit.
It is said also a certain south
minerals probably more sulphur rises,
sulphur, as a medium. Its location
is on Section 14 of Township 4 South,
Range 4 East which Section with
about the eighth of Sec 22 comprise
the present reservation. On a
corner of Sec 22 there is a little water
at some seasons of the year which now
rising on the reservation above
but a few feet drained a part within
your and the Indians only
succeed in raising a few things
by very early planting. In the
last of June or September by which
the most fall lies between the river
and the mountains.

The Pacon lies about four or
five miles around and to south
of the Springs as the Indians make
between two spurs of the San Jacinto
mountains made as I have
represented in the rough sketch which

The water comes from a rocky precipitous ravine, and must be used before it reaches arable soil, but several families live in the angles of the mountains, and cultivate as much ground as they can get water for irrigating. Altogether on the Agua Caliente and Rincon about twenty families find homes in the Rincon, should be added to the reservation with all the Section of land, and fractional Sections included between it and Caliente, and bounded by the spurs of mountains running northward and north of east from Rincon, and by a line drawn from the point of one spur to the point of the other. This tract is partly unsurveyed, or is no longer marked so that the sections can be positively designated, but the following probably include all that need be reserved. Township 4 S, 4 E, Secs. 1, 2, 11, 12, 13, 14, 15, 22, 23, 24, 25, 26, 27, 34, 35. T. 4 S, 5 E, Secs. 7, 16, 18, 19, 20, 28, 29, 30, 31, 32. T. 5 S, 4 E, Secs. 1, 2, 9, 10, 11, 12, 13, 14, and 15.



... and ... a little shop for trade. He has no title, and only ... to see if the Government abandons the reservation, in which case he will file a claim for his ... this improvement is a board house that may have cost a hundred dollars or a little more. The Indians report that he brings whiskey in barrels and sells it to them, and there is little doubt that he obtains in this way all the money brought home by the Indians where they go "inside" to work for the whites. The place should be included in the reservation, so that the Government could look after his trade. He cannot now get a drop of water even to drink without ... upon ... of the reservation. He has the right established either legal or equitable ...

The nearest white family is twelve miles or more, in the mouth of the San Gorgonio pass and no settlement can be made on any place ... the proposed reservation ...

ACC0011237

TAB 25

249

Miles, for their joint consideration and investigation.

Very respectfully,

Your obt. Servant,

J. F. Smith,

Commr.

"Thompson"

Department Interior,
Office Ind. Affairs.
December 22 1875

Hon. Secretary Interior,

Sir,

I have the honor to acknowledge the receipt by reference from the Department, of a letter dated the 15th instant (with three enclosures) from the Hon. Acting Solicitor of the Treasury, in relation to premises that have been cut off from Indian Reservations and sold as alleged by parties whose names are given.

One of the parties supposed to be complicated in these transactions, being connected with the Indian Service, at the suggestion of the Chief of the Secret Service division of the Treasury, the matter has been referred to this Department before taking further action thereon.

I return herewith the papers and respectfully suggest that the Hon Solicitor of the Treasury be requested to have the investigation of that Department continued, to the end that if any officer or employee of the Indian Service has been guilty of misconduct he may be properly punished.

Very respectfully,

Your obt. Servant,

J. F. Smith.

Commr.

"Raper"

Department Interior,
Office Ind. Affairs
December 22 1875

Hon. Secretary Interior,

Sir,

I have the honor to state under office instructions D. A. Dryden, U.S. Indian Agent for the Mission Indians under date of Dec. 7 1875, has submitted a list of lands in San Diego County, California, which he has selected as suitable for homes for the Mission Indians, and

ACC-HRA000205

250

inasmuch as these Indians have been very much disturbed lately on account of settlers taking possession of their gardens and homes and ejecting them therefrom, and as said lands have been lately surveyed and subject to entry, I would respectfully recommend that the President be requested to issue an order withdrawing them from sale and setting them apart as Indian reservations for the use and occupancy of the Mission Indians of California.

