CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax: (303) 443-7776

DAVID J. MASUTANI (CA Bar No. 172305)
dmasutani@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al,.<br><br>Defendant. | **CASE NO.:** ED CV 13-00883-JGB-SPX<br><br>**JUDGE:** Jesus G. Bernal<br><br>**APPENDIX OF EVIDENCE IN SUPPORT OF AGUA CALIENTE BAND OF CAHUILLA INDIANS' MOTION FOR SUMMARY JUDGMENT PHASE I**<br><br>**Hearing Date:** February 9, 2015<br>**Time:** 9:00 A.M.<br>**Courtroom:** 1<br><br>**Action Filed:** May 14, 2013 |

APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S MSJ

4071755.1 -- N1431.1

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the attached Appendix of Evidence in Support of Agua Caliente Band of Cahuilla Indians' Motion for Summary Judgment on Phase 1 Issues is being provided to the Court today as part of the evidence notebook required by the Court's order. The index identifies the 39 documents that were electronically filed and served as "Appendix Parts 1-17" on October 21, 2014.

DATED: October 22, 2014

KILPATRICK TOWNSEND & STOCKTON, LLP

NATIVE AMERICAN RIGHTS FUND

ALVARADOSMITH, APC

By:  /s/ David J. Masutani
DAVID J. MASUTANI
Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

United States District Court
Central District of California (Eastern Division - Riverside)
CIVIL DOCKET FOR CASE #:
5:13-cv-00883-JGB-SP

*Agua Caliente Band of Cahuilla Indians v. Coachella Valley Water District et al*

## Evidence in Support of Agua Caliente Band of Cahuilla Indians Motion for Summary

| TAB | DESCRIPTION | BATES RANGE |
|---|---|---|
| 1 | Executive Order of May 15, 1876. | LHR0000916 - LHR0000917 |
| 1 | Executive Order of September 29, 1877. | LHR0000916 - LHR0000917 |
| 2 | Map of Agua Caliente Reservation. | ACC0022718 |
| 3 | LOWELL JOHN BEAN, MUKAT'S PEOPLE: THE CAHUILLA INDIANS OF SOUTHERN CALIFORNIA (Berkeley: University of California Press, 1972) (1972). | ACC0005220 - ACC0005531 |
| 4 | LOWELL J. BEAN, SYLVIA BRAKKE VANE & JACKSON YOUNG, THE CAHUILLA LANDSCAPE: THE SANTA ROSA AND SAN JACINTO MOUNTAINS (Lowell Bean & Sylvia Brakke Vane, eds., Ballena Press 1991) (1991). | ACC0002487 - ACC0002617 |
| 5 | FRANCISCO PATENCIO, STORIES AND LEGENDS OF THE PALM SPRINGS INDIANS (Margaret Boynton, ed., Times-Mirror 1943) (1943). | ACC0005345 - ACC0005420 |
| 6 | William Duncan Strong, *Aboriginal Society in Southern California*, 26 AMERICAN ARCHAEOLOGY AND ETHNOLOGY (1929). | ACC0004589 - ACC0004793 |
| 7 | DAVID P. BARROWS, THE ETHNO-BOTANY OF THE COAHUILLA INDIANS OF SOUTHERN CALIFORNIA (University of Chicago Press 1900) (1900). | ACC-HRA001468 - ACC-HRA001557 |
| 8 | LOWELL J. BEAN, ARCHAEOLOGICAL, ETHNOGRAPHIC, AND ETHNOHISTORIC INVESTIGATIONS AT TAHQUITZ CANYON, PALM SPRINGS, CALIFORNIA (Jerry Schaefer and Sylvia Brakke Vane, eds., Cultural Systems Research, Inc. 1995) (1995). | ACC0006481 - ACC0007051 |
| 9 | LOWELL J. BEAN AND KATHERINE SIVA SAUBEL, TEMALPAKH: CAHUILLA INDIAN KNOWLEDGE AND USE OF PLANTS 201-210 (Malki Museum Press 1972) (1972). | ACC0019197 - ACC0019289 |
| 10 | BENJAMIN D. WILSON, THE INDIANS OF SOUTHERN CALIFORNIA IN 1852 (John Walton Caughey, ed., Huntington Library, 1952) (1852). | ACC0021182 - ACC0021372 |
| 11 | John R. Brumgardt & Larry L. Bowles, *People of the Magic Waters: The Cahuilla Indians of Palm Springs* (ETC Publications: Palm Springs, California, 2007) (2007). | ACC0002177 - ACC0002308 |
| 12 | A.L. Kroeber, *Ethnography of the Cahuilla Indians,*. 8 no. 2 UNIV. OF CA PUB. IN AMERICAN ARCHAEOLOGY AND ETHNOLOGY (1908). | ACC-HRA002239 - ACC-HRA002318 |
| 13 | RACHEL DAYTON SHAW, EVOLVING ECOSCAPE: AN ENVIRONMENTAL AND CULTURAL HISTORY OF PALM SPRINGS, CALIFORNIA, AND THE AGUA CALIENTE INDIAN RESERVATION, 1877-1939 (University of California, San Diego 1999) (1999). | ACC0003741 - ACC0004136 |

