RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone:  (951) 686-1450
Facsimile:  (951) 686-3083

Attorneys for Defendant
DESERT WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>                    Plaintiff,<br><br>          v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>                    Defendants. | Case No.  CV 13-00883-JGB (SPx)<br> Judge:     Hon. Jesus G. Bernal<br><br>DESERT WATER AGENCY'S APPLICATION FOR LEAVE TO FILE SINGLE CONSOLIDATED BRIEF EXCEEDING PAGE LIMITS; PROPOSED ORDER<br><br>Action Filed:   May 14, 2014<br>Trial Date:      Feb. 3, 2015 |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA  94596

01358.00008\9395558.1

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2OO I N. MAIN STREET, SUITE 39O
WALNUT CREEK, CA 9459G

1

2

## APPLICATION

3      Defendant Desert Water Agency ("DWA") requests leave to file a single

4   consolidated brief exceeding page limits in opposition to the motions for summary

5   judgment of the Agua Caliente Band of Cahuilla Indians ("Tribe") and the United

6   States, rather than filing two separate briefs in opposition to the motions, each of

7   which does not exceed page limits.  The total amount of pages that DWA provides

8   in its opposition to the motions will be the same regardless of whether it files a

9   single consolidated brief or two briefs, but for reasons expressed below DWA

10  believes that it appropriate that it file a single brief rather than two briefs.  DWA's

11  brief is due on November 21, 2014.

12

13      The Tribe and the United States have filed separate motions for summary

14  judgment.  DWA is authorized to file two briefs in opposition to the motions, one

15  brief in opposition to each motion.  Under this Court's Standing Order No. 9(b),

16  each brief cannot exceed 25 pages.  Thus, DWA has the right to file two briefs in

17  opposition to the Tribe's and the United States' motions for summary judgment that

18  do not exceed a total of 50 pages for both briefs.

19

20      Rather than filing two briefs not exceeding a total of 50 pages, DWA

21  requests leave to file a single consolidated brief, not exceeding 35 pages, in

22  opposition to both the Tribe's and the United States' motions for summary

23  judgment.  The reason for DWA's request is that many of the Tribe's and the

24  United States' arguments are similar and overlapping, and thus it would be

25  unnecessarily duplicative for DWA to file two separate briefs addressing many of

26  the same issues.  Rather, DWA believes that it would be more expedient and

27  efficient if DWA files a single, consolidated brief addressing the arguments in both

28  motions filed by the Tribe and the United States.  Also, the Court presumably

would prefer to read a single, consolidated brief addressing the arguments in both motions, rather than two briefs addressing many of the same issues.  The total amount of pages that DWA provides in its opposition to the motions would be the same regardless of whether DWA files a single consolidated brief or two briefs.  The question is simply whether DWA should be allowed to file a single consolidated brief exceeding page limits that addresses the arguments in the motions filed by the Tribe and the United States, or instead should file two briefs addressing the same issues, each of which would comply with page limits.  For reasons expressed above, DWA believes that it is more appropriate to file the single consolidated brief.

On October 31, 2014, DWA contacted counsel representing the other parties in the case—the Tribe, the United States, and Coachella Valley Water District—with a request that they indicate whether they oppose or do not oppose DWA's request for leave to file a single joint brief exceeding page limits, not to exceed 35 pages, in opposition to the Tribe's and the United States' motions for summary judgment.  To date, none of the counsel for the parties have responded.

## CONCLUSION

DWA respectfully requests leave to file a single joint brief, not exceeding 35 pages, in opposition to the motions for summary judgment filed by the Tribe and the United States.

Dated:  November ___, 2014

By:   /s/ *Roderick E. Walston*
RODERICK E. WALSTON
ARTHUR L. LITTLEWORTH
PIERO C. DALLARDA
Attorneys for Defendant
DESERT WATER AGENCY

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2OO I N. MAIN STREET, SUITE 39O
WALNUT CREEK, CA 94596

APPLICATION FOR LEAVE TO FILE BRIEF
EXCEEDING PAGE LIMITS
CV 13-00883-JGB (SPX)

**[PROPOSED] ORDER**

For good cause shown, defendant Desert Water Agency is granted leave to file a single joint brief, not exceeding 35 pages, in opposition to the motions for summary judgment of the Agua Caliente Band of Cahuilla Indians and the United States.

_____
Judge, Federal District Court

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

ORDER
CV 13-00883-JGB (SPX)