UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No. CV 13-00883-JGB (SPx)<br>Judge: Hon. Jesus G. Bernal<br><br>[PROPOSED] ORDER<br><br>Action Filed:  May 14, 2014<br>Trial Date:    Feb. 3, 2015 |

For good cause shown, defendant Desert Water Agency is granted leave to file a single joint brief, not exceeding 35 pages, in opposition to the motions for summary judgment of the Agua Caliente Band of Cahuilla Indians and the United States.

_____
Judge, Federal District Court