1    RODERICK E. WALSTON (Bar No. 32675)
     roderick.walston@bbklaw.com
2    STEVEN G. MARTIN (Bar No. 263394)
     steven.martin@bbklaw.com
3    BEST BEST & KRIEGER LLP
     2001 N. Main Street, Suite 390
4    Walnut Creek, California 94596
     Telephone: (925) 977-3300
5    Facsimile: (925) 977-1870

6    ARTHUR L. LITTLEWORTH (Bar No. 22041)
     arthur.littleworth@bbklaw.com
7    PIERO C. DALLARDA (Bar No. 181497)
     piero.dallarda@bbklaw.com
8    BEST BEST & KRIEGER LLP
     3390 University Avenue, Fifth Floor
9    P.O. Box 1028
     Riverside, California 92502
10    Telephone:  (951) 686-1450
     Facsimile:  (951) 686-3083

11

12    Attorneys for Defendant
     DESERT WATER AGENCY

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

13           UNITED STATES DISTRICT COURT

14           CENTRAL DISTRICT OF CALIFORNIA

15               EASTERN DIVISION

16

| | |
|---|---|
| 17   AGUA CALIENTE BAND OF<br>18   CAHUILLA INDIANS, | Case No.  CV 13-00883-JGB (SPx)<br>Judge:    Hon. Jesus G. Bernal |
| 19          Plaintiff, | DESERT WATER AGENCY'S<br>APPLICATION FOR LEAVE TO |
| 20      v. | SEAL DOCUMENT NO. 87, WHICH<br>WAS INADVERTENTLY FILED |
| 21   COACHELLA VALLEY WATER<br>DISTRICT, et al., | Action Filed:    May 14, 2014<br>Trial Date:      Feb. 3, 2015 |
| 22          Defendants. | |

23

24

25

26

27

28

01358.00008\9406136.1

**APPLICATION**

Defendant Desert Water Agency ("DWA") requests that the Court seal document no. 87, which was inadvertently filed.

Dated:  November 7, 2014

By:  ___/s/ *Roderick E. Walston*___
RODERICK E. WALSTON
ARTHUR L. LITTLEWORTH
PIERO C. DALLARDA
Attorneys for Defendant
DESERT WATER AGENCY

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

01358.00008\9406136.1

- 1 -

APPLICATION FOR LEAVE TO SEAL
DOCUMENT NO. 87
CV 13-00883-JGB (SPX)