LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No.  CV 13-00883-JGB (SPx)<br>Judge:   Hon. Jesus G. Bernal<br><br>[PROPOSED] ORDER<br><br>Action Filed:   May 14, 2014<br>Trial Date:     Feb. 3, 2015 |

## [PROPOSED] ORDER

For good cause shown, defendant Desert Water Agency is granted leave to have document number 87 sealed.

_____

Judge, Federal District Court