RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Defendant
DESERT WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, <br><br> Plaintiff, <br><br> v. <br><br> COACHELLA VALLEY WATER DISTRICT, et al., <br><br> Defendants. | Case No.  CV 13-00883-JGB (SPx) <br> Judge:    Hon. Jesus G. Bernal <br><br> DESERT WATER AGENCY'S NOTICE OF WITHDRAWAL OF DOCUMENT NOS. 87 AND 88 <br><br> Action Filed:  May 14, 2014 <br> Trial Date:    Feb. 3, 2015 |

01358.00008\9414506.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that DESERT WATER AGENCY hereby withdraws its Application for Leave to File Single Consolidated Brief Exceeding Page Limits ("Application for Leave to File Single Brief"); Proposed Order (Document No. 87) and Desert Water Agency's Application for Leave to Seal Document No. 87 (Document No. 88), because the Application for Leave to File Single Brief was inadvertently submitted.

Dated: November 13, 2014

By: /s/ *Roderick E. Walston*
RODERICK E. WALSTON
ARTHUR L. LITTLEWORTH
PIERO C. DALLARDA
Attorneys for Defendant
DESERT WATER AGENCY

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

01358.00008\9414506.1

- 1 -

APPLICATION FOR LEAVE TO SEAL
DOCUMENT NO. 87
CV 13-00883-JGB (SPX)