1  RODERICK E. WALSTON (Bar No. 32675)
   roderick.walston@bbklaw.com
2  STEVEN G. MARTIN (Bar No. 263394)
   steven.martin@bbklaw.com
3  BEST BEST & KRIEGER LLP
   2001 N. Main Street, Suite 390
4  Walnut Creek, California 94596
   Telephone: (925) 977-3300
5  Facsimile: (925) 977-1870

6  ARTHUR L. LITTLEWORTH (Bar No. 22041)
   arthur.littleworth@bbklaw.com
7  PIERO C. DALLARDA (Bar No. 181497)
   piero.dallarda@bbklaw.com
8  BEST BEST & KRIEGER LLP
   3390 University Avenue, Fifth Floor
9  P.O. Box 1028
   Riverside, California 92502
10 Telephone: (951) 686-1450
   Facsimile: (951) 686-3083

11

12 Attorneys for Defendant
   DESERT WATER AGENCY

13           UNITED STATES DISTRICT COURT

14           CENTRAL DISTRICT OF CALIFORNIA

15                  EASTERN DIVISION

16

17 AGUA CALIENTE BAND OF          Case No. CV 13-00883-JGB (SPx)
   CAHUILLA INDIANS,              Judge:   Hon. Jesus G. Bernal
18
19         Plaintiff,              **CERTIFICATE OF SERVICE**

20    v.                           Action Filed: May 14, 2014
                                   Trial Date:   Feb. 3, 2015
21 COACHELLA VALLEY WATER
   DISTRICT, et al.,
22
           Defendants.
23

01358.00008\9406230.1

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Best Best & Krieger LLP, 2001 N. Main Street, Suite 390, Walnut Creek, California 94596. On November 13, 2014, I served the following document(s):

**DESERT WATER AGENCY'S NOTICE OF WITHDRAWAL OF DOCUMENT NOS. 87 AND 88**

by transmitting via electronic transmission to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Central District of California. Federal Rule of Civil Procedure § 5(b)(2)(E)

| | |
|---|---|
| Catherine F. Munson, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>607 Fourteenth Street NW, Suite 900<br>Washington, DC 20005<br><br>Tel: (202)-508-5844<br>Fax: (202) 585-0007<br>cmunson@kilpatricktownsend.com<br>kharper@kilpatricktownsend.com | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Thierry R. Montoya<br>David J. Masutani<br>AlvaradoSmith, APC<br>633 W. Fifth Street<br>Suite 1100<br>Los Angeles, CA 90071<br><br>Tel: (213) 229-2400<br>Fax: (213) 229-2499<br>dmasutani@alvaradosmith.com | Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |

| | | |
|---|---|---|
| 1 | Heather Whiteman Runs Him, Esq. | Pro Hac Vice Attorneys for Plaintiff |
| 2 | Steven C. Moore, Esq.<br>Native American Rights Fund | Agua Caliente Band of Cahuilla<br>Indians |
| 3 | 1506 Broadway | |
| 4 | Boulder, CO 80302 | |
| 5 | Tel: (303) 447-8760 | |
| 6 | Fax: (303) 442-7776 | |
| 7 | heatherw@narf.org<br>smoore@narf.org | |
| 8 | | |
| 9 | Mark H. Reeves, Esq. | Pro Hac Vice Attorneys for Plaintiff |
| 10 | Kilpatrick Townsend & Stockton LLP<br>Enterprise Mill | Agua Caliente Band of Cahuilla<br>Indians |
| 11 | 1450 Greene St., Suite 230, | |
| 12 | Augusta, GA 30901 | |
| 13 | Tel: (706) 823-4206 | |
| 14 | Fax: (706) 828-4488<br>mreeves@kilpatricktownsend.com | |
| 15 | | |
| 16 | Gerald D. Shoaf, Esq. | Attorney for Defendants |
| 17 | Steven B Abbott, Esq.<br>Redwine & Sherrill | Coachella Valley Water District,<br>Franz De Klotz, Ed Pack, John |
| 18 | 1950 Market Street | Powell, Jr., Peter Nelson, Debi |
| 19 | Riverside, CA 92501-1704 | Livesay |
| 20 | Tel: 951-684-2520 | |
| 21 | Fax: 951-684-9583<br>sabbott@redwineandsherrill.com | |
| 22 | gshoaf@redwineandsherrill.com | |

Executed on November 13, 2014 at Walnut Creek, California.

/s/ Irene Islas
Irene Islas