SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

F. PATRICK BARRY, Senior Trial Attorney
patrick.barry@usdoj.gov
DARON T. CARREIRO, Trial Attorney
daron.carreiro@usdoj.gov
YOSEF M. NEGOSE, Trial Attorney
yosef.negose@usdoj.gov
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
Phone:      (202) 305-0269
Facsimile:  (202) 305-0725
Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, <br><br> Plaintiff, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, | CASE NO. 5:13-cv-00883-JGB-SP <br><br> **ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

1

[Proposed] Order Granting United States'
Motion for Extension of Time.
Case No. 5:13-cv-0883-JGB-SP

v.

COACHELLA VALLEY WATER DISTRICT, et al.,

        Defendants.

The Court has reviewed the United States' Unopposed Motion for Extension of Time. For the reasons stated therein, and for good cause shown, the motion is hereby GRANTED. Accordingly it is,

ORDERED that the parties to this litigation will file Responses to parties' Motions for Summary Judgment (Dkt. 82-1, Dkt. 83, Dkt. 84-1 & Dkt. 85-1), on or before December 5th, 2014;

ORDERED that the parties to this litigation will file Replies to such Responses, on or before January 9th, 2015.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2014

The Honorable Jesus G. Bernal
United States District Judge

[Proposed] Order Granting United States'
Motion for Extension of Time.
Case No. 5:13-cv-0883-JGB-SP

2