STEVEN B. ABBOTT (SBN 125270)
sabbott@redwineandsherrill.com
GERALD D. SHOAF (SBN 41084)
gshoaf@redwineandhserrill.com
JULIANNA K. TILLQUIST (SBN 180552)
jtillquist@redwineandsherrill.com
REDWINE AND SHERRILL
ATTORNEYS AT LAW
1950 MARKET STREET
RIVERSIDE, CA 92501
PHONE (951) 684-2520
FACSIMILE (951) 684-9583

Attorneys for Defendants,
COACHELLA VALLEY WATER
DISTRICT, FRANZ DE KLOTZ, ED PACK,
JOHN POWELL, JR., PETER NELSON,
and DEBI LIVESAY, in their official
capacities as members of the Board of
Directors of the COACHELLA VALLEY
WATER DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, | ED CV 13-00883 JGB-(SPx) Action Filed May 14, 2013 |
| Plaintiff, | CVWD DEFENDANTS STATEMENT OF GENUINE |
| vs. | DISPUTES OF MATERIAL FACTS AND LIST OF |
| COACHELLA VALLEY WATER DISTRICT, et al. | UNDISPUTED FACTS IN OPPOSITION |
| Defendants. | |
| UNITED STATES OF AMERICA | Hearing:  February 9, 2015 Time:      9:00 a.m. |
| Plaintiff-in-Intervention | Courtroom 1 |

1
**CVWD STATEMENT OF GENUINE DISPUTES**

Pursuant to Local Rule 56-2, the CVWD Defendants submit this Statement of Genuine Disputes of Material Facts and List of Undisputed Facts in Opposition.

| Agua Caliente SF # | Fact | Supporting Evidence | Defendants' Response |
|---|---|---|---|
| 1. | Plaintiff the Agua Caliente Band of Cahuilla Indians (Agua Caliente or the Tribe) is a federally recognized Indian tribe. | 79 Fed. Reg. 4748, 4749 (Jan. 29, 2014). | Undisputed |
| 2. | The Agua Caliente Reservation (the Reservation) consists of approximately 31,396 acres of land. | Executive Order of May 15, 1876. Tab 1. Executive Order of September 29, 1877. Tab 1. Map of Agua Caliente Reservation. Tab 2. | Undisputed |
| 3. | The Reservation is located within the exterior geographic boundaries of Riverside County, California. | *See* Map of Agua Caliente Reservation, Tab 2. | Undisputed |
| 4. | The lands now set aside as the Reservation were within Agua Caliente's aboriginal territory. | LOWELL JOHN BEAN, MUKAT'S PEOPLE: THE CAHUILLA INDIANS OF SOUTHERN CALIFORNIA 25-28 (Berkeley: University of California Press, 1972) (1972). Tab 3. | Disputed-not proven; the source cited does not reference or describe the "lands now set aside." |

2
**CVWD STATEMENT OF GENUINE DISPUTES**

| | | | |
|---|---|---|---|
| 5. | The population of Cahuilla prior to first contact with Europeans was 5,000-6,000. | Bean (1972) at 76-77. Tab 3. | Disputed-not proven; the number is the highest of one of several estimates cited in the reference and is contradicted by other estimates of a lower population at the cited reference. |
| 6. | The present day Agua Caliente are descended from four Cahuilla lineages. | LOWELL J. BEAN, SYLVIA BRAKKE VANE & JACKSON YOUNG, THE CAHUILLA LANDSCAPE: THE SANTA ROSA AND SAN JACINTO MOUNTAINS 10-20 (Lowell Bean & Sylvia Brakke Vane, eds., Ballena Press 1991) (1991). Tab 4 | Disputed-unproven; the statement cannot be verified from the source cited. |
| 7. | The four ancestral Cahuilla lineages from which the present day Agua Caliente descend were *Kauisiktum, Paniktum, Wanakik,* and *Atcitem*. | *Id.* | Disputed-not proven; the statement cannot be verified from the source cited because it is unclear whether the references to various lineages are ancestral to the present Agua Caliente Tribe. |
| 8. | The borders of the ancestral Cahuilla's living area extended across the San Jacinto Mountains to the west and into the Coachella Valley to the east, encompassing the Whitewater River basin in San Gorgonio Pass and running south to around what is now Cathedral City. | *Id.* at 13. | Disputed-not proven; the statement cannot be verified from the source cited in that the material does not describe the geography of the "Kauisiktum Territory" and it is not clear from the materials cited here and in SUF 6 that the reference "lineages" are ancestral to the present Agua Caliente Tribe. |

3
**CVWD STATEMENT OF GENUINE DISPUTES**

| | | | |
|---|---|---|---|
| 9. | The ancestral Cahuilla lineages that make up the present day Agua Caliente lived in an area of roughly 600 square miles. | *Id.* at 13-22. | Disputed; the cited source contains no description or estimate of the area in which the "ancestral Cahuilla lineages" lived. |
| 10. | The living area of the ancestral Cahuilla lineages from which the Agua Caliente are descended included present day Palm Springs. | *Id.* | Disputed-not proven; the statement cannot be verified from the source cited which refers to geographic areas rather than to ancestral lineages. |
| 11. | The living area of the ancestral Cahuilla lineages from which the Agua Caliente are descended extended as far south as the present day city of La Quinta. | *Id.* | Disputed-not proven; statement cannot be verified from the source cited in that a connection between the Agua Caliente and the "ancestral" Cahuilla described in the reference material is not established. |
| 12. | Ancestral Cahuilla villages were located near water sources. | *Id.* at 8.<br><br>Bean (1972) at 25-28, 32. Tab 3. | Disputed-not proven; statement cannot be verified from the source cited because the source is not specific to "ancestral Cahuilla villages." |
| 13. | Ancestral Cahuilla villages were occupied year-round. | Bean (1972) at 71, 73-74, 82. Tab 3. | Disputed-not proven; statement cannot be verified from the source cited because the source is not specific to "ancestral Cahuilla villages" but to a more general description of Cahuilla Indians over a larger area of Southern California. (See Tab 3, pp. 23-24.) . |

