STEVEN B. ABBOTT (SBN 125270)
sabbott@redwineandsherrill.com
GERALD D. SHOAF (SBN 41084)
gshoaf@redwineandhserrill.com
JULIANNA K. TILLQUIST (SBN 180552)
jtillquist@redwineandsherrill.com
REDWINE AND SHERRILL
ATTORNEYS AT LAW
1950 MARKET STREET
RIVERSIDE, CA 92501
PHONE (951) 684-2520
FACSIMILE (951) 684-9583

Attorneys for Defendants,
COACHELLA VALLEY WATER DISTRICT, FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR., PETER NELSON, and DEBI LIVESAY, in their official capacities as members of the Board of Directors of the COACHELLA VALLEY WATER DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, <br><br> Plaintiff, <br><br> vs. <br><br> COACHELLA VALLEY WATER DISTRICT, et al. <br><br> Defendants. <br> _____ <br> UNITED STATES OF AMERICA <br><br> Plaintiff-in-Intervention | ED CV 13-00883 JGB-(SPx) <br><br> Action Filed May 14, 2013 <br><br> CVWD DEFENDANTS' EVIDENTIARY OBJECTIONS <br><br> Hearing: February 9, 2015 <br> Time:     9:00 a.m. <br>              Courtroom 1 |

1

Pursuant to the Court's Standing Order, the CVWD Defendants make the following objections to the supporting evidence offered by Plaintiff Agua Caliente Band of Cahuilla Indians and Plaintiff in Intervention United States of America in Agua Caliente Band of Cahuilla Indians' Statement of Undisputed Facts and Conclusions of Law (Doc. 85-4):

| Fact No | Fact | Objection |
|---|---|---|
| 4. | The lands now set aside as the Reservation were within Agua Caliente's aboriginal territory. (LOWELL JOHN BEAN, MUKAT'S PEOPLE: THE CAHUILLA INDIANS OF SOUTHERN CALIFORNIA 25-28 (Berkeley: University of California Press, 1972) (1972). Tab 3.) | Irrelevant – F.R.E. 402. Hearsay – F.R.E. 802. Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 5. | The population of Cahuilla prior to first contact with Europeans was 5,000-6,000. (Bean (1972) at 76-77. Tab 3.) | Irrelevant – F.R.E. 402. Hearsay – F.R.E. 802. Improper opinion testimony – F.R.E. 701 (a) & (b), 702 (a) – (d) (also, expert qualifications not established). |
| 6. | The present day Agua Caliente are descended from four Cahuilla lineages. (LOWELL J. BEAN, SYLVIA BRAKKE VANE & JACKSON YOUNG, THE CAHUILLA LANDSCAPE: THE SANTA ROSA AND SAN JACINTO MOUNTAINS 10-20 (Lowell Bean & Sylvia Brakke Vane, eds., Ballena Press 1991) (1991). Tab 4) | Irrelevant – F.R.E. 402. Hearsay – F.R.E. 802. Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |

| | | |
|---|---|---|
| 7. | The four ancestral Cahuilla lineages from which the present day Agua Caliente descend were *Kauisiktum, Paniktum, Wanakik,* and *Atcitem*. *(Id.)* | Irrelevant – F.R.E. 402. Hearsay – F.R.E. 802. Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established) |
| 8. | The borders of the ancestral Cahuilla's living area extended across the San Jacinto Mountains to the west and into the Coachella Valley to the east, encompassing the Whitewater River basin in San Gorgonio Pass and running south to around what is now Cathedral City. *(Id.* at 13.) | Irrelevant – F.R.E. 402.<br><br>Hearsay – F.R.E. 802.<br><br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 9. | The ancestral Cahuilla lineages that make up the present day Agua Caliente lived in an area of roughly 600 square miles. (*Id.* at 13-22.) | Irrelevant – F.R.E. 402.<br>Hearsay – F.R.E. 802.<br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 10. | The living area of the ancestral Cahuilla lineages from which the Agua Caliente are descended included present day Palm Springs. (*Id.*) | Irrelevant – F.R.E. 402.<br>Hearsay – F.R.E. 802.<br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 11. | The living area of the ancestral Cahuilla lineages from which the Agua Caliente are descended extended as far south as the present day city of La Quinta. (*Id.*) | Irrelevant – F.R.E. 402.<br>Hearsay – F.R.E. 802.<br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 12. | Ancestral Cahuilla villages were located near water sources. *(Id.* at 8. Bean (1972) at 25-28, 32. Tab 3.) | Irrelevant – F.R.E. 402. Hearsay – F.R.E. 802. Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 13. | Ancestral Cahuilla villages were occupied year-round. Bean (1972) at 71, 73-74, 82. Tab 3 | Irrelevant-F.R.E. 402.  Hearsay-F.R.E. 802.  Improper opinion testimony-F.R.E. 701(a) and (b), 702(a)-(d) (also, expert qualifications not established). |

