SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

F. PATRICK BARRY, Senior Trial Attorney
patrick.barry@usdoj.gov
DARON T. CARREIRO, Trial Attorney
daron.carreiro@usdoj.gov
YOSEF M. NEGOSE, Trial Attorney
yosef.negose@usdoj.gov
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
Phone:      (202) 305-0269
Facsimile:  (202) 305-0725
Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor, | CASE NO.<br>5:13-cv-00883-JGB-SP<br><br>**UNITED STATES' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT AND LEGAL OBJECTIONS IN RESPONSE TO CVWD'S MOTION FOR SUMMARY JUDGMENT** |

|   |   |
|---|---|
| v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | BEFORE: Judge Jesus G. Bernal<br>DATE: February 9, 2015<br>DEPT: Courtroom 1<br>TIME: 9:00 a.m. |

Pursuant to the Court's Standing Order and L.R. 56-2, and for the purposes of Phase I Summary Judgment briefing in this case, the United States joins in, and hereby adopts and incorpoates, the Statement of Genuine Disputes of Material Fact and legal objections filed today by the Agua Caliente Band of Cahuilla Indians in response to Coachella Valley Water District's Phase I Motion for Summary Judgment.

Dated: December 5, 2014            Respectfully submitted,

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

   /s/  F. Patrick Barry
F. PATRICK BARRY, Senior Trial Attorney
DARON T. CARREIRO, Trial Attorney
YOSEF M. NEGOSE, Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
Phone:       (202) 305-0269

United States' Genuine Disputes
of Material Fact and Objections            -2-
Case No. 5:13-cv-0883-JGB-SP

Facsimile: (202) 305-0725
patrick.barry@usdoj.gov
daron.carreiro@usdoj.gov
yosef.negose@usdoj.gov

Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

United States' Genuine Disputes
of Material Fact and Objections                -3-
Case No. 5:13-cv-0883-JGB-SP