1  RODERICK E. WALSTON (Bar No. 32675)
   roderick.walston@bbklaw.com
2  STEVEN G. MARTIN (Bar No. 263394)
   steven.martin@bbklaw.com
3  BEST BEST & KRIEGER LLP
   2001 N. Main Street, Suite 390
4  Walnut Creek, California 94596
   Telephone: (925) 977-3300
5  Facsimile: (925) 977-1870

6  ARTHUR L. LITTLEWORTH (Bar No. 22041)
   arthur.littleworth@bbklaw.com
7  PIERO C. DALLARDA (Bar No. 181497)
   piero.dallarda@bbklaw.com
8  BEST BEST & KRIEGER LLP
   3390 University Avenue, Fifth Floor
9  P.O. Box 1028
   Riverside, California 92502
10 Telephone:  (951) 686-1450
   Facsimile:  (951) 686-3083
11
   Attorneys for Defendant
12 DESERT WATER AGENCY

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                   EASTERN DIVISION

16
   AGUA CALIENTE BAND OF            Case No. 5:13-cv-00883-JGB (SPx)
17 CAHUILLA INDIANS,                Judge:    Hon. Jesus G. Bernal

18              Plaintiff,          **DESERT WATER AGENCY'S
                                    APPENDIX OF CITED DOCUMENTS
19      v.                          IN SUPPORT OF OPPOSITION TO
                                    MOTION FOR SUMMARY
20 COACHELLA VALLEY WATER           JUDGMENT OF THE UNITED STATES**
   DISTRICT, et al.,
21                                  [Filed with:
              Defendants.          1.  Desert Water Agency's Opp. to MSJof
22                                  the United States

23                                  2.  Desert Water Agency's Statemewnt of
                                    Genuine Disputes of Material Facts in Opp.
24                                  to MSJ of the United States]

25                                  **Date:       February 9, 2015
                                    Time:       9:00 a.m.**
26                                  **Dept.:      Courtroom 1**
                                    Action Filed:   May 14, 2014
27                                  Trial Date:    Feb. 3, 2015

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA  94596

1

2

### APPENDIX OF CITED DOCUMENTS

3

Desert Water Agency ("DWA") submits this Appendix of Cited Documents

4
in support of its opposition to motion for summary judgment of the United States

5
("United States").  The following documents are attached and incorporated by

6
reference in Desert Water Agency's Opposition to Motion for Summary Judgment

7
of the United States:

8

9       1.  Stipulation, United States of America v. Fallbrook Public Utility

10          District, et al., Case No. Civil 1247, filed November 30, 1951.

11

12      2.  Minutes of the Court, United States of America v. Fallbrook Public

13          Utility District, et al., Case No. Civil 1247, dated April 28, 1952.

14

15  Dated: December 5, 2014          BEST BEST & KRIEGER LLP

16

17

18                          By: /s/ Roderick E. Walston
                                RODERICK E. WALSTON
19                              ARTHUR L. LITTLEWORTH
                                GENE TANAKA
20                              PIERO C. DALLARDA
                                STEVEN G. MARTIN
21
                                Attorneys for Defendant
22                              DESERT WATER AGENCY

23

24

25

26

27

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA  94596

1

1  BETTY MARSHALL GRAYDON
   Assistant United States Attorney
2  1405 Fifth Avenue
   San Diego 1, California
3  Telephone: F 9-4101
   EDMUND G. BROWN, Attorney General of the State of California
4  B. ABBOTT GOLDBERG, Deputy Attorney General
   600 State Building
5  San Francisco 2, California
   Telephone: UN 1-8700
6  ARVIN B. SHAW, JR., Assistant Attorney General
   835 Rowan Building
7  Los Angeles, California
   Telephone: MAdison 6-0161
8

**FILED**

NOV 30 1951

EDMUND L. SMITH, Clerk

*[signature]*

DEPUTY CLERK

9              IN THE UNITED STATES DISTRICT COURT

10          IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11                      SOUTHERN DIVISION

12  UNITED STATES OF AMERICA,              )
                                           )
13              Plaintiff,                 )      Civil No. 1247
                                           )
14          v.                             )      STIPULATION
                                           )
15  FALLBROOK PUBLIC UTILITY DISTRICT, a   )
    public service corporation of the      )
16  State of California, et al.,           )
                                           )
17              Defendants,                )
                                           )
18  PEOPLE OF THE STATE OF CALIFORNIA,     )
                                           )
19              Defendants in Intervention. )

20          On the 15th day of August, 1951, the People of the

21  State of California, in accordance with invitation of the

22  United States of America, petitioned this Court to intervene

23  in this litigation.  On that date an Order was allowed and

24  entered by this Court granting the Petition.

