RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone:  (951) 686-1450
Facsimile:  (951) 686-3083

Attorneys for Defendant
DESERT WATER AGENCY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No. CV 13-00883-JGB (SPx)<br>Judge:   Hon. Jesus G. Bernal<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed:  May 14, 2014<br>Trial Date:    Feb. 3, 2015 |

01358.00008\9448689.1

PROOF OF SERVICE
CV 13-00883-JGB (SPX)

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Best Best & Krieger LLP, 2001 N. Main Street, Suite 390, Walnut Creek, California 94596. On December 5, 2014, I served the following document(s):

**DESERT WATER AGENCY'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF OF UNITED STATES**

**DESERT WATER AGENCY'S APPENDIX OF CITED DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF THE UNITED STATES**

**DESERT WATER AGENCY'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF UNITED STATES**

by transmitting via electronic transmission to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Central District of California. Federal Rule of Civil Procedure § 5(b)(2)(E)

| | |
|---|---|
| Catherine F. Munson, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>607 Fourteenth Street NW, Suite 900<br>Washington, DC 20005<br><br>Tel: (202)-508-5844<br>Fax: (202) 585-0007<br>cmunson@kilpatricktownsend.com<br>kharper@kilpatricktownsend.com | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |

| | | |
|---|---|---|
| 1 | | |
| 2 | Thierry R. Montoya | Attorneys for Plaintiff Agua |
| 3 | David J. Masutani | Caliente Band of Cahuilla Indians |
| | AlvaradoSmith, APC | |
| 4 | 633 W. Fifth Street | |
| | Suite 1100 | |
| 5 | Los Angeles, CA 90071 | |
| 6 | | |
| 7 | Tel: (213) 229-2400 | |
| | Fax: (213) 229-2499 | |
| 8 | dmasutani@alvaradosmith.com | |
| 9 | Heather Whiteman Runs Him, Esq. | Pro Hac Vice Attorneys for Plaintiff |
| 10 | Steven C. Moore, Esq. | Agua Caliente Band of Cahuilla |
| | Native American Rights Fund | Indians |
| 11 | 1506 Broadway | |
| 12 | Boulder, CO 80302 | |
| 13 | | |
| | Tel: (303) 447-8760 | |
| 14 | Fax: (303) 442-7776 | |
| 15 | heatherw@narf.org | |
| | smoore@narf.org | |
| 16 | | |
| 17 | Mark H. Reeves, Esq. | Pro Hac Vice Attorneys for Plaintiff |
| | Kilpatrick Townsend & Stockton LLP | Agua Caliente Band of Cahuilla |
| 18 | Enterprise Mill | Indians |
| 19 | 1450 Greene St., Suite 230, | |
| | Augusta, GA 30901 | |
| 20 | | |
| 21 | Tel: (706) 823-4206 | |
| | Fax: (706) 828-4488 | |
| 22 | mreeves@kilpatricktownsend.com | |
| 23 | | |
| 24 | Gerald D. Shoaf, Esq. | Attorney for Defendants |
| 25 | Steven B Abbott, Esq. | Coachella Valley Water District, |
| | Redwine & Sherrill | Franz De Klotz, Ed Pack, John |
| 26 | 1950 Market Street | Powell, Jr., Peter Nelson, Debi |
| 27 | Riverside, CA 92501-1704 | Livesay |
| 28 | | |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

Tel: 951-684-2520
Fax: 951-684-9583
sabbott@redwineandsherrill.com
gshoaf@redwineandsherrill.com

Executed on December 5, 2014 at Walnut Creek, California.

/s/ *Irene Islas*
Irene Islas

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596