**United States District Court**
**Central District of California (Eastern Division - Riverside)**
**CIVIL DOCKET FOR CASE #:**
5:13-cv-00883-JGB-SP

*Agua Caliente Band of Cahuilla Indians v. Coachella Valley Water District et al*

**Evidence in Support of Agua Caliente's Opposition to Defendants' Motions for Summary Judgment on Phase I**

| TAB II | DESCRIPTION | BATES RANGE |
|---|---|---|
| 1 | Report on the Conditions and needs of the Mission Indians of California" July 13, 1883, in Senate, Message from the President of the United States . . ., 48th Congres, 1st session, January 14, 1884, S. Ex. Doc. 49, serial 2162, 32. (ACC0017371) | ACC0017335-ACC0017374 |
| 2 | December 19, 1891 letter from Commissioner of Indian Affairs R.V. Belt to the Secretary of Interior John Noble, 17-18 and 34-35. (ACC-HRA000662-663 and ACC-HRA000679-680) | ACC-HRA000645-ACC-HRA000681 |
| 3 | December 29, 1891 Executive Order, Benjamin Harrison. (ACC0017506 - ACC00017507) | ACC0017406-ACC0017507 |
| 4 | December 30, 1891 letter from Secretary of Interior John Noble to the Indian Office. (CVWD 497-006 - CVWD 497-007) | CVWD 497 |
| 5 | Francisco Estudillo Ltr. to Commissioner of Indian Affairs, October 31, 1893, Letter 41471-1893, Box 20, SC-31, Entry 102: Special Cases 1821–1907, RG 75, NARA I, 2-3. (ACC-HRA000704-705) | ACC-HRA000702-ACC-HRA000705 |
| 6 | Frank D. Lewis, Special U.S. Attorney for Mission Indians, to Commissioner of Indian Affairs, June 18, 1895, Letter 26355-1895, Box 21, SC-31, Entry 102: Special Cases 1821-1907, RG 75, NARA I, 2. (ACC-HRA000717) | ACC-HRA000715-ACC-HRA000726 |
| 7 | D. M. Browning, Commissioner of Indian Affairs, to Secretary of the Interior, July 3, 1895, Letter 5047-1895, Box 201, Entry 653: Indian Division Letters Received 1881–1907, RG 48, NARA II, 5. (ACC-HRA000733) | ACC-HRA000727-ACC-HRA000744 |
| 8 | L. A. Wright, Agent, Mission-Tule River Consolidated Agency, to Commissioner of Indian Affairs, August 1897, 118. (ACC-HRA000771) | ACC-HRA00769-ACC-HRA000773 |
| 9 | October 1897 report by Commissioner of Indian Affairs A.C. Tonner, 1-3. (ACC-HRA000786 - ACC-HRA000788) | ACC-HRA000781-ACC-HRA000788 |
| 10 | M.T. Holland Ltr. to Commissioner of Indian Affairs, August 23, 1900, 2 and 4-6 (Holland Letter). (ACC-HRA00798 and ACC-HRA000800-802) | ACC-HRA000790-ACC-HRA000809 |
| 11 | Holland Letter at 2; L.A. Wright Ltr. to Commissioner of Indian Affairs, Sept. 20, 1902, ARCIA 1902, 176. (ACC-HRA000822-823) | ACC-HRA000820-ACC-HRA000824 |
| 12 | L.A. Wright Ltr. to Commissioner of Indian Affairs, Sept. 1, 1904, ARCIA 1904, 170. (ACC-HRA000827) | ACC-HRA000825-ACC-HRA000830 |
| 13 | H.K. Palmer letter to Dr. Samuel Blair, Dept. of Interior, April 24, 1924. Shoaf Exhibit No. 41, 313. (Shoaf-Ex41-007) | Shoaf-Ex41-001-Shoaf-Ex41-009 |
| 14 | Nov. 15, 1925 DPW Engineer's Report from Whitewater Adjudication, 3-4. (ACC-HRA001048 - ACC-HRA0001049) | ACC-HRA001032-ACC-HRA001329 |
| 15 | John S. Dady, Superintendent, Mission Indian Agency, Letter to C.A. Engle, Supervising Engineer. December 22, 1933. | ACC0030718-ACC0030719 |
| 16 | Aggregate Private Well Production | CVWD 396 |
| 17 | Aggregate Consumption per month on Tribal Reservation | CVWD 397 |
| 18 | 2014-05-16 - CVWD Response to ACBCI Interrogatories (Set 2), 3-4. | N/A |
| 19 | 2014-05-16 - DWA Response to ACBCI Interrogatories (Set 2), 2. | N/A |