# DIVERSION RECORDS OF CONSOLIDATED RESERVOIR & POWER COMPANY
## THEIR MEASUREMENTS OF DIVERSIONS
### 1927

[Records obtained from Southern Sierras Power Company]

## JANUARY

| Day | East Fork *H | Sec.Ft. | South Fork *H | Sec.Ft. | Nicelwheel *H | Sec.Ft. | Total Sec.Ft. |
|---|---|---|---|---|---|---|---|
| 1 | 0.53 | 2.99 | 0.47 | 2.58 | 0.03 | 0.12 | 5.69 |
| 2 | 0.49 | 2.74 | 0.47 | 2.50 | 0.07 | 0.10 | 5.42 |
| 3 | 0.50 | 2.83 | 0.46 | 2.50 | 0.07 | 0.10 | 5.54 |
| 4 | 0.49 | 2.74 | 0.46 | 2.50 | 0.07 | 0.10 | 5.54 |
| 5 | 0.50 | 2.83 | 0.45 | 2.50 | 0.07 | 0.10 | 5.43 |
| 6 | 0.50 | 2.83 | 0.45 | 2.50 | 0.07 | 0.10 | 5.43 |
| 7 |  |  |  |  |  |  |  |
| 8 | 0.50 | 2.83 | 0.46 | 2.50 | 0.07 | 0.10 | 5.43 |
| 9 | 0.51 | 2.91 | 0.45 | 2.42 | 0.05 | 0.08 | 5.41 |
| 10 | 0.52 | 2.99 | 0.45 | 2.42 | 0.06 | 0.08 | 5.49 |
| 11 | 0.51 | 2.99 | 0.45 | 2.42 | 0.06 | 0.08 | 5.49 |
| 12 | 0.51 | 2.91 | 0.45 | 2.42 | 0.06 | 0.08 | 5.41 |
| 13 | 0.51 | 2.91 | 0.45 | 2.42 | 0.06 | 0.08 | 5.41 |
| 14 | 0.51 | 2.91 | 0.45 | 2.50 | 0.05 | 0.08 | 5.49 |
| 15 | 0.51 | 2.91 | 0.44 | 2.34 | 0.05 | 0.08 | 5.33 |
| 16 | 0.50 | 2.83 | 0.44 | 2.34 | 0.05 | 0.06 | 5.23 |
| 17 | 0.49 | 2.74 | 0.44 | 2.34 | 0.05 | 0.06 | 5.14 |
| 18 | 0.49 | 2.74 | 0.45 | 2.42 | 0.05 | 0.06 | 5.22 |
| 19 | 0.50 | 2.83 | 0.45 | 2.42 | 0.05 | 0.05 | 5.23 |
| 20 | 0.49 | 2.74 | 0.44 | 2.34 | 0.05 | 0.06 | 5.14 |
| 21 | 0.49 | 2.74 | 0.44 | 2.34 | 0.05 | 0.06 | 5.14 |
| 22 | 0.50 | 2.99 | 0.44 | 2.50 | 0.06 | 0.00 | 5.57 |
| 23 | 0.53 | 3.08 | 0.46 | 2.50 | 0.07 | 0.10 | 5.68 |
| 24 | 0.52 | 2.99 | 0.45 | 2.50 | 0.07 | 0.10 | 5.59 |
| 25 | 0.51 | 2.91 | 0.45 | 2.42 | 0.06 | 0.08 | 5.41 |
| 26 | 0.50 | 2.83 | 0.45 | 2.42 | 0.06 | 0.08 | 5.33 |
| 27 | 0.51 | 2.91 | 0.46 | 2.50 | 0.07 | 0.08 | 5.49 |
| 28 | 0.50 | 2.83 | 0.45 | 2.42 | 0.06 | 0.08 | 5.33 |
| 29 | 0.50 | 2.83 | 0.45 | 2.42 | 0.06 | 0.08 | 5.33 |
| 30 | 0.49 | 2.74 | 0.45 | 2.42 | 0.05 | 0.06 | 5.22 |
| 31 | 0.49 | 2.74 | 0.44 | 2.34 | 0.05 | 0.06 | 5.14 |

## FEBRUARY

| Day | East Fork *H | Sec.Ft. | South Fork *H | Sec.Ft. | Blackwheel *H | Sec.Ft. | Total Sec.Ft. |
|---|---|---|---|---|---|---|---|
| 1 | 0.49 | 2.74 | 0.44 | 2.31 | 0.05 | 0.05 | 5.14 |
| 2 | 0.49 | 2.65 | 0.44 | 2.34 | 0.05 | 0.05 | 5.05 |
| 3 | 0.49 | 2.74 | 0.44 | 2.34 | 0.05 | 0.05 | 5.14 |
| 4 | 0.49 | 2.56 | 0.44 | 2.34 | 0.05 | 0.05 | 5.05 |
| 5 | 0.49 | 2.74 | 0.45 | 2.42 | 0.06 | 0.05 | 5.22 |
| 6 | 0.50 | 2.63 | 0.46 | 2.50 | 0.06 | 0.05 | 5.39 |
| 7 | 0.50 | 2.63 | 0.45 | 2.50 | 0.06 | 0.05 | 5.39 |
| 8 | 0.49 | 2.74 | 0.46 | 2.50 | 0.06 | 0.05 | 5.32 |
| 9 | 0.49 | 2.74 | 0.45 | 2.42 | 0.06 | 0.05 | 5.24 |
| 10 | 0.49 | 2.65 | 0.44 | 2.34 | 0.06 | 0.05 | 5.03 |
| 11 | 0.49 | 2.65 | 0.44 | 2.34 | 0.06 | 0.05 | 5.00 |
| 12 | 0.49 | 2.74 | 0.44 | 2.34 | 0.06 | 0.05 | 5.16 |
| 13 | 0.49 | 2.74 | 0.43 | 2.27 | 0.06 | 0.05 | 5.07 |
| 14 | 0.49 | 2.63 | 0.43 | 2.27 | 0.06 | 0.05 | 4.99 |
| 15 | 0.48 | 2.65 | 0.44 | 2.34 | 0.06 | 0.05 | 5.05 |
| 16 | 0.48 | 2.66 | 0.43 | 2.27 | 0.06 | 0.05 | 4.98 |
| 17 | 0.47 | 2.53 | 0.42 | 2.19 | 0.05 | 0.05 | 4.83 |
| 18 | 0.48 | 2.66 | 0.43 | 2.27 | 0.06 | 0.05 | 5.01 |
| 19 | 0.51 | 2.91 | 0.43 | 2.27 | 0.06 | 0.05 | 5.26 |
| 20 | 0.50 | 2.63 | 0.43 | 2.27 | 0.06 | 0.05 | 5.10 |
| 21 | 0.49 | 2.74 | 0.42 | 2.19 | 0.06 | 0.05 | 5.01 |
| 22 | 0.49 | 2.65 | 0.43 | 2.27 | 0.07 | 0.07 | 5.03 |
| 23 | 0.50 | 2.82 | 0.44 | 2.34 | 0.07 | 0.07 | 5.26 |
| 24 | 0.51 | 2.91 | 0.44 | 2.34 | 0.07 | 0.07 | 5.35 |
| 25 | 0.51 | 2.91 | 0.45 | 2.42 | 0.07 | 0.07 | 5.43 |
| 26 | 0.51 | 2.91 | 0.45 | 2.42 | 0.07 | 0.07 | 5.43 |
| 27 | 0.50 | 2.83 | 0.45 | 2.42 | 0.07 | 0.07 | 5.35 |
| 28 | 0.51 | 2.91 | 0.44 | 2.34 | 0.07 | 0.07 | 5.35 |

* H = Depth over Weir in Feet.

ACC0000331

LHR0005804

ACC-HRA001307

ACC0000332

## STATE MEASUREMENTS OF DIVERSIONS
### 1925

(Records obtained from Southern Sierras Power Company)

### MARCH

| DAY | East Fork H | East Fork Sec.Ft. | South Fork H | South Fork Sec.Ft. | Blackwheel H | Blackwheel Sec.Ft. | Total Sec.Ft. |
|---|---|---|---|---|---|---|---|
| 1 | 0.50 | 2.83 | 0.45 | 2.42 | 0.07 | 0.10 | 5.35 |
| 2 | 0.51 | 2.91 | 0.45 | 2.42 | 0.07 | 0.10 | 5.43 |
| 3 | 0.50 | 2.83 | 0.44 | 2.34 | 0.07 | 0.10 | 5.27 |
| 4 | 0.51 | 2.91 | 0.45 | 2.42 | 0.07 | 0.10 | 5.43 |
| 5 | 0.50 | 2.83 | 0.44 | 2.34 | 0.07 | 0.10 | 5.27 |
| 6 | 0.50 | 2.83 | 0.44 | 2.42 | 0.07 | 0.10 | 5.27 |
| 7 | 0.51 | 2.91 | 0.45 | 2.42 | 0.07 | 0.10 | 5.43 |
| 8 | 0.52 | 2.95 | 0.45 | 2.42 | 0.08 | 0.12 | 5.53 |
| 9 | 0.55 | 3.25 | 0.47 | 2.58 | 0.08 | 0.12 | 5.95 |
| 10 | 0.54 | 3.16 | 0.45 | 2.50 | 0.08 | 0.12 | 5.78 |
| 11 | 0.55 | 3.25 | 0.45 | 2.42 | 0.08 | 0.12 | 5.79 |
| 12 | 0.55 | 3.25 | 0.47 | 2.58 | 0.08 | 0.12 | 5.95 |
| 13 | 0.55 | 3.25 | 0.45 | 2.50 | 0.08 | 0.12 | 5.87 |
| 14 | 0.54 | 3.16 | 0.47 | 2.58 | 0.08 | 0.12 | 5.86 |
| 15 | 0.55 | 3.25 | 0.46 | 2.50 | 0.08 | 0.12 | 5.87 |
| 16 | 0.55 | 3.25 | 0.45 | 2.50 | 0.08 | 0.12 | 5.87 |
| 17 | 0.54 | 3.16 | 0.45 | 2.42 | 0.08 | 0.12 | 5.70 |
| 18 | 0.55 | 3.25 | 0.45 | 2.50 | 0.08 | 0.12 | 5.87 |
| 19 | 0.55 | 3.33 | 0.46 | 2.50 | 0.09 | 0.13 | 5.96 |
| 20 | 0.56 | 3.33 | 0.46 | 2.50 | 0.09 | 0.15 | 5.98 |
| 21 | 0.55 | 3.25 | 0.45 | 2.42 | 0.09 | 0.15 | 5.82 |
| 22 | 0.55 | 3.33 | 0.45 | 2.50 | 0.09 | 0.15 | 5.98 |
| 23 | 0.55 | 3.33 | 0.45 | 2.50 | 0.09 | 0.15 | 5.90 |
| 24 | 0.54 | 3.16 | 0.46 | 2.50 | 0.09 | 0.15 | 5.81 |
| 25 | 0.55 | 3.33 | 0.45 | 2.50 | 0.10 | 0.17 | 6.00 |
| 26 | 0.55 | 3.25 | 0.47 | 2.58 | 0.10 | 0.17 | 6.00 |
| 27 | 0.56 | 3.33 | 0.47 | 2.50 | 0.10 | 0.17 | 6.08 |
| 28 | 0.55 | 3.33 | 0.45 | 2.50 | 0.10 | 0.17 | 6.00 |
| 29 | 0.55 | 3.25 | 0.45 | 2.42 | 0.10 | 0.17 | 5.84 |
| 30 | 0.55 | 3.16 | 0.45 | 2.50 | 0.10 | 0.17 | 5.83 |
| 31 | 0.55 | 3.25 | 0.45 | 2.50 | 0.10 | 0.17 | 5.92 |

