CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
CMunson@kilpatricktownsend.com
MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
MReeves@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel:  (202) 508-5800; Fax:  (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
Smoore@narf.org
HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
HeatherW@narf.org
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel:  (303) 447-8760; Fax:  (303) 443-7776

DAVID J. MASUTANI (CA Bar No. 172305)
DMasutani@alvaradosmith.com
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel:  (213) 229-2400; Fax:  (213) 229-2499

Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.<br><br>Defendants. | Case No.:   ED CV 13-00883-JGB-SPX<br>Judge:   Jesus G. Bernal<br><br>**AGUA CALIENTE BAND OF CAHUILLA INDIANS' RESPONSE TO CVWD'S STATEMENT OF UNDISPUTED FACTS**<br><br>Trial Date:   February 3, 2015<br>Action Filed:   May 14, 2013 |

US2008 6188450 1

Pursuant to the Court's Standing Order and L.R. 56-1, the Agua Caliente Band of Cahuilla Indians (Agua Caliente) files the following Response to Defendant CVWD's Statement of Undisputed Facts filed in support of CVWD's motion for summary judgment. All documents cited below have been either (1) relied upon by the Defendant; (2) previously filed with the Court by Agua Caliente in its Plaintiff's Evidentiary Notebook Submitted in Support of Agua Caliente's Motion for Summary Judgment (cited herein as "Tab __"; or (3) contemporaneously filed with the Court by Agua Caliente in its Plaintiff's Evidentiary Notebook Submitted in Support of Agua Caliente's Opposition to Defendants' Motions for Summary Judgment on Phase I Issues (cited herein as "Tab II.___"). References to the Evidentiary Objection Table refer to Agua Caliente's separate statement of evidentiary objections to CVWD's Statement of Undisputed Facts, which is being filed contemporaneously herewith.

**AGUA CALIENTE RESPONSE TO DEFENDANT**

**CVWD'S STATEMENT OF UNDISPUTED FACTS**

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| 1. | Plaintiff, the Agua Caliente Band of Cahuilla Indians, has resided in the Coachella Valley, California, for hundreds of years. | Complaint (Doc. 1, Paragraph 4) | Disputed. The Agua Caliente people have lived in the Coachella Valley for millennia. LOWELL JOHN BEAN, MUKAT'S PEOPLE: THE CAHUILLA INDIANS OF SOUTHERN CALIFORNIA 25-28 (Berkeley: University of California Press, 1972) (1972), Tab 3; LOWELL J. BEAN, SYLVIA BRAKKE VANE & JACKSON YOUNG, THE CAHUILLA LANDSCAPE: THE SANTA ROSA AND SAN JACINTO MOUNTAINS 10-22 (Lowell Bean & Sylvia Brakke Vane, |

KILPATRICK TOWNSEND & STOCKTON
607 14ᵀᴴ STREET, STE 900
WASHINGTON, DC 20005-2018

KILPATRICK TOWNSEND & STOCKTON
607 14ᵀᴴ STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | eds., Ballena Press 1991) (1991). Tab 4. |
| 2. | In 1848, Mexico ceded California and other lands to the United States by the Treaty of Guadalupe Hidalgo. | Treaty of Guadalupe Hidalgo, 9 Stat. 929 [Request for Judicial Notice ("RJN"), Ex. A., pp. A-5, A-10 to A-11] | Undisputed. |
| 3. | On March 3, 1851, Congress enacted an "Act to Ascertain and Settle Land Claims in the State of California." | Act to Ascertain and Settle Lands Claims in the State of California, c. 41, 9 Stat. 631 (1851) [RJN Ex. B, pp. B- 29, B-30 | Disputed, in part.  The title is incorrectly stated. The full title of the legislation referred to is "An Act to Ascertain and Settle *Private* Land Claims in the State of California." 9 Stat. 631 (March 3, 1851) (emphasis added). |
| 4. | No claim was filed by or on behalf of the Agua Caliente Band pursuant to the 1851 Act's requirements. | Plaintiff's Response to Request for Admission by Defendant CVWD, Set Number 2, Request Number 23 [Declaration of Gerald D. Shoaf in Support of CVWD's Motion for Summary Judgment ("Shoaf Decl.") Ex. 1, p. 1-10] | Disputed, in part.  The Tribe does not dispute that it did not file a claim. It disputes that it was required to file a claim "pursuant to the 1851 Act's requirements."  The Tribe did not admit to any such requirement in its response to Defendant CVWD's Request for Admission Number 23. The Tribe only admitted that it did not file a claim. In addition, by 1852, federal representatives and Agua Caliente had negotiated the Treaty of Temecula which set aside a reservation |

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | encompassing most of the lands making up the current Agua Caliente Reservation. The United States Senate failed to ratify the Treaty of Temecula, however, the Senate's failure to ratify the treaties was not publicly disclosed for some time. *See* TREATY WITH THE SAN LUIS REY, ETC., U.S.- SAN LOUIS REY, KAH-WE-AS, AND THE CO-COM-CAH-RAS TRIBES OF INDIANS, January 5, 1852, Tab 38; LOWELL J. BEAN, ARCHAEOLOGICAL, ETHNOGRAPHIC, AND ETHNOHISTORIC INVESTIGATIONS AT TAHQUITZ CANYON, PALM SPRINGS, CALIFORNIA V-95-97 (Jerry Schaefer and Sylvia Brakke Vane, eds., Cultural Systems Research, Inc. 1995) (1995), Tab 8; William H. Ellison, "The Federal Indian Policy in California, 1846-1860," *Mississippi Valley Historical Review* 9, no. 1 (June 1922): 56-58, Tab 36; *http://www.bia.gov/ WhoWeAre/RegionalOffices/P acific/WeAre/* Printout at Tab 37.<br><br>*See* Evidentiary Objection |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | Table. |
| 5. | The Agua Caliente Band cannot show aboriginal use of groundwater from wells on current lands of the Agua Caliente Reservation. | Responses to Request for Admission of Fact, CVWD Set Number One, Request Number 11 [Shoaf Decl., Ex. 2, p. 2-18] | Disputed, in part. While there is no conclusive evidence siting the pre-historic hand-dug wells on the existing Reservation lands, there is ample evidence that the Tribe made aboriginal use of groundwater.<br><br>*See* Bean (1972) at 32, 73-74, 167, Tab 3; Bean, Vane & Young (1991) 3-4, 8, 81-82, Tab 4;  DAVID P. BARROWS, THE ETHNOBOTANY OF THE COAHUILLA INDIANS OF SOUTHERN CALIFORNIA 26-27, 40 (University of Chicago Press 1900), Tab 7; HARRY M. QUINN, OBSERVATIONS ON THE CAHUILLA INDIANS – PAST AND PRESENT 64-65 (Coachella Valley Archaeological Society 2007) (1997), Tab 15; LOWELL J. BEAN AND KATHERINE SIVA SAUBEL, TEMALPAKH:  CAHUILLA INDIAN KNOWLEDGE AND USE OF PLANTS 201-209 (Malki Museum Press 1972) (1972),Tab 9; FRANCISCO PATENCIO, STORIES AND LEGENDS OF THE PALM SPRINGS INDIANS 58, 100-102 |

