TABLE OF CONTENTS (Cont.)

Page

DIVERSION MEASUREMENTS:

UPPER VALLEY (cont.)

Diversion 46 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversions 47 and 48 - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 49 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 50 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 51 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversions 52 and 53 - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 54 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 55 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 56 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 57 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 58 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 59 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 60 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 61 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Diversion 62 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]

LOWER VALLEY - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]

Diversion 65 - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]

METHODS OF IRRIGATION - - - - - - - - - - - - - - - - - - - - - [illegible]

UPPER VALLEY - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]

LOWER VALLEY - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]

DUTY OF WATER - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]

UPPER VALLEY - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]

Banning Heights Mutual Water Company - - - - - - - - - - - - - [illegible]
Banning Water Company - - - - - - - - - - - - - - - - - - - - [illegible]
Morongo Indian Reservation System from Potrero Creek - - - - - [illegible]
Cabazon Water Company - - - - - - - - - - - - - - - - - - - - [illegible]
Whitewater Ranch - - - - - - - - - - - - - - - - - - - - - - - [illegible]
[illegible] Ranch - - - - - - - - - - - - - - - - - - - - - - [illegible]
D. T. Stevens System - - - - - - - - - - - - - - - - - - - - - [illegible]
Agua Caliente Indian Reservation System from [illegible] Creek - - [illegible]
Agua Caliente Indian Reservation System from [illegible] Creek - - [illegible]

LOWER VALLEY - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]

ACC0000061

LHR0005534

ACC-HRA001037

✓

TABLE OF CONTENTS (Cont.)

Page

RECORDED NOTICES OF APPROPRIATION - - - - - - - - - - - - - - - - - - - - - [illegible]

Otto E. Adler - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
D. C. Bailiff - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
D. C. Bailiff - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
D. C. Bailiff - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
D. C. Bailiff - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
D. C. Bailiff - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
D. C. Bailiff - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
E. S. Biesdel - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
C. O. Barker - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
J. C. Balschweid - - - - - - - - - - - - - - - - - - - - - - - [illegible]
J. C. Balschweid - - - - - - - - - - - - - - - - - - - - - - - [illegible]
J. C. Balschweid and C. C. Leary - - - - - - - - - - - - - - - - [illegible]
Banning Water Company - - - - - - - - - - - - - - - - - - - - [illegible]
Banning Water Company - - - - - - - - - - - - - - - - - - - - [illegible]
C. H. Brown - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Charles E. Bellue - - - - - - - - - - - - - - - - - - - - - - [illegible]
J. O. Barker - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
C. L. Buxbee - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
T. T. Covington - - - - - - - - - - - - - - - - - - - - - - - [illegible]
H. M. Carpenter - - - - - - - - - - - - - - - - - - - - - - - [illegible]
H. M. Carpenter - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Nellie E. Dunkle - - - - - - - - - - - - - - - - - - - - - - [illegible]
C. W. Dr. Long - - - - - - - - - - - - - - - - - - - - - - - [illegible]
J. B. Fernstein - - - - - - - - - - - - - - - - - - - - - - - [illegible]
J. B. Fernstein - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Harold Greene - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
William F. Heathman - - - - - - - - - - - - - - - - - - - - - [illegible]
E. E. Hendricks - - - - - - - - - - - - - - - - - - - - - - - [illegible]
L. P. Jensen - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Ratcliff and Jensen - - - - - - - - - - - - - - - - - - - - - [illegible]
C. F. Jost - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
Marshall C. Jost - - - - - - - - - - - - - - - - - - - - - - [illegible]
Frank C. Jost - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
C. C. Leary - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
D. W. Lewis - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
[illegible] Valley Water Company - - - - - - - - - - - - - - - [illegible]
[illegible] - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
[illegible] - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
[illegible] - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]
[illegible] - - - - - - - - - - - - - - - - - - - - - - - - - [illegible]

## TABLE OF CONTENTS (Cont.)

APPLICATIONS [illegible] (Cont.)

Application 2163 - - - - - - - - - - - - - - - - - - - - - - [illegible]
Application [illegible] - - - - - - - - - - - - - - - - - - - - - - [illegible]
Application [illegible] - - - - - - - - - - - - - - - - - - - - - - [illegible]
Application [illegible] - - - - - - - - - - - - - - - - - - - - - - [illegible]
Application [illegible] - - - - - - - - - - - - - - - - - - - - - - [illegible]
Application [illegible] - - - - - - - - - - - - - - - - - - - - - - [illegible]
Application [illegible] - - - - - - - - - - - - - - - - - - - - - - [illegible]
Application [illegible] - - - - - - - - - - - - - - - - - - - - - - [illegible]

TABLES:

1. Run-Off Records of Coachella Valley County Water District – Daily Discharge of Whitewater River at Station [illegible], for the Year ending September 30, [illegible].

2. Run-Off Records of Coachella Valley County Water District – Daily Discharge of Snow and Falls Creeks at Station located in NW¼ NW¼ Sec. 33, T. 3 S., R. 3 E., S. B. M., for Year ending September 30, 1925.

3. Run-Off Records of Coachella Valley County Water District – Daily Discharge of Tahquitz Creek at Station located in [illegible] NW¼ Sec. 22, T. 4 S., R. 4 E., S. B. M., for Year ending September 30, 1925.

4. Run-Off Records of Coachella Valley County Water District – Daily Discharge of Andreas Creek at Station located in [illegible] Sec. 3, T. 5 S., R. 4 E., S. B. M., for Year ending September 30, 1925.

5. Run-Off Records of Coachella Valley County Water District – Daily Discharge of Palm Canyon Creek and [illegible] Canyon Creek for Year ending September 30, 1925.

6. Discharge of Whitewater River at Consolidated Reservoir [illegible] Company's Intake (Records obtained from Southern Sierras Power Company) – Years 1915 to 1920, inclusive.

7. Run-Off Records of Southern Sierras Power Company – Daily Discharge of Snow Creek [illegible] Diversion, for Years ending [illegible]

ACC0000063
LHR0005536
ACC-HRA001039

TABLE OF CONTENTS (Cont.)

TABLES (Cont.)

8. Run-Off Records of Southern Sierras Power Company.
   - Daily Discharge of Southern Pacific Company's Ditch diverting from Snow Creek, for Years ending September 30, 1921, 1922 and 1923.

9. Run-Off Records of Southern Sierras Power Company
   - Daily Discharge of Snow Creek (Total Flow) for Years ending September 30, 1921, 1922 and 1923.

10. Run-Off Records of Southern Sierras Power Company
   - Daily Discharge of Falls Creek at Station located in SW¼ NE¼ Sec. 33, T. 3 S., R. 3 E., S. B. M., for year ending September 30, 1923.

11. Run-Off Records of Division of Water Rights- Measurements of Flow of Potrero Creek and Diversions from it by Morongo Indian Reservation System.

12. Run-Off Records of Division of Water Rights - Current Meter Measurements of Flow of Whitewater River at Coachella Valley County Water District's Gaging Station No. 4.

13. Run-Off Records of Division of Water Rights - Daily Discharge of Whitewater River at Coachella Valley County Water District's Station No. 4 - March 29 to May 31, 1923.

14. Run-Off Records of Division of Water Rights - Measurements of Flow of Tahquitz Creek at Coachella Valley County Water District's Gaging Station.

15. Run-Off Records of Division of Water Rights - Observed Gage Heights and Corresponding Diversions from Tahquitz Creek by Agua Caliente Indian Reservation's Canal.

16. Run-Off Records of Division of Water Rights - Daily Discharge of Tahquitz Creek (including Agua Caliente Diversion) at Coachella Valley County Water District's Station - March 14 to June 30, 1923.

17. Run-Off Records of Division of Water Rights - Current Meter Measurements of Flow of Andreas Creek at Coachella Valley County Water District's Gaging Station.

TABLE OF CONTENTS (Cont.)

TABLES (Cont.)

18. Run-Off Records of Division of Water Rights- Daily Discharge of Andreas Creek at Coachella Valley County Water District's Gaging Station - March 14 to June 30, 1923.

19. Descriptions of Lands Irrigated from Whitewater River and its Tributaries.

20. Results of Canvas of Areas Irrigated from Wells in Lower Valley- Made by Division of Water Rights in 1923.

21. Summary of Acreages Irrigated from Whitewater River Stream System.

22. Diversion Measurements by Division of Water Rights on Consolidated Reservoir and Power Company's Canal.

23. Diversion Records of Consolidated Reservoir and Power Company- Weir Measurements of Diversions- 1917 to 1923.

24. Total Monthly Diversions from Whitewater River and Blackwheel Canyon by Consolidated Reservoir and Power Company Canal.

25. Total Net Deliveries to Water Users on Banning Heights.

25. Measurements by Division of Water Rights on Banning Water Company Diversion System.

26A. Diversions by Banning Water Company System at the Various Points of Diversion.

27. Total Net Delivery Records of Banning Water Company.

28. Diversion Measurements of Division of Water Rights on Cabazon Water Company's System from Millard Creek.

29. Diversion Measurements of Division of Water Rights on Toutain Ditches from Whitewater River.

30. Diversion Measurements by Division of Water Rights on Whitewater Ranch Ditch from Whitewater River.

31. Diversion Measurements by Division of Water Rights on Warner Ranch Ditch from Whitewater River.

TABLE OF CONTENTS (Cont.)

TABLES (Cont.)

32. Measurements by Division of Water Rights on Stevens Ditch from Whitewater River.

33. Measurements by Division of Water Rights of Water Used through Agua Caliente Indian Reservation System from Tahquitz Creek.

34. Diversion Measurements by Division of Water Rights on Agua Caliente Indian Reservation Pipe Line from Andreas Creek.

35. Estimate of Gross Diversion by Morongo Indian Reservation System from Potrero Creek during period between March 5, 1923 and June 26, 1923.

36. Estimate of Gross Diversion by Cabazon Water Company from Millard Creek during period between March 5, 1923 and July 4, 1923.

37. Estimate of Total Flow passing Lower Measuring Point on Whitewater Ranch Ditch from Whitewater River during period between March 8, 1923 and June 25, 1923.

38. Estimate of Total Flow passing Lower Measuring Point on Warner Ranch Ditch from Whitewater River during period between March 8, 1923 and June 23, 1923.

39. Estimate of Gross Diversion by Stevens Ditch from Whitewater River during period between March 8, 1923 and June 9, 1923.

40. Estimate of Gross Diversion to use by Agua Caliente Indian Reservation System from Tahquitz Creek during period between March 6, 1923 and June 30, 1923.

41. Estimate of Gross Diversion by Agua Caliente Indian Reservation System from Andreas Creek during period between March 14, 1923 and June 30, 1923.

42. Various Points of Diversion and Amounts of Water filed on under Application 2922 - By Coachella Valley County Water District.

PLATES:

1. Flow of Whitewater River at Coachella Valley County Water District's Gaging Station No. 4 - 1919 - 1920.

2. Flow of Snow Creek at Coachella Valley County Water District's Gaging Station - 1919 -1920.

TABLE OF CONTENTS (Cont.)

PLATES: (Cont.)

3. Flood Flow of Tahquitz Creek at Coachella Valley County Water District's Gaging Station - 1919 - 1920.

4. Flow of Andreas Creek at Coachella Valley County Water District's Gaging Station 1919 - 1920.

5. Flow of Palm and Murray Canyons at Coachella Valley County Water District's Gaging Station -1919 -1920.

6. Flow of Millard Creek at Coachella Valley County Water District's Gaging Station - 1919 - 1920.

7. Flow of Southern Pacific Company Ditch diverting from Snow Creek at Southern Sierras Power Company Gaging Station -1921.

8. Flow of Southern Pacific Company Ditch diverting from Snow Creek at Southern Sierras Power Company Gaging Station - 1921-1922.

9. Flow of Southern Pacific Company Ditch diverting from Snow Creek at Southern Sierras Power Company Gaging Station - 1922 - 1923.

10. Total Flow of Snow Creek at Southern Sierras Power Company Gaging Station - 1920 - 1921.

11. Total Flow of Snow Creek at Southern Sierras Power Company Gaging Station - 1921 - 1922.

12. Total Flow of Snow Creek at Southern Sierras Power Company Gaging Station - 1922 - 1923.

13. Flow of Falls Creek at Southern Sierras Power Company Gaging Station - 1922 - 1923.

14. Flow of Whitewater River at Coachella Valley County Water District's Gaging Station No. 4 - 1923.

15. Flow of Tahquitz Creek at Coachella Valley County Water District's Gaging Station - 1923.

16. Flow of Andreas Creek at Coachella Valley County Water District's Gaging Station - 1923.

U. S. Indian Irr[illegible]
311 FEDERAL BUILDING
LOS ANGELES, CALIFORNIA

STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC WORKS
DIVISION OF WATER RIGHTS

Sacramento, California.

November 15, 1923.

Chief of Division of Water Rights,
Department of Public Works,
State of California.

Dear Sir:

The accompanying report on the Water Supply and Use of Water from the Whitewater River Stream, in Riverside and San Bernardino Counties, is herewith submitted for your approval.

This report was prepared pursuant to the order entered by this office on December 9, 1922, granting the petition of the Coachella Valley County Water District for a determination of the relative rights, based upon prior appropriation, of the various claimants to the waters of the Whitewater River and its tributaries. The purpose of the report is to present the necessary engineering data upon which to base the findings in the above mentioned proceedings, which data were obtained from the following sources:-

(1) A hydrographic study and survey of all diversions, conduits, and irrigated areas, made under the supervision of the undersigned during the period from March 1, 1923, to July 5, 1923.

(2) Report on Water Supply of Coachella Valley by A. L. Sonderegger, Consulting Engineer, dated April 1, 1921.

(3) United States Geological Survey Water Supply Paper No. 225, entitled "Ground Waters of the Indio Region," by Walter C. Mendenhall.

(4) Appendix D of the Fifth Biennial Report of the Department of Engineering of the State of California, entitled "Preliminary Report on Conservation and Control of Flood Water in Coachella Valley, California," by C. E. Tait.

(5) Maps, measurements and miscellaneous data submitted by various interested parties.

Mr. R. H. Jamison, Assistant Hydraulic Engineer, was in charge of the field investigation conducted by this office, and he was assisted by Mr. F. W. Bush, Jr., Topographer, and by Mr. Clark R. Smith, Rodman. The investigation included measurements of the water supply and of the various diversions from the stream system, and also a planetable survey of all diversion systems and irrigated areas, except those in Coachella Valley supplied from wells. Information as to the latter areas was obtained from statements of the owners and was roughly checked in the field, without the use of surveying instruments.

A set of maps has been prepared from the data collected, consisting of fifty planetable sheets on a scale of one inch to three hundred feet and a key map on a scale of one inch to six thousand feet, and the same is herewith submitted as a part of this report.

Respectfully submitted,

[signature]

Hydraulic Engineer.

REPORT

on

WATER SUPPLY AND USE OF WATER

from

WHITEWATER RIVER STREAM SYSTEM

## INTRODUCTION

In Coachella Valley, between Point Happy and Salton Sea, there is a considerable area of irrigated land which receives its water supply from wells tapping the water bearing strata underlying that portion of the valley. The rapid development of this area in the last fourteen years is indicated by the fact that the map prepared by the United States Department of Agriculture as a result of the 1909 census shows only about 5,800 acres of irrigated land below Point Happy, while the data collected by this office in the spring of 1923 indicates that there are now nearly 13,000 acres of irrigated land in that district.

Accompanying this rapid development of the irrigated area there was a gradual recession of the waterplane and a gradual decrease in flow from the artesian wells, until about 1918 or 1919. During the years 1920 and 1921, the wells above Point Happy showed a rise in the waterplane; probably the effect of the flood in 1916. Wells in other

localities, however,showed a further decline during these years.

Alarmed by the continued recession of the water-plane underlying Coachella Valley below Point Happy, despite a cycle of years of excessive rainfall, the residents of that section organized the Coachella Valley County Water District, for the purpose of protecting their water supply. This district comprises practically the entire watershed of the Whitewater River stream system situated in Riverside County.

In 1918, the District employed Mr. A. L. Sonderegger, Consulting Engineer, to make an investigation of their water supply. The results of this investigation, which covered a period of three years, are contained in Mr. Sonderegger's "Report on the Water Supply of Coachella Valley", dated April 1, 1921. The conclusions drawn from this report are that the waters of the Whitewater River and its tributaries which sink in the upper regions of the desert form the source of supply of the underground reservoir underlying Coachella Valley, and that the draft on this underground reservoir exceed the water crop available for replenishment.

In order to conserve flood waters which would otherwise waste into Salton Sea, the District constructed

a spreading dam about 3,000 feet long, across the channel of the Whitewater River at a point about three miles below Whitewater Station, in 1918 and 1919 (See Application Number 1122, Permit Number 536). In order to establish a right to all of the flood waters of the Whitewater River stream system, the District filed a blanket application, Number 2922, naming as sources the Whitewater River and all of its important tributaries, and describing as points of diviersion the mouths of the canyons of the various streams. This application is pending at the present writing.

In order to place itself in a better position to protect its water rights against encroachment on the part of the owners of vested rights to the waters of the stream system, the District filed a petition with this office on June 29, 1922, requesting "the determination of all said rights, based upon prior appropriation, of all said various claimants to the water of said stream system." Realizing that the proceedings requested would be greatly complicated by the underground water problem involved, this office arranged a conference with the various representatives of the District, which was held in this office on November 2, 1922. At that time it was explained to the resspresentatives of the District that while this office could not undertake a complete

adjudication of both the surface and underground water rights of the stream system because of our limited jurisdiction over underground waters, the problem of determining the rights to surface diversion could undoubtedly be handled without difficulty under the procedure provided in the Water Commission Act. The representatives of the District expressed their desire that this office proceed with an adjudication of the surface rights; consequently, after a preliminary field investigation and report by Engineer Gordon Zander of this office, recommending favorable action on the petition, an order was entered by this office on December 9, 1922, granting the petition and initiating the proceedings.

## GENERAL DESCRIPTION OF WATERSHED

The Whitewater River rises on the south and east slopes of San Gorgonio Mountain, in the southwestern part of San Bernardino County, at an altitude of about 11,000 feet, and in times of extreme flood flows in a general southeasterly direction for a distance of about sixty-five miles, traversing the central part of Riverside County, and emptying into Salton Sea, the elevation of which is about 250 feet below sea level. Except in times of extreme flood, the entire flow of the stream sinks into the desert between Whitewater Station and Palm Springs Station, on the

Southern Pacific Railroad.

The principal tributaries rising in the San Bernardino Mountains are San Gorgonio River, Hathaway Creek, Potrero Creek, Millard Creek, Stubby Creek, Cottonwood Creek, Mission Creek, Dry Morongo Creek, Big Morongo Creek, and Little Morongo Creek. Of these tributaries, the San Gorgonio River is by far the most important and drains San Gorgonio Canyon, situated north of Banning, and also San Gorgonio Pass from Banning east to Whitewater Station. Mission Creek and the Morongo Creeks, although having large watersheds, drain areas of comparatively low preceipitation and consequently contribut but little water except in times of flood.

The principal tributaries rising in the San Jacinto Mountains are Cabezon Creek, Snow Creek, Falls Creek, Chink Creek, Tahquitz Creek, Andreas Creek, Murray Creek, and Palm Canyon Creek. Of these, Snow Creek, which drains the north slope of San Jacinto Peak, is the most important, and Tahquitz Creek, which drains the east slop of San Jacinto Peak, is next in importance. Both Snow Creek and Tahquitz Creek are extremely precipitous, falling from near the summit of San Jacinto Peak to the floor of the desert at rates in excess of 1,000 feet per mile. Palm

Canyon Creek is about twenty miles long and drains the largest area, but its watershed is relatively low and consequently produces less water than the streams to the north.

The only important tributaries entering from the Santa Rosa Mountains are Deep Canyon Dreek and Martinez Canyon Creek.

The Cottonwood Mountains, forming the eastern boundary of Coachella Valley, produce no living streams with the expection of that in Thousand Palms Canyon, opposite Edom.

The various tributaries of the Whitewater River have built up debris cones where they debouch from their respective canyons, and, except in times of flood, their entire flows sink in these cones, travelling through underground channels to the lower part of Coachella Valley.

The total area drained by the Whitewater River stream system is about 1,200 square miles.

In his "Preliminary Report on Conservation and Control of Flood Water in Coachella Valley, California", Mr. C. E. Tait divides the valley traversed by the Whitewater River stream system into three general areas; San Gorgonio Pass, Coachella Desert, and Coachella Valley.

The San Gorgonio Pass area extends eastwardly from the San Bernardino Meridian for about thirty-six

miles to the range line between Range 3 East and Range 4 East, and is bounded on the north by the San Bernardino Mountains and on the south by the San Jacinto Mountains. Both of these mountain ranges extend above the 10,000-foot elevation, and are very precipitous. Above the 8,000-foot elevation, the San Bernardino Mountains are timbered, and below that elevation they support a rather heavy growth of brush. The San Jacinto Mountains support but a very sparse growth of timber and brush, because of their granitic formation. The elevation of the San Gorgonio Pass area varies from about 2,500 feet above sea level at its western boundary to about 1,000 feet about sea level at its eastern boundary.

Coachella Desert adjoins the San Gorgonio Pass area on the east and extends in a southeasterly direction about twenty-two miles to Point Happy. It is bounded on the north by the San Bernardino Mountains, on the west by the San Jacinot Mountains and on the east by the Cottonwood Mountains, the latter range being practically barren. At the upper end of this area, the river enters a very porous formation, and it is there that the entire flow sinks, except in times of extreme flood. The elevation of Coachella Desert varies from about 1,000 feet above

sea level at its upper end to about 100 feet above sea level at Point Happy.

