RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone:  (951) 686-1450
Facsimile:  (951) 686-3083

Attorneys for Defendant
DESERT WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No. 5:13-cv-00883-JGB (SPx)<br>Judge:   Hon. Jesus G. Bernal<br><br>**DESERT WATER AGENCY'S NOTICE OF ERRATA RE:  OPPOSITIONS TO THE MOTIONS FOR SUMMARY JUDGMENT OF THE AGUA CALIENTE BAND OF CAHUILLA INDIANS (DOC. 95) AND THE UNITED STATES (DOC 96)**<br><br>**Date:       February 9, 2015**<br>**Time:       9:00 a.m.**<br>**Dept.:       Courtroom 1**<br>Action Filed:    May 14, 2014<br>Trial Date:       Feb. 3, 2015 |

01358.00008\9459247.1

NOTICE OF ERRATA
5:13-CV-00883-JGB (SPX)

**PLEASE TAKE NOTICE** that Desert Water Agency's oppositions to the motions for summary judgment of the Agua Caliente Band of Cahuilla Indians (Doc. 95) and the United States (Doc. 96), contained the following errata:

On the cover page and page 1, line 4, of Document 95, and on page 1, line 5 of Document 96, the reference to the "Agua Caliente Band of Mission Indians" is incorrect. The correct reference is "Agua Caliente Band of Cahuilla Indians."

Dated: December 10, 2014  BEST BEST & KRIEGER LLP


By: */s/ Roderick E. Walston*
    RODERICK E. WALSTON
    ARTHUR L. LITTLEWORTH
    GENE TANAKA
    PIERO C. DALLARDA
    STEVEN G. MARTIN

Attorneys for Defendant
DESERT WATER AGENCY

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596