RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone:  (951) 686-1450
Facsimile:  (951) 686-3083

Attorneys for Defendant
DESERT WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No.  CV 13-00883-JGB (SPx)<br>Judge:    Hon. Jesus G. Bernal<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed:  May 14, 2014<br>Trial Date:    Feb. 3, 2015 |

01358.00008\9461269.1

PROOF OF SERVICE
CV 13-00883-JGB (SPX)

# PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Best Best & Krieger LLP, 2001 N. Main Street, Suite 390, Walnut Creek, California 94596. On December 11, 2014, I served the following document(s):

**DESERT WATER AGENCY'S NOTICE OF ERRATA RE: OPPOSITIONS TO THE MOTIONS FOR SUMMARY JUDGMENT OF THE AGUA CALIENTE BAND OF CAHUILLA INDIANS (DOC. 95) AND THE UNITED STATES (DOC 96)**

by transmitting via electronic transmission to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Central District of California. Federal Rule of Civil Procedure § 5(b)(2)(E)

| | |
|---|---|
| Catherine F. Munson, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>607 Fourteenth Street NW, Suite 900<br>Washington, DC 20005<br><br>Tel: (202)-508-5844<br>Fax: (202) 585-0007<br>cmunson@kilpatricktownsend.com<br>kharper@kilpatricktownsend.com | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Thierry R. Montoya<br>David J. Masutani<br>AlvaradoSmith, APC<br>633 W. Fifth Street<br>Suite 1100<br>Los Angeles, CA 90071<br><br>Tel: (213) 229-2400<br>Fax: (213) 229-2499<br>dmasutani@alvaradosmith.com | Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |

01358.00008\9461269.1     - 1 -     PROOF OF SERVICE
CV 13-00883-JGB (SPX)

| | |
|---|---|
| Heather Whiteman Runs Him, Esq.<br>Steven C. Moore, Esq.<br>Native American Rights Fund<br>1506 Broadway<br>Boulder, CO 80302<br><br>Tel:  (303) 447-8760<br>Fax: (303) 442-7776<br>heatherw@narf.org<br>smoore@narf.org | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Mark H. Reeves, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>Enterprise Mill<br>1450 Greene St., Suite 230,<br>Augusta, GA  30901<br><br>Tel:  (706) 823-4206<br>Fax: (706) 828-4488<br>mreeves@kilpatricktownsend.com | Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians |
| Gerald D. Shoaf, Esq.<br>Steven B Abbott, Esq.<br>Redwine & Sherrill<br>1950 Market Street<br>Riverside, CA 92501-1704<br><br>Tel:  951-684-2520<br>Fax: 951-684-9583<br>sabbott@redwineandsherrill.com<br>gshoaf@redwineandsherrill.com | Attorney for Defendants Coachella Valley Water District, Franz De Klotz, Ed Pack, John Powell, Jr., Peter Nelson, Debi Livesay |

Executed on December 11, 2014 at Walnut Creek, California.

*/s/ Irene Islas*
Irene Islas