1  STEVEN B. ABBOTT (SBN 125270)
2  sabbott@redwineandsherrill.com
   GERALD D. SHOAF (SBN 41084)
3  gshoaf@redwineandhserrill.com
4  JULIANNA K. TILLQUIST (SBN 180552)
   jtillquist@redwineandsherrill.com
5  REDWINE AND SHERRILL
   ATTORNEYS AT LAW
6  1950 MARKET STREET
7  RIVERSIDE, CA 92501
   PHONE (951) 684-2520
8  FACSIMILE (951) 684-9583
9
10 Attorneys for Defendants,
   COACHELLA VALLEY WATER
11 DISTRICT, FRANZ DE KLOTZ, ED PACK,
   JOHN POWELL, JR., PETER NELSON,
12 and DEBI LIVESAY, in their official
13 capacities as members of the Board of
   Directors of the COACHELLA VALLEY
14 WATER DISTRICT
15
16                UNITED STATES DISTRICT COURT
17        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
18

| | |
|---|---|
| 19  AGUA CALIENTE BAND OF<br>20  CAHUILLA INDIANS,<br>21              Plaintiff,<br>22      vs.<br>23  COACHELLA VALLEY WATER<br>24  DISTRICT, et al.<br>25  Defendants.<br>26  _____<br>27  UNITED STATES OF AMERICA<br>        Plaintiff-in-Intervention<br>28  _____ | ED CV 13-00883 JGB-(SPx)<br><br>Action Filed May 14, 2013<br><br>**COACHELLA VALLEY WATER DISTRICT'S UNOPPOSED MOTION TO SUBSTITUTE DEFENDANTS SUED IN THEIR OFFICIAL CAPACITIES**<br>**[F.R. Civ. P. Rule 25(d)]** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant COACHELLA VALLEY WATER DISTRICT ("CVWD") hereby moves pursuant to Rule 25(d) of the Federal Rules of Civil Procedure for an order substituting (1) G. PATRICK O'DOWD, in his official capacity as a Member of the Board of Directors of the COACHELLA VALLEY WATER DISTRICT as a defendant to both the Complaint for Declaratory and Injunctive Relief (Doc. 1) and the Plaintiff-Intervenor United States' Complaint in Intervention (Doc. 71), in place of FRANZ DE KLOTZ, in his official capacity as a Member of the Board of Directors of COACHELLA VALLEY WATER DISTRICT; and (2) CASTULO R. ESTRADA, in his official capacity as a Member of the Board of Directors of the COACHELLA VALLEY WATER DISTRICT as a defendant to both the Complaint for Declaratory and Injunctive Relief (Doc. 1) and the Plaintiff-Intervenor United States' Complaint in Intervention (Doc. 71) in place of DEBI LIVESAY, in her official capacity as a member of the Board of Directors of COACHELLA VALLEY WATER DISTIRCT.

This motion is made on the grounds that the terms of office of Franz DeKlotz and Debi Livesay have expired, and G. Patrick O'Dowd and Castulo R. Estrada, respectively, have been duly elected and sworn into office as their successors.

Counsel for CVWD has contacted counsel for Plaintiff, AGUA CALIENTE BAND OF CAHUILLA INDIANS, Plaintiff in Intervention, UNITED STATES OF

AMERICA, and Defendant, DESERT WATER AGENCY and its defendant directors in their official capacities, and is authorized to state that they do not oppose this motion.

Dated: December 23, 2014

                                  Respectfully Submitted,
                                  REDWINE AND SHERRILL

By:  /s/ Steven B. Abbott
       STEVEN B. ABBOTT
       sabbott@redwineandsherrill.com
       Attorney for Defendants
       COACHELLA VALLEY WATER DISTRICT,
       FRANZ DE KLOTZ, ED PACK,
       JOHN POWELL, JR., PETER NELSON,
       and DEBI LIVESAY, in their official
       capacities as members of the Board of
       Directors of the COACHELLA VALLEY
       WATER DISTRICT
       1950 Market Street
       Riverside, CA 92501
       (951) 682-7838 Telephone
       (951) 684-9583 Facsimile