STEVEN B. ABBOTT (SBN 125270)
sabbott@redwineandsherrill.com
GERALD D. SHOAF (SBN 41084)
gshoaf@redwineandhserrill.com
JULIANNA K. TILLQUIST (SBN 180552)
jtillquist@redwineandsherrill.com
REDWINE AND SHERRILL
ATTORNEYS AT LAW
1950 MARKET STREET
RIVERSIDE, CA 92501
PHONE (951) 684-2520
FACSIMILE (951) 684-9583

Attorneys for Defendants,
COACHELLA VALLEY WATER DISTRICT, FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR., PETER NELSON, and DEBI LIVESAY, in their official capacities as members of the Board of Directors of the COACHELLA VALLEY WATER DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, <br><br> Plaintiff, <br><br> vs. <br><br> COACHELLA VALLEY WATER DISTRICT, et al. <br><br> Defendants. <br>_____ <br> UNITED STATES OF AMERICA <br> Plaintiff-in-Intervention <br>_____ | ED CV 13-00883 JGB-(SPx) <br><br> Action Filed May 14, 2013 <br><br> **INDEX OF CVWD EXHIBITS FOR PHASE I SUMMARY JUDGMENT MOTIONS** <br><br> Date: February 9, 2015 <br> Time: 9:00 a.m. <br> Courtroom 1 |

# INDEX OF EXHIBITS

**REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS IN SUPPORT OF MOTION FOR CVWD DEFENDANTS FOR SUMMARY JUDGMENT (DOC. 82-5)**

| **Exhibit** | **Document** |
|---|---|
| A. | Treaty of Guadalupe Hidalgo, 9 Stat. 922 (1848) [A-4 to A-27]; |
| B. | An Act to ascertain and settle the private Land Claims in the State of California, 9 Stat. 631 (1851) [B-28 to B-33]; |
| C. | An Act to provide for the better Organization of Indian Affairs in California, 13 Stat. 39 (1864) [C-34 to C-37]; |
| D. | An Act to incorporate the Texas Pacific Railroad, 15 Stat. 573 (1871) [D-38 to D-45]; |
| E. | An act for the relief of the Mission Indians in the State of California, 26 Stat. 712 (1891) [E-46 to E-50]; |
| F. | An act to authorize the Secretary of the Interior to carry into effect certain recommendations of the Mission Indian commission, and to issue patents for certain lands, 27 Stat. 61 (1892) [F-51 to F-53]; |

G. Amendment to the Mission Indian Relief Act, 34 Stat. 1022 (1907) [G-54 to G-57];

H. Presidential Executive Order of May 15, 1876, setting aside lands for the Agua Caliente reservation. *Jenkins v. Collard*, 145 U.S. 546, 560-61, 12 S. Ct. 868, 36 L. Ed. 812 (1892) [H-58 to H-60];

I. Presidential Executive Order of September 29, 1877, expanding the Agua Caliente Reservation. *Jenkins v. Collard*, 145 U.S. 546, 560-61, 12 S. Ct. 868, 36 L. Ed. 812 (1892) [I-61 to I-65];

J. Presidential Executive Order of December 29, 1891, \ including land recommended by the Smiley Commission. *Jenkins v. Collard*, 145 U.S. 546, 560-61, 12 S. Ct. 868, 36 L. Ed. 812 (1892) [J-66 to J-67].

**DECLARATION OF GERALD D. SHOAF IN SUPPORT OF CVWD'S MOTION FOR SUMMARY JUDGMENT (DOC. 82-3)**

| Exhibit # | Document |
| --- | --- |
| 1 | RESPONSES TO REQUEST FOR ADMISSION OF DEFENDANT CVWD TO PLAINTIFF AGUA |

CALIENTE BAND OF CAHUILLA INDIANS (SET NO. 2), Request No. 23.

2. RESPONSES TO REQUESTS FOR ADMISSION OF DEFENDANT CVWD TO PLAINTIFF AGUA CALIENTE BAND OF CAHUILLA INDIANS (SET NO.1), Request No. 11.

3. 1862 Annual Commissioner of Indian Affairs Report to Congress, pages 191-92;

4. 1865 Annual Commissioner of Indian Affairs Report to Congress, page 13;

5. 1867 Annual Acting Commissioner of Indian Affairs Report to Congress, page 17;

6. 1871 Annual Commissioner of Indian Affairs Report to Congress, page 19;

7. 1873 Annual Commissioner of Indian Affairs Report to Congress, pages 29-31;

8. 1877 Annual Commissioner of Indian Affairs Report to Congress, pages 35 through 38;

9. 1888 Senate Committee on Indian Affairs Report;

10. 1889 Annual Commissioner of Indian Affairs Report to Congress, page 59;

| | | |
|---|---|---|
| 11. | | Letter from Commissioner of Indian Affairs T.J. Morgan to Messrs. Smiley, Morse and Painter, dated January 31, 1891; |
| 12. | | Smiley Commission Report of December 1891; |
| 13. | | Message from the President of the United States, dated January 25, 1892, with attached letter to the President from the Secretary of the Interior dated January 23, 1892; |
| 14. | | Trust Patent, May 14, 1896; |
| 15. | | Trust Patent, October 29, 1906; |
| 16. | | Trust Patent, January 5, 1911; |
| 17. | | Trust Patent, March 29, 1923; |
| 18. | | 1855-56 US Government Land Survey Map; |
| 19. | | "Aboriginal occupation at Tahquitz Canyon," page 51; |
| 20. | | 1888 Proposed Agreement between Indian Agent Preston and the Palm Valley Water Company for surface water supply for Tribe; |
| 21. | | 1888 Agreement between Indian Agent Preston and BB Barney for surface water supply for tribe in exchange for right-of-way; |
| 22. | | Henry Ryan Report to Indian Agent Estudillo, dated January 16, 1894; |

