STEVEN B. ABBOTT (SBN 125270)
sabbott@redwineandsherrill.com
GERALD D. SHOAF (SBN 41084)
gshoaf@redwineandhserrill.com
JULIANNA K. TILLQUIST (SBN 180552)
jtillquist@redwineandsherrill.com
REDWINE AND SHERRILL
ATTORNEYS AT LAW
1950 MARKET STREET
RIVERSIDE, CA 92501
PHONE (951) 684-2520
FACSIMILE (951) 684-9583

Attorneys for Defendants,
COACHELLA VALLEY WATER DISTRICT, FRANZ DE KLOTZ, ED PACK, JOHN POWELL, JR., PETER NELSON, and DEBI LIVESAY, in their official capacities as members of the Board of Directors of the COACHELLA VALLEY WATER DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>        Plaintiff,<br><br>   vs.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.<br><br>        Defendants.<br>_____<br>UNITED STATES OF AMERICA<br>        Plaintiff-in-Intervention<br>_____ | ED CV 13-00883 JGB-(SPx)<br><br>Action Filed May 14, 2013<br><br>**ORDER TO SUBSTITUTE DEFENDANTS SUED IN THEIR OFFICIAL CAPACITIES**<br>**[F.R. Civ. P. Rule 25(d)]** |

Good cause appearing,

IT IS HEREBY ORDERED that:

1. G. PATRICK O'DOWD, in his official capacity as a Member of the Board of Directors of the COACHELLA VALLEY WATER DISTRICT is substituted as a defendant to both the Complaint for Declaratory and Injunctive Relief (Doc. 1) and the Plaintiff-Intervenor United States' Complaint in Intervention (Doc. 71) in place and instead of FRANZ DE KLOTZ, in his official capacity as a Member of the Board of Directors of COACHELLA VALLEY WATER DISTRICT; and

2. CASTULO R. ESTRADA, in his official capacity as a Member of the Board of Directors of the COACHELLA VALLEY WATER DISTRICT is substituted as defendant to both the Complaint for Declaratory and Injunctive Relief (Doc. 1) and the Plaintiff-Intervenor United States' Complaint in Intervention (Doc. 71) in place and instead of DEBI LIVESAY, in her official capacity as a member of the Board of Directors of COACHELLA VALLEY WATER DISTRICT.

Dated: December 30, 2014

Hon. Jesus G. Bernal
United States District Judge