CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
CMunson@kilpatricktownsend.com
MARK REEVES (GA Bar No. 141847, admitted *pro hac vice*)
MReeves@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800; Fax: (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
Smoore@narf.org
HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
HeatherW@narf.org
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760; Fax: (303) 443-7776

DAVID J. MASUTANI (CA Bar No. 172305)
DMasutani@alvaradosmith.com
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400; Fax: (213) 229-2499

Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>   Plaintiff,<br><br>   and<br><br>UNITED STATES OF AMERICA,<br><br>   Plaintiff-Intervenor,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.<br><br>   Defendants. | Case No.: ED CV 13-00883-JGB-SPX<br>Judge: Jesus G. Bernal<br><br>**PARTIES' JOINT STIPULATION AS TO PHASE 2 DISCOVERY AND REQUEST FOR SCHEDULING ORDER**<br><br>Trial Date:   Scheduling Conf.<br>               set for Sept. 21, 2015<br>Action Filed:   May 14, 2013 |

JOINT STIPULATION AS TO PHASE 2 DISCOVERY AND REQUEST FOR SCHEDULING ORDER

On June 9, 2015, the Court entered an order (1) directing the parties to proceed with discovery limited to the Defendants' affirmative defenses of laches, balance of the equities, and unclean hands (the "Equitable Defenses") and to conclude that discovery by September 14, 2015; (2) setting a status conference for September 21, 2015; and (3) indicating that the Court would order supplemental briefing regarding a potential stay of Phase 2 after the Ninth Circuit ruled on the Defendants' request for permission to pursue an interlocutory appeal of the Court's Phase 1 summary judgment order. *See* Order (June 9, 2015) (Doc. 121).

On June 10, the Ninth Circuit granted the Defendants' request to pursue an interlocutory appeal. On June 22, Agua Caliente served Interrogatories, Request for Production of Documents, and Requests for Admissions on the Defendants related to the Equitable Defenses. The United States served Interrogatories, Requests for Production of Documents and Requests for Admissions related to the Equitable Defenses on June 24, 2015 (collectively "pending discovery requests"). Since then, counsel for all parties have engaged in further discussions as to the most appropriate and efficient way to proceed with Phase 2 while the appeal is pending. Based on those discussions, the parties have agreed to the following stipulations and jointly request the entry of a new scheduling order from the Court.

1.    The Defendants now agree that discovery is not necessary for the Court to resolve the purely legal question of whether the Defendants' Equitable Defenses are applicable to the Plaintiffs' claims for declaratory relief as a matter of law.

2.    Accordingly, the parties jointly request a new order suspending the June 9 Order's discovery provisions and delaying any discovery into the Equitable Defenses until the Court rules on their applicability to the Plaintiffs' claims for declaratory relief as a matter of law.

3.    In lieu of proceeding with discovery, the parties request entry of an order directing separate briefing on (1) the limited issue of whether the Equitable Defenses are applicable to the Plaintiffs' claims for declaratory relief as a matter of law and (2)

1

**JOINT STIPULATION AS TO PHASE 2 DISCOVERY AND REQUEST FOR SCHEDULING ORDER**

whether all other aspects of Phase 2 should be stayed pending the Ninth Circuit's resolution of the Defendants' appeal.

4. The parties agree to and propose for the Court's consideration the following briefing schedules and limitations:

<u>Applicability of the Equitable Defenses</u>

September 18 – Plaintiffs' motion(s) for partial summary judgment

October 19 – Defendants' response(s)

November 2 – Plaintiffs' reply/replies

<u>Whether other Aspects of Phase 2 Should Be Stayed</u>

August 4 – Each party/side files a brief in support of its position

August 18 – Response briefs due

There will be no reply briefs on this issue, and all briefs regarding the stay are limited to 10 pages.

5. In the event that the Court does not stay Phase 2 and does not enter an order directing otherwise, counsel for all parties will confer and submit a proposal to the Court within 10 days of the Court's ruling on the applicability of the Defendants' equitable defenses to discuss how to proceed with the remaining Phase 2 issues.

