# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>         Plaintiff,<br><br>   and<br><br>UNITED STATES OF AMERICA,<br><br>         Plaintiff-Intervenor,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.<br><br>         Defendants. | Case No.:   ED CV 13-00883-JGB-SPX<br>Judge:       Jesus G. Bernal<br><br>[~~PROPOSED~~]<br>**REVISED SCHEDULING AND BRIEFING ORDER**<br><br>Trial Date:     Scheduling Conf.<br>                      set for Sept. 21, 2015<br>Action Filed:  May 14, 2013 |

The Defendants having agreed that discovery is not necessary for the Court to resolve the purely legal question of whether the Defendants' Equitable Defenses are applicable to the Plaintiffs' claims for declaratory relief as a matter of law, discovery as to the Equitable Defenses is hereby **SUSPENDED** and will not resume until after the Court has ruled on this legal question.

1. In lieu of proceeding with discovery, the parties will proceed with briefing on two discrete issues: (1) the purely legal question of whether the Equitable Defenses are applicable to the Plaintiffs' claims for declaratory relief as a matter of law; and (2) whether all other aspects of Phase 2 should be stayed pending the Ninth Circuit's resolution of the Defendants' interlocutory appeal.

2. The briefing schedule for these two issues shall be as follows:

Applicability of the Equitable Defenses

September 18 – Plaintiffs' motion(s) for partial summary judgment on whether the Defendant's Equitable Defenses are applicable to the Plaintiffs' claims for declaratory relief as a matter of law.

October 19 – Defendants' response(s) are due.

November 2 – Plaintiffs' reply/replies are due.


Whether other Aspects of Phase 2 Should Be Stayed

August 4 – Each party/side files a brief setting forth its position as to whether all Phase 2 issues other than the applicability of the Equitable Defenses to the Plaintiffs' claims for declaratory relief should be stayed pending the Ninth Circuit's resolution of the pending interlocutory appeal.

August 18 – Response briefs are due.

There will be no reply briefs on the stay issue, and all briefs regarding that issue are limited to 10 pages.

3. After the Court rules on these issues, it will either issue a scheduling order for further proceedings or, if no scheduling order issues in conjunction with the Court's ruling, counsel for all parties will confer and submit a proposal to the Court within 10 days of that ruling.

SO ORDERED this __8th__ day of __July__, 2015.

_____
Hon. Jesus G. Bernal
United States District Judge