RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Defendants Desert Water Agency, and Patricia G. Oygar, Thomas Kieley, III, James Cioffi, Craig A. Ewing and Joseph K. Stuart, sued in their official capacity as members of the Board of Directors

(Additional counsel identified on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No. 5:13-cv-00883-JGB (SPx)<br>Judge:   Hon. Jesus G. Bernal<br><br>**DEFENDANTS DESERT WATER AGENCY'S AND COACHELLA VALLEY WATER DISTRICT'S NOTICE OF WITHDRAWING PORTION OF ARGUMENT IN SECTION III OF RESPONSE BRIEF RE STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL**<br>**[DOC. 133]**<br><br>Scheduling Conf: Sept. 21, 2015<br>Dept.:   Courtroom 1<br>Action Filed: May 14, 2013 |

01358.00008\15930388.2

STEVEN B. ABBOTT (Bar No. 125270)
sabbott@redwineandsherrill.com
GERALD D. SHOAF (Bar No. 41084)
gshoaf@redwineandhserrill.com
JULIANNA K. TILLQUIST (Bar No. 180552)
jtillquist@redwineandsherrill.com
REDWINE AND SHERRILL
1950 Market Street
Riverside, CA 92501-1704
Telephone: (951) 684-2520
Facsimile: (951) 684-9583

Attorneys for Defendants Coachella Valley Water District, and G. Patrick O'Dowd, Ed Pack, John Powell, Jr., Peter Nelson and Castulo R. Estrada, sued in their official capacity as members of the Board of Directors

**DEFENDANTS' NOTICE TO WITHDRAW PORTION OF ARGUMENT IN SECTION III OF RESPONSE BRIEF (DOC 133)**

On August 18, 2015, defendants Desert Water Agency and Coachella Valley Water District ("Defendants") filed a response brief requesting a stay of all proceedings. Doc. 133 ("Response Brief"). In Section III of the Response Brief, the Defendants requested that this Court stay the currently pending briefing schedule for Defendants' equitable defenses related to the declaratory relief claims. Response Brief 10:1-16. Defendants hereby withdraw the arguments set forth in Section III of the Defendants' Response Brief. *Id.* All other matters presented in the Defendants' briefs (Docs. 127 & 133) should be considered unaffected by this Notice.

Dated: Aug. 21, 2015

Respectfully submitted,
*/s/Roderick E. Walston*
RODERICK E. WALSTON
BEST BEST & KRIEGER LLP
Attorneys for Desert Water Agency

*/s/ Steven B. Abbott*
STEVEN B. ABBOTT
REDWINE AND SHERILL
Attorneys for Coachella Valley Water District

# CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 5-4.3.4

I hereby certify that pursuant to Local Rule 5-4.3.4, I have obtained the authorization from the above signatories representing Defendant Coachella Valley Water District to file the above-referenced document, and that the above signatories concur in the filing's content.

Dated: Aug. 21, 2015

*/s/ Roderick E. Walston*
RODERICK E. WALSTON
BEST BEST & KRIEGER LLP
Attorneys for Desert Water Agency