RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

*Attorneys for Defendants Desert Water Agency, and Patricia G. Oygar, Thomas Kieley, III, James Cioffi, Craig A. Ewing and Joseph K. Stuart, sued in their official capacity as members of the Board of Directors*

(Additional counsel identified on next page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | Case No. 5:13-cv-00883-JGB (SPx)<br>Judge: Hon. Jesus G. Bernal<br><br>**JOINT STATUS REPORT RE PENDING INTERLOCUTORY APPEAL PER ORDER GRANTING DEFENDANTS' REQUEST FOR STAY (DOC. 136)**<br><br>Dept.: Courtroom 1<br>Action Filed: May 14, 2013<br>Trial Date: Stayed pending appeal |

01358.00008\21049453.5

JOINT STATUS REPORT

STEVEN B. ABBOTT (Bar No. 125270)
sabbott@redwineandsherrill.com
GERALD D. SHOAF (Bar No. 41084)
gshoaf@redwineandhserrill.com
JULIANNA K. TILLQUIST (Bar No. 180552)
jtillquist@redwineandsherrill.com
REDWINE AND SHERRILL
1950 Market Street
Riverside, CA 92501-1704
Telephone: (951) 684-2520
Facsimile: (951) 684-9583

*Attorneys for Defendants Coachella Valley Water District, and G. Patrick O'Dowd, Ed Pack, John Powell, Jr., Peter Nelson and Castulo R. Estrada, sued in their official capacity as members of the Board of Directors*

CATHERINE F. MUNSON
cmunson@kilpatricktownsend.com
MARK H. REEVES
mreeves@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
607 Fourteenth Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-5800
Facsimile: (202) 508-5858

*Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians*

STEVEN C. MOORE
smoore@narf.org
HEATHER WHITEMAN RUNS HIM
heatherw@narf.org
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Telephone: (303) 447-8760
Facsimile: (303) 442-7776

*Pro Hac Vice Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians*

DAVID J. MASUTANI (Bar No. 172305)
DMasutani@alvaradosmith.com
ALVARADOSMITH, APC
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

*Attorneys for Plaintiff Agua Caliente Band of Cahuilla Indians*

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Div.
United States Department of Justice
F. PATRICK BARRY
Senior Trial Attorney
patrick.barry@usdoj.gov
DARON T. CARREIRO
Trial Attorney
daron.carreiro@usdoj.gov
YOSEF M. NEGOSE
Trial Attorney
yosef.negose@usdoj.gov
Indian Resources Section
Environment and Natural Resources Div.
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0269
Facsimile: (202) 305-0725

*Attorneys for Plaintiff-Intervenor United States of America*

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

01358.00008\21049453.5

JOINT STATUS REPORT

## JOINT STATUS REPORT

In accordance with the Court's Order Granting Defendants' Request for Stay Pending Defendants' Interlocutory Appeal to the Ninth Circuit (Doc. 136) (filed September 8, 2015), the parties respectfully file this document to jointly report on the status of the interlocutory appeal before the Ninth Circuit Court of Appeals, as follows:

1. The parties are currently proceeding with filing briefs in the Ninth Circuit Court of Appeals.

2. On October 9, 2015, Appellants DWA and CVWD and their respective directors filed a joint opening brief.

3. Answering briefs by the Appellee Tribe and United States are due on February 8, 2016.

4. Reply briefs by Appellants DWA and CVWD and their respective directors are due on May 9, 2016.

Respectfully submitted this 6th day of November 2015.

Dated: Nov. 6, 2015 

/s/ Roderick E. Walston
RODERICK E. WALSTON
STEVEN G. MARTIN
BEST BEST & KRIEGER LLP
*Attorneys for Defendants Desert Water Agency, and Patricia G. Oygar, Thomas Kieley, III, James Cioffi, Craig A. Ewing and Joseph K. Stuart, sued in their official capacity as members of the Board of Directors*

Dated: Nov. 6, 2015 /s/ Steven B. Abbott
STEVEN B. ABBOTT
GERALD D. SHOAF
JULIANNA K. TILLQUIST
REDWINE AND SHERILL
*Attorneys for Defendants Coachella Valley Water District, and G. Patrick O'Dowd, Ed Pack, John Powell, Jr., Peter Nelson and Castulo R. Estrada, sued in their official capacity as members of the Board of Directors*

Dated: Nov. 6, 2015 /s/ Catherine F. Munson
CATHERINE F. MUNSON
MARK H. REEVES
KILPATRICK TOWNSEND & STOCKTON LLP

STEVEN C. MOORE
HEATHER WHITEMAN RUNS HIM
NATIVE AMERICAN RIGHTS FUND

DAVID J. MASUTANI
ALVARADO SMITH, APC
*Attorneys for Plaintiff*
*Agua Caliente Band of Cahuilla Indians*

Dated: Nov. 6, 2015 /s/ F. Patrick Barry
F. PATRICK BARRY
DARON T. CARREIRO
YOSEF M. NEGOSE
*Attorneys for Plaintiff-Intervenor*
*United States of America*

## Certification in Compliance with Local Rule 5-4.3.4

I hereby certify that, pursuant to Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the filing's content.

Dated: Nov. 6, 2015

/s/ Roderick E. Walston
RODERICK E. WALSTON
BEST BEST & KRIEGER LLP
*Attorneys for Defendants Desert Water Agency, and Patricia G. Oygar, Thomas Kieley, III, James Cioffi, Craig A. Ewing and Joseph K. Stuart, sued in their official capacity as members of the Board of Directors*