UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 13-883 JGB (SPx)** | Date | December 14, 2015 |
| Title | *Agua Caliente Band of Cahuilla Indians v. Coachella Valley Water Dist. et al.* | | |

Present: The Honorable   **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

| MAYNOR GALVEZ | Adele C. Frazier |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

   Catherine F. Munson
   Steven C. Moore
   David J. Matsutani
   Josef Negose, DOJ
   Pat Barry, DOJ

Attorney(s) Present for Defendant(s):

   Steven B. Abbott
   Julianna K. Tillquist
   Steven M. Anderson

**Proceedings:**   **Plaintiffs / Intervenor USA's Motion for Partial Summary Judgment (Doc. No. 137, 138). Order re Supplemental Briefing on Plaintiffs' Motions for Partial Summary Judgment as to Defendants' Equitable Defenses (HEARING HELD)**

On December 14, 2015, the Court held a hearing on Plaintiffs' Motions for Partial Summary Judgment as to Defendants' Equitable Defenses. At the hearing, the Court ORDERED Plaintiff the Agua Caliente Band of Cahuilla Indians and Plaintiff-Intervenor the United States to submit supplemental briefs on the equitable defense of unclean hands. Specifically, the Court is interested in whether cases in which unclean hands has been applied against the Government are distinguishable from the facts of this case.[1]

---

[1] In addition to the cases discussed at the hearing where the unclean hands defense was applied against the Security Exchange Commission, the Court has found other cases recognizing its applicability against the Government. See United States v. Georgia-Pacific Co., 421 F.2d 92, 103 (9th Cir. 1970) (recognizing that a court may refuse to grant declaratory relief based on the unclean hands doctrine); Arkley v. Aon Risk Servs. Companies, Inc., No. CV 12-1966 DSF RZX, 2012 WL 2674980, at *4 (C.D. Cal. June 13, 2012) (same); see also EEOC v. Recruit USA, Inc., 939 F.2d 746 (9th Cir. 1991) (recognizing the applicability of the unclean hands doctrine to the EEOC, a division of the Government); EEOC v. Lexus of Serramonte, No. C 05-0962 SBA, 2006 WL 2619367 (N.D. Cal. Sept. 12, 2006) (same). The parties are directed to discuss these cases and their applicability to the facts of this case.

   Plaintiffs' supplemental briefs shall be filed no later than December 28, 2015.  Defendants' response, should they file one, is due no later than January 4, 2016.  The briefs shall not exceed ten pages.  The matter will stand submitted as of January 4, 2016.

   **IT IS SO ORDERED.**