MARCIA SCULLY, SBN 80648
mscully@mwdh2o.com
ADAM C. KEAR, SBN 207584
akear@mwdh2o.com
JOSEPH A. VANDERHORST, SBN 106441
jvanderhorst@mwdh2o.com
The Metropolitan Water District of Southern California
700 N. Alameda Street, Los Angeles, CA  90012
Telephone:  (213) 217-6327
Facsimile:   (213) 217-6890

Attorneys for Amicus Curiae
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>　　　　　Plaintiff,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Intervenor,<br>　　v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No.:  5:13-cv-00883 JGB (SPx)<br>Judge:   Hon. Jesus G. Bernal<br><br>**ORDER GRANTING METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA'S *EX PARTE* APPLICATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF AND REQUEST FOR JUDICIAL NOTICE**<br><br>Phase 2 Hearing Date:<br>Date:　　January 22, 2018<br>Time:　　9:00 a.m.<br>Dept:　　Courtroom 1<br><br>Action Filed: May 14, 2013 |

1

ORDER GRANTING METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA'S *EX PARTE*
APPLICATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF AND REQUEST FOR JUDICIAL NOTICE

## ORDER

The Metropolitan Water District of Southern California seeks leave by *ex parte* application to file an amicus curiae brief in relation to the Phase 2 dispositive motions, and for judicial notice of public documents referenced in the amicus brief. The application is opposed by Plaintiff Agua Caliente Band of Cahuilla Indians and Plaintiff-Intervenor United States of America for the reasons set forth in the Declaration of Joseph Vanderhorst filed concurrently with the *ex parte* application.

Having considered the *ex parte* application and the opposition of Plaintiff and Plaintiff-Intervenor, the Court GRANTS the application and request for judicial notice.

The amicus curiae brief accompanying the application is ORDERED filed.

IT IS SO ORDERED.

Date: January 12, 2018

HONORABLE JESUS G. BERNAL
United States District Judge