CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
CMunson@kilpatricktownsend.com
MARK REEVES (D.C. Bar No. 1030782, admitted *pro hac vice*)
MReeves@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 508-5800; Fax: (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
Smoore@narf.org
HEATHER WHITEMAN RUNS HIM (NM Bar No. 15671, admitted *pro hac vice*)
HeatherW@narf.org
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760; Fax: (303) 443-7776

JOHN TABINACA PLATA (CA Bar No. 303076)
jplata@aguacaliente.net
AGUA CALIENTE BAND OF CAHUILLA INDIANS
5401 Dinah Shore Drive
Palm Springs, CA 92264
Tel: (760) 699-6837; Fax: (760) 699-6963

Attorneys for Plaintiff
Agua Caliente Band of Cahuilla Indians

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiffs,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.<br><br>Defendants. | Case No.: ED CV 13-00883-JGB-SPX<br>Judge: Jesus G. Bernal<br>**AGUA CALIENTE'S NOTICE OF MOTION AND MOTION TO SUBMIT ADDITIONAL EVIDENCE PURSUANT TO RULE 56 AND CONDITIONAL MOTION TO AMEND AND SUPPLEMENT COMPLAINT**<br>Dept.: Courtroom 1<br>Hearing Date: June 25, 2018<br>Time: 9:00 A.M.<br>Action Filed: May 14, 2013 |

**AGUA CALIENTE'S NOTICE OF MOTION AND MOTION TO SUBMIT ADDITIONAL EVIDENCE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 25, 2018, at 9:00 A.M., or as soon thereafter as the matter may be heard,[1] in the Courtroom of the Honorable Jesus G. Bernal, at the United States District Court for the Central District of California, located at 3470 Twelfth Street, Riverside, California, 92501, the Agua Caliente Band of Cahuilla Indians intends to move, and hereby moves, for leave to supplement the record pursuant to Rule 56(e)(1) or, conditionally and in the alternative, for leave to file an Amended and Supplemental Complaint Pursuant to Rule 15.

This motion is based on the attached Memorandum of Points and Authorities in support of the motion, the attachment to that memorandum, the attached Proposed Order, all other pleadings and evidence on file in this case, and upon such other and further arguments, documents, and grounds as may be advanced in the future.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 10, 2018.

DATED: May 18, 2018      By:   /s/ Catherine Munson
　　　　　　　　　　　　　　CATHERINE MUNSON
　　　　　　　　　　　　　　(D.C. Bar No. 985717, admitted *pro hac vice*)
　　　　　　　　　　　　　　MARK H. REEVES
　　　　　　　　　　　　　　(DC Bar No. 1030782, admitted *pro hac vice*)
　　　　　　　　　　　　　　**KILPATRICK TOWNSEND & STOCKTON LLP**

　　　　　　　　　　　　　　STEVEN C. MOORE
　　　　　　　　　　　　　　(CO Bar No. 9863, admitted *pro hac vice*)
　　　　　　　　　　　　　　HEATHER WHITEMAN RUNS HIM
　　　　　　　　　　　　　　(NM Bar No. 15671, admitted *pro hac vice*)
　　　　　　　　　　　　　　**NATIVE AMERICAN RIGHTS FUND**

---

[1] Agua Caliente believes that, should the June 25, 2018 date prove unworkable for the Court or other parties, a hearing on this motion could be combined with the hearing on the remaining Phase 2 issues.

JOHN TABINACA PLATA (CA Bar No. 303076)
jplata@aguacaliente.net
**AGUA CALIENTE BAND OF CAHUILLA INDIANS**

*Attorneys for Plaintiff*
*Agua Caliente Band of Cahuilla Indians*