ERIC GRANT
Deputy Assistant Attorney General
Environment and Natural Resources Division
F. PATRICK BARRY, Senior Trial Attorney
patrick.barry@usdoj.gov
DARON T. CARREIRO, Trial Attorney
daron.carreiro@usdoj.gov
YOSEF M. NEGOSE, Trial Attorney
yosef.negose@usdoj.gov
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-0269
Facsimile: (202) 305-0725
*Attorneys for Plaintiff-Intervenor*
*UNITED STATES OF AMERICA*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.,<br><br>Defendants. | CASE NO. 5:13-cv-00883-JGB-SP<br><br>United States' Statement on CVWD's November 7 Brief<br><br>BEFORE:  Hon. Jesus G. Bernal<br>DEPT:  Courtroom 1<br>HEARING: Not set |

## U.S. Statement on CVWD's November 7, 2018 Brief

CVWD's November 7 brief describes the Tribe's consultant's statements as "case ending," and claims this "case must come to an end." Dkt. 281 at 1. Not so. Regardless of how the Court resolves the matter before it, which stems from the Tribe's effort to supplement the record, the federal government's "right to apply to its own courts for any proper assistance in the exercise of [its powers] and the discharge of [its duties]" is settled as a matter of law. *In re Debs*, 158 U.S. 564, 584 (1895); *see also generally* 14 Charles A. Wright et al., Federal Practice and Procedure § 3651 (4th ed.); 13B Charles A. Wright et al., Federal Practice and Procedure § 3531.11 (3rd ed.). The Executive has a duty to enforce federal law, *see* U.S. Const. Art. II, § 3, and the Judiciary has power to hear cases to which the U.S. is a party, *see* Art. III, § 2. Thus, Executive power to litigate "for the purpose of protecting and enforcing [federal] rights and to aid in [executing federal] policies," *Cramer v. United States*, 261 U.S. 219, 233 (1923), is settled, is not like non-federal-government parties' "standing,"[1] and is not in dispute in this case at this time.

---

[1] As one scholar puts it:

> [N]o federal judge, if pressed, would seriously contend that Article III requires that the United States must suffer an injury in fact that is 'personal,' 'concrete and particularized,' and 'actual or imminent, not conjectural or hypothetical' before litigation on its behalf can be brought in federal court. And no federal judge would contend that injury to the United States be more than an 'abstract . . . injury to the interest in seeing that the law is obeyed.

Edward A. Hartnett, *The Standing of the United States: How Criminal Prosecutions Show That Standing Doctrine Is Looking for Answers in All the Wrong Places*, 97 Mich. L. Rev. 2239, 2245 (1999).

United States' Statement                    -2-
Case No. 5:13-cv-0883-JGB-SP

## Conclusion

CVWD cannot use the Tribe's consultant as a springboard from which to attack the government's right, as sovereign, to define federal property rights and enforce two Presidents' Executive Orders and the *Winters* doctrine in this Court.[2]

Dated: November 9, 2018

        Respectfully submitted,

        ERIC GRANT
        Deputy Assistant Attorney General

          /s/ Yosef M. Negose
        F. PATRICK BARRY, Senior Trial Attorney
        DARON T. CARREIRO, Trial Attorney
        YOSEF M. NEGOSE, Trial Attorney
        Indian Resources Section
        Environment and Natural Resources Division
        United States Department of Justice
        P.O. Box 7611
        Ben Franklin Station
        Washington, D.C. 20044
        Phone: (202) 353-8596
        Facsimile: (202) 305-0725
        patrick.barry@usdoj.gov
        daron.carreiro@usdoj.gov
        yosef.negose@usdoj.gov
        Attorneys for Plaintiff-Intervenor
        UNITED STATES OF AMERICA

---

[2] To be clear, the purpose of this statement is not to reargue the United States' authority to maintain this action as described in prior briefing. The purpose of the statement is to address the sweeping language in CVWD's November 7, 2018 brief.

United States' Statement                      -3-
Case No. 5:13-cv-0883-JGB-SP

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2018, a true and correct copy of the foregoing was served on all counsel of record via the Court's Electronic Case Filing System.

          /s/  Yosef M. Negose