CATHERINE F. MUNSON (D.C. Bar No. 985717, admitted *pro hac vice*)
CMunson@kilpatricktownsend.com
MARK REEVES (D.C. Bar No. 1030782, admitted *pro hac vice*)
MReeves@kilpatricktownsend.com
KEITH M. HARPER (D.C. Bar No. 451956) (admitted *pro hac vice*)
kharper@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 508-5800; Fax: (202) 508-5858

STEVEN C. MOORE (CO Bar No. 9863, admitted *pro hac vice*)
Smoore@narf.org
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760; Fax: (303) 443-7776

JOHN TABINACA PLATA (CA Bar No. 303076)
jplata@aguacaliente.net
AGUA CALIENTE BAND OF CAHUILLA INDIANS
5401 Dinah Shore Drive
Palm Springs, CA 92264
Tel: (760) 699-6837 Fax: (760) 699-6963

*Attorneys for Plaintiff*
*Agua Caliente Band of Cahuilla Indians*

(Additional counsel identified on next page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS,<br><br>Plaintiff,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>COACHELLA VALLEY WATER DISTRICT, et al.<br><br>Defendants. | Case No.: 5:13-cv-00883-JGB (SPx)<br><br>Judge:   Hon. Jesus G. Bernal<br><br>**JOINT REQUEST FOR DECISION ON AGUA CALIENTE'S MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT (DKT. 329)**<br><br>Dept:   Courtroom 1<br><br>Action Filed:   May 14, 2013<br>Trial Date:   ____ |

STEVEN B. ABBOTT (Bar No. 125270)
sabbott@redwineandsherrill.com
GERALD D. SHOAF (Bar No. 41084)
gshoaf@redwineandhserrill.com
REDWINE AND SHERRILL LLP
3890 11th Street, Ste. 207
Riverside, CA 92501-3577
Tel: (951) 684-2520; Fax: (951) 684-5491

MATTHEW T. KLINE (Bar No. 211640)
mkline@omm.com
DANIEL SUVOR
dsuvor@omm.com (Bar No. 265674)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Tel: (310) 553-6700; Fax: (310) 246-6779

WALTER DELLINGER (*pro hac vice*)
BRADLEY N. GARCIA (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300; Fax: (202) 383-5414

ANTON METLITSKY (*pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel: (212) 326-2000; Fax: (212) 326-2061

BARTON THOMPSON, JR. (Bar No. 72927)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Tel: 650-473-2600; Fax: 650-473-2601

*Attorneys for Defendants Coachella Valley Water District, and G. Patrick O'Dowd, Ed Pack, John Powell, Jr., Peter Nelson and Castulo R. Estrada, sued in their official capacity as members of the Board of Directors*

RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Tel: (925) 977-3300; Fax: (925) 977-1870

ARTHUR L. LITTLEWORTH (Bar No. 22041)
arthur.littleworth@bbklaw.com
PIERO C. DALLARDA (Bar No. 181497)
piero.dallarda@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Tel: (951) 686-1450; Fax: (951) 686-3083

*Attorneys for Defendants Desert Water Agency, and Patricia G. Oygar, Thomas Kieley, III, James Cioffi, Craig A. Ewing and Joseph K. Stuart, sued in their official capacity as members of the Board of Directors*

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Div.
United States Department of Justice
F. PATRICK BARRY
patrick.barry@usdoj.gov
DARON T. CARREIRO
daron.carreiro@usdoj.gov
YOSEF M. NEGOSE
yosef.negose@usdoj.gov
Indian Resources Section
Environment and Natural Resources Div.
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-0269; Fax: (202) 305-0725

*Attorneys for Plaintiff-Intervenor United States of America*

**JOINT REQUEST FOR DECISION ON MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

Plaintiffs, Agua Caliente Band of Cahuilla Indians (Agua Caliente) and the United States, and Defendants, Coachella Valley Water District and Desert Water Agency (collectively "the Parties"), hereby notify the Court that 120 days have passed since the submission of Agua Caliente's Motion for Leave to File First Amended and Supplemental Complaint ("Motion") (Dkt. 329). *See* Dkt. 344 (Scheduling Notice dated February 20, 2020 indicating that the motion was "submitted on the papers timely filed."). The Parties respectfully request that the Court issue a decision on the Motion under Local Rule 83-9.2.

Dated:     June 29, 2020.         By: /s/ Catherine Munson
                                  CATHERINE MUNSON
                                  (D.C. Bar No. 985717, admitted *pro hac vice*)
                                  MARK H. REEVES
                                  (D.C. Bar No. 1030782, admitted *pro hac vice*)
                                  KEITH M. HARPER (D.C. Bar No. 451956)
                                  (admitted pro hac vice)
                                  KILPATRICK TOWNSEND & STOCKTON LLP

                                  STEVEN C. MOORE
                                  (CO Bar No. 9863, admitted *pro hac vice*)
                                  NATIVE AMERICAN RIGHTS FUND

                                  JOHN TABINACA PLATA (CA Bar No. 303076)
                                  jplata@aguacaliente.net
                                  AGUA CALIENTE BAND OF CAHUILLA INDIANS

                                  *Attorneys for Plaintiff*
                                  *Agua Caliente Band of Cahuilla Indians*

Dated:  June 29, 2020.           By: /s/ Steven B. Abbott
                                  STEVEN B. ABBOTT
                                  GERALD D. SHOAF
                                  REDWINE AND SHERRILL LLP

                                  MATTHEW T. KLINE
                                  WALTER DELLINGER
                                  BARTON THOMPSON, JR

**JOINT REQUEST FOR DECISION ON MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

|   |   |
|---|---|
| | ANTON METLITSKY<br>BRADLEY N. GARCIA<br>DANIEL SUVOR<br>O'MELVENY & MYERS LLP |
| | *Attorneys for Defendants Coachella Valley Water District, and G. Patrick O'Dowd, Ed Pack, John Powell, Jr., Peter Nelson and Castulo R. Estrada, sued in their official capacity as members of the Board of Directors* |

Dated: June 29, 2020.    By: /s/ Roderick E. Walston
　　　　　　　　　　　　　　RODERICK E. WALSTON (Bar No. 32675)
　　　　　　　　　　　　　　ARTHUR L. LITTLEWORTH (Bar No. 22041)
　　　　　　　　　　　　　　PIERO C. DALLARDA (Bar No. 181497)
　　　　　　　　　　　　　　BEST BEST & KRIEGER LLP

*Attorneys for Defendants Desert Water Agency, and Patricia G. Oygar, Thomas Kieley, III, James Cioffi, Craig A. Ewing and Joseph K. Stuart, sued in their official capacity as members of the Board of Directors*

Dated: June 29, 2020.    By: /s/ F. Patrick Barry
　　　　　　　　　　　　　　F. PATRICK BARRY
　　　　　　　　　　　　　　DARON T. CARREIRO
　　　　　　　　　　　　　　YOSEF M. NEGOSE

*Attorneys for Plaintiff-Intervenor United States of America*

**Certification in Compliance with Local Rule 5-4.3.4**

I hereby certify that, pursuant to Local Rule 5-4.3.4, I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

Dated:   June 29, 2020          By:   /s/ Catherine Munson
                                      CATHERINE MUNSON
                                      (D.C. Bar No. 985717, admitted *pro hac vice*)
                                      KILPATRICK TOWNSEND & STOCKTON LLP

                                      *Attorneys for Plaintiff*
                                      *Agua Caliente Band of Cahuilla Indians*