The following is a schedule of these lands—

Sections 16, 23, 25, 26, 30, 31, 32, 33, 34, 35, 36 and fractional
Sections 17, 18, 19, 20, 21, 22, 27, 28 and 29 of Township 10 S. R. 1 E. ✓
Sections 21, 26, 27, 28, 33, 34, 35 and 36 of Township 7 S. R. 2 E.
Sections 26 & 35, both inclusive    Township 7 S. R. 3 E.
Sections 1, 2, 3 & 4    Township 8 S. R. 2 E
"  2 3 4 5 & 6    "  8 S R 3 .
"  25 26 27 34, 35 & 36    14    Township 14 S. R. 3 E.
Sections 31 and 32    Township 14 S. R. 3 E.
"  1 2 3 4 5 6 7 8 9 and 10    "  15 S R 2 E.
"  5 and 6    Township 15. S. R. 3 E.
S ½ Section 21
N W ¼ and E ½ Section 28    T. 11 S. R. 2 E
Sections 23, 26, 27
Sections 25, 26, 27, 28, 33, 34, 35, 36 and fractional
Sections 29, 30 and 32    Township 11. S R. 3 E.
"  3, 10, 14 and 15 and fractional section 13 Township 12 S
R 2 E
Section 1, 2, 12 and fractional section 3, 4, 10, 11, 16 and 14
Township 12. S. R. 3 E.  N E ¼ Section 33 and N ½ of the N ½
Section 34 Township 9. S. R. 2 W. N E ¼ Section 23. S W ¼
Section 24, W ½ Section 30 and E ½ Section 31 Township 10. S R 3 E.
Section 13 Township 16 S. R. 18
N E ¼ Section 35 Township 13. S R. 2 E.
N ½ of N E ¼ Section 25 T. 13. S. R. 3 E. all of San
Bernardino Base and Meridian.

The draft of such an Executive Order is herewith
respectfully submitted.

Very respectfully,
your obt. Servant
J. Q. Smith,
Comm

Thompson

TAB 26

119

S ½ of section 8. Township 17 south of Range 18 East in Kansas containing 320 acres, the same being the lands allotted to said reservee.

The deed is not executed in strict conformity with the rules and regulations prescribed by the Department on the 29th of December 1869 in that the certificate of the officer before whom the deed was acknowledged does not specify the payment of the consideration in lawful money of the United States. But in asmuch as the sworn certificate of the officer states that the grantor is an educated man and that at the date of the acknowledgment he stated that the consideration mentioned "in the deed had been paid in full by W. E. Crum" the grantee, I respectfully recommend that in this instance the rules be relaxed and the deed approved by you as a sufficient conveyance

Very respfly &c
S. A. Galpin
Actg Comr

Dept Interior
Office Indian Affrs
May 11th. 1876

Hon Secretary Interior,
Sir:

Referring to office report of Dec 22nd 1875, submitting a list of public lands in San Diego County, California selected by D. A. Dryden Special U. S. Indian Agt as suitable for homes for the Mission Indians, which lands have since been set apart and reserved for Indian purposes by the President, I now have the honor to submit a list of lands in San Bernardino County, California, selected for the same purpose in addition to the foregoing and reported to this office by Agent Dryden. March 27, 1876

I respectfully recommend that the President be requested to issue an order withdrawing them from sale and setting them apart as Indian reservations for the use and occupancy of the Mission Indians of California

The following are the lands in question, vez:
"Portero" T. 2. S. R. 18 section 36
"Mission" T. 2 S. R. 3 E. sections 12, 13 and 14.
"Agua Caliente" T. 4 S. R. 4 E. Section 14 and S ½ of S. E ¼ + N. E ¼ of S... 02
"Jonos" T. 7 S. R. 7 E. Section 2
Village T. 5 S. R. 8 E. Section 16
"Cabazons" T. 7 S. R. 9 E. Section 6
Village T. 5 S. R. 8 E. Section 19
Village T. 5 S. R. 7 E. Section 20

ACC-HRA000218