| TAB | DESCRIPTION | BATES RANGE |
|---|---|---|
| 14 | Lando, Richard & Ruby E. Modesto, *Temal Wakhish: A Desert Cahuilla Village*, 4 JOURNAL OF CALIFORNIA ANTHROPOLOGY (1977). | CVWD 1169-001 - CVWD 1169-019 |
| 15 | HARRY M. QUINN, OBSERVATIONS ON THE CAHUILLA INDIANS-PAST AND PRESENT 64 (Coachella Valley Archaeological Society 2007) (1997). | ACC0001987 - ACC0002066 |
| 16 | Lowell John Bean and William M. Mason, *The Romero Expeditions, 1823-1826; Diaries and Accounts of the Romero Expeditions in Arizona and California* (Palm Springs Desert Museum 1962) (1893). | ACC0025055 - ACC0025189 |
| 17 | Ames Report, House, *Mission Indians of So. Cal.*, 43d Congress, 1st session, Oct. 28, 1873, H. Ex. Doc. 91, serial 1607. | ACC-HRA000122 - ACC-HRA000137 |
| 18 | Report of D.A. Dryden to Commissioner of Indian Affairs, June 30, 1875, ARCIA 1875. | ACC-HRA000173 - ACC-HRA000176 |
| 19 | Letter from Dryden to Acting Commissioner, March 27, 1876, Letter D-148, Roll 48, M234. | ACC0011221 - ACC0011224 |
| 20 | Letter from Dryden to Commissioner, May 17, 1876, Letter D-238, Roll 48, M234. (Original version of news clipping not legible, so an additional version has been included.) | ACC0011225 - ACC0011231 ACC-HRA000227- ACC-HRA00228 |
| 21 | Letter from Colburn to Commissioner Smith, July 12, 1876, Letter I-644, Roll 48, M234. | ACC-HRA000233 - ACC-HRA000235 |
| 22 | Letter from Commissioner Smith to Agent Colburn, July 17, 1877, Roll 136, M21, 406-407. | ACC-HRA000238 - ACC-HRA000241 |
| 23 | Colburn Report to Commissioner Smith, August 15, 1877, ARCIA 1877, 35-38. | ACC-HRA000242 - ACC-HRA000246 |
| 24 | Colburn Report to Commissioner Smith, August 24, 1877, Letter M-690, Roll 49, M234. | ACC0010137 - ACC0010141 ACC0011232 - ACC0011237 |
| 25 | Commissioner Smith letter to Secretary of the Interior, December 22, 1875. | ACC-HRA000205 - ACC-HRA000206 |
| 26 | Letter from Galpin to Secretary of the Interior, May 11, 1876, Roll 28, M348, 119-120. | ACC-HRA000218 - ACC-HRA000219 |
| 27 | Letter from Kelsey to Commissioner, Jan. 3, 1907. | ACC-HRA000874 - ACC-HRA000890 |
| 28 | Secretarial Order of Feb. 2, 1907. | ACC0022713 - ACC0022717 |
| 29 | 1907 Report to Commissioner of Indian Affairs. | CVWD 563-001 - CVWD 563-203 |
| 30 | May 9, 1907 Letter from Larrabee to Secretary of the Interior. | ACC-HRA000930 - ACC-HRA000931 |
| 31 | Deeds from Barney. | ACC0022727 - ACC0022728 ACC0022739 - ACC0022730 |
| 32 | Relevant land patents. | ACC0022719 - ACC0022721 ACC0022722 - ACC0022726 ACC0022731 - ACC0017375 |

| TAB | DESCRIPTION | BATES RANGE |
|---|---|---|
| 33 | CVWD 2010-11 Annual Review. | CVWD 151-001 - CVWD 151-020 |
| 34 | A.L. Kroeber, *Handbook of the Indians of California*, reprint of 1925 ed. (Berkeley: University of California Press, 1972). | ACC-HRA002765 - ACC-HRA002805 |
| 35 | Stanley Report to Commissioner of Indian Affairs, Sept. 30, 1869. | ACC-HRA000113 - ACC-HRA000116 |
| 36 | William H. Ellison, "The Federal Indian Policy in California, 1846-1860," *Mississippi Valley Historical Review* 9, no. 1 (June 1922). | ACC-HRA002148 - ACC-HRA002179 |
| 37 | http://www.bia.gov/WhoWeAre/RegionalOffices/Pacific/WeAre/ | |
| 38 | TREATY WITH THE SAN LUIS REY, ETC., U.S.- SAN LOUIS REY, KAH-WE-AS, AND THE CO-COM-CAH-RAS TRIBES OF INDIANS, January 5, 1852. | ACC-HRA000026 - ACC-HRA000029 |
| 39 | *See* Report by Lt. William Winder to Capt. H.S. Burton, April 29, 1856. | ACC-HRA000054 - ACC-HRA000056 |