| | 14. | Ancestral Cahuilla seasonally occupied areas outside of their villages to hunt and gather. | *Id.* at 71. FRANCISCO PATENCIO, STORIES AND LEGENDS OF THE PALM SPRINGS INDIANS 56 (Margaret Boynton, ed., Times-Mirror 1943) (1943). Tab 5.<br><br>William Duncan Strong, Aboriginal Society in Southern California, 26<br><br>AMERICAN ARCHAEOLOGY AND ETHNOLOGY 91 (1929). Tab 6.<br>Bean, Vane, & Young (1991) at 67, 76, 87. Tab 4. | Disputed-not proven; statement cannot be verified from the source cited because the source is not specific to "ancestral Cahuilla" but to a more general description of Cahuilla Indians over a larger area of Southern California. (See Tab 3, pp. 23-24); neither Patencio (page 56, Tab 5) nor Duncan (page 26, Tab 6), refers to this subject; Bean does not support statement that they "seasonally occupied" others areas for hunting. |
| | 15. | Water was critical to meet a number of ancestral Cahuilla needs. | Bean (1972) at 36-43, 52-53, 60, 73-74. Tab 3.<br><br>Bean, Vane, & Young (1991). Tab 4. | Disputed-not proven; the statement cannot be verified from the sources cited because the source is not specific to "ancestral Cahuilla" but to a more general description of Cahuilla Indians over a larger area of Southern California. (See Tab 3, pp. 23-24); no page reference is given for Bean at Tab 4. |
| | 16. | Ancestral Cahuilla used water for personal consumption. | DAVID P. BARROWS, THE ETHNO-BOTANY OF THE COAHUILLA INDIANS OF SOUTHERN CALIFORNIA 40 (University of Chicago Press 1900) (1900). Tab 7. | Disputed-not proven; the cited source reference does not describe "personal consumption" of water. |

5

**CVWD STATEMENT OF GENUINE DISPUTES**

| 17. | Ancestral Cahuilla used water for food processing and preparation. | Bean (1972) at 36-43, 52-53, 60. Tab 3. | Disputed-not proven; the source is not specific to "ancestral Cahuilla" but to a more general description of Cahuilla Indians over a larger area of Southern California. (See Tab 3, pp. 23-24) |
|---|---|---|---|
| 18. | Ancestral Cahuilla used water for personal hygiene. | *Id.* at 81. | Disputed-not proven; the statement cannot be verified from the sources cited because the source is not specific to "ancestral Cahuilla" but to a more general description of Cahuilla Indians over a larger area of Southern California. (See Tab 3, pp. 23-24) |
| 19. | Ancestral Cahuilla used water for medicinal purposes. | *Id.* at 39, 81, 167. Patencio (1943) at 91-5. Tab 5. Strong (1929) at 93. Tab 6. | Disputed-not proven; statement cannot be verified from the sources cited; the source is not specific to "ancestral Cahuilla" but to a more general description of Cahuilla Indians over a larger area of Southern California. (See Tab 3, pp. 23-24). |
| 20. | Ancestral Cahuilla used water for spiritual and ceremonial purposes. | *Id.* | Disputed-not proven; statement cannot be verified from the source cited; the source is not specific to "ancestral Cahuilla" but to a more general description of Cahuilla Indians over a larger area of Southern California. (See Tab 3, pp. 23-24). |

6
**CVWD STATEMENT OF GENUINE DISPUTES**

| 21. | Ancestral Cahuilla used water for production of household items such as pottery and baskets. | Bean (1972) at 39, 49-50. Tab 3. | Disputed-not proven; statement cannot be verified from the sources cited which address use of plants as food; the source is not specific to "ancestral Cahuilla" but to a more general description of Cahuilla Indians over a larger area of Southern California. (See Tab 3, pp. 23-24). |
| --- | --- | --- | --- |
| 22. | Ancestral Cahuilla used water in the construction of their homes. | LOWELL BEAN, ARCHAEOLOGICAL, ETHNOGRAPHIC, AND ETHNOHISTORIC INVESTIGATIONS AT TAHQUITZ CANYON, PALM SPRINGS, CALIFORNIA V-95-97 (Jerry Schaefer and Sylvia Brakke Vane, eds., Cultural Systems Research, Inc. 1995) (1995). Tab 8.  Bean, Vane, & Young (1991). Tab 4. | Disputed-not proven; statement cannot be verified from the source cited which describes dry construction of homes; there is no mention of water being used in construction; no page reference is given for the reference to Bean at Tab 4. |

**CVWD STATEMENT OF GENUINE DISPUTES**

| 23. | Ancestral Cahuilla used water for agricultural purposes. | LOWELL J. BEAN AND KATHERINE SIVA SAUBEL, TEMALPAKH: CAHUILLA INDIAN KNOWLEDGE AND USE OF PLANTS 201-210 (Malki Museum Press 1972) (1972). Tab 9.<br><br>Bean (1972) at 2. Tab 3.<br><br>Bean (1995) at V-46-50, 162-63. Tab 8.<br><br>BENJAMIN D. WILSON, THE INDIANS OF SOUTHERN CALIFORNIA IN 1852 27, 37 (John Walton Caughey, ed., Huntington Library, 1952) (1852). Tab 10. | Disputed-not proven; cannot verify that the "ancestral Cahuilla" used groundwater for irrigation in the area of plaintiff's Reservation from the sources cited, which refer to irrigation after 1830. |
| --- | --- | --- | --- |
| 24. | Cahuilla people have lived in the desert environment for millennia. | Bean (1972) at 25-28. Tab 3. | Disputed-not proven; cannot verify the statement from the sources cited which describe ecological zones. |

8

**CVWD STATEMENT OF GENUINE DISPUTES**

| 25. | Naturally occurring springs were of vital importance to the ancestral Cahuilla, including the lineage groups from which Agua Caliente descends, for subsistence, agricultural, and cultural purposes. | Bean, Vane, & Young (1991) at 8, 13, 20, 39-40, 47-48, 51, 53, 60, 67, 70, 72, 76, 82, 84-85, 101. Tab 4.<br><br>Bean (1972) at 31-32. Tab 3.<br><br>Bean (1995) at V-5-6, V-93. Tab 8.<br><br>Bean & Saubel (1972) at 203. Tab 9.<br><br>Patencio (1943) at 70-71, 91-95. Tab 5.<br><br>John R. Brumgardt & Larry L. Bowles, *People of the Magic Waters: The Cahuilla Indians of Palm Springs* (ETC Publications: Palm Springs, California, 2007) (2007) 98-100. Tab 11. | Disputed-not proven; statement cannot be verified from sources cited in Tab 4; each source either does not describe a spring within the Reservation or does not state that the spring was "of vital importance to the ancestral Cahuilla"; same is true of citations to Tabs 3, 8, 9; citations to Tabs 3 and 4 do not refer to springs or hand dug wells on the present Reservation area; Tab 5 reference describes "Indian Trails"; Tab 11 refers to the legends surrounding the Palm Springs Hotsprings but does not state that it was "of vital importance to the ancestral Cahuilla". |