| | | |
|---|---|---|
| 14. | Ancestral Cahuilla seasonally occupied areas outside of their villages to hunt and gather. ( Id. at 71. FRANCISCO PATENCIO, STORIES AND LEGENDS OF THE PALM SPRINGS INDIANS 56 (Margaret Boynton, ed., Times-Mirror 1943) (1943). Tab 5.  William Duncan Strong, Aboriginal Society in Southern California, 26  AMERICAN ARCHAEOLOGY AND ETHNOLOGY 91 (1929). Tab 6. Bean, Vane, & Young (1991) at 67, 76, 87. Tab 4.) | Irrelevant – F.R.E. 402.  Hearsay – F.R.E. 802.  Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 15. | Water was critical to meet a number of ancestral Cahuilla needs. ( Bean (1972) at 36-43, 52-53, 60, 73-74. Tab 3.  Bean, Vane, & Young (1991). Tab 4.) | Irrelevant – F.R.E. 402. Hearsay – F.R.E. 802. Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 16. | Ancestral Cahuilla used water for personal consumption. ( DAVID P. BARROWS, THE ETHNO-BOTANY OF THE COAHUILLA INDIANS OF SOUTHERN CALIFORNIA 40 (University of Chicago Press 1900) (1900). Tab 7.) | Irrelevant – F.R.E. 402.  Hearsay – F.R.E. 802.  Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |

| | | |
|---|---|---|
| 17. | Ancestral Cahuilla used water for food processing and preparation. (Bean (1972) at 36-43, 52-53, 60. Tab 3) | Irrelevant – F.R.E. 402.<br>Hearsay – F.R.E. 802.<br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 18. | Ancestral Cahuilla used water for personal hygiene.<br>Bean (1972) at 81. | Irrelevant-F.R.E. 402.<br>Hearsay-F.R.E. 802.<br>Improper opinion testimony-F.R.E. 701(a) and (b), 702 (a)-(d) (also, expert qualifications not established). |
| 19. | Ancestral Cahuilla used water for medicinal purposes.<br>( Id. at 39, 81, 167.<br><br>Patencio (1943) at 91-5. Tab 5.<br><br>Strong (1929) at 93. Tab 6.) | Irrelevant – F.R.E. 402.<br>Hearsay – F.R.E. 802.<br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 20. | Ancestral Cahuilla used water for spiritual and ceremonial purposes. (*Id.*) | Irrelevant – F.R.E. 402.<br>Hearsay – F.R.E. 802.<br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 21. | Ancestral Cahuilla used water for production of household items such as pottery and baskets.<br>( Bean (1972) at 39, 49-50. Tab 3.) | Irrelevant – F.R.E. 402.<br><br>Hearsay – F.R.E. 802.<br><br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |

| | | |
|---|---|---|
| 22. | Ancestral Cahuilla used water in the construction of their homes. ( LOWELL BEAN, ARCHAEOLOGICAL, ETHNOGRAPHIC, AND ETHNOHISTORIC INVESTIGATIONS AT TAHQUITZ CANYON, PALM SPRINGS, CALIFORNIA V-95-97 (Jerry Schaefer and Sylvia Brakke Vane, eds., Cultural Systems Research, Inc.  1995) (1995). Tab 8.<br><br>Bean, Vane, & Young (1991). Tab 4.) | Irrelevant – F.R.E. 402.<br><br>Hearsay – F.R.E. 802.<br><br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 23. | Ancestral Cahuilla used water for agricultural purposes. ( LOWELL J. BEAN AND KATHERINE SIVA SAUBEL, TEMALPAKH: CAHUILLA INDIAN KNOWLEDGE AND USE OF PLANTS 201-210 (Malki Museum Press 1972) (1972). Tab 9.<br><br>Bean (1972) at 2. Tab 3.<br><br>Bean (1995) at V-46-50, 162-63. Tab 8.<br><br>BENJAMIN D. WILSON, THE INDIANS OF SOUTHERN CALIFORNIA IN 1852 27, 37 (John Walton Caughey, ed., Huntington Library, 1952) (1852). Tab 10.) | Irrelevant – F.R.E. 402.<br><br>Hearsay – F.R.E. 802.<br><br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 24. | Cahuilla people have lived in the desert environment for millennia. ( Bean (1972) at 25-28. Tab 3. | Irrelevant – F.R.E. 402. Hearsay – F.R.E. 802.<br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |

| 25. | Naturally occurring springs were of vital importance to the ancestral Cahuilla, including the lineage groups from which Agua Caliente descends, for subsistence, agricultural, and cultural purposes.<br>( Bean, Vane, & Young (1991) at 8, 13, 20, 39-40, 47-48, 51, 53, 60, 67, 70, 72, 76, 82, 84-85, 101. Tab 4.<br><br>Bean (1972) at 31-32. Tab 3.<br><br>Bean (1995) at V-5-6, V-93. Tab 8.<br><br>Bean & Saubel (1972) at 203. Tab 9.<br><br>Patencio (1943) at 70-71, 91-95. Tab 5.<br><br>John R. Brumgardt & Larry L. Bowles, People of the Magic Waters: The Cahuilla Indians of Palm Springs (ETC Publications: Palm Springs, California, 2007) (2007) 98-100. Tab 11.) | Irrelevant – F.R.E. 402.<br><br>Hearsay – F.R.E. 802.<br><br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
|---|---|---|

7

| | | | |
|---|---|---|---|
| | 26. | The ancient Cahuilla, including the lineage groups that became Agua Caliente, developed groundwater sources such as springs and hand dug wells where necessary to carry out their essential life ways. ( Bean (1972) at 32, 74. Tab 3. Bean, Vane, & Young (1991) at 8. Tab 4. Barrows (1900) at 26-27. Tab 7. A.L. Kroeber, Ethnography of the Cahuilla Indians,. 8 no. 2 UNIV. OF CA PUB. IN AMERICAN ARCHAEOLOGY AND ETHNOLOGY 31 (1908). Tab 12. RACHEL DAYTON SHAW, EVOLVING ECOSCAPE: AN ENVIRONMENTAL AND CULTURAL HISTORY OF PALM SPRINGS, CALIFORNIA, AND THE AGUA CALIENTE INDIAN RESERVATION, 1877-1939 72 (University of California, San Diego 1999) (1999). Tab 13. Lando, Richard & Ruby E. Modesto, Temal Wakhish: A Desert Cahuilla Village, 4 JOURNAL OF CALIFORNIA ANTHROPOLOGY Figure 2 (1977). Tab 14.) Patencio (1943) at 58, 100-102. Tab 5. | Irrelevant – F.R.E. 402. Hearsay – F.R.E. 802. Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |

| | | |
|---|---|---|
| | HARRY M. QUINN, BSERVATIONS ON THE CAHUILLA INDIANS- PAST AND PRESENT 64 (Coachella Valley Archaeological Society 2007) (1997). Tab 15.<br><br>Lowell John Bean and William M. Mason, The Romero Expeditions, 1823-1826; Diaries and Accounts of the Romero Expeditions in Arizona and California 36-37 (Palm Springs Desert Museum 1962) (1893). Tab 16.) | |
| 27. | Ancestors of the modern Agua Caliente have lived in the present-day Coachella Valley consistently since before first contact with Europeans.<br>( Bean (1972) at 71. Tab 3.) | Irrelevant – F.R.E. 402. Hearsay – F.R.E. 802.<br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 28. | There is no evidence of non-Cahuilla indigenous groups living in the present-day Coachella Valley.<br>( *Id.* at 70.) | Irrelevant – F.R.E. 402. Hearsay – F.R.E. 802.<br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |
| 29. | The historical record shows extensive Cahuilla use and control of the present-day Coachella Valley.<br>( Id. at 25-28, 71-72.<br><br>Bean, Vane, & Young (1991) at 87. Tab 4.<br><br>Patencio (1943) at 56, 91-95. Tab 5.<br><br>Shaw (1999) at 72. Tab 13.) | Irrelevant – F.R.E. 402.<br><br>Hearsay – F.R.E. 802.<br><br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |

| | | |
|---|---|---|
| 79. | The Treaty of Temecula set aside a reservation encompassing most of the lands making up the current Agua Caliente Reservation.<br>( Id.<br>Bean (1995) at V-167. Tab 8.<br><br>Ellison (1922) at 56-57. Tab 36.) | Irrelevant – F.R.E. 402.<br><br>Hearsay – F.R.E. 802.<br><br>Improper opinion testimony – F.R.E. 701 (a) and (b), 702 (a) – (d) (also, expert qualifications not established). |

Dated: December 5, 2014      REDWINE AND SHERRILL


By:___*/s/Steven B. Abbott*_____
       STEVEN B. ABBOTT
       sabbott@redwineandsherrill.com
       Attorney for Defendants
       COACHELLA VALLEY WATER DISTRICT,
       FRANZ DE KLOTZ, ED PACK,
       JOHN POWELL, JR., PETER NELSON,
       and DEBI LIVESAY, in their official
       capacities as members of the Board of
       Directors of the COACHELLA VALLEY
       WATER DISTRICT
       1950 Market Street
       Riverside, CA 92501-1720
       (951) 684-2520 (phone)
       (951) 684-9583 (fax)