25          For the clarification of the issues in this

26  litigation, and for the benefit of all of the parties to this

27  cause, it is hereby stipulated:

28                              I

29          That in Paragraphs VIII and IX of plaintiff's

30  Complaint herein, and in Paragraphs 2 and 3 of the Prayer of

31  said Complaint, the word "paramount" is used in the same

                              1.

                                            457

1   sense in which that word is used in the second paragraph,

2   on page 374 of the opinion of the Supreme Court of California

3   in the case of Peabody v. Vallejo, 2 Cal. 2d 351 (fourth

4   paragraph on page 494, 40 Pac. 2d 486.)

5                                    II

6        That in this cause, the United States of America

7   claims only such rights to the use of water as it acquired

8   when it purchased the Rancho Santa Margarita, together with

9   any rights to the use of water which it may have gained by

10  prescription or use, or both, since its acquisition of the

11  Rancho Santa Margarita.

12                                   III

13       That the United States of America claims by reason

14  of its sovereign status no right to the use of a greater

15  quantity of water than is stated in Paragraph II, hereof.

16                                   IV

17       That the rights of the United States of America to

18  the use of water herein are to be measured in accordance with

19  the laws of the State of California.

20                                    V

21       That the parties to this Stipulation  will request

22  the entry of a Pretrial Order by this Court defining the issues

23  in this cause, in conformity with the statements contained

24  in this Stipulation.

25                                   VI

26       That there will be a full, complete and mutual

27  exchange of data and information as to the subject matter of

28  this cause collected by the respective parties to this

29  Stipulation, including data respecting the issuance of any

30  permits or licenses issued by the State of California in

31  connection with the rights to the use of water of the

                                                    458

                                   2.

1   Santa Margarita River.  Such exchange of information by the

2   United States, will be subject to clearance by the Commanding

3   Officer, Camp Joseph H. Pendleton, in respect to military

4   security, as determined by said Officer.

5          Dated:  November 29, 1951.

6

7

8   ERNEST A. TOLIN,            EDMUND G. BROWN, Attorney General
     United States Attorney       of the State of California

9   BETTY MARSHALL GRAYDON,
     Assistant United
     States Attorney

10  WILLIAM H. VEEDER,         ARVIN B. SHAW, JR.
     Special Assistant to      Assistant Attorney General

11  the Attorney General
     of the United States

12  By                        B. ABBOTT GOLDBERG,

13                         Deputy Attorney General

14  WILLIAM H. VEEDER        Attorneys for the People of the
                             State of California

15

16  APPROVED:  April 28, 1952

17

18  CHIEF JUDGE, U. S. DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

29

30

31

3.

459

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SOUTHERN** DIVISION

U.S.A.,                                    )   No. **1247-SD**         Civil
                                           )
                            Plaintiff      )   MINUTES OF THE COURT
                                           )
      vs                                   )   Date: **April 28, 1952,**
                                           )
Fallbrook Public Utility District,         )   At: **San Diego,**       Calif.
et al.,                                    )
                                           )
                            Defendants.    )

PRESENT: The Honorable ___LEON R. YANKWICH___ District Judge;

Deputy Clerk: **J.M. Horn**          Reporter: **Ross Reynolds**

Counsel for Plaintiff : Wm H. Veeder, Spec. Ass't to Att'y Gen'l
                        Betty M. Graydon, Ass't U.S. Att'y
      Walter J. Turnbull, Jr., and John R. McCarthy of counsel for plaintiff
Counsel for Defendants: Phil D. Swong for def't Fallbrook Public Utility
      District; W. B. Dennis for def't Santa Margarita Mutual Water Co.;
      Marvin Shaw, Deputy Att'y Gen'l, for intervener State of California
~~XXXXXXXXXXXXXXXXXXXX~~                      ~~XXXXXXXXXX~~
      Edson Abel for Def'ts Faulkner and Thurbers

| NATURE OF PROCEEDINGS: | RULING: |
|---|---|
| For (1) hearing on motion of defendants Faulkner and Thurbers for reference to Special Master, pursuant to notice thereof, filed March 13, 1952; (2) hearing on plaintiff's objections to interrogatories pursuant to notice thereof, filed April 14, 1952; and (3) setting; | |
| Attorney Abel makes a statement in support of motion (1) for reference to Special Master. | Court orders motion (1) for reference to Special Master denied. |
| The Court, after hearing argument of counsel re objections to interrogatories propounded by def't Fallbrook Public Utility District, | ORDERS objections of plaintiff to Interrogatories Nos. 1, 13, 28, 29, and 30 sustained. |
| | Court orders case set for pretrial hearing July 8, 1952, 10 AM, and for entire week if necessary. |
| | Court approves stipulation between plaintiff and def't State of Calif., heretofore filed Nov. 30, 1951. |
| On stipulation of counsel, | IT IS ORDERED that time for defendants to plead is extended to July 15, 1952. |

EDMUND L. SMITH, Clerk, 1032

By_____
                 Deputy Clerk.