### APRIL

| DAY | East Fork H | East Fork Sec.Ft. | South Fork H | South Fork Sec.Ft. | Blackwheel H | Blackwheel Sec.Ft. | Total Sec.Ft. |
|---|---|---|---|---|---|---|---|
| 1 | 0.55 | 3.33 | 0.46 | 2.50 | 0.10 | 0.17 | 6.00 |
| 2 | 0.54 | 3.16 | 0.45 | 2.42 | 0.10 | 0.17 | 5.75 |
| 3 | 0.53 | 3.08 | 0.44 | 2.34 | 0.10 | 0.17 | 5.59 |
| 4 | 0.56 | 3.33 | 0.47 | 2.58 | 0.10 | 0.17 | 6.00 |
| 5 | 0.57 | 3.42 | 0.48 | 2.66 | 0.10 | 0.17 | 6.25 |
| 6 | 0.64 | 4.04 | 0.54 | 3.16 | 0.17 | 0.38 | 7.58 |
| 7 | 0.53 | 3.08 | 0.46 | 2.66 | 0.15 | 0.31 | 6.05 |
| 8 | 0.53 | 3.00 | 0.48 | 2.66 | 0.14 | 0.20 | 6.02 |
| 9 | 0.52 | 3.05 | 0.47 | 2.58 | 0.13 | 0.25 | 5.69 |
| 10 | 0.64 | 4.04 | 0.52 | 2.99 | 0.18 | 0.41 | 7.44 |
| 11 | 0.59 | 3.59 | 0.49 | 2.74 | 0.14 | 0.28 | 6.61 |
| 12 | 0.58 | 3.51 | 0.51 | 2.91 | 0.15 | 0.31 | 6.73 |
| 13 | 0.58 | 3.51 | 0.51 | 2.91 | 0.15 | 0.31 | 6.73 |
| 14 | 0.59 | 3.59 | 0.52 | 2.99 | 0.15 | 0.28 | 6.96 |
| 15 | 0.58 | 3.28 | 0.48 | 2.66 | 0.15 | 0.31 | 5.95 |
| 16 | 0.53 | 3.08 | 0.48 | 2.66 | 0.15 | 0.30 | 6.12 |
| 17 | 0.52 | 3.05 | 0.49 | 2.74 | 0.18 | 0.41 | 5.90 |
| 18 | 0.57 | 3.42 | 0.50 | 2.83 | 0.17 | 0.30 | 5.63 |
| 19 | 0.57 | 3.42 | 0.51 | 2.91 | 0.15 | 0.31 | 6.64 |
| 20 | 0.53 | 3.51 | 0.50 | 2.83 | 0.14 | 0.20 | 6.62 |
| 21 | 0.53 | 3.51 | 0.53 | 3.08 | 0.17 | 0.30 | 6.97 |
| 23 | 0.50 | 2.83 | 0.48 | 2.66 | 0.13 | 0.25 | 5.74 |
| 24 | 0.49 | 2.74 | 0.48 | 2.66 | 0.12 | 0.23 | 5.53 |
| 25 | 0.50 | 2.83 | 0.47 | 2.58 | 0.11 | 0.20 | 5.61 |
| 26 | 0.49 | 2.74 | 0.48 | 2.66 | 0.12 | 0.23 | 5.63 |
| 27 | 0.50 | 2.83 | 0.50 | 2.83 | 0.12 | 0.25 | 5.89 |
| 28 | 0.53 | 3.00 | 0.51 | 2.91 | 0.12 | 0.23 | 6.22 |
| 29 | 0.54 | 3.16 | 0.51 | 2.91 | 0.12 | 0.23 | 6.30 |
| 30 | 0.54 | 3.16 | 0.51 | 2.91 | 0.12 | 0.23 | 6.30 |

* H = Depth over Weir in Feet.

LHR0005805

ACC-HRA001308

(Records obtained from Southern Sierras Power Company)

| DAY | East Fork Sec.Ft. M | South Fork Sec.Ft. M | Diversion Sec.Ft. M | Total Sec.Ft. |
|---|---|---|---|---|
| 1 | 0.54 | 3.16 | 0.14 | 6.35 |
| 2 | 0.54 | 3.15 | 0.15 | 5.45 |
| 3 | 0.55 | 3.30 | 0.17 | 5.62 |
| 4 | 0.56 | 3.33 | 0.27 | 7.59 |
| 5 | 0.56 | 3.33 | 0.27 | 7.67 |
| 6 | 0.55 | 3.35 | 0.26 | 7.72 |
| 7 | 0.54 | 3.16 | 0.25 | 7.80 |
| 8 | 0.55 | 3.36 | 0.23 | 7.70 |
| 9 | 0.55 | 3.25 | 0.25 | 7.88 |
| 10 | 0.55 | 3.33 | 0.23 | 8.35 |
| 11 | 0.55 | 3.32 | 0.24 | 6.00 |
| 12 | 0.55 | 3.25 | 0.28 | 7.97 |
| 13 | 0.44 | 3.20 | 0.22 | 7.00 |
| 14 | 0.47 | 2.99 | 0.15 | 6.84 |
| 15 | 0.43 | 2.59 | 0.24 | 6.05 |
| 16 | 0.45 | 2.42 | 0.15 | 6.68 |
| 17 | 0.45 | 2.42 | 0.34 | 6.74 |
| 18 | 0.44 | 2.54 | 0.32 | 6.34 |
| 19 | 0.42 | 2.19 | 0.12 | 6.16 |
| 20 | 0.41 | 2.13 | 0.10 | 5.96 |
| 21 | 0.41 | 2.11 | 0.10 | 5.70 |
| 22 | 0.40 | 2.04 | 0.09 | 5.70 |
| 23 | 0.40 | 2.04 | 0.08 | 5.59 |
| 24 | 0.40 | 2.04 | 0.08 | 5.67 |
| 25 | 0.40 | 2.04 | 0.08 | 5.41 |
| 26 | 0.40 | 2.05 | 0.08 | 5.41 |
| 27 | 0.40 | 2.05 | 0.07 | 5.30 |
| 28 | 0.40 | 2.31 | 0.07 | 5.29 |
| 29 | 0.41 | 3.03 | 0.07 | 5.24 |
| 30 | 0.39 | 2.63 | 0.06 | 4.07 |
| 31 | 0.39 | 1.95 | 0.05 | 4.97 |

| DAY | East Fork Sec.Ft. M | South Fork Sec.Ft. M | Diversion Sec.Ft. H | Total Reg.Ft. |
|---|---|---|---|---|
| 1 | 0.52 | 3.89 | 0.50 | 2.53 | 0.03 | 0.03 | 2.80 |
| 2 | 0.50 | 3.89 | 0.50 | 2.85 | 0.05 | 0.08 | 4.80 |
| 3 | 0.50 | 3.89 | 0.49 | 2.74 | 0.06 | 0.08 | 4.71 |
| 4 | 0.50 | 3.89 | 0.50 | 2.63 | 0.05 | 0.08 | 4.80 |
| 5 | 0.50 | 3.89 | 0.47 | 2.58 | 0.05 | 0.08 | 4.55 |
| 6 | 0.50 | 3.89 | 0.47 | 2.58 | 0.05 | 0.05 | 4.57 |
| 7 | 0.56 | 3.89 | 0.46 | 2.58 | 0.05 | 0.05 | 4.45 |
| 9 | 0.57 | 3.82 | 0.44 | 2.54 | 0.04 | 0.04 | 4.20 |
| 11 | 0.50 | 3.89 | 0.47 | 2.27 | 0.05 | 0.05 | 4.22 |
| 12 | 0.53 | 3.75 | 0.45 | 2.27 | 0.05 | 0.06 | 4.09 |
| 14 | 0.56 | 3.67 | 0.45 | 2.21 | 0.04 | 0.04 | 3.94 |
| 16 | 0.56 | 3.75 | 0.43 | 2.27 | 0.04 | 0.04 | 4.00 |
| 19 | 0.57 | 3.67 | 0.42 | 2.19 | 0.04 | 0.04 | 3.90 |
| 21 | 0.56 | 3.62 | 0.41 | 2.11 | 0.04 | 0.04 | 3.82 |
| 25 | 0.55 | 3.54 | 0.41 | 2.11 | 0.03 | 0.03 | 3.60 |
| 29 | 0.53 | 3.75 | 0.50 | 1.99 | 0.03 | 0.04 | |

*H : Totals from Table for Fork

ACC0000333

LHR0005806

ACC-HRA001309

## TABLE 21

### TOTAL MONTHLY DIVERSIONS FROM WHITEWATER RIVER AND BLACKWELL CANYON.

### BY CONSOLIDATED RESERVOIR AND WATER COMPANY CANAL.

| MONTH | 1917 | TOTAL DIVERSION IN ACRE FEET | | | | | | |
|-------|------|------|------|------|------|------|------|------|
|       |      | 1918 | 1919 | 1920 | 1921 | 1922 | 1923 |
| Jan.  |      | 148  | 164  | 127  | 208  | 277  | 331  |
| Feb.  |      | 156  | 149  | 186  | 215  | 339  | 287  |
| Mar.  |      | 396  | 191  | 259  | 271  | 454  | 354  |
| Apr.  |      | 458  | 267  | 441  | 250  | 687  | 374  |
| May   |      | 440  | 184  | 681  | 521  | 776  | 597  |
| June  |      | 355  | 148  | 620  | 228  | 700  | 243  |
| July  | 298  | 284  | 164  | 409  | 244  | 654  |      |
|       | 258  | 258  | 155  | 551  | 224  | 677  |      |
| Sept  | 258  | 209  | 132  | 264  | 197  | 509  |      |
| Oct.  | 207  | 210  | 143  | 252  | 211  | 417  |      |
| Nov.  | 150  | 192  | 145  | 256  | 190  | 417  |      |
| Dec.  | 150  | 187  | 142  | 251  | 194  | 348  |      |
| Total |      | 5245 | 1950 | 4029 | 2924 | 6236 |      |

Note:-  This table was compiled by the Division of Water
Rights from data contained in Tables 6 and 25.