KILPATRICK TOWNSEND & STOCKTON
607 14ᵀᴴ STREET, STE 900
WASHINGTON, DC 20005-2018

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | (Margaret Boynton, ed., Times-Mirror 1943) (1943), Tab 5; A.L. Kroeber, *Ethnography of the Cahuilla Indians,* 8 no. 2 UNIV. OF CA PUB. IN AMERICAN ARCHAEOLOGY AND ETHNOLOGY 31 (1908), Tab 12; Lowell John Bean and William M. Mason, *The Romero Expeditions, 1823-1826:  Diaries and Accounts of the Romero Expeditions in Arizona and California* 36-37 (Palm Springs Desert Museum 1962) (1893), Tab 16; RACHEL DAYTON SHAW, EVOLVING ECOSCAPE: AN ENVIRONMENTAL AND CULTURAL HISTORY OF PALM SPRINGS, CALIFORNIA, AND THE AGUA CALIENTE INDIAN RESERVATION, 1877-1939 72 (University of California, San Diego 1999) (1999), Tab 13. *See* Evidentiary Objection Table. |
| 6. | Any lands that would have been subject to claims of rights of occupancy by the Agua Caliente Band of Cahuilla | Act to Ascertain and Settle Lands Claims in the State of California, 1851. c. 41,  §13, 9 Stat. 633 [RJN Ex. B, pp. B-32] | Disputed. This is a legal conclusion. As a factual matter, there is nothing in the document CVWD cites that purports to change the status of the lands of the Agua Caliente Band of Cahuilla Indians. Defendants further |

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
|  | Indians became a part of the public domain on March 3, 1853. |  | incorrectly refer to the Act at issue by omitting the word "Private" from its title, "An Act to Ascertain and Settle the *Private* Land Claims in the State of California" 9 Stat. 633 (March 3, 1851) (emphasis added). |
| 7. | In 1864, Congress authorized the President to set apart "not exceeding four tracts of land" for purposes of Indian Reservations in California. | Act to Provide for the better Organization of Indian Affairs in California, Chapter 48, § 2. 13 Stat. 39, 40 (1864). [RJN Ex. C, pp. C-35, C-36] | Undisputed. The Tribe does not dispute that Congress passed this Act. |
| 8. | In 1871, Congress granted the odd-numbered sections in the Coachella Valley to a railroad | Act to incorporate the Texas Pacific Railroad, and to aid in the Construction of its Road, and for other purposes, c. 122 § 9, 15 Stat. 573, 576 (1871) [RJN Ex. D, pp. D-39, D-42] | Disputed, in part. The referenced Act does not grant all odd-numbered sections in the Coachella Valley to a railroad. Rather, it grants "every alternate section of public land . . . by odd numbers to the amount of . . . ten alternate sections of land per mile on each side of said railroad in California, where the same shall not have been sold, reserved, or otherwise disposed of by the United States and to which a pre-emption or homestead claim may not have attached at the time the line of said road is definitely fixed." |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | *See* Evidentiary Objection Table. |
| 9. | A Presidential Executive Order in 1876 set aside lands for the Agua Caliente Reservation. | Executive Order of May 15, 1876 [RJN Ex. H, pp._H-59, h-60] | Undisputed. |
| 10. | A Presidential Executive Order in 1877 expanded the Agua Caliente Reservation. | Executive Order September 29, 1877 [RJN Ex. I, pp. I- 62, I-63] | Undisputed. |

KILPATRICK TOWNSEND & STOCKTON
607 14ᵀᴴ STREET, STE 900
WASHINGTON, DC 20005-2018

7

KILPATRICK TOWNSEND & STOCKTON
607 14ᵀᴴ STREET , STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| 11. | From about 1862 to 1889, repeated requests were made by or through the Commissioner of Indian Affairs to Congress to protect the Mission Indians in Southern California from incursions and misappropriation of their lands, crops and water supplies by non-Indians. | a.   1862 Annual Commissioner of Indian Affairs Report to Congress, [Shoaf Decl., Ex. 3, pp. 3- 23 to 3-25] b.   1867 Acting Commissioner of Indian Affairs Report to Congress. [Shoaf Decl., Ex. 5, pp. 5- 30 to 5-31] c.   1873 Annual Commissioner of Indian Affairs Report to Congress, pages 29-31. [Shoaf Decl., Ex.7, pp. 7-39 to 7-41] d.   1888 Senate Committee on Indian Affairs Report . [Shoaf Decl., Ex. 9, pp. 9- 50 to 9-53, 9-55 to 9-56, 9-60] e.  1889 Commissioner of Indian Affairs Report to Congress, page 59 . [Shoaf Decl., Ex. 10, pp. 10-67 to 10-69, 10-71] | Disputed, in part. During the period from 1862 and leading to the 1876 and 1877 Executive Orders, there are numerous instances of officials clearly stating that creating "permanent" reservations/homes for the southern California Indians, including Agua Caliente was of primary importance, as was setting aside lands where the Agua Caliente could farm. *See* Ames Report, House, *Mission Indians of So. Cal.*, 43d Congress, 1st session, Jan. 24, 1874, H. Ex. Doc. 91, serial 1607, Tab 17; Report of D.A. Dryden to Commissioner of Indian Affairs, June 30, 1875, 223, Tab 18; Letter from Dryden to Acting Commissioner, March 27, 1876, Tab 19; Letter from Dryden to Commissioner, May 17, 1876, Tab 20; Letter from Colburn to Commissioner Smith, July 12, 1876, Tab 21; Letter from Commissioner Smith to Agent Colburn, July 17, 1877, Tab 22; Colburn Report to Commissioner Smith, August 15, 1877, Tab 23; Colburn Report to Commissioner Smith, August 24, 1877, Tab 24; Commissioner Smith letter to Secretary of the Interior, December 22, 1875, Tab 25. Letter from Galpin to |