The Coachella Valley extends from Point Happy about twnety miles in a southeasterly direction to Salton Sea, and is bounded on the east by the Cottonwood Mountains and on the west by the Santa Rosa Mountains, both of which ranges are practically barren. It is in this area that the agricultural development referred to on page 1 has occurred. The elevation of Coachella Valley varies from about 100 feet above sea level at Point Happy to about 250 feet below sea level at Salton Sea.

CLIMATE

On account of the extremes in altitude, there is a wide variation in climate in the different parts of the watershed.

The climate of the high mountain region is characterized by a wet season extending from the first part of November to the latter part of April, followed by a long period during which there is practically no precipitation. In this region, the winters are severe and the summers are mild. No precipitation records have been kept in the high mountain region of the watershed, but at Bear Valley Dam, on the north side of the San Bernardino Mountains at an altitude of 6,500 feet, a twenty-two year record has

been kept by the United States Weather Bureau, showing a mean annual precipitation of 35.10 inches. It is believed that this is probably a little higher than would have been obtained at the same altitude in the Whitewater River watershed. Above the 7,000-foot level, a considerable portion of the precipitation falls as snow, which remains on the ground until early summer. San Gorgonio Peak in the San Bernardino Mountains, and San Jacinot Peak in the San Jacinto Mountains, retain their covering of snow until July or August.

The climate also varies widely over the valley floor. In the vicinity of Banning, the winters are mild, and while the summer days are often hot the nights are usually cool. This region is a noted health resort and its climate is considered especially suitable for patients suffering with throat and lung diseases. The rainfall in this region is ample to permit the growing of grain crops without irrigation.

As one proceeds from Banning eastward through San Gorgonio Pass, the transition in climate is very rapid until, at Whitewater Station, a distinctly desert climate is reached. The climate of Coachella Desert and Coachella Valley is characterized by short mild winters followed by

long hot seasons during which the heat is extreme. Temperatures of 125 degrees Fahrenheit are not uncommon in July and August. The precipitation in this region is low and erratic. During the late winter and early spring, very high winds are frequent, originating in San Gorgonio Pass and sweeping southeastward across the desert. These wind storms are especially violent at the upper end of Coachella Desert, where it is necessary to protect telegraph poles by stubs or rock piles to prevent them from being worn away by wind-driven sands. In Coachella Valley, it is necessary to protect the cultivated areas from wind storms by means of wind-breaks composed of closely planted rows of trees, usually Tamaracks.

Records kept by the United States Weather Bureau show mean annual precipitations at Beaumont, Cabazon, Palm Springs and Indio as follows:

| | Altitude feet | Length of Record years | Mean Annual Precipitation inches |
|---|---|---|---|
| Beaumont | 2558 | 16 | 19.32 |
| Cabazon | 1779 | 11 | 11.60 |
| Palm Springs | 584 | 26 | 4.31 |
| Indio | 20 | 45 | 2.94 |

The record at Beaumont extends from 1888 to 1894 and from 1911 to 1921, the record at Cabazon extends from

1898 to 1909, the record at Palm Springs extends from 1889 to 1915, and the record at Indio extends from 1878 to date.

SOILS

A classification of the soils in the San Gorgonio Pass, Morongo Valley and Palm Springs areas is published in the bulletin of the Bureau of Soils of the United States Department of Agriculture entitled "Reconnoissance Soil Survey of the Central Southern Area, California", and a classification of the soils in Coachella Valley is published in the Fifth Report of the United States Department of Agriculture on Field Operations of the Bureau of Soils, 1903, under the heading "Soil Survey of the Indio Area, California."

The soils are divided into six types, but of these the most important agriculturally are classed as sandy loams, differing only as to coarseness of grain.

CROPS

In the San Gorgonio Pass area, deciduous fruits are the principal crop, although in the vicinity of Whitewater Station some alfalfa is grown.

There is a small cultivated area in the vicinity of Palm Springs, in which the principal crops raised are alfalfa and citrus fruits.

In the Coachella Valley a variety of crops are

raised, the principal ones being cotton, grapes, dates, onions, alfalfa and citrus fruits. There are comparatively small areas in corn, vegetables and grain.

## RUN-OFF RECORDS

### RECORDS OF COACHELLA VALLEY COUNTY WATER DISTRICT

In connection with the water supply study made by the Coachella Valley County Water District, run-off measurements were made on the Whitewater River and all of its tributaries, covering the 1919-1920 season. On the Whitewater River, Snow Creek, Tahquitz Creek, and Andreas Creek gaging stations were established and automatic water stage recorders installed.

The records of the discharge at these stations, together with miscellaneous measurements of the discharge of Palm Canyon Creek, Murray Canyon Creek and Millard Canyon Creek were compiled by the District and are contained in Mr. Sonderegger's "Report on the Water Supply of Coachella Valley, dated April 1, 1921.

### Whitewater River

The Whitewater River Station (No. 4) is located in the SE¼ NW¼ Sec. 35, T3S, R3E, SBM, and is below the points of diversion of the Consolidated Reservoir and Power Company Canal, the W. W. West Ditch and the Toutain East Side Ditch.

Run-off Records . . . . . 13

The record of the discharge at this station of the year ending September 30, 1920, is shown in Table 1, and a hydrograph plotted from the same is submitted as Plate 1.

The following explanations of the record are quoted from Mr. Sonderegger's Report:-

"Taken from current meter measurements and record of levels from Stevens Water Level Recorder."

"September 18, 1919, at Whitewater Ranch Ditch intake the total flow was 8.12 second feet. Estimate from other measurements that the flow from the Cooledge Cienega was 2.90 second feet, making the flow at Station No. 4 = 5.22 second feet for September 18, 1919."

"September 18 to October 21 - assumed average daily increase was 0.05 second feet."

"October 24 to November 16, the average daily increase was less than 0.01 second feet."

"November 16 to November 25, the average daily increase was 0.11 second feet."

"December 1 to January 1 - interpolated from frequent meter measurements."

"January 1 to April 1 - Figures by Davis, Peaks figured from meter measurements and Kutter's Formula by Mr. Sonderegger."

"April 16 to April 27 - Assumed average daily increase at 0.23 second feet."

Run-off Records . . . . . 14

"April 27 to June 1 - Average daily increase was 0.25 second feet."

"June 1 to June 29 - Average daily increase was 0.20 second feet."

"June 29 to July 3 - Average daily increase was 0.20 second feet."

"July 3 to July 31 - Average daily decrease was 0.16 second feet."

"August 1 to August 3 - Flood flow computed from channel sections and velocities."

"August 3 to August 24 - Assumed same increase as shown after flood of August 24."

"August 24 to August 25 - Floof flow computed from channel sections and velocities."

"August 25 to September 1 - Metered by Adams and Rowe, daily increase 1.57 second feet."

"September 1 to September 25 - Average daily increase was 0.23 second feet."

"September 25 to October 1 - Assumed average daily increase was 0.23 second feet."

<u>Snow Creek and Falls Creek</u>

The Snow Creek Station is located in the NW¼ NW¼ Sec. 33, T3S, R3E, SBM, and is just above the Southern Pacific Company's diversion dam. Falls Creek is a

tributary of Snow Creek entering below the station, and the measurements of its flow ere made at a point about half a mile east of the station and were added to the flow at the station in order to obtain the total flow of Snow Creek.

The record of the discharge of Snow Creek (including Falls Creek) for the year ending September 30, 1920, is shown in Table 2, and a hydrograph plotted from the same is submitted as Plate 2.

The following explanations of the record are quoted from Mr. Sonderegger's Report:-

"The discharge taken from a hydrograph showing the daily average discharge and was based on meter measurements and a comparison between the discharges of Andreas Canyon and Upper Mill Creek at Forest Home."

"The flood peaks were derived as follows:-

| Stream | Area | Feb. 22 | Mar. 2 |
|---|---|---|---|
| Mill Creek | 20.2 sq. mi. | 85 | 75 |
| Andreas Creek | 8.5 sq. mi | 46 | 35 |
| Total | 28.7 sq. mi. | 131 | 110 |
| Average | | 4.56 sq. mi. | 3.83 sq. mi. |
| Snow and Falls Creek | 16.2 sq. mi. | 74 | 62 |

Tahquitz Creek

The Tahquitz Creek Station is located in the NE¼ SW¼ Sec. 22, T4S, R4E, SBM, and is immediately below the intake to the Agua Caliente Indian Reservation diversion.

The record of the discharge at this station for the year ending September 30, 1920, is shown in Table 3, and a hydrograph plotted from the same is submitted as Plate 3.

Run-off Records . . . . . 16

The following explanation of the record is quoted from Mr. Sonderegger's Report:-

"The discharge was taken from a hydrograph of daily average discharge based on current meter measurements and the knowledge of the duration of flood peaks from the Andreas Canyon record."

Andreas Creek

The Andreas Creek Station is located in the SE¼ SE¼ Sec. 3, T4S, R4E, SBM, at the diversion dam of the Agua Caliente Indian Reservation system. The measure flow includes the water being diverted into the intake of that system.

The record of the discharge at this station for the year ending September 30, 1920, is shown in Table 4, and a hydrograph plotted from the same is submitted as Plate 4.

The following explanations of the record are quoted from Mr. Sonderegger's Report:-

"Station installed November 9, 1919. Previous gage heights interpolated on straight line from August 11, 1919, with G.H. = 0.20 and discharge = 1.06 second feet. Flow October 24 and 25 estimated from rainfall records in comparison with December 5 and 6."

"Control is of concrete with 16 feet clearance between abutments; 3 feet of control is depressed one foot below rest of dam. From gagings I find the value of "C" in the Francis Formula = 4.0 for the low section and varies from 3.0 to 3.2 for the 13-foot section. Francis Formula and meter readings."

Palm Canyon and Murray Creeks

Although no gaging stations were maintained on these creeks, miscellaneous current meter measurements of their flow ere made, based upon which estimates of their combined daily discharge were made.

The estimated combined daily discharges of these two creeks for the year ending September 30, 1920, are shown in Table 5, and a hydrograph plotted from the same is submitted as Plate 5.

The following explanations of the record are quoted from Mr. Sonderegger's Report:-

"The discharge was taken from a hydrograph of average daily discharge based on current meter measurements and the knowledge gained from the Andreas and Tahquitz records."

"The flood peaks were computed from high water marks and compared with the Andreas record. The relation between peak flows and average flow and the current meter measurements at the same time were the same."

Millard Canyon Creek

A copy of the hydrograph of Millar Creek for the year ending September 30, 1920, taken from Mr. Sonderegger's Report, is herewith submitted as Plate 6.

This hydrograph was constructed from miscellaneous current meter measurements.

RECORDS OF CONSOLIDATED RESERVOIR AND POWER COMPANY

Records of the flow of the East Branch of the South Fork of Whitewater River, the West Branch of the South

Fork of the Whitewater River, and Blackwheel Canyon Creek, at the respective points where the Consolidate Reservoir and Power Company's Canal diverts from those streams, were kept by that company, covering the period from 1913 to 1920, inclusive. These records were obtained from the Southern Sierras Power Company and are shown in Table 6.

The records show the average daily flows for each month, in miner's inches (measured under a four inch pressure). The average combined flows in second feet and the total quantities in acre feet were computed from the records by the Division of Water Rights.

RECORDS OF SOUTHERN SIERRAS POWER COMPANY

Snow Creek

The Southern Sierras Power Company has maintained an automatic water stage recorder on Snow Creek, at a point in the NW¼ NW¼, Sec. 33, T3S, R3E, SBM, a few hundred feet below the intake to the Southern Pacific Company's ditch, since July 21, 1921. The water is measured over a sharp-crested compound weir, having end contractions. The lower section of the weir is 4 feet wide by 1 foot deep. The upper section is 2 feet deep and has a total width of 15 feet, 5 feet extending on one side and 6 feet extending on the other side of the lower section.

The Power Company has also maintained an automatic water stage recorder on the Southern Pacific Company's ditch at a point a few hundred feet below the intake.

The records for both of these stations were obtained from the Power Company. The records of the flow at the Snow Creek Station are shown in Table 7, and the records of the flow in the Souther Pacific Company's ditch are shown in Table 8. The total daily discharges of Snow Creek were obtained by combining the flows at the two stations, and are shown in Table 9.

Hydrographs of the flow in the Southern Pacific Company's ditch for the years ending September 30, 1921, 1922, and 1923 are submitted as Plastes 7, 8 and 9, respectively, and hydrogrphas of the total flow of Snow Creek for the same years are submitted as Plates 10, 11 and 12, respectively.

Falls Creek

The Southern Sierras Power Company has maintained an automatic water stage recorder on Falls Creek, at a point in the SW¼ NE¼ Sec. 23, T3S, R3E, SBM, since September 1, 1922.

The records for this station were obtained from the Power Company and are shown in Table 10, and a hydrograph plotted from the same is submitted as Plate 13.

UNITED STATES GEOLOGICAL SURVEY RECORDS

Six measurements of the discharge of Whitewater River and one measurement of the discharge of Sno Creek were made by the United States Geological Survey in 1898. The

results of these measurements, as published in Water Supply Paper No. 81, are as follows:

Whitewater River

| Date | Locality | Discharge Sec. Ft. |
|---|---|---|
| Feb. 15, 1898 | South Fork at tunnel | 7.42 |
| Mar. 4, 1898 | South Fork at tunnel | 2.52 |
| Feb. 16, 1898 | Main River at foot of Bear Valley Trail | 14.24 |
| Feb. 17, 1898 | North Fork at mouth | 4.64 |
| Feb. 17, 1898 | Middle Fork at mouth | 0.82 |
| Feb. 17, 1898 | Main river 2 miles above mouth | 17.77 |

Snow Creek

| Date | Locality | Discharge Sec. Ft. |
|---|---|---|
| Feb. 22, 1898 | Not given | 4.50 |

RECORDS SECURED BY THE DIVISION OF WATER RIGHTS

Measurements were made of the flow of the Whitewater River and its tributaries by the Division of Water Rights during the period between March 1, 1923, and July 5, 1923. The following records were secured:

San Gorgonio River

No flow was noted in the San Gorgonio River during the above mentioned period, that could be separated from the water conveyed to the stream from Whitewater River by the Consolidated Reservoir and Power Company's Canal.

Hathaway Creek

Four current meter measurements were made of the total flow in this creek at a point about 75 feet above all diversions.

The following results were obtained:

| Date | Flow in Second Feet |
|---|---|
| Mar. 3, 1923 | 1.77 |
| Apr. 16, 1923 | 1.65 |
| Apr. 26, 1923 | 2.08 |
| May 31, 1923 | 1.29 |

Potrero Creek

Measurements of the flow of Potrero Creek were made by observing the flow diverted at the weir box opposite the power house in the SE¼ SE¼ Sec. 25, T2S, R1E, SBM, and adding to it the flow passing the diversion ditch as obtained from current meter measurements made at an old diversion dam about 800 feet below the weir box.

At the weir box the water divides, passing over two rectangular weirs of such construction that there was one end contraction on each. Therefore, these two weirs were treated as one having a length equal to the sum of their two lengths, and complete end contractions. The discharges for such a weir were computed from the observed depths, but the Francis Formula.

On April 26, a check against the weir computation was made by measn of a current meter measurement made in the channel above the weir box. This current meter measurement showed 3.41 second-feet, to which was added 0.65 second-feet coming from the power house, as measured over the 2-foot Cippoletti weir at the outlet to the tail-race, making a total of 4.06 second-feet. At the same time, the depth over the weirs was 0.55 feet and their

total length was 3.20 feet, making computed discharge 4.20 second feet. The difference is, then, only 14/406 or about 3.5%.

A gage at the old diversion dam was rated by means of current meter measurements, but only one discharge given in the record is based upon gage height - that of April 21.

The results of the measurements, showing the total flow of the stream and the total flow being diverted to use, are given in Table 11.

Millard Creek

Three current meter measurements were made of the waste flow in Millard Creek at the Cabazon Water Company's diversion dam located in the NE¼ SE¼ Sec. 20, T2S, R2E, SBM. Weir measurements were made, on the same dates, of the water diverted by the Cabazon Water Company. These measurements show the following results:

| Date | Flow wasted Sec. Ft. | Flow Diverted to Use Sec.Ft. | Total Flow of Stream Sec. Ft. |
|---|---|---|---|
| Mar. 5, 1923 | 1.22 | 1.62 | 2.84 |
| Mar. 13, 1923 | 1.09 | 1.62 | 2.71 |
| Apr. 12, 1923 | 0.79 | 2.74 | 3.53 |
| May 26, 1923 | 0.00 | 3.37 | 3.37 |

Lion Canyon Creek

No flow was observed in this stream during the period of the field investigation.

Stubby Creek

One current meter measurement was made of the flow in the East Fork of Stubby Creek, immediately above F. Jost's

point of diversion showing the following result: -

| Date | Flow in Second Feet |
|---|---|
| June 28, 1923 | 0.47 |

One float measurement was made of the flow in the West Fork of Stubby Creek, immediately above F. Jost's point of diversion showing the following result: -

| Date | Flow in Second Feet |
|---|---|
| June 28, 1923 | 0.10 |

The total flow of the two forks on June 28 was therefore 0.57 second feet.

Cottonwood Creek

One measurement was made of the flow in Cottonwood Creek at a point approximately on the south line of Sec. 32, T2S, R3E, SBM, on May 11, 1923. The flow was computed from the depth over a 6-inch weir, as 0.04 second feet.

Whitewater River

Fourteen current meter measurements of the flow of Whitewater River at the Coachella Velley County Water District's Gaging Station No. 4, in the SE¼ NW¼ Sec. 35, T2S, R3E, SBM, were made during the period of the field investigation, as showin in Table 12.

An automatic water stage recorder was maintained at this station during the period from March 29 to July 4, 1923. From the average daily gage heights as obtained from the recorder, and from a rating curve prepared from the

current meter measurements, the dail discharges at the gage were computed, for the period of the record, as showin in Table 13, in the column headed "Discharge at Gage", The quantities in the two columns headed "Discharge West Channel" and "Flow in Toutain East Ditch" are estimated quantities passing the gaging station in addition to the measured flows. The total discharges of the river are the sums of the quantities in the three columns above mentioned. A hydrograph showing the total discharges of the river during the period of the record has been plotted, and is submitted as Plate 14.

On June 1, 1923, a current meter measurement was made at the gaging station and another at a point about three-quarters of a mile downstream, the latter being below the Coolidge Cienega. The former measuremnt, made at 9:15 a.m., showed 25.98 second-feet, and the latter measurement, made at 11:30 a.m.,showed 27.16 second-feet, indicating a gain of 1.18 second-feet between the two points of measurement. In addition, the two Toutain West side ditches were diverting 2.48 second-feet from the stream between the two points of measurement, making a total gain of 3.66 second-feet.

Mission Creek

Two current meter measurements were made of the flow of Mission Creek, at a point about 100 feet above the Mission Creek Indian Reservation's point of diversion, showing the following results: -

Run-off Records . . . . . 25

| Date | Flow in Second Feet |
|---|---|
| March 7, 1923 | 5.42 |
| April 7, 1923 | 4.20 |

Cienega Creek

Two current meter measurements were made of the flow of Cienega Creek at F. W. De Long's upper point of diversion, showing the following results: -

| Date | Flow in Second Feet |
|---|---|
| March 7, 1923 | 0.26 |
| April 7, 1923 | 0.21 |

Big Morongo Creek

During the period of the field investigation, the entire surface flow of Big Morongo Creek at the intake to the Morongo Mutual Water Company's pipe line, was diverted into that system. Two weir measurements were made of this flow, at the above mentioned intaken, in the NE¼ SE¼ Sec. 18, T1X, R4E, SBM, showing the following results: -

| Date | Flow in Second Feet |
|---|---|
| March 22, 1923 | 0.97 |
| April 17, 1923 | 0.72 |

About five miles below the above mentioned intake, and just above the outlet of Morongo Valley, a portion of the ground water of Big Morongo Creek is forced to the surface and flows on down the canyon. Two current meter measurements of this flow ere made, at a point in the SE¼ NE¼ Sec. 23, T1S, R4E, SBM, and about half a mile below W. F. Covington's house, showing the following results: -

Run-off Records . . . . . 26

| Date | Flow in Second Feet |
|---|---|
| March 2, 1923 | 1.39 |
| April 6, 1923 | 1.38 |

Little Morongo Creek

Two current meter measurements were made of the flow in Little Morongo Creek at the lower end of the upper canyon, in the NW¼ OF SW¼ Sec. 12, T1S, R4E, SBM, showing the following results: -

| Date | Flow in Second Feet |
|---|---|
| March 22, 1923 | 0.42 |
| April 17, 1923 | 0.30 |

One current meter measurement was made of the flow further up the canyon at a point in the SE¼ NW¼ Sec. 2, T1S, R4E, SBM, on April 17, 1923, showing the flow of 0.92 second-feet.

Dry Morongo Creek

During the period of the field investigation, there was no surface flow in Dry Morongo Creek, except that at several points in the canyon very small quantities of water rose and flowed a few hundred feet and then sank. These quantities were two small to warrant measuring.