23. 1894 Letter from Henderson to Painter regarding Tribe's dire situation involving domestic water supply from Tahquitz Ditch;

24. 1898 Inspector Nesler's report to the Secretary of the Interior;

25. Supervisor Holland's 1900 Report to the Commissioner; regarding water supply for the Agua Caliente Tribe;

26. 1903 Commissioner of Indian Affairs Annual Report;

27. Report by Superintendent of Irrigation Butler to Commission of Indian Affairs, dated August 22, 1903;

28. Report by Special Inspector Levi Chubbuck to Commission of Indian Affairs, dated February 2, 1906;

29. 1906 Inspector Chubbuck's report to Secretary, dated February 24, 1906;

30. 1906, Chief Engineer Code to Secretary;

31. Kelsey Report to Commissioner dated August 8, 1906 re: "Condition of the California Indians";

32. 1907 Kelsey Report to Commissioner;

33. 1907 Commissioner's Annual report;

34. 1907, Superintendent of Irrigation Ollny to Code;

35. 1908, Kelsey to Code, Chief Engineer;

| | | |
|---|---|---|
| 36. | | 1909 Lebacho letter re: purpose of construction of Tahquitz Ditch; |
| 37. | | 1911 Agreement between United States and Non-Indians concerning Tahquitz Creek water allocation; |
| 38. | | 1911 Administrative Farmer's letter to Olberg; |
| 39. | | 1918 "History of Irrigation-Agua Caliente Reservation"; |
| 40. | | 1924 Indian Defense Association of Santa Barbara report regarding Agua Caliente Tribe; |
| 41. | | 1924 Palmer Report to Dr. Blair; |
| 42. | | 1924 Clotts Report to Commissioner; |
| 43. | | May 8, 1925 Ellis letter to Commissioner; |
| 44. | | August 13, 1925 Ellis letter to Commissioner; |
| 45. | | 1931 Supervising Engineer Wathen to Director of Irrigation; |
| 46. | | 1936 Agua Caliente Tribal Committee letter to Secretary; |
| 47. | | 1936 Supervising Engineer Engle to Commissioner with Memo regarding Agua Caliente Water Rights; |
| 48. | | 1939 District Counsel Humphrys' letter to Director of Irrigation Wathen; |
| 49. | | 1940 Draft Agreement to replace 1911 Agreement regarding Tahquitz Creek Water allocation; |

| | |
|---|---|
| 50. | Report by Special Attorney of the Mission Indians, William Collier, to Commission of Indian Affairs, dated August 8, 1906. |

**DECLARATION OF GERALD D. SHOAF IN SUPPORT OF CVWD'S OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT BY AGUA CALIENTE BAND OF CAHUILLA INDIANS AND BY THE UNITED STATES OF AMERICA (DOC. 92-3)**

| <u>Exhibit #</u> | <u>Document</u> |
|---|---|
| 51. | RESPONSES TO REQUESTS FOR ADMISSION OF DEFENDANT CVWD TO PLAINTIFF AGUA CALIENTE BAND OF CAHUILLA INDIANS (SET NO. 1), Request No. 19 to Request No. 21. |
| 52. | "Indian Reservation Water Rights" by Richard B. Collins in the October 1986 issue of the Journal AWWA at pages 48-54. |
| 53. | "FINDINGS OF FACT, CONCLUSIONS OF LAW AND INTERLOCUTORY JUDGMENT NUMBER 41 CONCERNING THE RIGHTS TO THE USE OF WATERS OF SANTA MARGARITA RIVER STREAM SYSTEM HELD IN TRUST BY THE U.S.A. IN |

CONNECTION WITH THE RAMONA, CAHUILLA AND PECHANGA INDIAN RESERVATIONS" (Referred to as "Interlocutory Judgment Number 41") in <u>United States of America v. Fallbrook Public Utility District,</u> 1247-SD-C entered November 8, 1962.

54. Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment or Partial Summary Judgment (Doc. #63-2) in <u>Preckwinkle v. Coachella Valley Water District</u>, EDCV05-626 VAP (SGLx) filed March 31, 2008.

55. Memorandum of Points and Authorities of Defendant Coachella Valley Water District in Opposition to Plaintiffs' Motion for Partial Summary Judgment as to First, Fifth, and Seventh Claims only (Doc. 69) in <u>Preckwinkle v. Coachella Valley Water District</u>, EDCV05-626 VAP (SGLx) filed April 21, 2008.

56. Reply Memorandum of Points and Authorities to Opposition to Motion for Summary Judgment or Partial Summary Judgment by Coachella Valley Water District (Doc. 90) in <u>Preckwinkle v. Coachella Valley Water District,</u> EDCV05-626 VAP (SGLx) filed May 12, 2008.