6. The parties agree to suspend the deadline for the Defendants to respond to discovery already served by the Plaintiffs while the Court considers this stipulation and motion. If the Court issues an order declining to adopt the parties' proposal as set forth herein, the Defendants shall have 30 days from the date of that order to respond to the discovery requests already served by the Plaintiffs . The parties agree to work cooperatively to promptly conclude discovery, including jointly seeking a reasonable extension of the discovery period if necessary, in the event that the Court declines to adopt their proposal.

**JOINT STIPULATION AS TO PHASE 2 DISCOVERY AND REQUEST FOR SCHEDULING ORDER**

7.   The parties agree that this proposal will provide for a more efficient resolution of Phase 2 issues and the case as a whole and will avoid unnecessary expenditure of judicial and party resources.

For all of the foregoing reasons, the parties respectfully request that the Court enter a new scheduling order suspending Phase 2 discovery adopting the briefing deadlines set herein and in the parties' contemporaneously filed proposed order.

Respectfully submitted this 2nd day of July, 2015.

DATED: July 2, 2015.

KILPATRICK TOWNSEND & STOCKTON LLP

By:  /s/ Catherine Munson
   CATHERINE MUNSON
   (D.C. Bar No. 985717, admitted *pro hac vice*)
   MARK H. REEVES
   (GA Bar No. 141847, admitted *pro hac vice*)
   *Attorneys for Plaintiff*
   *Agua Caliente Band of Cahuilla Indians*

NATIVE AMERICAN RIGHTS FUND
   STEVEN C. MOORE
   (CO Bar No. 9863, admitted *pro hac vice*)
   HEATHER WHITEMAN RUNS HIM
   (NM Bar No. 15671, admitted *pro hac vice*)
   *Attorneys for Plaintiff*
   *Agua Caliente Band of Cahuilla Indians*

| | | |
|---|---|---|
| 1 | DATED: July 2, 2015. | UNITED STATES DEPARTMENT OF JUSTICE |
| 2 | | By: /s/ F. Patrick Berry |
| 3 | | F. PATRICK BERRY<br>DARON T. CARREIRO |
| 4 | | YOSEF M. NEGOSE |
| 5 | | *Attorneys for Intervenor-Plaintiff*<br>*United States of America* |

DATED: July 2, 2015.   REDWINE AND SHERRILL

By: /s/ Steven B. Abbott
   STEVEN B. ABBOTT
   GERAL D. SHOAF
   JULIANNA K. STRONG
   *Attorneys for Defendants*
   *Coachella Valley Water District, G.*
   *Patrick O'Dowd, Ed Pack, John Powell,*
   *Jr., Peter Nelson, and Cásulo R. Estrada,*
   *in their official capacity as members of the*
   *Board of Directors of the Coachella Valley*
   *Water District*

DATED: July 2, 2015.   BEST BEST & KRIEGER LLP

By: /s/ Roderick E. Walston
   RODERICK E. WALSTON
   ARTHUR L. LITTLEWORTH
   PIERO C. DALLARDA
   STEVEN G. MARTIN
   *Attorneys for Defendants*
   *Desert Water Agency, Patricia G. Oyar,*
   *James Cioffi, Craig Ewing, Joseph K.*
   *Stuart, Thomas Kieley, III*

KILPATRICK TOWNSEND & STOCKTON
607 14TH STREET, STE 900
WASHINGTON, DC 20005-2018

4

**JOINT STIPULATION AS TO PHASE 2 DISCOVERY AND REQUEST FOR SCHEDULING ORDER**

**Certification in Compliance with Local Rule 5-4.3.4**

I hereby certify that, pursuant to Local Rule 5-4.3.4, I have obtained the authorization from the above signatories representing defendants to file the above-referenced document, and that the above signatories concur in the filing's content.

DATED: July 2, 2015.

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Catherine Munson
CATHERINE MUNSON
(D.C. Bar No. 985717, admitted *pro hac vice*)
MARK H. REEVES
(GA Bar No. 141847, admitted *pro hac vice*)
*Attorneys for Plaintiff*
*Agua Caliente Band of Cahuilla Indians*