**CVWD STATEMENT OF GENUINE DISPUTES**

| 26. | The ancient Cahuilla, including the lineage groups that became Agua Caliente, developed groundwater sources such as springs and hand dug wells where necessary to carry out their essential life ways. | Bean (1972) at 32, 74. Tab 3.<br><br>Bean, Vane, & Young (1991) at 8. Tab 4.<br><br>Barrows (1900) at 26-27. Tab 7.<br><br>A.L. Kroeber, *Ethnography of the Cahuilla Indians,*. 8 no. 2 UNIV. OF CA PUB. IN AMERICAN ARCHAEOLOGY AND ETHNOLOGY 31 (1908). Tab 12.<br>RACHEL DAYTON SHAW, EVOLVING ECOSCAPE: AN ENVIRONMENTAL AND CULTURAL HISTORY OF PALM SPRINGS, CALIFORNIA, AND THE AGUA CALIENTE INDIAN RESERVATION, 1877-1939 72 (University of California, San Diego 1999) (1999). Tab 13.<br>Lando, Richard & Ruby E. Modesto, *Temal Wakhish: A Desert Cahuilla Village,* 4 JOURNAL OF CALIFORNIA ANTHROPOLOGY Figure 2 (1977). Tab 14. | Disputed-not proven; Tab 14 includes the Governments 1856 map which shows that no well existed on the current reservation in 1856 [Tab 14, p.86]; unable to verify statement from sources cited; Tab 3 references artisan and walk in wells in the "eastern desert region"; the Tab 4 reference describes only natural springs; Tab 7 references wells in "the valley of the Cabazon"; Tab 12 citation only describes aboriginal wells dug in the "low lying region" not on Plaintiff's Reservation; Tab 13 describes traditions and beliefs and contains no reference to water; Tab 5 refers to a walk-in well at "Indian Wells" south of the current Reservation; Tab 16 describes a well "one league south" of Agua Caliente; see page 37 of citation. |

| | | | | |
|---|---|---|---|---|
| | | | Patencio (1943) at 58, 100-102. Tab 5. HARRY M. QUINN, BSERVATIONS ON THE CAHUILLA INDIANS-PAST AND PRESENT 64 (Coachella Valley Archaeological Society 2007) (1997). Tab 15.<br><br>Lowell John Bean and William M. Mason, *The Romero Expeditions, 1823-1826; Diaries and Accounts of the Romero Expeditions in Arizona and California* 36-37 (Palm Springs Desert Museum 1962) (1893). Tab 16. | |
| | 27. | Ancestors of the modern Agua Caliente have lived in the present-day Coachella Valley consistently since before first contact with Europeans. | Bean (1972) at 71. Tab 3. | Disputed-not proven; the statement cannot be verified from the cited source which does not address the stated subject; the source is not specific to "ancestors of the modern Agua Caliente" but to a more general description of Cahuilla Indians over a larger area of Southern California. (See Tab 3, pp. 23-24). |
| | 28. | There is no evidence of non-Cahuilla indigenous groups living in the present-day Coachella Valley. | *Id.* at 70. | Disputed-not proven; the statement cannot be verified from the cited source which does not address the stated subject. |

**CVWD STATEMENT OF GENUINE DISPUTES**

| 29. | The historical record shows extensive Cahuilla use and control of the present-day Coachella Valley. | *Id.* at 25-28, 71-72.<br><br>Bean, Vane, & Young (1991) at 87. Tab 4.<br><br>Patencio (1943) at 56, 91-95. Tab 5.<br><br>Shaw (1999) at 72. Tab 13. | Disputed-not proven; statement cannot be verified by the sources cited; Tab 3 does not address the subject; Tab 4 only describes geologic features; Tab 5, page 56, describes legends. |
|---|---|---|---|
| 30. | The vast majority of the Reservation was set aside by two executive orders. | 1876 Executive Order. Tab 1.<br><br>1877 Executive Order. Tab 1. | Undisputed |
| 31. | The first of these executive orders was issued by President Grant on May 15, 1876 (the 1876 Order). | 1876 Order. Tab 1. | Undisputed |
| 32. | The second of these executive orders was issued by President Hayes on September 29, 1877 (the 1877 Order). | 1877 Order. Tab 1. | Undisputed |
| 33. | The 1876 Order set aside 800 acres for the Reservation. | 1876 Order. Tab 1. | Undisputed |
| 34. | The 1876 Order set aside land for the "permanent use and occupancy" of Agua Caliente. | *Id.* | Undisputed |

**CVWD STATEMENT OF GENUINE DISPUTES**

| 35. | The 1877 Order increased the size of the Reservation to over 30,000 acres. | 1877 Order. Tab 1. | Undisputed |
|---|---|---|---|
| 36. | The 1877 Order set aside land "for Indian purposes." | *Id.* | Undisputed |
| 37. | Prior to the issuance of the 1876 and 1877 Orders, numerous federal Indian agents attempted to devise ways to provide for the Indians of Southern California, including the Agua Caliente. | Ames Report, House, *Mission Indians of So. Cal.*, 43d Congress, 1st session, Jan. 24, 1874, H. Ex. Doc. 91, serial 1607. Tab 17.<br><br>Report of D.A. Dryden to Commissioner of Indian Affairs, June 30, 1875, ARCIA 1875, 223. Tab 18.<br><br>Letter from Dryden to Acting Commissioner, March 27, 1876, Letter D-148, Roll 48, M234. Tab 19.<br><br>Letter from Dryden to Commissioner, May 17, 1876, Letter D-238, Roll 48, M234. Tab 20.<br><br>Letter from Colburn to Commissioner Smith, July 12, 1876, Letter I-644, Roll 48, 234. Tab 21. | Undisputed |

| | | Letter from Commissioner Smith to Agent Colburn, July 17, 1877, Roll 136, M21, 406-407. Tab 22.<br><br>Colburn Report to commissioner Smith, August 15, 1877, ARCIA 1877, 35-38. Tab 23.<br><br>Colburn Report to Commissioner Smith, August 24, 1877, Letter M-690, Roll 49, M234. Tab 24. | |
|---|---|---|---|
| 38. | Prior to the issuance of the 1876 and 1877 Orders, the Agua Caliente and their lands were subject to encroachment and depredation by white settlers. | Dryden Report of June 30, 1875 at 223-224. Tab 18.<br><br>Commissioner Smith letter to Secretary of the Interior, December 22, 1875. Tab 25. | Undisputed |
| 39. | In 1873, Special Agent John Ames wrote a report to Indian Office Commissioner Edward Smith. | Ames Report Oct. 28, 1973. Tab 17. | Undisputed |
| 40. | Special Agent Ames' report discussed the need for the United States to take action to establish reservations for the Indians of Southern California. | *Id.* | Undisputed |