ACC0000334

LHR0005807

ACC-HRA001310

## T A B L E 25

### TOTAL NET DELIVERIES TO WATER USERS ON BANNING HEIGHTS

#### (COMPUTED BY DIVISION OF WATER RIGHTS FROM RECORDS OF DELIVERIES KEPT BY BANNING HEIGHTS MUTUAL WATER COMPANY.)

| MONTH | TOTAL NET DELIVERY IN ACRE FEET. | | | | | | |
|-------|------|------|------|------|------|------|------|
|       | 1917 | 1918 | 1919 | 1920 | 1921 | 1922 | 1923 |
| Jan.  |      |      |      |      |      |      |      |
| Feb.  |      |      |      |      |      |      |      |
| Mar.  |      |      |      |      |      |      |      |
| Apr.  |      |      | 8    |      |      |      | 40   |
| May   | 11   |      | 123  | 119  | 154  | 18   | 125  |
| June  | 57   | 65   | 119  | 178  | 174  | 148  | 148  |
| July  | 66   | 123  | 123  | 159  | 161  | 184  |      |
| Aug   | 59   | 123  | 123  | 130  | 160  | 172  |      |
| Sept. | 52   | 79   | 119  | 106  | 101  | 119  |      |
| Oct.  | 8    |      | 14   | 12   | 16   | 12   |      |
| Nov.  |      |      |      |      |      |      |      |
| Dec.  |      |      |      |      |      |      |      |
| Total | 253  | 388  | 629  | 704  | 766  | 653  |      |

ACC0000335

LHR0005808

ACC-HRA001311

# TABLE 26

## MEASUREMENTS BY DIVISION OF WATER RIGHTS
## ON
## BANNING WATER COMPANY DIVERSION SYSTEM.

### 1923

| | FLOW IN SECOND FEET | | | | | | |
|---|---|---|---|---|---|---|---|
| | Point"A": | Point"B": | Point"C": | Point"D": | Point"E": | Point "F" | Point "G" |
| | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| 30 | | | * 15.05 | 0.00 | 11.16 | * * | 12.86 |
| 2 | | | * 14.94 | 0.00 | 10.35 | * * | 12.87 |
| 21 | 3.55 | 0.75 | 11.15 | 2.00 | 9.35 | 4.92 | 14.65 |
| 4 | 5.74 | 0.48 | 12.64 | 2.95 | 10.00 | 4.59 | 15.20 |

Pumping Plants at Diversion Points No. 7 and No. 8 not operating.

Discharge of well at Diversion Point No. 9 was not measured.

Point "A"   Measurements made over weirs at Diversion Point No. 7, of the water diverted by gravity at Diversion Point No. 6.

Point "B"   Current meter measurements made at a point about 1500 feet below Diversion Point No. 7, of seepage water flowing into the ditch.

Point "C"   Current meter measurement made in the stone-lined ditch at a point about 6400 feet above Diversion Point No. 8 and above the intake to the power line for Diversion Point No. 8.

Point "D"   Measurements made over weir at Diversion Point No. 8, of the water pumped from the well at that point.

Point "E"   Current meter measurements made in the stone-lined ditch 800 feet below Diversion Point No. 8.

Point "F"   Current meter measurements made in discharge pipe from well at Diversion Point No. 9.

Point "G"   Current meter measurements made in stone-lined ditch about 1800 feet below diversion point No. 10, representing the combined flow from Diversion Points No. 9 and 10 and the water used to operate the power plants at those points.

ACC0000336

LHR0005809

ACC-HRA001312

# T A B L E  26 A

## DIVERSIONS BY BANNING WATER COMPANY SYSTEM

## AT THE VARIOUS POINTS OF DIVERSION.

### 1923

| | Point 6 | Point 7 | Point 8 | Point 9 | Point 10 | Total |
|---|---|---|---|---|---|---|
| | | DIVERSION IN SECOND FEET | | | | |
| 0 | * 15.05 | No Diversion | No Diversion | ( 8.99) | | 24.02 |
| 2 | * 14.94 | " " | " " | ( 8.28) | | 23.22 |
| 1 | 4.51 | 6.84 | 2.00 | 4.92 | 5.93 | 24.00 |
| 4 | 4.22 | 8.42 | 2.95 | 4.59 | 5.02 | 25.20 |

* Includes all gravity water above Measuring point "C"

ACC0000337

LHR0005810

ACC-HRA001313

ACC0000338

# TABLE II

## TOTAL NET DELIVERY RECORDS OF BANNING WATER COMPANY

### TOTAL NET DELIVERY FOR IRRIGATION PURPOSES IN MINERS INCH-DAYS (1 Miners Inch = 1/50 Second Foot)

| MONTH | 1911 | 1912 | 1913 | 1914 | 1915 | 1916 | 1917 | 1918 | 1919 | 1920 | 1921 | 1922 | 1923 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | NO RECORD | | | | | | 5763 | 1260 | 5,130 | | | 9407 |
| February | | | | | | | | 550 | | 5,008 | | | 2916 |
| March | | | | 4429 | | 2093 | 3370 | 7743 | | 250 | | | 14673 |
| April | | | 23015 | 15766 | 16922 | 7738 | 20300 | 9770 | 20501 | 4,320 | 19,475 | 7960 | |
| May | 27093 | 21080 | | 14215 | 5981 | 27700 | 28730 | 25870 | 34511 | 30,905 | 30,242 | 29754 | |
| June | 25661 | 23716 | 17653 | 23975 | 27109 | 20130 | 26839 | 27210 | 21337 | 29,050 | 29,970 | 31702 | |
| July | 23209 | 19425 | 18597 | 25966 | 20307 | 30120 | 23163 | 31025 | 19335 | 31,124 | 31,068 | 32961 | |
| August | 21446 | 16617 | 12915 | 25445 | 23321 | 25662 | 19950 | 29130 | 14147 | 30,395 | 24,508 | 32914 | |
| September | 17253 | 11486 | 11451 | 20587 | 16280 | 25685 | 16900 | 13590 | 13571 | 25,643 | 20,312 | 29450 | |
| October | 14501 | 4425 | 9370 | 16289 | 19188 | 5965 | 14375 | 16715 | 12379 | 20,976 | 16,535 | 25970 | |
| November | 12856 | 3650 | | | 3925 | 10030 | 7064 | 10555 | 9018 | 2,505 | 14,072 | 7055 | |
| December | | | | | | 6895 | 7120 | | | 4,120 | 2,545 | 2140 | |
| Total M.I.Days | 142378 | 99198 | 83321 | 147425 | 145865 | 170916 | 167269 | 176510 | 136456 | 191,109 | 106,477 | 199445 | |
| Equal Acre Ft. | 56781 | 3962 | 3498 | 5936 | 5869 | 6866 | 6624 | 6920 | 5404 | 7,671 | 7,396 | 7090 | |

### TOTAL ANNUAL NET DELIVERY FOR DOMESTIC PURPOSES

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cubic Feet | 41567743 | 44311179 | 43313897 | 40778913 | 18016000 | | 5030780 | 6004021 | 5728350 | | | | |
| Acre Foot | | | | | 95 | 103 | 104 | 91 | 115 | 115 | 139 | 151 | |

LHR0005811

ACC-HRA001314

## T A B L E  28

### DIVERSION MEASUREMENTS OF DIVISION OF WATER RIGHTS

### ON

### CABAZON WATER COMPANY'S SYSTEM FROM MILLARD CREEK.

### 1923

(Weir Measurements)

| Date | Intake Weir Width = 3.33 Feet | | Weirs at Division Box | | | | Total |
|------|------|------|------|------|------|------|------|
| | | | East Weir Width = 2.5 Feet | | West Weir Width = 2.5 Feet | | Flow |
| | Depth | Flow in Sec. Ft. | Depth | Flow in Sec.Ft. | Depth | Flow in Sec.Ft. | in Sec.Ft. |
| Mar. 5 | 0.28 | 1.617 | | | | | |
| Mar. 13 | 0.28 | 1.617 | | | | | |
| Apr. 12 | 0.40 | 2.741 | | | | | |
| Apr. 14 | | | 0.22 | 0.844 | 0.30 | 1.335 | 2.179 |
| May 26 | 0.46 | 3.367 | 0.25 | 1.020 | 0.35 | 1.675 | 2.695 |
| June 2 | | | 0.25 | 1.020 | 0.35 | 1.675 | 2.695 |
| July 4 | | | 0.21 | 0.787 | 0.31 | 1.401 | 2.188 |

On April 20th, the waste water at the intake was stopped, and thereafter entire flow was diverted to use.

ACC0000339

LHR0005812

ACC-HRA001315

T A B L E  29

DIVERSION MEASUREMENTS BY DIVISION OF WATER RIGHTS

ON

TOUTAIN DITCHES FROM WHITEWATER RIVER.

1923

| Date | No. 41 East Ditch | | No. 42 Upper West Ditch | | No. 43 Lower West Ditch | |
|---|---|---|---|---|---|---|
| | G. H. | Flow in Sec. Ft. | G. H. | Flow in Sec. Ft. | G. H. | Flow in Sec. Feet. |
| Mar. 29 | 0.40 | * 0.89 | | 0.00 | | 0.00 |
| Apr. 2 | 0.44 | * 1.15 | | 0.00 | | 0.00 |
| Apr. 13 | 0.25 | * 0.24 | | 0.00 | | 0.00 |
| Apr. 27 | 0.30 | 0.45 | | 0.00 | | 0.00 |
| May 4 | 0.32 | 0.54 | 0.70 | *0.92 | | 0.00 |
| May 11 | 0.50 | 0.45 | 0.70 | 0.92 | | 0.00 |
| May 18 | 0.30 | 0.45 | 0.55 | *0.33 | | 0.00 |
| May 25 | 0.28 | 0.40 | 0.64 | *0.62 | 0.60 | * 1.08 |
| June 1 | 0.32 | 0.54 | 0.73 | 1.03 | 0.62 | * 1.45 |
| June 9 | 0.27 | 0.32 | 0.55 | 0.33 | 0.59 | 0.90 |
| June 15 | 0.30 | 0.45 | 0.65 | 0.72 | 0.60 | 1.08 |
| June 23 | 0.39 | 0.88 | 0.71 | 0.95 | 0.61 | 1.25 |

* Current meter measurements.