8

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| 12. | The 1891 Mission Indians Relief Act, Section 3, directed the commission appointed by the Secretary of the Interior to report its determinations to the Secretary who, if no valid objection existed, should issue a patent to each reservation selected by the commission. | Mission Indians Relief Act, 27 Stat, 712-713 Section 3 [RJN Ex. E, pp. E-48 to E- 49] | Disputed.  Although Section 3 of the 1891 Act does state that the Secretary "shall cause a patent to issue for each of the reservations selected by the commission . . .," CVWD did not include the remainder of this sentence, which referred to "the reservations selected by the commission and approved by him [the Secretary] in favor of each band or village of Indians occupying any such reservation . . ." The Secretary did not approve all of the recommendations made by the Smiley Commission—most notably, the commission's proposal to restore some of Agua Caliente's lands to the public domain.  *See* December 19, 1891 letter from Commissioner of Indian Affairs R.V. Belt to the Secretary of Interior John Noble at pp. 17-18, ACC-HRA000662-663 and pp. 34-35, ACC-HRA000679-680; December 30, 1891 letter from Secretary of Interior John Noble to the Indian Office, CVWD 497-006-CVWD 497-007; December 29, 1891 Executive Order, Benjamin Harrison, ACC0017506-507; October 1897 report by |

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | Commissioner of Indian Affairs A.C. Tonner at pp.1-3, ACCHRA00786 – 788, Tabs II-2 to II-4 and Tab II-9, respectively.<br><br>As written, the statement gives the impression that Congress intended for the Secretary to issue patents only for those reservation lands that the Smiley Commission recommended in 1891. However, the 1907 amendment of the 1891 Act and the subsequent patenting of nearly all reservation lands originally reserved in 1876-1877 makes it clear that this was not Congress's intent. *See* Relevant land patents, Tab 32 |
| 13. | The 1891 Mission Indians Relief Act, Section 8, authorized the Secretary of the Interior to grant right of way over reservations for facilities to convey water "for agriculture, manufacturing, or other purposes, upon | Mission Indians Relief Act*,* 27 Stat, 714, Section 8. [RJN Ex. E, p. E-50] | Disputed, in part. The Tribe does not dispute that the Act states this in part, but the cited legislative language is slightly incorrect, it is "for agricultural, manufacturing, or other purposes, upon condition that the Indians owning or occupying such reservation or reservations shall, at all times during such ownership or occupation, be supplied with sufficient quantity of water for irrigating and domestic purposes…." |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | condition that the Indians…shall …be supplied with sufficient quantities of water for irrigation and domestic purposes…" | | |
| 14. | On January 31, 1891, the Commissioner of Indian Affairs, Mr. T.J. Morgan, issued instructions to Messrs. Smiley, Morse and Painter, members of the commission appointed by the Secretary of the Interior regarding the commissioners' duties pursuant to the 1891 Act. | Letter from Commissioner of Indian Affairs T.J. Morgan to Messrs. Smiley, Morse and Painter dated January 31, 1891 [Shoaf Decl., Ex. 11, pp. 11-75 to 11-77] | Undisputed.<br><br>*See* Evidentiary Objection Table. |
| 15. | The Commissioner of Indian Affairs instruct directed the (Smiley) Commission to | *Id.*, page 6 [Shoaf Decl., Ex. 11, p. 11-77] | Undisputed.<br><br>*See* Evidentiary Objection Table. |

11

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | investigate water supply facilities and to make recommendations regarding the subject of irrigation. | | |
| 16. | The Smiley Commission Report recommended a defined, permanent reservation for the Tribe. | Smiley Commission Report of December 1891 [Shoaf Decl., Ex. 12, pp.12-83 to 12-88] | Disputed. The Smiley Commission report does not use the term "permanent" in reference to their proposals regarding the Agua Caliente Reservation. The report merely recommended that "the following lands be set aside as a Reservation, to be called Agua Caliente" and that "all the other lands now in this Reservation as formerly set apart by executive order . . . be restored to the public domain." Notably, this latter recommendation was not approved. *See* December 19, 1891 letter from Commissioner of Indian Affairs R.V. Belt at p. 34; December 30, 1891 letter from Secretary of Interior John Noble at CVWD497-006 to CVWD497-007; December 29, 1891 Executive Order, Benjamin Harrison at ACC0017506-507; October 1897 report by Commissioner of Indian Affairs A.C. Tonnner at pp. 2-3. Tabs II-2 |

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | to II-4 and Tab II-9, respectively.<br><br>Moreover, the assertion that the Smiley Commission "recommended a defined, permanent reservation for the Tribe" suggests that no previous government official had urged the creation of a "defined, permanent reservation for the Tribe." As indicated in the Tribe's response to statement 11, this is not the case. Numerous documents from the 1860s and 1870s called for the creation of "permanent" reservations in southern California, including the 1876 and 1877 orders creating the Reservation. |
| 17. | The Smiley Commission recommended the approval of an agreement with the Bear Valley Irrigation Co. whereby the latter would provide water for irrigation and domestic uses on the Agua Caliente Reservation in return for right | Smiley Commission report, pages 32-33 [Shoaf Decl., Ex. 12, pp. 12-84 to 12-85] | Disputed, in part. Although the Smiley Commission recommended approving a right-of-way agreement with the Bear Valley Irrigation Company, this statement does not account for the fact that the company's agreement was never actually approved by the Interior Department. Documents from the mid-1890s indicate that the company failed to submit a required right-of-way map and, by December 1892, had adopted a resolution "formally withdrawing" its right-of-way |

KILPATRICK TOWNSEND & STOCKTON
607 14ᵀᴴ STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | of way for water conveyance facilities and for certain water rights. | | proposal negotiated with the Smiley Commission. Because of this, Commissioner of Indian Affairs D. M. Browning stated in July 1895 that "no contract or agreement had been made with the Bear Valley Irrigation Co., or with Palm Valley Water Co., by the Indians or by the government, and that any one claiming rights to the waters of the reservation by virtue of such contract or agreement, as McCallum seems to be doing, must be stopped." This same letter stated that "neither the Bear Valley Irrigation Co., the Palm Valley Water Co., (they being one and the same concern, I understand) nor Mr. McCallum has acquired any rights, benefits or privileges in or to any streams lying wholly within or running through the Agua Caliente or any other Indian reservation by virtue of any contract with this Department." See D. M. Browning, Commissioner of Indian Affairs, to Secretary of the Interior, July 3, 1895 at p. 5, ACC-HRA000733 at Tab II-7.<br><br>Additional correspondence from the mid-1890s indicates that the Bear Valley Irrigation |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | Company was "on the verge of insolvency" when company officials negotiated with the Smiley Commission in 1891 and, by 1895, was "totally bankrupt." Frank D. Lewis, Special U.S. Attorney for Mission Indians, Letter to Commissioner of Indian Affairs, June 18, 1895, at p. 2, ACC-HRA000717, Tab II-6.