Thousand Palms Canyon Creek

During the period of the field investigation, the entire flow of Thousand Palm Canyon Creek was diverted into the Bedwell and Richey Ditch. Two current meter measurements of this flow ere made, at the intake of that ditch, in the NE¼ SE¼ Sec. 12, T4S, R6E, SBM, showing the

following results:

| Date | Flow in Second Feet |
|---|---|
| April 18, 1923 | 0.66 |
| May 17, 1923 | 0.70 |

Cabazon Creek

Three current meter measurements were made of the flow in Cabazon Creek, at a point in the SE¼ NW¼, Sec. 20, T3S, R2E, SBM, showing the following results:

| Date | Flow in Second Feet |
|---|---|
| March 3, 1923 | 4.97 |
| April 24, 1923 | 5.22 |
| May 26, 1923 | 0.71 |

Unnamed Stream about One Thousand Feet West of Cabazon Creek

A current meter measurement of the flow in a small stream entering the valley from the south at a point about 1000 feet west of Cabazon Creek, showind 0.33 second-feet, on April 24, 1923.

Jensen's Creek

A small unnamed creek rising in the south hills, and flowing north through the SE¼ SW¼ Sec. 23, T3S, R2E, SBM, is here called Jensen's Creek because of H. P. Jensen's diversion from it. On June 25, 1923, a current meter measurement was made of the flow in this creek at a point about 50 feet above the Jensen intake, showing 0.31 second-feet.

Snow Creek

Four weir measurements were made of the flow of Snow Creek at the Southern Sierras Power Company's weir, which is located several hundred feet below the intake of the

Southern Pacific Company ditch. This is a sharp created rectangular weir with end contractions, 1 foot deep and 4 feet wide. On the same days, four current meter measurements were made of the flow in the Southern Pacific Company's ditch at the Southern Sierras Power Company's recorder, which is located a few hundred feet below the intake.

The following results were obtained:

| Date 1923 | Snow Creek at weir: Depth over weir | Snow Creek at weir: Flow in Second Feet | S.P.Co.Ditch at Recorder: Gage Height | S.P.Co.Ditch at Recorder: Flow in Second Feet | Total Flow of Snow Creek In Second Feet |
|---|---|---|---|---|---|
| Mar. 6 | .27 | 1.84 | .68 | 7.75 | 9.59 |
| Apr. 10 | .94 | 11.57 | .85 | 10.58 | 22.15 |
| Apr. 20 | .53 | 5.00 | .76 | 8.00 | 13.00 |
| Apr. 28 | .41 | 3.43 | .71 | 7.95 | 11.38 |

Falls Creek

One current meter measurement was made of the flow in Falls Creek at the Southern Sierras Power Company's recorder showing the following result:

| Date | Gage Height | Flow in Second Feet |
|---|---|---|
| April 28, 1923 | 0.45 | 1.59 |

Chino Creek

During the period of the field investigation, the entire flow of Chino Creek was diverted into the Palm Valley Water Company's system with the exception of a small quantity of water which leaked through their diversion dam and a small

stream flowing from a hot spring and entering below the dam.

On March 9, 1923, a current meter measurement was made of the flow in the Palm Valley Water Company's ditch immediately below the intake, and a current meter measurement was also made of the flow from the hot spring. The following results were obtained:

| | |
|---|---|
| Flow in Palm Valley Water Company's ditch ..... | 1.40 Sec. Ft. |
| Flow in stream from hot spring ................ | 0.24 Sec. Ft. |
| Flow leaking thru diversion dam (estimated).... | 0.10 Sec. Ft. |
| Total Flow of Chino Creek ................ | 1.74 Sec. Ft. |

A portion of the water measured in the Palm Valley Water Company's ditch is wated into the channel of Chino Creek below the point of measurement, so the amount of water being used by the Company is somewhat less than the 1.40 second-feet measured in the ditch.

Tahquitz Creek

Four current meter measurements and two float measurements of the flow of Tahquitz Creek, at the Coachella Valley County Water District's gaging station in the NE¼ SW¼ Sec. 22, T4S, R4E, SBM, which point is a short distance below the intake of the Agua Caliente Indian Reservation's Canal, were made during the period of the field investigation, as shown in Table 14.

An automatic water stage recorder was maintained at this station during the period from March 14 to June 20, 1923. From the average daily gage heights as obtained from

the recorder, and from a rating curve prepared from the measurements, the daily discharges at the station were computed, for the period of the record, as shown in Table 16, in the volumn headed "Discharge at Station". To these quantities were added the quantities diverted by the Agua Caliente Indian Reservation's Canal, in order to obtain the total daily discharges of the creek. Hydrographs showing the discharges of Tahquitz Creek at the gaging station and also the total discharges, including the diversion, have been plotted and are submitted as Plate 15.

A gage was established on the Agua Caliente Indian Reservation's Canal, at the concrete waste gate located a few hundred feet below the intake, which gage was read on various days. Four current meter measurements were made of the flow at the gage, and from these a rating curve was prepared and the discharges on the various days when the gage was read were computed, as shown in Table 15. In Table 16, the quantities in the column headed "Diversion" were interpolated between the days on which the gage was read.

Andreas Creek

Four current meter measurements of the flow of Andreas Creek at the Coachella Valley County Water District's gaging station at the intake of the Agua Caliente Indian Reservation's pipe line, were made during the period of the field investigation, as shown in Table 17.

An automatic water stage recorder was maintained at this station during the period from March 14 to June 30,

1923. From the average daily gage heights as obtained from the recorder, and a rating curve prepared from the current meter measurements, the daily discharges were computed, for the period of the record, as shown in Table 18. A hydrograph was also plotted from the daily discharges, and is submitted as Plate 16.

Murray Creek

A current meter measurement was made of the flow of Murray Creek, at the mouth of the canyon, on March 30, 1923, showing 1.04 second-feet.

Palm Canyon Creek

One current meter measurement and one float measurement were made of the flow of Palm Canyon Creek, at a point immediately below the junction of its two forks, showing the following results:

| Date | Method of Measurement | Flow in Second Feet |
|---|---|---|
| March 30, 1923 | Current Meter | 2.05 |
| June 6, 1923 | Float | 0.17 |

The East Fork of Palm Canyon Creek was dry on June 6, 1923.

Use of Water . . . . . 32

## USE OF WATER

In discussing the use of water, the Whitewater River watershed has been divided into two areas; the Upper Valley, which includes the San Gorgonio Pass Area and Coachella Desert as far south as a line at right angles to the axis of the valley passing through a point a mile north of Edom, and the lower Valley, which includes the remainder of the watershed.

In the Upper Valley all water used is diverted from surface flows, except in the cases of the Banning Water Company and the Morongo Indian Reservation, who receive a portion of their water supply by pumping from cienegas. Even in these cases, a large portion of the water pumped is water which is spread from the surface flow during the winter months, for storage in the cienegas.

With the exception of the Bedwell and Richey Pipe Line, which diverts from the surface flow in Thousand Palms Canyon, all water used in the Lower Valley is obtained from wells tapping the underlying water-bearing strata. Below about the 100-foot countour below sea level, the wells are artesian, and above this contour they are pumped.

### UPPER VALLEY

In the Upper Valley, water is used for power, railroad, domestic and stock watering purposes and for the irrigation of about 4943 acres of land.

A planetable survey of all irrigated areas in the

Upper Valley was made by the Division of Water Rights during the Spring of 1923. In all cases where there were no existing maps of the diversion systems, these also were surveyed. The surveys were plotted to a scale of 1 inch = 300 feet, and the fifty planetable sheets obtained have been inked and reproduced. A map of the entire watershed, to a scale of 1 inch = 6000 feet, has been prepared from the data contained on the planetable sheets, from data obtained from existing maps, and from data obtained by a canvas of all areas irrigated from wells, made by the Division of Water Rights during the Spring of 1923 (See "Map of Whitewater River Watershed showing Irrigated Areas").

The areas irrigated under the various systems diverting from the surface flow have been computed from the planetable sheets by the use of a planimeter and Table 19 has been prepared showing the acreages, descriptions, and kind of crops grown on these areas. Table 21 has also been prepared showing the total acreages irrigated under the various systems.

The points of diversion of the various systems has been designated on the map by numbers 1 to 63, inclusive.

There follows descriptions of the various diversion systmes by streams.

Whitewater River

(1) The uppermost diversion from the Whitewater River is that of the Consolidated Reservoir and Power Company's canal, the construction of which was begun in 1909 and com-

pleted in 1912. Water has been diverted through this canal continuously since 1912.

The canal heads on the East Branch of the South Fork of Whitewater River, in the NE¼ NE¼ Sec. 30, T1S, R2E, SBM (designated as Diversion Point No. 1), from which point there is a cement-lined ditch extending for a distance of about 4½ miles to the divide between the Whitewater River and San Gorgonio River watersheds. At a distance of about 1½ miles below its head, the ditch crosses the West Branch of the South Fork of Whitewater River, and water from that stream is diverted into the ditch over a weir known as the "South Fork Weir" (designated by Diversion Point No. 2). About 800 feet below this weir, the ditch crosses Blackwheel Canyon, where additional water is diverted from the small stream therein over a weir known as the "Blackwheel Weir" (designated by Diversion Point No. 3).

At a distance of about 2½ miles below the Blackwheel Weir, a ditch crosses Black Canyon, at which point there is a concrete spillway 2.4 feet wide. At this point a portion the water in the ditch is spilled into Black Canyon, through which it flows into the San Gorgonio River and is diverted therefrom and spread to increase the storage in a series of cienegas. This water is reclaimed from these cienegas by the series of pumping plants of the Banning Water Company, and is used by that company for domestic and irrigation purposes.

From the end of the cement-lined ditch, the water is conducted along the ridge for a distance of about half

a mile through a 14" riveted steel pipe, from the end of which it is conducted down the side of San Gorgonio Canyon for a distance of about 3/4 mile through a wood stave pipe, which is 9 inches in diameter at the upper end, reduced to 7 inches at the lower end. It is this portion of the system that the San Gorgonio Power Company will use as a power drop for the upper powerhouse at Big Oaks, or Plant No. 1, under Application No. 2977, Permit No. 1275.

From the lower end of the wood stave pipe the water is conducted for a distance of about two miles through a cement-lined ditch, and thence for a distance of about 1000 feet through a 12-inch x 12 inch wooden flume. From the end of the flume the water flows down the canyon in an open channel for a distance of about half a mile. It is this portion of the system that the San Gorgonio Power Company will utilize as a power drop for the lower power house, or Plant No. 2, under Application 2977, Permit No. 1275.

At the lower end of the open channel, the water emters a 14 inch riveted steel inverted syphon, through which it is conducted to the highlands on the west side of San Gorgonio Canyon, known as "Banning Heights", where it is used by the Banning Heights Mutual Water Company for domestic purposes and for the irrigation of 563 acres of land.

The acreages, descriptions, and kind of crops grown on the lands irrigated under the Banning Heights Mutual Water Company's system are shown in Table 19, sheets 1 to 6, inclusive.

Use of Water . . . . . 36

(2) The second diversion from Whitewater River (designated by Diversion Point No. 40) is that of the W. W. West Ditch, which irrigates 2.7 acres of land on the W. W. West homestead in the SE¼ Sec. 22, T 2 S, R 3 E, S.B.M. (see Table 19, Sheet 7). There was no one living on the West place at the time of the survey, but, according to Mr. Joe Toutain, the above acreage was irrigated in 1922. The homestead is riparian to Whitewater River.

(3) The third, fourth and fifth diversions from Whitewater River (designated by Diversion Points 41, 42 and 43, respectively) are those of the Toutain East Side, Upper West Side, and Lower West Side ditches, respectively, which irrigate 17.1 acres of land on and adjacent to the Joe Toutain homestead in the S½ of Sec. 35, T 2 S, R 3 E, S.B.M. (See Table 19, Sheet 7). The homestead is riparian to Whitewater River.

(4) The sixth diversion from Whitewater River (Designated by Diversion Point No. 44) is that of the Whitewater Ranch Ditch, which is one of the oldest ditches in the entire stream system. This ditch supplies water to the Whitewater Ranch, owned by Talmadge Brothers, for domestic purposes and for the irrigation of 50 acres of land in the SW¼ Sec. 10 and the NW¼ Sec. 15, T 3 S, R 3 E, S.B.M. (see Table 19, sheet 8). The irrigated land is situated about 1½ miles from the river, and is non-riparian.

(5) The seventh diversion from Whitewater River (designated by Diversion Point No. 45) is that of the Warner

Ranch Ditch, which supplies water to the A. S. Warner Ranch for domestic purposes and for the irrigation of 38.4 acres of land in the S½ SE¼ Sec. 10, T 3 S, R 3 E, S.B.M. (see Table 19, sheet 8). The irrigated land is situated about a mile from the river, and is non-riparian.

(6) The eighth diversion from Whitewater River (designated by Diversion Point No. 46) is that of the Heathman Ditch. This ditch was not being used in 1923, but it is claimed that it has been used in recent years for the irrigation of 21.1 acres of land in the SW¼ Sec. 14, T 3 S, R 3 E, S.B.M. (see Table 19, sheet 8). This land is not riparian to the present channel of the river, but it may be riparian to some channel through which the river has flowed in the past.

(7) The ninth diversion from Whitewater River is that of the Stevens Ditch. This ditch originally diverted from the river at a point in the NE¼ NW¼ Sec. 24, T 3 S, R 3E, S.B.M. (designated by Diversion Point No. 48). The present point of diversion (No. 47) is located in the SE¼ SE¼ Sec. 13, T 3 S, R 3 E, S.B.M.

The water is conveyed from the new point of diversion through a concrete pipe line about half a mile long to a concrete gate box on the south bank of the river. From this box the water spills into an earth ditch, through which it flows for a distance of about 1700 feet, emptying into the old stone-line ditch at a point about half a mile below the original intake. The water is conveyed through the old

stone-lined ditch for a distance of about six miles to the vicinity of Palm Springs, where it is used for the irrigation of about 159 acres of land (see Table 19, sheets 9 to 13, inclusive).

At the point where the ditch crosses Chino Creek (designated as Diversion Point No. 60) additional water is diverted into the ditch from that stream whenever any of its water reaches the ditch. During the Spring of 1923, no water was available for diversion at this point.

There is a lateral from the original ditch through which water was diverted prior to 1923 for the irrigation of 22.7 acres of land in Sections 24 and 25, T 3 S, R 3 E, S.B.M., but since the change in the point of diversion the water enters the original ditch at a point about a quarter of a mile below the intake of this lateral. Consequently, the lands under the lateral were not irrigated in 1923.

The rights of the Stevens Ditch were initiated by a notice of appropriation calling for 10 second-feet from Whitewater River for irrigation purposes, which notice was dated September 19, 1913, and is recorded in Book 3 of Water Claims, page 101, Records of Riverside County. On January 10, 1918, Stevens, Turner & Company applied to the State Water Commission for a certificate prescribing the time within which the full amount of water appropriated should be applied to beneficial use, under the provisions of Section 12 of the Water Commission Act. On May 15, 1918, such a certificate was issued, fixing January 1, 1921, as the date by which the water appropriated must be completely applied to use. For

good cause shown, this date was later extended to January 1, 1923.

(8) The tenth and lowest diversion on Whitewater River is the spreading dam of the Coachella Valley County Water District in the E½ E½ Sec. 20, T 3 S, R 4 E, S.B.M. (designated by Diversion point No. 58). The right for this spreading was acquired under Application No. 1122, upon which Permit No. 536 was issued allowing the spreading of the waters of Whitewater River to the extent of 400 second-feet.

By means of this dam, the storm waters are spread out over a greater area than would be covered under natural conditions, thus increasing the absorption by the gravels and conserving water which would otherwise waste into Salton Sea. The water thus spread and sunk into these upper gravel beds goes to replenish the underground water supply of the lower valley, which is tapped by wells through which the water flows or is pumped and used for domestic purposes and for the irrigation of about 12,950 acres of land (see Table 20).

San Gorgonio River

The diversion system of the Banning Water Company is the only one from San Gorgonio River, and, except in times of extreme flood, this system diverts the entire surface and sub-surface flow of the river, including the foreign waters wasted into it from the Consolidated Reservoir and Power Company's canal.

Some years ago the Consolidated Reservoir and Power Company entered into an agreement with the Banning Water Company, by the terms of which all water diverted by the former company

from Whitewater River, over and above the amount required by the Banning Heights Mutual Water Company, must be wasted into the headwaters of the San Gorgonio River. Such surplus waters are turned out of the canal of the Consolidated Reservoir and Power Company through the spillway at Black Canyon.

This water, together with the water of San Gorgonio and its tributaries, is spread in the upper part of the canyon. A large part of it is spread in Sections 3 and 4, T 1 S, R 1 E, S.B.M. In the southwest corner of Section 4, the canyon becomes narrow, causing the water to rise. At this point (designated by Diversion Point No. 6) some of the water is diverted by gravity into a stone-lined ditch about six miles long, from which it can be spread in the lower portions of the canyon at various points.

During the irrigation season, the spread waters are reclaimed by means of a series of four pumping plants, each consisting of a centrifugal pump driven by a direct connected water wheel.

At a distance of about a mile below the point of diversion of the gravity water, it enters a 16-inch riveted steel pipe line, about 4300 feet long, forming the penstock for the water wheel at Pumping plant No. 1 (designated by Diversion Point No. 7). The water diverted by this plant, combined with the gravity water used for developing the power, is conveyed through a stone-line ditch for a distance of about three-quarters of a mile, where it enters a 16-inch riveted steel pipe line, about 5400 feet long, forming the

penstock for the water wheel at Pumping Plant No. 2 (designated by Diversion Point No. 8). The water diverted by this plant discharges over a weir, combines with the power water, and immediately enters the intake basin of the penstock to the two pumping plants below. This basin is connected with the main stone-lined ditch by two 20-inch riveted steel pipe lines. All water over and above that required to operate the two lower pumping plants is spilled into the stone-lined ditch through the lower of these two pipe lines. The upper of these two pipe lines, which is about 9390 feet long, forms the penstock for Pumping Plants Numbers 3 and 4 (designated by Diversion Points Numbers 9 and 10, respectively). The water diverted by these two plants combines with the power water, and the combined flow is carried by ditch and flume to the main stone-lined ditch, through which it is conveyed for several hundred feet to the regulating reservoir at the head of the distributing system. The total length of the main stone-lined ditch between the point of diversion of the gravity water and the regulating reservoir, is about six miles.

It is the practice of the Company to draw from Pumping Plants Numbers 3 and 4 first and heaviest, as they are located at the lowest points for recovering the spread waters.

The diversion system is an ideal one, in that sufficient power is developed within the system for the operation of all four pumping plants.

From the regulating reservoir, the water is conveyed through a pipe distributing system to Banning and the adjacent territory, where it is used for domestic purposes and for the irrigation of about 2715 acres of land (see Table 19, sheets 14 to 54, inclusive). Practically all of the land irrigated is non-riparian.

The development of the Banning Water Company system was commenced over twenty-five years ago. It is claimed that practically no extension of the irrigated area has been made in recent years.

Banning Overflow Drain

There is an open drain ditch, crossing the Banning Area in a general southeasterly direction and emptying into San Gorgonio Wash. It carries overflow water from the reservoir of the Banning Water Company, at certain times of the year. After the beginning of the irrigation season, the flow is very irregular and usually occurs at night, when the draft on the reservoir by the Banning Water Company is at a minimum.

The drain crosses the lands of Albert H. Eberhart, situaged in the SE¼ SW¼ Sec. 11, T 3 S, R 1 E, S.B.M. Here, at a point designated by Diversion Point No. 19, Mr. Eberhart has constructed a diversion dam, 5 feet high and 20 feet long, across the channel of the drain. There is an opening in the center of the dam, 2½ feet wide by 3½ feet deep, which can be closed by means of flash boards. From the west side of the dam, a concrete-lined ditch, 1 foot wide

2 feet deep, and 50 feet long, extends to an open earth ditch leading to the irrigated area. Water is diverted through the system for the irrigation of 6.1 acres of land (see Table 19, sheet 55).

Mr. Eberhart's rights are based upon Application No. 1190, on which Permit No. 864 was issued, allowing 0.50 second-feet for the irrigation of 40 acres of land.

Hathaway Creek

The diversion system of the Morongo Indian Reservation is the only one from Hathaway Creek, and, except in times of extreme flood, this system diverts the entire flow of the creek.

The system consists of two earth ditches; one on the west side of the river, diverting in the SE¼ NE¼ Sec. 34, T 2 S, R 1 E, S.B.M. at a point designated by Diversion Point Number 14 and one on the east side of the river, diverting in the NW¼ SW¼ Sec. 35, T 2 S, R 1 E, SBM, at a point designated by Diversion Point No. 15. The point of diversion of the east side ditch is about 2000 feet below that of the west side ditch, and in the Spring of 1923, the former ditch received no water after April 16.

Water diverted through the system is used for the irrigation of 13.1 acres of land in the Morongo Indian Reservation (see Table 19, sheets 56 and 57).

Potrero Creek

The Diversion system of the Morongo Indian Reservation

is the only one from Potrero Creek, and, except in times of extreme flood, this system diverts the entire surface and sub-surface flow of the creek.

The system consists of a diversion dam located in Woods Canyon, a tributary of Potrero Creek, at a point in the NE¼ SW¼ Sec 7, T 2 S, R 2 E, S.B.M. (designated by Diversion Point No. 16). The water diverted at this dam is conveyed by ditch to the southwest corner of Sec. 13, T 2 S, R 1 E, S.B.M., and is here spread into what is called the "Upper Cienega". Durong the winter months, water is also spread at various points along the ditch above this cienega. The water from the Upper Cienega is drained by means of a tunnel, from the end of which it is conveyed in a stone-lined ditch. Early in the year, when there is a surplus, water is spread from this ditch over the southeast portion of Sec. 23, T2 S, R 1 E, S.B.M., and the northwest portion of Section 25, T 2 S, R 1 E, S.B.M. This latter spread water is also reclaimed by means of a tunnel, located in the NE¼ NW¼ Sec. 25, T 2 S, R 1 E, S.BM., and is combined with the water in the stone-lined ditch from the Upper Cienega. A portion of the combined flow passes through the penstock of a powerhouse, situated in the SE¼ SE¼ Sec. 25 T 2 S, R 1 E, S.B.M., and the remainder passes down the channel of Potrero to a weir box (designated by Diversion Point No. 17), situated about 200 feet below the powerhouse. The capacity of the penstock is about 3 second-feet, and the power developed is used to pump water from a well, 125 feet deep, located in the powerhouse. After passing through the powerhouse, the

water used for power is conveyed through a pipe to the weir box. The water pumped from the well is also conveyed through a pipe to the weir box. At the weir box, the water is measured into two ditches, one serving lands on the east side of the creek and the other serving land on the west side of the creek.