14

**CVWD STATEMENT OF GENUINE DISPUTES**

| 41. | With respect to finding land for such reservations, Special Agent Ames reported that the "great difficulty … arises not from any lack of unoccupied land, but from lack of well-watered land." | *Id.* at 15. | Undisputed |
| --- | --- | --- | --- |
| 42. | Special Agent Ames further reported that "[w]ater is absolutely indispensable to any Indian settlement, large or small." | *Id.* | Undisputed |
| 43. | Special Agent Ames further reported that "It would be worse than folly to attempt to locate [the Indians] on land destitute of water, and that in sufficient quantity for purposes of irrigation." | *Id.* | Undisputed |
| 44. | In 1875, Agent D.A. Dryden served as head of the Mission Indian Agency. | Dryden Report of June 30, 1875. Tab 18. | Undisputed |

15

**CVWD STATEMENT OF GENUINE DISPUTES**

| 45. | Agent Dryden reported that "[t]he one pressing want of these people now is land, on which they can cultivate their gardens. . .". | *Id.* at 223. | Undisputed |
|---|---|---|---|
| 46. | Agent Dryden proposed the creation of several reservations for the Indians of Southern California. | *Id.* at 223-224. | Undisputed |
| 47. | Agent Dryden reported that the creation of these reservations would "meet the present and future wants of these Indians, by giving them exclusive and free possession of these lands [on which t]hey will be encouraged to build comfortable houses, improve their acres, and surround themselves with home comforts." | *Id.* at 224. | Undisputed |

16

**CVWD STATEMENT OF GENUINE DISPUTES**

| 48. | Agent Dryden wrote a letter to S.A. Galpin, Acting Commissioner of Indian Affairs, on March 27, 1876 recommending that certain lands in what was then San Bernardino County be set aside as Indian reservations. | Dryden letter of March 27, 1876. Tab 19. | Undisputed |
|---|---|---|---|
| 49. | Acting Commissioner Galpin then recommended that President Grant issue an executive order setting aside the lands identified by Agent Dryden. | Letter from Galpin to Secretary of the Interior, May 11, 1876, Roll 28, M348, 119-120. Tab 26. | Undisputed |
| 50. | President Grant issued the 1876 Order establishing the Agua Caliente Reservation four days after Acting Commissioner Galpin's letter. | *See* 1876 Order. Tab 1. | Undisputed |
| 51. | Two days after the 1876 Order, Agent Dryden wrote to Indian Affairs Commissioner John Q. Smith. | Dryden letter of May 17, 1876. Tab 20. | Undisputed |

**CVWD STATEMENT OF GENUINE DISPUTES**

| 52. | Agent Dryden reported that the Indians remained dissatisfied and felt that they were being treated unfairly because they had inadequate lands. | *Id.* at ACC0011226. | Undisputed |
|---|---|---|---|
| 53. | Agent Dryden reported that the Indians' complaints were valid. | *Id.* at ACC0011227. | Undisputed |
| 54. | Agent Dryden reported that, while the recently established reservations were "better than nothing," they would "not settle the question" of providing for the Indians of Southern California. | *Id.* | Undisputed |
| 55. | A May 17, 1876 newspaper article included in Agent Dryden's report opined that the recently established reservations were "but a *partial* and quite an inadequate step in the direction of a permanent adjustment of the Mission Indian problem." | *Id.* (emphasis in original). | Undisputed |

18

**CVWD STATEMENT OF GENUINE DISPUTES**

| 56. | In 1877, J.E. Colburn was appointed as Mission Indian Agent. | Colburn letter of July 12, 1876. Tab 21. | Undisputed |
|---|---|---|---|
| 57. | Commissioner Smith instructed Agent Colburn to make "strenuous efforts … at the earliest possible date" to identify and reserve "every available foot of vacant arable land" for the "permanent occupation" of the Indians of Southern California. | Smith letter of July 17, 1877 at 407-408.  Tab 22. | Undisputed |
| 58. | Agent Colburn subsequently affirmed that the "first purpose" of his department was "to secure the Mission Indians permanent homes, with land and water enough, that each one who will go upon a reservation may have to cultivate a piece of ground as large as he may desire." | Colburn Report of August 15, 1877 at 37. Tab 23. | Undisputed |

19
**CVWD STATEMENT OF GENUINE DISPUTES**

| | | | |
|---|---|---|---|
| 59. | Agent Colburn further reported his understanding that the federal government's intent was to place the Southern California Indian tribes "permanently in possession of lands which they may cultivate as their own." | *Id.* at 35. | Undisputed |
| 60. | Agent Colburn quickly identified and recommended for inclusion in the Agua Caliente Reservation 35 additional sections of land. | Colburn Report of August 24, 1877 ACC0010139. Tab 24. | Undisputed |
| 61. | The additional sections of land identified by Agent Colburn were in the vicinity of the 800 acres already set aside for Agua Caliente by the 1876 Order. | *Id.* | Undisputed |
| 62. | Agent Colburn acknowledged that this seemed like a large reservation. | *Id.* | Undisputed |

**CVWD STATEMENT OF GENUINE DISPUTES**

| 63. | Agent Colburn explained the size of the proposed reservation by noting that "none of it is fit for pasturage, and none can be cultivated except the few acres watered at the 'Rincon' and at the Spring." | *Id.* at ACC0010139-40. | Undisputed |
| --- | --- | --- | --- |
| 64. | The "Rincon" and the "Spring" were two Agua Caliente settlements or villages located "four or five miles" apart. | *Id.* at ACC0010138. | Undisputed |
| 65. | Agent Colburn stated that the proposed addition to the Reservation included a "thousand acres more or less that could be cultivated if water could be brought upon it." | *Id.* at ACC0010140. | Undisputed |
| 66. | Approximately one month after Agent Colburn's report, President Hayes issued the 1877 Order. | *See* 1877 Order, tab 1. | Undisputed |