ACC0000340
LHR0005813

ACC-HRA001316

## T A B L E  30

### DIVERSION MEASUREMENTS BY DIVISION OF WATER RIGHTS
### ON
### WHITEWATER RANCH DITCH FROM WHITEWATER RIVER

#### 1923

| DATE | Upper Point | | Lower Point | | Indicated Loss in Percentage of Total Diversion |
|---|---|---|---|---|---|
| | G.H. | Flow in Sec.Ft. | G.H. | Flow in Sec.Ft. | |
| Mar. 8 | | | | * 1.64 | |
| Mar. 14 | 0.52 | * 4.00 | 0.60 | * 2.51 | 37.2 |
| Mar. 18 | | | 0.62 | 2.63 | |
| Mar. 20 | | | 0.63 | * 2.67 | |
| Mar. 29 | 0.50 | * 3.94 | 0.60 | * 2.57 | 34.7 |
| Apr. 2 | 0.52 | * 1.53 | | | |
| Apr. 9 | 0.60 | * 5.37 | | | |
| Apr. 12 | | | 0.73 | * 3.23 | |
| Apr. 15 | | | 0.73 | 3.23 | |
| Apr. 27 | | | 0.76 | * 3.32 | |
| May 4 | | | 0.75 | 3.30 | |
| May 11 | 0.54 | * 4.49 | 0.73 | 3.20 | 28.7 |
| May 18 | | | 0.75 | 3.30 | |
| May 25 | I 0.54 | 4.49 | 0.75 | 3.30 | 25.5 |
| June 1 | | | 0.78 | 3.50 | |
| June 9 | 0.54 | 4.49 | 0.72 | 3.15 | 29.8 |
| June 17 | | | 0.73 | 3.20 | |
| June 23 | 0.54 | 4.49 | 0.75 | 3.30 | 26.5 |

\* Current Meter Measurements.

ACC0000341

LHR0005814

ACC-HRA001317

## TABLE 31

### DIVERSION MEASUREMENTS OF DIVISION OF WATER RIGHTS
### ON
### WARNER RANCH DITCH FROM WHITEWATER RIVER.

#### 1923

| Date | Upper Point | | Lower Point | | Indicated Loss in Percentage of Total Diversion |
|------|------|------|------|------|------|
|      | G.H. | Flow in Sec.Pt. | G.H. | Flow in Sec.Ft. | |
| Mar. 6 | | | | * 1.77 | |
| Mar. 14 | 0.30 | * 0.87 | 0.32 | * 0.69 | 20.7 |
| Mar. 18 | | | 0.30 | 0.70 | |
| Mar. 20 | | | 0.51 | * 1.96 | |
| Mar. 29 | 0.50 | * 2.09 | 0.48 | * 1.75 | 16.2 |
| Mar. 31 | | | 0.47 | 1.70 | |
| Apr. 2 | 0.59 | * 2.70 | | | |
| Apr. 9 | 0.22 | * 0.39 | | | |
| Apr. 12 | | | 0.14 | * 0.09 | |
| Apr. 13 | | | 0.14 | 0.09 | |
| Apr. 15 | — | | 0.35 | 0.95 | |
| Apr. 27 | | | 0.54 | 2.15 | |
| May 4 | | | 0.62 | * 2.60 | |
| May 11 | 0.71 | * 3.79 | 0.69 | 3.06 | 19.6 |
| May 16 | | | 0.69 | * 3.06 | |
| May 25 | 0.71 | 3.80 | 0.71 | 3.20 | 16.0 |
| June 1 | | | 0.71 | 3.28 | |
| June 9 | 0.72 | 3.90 | 0.73 | 3.35 | 14.0 |
| June 15 | | | 0.73 | 3.55 | |
| June 23 | 0.72 | 3.90 | 0.72 | 3.30 | 15.4 |

* Current Meter Measurements.

ACC0000342

LHR0005815

ACC-HRA001318

# TABLE 32

## MEASUREMENTS BY DIVISION OF WATER RIGHTS

## ON

## STEVE'S DITCH FROM WHITEWATER RIVER.

### 1923

| Date | FLOW IN SECOND FEET | | | | |
|------|-----------|-----------|-----------|-----------|-----------|
| | Point "A" | Point "B" | Point "C" | Point "D" | Point "E" |
| Mar. 6 | 4.42 | | | | |
| Mar. 15 | | | 5.06 | | |
| Apr. 9 | 4.37 | | | | |
| Apr. 19 | 5.42 | | | | 4.65 |
| May 3 | 7.42 | 6.44 | 6.25 | 5.77 | 4.99 |
| June 9 | | 8.14 | | | |

Point "A"   Measurements made in earth ditch at point about  50 feet below the concrete box on south bank of river.

Point "B"   Measurements made in earth ditch about 15 feet above where it empties into the stone-lined ditch.

Point "C"   Measurements made at settling basin about 2.8 miles below Point "B".

Point "D"   Measurements made at Chino Creek Wash, or about 1.6 miles below Point "C".

Point "E"   Measurements made in flume of lateral which takes out of the main ditch at a point about in the center of Sec. 10 T. 4 S., R. 4 E. S. B. M., which point is about 5 miles below Point "D".

ACC0000343

LHR0005816

ACC-HRA001319

TABLE 35

MEASUREMENTS BY DIVISION OF WATER RIGHTS

OF

WATER USED THRU AGUA CALIENTE INDIAN RESERVATION SYSTEM

FROM TAHQUITZ CREEK.

1923

| Date | Gage Height | Flow in Second Feet. |
|------|-------------|----------------------|
| Mar. 6 | 0.45 | * 2.72 |
| Mar. 14 | 0.27 | * 1.20 |
| Mar. 30 | 0.50 | * 3.20 |
| Apr. 8 | 0.50 | 3.20 |
| Apr. 16 | 0.54 | * 3.58 |
| Apr. 21 | 0.50 | 3.20 |
| Apr. 28 | 0.50 | 3.20 |
| May 5 | 0.53 | 3.50 |
| May 12 | 0.52 | 3.40 |
| May 18 | 0.52 | 3.40 |
| May 25 | 0.52 | 3.40 |
| June 1 | 0.53 | 3.50 |
| June 9 | 0.54 | 3.58 |
| June 16 | 0.54 | 3.58 |
| June 30 | 0.52 | 3.40 |

* Current meter measurements.

ACC0000344

LHR0005817

ACC-HRA001320

TABLE 54

DIVERSION MEASUREMENTS BY DIVISION OF WATER RIGHTS

ON

AGUA CALIENTE INDIAN RESERVATION PIPE LINE FROM ANDREAS CREEK

1923

| Date | Depth over weir | Flow in Second Feet |
|------|-----------------|---------------------|
| Mar. 14 | 0.34 | 1.61 |
| Mar. 30 | 0.35 | 1.75 |
| Apr. 8 | 0.28 | 1.21 |
| Apr. 16 | 0.52 | 2.99 |
| Apr. 21 | 0.38 | 1.89 |
| Apr. 29 | 0.40 | 2.04 |
| May 5 | 0.42 | 2.19 |
| May 12 | 0.37 | 1.82 |
| May 18 | 0.40 | 2.04 |
| May 25 | 0.56 | 1.75 |
| June 1 | 0.32 | 1.47 |
| June 9 | 0.34 | 1.61 |
| June 16 | 0.34 | 1.61 |
| June 30 | 0.30 | 1.34 |

ACC0000345

LHR0005818

ACC-HRA001321

# TABLE 35

## ESTIMATE OF GROSS DIVERSION BY MORONGO INDIAN RESERVATION DITCH

### FROM POTRERO CREEK

#### DURING PERIOD BETWEEN MARCH 5, 1923 AND JUNE 26, 1925.

(Computed from data contained in Table 11.)

| Date | Measured Flow in Sec. Feet. | Mean Sec. Feet | Days | Total Sec. Foot-Days. |
|------|------|------|------|------|
| Mar. 5 | 0.51 | | | |
| | | 0.49 | 7 | 3.4 |
| Mar. 12 | 0.47 | | | |
| | | 0.56 | 4 | 2.2 |
| Mar. 16 | 0.65 | | | |
| | | 2.20 | 15 | 33.0 |
| Mar. 31 | 3.76 | | | |
| | | 3.00 | 8 | 24.0 |
| Apr. 8 | 2.25 | | | |
| | | 3.05 | 8 | 24.4 |
| Apr. 16 | 3.85 | | | |
| | | 4.02 | 5 | 20.1 |
| Apr. 21 | 4.18 | | | |
| | | 4.36 | 5 | 21.8 |
| Apr. 26 | 4.54 | | | |
| | | 4.93 | 15 | 74.0 |
| May 11 | 5.32 | | | |
| | | 5.32 | 15 | 79.8 |
| May 26 | 5.32 | | | |
| | | 5.36 | 32 | 172.2 |
| June 26 | 5.44 | | | |
| Total Days | | | 114 | |
| Gross Diversion in Sec. Foot-Days | | | | 454.9 |
| Gross Diversion in Acre - Feet | | | | 901.0 |

ACC0000346

LHR0005819

ACC-HRA001322

# T A B L E 36

## ESTIMATE OF GROSS DIVERSION BY CABAZON WATER COMPANY FROM MILLARD CREEK

### DURING PERIOD BETWEEN MARCH 5, 1923 and JULY 4, 1923

(Computed from data contained in Table 28)

| Date | Measured Flow in Sec. Ft. | Mean "Sec. Ft. | Days | Total Sec. Foot-Days |
|---|---|---|---|---|
| Mar. 5 | 1.62 | | | |
| | | 1.62 | 9 | 14.6 |
| Mar.13 | 1.62 | | | |
| | | 2.18 | 30 | 65.4 |
| Apr.12 | 2.74 | | | |
| | | 2.73 | 7 | 19.1 |
| Apr.19 | * 2.72 | | | |
| Apr.20 | 3.37 | | | 124.7 |
| | | 3.37 | 37 | |
| May 25 | 3.37 | | | |
| | | 3.37 | 7 | 23.6 |
| June 2 | * 3.37 | | | |
| | | 3.05 | 32 | 97.6 |
| July 4 | * 2.73 | | | |
| Total Days | | | 122 | |
| Gross Diversion in Sec. Foot-Days | | | | 345.0 |
| Gross Diversion in Acre Feet | | | | 683.0 |

\* Estimated from data contained in Table 28, taking into
consideration the loss between the Intake Weir and the
Division Box Weirs.