*See* Evidentiary Objection Table. |
| 18. | The President and the Secretary of the Interior approved the Smiley Commission recommendations, including the land exchange proposed, the latter subject to Congress's approval. | Message from the President of the United States dated January 25, 1892 with attached letter to the President from the Secretary of the Interior dated January 23, 1892 [Shoaf Decl., Ex. 13, pp. 13-90 to 13-91] | Disputed. Federal officials did not approve certain relevant portions of the Smiley Commission report and the recommendations contained therein. First, on December 19, 1891, Acting Commissioner of Indian Affairs R. V. Belt recommended to the Secretary "that no lands in the reservations as at present existing be restored to the public domain until the several reservations shall have been patented as contemplated by the [1891] Act." December 19, 1891 letter from Commissioner of Indian Affairs R.V. Belt to the Secretary of Interior John Noble at p. 35, ACC-HRA000680, Tab II-2. |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | In his response to this December 19, 1891, letter, Secretary of the Interior John Noble informed the Indian Office on December 30, 1891, that "all the lands mentioned in said [Smiley Commission] report are withdrawn from settlement and entry until patents shall have issued for said selected reservations, and until the recommendations of said Commission shall be fully executed, and by the proclamation of the President the lands or any part thereof shall be restored to the public domain." December 30, 1891 letter from Secretary of Interior John Noble to the Indian Office, CVWD497-006, Tab II -4.

The Order issued by President Benjamin Harrison on December 29, 1891, used nearly identical language as that included in Secretary Noble's December 30, 1891, letter to the Indian Office. President Harrison's order stated, "All of the lands mentioned in said report are hereby withdrawn from settlement and entry until patents shall have issued for said selected reservations, and until the recommendations of |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | said Commission shall be fully executed, and by the proclamation of the President of the United States, the lands or any part thereof shall be restored to the public domain."  December 29, 1891 Executive Order, Benjamin Harrison, ACC0017506-507, Tab II-3. There is no evidence in the historical record that the President ever issued a proclamation restoring any lands within the Agua Caliente Reservation to the public domain.

In October 1897, Acting Commissioner of Indian Affairs A. C. Tonner discussed the reasons for Acting Commissioner Belt's December 19, 1891, recommendation urging the non-approval of the Smiley Commission's proposal to restore certain lands to the public domain. Tonner informed the Secretary that the lands selected by the Smiley Commission for the Agua Caliente Band "did not include all the tracts which were then under reservation for said band of Indians by virtue of Executive Order dated September 29, 1877." October 1897 report by |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | Commissioner of Indian Affairs A.C. Tonner at p. 1, ACC-HRA000786 at Tab II-9. Tonner then outlined the reasons why Belt advised against approving the Smiley Commission's proposal to restore these tracts to the public domain. He stated, "The reason for such recommendation was based upon the apprehension that mistakes, to the damage of the Indians, might have been made by the commission in its selections, and that by holding the lands already under reservation until the final completion of the work, such mistakes might be the more easily rectified." *Id.* at 2, ACC-HRA000787. Tonner further informed the Secretary that, "The foregoing recommendation was approved by the President and by the Secretary of the Interior, December 29, 1891, and subsequent developments have proved the wisdom of making it, it being found that in several cases the commission reserved for the Indians tracts the title of which had passed out of the United States, but neglected to reserve tracts that were in the actual use and occupancy of |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | the Indians. . . . Patents have not yet issued for all of these reservations and the reason for delaying the restoration of the lands at present under reservation still exists . . ." *Id.* at 2-3, ACC-HRA000787 to ACCHRA000788. |
| 19. | The Act of July 1, 1892 approved the proposed land exchange without rejecting or modifying the Smiley Commission's recommendations regarding water supplies for the Agua Caliente Tribe. | Act of July 1, 1892, 27 Stat. 6127 Stat. 61 [RJN Ex. F, pp. F-52, F-53] | Disputed.  It is accurate that, under the Act of July 1, 1892, Congress "authorized and empowered" the Secretary "to carry into effect the recommendations of the [Smiley Commission] relating to the exchange of lands with private individuals." However, Defendants' inclusion of the statement relating to the Smiley Commission's "recommendations regarding water supplies for the Agua Caliente Tribe" gives the impression that Congress or other federal officials may have approved the Smiley Commission's proposed agreement with the Bear Valley Irrigation Company (BVIC). As shown in the Tribe's response to statement 17, the proposed agreement with BVIC was never approved. Moreover, the successors in interest to BVIC (e.g., John McCallum's Palm Valley Water Company) never |

KILPATRICK TOWNSEND & STOCKTON
607 14ᵀᴴ STREET, STE 900
WASHINGTON, DC 20005-2018

19

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | secured an approved water-use agreement prior to McCallum's death in 1897, and the Palm Valley Water Company's efforts to develop lands near modern-day Palm Springs during the 1890s unequivocally failed. *See* L. A. Wright, Agent, Mission-Tule River Consolidated Agency, Letter to Commissioner of Indian Affairs, August 1897, at p. 118, ACC-HRA000771 at Tab II-8.  M. T. Holland, Supervisor, Letter to Commissioner of Indian Affairs, August 23, 1900 at p. 2, ACC-HRA000798 at Tab II-10. |
| 20. | In 1891, President Harrison issued an Executive Order to include land recommended by the Smiley Commission. | Executive Order December 29, 1891 [RJN, Ex. J, p. J-67] | Disputed.  The statement is inaccurate, as it suggests that lands already within the Reservation pursuant to the Executive Orders of 1876 and 1877 were not already included in the Reservation. If the intent of this statement is to suggest that the "lands recommended by the Smiley Commission" were not already included in the Reservation, then the statement is clearly inaccurate since all seven sections proposed to "be set aside" by the Smiley Commission had already been set aside for the |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