At a point on Potrero Creek about 800 feet below the weir box, ther is an old diversion dam (designated by Diversion Point No. 18), which is at present used to divert any water which may leak past the weir box. Any water picked up at this point is conveyed through a pipe and used on lands on the east side of the creek.

Water diverted through the system is used for the irrigation of 596.3 acres of land in the Morongo Indian Reservation (see Table 19, sheets 58 to 80, inclusive).

Millard Creek

There are two diversions from Millard Creek; the upper one being by the Cabazon Water Company and the lower one being by the Southern Pacific Company.

(1) The point of diversion of the Cabazon Water Company (designated by Diversion Point No. 27) is located in the NE¼ SE¼ Sec. 20, T.2.S., R.2.E., S.B.M., at which point the stream crosses a loedge of rock upon which the Company has constructed a concrete diversion dam with a concrete wasteway at the east end. The intake to the conduit is on the lower side of the dam, and is protected by a grizzly. From the intake, the

water is conveyed through a 16-inch riveted steel pipe for a distance of about 125 feet to a concrete settling basin and weir. The basin is 28 feet long and 10 feet wide, and the weir consists of a notch 4.33 feet wide and 2.00 feet deep out in a thin metal plate embedded in the concrete. The crest of the weir is 2.00 feet below the top of the basin.

From the weir, the water is conveyed through a conduit consisting of steel pipe, cement pipe and open stone-lined ditch for a distance of about 5 miles to a weir box which divides the water into the two main pipes of the distributing system. The weir box consists of two channels, the lower end of each being equipped with a rectangular sharp-crested weir, with end contractions, and notch 2.5 feet wide and 1.0 foot deep. Highwater marks were plainly visible on the sides of these weirs. On one weir the mark was 0.42 feet above the crest and on the other the mark was 0.52 feet about the crest. These two marks indicate a total flow of 5.20 second-feet.

The water is conveyed through the pipe distributing system to Cabazon and the adjacent territory, where it is used for domestic purposes and for the irrigation of about 410 acres of land (see Table 19, sheets 81 to 87, inclusive). Practically all of the land irrigated is non-riparian.

The rights of the Cabazon Water Company are based partly upon an appropriation made prior to the enactment of the Water Commission Act, and partly upon Application No. 84, on which license No. 174 has been issued, confirming the right to the use of 2.50 second feet.

Use of Water . . . . . 47

(2) The point of Diversion of the Southern Pacific Company (designated by Diversion Point No. 26) is located in the NE¼ SW¼ Sec. 32, T.4.S., R.2.E., S.BM. at which point the water rises in a number of springs and if not diverted would flow on the surface for several hundred feet before sinking into the gravel bed. The diversion is accomplished by means of a series of small ditches, lined with boards, which discharge into a wooden flume 1.3 feet wide by 0.75 foot deep and 100 feet long. At the lower end of this flume there is a division box from which a portion of the water enteres an 8-inch pipe line leading to the railroad tanks at Cabazon, where it is used for railroad purposes, and the remainder of the water enters a ditch through which it is conveyed and used for the irrigation of 8.9 acres of land (see Table 19, sheet 88).

The rights to the use of the water for irrigation purposes are based upon Application No. 553, on which Permit No. 486 has been issued to the Southern Pacific Land Company, allowing 2.75 second-feet for the irrigation of 550 acres of land. The rights to the use of the water for railroad purposes are based upon Application No. 554, on which Permit No. 487 has been issued to the Southern Pacific Railroad Company, allowing 0.775 second-feet for such purposes.

<u>Lion Creek</u>

There are no diversions from this stream.

<u>Stubby Creek</u>

There are three ditches diverting from Stubby Creek; two owned by C. F. Jost and one owned by Mrs. A. E. Wood.

Use of Water . . . . . 48

(1) The uppermost diversion from the stream (designated by Diversion Point No. 36) is that of the Jost West Ditch from the West Fork, at a point in the NW¼ NE¼, Sec. 36, T.2.S., R 2.E., S.B.M., Diversion is made by means of a wooden flume 8 inches wide, 7 inches deep, and 20 feet long, at the lower end of which the water enters a 4-inch riveted steel pipe line about 1400 feet long. From the lower end of the pipe line the water flows through a small earth ditch for a distance of about 500 feet to the house, where it is used for domestic purposes.

(2) The next diversion from the stream (designated by Di version Point No. 37) is that of the Jost East Ditch from the East Fork, at a point in the NE¼ NE¼ Sec. 36, T.2.S., R.2.E., S.B.M. Diversion is made by means of a wooden flume 8 inches wide, 6 inches deep, and 100 feet long, from the lower end of which the water flows through a small earth ditch for a distance of about 400 feet to a small patch of clover, where it is used for irrigation of about half an acre of land (see Table 19, sheet 89). The land irrigated is riparian to the creek.

(3) The lowest diversion from the stream (designated by Diversion Point No. 36.) is that of the Woods Ditch in the SW¼ SW¼ Sec. 31, T.2.S., R.3.E., S.B.M., at a point about half a mile below the juction of the two forks. The enter normal flow at this point, which is very small, is diverted into a small earth ditch, through which it is conveyed for a distance of about 700 feet to the house, where it is used for domestice purposes and for irrigation of 2.0 acres of land (see Table

19, sheet 89). The land irrigated is riparian to the stream.

Cottonwood Creek

There are no diversions from this stream.

Mission Creek

There is a diversion system from Mission Creek supplying the Mission Creek Indian Reservation, and also two ditches diverting from the creek, owned by F. W. DeLong.

(1) The uppermost diversion from the stream (designated by Diversion Point No. 49) is that of the Mission Creek Indian Reservation in the NW¼ NE¼ Sec. 2, T.2.S., R.3.E., S.B.M. From the point of diversion the water is conducted through an 18-inch cement pipe for a distance of about 800 feet to a concrete sand-box, equipped with a sharp-crested rectangular weir 4 feet wide and with end contractions. From the sand-box there is a 10-inch cement pipe 9000 feet long traversing about 165 acres of irrigable land in the Reservation. There was no water used through this system during the Spring of 1923.

(2) The two lower diversions from the stream (designated by Diversion Points Numbers 50 and 51) are those of the DeLong East Ditch and DeLong West Ditch, respectively. The former diverts in the NE¼ NE¼ Sec. 13, T.2.S., R.3.E., S.B.M., and the latter diverts in the NW¼ NW¼ Sec. 18, T.2.S., R.4.E., S.B.M. Water from the East Ditch is used for the irrigation of 6.4 acres of land and water from the West Ditch is used for the irrigation of 7.3 acres of land (see Table 19, sheet 89). All of the land irrigated is riparian to the creek.

Use of Water . . . . . 50

Cienega Creek

Cienega Creek is a small stream rising in a cienega located in the NW¼ SE¼ Sec. 12, T. 2 S., R.3 E., S.B.M., and flowing in a southeasterly direction across the land of F. W. DeLong.

Mr. DeLong has two ditches diverting from this creek in the NW¼ NW¼ Sec. 18, T.2 S., R.4 E., S.B.M., one on the west side, the point of diversion of which is designated No. 52, and one on the east side, the point of diversion of which is designated by No. 53. Water from the West Ditch is used for the irrigation of 1.0 acre of land, and water from the East Ditch is used for the irrigation of 3.2 acres of land (see Table 19, sheet 89). All of the land irrigation is riparian to the creek.

Big Morongo Creek

There is a diversion from Big Morongo Creek by the Morongo Valley Mutual WaterCompany, and also two ditches diverting from the creek, owned by W. V. Covington.

(1) The uppermost diversion form the stream (designated by Diversion Point No. 54) is that of the Morongo Valley Mutual Water Company, which has constructed a concrete diversion dam 30 feet long, 2 feet thick and 8 feet high at a point located in the NE¼ SE¼ Sec. 18, T.1 S., R.4 E., S.B.M. From here the water is conveyed through a 12 inch steel pipe to a concrete sand-box 100 feet below. This box is equipped with a broad-crested weir, 2.5 feet wide by 1 foot deep, the crest being 0.5 foot thick and sloping 1 in 10. From the sand-box a

12-inch riveted steel pipe leads down the canyon for a distance of about 2000 feet, then rises and passes through a tunnel, 508 feet long, as a syphon. From the south end of the tunnel an 8-inch cement pipe 7840 feet long carries the water to a diversion box. From this bos there are two 8-inch cement pipe laterals, one leading south for 3/4 of a mile, and one leading east for a mile. From the south lateral at a point 1/2 mile south of the division box, an 8-inch cement pipe lateral extends east for 1/2 mile, and from the east lateral, at a point 3/4 of a mile east of the division box, an 8-inch cement pipe lateral extends south for 1/4 mile. The water diverted through the system is used for domestic purposes and for the irrigation of 10.3 acres of land (see Table 19, sheet 90).

The rights of the Morongo Valley Mutual Water Company are based upon Application No. 56, on which License No. 205 has been issued, confirming the right to the use of 0.14 second-feet.

(2) The two lower diversions from the stream (designated by Diversion Points Numbers 55 and 56) are those of the Covington West Ditch and Covington East Ditch, respectively.

Just above the lower canyon of the creek, which is an outlet of Morongo Valley, a portion of the ground water is forced to the surface of a cienega. The greater portion of this surface flow rises on the lands of W. V. Covington, who diverts it into two ditches, one on the west side diverting at a point in the NW¼ SE¼ Sec. 28, T.1 S, R.4 E., S.B.M., and one on the east side diverting at a point in the NE¼ SE¼ Sec. 28, T.1 S., R.4 E.,'

S.B.M. The water from these two ditches is comingled and used for the irrigation of 10.2 acres of land (see Table 19, sheet 90). All of the land irrigation is riparian to the creek.

Little Morongo Creek

The only diversion from Little Morongo Creek is that of George R. Hicks (designated by Diversion Point No. 57), at a point in the SE¼ NW¼ Sec. 2, T.1 S., R.4 E., S.B.M. Diversion is made by means of a 12 inch wooden flume, 64 feet long, with the upper end flared and placed in the stream in such a manner that the entire surface flow is diverted. From the end of the flume the water is conveyed for a distance of about 10 feet through a 10-inch cement pipe to a sand-box, from which there is a 10-inch cement pipe line extending down the canyon for about 6000 feet. At the lower end of this pipe line the water spills into the natural channel of the creek, down which it flows to the mouth of the canyon, where it is re-diverted and conveyed through an open earth ditch, about 1¼ miles long, to the lands of George R. Hicks, where it is used for domestic purposes and for the irrigation of 17.1 acres of land (see Table 19, sheet 91).

The rights of George R. Hicks are based upon Application No. 650, on which Permit No. 768 has been issued, allowing 2.50 second-feet for the irrigation of 200 acres of land.

Dry Morongo Creek

There are no diversions from this stream.

Use of water . . . . . 53

Unnamed Creek about 1000 feet west of Cabazon Creek

There are no diversions from this stream.

Jensen's Creek

The only diversion from Jensen's Creek is that of H. F. Jensen (designated by Diversion Point No. 35), at a point in the SE¼ SW¼ Sec. 23, T.3 S., R.2 E., S.BM., where a small concrete dam has been constructed across the channel of the creek. The water is diverted into a pipe line, consisting of 20 feet of 12-inch riveted steel pipe, 400 feet of 10-inch cement pipe, and 2000 feet of 8-inch threaded well casing, through which it flows to a small reservoir located in the NW¼ SW¼ Sec. 23, T.3 S., R.2 E., S.B.M. The water is drawn from this reservoir by means of an open ditch about 400 feet long, at the lower end of which it is used for the irrigation of 17.9 acres of land (see Table 19, sheet 99). The land irrigated is probably not riparian to creek.

Snow Creek and Falls Creek

Although the Southern Sierras Power Company has been granted Permits Numbers 1008 and 1009 (on Application Numbers 2079 and 2090), allowing 40 second-feet from Snow Creek, 10 second-feet from the East Fork of Snow Creek, and 10 second-feet from Falls Creek, all for power purposes at two proposed power plants, the only diversion from these streams at the present time is that of the Souther Pacific Railroad Company from Snow Creek.

Use of Water . . . . . 54

Unnamed Creek about 1000 feet West of Cabazon Creek

There are no diversions from this stream.

Jensen's Creek

The only diversion from Jensen's Creek is that of H. P. Jensen(designated by Diversion Point No. 35), at a point in the SE¼ SW¼ Sec. 23, T.3 S, R.2 E., S.B.M., where a small concrete dam has been constructed across the channel of the creek. The water is diverted into a pipe line, consisting of 20 feet of 12-inch riveted steel pipe, 400 feet of 10-inch cement pipe, and 2000 feet of 8-inch threaded well casing, through which it flows to a small reservoir located in the NW¼ SW¼ Sec. 23, T.3 S., R.2 E., S.B.M. The water is drawn from this reservoir by means of an open ditch about 400 feet long, at the lower end of which it is used for the irrigation of 17.9 acres of land (see Table 19, sheet 99). The land irrigated is probably not riparian to creek.

Snow Creek and Falls Creek

Although the Southern Sierras Power Company has been granted Permits Numbers 1008 and 1009 (on Applications Numbers 2079 and 2090), allowing 40 second-feet from Snow Creek, 10 second-feet from the East Fork of Snow Creek, and 10 second-feet from Falls Creek, all for power purposes at two proposed power plants , the only diversion from these streams at the present time is that of the Souther Pacific Railroad Company from Snow Creek.

Case 5:13-cv-00883-JGB-SP Document 98-5 Filed 12/05/14 Page 64 of 131 Page ID #:5970

At a point in the NW¼ NW¼ Sec. 33, T.3 S., R.e E., S.B.M. (designated as Diversion Point No. 39), a portion of the flow of Sno Creek is diverted into an open earth ditch, through which it flows for a distance of about one and one quarter miles to the intake of the pipe line, in the NW¼ NW¼ Sec. 28, T.3 S, R.e E., S.B.M., A portion of the water is wasted back into the creek at this intake, the remainder passing through an 8-inch riveted steel pipe line, 15100 feet long, to the railroad watering tank at Whitewater Station. From this tank there is a pipe line consisting of 20,927 feet of 4-inch pipe and 90,625 feet of 5-inch pipe, leading to the railroad watering tank at Garnet Station. When the tanks at Whitewater Station and Garnet Station are full, water is wasted at these points.

The rights of the Southern Pacific Railroad Company to the waters of Snow Creek are based upon an appropriation made prior to the enactment of the Water Commission Act.

Chino Creek

In addition to the diversion from Chino Creek by the Stevens Ditch, previously described on page 38, there is a diversion from this stream by the Palm Valley Water Company.

At a point in the NE¼ NE¼ Sec. 7, T.4 S, R.4 E., S.B.M. (designated by Diversion Point No. 59), the water is diverted through an open earth ditch, several hundred feet long, to a small wooden reservoir forming the intake of the pipe line, which consists of the following: -

ACC0000124
LHR0005597
ACC-HRA001100

Use of Water . . . . . 56

| | | | |
|---|---|---|---|
| 210 | feet of | 10-inch riveted | steel pipe |
| 1715 | feet of | 8-inch riveted | steel pipe |
| 2015 | feet of | 6-inch riveted | steel pipe |
| 1015 | feet of | 6-inch screw | steel pipe |
| 906 | feet of | 6-inch riveted | steel pipe |
| 9034 | feet of | 4-inch screw | pipe |
| 2371 | feet of | 4-inch riveted | steel pipe |

17266 feet - total length

The total head on the pipe line is 1481 feet, making its capacity about 0.77 second-feet. The pipe line terminates at a small reservoir immediately above the town of Palm Springs, in the NW¼ SE¼ NE¼ Sec. 10, T.4 S, R.4 E., S.B.M., from which the water is distributed to the inhabitants of Palm Springs for domestic use, through a pipe distributing system.

The rights of the Palm Valley Water Company to the waters of Chino Creek are probably based upon a notice of appropriation by the Company, dated October 2, 1897, recorded in Book 1 of Water Claims, page 184, records of Riverside County. This notice calls for from 5 inches to 2000 inches of water from "West Canyon".

Tahquitz Creek

The only diversion from Tahquitz Creek is that of the Agua Caliente Indian Reservation (designated by Diversion Point No. 61) in the NE¼ SW¼ Sec. 22, T.4 S, R.4 E., S.B.M. The water is diverted into an open earth channel, through which it is conveyed for a distance of about 1500 feet to the intake of a 10-inch concrete pipe line, 2834 feet long. At the lower end of the pipe line, the water enters an open stone-lined ditch, through which it is conveyed for a distance

of about 1½ miles, terminating on the Indian Reservation in Sec. 14, T.4 S., R.4 E., S.B.M. The water from the ditch is divided between the Indians of the Indian Reservation and six white people, in accordance with an agreement between the Indian Service and the white people, which is of record. The water is used for domestic purposes and for the irrigation of 30.7 acres within the Indian Reservation, 0.7 acre owned by M. Blanchard, 0.2 acre owned by C. McKinney, 3.0 acres owned by H. Campbell, 1.2 acres owned by N. M. Coffman, 1.4 acres owned by L. F. Crocker, and 9.2 acres owned by Pearl McCallum McManus (see Table 19, sheets 92 to 94, inclusive).

The rights to the use of the water through this system are based upon an appropriation made prior to the enactment of the Water Commission Act, and upon the agreement above mentioned.

Andreas Creek

The only diversion from Andreas Creek is that of the Agua Caliente Indian Reservation (designated by Diversion Point No. 62), in the SE¼ SE¼ Sec. 3, T.5 S., R.4 E., S.B.M. where a concrete dam has been constructed across the channel of the creek. At the north end of this dam the water is idverted into a cement pipe line, through which it is conveyed for a distance of about 3 miles, in a northerly direction. The first 3/4 mile of this pipe line is 8-inch pipe, following which there is about 1/2 mile of 10-inch pipe, then about 1/4 mile of 12-inch pipe. The lower 1½ miles is 10-inch pipe.

Use of Water . . . . . 58

Some of the water from the pipe line is used by the United States Department of Agriculture, for domestic purposes and for the irrigation of 9.2 acres of land at their Experiment Station, and the remainder of the water is used by the Indian Service, for domestic purposes and for the irrigation of 35.5 acres of land within the Indian Reservation (see Table 19, sheet 95.)

Murray Creek

There are no diversions from this stream.

Palm Canyon Creek

There are no diversions from this stream.

Springs

There are numerous springs, rising in the mountains bordering the upper valley, which have been developed, and the waters of which have been put to beneficial use. There follows descriptions of the various diversion systems from such springs.

(1) C. W. Fick has developed two springs in the NE¼ SE¼ Sec. 32, T.1 S., R.1 E., S.B.M. The intake (designated by Diversion Point No. 4) consists of a small masonry box, 4 feet x 4 feet x 16 feet long, at the lower end of which the water enters a 4-inch pipe, 20 feet long, which reduces to a 1-3/4 inch pipe. The water is convey through the 1-3/4 inch pipe line for a distance of about 5000 feet to a tank near the house, from which it used for domestic purposes and for the irrigation of 4.3 acres of land (see Table 19, sheet 96).

Use of Water . . . . . 59

Mr. Fick's rights are based upon Application No. 501, on which Permit No. 283 has been issued, allowing 0.125 second-feet.

(2) Annie B. Fick has developed springs in the SE¼ NE¼ Sec. 5, T.2 S., R.1 E., S.B.M., at a point designated by Diversion Point No. 5. Water from these springs is conveyed through a 2-inch pipe line for a distance of about 1200 feet to the house, where it is used for domestic purposes for the irrigation of 5.5 acres of land (see Table 19, sheet 96). The springs are probably located on Mrs. Fick's land.

(3) The Gilman Home Company has developed three springs, located in three small canyons as follows:- one in the NW¼ SE¼ Sec. 5, T.3 S., R.1 E., S.B.M. (designated by Diversion Point No. 11), one in the SW¼ NE¼ Sec. 5, T.3 S, R.1 E., S.B.M. (designated by Diversion Point No. 12), and one in the SE¼ NE¼ Sec. 5, T.3 S., R.1 E., S.B.M. (designated by Diversion Point No. 13). From the first mentioned spring there is a small flume extending down the canyon for a distance of about 1000 feet to a small reservoir near the house, from the second mentioned spring there is a 3-inch iron pipe extending down the canyon for a distance of about 500 feet to its mouth, and from the third mentioned spring there is a 3-inch iron pipe extending down the canyon for a distance of about 1000 feet to its mouth. The two iron pipe lines are connected to the reservoir by means of an 8-inch concrete pipe line. Water through the system is used for domestic purposes and for the irrigation of 47.5 acres of land (see Table 19, sheet 96). The rights to

the use of the water are based upon an appropriation made prior to the enactment of the Water Commission Act.