21
**CVWD STATEMENT OF GENUINE DISPUTES**

| 67. | The United States acquired and withdrew additional lands for Agua Caliente after 1877. | Letter from Kelsey to Commissioner, Jan. 3, 1907. Tab 27.<br><br>Secretarial Order of Feb. 2, 1907, Tab 28.<br><br>1907 Report to Commissioner of Indian Affairs at 57, 92. Tab 29.<br><br>May 9, 1907 Letter from Larrabee to Secretary of the Interior. Tab 30.<br><br>Deeds from Barney. Tab 31. | Undisputed |
| --- | --- | --- | --- |
| 68. | Patents for the Agua Caliente Reservation were subsequently issued to the Tribe and some of its members. | Relevant land patents. Tab 32. | Undisputed |
| 69. | The aquifer under the Reservation is in a state of overdraft. | CVWD 2010-11 Annual Review at 2. Tab 33. | Undisputed |
| 70. | An aquifer is in overdraft condition when "more water is used each year than can be replaced by natural or artificial means." | *Id.* | Undisputed |

22
**CVWD STATEMENT OF GENUINE DISPUTES**

| 71. | As of 2010, Defendant CVWD estimated the cumulative overdraft of the aquifer as more than 5.5 million acre-feet (AF). | *Id.* | Undisputed |
|---|---|---|---|
| 72. | As of 2010, Defendant CVWD estimated the ongoing, annual overdraft of the at an average of approximately 239,000 AF. | *Id.* | Undisputed that as of 2010, Defendant CVWD estimated the ongoing, annual overdraft of the aquifer at an average of approximately 239,000 AF. |
| 73. | The Spanish missions had limited influence on the Agua Caliente Cahuilla. | Bean (1972) at 17. Tab 3.<br><br>A.L. Kroeber, *Handbook of the Indians of California*, reprint of 1925 ed. (Berkeley: University of California Press, 1972) 17. Tab 34.<br><br>Stanley Report to Commissioner of Indian Affairs, Sept. 30, 1869. Tab 35. | Undisputed |
| 74. | The Cahuilla's "traditional political organization was still intact" when the United States assumed control over their lands. | Bean (1972) at 17. Tab 3. | Undisputed |

23
**CVWD STATEMENT OF GENUINE DISPUTES**

| | | | |
|---|---|---|---|
| 75. | The traditional Cahuilla political organization remained intact because the Cahuilla had limited contact with the Mission system. | *Id.* | Undisputed |
| 76. | By 1852, federal representatives had negotiated 18 treaties between the United States and California Indian tribes. | William H. Ellison, "The Federal Indian Policy in California, 1846-1860," *Mississippi Valley Historical Review* 9, no. 1 (June 1922): 56-58. Tab 36.<br><br>*http://www.bia.gov/WhoWeAre/RegionalOffices/Pacific/WeAre/* Printout at Tab 37.<br><br>Bean (1995) at V-167. Tab 8. | Undisputed |
| 77. | One of those treaties was the Treaty of Temecula. | TREATY WITH THE SAN LUIS REY, ETC., U.S.-SAN LOUIS REY, KAH-WE-AS, AND THE CO-COM-CAH-RAS TRIBES OF NDIANS, January 5, 1852. Tab 38. | Undisputed |
| 78. | The Agua Caliente Cahuilla were party to the Treaty of Temecula. | *Id.* | Undisputed |

**CVWD STATEMENT OF GENUINE DISPUTES**

| | | | |
|---|---|---|---|
| 79. | The Treaty of Temecula set aside a reservation encompassing most of the lands making up the current Agua Caliente Reservation. | *Id.* Bean (1995) at V-167. Tab 8. Ellison (1922) at 56-57. Tab 36. | Disputed-not proven; the statement cannot be verified from the cited sources. |
| 80. | The United States Senate failed to ratify any of the 18 treaties, including the Treaty of Temecula. | *http://www.bia.gov/ WhoWeAre/RegionalOffice s/Pacific/WeAr e/* Tab 36. Bean (1995) at V-167. Tab 8. | Undisputed |
| 81. | The Senate's failure to ratify the treaties was not publicly disclosed for some time. | *See Id.* *See* Report by Lt. William Winder to Capt. H.S. Burton, April 29, 1856 at 123. Tab 39. | Undisputed |

Pursuant to the Court's Standing Order, the CVWD defendants submit the following list of undisputed facts in support of its opposition to the Phase 1 Summary Judgment motions by Plaintiff and Plaintiff in Intervention.  To avoid confusion, the number, text and supporting evidence are identical to those listed CVWD's Statement of Undisputed Facts and Conclusions of Law (Doc. 82-2), as to SUFs 1- 29.  Additional facts are added beginning with SUF No. 30.

////

////

**CVWD STATEMENT OF GENUINE DISPUTES**

DEFENDANTS LIST OF UNDISPUTED FACTS IN OPPOSITION

| Def's SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 1. | Plaintiff, the Agua Caliente Band of Cahuilla Indians, has resided in the Coachella Valley, California, for hundreds of years. | Complaint (Doc. 1, Paragraph 4) |
| 2. | In 1848, Mexico ceded California and other lands to the United States by the Treaty of Guadalupe Hidalgo. | Treaty of Guadalupe Hidalgo, 9 Stat. 929 [Request for Judicial Notice ("RJN") **[filed as Doc. 82-5]**, Ex. A., pp. A-5, A-10 to A-11] |
| 3. | On March 3, 1851, Congress enacted an "Act to Ascertain and Settle Land Claims in the State of California." | Act to Ascertain and Settle Lands Claims in the State of California, c. 41, 9 Stat. 631 (1851) [RJN Ex. B, pp. B-29, B-30 |
| 4. | No claim was filed by or on behalf of the Agua Caliente Band pursuant to the 1851 Act's requirements. | Plaintiff's Response to Request for Admission by Defendant CVWD, Set Number 2, Request Number 23. [Declaration of Gerald D. Shoaf in Support of CVWD's Motion for Summary Judgment ("Shoaf Decl.")**[Filed as Doc. 82-3]** Ex. 1, p. 1-10] |
| 5. | The Agua Caliente Band cannot show aboriginal use of groundwater from wells on current lands of the Agua Caliente Reservation. | Responses to Request for Admission of Fact, CVWD Set Number One, Request Number 11 [Shoaf Decl., Ex. 2, p. 2-18] |
| 6. | Any lands that would have been subject to claims of rights of occupancy by the Agua Caliente Band of Cahuilla Indians became a part of the public domain on March 3, 1853. | Act to Ascertain and Settle Lands Claims in the State of California, 1851. c. 41, § 13, 9 Stat. 633 [RJN Ex. B, pp. B-32] |