ACC0000347

LHR0005820

ACC-HRA001323

## TABLE 37

### ESTIMATE OF TOTAL FLOW PASSING LOWER MEASURING POINT ON WHITEWATER RANCH DITCH FROM WHITEWATER RIVER DURING PERIOD BETWEEN MARCH 8, 1925 AND JUNE 23, 1925.

(Computed from data contained in Table 36)

| Date | Measured Flow in Sec. Ft. | Mean Sec. Ft. | Days | Total Second Foot-Days. |
|------|------|------|------|------|
| Mar. 8 | 1.64 | | | |
| | | 2.07 | 6 | 12.4 |
| Mar. 14 | 2.51 | | | |
| | | 2.57 | 4 | 10.3 |
| Mar. 18 | 2.63 | | | |
| | | 2.65 | 2 | 5.3 |
| Mar. 20 | 2.67 | | | |
| | | 2.62 | 9 | 23.6 |
| Mar. 29 | 2.57 | | | |
| | | 2.90 | 14 | 40.6 |
| Apr. 12 | 3.23 | | | |
| | | 3.23 | 3 | 9.7 |
| Apr. 15 | 3.23 | | | |
| | | 3.26 | 12 | 39.1 |
| Apr. 27 | 3.52 | | | |
| | | 3.31 | 7 | 23.2 |
| May 4 | 3.30 | | | |
| | | 3.25 | 7 | 22.8 |
| May 11 | 3.20 | | | |
| | | 3.25 | 7 | 22.7 |
| May 18 | 3.30 | | | |
| | | 3.30 | 7 | 23.1 |
| May 25 | 3.30 | | | |
| | | 3.40 | 7 | 23.8 |
| June 1 | 3.50 | | | |
| | | 3.33 | 8 | 26.6 |
| June 9 | 3.15 | | | |
| | | 3.13 | 8 | 25.4 |
| June 17 | 3.20 | | | |
| | | 3.25 | 7 | 22.8 |
| June 23 | 3.30 | | | |
| Total Days | | | 108 | |
| Total Flow in Sec. Foot-Days | | | | 331.4 |
| Total Flow in Acre Feet. | | | | 656.0 |

ACC0000348

LHR0005821

ACC-HRA001324

ESTIMATE OF TOTAL FLOW PASSING LOWER MEASURING POINT OF WATER RANCH LITTLE FROM WHITEWATER RIVER  DURING PERIOD BETWEEN MARCH 8, 1923 AND JUNE 25, 1923.

(Computed from data contained in Table 51)

| Date | Measured Flow in Sec. Ft. | Mean Sec. Ft. | Days | Total Sec. Foot-days |
|---|---|---|---|---|
| Mar. 8 | 1.77 | | | |
| | | 1.43 | 6 | 8.6 |
| Mar. 14 | 0.69 | | | |
| | | 0.70 | 4 | 2.8 |
| Mar. 18 | 0.70 | | | |
| | | 1.33 | 2 | 2.7 |
| Mar. 20 | 1.96 | | | |
| | | 1.85 | 9 | 16.7 |
| Mar. 29 | 1.75 | | | |
| | | 1.73 | 2 | 3.5 |
| Mar. 31 | 1.70 | | | |
| | | 1.97 | 2 | 3.9 |
| Apr. 2 | * 2.24 | | | |
| | | 2.24 | 7 | 15.7 |
| Apr. 8 | * 2.24 | | | |
| Apr. 9 | * 0.32 | | | |
| | | 0.21 | 3 | 0.6 |
| Apr. 12 | 0.09 | | | |
| | | 0.09 | 1 | 0.1 |
| Apr. 13 | 0.09 | | | |
| | | 0.52 | 3 | 1.6 |
| Apr. 15 | 0.95 | | | |
| Apr. 16 | 2.15 | | | |
| | | 2.15 | 11 | 23.7 |
| Apr. 27 | 2.15 | | | |
| | | 2.37 | 7 | 16.6 |
| May 4 | 2.60 | | | |
| | | 2.60 | 7 | 18.2 |
| May 11 | 2.60 | | | |
| | | 2.83 | 7 | 19.8 |
| May 18 | 3.06 | | | |
| | | 3.13 | 7 | 21.9 |
| May 25 | 3.20 | | | |
| | | 3.20 | 7 | 22.4 |
| June 1 | 3.20 | | | |
| | | 3.27 | 8 | 26.2 |
| June 9 | 3.35 | | | |
| | | 3.35 | 6 | 20.1 |
| June 15 | 3.35 | | | |
| | | 3.33 | 9 | 30.0 |
| June 25 | 3.30 | | | |
| Total Days | | | 109 | |
| Total Flow in Sec. Foot - Days | | | | 255.1 |
| Total Flow in Acre Feet. | | | | 505.0 |

* Estimated 17% Less than measured flow at Upper Point.

ACC0000349

LHR0005822

ACC-HRA001325

T A B L E  33

ESTIMATE OF GROSS DIVERSION BY STEVENS DITCH FROM WHITEWATER RIVER DURING

PERIOD BETWEEN MARCH 6, 1923 AND JUNE 9, 1923

(Computed from data contained in Table 32)

| Date | Measured Flow in Sec. Ft. | Mean Sec. Feet | Days | Total Sec. Foot- Days. |
|---|---|---|---|---|
| Mar. 6 | 4.42 | | | |
| | | 4.40 | 34 | 149.6 |
| Apr. 9 | 4.37 | | | |
| | | 4.90 | 10 | 49.0 |
| Apr. 19 | 5.42 | | | |
| | | 6.42 | 14 | 89.9 |
| May 3 | 7.42 | | | |
| | | 8.40 | 38 | 319.2 |
| June 9 | * 9.38 | | | |
| Total Days | | | 96 | |
| Gross Diversion in Sec. Foot-Days | | | | 607.7 |
| Gross Diversion in Acre Feet. | | | | 1203.0 |

* Estimated from measurement at Point "B" as shown in Table
32, assuming the same percentage of loss between Point "A"
and Point "B" as occured on May 3rd.

ACC0000350

LHR0005823

ACC-HRA001326

# TABLE 40

RATE OF GROSS DIVERSION TO USE BY AGUA CALIENTE INDIAN RESERVATION SYSTEM FROM TAHQUITZ CREEK DURING THE PERIOD BETWEEN MARCH 6, 1923, AND JUNE 30, 1923.

(Computed from data contained in Table 35)

| Date | Measured Flow in Sec. Feet. | Mean Sec. Feet | Days | Total Sec. Foot Days. |
|---|---|---|---|---|
| Mar. 6 | 2.72 | | | |
| | | 1.96 | 8 | 15.7 |
| Mar. 14 | 1.20 | | | |
| | | 2.20 | 16 | 35.2 |
| Mar. 30 | 3.20 | | | |
| | | 3.20 | 9 | 28.8 |
| Apr. 8 | 3.20 | | | |
| | | 3.39 | 8 | 27.1 |
| Apr. 16 | 3.58 | | | |
| | | 3.59 | 5 | 17.0 |
| Apr. 21 | 3.60 | | | |
| | | 3.20 | 7 | 22.4 |
| Apr. 28 | 3.50 | | | |
| | | 3.55 | 7 | 23.4 |
| May 8 | 3.60 | | | |
| | | 3.45 | 7 | 24.2 |
| May 12 | 3.40 | | | |
| | | 3.40 | 6 | 20.4 |
| May 18 | 3.40 | | | |
| | | 3.40 | 7 | 23.8 |
| May 25 | 3.40 | | | |
| | | 3.45 | 7 | 24.2 |
| June 1 | 3.50 | | | |
| | | 3.54 | 8 | 28.5 |
| June 9 | 3.55 | | | |
| | | 3.58 | 7 | 25.1 |
| June 16 | 3.58 | | | |
| | | 3.49 | 15 | 52.4 |
| June 30 | 3.60 | | | |
| Total Days | | | 117 | |
| Gross Diversion in Sec. Foot-Days | | | | 366.0 |
| Gross Diversion in Acre Feet | | | | 729.0 |

ACC0000351

LHR0005824

ACC-HRA001327

TABLE 41

ESTIMATE OF GROSS DIVERSION BY AGUA CALIENTE INDIAN RESERVATION SYSTEM

FROM ANDREAS CREEK

DURING PERIOD BETWEEN MARCH 14, 1925 AND JUNE 30, 1923.

(Computed from data contained in Table 34)

| Date | Measured Flow in Sec. Ft. | Mean Sec. Feet | Days | Total Sec. Foot-Days |
|---|---|---|---|---|
| Mar. 14 | 1.61 | | | |
| | | 1.68 | 16 | 26.9 |
| Mar. 30 | 1.75 | | | |
| | | 1.46 | 9 | 13.5 |
| Apr. 8 | 1.21 | | | |
| | | 2.10 | 8 | 16.8 |
| Apr. 15 | 2.99 | | | |
| | | 2.44 | 5 | 12.2 |
| Apr. 21 | 1.89 | | | |
| | | 1.96 | 8 | 15.7 |
| Apr. 29 | 2.04 | | | |
| | | 2.12 | 6 | 12.7 |
| May 5 | 2.19 | | | |
| | | 2.00 | 7 | 14.0 |
| May 12 | 1.82 | | | |
| | | 1.93 | 6 | 11.6 |
| May 18 | 2.04 | | | |
| | | 1.90 | 7 | 13.3 |
| May 25 | 1.75 | | | |
| | | 1.61 | 7 | 11.3 |
| June 1 | 1.47 | | | |
| | | 1.54 | 8 | 12.3 |
| June 9 | 1.61 | | | |
| | | 1.61 | 7 | 11.3 |
| June 16 | 1.61 | | | |
| | | 1.95 | 15 | 29.7 |
| June 30 | 1.34 | | | |
| Total Days | | | 109 | |
| Gross Diversion in Sec. Foot-Days | | | | 201.1 |
| Gross Diversion in Acre Feet. | | | | 398.0 |