KILPATRICK TOWNSEND & STOCKTON
607 14ᵀᴴ STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | Tribe in 1876 and 1877. |
| 21. | In 1896, a Trust Patent was issued covering certain of the lands described in the 1891 Executive Order. | Trust Patent, May 14, 1896 [Shoaf Decl., Ex. 14, pp. 14-109 to 14-111] | Disputed. The 1891 Executive Order does not describe particular lands, so Agua Caliente cannot verify this statement. |
| 22. | In 1906, Trust Patents were issued covering the balance of the lands described in the 1891 Executive Order. | Trust Patent, October 29, 1906 [Shoaf Decl., Ex. 15, pp. 15-114 to 15-117] | Disputed. The 1891 Executive Order does not describe particular lands, so Agua Caliente cannot verify this statement. |
| 23. | In 1907, Congress amended the 1891 Mission Indians Relief Act to allow Trust Patents to issue for the lands covered by the prior Executive Orders. | 34 Stat. 1022-23 [RJN Ex. G, pp. G-56, G-57] | Undisputed that Congress amended the 1891 Mission Indian Relief Act in 1907, and undisputed as to the text of that 1907 Amendment, but disputed that the purpose of the 1907 Amendment was "to allow Trust Patents to issue for the lands covered by the prior Executive Orders." |
| 24. | In 1911, a Trust Patent was issued pursuant to the 1907 Amendment. | Trust Patent, January 5, 1911 [Shoaf Decl., Ex. 16, p. 16-119] | Disputed that the Trust Patent was issued "pursuant to the 1907 Amendment." Undisputed that a trust patent was issued in 1911, and that the patent includes the phrase "under the provisions of the |

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | Act of Congress of January 12, 1891 – 26 Statute, 712 – as amended by the Act of March 1, 1907 – 34 Stat., 1015." |
| 25. | A 1923 Trust Patent was issued pursuant to the 1907 Amendment. | Trust Patent, March 29, 1923 [Shoaf Decl., Ex. 17, p. 17-121] | Disputed that the Trust Patent was issued "pursuant to the 1907 Amendment." Undisputed that a trust patent was issued in 1923, and that the patent includes the phrase "under the provisions of the Act of Congress of January 12, 1891 (26 Stat. 712), as amended by the Act of March 1, 1907 (34 Stat., 1015)." |
| 26. | The "Purpose" of Plaintiff's Reservation as created by the 1891 Act was to protect Plaintiff and its members from further incursions by non-Indians. | a. Commissioner of Indian Affairs Reports 1862, pages 191-92 [Shoaf Decl., Ex. 3, pp. 3-23 to 3-25] b. Commissioner of Indian Affairs Reports 1865, page 13 [Shoaf Decl., Ex. 4, p. 4- 28] c. Commissioner of Indian Affairs Reports 1867, page 9 [Shoaf Decl., Ex. 5, p. 5- 32] d. Commissioner of Indian Affairs Reports 1871, page 19 [Shoaf Decl., Ex. 6, p. 6- 36] e. Commissioner of Indian Affairs Reports 1873, 3 pages [Shoaf Decl., Ex. 7, pp. 7-39 to 7-41] | Disputed. The Reservation was not "created by the 1891 Act", but rather by the 1876 and 1877 Executive Orders. President Grant issued the 1876 Order setting aside land for the "permanent use and occupancy" of the Agua Caliente Tribe. In 1877, President Hayes set aside additional lands for the Agua Caliente Tribe "for Indian purposes." Tab 1. The "purpose" of the Reservation - a legal issue to be determined in by this Court in Phase II of the case – was to create a homeland for the Tribe. *See*, *e.g.*, 1876 Executive Order, Tab 1; 1877 Executive Order, Tab 2; Ames Report, House, *Mission Indians of So. Cal.*, |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | f. Commissioner of Indian Affairs Reports 1877, pages 35 through 38 [Shoaf Decl., Ex. 8, pp. 8-46 to 8-47] g. 1888 Commissioner's Report including report by Special Agents Jackson and Kinney to the Senate Committee on Indian Affairs from 1883, [Shoaf Decl., Ex. 9, pp. 9-52 to 9- 53, 9-55 to 9-56, 9-60] h. 1889 Commissioner's Report, pages 3, 59-60; [Shoaf Decl. Ex. 10, pp. 10- 67 to 10-69, 10-71] i. 1891 Mission Indians Relief Act, §2, 26 Stat. 712; [RJN Ex. E, p. E-48] j. 1891 Commissioner's Instructions to Smiley Commission, page 6, 4th paragraph [Shoaf Decl., Ex. 11, p. 11-77] | 43d Congress, 1st session, Jan. 24, 1874, Tab 17; Report of D.A. Dryden to Commissioner of Indian Affairs, June 30, 1875, p. 223, Tab 18; Letter from Dryden to Acting Commissioner, March 27, 1876, Tab 19; Letter from Dryden to Commissioner, May 17, 1876, Tab 20; Letter from Colburn to Commissioner Smith, July 12, 1876, Tab 21; Letter from Commissioner Smith to Agent Colburn, July 17, 1877, Tab 22; Colburn Report to Commissioner Smith, August 15, 1877, Tab 23; Colburn Report to Commissioner Smith, August 24, 1877, Tab 24; Commissioner Smith letter to Secretary of the Interior, December 22, 1875,Tab 25; Letter from Galpin to Secretary of the Interior, May 11, 1876, Tab 26; Letter from Kelsey to Commissioner, Jan. 3, 1907, Tab 27; Secretarial Order of Feb. 2, 1907, Tab 28; 1907 Report to Commissioner of Indian Affairs at 57, 92, Tab 29; May 9, 1907 Letter from Larrabee to Secretary of the Interior, Tab 30; Deeds from Barney, Tab 31. |
| 27. | The Agua Caliente Band | a. "Aboriginal occupation at Tahquitz | Disputed, in part. The Tribe relied on a number of sources |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | and its members relied on surface waters from Tahquitz and Andreas Creeks for water for irrigation and domestic uses from as early as the 1830s and had constructed a system of ditches to carry the water from those streams to the point of use. | Canyon," page 51 [Shoaf Decl., Ex. 19, p. 19- 126] b. Henry Ryan Report to Indian Agent Estudillo dated January 16, 1894, page 1 [Shoaf Decl., Ex. 22, pp. 22-139 to 22-140] c. Report by Superintendent of Irrigation Butler to Commission of Indian Affairs dated August 22, 1903 [Shoaf Decl., Ex. 27, pp. 27-174 to 27-182] d. Report by Special Inspector Levi Chubbuck to Commission of Indian Affairs dated February 2, 1906, page 2 [Shoaf Decl., Ex. 28, p. 28-187] e. Report by Special Attorney of the Mission Indians, William Collier, to Commission of Indian Affairs dated August 8, 1906 [Shoaf Decl., Ex. 50, pp. 50-366 to 50-367] f. 1918 "History of Irrigation-Agua Caliente Reservation" [Shoaf Decl., Ex. 39, pp. 39-274 to 39- 277, 39-280] | of water in addition to those specified in this statement. It also relied upon these creeks prior to 1830s. *See* Patencio (1943), Tab 5; Bean, Vane & Young (1991), pp. 3-4, 8, 13-22, 40, 81-82, 86,  Tab 4; Shaw (1999), pp. 1877-1939, Tab 13; John R. Brumgardt & Larry L. Bowles, *People of the Magic Waters: The Cahuilla Indians of Palm Springs* 98-100 (ETC Publications: Palm Springs, California, 2007) (2007), Tab 11. |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| 28. | The 1891 Mission Indians Relief Act, the Commissioner of Indian Affairs instructions to the Smiley Commission, the Smiley Commission's report, and all Government reports and other documents focused on surface waters as the source of supply for irrigation and domestic use by the Agua Caliente Band. | a. The Mission Indians Relief Act, 26 Stat. 712 (CV 490) [RJN Ex. E, pp. E-48 to E-50] b. The Commissioner of Indian Affairs instructions to the Smiley Commission, page 6 [Shoaf Decl., Ex. 11, p. 11-77] c. The Smiley Commission Report, [Shoaf Decl., Ex. 12, pp. 12-84 to 12-85] d. "Aboriginal Occupation at Tahquitz Canyon," page 51 [Shoaf Decl., Ex. 19, pp. 19-126] e. 1855-56 US Government Land Survey Map [Shoaf Decl., Ex. 18, p. 18-123] f. 1888 Proposed Agreement between Indian Agent Preston and the Palm Valley Water Company for surface water supply for Tribe, 3 pages [Shoaf Decl., Ex. 20, pp. 20-128 to 20- 129] g. 1888 Agreement between Indian Agent Preston and BB Barney for surface water supply for tribe in exchange for | Disputed. Countless reports and documents focus on waters other than groundwater as the source of supply for use by the Agua Caliente Band. Because there is no temporal limitation to this statement it is impossible to cite them all. Moreover, the relevant documents are the ones surrounding the establishment of the Reservation.<br><br>The majority of documents cited to by Defendant in support of this statement all postdate the establishment of the Reservation in 1876-1877 – many by several decades or even a half-century or more.<br><br>Around the time of the establishment of the Reservation, the United States government examined the availability of water resources – surface and ground – to meet the needs of the Agua Caliente<br><br>For example, in 1883, Agent J.G. Stanley visited Agua Caliente at the request of Helen Hunt Jackson and Abbott Kinney. In his portion of the 1883 Report on the Condition and Needs of the Mission Indians of California, |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