(4) Mr. J. R. Fountain has constructed a small dam across the mouth of a canyon, located at a point in the SW¼ SW¼ Sec. 11, T.3 S., R.1 E., S.B.M. (designated by Diversion Point No. 20), thus forming a small reservoir on his land. A small stream from a spring flows into this reservoir, and the water impounded, together with that received from the Banning Water Company, is used for the irrigation of 82.8 acres of land (see Table 19, sheet 26). Mr. Fountain's land is riparian to the stream from the spring.

(5) Samuel Hemerling has developed a spring on his lands, at a point in the NE¼ SE¼ Sec. 14, T.3 S., R.1 E., S.B.M. (designated by Diversion Point No. 21). From the spring the water is conveyed through a 3-inch pipe line for a distance of about 200 feet to a reservoir, about 40 feet in diameter and 6 feet deep, from which it is used for domestic purposes and for the irrigation of 23.2 acres of land (see Table 19, sheet 97).

(6) George Parker has developed four springs located as follows:- One in the SW¼ SE¼ Sec. 13, T.3 S., R.1 E., S.B.M. (designated by Diversion Point No. 23), one in the SE¼ SE¼ Sec. 13, T.3 S., R.1 E., S.B.M. (designated by Diversion Point No. 24), one in the NE¼ NW¼ Sec. 24, T.3 S., R.1 E., S.B.M. (designated by Diversion Point No. 25), and one in the SE¼ NE¼ Sec. 24, T.3 S., R.1 E., S.B.M. (designated by Diversion Point No. 26). From each of these springs the water is

conveyed through 2-inch pipe lines to a concrete box in the SE¼ SE¼ Sec. 13, T.3 S., R.1 E., S.B.M. from which it is conveyed through an 8-inch concrete pipe line about 1/2 mile long to a reservoir in the SW¼ NE¼ Sec. 13, T.3 S., R.1 E., S.B.M. The water from the reservoir is used for domestic purposes and for the irrigation of 39.3 acres of land (see Table 19, sheet 96). The rights to the use of water through this system are based upon an appropriation made prior to the enactment of the Water Commission Act.

(7) R. E. Bailiff has developed a spring at a point in the NE¼ SE¼ Sec. 23, T.3 S., R.1 E., S.B.M. (designated by Diversion Point No. 22), from which point the water is conveyed through a pipe line consisting of 2600 feet of 2-inch pipe, 6100 feet of 4-inch pipe, and then 370 feet more of 2-inch pipe. The water is used for domestic purposes and for the irrigation of 2.1 acres of land (see Table 19, sheet 98). The rights to the use of water through this pipe line are based upon an appropriation made prior to the enactment of the Water Commission Act.

(8) R. E. Bailiff has also developed two other springs; one in the NE¼ SE¼ Sec. 19, T.3 S., R.1 E., S.B.M. (designated by Diversion Point No. 30), and the other in the NW¼ SW¼ Sec. 20, T.3 S., R.1 E., S.B.M. (designated by Diversion Point No. 31). The water from these springs is conveyed through a pipe line consisting of 2100 feet of 2½-inch pipe, 1500 feet of 1-inch pipe, and 700 feet of 3/4 -inch pipe,

and is used for the irrigation of 3.2 acres of land (see Table 19, sheet 98). The rights to the use of water through this pipe line are based upon an appropriation made prior to the enactment of the Water Commission Act.

(9) J. C. Balchweid has developed a spring on his land at a point in the NW¼ NW¼ Sec. 20, T.3 S., R.2 E., S.B.M. (designated by Diversion Point No. 29), from which point the water is conveyed through a 2-inch pipe line, about 300 feet long, to a reservoir, from which it is used for domestic purposes and for the irrigation of 12.9 acres of land (see Table 19, sheet 99).

(10) C. C. Leary has developed two springs, designated by Diversion Points Numbers 32 and 33, both situated in the SW¼ SW¼ Sec. 20, T.3 S., R.2 E., S.B.M. The water from these springs is conveyed through a pipe line, consisting of about 3000 feet of 2-inch pipe and about 1000 feet of 1-inch pipe, and is used for the irrigation of 8.3 acres of land (see Table 19, sheet 99). The rights to the use of water through this pipe line are based upon an appropriation made prior to the enactment of the Water Commission Act.

(11) H. P. Jensen has developed a spring in the SW¼ SE¼ Sec. 22, T.3 S., R.2 E., S.B.M. (designated by Diversion Point No. 34), from which the water is conveyed through a 2-inch pipe line about 3600 feet long, to a reservoir located in the NW¼ NE¼ Sec. 22, T.3 S., R.2 E., S.B.M. The water from this reservoir is used for domestice purposes and for the irrigation of 5.0 acres of land (see Table 19, sheet 99). The rights to the use of water through this pipe line are based

upon an appropriation made prior to the enactment of the Water Commission Act.

LOWER VALLEY

In the Lower Valley, water is diverted from the underlying water bearing strata by means of wells, either artesian or pumped, and is used for domestic and stock watering purposes and for the irrigation of about 12,952 acres of land. In addition to this, there are about 51 acres of land irrigated under the Bedwell and Richey Pipe Line, which diverts from a surface stream in Thousand Palms Canyon, making the total area of irrigated land in the Lower Valley about 13,003 acres.

During the spring of 1923, the Lower Valley was canvassed by a representative of the Division of Water Rights for the purpose of ascertaining the total acreage of each of the various crops being raised on the lands irrigated from wells. The data secured by this canvas are presented in Table 20. In most cases, the data relative to a tract were obtained from the owner or tenant, but in a few cases it was necessary to obtain the data from a neighbor. It is believed that the results obtained from this canvas very closely represent the true facts.

The various tracts irrigated from wells have been indicated on the accompanying map entitled "Map of Whitewater River Watershed Showing Irrigated Areas."

## DIVERSION MEASUREMENTS

Measurements of the various diversions from the Whitewater River Stream System were made by the Division of Water Rights during the Spring of 1923. Wherever possible, the maximum capacity of the diversion conduit was determined by a measurement made when the conduit was running full. In many cases, however, there was never a sufficient water supply available during the period of the field investigation to fill the conduit to capacity.

There follos descriptions of the measurements made of the various diversions, arranged in the numerical order of the diversions as indicated on the accompanying map.

### UPPER VALLEY

Diversions 1, 2 and 3 - by San Gorgonio Reservoir and Power Company's Canal from East Branch of South Fork of Whitewater River, and Blackwheel Canyon, respectively.

The results of the various current meter measurements and weir measurements made by the Division of Water Rights on the above mentioned canal are shown in Table 22. Quantities shown in Column 3, headed "E. Fork Weir", are weir computations representing diversions from the East Branch of South Fork of Whitewater River; quantities shown in Column 5, headed "S. Fork Weir", are weir computations representing diversions from the West Branch of the South Fork

of Whitewater River; and quantities shown in Column 7 headed "Blackwheel Weir", are weir computations representing diversions from Blackwheel Canyon. The differences between the quantities shown in Column 2, which are the results of current meter measurements, and those shown in Column 3 represent quantities of water wasted at the East Fork Weir. The quantity shown in Column 4 on May 15th, was measured by current meter as a check against the computation of the flow over the East Fork Weir.

The quantities shown in Column 6, are the results of current meter measurements made immediately below the South Fork Weir, and represent the combined diversions from the East Branch and West Branch of the South Fork of Whitewater River. The quantities shown in Column 8 are the results of current meter measurements made immediately below the Blackwheel Weir, and represent the combined diversions from the two branches of the South Fork of Whitewater River and from Blackwheel Canyon. The quantities shown in Column 11 are the results of current meter measurements made at Raywood Flat, and the differences between these quantities and those shown in Column 8 represent water seeping into the ditch between the two points. This seepage occurs between stations 126 + 26 and 128 + 00, where the ditch passes through "Living Rock", as indicated by the quantities shown in Columns 9 and 10, which are the results of current meter measurements. The quantities shown in Column 12 are the results of current meter measurements made immediately below the wasteway at Black

Canyon, and the differences between these quantities and those shown in Column 11, represent quantities being delivered to San Gorgonio River for use by the Banning Water Company. The quantities shown in Column 13 are the results of current meter measurements,made at Big Oaks, and represent quantities being delivered to the Banning Heights Mutual Water Company. As indicated by the quantities shown in Columns 12 and 13, there is additional water seeping into the ditch between the two points from a spring at Big Oaks.

It was hoped that measurements might be made of the flow in the canal when it was running at capacity, but a sufficient water supply to fill the canal did not occur during the period of the field investigation.

The cross-section of the canal between Blackwheel Weir and the spillway at Black Canyon is rectangular, 2.50 feet wide and 2.20 feet deep. At Station 207 + 75, opposite the ditch tender's cabin at Raywood Flat, there is a spillway in the canal, 3 feet wide, the lip of which is 1.90 feet above the bottom of the canal. It would appear that this spillway is a controlling point on the canal, and that the canal is carrying its safe capacity when the water is 1.90 feet deep at this point.

A profile of the canal was furnished by Mr. Poole of the Southern Sierras Power Company, which shows that the grade is very irregular. Considering that portion of the canal for about 100 feet on either side of the spillway, the average grade is about 2.50 feet per 1000 feet.

Using this grade and the hydraulic elements for the flows at Raywood Flat, as in Column 11 of Table 22, values for "N" in Kutters Formula were computed, as shown in the following table:

| Date of Gaging | Discharge Sec.Ft. | Depth of Water | "S" = 0.0025 "N" |
|---|---|---|---|
| Nov. 16, 1922 | 3.25 | 0.92 | 0.029 |
| May 15, 1923 | 7.10 | 1.31 | 0.024 |
| May 19, 1923 a.m. | 6.35 | 1.28 | 0.026 |
| May 19, 1923 p.m. | 6.07 | 1.26 | 0.026 |
| Jun. 29, 1923 p.m. | 4.07 | 1.04 | 0.028 |
| Jun. 29, 1923 p.m. | 4.22 | 1.04 | 0.028 |

From these computations, it appears that the value of "N" decreases with an increase in depth of water. The computed values of "N" were plotted against the depths of water and the curve was produced to a depth of 1.90 feet at which depth a value of "N" of 0.019 was indicated. Using the value "N" as 0.019, the value of "S" as 0.0025, and the hydraulic elements of the canal at the spillway for a depth of 1.90 feet, the discharge as computed from Kutter's Formula was 14.70 second-feet.

At the East Branch of the South Fork, the water is diverted from the stream to a concrete settling box with stilling basins. From the lower stilling basin, the water discharges into the canal over a rectangular weir with complete contractions. The weir notch is 2.50 feet wide by 1.50 feet deep, cut in a thin metal plate which is embedded in the concrete with the crest 1.10 feet below the top of the basin.

A board with grooved ends is fitted into the weir, so that it can be lowered to the surface of the water to hold back trash that might otherwise enter the canal. This board was removed whenever a weir measurement was made; otherwise the measured depth over the weir would be greater than would be obtained if the water flowed freely. The lower stilling basin is also equipped with an overflow weir in its side, the width of which is 4.00 feet and the crest of which is. 0.67 feet above the creast of the weir discharging into the canal.

At the West Branch of the South Fork, the water is diverted from the stream to a concrete settling box with stilling basins. From the lower basin the water discharges into the canal over a rectangular weir with complete contractions. The weir notch is 2.50 feet wide by 1.00 feet dep cut in a thin metal plate embedded in the concrete with the crest. 1.40 feet below the top of the basin. There is no board used on this weir as at the East Fork Weir, nor is the basin equipped with an overflow weir.

At Blackwheel Canyon, the water is diverted into a single settling basin from which it discharges directly into the canal over a rectangular weir with complete contractions. The weir notch is 1.66 feet wide x 0.50 feet deep, cut in a thin metal plate embedded in the concrete with the lip 0.50 feet below the top of the basin.

A record of the depths of water over the weirs at all three points of diversion has been kept by the Consolidated Reservoir and Power Company, and this record was obtained from the Southern Sierras Power Company. Weekly

readings at the East Fork Weir and South Fork Weir were begun June 14, 1917, and kept until December 27, 1922, when daily readings were begun. The record at Blackwheel Weir was not started until November 18, 1922. The diversions at each weir have been computed by the Division of Water Rights from the depths, using the formula Q = 3.33 (L-0.2 H) H 3/2, for standard contracted weirs, without velocity of approach. The results of these computations are shown in Table 23.

From the data contained in Table 23, estimates of the total monthly diversions by the Consolidated Reservoir and Power Company Canal have been made, as shown in Table 24. Prior to November 18, 1922, when the record of diversions from Blackwheel Canyon was started, it was assumed that the total flow in Blackwheel Canyon was diverted into the ditch, and the record of flows in Blackwheel Canyon, as shown in Table 6, was used as the record of diversions from that source. It will be noted that there are some readings missing from the record of diversions, shown in Table 23, on account of storms, repairs, etc. In these instances, it was assumed that the water was turned out of the canal, and in each case the probable number of days that the water was so turned out was estimated. There may be some error thus introduced into the estimates for the months during which some readings are missing, but it is believed that the annual totals approximate very closely the amount diverted.

Water from the Consolidated Reservoir and Power Company Canal is delivered to the Banning Heights Mutual Water Company through an inverted syphon which discharges

| Date 1923 | Location of Measurement | Depth of Water | Width of Weir | Discharge Sec. Feet |
|---|---|---|---|---|
| Mar. 17 | Upper Weir | 0.17 | 3.35 | 0.77 |
| " " | Lower Weir | 0.24 | 2.00 | 0.76 |
| Apr. 20 | Upper Weir | 0.17 | 3.35 | 0.77 |
| " " | Lower Weir | 0.24 | 2.00 | 0.76 |
| May 28 | Upper Weir | *0.78 | -- | 2.75 |
| " " | Lower Weir | 0.61 | 2.00 | 2.98 |
| | (above weir) | 0.41 | | |
| June 16 | Upper Weir (below weir) | 0.13 | 3.35 | °2.63 |
| " " | Lower Weir | 0.55 | 2.00 | 2.57 |

* - Current meter measurement.
° - Computed as a submerged weir.

A record of the daily deliveries of irrigation water to each of the users on Banning Heights has been kept by Mr. Tudor, Superintendent of the Banning Heights Mutual Water Company, since 1917. Table Number 25, showing the monthly deliveries in acre feet, has been prepared by the Division of Water Rights from these records.

<u>Diversion 4-</u> By C. W. Fick Pipe Line from a spring.

On May 29, 1923, a measurement of the flow through the pipe line was made by observing the time required to fill a can of known capacity. The measurement showed the flow to be 0.014 second feet. The entire flow of the spring was being diverted at the time of the measurement.

<u>Diversion 5-</u> By Annie B. Fick Pipe Line from a spring.

On May 29, 1923, a measurement of the flow through the pipe line was made, by observing the time required to fill a

can of known capacity. The measurement showed the flow to be 0.063 second feet, which is the maximum capacity of the pipe line.

Diversion 6, 7, 8, 9 and 10- by Banning Water Company System from San Gorgonio River

The results of the various current meter measurements and weir measurements made by the Division of Water Rights on the above ementioned system are shown in Table 26. Quantities shown in Column 2 are weir conputations of the water diverted by gravity at Diversion Point 6; quantities shown in Column 3 are the results of current meter measurements of the seepage flow entering the main ditch at a point about 1600 feet below Diversion Point 7; quantities shown in Column 4 are the results of current meter measurements of the combined diversions from Diversion Points 6 and 7 and the above mentioned seepage water; quantities shown in Column 5 are weir computations of the water pumped from the well at Diversion Point 8; quantities hown in Column 6 are the results of current meter measurements of the combined diversions from Diversion Points 6, 7 and 8 and the above mentioned seepage water, less the water used for operating the power plans at Diversion Points 9 and 10; quantities shown in Column 7 are the results of current meter measurements of the water pumped from the well at Diversion Point 9; quantities hown in Column 8 are the results of current meter measurements of the combined diversions from Diversion Points

9 and 10 and the water used to operate the power plants at those points. Table 26-A has also been prepared showing the quantities of water diverted at each of the diversion points on the days when measurements were made, and also the total quantities of water diverted by the system on those days.

A record of the net quantity of water delivered by the Banning Water Company fir irrigation purposes has been kept by the Company since 1911, and a record of the net quantity of water delivered for domestic purposes has been kept since 1915. These records have been obtained from the Company, and are submitted in Table 27.

Diversion 11- By Bilman Home Company Flume from a spring.

On June 16, 1923, a measurement of the flow through the flume was made, by observing the time required to fill a can of known capacity. The measurement showed the flow to be 0.303 second feet. The entire flow of the spring was being diverted at the time of the measurement.

Diversion 12- By Gilman Home Company Pipe Line from a spring.

On June 16, 1923, a measurement of the flow through the pipe line was made, by observing the time required to fill a can of known capacity. The measurement showed the flow to be 0.240 second feet. The entire flow of the spring was being diverted at the time of the measurement.

Diversion 13- By Gilman Home Company Pipe Line from a springs.

On June 16, 1923, a measurement of the flow through the pipe line was made by ob serving the time required to fill a can of known capacity. The measurement showed the flow to be 0.303 second feet. The entire flow of the springs was being diverted at the time of the measurement.

Diversion 14- By Morongo Indian Reservation West Ditch from Hathaway Creek.

Four current meter measurements of the flow in this ditch were made at a point near its head, showing the following results:-

| Date | Flow in Second Feet |
|---|---|
| March 3, 1923 | 0.75 |
| April 16, 1923 | 0.67 |
| April 26, 1923 | 0.60 |
| May 31, 1923 | 1.04 |

It was impossible to fill the ditch to capacity on any of the above mentioned dates, because of an insufficient water supply in the creek.

Diversion 15- By Morongo Indian Reservation East Ditch from Hathaway Creek.

On March 3, 1923, a current meter measurement was made of the flow in this ditch, at a point near its head, showing 1.06 second feet. At the time of the measurement, there was insufficient water in the creek to permit the ditch being filled to capacity. The ditch was visited for the purpose of

measurement on April 16, 1923, April 26, 1923, and on May 31, 1923, but on all three of these dates there was no water flowing in the ditch.

Diversions 16, 17 and 18- By Morongo Indian Reservation System from Potrero Creek.

Weir measurements of the flow in this system were made at various times during the period of the field investigation, at the weir box designated by Diversion Point Number 17, and at the same times current meter measurements were made of the water being diverted into the lower ditch at the old diversion dam, designated by Diversion Point Number 18. The results of these measurements are shown in Table 11.

Diversion 19- By A. H. Eberhart Ditch from Banning Drain Ditch.

On May 31, 1923, a weir measurement of the flow in Banning Drain Ditch was made at the diversion dam of the Eberhart Ditch, showing 0.12 second feet. This flow was not being diverted into the Eberhart Ditch at the time of measurement.

Diversion 20- By J. R. Fountain Dam across small stream flowing from a spring.

On March 17, 1923, a float measurement was made of the flow entering Mr. Fountain's reservoir from the above mentioned spring, showing 0.06 second feet.

Diversion 21- By Samuel Hemmerling Pipe Line from a spring.

On March 17, 1923, a measurement of the flow

through the pipe line was made, by observing the time required to fill a can of known capacity. The measurement showed the flow to be 0.026 second feet. The entire flow of the spring was being diverted at the time of the measurement and, according to Mr. Hemmerling, the water measured represents about the average flow of the spring.

Diversion 22- By R. E. Bailiff Pipe Line from a spring.

On June 2, 1923, a measurement of the flow through the pipe line was made, by observing the time required to fill a can of known capacity. The measurement showed the flow to be 0.037 second feet. The entire flow of the spring was being diverted at the time of the measurement.

Diversions 23, 24, 25 and 26- By George R. Parker Pipe Line from four springs.

On June 2, 1923, a measurement of the combined flow in the pipe line from all four springs was made, by observing the time required to fill a can of known capacity. The measuremant showed the combined flow to be 0.185 second feet. The entire flow of each spring was being diverted at the time of the measurement.

Diversion 27- By Cabazon Water Company System from Millard Creek.

Weir measurements of the flow in this system were made at various times during the period of the field investigation, both at the diversion weir, designated by Diversion Point Number 27, and at the lower division box

weirs. The results of these measurements are shown in Table 28. On April 20th, the water being wasted at the intake was stopped, and thereafter the entire flow of Millar Creek at the point of diversion was diverted to use.

Diversion 28- By Southern Pacific Company's System from Millard Creek

Two series of current meter measurements of the flow in this system were made, showing the following results:-

| Date | Total Diversion in Sec. Ft. | Railroad Use in Sec. Ft. | Irrigation Use in Sec. Ft. |
|---|---|---|---|
| March 13, 1923 | 0.57 | 0.36 | 0.18 |
| June 25, 1923 | 0.73 | *0.36 | 0.31 |

* - Float Measurement.

On May 26th, 1923, the overflow from the railroad tanks at Cabazon was measured, showing 0.133 second feet.

Diversion 29- By J. C. Balschweid Pipe Line from a spring.

On May 26, 1923, a measurement of the flow through the pipe line was made, by observing the time required to fill a can of known capacity. The measurement showed the flow to be 0.057 second feet.

Diversions 30 and 31- By R. E. Bailiff Pipe Line from two springs.

On May 24, 1923, a measurement of the combined flow in the pipe line from the two springs was made at the lower end, by observing the time required to fill a can of

known capacity. The measurement showed the combined flow at the lower end to be 0.014 second feet, which represents the maximum capacity of the 3/4 inch pipe line as there was a flow of 0.015 second feet being wasted above the 3/4 inch section.

Diversion 32 and 33- By C. C. Leary Pipe Line from two springs.

No water was diverted through this system during the Spring of 1923.

Diversion No. 34- By H. P. Jensen Pipe Line from a spring.