**CVWD STATEMENT OF GENUINE DISPUTES**

| | | |
|---|---|---|
| 7. | In 1864, Congress authorized the President to set apart "not exceeding four tracts of land" for purposes of Indian Reservations in California. | Act to Provide for the better Organization of Indian Affairs in California, Chapter 48, § 2. 13 Stat. 39, 40 (1864). [RJN Ex. C, pp. C-35, C-36] |
| 8. | In 1871, Congress granted the odd-numbered sections in the Coachella Valley to a railroad. | Act to incorporate the Texas Pacific Railroad, and to aid in the Construction of its Road, and for other purposes, c. 122 § 9, 15 Stat. 573, 576 (1871) [RJN Ex. D, pp. D-39, D-42] |
| 9. | A Presidential Executive Order in 1876 set aside lands for the Agua Caliente Reservation. | Executive Order of May 15, 1876 [RJN Ex. H, pp._H-59, h-60] |
| 10. | A Presidential Executive Order in 1877 expanded the Agua Caliente Reservation. | Executive Order September 29, 1877 [RJN Ex. I, pp. I-62, I-63] |
| 11. | From about 1862 to 1889, repeated requests were made by or through the Commissioner of Indian Affairs to Congress to protect the Mission Indians in Southern California from incursions and misappropriation of their lands, crops and water supplies by non-Indians. | a.  1862 Annual Commissioner of Indian Affairs Report to Congress,  [Shoaf Decl., Ex. 3, pp. 3-23 to 3-25] b.  1867 Acting Commissioner of Indian Affairs Report to Congress. [Shoaf Decl., Ex. 5, pp. 5-30 to 5-31] c.  1873 Annual Commissioner of Indian Affairs Report to Congress, pages 29-31. [Shoaf Decl., Ex.7, pp. 7-39 to 7-41] d.  1888 Senate Committee on Indian Affairs Report . [Shoaf |

27
**CVWD STATEMENT OF GENUINE DISPUTES**

| | | |
|---|---|---|
| | | Decl., Ex. 9, pp. 9-50 to 9-53, 9-55 to 9-56, 9-60] <br> e. 1889 Commissioner of Indian Affairs Report to Congress, page 59 . [Shoaf Decl., Ex. 10, pp. 10-67 to 10-69, 10-71] |
| 12. | The 1891 Mission Indians Relief Act, Section 3, directed the commission appointed by the Secretary of the Interior to report its determinations to the Secretary who, if no valid objection existed, should issue a patent for each reservation selected by the commission. | Mission Indians Relief Act, 27 Stat, 712-713 Section 3 [RJN Ex. E, pp. E-48 to E-49] |
| 13. | The 1891 Mission Indians Relief Act, Section 8, authorized the Secretary of the Interior to grant right of way over reservations for facilities to convey water "for agriculture, manufacturing, or other purposes, upon condition that the Indians…shall…be supplied with sufficient quantities of water for irrigation and domestic purposes…." | Mission Indians Relief Act, 27 Stat, 714, Section 8. [RJN Ex. E, p. E-50] |
| 14. | On January 31, 1891, the Commissioner of Indian Affairs, Mr. T.J. Morgan, issued instructions to Messrs. Smiley, Morse and Painter, members of the commission appointed by the Secretary of the Interior regarding the commissioners' duties pursuant to the 1891 Act. | Letter from Commissioner of Indian Affairs T.J. Morgan to Messrs. Smiley, Morse and Painter dated January 31, 1891 [Shoaf Decl., Ex. 11, pp. 11-75 to 11-77] |
| 15. | The Commissioner of Indian Affairs instructions directed the (Smiley) Commission to investigate water supply facilities and to make recommendations regarding the subject of irrigation. | Id., page 6 [Shoaf Decl., Ex. 11, p. 11-77] |
| 16. | The Smiley Commission Report recommended a defined, permanent reservation for the Tribe. | Smiley Commission Report of December 1891 [Shoaf Decl., Ex. 12, |

| | | |
|---|---|---|
| | | pp.12-83 to 12-88] |
| 17. | The Smiley Commission recommended the approval of an agreement with the Bear Valley Irrigation Co. whereby the latter would provide water for irrigation and domestic uses on the Agua Caliente Reservation in return for right of way for water conveyance facilities and for certain water rights. | Smiley Commission report, pages 32-33 [Shoaf Decl., Ex. 12, pp. 12-84 to 12-85] |
| 18. | The President and the Secretary of the Interior approved the Smiley Commission recommendations, including the land exchange proposed, the latter subject to Congress's approval. | Message from the President of the United States dated January 25, 1892 with attached letter to the President from the Secretary of the Interior dated January 23, 1892 [Shoaf Decl., Ex. 13, pp. 13-90 to 13-91] |
| 19. | The Act of July 1, 1892 approved the proposed land exchange without rejecting or modifying the Smiley Commission's recommendations regarding water supplies for the Agua Caliente Tribe. | Act of July 1, 1892, 27 Stat. 6127 Stat. 61 [RJN Ex. F, pp. F-52, F-53] |
| 20. | In 1891, President Harrison issued an Executive Order to include land recommended by the Smiley Commission. | Executive Order December 29, 1891 [RJN, Ex. J, p. J-67] |
| 21. | In 1896, a Trust Patent was issued covering certain of the lands described in the 1891 Executive Order. | Trust Patent, May 14, 1896 [Shoaf Decl., Ex. 14, pp. 14-109 to 14-111] |
| 22. | In 1906, Trust Patents were issued covering the balance of the lands described in the 1891 Executive Order. | Trust Patent, October 29, 1906 [Shoaf Decl., Ex. 15, pp. 15-114 to 15-117] |
| 23. | In 1907, Congress amended the 1891 Mission Indians Relief Act to allow Trust Patents to issue for the lands covered by the prior Executive Orders. | 34 Stat. 1022-23 [RJN Ex. G, pp. G-56, G-57] |
| 24. | In 1911, a Trust Patent was issued pursuant to the 1907 Amendment. | Trust Patent, January 5, 1911[Shoaf Decl., Ex. 16, p. 16-119] |