ACC0000352

LHR0005825

ACC-HRA001328

## T A B L E 42

### SHOWING VARIOUS POINTS OF DIVERSION AND AMOUNTS OF WATER FILED ON UNDER

### APPLICATION 2922 - BY COACHELLA VALLEY COUNTY WATER DISTRICT.

| Name of Source | Point of Diversion | | | | | Quantity Filed On Acre Feet Per Annum. |
|---|---|---|---|---|---|---|
| | 1/4 | 1/4 | Sec. | Tp. | Range | |
| Whitewater River | NE | NE | 14 | 3 S | 3 E | 35000 |
| San Gorgonio River | SE | SW | 20 | 2 S | 1 E | |
| | SW | SE | 20 | 2 S | 1 E | 5000 |
| Hathaway Creek | NE | SE | 34 | 2 S | 1 E | 2000 |
| Potrero Creek | SW | SE | 35 | 2 S | 1 E | 1000 |
| Millard Canyon Creek | NE | SW | 32 | 2 S | 2 E | 5000 |
| Deep Canyon Creek | NE | SW | 35 | 2 S | 2 E | 1000 |
| Lion Canyon Creek | NW | SE | 3 | 3 S | 2 E | 1000 |
| Stubby Canyon Creek | NW | NW | 6 | 3 S | 3 E | 1500 |
| Cottonwood Canyon | NW | NE | 5 | 3 S | 3 E | 1000 |
| Cabazon Creek | SE | NW | 20 | 3 S | 2 E | 3000 |
| Snow Creek | NW | SW | 21 | 3 S | 3 E | 8000 |
| Falls Creek | SW | NE | 23 | 3 S | 3 E | 2000 |
| Blaisdell Creek | NW | NE | 36 | 3 S | 3 E | 1000 |
| Chino Creek | NW | SW | 4 | 4 S | 4 E | 1000 |
| Tahchevah Creek | NE | NE | 16 | 4 S | 4 E | 1000 |
| Tahquitz Creek | SE | NW | 22 | 4 S | 4 E | 5000 |
| Andreas Creek | SE | SE | 3 | 5 S | 4 E | 3000 |
| Murray Creek | NE | SE | 10 | 5 S | 4 E | 5000 |
| West Fork | NE | NW | 14 | 5 S | 4 W | 3000 |
| Palm Canyon Creek | NE | NW | 14 | 5 S | 4 E | 5000 |
| Deep Canyon | NW | SE | 17 | 6 S | 6 E | 1000 |
| Mission Creek | SE | NE | 2 | 2 S | 3 E | 5000 |
| Dry Morongo Creek | NE | SW | 9 | 2 S | 4 E | 1000 |
| Big Morongo Creek | NW | NW | 15 | 2 S | 4 E | 1000 |
| Little Morongo Creek | NW | SE | 12 | 2 S | 4 E | 1000 |

TOTAL QUANTITY FILED ON————————————94500

ACC0000353

LHR0005826

ACC-HRA001329

# TAB II-15

Reproduced from the holdings of the *National Archives at Riverside*

MISSION INDIAN AGENCY
FEDERAL BUILDING
Riverside, - California

File
341
Palm Springs

C
O
P
Y

December 22, 1933

Mr. C. A. Engle
Supervising Engineer
751 So. Figueroa-Room 524
Los Angeles, California

Dear Mr. Engle:

I am enclosing letter from Mr. G.K. Hall, Farm
Agent, dated December 19th, reporting on a water
development on the A.C.Lovekin land adjacent to
the Palm Springs Reservation.

I believe that this is a matter your office should
investigate to determine if there is any infringe-
ment of the Indian water rights. Our records show
that A. C. Lovekin obtained a right-of-way for a
pipe line on the South Half of Section 11, T-5-S,
R-4-E, approved September 30, 1921, but it isn't
believed that he has any right to appropriate the
water originating on the Reservation.

Very truly yours

John W. Dady
Superintendent

1 encl.

CS:ZS

ACC0030718

Reproduced from the holdings of the *National Archives at Riverside*
Case 5:13-cv-00883-JGB-SP   Document 97-8   Filed 12/05/14   Page 26 of 52   Page ID
#:5471

C
  O
   P
    Y

Banning, Calif.
December 19, 1935

Mr. John W. Dady
Superintendent,
Riverside, Calif.

Dear Mr. Dady:-

Your letter of December 14, requesting me to investigate
and report if there is an infringement on water rights on the
Indians at Palm Springs was undertaken December 15. I found
on the Lovekin premises adjacent to the Palm Springs reser-
vation, a well has been dug, located aproximately six hundred
feet East on the South line of section eleven in the South
East quarter of the section. The well is about thirty feet
deep and is in use to provide water for a filling station near
by. Mr. Harold, the fireguard in charge of the canyon stated,
he was under the impression that underground rights in this
area were reserved for the Palm Springs Indians.

I would suggest that this angle be investigated, as ap-
parently new construction going up in this area indicates
extensive development. For this development water is neces-
sary, and although the water from the well in question is
adequate at present, would be inadequate if the development
continues.

Mr. Harold stated these people are using about five hun-
dred gallons per day at this time.

Any increase in the capacity of the well would tend, it
would seem to deplete the underground storage.

Yours very truly,

(sig) J. K. HALL

J. K. Hall
Farm Agent

JKH/CLA

ACC0030719

# TAB II-16

| Private Well Production on Agua Caliente Tribal Reservation Land 2011-2013 Acre-feet (AF) | | |
|---|---|---|
| Annual Total Production (AF) 2011 | Annual Total Production (AF) 2012 | Annual Total Production (AF) 2013 |
| 3,202.0 | 3,045.8 | 3,150.7 |

# TAB II-17

**CVWD Water Service Deliveries to Agua Caliente Tribal Reservation Land 2011-2013 Hundred Cubic Feet (ccf)**

| Year | Month | Total Consumption (ccf) | Annual Total (ccf) | Annual Total Acre-feet |
|------|-------|------------------------|--------------------|------------------------|
| 2011 | January | 108,184 | | |
| 2011 | February | 125,329 | | |
| 2011 | March | 137,939 | | |
| 2011 | April | 197,575 | | |
| 2011 | May | 258,788 | | |
| 2011 | June | 303,864 | | |
| 2011 | July | 325,579 | | |
| 2011 | August | 304,568 | | |
| 2011 | September | 298,785 | | |
| 2011 | October | 227,709 | | |
| 2011 | November | 254,491 | | |
| 2011 | December | 181,607 | 2,724,418 | 6,254.0 |
| 2012 | January | 154,679 | | |
| 2012 | February | 152,118 | | |
| 2012 | March | 167,661 | | |
| 2012 | April | 201,447 | | |
| 2012 | May | 249,606 | | |
| 2012 | June | 314,935 | | |
| 2012 | July | 328,594 | | |
| 2012 | August | 320,494 | | |
| 2012 | September | 248,002 | | |
| 2012 | October | 211,409 | | |
| 2012 | November | 250,905 | | |
| 2012 | December | 185,926 | 2,785,776 | 6,394.8 |
| 2013 | January | 152,037 | | |
| 2013 | February | 133,908 | | |
| 2013 | March | 141,895 | | |
| 2013 | April | 220,335 | | |
| 2013 | May | 264,292 | | |
| 2013 | June | 275,167 | | |
| 2013 | July | 304,214 | | |
| 2013 | August | 288,272 | | |
| 2013 | September | 266,031 | | |
| 2013 | October | 203,606 | | |
| 2013 | November | 251,538 | | |
| 2013 | December | 156,278 | 2,657,573 | 6,100.5 |

# TAB II-18

1  Steven B. Abbott (SBN 125270)
2  sabbott@redwineandsherrill.com
   Gerald D. Shoaf (SBN 41084)
3  **REDWINE AND SHERRILL**
4  1950 Market Street
   Riverside, CA 92501
5  Phone (951) 684-2520
6  Facsimile (951) 684-9583

7  Attorneys for Defendants
8  COACHELLA VALLEY WATER
   DISTRICT and ITS BOARD MEMBERS
9
10              UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA—EASTERN DIVISION

12  AGUA CALIENTE BAND OF            CASE NO: ED CV 13-00883-JGB-SPX
13  CAHUILLA INDIANS,
                                     ASSIGNED TO
14                                   THE HONORABLE JESUS BERNAL
    Plaintiff,
15                                   **CVWD'S RESPONSES TO THE**
16      vs.                          **AGUA CALIENTE BAND'S**
                                     **INTERROGATORIES**
17  COACHELLA VALLEY WATER           **(SET TWO)**
18  DISTRICT, et al.,
                                     SUIT FILED:        MAY 14, 2013
19  Defendants.
20

21  **PROPOUNDING PARTY:**    AGUA CALIENTE BAND OF CAHUILLA
22                            INDIANS
23  **RESPONDING PARTY:**     COACHELLA VALLEY WATER DISTRICT
24  **SET:**                  TWO
25
26
27
28

*(left margin, vertical text)* REDWINE AND SHERRILL 1950 Market Street Riverside, California 92501-1720 Telephone (951) 684-2520 Facsimile (951) 684-9583

# **INTRODUCTION**

Defendant Coachella Valley Water District (CVWD) responds for the purposes of this suit only and preserves all objections for trial. CVWD admits only its explicitly stated facts, but does not admit the existence of facts asserted or assumed by any interrogatory, and does not admit that any document or response is admissible. Any inadvertent disclosure is not a waiver of any applicable doctrine or privilege.

CVWD has not completed its investigation or preparation for trial and reserves its right to amend, object to, or supplement these responses. CVWD provides the following responses to Plaintiff Agua Caliente Band's Second Set of Interrogatories:

## **CVWD's RESPONSES TO INTERROGATORIES**

## **INTERROGATORY #12:**

Please state, by meter number or water service connection, the amount of water that you supplied to each of your customers within the Tribe's Reservation for each of the years 2011-2013, inclusive.

## **RESPONSE TO INTERROGATORY #12:**

CVWD objects on the following grounds: First, under the parties' agreement this interrogatory is irrelevant as it seeks documents outside the limited scope of discovery for Phase 1 of this case. (Doc. 49 ¶ 4 (Stipulation of Parties); Doc. 54 (Parties Revised Joint Rule 26(f) Conference Report.) Second, this interrogatory seeks documents protected by the official information privilege (Cal. Evid. Code § 1040.) Third, this interrogatory invades the informational privacy of CVWD's customers under Article 1, Section 1 of the California Constitution, and Cal. Government Code section 6254.16 (utility customer information, names, credit histories, utility usage data, home addresses, or home telephone numbers of public utility customers are exempt from the California Public Records Act.) Fourth, this

REDWINE AND SHERRILL
1950 Market Street
Riverside, California 92501-1720
Telephone (951) 684-2520
Facsimile (951) 684-9583

1  interrogatory impermissibly seeks protected critical infrastructure information. (6

2  U.S.C. §§ 131-134 (Critical Information Act); 49 C.F.R. §§ 15.1-15.9 (Sensitive

3  Security Information); 5 U.S.C. § 552(b)(9) ("geological or geophysical information

4  and data, including maps, concerning wells" are exempt from the U.S. Freedom of

5  Information Act; Cal. Gov. Code § 6254(ab) (critical infrastructure information is

6  exempt from the PRA).)   Subject to, and without waiving these objections, CVWD

7  responds:  CVWD delivered, in aggregate, to customers within the Reservation a

8  total of 2,724,418 ccf in 2011, 2,785,776 ccf in 2012 and 2,657,573 ccf in 2013.