25

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | right- of-way, 5 pages [Shoaf Decl., Ex. 21, pp. 21-132 to 21-134]<br><br>h. 1894 Henry L. Ryan report to Indian Agent Estudillo regarding surface water rights and need for a reservoir, pages 1-2 [Shoaf Decl., Ex. 22, pp. 22-139- 22-140]<br><br>i. 1894 Letter from Henderson to Painter regarding Tribe's dire situation involving domestic  water supply from Tahquitz 2. Ditch, 3 pages [Shoaf Decl., Ex. 23, pp. 23-143 to 23- Ditch, 3 pages [Shoaf Decl., Ex. 23, pp. 23-143 to 23-145]<br><br>j.  1898 Inspector Nesler's report to the Secretary of the Interior describing a failed attempt to drill an artesian well on the Agua Caliente Reservation, page 3 [Shoaf 8 Decl., Ex. 24, pp. 24-150 to 24-151]<br><br>k.   Supervisor Holland's 1900 Report to the Commissioner regarding water supply for the | Stanley noted that "[t]here is very little running water, but water is so near the surface that it can be easily developed."  "Report on the Conditions and needs of the Mission Indians of California" July 13, 1883, in Senate, Message from the President of the United States . . ., 48th Congress, 1st  session, January 14, 1884, S. Ex. Doc. 49, serial 2162 at p. 32, ACC0017371 at Tab II-1.<br><br>Additionally, in 1903, Irrigation Superintendent George Butler reported to the Commissioner of Affairs on irrigation matters and possibilities for the Agua Caliente.   He noted the existence of a cienega, with "considerable" water, in an area previously "owned and cultivated by Indians", for potential future development. Superintendent of Irrigation Butler's Report to Commissioner, August 22, 1903. [Shoaf Decl., Ex. 27, pp. 27-174 to 27-182]<br><br>The 1924 document cited as Shoaf Exhibit No. 41 (at p. 41-313) stated that a well "about three miles to the east" |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | Agua Caliente Tribe-only sources are creeks, 12 pages [Shoaf Decl., Ex. 25, pp. 25-155 to 25-162] l. Commissioner of Indian Affairs 1903 Annual Report regarding development of artesian wells for Torres and Cabazon Tribes and agreement with BB Barney for Andreas Creek supplies for Agua Caliente Tribe pages 44, 91-92 [Shoaf Decl., Ex.26, pp. 26-170 to 26-172] m. 1903 Superintendent of Irrigation Butler's Report to Commissioner regarding surface supplies as only possible sources of water for Agua Caliente Tribe, 9 pages [Shoaf Decl., Ex. 27, pp. 27-174 to 27-182] n.   1906 Inspector Chubbuck's report to Secretary, 4 pages [Shoaf Decl., Ex. 28, p. 28-187] o.   1906 Inspector Chubbuck's report to Secretary, 6 pages | of Palm Springs hit groundwater "at a depth of 110 feet," although the author stated that "we have yet to learn that enough water can be developed from them [other wells nearby] to make the agricultural development of this land possible." The author also noted that "the chances of finding well water increase" as one traveled eastward from "the protection of Mt. San Jacinto." Assuming this assessment was correct, this would mean that the Agua Caliente Reservation lands located in T4S, R5E, might have been likely to have included groundwater located close to the surface. This author also stated that wells near Palm Springs would "penetrate the underground stream which is feeding this reservoir [lying beneath the lower Coachella Valley]." H.K. Palmer letter to Dr. Samuel Blair, Dept. of Interior, April 24, 1924. Shoaf Exhibit No. 41 (at p. 41-313), <br><br> *See* Evidentiary Objection Table. |