On June 23, 1923, a measurement of the flow through the pipe line was made, by observing the time required to fill a can of known capacity. The measurement showed the flow to be 0.007 second feet. The entire flow of the spring was being diverted at the time of the measurement.

Diversion 35- By H. P. Jensen Pipe Line from Jensen's Creek.

On June 25, 1923, a current meter measurement was made of the flow in Jensen's Creek, at a point about fifty feet above the intake of the pipe line, showing 0.31 second feet. This entire flow was being diverted through the pipe line at the time of the measurement.

Diversion 36- By Frank Jost West Ditch from West Fork of Stubby Creek.

On June 6, 1923, a float measurement of the flow

in the ditch was made, at a point near its head,showing 0.10 second feet. The entire flow of the West Fork of Stubby Creek was being diverted at the time of the measurement.

Diversion 37- By Frank Jost East Ditch from East Fork of Stubby Creek.

On June 6, 1923, a float measurement of the flow in the ditch was made, at a point near its head, showing 0.32 second feet. Practically the entire flow of the East Fork of Stubby Creek was being diverted at the time of the measurement.

Diversion 38- By Mrs. A. E. Woods Ditch from Stubby Creek.

One current meter measurement and two float measurements of the flow in the ditch were made, at a point near its head, showing the following results:-

| Date | Flow in Second Feet | Method of Measurement |
|---|---|---|
| April 12, 1923 | 0.32 | Current Meter |
| May 30, 1923 | 0.32 | Float |
| June 6, 1923 | 0.07 | Float |

The entire flow in Stubby Creek, below the juction of its two forks, was being diverted on each of the days when measurement were made.

Diversion 39- By Southern Pacific Company System from Snow Creek.

Various current meter measurements were made of the flow in the diversion ditch, at a point immediately below its

head and also at a point immediately above the intake of the eight inch pipe line. The wast at eht intake of the eight inch pipe line was measured over a weir. Two current meter measurements were made of the waste water overflowing from the tank at Whitewater Station. The results of the measurements are shown in the following table:-

| Date 1923 | Flow below Diversion Pt. Sec. Ft. | Flow above Intake of 8-in. Pipe Sec. Ft. | Waste at Intake of 8-in Pipe Sec. Ft. | Flow diverted thru 8-in Pipe Sec. Ft. | Waste at Whitewater Station Sec.Ft. |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| Mar. 6 | 7.75 | | | | |
| " 31 | | | | | 1.05 |
| Apr. 10 | 10.58 | | | | |
| " 20 | 8.00 | 6.95 | *4.05 | 2.89 | |
| " 28 | 7.95 | 5.98 | *3.48 | 2.50 | |
| June 28 | | 3.60 | *1.77 | 1.83 | 1.05 |

*- Weir Measurements

The flows diverted through the eight inch pipe line, as shown in Column 5, were computed by subtracting the wastes at the intake of the pipe line, as shown in Column 4, from the flows in the ditch above the intake of the pipe line, as shown in Column 3.

Diversion 40- By W. W. West Ditch from Whitewater River

No water was diverted through this ditch during the Spring of 1923. About 100 feet of the ditch, immediately below the intake, was washed out and will have to be repaired before the ditch can be used.

Diversions 41, 42 and 43- By Joe Toutain Ditches from Whitewater River

Staff gages were installed on each of the Toutain Ditches, at points immediately below their respective heads. These gages were read at various times during the period of the field investigation, and were rated by means of current meter measurements. The gage heights and corresponding flows in each of the ditches on the days when observations were made are shown in Table 29. The Upper West Ditch was constructed during the Spring of 1923.

Diversion 44- By Whitewater Ranch Ditch from Whitewater River

A staff gage was installed on this ditch at a point about 300 feet below the intake, and another staff gage was installed on the ditch at a point about 4300 feet below the intake. These gages were read at various times during the period of the field investigation, and were rated by means of current meter measurements. The gage heights and corresponding flows at each of the measurement points, on the days when observations were made, are shown in Table 30. The indicated losses between the two points of measurement, expressed in percentages of the flows at the upper point, are shown in the last column of the table.

Diversion 45- By Warner Ranch Ditch from Whitewater River

A staff gage was installed on this ditch at a point about 800 feet below the intake, and another staff gage was installed on the ditch, at a point about 3100 feet below the intake. These gages were read at various times during the

period of the field investigation, and were rated by means of current meter measurements. The gage heights and corresponding flows at each of the measurement points, on the days when observations were made, are shown in Table 31. The indicated losses between the two points of measurment, expressed in percentages of the flows at the upper point, are shown in the last column of the table.

Diversion 46 - By Heathman Ditch from Whitewater River.

Two current meter measurements were made of the flow in the ditch, at a point near its head, showing the following results:-

| Date | Flow in sec. ft. |
|---|---|
| March 30, 1923 | 0.44 |
| April 2, 1923 | 0.66 |

The flow in the ditch ceased sometime in April, 1923. The water diverted through the ditch during the Spring of 1923 was not put to beneficial use.

Diversions 47 and 48 - By P. T. Stevens Ditch from Whitewater River.

A number of series of current meter measurements of the flow in the ditch at various points were made, the results of which are shown in Table 32.

Diversion 49 - By Mission Creek Indian Reservation System from Mission Creek.

No water was diverted through this system during the Spring of 1923.

Diversion 50 - By F. W. DeLong East Ditch from Mission Creek.

Two current meter measurements were made of the flow in the ditch, at a point near its head, showing the following results:

| Date | Flow in Sec. ft. |
|---|---|
| March 7, 1923 | 1.20 |
| April 7, 1923 | 1.68 |

The ditch was carrying water to its maximum capacity when the measurement was made on April 7, 1923.

Diversion 51 - By F. W. DeLong West Ditch from Mission Creek.

On March 7, 1923, a current meter measurement of the flow in the ditch was made, at a point near its head,showing 1.85 second feet. The ditch was carrying water to its maximum capacity at the time of the measurement. The ditch was again observed on April 7, 1923, on which date there was no flow in it.

Diversions 52 and 53 - By F. W. DeLong West Side Ditch and East Sid Ditch, respectively, from Cienega Creek.

The entire flow of Cienega Creek is diverted into these two ditches. Two current meter measurements were made of the flows in the creek, at a point immediately above the intake of the West Side Ditch, showing the following results:

| Date | Flow in Sec. Ft. |
|---|---|
| March 7, 1923 | 0.26 |
| April 7, 1923 | 0.21 |

It is believed that the average flow shown by these two

measurements very closely represents the average flow of the creek.

Diversion 54 - By Morongo Valley Mutual Water Company from Big Morongo Creek.

Two weir measurements were made of the flow being diverted at the intake of this system, showing the following results:

| Date | Flow in Sec. Ft. |
|---|---|
| March 22, 1923 | 0.98 |
| April 17, 1923 | 0.73 |

The entire flow of the creek was being diverted into the system on both of the above days.

Diversion 55 - By W. V. Covington West Ditch from Big Morongo Creek.

On April 5, 1923, a current meter measurement of the flow in the ditch was made, at a point immediately below its head, showing 0.14 second feet. The entire flow at the point of diversion was being diverted at the time of the measurement.

Diversion 56 - By W. V. Covington East Ditch from Big Morongo Creek.

On April 6, 1923, a current meter measurement of the flow in the ditch was made, at a point immediately below its head, showing 0.84 second feet. The entire flow at the point of diversion was being diverted at the time of the measurement but it is believed that additional water could be developed at this point.

Diversion Measurements . . . . . 85

Diversion 57- By G. R. Hicks Pipe Line from Little Morongo Creek.

On April 17, 1923, a current meter measurement of the flow in the creek was made, at a point immediately above the intake of the ditch, showing 0.92 second feet. This flow was not being diverted at the time of the measurement, but the construction of the intake is such that the entire flow of the creek can be diverted.

Diversion 58- By Coachella Valley County Water District Spreading Dam across Whitewater River.

No flow reached this spreading dam during the Spring of 1923.

Diversion 59- By Palm Springs Water Company Pipe Line from Chino Creek.

This pipe line was carrying water to its maximum capacity on March 9, 1923. The maximum capacity of the pipe line has been computed by the Division of Water Rights as 0.77 second feet.

Diversion 60- By P. T. Stevens Ditch from Chino Creek.

No water of Chino Creek reached the point of diversion of this ditch during the Spring of 1923.

Diversion 61- By Agua Caliente Indian Reservation System from Tahquitz Creek.

A staff gage was installed on the ditch, at a point immediately below the waste gate through which the surplus water is returned to the creek. This gage was read at various times during the period of the field investigation, and was rated by means of current meter measurements.

The gage heights and corresponding flows, on the days when observations were made, are showin in Table 33.

Diversion 62 - By Agua Caliente Indian Reservation - Pipe Line from Andreas Creek.

The water diverted into the pipe line flows over a sharp-crested weir, 2.50 feet wide by 0.75 feet deep, with end contractions. Although the conditions at this weir are not ideal, the diversions into the pipe line were computed from the observed depths over the weir by the Francis Formula. There was some velocity of approach which was neglected in the computations; consequently it is possible that the computed discharges are slightly low. The observed depths over the weir and corresponding flows, on the days when observations were made, are shown in Table 34.

LOWER VALLEY

Diversion 63- By Bedwell and Richey System from Thousand Palms Canyon

Two current meter measurements were made of the flow in the diversion ditch, at a point immediately below the intake, showing the following results: -

| Date | Flow in Sec. Ft. |
|---|---|
| April 18, 1923 | 0.66 |
| May 17, 1923 | 0.70 |

The entire flow in the canyon was being diverted into the ditch on the days when the measurements were made.

## METHODS OF IRRIGATION

### UPPER VALLEY

The "furrow method" of irrigation is the one commonly practiced in the Upper Valley. For alfalfa crops, however, the "check flooding method" is usually practiced.

### LOWER VALLEY

In the Lower Valley, corn, cotton, vegetables, grapes, etc., are irrigated by the "furrow method" and alfalfa is irrigated by the "check flooding method." Dates are irrigated by ponding the water around each tree by means of small checks.

## DUTY OF WATER

### UPPER VALLEY

Sufficient data are available relative to the quantities of water used under a few of the diversion systems in the Upper Valley, to permit some conclusions as to the duty of water under those systems. There follows a discussion of the data available under these systems, with conclusions as to the duty of water.

#### Banning Heights Mutual Water Company

A record of the net amounts of water delivered to the various ranches has been kept by this company since 1917. The total net monthly deliveries, expressed in acre-feet from May 1917 to June 1923, inclusive, are shown in Table 25.

The record for 1923 is incomplete, but assuming that the same quantities of water will be used during July, August, September and October as were used during the corresponding months in 1922, it is estimated that the total quantity of water used in 1923 will be 600 acre feet. The total area irrigated in 1923, as shown in Table 21, was 563 acres; consequently the net duty of water for 1923 is estimated at 1.42 acre feet per acre.

Banning Water Company

A record of the net amounts of water delivered to the various ranches for irrigation purposes has been kept by this company since 1911. The total net monthly deliveries, expressed in miners inch-days, and the total net annual deliveries, expressed in acre-feet, are shown in Table 25. It will be noted that a maximum net delivery of 7898 acre feet was made in the year 1922. The total area irrigated in 1923, as shown in Table 21, was 2715 acres, and it is said that this area has changed but little in the past three or four years. It would therefore appear that the total net annual deliveries have been limited by the water supply rather than by the demand. Assuming that the total area irrigated in 1922 was 2715 acres, the net duty of water for that year was 2.91 acre feet per acre.

Morongo Indian Reservation System from Potrero Creek.

From the measurements shown in Table 11, an estimate of the total quantity of water diverted by this system during the period between March 5, 1923, and June 26, 1923,

was made, as shown in Table 35. The quantities in the column headed "Total Second Foot Days" were obtained by averaging the measured flows on two days when measurments were made, and multiplying the results by the number of intervening days. Thus it is estimated that there was 901 acre feet diverted during the 114 day period of observation. Assuming diversion at the same rate for an irrigation season of 210 days, it is estimated that there were 1660 acre feet diverted during the 1923 season. The total area irrigated in 1923, as shown in Table 21, was 596 acres; consequently the gross duty of water for 1923 is estimated at 2.78 acre feet per acre.

Cabazon Water Company

From the measurements whon in Table 28, an estimate of the total quantity of water diverted by this system during the period between March 5, 1923, and July 4, 1923, was made, as shown in Table 36. The diversions on April 19, April 20, June 2, and July 4 were estimated from the measured flows at the division box weirs, allowing for the loss between that point and the intake. The quantities in the column headed "Total Second Foot Days" were computed in the same manner as explained under the Morongo Indian Reservation System. Thus it is estimated that there were 683 acre feet diverted furing the 122 day period of observation. Assuming diversion at the same rate for an irrigation season of 210 days, it is estimated that there were 1178 acre feet diverted during the 1923 season.

Duty of Water . . . . . 90

The total area irrigated in 1923, as shown in Table 21, was 409 acres; consequently the gross duty of water for 1923 is estimated at 2.88 acre feet per acre.

Whitewater Ranch

From the measurements shown in Table 30, an estimate of the total quanitity of water passing the lower measuring point on the Whitewater Ranch Ditch during the period between March 8, 1923 and June 23, 1923, was made, as shown in Table 37. The quantities in the column headed "Total Second Foot Days" were computed in the same manner as explained under the Morongo Indian Reservation System. Thus it is estimated that there were 656 acre feet passing the lower measuring point during the 108 day period of observation, and, assuming a 30 per cent loss between that point and the intake, as indicated in Table 30, it is estimated that there were 937 acre feet diverted during the period. Assuming diversion at the same rate for an irrigation season of 210 days, it is estimated that there were 1822 acre feet diverted during the 1923 season. The total area irrigated in 1923, as shown in Table 21, was 50 acres; consequently the gross duty of water for 1923 is estimated at 36.4 acre feet per acre.

Warner Ranch

From the measurements shown in Table 31, an estimate of the total quantity of water passing the lower measuring point on the Warner Ranch Ditch during the period between March 8, 1923, and June 23, 1923, was made, as shown in

Table 38. The flows on April 2, April 8, and April 9 were estimated at 17 per cent less than the measured flows at the upper measuring point on those days. The quantities in the column headed "Total Second Foot Days" were computed in the same manner as explained under the Morongo Indian Reservation System. Thus it is estimated that there were 505 acre feet passing the lower measuring point during the 108 day period of observation, and, assuming a 17 per cent loss between that point and the intake, as indicated in Table 31, it is estimated that there were 608 acre feet diverted during the period. Assuming diversion at the same rate for an irrigation season of 210 days, it is estimated that there were 1185 acre feet diverted during the 1923 season. The total area irrigated in 1923, as shown in Table 21, was 38.4 acres; consequently the gross duty of water for 1923 is estimated at 30.9 acre feet per acre.

P. T. Stevens System.

From the measurements as shown in Table 32, an estimate of the total quantity of water diverted by the Stevens Ditch during the period between March 6, 1923 and June 9, 1923, was made, as shown in Table 39. The diversion on June 9 was estimated from the measured flow at Point "B" on that date, assuming the same percentage of loss between that point and the intake as occured on May 3. The quantities in the column headed "Total Second Foot Days" were computed in the same manner as explained under the Morongo Indian Reservation System. Thus it is estimated that there were

1203 acre feet diverted during the 96 day period of observation. Assuming diversion at the same rate for an irrigation season of 210 days, it is estimated that there were 2630 acre feet diverted during the 1923 season. The total irrigated area in 1923, as shown in Table 21, was 98.1 acres; consequently the gross duty of water for 1923 is estimated at 26.8 acre feet per acre.

Agua Caliente Indian Reservation System from Tahquitz Creek.

From the measurements shown in Table 33, an estimate of the total quantity of water diverted to use by this system during the period between March 6, 1923 and June 30, 1923, was made, as shown in Table 40. The quantitities in the column headed "Total Second Foot Days" were computed in the same manner as explained under the Morongo Indian Reservation System. Thus it is estimated that there were 729 acre feet diverted to use during the 117 day period of observation. As the total flow of the creek was being diverted to use on June 30 and as the flow of the creek was falling at that time, it would have been impossible to maintain diversion at the same rate for the remainder of the irrigation season. For the sake of comparison with the duty of water under the other systems, however, it has been assumed that there was ample water supply to permit diversion at the same rate for an irrigation season of 210 days, in which case there would have been 1310 acre feet diverted to use during the 1923 season. The total area irrigated in 1923, as shown in Table 21, was 48.3 acres; consequently the gross duty of water for 1923

would have been 27.1 acre feet per acre, under the above assumption.

Agua Caliente Indian Reservation System from Andreas Creek

From the measurements shown in Table 34, an estimate of the total quantity of water diverted by this system during the period between March 14, 1923 and June 30, 1923, was made, as shown in Table 41. The quantities in the column headed "Total Second Foot Days" were computed in the same manner as explained under the Morongo Indian Reservation System. Thus it is estimated that there were 398 acre feet diverted during the 109 day period. Assuming diversion, at the same rate for an irrigation season of 210 days, it is estimated that there were 767 acre feet diverted during the 1923 season. The total area irrigated in 1923, as shown in Table 21, was 44.7 acres, consequently the gross duty of water for 1923 is estimated at 17.2 acre feet per acre.

LOWER VALLEY

A thorough study of the duty of water in the Lower Valley was made by the Coachella Valley County Water District, the results of which are contained in the "report on Water Supply of Coachella Valley, April 1, 1921" by A. L. Sonderegger. The following is a quotation of Mr. Sonderagger's conclusion:

> "The duty of water ranges from two feet for grapes to eight or ten feet for alfalfa, and averages five acre feet per annum."

[illegible] Notices of Appropriation . . . . . 94

RECORDED NOTICES OF APPROPRIATION

There are a great number of notices of appropriation, [illegible] the waters of the Whitewater River and its [tributaries], recorded in the County Recorder's Office at [Riverside]. Comparitively few of these notices, however, [have been] followed by construction and application of water [to beneficial] use.

There follows a synopsis of a few of the notices re-[corded], under which it is believed that rights may have be-[come] vested, arranged alphabetically.

[Otto] R. Adler

"Cabazon, California, August 29, 1911. Notice is [hereby] given that Otto R. Adler, a citizen of the State of [California] hereby claims and appropriates all water flowing [on the] surface and under the surface at a point where this [notice] is posted to the extent of 160 inches measured under [4] inch pressure, the purpose for which said water is [claimed] is power and irrigation. Said water is to be di-[verted] by means of a canal, consisting of dams, tunnels, [flumes] and pipe line, all to be of a capacity to carry said [water] to Lot Number 8 and NE¼ Sec. 22, T.3S, R.2E, S.B.M.

The place of diversion is at the foot of a granite [boulder] of brown granite formation, against where this notice [is] posted. This being on the NW¼ of NW¼ Sec. 26, T.3 S., [R.2E.], S.B.M." Date of claim, August 29, 1911. Recorded

Unnamed Creek 3 mi SE of Cabazon

August 31, 1911 in Book Number 3 of Water Claims, page 25, in the County Recorder's Office, Riverside, California.

D. O. Bailiff

Claims water flowing and water that can be developed, to the extent of twenty inches measured under a four inch pressure, from a spring rising near the center of Sec. 24, T. 3 S., R. 1 E., S. B. M., for domestic purposes and for irrigating lands lying in Sec. 24, T.3 S, R. 1 E., S. B. M. or in Sec. 13, T.3 S., R. 1 E., S. B. M. or in Sec. 18, T. 3 S., R. 2 E., S. B. M. or other lands that it may reach. The water is to be carried in flume, ditch or pipe. Date of claim, June 20, 1894. Recorded June 28, 1894, in Book Number 1 of Water Claims, page 33, in the County Recorder's Office at Riverside, California.

D. O. Bailiff.

Claims water, flowing and water that can be developed to the extent of twenty inches measured under a four inch pressure, from a spring rising near the line between Sections 13 and 24, T. 3 S., R. 1 E., S. B. M., for domestic purposes and for irrigating lands lying in Sec. 13, T. 3 S., R. 1 E., S. B. M. and in Sec. 18, T. 3 S. R. 2 E., S. B. M. The water is to be carried in flume, ditch or pipe. Date of claim, October 20, 1894. Recorded October 29, 1894 in Book Number 1 of Water Claims, page 49, in the County Recorder's Office at Riverside, California.

D. O. Bailiff.

Claims water flowing and water that can be developed, to the extent of 15 inches measured under a four inch pressure, from a spring rising near the common corner of Sections 18 and 19, T.3 S., R. 2 E., S. B. M., and Sections 13 and 24, T.3S. R. 1 E., S. B. M. , for domestic purposes and for irrigating lands lying in Section 18, T. 3 S., R 2 E., S. B. M., and any other lands it may reach. The water to be carried in flume, ditch or pipe. Date of claim, December 22, 1894. Recorded December 24, 1894, in Book Number 1 of Water Claims, page 55, in the County Recorder's Office, Riverside, California.

D. O. Bailiff.

Claims water flowing from mountains side, to the extent of fifty inches measured under a four inch pressure, at a point located near the southeast corner of the NW¼, Sec. 23, T. 3 S., R. 2 E., S. B. M., for domestic use and for irrigating lands lying in the NE¼, Sec. 23, T.3S., R. 2 E., S. B. M., or any other lands. The water to be carried in flume, ditch or pipe. Date of claim, March 30, 1895. Recorded April 2, 1895, in Book Number 1 of Water Claims, page 73, in the County Recorder's Office, Riverside, California.