**CVWD STATEMENT OF GENUINE DISPUTES**

| 25. | A 1923 Trust Patent was issued pursuant to the 1907 Amendment. | Trust Patent, March 29, 1923 [Shoaf Decl., Ex. 17, p. 17-121] |
|---|---|---|
| 26. | The "Purpose" of Plaintiff's Reservation as created by the 1891 Act was to protect Plaintiff and its members from further incursions by non-Indians. | a. Commissioner of Indian Affairs Reports 1862, pages 191-92 [Shoaf Decl., Ex. 3, pp. 3-23 to 3-25]<br>b. Commissioner of Indian Affairs Reports 1865, page 13 [Shoaf Decl., Ex. 4, p. 4-28]<br>c. Commissioner of Indian Affairs Reports 1867, page 9 [Shoaf Decl., Ex. 5, p. 5-32]<br>d. Commissioner of Indian Affairs Reports 1871, page 19 [Shoaf Decl., Ex. 6, p. 6-36]<br>e. Commissioner of Indian Affairs Reports 1873, 3 pages [Shoaf Decl., Ex. 7, pp. 7-39 to 7-41]<br>f. Commissioner of Indian Affairs Reports 1877, pages 35 through 38 [Shoaf Decl., Ex. 8, pp. 8-46 to 8-47]<br>g. 1888 Commissioner's Report including report by Special Agents Jackson and Kinney to the Senate Committee on Indian Affairs from 1883, [Shoaf Decl., Ex. 9, pp. 9-52 to 9-53, 9-55 to 9-56, 9-60]<br>h. 1889 Commissioner's Report, pages 3, 59-60; [Shoaf Decl. Ex. 10, pp. |

30
**CVWD STATEMENT OF GENUINE DISPUTES**

| | | | |
|---|---|---|---|
| | | | 10-67 to 10-69, 10-71]<br>i. 1891 Mission Indians Relief Act, §2, 26 Stat. 712; [RJN Ex. E, p. E-48]<br>j. 1891 Commissioner's Instructions to Smiley Commission, page 6, 4th paragraph [Shoaf Decl., Ex. 11, p. 11-77] |
| 27. | | The Agua Caliente Band and its members relied on surface waters from Tahquitz and Andreas Creeks for water for irrigation and domestic uses from as early as the 1830s and had constructed a system of ditches to carry the water from those streams to the point of use. | a. "Aboriginal occupation at Tahquitz Canyon," page 51 [Shoaf Decl., Ex. 19, p. 19-126]<br>b. Henry Ryan Report to Indian Agent Estudillo dated January 16, 1894, page 1 [Shoaf Decl., Ex. 22, pp. 22-139 to 22-140]<br>c. Report by Superintendant of Irrigation Butler to Commission of Indian Affairs dated August 22, 1903 [Shoaf Decl., Ex. 27, pp. 27-174 to 27-182]<br>d. Report by Special Inspector Levi Chubbuck to Commission of Indian Affairs dated February 2, 1906, page 2 [Shoaf Decl., Ex. 28, p. 28-187]<br>e. Report by Special Attorney of the Mission Indians, William Collier, to Commission of Indian Affairs dated August 8, 1906 [Shoaf Decl., Ex. 50, pp. 50-366 to 50-367]<br>f. 1918 "History of Irrigation-Agua Caliente Reservation" [Shoaf Decl., |

**CVWD STATEMENT OF GENUINE DISPUTES**

| | | | |
|---|---|---|---|
| 1 | | | Ex. 39, pp. 39-274 to 39-277, 39-280] |
| 2 | 28. | The 1891 Mission Indians Relief Act, the Commissioner of Indian Affairs instructions to the Smiley Commission, the Smiley Commission's report, and all Government reports and other documents focused on surface waters as the source of supply for irrigation and domestic use by the Agua Caliente Band. | a.  The Mission Indians Relief Act, 26 Stat. 712 (CV 490) [RJN Ex. E, pp. E-48 to E-50] b.  The Commissioner of Indian Affairs instructions to the Smiley Commission, page 6 [Shoaf Decl., Ex. 11, p. 11-77] c.  The Smiley Commission Report, [Shoaf Decl., Ex. 12, pp. 12-84 to 12-85] d.  "Aboriginal Occupation at Tahquitz Canyon," page 51 [Shoaf Decl., Ex. 19, pp. 19-126] e.  1855-56 US Government Land Survey Map [Shoaf Decl., Ex. 18, p. 18-123] f.  1888 Proposed Agreement between Indian Agent Preston and the Palm Valley Water Company for surface water supply for Tribe, 3 pages [Shoaf Decl., Ex. 20, pp. 20-128 to 20-129] g.  1888 Agreement between Indian Agent Preston and BB Barney for surface water supply for tribe in exchange for right-of-way, 5 pages [Shoaf Decl., Ex. 21, pp. 21-132 to 21-134] h.  1894 Henry L. Ryan |

32

**CVWD STATEMENT OF GENUINE DISPUTES**

report to Indian Agent Estudillo regarding surface water rights and need for a reservoir, pages 1-2 [Shoaf Decl., Ex. 22, pp. 22-139-22-140]

i. 1894 Letter from Henderson to Painter regarding Tribe's dire situation involving domestic water supply from Tahquitz Ditch, 3 pages [Shoaf Decl., Ex. 23, pp. 23-143 to 23-145]

j. 1898 Inspector Nesler's report to the Secretary of the Interior describing a failed attempt to drill an artesian well on the Agua Caliente Reservation, page 3 [Shoaf Decl., Ex. 24, pp. 24-150 to 24-151]

k. Supervisor Holland's 1900 Report to the Commissioner regarding water supply for the Agua Caliente Tribe-only sources are creeks, 12 pages [Shoaf Decl., Ex. 25, pp. 25-155 to 25-162]

l. Commissioner of Indian Affairs 1903 Annual Report regarding development of artesian wells for Torres and Cabazon Tribes and agreement with BB Barney for Andreas Creek supplies for Agua Caliente Tribe pages 44, 91-92 [Shoaf Decl., Ex.26, pp.

33
**CVWD STATEMENT OF GENUINE DISPUTES**

26-170 to 26-172]

m.  1903 Superintendent of Irrigation Butler's Report to Commissioner regarding surface supplies as only possible sources of water for Agua Caliente Tribe, 9 pages [Shoaf Decl., Ex. 27, pp. 27-174 to 27-182]

n.  1906 Inspector Chubbuck's report to Secretary, 4 pages [Shoaf Decl., Ex. 28, p. 28-187]

o.  1906 Inspector Chubbuck's report to Secretary, 6 pages [Shoaf Decl., Ex. 29, pp. 29-192 to 29-196]

p.  1906 Chief Engineer Code to Secretary (CV551), 7 pages [Shoaf Decl., Ex. 30, pp. 30-200, 30-203 to 30-205]

q.  1906 Kelsey Report to Commissioner dated August 8, 1906 Re: "Condition of the California Indians,"  page 22 [Shoaf Decl., Ex. 31, p. 31-231]

r.  1907 Kelsey Report to Commissioner, pages 1-3 [Shoaf Decl., Ex. 32, pp. 32-235 to 32-238]

s.  1907 Commissioner's Annual report, page 57 [Shoaf Decl., Ex. 33, p. 33-245]