9

10  **INTERROGATORY #13:**

11      Please state what percentage of the water that you provide to your customers

12  within the Tribe's Reservation is derived from groundwater.

13      Please state how much water was pumped during each of the years 2011-2013,

14  inclusive, from each well within CVWD's service area that is shown on the map entitled

15  "Agua Caliente Indian Reservation – Wells on Reservation," which is attached hereto

16  as Exhibit B and being produced electronically bearing Bates No. AC0012504, which is

17  incorporated herein by reference.

18  **RESPONSE TO INTERROGATORY #13:**

19      CVWD objects on the following grounds: First, under the parties' agreement this

20  interrogatory is irrelevant as it seeks documents outside the limited scope of

21  discovery for Phase 1 of this case. (Doc. 49 ¶ 4 (Stipulation of Parties); Doc. 54

22  (Parties Revised Joint Rule 26(f) Conference Report.) Further, as to the first part,

23  this interrogatory is vague and ambiguous as to the term "groundwater," as it cannot

24  be ascertained whether it refers solely to native recharge or includes all water

25  beneath the surface of the ground. Subject to and without waiving this objection,

26  and construing the term" groundwater" to refer to all water beneath the surface of

27  the ground, regardless of source of origin, CVWD responds: All (100%) water

28  delivered by CVWD to domestic water service customers on the Reservation is

REDWINE AND SHERRILL
1950 Market Street
Riverside, California 92501-1720
Telephone (951) 684-2520
Facsimile (951) 684-9583

-3-

REDWINE AND SHERRILL
1950 Market Street
Riverside, California 92501-1720
Telephone (951) 684-2520
Facsimile (951) 684-9583

1 groundwater extracted by wells operated by CVWD. All (100%) water extracted by

2 customers operating their own wells on the Reservation for which production

3 CVVWD levies a replenishment assessment charge is groundwater.

4     As to the second part, CVWD objects on the following grounds: First, under the

5 parties' agreement this interrogatory is irrelevant as it seeks documents outside the

6 limited scope of discovery for Phase 1 of this case. (Doc. 49 ¶ 4 (Stipulation of

7 Parties); Doc. 54 (Parties Revised Joint Rule 26(f) Conference Report.) Second

8 (except as to wells operated by CVWD), this interrogatory seeks documents

9 protected by the official information privilege. (Cal. Evid. Code § 1040.)  Third

10 (except as to wells operated by CVWD), this interrogatory seeks to invade the

11 informational privacy of CVWD's customers under Article 1, section 1 of the

12 California Constitution and under Cal. Government Code section 6254.16 (utility

13 customer information, names, credit histories, utility usage data, home addresses, or

14 home telephone numbers of public utility customers are exempt from the California

15 Public Records Act.) Fourth, this interrogatory impermissibly seeks protected

16 critical infrastructure information. (6 U.S.C. §§ 131-134 (Critical Information Act);

17 49 C.F.R. §§ 15-1-15.9 (Sensitive Security Information); 5 U.S.C. § 552(b)(9)

18 ("geological or geophysical information and data, including maps, concerning

19 wells" are exempt from the U.S. Freedom of Information Act; Cal. Gov. Code §

20 6254(ab) (critical infrastructure information is exempt from the PRA).)

21     Subject to and without waiving these objections, CVWD responds: Aggregate

22 Production of all private wells within the area described this interrogatory totaled

23 3,202 af in 2011, 3,045.8 af in 2012, and 3,150.7 af in 2013.  Aggregate production

24 from wells operated by CVWD in the area described in this interrogatory totaled

25 7,817.7 af in 2011, 8,566.4 af in 2012, and 6,263.4 af in 2013.

26

27

28

1    DATED:  May 16, 2014          SIGNATURE AS TO OBJECTIONS
2                                  REDWINE AND SHERRILL

3

4                                  By: _____
                                       Steven B. Abbott
5                                      1950 Market Street
                                       Riverside, CA 92501
6                                      951-684-2520
7                                      sabbott@redwineandsherrill.com
                                       Attorneys for Defendants
8                                      COACHELLA VALLEY WATER
9                                      DISTRICT and ITS BOARD MEMBERS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## SIGNATURE OF RESPONDING PARTY

2

3      I am the General Manager for the Coachella Valley Water District, a party to this

4  action. Under Federal Rule of Civil Procedure 33(b)(1)(B), I am authorized to sign

5  this response for and on its behalf.

6      I have read and hereby sign the foregoing COACHELLA VALLEY WATER

7  DISTRICT'S RESPONSES TO THE AGUA CALIENTE BAND'S

8  INTERROGATORIES (SET TWO).

9      Signed on May 16, 2014, at Palm Desert, California.

10

11

12      _____

13           J.M. Barrett

14           General Manager

15           Coachella Valley Water District

16

17

18

19

20

21

22

23

24

25

26

27

28

REDWINE AND SHERRILL
1950 Market Street
Riverside, California 92501-1720
Telephone (951) 684-2520
Facsimile (951) 684-9583

# PROOF OF SERVICE

## United States District Court of the Central District of California
Case No.: ED CV 13-00883-JGB-SPX

Under Local Rule 5-3.1.2, I, Josefina M. Luna, say:

I am over the age of 18 years, am not a party to this suit, am employed in Riverside County, California, and my business address is 1950 Market Street, Riverside, California 92501.

On May 16, 2014, I served a copy of the attached document:

## CVWD'S RESPONSES TO THE AGUA CALIENTE BAND'S INTERROGATORIES (SET TWO)

on the interested parties in this lawsuit by placing it in a sealed envelope and delivered to FEDERAL EXPRESS, an overnight courier service, for delivery to the following addressee(s):

## SEE ATTACHED SERVICE LIST

EXECUTED ON May 16, 2014, at Riverside, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Josefina M. Luna

REDWINE AND SHERRILL
1950 Market Street
Riverside, California 92501-1720
Telephone (951) 684-2520
Facsimile (951) 684-9583

## SERVICE LIST

### Agua Caliente Band of Cahuilla Indians v. CVWD, et al.
### Case No.: ED CV 13-00883-JGB-SPX

**PLAINTIFF AGUA CALIENTE BAND OF CAHUILLA INDIANS:**

Thierry R. Montoya
David J. Masutani
AlvaradoSmith, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 229-2400
Facsimile:  (213) 229-2499
eherich@kmwlaw.com

Keith M. Harper
Catherine F. Munson
Mark Reeves
Kilpatrick Townsend and Stockton LLP
607 Fourteenth Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-5844
Facsimile: (202) 585-0007
cmunson@kilpatricktownsend.com
kharper@kilpatricktownsend.com

Emil W. Herich
Kilpatrick Townsend and Stockton LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills, CA 90212
Telephone:  (310) 777-3730
Facsimile:  (310) 860-0363
eherich@kmwlaw.com

Mark H. Reeves
Kilpatrick Townsend and Stockton LLP
699 Broad Street, Suite 1400
Augusta, GA 30901
Telephone:  (706) 823-4206
Facsimile:  (706) 838-4488
mreeves@kilpatricktownsend.com

REDWINE AND SHERRILL
1950 Market Street
Riverside, California 92501-1720
Telephone (951) 684-2520
Facsimile (951) 684-9583

CVWD's Responses to the Agua Caliente Band's Interrogatories (Set Two)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Steven C. Moore
Heather Whiteman Runs Him
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Telephone: (303) 447-8760
Facsimile: (303) 443-7776
heatherw@narf.org
smoore@narf.org

**DEFENDANT:**
**DESERT WATER AGENCY;**
**Patricia G. Oygar,**
**Thomas Kieley, III,**
**James Cioffi,**
**Craig A. Ewing,**
**Joseph K. Stuart, in their**
**Official Capacity as Members**
**of the Board of Directors of**
**the Desert Water Agency**

Roderick E. Walston
Arthur L. Littleworth
Piero C. Dallarda
Best Best and Krieger LLP
2001 North Main Street, Suite 390
Walnut Creek, CA 94596
Telephone:  (925) 977-3300
Facsimile:  (925) 977-1870
Roderick.walston@bbklaw.com

Steven G. Martin
Best Best & Krieger LLP
655 Broadway
15th Floor
San Diego, CA 92101

REDWINE AND SHERRILL
1950 Market Street
Riverside, California 92501-1720
Telephone (951) 684-2520
Facsimile (951) 684-9583

-9-

# TAB II-19

RODERICK E. WALSTON, Bar No. 32675
roderick.walston@bbklaw.com
ARTHUR L. LITTLEWORTH, Bar No. 22041
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA, Bar No. 181497
piero.dallarda@bbklaw.com
GENE TANAKA, Bar No. 101423
gene.tanaka@bbklaw.com
Best Best & Krieger LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

Attorneys for Defendants
DESERT WATER AGENCY and
ITS BOARD MEMBERS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No.  5:13-cv-00883-JGB (SPx)<br>Judge: Hon. Jesus G. Bernal<br><br>DEFENDANT DESERT WATER AGENCY'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES |

PROPOUNDING PARTY:      PLAINTIFF AGUA CALIENTE BAND OF
                        CAHUILLA INDIANS

RESPONDING PARTY:       DEFENDANT DESERT WATER AGENCY

SET NO.:                TWO

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

## RESPONSES TO INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 33, Defendant Desert Water Agency ("DWA") responds to Plaintiff's Second Set of Interrogatories, served April 8, 2014. DWA has not yet completed its investigation and discovery, and makes these responses without prejudice to its ability to supplement or amend them with subsequently discovered information under Federal Rule of Civil Procedure 26(e). DWA anticipates that further discovery and independent investigation may result in changes to the Responses set forth below.

## INTERROGATORY NO. 12:

Please state, by meter number or water service connection, the amount of water that you supplied to each of your customers within the Tribe's Reservation for each of the years 2011-2013, inclusive.

## RESPONSE TO INTERROGATORY NO. 12:

DWA objects to this Interrogatory because it is vague and ambiguous as to the term "Reservation." DWA objects to this Interrogatory to the extent that it seeks information that is protected by the official information privilege. Cal. Evid. Code § 1040 (West 2014). DWA objects to this Interrogatory to the extent that it seeks the disclosure of information that is protected by the right of privacy. Cal. Const. art. I, § 1 (West 2014); Cal. Gov't Code § 6254.16 (West 2014) (utility customer information names, credit histories, utility usage data, home addresses, or home telephone numbers of public utility customers are exempt from the Cal. Public Records Act ("PRA")).