KILPATRICK TOWNSEND & STOCKTON
607 14ᵀᴴ STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | [Shoaf Decl., Ex. 29, pp. 29-192 to 29-196] p.   1906 Chief Engineer 7.  Code to Secretary (CV551), 8.  7 pages [Shoaf Decl., Ex. 30, pp. 30-200, 30-203 to 9.  30-205] 10.  q. 1906 Kelsey Report to Commissioner dated August 11 8, 1906 Re: "Condition of 12  the California Indians," page 22 [Shoaf Decl., Ex. 13, 31, p. 31-231] 14     r. 1907 Kelsey Report to Commissioner, pages 1-3 15     [Shoaf Decl., Ex. 32, pp. 16     32-235 to 32-238] s. 1907 Commissioner's 17     Annual report, page 57 18     [Shoaf Decl., Ex. 33, p. 33-245] 19     t. 1907 Superintendent of 20     Irrigation Ollny to Code [Shoaf Decl., Ex. | |

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | 34, p. 34-248] | |
| | | u. 1908 Kelsey to Code, Chief Engineer [Shoaf Decl., Ex 35, p. 35-251] | |
| | | v. 1909 Lebacho statement re: purpose of construction of Tahquitz Ditch [Shoaf Decl., Ex. 36, p. 36-253] | |
| | | w. 1911 Agreement between United States and Non-Indians concerning Code to Secretary (CV551), 7 pages [Shoaf Decl., Ex. 30, pp. 30-200, 30-203 to 30-205] | |
| | | q.   1906 Kelsey Report to Commissioner dated August 8, 1906 Re: "Condition of the California Indians," page 22 [Shoaf Decl., Ex. 13   31, p. 31-231] | |
| | | r.   1907 Kelsey Report to Commissioner, pages 1- | |

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | 3 [Shoaf Decl., Ex. 32, pp. 32-235 to 32-238] s.   1907 Commissioner's Annual report, page 57 [Shoaf Decl., Ex. 33, p. 33- 245] t.   1907 Superintendent of Irrigation Ollny to Code [Shoaf Decl., Ex. 34, p. 34-248] u.    1908 Kelsey to Code, Chief Engineer [Shoaf Decl., Ex 35, p. 35-251] v.  1909 Lebacho statement re: purpose of construction of Tahquitz Ditch [Shoaf 26 Decl., Ex. 36, p. 36-253] w.   1911 Agreement between United States and Non-Indians concerning Tahquitz Creek water allocation [Shoaf Decl., Ex. 37, p. 37-256] x.   1911 Administrative Farmers' letter to Olberg [Shoaf Decl., Ex. 38, p. 38- 264] y.   1918 Indian Irrigation Service Report-"History of Irrigation at Agua Caliente Reservation" [Shoaf Decl., | |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

30

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | Ex. 39, pp. 39-276 to 39-277, 39-280]<br><br>z.   1924 Indian Defense Association of Santa Barbara report regarding Agua Caliente Tribe [Shoaf Decl., Ex. 40, p. 40-297]<br><br>aa. 1924 Palmer Report to Dr. Blair [Shoaf Decl., Ex. 41, p. 41-313]<br><br>bb. 1924 Clotts Report to Commissioner [Shoaf Decl., Ex. 42, p. 42-318]<br><br>cc. 1925 Ellis letter to Commissioner [Shoaf Decl., Ex. 43, p. 43-320]<br><br>dd. 1925 Ellis letter to Commissioner [Shoaf Decl., Ex. 44, p. 44-324]<br><br>ee. 1931 Supervising Engineer Wathen to Director of Irrigation [Shoaf Decl., Ex. 45, pp. 45-326 to 45-327]<br><br>ff. 1936 Agua Caliente Tribal Committee letter to Secretary [Shoaf Decl., Ex. 46, p. 46-330]<br><br>gg. 1936 Supervising Engineer Engle to Barbara report regarding Agua Caliente Tribe [Shoaf Decl., Ex. 40, p. 40-297]<br><br>aa.   1924 Palmer Report | |

KILPATRICK TOWNSEND & STOCKTON
607 14ᵀᴴ STREET, STE 900
WASHINGTON, DC 20005-2018

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | to Dr. Blair [Shoaf Decl., Ex. 41, p. 41-313] bb. 1924 Clotts Report to Commissioner [Shoaf Decl., Ex. 42, p. 42-318] cc. 1925 Ellis letter to Commissioner [Shoaf Decl., Ex. 43, p. 43-320] dd. 1925 Ellis letter to Commissioner [Shoaf Decl., Ex. 44, p. 44-324] ee. 1931 Supervising Engineer Wathen to Director of Irrigation [Shoaf Decl., Ex. 45, pp. 45-326 to 45-327] ff. 1936 Agua Caliente Tribal Committee letter to Secretary [Shoaf Decl., Ex. 46, p. 46-330] gg. 1936 Supervising Engineer Engle to Commissioner with Memo regarding Agua Caliente Water Rights [Shoaf Decl., Ex. 47, pp. 47-333 to 47-335, 47-338 to 47-340] hh. 1939 District Counsel Humphrys' letter to Director of Irrigation Wathen [Shoaf Decl., Ex. 48, pp. 48-347, 48-349] ii. 1940 Draft Agreement to replace 1911 Agreement regarding Tahquitz | |