SE of Cabazon

D. O. Bailiff.

Claims water in a canyon known as Bee Creek, to the extent of twenty inches measured under a four inch

pressure, at a point near the section line between Sections 13 and 24, T. 3 S., R. 1 E., S. B. M., for domestic use and for irrigating lands lying in Sections 13 and 24, T. 3 S., R. 1 E., S. B. M., and in Section 18, T. 3 S., R 2 E., S. B. M. or any other lands. Date of claim, January 5, 1898. Recorded January 5, 1898, in Book Number 1 of Water Claims, page 198, in the County Recorder's Office, Riverside, California.

D. O. Bailiff.

Claims water here flowing to-gether with all water that maybe developed and made to flow to the extent of 25 inches measured under a four inch pressure. Notice is posted near spring rising in north slope of mountain near center from north to south and near the east line of Section 24, T. 3 S., R. 1 E., S. B. M. The water to be used for domestic purposes and for irrigation or any other purposes to which water maybe lawfully applied, either in Sections 13 and 24, T. 3 S., R. 1 E., S. B. M., or in Section 18, T. 3 S., R 2 E., S. B. M., or any other lands that it may be made to reach in Riverside County. Date of claim, January 5, 1898. Recorded January 5, 1898, in Book Number 1 of Water Claims, page 199, in the County Recorder's Office, Riverside, California.

. S. Blasdel.

Claims all water now flowing in this canyon and from springs of this canyon, to the amount of fifty inches measured under a four inch pressure, to be used for domestic and irrigation purposes. This canyon is situated in

T. 3 S., R. 3 E., S. B. M., and lies in a south-westerly direction from Section 24, T. 3 S., R. 3 E., S. B. M.; Said Section 24 is now occupied and being cultivated by Elijah S. Blasdel. Said spring and said canyon are supposed to be in Section 26, T. 3 S., R. 3 E., S. B. M., although not officially surveyed. Will divert by ditches, pipes and flumes.

Date of claim, January 26, 1895. Recorded February 4, 1895 in Book Number 1 of Water Claims, page 68, in the County Recorder's Office, Riverside, California.

C. O. Barker.

Claims water flowing at a point on Section 33, 2 S., R. 1 E., S. B. M., near the stone-ditch of Banning Water Company, on a stream north of said ditch about 100 feet, and following east and parallel with said ditch, also claims water that may be developed by open cuts and tunnels to the extent of 250 inch measured under a four inch pressure, to be used in T. 3 S., R. 1 E., S. B. M., on lands known as Banning Colony Lands. The water to be conveyed in flumes, ditches, pipes and aqueducts.

Date of claim, June 7, 1895. Recorded June 21, 1895, in Book Number 1 of Water Claims, page 84, in the County Recorder's Office, Riverside, California.

J. J. Balschweid.

Claims all water flowing in what is known as Hall [illegible]ade Canyon, on the surface or under the surface, to the extent of 1000 inches measured under a four inch pressure.

The water to be used for power and irrigation. Location 1 1/2 miles south of Cabazon.

Date of claim, April 11, 1910 Recorded May 24, 1910 in Book Number 2 of Water Claims, page 324, in the County Recorder's Office, Riverside, California.

J. C. Balschweid.

Claims all water at spring for irrigation purposes. Location- 1 1/2 miles south of Cabazon.

Date of claim, June 26, 1910. Recorded June 30, 1910, in Book Number 2 of Water Claims, page 327, in the County Recorder's Office Riverside, California.

J. C. Balschweid and C. C. Leary

Claim all water flowing in the canyon opening into the southeast corner of NW¼, Section 20, T. 2 S., R. 2 E. S. B. M., surface or under surface, to the extent of 1000 inches measured under a four inch pressure. The purpose is for power and irrigation the system to consist of dams, tunnels, flumes and pipe lines.

Date of claim, March 1, 1911. Recorded March 6, 1911 in Book Number 2 of Water Claims, page 380, in the County Recorder's Office, Riverside, California.

Banning Water Company

Claim 2000 inches measured under a four inch pressure, of the waters of San Gorgonio River sometimes known as Moore's Creek and sometimes known as Gilman Creek, and the tributaries thereof, all the waters existing or flowing under the surface of said Creek and the Bee Ranch Cienega in Section 4, T. 2 S., R. 1 E., S. B. M.

The ground waters to be developed by cuts, tunnels, dams or wells.

Date of Claim, April 15, 1911. Recorded April 18, 1911, in Book Number 2 of Water Claims, page 388, in the County Recorder's Office, Riverside, California.

Banning Water Company

Claims 250 inches, measured under a four inch pressure, of the surface and subsurface flow of Gilman Creek at a point near the NE¼ of NW¼, Section 4, T. 2 S., R. 1 E., S. B. M.

Date of Claim, April 15, 1911. Recorded April 18, 1911, in Book 2 of Water Claims, page 391, in the County Recorder's Office, Riverside, California.

C. H. Brown,

Claims 30 inches measured under a four inch pressure, from a spring located twenty rods west and eighty rods south of the northeast corner of the NW¼ Section 4, T. 4 S., R. 2 E., S. B. M. The water to be used for domestic purposes and for irrigating lands in Section 33, T. 3 S., R. 2 E., S. B. M. The system to consist of a three-quarter inch pipe line for domestic use and a four inch pipe line for irrigation.

Date of claim, November 6, 1911. Recorded November 7, 1911, in Book Number 3 of Water Claims, page 33, in the County Recorder's Office, Riverside, California.

Charles E. Bellue

Claims twenty-five inches measured under a four inch pressure from a spring located in NE¼ NE¼ Section 5, T. 2 S., R. 1 E., S. B. M., to be used for domestic and irrigating purposes.

Date of Claim, July 31, 1913. Recorded August 1, 1913, in Book Number 3 of Water Claims, page 96, in the County Recorder's Office, Riverside, California.

J. O. Barker

Claims fifteen inches measured under a four inch pressure, from two springs located in Section 20, T. 5 S R. 2 E., S. B. M., being about 150 feet east of the west line and about 400 feet north of the south line. The water to be used for domestic purposes and for irrigating lands in Section 20 and 21, T. 5 S., R. 2 E., S. B. M.

Date of Claim, October 18, 1913. Recorded October 20, 1913, in Book Number 3 of Water Claims, page 102, in the County Recorder's Office, Riverside, California.

J. E. Bunker

"Notice is hereby given: That the undersigned intends to claim and does hereby claim 1500 inches, miner's measure, under a four inch pressure, of the water flowing in the Whitewater River, County of Riverside, State of California. Said water to be diverted at a point on the south bank of said stream where this notice is posted, being a

point about 600 feet upstream from the Palm Valley Company's intake. Said water is claimed for the purpose of irrigation. And is intended to be used at or on Sections 3, 10, 11 and 33, T. 4 S., R. 4 E., S. B. M. Said water is to be diverted by means of a rock and earth or concrete dam and conduct d from the point of diversion to the intake of the Palm Valley Water Company's tunnel and cobblestone ditch or flume by means of earth or concrete ditch or flume."

(Signed) C. E. BUNKER.
Appropriator.

Date of claim, September 19, 1913. Recorded September 19, 1913, in Book Number 3 of Water Claims, page 101, in the County Recorder's Office, Riverside, California.

W. V. Covington

Claims 600 inches, measured under a four inch pressure, of the flow of Whitewater River and of Snow Creek at the junction of the two streams. The point of diversion is located in the NW¼ of Section 24, T. 3 S., R. 3 E., S.B.M.; and the water is to be used on the E½ and W½ of Section 24, T. 3 S., R. 3 E., S. B. M.

Date of Claim, October 15, 1898. Recorded October 17, 1898, in Book Number 1 of Water Claims, page 230, in the County Recorder's Office, Riverside, California.

H. M. Carpenter

Claims fifty inches measured under a four inch pressure, of surface flow and ground water, to be used on

Lots 10 and 11, Section 24, T. 3 S., R. 3 E., S. B. M. The location is about one mile southwest of Covington place near the Southern Pacific Company's Whitewater Station.

Date of Claim, October 20, 1904. Recorded October 28, 1904, in Book 2 of Water Claims, page 79, in the County Recorder's Office, Riverside, California.

H. M. Carpenter

Claims 500 inches, measured under a four inch pressure, from Whitewater River at point one mile southeast of the Southern Pacific Company's Whitewater Station. Water to be used on Lots 10 and 11, Section 24, T. 3 S., R. 3 E., S. B. M..

Date of Claim, August 12, 1905. Recorded August 28, 1905, in Book Number 2 of Water Claims, page 105, in the County Recorder's Office, Riverside, California.

Nellie H. Dunkle

Claims 100 inches, measured under a four inch pressure, of the flow in the first canyon west of Snow Creek Canyon and about 1 1/2 southerly from the outlet of said Canyon. Notice posted in Section 30, T. 3 S., R. 3 E., S. B. M., about 150 yards southerly from the quarter corner between Section 25, T. 3 S., R. 2 E., S. B. M., and Section 30, T. 3 S., R. 3 E., S. B. M.. Water to be used for domestic and irrigation purposes.

Date of claim, April 4, 1912. Recorded April 9, 1912, in Book Number 3 of Water Claims, page 57, in the County

Recorder's Office, Riverside, California.

T. W. DeLong

Claims 450 inches measured under a four inch pressure, of the water flowing in Little Mission Creek, a small water course entering Section 18, T.2S., R. 4 E., S. B. M. Also claims 450 inches measured under a four inch pressure of the water flowing in Mission Creek, to be diverted at a point on the left bank of said stream. The water to be used for domestic purposes and to irrigate lands in Section 18, T. 2 S., R. 4 E., S. B. M. Date of claim, October 24, 1912, Recorded October 28, 1912, in Book Number 3 of Water Claims, pages 69 and 70, in the County Recorder's Office, Riverside, California.

J. R. Fountain

Two claims of fifty inches each, measured under a four inch pressure, from springs, one on the SE¼ and one on the SW¼ of Section 14, T.3S., R.1E., S. B. M., for domestic purposes and for irrigating lands lying immediately north, described as the N½, SW¼ Section 14, T3S., R.1E., S. B. M.. Water to be carried in a ditch and flume.
Date of Claim, May 30, 1907. Recorded June 8, 1907, in Book Number 2 of Water Claims, pages 173 and 174, in the County Recorder's Office, Riverside, California.

J. R. Fountain

Claims fifty inches, measured under a four inch pressure, of flowing water that may be developed on

SW¼ Section 14, T. 3 S., R. 1 E., S. B. M.; also 100 inches, measured under a four inch pressure, of flowing water that may be developed on Section 23, T. 3 S., R. 1 E., S. B. M., all to be used for domestic purposes and to irrigate lands lying in the N½, Section 14, T. 3 S., R. 1 E., S. B. M.. Date of claim, December 23, 1911. Recorded December 23, 1911, in Book Number 3 of Water Claims, page 38, in the County Recorder's Office, Riverside, California.

Nancie Grenia

Claims 100 inches measured under a four inch pressure, from a spring located in Section 22, T. 3 S., R. 2 E., S. B. M., for irrigation purposes.

Date of Claim, July 8, 1911. Recorded July 11, 1911, in Book Number 1 of Water Claims, page 400, in the County Recorder's Office, Riverside, California.

William F. Heathman

Claims 500 inches, measured under a four-inch pressure, of the flow of Whitewater River at a point which is near the line between Sections 2 and 11, T. 3 S., R. 3 E., S. B. M., and about 150 feet southeast of the diversion point of Allison C. Lester. The water to be used for the irrigation of lands lying in the W½ of the E½ of Section 14, T. 3 S., R. 3 E., S. B. M., and in the SE¼ SE¼ of said Section 14.

Date of Claim, March 12, 1908. Recorded March 12, 1908, in Book Number 2 of Water Claims, page 196, in the County Recorder's Office, Riverside, California.

E. E. Hendricks

The filing was first made on November 8, 1906, in San Bernardino County, for 5000 inches. This was changed December 17, 1908 to 2000 inches from the East and West branches of South Fork of Whitewater River.

Claims 1000 inches, measured under a four inch pressure, of the flow in the East Branch of the South Fork of Whitewater River, at a point on the right bank thereof, at an elevation of 7000 feet, and about one-half mile north-east of Black's old sawmill; also claims 1000 inches measured as above, of the flow in the West Branch of the South Fork of Whitewater River at a point on the right bank thereof and about 500 feet north of Black's old mill site. Water diverted shall be conducted to and used on lands in T. 2 S., R. 1 E., T. 3 S., R. 1 W., and T. 3 S., R. 3 W., S. B. M., for irrigation, power and domestic purposes.

Date of claim, December 17, 1908. Recorded January 8, 1909, in Book Number 2 of Water Claims, page 239, in the County Recorder's Office, Riverside, California.

H. P. Jensen

(1) Claims 100 inches, measured under a four inch pressure, of the flow in Jensen's Canyon. The point of diversion is located about 3000 feet from the southeast corner of NE¼ Section 22, T. 3 S., R. 2 E., S. B. M.; the direction being about S 20 - 00 W from said corner. The water to be used for domestic, irrigation and power purposes. System to consist of tunnels, flumes, ditches and

pipe lines.

(2) Claims 100 inches, measured as above, of the flow in Jensen's Canyon at a point about 1000 feet from the above mentioned corner to be used on the NE¼ Section 22, T. 3 S., R. 2 E., S. B. M.. System to consist of tunnels, wells, reservoirs, ditches, flumes and pipe lines.

(3) Claims 100 inches, measured as above, of the flow in Jensen's Canyon at a point about 600 feet southwesterly from the above mentioned corner.

(4) Claims 100 inches, measured as above, of the flow in Hillier Canyon to be diverted at a point located about 2500 feet in a southwesterly direction from the southeast corner of the NE¼ Section 22, T. 3 S., R. 2 E., S. B. M.. The water to be used for power and to irrigate land in the NE¼ Section 22, T. 3 S., R. 2 E., S. B. M..

(5) Claims 100 inches, measured as above, of the flow in Jensen's Canyon at a point 2600 feet in a southwesterly direction from the southeast corner of the NE¼, Section 22, T. 3 S., R. 2 E., S. B. M..

| Number | Date of Claim | Date Recorded | Book of Water Claims. No. | Page |
|---|---|---|---|---|
| (1) | Apr. 21, 1911 | Apr. 24, 1911 | 2 | 593 |
| (2) | " 24, 1911 | " 25, 1911 | 2 | 594 |
| (3) | " 24, 1911 | " 27, 1911 | 2 | 595 |
| (4) | " 24, 1911 | " 27, 1911 | 2 | 596 |
| (5) | June 17, 1911 | June 27, 1911 | 3 | 12 |

The above records are on file in the County Recorder's Office, Riverside, California.

Ratcliff and Jensen

Claims 150 inches, measured under a four inch pressure, of the flow in Skidway Canyon at a point located about 200 feet south of the south line of Section 23, T. 3 S., R. 2 E., S. B. M., and about 1700 feet east of the southwest corner of said Section 23. Water to be used for power and domestic purposes and for irrigating lands lying in Lots 7, 8, 9, 10, 11 and 12 of Section 23, T. 3 S., R. 2 E., S. B. M., and in the NE¼ Section 22, T. 3 S., R. 2 E., S. B. M.

Date of claim, October 23, 1913. Recorded November 1, 1923, in Book Number 3, of Water Claims, page 103, in the County Recorder's Office, Riverside, California.

C. F. Jost

Claims twenty-five inches, measured under a four inch pressure, of water to be developed on the SE¼, Section 31, T. 2 S., R. 1 E., S. B. M., and conveying same to Section 6, T. 3 S., R. 1 E., S. B. M., for irrigation and domestic purposes.

Date of claim not given. Recorded May 4, 1908, in Book Number 2 of Water Claims, page 205, in the County Recorder's Office, Riverside, California.

Marshall G. Jost

Claims 100 inches, measured under a four inch pressure, of water in Dunlap Canyon at a point in the E½

Section 30, T. 2 S., R. 1 E., S. B. M., for domestic and irrigation purposes. To be used in the E½ of NW¼ and NE¼, SW¼ Section 31, T. 2 S., R. 1 E., S. B. M. Date of Claim, January 12, 1915. Recorded January 13, 1915, in Book Number 3 of Water Claims, page 152, in the County Recorder's Office, Riverside, California.

Frank C. Jost

Claims 100 inches, measured under a four inch pressure, of water flowing in the street drain on the west side of Fourth Street and the north side of Westroad Avenue in Banning. Water to be used for irrigating orchards, one of which is about 400 feet south and east and the other about 1000 feet south and west of the intake. Water will be conveyed in an eight inch cement pipe. This water has been used on the above places for three years and on other places for seven years. Date of claim, March 7, 1919. Recorded March 8, 1919, in Book Number 3 of Water Claims, page 157, in the County Recorder's Office, Riverside, California.

C. C. Leary

Claims fifteen inches, measured under a four inch pressure, from springs in Section 20, T. 3 S., R. 2 E., S. B. M., at a point located about 200 feet east of the west line and about 800 feet north of the south line of Section 20, T. 3 S., R. 2 E., S. B. M. Water to be used for domestic purposes and for irrigating lands in Section

20, T. 5 S., R. 2 E., S. B. M.

Date of claim, September 10, 1914. Recorded September 19, 1914, in Book Number 5 of Book of Water Claims, page 130, in the County Recorder's Office, Riverside, California.

D. W. Lewis

Claims fifteen inches, measured under a four inch pressure, of the flow from a spring situated southeasterly from the southwest corner of the NE¼ Section 20, T. 5 S., R. 2 E., S. B. M. The water to be used for domestic purposes and for irrigating lands lying in the SW¼ of NE¼ of said Section 20.

Date of claim, August 3, 1911. Recorded August 4, 1911, in Book Number 3 of Water Claims, page 16, in the County Recorder's Office, Riverside, California.

Palm Valley Water Company

Claims from five to 2000 inches of the waters flowing in West Canyon. The water to be used for domestic and irrigation purposes in T. 4 S., R. 4 E., S. B. M.

Date of claim, October 2, 1897. Recorded October 5, 1897, in Book Number 1 of Water Claims, page 184, in the County Recorder's Office, Riverside, California.

L. H. Pritchet

Claims 200 inches, measured under a four inch pressure, of the flow in Whitewater River. Location of

intake is at the point where the notice is posted. Water to be used for irrigation in the SW¼ Section 14, T. 3 S., R. 3 E., S. B. M..

Date of Claim, September 26, 1913. Recorded, September 26, 1913, in Book Number 3 of Water Claims, page 102, in the County Recorder's Office, Riverside, California.

A. P. Ring

Claims 100 inches, measured under a four inch pressure, from a spring in Section 27, T. 3 S. R. 3 E., S.B.M. The point of diversion is N 24° 37' W.-461 feet from the southeast corner of said Section 27. The water to be used on the S½ of the SE¼ and the E½ of SW¼ of Section 22, T. 2 S., R. 3 E., S.B.M..

Claims fifty inches, measured as above, from a spring in the NE¼ Section 27, T. 3 S., R. 3 E., S.B. M.. The notice is posted at point of diversion S. 51° 25' E.-1805 feet from the northwest corner of said Section 27. The water to be used on the W½ of the SE¼ and the E½ of SW¼ of Section 22, T. 3 S., R. 3 E., S.B.M..

Date of claims, February 26, 1913. Recorded February 28, 1913, in Book Number 3 of Water Claims, page 86, in the County Recorder's Office, Riverside, California.

George D. Richey

Claims all the water flowing in Thousand Palms Canyon, on the SW¼ NE¼, and SE¼ NW¼ of Section 12, T. 4 S., R. 6 E., S. B. M., on the surface and under the surface,

at the point where this notice is posted, to the extent of 700 inches measured under a four inch pressure. The water to be used for domestic purposes and for irrigating lands lying in the S½ Section 22, T.4 S., R. 6 E., S. B. M.

Date of claim, September 21, 1914. Recorded September 30, 1914 in Book 5 of Water Claims, page 131, in the County Recorder's Office, Riverside, California.

G. W. Wood

Claims 200 inches, measured under a four inch pressure, of the flow in Stubby Canyon. The point of diversion is located in about the SW¼ Section 30, T. 2 S., R. 3 E., S. B. M. The water to be used for irrigation and domestic purposes. Date of claim June 5, 1915. Recorded June 12, 1915, in Book Number 5 of Water Claims, page 149, in the County Recorder's Office, Riverside, California.

APPLICATIONS PENDING BEFORE DIVISION OF WATER RIGHTS.

The following applications for permits to appropriate water from the Whitewater River and its tributaries were pending before the Division of Water Rights on November 1, 1925:-

Application 1044

This application was originally filed by F. E. Merrell and W. B. Baker, and has since been assigned first to Harrison Albright and Susie B. Albright, and later to the Southern Sierras Power Company, in whose name it now stands. A permit is requested covering 400 second feet of the waters of Whitewater River and its tributaries, to be diverted at a point in the NW¼ Sec. 35, T. 2 S., R. 3 E., S. B. M., and used for the purpose of generating power. It is proposed to utilize a power drop of 460 feet, indicating 20950 theoretical horsepower. It was originally contemplated to use the water for irrigation purposes after passing through the powerhouse, under Applications 499 and 835, but as these agricultural applications have recently been withdrawn, it is probably now contemplated to return the water to Whitewater River opposite the proposed powerhouse in the SE¼ SW¼ Section 7, T. 3 S., R. 4 E., S. B. M. In its original form,

the application was protested by the United States Indian Service, the Coachella Valley County Water District, Prescott T. Stevens, C. L. Flack, W. S. Talmadge, et al, the Morongo Valley Mutual Water Company, William Shay, C. O. Barker, the Southern Pacific Land Company, and the Southern Pacific Railroad Company. The protests of C. O. Barker, William Shay, and the Morongo Valley Mutual Water Company have since been withdrawn, and as it is no longer contemplated to use the water for irrigation purposes after passing through the powerhouse, it is possible that some of the other protests may be withdrawn. The Southern Sierras Power Company has been granted until December 1, 1923, to make a decision as to whether or not it desires to proceed under this application.