t.  1907 Superintendent of Irrigation Ollny to Code

34

**CVWD STATEMENT OF GENUINE DISPUTES**

| | | |
|---|---|---|
| 1 | | [Shoaf Decl., Ex. 34, p. 34-248] |
| 2 | | u.  1908 Kelsey to Code, Chief Engineer [Shoaf Decl., Ex 35, p. 35-251] |
| 3 | | |
| 4 | | |
| 5 | | v.  1909 Lebacho statement re: purpose of construction of Tahquitz Ditch [Shoaf Decl., Ex. 36, p. 36-253] |
| 6 | | |
| 7 | | |
| 8 | | w.  1911 Agreement between United States and Non-Indians concerning Tahquitz Creek water allocation [Shoaf Decl., Ex. 37, p. 37-256] |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | x.  1911 Administrative Farmers' letter to Olberg [Shoaf Decl., Ex. 38, p. 38-264] |
| 13 | | |
| 14 | | |
| 15 | | y.  1918 Indian Irrigation Service Report-"History of Irrigation at Agua Caliente Reservation" [Shoaf Decl., Ex. 39, pp. 39-276 to 39-277, 39-280] |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | z.  1924 Indian Defense Association of Santa Barbara report regarding Agua Caliente Tribe [Shoaf Decl., Ex. 40, p. 40-297] |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | aa.  1924 Palmer Report to Dr. Blair [Shoaf Decl., Ex. 41, p. 41-313] |
| 24 | | |
| 25 | | bb.  1924 Clotts Report to Commissioner [Shoaf Decl., Ex. 42, p. 42-318] |
| 26 | | |
| 27 | | cc.  1925 Ellis letter to Commissioner [Shoaf Decl., Ex. 43, p. 43-320] |
| 28 | | |

35
**CVWD STATEMENT OF GENUINE DISPUTES**

| | | |
|---|---|---|
| | | dd.  1925 Ellis letter to Commissioner [Shoaf Decl., Ex. 44, p. 44-324] ee.  1931 Supervising Engineer Wathen to Director of Irrigation [Shoaf Decl., Ex. 45, pp. 45-326 to 45-327] ff.  1936 Agua Caliente Tribal Committee letter to Secretary [Shoaf Decl., Ex. 46, p. 46-330] gg.  1936 Supervising Engineer Engle to Commissioner with Memo regarding Agua Caliente Water Rights [Shoaf Decl., Ex. 47, pp. 47-333 to 47-335, 47-338 to 47-340] hh.  1939 District Counsel Humphrys' letter to Director of Irrigation Wathen [Shoaf Decl., Ex. 48, pp. 48-347,  48-349] ii.  1940 Draft Agreement to replace 1911 Agreement regarding Tahquitz Creek Water allocation [Shoaf Decl., Ex. 49, p. 354] |
| 29. | All efforts by the Agua Caliente Band and the government to provide a water supply to the Plaintiff's reservation for irrigation and domestic uses relied on surface waters as the source of supply. | a.  Indian Agent Preston-Palm Valley Land Company "Agreement" dated February 7, 1888 [Shoaf Decl., Ex. 20, pp. 20-128 to 20-129] b.  Report by Henry Ryan to Indian Agent Estudillo dated January 16, 1894 [Shoaf Decl., Ex. 22, pp. |

**CVWD STATEMENT OF GENUINE DISPUTES**

| | | |
|---|---|---|
| | | 22-139 to 22-140]<br>c.  Report by Supervising Engineer Holland to Commissioner of Indian Affairs dated August 23, 1900 [Shoaf Decl., Ex. 25, pp. 25-155 to 25-162]<br>d.  Report by Superintendent of Irrigation Butler to Commissioner of Indian Affairs, dated August 22, 1903[Shoaf Decl., Ex. 27, pp. 27-174 to 27-182]<br>e.  Report by Special Inspector Levi Chubbuck to Secretary of the Interior, dated February 24, 1906, describing terms of the 1888 Barney Agreement and new proposal to buy Barney's land and water rights in Andreas Creek for use on the reservation [Shoaf Decl., Ex. 29, pp. 29-192 to 29-196]<br>f.  1911 Agreement between the Government and certain non-Indians regarding Tahquitz Creek water rights [Shoaf Decl., Ex. 37, p. 37-256]<br>g.  Report by Supervising Engineer Wathen to Director of Engineering, dated December 15, 1931 (ACC374) [Shoaf Decl., Ex. 45, pp. 45-326 to 45-327]<br>h.  Report by Supervising |

37

**CVWD STATEMENT OF GENUINE DISPUTES**

|  |  |  | Engineer Engle to Commissioner of Indian Affairs, dated October 29, 1936 [Shoaf Decl., Ex. 47, pp. 47-333 to 47-335, 47-338 to 47-340]<br>i. 1940 Agreement revising 1911 Agreement regarding Tahquitz Creek Water Rights (ACC 10782) [Shoaf Decl., Ex. 49, p. 49-354] |
|---|---|---|---|
| 30. | | The groundwater under the Plaintiff's Reservation does not add to, contribute to or support the surface waters of Andreas Creek. | Gerald D. Shoaf Declaration in Support of Opposition, **[filed concurrently]** Ex 51, p. 51-7. |
| 31. | | The groundwater under the Plaintiff's Reservation does not add to, contribute to or support the surface waters of Tahquitz Creek. | Gerald D. Shoaf Declaration in Support of Opposition, **[filed concurrently]** Ex 51, p. 51-7. |
| 32. | | The groundwater under the Plaintiff's Reservation does not add to, contribute to or support the surface waters of Chino Creek. | Gerald D. Shoaf Declaration in Support of Opposition, **[filed concurrently]**Ex 51, p. 51-8. |

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

38

**CVWD STATEMENT OF GENUINE DISPUTES**

Dated:  December 5, 2014            REDWINE AND SHERRILL


By:    /s/Steven B. Abbott
       STEVEN B. ABBOTT
       sabbott@redwineandsherrill.com
       Attorney for Defendants
       COACHELLA VALLEY WATER DISTRICT,
       FRANZ DE KLOTZ, ED PACK, JOHN POWELL,
       JR., PETER NELSON, and DEBI LIVESAY, in
       their official capacities as members of the Board of
       Directors of the COACHELLA VALLEY WATER
       DISTRICT
       1950 Market Street
       Riverside, CA 92501
       (951) 682-7838 Telephone
       (951) 684-9583 Facsimile

**CVWD STATEMENT OF GENUINE DISPUTES**