DWA further objects to the extent Plaintiff Agua Caliente Band of Cahuilla Indians ("Tribe") seeks the production of information that is protected critical

infrastructure information. 6 U.S.C. §§ 131-134 (West 2014) (Critical Information Act); 49 C.F.R. §§ 15.1-15.19 (West 2014) (Sensitive Security Information); 5 U.S.C. § 552(b)(9) (West 2014) ("geological or geophysical information and data, including maps, concerning wells" are exempt from the U.S. Freedom of Information Act ("FOIA")); Cal. Gov't Code § 6254(ab) (West 2014) (critical infrastructure information is exempt from the PRA).

Subject to and without waiving the foregoing objections, DWA has determined its annual deliveries to the Tribe to be as follows: 2011 - 6,371 acre feet; 2012 - 6,396; acre feet, and 2013 - 6,273 acre feet.

INTERROGATORY NO. 13:

Please state what percentage of the water that you provide to your customers within the Tribe's Reservation is derived from groundwater.

RESPONSE TO INTERROGATORY NO. 13:

DWA objects to this Interrogatory because it is vague and ambiguous as to the term "Reservation." DWA objects to this Interrogatory to the extent that it seeks information that is protected under the work-product doctrine and the joint defense doctrine. DWA objects to this Interrogatory to the extent that it seeks information that is protected by the official information privilege. Cal. Evid. Code § 1040 (West 2014). DWA objects to this Interrogatory to the extent that it seeks the disclosure of information that is protected by the right of privacy. Cal. Const. art. I § 1 (West 2014); Cal. Gov't Code § 6254.16 (West 2014) (utility customer information names, credit histories, utility usage data, home addresses, or home telephone numbers of public utility customers are exempt from the PRA).

DWA further objects to the extent the Tribe seeks the production of

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

1  information that is protected critical infrastructure information. 6 U.S.C. § 131-134

2  (West 2014) (Critical Information Act); 49 C.F.R. §§ 15.1-15.9 (West 2014)

3  (Sensitive Security Information); 5 U.S.C. § 552(b)(9) (West 2014) ("geological or

4  geophysical information and data, including maps, concerning wells" are exempt

5  from FOIA); Cal. Gov't Code § 6254(ab) (West 2014) (critical infrastructure

6  information is exempt from the PRA).

7

8  　　　　Subject to and without waiving the foregoing objections, DWA has

9  determined the percentage of groundwater delivered to the Tribe to be as follows:

10  2011 - 85%; 2012 - 77%; and 2013 - 75%.

11

12  INTERROGATORY NO. 14:

13  　　　　Please state how much water was pumped during each of the years 2011-

14  2013, inclusive, from each well within DWA's service area that is shown on the

15  map entitled "Agua Caliente Indian Reservation - Wells on Reservation," which is

16  attached hereto as Exhibit B and being produced electronically bearing Bates No.

17  AC0012504, which is incorporated herein by reference.

18

19  RESPONSE TO INTERROGATORY NO. 14:

20  　　　　DWA objects to this Interrogatory because it is vague and ambiguous as to

21  the term "Reservation."　DWA objects to this Interrogatory to the extent that it

22  seeks information that is protected by the official information privilege. Cal. Evid.

23  Code § 1040 (West 2014).　DWA objects to this Interrogatory to the extent that it

24  seeks the disclosure of information that is protected by the right of privacy.　Cal.

25  Const. art. I, § 1 (West 2014); Cal. Gov't Code § 6254.16 (West 2014) (utility

26  customer information names, credit histories, utility usage data, home addresses, or

27  home telephone numbers of public utility customers are exempt from the PRA).

28

DWA further objects to the extent the Tribe seeks the production of information that is protected critical infrastructure information. 6 U.S.C. §§ 131-134 (West 2014) (Critical Information Act); 49 C.F.R §§ 15.1-15.9 (West 2014) (Sensitive Security Information); 5 U.S.C. § 552(b)(9) (West 2014) ("geological or geophysical information and data, including maps, concerning wells" are exempt from FOIA); Cal. Gov't Code § 6254(ab) (West 2014) (critical infrastructure information is exempt from the PRA).

Subject to and without waiving the foregoing objections DWA responds as follows: 2011 - 13,425.69 acre feet; 2012 - 15,404.82 acre feet; 2013 - 17,273.69 acre feet.

INTERROGATORY NO. 15:

Please identify any sources of law or other documents supporting your contention, set forth in your response to the Tribe's Interrogatory No. 1, that the Tribe's current production of groundwater is relevant to ascertaining the purpose of the Tribe's Reservation.

RESPONSE TO INTERROGATORY NO. 15:

DWA objects to this Interrogatory because it is vague and ambiguous as to the term "Reservation." DWA objects to this Interrogatory to the extent that it seeks information that is protected under the attorney-client privilege, the work-product doctrine and the joint defense doctrine. DWA further objects because this Interrogatory calls for a legal opinion and conclusion.

Subject to and without waiving the foregoing objections, DWA responds as follows: DWA directs the Tribe to the Expert Reports of Robert A. Krieger and Douglas R. Littlefield, served April 7, 2014.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

DWA further directs the Tribe to following documents:

- Executive Order of May 15, 1876;
- Executive Order of September 29, 1877;
- Mission Indians Relief Act of 1891, 26 Stat. 712;
- Mission Indian Commission Report and Executive Order of December 29, 1891 ("Smiley Commission Report");
- Decree, In the Matter of the Determination of the Relative Rights, Based Upon Prior Appropriation, of the Various Claimants to the Waters of Whitewater River and Its Tributaries, in San Bernardino and Riverside Counties, California, No. 18035, Superior Court for Riverside County (Dec. 9, 1938), including the Suggestion of the United States, dated June 26, 1924, submitted in relation to the Decree.
- Desert Water Agency, "2010 Urban Water Management Plan" (March 2011);
- Coachella Valley Water District, "Final Report: Urban Water Management Plan" (Dec. 2005);
- Coachella Valley Water District, "Coachella Valley Water Management Plan Update: Draft Report" (Dec. 2010); and
- Other documents referenced by DWA in its Initial Disclosures and documents referenced by Coachella Valley Water District's Initial Disclosures.

DWA understands the above documents were provided in Plaintiff's Initial Disclosures, served September 20, 2013, Initial Disclosure of Defendants Coachella Valley Water District, etc., served September 20, 2013, and/or Defendant Desert

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

1    Water Agency's F.R.C.P. 26(a) Initial Disclosures, served September 20, 2013.

2

3         DWA further relies on the following Supreme Court and Ninth Circuit

4    decisions regarding the reserved rights doctrine, including but not limited to:

5    Cappaert v. United States, 426 U.S. 128 (1976); United States v. New Mexico, 438

6    U.S. 696 (1978); Colville Confederated Tribes v. Walton, 647 F.2d 42 (9th Cir.

7    1981); United States v. Adair, 723 F.2d 1394 (9th Cir. 1983); Cotton Petroleum

8    Corp. v. New Mexico, 490 U.S. 163 (1989); Rice v. Rehner, 463 U.S. 713 (1983);

9    and White Mountain Apache Tribe v. Bracker, 448 U.S. 136 (1980).

10

11   Dated: May 15, 2014                    BEST BEST & KRIEGER LLP

12

13

14                                    By: _Gene Tanaka_____
                                          RODERICK E. WALSTON
15                                        ARTHUR L. LITTLEWORTH
                                          PIERO C. DALLARDA
16                                        GENE TANAKA
                                          Attorneys for Defendants Desert
17                                        Water Agency and Its Board
                                          Members
18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

<u>VERIFICATION</u>

I, David Luker, declare:

I am the General Manager and Chief Engineer for Desert Water Agency. I have read the foregoing DEFENDANT DESERT WATER AGENCY'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES and I know its contents. I am informed and believe, and on the ground allege, that the matters stated therein are true.

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at *Palm Springs,* California, on May _14_, 2014.

David Luker

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

**PROOF OF SERVICE**

I, Lisa M. Salvetti, declare:

I am a citizen of the United States and employed in Contra Costa County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 2001 N. Main Street, Suite 390, Walnut Creek, California  94596.  On May 15, 2014, I served a copy of the within document(s):

**DEFENDANTS DESERT WATER AGENCY'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California addressed as set forth below.

X      by placing the document(s ) listed above in a sealed United Parcel Service (UPS) overnight envelope addressed as set forth below, affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

by transmitting via electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Emil W. Herich<br>Kilpatrick Townsend & Stockton LLP<br>9720 Wilshire Boulevard Penthouse Suite<br>Beverly Hills, CA 90212<br>Phone: (310) 777-3730<br>Fax: (310) 860-0363<br>eherich@kmwlaw.com | Maya Grasse<br>Malissa Hathaway McKeith<br>Lewis Brisbois Bisgaard & Smith LLP<br>78075 Main Street, Suite 203<br>La Quinta, CA 92253<br>Phone: (760) 771-6363<br>Fax: (760) 771-6373<br>grasse@lbbslaw.com |
| Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians | Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

01358.00008\8701332.2        - 1 -        PROOF OF SERVICE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Keith M. Harper
Catherine F. Munson
Kilpatrick Townsend & Stockton LLP
607 Fourteenth Street NW
Suite 900
Washington, DC 20005
Phone: (202)-508-5844
Fax: (202) 585-0007
cmunson@kilpatricktownsend.com
kharper@kilpatricktownsend.com

Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians

Steven C. Moore
Heather Whiteman Runs Him
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Phone: (303) 447-8760
Fax: (303) 442-7776
heatherw@narf.org
smoore@narf.org

Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians

Thierry R. Montoya
David J. Masutani
AlvaradoSmith, APC
633 W. Fifth Street
Suite 1100
Los Angeles, CA 90071
Phone: (213) 229-2400
Fax: (213) 229-2499
dmasutani@alvaradosmith.com

Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians

Mark H. Reeves
Kilpatrick Townsend & Stockton LLP
699 Broad Street
Suite 1400
Augusta, GA 30901
Phone: (706) 823-4206
Fax: (706) 828-4488
mreeves@kilpatricktownsend.com

Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians

Steven B Abbott
Redwine & Sherrill
1950 Market Street
Riverside, CA 92501-1704
Phone: 951-684-2520
Fax: 951-684-9583
sabbott@redwineandsherrill.com

Defendants Coachella Valley Water District, Franz De Klotz, Ed Pack, John Powell, Jr., Peter Nelson, Debi Livesay

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 15, 2014, at Walnut Creek, California.

_____
Lisa M. Salvetti

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA. 94596