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | Creek Water allocation [Shoaf Decl., Ex. 49, p. 354] | |
| 29. | All efforts by the Agua Caliente Band and the government to provide a water supply to the Plaintiff's reservation for irrigation and domestic uses relied on surface waters as the source of supply. | a.     Indian Agent Preston- Palm Valley Land Company "Agreement" dated February 7, 1888 [Shoaf Decl., Ex. 20, pp. 20-128 to 20-129]<br>b.     Report by Henry Ryan to Indian Agent Estudillo dated January 16, 1894 [Shoaf Decl., Ex. 22, pp. 22-139 to 22-140]<br>c.     Report by Supervising Engineer Holland to Commissioner of Indian Affairs dated August 23, 1900 [Shoaf Decl., Ex. 25, pp. 25-155 to 25-162]<br>d.     Report by Superintendent of Irrigation Butler to Commissioner of Indian Affairs, dated August 22, 1903[Shoaf Decl., Ex. 27, pp. 27-174 to 27-182]<br>e.     Report by Special Inspector Levi Chubbuck to Secretary of the Interior, dated February 24, 1906, describing terms of the | Disputed.<br>A long and well-established historical record shows that the Agua Caliente have always looked beyond surface waters to supply their needs. Anthropologists and ethnographers have documented the importance of groundwater to the Cahuilla Indians who occupied the Coachella Valley, including the present-day Agua Caliente Reservation. Among those who published such findings were noted scholars such as Lowell John Bean, Alfred Kroeber, William Duncan Strong, and David Barrows. For example, Strong argued that water was "[t]he essential thing to any community, especially to one living in the desolate environment of the desert," and he noted that the Desert Cahuilla often located their settlements "around the natural water holes and artificial wells" in the Coachella Valley. William Duncan Strong, *Aboriginal Society in Southern California*, University of California Publications in American Archaeology and |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | 1888 Barney Agreement and new proposal to buy Barney's land and water rights in Andreas Creek for use on the reservation [Shoaf Decl., Ex. 29, pp. 29-192 to 29-196] <br><br> f.      1911 Agreement between the Government and certain non-Indians regarding Tahquitz Creek water rights [Shoaf Decl., Ex. 37, p. 37- 256] <br><br> g.      Report by Supervising Engineer Wathen to Director of Engineering, dated December 15, 1931 (ACC374) [Shoaf Decl., Ex. 45, pp. 45-326 to 45-327] <br><br> h.      Report by Supervising Engineer Engle to Commissioner of Indian Affairs, dated October 29, 1936 [Shoaf Decl., Ex. 47, pp. 47-333 to 47-335, 47- 338 to 47-340] <br><br> i.      1940 Agreement revising 1911 Agreement regarding Tahquitz Creek Water Rights (ACC 10782) [Shoaf Decl., Ex. 49, p. 49-354] | Ethnology, Vol. 26 (Berkeley: University of California Press, 1929), 38, 88, Tab 6. <br><br> Barrows, who published his study in 1900, indicated that "generations" of Cahuillas had been "well-diggers," writing that, "Their very occupation of this desert was dependent on their discovery of this art." Barrows (1900), pp. 26-27, Tab 7. <br><br> At least two of Strong's ethnographic informants— Alejo and Francisco Patencio—were leaders of the Agua Caliente Band in the early twentieth century. Bean (1995), P. IV-10, Tab 8. These accounts demonstrate that Agua Caliente have always made efforts to utilize sources other than surface water to supply irrigation and/or domestic uses on their lands. <br><br> Additionally, the United States government made attempts to determine the availability of groundwater as a source of supply for the Reservation's domestic and agricultural uses. For example, Agent J.G. Stanley reported in 1883 that |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

34

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | although "[t]here is very little running water, but water is so near the surface that it can be easily developed." "Report on the Conditions and needs of the Mission Indians of California" July 13, 1883, in Senate, *Message from the President of the United States . . .*, 48th Congress, 1st session, January 14, 1884, S. Ex. Doc. 49, serial 2162 at p. 32, ACC00017371 at Tab II-1.

A letter from Engineer H.K. Palmer to Dr. Samuel Blair, Inspector, Department of Interior in 1924 stated that a well "about three miles to the east" of Palm Springs hit groundwater "at a depth of 110 feet," although the author stated that "we have yet to learn that enough water can be developed from them [other wells nearby] to make the agricultural development of this land possible." The author also noted that "the chances of finding well water increase" as one traveled eastward from "the protection of Mt. San Jacinto." Assuming this assessment was correct, this would mean that the Agua Caliente Reservation lands located in T4S, R5E, might have been likely to have |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

35

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | included groundwater located close to the surface. This author also stated that wells near Palm Springs would "penetrate the underground stream which is feeding this reservoir [lying beneath the lower Coachella Valley]." H.K. Palmer letter to Dr. Samuel Blair, Dept. of Interior, April 24, 1924. Shoaf Exhibit No. 41 at p. 41-313, Shoaf-Ex41-007 at Tab II-13. |
| | | | In 1933, Farm Agent J.K. Hall wrote to Superintendent Dady, expressing concern about development of wells adjacent to the Reservation, because of his colleague's belief that they presented a potential infringement on "underground rights in this area were reserved for the Palm Springs Indians." J.K. Hall, letter to John W. Dady, Superintendent, Riverside, Calif., December 19, 1933. Superintendent Dady, in turn, wrote to C.A. Engle, Supervising Engineer in Los Angeles, to "investigate to determine if there is any infringement of the Indian Water Rights." John S. Dady, Superintendent, |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

| Def.'s SUF No. | Fact | Supporting Evidence | Pl.'s Response |
|---|---|---|---|
| | | | Mission Indian Agency, Letter to C.A. Engle, Supervising Engineer.  December 22, 1933, ACC0030718 at Tab II-15.<br><br>We finally note that, as there is no limitation as to a specific time period specified in Defendants' statement number 28, the present action before this Court serves as yet another example of an "effort to provide a water supply to the Plaintiff's reservation for irrigation and domestic uses" that does not rely on surface water as the source of the supply.  The intervention of the United States herein underscores our point as to the inaccuracy of this statement by Defendants. |

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KILPATRICK TOWNSEND & STOCKTON
607 14ᵗʰ STREET, STE 900
WASHINGTON, DC 20005-2018

DATED: December 5, 2014.

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____ /s/ Catherine Munson

    CATHERINE MUNSON
    (D.C. Bar No. 985717, admitted *pro hac vice*)
    MARK H. REEVES
    (GA Bar No. 141847, admitted *pro hac vice*)
    *Attorneys for Plaintiff*
    *Agua Caliente Band of Cahuilla Indians*

NATIVE AMERICAN RIGHTS FUND
    STEVEN C. MOORE
    (CO Bar No. 9863, admitted *pro hac vice*)
    HEATHER WHITEMAN RUNS HIM
    (NM Bar No. 15671, admitted *pro hac vice*)
    *Attorneys for Plaintiff*
    *Agua Caliente Band of Cahuilla Indians*