Application 1685

This application was filed by the Coachella Valley County Water District, requesting a permit to spread twenty second feet of the waters of Tahquitz Creek, at a point in the SW¼ NE¼ Section 23, T.4 S., R. 4 E., S. B. M., for the purpose of conserving flood waters for use in replenishing the underground water supply of Coachella Valley. The application was protested by the United States Indian Service. Action upon the application has been withheld pending the adoption of a policy by the

Division of Water Rights relative to spreading applications.

Application 2088

This application was filed by the Southern Sierras Power Company, requesting a permit to divert 57.5 second feet from the North Fork of Whitewater River and 57.5 second feet from the South Fork of Whitewater River, at points in the NE¼ SE¼ Section 23, T. 1 S., R. 2 E., S. B. M., and in the NE¼ N E¼ Section 34, T. 1 S., R. 2 E., S. B. M., respectively, to be used for the purpose of generating power. It is proposed to utilize a power drop of 1340 feet, indicating 13420 theoretical horsepower. After passing through the powerhouse, the water would be returned to Whitewater River at a point in Section 5, T. 2 S., R. 3 E., S. B. M. The application was protested by the Southern Pacific Land Company, but this protest has since been withdrawn. The applicant has been granted until December 1, 1923, to make a decision as to whether or not it desires to proceed under this application.

Application 2089

This application was filed by the Southern Sierras Power Company, requesting a permit to divert 15 second feet from Whitewater River, at a point in the NW¼ SE¼ Section 5, T. 2 S., R. 3 E., S. B. M., to be used

for the purpose of generating power. It is proposed to utilize a power drop of [illegible] feet, indicating [illegible] theoretical horsepower. After passing through the powerhouse, the water would be returned to Whitewater River at a point in Section [illegible], T. [illegible] S., R. [illegible] E., [illegible]. The application was protested by the Southern Pacific Land Company, but this protest has since been withdrawn. The applicant has been granted until December 1, [illegible], to make a decision as to whether or not it desires to proceed under this application.

Application 2589

This application was filed by Stuart D. Allen, requesting a permit covering two second feet of the waters of Whitewater River, to be diverted at a point in the SW¼ NE¼ Section 24, T. [illegible] S., R. [illegible] E., S. B. M., and to be used for the irrigation of 160 acres of land situated in the NW¼ Section [illegible], T. [illegible] S., R. 4 E., S.B.M. The application was protested by the United States Indian Service and by the Coachella Valley County Water District. Action upon the application has been withheld pending the results of the field investigation made by the Division of Water Rights in the Whitewater River Adjudication Proceedings.

Application 3922

This application was filed by the Coachella Valley County Water District requesting a permit to spread the flood waters of Whitewater River and all of its tributaries at the mouths of the canyons of the respective streams, for the purpose of conserving such flood waters for use in replenishing the underground water supply of Coachella Valley. The various points of diversion and the amounts of water filed on at each of such points, are shown in Table 48. The application was protested by the United States Indian Service. Action upon the application has been withheld pending the adoption of a policy by the Division of Water Rights relative to spreading applications.

Application 5013

This application was filed by Prescott T. Stevens, requesting a permit to divert ten second feet from the Whitewater River, at a point in the NW¼ NE¼ Section 2, T.3 S., R. 3 E., S. B. M., to be used for the purpose of generating power. It is proposed to utilize a power drop of 180 feet, indicating 205 theoretical horsepower. After passing through the powerhouse, the water would be conveyed through the existing Stevens Ditch to Palm Springs, and there used for irrigation purposes under rights claimed

by virtue of a filing made prior to the enactment of the Water Commission Act (see Application 12-886).

The application has been protested by Talmadge Brothers and by Andrew J. Warner and Clara Warner. Action upon the application has been withheld pending the results of the field investigation made by the Division of Water Rights in the Whitewater River Adjudication Proceedings.

Application 3253

This application was filed by Herbert F. Nelles, requesting a permit to divert two second feet from Cottonwood Canyon, at a point in the SW¼ NE¼ Sec. 32, T. 2 S R. 3 E., S. B. M., to be used for domestic purposes and for the irrigation of 320 acres of land situated in the S½ Sec. 9, T. 3 S., R. 3 E., S. B. M.. The application was protested by the Coachella Valley County Water District. An answer to the protest was filed by the applicant on October 22, 1923 and the application is now ready for a hearing.

Application 3276

This application was filed by Grace S. Nelles, requesting a permit to divert three second feet from Snow Creek at a point in the NW¼ NW¼ Section 28, T. 3 S., R. 5 E., S. to be used for the irrigation of 320 acres of land situated in the E½ Section 8, T. 3 S., R. 5 E., S. B. M.. The application was protested by the Coachella Valley County Water District, the Southern Sierras Power Company, the Southern Pacific Company and the Southern Pacific Railroad Company.

Answers to the protests have been filed by the applicant, and the application is now ready for a hearing.

Application 5287

This application was filed by Ruth S. Wells, requesting a permit to divert three second feet from Snow Creek, at a point in the NW¼ NW¼ Section 28, T. 3 S., R. 3 E., S. B. M., to be used for the irrigation of 320 acres of land situated in the W½ Section 8, T. 3 S., R. 3 E., S. B. M.. The application was protested by the Coachella Valley County Water District, the Southern Sierras Power Company, the Southern Pacific Company and the Southern Pacific Railroad Company. The applicant has been allowed until November 22, 1923, to answer the protests.

U. S. Indian Irrigation Service
311 FEDERAL BUILDING
LOS ANGELES, CALIFORNIA

TABLES

ACC0000188

LHR0005661

ACC-HRA001164

RUN-OFF RECORDS OF COACHELLA VALLEY COUNTY WATER DISTRICT

DAILY DISCHARGE, in Second Feet, of WHITEWATER RIVER at Station No. 4, Located in SE¼ NW¼ Sec 35, T2S, R3E, S.B.M., for the Year ending September 30, 1920.

| Day | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5.80 | 6.70 | 8.00 | 8.00 | 8.51 | 124.55 | 3.93 | 20.69 | 27.83 | 33.70 | 29.88 | 24.96 |
| 2 | 5.85 | 6.69 | 8.00 | 8.00 | 8.51 | 265.00 | 5.90 | 20.92 | 28.00 | 33.90 | 45.05 | 25.19 |
| 3 | 5.90 | 6.69 | 8.00 | 8.00 | 8.51 | 53.00 | 7.87 | 21.15 | 28.20 | 34.10 | 38.10 | 25.42 |
| 4 | 5.95 | 6.68 | 40.00 | 8.00 | 12.70 | 2.40 | 9.84 | 21.38 | 28.40 | 33.94 | 13.96 | 25.65 |
| 5 | 6.00 | 6.68 | 16.00 | 8.00 | 21.00 | 1.16 | 11.81 | 21.61 | 28.60 | 33.78 | 15.53 | 25.88 |
| 6 | 6.05 | 6.67 | 14.00 | 8.00 | 20.00 | 1.16 | 13.78 | 21.84 | 28.80 | 33.62 | 17.10 | 26.11 |
| 7 | 6.10 | 6.66 | 12.00 | 8.63 | 20.00 | 1.16 | 15.75 | 22.07 | 29.00 | 33.46 | 18.67 | 26.34 |
| 8 | 6.15 | 6.66 | 10.00 | 10.00 | 21.50 | 1.16 | 20.24 | 22.30 | 29.20 | 33.30 | 20.24 | 26.57 |
| 9 | 6.20 | 6.65 | 10.00 | 12.55 | 17.68 | 1.16 | 24.00 | 22.53 | 29.40 | 33.14 | 21.81 | 26.80 |
| 10 | 6.25 | 6.65 | 9.41 | 11.16 | 13.50 | 1.50 | 24.00 | 22.76 | 29.60 | 33.05 | 23.38 | 27.03 |
| 11 | 6.30 | 6.64 | 9.18 | 9.77 | 10.25 | 1.20 | 50.21 | 22.99 | 29.80 | 32.96 | 24.96 | 27.26 |
| 12 | 6.35 | 6.63 | 8.94 | 8.38 | 10.00 | 1.20 | 34.10 | 23.22 | 30.00 | 32.80 | 25.19 | 27.49 |
| 13 | 6.40 | 6.62 | 8.60 | 8.00 | 9.75 | 1.20 | 46.25 | 23.45 | 30.10 | 32.64 | 25.42 | 27.72 |
| 14 | 6.45 | 6.61 | 8.46 | 8.00 | 9.25 | 1.20 | 92.95 | 23.68 | 30.30 | 32.48 | 25.65 | 27.95 |
| 15 | 6.50 | 6.60 | 8.22 | 8.00 | 8.92 | 1.20 | 92.95 | 23.91 | 30.50 | 32.32 | 25.88 | 28.18 |
| 16 | 6.55 | 6.599 | 8.21 | 8.00 | 8.92 | 1.20 | 92.95 | 24.14 | 30.70 | 32.16 | 26.11 | 28.41 |
| 17 | 6.60 | 6.71 | 8.20 | 9.00 | 8.92 | 1.20 | 17.47 | 24.37 | 30.90 | 32.00 | 26.34 | 28.64 |
| 18 | 6.65 | 6.82 | 8.20 | 9.00 | 8.92 | 1.20 | 17.70 | 24.60 | 31.10 | 31.84 | 26.57 | 28.87 |
| 19 | 6.70 | 6.93 | 8.19 | 9.00 | 13.00 | 1.20 | 17.93 | 24.83 | 31.30 | 31.68 | 26.80 | 29.10 |
| 20 | 6.75 | 7.04 | 8.18 | 9.02 | 18.40 | 5.50 | 18.16 | 25.06 | 31.50 | 31.52 | 27.03 | 29.33 |
| 21 | 6.798 | 7.15 | 8.17 | 9.00 | 105.50 | 19.00 | 18.39 | 25.29 | 31.70 | 31.36 | 27.26 | 29.56 |
| 22 | 6.79 | 7.26 | 8.17 | 9.00 | 763.00 | 96.00 | 18.62 | 25.52 | 31.90 | 31.20 | 27.49 | 29.79 |
| 23 | 6.78 | 7.36 | 8.16 | 8.00 | 64.00 | 6.00 | 18.85 | 25.75 | 32.10 | 31.00 | 27.72 | 30.02 |
| 24 | 6.77 | 7.46 | 8.15 | 8.00 | 1.28 | 5.00 | 19.08 | 25.98 | 32.30 | 30.84 | 40.80 | 30.25 |
| 25 | 6.76 | 7.568 | 8.14 | 8.00 | 1.38 | 4.00 | 19.31 | 26.21 | 32.50 | 30.68 | 13.96 | 30.49 |
| 26 | 6.75 | 7.67 | 8.13 | 7.64 | 1.48 | 3.00 | 19.54 | 26.44 | 32.70 | 30.52 | 15.53 | 30.72 |
| 27 | 6.74 | 7.77 | 8.12 | 8.00 | 1.58 | 2.87 | 19.77 | 26.67 | 32.90 | 30.36 | 17.10 | 30.95 |
| 28 | 6.73 | 7.88 | 8.12 | 8.00 | 1.58 | 2.50 | 20.00 | 26.90 | 33.10 | 30.20 | 18.67 | 31.18 |
| 29 | 6.72 | 7.99 | 8.11 | 8.00 | 1.58 | 2.00 | 20.23 | 27.13 | 33.29 | 30.04 | 20.24 | 31.41 |
| 30 | 6.719 | 8.10 | 8.11 | 7.55 | | 1.44 | 20.46 | 27.36 | 33.50 | 29.88 | 21.81 | 31.64 |
| 31 | 6.70 | | 8.10 | 8.51 | | 1.44 | | 27.59 | | 29.72 | 23.38 | |
| Tot. Sec. Ft. Days | 199.75 | 210.14 | 309.27 | 266.21 | 1200.72 | 611.80 | 812.04 | 748.34 | 919.22 | 994.19 | 757.63 | 848.91 |
| Mean Sec. Ft. | 6.44 | 7.004 | 9.98 | 8.59 | 41.40 | 19.74 | 27.07 | 24.14 | 30.64 | 32.07 | 24.44 | 28.30 |
| Total Ac. Ft. | 396 | 416 | 612 | 527 | 2377 | 1211 | 1608 | 1482 | 1820 | 1968 | 1500 | 1681 |

RUN-OFF RECORDS OF COACHELLA VALLEY COUNTY WATER DISTRICT

DAILY DISCHARGE, in Second Feet, of SNOW AND FALL CREEKS, at Station Located in NW¼ NW¼ Sec. 33, 4 S, R 3 E, S. B. M., for the Year ending September 30, 1920.

| Day | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | July | Aug | Sept |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4.0 | 4.0 | 5.0 | 5.0 | 6.00 | 40.00 | 21.00 | 23.00 | 21.00 | 12.00 | 8.74 | 7.40 |
| 2 | | | | | 6.00 | 62.00 | 22.00 | 23.00 | 20.00 | 12.00 | 9.00 | 7.00 |
| 3 | | | | | 6.00 | 37.00 | 23.00 | 23.00 | 20.00 | 12.00 | 9.00 | 7.00 |
| 4 | | | | | 6.00 | 23.00 | 25.00 | 23.00 | 20.00 | 12.00 | 9.00 | 7.00 |
| 5 | | | | | 6.00 | 20.00 | 30.00 | 23.00 | 20.47 | 12.00 | 9.00 | 7.00 |
| 6 | | | | | 6.00 | 19.00 | 32.31 | 23.00 | 20.00 | 12.00 | 9.00 | 7.00 |
| 7 | | | | | 6.00 | 18.00 | 33.00 | 23.00 | 20.00 | 12.00 | 9.00 | 7.00 |
| 8 | | | | | 7.00 | 17.00 | 34.00 | 22.00 | 20.00 | 12.00 | 9.00 | 7.00 |
| 9 | | | | | 7.00 | 17.00 | 34.00 | 22.00 | 19.00 | 12.00 | 9.00 | 7.00 |
| 10 | | | | 5.08 | 7.00 | 17.00 | 34.00 | 22.00 | 19.00 | 12.00 | 9.00 | 7.00 |
| 11 | | | | 5.00 | 7.00 | 17.00 | 34.00 | 22.00 | 18.00 | 12.00 | 9.00 | 7.00 |
| 12 | | | | 5.00 | 7.00 | 17.00 | 33.00 | 22.00 | 18.00 | 12.00 | 9.00 | 7.00 |
| 13 | | | | 5.00 | 7.00 | 17.00 | 33.00 | 22.00 | 17.00 | 11.00 | 9.00 | 7.00 |
| 14 | | | | 5.00 | 7.00 | 17.00 | 32.00 | 22.00 | 17.00 | 11.00 | 9.00 | 7.00 |
| 15 | | | | 5.00 | 7.00 | 16.33 | 32.00 | 22.00 | 17.00 | 11.00 | 9.00 | 7.00 |
| 16 | | | | 5.00 | 7.00 | 15.00 | 31.00 | 22.00 | 16.00 | 11.00 | 8.00 | 7.00 |
| 17 | | | | 5.00 | 8.00 | 16.00 | 31.00 | 22.00 | 16.00 | 11.00 | 8.00 | 7.00 |
| 18 | | | | 5.00 | 8.00 | 16.00 | 31.00 | 22.00 | 15.00 | 11.00 | 8.00 | 7.00 |
| 19 | | | | 5.00 | 9.00 | 16.00 | 30.00 | 22.00 | 15.00 | 11.00 | 8.00 | 7.00 |
| 20 | | | | 5.00 | 10.00 | 16.00 | 30.00 | 22.00 | 15.00 | 11.00 | 8.00 | 7.00 |
| 21 | | | | 5.00 | 20.00 | 17.00 | 29.00 | 22.00 | 15.00 | 11.00 | 8.00 | 7.00 |
| 22 | | | | 5.00 | 74.00 | 20.00 | 29.00 | 21.00 | 14.00 | 11.00 | 8.00 | 7.00 |
| 23 | | | | 5.00 | 30.00 | 20.00 | 28.00 | 21.00 | 14.00 | 10.00 | 8.00 | 6.62 |
| 24 | | | | 5.00 | 17.00 | 19.00 | 27.00 | 21.00 | 14.00 | 10.00 | 8.00 | 7.00 |
| 25 | | | | 5.00 | 14.00 | 19.00 | 26.00 | 21.00 | 14.00 | 10.00 | 8.00 | 7.00 |
| 26 | | | | 5.00 | 12.00 | 19.00 | 25.00 | 21.00 | 13.00 | 10.00 | 8.00 | 7.00 |
| 27 | | | | 5.93 | 11.00 | 18.00 | 25.00 | 21.00 | 13.00 | 10.00 | 8.00 | 7.00 |
| 28 | | | | 5.64 | 22.16 | 18.00 | 24.00 | 21.00 | 13.00 | 10.00 | 8.00 | 7.00 |
| 29 | | | | 6.00 | 25.00 | 18.00 | 23.68 | 21.00 | 12.16 | 10.00 | 8.00 | 7.00 |
| 30 | | 4.0 | | 6.00 | | 18.00 | 23.00 | 21.00 | 12.00 | 10.00 | 8.00 | 7.00 |
| 31 | 4.0 | | 5.0 | 6.00 | | 20.00 | | 21.00 | | 10.00 | 8.00 | |
| Tot. Sec. Ft. Days | 124.0 | 120.0 | 155.0 | 159.66 | 365.16 | 640.33 | [illegible]63.79 | 679.00 | 497.63 | 344.00 | 262.74 | 210.02 |
| Mean | 4.0 | 4.0 | 5.0 | 5.12 | 12.60 | 20.65 | 28.79 | 21.95 | 16.59 | 11.10 | 8.[illegible] | [illegible] |
| Acre Ft. | 246 | 238 | 307 | 314 | 723 | 1267 | 1710 | 1344 | 985 | 681 | 520 | [illegible] |

DAILY DISCHARGE, in Second Feet, of TAHQUITZ CREEK at Station Located in NE¼ SW¼ Sec 22, T4S, R4E, S.B.M., for the Year ending September 30, 1920

| Day | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | 43.61 | 13.00 | 46.00 | 22.40 | .70 | | |
| 2 | | | | | | 50.00 | 12.93 | 46.00 | 21.60 | .50 | | |
| 3 | | | | | | 40.00 | 14.00 | 45.00 | 20.80 | .30 | | |
| 4 | | | | | | 30.00 | 15.00 | 44.00 | 20.00 | | | |
| 5 | | | | | | 20.00 | 16.00 | 43.00 | 16.73 | | | |
| 6 | | | | | | 18.00 | 17.00 | 43.00 | 20.00 | | | |
| 7 | | | | | | 17.00 | 17.00 | 42.00 | 20.00 | | | |
| 8 | | | | | | 16.00 | 21.18 | 41.00 | 23.22 | | | |
| 9 | | | | | | 15.00 | 23.00 | 41.00 | 20.00 | | | |
| 10 | | | | | | 14.00 | 24.00 | 40.00 | 19.85 | | | |
| 11 | | | | | | 13.00 | 25.00 | 39.21 | 18.70 | | | |
| 12 | | | | | | 12.00 | 26.00 | 38.41 | 17.55 | | | |
| 13 | | | | | | 11.83 | 27.00 | 37.60 | 16.40 | | | |
| 14 | | | | | | 11.00 | 29.00 | 36.80 | 15.25 | | | |
| 15 | | | | | | 11.00 | 31.00 | 36.00 | 14.10 | | | |
| 16 | | | | | | 10.00 | 33.00 | 35.20 | 13.95 | | | |
| 17 | | | | | | 10.00 | 34.00 | 34.40 | 12.80 | | | |
| 18 | | | | | | 10.00 | 35.00 | 33.60 | 11.65 | | | |
| 19 | | | | | | 10.63 | 37.00 | 32.80 | 10.50 | | | |
| 20 | | | | | | 11.00 | 38.00 | 32.00 | 9.55 | | | |
| 21 | | | | | 24.30 | 12.00 | 40.00 | 31.20 | 8.60 | | | |
| 22 | | | | | 67.00 | 13.00 | 41.00 | 30.40 | 7.65 | | | |
| 23 | | | | | 50.00 | 13.00 | 43.00 | 29.60 | 6.70 | | | |
| 24 | | | | | 30.00 | 12.00 | 44.00 | 28.80 | 5.75 | | | |
| 25 | | | | | 14.89 | 12.00 | 45.00 | 28.00 | 4.80 | | | |
| 26 | | | | | 11.00 | 12.00 | 46.00 | 27.20 | 3.85 | | | |
| 27 | | | | | 10.00 | 12.00 | 46.00 | 26.40 | 2.90 | | | |
| 28 | | | | | 15.00 | 12.00 | 46.00 | 25.60 | 1.95 | | | |
| 29 | | | | | 30.00 | 12.00 | 46.00 | 24.80 | 1.00 | | | |
| 30 | | | | | | 12.00 | 46.00 | 24.00 | .90 | | | |
| 31 | | | | | | 13.00 | | 23.00 | | | | |
| Tot. Sec Ft. Days | | | | | 252.19 | 509.07 | 931.11 | 1086.22 | 389.15 | 1.5 | | |
| Mean Sec Ft. | | | | | | 16.42 | 31.04 | 35.04 | 12.97 | | | |
| Total Ac. Ft. | | | | | | 1008 | 1844 | 2161 | 772 | 3 | | |